UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-3012**

American Board of Internal Medicine v. Rushford

To:  Clerk

    1)    Motion by Appellee to Stay Appeal

    2)    Motion by Appellant for Leave to File Brief and Joint Appendix under Seal

    3)    Appellee's Response in Opposition to Motion by Appellant for Leave to File Brief and Joint Appendix under Seal

    4)    Status report by Appellant construed as Motion to Withdraw the Motion to Seal

---

Appellant's motion to withdraw the motion to seal Appellant's brief and the joint appendix is granted.  The Clerk's Office will make Appellant's brief and the joint appendix volumes II through VIII (Documents 21 through 29) publicly available on the docket.

The stay imposed by the order of February 11, 2025 is hereby lifted.  Appellee shall file his brief within 30 days of the date of this order.


For the Court,

*/s/ Patricia A. Dodszuweit*

Patricia S. Dodszuweit. Clerk

Dated:  April 10, 2025

kr/cc: All Counsel of Record