No. 24-3012

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

AMERICAN BOARD OF INTERNAL MEDICINE,
Plaintiff-Appellant,

v.

JAIME SALAS RUSHFORD, M.D.,
Defendant-Appellee.

_____

On Appeal from the United States District Court
for the District of New Jersey No. 2:14-cv-06428-KSH-CLW
(Honorable Katherine S. Hayden)

_____

**UNOPPOSED MOTION OF APPELLANT FOR LEAVE TO
FILE CORRECTED VOLUMES OF JOINT APPENDIX**

_____

|  |  |
|---|---|
|  | Hara K. Jacobs |
|  | Paul Lantieri III |
|  | Elizabeth V. Wingfield |
|  | Ballard Spahr LLP |
|  | 1735 Market St., 51st Floor |
|  | Philadelphia, PA 19103 |
|  | 215.665.8500 |
| Dated: June 30, 2025 | *Counsel for Plaintiff-Appellant* |

Plaintiff-Appellant, American Board of Internal Medicine ("ABIM"), respectfully moves for leave to file corrected versions of volumes 3, 4, 5, 6, and 8 of the Joint Appendix (the "Impacted Volumes") (ECF 24, 25, 26, 27, and 29.). ABIM filed the Joint Appendix on January 13, 2025, concurrently with its opening brief.

Upon filing its reply brief on June 11, 2025, ABIM discovered that, due to a PDF software processing error, certain documents included in the Impacted Volumes had been reproduced without the Bates labels that were present on the production versions of those documents in the case record. Given that other portions of the record referenced in ABIM's briefing refer to the Bates numbers of the documents at issue, it will assist the Court to have corrected versions of the Impacted Volumes with the Bates numbers present as they were in the production versions of the documents. *See, e.g.,* JA 10965-68 (a chart comparing ABIM's exam questions, which ABIM alleges the defendant-appellee copied, to Copyright Office deposit versions of those questions).

This Court regularly grants such motions. *See, e.g. Sims v. Dragovich*, 43 F. App'x 523 (3d Cir. 2002) ("Appellant's motion to correct appendix Granted."); *In re Petition of Willis to Perpetuate Evidence Pertaining to "The Tr. For Annie Pearl (White) Willis"*, Nos. 22-1133, 22-1644, 22-1900, 2023 U.S. App. LEXIS 5062, at *4 n.5 (3d Cir. Mar. 1, 2023) (granting motion to supplement appendix).

Accordingly, ABIM respectfully requests leave to file corrected versions of the Impacted Volumes, attached as Exhibits A-E hereto.

| | |
|---|---|
| Dated:  June 30, 2025 | /s/ Hara K. Jacobs |
| | Hara K. Jacobs |
| | Paul Lantieri III |
| | Elizabeth V. Wingfield |
| | BALLARD SPAHR LLP |
| | 1735 Market St, 51st Floor |
| | Philadelphia, PA 19103 |
| | jacobsh@ballardspahr.com |
| | lantierip@ballardspahr.com |
| | wingfielde@ballardspahr.com |
| | Tel. 215.665.8500 |
| | Fax  215.864.8899 |
| | |
| | *Attorneys for Plaintiff-Appellant ABIM* |

## **CERTIFICATION OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains no more than 5,200 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).  This motion contains a total of 252 words.  This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6).  This motion has been prepared in 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word.  The motion complies with Third Circuit Local Appellate Rule 31.1(c).  The text of the electronic motion is identical to the text of the paper copies filed with the court.  The electronic motion was subject to a virus scan using Windows Defender Agent 4.10.14393.1198 and no virus was detected.

Dated:      June 30, 2025                                  */s/* Hara K. Jacobs
                                                                        Hara K. Jacobs

## THIRD CIRCUIT RULE 27.3 CERTIFICATION

Pursuant to Third Circuit Local Appellate Rule 27.3, I certify that the foregoing Motion for Leave to File Corrected Volumes of Joint Appendix is uncontested.

Dated:　　June 30, 2025　　　　　　　　　*/s/* Hara K. Jacobs
　　　　　　　　　　　　　　　　　　　　　Hara K. Jacobs

## THIRD CIRCUIT RULE 28.3(d) CERTIFICATION

Pursuant to Third Circuit Local Appellate Rule 28.3(d), the undersigned counsel for Plaintiff-Appellant certifies that she is a member of the bar of this Court.

Dated:   June 30, 2025                    */s/* Hara K. Jacobs
                                          Hara K. Jacobs

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, a true and correct copy of the foregoing Motion for Leave to File Corrected Volumes of Joint Appendix was sent to all parties by way of electronic court filing.

Dated:   June 30, 2025

/s/ Hara K. Jacobs
Hara K. Jacobs