UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-3012**

American Board of Internal Medicine v. Rushford

To:    Clerk

1) Unopposed Motion by Appellant for Leave to File Corrected Volumes of Joint Appendix Volumes III, IV, V, VI and VIII

___

      The foregoing motion is granted with filing as of June 30, 2025.  The Joint Appendix volumes, III, IV, V, VI and VIII previously filed by Appellant on January 13, 2025, at ECF Nos: 24, 25, 26, 27 & 29 will be stricken.  Appellant is directed to retrieve the hard copies of the previously filed appendix within fourteen (14) days from the date of this order or such will be discarded.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: July 1, 2025
MCW/cc: All Counsel of Record