No. 24-3012

---

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

AMERICAN BOARD OF INTERNAL MEDICINE,

*Plaintiff-Appellant,*

v.

JAIME SALAS RUSHFORD, M.D.,

*Defendant-Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Case No. 2:14-cv-06428-KSH-CLW
(The Honorable Katherine S. Hayden)

---

JOINT APPENDIX VOLUME III OF VIII
(PAGES JA358 to JA3634)

---

Hara K. Jacobs
Paul Lantieri III
Elizabeth V. Wingfield
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: 215.885.8500
E-mail: JacobsH@ballardspahr.com

*Counsel for Plaintiff-Appellant*

# **TABLE OF CONTENTS**

## **VOLUME I**

Notice of Appeal dated October 24, 2024 .................................... JA1

Order of the Honorable Katharine S. Hayden dated September 30, 2024    JA4

Sealed Opinion of the Honorable Katharine S. Hayden dated September 30, 2024 ...................................................................................... JA5

## **VOLUME II**

District Court of New Jersey Civil Case Docket .......................... JA44

Complaint dated October 17, 2014 .............................................. JA77

Answer dated September 22, 2015 .............................................. JA326

## **VOLUME III**

Third Circuit Court of Appeals [Docket No. 66] Opinion dated December 20, 2020 ...................................................................... JA359

Third Circuit Court of Appeals [Docket No. 67-1] Judgment dated December 20, 2020 ...................................................................... JA366

Third Circuit Court of Appeals [Docket No. 67-2] Notice of Judgment dated December 20, 2020............................................................. JA368

Motion to Strike the "Expert Response Report" of Westby G. Fisher dated December 23, 2016 ...................................................................... JA370

TEXT ORDER: The Court hereby terminates the motions to strike (ECF Nos. 134-35, 142) without prejudice as unripe for disposition in light of the pending motions to dismiss and transfer (ECF Nos.    164-65) dated June 29, 2017.    N/A

Motion for Summary Judgment dated February 9, 2024.............. JA403

Memorandum of Law in Support of Motion for Summary Judgment dated February 9, 2024 ...................................................................... JA405

Statement of Undisputed Facts in Support of Motion for Summary Judgment Order dated February 9, 2024 ................................................................ JA439

Exhibit 1 in Support of Motion for Summary Judgement ............ JA464

Exhibit 2 in Support of Motion for Summary Judgement ............ JA528

Exhibit 3 in Support of Motion for Summary Judgement ............ JA3275

## **VOLUME IV**

Exhibit 4 in Support of Motion for Summary Judgement ............ JA3635

Exhibit 5 in Support of Motion for Summary Judgement ............ JA3995

Exhibit 6 in Support of Motion for Summary Judgement ............ JA4346

## **VOLUME V**

Exhibit 7 in Support of Motion for Summary Judgement ............ JA6299

Exhibit 8 in Support of Motion for Summary Judgement ............ JA10871

Exhibit 9 in Support of Motion for Summary Judgement ............ JA10873

Exhibit 10 in Support of Motion for Summary Judgement .......... JA10881

Exhibit 11 in Support of Motion for Summary Judgement .......... JA10884

Exhibit 12 in Support of Motion for Summary Judgement .......... JA10895

Exhibit 13 in Support of Motion for Summary Judgement .......... JA10919

Exhibit 14 in Support of Motion for Summary Judgement .......... JA10965

Exhibit 15 in Support of Motion for Summary Judgement .......... JA10969

Exhibit 16 in Support of Motion for Summary Judgement .......... JA10983

Exhibit 17 in Support of Motion for Summary Judgement .......... JA11076

Exhibit 18 in Support of Motion for Summary Judgement .......... JA11103

Exhibit 19 in Support of Motion for Summary Judgement .......... JA11132

## <u>VOLUME VI</u>

Exhibit 20 in Support of Motion for Summary Judgement .......... JA11134

Exhibit 21 in Support of Motion for Summary Judgement .......... JA11247

Exhibit 22 in Support of Motion for Summary Judgement .......... JA11253

Exhibit 23 in Support of Motion for Summary Judgement .......... JA11296

Exhibit 24 in Support of Motion for Summary Judgement .......... JA11412

Exhibit 25 in Support of Motion for Summary Judgement .......... JA11423

Declaration of Rebecca S. Lipner, Ph.D. in Support of Motion for Summary Judgement dated February 9, 2024 ................................................ JA11427

Letter Motion to Seal Motion for Summary Judgment dated February 16, 2024 ............................................................................................ JA11433

Response to Motion to Seal Motion for Summary Judgement dated February 19, 2024 ........................................................................ JA11435

Cross-Motion for Summary Judgment dated March 1, 2024 ....... JA11437

Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment dated March 1, 2024 ............................................................................ JA11439

Counter-Statement of Material Facts in Response to Plaintiff's Statement of Undisputed Facts in Support of its Motion for Summary Judgement dated March 1, 2024 ............................................................................ JA11475

Defendant's Statement of Material Facts Not in Dispute dated March 1, 2024 ............................................................................................ JA11498

Exhibit 1 in Support of Cross-Motion for Summary Judgment ... JA11506

Exhibit 2 in Support of Cross-Motion for Summary Judgment ... JA11514

## <u>VOLUME VII</u>

Exhibit 3 in Support of Cross-Motion for Summary Judgment ... JA11553

iii

Exhibit 4 in Support of Cross-Motion for Summary Judgment ...    JA11577

## **VOLUME VIII**

Exhibit 5 in Support of Cross-Motion for Summary Judgment ...    JA11595

Exhibit 6 in Support of Cross-Motion for Summary Judgment ...    JA11609

Exhibit 7 in Support of Cross-Motion for Summary Judgment ...    JA11633

Exhibit 8 in Support of Cross-Motion for Summary Judgment ...    JA11656

Exhibit 9 in Support of Cross-Motion for Summary Judgment ...    JA11658

Exhibit 10 in Support of Cross-Motion for Summary Judgment .    JA11672

Proposed Order for Cross-Motion for Summary Judgment ........    JA11674

Memorandum in Further Support of Motion for Summary Judgement and in opposition to Defendant's Cross-Motion for Summary Judgment    JA11675

Counter-Statement of Material Facts in Response to Defendant's Statement of Material Facts Not in Dispute in Support of Defendant's Cross-Motion for Summary Judgment.....................................................................    JA11713

Exhibit A in Support of Reply Memorandum and Opposition to Defendant's Cross-Motion.........................................................................................    JA11726

Exhibit B in Support of Reply Memorandum and Opposition to Defendant's Cross-Motion.........................................................................................    JA11729

Reply Memorandum in Support of Cross-Motion for Summary Judgment .....................................................................................    JA11731

# Selected docket entries for case 19−2461

Generated: 01/07/2025 12:22:44

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 12/24/2020 | 66 Opinion Filed | 2 | NOT PRECEDENTIAL OPINION. Coram: CHAGARES, SCIRICA and ROTH, Circuit Judges. Total Pages: 7. Judge: ROTH Authoring. (CJG) |
| 12/24/2020 | 67 | | JUDGMENT, the judgment of the District Court entered March 16, 2017, be and the same is hereby REVERSED and REMANDED, costs to be assessed against appellee. (CJG) |
| | 67 Judgment Entered | 9 | |
| | 67 Notice of Judgment | 11 | |

Case: 24-3012    Document: 47    Page: 7    Date Filed: 07/03/2025

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 19-2461

AMERICAN BOARD OF INTERNAL MEDICINE,

Appellant

v.

JAMIE SALAS RUSHFORD, M.D.

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 2-14-cv-06428)
District Judge: Honorable Katharine S. Hayden

Argued on April 15, 2020
Before: CHAGARES, SCIRICA and ROTH, Circuit Judges

(Opinion filed: December 24, 2020)

Hara K. Jacobs          [ARGUED]
Paul Lantieri, III
Ballard Spahr
1735 Market Street
51st Floor
Philadelphia, PA 19103

Roberto A. Rivera-Soto
Casey Watkins
Ballard Spahr
210 Lake Drive East
Suite 200
Cherry Hill, NJ 08002

*Counsel for Appellant*

Andrew L. Schlafly          [ARGUED]
939 Old Chester Road
Far Hills, NJ 07931

*Counsel for Appellee*

---

OPINION[*]

---

**ROTH**, Circuit Judge:

I.

At issue in this case is whether the three-year statute of limitations for copyright infringement under 17 U.S.C. § 507(b) begins to run from the date of discovery or from the date of injury in circumstances where the plaintiff discovers the identity of the defendant within three years of the injury. The District Court held it begins to run as of the date of injury. For the reasons outlined below, we will reverse that judgment.

II.

To achieve board certification, a physician must satisfy certain educational requirements, including passing speciality-specific computer-based copyrighted exams, administered by American Board of Internal Medicine (ABIM). Defendant Jamie Salas Rushford registered for the August 20, 2009, ABIM certification exam in internal medicine. To prepare for the exam, Rushford registered for a board review course offered by Arora Board Review, a New Jersey-based test preparation provider owned and operated

---

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

by Rajender Arora. In doing so, Rushford provided Arora with his full name and contact information. In subsequent emails with Arora leading up to the review course, and also after he completed the course in May 2009, Rushford used his email address containing his first initial and the name "Salas," and he signed his name to those emails.

When the exam window for his August 2009 exam opened, Rushford began emailing Arora confidential ABIM exam content using the pseudonym "Jimmy R." and the email address "padrinojr@yahoo.com." On August 20, Rushford passed the exam and became board certified.

In December of 2009, ABIM discovered its test questions on Arora's website and sued Arora for copyright infringement. Among the documents ABIM obtained in discovery were emails exchanged between Arora and a Yahoo email address, which was Rushford's but which concealed his name. ABIM alleged it diligently investigated the identity of the person who used the email address but was unable to match the e-mail address to Rushford until January 2012 when it was tipped off by another exam taker.

ABIM filed a copyright infringement suit against Rushford in October 2014. Rushford moved for judgment on the pleadings on the ground that ABIM's claim was barred by the statute of limitations. The District Court granted Rushford's motion for judgment on the pleadings, holding that although the discovery rule applies to copyright infringement cases, because ABIM discovered Rushford's identity six months before the three-year statute of limitations expired, ABIM was required to bring its claim within those

3

six months.[1]  ABIM timely appealed.

## III.[2]

The District Court based its holding, that ABIM was required to bring its claim within six months of when it discovered Rushford's identity (i.e., in the six months leading up to the statute of limitations' expiration), on the ground that equity is a necessary condition for any extension of a statute of limitations period.[3]  Since ABIM had time to bring its claim before the three-year statute of limitations expired, equity did not require that it receive an extension.

In arriving at that conclusion, the District Court focused on the word "equitable" from our opinion in *William A. Graham Co. v. Haughey* (*Graham I*),[4] in which we applied the discovery rule to the Copyright Act.  In doing so, the District Court interpreted a single sentence in a footnote.  The sentence, which reads the "discovery rule originated as an equitable doctrine to extend the period during which victims of latent injuries could seek recovery,"[5] is dictum.  The District Court replaced this dictum with a new rule: "If a party learns of all facts necessary to bring suit within the limitations period, then allows the limitations period to expire, and later on invokes the discovery rule for an 'equitable' extension that was not needed in the first place, then…the statute of limitations doesn't

---

[1] *Am. Bd. of Internal Med. v. Rushford*, 2017 WL1024267 at *3 (D.N.J. Mar. 16, 2017).
[2] The District Court had jurisdiction under 28 U.S.C. §§ 1331 and 1338; we have jurisdiction under 28 U.S.C. § 1291.  Our review is plenary.  *Rosenau v. Unifund Corp.*, 539 F.3d 218, 221 (3d Cir. 2008).
[3] *Rushford*, 2017 WL1024267 at *3.
[4] 568 F.3d 425, 436 (3d Cir. 2009).
[5] *Id.* at 436, n.8 (quoting *Disabled in Action of Pennsylvania v. Se. Pennsylvania Transp. Auth.*, 539 F.3d 199, 216 n.16 (3d Cir. 2008)).

4

mean anything."[6]  On the District Court's reading of *Graham I*, before applying the discovery rule in copyright infringement cases, courts must inquire whether the plaintiff could have brought his claim during the period that would have been the statute of limitations period if the injury rule applied.  *Graham I* nowhere suggests such a far-reaching rule.

Perhaps realizing the District Court's flawed reading of *Graham I*, Rushford now additionally grasps at *Graham*'s sequel, "*Graham II.*"[7]  *Graham II* distinguished between the accrual of a cause of action and the running of a statute of limitations.[8]  Given that distinction, Rushford contends that for the discovery rule to apply, because it is a tolling rather than an accrual doctrine, plaintiffs must allege equitable justification.

Rushford's reliance on *Graham II* is also erroneous.  In *Graham II* we were concerned only with the specific question of when prejudgment interest for copyright claims begins to accrue.  In answering that question, we addressed whether the discovery rule is properly characterized as "delaying the accrual of a cause of action" or as "tolling the running of the limitations period."[9]  We drew the important distinction between two terms that are often confused—"accrual" and "running"—and clarified that "accrual" applies to causes of action, while "running" applies to statutes of limitations.[10]  We held that the former—which has import for calculating prejudgment interest—begins with the

---

[6] *Rushford*, 2017 WL1024267 at \*3 (internal quotations omitted).
[7] *William A. Graham Co. v. Haughey*, 646 F.3d 138, 142 (3d Cir. 2011).
[8] *Graham*, 646 F.3d at 146–149.
[9] *Graham*, 646 F.3d at 148.
[10] *Id.* at 148–50.

injury, whereas the latter—which has import for the availability of a claim altogether—begins with the discovery of the cause of action.[11]  That clarification has no bearing on the situation here where ABIM discovered the cause of action within three years of its accrual and the relevant question is whether the statute of limitations begins as of the injury or of the discovery.

Based on our precedent, there is no basis for the District Court's proposition, now echoed by Rushford, that the equitable underpinning of the discovery rule renders the rule inapplicable when the plaintiff discovers the basis for his claim within the statute of limitations period.  Rather, the discovery rule means that the statute of limitations period begins to run as of the date of the discovery of the cause of action.[12]  Once the statute of limitations begins to run, the plaintiff has three years to bring his claim.  In this case, ABIM discovered Rushford's (intentionally concealed) identity in January 2012, when it was tipped off by another test taker.  The three-year statute of limitations therefore began to run as of January 2012.  Thus, when ABIM brought suit against Rushford in October 2014, it was within the three-year statute of limitations period, and, hence, timely.

## IV.

In addition to holding that the discovery rule is "irrelevant" to this case, the District

---

[11] *Id.* at 147–148.

[12] *See, e.g., Graham*, 646 F.3d at 150 ("Since it cannot be an accrual doctrine, the discovery rule must instead be one of those legal precepts that operate to toll the running of the limitations period after a cause of action has accrued, as sundry cases have stated."); *Cada v. Baxter Healthcare Corp.*, 920 F.2d 446, 452 (7th Cir. 1990) ("[I]t is entirely clear that the discovery rule if applicable gives the plaintiff the entire statute of limitations period in which to sue, counting from the date of discovery…for otherwise the defendant would obtain a benefit from his inequitable conduct….").

Court concluded that there was no alleged basis for equitable tolling because "[t]here [were] no facts pleaded (or set forth at oral argument) that Rushford intentionally misled ABIM in his use of the aliases in his emails to Arora."[13]  But using a pseudonym and an email address that conceals one's identity are surely suggestive of intent to mislead. Therefore, even in the absence of the discovery rule, ABIM's allegations concerning Rushford's deliberate attempts to disguise his identity should have warranted application of equitable tolling.

<div align="center">V.</div>

We will reverse the District Court's order dismissing ABIM's claims and remand for further proceedings consistent with this opinion.

---

[13] *Rushford*, 2017 WL1024267 at 4.

<div align="center">7</div>

Date Filed: 07/03/2025     Page: 14     Document: 47     Case: 24-3012

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 19-2461

AMERICAN BOARD OF INTERNAL MEDICINE,

Appellant

v.

JAMIE SALAS RUSHFORD, M.D.

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 2-14-cv-06428)
District Judge: Honorable Katharine S. Hayden

Argued on April 15, 2020

Before: CHAGARES, SCIRICA and ROTH, <u>Circuit Judges</u>

**<u>JUDGMENT</u>**

This case came to be heard on the record from the United States District Court for

the District of New Jersey and was argued on April 15, 2020.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the

District Court entered March 16, 2017, be and the same is hereby **REVERSED** and

**REMANDED**, costs to be assessed against appellee.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: December 24, 2020

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

**UNITED STATES COURT OF APPEALS** 
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

December 24, 2020

TELEPHONE
215-597-2995



Hara K. Jacobs
Paul Lantieri III
Roberto A. Rivera-Soto
Andrew L. Schlafly
Casey Watkins

RE: American Board of Internal Med v. Jaime Salas Rushford
Case Number: 19-2461
District Court Case Number: 2-14-cv-06428

ENTRY OF JUDGMENT

Today, **December 24, 2020** the Court entered its judgment in the above-captioned matter
pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The
procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir.
LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App.
P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. Pursuant to Fed. R. App. P. 35(b)(3), if separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to the form limits as set forth in Fed. R. App. P. 35(b)(2). If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.


Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/ James/cjg
Case Manager
267-299-4958

Case: 24-3012      Document: 47      Page: 18      Date Filed: 07/03/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICAN BOARD OF INTERNAL MEDICINE,** | : |
| Plaintiff/counterclaim defendant, | : |
| v. | : |
| **JAIME A. SALAS RUSHFORD, M.D.,** | : Civil Action No. 14-cv-06428-KSH-CLW |
| Defendant/counterclaim plaintiff/ third-party plaintiff, | : |
| v. | : |
| **RICHARD BARON, M.D., et al.,** | : **ORAL ARGUMENT REQUESTED** |
| Third-party defendants. | : |

**NOTICE OF MOTION OF
PLAINTIFF AMERICAN BOARD OF INTERNAL MEDICINE
TO STRIKE THE "EXPERT RESPONSE REPORT"
OF WESTBY G. FISHER, M.D.**

TO:    Andrew L. Schlafly, Esq.
*Counsel for defendant/counterclaim plaintiff/third-party plaintiff
Jaime A. Salas Rushford, M.D.*

    **PLEASE TAKE NOTICE** that, on January 17, 2017, at 9:00 o'clock in the

forenoon, or as soon thereafter as counsel may be heard, plaintiff/counterclaim defendant

American Board of Internal Medicine ("ABIM") will move this Court for an order striking the

"expert response report" of Westby G. Fisher, M.D. proffered by defendant/counterclaim

plaintiff/third-party plaintiff Jaime A. Salas Rushford, M.D. in opposition to ABIM's expert

report submitted by Lawrence Ward, M.D.

      Reliance will be had on the attached memorandum in support of the motion to

strikE the "expert respopnse report" proffered by defendant.

      Oral argument is requested.

                      Respectfully submitted,

                      Roberto A. Rivera-Soto
                      riverasotor@ballardspahr.com
                      Hara K. Jacobs
                      jacobsh@ballardspahr.com
                      Casey G. Watkins
                      watkinsc@ballardspahr.com
                      **BALLARD SPAHR LLP**
                      210 Lake Drive East – Suite 200
                      Cherry Hill, New Jersey 08002-1163
                      Tel. 856.761.3400

                      *Attorneys for plaintiff American Board of Internal*
                      *Medicine and the ABIM individuals*

**DATED:**      December 23, 2016

Date Filed: 07/03/2025    Page: 20    Document: 47    Case: 24-3012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **AMERICAN BOARD OF INTERNAL MEDICINE,** | : |
| Plaintiff/counterclaim defendant, | : |
| v. | : |
| **JAIME A. SALAS RUSHFORD, M.D.,** | : Civil Action No. 14-cv-06428-KSH-CLW |
| Defendant/counterclaim plaintiff/ third-party plaintiff, | : |
| v. | : |
| **RICHARD BARON, M.D., et al.,** | : |
| Third-party defendants. | : |

**MEMORANDUM OF PLAINTIFF AMERICAN BOARD OF INTERNAL MEDICINE
IN SUPPORT OF ITS MOTION TO STRIKE
THE "EXPERT RESPONSE REPORT" OF WESTBY G. FISHER, M.D.**

**BALLARD SPAHR LLP**
210 Lake Drive East – Suite 200
Cherry Hill, New Jersey 08002-1163
Tel. 856.761.3400

*Attorneys for plaintiff American Board of Internal
Medicine and the ABIM individuals*

Roberto A. Rivera-Soto
Hara K. Jacobs
Casey G. Watkins
*Of Counsel and on the Brief*

Plaintiff American Board of Internal Medicine ("ABIM") originally tendered the expert report of Lawrence Ward, M.D.; that report opined on the similarities between ABIM's copyrighted examination questions and the pages and pages of handwritten notes made and distributed by defendant/counterclaim plaintiff/third-party plaintiff Jaime A. Salas Rushford, M.D. In support of his motion to strike that report, defendant tendered the "expert response report" of Westby G. Fisher, M.D., a blogger and virulent critic of ABIM who lacks the qualifications for that "expert response report." For the reasons that follow, ABIM moves to strike Dr. Fisher's so-called "expert response report."

## I.  **INTRODUCTION.**

In support of its copyright infringement claim, ABIM produced the expert report of Lawrence Ward, M.D., a Professor of Medicine and the Physician Secretary of ABIM's Internal Medicine Exam Committee during the times here relevant. In summary, Dr. Ward opined that certain notes that defendant disclosed to Dr. Rajender K. Arora -- a board review course proprietor -- were copied or derived from questions that appeared on recent versions of the ABIM Certifying Examination in Internal Medicine. Dr. Ward reached that opinion by applying his expertise in the drafting and selection of ABIM exam questions, and by matching unique, identifying characteristics of the ABIM exam questions to the content of defendant's notes. Significantly, Dr. Ward was not asked to, nor did he, opine on whether all or part of the ABIM exam questions were "protectable" or "original" under copyright law. As ABIM explained in its opposition to defendant's motion to strike Dr. Ward's report, that opinion would be inadmissible under Third Circuit law, which requires that the fact-finder determine -- from the perspective of a layperson -- whether a defendant copied sufficient protectable elements of a copyrighted work to rise to the level of infringement.

Case: 24-3012    Document: 47    Page: 21    Date Filed: 07/03/2025

Moving to strike Dr. Ward's report, defendant proffered an "expert response report" from Dr. Fisher, a physician/medical blogger and unhinged critic of ABIM.[1] Rather than attempt to rebut Dr. Ward's well-founded opinion that defendant blatantly copied ABIM's copyrighted copyrighted questions, Dr. Fisher -- who is neither a lawyer nor versed in the expertise of generating professional examination questions designed to gauge a physician's proficiency -- impermissibly opines on an issue of law: whether ABIM's exam questions are "original to ABIM" and thus protectable under copyright law. Even putting aside Dr. Fisher's stark lack of qualifications to render that opinion, the protectability of ABIM's test questions is an issue of law in respect of which expert opinion is wholly inappropriate. Dr. Fisher's "expert response report" is inadmissible under the law of this Circuit, not to mention it is entirely unhelpful to the fact-finder. Moreover, as is the case with Dr. Fisher's affirmative expert report, Dr. Fisher's "expert response report" is nothing more than a net opinion: it is a mish-mash of biased, irrational conclusions entirely untethered to any actual evidence or expert analysis. The "expert response report" should be stricken, and ABIM should not be required to engage in any further unnecessary and wasteful discovery in respect of it.

---

[1]    Tellingly, defendant separately proffered a purported "expert report" from the same Dr. Fisher to support of defendant's counterclaims against ABIM and defendant's third-party claims against the ABIM individuals, which counterclaims and third-party claims have nothing to do with copyright infringement. ABIM and the ABIM individuals have moved to strike that report on the ground that, among many other deficiencies, Dr. Fisher simply has no expertise that is potentially relevant to defendant's claims. The same holds true as to ABIM's copyright claim.

Case: 24-3012    Document: 47    Page: 22    Date Filed: 07/03/2025

## II.   **BACKGROUND**.

The facts relevant to defendant's extensive infringement of ABIM's copyrights have been set out at length in previous filings. [Dkt. No. 36, at 3-7; Dkt. No. 134-1, at 3-7.] Focusing instead on the facts and allegations truly relevant to this motion yields the following.

Days before taking ABIM's certifying examination in internal medicine in 2009, defendant telephoned Dr. Geraldine Luna, a colleague who had taken the examination earlier that day. At defendant's insistence, Dr. Luna gave defendant details from dozens of ABIM's copyrighted questions. Defendant took detailed notes of that call, and then sent them to Dr. Arora, the proprietor of the review course defendant attended. Defendant also collected copyrighted ABIM exam questions from other sources and forwarded them to Dr. Arora as well. (Compl. ¶¶ 31-46.)

Among other evidence in support of this claim, ABIM produced the expert report of Dr. Ward, who served as the Physician Secretary for the ABIM Internal Medicine Exam Committee from 2006 to 2009, the time when defendant cheated on his examination. Dr. Ward concluded that 96 notes that defendant sent to Dr. Arora were copied or derived from ABIM's examination questions. Dr. Ward's report includes a question-by-question analysis explaining the matches.

In purported response to Dr. Ward's report, defendant tendered an "expert response report" from Dr. Fisher.[2] Without any qualifications or factual support therefor, Dr. Fisher opines that Dr. Ward's conclusion as to copying is "impossible to prove based on the materials consulted" and "demonstrably false." Undaunted by his lack of qualifications or his disregard of the facts, Dr. Fisher criticizes Dr. Ward's alleged failure to "identify any source

---

[2]   For ease of reference, Dr. Fisher's "expert response report" is attached hereto as **Exhibit "A."**

accessible to Dr. Salas Rushford from where he allegedly based all the excerpts listed in its

Appendix B." (Fisher "expert response report" at 4.) Dr. Fisher further "opines" that some of

ABIM's questions reflect "classic" disease presentations, and thus cannot be "original" to ABIM.

(Fisher "expert response report" at 5.) Similarly, Dr. Fisher concludes that certain wrong answer

choices in ABIM's questions would be "common" in a differential diagnosis, and thus "cannot

be said to be original to ABIM." (Fisher "expert response report" at 6.) After reaching these

unsupported and unsupportable conclusions, Dr. Fisher then spends a single paragraph baldly

concluding -- without identifying the bases for that conclusion -- that it is "most likely" that the

notes defendant sent to Dr. Arora are "class notes from a board review course, or notes from

published board preparation materials, or review notes or examples created by physicians

studying for the internal medicine examination." (Fisher "expert response report" at 7.)

Defendant served Dr. Fisher's "expert response report" on November 17, 2016.

This motion to strike followed.

**III.    ARGUMENT.**

    **A.    Standards of review.**

*Federal Rule of Evidence* 702 allows for the admission of expert testimony at trial

subject to certain restrictions:

> A witness who is qualified as an expert by knowledge, skill,
> experience, training, or education may testify in the form of an
> opinion or otherwise if:
>
> > (a) the expert's scientific, technical, or other specialized
> > knowledge will help the trier of fact to understand the
> > evidence or to determine a fact in issue;
>
> > (b) the testimony is based on sufficient facts or data;
>
> > (c) the testimony is the product of reliable principles and
> > methods; and

- 4 -

(d) the expert has reliably applied the principles and methods to the facts of the case.

[*Fed. R. Evid.* 702.]

Thus, to show that expert testimony is admissible, the proponent must satisfy a three-part test: (1) that the proffered witness is qualified as an expert; (2) that the testimony is reliable; and (3) that the testimony "fits" the case, meaning it is relevant and will assist the trier of fact. *Zeller v. J.C. Penney Co.*, No. 05-2546, 2008 WL 906350, at *4 (D.N.J. March 31, 2008).

**B.    Dr. Fisher's "expert response report" addresses only the issue of law of "actionable" copying, and therefore is precisely the type of expert opinion that is inadmissible in copyright infringement cases.**

Copyright infringement involves two discrete elements:  (1) ownership of a valid copyright; and (2) unauthorized copying of original elements of the plaintiff's work. *Kay Berry, Inc. Taylor Gifts, Inc.*, 421 F.3d 199, 208 (3d Cir. 2005).  In the Third Circuit, which has adopted the Second Circuit's approach to the infringement analysis set out in *Arnstein v. Porter*, 1564 F.2d 464 (2d Cir. 1946), the second element (unauthorized copying) is divided into two parts: "actual" copying and "actionable" copying. *Dam Things from Denmark, a/k/a/ Troll Co. ApS v. Russ Berrie & Co.*, 290 F.3d 548, 562 (3d Cir. 2002).  The inquiry into actual copying is meant to assess "whether there is sufficient similarity between the two works in question to conclude that the alleged infringer used the copyrighted work in making his own." *Kay Berry*, 421 F.3d at 208.  This inquiry is not limited to the protectable elements of the work, but encompasses any "similarities that are probative of copying between the works." *Dam Things from Denmark*, 290 F.3d at 562 (internal quotation marks omitted) (quoting *Laureyssens v. Idea Grp., Inc.*, 964 F.2d 131, 140 (2d Cir. 1992)).  Actual copying is a proper subject of expert testimony. *Kay Berry*, 421 F.3d at 208 (stating that "expert testimony is permissible to help reveal the similarities that a

- 5 -

lay person might not ordinarily perceive"); *Dam Things from Denmark*, 290 F.3d at 562 (stating that actual copying can be proven by expert testimony).

Once actual copying has been established, a plaintiff also must show that the copying is "actionable," that is, that there are substantial similarities between the copy and the original "related to protectable material." *Kay Berry*, 421 F.3d at 208. "Protectable" material means material that contains at least a "slight amount" of "originality." *Feist Publications, Inc. v. Rural Telephone Service Co.*, 499 U.S. 340, 345-46 (1991). This inquiry must be from the perspective of a layperson, and therefore must be conducted by the "fact-finder . . . without the aid of expert testimony." *Ibid.* (emphasis supplied); *see also Dam Things from Denmark*, 290 F.3d at 562.

Applying these principles, courts both in this Circuit and elsewhere have held that, when considering actionable copying, expert testimony is of no use to the fact-finder and is not admissible. *See Interplan Architects, Inc. v. C.L. Thomas, Inc.*, No. 08-3181, 2010 WL 4065465, at *11 (S.D. Tex. Oct. 9, 2010) (excluding expert opinion on actionable copying); *Cottrill v. Spears*, No. 02-3646, 2003 WL 21223846, at *8 n.10 (E.D. Pa. May 22, 2003) (stating that expert opinion would not be considered under "intrinsic" actionable copying test).

Yet, contrary to the overwhelming weight of authority, that is precisely what Dr. Fisher's "expert response report" tries to do. For example, Dr. Fisher repeatedly opines that ABIM questions expressing "classic" presentations of diseases cannot be considered "original" to ABIM; he likewise opines that using wrong answer choices that might pertain to a real-life differential diagnosis cannot be "original." Either of these is plainly improper. Dr. Fisher lacks any expertise in copyright law, and is neither qualified nor permitted to testify regarding what is original enough to be protectable under copyright law. And, to be sure, Dr. Fisher is wrong. The

- 6 -

fact that a scenario might occur in real-life does not mean that the expression of those "classic" scenarios is not subject to copyright protection; otherwise, books describing historical events would not be copyrightable, a notion that is laughable. Indeed, *Educational Testing Services v. Katzman*, 793 F.2d 533, 541 (3d Cir. 1986), concluded that a plaintiff's expression of a basic mathematics problem was protectable, and found as a fact that the defendant had engaged in actionable copying when he simply changed the variables used in that math problem. It readily is apparent that Dr. Fisher's "expert response report" is the product of an unqualified author that is unhelpful to the jury and is impermissible under the law. It should be stricken.

### C.   Dr. Fisher's unnfounded conclusion that defendant's notes somehow are from a board review course is an impermissible net opinion.

Dr. Fisher also "opines" that the pages and pages of notes defendant sent to Dr. Arora are "most likely" from a board review course or other public board preparation materials. Shunting aside the uncontrovertable facts that directly contradict Dr. Fisher's "opinion" and which Dr. Fisher simply ignores as somehow inconvenient to the conclusion he wishes to reach, Dr. Fisher devotes all of a single paragraph to this conclusion and, tellingly, he does not and cannot provide any evidentiary support. *Federal Rule of Evidence* 702 requires that an expert's opinion be based on sufficient factual analysis to be admissible into evidence. *Elcock v. Kmart Corp.*, 233 F.3d 734, 754-55 (3d Cir. 2000). A bare, unsupported opinion is not admissible, and is an impermissible "net opinion." *Zeller v. J.C. Penney Co.*, No. 05-2546, 2008 WL 906350, at *7 n.13 (D.N.J. March 31, 2008).

Dr. Fisher's rank speculation as to the source of defendant's notes manifestly fails this test. (a) he does not analyze each question -- as Dr. Ward did -- to identify aspects that indicate it may have come from a board review course; and (b) he lacks any experience at all in creating or professionally evaluating valid and thoughtful examination questions. Apart from

- 7 -

two supposed comparisons to board prep materials, Dr. Fisher fails to compare any of the notes identified in Dr. Ward's chart to the supposed board review materials from which he claims the notes were "most likely" derived or, more to the point, to the actual examination questions defendant unlawfully copied.

An unsupported opinion that merely backs up a party's own self-serving testimony is inadmissible and uniquely unhelpful to the fact-finder: it fails to explain how the expert used his or her expertise to reach the conclusion.[3] *See Viterbo v. Dow Chem. Co.*, 826 F.2d 420, 424 (5th Cir. 1987) (excluding expert report on causation where expert failed to analyze other potential causes and simply "pick[ed] the cause that is more advantageous" to party offering expert). Dr. Fisher's conclusory report should be stricken.[4]

## IV.    **CONCLUSION**.

For the foregoing authority, arguments, and reasons, ABIM respectfully prays that Dr. Fisher's "expert response report" be stricken.

/////

/////

/////

/////

---

[3]    Notably, ABIM served a request for production in May 2015 seeking "[a]ll documents concerning [defendant's] preparation or studying for any ABIM Examination." Apart from a handout from the Arora Board Review referenced by Dr. Fisher, defendant failed to produce any of the material cited in Dr. Fisher's "expert response report."

[4]    Only one of Dr. Fisher's other criticisms of Dr. Ward's report warrants clarification. Dr. Fisher states that "[t]wo of the allegedly original questions listed in Appendix B to Dr. Ward's report do not exist" in the questions ABIM produced. They are merely typographical errors: Row 14 matches a Notes Portion to ABIM question number 1332, when the actual question is 13322 (ABIM00084); and, likewise, Row 78 matches a Notes Portion to ABIM question number 39355, when the actual question is 39255 (ABIM00157). Dr. Fisher could not have been actually confused by these typos, as Row 78 illustrates in detail just how close many of defendant's copies are to ABIM's copyrighted questions.

Date Filed: 07/03/2025     Page: 29     Document: 47     Case: 24-3012

Respectfully submitted,

Roberto A. Rivera-Soto
riverasotor@ballardspahr.com
Hara K. Jacobs
jacobsh@ballardspahr.com
Casey G. Watkins
watkinsc@ballardspahr.com

**BALLARD SPAHR LLP**
210 Lake Drive East – Suite 200
Cherry Hill, New Jersey 08002-1163
Tel. 856.761.3400

*Attorneys for plaintiff American Board of Internal Medicine and the ABIM individuals*

**DATED:**      December 23, 2016

- 9 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed ABIM's motion to strike the "expert response report" of Westby G. Fisher, M.D. with the Clerk of Court using the CM/ECF system, and thereby served all counsel of record with a copy thereof.

DATED:    December 23, 2016

Roberto A. Rivera-Soto

Case: 24-3012    Document: 47    Page: 30    Date Filed: 07/03/2025

Date Filed: 07/03/2025    Page: 31    Document: 47    Case: 24-3012

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| American Board of Internal Medicine, <br> Plaintiff, <br><br> v. <br><br> Jaime A. ("Jimmy") Salas Rushford, M.D., <br> Defendant, Counterclaim Plaintiff & Third <br> Party Plaintiff <br><br> v. <br><br> Richard Baron, M.D.; et al.; <br> Third-Party Defendants. | CIVIL NO. 14-CV-06428-KSH-CLW <br><br><br> EXPERT RESPONSE REPORT ON <br> COPYING OR DERIVATION OF <br> INTERNAL MEDICINE EXCERPTS <br> AND QUESTIONS |

## Expert Response Report of Westby G. Fisher, MD, FACC

### I.    Qualifications

My name is Westby G. Fisher. I am licensed to practice medicine in the State of Illinois (#036-107639). I am a Diplomate, American Board of Internal Medicine (#127308): Internal Medicine (1989), Cardiology, and Cardiac Electrophysiology. I am also a Fellow of the American College of Cardiology. My career includes 26 years of service with the United States Navy. My medical degree is from Loyola University Stritch School of Medicine (1984), and my undergraduate degree is in biomedical engineering from Duke University (1980).

I have published articles and given presentations on the issue of board certification in internal medicine. My CV is attached.

Date Filed: 07/03/2025    Page: 32    Document: 47    Case: 24-3012

Case: 24-3012    Document: 47    Page: 33    Date Filed: 07/03/2025

## II.    Purpose and Summary

I have been retained by Andrew Schlafly, who is local counsel in the foregoing case, in order to provide expert testimony here on the topic of board certification in internal medicine, an issue about which I have analyzed and written about for years;

I charge $375 per hour for my work.

For this particular report is in rebuttal to the report of Dr. Lawrence D. Ward, M.D. dated October 17, 2016 regarding whether the content of certain handwritten and typewritten notes was copied or derived from questions from ABIM's Certifying Examination in Internal Medicine. I was asked to use my expertise in internal medicine and board certification to review Dr. Ward's report; to evaluate its conclusions and methodology; and to reach my own conclusions regarding whether or not the documents emailed by Dr. Salas Rushford are copies of certain documents identified by ABIM as containing its copyrighted questions or have other sources.

In working towards this goal, I reviewed the documents listed in Section IV of Dr. Ward's report and numerous documents produced by ABIM and by Dr. Salas Rushford in this litigation, as provided to me by counsel for Dr. Salas Rushford, including the documents Bates labeled ABIM02646-ABIM02741, the handouts of the Arora Board Review course held in May 2009, and:

1. The MKSAP14 Medical Knowledge Self-Assessment Program published by the American College of Physicians (2006);

2. Prep for the Boards 2, An Enhancement to MKSAP published by the American College of Physicians (2005);

3. Board Basics: An Enhancement to MKSAP published by the American College of Physicians (2006);

2

Expert Response Report on Copying by Dr. Westby G. Fisher, MD, FACC Page 002

Case: 24-3012    Document: 47    Page: 34    Date Filed: 07/03/2025

4.  Mayo Clinic Internal Medicine Review 2006-2007, 7th Ed. (2006);

5.  ABIM Exam Secrets Study Guide (Mometrix Media 2015);

6.  The following website:

  a.  http://www.UptoDate.com

My opinion is based on my review of those records, my discussions with Dr. Salas Rushford personally, and on my own prior research and publications and the authorities and documents those cite, including my personal web log (http://drwes.blogspot.com). To the best of my recollection, I have not served as an expert witness in the past four years, except for the report I submitted earlier in this case.

This report complements and does not supersede my earlier report of October 17, 2016, which has a related but different scope.

I have reached the following conclusions:

1.  The materials consulted, listed in Section IV of Dr. Ward's report, are woefully inadequate as a basis to reach the conclusions summarized in Section VI of his report.

2.  Dr. Ward's Report claims that certain excerpts listed in Appendix B to his Report are copies of a total of 78 questions contained in the documents Bates labeled ABIM00054-ABIM00165.

3.  Two of the allegedly original questions listed in Appendix B to Dr. Ward's Report do not exist in any of the documents Bates labeled ABIM00054-ABIM00165. (See Rows 14, 78).

4.  The questions numbered 3065, 24024, 56949, 26575, 24060, 39611, 6709, 9190, 18020, 14269, 39384, 37614, 26677, 15684, and 39255, which are contained in the documents

Expert Response Report on Copying
by Dr. Westby G. Fisher, MD, FACC
Page 003

Case: 24-3012    Document: 47    Page: 35    Date Filed: 07/03/2025

Bates labeled ABIM00054, ABIM00059, ABIM00066, ABIM00070, ABIM00077, ABIM00081, ABIM00082, ABIM00093, ABIM00098, ABIM00100, ABIM00110, ABIM00115, ABIM00118, ABIM00126-ABIM00127, and ABIM00157 respectively, are not listed in Appendix B to Dr. Ward's Report or referenced anywhere in the report.

5.  Dr. Ward's conclusion that each of the excerpts identified in Appendix B to Dr. Ward's report is neither class notes from a board review course, nor notes from published board preparation materials such as MKSAP is both impossible to prove based on the materials consulted by Dr. Ward (as listed in Section IV of his report) and demonstrably false.

6.  The use of small excerpts from the documents emailed by Dr. Salas Rushford and of isolated pages of questions instead of a side-by-side comparison of the full documents tends to indicate that the documents emailed by Dr. Salas Rushford are not actual copies of any of the original registered copyrighted documents.

7.  The excerpts listed in Appendix B to Dr. Ward's Report are strikingly different in length from the corresponding questions listed in Appendix B.

8.  The vast majority of the excerpts referenced in Appendix B to Dr. Ward's Report are not questions or in the format of questions.

9.  Dr. Ward's report does not identify any source accessible to Dr. Salas Rushford from where he allegedly based all the excerpts listed in its Appendix B. Since Dr. Salas Rushford had not taken the test at the time he sent the emails, Dr. Ward should have at least defined where he thinks Dr. Salas Rushford was copying from, compared that source to the original copyrighted works and then drawn specific links between that source and the excerpts from Dr. Salas Rushford's emailed documents, or preferably to the entire documents, not just excerpts. The report is silent on this issue. The acts of creating the emailed documents that it describes must be at least once removed from the original test. This indicates that the documents emailed by Dr. Salas Rushford were not copied from the test.

10. In Appendix B to Dr. Ward's Report, the use of "correct answer not included" as a basis to determine whether a question was actually physically copied indicates that the excerpts are not copies because real copies would include the correct answer.

11. In Appendix B to Dr. Ward's Report, the use of alleged descriptions of images in the originals, as a basis to determine whether a question was actually physically copied, indicates that the excerpts are not copies because none of the documents Bates labeled ABIM00054-ABIM00165 has any images.

12. In Appendix B to Dr. Ward's Report, the use of unspecified "testing points" and answer choices as a basis to determine whether a question was actually physically copied is improper given the context and nature of the subject matter of the questions. In the subject of internal medicine certain answer choices are likely to appear when a particular condition or quandary is being discussed because they are the ones that are similar or likely to be confused with it.

13. The vast majority of the ABIM questions referenced in Appendix B to Dr. Ward's Report present classic diagnostic criteria, disease variants, diagnostic evaluations, treatments, and differential diagnoses. It is common and logical to use differential diagnoses or treatments of alternate disease states as distractors (wrong answers) in multiple choice exams. The website UptoDate.com lists classic or common diagnostic criteria, disease variants, diagnostic evaluations and differential diagnoses (often used as wrong answers). Examples of the use of these differential diagnoses as distractors include Rows 1 (epidural abscess mimicking brain abscess and metastatic cancer), 96 (differential diagnosis of myxedema coma to include adrenal insufficiency or hypothermia), and 94 (differentiating pericardial tamponade vs pericardial constriction). Therefore, those, and any other questions using common differential diagnoses in the wrong answer choices cannot be said to be original to ABIM. Any competent review of those topics or material would include the same or very similar distractors or wrong answer choices. The same applies to those questions that present classic diagnostic criteria, classic disease variants, classic treatments, and classic

5

Case: 24-3012 Document: 47 Page: 36 Date Filed: 07/03/2025

diagnostic evaluations. Most reviews would also use the same classics. And even if they didn't, physicians would use them when studying because UpToDate (among other online guides) has been available since 1992 and is a common clinical practice tool. In consequence any conclusion regarding copying of questions is inherently flawed when it is based on wrong answer choices which feature common differential diagnoses, or when the question is based on classic diagnostic criteria, classic disease variants, or classic diagnostic evaluations.

14.    The vast majority of the excerpts referenced in Appendix B to Dr. Ward's Report present internal medicine ideas in the form of classic diagnostic criteria, disease variants, diagnostic evaluations, treatments, and differential diagnoses. For instance, row 19 "notes portion" describes classic signs and treatment of shock (either septic OR cardiogenic).

15.    Many of the questions referenced in Appendix B to Dr. Ward's Report are classic internal medicine questions that present scenarios used commonly in the literature. For some of those, even the notes in the ABIM documents admit this outright. For example the notes to the question on Row 62 state that "This is a common presentation at weekend urgent care centers and emergency departments" and that it is taken from The Sanford Guide to antimicrobial Therapy, 2006. As further examples, the ABIM notes from the questions on rows 8, 11, 18, 44, and 66 clearly state that the questions present classic descriptions or presentations. These questions are therefore likely to have been discussed in review courses and materials. They certainly cannot be said to be original to ABIM. Consequently, any of the alleged similarities between the excerpts and ABIM material listed in Appendix B to Dr. Ward's Report cannot be reliably used to determine copying.

16.    Some of the comparisons between the excerpts and alleged ABIM questions listed in Appendix B to Dr. Ward's report as sharing "answer choices" are demonstrably false because the excerpt does not contain any answer choices. (See for example Row No. 7).

Date Filed: 07/03/2025      Page: 38      Document: 47      Case: 24-3012

17. Item #29 Notes Portion state "Why is the patient having acute bizzar (sp) behavior?" while ABIM question asks "Which of the following medications is the most likely cause of this clinical picture?" suggesting question was not copied.

18. In Appendix B to Dr. Ward's Report, the use of unspecified "question details" as a basis to determine whether a question was actually physically copied is improper because that description is too vague to be evaluated.

19. Some of the excerpts in Appendix B to Dr. Ward's Report are completely different from the alleged original question. (See for example Row No. 17).

20. At least one of the excerpts listed in Appendix B to Dr. Ward's Report refer to completely different conditions than the ones their supposedly similar ABIM question refers to. For example, the excerpt in Row 11 refers to CML (Chronic Myeloid Leukemia) whereas ABIM question no. 32723 deals with CLL (Chronic Lymphocytic Leukemia).

21. It is most likely that the excerpts identified in Appendix B to Dr. Ward's Report are class notes from a board review course, or notes from published board preparation materials, or review notes or examples created by physicians studying for the internal medicine examination. For example, the excerpt in Row 8 discusses some of the same medical facts as Item 13, page 68, of the MKSAP14 Rheumatology Self-Assessment Test, which Dr. Salas Rushford had access to at the time. As a further example, the excerpt in Row discusses some of the same medical facts as the constrictive pericarditis question in the Arora Board Review handout entitled CARDIOLOGY-PART I, Pages 19-21. As discussed above, most others simply include differential diagnoses and other such common material from the medical literature.

22. At least 32 of the excerpts listed in Appendix B to Dr. Ward's Report supposedly infringe on the same question as another one of those excerpts. Specifically, at least 15 of the alleged original questions that are supposedly similar to excerpts from Dr. Salas Rushford's handwritten notes (Rows 1-41) are also supposedly similar to excerpts from typewritten PDF documents not created by Dr. Salas Rushford (Rows 42-96). (For example see Rows

7

Nos. 6 and 64.) Also, another allegedly original question is supposedly similar to two different excerpts from the typewritten PDF documents not created by Dr. Salas Rushford. (See Rows 51 and 94).      Given those facts, it is likely that all those questions or examples were commonly used in reviews and were not questions or examples taken from the ABIM exam. Consequently, any similarity between the excerpts and ABIM material cannot be reliably used to determine copying.

23.    As of the time of this report, ABIM has not produced the original documents ABIM submitted for copyright registration. This report will subsequently be updated as necessary if and when those, or any other materials with bearing to the conclusions contained herein, are produced.

Dated: November 17, 2016

Sincerely,

Westby G. Fisher, M.D., F.A.C.C.

8

Expert Response Report on Copying
by Dr. Westby G. Fisher, MD, FACC
Page 008

JA391

Date Filed: 07/03/2025     Page: 40     Document: 47     Case: 24-3012

# Appendix 1
# Curriculum Vitae of
# Dr. Westby G. Fisher, M.D., F.A.C.C.

Date Filed: 07/03/2025    Page: 41    Document: 47    Case: 24-3012

# WESTBY G. FISHER, MD, FACC

Last Updated May 24, 2016

## PERSONAL INFORMATION

*Date of Birth:* October 10, 1958
*Place of Birth:* Highland Park, Illinois
U.S. Citizen

827 Elmwood Avenue
Wilmette, Illinois 60091
(847) 920-9181

NorthShore University HealthSystem
Division of Cardiology
2650 Ridge Avenue, Walgreen 3507
Evanston, IL 60201
Office: (847) 570-2640
Facsimile: (847) 570-1865
E-mail: wfisher@northshore.org
　　　　wes@medtees.com

## BOARD CERTIFICATION AND MEDICAL LICENSURE

Diplomat, Am. Board of Internal Medicine (#127308): Internal Medicine, Cardiology, Cardiac Electrophysiology
Medical Licensure in the States of Illinois (#036-107639),
Former Medical Licensure in the State of Maryland (#D34152), Kentucky (#33718), Ohio (#35-07-3464)
Advanced Cardiac Life Support Provider
Basic Cardiac Life Support Provider
Advanced Trauma Life Support Provider

## GRADUATE EDUCATION

| | |
|---|---|
| *1993-1994* | UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, CALIFORNIA<br>*Clinical Cardiac Electrophysiology Fellowship* |
| *1990-1993* | NATIONAL NAVAL MEDICAL CENTER, BETHESDA, MARYLAND<br>*Cardiology Fellowship* |
| 1989-1990 | NATIONAL NAVAL MEDICAL CENTER, BETHESDA, MARYLAND<br>*Staff Internist and Chief of Residents* |
| *1987-1989* | NATIONAL NAVAL MEDICAL CENTER, BETHESDA, MARYLAND<br>*Internal Medicine Residency* |
| *1985-1987* | NAVAL HOSPITAL, PATUXENT RIVER, MARYLAND<br>*Head, Emergency Department* |
| *1984-1985* | NATIONAL NAVAL MEDICAL CENTER, BETHESDA, MARYLAND<br>*Internal Medicine Internship* |
| *1980-1984* | LOYOLA UNIVERSITY STRITCH SCHOOL OF MEDICINE, MAYWOOD, IL<br>*M.D. Degree, June 9, 1984*<br>Alpha Sigma Nu Honor Society |

## UNDERGRADUATE EDUCATION

| | |
|---|---|
| *1976-1980* | DUKE UNIVERSITY, DURHAM, NORTH CAROLINA<br>*B.S.E. in Biomedical Engineering (Cum Laude), May, 1980* |

## MILITARY SERVICE

| | |
|---|---|
| *1997-2007* | US NAVY ACTIVE RESERVES, CAPT, MC, USNR-R – Retired 1 Nov 2007. |
| *1995-1997* | US NAVY<br>*Head, Section of Cardiac Electrophysiology, National Naval Medical Center, Bethesda, MD* |
| *1990-1995* | NATIONAL NAVAL MEDICAL CENTER, BETHESDA, MD<br>*Internist/Cardiologist* |
| *1989-1990* | NATIONAL NAVAL MEDICAL CENTER, BETHESDA, MD<br>*Staff Internist and Chief of Residents* |
| *1985-1987* | NAVAL HOSPITAL, PATUXENT RIVER MARYLAND<br>*US Navy, Head, Emergency Department* |
| *1984-1985* | NATIONAL NAVAL MEDICAL CENTER, BETHESDA, MD<br>*US Navy, Categorical Medicine Internship* |

## ADMINISTRATIVE APPOINTMENTS

| | | |
|---|---|---|
| 1 March 2001 to Present | Director, Cardiac Electrophysiology | NorthShore University HealthSystem |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1 July 2009 to Present | Clinical Associate Professor of Medicine, The Pritzker School of Medicine, University of Chicago |
| 1 Sep 2006 to 30 June 2009 | Associate Professor of Medicine, The Feinberg School of Medicine, Northwestern University Department of Medicine |
| 1 Jan 2002 to 31 Aug 2006 | Assistant Professor of Medicine, The Feinberg School of Medicine, Northwestern University Department of Medicine |
| 14 Aug 2000 to 28 Feb 2001 | Assistant Professor of Medicine, University of Kentucky, Lexington, Kentucky Department of Medicine |
| 1 Sep 1997 to 30 Apr 2000 | Assistant Professor of Clinical Medicine and Director, Clinical Cardiac Electrophysiology Research, Department of Medicine |
| 1 July 1994 to 31 Aug 1997 | National Naval Medical Center, Bethesda, Maryland Head, Section of Cardiac Electrophysiology, Department of Medicine |
| | F. Edward Hebert School of Medicine, Uniformed Services University of the Health Sciences |

Expert Response Report on Copying
by Dr. Westby G. Fisher, MD, FACC
Page 011

Date Filed: 07/03/2025    Page: 43    Document: 47    Case: 24-3012

Assistant Professor of Medicine, Department of Medicine

## HOSPITAL APPOINTMENTS

| | | |
|---|---|---|
| 1 March 2001 to Present | Senior Attending | NorthShore University HealthSystem |
| 2000-2001 | Staff Physician | University of Kentucky |
| 1997-2000 | Staff Physician | University of Cincinnati, Cincinnati, OH<br>Christ Hospital, Cincinnati, OH<br>St. Elizabeth's South Hospital, Covington, KY<br>St. Luke's Hospital, Covington, KY<br>Jewish Hospital, Cincinnati, OH |
| 1984-1997 | Staff Physician | National Naval Medical Center, Bethesda, MD |

## COMMITTEE SERVICE

NorthShore University HealthSystem . Cardiology Quality Committee, July, 2010 - Present

Specialty Leadership Committee – March 2008-December 2012, NorthShore University HealthSystem

Pacemaker and Defibrillator Operative Guideline Committee, NorthShore University HealthSystem

EPIC Inpatient Monitoring Steering Committee, NorthShore University HealthSystem

Heart Rhythm Society – Web Development Committee

## AWARDS, HONORS, DISTINCTIONS

North American Society of Pacing and Electrophysiology (NASPE) Young Investigator Awardee for Clinical Research, May 16, 1992, Chicago, IL

International Society of Computers in Electrocardiology (ISCE) Young Investigator Awardee, 18th Annual Conference, April 24-29, 1993, Palm Coast, Florida

Naval Commendation Medal - For meritorious contribution to research in the field of cardiac electrophysiology and development of a patented computerized intracardiac mapping system to localize cardiac arrhythmias

Three-time awardee of Navy Achievement Medals:

(1) Development of a Computerized Quality Assurance Database for the Emergency Department, Naval Hospital, Patuxent River, Maryland

(2) Development and Installation of a Automated Quality Assurance Database, Emergency Room, National Naval Medical Center, Bethesda, Maryland

(3) For outstanding performance as Chief of Residents, National Naval Medical Center, 24 August 1989 - 30 June 1990

Recipient, Naval Meritorious Unit Commendation
Recipient, National Defense Ribbon, Operation Desert Storm, 1993

## PROFESSIONAL SOCIETY MEMBERSHIPS

Fellow, American College of Cardiology
Member and Committee Member, Heart Rhythm Society
American Medical Association
American Heart Association

## CURRENT RESEARCH ENDEAVORS

- Principle Investigator, CABANA (Catheter Ablation vs. AntiArrhythmic Drug Therapy for the Treatment of Atrial Fibrillation) Trial, NorthShore University HealthSystem

- Co-Investigator, MIRACLE EF Trial, a randomized, double-blinded, global, multi-center cardiac resynchronization in heart failure trial clinical study in less severe heart failure (EF 36-50%). Sponsored by Medtronic, Inc. – Currently in IRB review

- Signal Processing Applications for Electrocardiographic Data  EH02-095, Co-investigator

- Optimize RV Selective Site Pacing Clinical Trial EH 07-318, Principle Investigator

- The PACE-MI Trial: PACEmaker and Beta-Blocker Therapy After Myocardial Infarction  EH08-251, Co-investigator

- WATCHMAN® Left Atrial Appendage System for Embolic Protection in Patients with Atrial Fibrillation (PROTECT AF)." ST1021 Rev 06 December 2006  EH 05-233, Co-investigator

## TEACHING

"EKG Interpretation." – Ongoing monthly series of lectures for residents and medical students, NorthShore University HealthSystem

"Cardiac Rhythm and Disease Management: A Collaborative Approach of EP and Heart Failure", Medtronic CRM Program, Orlando, Florida, 2-5 November 2006, Program Chair.

"Advanced CRT Implant and Management Strategies", Boston Scientific CRM Institute for Therapy Advancement, St. Paul, Minnesota, 28-29 September 2006, Invited Lecturer.

"Cardiac Resynchronization, Achieving Implant Success", Medtronic EP Fellows Fall Summit, Minneapolis, Minnesota, 25-27 August 2006, Invited Lecturer.

"Re-Inventing Pacing: Novel Approaches to Impact Patient Outcomes", MP³ Medtronic Physiologic Pacing Program, Las Vegas, Nevada, 1-3 December 2005, Lecturer.

"CRT Patient Selection, Lead Positioning and Follow-up", Heart Rhythm Society of Kansas City, Overland Park, Kansas, 21 June 2005, Invited Lecturer.

"Clinical-Based Tutorials: Challenging Biventricular Pacing Techniques. Heart Rhythm Society, New Orleans, Louisiana, 5-7 May 2005, Conference Leader.

"Indications for ICD Therapy: Appropriate Patient and Device Selection", Great Plains Cardiovascular Symposium, Nebraska Chapter American College of Cardiology, Omaha, Nebraska, 21-22 April 2005, Invited Lecturer.

"Atrial Fibrillation Ablation", Computers in Cardiology, Chicago, IL  19 Sep 2004, Program Chair.

"Role of AV and VV Optimization on Improving Respondents", Cheng Gung Memorial Hospital, 25-26 June 2004, Lecturer.

Case: 24-3012    Document: 47    Page: 45    Date Filed: 07/03/2025

"Three-dimensional endocardial mapping: Principles and applications." Northern California Electrophysiology Society, Sanford, CA, October 15, 1993.

"Atrial Flutter Ablation: Techniques and Outcomes" - Eastern Pennsylvania Electrophysiology Society, March 21, 1995.

"New Advances in the Therapy of Atrial Fibrillation." Internal Medicine Grand Rounds, National Naval Medical Center, Bethesda, Maryland, February 2, 1995.

"New Technologies in Catheter Ablation," Cardiology Grand Rounds, St. Thomas Hospital, Nashville, TN, April 1996.

"Intracardiac Ultrasound Imaging for the Electrophysiologist - Where Are We and Where Can We Go", North American Society of Pacing and Electrophysiology, Seattle, WA, May 14th, 1996.

"Intracardiac Echocardiography Applications in Catheter Ablation," Duke University, Durham, NC, November 12, 1996.

"Adjunctive Intracardiac Echocardiography in Slow Pathway AV Nodal Modification," Cardiology Grand Rounds, New York Hospital, Cornell University, 13 January 1997.

"Intracardiac Echocardiography: Advantages and Limitations," Cardiac Electrophysiology Rounds, St. Lukes Hospital/Roosevelt Medical Center, New York, NY, 23 March 1997.

"New Therapeutic Approaches to the Management of Atrial Fibrillation," Grand Rounds Presentation, University Hospital, Cincinnati, OH, 24 October 1997.

"Intracardiac Ultrasound to Guide AV Nodal Slow Pathway Ablation in Humans," Symposium entitled: "New Horizons for Anatomic and Electrical Visualization of Tachyarrhythmias," German Heart Center, Technische Universität München, Munich, Germany 12-13 June 1998.

"New Approaches and Insights to Catheter Ablation with Intracardiac Echocardiography." Japanese Society of Pacing and Electrophysiology, Okayama, Japan, 24-29 May 1999.

"Biventricular Pacing for Congestive Heart Failure - the MIRACLE Trial," All Institute of Medical Sciences, The Escorts Heart Institute and Research Centre, and the Sir Gangaram Hospital, New Delhi, India, 6-13 May 2000.

"Biventricular Pacing for Congestive Heart Failure - the MIRACLE Trial," Cardiology Research Institute, Hyderabad, India, 13 August 2000.

"Order & Disorder in the Cardiac Rhythm," Springfield, IL 15 September 2000.

"New Devices in the Therapy of Congestive Heart Failure," University of Kentucky, Lexington, KY 11 October 2000.

"Biventricular Pacing in Congestive Heart Failure – Hemodynamic Implications," Yokahama, Japan, 14 October 2000.

"Evolving Concepts in Cardiovascular Intervention" Tucson, AZ, 2 February 2002, Course Director.

"Cannulation of the Coronary Sinus" at EP Physician's Meeting, Chicago, IL

"Cardiac Resynchronization Therapy – Tips, Tricks, and Traps" Merriville, IN, 18 September 2002.

"Beating the Odds – Advances in the Treatment of Heart Failure", Las Vegas, NV, 7 February 2003, Course Director.

"Current Challenges in the Management of Heart Failure and Cardiac Arrhythmias", Key West, FL, 20 February 2003.

"Emerging Non-Pharmacological Therapies in Cardioembolic Stroke Prevention", Chicago, IL, 30 March 2003.

"How to Cannulate the CS in a Remodeled Heart", Medtronic, "Learn from the Experts How to Shorten CRT Implant Times and Increase Implant Success Meeting", Chicago, IL, 14-15 March 2003.

"Medtronic's Next Generation Heart Failure Meeting", Minneapolis, MN, 15-16 September 2003.

JA397

"New Directions in Heart Failure and Arrhythmia Management", Traverse City, MI, 19-21 September 2003, Co-Chair.

"New Indications for Primary Preventions of SCD", CME Program, Decatur Memorial Hospital, Decatur, IL, 13 November 2003.

"Device Therapy in Management of Patients with Cardiomyopathies: Implications for Management", Cardiology Grand Rounds, Memorial Medical Center, Springfield, IL, 14 November 2003.

"Device Therapy in Management of Patients with Cardiomyopathies: Implications for Management", Cardiology Grand Rounds, Blessing Hospital, Quincy, IL, 14 November 2003

"Device Therapy Guidelines and Treatments for Cardiac Resynchronization", Cardiology Grand Rounds, Olympia Fields Hospital, Olympia Fields, IL, 5 December 2003.

"Heart Failure Leads Roundtable", Chicago, IL, 18 December 2003.

"Heart Failure Roundtable", Medtronic Research Laboratory, Coon Rapids, MN, 12 January 2004.

"Biventricular Pacing for Heart Failure: Restoring Full Life", Cardiovascular Grand Rounds, Mercy St. John's Health System, Springfield, MO, 20 January 2004.

"Current Challenges in the Management of Heart Failure and Cardiac Arrhythmias", Tempe, AZ, 27-28 February, 2004, Program Chair.

"Role of CRT in Heart Failure", Central Chest Hospital, Bangkok, Thailand, 21 June 2004, Lecturer.

"Meet the Expert on How to Shorten CRT Implant Time and Increase Implant Success", Bangkok, Thailand, 22 June 2004, Lecturer.

"Role of AV and VV Optimization on Improving Respondents", National Taiwan University Hospital, Taipei, Taiwan, 24 June 2004, Lecturer

"Tips and Tricks on CRT Implant, Veteran General Hospital, Taipei, Taiwan, 25 June 2004, Lecturer.

## PUBLICATIONS

1. Fisher WG and Schloss EJ. Medical specialty certification in the United States-a false idol? *J Interv Card Electrophysiol.* 2016 Oct; 47(1): 37-43. Epub 2016 Mar 8.

2. Fisher WG, Nazari J, Ro AS. "Case Report: A Novel Approach to Management of VT Storm in Long QT Syndrome" PACE 2013 in review.

3. Deering TF, Clair WK, Delaughter MC, Fisher WG, Garlitski AC, Wilkoff BL, Gillis AM. A Heart Rhythm Society Electrophysiology Workforce Study: Current Survey Analysis of Workforce Trends *Heart Rhythm* 2010 Sep 9; 7 (9): 1346-55.

4. Fisher WG. Keeping Pace With a Blog. *EP Lab Digest* 2008; 8(2): 20-21.

5. Leon AR, Abraham WT, Brozena S, Daupert JP, Fisher WG, Gurley JC, Liang CS, Wong G for the Insync III Clincal Study Investigators. Cardiac Resynchronization With Sequential Biventricular Pacing for the Treatment of Moderate to Severe Heart Failure. *J Am Coll Cardiol.* 2005; 46: 2298-2304.

6. Leon AR, Abraham WT, Curtis AB, Daupert JP, Fisher WG, Gurley J, Hayes DL, Lieberman R, Petersen-Stejskal S, Wheelan K, for the MIRACLE Study Program. Safety of Transvenous Cardiac Resynchronization System Implantation in Patients With Chronic Heart Failure: Combined Results of Over 2000 Patients From a Multicenter Program. *J Am Coll Cardiol.* 2005; 46; 2348-2356.

Case: 24-3012    Document: 47    Page: 46    Date Filed: 07/03/2025

7. Singh V, Fisher WG, Nazari J. Output Dependent Anodal Capture: Case Report and Electrocardiographic Manifestations. *EP Lab Digest* Oct 2005; 5: 1-9.

8. St John Sutton MG, Plappert T, Abraham WT, Smith AL, Delurgio DB, Leon AR, Loh E, Kocovic DZ, Fisher WG, Ellestad M, Messenger J, Kruger K, Hilpisch KE, Hill MR; Multicenter InSync Randomized Clinical Evaluation (MIRACLE) Study Group. Effect of cardiac resynchronization therapy on left ventricular size and function in chronic heart failure. *Circulation.* 2003 Apr 22;107(15):1985-90.

9. Lynn E. Wagoner, M.D., Paul W. Zengel, William T. Abraham, MD, Angel R. Leon, M.D., David B. DeLurgio, MD., Andrew L. Smith, MD, Dusan Z. Kocovic, MD, Evan Loh, MD, Westby G. Fisher, MD, John Messenger, MD, Myrvin Ellestad, MD, Kenneth L. Hanne, RN, for the Multicenter in Sync Randomized Clinical Evaluation (MIRACLE) Investigators and Coordinators. Randomized Trial of Cardiac Resynchronization in Chronic Heart Failure: Cardiopulmonary Exercise Testing Results. *Circulation.* Submitted for Publication.

10. Ng, J, Sahakian AV, Fisher WG, Swiryn S. Surface ECG Vector Characteristics of Organized and Disorganized Atrial Activity During Atrial Fibrillation. *J Clin Electrocardio.* 2004; 37: 91-97

11. Ng J, Sahakian AV, Fisher WG, Swiryn S. Atrial flutter vector loops derived from the surface ECG: does the plane of the loop correspond anatomically to the macroreentrant circuit? *J Electrocardiol.* 2003; 36 Suppl:181-6.

12. Abraham WT, Fisher WG, Smith AL, Delurgio DB, Leon AR, Loh E, Kocovic DZ, Packer M Clavell AL, Hayes DL, Ellestad M, Messenger J. Cardiac Resynchronization in Chronic Left Heart Failure. *New Engl J Med* 2002; 346: 1845-1853.

13. Haigney MC, Wei S, Kaab S, Griffiths E, Berger R, Tunin R, Kass D, Fisher WG, Silver B, Silverman H. Loss of cardiac magnesium in experimental heart failure prolongs and destabilizes repolarization in dogs. *J Am Coll Cardiol.* 1998 March 1;31(3):701-6.

14. Fisher WG, Pelini MA, Bacon ME. Intracardiac echocardiography to guide slow pathway ablation in human atrioventricular nodal reentrant tachycardia: anatomic insights. *Circulation* 1997; 96: 3021-3029.

15. Fisher WG, Bacon ME, Swartz JF. Use of an orthogonal catheter to identify the successful ablation site in right ventricular outflow tract tachycardia. *PACE* 1997; 20 (Part I): 2188-2192.

16. Kalman JM, Olgin JE, Saxon LA, Fisher WG, Lee RJ, Lesh MD. Activation and entrainment mapping defines the tricuspid annulus as the anterior barrier in typical atrial flutter. *Circulation* 1996; 94: 398-406.

17. Kalman JM, Lee RJ, Fisher WG, Chin MC, Ursell P, Stillson CA, Lesh MD, Scheinman MM. Radiofrequency catheter modification of sinus pacemaker function guided by intracardiac echocardiography. *Circulation* 1995; 92: 3070-3081.

18. Lee RJ, Kalman JM, Fitzpatrick AP, Epstein LM, Fisher WG, Olgin JE, Lesh MD, Scheinman MM. Radiofrequency catheter modification of the sinus node for inappropriate sinus tachycardia. *Circulation* 1995; 92: 2919-2928.

19. Kastner RJ, Fisher WG, Blackey AR, Bacon ME. Pacemaker-induced superior vena cava syndrome with successful treatment by balloon venoplasty. *Am J Cardiol* 1996; 77: 789-790.

20. Hamdam M, Van Hare G, Fisher WG, Gonzalez R, Eisenberg S, Lee R, Lesh MD, Scheinman MM. Selective catheter ablation of the tachycardia focus in patients with non-reentrant junctional tachycardia. *Am J Cardiol* 1996; 1292-1297.

21. Fisher WG and Swartz JF. Catheter-Based Three-dimensional electrogram acquisition and analysis system. *J Electrocardiol* 1993; 26 (suppl): 174-181.

22. Fisher WG and Swartz JF. Three-dimensional electrogram mapping improves ablation of left-sided accessory pathways. *PACE* 1992; 15: 2344-2356.

BOOKS/CHAPTERS

Expert Response Report on Copying
by Dr. Westby G. Fisher, MD, FACC
Page 016

Case: 24-3012     Document: 47     Page: 48     Date Filed: 07/03/2025

1.  Fisher WG, Ro AS. "Transseptal Catheterization" In Huang, SK Stephen and Wood, Mark A (eds): Radiofrequency Catheter Ablation of Cardiac Arrhythmias (2nd ed), Philadelphia, PA, Elsevier Saunders, pp 594-606.

2.  Fisher WG. "Transvenous Left Ventricular Lead Implantation" in Kusumoto FM, Goldschlager NF (eds.): Cardiac Pacing for the Clinician (2nd ed), Newark, NJ, Springer Publishing, 2008: pp.247-263.

3.  Fisher WG, Ro AS. "Transseptal Catheterization" In Huang SK (ed): Radiofrequency Catheter Ablation of Cardiac Arrhythmias (3rd ed), Philadelphia, PA, Saunders Elsevier, 2006: pp.635-648.

4.  Petrutiu S, Sahakian AV, Fisher W, Swiryn S – Manifestation of left atrial events in the surface electrocardiogram during atrial fibrillation. Computers in Cardiology, 2006; 33: 1-4.

5.  Ng J, Sahakian AV, Fisher WG, Swiryn S. A Vectorcardiographic Approach to Understanding the 12-Lead Electrocardiogram of Atrial Flutter. Computers in Cardiology. Sept 19-22, 2004: pp. 629-632.

6.  Gras D, Leon AR, Fisher WG. The Road to Successful CRT Implantation: A Step-by-step Approach. Blackwell Futura 2004.

7.  Swartz JF, Fisher WG, Tracy CM. Ablation of left-sided accessory pathways via the transseptal atrial approach. In Huang SK (ed): Radiofrequency Catheter Ablation of Cardiac Arrhythmias: Basic Concepts and Clinical Applications. Armonk, NY, Futura Publishing, 1995: pp. 531-544.

8.  Swartz JF, Fisher WG, Tracy CM. Ablation of left-sided accessory pathways via the transseptal atrial approach. In Huang SK (ed): Radiofrequency Catheter Ablation of Cardiac Arrhythmias: Basic Concepts and Clinical Applications. Armonk, NY, Futura Publishing, 1995: pp. 251-276.

## ABSTRACTS

1.  Fisher W, Mahmud R, Schloss E, Hine D. The Clinical Impact of Phrenic Nerve Stimulation with Left Ventricular Lead Implantation: Experience with a New Bipolar Left Ventricular Lead. *European Cardiology Society*, 2004 (submitted).

2.  Fisher W, Mahmud R, Schloss E, Prather W. Clinical Performance of a New Bipolar Left Ventricular Pacing Lead. *European Cardiology Society*, 2004 (submitted).

3.  Fisher W, Rosenblum A, MAhmud R, Hine D. Incidence of Phrenic Nerve Stimulation with a New Bipolar Left Ventricular Lead. *Cardiostim*, 2004 (submitted).

4.  Ng J, Sahakian AV, Fisher WG, Swiryn S. Further evidence for transient linking of atrial activity from vector analysis of surface electrocardiograms recorded during atrial fibrillation. Heart Rhythm 2004; S231:737.

5.  Fisher W, Rosenblum A, Schloss E, Hine D. Post Implant Removal and Repositioning Results for a New Bipolar Over the Wire Cardiac Vein Lead. Heart Rhythm 2005; P3-86.

## BLOG

*"Dr. Wes"* (http://drwes.blogspot.com) – An internationally syndicated independent physician web-log with over a million unique visitors featuring original content on cardiology, cardiac electrophysiology, health care policy and innovations. Articles have been featured in the *Wall Street Journal, Chicago Tribune, Chicago Sun Times, "O" Magazine, Houston Chronicle, MedCityNews,* among others.

Case: 24-3012    Document: 47    Page: 49    Date Filed: 07/03/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICAN BOARD OF INTERNAL MEDICINE,** | : |
| Plaintiff/counterclaim defendant, | : |
| v. | : |
| **JAIME A. SALAS RUSHFORD, M.D.,** | :   Civil Action No. 14-cv-06428-KSH-CLW |
| Defendant/counterclaim plaintiff/ third-party plaintiff, | : |
| v. | : |
| **RICHARD BARON, M.D., et al.,** | : |
| Third-party defendants. | : |

## ORDER

**THIS MATTER** having been opened to the Court on the motion of plaintiff/counterclaim defendant American Board of Internal Medicine ("ABIM") to strike the "expert response report" of Westby G. Fisher, M.D. proffered by defendant/counterclaim plaintiff/third-party plaintiff Jaime A. Salas Rushford, M.D.;

      **AND,** the Court having read and considered the submissions and arguments of counsel;

      **AND,** for good cause shown,

      **IT IS,** this _____ day of _____, 2017, hereby

Date Filed: 07/03/2025    Page: 50    Document: 47    Case: 24-3012

1.     **ORDERED** that ABIM's motion to strike the "expert response report" of Westby G. Fisher, M.D. be, and the same hereby is, **GRANTED**; and it is hereby

2.     **FURTHER ORDERED** that the "expert response report" of Westby G. Fisher, M.D. be, and the same hereby is, **STRICKEN**.

BY THE COURT:

_____

Cathy L. Waldor, U.S.M.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE, | : |
| | : |
| Plaintiff, | : Civil Action No. 14-cv-06428-KSH-CLW |
| | : |
| v. | : |
| | : **Oral Argument Requested** |
| JAIME ANTONIO SALAS RUSHFORD, M.D., | : |
| | : |
| Defendant. | : |

## ABIM'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Civil Rule 56.1(a), and the Court's order dated January 11, 2024, plaintiff, American Board of Internal Medicine (ABIM), moves for summary judgment on its claim for copyright infringement. In support of this motion, ABIM relies upon the accompanying memorandum, statement of material facts not in dispute, and the exhibits thereto. ABIM respectfully requests oral argument on its motion.

Dated: February 9, 2024

*/s/ Hara K. Jacobs*
Hara K. Jacobs
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
Tel. 856.761.3400
riverasotor@ballardspahr.com
jacobsh@ballardspahr.com

Paul Lantieri III
Catherine Seibel
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel. 215.864.8279
lantierip@ballardspahr.com
seibelc@ballardspahr.com

Attorneys for Plaintiff,
American Board of Internal Medicine

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE, | : | |
| | : | |
| | : | Civil Action No. 14-cv-06428-KSH-CLW |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **Oral Argument Requested** |
| JAIME ANTONIO SALAS RUSHFORD, M.D., | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM IN SUPPORT OF ABIM'S MOTION FOR SUMMARY JUDGMENT**

**Ballard Spahr LLP
A Pennsylvania Limited Liability Partnership**
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002-1163
Tel. 856.761.3400

Attorneys for Plaintiff,
American Board of Internal Medicine

# <u>TABLE OF CONTENTS</u>

*Page*

I.    INTRODUCTION ................................................................................. 1

II.   STATEMENT OF FACTS ................................................................... 2

      A.    The Meaning of ABIM Board Certification ........................... 2

      B.    The Value and Security of ABIM Exam Questions................ 3

      C.    ABIM Owns the Copyrights in Its Confidential Exam Questions......................... 5

      D.    Dr. Salas Rushford Systematically Obtained and Distributed ABIM's
            Confidential, Copyrighted Exam Questions ........................... 6

      E.    ABIM's Diligent Pursuit of Dr. Salas Rushford's Identity ................. 11

      F.    The Lengthy Procedural History of This Case ..................... 12

III.  ARGUMENT ..................................................................................... 13

      A.    The Standards Governing ABIM's Motion for Summary Judgment.................... 13

            1.    The Legal Standard for Summary Judgment ............................ 13

            2.    The Legal Standard for Copyright Infringement ..................... 14

      B.    ABIM Owns Valid Copyrights in Its Exam Questions......................... 15

      C.    Dr. Salas Rushford Unlawfully Copied ABIM's Exam Content......................... 17

            1.    There Is Incontrovertible Direct Evidence of Direct Copying.................. 17

            2.    Alternatively, Dr. Salas Had Access to ABIM Content and There
                  Are Substantial Similarities Between ABIM's Questions and His
                  Materials ....................................................... 20

IV.   CONCLUSION................................................................................... 28

<u>**TABLE OF AUTHORITIES**</u>

*Page(s)*

*Cases*

*AFG Media Ltd. v. Poptrend-Official*,
   Civ. A. No. 2:23-cv-1840, 2023 U.S. Dist. LEXIS 230686 (W.D. Pa. Dec. 29, 2023) ................................................................................................................20

*Am. Bd. Internal Med. v. Salas Rushford*,
   841 Fed. Appx. 440 (3d Cir. 2020) .....................................................................12

*Am. Registry of Radiologic Technologists v. Bennett*,
   939 F. Supp. 2d 695 (W.D. Tex. 2013) ...............................................................21

*Am. Registry of Radiologic Technologists v. Bennett.*,
   No. SA-12-CV-109-DAW, 2013 U.S. Dist. LEXIS 120548 (W.D. Tex. Aug. 26, 2013) ................................................................................18, 21, 23, 27

*Am. Registry of Radiologic Technologists v. Hansen*,
   No. CV07-06224-MMM, 2008 U.S. Dist. LEXIS 100442 (C.D. Cal. Dec. 2, 2008) .........................................................................................19, 21, 23

*Arica Inst., Inc. v. Palmer*,
   970 F.2d 1067 (2d Cir. 1992)...............................................................................20

*Ass'n of Am. Med. Colls. v. Mikaelian*,
   571 F. Supp. 144 (E.D. Pa. 1983), *aff'd*, 734 F.2d 3 (3d Cir. 1984)......................15

*Behavior Analyst Cert. Bd., Inc. v. Elvirez*,
   No. 21-cv-22833, 2023 U.S. Dist. LEXIS 20960 (S.D. Fla. Feb. 7, 2023) ............16

*Celotex Corp. v. Catrett*,
   477 U.S. 317 (1986)..............................................................................................14

*Educ. Testing Serv. v. Simon*,
   95 F. Supp. 2d 1081 (C.D. Cal. 1999) ................................................16, 20, 23, 27

*Education Testing Services. v. Katzman*,
   793 F.2d 533 (3d Cir. 1986)...............................................................15, 23, 24, 26

*Feist Publ'ns v. Rural Rel. Serv. Co.*,
   499 U.S. 340 (1991)..............................................................................................14

*Ford Motor Co. v. Summit Motor Prods.*,
   930 F.2d 277 (3d Cir. 1991)...........................................................17, 20, 22, 26, 27

ii

*Harper & Row, Publishers, Inc. v. Nation Enter.*,
    471 U.S. 539 (1985) ...............................................................................23

*Jackson v. S.E. Pa. Transp. Auth.*,
    No. 21-2671, 2023 U.S. App. LEXIS 958 (3d Cir. Jan. 17, 2023) ...........................19

*Jarvis v. A&M Records*,
    827 F. Supp. 282 (D.N.J. 1993) ...............................................................19

*Journal of African Civilizations Ltd. v. Transaction Publrs.*,
    Civ. A. No. 11-6268 (SDW)(MCA), 2013 U.S. Dist. LEXIS 175147 (D.N.J.
    Dec. 11, 2013) ..............................................................................14, 18

*Kamar Int'l, Inc. v. Russ Berrie & Co.*,
    657 F.2d 1059 (9th Cir. 1981) ...............................................................20

*Kaucher v. County of Bucks*,
    455 F.3d 418 (3d Cir. 2006) ..................................................................14

*Kepner-Tregoe, Inc. v. Leadership Software, Inc.*,
    12 F.3d 527 (5th Cir. 1994) ..................................................................20

*Kirleis v. Dickie, McCamey & Chilcote*,
    P.C., 560 F.3d 156 (3d Cir. 2009) ...........................................................19

*Nat'l Conference of Bar Exam'rs v. Multistate Legal Studies, Inc.*,
    458 F. Supp. 2d 252 (E.D. Pa. 2006) .....................................................17, 27

*Nat'l Council of Exam'rs for Eng'g & Surveying v. Cameron-Ortiz*,
    626 F. Supp. 2d 262 (D.P.R. 2009) ..........................................................15

*National Board of Medical Examiners v. Optima University LLC*,
    No. 1:09-cv-1043-JDB-cgc, 2011 U.S. Dist. LEXIS 143645 (W.D. Tenn. Sep.
    29, 2011). .........................................................................14, 15, 18, 23

*Rogers v. Koons*,
    960 F.2d 301 (2d Cir. 1992) ..................................................................17

*TD Bank N.A. v. Hill*,
    928 F.3d 259 (3d Cir. 2019) ..................................................................14

*Tetris Holding, LLC v. Xio Interactive, Inc.*,
    863 F. Supp. 2d 394 (D.N.J. 2012) ...........................................................14

*Universal Athletic Sales Co. v. Salkeld*,
    511 F.2d at 908 ...............................................................................26

iii

*Warner Bros. Records v. Walker,*
    704 F. Supp. 2d 460 (W.D. Pa. 2010)..................................................................18

*Whelan Associates v. Jaslow Dental Laboratory, Inc.,*
    797 F.2d 1222 (3d Cir. 1986)............................................................................17

**Statutes**

17 U.S.C. § 106.......................................................................................................20

17 U.S.C. § 410(c) ..................................................................................................15

Copyright Act......................................................................................................5, 12

**Other Authorities**

37 C.F.R. § 202.20 ...................................................................................................6

Fed. R. Civ. P. 56 .....................................................................................................1

Fed. R. Civ. P. 56(a) ..............................................................................................13

The American Board of Internal Medicine (ABIM) respectfully submits this memorandum in support of its motion pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on its copyright infringement claim against Dr. Jaime Salas Rushford, M.D.

## I.    INTRODUCTION

This case started with ABIM's simple, one-count complaint for copyright infringement. Dr. Salas Rushford's efforts to divert attention away from the evidence of his liability resulted in years of litigation on ancillary issues—including jurisdiction and venue; Dr. Salas Rushford's unmeritorious counterclaims, which the District of Puerto Rico has dismissed with prejudice; and Dr. Salas Rushford's statute of limitations argument, which the Third Circuit has rejected.  But ABIM's claim is now ripe for disposition on its merits.  The evidence is straightforward and conclusive:  Dr. Salas Rushford illicitly obtained, copied, and disseminated dozens and dozens of pages of ABIM's board certification exam questions in violation of ABIM's copyright rights. Nothing in the record, and no legal argument Dr. Salas Rushford can make in response to this motion, even remotely suggests otherwise.

ABIM offers board certification to internal medicine physicians who meet rigorous educational, training, and professionalism requirements and then pass a secure certification exam.  To ensure the integrity of its exams, and of the board certification that is relied upon by patients and the medical community as a marker of physician quality, ABIM goes to great lengths to develop exam questions that are proven to reliably assess a physician's medical knowledge and judgment.  ABIM likewise goes to great lengths to protect the confidentiality and security of its copyrighted exam questions.  Thus, ABIM repeatedly notifies candidates for board certification that its exams are copyrighted works owned by ABIM that may not be reproduced or distributed.  Yet, Dr. Salas Rushford flagrantly did just that.

When he was nearing the end of his residency and planning to take the ABIM internal medicine certification exam, he took a review course offered by Arora Board Review (ABR). After taking that course—but before taking the exam—he exchanged a series of e-mails with ABR's proprietor, Dr. Arora. Without using his actual name, Dr. Salas Rushford emailed Dr. Arora an enormous volume of actual ABIM exam questions that he had collected from others who had already taken the exam. Those documents leave no room for dispute. For example, he sent Dr. Arora an email with the subject line "Re: 164 question the one [sic] that repeated in every exam." He also sent Dr. Arora (again disguising his name) ten pages of his handwritten notes with specific, original, and memorable details of ABIM exam questions from a conversation he had with a colleague who already had taken exam. The Court need not rely solely on these documents, as telling as they are. This is a rare case with direct evidence of copying: the colleague confirmed in her deposition that the notes were reproductions of the questions she had seen on her exam and then shared with Dr. Salas Rushford over the phone. And ABIM's expert demonstrates, in a detailed, side-by-side comparison of Dr. Salas Rushford's emails with ABIM actual exam questions, that Dr. Salas Rushford infringed ABIM's copyrights in over seventy different exam questions.

There can be no genuine dispute that ABIM owns valid copyrights in the questions at issue. Nor can there be any genuine dispute that Dr. Salas Rushford obtained, copied, and distributed those questions, without ABIM's authorization, in violation of federal copyright law. Accordingly, the Court should enter judgment in favor of ABIM.

## II.    STATEMENT OF FACTS

### A.    The Meaning of ABIM Board Certification

ABIM is an independent, private, non-profit evaluation organization dedicated to enhancing the quality of health care by certifying internal medicine physicians and subspecialists

2

who demonstrate the knowledge, skills, and attitudes essential for excellent patient care.  (ABIM Statement of Material Facts Not in Dispute ("SMF") ¶¶ 1, 2.)  ABIM's accountability is both to the profession of medicine and to the public.  (*Id.* ¶ 2.)  Board certification by ABIM is an internationally recognized marker of physician quality for patients, hospitals, and other medical care providers.  (*Id.* ¶ 3.)  To obtain board certification in internal medicine from ABIM, a physician must meet certain educational, training, and professionalism requirements, and pass a proctored, computer-based examination (the "ABIM Examination").  (*Id.* ¶¶ 4, 5.)

### B.    The Value and Security of ABIM Exam Questions

The ABIM Examination is "secure," meaning that it is comprised of confidential, copyrighted questions that are not disclosed to anyone except those taking the exams and those involved in creating them.  (*Id.* ¶ 10.)  ABIM takes extensive measures to protect the secrecy and security of its exam questions.  These measures include the use of confidentiality agreements (with examinees, employees, vendors, and test committee members), and numerous physical and electronic controls regarding where and how examination content is stored and who may access such content.  (*Id.* ¶ 11.)  The third-party testing centers at which ABIM exams are administered likewise have in place a variety of procedures designed to protect the secrecy of exam questions and answers.  (*Id.* ¶ 12.)  In addition, ABIM diligently investigates test-taking conduct and score irregularities, searches the internet for potential ABIM exam content, and pursues those who misappropriate ABIM exam content to ensure the integrity of ABIM exams.  (*Id.* ¶ 14.)

The secrecy of ABIM's exam questions is critical to their evaluative worth—that is, to how well the questions assess and evaluate the medical knowledge and judgment of a physician. Advance knowledge of the content of an ABIM exam question, such as knowledge of question fact patterns, specific question subject matter, and potential answers, provides the candidate an unearned advantage that subverts the integrity of the ABIM exam and certification process.  (*Id.*

¶ 13.)  Accordingly, ABIM repeatedly notifies candidates for Board Certification that the ABIM Examination is copyrighted and confidential and may not be reproduced or disseminated.  (*Id.* ¶¶ 15-16.)  For example, ABIM's Policies & Procedures for Certification, to which Dr. Salas Rushford agreed to be bound when he registered for the ABIM exam, include a detailed copyright and examination non-disclosure policy prohibiting the disclosure and reconstruction of exam questions.  (*Id.* ¶¶ 16, 50.)  Candidates likewise must acknowledge this policy at the beginning and end of their exams.  (*Id.* ¶ 16.)

ABIM develops its exam questions through a rigorous and costly process involving committees of physicians and professional staff.  Three groups of subject matter experts are involved in developing and approving exam content:  Item-Writing Task Force members, who develop the content for ABIM exams; mentors, who advise new item writers throughout the development process; and Approval Committee members, who review and approve all items before they are used on an exam.  (*Id.* ¶¶ 17, 18.)  All individuals involved in developing and approving ABIM exam content are board certified in internal medicine or an internal medicine subspecialty and have clinical expertise.  (*Id.* ¶ 19.)

In developing ABIM exams, the Approval Committee develops a blueprint, which is a table of specifications that determines the content of each examination.  (*Id.* ¶ 21.)  The blueprint is based on analyses of current practices and understanding of clinical problems.  (*Id.* ¶ 22.)  The blueprint is reviewed annually and follows trends in current practice.  (*Id.*)  The ABIM Examination is composed of multiple-choice questions with a single best answer.  (*Id.* ¶ 25.)  Nearly all ABIM exam questions use a patient-based case scenario that assesses higher-order cognitive abilities required for clinical decision-making.  (*Id.*)

When writing an ABIM exam question, the item writer develops a "testing point" based

4

on the blueprint, which tests a specific content area and task. (*Id.* ¶¶ 21, 23.) After a question is drafted, it is reviewed and edited by ABIM staff, the Item-Writing Task Force, and the Approval Committee. (*Id.* ¶¶ 21, 24.) Only questions that are approved by the Approval Committee are eligible to move to pre-testing. (*Id.* ¶ 24.) Pre-testing is a standard process by which ABIM tests new questions without risk to the examinee. (*Id.* ¶ 26.) The question being pre-tested is presented on an ABIM exam but it is not counted in the examinee's score (and not identifiable to the examinee). (*Id.* ¶ 26.) Before accepting the pretest question into the live pool of ABIM questions, it must meet certain statistical performance criteria, and ABIM also considers comments on questions received from examinees. (*Id.* ¶¶ 26-28.)

ABIM maintains a live pool of questions that have been pre-tested and confirmed to meet certain statistical performance criteria. (*Id.* ¶¶ 28, 29.) ABIM maintains this item bank by removing questions that are no longer accurate or reflect current medical knowledge in an area and by adding new questions that have been pre-tested to meet certain statistical performance criteria. (*Id.* ¶ 29.) Some questions are reused and appear on multiple ABIM exams, especially those that are demonstrated, through statistical analysis, to be effective at assessing the specific subject matter. (*Id.* ¶ 31.) Questions are re-tested, updated, and eventually retired to make sure that the item bank reflects current and evolving scientific developments in the field of internal medicine. (*Id.* ¶ 30.)

### C.  ABIM Owns the Copyrights in Its Confidential Exam Questions

ABIM exams are works made for hire within the meaning of Section 101 of the Copyright Act and as such are owned and controlled by ABIM. (*Id.* ¶ 34.) All members of the committees involved in developing ABIM exam questions sign agreements with ABIM confirming that ABIM is the copyright owner of all works contributed to or created by the member. (*Id.* ¶ 20.) Moreover, ABIM registers the annual internal medicine ABIM

Examinations with the U.S. Copyright Office in accordance with the procedures for secure tests

pursuant to 37 C.F.R. § 202.20.  (*Id.* ¶ 32.)  When ABIM registers its exam questions with the

United States Copyright Office, it does so by organizing them into the modules in which they

appear on a particular exam.  (*Id.* ¶ 33.)  With respect to the exam questions at issue here, ABIM

owns the following copyright registrations:

- Registration Number TX 7-116-588 covering "Internal Medicine Modules: 001, 002, 003, 201 202, 203" for ABIM exams in 2009 (*id.* ¶ 36 (citing Exhibit 1));

- Registration Number TX 7-116-625 covering Internal Medicine modules 001-009, 201-209, 401-409, 601-609, and 801-for ABIM exams in 2009 (*id.* ¶ 37 (citing Exhibit 1));

- Registration Number TX 7-116-687 covering Internal Medicine Modules 011-019, 021-029, 031-039, 041-049, and 051-059 for ABIM exams in 2008 (*id.* ¶ 41 (citing Exhibit 1));

- Registration Number TX 7-116-718 covering Internal Medicing Modules 001-003 and 201-203 for ABIM exams in 2008 (*id.* ¶ 42 (citing Exhibit 1));

- Registration Number TX 6-871-490 covering Internal Medicine Modules 011 through 057 for ABIM exams in 2007 (*id.* ¶ 44 (citing Exhibit 1)); and

- Registration Number TX 6-871-423 covering Internal Medicine Modules 001, 002, 003, 201, 202, 203, 401 402, and 403 for ABIM exams in 2007 (*id.* ¶ 45 (citing Exhibit 1)).

ABIM has not authorized Dr. Salas Rushford or anyone else to make any use or

adaptation of ABIM's copyrighted, secure exam questions.  (*Id.* ¶ 35.)

### D.    Dr. Salas Rushford Systematically Obtained and Distributed ABIM's Confidential, Copyrighted Exam Questions

Dr. Salas Rushford attended medical school in Puerto Rico and trained at hospitals in

New York and Puerto Rico from 2004 to 2009.  (ABIM SMF ¶¶ 47, 48.)  In December 2008, he

registered to take the ABIM Examination in August 2009 in Puerto Rico.  (*Id.* ¶ 49.)  The ABIM

Examination is one day in duration, and in 2009 candidates could choose a day among ten

potential days:  August 11, 12, 14, 17, 18, 20, 24, 25, 26, and 27.  (*Id.* ¶¶ 8, 9.)  Dr. Salas

Rushford scheduled his ABIM Examination for the middle of that testing window, on August 20, 2009.  (*Id.* ¶ 51.)

In November 2008, Dr. Salas Rushford registered for a six-day course in May 2009 to prepare for the ABIM Examination offered by ABR, titled "Unusual Board Review."  (*Id.* ¶ 52.) He sat for the exam on August 20 and passed, and became board certified.  (*Id.* ¶¶ 137-38.)

Shortly thereafter, ABIM came to suspect that ABR was illicitly using actual ABIM exam questions in its prep course.  ABIM sent a representative to attend the prep course to investigate ABR's actions in person and confirmed those suspicions.  (*Id.* ¶ 139.)  In December 2009, ABIM obtained an *ex parte* seizure order through which it obtained voluminous records of ABR's efforts to obtain and distribute ABIM exam questions.  (*Id.* ¶¶ 145-47).  Among those records are the emails and notes that squarely implicate Dr. Salas Rushford in that unlawful activity.  As discussed below, however, ABIM could not at that time identify Dr. Salas Rushford from his communications with ABR because Dr. Salas Rushford deliberately concealed his identity in those communications.

When Dr. Salas Rushford registered with ABR in November 2008, he used an email address that revealed his name--jsalasmd@yahoo.com--and he provided his name, address, phone number, as requested on the order form.  (*Id.* ¶ 53.)  In December 2008, Dr. Salas Rushford sent multiple e-mails to ABR's proprietor concerning the date for the May 2009 review course.  Again, he used his e-mail address jsalasmd@yahoo.com, and signed those e-mails with his name.  (*Id.* ¶ 54.)  And in the days following his attendance at the ABR course in May 2009, Dr. Salas sent e-mails to Dr. Arora using his jsalasmd@yahoo.com address, and signed the e-mails with his name.  (*Id.* ¶ 56.)

After the ABR course ended and the ABIM Examination window opened in August

7

2009, Dr. Salas began disguising his identity by emailing Dr. Arora from a different email address—padrinojr@yahoo.com—and using the pseudonym "Jimmy R." rather than his actual name. (*Id.* ¶ 58.)

On August 12, 2009, Dr. Salas called Dr. Arora and informed him that he was obtaining "info" from a colleague:

> Dr. Arora as per our conversation a few minute ago. . .Here is the info.  I will be sending you more info latter on when colleges forward me more input.  [*Sic.*]

(*Id.* ¶ 59.)  This "info" turned out to be detailed notes about questions from the ABIM Examination.  (*Id.* ¶ 60.)  Dr. Salas Rushford attached to that email seven pages of handwritten notes consisting of detailed content from the ABIM Examination.  (*Id.* ¶ 58.)  Later that same day, Dr. Salas sent another e-mail to Dr. Arora from the same email address with those same seven pages and three additional pages of detailed content from the ABIM Examination, using the subject line "Dr. Arora A more complete list I have added 20+ questions [*sic*]."  (*Id.* ¶ 103.)  The notes reveal specific, original, and memorable details of ABIM exam questions, including descriptions of pictures shown on the exam, wrong answer choices, and the specific states where patients reside and travel (e.g., "lady from Mississippi").  (*Id.* ¶¶ 71-101.)

Dr. Salas Rushford's residency program colleague, Dr. Geraldine Luna, confirmed at her deposition that his ten pages of handwritten notes specifically reflected the many, long telephone conversations she had with Dr. Salas Rushford after taking her exam on August 12, and that in those conversations she shared with him specific and original details from her exam.  (*Id.* ¶¶ 64-70; *see also id.* at ¶ 98 ("[I]n the beginning they were very long as I was recollecting . . . fishing through the fragments that I remember of these questions.").)  Dr. Luna testified that she was "positive" the notes were from her conversations with Dr. Salas Rushford and not notes from the ABR course, as Dr. Salas Rushford has contended.  (*Id.* ¶ 109.)  There could be no doubt about

8

that, Dr. Luna explained, because in their conversations, she passed along to Dr. Salas Rushford very specific details from her exam, including possible answer choices, mnemonics to remember diagnoses, and her own reflections about particular questions. (*Id.* ¶¶ 106-08.) And then Dr. Salas Rushford "emailed [his notes] back to [her] and this [the content of the notes] is exactly what we discussed. This resulted from our conversations." (*Id.* ¶ 67); *see also id.* at ¶ 68 (explaining that Dr. Salas Rushford sent his notes of their calls to her at her request because on the phone, she "was just like spilling out everything," and she wanted to confirm the notes "look[ed] like what we were discussing to present it to [Dr. Arora]"). Dr. Luna confirmed that Dr. Salas Rushford's notes as accurately as possible contained the information that she gave to him about the questions on her ABIM exam. (*Id.* ¶ 69.)

ABIM's expert Lawrence D. Ward, M.D., a physician who served on the Internal Medicine Exam Committee from 2006 to 2009 and was involved in creating and editing that same ABIM Examination content, further confirmed in his report that the notes Dr. Salas Rushford sent to ABR include specific details from the ABIM Examination—including wrong answer options, testing points, and other memorable and original details. (*Id.* ¶¶ 123-35 (citing Ex. 11.) He too concluded there could be no way that the ten pages of handwritten notes were study notes. (*Id.* ¶ 132.) They could only be reproductions and reconstructions of questions from the ABIM Examination. (*Id..*)

Dr. Salas Rushford did not stop copying and sending ABIM examination content after sending the notes from his conversations with Dr. Luna to ABR. He continued to e-mail Dr. Arora that same day and later that week with additional detailed ABIM Examination content. (*Id.* ¶¶ 112-122.)

Another email, sent on August 13, 2009, acknowledged the impropriety of forwarding

nine type-written files with secure ABIM Examination content, in its telling subject line: "Fw: DON'T DON'T DON'T DON'T FORWARD." (*Id.* ¶ 111.) The nine files attached to that email include details like "Questions repeated on Board 2008," and, "At this moment I was burned out . . . my answer was (A), but I am not sure," clear indications that this content was copied from an actual ABIM Examination. (*Id.* ¶ 113.) Another file with notes was titled, "IM Board 2006," an obvious reference to ABIM's internal medicine exam from 2006. (*Id.* ¶ 114.) Dr. Arora reciprocated by forwarding to Dr. Salas Rushford ABIM exam questions that Dr. Arora recently had received from another ABR course attendee. On August 13, Dr. Arora forwarded an e-mail to [padrinojr@yahoo.com](mailto:padrinojr@yahoo.com) with the subject line, "Fw: Some Q's." The cover e-mail from the course attendee to Dr. Arora stated:

> Here are a few that a friend from Florida that went to the crash course sent me. Also a lateral view of CXR of constrictive pericarditis that you can add to your presentations. If you have any new questions I can use before the exam I'll be happy to use them before the exam on Friday.

(*Id.* ¶ 116.)

Three days later, Dr. Salas Rushford sent an e-mail to Dr. Arora with the subject line "164 question the one that repeated in every exam [sic]." (*Id.* ¶ 118.) The body of Dr. Salas' email was titled "ABIM 2009 Learning Points" and contained a list of specific testing points and ABIM exam questions that Dr. Salas had received by e-mail from a residency colleague earlier that day. (*Id.* ¶ 120.) Dr. Arora, who immediately understood the substance of what Dr. Salas had sent to him, replied a few hours later:

> AMAZING WORK!
>
> YOU WILL NOT HAVE ANY DIFFICULTY PASSING THIS EXAM.
>
> WHEN YOU COME BACK FROM EXAM, SIMPLY TICK THE ONES THAT WERE THERE IN YOUR EXAM – TO SEE

10

> WHAT PERCENTAGE OF THESE ARE REALLY THERE IN
> ONE CANDIDATE'S PORTION.
>
> DR. ARORA

(*Id.* ¶ 121.)

Dr. Salas continued to email ABIM exam content to Dr. Arora through August 19, 2009, the day before he sat for his ABIM exam.  (*Id.* ¶ 122.)

### E.    ABIM's Diligent Pursuit of Dr. Salas Rushford's Identity

ABIM investigated the evidence of copyright infringement and the compromise of many of its exam questions.  (*Id.* ¶¶ 139-56.)  Due to Dr. Salas Rushford's use of a pseudonym and an email address that hid his identity, however, ABIM was not able to identify Dr. Salas Rushford as the infringer from the emails seized from Arora.  ABIM diligently sought to figure out who "padrinojr" or "Jimmy R." was; it conducted internet and public records searches; scoured its internal databases and the other records obtained from Arora; and used investigators.  (*Id.* ¶ 149.) ABIM even asked a number of physicians whom it interviewed in Puerto Rico in connection with the investigation if they knew who used the padrinojr email account, and they all responded that they did not.  (*Id.* ¶ 150.)  It was not until January 2012, when another examinee finally revealed Dr. Salas Rushford as the physician behind the padrinojr and Jimmy R. pseudonyms that ABIM could take further action in response to his conduct.  (*Id.* ¶¶ 151-53.)

In May 2012, ABIM initiated an internal disciplinary and appeal process for the consideration of a sanction against Dr. Salas's board certification.  (*Id.* ¶ 154.)  After ABIM recommended revocation of his certification, Dr. Salas Rushford appealed the recommended sanction through an appeal process concluding with a hearing on July 24, 2014, before a panel of physicians.  (*Id.* ¶ 155.)  In a written decision issued on October 16, 2014, the panel determined to modify the recommended sanction from a permanent revocation of Dr. Salas's board

certification to a seven-year suspension.  (*Id.* ¶ 156.)

### F.    The Lengthy Procedural History of This Case

ABIM filed this action for copyright infringement on October 17, 2014, after ABIM's disciplinary process concluded.  Doc. No. 1.  After wrangling over venue and personal jurisdiction was resolved in ABIM's favor, Doc. Nos. 8, & 27, Dr. Salas Rushford asserted counterclaims against ABIM and a third-party complaint against a number of individuals associated with ABIM arising from ABIM's disciplinary proceeding.  Doc. No. 33.  ABIM and the third party defendants moved to dismiss the counterclaims and third-party complaint, and Dr. Salas Rushford moved for judgment on the pleadings.  Doc. Nos. 34 & 76.

In the meantime, the parties engaged in extensive document, deposition, and expert discovery, which proceeded to completion over the course of more than a year.  *See generally* Docket.  Upon the Court's suggestion that the parties withdraw their pending dispositive motions and refile them as summary judgment motions at the close of discovery, *see* Doc. No. 102 at 60-61, ABIM and the third-party defendants withdrew their motion to dismiss, Doc. No. 103.  Dr. Salas Rushford did not withdraw his motion, however, and on March 16, 2017 the Court granted that motion and dismissed ABIM's claim, holding that the three-year limitations period under the Copyright Act began to run upon defendant's infringing conduct in August 2009—not, as ABIM contended, in January 2012, when ABIM discovered that defendant was the physician using a disguised email address.  Doc. No. 153.  The Court then severed the parties' claims and transferred defendant's claims to the District of Puerto Rico in June 2019.  Doc. No. 182.

On appeal, the Third Circuit reversed the decision and remanded the copyright claim to this Court.  Doc. No. 189.  In holding that the discovery rule applied—and thus that the statute of limitations did not begin to run until ABIM discovered Dr. Salas Rushford's identity—the Third Circuit found that Dr. Salas Rushford had indeed "intentionally concealed" his identity in his

illicit communications with Dr. Arora. *Am. Bd. Internal Med. v. Salas Rushford*, 841 Fed. Appx. 440, 443 (3d Cir. 2020) ("ABIM discovered Rushford's (intentionally concealed) identity in January 2012, when it was tipped off by another test taker. The three-year statute of limitations therefore began to run as of January 2012. Thus, when ABIM brought suit . . . in October 2014, it was within the three-year statute of limitations period, and, hence, timely."). The mandate issued in February 2021. Doc. No. 190. After the remand, there was no activity in this Court until the Court entered an order on April 5, 2023 scheduling a status conference. Doc. No. 191.

Meanwhile, the parties litigated Dr. Salas Rushford's claims in Puerto Rico. In July 2021, the district court dismissed the claims with prejudice in two separate and lengthy opinions analyzing, and finding no basis for, Dr. Salas Rushford's claims. *See* No. 3:19-vc-1943 (D.P.R.), Doc. Nos. 240 & 253 (dismissal orders). Dr. Salas Rushford appealed the judgment to the First Circuit, which heard argument in March 2023 and has not yet issued a decision. Throughout the course of the proceedings in Puerto Rico, the ABIM parties advised the district court and the First Circuit that ABIM's copyright claim remained pending in this Court. *See, e.g.*, P.R. Doc. No. 239 (ABIM parties' submission advising the district court of the Third Circuit's decision); Brief of Appellees, filed Feb. 4, 2022, in No. 21-1571 (1st Cir.), at 11. At no time in that proceeding or in this one—until his counsel raised it at this Court's status conference on April 6, 2023—did Dr. Salas Rushford assert any concern about the continued pendency of this action.

After holding multiple status and settlement conferences, this Court set a schedule for summary judgment briefing. Doc. No. 206.

## III.    ARGUMENT

### A.    <u>The Standards Governing ABIM's Motion for Summary Judgment</u>

#### 1.    The Legal Standard for Summary Judgment

Summary judgment is proper when there is "no genuine dispute as to any material fact

and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a).  The moving

party "bears the initial responsibility of informing the district court of the basis for its motion and

identifying those portions of the pleadings, depositions, answers to interrogatories, and

admissions on file, together with affidavits, if any, which it believes demonstrate the absence of a

genuine issue of material fact." *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986).  "For an

issue to be genuine, there must be 'a sufficient evidentiary basis on which a reasonable jury

could find for the non-moving party.'" *Tetris Holding, LLC v. Xio Interactive, Inc.*, 863 F. Supp.

2d 394, 398 (D.N.J. 2012) (quoting *Kaucher v. County of Bucks*, 455 F.3d 418, 423 (3d Cir.

2006)).  A fact is only material if it affects the outcome under governing law, because "[d]isputes

over irrelevant or unnecessary facts will not preclude a grant of summary judgment." *Id.*

"Once the moving party meets its initial burden, the burden then shifts to the nonmovant

who must set forth specific facts showing a genuine issue for trial and may not rest upon the

mere allegations, speculations, unsupported assertions or denials of its pleadings." *Journal of

African Civilizations Ltd. v. Transaction Publrs.*, Civ. A. No. 11-6268 (SDW)(MCA), 2013 U.S.

Dist. LEXIS 175147, at *7 (D.N.J. Dec. 11, 2013) (granting plaintiff's motion for summary

judgment regarding infringement of electronic copies of books).

### 2.    The Legal Standard for Copyright Infringement

To establish copyright infringement, "two elements must be proven:  (1) ownership of a

valid copyright, and (2) copying of constituent elements of the work that are original." *Feist

Publ'ns v. Rural Rel. Serv. Co.*, 499 U.S. 340, 361 (1991); *see also, e.g.*, *TD Bank N.A. v. Hill*,

928 F.3d 259, 270 (3d Cir. 2019).  Copyright infringement is appropriately resolved at the

summary judgment stage when there is no genuine dispute as to ownership of the copyrights or

as to unauthorized copying. *See, e.g., TD Bk.*, 928 F.3d at 278 (affirming summary judgment of

infringement).  For example, in *National Board of Medical Examiners v. Optima University*

14

*LLC*, the court granted summary judgment to plaintiffs when there was no genuine dispute that the plaintiffs owned the copyrights in the secure test questions at issue and the defendant infringed plaintiffs' examinations by, among other things, reconstructing and copying the test questions.  No. 1:09-cv-1043-JDB-cgc, 2011 U.S. Dist. LEXIS 143645, at *2 (W.D. Tenn. Sep. 29, 2011).  As set forth below, the record here warrants summary judgment in favor of ABIM for the same reasons.

### B.    ABIM Owns Valid Copyrights in Its Exam Questions

There can be no dispute that ABIM owns valid copyrights covering the exam questions at issue.  The questions are original and ABIM created them through a lengthy question development process.  (ABIM SMF ¶¶ 17-31.)  ABIM owns copyright registrations covering the ABIM Examinations at issue, and attached them to its Complaint.  (*Id.* ¶ 34.)  The registrations "constitute *prima facie* evidence of the validity of the copyright," and create a presumption that the ABIM exams are copyrightable and that ABIM has a valid interest.  *See* 17 U.S.C. § 410(c) ("[I]n any judicial proceedings the certificate of a registration made before or within five years after first publication of the work shall constitute prima facie evidence of the validity of the copyright and of the facts stated in the certificate . . . .").

Courts routinely uphold the validity of copyright registrations for exam content.  For example, in *Education Testing Services. v. Katzman*, the Third Circuit held that the plaintiff had a valid copyright in its tests, which it registered pursuant to the "secure test" procedure used by the Register of Copyrights.  793 F.2d 533, 58-339 (3d Cir. 1986).  The plaintiff satisfied its burden to show ownership by proffering applicable copyright registrations, and the defendant could not rebut the presumption of validity afforded by that registration.  *Id.  See also Optima Univ.*, 2011 U.S. Dist. LEXIS 143645, at *18 (registration certificates issued established ownership of valid copyrights for the plaintiffs' test questions); *Nat'l Council of Exam'rs for*

*Eng'g & Surveying v. Cameron-Ortiz*, 626 F. Supp. 2d 262, 268 (D.P.R. 2009) (same); *Ass'n of Am. Med. Colls. v. Mikaelian*, 571 F. Supp. 144, 150 (E.D. Pa. 1983) (same), *aff'd*, 734 F.2d 3 (3d Cir. 1984); *Behavior Analyst Cert. Bd., Inc. v. Elvirez*, No. 21-cv-22833, 2023 U.S. Dist. LEXIS 20960, at *14 (S.D. Fla. Feb. 7, 2023) (same); *Educ. Testing Serv. v. Simon*, 95 F. Supp. 2d 1081, 1087 (C.D. Cal. 1999) (same).  ABIM has therefore established the validity of its copyrights by virtue of the registration certificates covering the test questions infringed by Dr. Salas Rushford.

Moreover, the record conclusively establishes that those valid copyrights cover the exam content that Dr. Salas Rushford copied and disseminated.  ABIM's expert, Dr. Ward, identified more than seventy ABIM exam questions that Dr. Salas Rushford infringed.  Having served on ABIM's Internal Medicine Exam Committee from 2006 to 2009, Dr. Ward participated in the creation and editing of exam questions, and thus was intimately familiar with these questions. (*Id.* ¶ 124.)  The questions that Dr. Ward identified as infringed by Dr. Salas Rushford are covered by one or more of six different ABIM registration certificates.  (ABIM SMF ¶¶ 34-45.) In discovery, ABIM produced the full versions of those questions provided to the U.S. Copyright Office with ABIM's copyright application as part of the secure registration process, including the internal ABIM question number, the copyright application year, and the module(s) in which the question appeared.  (*Id.* ¶ 130.)  For the convenience of the Court, ABIM has compiled a summary chart of the information in the evidentiary record listing ABIM's copyright registration for every ABIM question that Dr. Ward demonstrates was infringed by Dr. Salas.  For each question, ABIM identifies:  (i) the internal ABIM internal question number; (ii) the row in Dr. Ward's report analyzing the infringement of that question; (iii) the record citation for the full text of the ABIM question; (iv) the record citation for the ABIM exam or exams in which the

question appeared[1]; and (v) the copyright registration certificate or certificates that cover the question.  (Ex. 14 to ABIM SMF.)

Based on this evidence, there can be no material dispute that ABIM owns valid copyright registrations for the ABIM exam questions that Dr. Salas obtained from his colleagues, copied, and distributed without authorization.  Thus, ABIM has proven the first element of its copyright infringement claim.

### C.    Dr. Salas Rushford Unlawfully Copied ABIM's Exam Content

Record evidence also proves the other element of ABIM's claim:  copying.  There is overwhelming evidence that Dr. Salas Rushford reproduced and distributed ABIM's exam questions.  Copying may be shown by direct evidence, or, in the alternative, "it may be inferentially proven by 'showing that the defendant had access to the allegedly infringed work that the allegedly infringing work is substantially similar to the copyrighted work.'"  *Ford Motor Co. v. Summit Motor Prods.*, 930 F.2d 277, 291 (3d Cir. 1991) (citing *Whelan Associates v. Jaslow Dental Laboratory, Inc.*, 797 F.2d 1222, 1232 (3d Cir. 1986) (cleaned up)).  The record contains ample evidence of direct copying, and of access and substantial similarity.  Thus, ABIM prevails under either approach.

### 1.    There Is Incontrovertible Direct Evidence of Direct Copying

This is a rare case involving direct evidence of copying.  *See Rogers v. Koons*, 960 F.2d 301, 307 (2d Cir. 1992) (stating that direct evidence of copying is a "rare scenario," and affirming summary judgment in favor of the plaintiff, who proved copying with both direct evidence and proof of access and substantial similarity); *Nat'l Conference of Bar Exam'rs v.*

---

[1]    Because some questions appeared in multiple modules of an ABIM exam, for purposes of simplicity, the chart contains a reference to only the first module (and not every module) of the ABIM exam in which it appeared.

*Multistate Legal Studies, Inc.*, 458 F. Supp. 2d 252, 256 (E.D. Pa. 2006) (characterizing litigation as a "rare case" because direct evidence of copying included records of the defendants writing down information about fact patterns); *see also Optima Univ.*, 2011 U.S. Dist. LEXIS 143645, at *19-20 (direct evidence of copying included "handwritten notes reconstructing secure test questions").

As discussed above, Dr. Luna shared with Dr. Salas Rushford her very extensive and detailed recollections from her ABIM exam over the course of several lengthy phone calls they had in the week before Dr. Salas Rushford took his exam. (ABIM SMF ¶¶ 64-65, 67, 68, 98.) And then she reviewed his notes reconstructing the exam content she had disclosed to him to confirm that they reflected her recollections from the exam. Dr. Salas Rushford acknowledges that he provided these notes to Dr. Arora (*id.* ¶¶ 68, 69, 110 (citing Salas Rushford Dep. Tr. 142:13-18)), in fulfillment of Dr. Arora's request during the ABR course that physicians send him questions from their exams so he could incorporate them into his course (*id.* ¶¶ 141-43).

In the face of this damning evidence, the Court should not credit Dr. Salas Rushford's self-serving—and entirely unsupported—testimony that his notes were class notes from the ABR course. The source of the content in the notes—Dr. Luna—flatly rejected that contention, testifying she was "positive" that could not be true, having seen the notes before. Moreover, the high degree of similarity between Dr. Luna's recollections and the actual ABIM questions, on the one hand, and Dr. Salas Rushford's notes, on the other hand, fully support her testimony, and completely undermine his.[2] *See Am. Registry of Radiologic Technologists v. Bennett.*, No. SA-

---

[2]     Dr. Salas Rushford's intent to infringe ABIM's copyright rights is irrelevant to his liability for copyright infringement because it is a strict liability tort. *See Journal of African Civ.*, 2013 U.S. Dist. LEXIS 175147, at *16 (granting summary judgment to the plaintiff for copyright infringement when the defendant copied and published works in electronic format despite defendant's claim that it was "inadvertent"); *Warner Bros.*

12-CV-109-DAW, 2013 U.S. Dist. LEXIS 120548, at *23-24 (W.D. Tex. Aug. 26, 2013) (rejecting the defendant's "self-serving" statements because the defendant lacked credibility and his "testimony was directly contradicted by incontrovertible evidence"); *see also Jackson v. S.E. Pa. Transp. Auth.*, No. 21-2671, 2023 U.S. App. LEXIS 958, at *6 (3d Cir. Jan. 17, 2023) ("'[C]onclusory, self-serving affidavits are insufficient to withstand a motion for summary judgment.'" (citing *Kirleis v. Dickie, McCamey & Chilcote*, P.C., 560 F.3d 156, 161 (3d Cir. 2009)).

 In addition to Dr. Luna's testimony, the documentary evidence further demonstrates direct copying. Dr. Salas Rushford's emails with Dr. Arora reveal, in no uncertain terms, that Dr. Salas was aware that his emails contained ABIM exam content, the reproduction and dissemination of which was prohibited. One email had the telltale subject line, "FW: DON'T DON'T DON'T DON'T FORWARD," in emphatic recognition of the illicit nature of the email's contents. (ABIM SMF ¶ 111.) Another e-mail specifically referenced the fact that it included ABIM exam content being shared. (*Id.* ¶ 118.) These emails constitute further direct evidence of copying. *See Am. Registry of Radiologic Technologists v. Hansen*, No. CV07-06224-MMM (AGRx), 2008 U.S. Dist. LEXIS 100442, at *13 (C.D. Cal. Dec. 2, 2008) (holding that a representation that "LISTED BELOW ARE QUESTIONS FROM STUDENTS WHO HAVE TAKEN THEIR ARRT BOARD EXAM" was evidence that the defendants copied the plaintiff's material).

 The indisputable direct evidence of copying entitles ABIM to summary judgment on its copyright claim without having to show indirect proof of copying. *See Jarvis v. A&M Records*,

---

*Records v. Walker*, 704 F. Supp. 2d 460, 465 (W.D. Pa. 2010) (gathering cases establishing that "a defendant is liable even for 'innocent' or 'accidental' infringements" (citations omitted)).

827 F. Supp. 282, 289 (D.N.J. 1993) (when there is direct evidence of copying, "indirect proof is not necessary").

> **2.    Alternatively, Dr. Salas Had Access to ABIM Content and There Are Substantial Similarities Between ABIM's Questions and His Materials**

Even if ABIM did have to establish indirect proof of copying, the record amply supports that standard as well.  In addition to the handwritten notes confirmed as exam content by Dr. Luna, and the emails reflecting direct evidence of copying, there is overwhelming evidence that Dr. Salas had access to ABIM's copyrighted content and that the materials he transmitted to Dr. Arora are substantially similar to ABIM's copyrighted exam questions.  "[I]t may be inferentially proven by demonstrating that someone who had access to a copyrighted work used material substantially similar to the work in a manner that interferes with a copyright owner's rights afforded under 17 U.S.C. § 106." *AFG Media Ltd. v. Poptrend-Official*, Civ. A. No. 2:23-cv-1840, 2023 U.S. Dist. LEXIS 230686, at *16 (W.D. Pa. Dec. 29, 2023) (holding that plaintiff indirectly proved copying by establishing defendants' access and substantial similarity between works) (citing *Ford Motor Co.*, 930 F.2d at 291).

> ### a.    Dr. Salas Had Access to ABIM Content

It is undisputed that Dr. Salas had access to colleagues who contemporaneously recalled the content of actual ABIM exams.  (ABIM SMF ¶¶ 60-65, 68-70.)  That is sufficient to establish access.  *See, e.g., Kepner-Tregoe, Inc. v. Leadership Software, Inc.*, 12 F.3d 527, 533 n.6 (5th Cir. 1994) (access established when copying was done through third party sources) (citing *Arica Inst., Inc. v. Palmer*, 970 F.2d 1067, 1074 (2d Cir. 1992) ("access through a third party is legally sufficient")); *see also Kamar Int'l, Inc. v. Russ Berrie & Co.*, 657 F.2d 1059, 1062 (9th Cir. 1981) (stating that "evidence that a third party with whom both the plaintiff and defendant were dealing had possession of plaintiff's work is sufficient to establish access by the defendant"

20

(citations omitted)); *Simon*, 95 F. Supp. 2d at 1088 ("Defendants obtained access to ETS's copyrighted MSAT forms and questions through students who had recently taken the test and voluntarily provided this information.").

*Bennett* is instructive.  In that case, the court held that the plaintiff established the defendant's access to copyrighted exams through evidence from third parties that the defendant had solicited memories from students who had recently taken copyrighted examinations, and her students complied.[3]  2013 U.S. Dist. LEXIS 120548, at *29-31.  Likewise here, Dr. Salas Rushford called Dr. Luna on "the same day" as her ABIM exam and, she testified, he "solicited me to share questions, and I did."  (ABIM SMF ¶ 64.)  While the material was fresh in her memory, she and Dr. Salas Rushford "had multiple conversations over the phone," in which he solicited and she shared countless details of the questions she had encountered on her exam.  (*Id.* ¶ 109.)  Based on those conversations, Dr. Salas Rushford reconstructed detailed portions of ABIM exam questions and distributed them to Dr. Arora.  (*Id.* ¶¶ 64-70.)  The record demonstrates that Dr. Salas solicited ABIM material from other sources as well (such as the series of forwarded emails with the subject line "164 question the one that repeated in every exam") and then passed it along to Dr. Arora.  (*Id.* ¶ 118.)

Thus, Dr. Salas Rushford had access to ABIM's copyrighted content through Dr. Luna and others who had already sat for their ABIM exams.  *See Hansen*, 2008 U.S. Dist. LEXIS 100442, at *13 (certain questions in the defendants' infringing work were substantially similar to the plaintiff's copyrighted questions that did not appear on any version of the examination by one defendant, "supporting the conclusion that Defendants also gained access to ARRT's

---

[3] The *Bennett* court originally denied summary judgment, finding a question of fact as to whether the defendant was soliciting information specifically from the plaintiff's exams as opposed to other types of exams.  *See Am. Registry of Radiologic Technologists v. Bennett*, 939 F. Supp. 2d 695, 707 (W.D. Tex. 2013).  There is no such question here for the reasons discussed above.

copyrighted questions from other exam takers").

> ### b.     The Questions in Dr. Salas's Emails Are Substantially Similar to ABIM's Exam Questions

Dr. Ward's expert report conclusively establishes that the questions in Dr. Salas' emails to Dr. Arora are substantially similar to the corresponding ABIM exam questions, both extrinsically and intrinsically. *See Ford Motor Co.*, 930 F.2d at 291.  The extrinsic test examines "whether there is sufficient similarity between the two works in question to conclude that the alleged infringer used the copyrighted work in making his own"; this is typically accomplished through a visual comparison and expert testimony. *Id.* (citations omitted).  The intrinsic test examines "whether, from a lay perspective, the copying was an unlawful appropriation of the copyrighted work." *Id.* (citations omitted).  Under both tests, the materials Dr. Salas Rushford sent to Dr. Arora are substantially similar to ABIM exam questions.

*First*, extrinsically, a visual examination of Dr. Salas Rushford's communications side-by-side against the actual ABIM exam questions shows substantial similarity.  ABIM's expert Dr. Ward conducted this analysis and concluded that Dr. Salas Rushford copied the ABIM questions, and that there was no chance that Dr. Salas Rushford's communications were simply innocuous class notes.  (ABIM SMF ¶ 132.)  Dr. Ward analyzed whether a given excerpt from Dr. Salas Rushford's e-mail attachments had the same testing point as an actual ABIM question, whether the excerpt contained the same wrong answer choices as an ABIM question, and whether the excerpt contained specific details that were also present in the ABIM exam question or accurately described an image that appeared with an ABIM exam question.  (*Id.* ¶ 126.)  Many of the excerpts from Dr. Salas Rushford's materials tellingly contained *wrong* answer choices from the ABIM exam question, and sometimes they did not even contain the correct answer— only incorrect response options given in the ABIM questions.  (*Id.* ¶¶ 133-35.)  Dr. Ward

22

concluded "each of the excerpts identified in Appendix B [of his report] was copied or derived from the ABIM examination question.  It is also my opinion that the excerpts are not class notes from a board review course, or notes from published board preparation materials such as MKSAP."  (*Id.* ¶ 132).

ABIM provides for the Court's consideration the questions identified by Dr. Ward that were copied by Dr. Salas Rushford, so the Court can see that a side-by side comparison establishes the substantial similarity between Dr. Salas's excerpts and ABIM's copyrighted work.  (*Id.*  ¶ 131 (citing ABIM00054-165)).  *See Bennett*, 2013 U.S. Dist. LEXIS 120548 at *31-33 (side-by-side comparisons showed that defendant's content was too similar to copyrighted work to have arisen independently when, "[f]or example, in several instances Defendant's question includes the same <u>wrong</u> answer choices as the corresponding ARRT question"); *Optima Univ.*, 2011 U.S. Dist. LEXIS 143645, at *24 (granting summary judgment for plaintiff when side-by-side comparison of the defendants' materials and the plaintiff's copyrighted examination questions showed substantial similarity); *Hansen*, 2008 U.S. Dist. LEXIS 100442, at *13-14 (side-by-side comparison of defendants' infringing questions and plaintiff's copyrighted examination showed that portions of defendants' work was substantially similar); *Simon*, 95 F. Supp. 2d at 1088 (granting summary judgment for the plaintiff when side-by-side comparison demonstrated that the defendants copied the creative "heart" of each infringed question (citing *Harper & Row, Publishers, Inc. v. Nation Enter.*, 471 U.S. 539, 564-65 (1985) (holding that copying of approximately 300 words from a 200,000 word manuscript was copyright infringement)); *Katzman*, 793 F.2d at 542-43 (holding that copying of even a few test questions was sufficient to justify a preliminary injunction against copying of any ETS test).

The comparison of copyrighted ABIM exam questions and Dr. Salas Rushford's

communications reveal similarities so striking that they could have been achieved only by copying. *See Katzman*, 793 F.2d at 541 (finding some of the defendant's review questions "so strikingly similar" to the plaintiff's work "as to lead to no other conclusion than that they were copied"). Dr. Salas Rushford's notes include multiple non-substantive creative elements from the copyrighted ABIM exam items, including details about patients in ABIM exam questions, and wrong answer choices. Among the many such examples that lead to the inescapable conclusion that Dr. Salas Rushford copied ABIM's exam questions are the following:

- Dr. Luna testified that a reference in Dr. Salas Rushford's notes from their call to a "lady from Mississippi" was a reference to a hypothetical patient in a question she had encountered on her ABIM exam. (ABIM SMF ¶ 71.) Dr. Ward matched those notes to ABIM Examination Question Number 44167, which is covered by the copyright registration numbers TX 6-871-490 (2007) and TX 7-116-625 (2009). (*Id.* ¶ 73.) The subject of that ABIM question is a female patient who "has lived in Mississippi all her life." (*Id.* ¶ 74.)

- Dr. Luna testified that an entry in Dr. Salas Rushford's notes about "Maltoma" refers to a question from her exam that she disclosed to Dr. Salas Rushford, along with the answer choices she encountered on her exam. (*Id.* ¶ 75.) Dr. Salas Rushford's notes include "chronic ulcer with discomfort." Dr. Ward matched those notes to ABIM Examination Question Number 37774, which is covered by the copyright registration numbers TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-588 (2009). (*Id.* ¶ 76-78.) That ABIM question described a "MALT lymphoma" and a patient who had "a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months." (*Id.* ¶ 79.)

- Dr. Luna testified that an entry in Dr. Salas Rushford's notes about a picture that shows bullae refers to a question from her exam that she disclosed to Dr. Salas Rushford, for which the answer choices were potential diagnoses, including chicken pox and dermatitis. (*Id.* ¶ 80.) Dr. Luna testified that the options listed by Dr. Salas were "the choices there to–for the resident to answer at the exam, and so those are what I remember." (*Id.* ¶ 81.) Dr. Ward matched those notes to ABIM Examination Question Number 37483, which is covered by the 2009 copyright registration number TX 7-116-588. (*Id.* ¶¶ 82-83.) That ABIM question included a picture, and the answer choices included "dermatitis herpetiformis" and "varicella" (the virus that causes chicken pox). (*Id.* ¶ 84.)

- Dr. Luna testified that an entry in Dr. Salas Rushford's notes about a question with a diabetic who goes to the beach, accompanied by a picture of a butterfly rash, refers to a question from her exam that she disclosed to Dr. Salas Rushford.

24

(*Id.* ¶ 85.)  Dr. Ward matched those notes to ABIM Examination Question Number 6680, which is covered by the 2009 copyright registration number TX 7-116-625 (2009).  (*Id.* ¶¶ 86-87.)  That ABIM question included a picture and described a patient with "type 2 diabetes" who has 'a painful facial rash" and "spends her weekends at the beach." (*Id.* ¶ 88).

- Dr. Luna testified that a portion of Dr. Salas Rushford's notes stating, "flashing lights give glare," refers to a question from her exam about a hypothetical patient who had trouble seeing at nighttime.  The question on the exam included information about flashing lights.  (*Id.* ¶ 89.)  Dr. Ward matched those notes to ABIM Examination Question Number 41940, which is covered by copyright registration numbers TX 7-116-687 (2008) and TX 7-116-625 (2009).  (*Id.* ¶¶ 90-91.)  That ABIM question stated that "the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare."  (*Id.* ¶ 92.)

- Dr. Luna testified that a portion of Dr. Salas Rushford's notes referring to "old lady with vaginal lesion" came from a question on her exam about a patient who had had a hysterectomy, had vaginal lesions, and was experiencing bleeding when using the restroom.  (*Id.* ¶ 93.)  Dr. Luna further testified that she shared the answer choices with Dr. Salas and was "dwelling between giving estrogen creams, but at the same time the fact that she's bleeding and she had a lesion, I wanted to do a biopsy."  (*Id.* ¶ 94.)  Dr. Salas's notes list each of those options.  (*Id.*)  Dr. Ward matched those notes to ABIM Question Number 42148, which is covered by the copyright registration numbers TX 6-871-490 (2007) and TX 7-116-588 (2009).  (*Id.* ¶ 95-96.)  That question describes the patient's advanced age, lesion, and bleeding, and includes as possible answer choices "biopsy of the lesion" and "topical estrogen."  (*Id.* ¶ 97.)

These examples are not exhaustive:  Dr. Ward's report identified more than seventy matches between Dr. Salas Rushford's communications to Dr. Arora and copyrighted ABIM questions, including many others in addition to the materials that originated with Dr. Luna.  For example, the materials Dr. Salas Rushford sent to Dr. Arora under the heading "164 question the one that repeated in every exam," include details from a question about a patient with lung cancer who does not want heroic measures taken to preserve his life; the actual ABIM question repeats those specific question details and includes the same testing point and wrong answer choices as the portion of Dr. Salas Rushford's email to Dr. Arora.  (*Id.* ¶ 119.)

In sum, a visual comparison conducted by ABIM's expert—and confirmed by the source

of the infringing content—demonstrates that the works are extrinsically substantially similar.

***Second***, intrinsically, Dr. Salas Rushford's copying was an unlawful appropriation, viewing the infringing communications "through the lay person's eyes, focusing on whether the substantial similarities relate to protectable material." *Dam Things from Den.*, 290 F.3d at 562. The Third Circuit instructs the consideration of several factors to determine whether an unlawful appropriation occurred, namely, the level of creativity and independent effort on the plaintiff's part, the nature of the protected material, and the setting in which it appears. *See Ford Motor Co.*, 930 F.2d at 291, 294 (factors pointed towards unlawful appropriation of Ford's Ghosted GT) (citing *Universal Athletic Sales Co. v. Salkeld*, 511 F.2d at 908)).

All of these factors demonstrate unlawful appropriation of ABIM's exam content by Dr. Salas Rushford. ABIM exams are intended to distinguish physicians who have the knowledge, skill, and clinical judgment to be held out to the public as board certified from those who do not. (ABIM SMF ¶¶ 2-4.) The integrity of board certification thus relies on maintaining the secrecy of ABIM exam questions. (*Id.* ¶ 13.) To that end, ABIM repeatedly warns its candidates that they may not disclose, copy, or reproduce exam content. (*Id.* ¶¶ 15-16.) Dr. Salas Rushford knew what he was doing, and he knew what he was doing was wrong, when he used a pseudonym and a disguised email address to send ABIM exam content to Dr. Arora; when he solicited exam content from Dr. Luna and from others; and when he received and passed along blatantly illicit emails like the one with the subject line, "DON'T DON'T DON'T DON'T FORWARD." (*Id.* ¶ 111.)

In *Katzman*, the Third Circuit applied a reasonable person standard for assessing substantial similarity and instructed: "The test is whether the accused work is so similar to the plaintiff's work that an ordinary reasonable person would conclude that the defendant unlawfully

appropriated the plaintiff's protectable expression by taking material of substance and value."

793 F.2d at 541. Dr. Salas Rushford took the material that was of most substance and value—

not only did he copy the hypothetical factual material in ABIM's exam questions, but he also

copied the "creative expression [that] is embodied in the answer choices, rather than the fact

patterns alone." *Multistate Legal Studies, Inc.*, 458 F. Supp. 2d at 258-59 (both the plaintiff's

and the defendant's questions involved the same creative elements: a waiter who overhears

fraudulent insider information not intended for his ears, invests his money based on that

information and loses it, and then sues the person who made the statement); (ABIM SMF ¶ 133).

*See also Bennett*, 2013 U.S. Dist. LEXIS 120548, at *32-33 ("A lay observer would overlook the

dissimilarities and conclude that Defendant's question was copied from Plaintiff's

examination."); *Simon*, 95 F. Supp. 2d at 1088 ("Substantial similarity does not require verbatim

copying; a coaching school cannot escape copyright liability by claiming that its copying of

secure test questions is not word-for-word."). And it is of no moment that Dr. Salas Rushford

might claim that he only copied portions, or a small selection of an ABIM exam, because even

"less-than-wholesale reproduction" is still actionable infringement. *Multistate Legal Studies,*

*Inc.*, 458 F. Supp. 2d at 258. And in consideration of another factor outlined in *Ford Motor*,

ABIM's process for creating the copyrighted material demonstrates significant effort. (ABIM

SMF ¶¶ 17-31.)

For all these reasons, ABIM is entitled to summary judgment based on the ample indirect

evidence of copying.

27

## IV.    CONCLUSION

The record conclusively establishes that ABIM has valid copyrights in questions from the ABIM Examinations, direct evidence of copying of those questions by Dr. Salas Rushford—as well as evidence of access and substantial similarity.  Accordingly, the court should grant summary judgment for ABIM on its copyright claim, and grant ABIM such other and further relief as the Court deems just and proper.

Dated:  February 9, 2024

Respectfully submitted,

*/s/ Hara K. Jacobs*
Hara K. Jacobs
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002-1163
Tel. 856.761.3400
riverasotor@ballardspahr.com
jacobsh@ballardspahr.com

Paul Lantieri III
Catherine Seibel
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel. 215.864.8279
lantierip@ballardspahr.com
seibelc@ballardspahr.com

Attorneys for Plaintiff,
American Board of Internal Medicine

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I caused the foregoing Memorandum in Support of

ABIM's Motion for Summary judgment and the exhibits thereto to be filed using the CM/ECF

system, and thereby served all counsel of record with copies thereof.


Dated:  February 9, 2024                     */s/ Hara K. Jacobs*
                                             Hara K. Jacobs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE, | : |
| | : Civil Action No. 14-cv-06428-KSH-CLW |
| Plaintiff, | : |
| | : |
| v. | : |
| | : **Oral Argument Requested** |
| JAIME ANTONIO SALAS RUSHFORD, M.D., | : |
| | : |
| Defendant. | : |

## ABIM'S STATEMENT OF UNDISPUTED FACTS
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

**Ballard Spahr LLP**
**A Pennsylvania Limited Liability Partnership**
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002-1163
Tel. 856.761.3400

Attorneys for Plaintiff,
American Board of Internal Medicine

Pursuant to Fed. R. Civ. P. 56(c)(1) and L. Civ. R. 56.1(a), and in support of its motion for summary judgment, the American Board of Internal Medicine (ABIM) submits the following statement of material facts as to which there is no genuine dispute:

## I.    The American Board of Internal Medicine

1.    ABIM is an Iowa non-profit corporation with its principal place of business at 510 Walnut Street, Suite 1700, Philadelphia, Pennsylvania 19106.  (Counterclaims and Third-Party Complaint, Dkt. 33 (hereinafter, "Counterclaims") ¶ 7.)

2.    ABIM is a physician-led organization whose mission is to enhance the quality of health care by certifying internists and subspecialists who demonstrate the knowledge, skills, and attitudes essential for excellent patient care.  ABIM's accountability is both to the profession of medicine and to the public.  (Declaration of Rebecca S. Lipner, Ph.D., dated February 9, 2024 (hereinafter "Lipner Decl."), ¶ 4.)

3.    Board certification by ABIM is an internationally recognized marker of physician quality for patients, hospitals and other medical care providers.  (Lipner Decl. ¶ 5)

4.    The designation of a physician as "board certified" by ABIM means that the physician has met certain educational, training, and professionalism requirements, and passed a secure, proctored, computer-based examination in internal medicine.  (Lipner Decl. ¶ 6).

5.    ABIM grants board certification in internal medicine to physicians who: 1) successfully train in internal medicine; 2) meet the other requirements for certification; and 3) then pass a secure, proctored, computer-based examination in Internal Medicine.  (Answer ¶ 12; Lipner Decl. ¶ 6.)

6.    Physicians who are first board certified in internal medicine may then, with additional accredited training, become board certified by ABIM in one or more internal medicine subspecialties.  (Answer ¶ 13.)

## II.    ABIM Certification Examination in Internal Medicine

7.    Board certification in internal medicine requires that the physician pass a secure, computer-based examination administered at testing centers nationwide and abroad (the "ABIM Examination").  (Answer ¶ 14; Lipner Decl. ¶ 6.)

8.    The ABIM Examination is administered in one day over approximately ten hours. (Answer ¶ 14.)

9.    In August 2009, the ABIM Examination was offered in Puerto Rico on the following dates:  August 11, 12, 14, 17, 18, 20, 24, 25, 26, and 27, 2009.  (Answer ¶ 15.)

10.    The ABIM Examination is "secure," using confidential, copyrighted questions not disclosed to anyone except those taking the ABIM Examination and those involved in creating the ABIM Examination.  (Lipner Decl. ¶ 7.)

11.    ABIM takes extensive measures to protect the secrecy and security of its exam questions.  These measures include the use of confidentiality agreements (with examinees, employees, vendors, and test committee members), and numerous physical and electronic controls regarding where and how examination content is stored and who may access such content.  (Lipner Decl ¶ 8.)

12.    Third-party testing centers at which ABIM exams are administered likewise have in place a variety of procedures designed to protect the secrecy of exam questions and answers. (Lipner Decl. ¶ 8.)

13.    Advance knowledge by a candidate physician of the content of an ABIM Examination question, such as knowledge of question fact patterns, specific question subject matter and potential answers, provides the candidate an unearned advantage that subverts the integrity of the ABIM Examination.  (Lipner Decl. ¶ 10.)

14.    ABIM diligently investigates test-taking conduct and score irregularities, searches

2

the internet for potential ABIM exam content, and pursues those who misappropriate ABIM exam content to ensure the integrity of ABIM exams.  (Lipner Decl. ¶ 9.)

15.    ABIM repeatedly notifies candidates for board certification that the ABIM Examination is a copyrighted work owned by ABIM and may not be reproduced.  (Lipner Decl. ¶ 11.)

16.    For example, ABIM's Policies & Procedures for Certification include a detailed copyright and examination non-disclosure policy prohibiting the disclosure and reconstruction of exam questions, and when a candidate signs the Pledge of Honesty to take and finish the examination, the candidate acknowledges the prohibition on reproduction or distribution of ABIM exam content.  (Lipner Decl. ¶ 11).

17.    ABIM develops its exam questions through multiple committees.  (Lipner Decl. ¶ 12.)

18.    Three groups of subject-matter experts develop and approve examination content: item-writing task force members, mentors who advise new item writers, and Approval Committee members, who review items before use on an exam.  (Lipner Decl. ¶ 12-13.)

19.    All individuals involved in developing and approving ABIM exam content are board certified in internal medicine or an internal medicine subspecialty and have clinical expertise.  (Lipner Decl. ¶ 13.)

20.    All committee members sign agreements with ABIM confirming that ABIM is the copyright owner of all works contributed to or created by the member.  (Lipner Decl. ¶ 21.)

21.    In developing ABIM exams, the subject matter experts define a general examination blueprint (a table of specifications that determines the content of each exam), develop "testing points" based on the blue print that tests specific content areas and tasks, write

the draft questions, review and edit the questions, and then it is sent to the Approval Committee. (Lipner Decl. ¶¶ 12-17.)

22.     The blueprint is reviewed annually and follows trends in current practice and is based on understanding of clinical problems and current practices.  (Lipner ¶ 14.)

23.     A "testing point" is a piece of medical knowledge that for an ABIM examination, a Board Certified physician should know.  (Ward Report, ¶ 14; Lipner Decl. ¶ 16.)

24.     After a question is drafted, reviewed, and edited, the Approval Committee reviews the question and determines whether it is eligible to move to pre-testing.  (Lipner Decl. ¶ 17)

25.     ABIM Examinations are composed of multiple-choice questions that have a single best answer, and are generally a patient-based case scenarios that assess higher-order cognitive abilities required for clinical decision-making.  (Lipner Decl. ¶ 15.)

26.     Pre-testing is the process by which ABIM tests new questions without risk to the examinee: the question is used in an ABIM Examination but not counted to assure that it has appropriate measurement characteristics of the testing point.  (Lipner Decl. ¶ 18.)

27.     ABIM also considers comments on questions received from examinees.  (Lipner Decl. ¶ 18.)

28.     ABIM uses a live pool of questions that have been pre-tested and confirmed to meet certain statistical performance criteria.  (Lipner Decl. ¶ 19.)

29.     ABIM maintains this item bank by removing questions that are no longer accurate or reflect current medical knowledge in an area and by adding new questions that have been pre-tested to meet certain statistical performance criteria.  (Lipner Decl. ¶ 20.)

30.     Questions are retested, updated, and eventually retired to make sure that the item

4

bank reflects current and evolving scientific developments in the field of internal medicine. .
(Lipner Decl. ¶ 20.)

    31.      Some questions are reused and appear on multiple ABIM exams, especially those
that demonstrate repeatedly, through statistical analysis, excellent at assessing the specific
subject matter. (Lipner Decl. ¶ 19.)

    32.      ABIM registers each annual ABIM Examination with the United States Copyright
Office in accordance with the procedures for secure tests pursuant to 37 C.F.R. § 202.20.
(Lipner Decl. ¶ 23.)

    33.      When ABIM registers its exam questions with the United States Copyright Office,
it organizes the questions into the modules that appear on a particular examination. (Lipner
Decl. ¶ 23.)

    34.      ABIM has received certificates of Registration from the Register of Copyrights
for its secure ABIM Examinations dating back to 1986 as follows:

| Date of Examination | Registration Number |
| --- | --- |
| 2009 | TX 7-116-588<br>TX 7-116-625 |
| 2008 | TX 7-116-687<br>TX 7-116-718 |
| 2007 | TX 6-871-423<br>TX 6-871-490 |
| 2006 | TX 6-448-309<br>TX 6-448-312<br>TX 6-448-313<br>TX 6-466-582 |
| 2005 | TX 6-294-231<br>TX 6-294-232<br>TX 6-297-408 |
| 2004 | TX 6-024-205<br>TX 6-024-211<br>TX 6-024-216<br>TX 6-024-217<br>TX 6-024-218 |

| | |
|---|---|
| | TX 6-103-387 |
| 2003 | TX 5-909-592 |
| | TX 5-909-593 |
| | TX 5-909-594 |
| | TX 5-909-595 |
| | TX 5-758-889 |
| | TX 9-977-745 |
| 2002 | TX 5-606-398 |
| | TX 5-609-628 |
| | TX 5-758-872 |
| 2001 | TX 5-460-006 |
| | TX 5-533-624 |
| | TX 5-609-812 |
| 2000 | TX 5-533-627 |
| | TX 5-541-436 |
| | TX 5-609-777 |
| 1999 | TX 5-541-448 |
| | TX 5-589-108 |
| 1998 | TX 5-556-061 |
| | TX 5-556-070 |
| 1997 | TX 5-556-060 |
| 1996 | TX 5-609-629 |
| 1995 | TX 4-117-619 |
| 1994 | TX 4-117-620 |
| 1993 | TX 3-807-867 |
| 1992 | TX 4-117-616 |
| 1991 | TX 3-315-723 |
| 1990 | TX 3-058-141 |
| 1989 | TX 2-744-671 |
| 1988 | TX 2-466-916 |
| 1987 | TX 2-212-160 |
| 1986 | TX 2-175-312 |

Attached hereto as **Exhibit 1** is a compilation of ABIM's copyright registration certificates, which were attached as Exhibit A to the Complaint.

35.    ABIM never authorized any third party, including Defendant, to make any use or adaptation of ABIM's copyrighted, secure ABIM Examination questions.  (Lipner Decl. ¶ 26.)

36.    Registration Number TX 7-116-588 covering "Internal Medicine Modules: 001, 002, 003, 201 202, 203" for ABIM exams in 2009.  (Ex. 1 at 2.)

6

37.     Registration Number TX 7-116-625 covers Internal Medicine modules 001-009, 201-209, 401-409, 601-609, and 801-for ABIM exams in 2009.  (Ex. 1 at 4.)

38.     Attached hereto as **Exhibit 2** is the deposit copy of the modules registered with the Copyright Office for the 2009 ABIM Examination, produced in this action at ABIM10087-12832.

39.     Attached hereto as **Exhibits 3, 4, and 5** are copies of screenshots of 2009 ABIM Examinations, produced in this action at ABIM00230-588 and ABIM02742-3100 and 3134-3483.

40.     All 2009 Internal Medicine Certification exam modules were registered with the Copyright Office under Registration Number TX 6-775-170.  This is a corrected registration from the original Registration Number TX 7-116-625, which was submitted with an incorrect administrative year (2008).  The Title of Work for Registration Number TX 6-775-170 is cut off due to character limits and does not show all module codes, but all 2009 exam modules were registered.  (Lipner Decl. ¶ 26.)

41.     Registration Number TX 7-116-687 covers Internal Medicine Modules 011-019, 021-029, 031-039, 041-049, and 051-059 for ABIM exams in 2008.  (Ex. 1 at 6.)

42.     Registration Number TX 7-116-718 covering Internal Medicine Modules 001-003 and 201-203 for ABIM exams in 2008.  (Ex. 1 at 8.)

43.     Attached hereto as **Exhibit 6** is the deposit copy of the modules registered with the Copyright Office for the 2008 ABIM exam, produced in this action at ABIM08135-10086.

44.     Registration Number TX 6-871-490 covers Internal Medicine Modules 011 through 057 for ABIM exams in 2007.  (Ex. 1 at 10.)

45.     Registration Number TX 6-871-423 covers Internal Medicine Modules 001, 002,

003, 201, 202, 203, 401 402, and 403 for ABIM exams in 2007.  (Ex. 1 at 12.)

46.    Attached hereto as **Exhibit 7** is the deposit copy of the modules registered with the Copyright Office for the 2007 ABIM exam, produced in this action at ABIM03564-8134.

III.    **Defendant's Unlawful Conduct**

A.    <u>**Defendant's Conduct Leading Up to August 2009**</u>

47.    Dr. Salas Rushford attended medical school in Puerto Rico and then trained at hospitals in New York City from 2004 to 2008.  (Decl. of Jaime Antonio Salas Rushford, M.D., dated December 12, 2014, Dkt. 8-2 ("Salas Decl.") ¶¶ 3-7.)

48.    He completed his training in Puerto Rico from 2008 to 2009.  (Salas Rushford Decl. ¶¶ 8-9.)

49.    In or about December 2008, Dr. Salas Rushford registered for the August 2009 ABIM Certifying Examination in Internal Medicine in Puerto Rico.  (Answer ¶ 31; Counterclaims ¶ 30; Salas Decl. ¶¶ 10-12.)

50.    From the point of registration, Dr. Salas Rushford agreed to be bound by ABIM's P&P.  (Counterclaims ¶ 30.)

51.    Dr. Salas Rushford scheduled his ABIM Examination for August 20, 2009. (Answer ¶ 31; Counterclaims ¶ 30.)

52.    On or about November 5, 2008, Dr. Salas Rushford submitted an Order Form for attendance at a May 2009 "Unusual Board Review" course conducted by Arora Board Review ("ABR").  (Answer ¶ 32.)

53.    Dr. Salas Rushford provided his name, address, phone number, and his email address (jsalasmd@yahoo.com) on the Order Form.  (Answer ¶ 32.)

54.    In December 2008, Dr. Salas Rushford sent emails to ABR's proprietor, Dr. Rajender K. Arora, about the May 2009 course using his email address jsalasmd@yahoo.com

and signing his name.  Attached hereto as **Exhibit 8** is a true and correct copy of email

correspondence between Dr. Salas Rushford and Dr. Arora, produced in this action at

ABIM01264.

55.     From May 18 to 23, Dr. Salas Rushford attended ABR's six day test-prep course

titled "Unusual Board Review."  (Salas Rushford Decl. ¶ 14; Deposition Transcript of Jaime A.

Salas Rushford, dated June 28, 2016, attached hereto as **Exhibit 9** (hereinafter "Salas Dep. Tr."),

83:14-84:1.)

56.     In the days immediately following his attendance of the ABR test-prep course, Dr.

Salas Rushford sent at least one email from his email address jsalasmd@yahoo.com to Dr. Arora

and signed his name "J. Salas, MD" in that email.  Attached hereto as **Exhibit 10** is a copy of a

May 27, 2009 e-mail from Dr. Salas Rushford to Dr. Arora, produced in this action at

ABIM01139-40.

57.     Dr. Salas Rushford admitted that he also used the email address

padrinojr@yahoo.com from approximately 1997 to 2010.  (Ex. 9 (Salas Rushford Dep. Tr.), at

19:25-20:22)

**B.     Defendant's August 2009 Infringement**

58.     On August 12, 2009, Dr. Salas Rushford sent an email to Dr. Arora from the

email address padrinojr@yahoo.com, attaching seven pages of handwritten notes using the

pseudonym "Jimmy R." and without signing the e-mail.  Attached hereto as **Exhibit 11** is a copy

of Dr. Salas Rushford's August 12, 2009 e-mail, which was attached to the Complaint as Exhibit

B.

59.     The August 12, 2009 email to Dr. Arora followed a telephone call: "Dr. Arora as

per our conversation a few minutes ago . . Here is the info.  I will be sending you more info latter

on when colleges forward me more input.  [*Sic*.]."  (Ex. 11.)

60.     The handwritten notes that Dr. Salas Rushford emailed to Dr. Arora on August 12, 2009 contained detailed content from the ABIM Examination given that same day.  (Ex. 9; Deposition Transcript of Dr. Geraldine Luna, dated Sept. 14, 2016, attached hereto as **Exhibit 12** (hereinafter "Luna Dep. Tr."), at 10:7-24.)

61.     Dr. Salas Rushford's colleague Dr. Geraldine Luna testified that she met Dr. Salas Rushford in her second year of residency.  (Ex. 12 (Luna Dep. Tr. ) at 7:16-23.).\

62.     Dr. Luna took the ABIM Examination in internal medicine on August 12, 2009.  (Ex. 12 (Luna Dep. Tr.) at 8:4-7.)

63.     Dr. Luna also attended the ABR prep course in 2009.  (Ex. 12 (Luna Dep. Tr.) at 8:8-13.)

64.     Dr. Luna testified that on August 12, 2009, after she took the ABIM Examination, Dr. Salas Rushford called her on "the same day" and "solicited me to share questions, and I did.  (Ex. 12 (Luna Dep. Tr.) at 9:8-13.)

65.     Dr. Luna also testified that she communicated with Dr. Salas Rushford multiple times in the days following her examination by phone and by email.  (Ex. 12 (Luna Dep. Tr.) at 9:14-22.)

66.     Dr. Luna testified that Dr. Salas Rushford did not ever use the email address padrinojr@yahoo.com in their communications.  (Ex. 12 (Luna Dep. Tr.) at 11:8-10.)

67.     Dr. Luna testified that that handwritten notes in Exhibit B to the Complaint were "handwritten notes from Jimmy or Jaime Salas, and they're part of our discussion over the phone," which she knew because Dr. Salas Rushford "emailed [his notes] back to [her] and this [the content of the notes] is exactly what we discussed.  This resulted from our conversations." (Ex. 12 (Luna Dep. Tr.) at 10:22-24.)

68.     Dr. Luna testified that Dr. Salas Rushford sent his notes of their calls to her at her request because on the phone, she "was just like spilling out everything," and she wanted to confirm the notes "look[ed] like what we were discussing to present it to [Dr. Arora").  (Ex. 12 (Luna Dep. Tr.) 62:3-63:7.)

69.     Dr. Luna confirmed that Dr. Salas Rushford's notes as accurately as possible contained the information that she gave to him about the questions on her ABIM exam.  (Ex. 12 (Luna Dep. Tr.) at 63:1-7.)

70.     During her deposition, Dr. Luna reviewed the entries from Exhibit B to the Complaint and confirmed that each of them were questions from her ABIM Examination, and she identified examination topics, scenarios, and answer choices to questions from her ABIM Examination.  (Ex. 12 (Luna Dep. Tr.) at 11:11-46:3.)

71.     For example, Dr. Luna testified that a reference an entry in Exhibit B to "lady from Mississippi" was a reference to a hypothetical patient in the ABIM Examination question with geographic-specific conditions.  (Ex. 12 (Luna Dep. Tr.) at 45:2-46:3.)

72.     ABIM's expert Dr. Ward matched this "lady from Mississippi" entry in Exhibit B to ABIM Examination Question Number 44167.  (Expert Report of L. Ward, M.D., dated October 17, 2016, attached hereto as **Exhibit 13** (hereinafter "Ward Report"), Appendix B, Row 34.)

73.     This question is covered by the copyright registration numbers TX 6-871-490 (2007) and TX 7-116-625 (2009). (Ex. 14 (chart of registrations and questions).)

74.     ABIM Question 44167 says the female patient "has lived in Mississippi all her life."  (Ex. 20.)

75.     In another example, Dr. Luna testified that in an ABIM Examination question

referring to Maltoma, she shared the alternative answer choices with Dr. Salas and those choices are memorialized in a numbered list in Exhibit B.  (Ex. 12 (Luna Dep. Tr.) at 14:12-15:20.)

76.    Dr. Salas Rushford's notes for that question include "chronic ulcer with discomfort."  (Ex. 13 (Ward Report), Appendix B, line 4.)

77.    In line 4 of Appendix B to his report, Dr. Ward matched that entry to ABIM Examination Question number 37774, (Ex. 13 (Ward Report), Appendix B, line 4; Ex. 1.)

78.    This question is covered by the copyright registration numbers TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-588 (2009).   (Ex. 14 (chart of questions and registrations).)

79.    ABIM Question 37774 described a "MALT lymphoma" and the patient had "a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months."  (Ex. 20.)

80.    In another example, Dr. Luna testified that an entry in Exhibit B about a picture that shows bullae is a reference to a question she disclosed to Dr. Salas Rushford about a picture in the examination, where the answer choices were potential diagnoses including chicken pox or dermatitis.  (Ex. 12 (Luna Dep. Tr.) at 15:21—16:18.)

81.    Dr. Luna testified that those options listed by Dr. Salas were "the choices there to – for the resident to answer at the exam, and so those are what I remember."  (Ex. 12 (Luna Dep. Tr.) at 16:12-18.)

82.    In line 5 of Appendix B to his report, Dr. Ward matched that entry to ABIM Examination Question number 37483. (Ex. 13 (Ward. Report).)

83.    This question is covered by the 2009 copyright registration number TX 7-116-588.  (Ex. 14 (chart of questions and registrations).)

84.     In ABIM Question 37483, a picture was provided to candidates, and answer choices included "dermatitis herpetiformis" and "varicella" (the virus that causes chicken pox). (Ex. 20.)

85.     In another example, Dr. Luna testified that an entry in Exhibit B about a diabetic that goes to the beach with a picture of a butterfly rash is a reference to a question she disclosed to Dr. Salas Rushford from her examination.  (Ex. 12 (Luna Dep. Tr.) at 16:19—17:8.)

86.     In line 6 of Appendix B to his report, Dr. Ward matched that entry to ABIM Examination Question number 6680.  (Ex. 13.)

87.     This question is covered by the 2009 copyright registration number TX 7-116-625 (2009).  (Ex. 14 (chart of questions and registrations).)

88.     ABIM Question 6680 presented a picture to candidates and described a patient with "type 2 diabetes" who has 'a painful facial rash" and "spends her weekends at the beach." (Ex. 20.)

89.     In another example, Dr. Luna testified that an entry in Exhibit B about "flashing lights give glare" was a reference to a question from her examination about a hypothetical patient who had trouble seeing at nighttime, and the information about flashing lights was given in the question as factual information about the patient.  (Ex. 12 (Luna Dep. Tr.) at 26:17—27:21, 28:7-13.)

90.     In line 13 of Appendix B to his report, Dr. Ward matched that entry to ABIM Examination Question number 41940.  (Ex. 13.)

91.     This question is covered by the copyright registration numbers TX 7-116-687 (2008) and TX 7-116-625 (2009).  (Ex. 14 (chart of questions and registrations).)

92.     In ABIM Question 41940, candidates were told that "the patient has had difficulty

reading road signs when driving, especially at night when the streetlights create a glare." (Ex. 20.)

93.     In another example, Dr. Luna testified that an entry in Exhibit B about an "old lady with vaginal lesion" was a reference to a question from her examination about a hypothetical patient who had vaginal lesions and a hysterectomy and was experiencing bleeding when using the restroom.  (Ex. 12 (Luna Dep. Tr.) at 31:3-18.)

94.     Dr. Luna further testified that she shared the answer choices with Dr. Salas Rushford and was "dwelling between giving estrogen creams, but at the same time the fact that she's bleeding and she had a lesion, I wanted to do a biopsy." (Ex. 12 (Luna Dep. Tr.) at 31:6-18.) Dr. Salas Rushford's notes list these options.  (Ex. 13.)

95.     In line 18 of Appendix B to his report, Dr. Ward matched that entry to ABIM Question number 42148.  (Ex. 13.)

96.     This question is covered by the copyright registration numbers TX 6-871-490 (2007) and TX 7-116-588 (2009).  (Ex. 14 (chart of questions and registrations).)

97.     In ABIM Question 42148, the patient's age, lesion, and bleeding are described, and the possible answer choices include "biopsy of the lesion" and "topical estrogen." (Ex. 20.)

98.     In another example, Dr. Luna testified that in an ABIM Examination question referring to "Heme/Onc" and chronic myelocytic leukemia, she shared the alternative answer choices with Dr. Salas Rushford and those choices are memorialized in a numbered list in Exhibit B. (Ex. 12 (Luna Dep. Tr.) at 21:21-23:6.)

99.     Dr. Luna testified that a reference in Exhibit B concerning a question about pleocytosis that said "don't remember" was a reference to Dr. Luna being unable to remember the facts that came afterwards in the ABIM Examination question, not that the hypothetical

patient in the question was having memory issues.  (Ex. 12 (Luna Dep. Tr.) at 42:18-43:17.)

100.    Dr. Luna also testified that the majority of the entries in Exhibit B to the Complaint that she shared with Dr. Salas were not familiar to her from Dr. Arora's course but were new questions on her ABIM Examination.  (Ex. 12 (Luna Dep. Tr.) at 35:4-14.)

101.    In regard to Exhibit B to the Complaint, Dr. Luna testified that there was no way Exhibit B was class notes from the ABR prep course:  "Because these questions were in my exam, and I discussed them with him.  And in the course of Arora they didn't have these questions.  These are my questions from the exam.  I took them."  (Ex. 12 (Luna Dep. Tr.) at 46:4-16.)

102.    Later on August 12, 2009, Dr. Salas Rushford sent another email to Dr. Arora from the email address padrinojr@yahoo.com attaching ten pages of handwritten notes. Attached hereto as **Exhibit 15** is a copy of this email, which was attached to the Complaint as Exhibit C.

103.    The subject line of the August 12, 2009 email with the longer set of handwritten notes was "Dr. Arora A more complete list I have added 20+ questions."  (Ex. 15.)

104.    The second set of handwritten notes that Dr. Salas Rushford emailed to Dr. Arora on August 12, 2009 contained the same seven pages of ABIM exam content that Dr. Salas Rushford had sent earlier in the day, but added three new pages of handwritten notes containing more content from the ABIM Examination.  (Ex. 15.)

105.    The additional handwritten notes that Dr. Salas Rushford emailed to Dr. Arora on August 12, 2009 contained detailed questions from the ABIM Examination taken by a residency colleague of Dr. Salas Rushford that same day.  (Ex. 12 (Luna Dep. Tr.) at 46:17-61:19.)

106.    During her deposition, Dr. Luna reviewed the entries from Exhibit C to the

15

Complaint and confirmed that each of them was a question from her ABIM Examination, and she identified examination topics, scenarios, and answer choices to questions from her ABIM Examination. (Ex. 12 (Luna Dep. Tr.) at 47:11-61:19.)

107. Dr. Luna testified that she shared a mnemonic about a chicken with Dr. Salas Rushford that he was previously unfamiliar with in connection with a particular question on her ABIM Examination, and he noted that new mnemonic in Exhibit C, but took the mnemonic down incorrectly. (Ex. 12 (Luna Dep. Tr.) at 48:7-51:24.)

108. Dr. Luna testified that she was "positive" the handwritten notes attached as Exhibit C to the Complaint were not class notes from the ABR prep course: "Because these are the exact same questions I had in the exam, and Dr. Arora did not have this contact. He did not have the exam with him. And because I recognize these communications happening between Dr. Salas and myself." (Ex. 12 (Luna Dep. Tr.) at 59:19-60:5.)

109. Dr. Luna testified that over the time period between her exam and Dr. Salas Rushford's exam, they "had multiple conversations over the phone" and shared ABIM Examination content approximately fifteen times, and the initial conversations were very long because Dr. Luna was remembering portions of the ABIM Examination questions from her test. (Ex. 12 (Luna Dep. Tr.) at 60:6—61:19) (("[I]n the beginning they were very long as I was recollecting . . . fishing through the fragments that I remember of these questions.").)

110. On August 13, 2009, Dr. Salas Rushford sent another email to Dr. Arora that attached nine files, from the email address padrinojr@yahoo.com. Attached hereto as **Exhibit 16** is a copy of that email, originally attached to the Complaint as Exhibit D. *See also* Ex. 7 (Salas Dep. Tr.) at142:13-18 (admitting he sent this email).)

111. The subject line of Dr. Salas Rushford's August 13, 2009 email was "Fw: DON'T

DON'T DON'T DON'T FORWARD." (Ex. 16.)

112. The file name of the first attached file to Dr. Salas Rushford's August 13, 2009 email is titled "Board Questions" and the header on the first page of the document is "Board Questions 2007." (Ex. 16.)

113. The nine typewritten documents attached to Dr. Salas Rushford's August 13, 2009 email contain a compilation of ABIM Examination questions from several years' prior and include details like "Questions repeated on Board 2008," and "At this moment I was burned out . . . my answer was (A), but I am not sure." (Ex. 16.)

114. One document attached to Dr. Salas Rushford's August 13, 2009 email is titled "IM Board 2006." (Ex. 16, at 48.)

115. A different typewritten document attached to Dr. Salas's August 13, 2009 e-mail identified which numbered questions were repeated on another year's exam. (Ex. 16 at 85.)

116. Later on August 13, 2009, Dr. Arora forwarded an email to padrinojr@yahoo.com with the subject line, "FW: Some Q's." A copy of this email is attached hereto as **Exhibit 17**, originally attached to the Complaint as Exhibit E.

117. In his later August 13, 2009 email, the cover email to Dr. Arora from the original sender stated: "Here are a few that a friend from Florida that went to the crash course sent me. Also a lateral view of CXR of constrictive pericarditis that you can add to your presentations. If you have any new questions I can use before the exam I'll be happy to use them before the exam on Friday." (Ex. 17.)

118. On August 16, 2009, Dr. Salas Rushford emailed Dr. Arora from the email address padrinojr@yahoo.com with the subject line "164 question the one that repeated in every exam." Attached hereto as **Exhibit 18** is a copy of this email, originally attached to the

Complaint as Exhibit F.

119.    The materials Dr. Salas Rushford sent to Dr. Arora under the heading "164 question the one that repeated in every exam," include details from a question about a patient with lung cancer who does not want heroic measures taken to preserve his life; the actual ABIM question repeats those specific question details and includes the same testing point and wrong answer choices as the portion of Dr. Salas Rushford's email to Dr. Arora.  (Ex. 13 (Ward Report), Appendix B.)

120.    The body of Dr. Salas Rushford's August 16, 2009 email to Dr. Arora was titled "ABIM 2009 Learning Points and contained a list of specific testing points and ABIM exam questions that Dr. Salas Rushford had received by email from a residency colleague earlier that day."  (Ex. 18.)

121.    Dr. Arora responded to Dr. Salas Rushford's August 16, 2009 email by stating:

> AMAZING WORK!
>
> YOU WILL NOT HAVE ANY DIFFICULTY PASSING THIS EXAM.
>
> WHEN YOU COME BACK FROM EXAM, SIMPLY TICK THE ONES THAT WERE THERE IN YOUR EXAM – TO SEE WHAT PERCENTAGE OF THESE ARE REALLY THERE IN ONE CANDIDATE'S PORTION.
>
> DR. ARORA

(Ex. 18.)

122.    Dr. Salas Rushford emailed ABIM content to Dr. Arora through August 19, 2009, the day before he sat for his ABIM Examination.  Attached hereto as **Exhibit 19** is an August 19, 2009 email from Dr. Salas Rushford to Dr. Arora, produced in this action at ABIM00846.

**C.    Dr. Ward's Expert Report**

123.    Dr. Salas' handwritten notes reveal specific, original, and memorable details of

18

ABIM Examination questions.  (Ex. 13 (Ward Report) ¶ 15.)

124.    Dr. Ward served as the Physician Secretary for the Internal Medicine Exam

Committee of ABIM from 2006 to 2009.  In that role, he was involved in in the Exam

Committee's work in creating and editing examinations.  As a result of that experience, he is

knowledgeable about the process for writing ABIM examination questions and selecting

questions for use on the ABIM examination, and he is knowledgeable about specific ABIM

examination questions from the years he served on the Exam Committee.  (Ex. 13 (Ward Report)

¶ 3-5.)

125.    Dr. Ward compared Exhibits B, C, D, and F to the Complaint against questions

that appeared on the ABIM Certifying Examination in Internal Medicine, produced by ABIM in

this action.  (Ex. 13 (Ward Report), ¶¶ 11-12.)

126.    Dr. Ward analyzed whether a given excerpt from Dr. Salas's e-mail attachments

had the same testing point as an actual ABIM question, whether an excerpt contained the same

wrong answer choices as an ABIM examination question, and whether an excerpt contains

certain specific details that were also present in the ABIM examination question or accurately

described an image that appeared on an ABIM examination question.  (Ex. 13 (Ward Report)

¶ 14.)

127.    Dr. Ward opined that "several portions of the Exhibits to the Complaint that I

reviewed were copied or derived from questions that appeared on an ABIM Certifying

Examination in Internal Medicine."  (Ex. 13 (Ward Report) ¶ 15.)

128.    Dr. Ward concluded that Dr. Salas's excerpts matched over seventy actual ABIM

examination questions.  (*See generally* Ex. 13 (Ward Report), Appendix B.)

129.    The ABIM examination questions that Dr. Ward identified as copied by Dr. Salas

19

are attached hereto as **Exhibit 20**, produced in this action at ABIM00054-165.

130.    In discovery, ABIM produced the full versions of those questions provided to the U.S. Copyright Office with ABIM's copyright application as part of the secure registration process, including the internal ABIM question number, the copyright application year, and the module(s) in which the question appeared.  Attached hereto as **Exhibit 21** is a November 23, 2016 letter from ABIM's counsel in this action to Defendant's counsel explaining this production.

131.    For the convenience of the Court, ABIM has compiled a summary chart of the information in the evidentiary record listing ABIM's copyright registration for every ABIM question that Dr. Ward demonstrates was infringed by Dr. Salas.  For each question, ABIM identifies:  (i) the internal ABIM internal question number; (ii) the row in Dr. Ward's report analyzing the infringement of that question; (iii) the record citation for the full text of the ABIM question; (iv) the record citation for the ABIM exam or exams in which the question appeared[1]; and (v) the copyright registration certificate or certificates that cover the question. This chart is attached hereto as **Exhibit 14**.  Because some questions appeared in multiple modules of an ABIM exam, for purposes of simplicity, the chart contains a reference to only the first module (and not every module) of the ABIM exam in which it appeared.

132.    Dr. Ward concluded that "each of the excerpts identified in Appendix B was copied or derived from the ABIM examination question.  It is also my opinion that the excerpts are not class notes from a board review course, or notes from published board preparation materials such as MKSAP."  (Ex. 13 (Ward Report) ¶ 17.)

---

[1]    Because some questions appeared in multiple modules of an ABIM exam, for purposes of simplicity, the chart contains a reference to only the first module (and not every module) of the ABIM exam in which it appeared.

20

133.    Dozens of Dr. Salas Rushford's excerpts contained wrong answer choices from the ABIM examination question, and sometimes did not even contain the correct answer, only actual incorrect response options.  (Ex. 13 (Ward Report), ¶ 16, and *see generally* Appendix B.)

134.    Several of Dr. Salas Rushford's excerpts had the same testing point as an actual ABIM question.  (*See generally* Ex. 13 (Ward Report), Appendix B.)

135.    Several of Dr. Salas Rushford's excerpts contained certain specific details that were also present in the ABIM examination question or accurately described an image that appeared on an ABIM examination question.  (*See generally* Ex. 13 (Ward Report), Appendix B.)

136.    Dr. Salas Rushford admitted that he never received authorization from ABIM to duplicate or disseminate ABIM's copyrighted content in the actual certifying examination questions.  (Ex. 9 (Salas Rushford Dep. Tr.) at 181:1-8.)

137.    Dr. Salas Rushford took the ABIM Examination on August 20, 2009.  (Answer ¶ 47.)

138.    Dr. Salas received a passing score on the ABIM Examination.  (Answer ¶ 48.)

**IV.    ABIM's Discovery of Infringement**

139.    ABIM sent a representative to the ABR prep course to investigate whether the course was improperly disseminating confidential, copyrighted questions, which included recording the course.  (Deposition Transcript of A. Ben Mannes, dated June 29, 2016 , attached hereto as **Exhibit 22** (hereinafter "Mannes Dep. Tr."), at 34:13-18; 37:4-38:7.)

140.    The transcript of the ABIM representative's recording of the May 2009 test prep course is attached here as **Exhibit 23**, produced in this action at ABIM02531-2645.

141.    During the May 2009 course, Dr. Arora explained that "[w]hen people send me the questions, there is a good part and a bad part. The good part is that you know exactly now

21

what they're asking, all right?"  (Ex. 23, at ABIM02544.)

142.    During the May 2009 course, Dr. Arora instructed: "So when you go to the exam and you find certain questions which were new to you, I would like to know what they are, so you can help the next class, because the previous class is helping you, so you're supposed to help the next class, if you can help them."  (Ex. 23 at ABIM02565.)

143.    The next day, Dr. Arora instructed again: "Here, the moral of the story is—send me questions, okay. Make sure you send me questions after the exam."  (Ex. 23 at ABIM02565.)

144.    ABIM believed that ABR was engaging in copyright infringement because ABR's website had sample questions posted to it that were identified as matching to ABIM secure exam content.  (Ex. 22 (Mannes Dep. Tr.) at 35:9-14.)

145.    After subsequently conducting an investigation, ABIM obtained an <u>ex parte</u> seizure order in December 2009 in the action captioned <u>American Board of Internal Medicine v. Arora, et. al.</u>, No. 2:09-05707 (E.D. Pa. 2009).  Attached hereto as **Exhibit 24** is a copy of the seizure order issued in that case.

146.    ABIM conducted a seizure at ABR's location.  (Ex. 22 (Mannes Dep. Tr.) at 43:14-20.)

147.    During the December 2009 seizure at ABR's location in New Jersey, ABIM obtained documents and computer files.  (Ex. 22 (Mannes Dep. Tr.) at 47:5-48:6 (testifying that he assisted legal counsel in identifying ABIM exam content throughout the house, and legal counsel removed things from the house); 48:18-19 (ABIM imaged hard drives).)

148.    Dr. Arora admitted during his deposition that students may have distributed actual questions from ABIM Examinations and that students would contact him after exams to give information about actual questions that they saw on the exam.  (Deposition of R. Arora, dated

January 21, 2016, attached hereto as **Exhibit 25** (hereinafter "Arora Dep. Tr.") at 76:12-77:13.)

149.    ABIM diligently sought to figure out who "padrinojr" or "Jimmy R." was; it conducted internet and public records searches; scoured its internal databases and the other records obtained from Arora; and used investigators.  (Ex. 22 (Mannes Dep. Tr.) at 56:18-60:3.)

150.    ABIM even asked a number of physicians whom it interviewed in Puerto Rico in connection with the investigation if they knew who used the padrinojr email account, and they all responded that they did not.  (Ex. 22 (Mannes Dep. Tr.) at 72:4-74:14; 83:15-22; 86:4-13.)

151.    ABIM was only able to match the identity of the person who corresponded with Dr. Arora using the email address padrinojr@yahoo.com with Dr. Salas in January 2012.  (Ex. 12 (Luna Dep. Tr.) at 139:18-140:14)

152.    Dr. Luna was asked by ABIM to identify the owner of the padrinojr@yahoo.com email address, and she was initially unable to.  (Ex. 12 (Luna Dep. Tr.) at 139:18-24.)

153.    In January 2012, Dr. Luna examined the handwritten notes that are attached as Exhibits B and C and was able to identify them as coming from Dr. Salas Rushford.  (Ex. 12 (Luna Dep. Tr.) at 140:1-14.)

154.    In May 2012, ABIM initiated an internal disciplinary and appeal process for the consideration of a sanction against Dr. Salas Rushford's board certification.  (Counterclaims (Dkt. 33) ¶ 47.)

155.    Dr. Salas Rushford appealed the recommended sanction through an appeal process concluding with a hearing on July 24, 2014, before a panel of three physicians designated by ABIM.  (Counterclaims (Dkt. 33) ¶ 52.)

156.    In a written decision issued on October 16, 2014, the panel determined to modify the recommended sanction from a permanent revocation of Dr. Salas's board certification to a

seven-year suspension.  (Counterclaims (Dkt, 33) ¶ 55.)

<div style="margin-left: 50%;">

Respectfully submitted,

Dated: February 9, 2024

*/s/ Hara K. Jacobs*
Roberto A. Rivera-Soto
Hara K. Jacobs
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002-1163
Tel. 856.761.3400
riverasotor@ballardspahr.com
jacobsh@ballardspahr.com

Paul Lantieri III
Catherine Seibel
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel. 215.864.8279
lantierip@ballardspahr.com
seibelc@ballardspahr.com

Attorneys for Plaintiff,
American Board of Internal Medicine

</div>

Case 2:14-cv-06428-KSH-CLW   Document 211-3   Filed 02/20/24   Page 1 of 64 PageID: 15765

# EXHIBIT 1

# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-116-588**

**Effective date of registration:**

September 17, 2009

## Title

**Title of Work:** Hematology Modules: 051, 052, 053; Interventional Cardiology Modules: 121, 122, 123; Internal Medicine Modules: 001, 002, 003, 201, 202, 203; Infectious Disease Modules 061, 062, 063; Nephrology Modules: 071, 072, 073; Oncology Modules: 081, 082, 083; Pulmonary Disease Modules 091, 092, 093; Rheumatology Modules: 101, 102, 103

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 1, 2009

## Author

**■   Author:** American Board of Internal Medicine

**Author Created:** Additional text never before published and editorial revisions

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** American Board of Internal Medicine

510 Walnut Street, Suite 1700, Philadelphia, PA, 19106

## Limitation of copyright claim

**Material excluded from this claim:** Some texts previously published

**Previously registered:** No

**New material included in claim:** Additional text never before published and editorial revisions

## Certification

**Name:** Joanna Lexa

**Date:** September 17, 2009

Page 1 of 2

Correspondence:  Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-116-625**

**Effective date of registration:**

September 17, 2009

### Title

Title of Work: Internal Medicine Modules: Form 1, Modules: 001, 002, 003, 004, 005, 006, 007, 008, 009/ Form 2, Modules: 201, 202, 203, 204, 205, 206, 207, 208, 209/ Form 3, Modules: 401, 402, 403, 404, 405, 406, 407, 408, 409/ Form 4, Modules: 601, 602, 603, 604, 605, 606, 607, 608, 609/ From 5, Modules: 801, 802, 803, 804, 805, 806, 807, 808, 809

### Completion/Publication

Year of Completion: 2008

Date of 1st Publication: August 1, 2008

### Author

Author: American Board of Internal Medicine

Author Created: Additional text never before published and editorial revisions.

Work made for hire: Yes

Domiciled in: United States

### Copyright claimant

Copyright Claimant: American Board of Internal Medicine

510 Walnut Street, Suite 1700, Philadelphia, PA, 19106

### Limitation of copyright claim

Material excluded from this claim: Some texts previously published.

Previously registered: No

New material included in claim: Additional text never before published and editorial revisions.

### Certification

Name: Joanna Lexa

Date: September 17, 2009

Page 1 of 2

Correspondence: Yes

Page 2 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-116-687**

**Effective date of registration:**

January 15, 2009

---

### Title

Title of Work: Internal Medicine Modules: Form 1, Modules: 011, 012,013,014,015,016, 017,018,019 Form 2, Modules: 021, 022, 023, 024, 025, 026, 027, 028, 029 / Form 3, Modules: 031, 032, 033, 034, 035, 036, 037, 038, 039 / Form 4: Modules: 041, 042, 043, 044, 045, 046, 047, 048, 049 / From 5, Modules: 051, 052, 053, 054, 055, 056, 057, 058, 059

### Completion/Publication

Year of Completion: 2008

Date of 1st Publication: August 1, 2008

### Author

Author: American Board of Internal Medicine

Author Created: Additional text never before published and editorial revisions

Work made for hire: Yes

Domiciled in: United States

### Copyright claimant

Copyright Claimant: American Board of Internal Medicine

510 Walnut Street, Suite 1700, Philadelphia, PA, 19106

### Limitation of copyright claim

Material excluded from this claim: Some texts previously published.

Previously registered: No

New material included in claim: Additional text never before published and editorial revisions.

### Certification

Name: Joanna Lexa

---

Page 1 of 2

Correspondence:   Yes

Page 2 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**TX 7-116-718**

Effective date of registration:

January 15, 2009

## Title

Title of Work: Hematology Modules: 051, 052, 053/ Infectious Disease Modules: 061, 062, 063/ Internal Medicine Modules: 001, 002, 003, 201, 202, 203/ Interventional Cardiology Modules: 121, 122, 123/ Nephrology Modules: 071, 072, 073 / Medical Oncology Modules: 081, 082, 083/ Pulmonary Disease Modules: 091, 092, 093/ Rheumatology Modules 101, 102, 103

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: May 1, 2008

## Author

■ Author: American Board of Internal Medicine

Author Created: Additional text never before published and editoral revisions

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: American Board of Internal Medicine

510 Walnut Street, Suite 1700, Philadelphia, PA, 19106

## Limitation of copyright claim

Material excluded from this claim: Some texts previously published.

Previously registered: No

New material included in claim: Additional text never before published and editorial revisions.

## Certification

Name: Joanna M Lexa

Date: January 15, 2008

Page 1 of 2

Correspondence:  Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**TX 6-871-490**

Effective date of
registration:

November 8, 2007

## Title

**Title of Work:** Internal Medicine Modules: 011, 012, 013, 014, 015, 016, 017, 018, 021, 022, 023, 024, 025, 026, 027, 028, 031, 032, 033, 034, 035, 036, 037, 038, 041, 042, 043, 044, 045, 046, 047, 048, 051, 052, 053, 054, 055, 056, 057

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 1, 2007

## Author

**Author:** American Board of Internal Medicine

**Author Created:** Additional text never before published and editorial revisions

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** American Board of Internal Medicine

510 Walnut Street Suite 1700, Philadelphia, PA, 19106

## Limitation of copyright claim

**Material excluded from this claim:** Some texts previously published

**Previously registered:** No

**New material included in claim:** Additional text never before published and editorial revisions

## Certification

**Name:** Joanna Lexa

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-871-423**

**Effective date of registration:**

November 8, 2007

## Title

**Title of Work:** Cardiovascular Disease Modules: 011,012,013 / Clinical Cardiac Electrophysiology Modules: 131, 132, 133 / Critical Care Medicine Modules: 021, 022, 023 / Geriatric Medicine Modules: 111, 112, 113 / Internal Medicine Modules: 001, 002, 003, 201, 202, 203, 401, 402, 403

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 1, 2007

## Author

- **Author:** American Board of Internal Medicine

**Author Created:** Additional text never before published and editorial revisions

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** American Board of Internal Medicine

510 Walnut Street Suite 1700, Philadelphia, PA, 19106

## Limitation of copyright claim

**Material excluded from this claim:** Some texts previously published

**Previously registered:** No

**New material included in claim:** Additional text never before published and editorial revisions

## Certification

**Name:** Joanna M. Lexa

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

TX 6-448-312

EFFECTIVE DATE OF REGISTRATION

OCT 26 2006
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼ *Internal Medicine Modules: 061, 062, 063, 064, 065, 066, 071, 072, 073, 074, 075, 076, 081, 082, 083, 084, 085, 086, 091, 092, 093, 094, 095, 096, 101, 102, 103, 104, 105, 106*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2006 ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ August  Day ▶  Year ▶ 2006
Nation ▶ USA
◄ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 26 2006
ONE DEPOSIT RECEIVED
OCT 26 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.        DO NOT WRITE HERE

EXAMINED BY _____   **FORM TX**

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes XX No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Some texts previously published.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106    Area Code and Telephone Number ▶ 215-446-3578

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the    ☐ author
                                                      ☐ other copyright claimant
                              Check only one ▶        ☐ owner of exclusive right(s)
                                                      XX authorized agent of American Board of Internal Medicine
of the work identified in this application and that the statements made       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
                                                                       date ▶

Handwritten signature (X) ▼
_Joanna M. Lexa_

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Joanna M. Lexa
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate
will be
mailed in
window
envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined $ ... more than $2,500.

## Certificate of Registration

*Done* ③

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS    **TX 6-448-313**

EFFECTIVE DATE OF REGISTRATION

**OCT 26 2006**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ Internal Medicine Modules: 011, 012, 013, 014, 015, 016, 021, 022, 023, 024, 025, 026, 031, 032, 033, 034, 035, 036, 041, 042, 043, 044, 045, 046, 051, 052, 053, 054, 055, 056

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** a NAME OF AUTHOR ▼
**American Board of Internal Medicine**
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No
AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **USA**
{ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
**Additional text never before published and editorial revisions.**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No
AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No
AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. **2006**
b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ August Day ▶ 2 Year ▶ 2006
Nation ▶ USA

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**American Board of Internal Medicine**
**510 Walnut Street, Suite 1700**
**Philadelphia, PA 19106**

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED **OCT 26 2006**
ONE DEPOSIT RECEIVED **OCT 26 2006**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    DO NOT WRITE HERE

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  XX No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Some texts previously published.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional text never before published and editorial revisions.

**6**

See instructions before completing this space.

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Area Code and Telephone Number ▶  **215-446-3578**

Be sure to give your daytime phone number ◀

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Board of Internal Medicine**
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

date ▶ 10/26/06

Handwritten signature (X) ▼

*Joanna M. Lexa*

**10**

**MAIL CERTIFICATE TO**

Name ▼

Joanna M. Lexa
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

RE
TX 6-466-582

EFFECTIVE DATE OF REGISTRATION

Nov 30 2006
Month    Day    Year

*Done ✓*

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼ Internal Medicine Modules: 001, 002, 003, 201, 202, 203, 401, 402, 403, 601, 602, 603, 901, 902, 903 / Nephrology Modules: 071, 072, 073, 074, 075, 076, 077 / Medical Oncology Modules: 081, 082, 083, 084, 085, 281, 282, 283, 284, 285 / Pulmonary Disease Modules: 091, 092, 093, 094, 095, 291, 292, 293, 294, 295

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼
**a** American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ Additional text never before published and editorial revisions.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. 2006 ◀ Year
**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ November Day ▶ Year ▶ 2006    Nation USA

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED NOV 20 2006
ONE DEPOSIT RECEIVED NOV 3 0 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
**Some texts previously published.**

**6**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**Additional text never before published and editorial revisions.**

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106          Area Code and Telephone Number ▶ **215-446-3578**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
Check only one ▶  ☐ owner of exclusive right(s)
☒ authorized agent of **American Board of Internal Medicine**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
*Joanna Lexa*          date ▶ *11/1/2006*

Handwritten signature (X) ▼
*Joanna Lexa*

**10**

| MAIL CERTIFICATE TO | Name ▼ Joanna M. Lexa | YOU MUST • Complete all necessary spaces • Sign your application in space 10 |
| --- | --- | --- |
| Certificate will be mailed in window envelope | American Board of Internal Medicine 510 Walnut Street, Suite 1700 Philadelphia, PA 19106 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | | MAIL TO Register of Copyrights Library of Congress Washington, D.C. 20559-6000 |

**11**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



Done ✓   (9)

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS   **TX 6-448-309**

EFFECTIVE DATE OF REGISTRATION

OCT 2 6 2006
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼ *Internal Medicine Modules: 001, 002, 003; 201, 202, 203, 401, 402, 403*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
**a**

NAME OF AUTHOR ▼
**American Board of Internal Medicine**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **USA**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
**Additional text never before published and editorial revisions.**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED *2006*
This information must be given in all cases.

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.   Month ▶ *May*   Day ▶ *1*   Year ▶ *2006*
Nation ▶ *USA*

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**American Board of Internal Medicine**
**510 Walnut Street, Suite 1700**
**Philadelphia, PA 19106**

APPLICATION RECEIVED
OCT 2 6 2006
ONE DEPOSIT RECEIVED
OCT 2 6 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY **PG1DFB**    FORM TX

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Some texts previously published.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼        **Account Number** ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocca
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106'        Area Code and Telephone Number ▶ 215-446-3578

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Board of Internal Medicine**
of the work identified in this application and that the statements made        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
date ▶ 4/13/06

☞ Handwritten signature (X) ▼
*Joanna Leja*

**10**

**MAIL CERTIFI-CATE TO**
Name ▼
Joanna M. Leja
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106
Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6—294—232

EFFECTIVE DATE OF REGISTRATION

Jan 26 2006
Month    Day    Year

---

**LATE CONTINUATION SHEET**

**1** TITLE OF THIS WORK ▼ *Internal Medicine Examination - Session 4, Module 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 337, 338*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**
**a** NAME OF AUTHOR ▼
American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Additional text never before published and editorial revisions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    2005
This information must be given in all cases.    Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.    Month August Day 1 Year 2005    USA    Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

APPLICATION RECEIVED
JAN 26 2006
ONE DEPOSIT RECEIVED
JAN 26 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-11) on the reverse side of this page    DO NOT WRITE HERE
See detailed instructions.    Sign the form at line 10    Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Some texts previously published

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Additional text never before published and editorial revisions

**6**

See instructions before completing this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols) or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Joanna M Rocca
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106
Area Code & Telephone Number ▶ 215-446-3578

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Board of Internal Medicine
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joanna M. Lexa                    date ▶ 8/05

Handwritten signature (X) ▼
Joanna M. Lexa

| MAIL CERTIFICATE TO | Name ▼ Joanna M Lexa American Board of Internal Medicine 510 Walnut Street, Suite 1700 Philadelphia PA 19106 | |
|---|---|---|

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM TX**
For a Literary Work

TX 6-294-231

EFFECTIVE DATE OF REGISTRATION

Jan 26 2006

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**
TITLE OF THIS WORK ▼ *Internal Medicine Examination Session 1, Modules 025 and 036, Session 2, modules 101 and 142, Session 3, modules 217 and 238*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**
NAME OF AUTHOR ▼
American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Additional text never before published and editorial revisions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2005 ◀Year In all cases
This information must be given

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month August Day 1 Year 2005
Nation USA

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED JAN 26 2006
ONE DEPOSIT RECEIVED JAN 26 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions  • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of _____ pages

JA486

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes XX No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Some texts previously published

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text never before published and editorial revisions

See instructions before completing this space

**7** — space deleted —

**8** **REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only.          See Instructions

**9** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Joanna M Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106          Area Code and Telephone Number ▶ 215-446-3578

Be sure to give your daytime phone number

**10** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
XX authorized agent of American Board of Internal Medicine
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date.
Joanna, Lexa          date ▶ 8/1/05

Handwritten signature (X) ▼
Joanna Lexa

**11** **MAIL CERTIFICATE TO**
Name ▼
Joanna M Lexa
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia PA 19106

Certificate will be mailed in window envelope

YOU MUST:
Complete all necessary spaces
Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington DC 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TX 6-297-408

EFFECTIVE DATE OF REGISTRATION

Jan 26 2006
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼ *Internal Medicine modules, 001, 002, 003, 004, 005, 006*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give     Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a**     NAME OF AUTHOR ▼     American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⟨ Citizen of ▶ _____
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Additional text never before published and editorial revisions

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire, check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**     NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⟨ Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**     NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⟨ Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ May     Day ▶ 1     Year ▶ 2005
     USA     ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JAN 26 2006
ONE DEPOSIT RECEIVED
JAN 26 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶     Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Some texts previously published

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text never before published and editorial revisions

See instructions before completing this space.

**6**

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Joanna M Rocca
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Area Code and Telephone Number ▶ **215-446-3578**

Be sure to give your daytime phone number

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Board of Internal Medicine**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
    date ▶

☞ Handwritten signature (X) ▼

**10**

**MAIL CERTIFI-CATE TO**

Name ▼
J. Joanna M Lexa
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia PA 19106

Certificate will be mailed in window envelope

**11**

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-103-387

EFFECTIVE DATE OF REGISTRATION

FEB 02 2005
Month    Day    Year

RATE CONTINUATION SHEET

---

**1** TITLE OF THIS WORK ▼ American Board of Internal Medicine

Certifying/Recertifying Examination - Module(s) *Internal Medicine Modules 001, 002, 003, 004, 005, 006*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Page ▼

---

**2 a** NAME OF AUTHOR ▼ American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Additional text never before published and editorial revisions

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given *2004* ◄ Year in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published    Month *November*    Day *1*    Year *2004*    USA ◄ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
FEB 02 2005
ONE DEPOSIT RECEIVED
FEB 02 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5 11) on the reverse side of this page
See detailed instructions    Sign the form at line 10

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  XX No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Some texts previously published

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text never before published and editorial revisions

See instructions before completing this space

**6**

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Denise Scott
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Area Code and Telephone Number ▶ 215-446-3489

Be sure to give your daytime phone number ◀

**CERTIFICATION*** I, the undersigned, hereby certify that I am the          ☐ author
                                                     ☐ other copyright claimant
Check only one ▶                                      ☐ owner of exclusive right(s)
                                                     XX authorized agent of American Board of Internal Medicine
                                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date.

Rita Greaves          date ▶ 2/3/05

Handwritten signature (X) ▼          Rita Greaves

**10**

**MAIL CERTIFICATE TO**

Name ▼
Denise Scott
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate will be mailed in window envelope

Complete all necessary spaces
Sign your application in space 10

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

JA491

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REC    **TX 6-024-218**

EFFECTIVE DATE OF REGISTRATION

Month **SEP**  Day **16**  Year **04**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ *Internal Medicine Session 4, Modules 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼
American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶ **USA**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
**Additional text never before published and editorial revisions.**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given  **2004** ◀Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month **August**  Day **16**  Year **2004**   **USA** Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 16 2004
ONE DEPOSIT RECEIVED
SEP 16 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▼          Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Some texts previously published.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Additional text never before published and editorial revisions.

**7** —space deleted—

**8** **REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work, or (3) both.
a ☐ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**9** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106          Area Code and Telephone Number ▶ 215-446-3578

**10** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒☒ authorized agent of American Board of Internal Medicine
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Joanna M. Lexa          date ▶ 8/2/04
Handwritten signature (X) ▼          Joanna M Lexa

**11** **MAIL CERTIFICATE TO**
Name ▼
Joanna M Lexa
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined  more than $2,500

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

RE  **TX 6-024-217**

EFFECTIVE DATE OF REGISTRATION

Month SEP  Day 16  Year 04

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**
TITLE OF THIS WORK ▼  *Internal Medicine Modules: 217, 238*
*Session 3*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2**
**a**
NAME OF AUTHOR ▼
American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a
"work made for hire"?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Additional text never before published and editorial revisions.

**NOTE**
Under the law,
the author of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions) For any
part of this
work that was
made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part and
leave the
space for dates
of birth and
death blank

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a
work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED  2004  ◀ Year In all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month August  Day  Year 2004
ONLY if this work
has been published  USA  ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as
the author given in space 2 ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

See instructions
before completing
this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 16 2004
ONE DEPOSIT RECEIVED
SEP 16 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE INSIDE
OFFICE USE ONLY

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions  Sign the form at line 10

DO NOT WRITE HERE

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  XX No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▼       **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both spaces 6a and 6b for a derivative work, complete only 6b for a compilation.
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
Some texts previously published.

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Additional text never before published and editorial revisions.

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work, or (3) both.
a ☐ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼       Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Joanna M Rocce
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106
Area Code and Telephone Number ▶ 215-446-3578

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Board of Internal Medicine
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joanna M Lexa       date ▶ 8/2/04

☞ Handwritten signature (X) ▼
Joanna Lexa

**10**

**MAIL CERTIFICATE TO**
Name ▼
Joanna M Lexa
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate will be mailed in window envelope

**YOU MUST**
Complete all necessary spaces
Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington DC 20559-6000

**11**

*17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined  more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REG **TX 6-024-216**

EFFECTIVE DATE OF REGISTRATION

Month SEP   Day 16   Year 04

---

................RATE CONTINUATION SHEET

**1**
TITLE OF THIS WORK ▼ *Internal Medicine : Modules 101, 142 Session 2*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
a
NAME OF AUTHOR ▼
**American Board of Internal Medicine**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **USA**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
**Additional text never before published and editorial revisions.**

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check 'Yes' in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

b
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
a
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ▼ Year in all cases **2004**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published    Month ▶ **August**   Day ▶   Year ▶ **2004**   Nation **USA**

**4**
See instructions before completing this space
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
**American Board of Internal Medicine**
**510 Walnut Street, Suite 1700**
**Philadelphia, PA 19106**

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 16 2004
ONE DEPOSIT RECEIVED
SEP 16 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page    • See detailed instructions    • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes XX No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Some texts previously published.

**6**

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Additional text never before published and editorial revisions.

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work, or (3) both.

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼    Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼
Joanna M Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106    Area Code and Telephone Number ▶ 215-446-3578

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Board of Internal Medicine
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Joanna Lexa    date 8/2/04

Handwritten signature (X) ▼
Joanna M Lexa

**10**

**MAIL CERTIFICATE TO**
Name ▼
Joanna M Lexa
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington DC 20559-6000

**11**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined n t more than $2,500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

RE     **TX 6-024-211**

**EFFECTIVE DATE OF REGISTRATION**

**SEP 16 2004**
Month        Day        Year

---

.......RATE CONTINUATION SHEET

**1**
TITLE OF THIS WORK ▼ *Internal Medicine Modules 025, 036 Session 1*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared     Title of Collective Work ▼

If published in a periodical or serial give     Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**
**a** NAME OF AUTHOR ▼     DATES OF BIRTH AND DEATH
American Board of Internal Medicine     Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ....USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
**Additional text never before published and editorial revisions.**

**b** NAME OF AUTHOR ▼     DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼     DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ONLY IF this work has been published.
*2004*     ◀ Year in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information     Month ▶ *August*     Day ▶ *1*     Year ▶ *2004*
*USA*     ◀ Nation

**4**
See instructions before completing this space.
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
**American Board of Internal Medicine**
**510 Walnut Street, Suite 1700**
**Philadelphia, PA 19106**

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 16 2004
ONE DEPOSIT RECEIVED
SEP 16 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions     • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
Some texts previously published.
_____
b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Additional text never before published and editorial revisions.

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼ _____ **Account Number** ▼ _____

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Joanna M Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106
Area Code and Telephone Number ▶ **215-446-3578**

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒☒ authorized agent of American Board of Internal Medicine
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joanna Lexa          date ▶ 8/2/04

☞ Handwritten signature (X) ▼ Joanna M Lexa

**10**

**MAIL CERTIFICATE TO**
Name ▼
Joanna M Lexa
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX** 3

For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REG **TX 6-024-205**

EFFECTIVE DATE OF REGISTRATION

**SEP 16 2004**

Month         Day         Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**
TITLE OF THIS WORK ▼ *Internal Medicine Examination Module 002, 003, 004*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
**a**
NAME OF AUTHOR ▼
American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **USA**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Additional text never before published and editorial revisions.

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
**2004** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ *May*   Day ▶ *1*   Year ▶ *2004*
*USA* ◀ Nation

**4**
See instructions before completing this space
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 16 2004
ONE DEPOSIT RECEIVED
SEP 16 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

MORE ON BACK ▶   Complete all applicable spaces (numbers 8-11) on the reverse side of this page
See detailed instructions   Sign the form at line 10

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
**a** ☐ This is the first published edition of a work previously registered in unpublished form
**b** ☐ This is the first application submitted by this author as copyright claimant
**c** ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Some texts previously published.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Additional text never before published and editorial revisions.

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work, or (3) both.

**a** ☐ Copies and Phonorecords          **b** ☐ Copies Only          **c** ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joanna M Rocca
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Area Code and Telephone Number ▶ **215-446-3578**

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Board of Internal Medicine**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Joanna Lexa          date ▶ 5/3/04

👉 Handwritten signature (X) ▼
Joanna Lexa

**10**

**MAIL CERTIFICATE TO**
Name ▼
Joanna Lexa
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Internal Medicine
Search Results: Displaying 130 of 665 entries

◄ previous    next ►



*Internal medicine examination : session 1, modules 001 & 002.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0005909595 / 2004-01-08 |
| **Title:** | Internal medicine examination : session 1, modules 001 & 002. |
| **Description:** | Secure tests. |
| **Copyright Claimant:** | American Board of Internal Medicine |
| **Date of Creation:** | 2003 |
| **Date of Publication:** | 2003-08-01 |
| **Basis of Claim:** | New Matter: additional text & editorial revisions. |
| **Variant title:** | Internal medicine examination : session 1 |
| **Names:** | American Board of Internal Medicine |

◄ previous    next ►





| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format | Full Record ▾   Format for Print/Save |
| Enter your email address: | [            ]   Email |

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=130&ti=126,130&Search%5FArg=Int...  11/20/2009

WebVoyage Record View 1                                                          Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Internal Medicine
Search Results: Displaying 132 of 665 entries



*Internal medicine examination : session 2, modules 005, 006, 203 ... [et al.]*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0005909592 / 2004-01-08 |
| **Title:** | Internal medicine examination : session 2, modules 005, 006, 203 ... [et al.] |
| **Description:** | 11 secure tests. |
| **Copyright Claimant:** | American Board of Internal Medicine |
| **Date of Creation:** | 2003 |
| **Date of Publication:** | 2003-08-01 |
| **Basis of Claim:** | New Matter: additional text & editorial revisions. |
| **Variant title:** | Internal medicine examination : session 2 |
| **Names:** | American Board of Internal Medicine |





| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [                    ]  Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=132&ti=126,132&Search%5FArg=Int...   11/20/2009

WebVoyage Record View 1                                              Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Internal Medicine
Search Results: Displaying 134 of 665 entries





*Internal medicine examination : session 3, modules 408 & 601.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0005909594 / 2004-01-08 |
| **Title:** | Internal medicine examination : session 3, modules 408 & 601. |
| **Description:** | Secure tests. |
| **Copyright Claimant:** | American Board of Internal Medicine |
| **Date of Creation:** | 2003 |
| **Date of Publication:** | 2003-08-01 |
| **Basis of Claim:** | New Matter: additional text & editorial revisions. |
| **Variant title:** | Internal medicine examination : session 3 |
| **Names:** | American Board of Internal Medicine |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▼    Format for Print/Save |
| Enter your email address: |                           Email |

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=134&ti=126,134&Search%5FArg=Int...    11/20/2009



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Internal Medicine
Search Results: Displaying 136 of 665 entries





*Internal medicine examination : session 4, modules 602 & 603.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0005909593 / 2004-01-08 |
| **Title:** | Internal medicine examination : session 4, modules 602 & 603. |
| **Description:** | Secure tests. |
| **Copyright Claimant:** | American Board of Internal Medicine |
| **Date of Creation:** | 2003 |
| **Date of Publication:** | 2003-08-01 |
| **Basis of Claim:** | New Matter: additional text & editorial revisions. |
| **Variant title:** | Internal medicine examination : session 4 |
| **Names:** | American Board of Internal Medicine |



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REG   TX 5-758-889

EFFECTIVE DATE OF REGISTRATION

| 6 | 3 | 03 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼   *Internal Medicine Modules: 001, 002, 003*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
**a** NAME OF AUTHOR ▼   American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given   *2003*   ◀Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month *May*   Day   Year *2003*
ONLY if this work has been published.   *USA* ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
3-7-03
ONE DEPOSIT RECEIVED
3-7-03
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | ꟲꟲꟲꟲ | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Some texts previously published.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106    Area Code and Telephone Number ▶ 215-446-3578

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒☒ authorized agent of American Board of Internal Medicine
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

date ▶

Handwritten signature (X) ▼
Joanna Rocco

**10**

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined n.° more than $2,500.

January 1995—400,000    ⊛ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

Certificate of Registration



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

TX 5-977-745

EFFECTIVE DATE OF REGISTRATION

4  08  04
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ *Internal Medicine Examination Modules: 002, 003, 004*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a** NAME OF AUTHOR ▼ American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No.

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. 2003 ◀Year
**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ November Day ▶ 25 Year ▶ 2003 Nation ◀

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 0 8 2004
ONE DEPOSIT RECEIVED
APR 0 8 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2

EXAMINED BY _IBO_     FORM TX

CHECKED BY

CORRESPONDENCE     FOR
☐ Yes     COPYRIGHT
     OFFICE
     USE
     ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both spaces 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Some texts previously published.
     See instructions
     before completing
     this space.
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**7** —space deleted—

**8** REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
     See instructions
a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**9** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocco     Be sure to
American Board of Internal Medicine     give your
510 Walnut Street, Suite 1700     daytime phone
Philadelphia, PA 19106     ◀ number
     Area Code and Telephone Number ▶ 215-446-3578

**10** CERTIFICATION* I, the undersigned, hereby certify that I am the
     Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒☒ authorized agent of _American Board of Internal Medicine_
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
     date ▶

Handwritten signature (X) ▼     _Joanna Rocco_

**11** MAIL
CERTIFI-
CATE TO     Name ▼
     Joanna M. Rocco
     American Board of Internal Medicine
Certificate     510 Walnut Street, Suite 1700
will be     Philadelphia, PA 19106
mailed in
window
envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in
   check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined n..t more than $2,500.

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGI **TX 5-758-872**

EFFECTIVE DATE OF REGISTRATION

| 6 | 3 | 03 |
|---|---|---|
| Month | Day | Year |

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼  *Internal Medicine Examination, Modules 001, 002, 003*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a**  NAME OF AUTHOR ▼  **American Board of Internal Medicine**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
**Additional text never before published and editorial revisions.**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.  *2002* ◀ Year
**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.  Month ▶ *November* Day ▶ _ Year ▶ *2002*   USA ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**American Board of Internal Medicine**
**510 Walnut Street, Suite 1700**
**Philadelphia, PA 19106**

See instructions before completing this space.

APPLICATION RECEIVED
JUL - 3 2003
ONE DEPOSIT RECEIVED
JUL - 3 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _2_ pages

| EXAMINED BY | *[signature]* WMD | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes XX No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
**Some texts previously published.**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**Additional text never before published and editorial revisions.**

**7** —space deleted—

**8** **REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only          See instructions.

**9** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106          Area Code and Telephone Number ▶ 215-446-3578

Be sure to give your daytime phone number

**10** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
XX authorized agent of **American Board of Internal Medicine**
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

          date ▶

Handwritten signature (X) ▼
*[signature] Joanna Rocco*

**11**
**MAIL CERTIFICATE TO**
Name ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
January 1995—400,000 ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REI

TX 5-609-628

*-T-0005609621=*

EFFECTIVE DATE OF REGISTRATION

OCT 23 2002
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼ External Medicine Examination Modules: Session 1: Modules 001+002, Session 2: Modules 003+004, Session 3: Modules 203 + 204, Session 4: Modules 205, 206, 207, 208, 401, 402, 403, 404, 405, 406, 407, 408, 601, 602, 603, 604, 605

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a**    NAME OF AUTHOR ▼
American Board of Internal Medicine

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶ USA

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**    NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**    NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**    YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2002 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ August    Day ▶ 1    Year ▶ 2002
◀ Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED
OCT 23 2002

TWO DEPOSITS RECEIVED
OCT 23 2002

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | *(signature)* | FORM TX |
| CHECKED BY | | |

☐ CORRESPONDENCE
  ☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
**Some texts previously published.**

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**Additional text never before published and editorial revisions.**

*See instructions before completing this space.*

**7** —space deleted—

**8** REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS  A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
  a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only    *See instructions.*

**9** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106    Area Code and Telephone Number ► **215-446-3578**
*Be sure to give your daytime phone number*

**10** CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ►
  ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive right(s)
  ☒ authorized agent of **American Board of Internal Medicine**
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
   date ►

Handwritten signature (X) ▼
*Joanna Rocco*

**11** MAIL CERTIFICATE TO
Name ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106
Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1995—400,000 ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 5-606-398

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION
Month **Aug** Day **29** Year **2002**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼** *Internal Medicine Examination Modules: 001, 002, 003*

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼** American Board of Internal Medicine

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. **2002** ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month **May** Day **7-28** Year **2002**    U.S.A. ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
8-29-02
ONE DEPOSIT RECEIVED
8-29-02
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of **2** pages

EXAMINED BY MB/Obina

CHECKED BY

CORRESPONDENCE ☐ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes XX No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
some texts previously published.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
additional text never before published and editorial revisions.

See instructions before completing this space.

—space deleted— **7**

**8** REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS  A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions.

**9** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Account Number ▼

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Area Code and Telephone Number ▶ 215-446-3578

Be sure to give your daytime phone number

**10** CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Board of Internal Medicine
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If the application gives a date of publication in space 3, do not sign and submit it before that date.
date ▶

Handwritten signature (X) ▼
Joanna M. Rocco

**11** MAIL CERTIFICATE TO

Name ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1995—400,000  ♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-533-624

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

JUNE 4, 2002

Month    Day    Year

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼** American Board of Internal Medicine *Internal Medicine*
Certifying/Recertifying Examination - Module(s): 001, 002, 003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a. NAME OF AUTHOR ▼**
American Board of Internal Medicine

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b. NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c. NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a. YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2001 ◀ Year in all cases.

**b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ November  Day ▶ 1  Year ▶ 2001
◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 0 4 2002
ONE DEPOSIT RECEIVED
JUN 0 4 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  XX No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Some texts previously published.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**6**

See instructions before completing this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Area Code and Telephone Number ▶  **215-446-3578**

Be sure to give your daytime phone number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
XX authorized agent of  American Board of Internal Medicine
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joanna M. Rocco                                              date ▶

Handwritten signature (X) ▼
_Joanna Rocco_

**10**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
January 1995—400,000  ⊛ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL                                    United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-460-006

EFFECTIVE DATE OF REGISTRATION

Nov. 13, 2001
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ The American Board of Internal Medicine Certifying/ Recertifying Examination - Modules 001, 002, 005, 006, 203, 204, 205, 206, 207, 208, 401, 402, 403, 404, 405, 406, 407, 408, 601, 602, 603, 604, 605, 606, 607, 608

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2a** NAME OF AUTHOR ▼ American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. Additional text never before published and editorial revisions.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2001 ◀ Year
This information must be given ONLY if this work has been published.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information Month August Day 1 Year 2001
August 2001 ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Board of Internal Medicine

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 13 2001
ONE DEPOSIT RECEIVED
NOV 13 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
                • See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

| | |
|---|---|
| EXAMINED BY _TMS_ | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼ _1995_

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
_Some questions previously published_
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
_Text of most questions all new; Some questions revised_

**7** —space deleted—

**8** **REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**9** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Area Code and Telephone Number ▶

**10** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _American Board of Internal Medicine_
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
date ▶

Handwritten signature (X) ▼
_Joanna Rocco_

**11** MAIL CERTIFICATE TO
Name ▼ _American Board of Internal Medicine_
Number/Street/Apartment Number ▼ _510 Walnut Street, Suite 1700_
City/State/ZIP ▼ _Philadelphia, PA 19106_
Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1995—400,000 ⬚ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/04

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGI



TX 5-609-812

EFFECTIVE DATE OF REGISTRATION

**NOV 1 3 2002**
Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼** *Internal Medicine Examination Modules: 001, 002, 003*

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**
**NAME OF AUTHOR ▼** American Board of Internal Medicine

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given 2001 ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.    Month ▶ May    Day ▶    Year ▶ 2001    Nation ▶ USA

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

**APPLICATION RECEIVED**
NOV 1 3 2002
**ONE DEPOSIT RECEIVED**
NOV 1 3 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes XX No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Some texts previously published.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional text never before published and editorial revisions.

**6**

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Area Code and Telephone Number ▶ 215-446-3578

**9**

Be sure to give your daytime phone ◀ number

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
XX authorized agent of American Board of Internal Medicine

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

date ▶

Handwritten signature (X) ▼          *Joanna Rocco*

**10**

**MAIL CERTIFICATE TO**

Name ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined ᶜ more than $2,500.

January 1995—400,000 ☺ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

JA521

## CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

REG      **TX 5-609-777**

*TX 5609777*

**EFFECTIVE DATE OF REGISTRATION**

NOV 1 3 2002

Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼ *Internal Medicine Examination Modules: 001, 002, 003*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**
**a**  NAME OF AUTHOR ▼  **American Board of Internal Medicine**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **USA**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
**Additional text never before published and editorial revisions.**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  *2000* ◀ Year  This information must be given in all cases.

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.  Month ▶ *MAY*  Day ▶  Year ▶ *2000*  ◀ Nation  *USA*

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**American Board of Internal Medicine**
**510 Walnut Street, Suite 1700**
**Philadelphia, PA 19106**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
NOV 1 3 2002

**ONE DEPOSIT RECEIVED**
NOV 1 3 2002

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY _D_____ | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
**Some texts previously published.**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**Additional text never before published and editorial revisions.**

See instructions before completing this space.

**7** —space deleted—

**8** **REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions.

**9** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Area Code and Telephone Number ▶ **215-446-3578**

Be sure to give your daytime phone number

**10** **CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒☒ authorized agent of **American Board of Internal Medicine**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
                                                                date ▶

Handwritten signature (X) ▼
*Johann Rocco*

**11** **MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1995—400,000 ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

**CERTIFICATE OF REGISTRATION**

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGI

TX 5-533-627

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

EFFECTIVE DATE OF REGISTRATION

JUNE 4, 2002
Month    Day    Year

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL  DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼
The American Board of Internal Medicine Certifying/Recertifying Examination Modules: 001, 002, 005, 006, 203, 204, 205, 206, 207, 208, 401, 402, 403, 404, 405, 406, 407, 408, 601, 602, 603, 604, 605

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**  **a**  NAME OF AUTHOR ▼
American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**  **a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2000 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ August  Day ▶ 1  Year ▶ 2000
Nation ▶ USA

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

See instructions before completing this space.

APPLICATION RECEIVED
JUN 0 3 2002
ONE DEPOSIT RECEIVED
JUN 0 3 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY **MS**    FORM TX

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Some texts previously published.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**6**

See instructions before completing this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Area Code and Telephone Number ▶ **215-446-3578**

Be sure to
give your
daytime phone
number

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒☒ authorized agent of **American Board of Internal Medicine**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joanna M. Rocco          date ▶

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Name ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

January 1995—100,000  ⊛ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REC

**TX 5-541-436**
*TX0005541436*

EFFECTIVE DATE OF REGISTRATION

**27 JUN 2002**
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**   TITLE OF THIS WORK ▼ American Board of Internal Medicine   *Internal Medicine Nov. 2000*

Certifying/Recertifying Examination - Module(s): *001, 002, 003*

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**   NAME OF AUTHOR ▼
American Board of Internal Medicine

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED *2000* This information must be given ▼ Year in all cases.

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.   Month *November* Day *___* Year *2000*
*USA* ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 27 2002
ONE DEPOSIT RECEIVED
JUN 27 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  XX No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Some texts previously published.
_____
b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text never before published and editorial revisions.

**6**

See instructions
before completing
this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only          See Instructions.

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106        Area Code and Telephone Number ▶    215-446-3578

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
                                    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
XX authorized agent of  American Board of Internal Medicine
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joanna M. Rocco                                                     date ▶

☞  Handwritten signature (X) ▼

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Joanna M. Rocco
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined  not more than $2,500.

January 1995—100,000        PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1 of 2747 PageID: 15829

# EXHIBIT 2

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2 of 2747
PageID: 15830



## Internal Medicine

## module 001

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10087**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 3 of 2747 PageID: 15831

**ABIM10088**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 4 of 2747 PageID: 15832

ABIM10089

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 5 of 2747 PageID: 15833

ABIM10090

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 6 of 2747 PageID: 15834

ABIM10091

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 7 of 2747 PageID: 15835

ABIM10092

ABIM10093

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 9 of 2747 PageID: 15837

**ABIM10094**

# 8

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxemia.  He is in no acute distress.  BMI is 36.  Pulse rate is 88 per minute, respirations are 12 per minute, and blood pressure is 140/92 mm Hg.  Cardiopulmonary and abdominal examinations are normal.  He has no peripheral edema.  Arterial blood $P_{O_2}$ is 64 mm Hg, $P_{CO_2}$ is 60 mm Hg, and pH is 7.35.  Spirometry is normal.  Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A.  Measurement of $DL_{CO}$
B.  Computed tomography of the chest
C.  Polysomnography
D.  Ventilation–perfusion lung scan

**ABIM10095**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 11 of 2747
PageID: 15839

**ABIM10096**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 12 of 2747 PageID: 15840

**ABIM10097**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 13 of 2747
PageID: 15841

ABIM10098

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 14 of 2747
PageID: 15842

# 12

A 48-year-old woman has heartburn, which she has been treating for years with nonprescription antacids. The heartburn now has become resistant to treatment, and she has slight difficulty swallowing. She has not lost weight.

Upper gastrointestinal endoscopy shows changes consistent with gastroesophageal reflux, and biopsies of the gastroesophageal junction reveal Barrett's esophagus without dysplasia. No evidence of *Helicobacter pylori* infection is found. A proton pump inhibitor is prescribed.

This patient is at increased risk for which of the following conditions?

A. Achalasia
B. Adenocarcinoma of the esophagus
C. Gastric lymphoma
D. Gastrointestinal stromal tumor
E. Squamous cell carcinoma of the esophagus

**ABIM10099**

**ABIM10100**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 16 of 2747
PageID: 15844

**ABIM10101**

ABIM10102

**ABIM10103**

ABIM10104

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 20 of 2747
PageID: 15848

ABIM10105

ABIM10106

ABIM10107

ABIM10108

ABIM10109

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 25 of 2747 PageID: 15853

**ABIM10110**

ABIM10111

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 27 of 2747 PageID: 15855

**ABIM10112**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 28 of 2747
PageID: 15856

**ABIM10113**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 29 of 2747
PageID: 15857

ABIM10114

ABIM10115

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 31 of 2747 PageID: 15859

**ABIM10116**

ABIM10117

ABIM10118

ABIM10119

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 35 of 2747
PageID: 15863

**ABIM10120**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 36 of 2747 PageID: 15864

ABIM10121

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 37 of 2747
PageID: 15865

ABIM10122

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 38 of 2747
PageID: 15866

ABIM10123

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 39 of 2747 PageID: 15867

**ABIM10124**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 40 of 2747 PageID: 15868

ABIM10125

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 41 of 2747
PageID: 15869

**ABIM10126**

ABIM10127

ABIM10128

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 44 of 2747
PageID: 15872

# 42

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; influenza B has been circulating in the region.  She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed.  She requires prednisone two to three times a year for postviral exacerbations of asthma.  She has not received an influenza vaccination this year.

The patient currently feels well; physical examination is normal.  Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

A.  No treatment now; begin oseltamivir within 12 hours if symptoms of influenza develop
B.  Influenza vaccine
C.  Oseltamivir
D.  Influenza vaccine and oseltamivir

**ABIM10129**

ABIM10130

# 44

A 58-year-old man has recurrent epigastric pain. An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months. He has not had melena or hematochezia. He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications. Screening colonoscopy was normal two years ago. He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort. Stool is positive for occult blood. Rapid urease test is positive for *Helicobacter pylori*. Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum. Antral biopsies reveal low-grade B cell MALT lymphoma.

Which of the following is the most appropriate treatment?

A. Lansoprazole
B. Clarithromycin, amoxicillin, and lansoprazole
C. Chemotherapy
D. Chemotherapy followed by antrectomy
E. Total gastrectomy

**ABIM10131**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 47 of 2747
PageID: 15875

# 45

A 73-year-old man was admitted to the hospital eight days ago for treatment of a fractured left hip.  He now has dysphagia for both liquids and solids, intermittent odynophagia, and chest pain associated with eating.  The patient refuses to eat because of the pain.  Barium swallow is shown.

Which of the following should you recommend?

A.  Administration of isosorbide dinitrate
B.  Administration of metoclopramide
C.  Bougienage
D.  Dilation with a pneumatic dilator
E.  Long myotomy of the esophageal body

**ABIM10132**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 48 of 2747
PageID: 15876

ABIM10133

ABIM10134

ABIM10135

ABIM10136

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 52 of 2747 PageID: 15880

ABIM10137

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 53 of 2747 PageID: 15881

ABIM10138

ABIM10139

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 55 of 2747
PageID: 15883

ABIM10140

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 56 of 2747
PageID: 15884

ABIM10141

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 57 of 2747 PageID: 15885

ABIM10142

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 58 of 2747 PageID: 15886

ABIM10143

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 59 of 2747 PageID: 15887

ABIM10144

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 60 of 2747
PageID: 15888

ABIM10145

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 61 of 2747
PageID: 15889

ABIM10146

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 62 of 2747
PageID: 15890

**ABIM10147**



## Internal Medicine

## module 002

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10148**

ABIM10149

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 65 of 2747
PageID: 15893

ABIM10150

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 66 of 2747 PageID: 15894

ABIM10151

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 67 of 2747
PageID: 15895

ABIM10152

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 68 of 2747
PageID: 15896

ABIM10153

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 69 of 2747
PageID: 15897

ABIM10154

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 70 of 2747
PageID: 15898

ABIM10155

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 71 of 2747
PageID: 15899

ABIM10156

**ABIM10157**

ABIM10158

ABIM10159

ABIM10160

ABIM10161

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 77 of 2747
PageID: 15905

**ABIM10162**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 78 of 2747
PageID: 15906

ABIM10163

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 79 of 2747
PageID: 15907

ABIM10164

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 80 of 2747
PageID: 15908

# 17

A 75-year-old man who has metastatic lung cancer and chronic obstructive pulmonary disease (COPD) is admitted to the hospital because of acute shortness of breath from an exacerbation of COPD. The patient wants palliative care only. Low-dose morphine will be administered to alleviate respiratory hunger and metastatic bone pain. Shortly after an injection of morphine (2 mg), the patient has respiratory arrest.

Which of the following is most appropriate now?

A. No further treatment
B. Intravenous naloxone
C. Noninvasive ventilatory support
D. Intubation and mechanical ventilation

**ABIM10165**

# 18

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM10166**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 82 of 2747
PageID: 15910

**ABIM10167**

# 20

A 75-year-old man has had the dark 1.5-cm lesion shown on the upper back for several years.  He thinks it has grown steadily during the past two years.  It is painless, but he says that sometimes he scratches it and pieces of it "flake off."

Which of the following is the most likely diagnosis?

A. Compound nevus
B. Lentigo maligna
C. Malignant melanoma
D. Seborrheic keratosis
E. Verruca vulgaris

ABIM10168

# 21

A 24-year-old woman is evaluated for difficulty sleeping and a 5-kg (12-lb) weight loss over the past month.  Questioning discloses that she has felt sad on a daily basis during this time.  She reports extreme fatigue, which she attributes to awakening almost every night at about 2 AM and having difficulty falling asleep afterward.  She has not had the energy to participate in her usual social activities or go to the gym, where she had formerly participated in four or five exercise classes weekly.  She reports having difficulty in performing her work, and says that she doesn't know why her boss hasn't already fired her.  She has never had a major health problem and takes no regular medications.  Her mother was treated for depression many years ago.  The patient does not smoke cigarettes, and although she occasionally drinks a glass of wine with dinner, she has not had wine during the past month.

BMI is 21.  The patient's affect is flat.  The remainder of the physical examination and thyroid function studies are normal.

Which of the following is the most likely diagnosis?

A. Major depressive disorder
B. Dysthymia
C. Bipolar disorder
D. Anxiety disorder

**ABIM10169**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 85 of 2747
PageID: 15913

ABIM10170

ABIM10171

ABIM10172

ABIM10173

ABIM10174

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 90 of 2747
PageID: 15918

ABIM10175

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 91 of 2747 PageID: 15919

ABIM10176

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 92 of 2747
PageID: 15920

ABIM10177

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 93 of 2747 PageID: 15921

ABIM10178

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 94 of 2747
PageID: 15922

ABIM10179

ABIM10180

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 96 of 2747
PageID: 15924

**ABIM10181**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 97 of 2747 PageID: 15925

ABIM10182

ABIM10183

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 99 of 2747
PageID: 15927

ABIM10184

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 100 of 2747
PageID: 15928

ABIM10185

ABIM10186

ABIM10187

ABIM10188

ABIM10189

ABIM10190

ABIM10191

ABIM10192

ABIM10193

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 109 of 2747
PageID: 15937

# 46

An 18-year-old man noticed swelling in the scrotum three days ago.  The left testicle is enlarged and only mildly tender on palpation.  It does not transilluminate.

Which of the following is the most likely diagnosis?

A.  Testicular torsion
B.  Varicocele
C.  Epididymitis
D.  Testicular germ cell tumor

ABIM10194

ABIM10195

# 48

A 25-year-old woman comes to the emergency department because of tooth pain that has worsened during the past two days.  For two weeks, she has had heat and cold sensitivity in the left lower canine. She has not had chills or fever, but tooth pain has interfered with sleep.  She takes no medications, and she is allergic to penicillin.

Examination reveals tenderness to percussion on the left lower canine and tenderness and swelling of the jaw below this tooth.  The submandibular lymph nodes are enlarged and tender.

In addition to dental care and analgesics, which of the following is the most appropriate treatment?

A.  Amoxicillin–clavulanate
B.  Ciprofloxacin
C.  Clindamycin
D.  Erythromycin
E.  Telithromycin

ABIM10196

ABIM10197

# 50

A 63-year-old man comes to your office for a follow-up visit one month after hospital admission for an exacerbation of chronic obstructive pulmonary disease.  At that time he was afebrile; leukocyte count was 8800/cu mm, and no acute changes were noted on chest radiograph.  His symptoms resolved quickly with oxygen, inhaled bronchodilators, and oral amoxicillin–clavulanate.

Today he feels his condition has returned to baseline, but sputum obtained when he was hospitalized is growing *Mycobacterium avium*.  Repeat chest radiograph is unchanged.

Which of the following is the most appropriate management?

A.   Observe; no change in management is necessary
B.   Perform tuberculin skin testing (PPD, 5 TU)
C.   Begin therapy immediately with clarithromycin and ethambutol
D.   Admit him to the hospital in respiratory isolation for further management

**ABIM10198**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 114 of 2747 PageID: 15942

ABIM10199

ABIM10200

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 116 of 2747
PageID: 15944

ABIM10201

**ABIM10202**

ABIM10203

ABIM10204

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 120 of 2747
PageID: 15948

**ABIM10205**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 121 of 2747
PageID: 15949

ABIM10206

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 122 of 2747
PageID: 15950

ABIM10207

ABIM10208



# Internal Medicine

# module 003

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10209**

ABIM10210

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 126 of 2747
PageID: 15954

ABIM10211

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 127 of 2747
PageID: 15955

ABIM10212

ABIM10213

ABIM10214

ABIM10215

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 131 of 2747 PageID: 15959

ABIM10216

ABIM10217

ABIM10218

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 134 of 2747
PageID: 15962

**ABIM10219**

ABIM10220

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 136 of 2747 PageID: 15964

ABIM10221

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 137 of 2747
PageID: 15965

**ABIM10222**

ABIM10223

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 139 of 2747
PageID: 15967

ABIM10224

ABIM10225

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 141 of 2747
PageID: 15969

ABIM10226

ABIM10227

ABIM10228

# 20

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

**ABIM10229**

ABIM10230

ABIM10231

ABIM10232

ABIM10233

ABIM10234

ABIM10235

ABIM10236

ABIM10237

ABIM10238

ABIM10239

ABIM10240

ABIM10241

ABIM10242

ABIM10243

ABIM10244

ABIM10245

# 37

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days.  The patient is a garbage collector and frequently scrapes his hands while working.  He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill.  Temperature is 39.5 C (103.1 F).  Pulse rate is 108 per minute and regular.  Respirations are 22 per minute.  Jaundice and scleral icterus are present.  The abdomen is diffusely tender.  Liver span is 15 cm in the midclavicular line.  Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

A. *Ehrlichia ewingii*
B. *Escherichia coli* O157:H7
C. *Francisella tularensis*
D. *Leptospira interrogans*

**ABIM10246**

ABIM10247

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 163 of 2747
PageID: 15991

ABIM10248

ABIM10249

**ABIM10250**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 166 of 2747
PageID: 15994

ABIM10251

ABIM10252

ABIM10253

ABIM10254

ABIM10255

ABIM10256

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 172 of 2747
PageID: 16000

# 48

Which of the following agents decreases cardiovascular mortality in patients who have class III or class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

**ABIM10257**

ABIM10258

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 174 of 2747
PageID: 16002

**ABIM10259**

ABIM10260

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 176 of 2747
PageID: 16004

ABIM10261

ABIM10262

ABIM10263

ABIM10264

ABIM10265

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 181 of 2747
PageID: 16009

ABIM10266

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 182 of 2747
PageID: 16010

ABIM10267

ABIM10268

ABIM10269

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 185 of 2747
PageID: 16013



**Internal Medicine**


**module 004**


# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10270**

# 1

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

**ABIM10271**

# 2

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day.  After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy.  Vital signs are normal.  General physical examination is normal.  A purulent urethral and cervical discharge is noted on pelvic examination.  Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited.  Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM10272**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 188 of 2747
PageID: 16016

ABIM10273

ABIM10274

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 190 of 2747
PageID: 16018

# 5

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM10275**

# 6

A 32-year-old woman has had posterior neck pain for three months.  The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning.  She also has pain in the right buttock.  Pain interferes with sleep and is associated with fatigue.  The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance.  She is uncertain how much longer she can continue to perform.

BMI is 26.  Vital signs are normal.  Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain.  The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint.  The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal.  Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region.  Neurologic examination is normal.  Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase.  Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

A. Prescribe a regular aerobic exercise program
B. Inject the right trapezius and lateral epicondyles with repository corticosteroids
C. Begin diazepam
D. Begin acetaminophen with codeine as needed
E. Begin prednisone

**ABIM10276**

ABIM10277

ABIM10278

ABIM10279

**ABIM10280**

# 11

A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure.  Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded. He then became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds.  After 30 seconds, he awoke and reported generalized weakness.  Physical examination, electrocardiogram, and complete blood count are normal.

Which of the following is the most appropriate next step?

A.  Reassure the patient and discharge him from the emergency department
B.  Order computed tomography of the head
C.  Order electroencephalography
D.  Order echocardiography
E.  Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

**ABIM10281**

# 12

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM10282**

ABIM10283

# 14

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|   Total | 9.5 g/dL |
|   Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

A. Serum prostate-specific antigen
B. Serum immunofixation
C. Computed tomography of the chest

**ABIM10284**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 200 of 2747
PageID: 16028

ABIM10285

ABIM10286

ABIM10287

ABIM10288

ABIM10289

ABIM10290

**ABIM10291**

ABIM10292

ABIM10293

ABIM10294

ABIM10295

ABIM10296

ABIM10297

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 213 of 2747
PageID: 16041

ABIM10298

ABIM10299

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 215 of 2747 PageID: 16043

**ABIM10300**

ABIM10301

ABIM10302

ABIM10303

ABIM10304

ABIM10305

Case 2:14-cv-06428-KSH-CLW  Document 211-4  Filed 02/20/24  Page 221 of 2747
PageID: 16049

ABIM10306

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 222 of 2747
PageID: 16050

ABIM10307

ABIM10308

ABIM10309

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 225 of 2747
PageID: 16053

ABIM10310

ABIM10311

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 227 of 2747 PageID: 16055

ABIM10312

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 228 of 2747
PageID: 16056

ABIM10313

ABIM10314

ABIM10315

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 231 of 2747 PageID: 16059

**ABIM10316**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 232 of 2747
PageID: 16060

ABIM10317

ABIM10318

ABIM10319

ABIM10320

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 236 of 2747
PageID: 16064

ABIM10321

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 237 of 2747 PageID: 16065

ABIM10322

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 238 of 2747
PageID: 16066

**ABIM10323**

ABIM10324

ABIM10325

ABIM10326

ABIM10327

**ABIM10328**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 244 of 2747
PageID: 16072

ABIM10329

ABIM10330



# Internal Medicine

# module 005

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10331**

# 1

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

**ABIM10332**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 248 of 2747
PageID: 16076

# 2

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day. After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy. Vital signs are normal. General physical examination is normal. A purulent urethral and cervical discharge is noted on pelvic examination. Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited. Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM10333**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 249 of 2747
PageID: 16077

ABIM10334

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 250 of 2747 PageID: 16078

ABIM10335

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 251 of 2747
PageID: 16079

# 5

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM10336**

# 6

A 32-year-old woman has had posterior neck pain for three months. The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning. She also has pain in the right buttock. Pain interferes with sleep and is associated with fatigue. The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance. She is uncertain how much longer she can continue to perform.

BMI is 26. Vital signs are normal. Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain. The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint. The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal. Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region. Neurologic examination is normal. Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase. Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

A. Prescribe a regular aerobic exercise program
B. Inject the right trapezius and lateral epicondyles with repository corticosteroids
C. Begin diazepam
D. Begin acetaminophen with codeine as needed
E. Begin prednisone

**ABIM10337**

**ABIM10338**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 254 of 2747 PageID: 16082

ABIM10339

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 255 of 2747 PageID: 16083

ABIM10340

ABIM10341

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 257 of 2747
PageID: 16085

# 11

A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure.  Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded. He then became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds.  After 30 seconds, he awoke and reported generalized weakness.  Physical examination, electrocardiogram, and complete blood count are normal.

Which of the following is the most appropriate next step?

A.  Reassure the patient and discharge him from the emergency department
B.  Order computed tomography of the head
C.  Order electroencephalography
D.  Order echocardiography
E.  Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

**ABIM10342**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 258 of 2747
PageID: 16086

# 12

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM10343**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 259 of 2747 PageID: 16087

ABIM10344

# 14

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|    Total | 9.5 g/dL |
|    Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

A. Serum prostate-specific antigen
B. Serum immunofixation
C. Computed tomography of the chest

**ABIM10345**

ABIM10346

ABIM10347

ABIM10348

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 264 of 2747
PageID: 16092

**ABIM10349**

ABIM10350

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 266 of 2747
PageID: 16094

ABIM10351

ABIM10352

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 268 of 2747
PageID: 16096

ABIM10353

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 269 of 2747
PageID: 16097

ABIM10354

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 270 of 2747
PageID: 16098

ABIM10355

ABIM10356

ABIM10357

ABIM10358

**ABIM10359**

**ABIM10360**

ABIM10361

ABIM10362

ABIM10363

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 279 of 2747 PageID: 16107

**ABIM10364**

ABIM10365

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 281 of 2747
PageID: 16109

**ABIM10366**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 282 of 2747
PageID: 16110

ABIM10367

ABIM10368

ABIM10369

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 285 of 2747
PageID: 16113

ABIM10370

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 286 of 2747
PageID: 16114

**ABIM10371**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 287 of 2747
PageID: 16115

**ABIM10372**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 288 of 2747
PageID: 16116

ABIM10373

ABIM10374

ABIM10375

**ABIM10376**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 292 of 2747 PageID: 16120

ABIM10377

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 293 of 2747
PageID: 16121

ABIM10378

ABIM10379

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 295 of 2747
PageID: 16123

ABIM10380

ABIM10381

**ABIM10382**

ABIM10383

ABIM10384

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 300 of 2747
PageID: 16128

ABIM10385

ABIM10386

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 302 of 2747
PageID: 16130

ABIM10387

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 303 of 2747 PageID: 16131

ABIM10388

ABIM10389

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 305 of 2747
PageID: 16133

ABIM10390

ABIM10391



**Internal Medicine**

**module 006**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10392**

# 1

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

**ABIM10393**

# 2

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day. After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy. Vital signs are normal. General physical examination is normal. A purulent urethral and cervical discharge is noted on pelvic examination. Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited. Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM10394**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 310 of 2747
PageID: 16138

ABIM10395

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 311 of 2747
PageID: 16139

ABIM10396

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 312 of 2747
PageID: 16140

# 5

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A. It is likely to be self limited
B. It can generally be avoided with a high-fiber diet and adequate water intake
C. Laxatives should be taken as needed to avoid over treatment
D. Laxatives should be prescribed when opioids are begun

**ABIM10397**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 313 of 2747
PageID: 16141

# 6

A 32-year-old woman has had posterior neck pain for three months.  The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning.  She also has pain in the right buttock.  Pain interferes with sleep and is associated with fatigue.  The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance.  She is uncertain how much longer she can continue to perform.

BMI is 26.  Vital signs are normal.  Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain.  The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint.  The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal.  Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region.  Neurologic examination is normal.  Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase.  Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

A. Prescribe a regular aerobic exercise program
B. Inject the right trapezius and lateral epicondyles with repository corticosteroids
C. Begin diazepam
D. Begin acetaminophen with codeine as needed
E. Begin prednisone

**ABIM10398**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 314 of 2747
PageID: 16142

ABIM10399

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 315 of 2747 PageID: 16143

**ABIM10400**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 316 of 2747 PageID: 16144

**ABIM10401**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 317 of 2747
PageID: 16145

ABIM10402

# 11

A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure.  Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded. He then became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds.  After 30 seconds, he awoke and reported generalized weakness.  Physical examination, electrocardiogram, and complete blood count are normal.

Which of the following is the most appropriate next step?

A.  Reassure the patient and discharge him from the emergency department
B.  Order computed tomography of the head
C.  Order electroencephalography
D.  Order echocardiography
E.  Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

**ABIM10403**

# 12

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM10404**

**ABIM10405**

# 14

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm.  It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen.  He plays tennis regularly but has had no recent injury to the shoulder or arm.  He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25.  Vital signs are normal.  The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation.  Muscle strength is 4+/5 on the left.  The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|    Total | 9.5 g/dL |
|    Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

A. Serum prostate-specific antigen
B. Serum immunofixation
C. Computed tomography of the chest

**ABIM10406**

JA848

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 322 of 2747
PageID: 16150

ABIM10407

**ABIM10408**

**ABIM10409**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 325 of 2747 PageID: 16153

ABIM10410

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 326 of 2747
PageID: 16154

ABIM10411

ABIM10412

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 328 of 2747
PageID: 16156

ABIM10413

ABIM10414

Case 2:14-cv-06428-KSH-CLW  Document 211-4  Filed 02/20/24  Page 330 of 2747
PageID: 16158

ABIM10415

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 331 of 2747
PageID: 16159

ABIM10416

ABIM10417

ABIM10418

ABIM10419

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 335 of 2747 PageID: 16163

ABIM10420

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 336 of 2747
PageID: 16164

ABIM10421

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 337 of 2747
PageID: 16165

ABIM10422

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 338 of 2747
PageID: 16166

ABIM10423

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 339 of 2747
PageID: 16167

ABIM10424

ABIM10425

ABIM10426

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 342 of 2747
PageID: 16170

**ABIM10427**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 343 of 2747
PageID: 16171

ABIM10428

ABIM10429

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 345 of 2747 PageID: 16173

ABIM10430

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 346 of 2747 PageID: 16174

ABIM10431

ABIM10432

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 348 of 2747 PageID: 16176

ABIM10433

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 349 of 2747
PageID: 16177

ABIM10434

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 350 of 2747   PageID: 16178

ABIM10435

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 351 of 2747
PageID: 16179

ABIM10436

ABIM10437

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 353 of 2747
PageID: 16181

**ABIM10438**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 354 of 2747
PageID: 16182

ABIM10439

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 355 of 2747
PageID: 16183

ABIM10440

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 356 of 2747 PageID: 16184

ABIM10441

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 357 of 2747
PageID: 16185

ABIM10442

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 358 of 2747
PageID: 16186

ABIM10443

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 359 of 2747
PageID: 16187

ABIM10444

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 360 of 2747
PageID: 16188

ABIM10445

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 361 of 2747
PageID: 16189

ABIM10446

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 362 of 2747 PageID: 16190

ABIM10447

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 363 of 2747
PageID: 16191

**ABIM10448**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 364 of 2747 PageID: 16192

ABIM10449

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 365 of 2747
PageID: 16193

**ABIM10450**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 366 of 2747 PageID: 16194

**ABIM10451**

ABIM10452



# Internal Medicine

# module 007

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10453**

# 1

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

**ABIM10454**

# 2

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day.  After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy.  Vital signs are normal.  General physical examination is normal.  A purulent urethral and cervical discharge is noted on pelvic examination.  Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited.  Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM10455**

ABIM10456

ABIM10457

# 5

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM10458**

# 6

A 32-year-old woman has had posterior neck pain for three months.  The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning.  She also has pain in the right buttock.  Pain interferes with sleep and is associated with fatigue.  The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance.  She is uncertain how much longer she can continue to perform.

BMI is 26.  Vital signs are normal.  Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain.  The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint.  The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal.  Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region.  Neurologic examination is normal.  Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase.  Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

A. Prescribe a regular aerobic exercise program
B. Inject the right trapezius and lateral epicondyles with repository corticosteroids
C. Begin diazepam
D. Begin acetaminophen with codeine as needed
E. Begin prednisone

**ABIM10459**

ABIM10460

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 376 of 2747
PageID: 16204

ABIM10461

ABIM10462

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 378 of 2747
PageID: 16206

ABIM10463

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 379 of 2747
PageID: 16207

# 11

A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure.  Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded. He then became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds.  After 30 seconds, he awoke and reported generalized weakness.  Physical examination, electrocardiogram, and complete blood count are normal.

Which of the following is the most appropriate next step?

A.  Reassure the patient and discharge him from the emergency department
B.  Order computed tomography of the head
C.  Order electroencephalography
D.  Order echocardiography
E.  Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

**ABIM10464**

# 12

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM10465**

ABIM10466

# 14

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|   Total | 9.5 g/dL |
|   Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

A. Serum prostate-specific antigen
B. Serum immunofixation
C. Computed tomography of the chest

**ABIM10467**

ABIM10468

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 384 of 2747
PageID: 16212

ABIM10469

ABIM10470

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 386 of 2747 PageID: 16214

ABIM10471

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 387 of 2747 PageID: 16215

ABIM10472

ABIM10473

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 389 of 2747
PageID: 16217

**ABIM10474**

Case 2:14-cv-06428-KSH-CLW  Document 211-4  Filed 02/20/24  Page 390 of 2747 PageID: 16218

ABIM10475

ABIM10476

ABIM10477

ABIM10478

ABIM10479

ABIM10480

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 396 of 2747
PageID: 16224

ABIM10481

ABIM10482

ABIM10483

ABIM10484


ABIM10485

**ABIM10486**

ABIM10487

ABIM10488

ABIM10489

ABIM10490

ABIM10491

ABIM10492

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 408 of 2747 PageID: 16236

**ABIM10493**

ABIM10494

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 410 of 2747
PageID: 16238

ABIM10495

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 411 of 2747 PageID: 16239

ABIM10496

ABIM10497

ABIM10498

ABIM10499

**ABIM10500**

**ABIM10501**

ABIM10502

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 418 of 2747
PageID: 16246

ABIM10503

**ABIM10504**

ABIM10505

**ABIM10506**

**ABIM10507**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 423 of 2747 PageID: 16251

ABIM10508

ABIM10509

ABIM10510

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 426 of 2747
PageID: 16254

ABIM10511

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 427 of 2747
PageID: 16255

ABIM10512

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 428 of 2747
PageID: 16256

ABIM10513

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 429 of 2747
PageID: 16257



**Internal Medicine**

**module 008**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10514**

# 1

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

**ABIM10515**

# 2

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day.  After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy.  Vital signs are normal.  General physical examination is normal.  A purulent urethral and cervical discharge is noted on pelvic examination.  Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited.  Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM10516**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 432 of 2747 PageID: 16260

**ABIM10517**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 433 of 2747
PageID: 16261

ABIM10518

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 434 of 2747
PageID: 16262

# 5

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM10519**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 435 of 2747
PageID: 16263

# 6

A 32-year-old woman has had posterior neck pain for three months. The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning. She also has pain in the right buttock. Pain interferes with sleep and is associated with fatigue. The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance. She is uncertain how much longer she can continue to perform.

BMI is 26. Vital signs are normal. Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain. The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint. The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal. Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region. Neurologic examination is normal. Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase. Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

A. Prescribe a regular aerobic exercise program
B. Inject the right trapezius and lateral epicondyles with repository corticosteroids
C. Begin diazepam
D. Begin acetaminophen with codeine as needed
E. Begin prednisone

**ABIM10520**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 436 of 2747 PageID: 16264

ABIM10521

ABIM10522

ABIM10523

ABIM10524

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 440 of 2747
PageID: 16268

# 11

A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure.  Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded.  He then became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds.  After 30 seconds, he awoke and reported generalized weakness.  Physical examination, electrocardiogram, and complete blood count are normal.

Which of the following is the most appropriate next step?

A.  Reassure the patient and discharge him from the emergency department
B.  Order computed tomography of the head
C.  Order electroencephalography
D.  Order echocardiography
E.  Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

ABIM10525

# 12

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM10526**

ABIM10527

# 14

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|    Total | 9.5 g/dL |
|    Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

A. Serum prostate-specific antigen
B. Serum immunofixation
C. Computed tomography of the chest

**ABIM10528**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 444 of 2747
PageID: 16272

ABIM10529

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 445 of 2747
PageID: 16273

ABIM10530

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 446 of 2747
PageID: 16274

**ABIM10531**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 447 of 2747 PageID: 16275

ABIM10532

ABIM10533

ABIM10534

ABIM10535

ABIM10536

ABIM10537

ABIM10538

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 454 of 2747 PageID: 16282

ABIM10539

ABIM10540

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 456 of 2747 PageID: 16284

**ABIM10541**

ABIM10542

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 458 of 2747
PageID: 16286

ABIM10543

ABIM10544

ABIM10545

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 461 of 2747 PageID: 16289

ABIM10546

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 462 of 2747 PageID: 16290

ABIM10547

ABIM10548

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 464 of 2747 PageID: 16292

ABIM10549

ABIM10550

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 466 of 2747
PageID: 16294

**ABIM10551**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 467 of 2747 PageID: 16295

ABIM10552

ABIM10553

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 469 of 2747 PageID: 16297

ABIM10554

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 470 of 2747 PageID: 16298

ABIM10555

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 471 of 2747 PageID: 16299

ABIM10556

**ABIM10557**

ABIM10558

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 474 of 2747 PageID: 16302

ABIM10559

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 475 of 2747
PageID: 16303

**ABIM10560**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 476 of 2747 PageID: 16304

ABIM10561

ABIM10562

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 478 of 2747 PageID: 16306

**ABIM10563**

ABIM10564

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 480 of 2747 PageID: 16308

**ABIM10565**

ABIM10566

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 482 of 2747
PageID: 16310

**ABIM10567**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 483 of 2747 PageID: 16311

ABIM10568

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 484 of 2747
PageID: 16312

**ABIM10569**

**ABIM10570**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 486 of 2747
PageID: 16314

ABIM10571

ABIM10572

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 488 of 2747 PageID: 16316

ABIM10573

ABIM10574



# Internal Medicine

# module 009

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10575**

# 1

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

**ABIM10576**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 492 of 2747
PageID: 16320

# 2

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day.  After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy.  Vital signs are normal.  General physical examination is normal.  A purulent urethral and cervical discharge is noted on pelvic examination.  Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited.  Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM10577**

ABIM10578

**ABIM10579**

# 5

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.  It is likely to be self limited
B.  It can generally be avoided with a high-fiber diet and adequate water intake
C.  Laxatives should be taken as needed to avoid over treatment
D.  Laxatives should be prescribed when opioids are begun

**ABIM10580**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 496 of 2747
PageID: 16324

# 6

A 32-year-old woman has had posterior neck pain for three months. The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning. She also has pain in the right buttock. Pain interferes with sleep and is associated with fatigue. The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance. She is uncertain how much longer she can continue to perform.

BMI is 26. Vital signs are normal. Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain. The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint. The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal. Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region. Neurologic examination is normal. Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase. Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

A. Prescribe a regular aerobic exercise program
B. Inject the right trapezius and lateral epicondyles with repository corticosteroids
C. Begin diazepam
D. Begin acetaminophen with codeine as needed
E. Begin prednisone

**ABIM10581**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 497 of 2747
PageID: 16325

**ABIM10582**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 498 of 2747
PageID: 16326

ABIM10583

**ABIM10584**

ABIM10585

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 501 of 2747
PageID: 16329

# 11

A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure.  Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded.  He then became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds.  After 30 seconds, he awoke and reported generalized weakness.  Physical examination, electrocardiogram, and complete blood count are normal.

Which of the following is the most appropriate next step?

A.  Reassure the patient and discharge him from the emergency department
B.  Order computed tomography of the head
C.  Order electroencephalography
D.  Order echocardiography
E.  Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

**ABIM10586**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 502 of 2747
PageID: 16330

# 12

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A. Paroxysmal supraventricular tachycardia
B. Thyrotoxicosis
C. Pheochromocytoma
D. Panic disorder

**ABIM10587**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 503 of 2747
PageID: 16331

**ABIM10588**

# 14

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|    Total | 9.5 g/dL |
|    Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

A. Serum prostate-specific antigen
B. Serum immunofixation
C. Computed tomography of the chest

**ABIM10589**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 505 of 2747
PageID: 16333

ABIM10590

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 506 of 2747
PageID: 16334

ABIM10591

ABIM10592

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 508 of 2747
PageID: 16336

**ABIM10593**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 509 of 2747
PageID: 16337

ABIM10594

**ABIM10595**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 511 of 2747 PageID: 16339

ABIM10596

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 512 of 2747
PageID: 16340

**ABIM10597**

ABIM10598

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 514 of 2747
PageID: 16342

ABIM10599

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 515 of 2747
PageID: 16343

ABIM10600

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 516 of 2747
PageID: 16344

ABIM10601

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 517 of 2747
PageID: 16345

ABIM10602

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 518 of 2747
PageID: 16346

ABIM10603

ABIM10604

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 520 of 2747
PageID: 16348

ABIM10605

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 521 of 2747 PageID: 16349

ABIM10606

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 522 of 2747 PageID: 16350

ABIM10607

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 523 of 2747
PageID: 16351

ABIM10608

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 524 of 2747
PageID: 16352

ABIM10609

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 525 of 2747 PageID: 16353

ABIM10610

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 526 of 2747 PageID: 16354

ABIM10611

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 527 of 2747 PageID: 16355

ABIM10612

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 528 of 2747
PageID: 16356

**ABIM10613**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 529 of 2747 PageID: 16357

ABIM10614

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 530 of 2747
PageID: 16358

ABIM10615

**ABIM10616**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 532 of 2747
PageID: 16360

**ABIM10617**

ABIM10618

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 534 of 2747
PageID: 16362

ABIM10619

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 535 of 2747
PageID: 16363

ABIM10620

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 536 of 2747 PageID: 16364

ABIM10621

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 537 of 2747
PageID: 16365

ABIM10622

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 538 of 2747
PageID: 16366

**ABIM10623**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 539 of 2747
PageID: 16367

**ABIM10624**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 540 of 2747
PageID: 16368

ABIM10625

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 541 of 2747
PageID: 16369

**ABIM10626**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 542 of 2747
PageID: 16370

ABIM10627

ABIM10628

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 544 of 2747
PageID: 16372

ABIM10629

ABIM10630

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 546 of 2747
PageID: 16374

ABIM10631

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 547 of 2747 PageID: 16375

ABIM10632

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 548 of 2747
PageID: 16376

ABIM10633

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 549 of 2747 PageID: 16377

ABIM10634

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 550 of 2747
PageID: 16378

ABIM10635



# Internal Medicine

# module 201

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM10636

**ABIM10637**

**ABIM10638**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 554 of 2747
PageID: 16382

ABIM10639

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 555 of 2747
PageID: 16383

**ABIM10640**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 556 of 2747 PageID: 16384

ABIM10641

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 557 of 2747
PageID: 16385

ABIM10642

ABIM10643

# 8

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day.  After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy.  Vital signs are normal.  General physical examination is normal.  A purulent urethral and cervical discharge is noted on pelvic examination.  Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited.  Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM10644**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 560 of 2747 PageID: 16388

ABIM10645

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 561 of 2747 PageID: 16389

ABIM10646

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 562 of 2747
PageID: 16390

# 11

A 56-year-old man has had fatigue for three months.  He has not had weight loss, melena, or hematemesis.  He had an upper respiratory tract infection four weeks ago.  Physical examination is unremarkable except for pallor and a spleen tip palpable 4 cm below the left costal margin.

Laboratory studies:

|  |  |
|---|---|
| Hematocrit | 28% |
| Hemoglobin | 8.5 g/dL |
| Leukocyte count | 15,600/cu mm; 60% granulocytes, 7% band forms, 22% lymphocytes, 8% monocytes, 3% metamyelocytes |
| Platelet count | 425,000/cu mm |
| Mean corpuscular volume | 92 fL *[86–98]* |
| Reticulocyte count | 2.5% of red cells *[0.5–1.5]* |
| Red cell distribution width | 15.2 *[9.0–14.5]* |
| Peripheral blood film | Occasional nucleated red cells and tear drops |

Which of the following studies is most likely to be diagnostic?

A. Serum folate and serum vitamin $B_{12}$
B. Serum ferritin and transferrin saturation
C. Blood cultures
D. Direct and indirect antiglobulin (Coombs') test
E. Bone marrow biopsy

**ABIM10647**

**ABIM10648**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 564 of 2747
PageID: 16392

ABIM10649

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 565 of 2747
PageID: 16393

# 14

Which of the following is the strongest indication for urgent surgical intervention in patients who have aortic valve endocarditis?

A. A mobile 5-mm vegetation
B. *Enterococcus faecalis* infection
C. Methicillin-resistant *Staphylococcus aureus* infection
D. Positive blood cultures 48 hours after initiation of antibiotic therapy
E. Evidence of progressive aortic regurgitation

**ABIM10650**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 566 of 2747
PageID: 16394

# 15

A 42-year-old man is evaluated in the emergency department because he has had fever, a diffuse red rash, pruritus, and facial swelling for one week.  The patient has diabetes mellitus and chronic kidney disease.  He has required hemodialysis for three years; his last session was yesterday.  Five weeks ago, he was admitted to the hospital for revision of the dialysis fistula and had a postoperative seizure.  Medications are insulin, lisinopril, erythropoietin, phenytoin sodium, and calcium acetate.

The patient appears acutely ill.  Temperature is 39.2 C (102.6 F), pulse is 110 per minute and regular, and blood pressure is 140/90 mm Hg.  Erythroderma covers most of the body.  Enlarged lymph nodes are palpable in the cervical, epitrochlear, and inguinal regions.  The fistula has a palpable thrill. Radiograph of the chest is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 33% |
| Leukocyte count | 13,200/cu mm; 42% neutrophils, 14% lymphocytes, 12% monocytes, 32% eosinophils |
| Comprehensive metabolic panel | Normal except for plasma glucose of 162 mg/dL, blood urea nitrogen of 51 mg/dL, and serum creatinine of 9.5 mg/dL |
| Serum electrolytes | |
|   Sodium | 129 mEq/L |
|   Potassium | 5.4 mEq/L |
|   Chloride | 95 mEq/L |
|   Bicarbonate | 19 mEq/L |

In addition to admitting the patient to the hospital, which of the following is the most appropriate next step?

A.  Discontinuation of phenytoin sodium
B.  Therapy with broad-spectrum antimicrobial agents
C.  Parenteral administration of corticosteroids
D.  Urgent hemodialysis
E.  Immediate transfer to a specialized burn unit

**ABIM10651**

# 16

A 62-year-old man who had an anterior myocardial infarction was found to have severe three-vessel coronary artery disease and underwent coronary artery bypass surgery four months ago. Today he returns for a follow-up evaluation. He has felt well except for mild dyspnea on exertion. He has hyperlipidemia and smokes cigarettes. Current medications are aspirin, atorvastatin, ramipril, and metoprolol.

Physical examination is normal. Electrocardiography shows left bundle branch block. Radionuclide ventriculography shows an ejection fraction of 25%. Because of an episode of dizziness, 24-hour ambulatory electrocardiographic monitoring is done and shows moderately frequent ventricular premature complexes, rare ventricular couplets, and a four-beat run of nonsustained ventricular tachycardia.

Which of the following is the best management approach to the arrhythmia?

A. Amiodarone
B. An event monitor
C. An electrophysiology study
D. An implantable cardioverter–defibrillator

ABIM10652

ABIM10653

ABIM10654

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 570 of 2747
PageID: 16398

**ABIM10655**

ABIM10656

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 572 of 2747
PageID: 16400

ABIM10657

**ABIM10658**

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 574 of 2747
PageID: 16402

**ABIM10659**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 575 of 2747
PageID: 16403

**ABIM10660**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 576 of 2747 PageID: 16404

**ABIM10661**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 577 of 2747 PageID: 16405

ABIM10662

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 578 of 2747
PageID: 16406

ABIM10663

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 579 of 2747
PageID: 16407

**ABIM10664**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 580 of 2747
PageID: 16408

# 29

A 75-year-old man who has metastatic lung cancer and chronic obstructive pulmonary disease (COPD) is admitted to the hospital because of acute shortness of breath from an exacerbation of COPD. The patient wants palliative care only. Low-dose morphine will be administered to alleviate respiratory hunger and metastatic bone pain. Shortly after an injection of morphine (2 mg), the patient has respiratory arrest.

Which of the following is most appropriate now?

A. No further treatment
B. Intravenous naloxone
C. Noninvasive ventilatory support
D. Intubation and mechanical ventilation

**ABIM10665**

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 581 of 2747
PageID: 16409

ABIM10666

ABIM10667

# 32

A 25-year-old woman comes to the emergency department because of tooth pain that has worsened during the past two days.  For two weeks, she has had heat and cold sensitivity in the left lower canine.  She has not had chills or fever, but tooth pain has interfered with sleep.  She takes no medications, and she is allergic to penicillin.

Examination reveals tenderness to percussion on the left lower canine and tenderness and swelling of the jaw below this tooth.  The submandibular lymph nodes are enlarged and tender.

In addition to dental care and analgesics, which of the following is the most appropriate treatment?

A.  Amoxicillin–clavulanate
B.  Ciprofloxacin
C.  Clindamycin
D.  Erythromycin
E.  Telithromycin

ABIM10668

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 584 of 2747
PageID: 16412

ABIM10669

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 585 of 2747
PageID: 16413

ABIM10670

**ABIM10671**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 587 of 2747 PageID: 16415

ABIM10672

ABIM10673

ABIM10674

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 590 of 2747
PageID: 16418

# 39

A 72-year-old woman is brought to your office by family members for evaluation of increasingly bizarre behavior during the past two to three weeks.  She has been accusing family members of hostile acts and writing long letters detailing their alleged activities.  She has become withdrawn and no longer participates in social events at her condominium.  Medical history is significant for severe osteoarthritis, hypertension, insomnia, and alcohol dependence, for which she has undergone inpatient treatment.  Her long-standing medications are atenolol, diphenhydramine, hydrochlorothiazide, naproxen, and trazodone.

She tells you that she no longer drinks alcoholic beverages; family members corroborate this.  Physical examination is unremarkable.  Neurologic examination is nonfocal.

Which of the following medications is the most likely cause of this clinical picture?

A.  Atenolol
B.  Diphenhydramine
C.  Hydrochlorothiazide
D.  Naproxen
E.  Trazodone

**ABIM10675**

**ABIM10676**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 592 of 2747
PageID: 16420

# 41

A 63-year-old man comes to your office for a follow-up visit one month after hospital admission for an exacerbation of chronic obstructive pulmonary disease.  At that time he was afebrile; leukocyte count was 8800/cu mm, and no acute changes were noted on chest radiograph.  His symptoms resolved quickly with oxygen, inhaled bronchodilators, and oral amoxicillin–clavulanate.

Today he feels his condition has returned to baseline, but sputum obtained when he was hospitalized is growing *Mycobacterium avium*.  Repeat chest radiograph is unchanged.

Which of the following is the most appropriate management?

A.   Observe; no change in management is necessary
B.   Perform tuberculin skin testing (PPD, 5 TU)
C.   Begin therapy immediately with clarithromycin and ethambutol
D.   Admit him to the hospital in respiratory isolation for further management

**ABIM10677**

ABIM10678

**ABIM10679**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 595 of 2747 PageID: 16423

ABIM10680

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 596 of 2747
PageID: 16424

# 45

A 64-year-old man who has hypertension and heart failure comes to the emergency department because he has had back pain for three days and fever and chills for one day.  He has not had nausea, vomiting, diarrhea, dyspnea, or abdominal pain.

Temperature is 40.0 C (104.0 F), pulse rate is 125 per minute, respirations are 20 per minute, and blood pressure is 75/42 mm Hg.  Oxygen saturation by pulse oximetry is 92%.  Heart rhythm is regular; a gallop without a murmur is noted.  A few bibasilar crackles are audible; wheezes are not heard.  Bilateral costovertebral angle tenderness is present.  Abdominal examination is normal.  The extremities are mottled.  Serum electrolytes and urinalysis are pending, as are results of chest radiography.  Antibiotic therapy is begun.

Which of the following is the most appropriate initial treatment for the abnormal blood pressure?

A.  Dobutamine
B.  Dopamine
C.  Epinephrine
D.  Phenylephrine
E.  Isotonic saline

**ABIM10681**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 597 of 2747
PageID: 16425

ABIM10682

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 598 of 2747 PageID: 16426

ABIM10683

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 599 of 2747
PageID: 16427

**ABIM10684**

**ABIM10685**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 601 of 2747
PageID: 16429

# 50

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|    Total | 9.5 g/dL |
|    Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

A. Serum prostate-specific antigen
B. Serum immunofixation
C. Computed tomography of the chest

**ABIM10686**

**ABIM10687**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 603 of 2747
PageID: 16431

ABIM10688

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 604 of 2747
PageID: 16432

**ABIM10689**

# 54

A 56-year-old woman has had pain and swelling of the wrists and fingers for two months.  She also reports one hour of morning stiffness and slight fatigue.  In the winter, she notes scaling around the hairline at the ears.  She had asthma as a child and has smoked one pack of cigarettes daily for 40 years.

Vital signs are normal.  Clubbing is present.  The wrists and the metacarpophalangeal and proximal interphalangeal joints are slightly swollen.  The bony surfaces of the distal digits are tender.  No other abnormalities are noted.  Chest radiograph shows a 2x2–cm nodule in the periphery of the lower lobe of the right lung.

Laboratory studies:

|  |  |
| --- | --- |
| Hematocrit | 45% |
| Leukocyte count | 9600/cu mm; 3% eosinophils |
| Platelet count | 499,000/cu mm |
| Rheumatoid factor | 16 IU/mL *[less than 24]* |

Which of the following is the most likely diagnosis?

A.  Churg-Strauss syndrome
B.  Hypertrophic pulmonary osteoarthropathy
C.  Rheumatoid arthritis
D.  Sarcoidosis
E.  ANCA-associated granulomatous vasculitis (Wegener's granulomatosis)

**ABIM10690**

ABIM10691

ABIM10692

ABIM10693

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 609 of 2747 PageID: 16437

ABIM10694

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 610 of 2747
PageID: 16438

**ABIM10695**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 611 of 2747
PageID: 16439

# 60

A 73-year-old man was admitted to the hospital eight days ago for treatment of a fractured left hip.  He now has dysphagia for both liquids and solids, intermittent odynophagia, and chest pain associated with eating.  The patient refuses to eat because of the pain.  Barium swallow is shown.

Which of the following should you recommend?

A.  Administration of isosorbide dinitrate
B.  Administration of metoclopramide
C.  Bougienage
D.  Dilation with a pneumatic dilator
E.  Long myotomy of the esophageal body

**ABIM10696**



**Internal Medicine**


**module 202**


# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10697**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 613 of 2747
PageID: 16441

**ABIM10698**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 614 of 2747
PageID: 16442

# 2

Which of the following agents decreases cardiovascular mortality in patients who have class III or class IV systolic dysfunction?

|   | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

**ABIM10699**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 615 of 2747 PageID: 16443

**ABIM10700**

**ABIM10701**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 617 of 2747
PageID: 16445

# 5

A 69-year-old man who has hypertension and gout is found to have microscopic hematuria (10–15 RBCs/hpf). He is asymptomatic and has no history of kidney disease or calculi. Physical examination is normal, except for moderate nontender enlargement of the prostate gland. It is firm, but no nodules are felt. Serum creatinine is 1.2 mg/dL. Serum prostate-specific antigen is 3.9 ng/mL *[less than 4.0]*. Repeat urinalysis shows persistent microscopic hematuria but no RBC casts. Non–contrast-enhanced computed tomography of the abdomen shows a 3-cm simple cyst in the left kidney. Urine culture is negative; cytology is negative for malignant cells.

Which of the following is the most appropriate recommendation?

A.  No further testing
B.  Cystoscopy
C.  Intravenous urography
D.  Percutaneous needle aspiration of the cyst
E.  Biopsy of the prostate gland

**ABIM10702**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 618 of 2747
PageID: 16446

# 6

A 54-year-old woman has right medial knee pain that ranges from sharp to dull and is moderately aggravated by walking.  The pain is particularly bothersome at night when she sleeps on her side.  She also has diabetes mellitus, hypertension, and edema.

BMI is 38.  The knee is difficult to examine because of her obesity.  Both knees can be fully extended, but flexion is limited to 115 degrees bilaterally.  It is unclear if the limitation is due to changes within the knee or the surrounding adipose tissue.  Moderate crepitation is noted on range of motion of the right knee, but testing for instability and meniscal tears is negative.  No erythema, effusion, or warmth is noted.  Palpation reveals bony prominence of the medial tibial plateau, but tenderness is most pronounced approximately 3 cm below the line of the joint space.

Which of the following is the most likely cause of the knee pain?

A.  Osteoarthritis
B.  Medial meniscal deterioration
C.  Avascular necrosis of the medial tibial plateau
D.  Pes anserine bursitis
E.  Patellar tendinitis

**ABIM10703**

ABIM10704

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 620 of 2747
PageID: 16448

**ABIM10705**

**ABIM10706**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 622 of 2747
PageID: 16450

ABIM10707

**ABIM10708**

ABIM10709

ABIM10710

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 626 of 2747
PageID: 16454

# 14

A 54-year-old man who is a phlebotomist is stuck by a needle he used to draw blood from a patient who is positive for hepatitis B surface antigen.  The phlebotomist received one of three planned hepatitis B vaccine injections when he was hired two years ago.

Which of the following is the most appropriate management?

A. Reassure him that no further action is necessary
B. Administer hepatitis B immune globulin
C. Begin a new hepatitis B vaccination series
D. Administer hepatitis B immune globulin and begin a new hepatitis B vaccination series

**ABIM10711**

ABIM10712

ABIM10713

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 629 of 2747 PageID: 16457

ABIM10714

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 630 of 2747
PageID: 16458

# 18

A 23-year-old woman who is four months pregnant comes to the emergency department because of shortness of breath, wheezing, and cough.  She has asthma, which has been less responsive to her beta-agonist inhaler.

Temperature is 37.0 C (98.6 F), pulse rate is 100 per minute, respirations are 25 per minute, and blood pressure is 120/85 mm Hg.  Breath sounds are decreased bilaterally.  Chest radiograph shows hyperinflated lung fields.

Laboratory studies:

| | |
|---|---|
| Leukocyte count | 9000/cu mm |
| Arterial blood studies | |
| $Po_2$ | 92 mm Hg |
| $Pco_2$ | 28 mm Hg |
| pH | 7.52 |
| Bicarbonate | 22 mEq/L |

Symptoms do not respond to three treatments with a nebulized beta agonist.

Which of the following is most appropriate now?

A.  Subcutaneous epinephrine
B.  Intravenous aminophylline
C.  Intravenous antibiotics
D.  Intravenous corticosteroids
E.  Intravenous magnesium

**ABIM10715**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 631 of 2747
PageID: 16459

# 19

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood.  Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell MALT lymphoma.

Which of the following is the most appropriate treatment?

A.  Lansoprazole
B.  Clarithromycin, amoxicillin, and lansoprazole
C.  Chemotherapy
D.  Chemotherapy followed by antrectomy
E.  Total gastrectomy

**ABIM10716**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 632 of 2747 PageID: 16460

**ABIM10717**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 633 of 2747
PageID: 16461

ABIM10718

ABIM10719

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 635 of 2747
PageID: 16463

ABIM10720

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 636 of 2747 PageID: 16464

ABIM10721

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 637 of 2747
PageID: 16465

# 25

A 65-year-old woman has seen blood on the toilet tissue after she urinates.  She has had vulvar itching but no urinary tract symptoms.  The patient had a vaginal hysterectomy ten years ago because of uterine leiomyomas.

Physical examination reveals a velvety, red, slightly friable 2x2–cm plaque at the vaginal introitus extending from the edge of the urethra to the left labium minus.  No tenderness or induration is noted.  The vaginal mucosa is atrophic with a clear, watery discharge.  The cervix is absent.

Which of the following is the most appropriate next step for this vulvar plaque?

A.   Darkfield examination of the lesion
B.   Biopsy of the lesion
C.   Topical low-potency corticosteroids
D.   Topical estrogen
E.   Topical imiquimod (Aldara)

**ABIM10722**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 638 of 2747
PageID: 16466

ABIM10723

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 639 of 2747 PageID: 16467

ABIM10724

ABIM10725

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 641 of 2747 PageID: 16469

ABIM10726

ABIM10727

ABIM10728

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 644 of 2747
PageID: 16472

# 32

A 47-year-old woman has pruritus, fatigue, dry eyes, and diffuse arthralgia.  Her fingers blanch and become painful in cold weather.  The liver is palpable 7 cm below the right costal margin; span is 17 cm.  The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Serum creatinine | 0.8 mg/dL |
| Serum total bilirubin | 0.6 mg/dL |
| Serum alkaline phosphatase | 300 U/L |
| Serum alanine aminotransferase (ALT) | 78 U/L |
| Serum albumin | 4.2 g/dL |

Which of the following tests is most likely to confirm the diagnosis?

A. Serum ceruloplasmin
B. Antimitochondrial antibodies
C. Cytoplasmic-staining and perinuclear-staining antineutrophil cytoplasmic antibodies
D. Anti–smooth muscle antibodies
E. Serum protein electrophoresis

**ABIM10729**

ABIM10730

**ABIM10731**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 647 of 2747
PageID: 16475

# 35

A 24-year-old woman is evaluated for difficulty sleeping and a 5-kg (12-lb) weight loss over the past month.  Questioning discloses that she has felt sad on a daily basis during this time.  She reports extreme fatigue, which she attributes to awakening almost every night at about 2 AM and having difficulty falling asleep afterward.  She has not had the energy to participate in her usual social activities or go to the gym, where she had formerly participated in four or five exercise classes weekly. She reports having difficulty in performing her work, and says that she doesn't know why her boss hasn't already fired her.  She has never had a major health problem and takes no regular medications. Her mother was treated for depression many years ago.  The patient does not smoke cigarettes, and although she occasionally drinks a glass of wine with dinner, she has not had wine during the past month.

BMI is 21.  The patient's affect is flat.  The remainder of the physical examination and thyroid function studies are normal.

Which of the following is the most likely diagnosis?

A. Major depressive disorder
B. Dysthymia
C. Bipolar disorder
D. Anxiety disorder

**ABIM10732**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 648 of 2747
PageID: 16476

ABIM10733

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 649 of 2747
PageID: 16477

ABIM10734

ABIM10735

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 651 of 2747
PageID: 16479

# 39

A 37-year-old man has had progressive blurring of vision in his left eye for 14 days and mild left eye discomfort for three days.  He uses intravenous heroin.  Serologic test for antibodies to HIV was negative 18 months ago.

Vital signs are normal.  Visual acuity is 20/20 in the right eye and 20/400 in the left.  Pupil size is symmetric, and light reaction is normal.  Funduscopic examination of the left eye reveals a yellow-white opacity extending into the vitreous and overlying the temporal aspect of the optic disk, extending toward the macula.

Which of the following is the most likely diagnosis?

A.  *Candida* endophthalmitis
B.  Central retinal vein occlusion
C.  Cytomegalovirus retinitis
D.  Optic neuritis
E.  Retinal detachment

**ABIM10736**

**ABIM10737**

# 41

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever. He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again. He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest. The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A. Ask the patient and his wife to sign a statement refusing aggressive treatment
B. Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C. Consult the hospital ethics committee
D. Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

**ABIM10738**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 654 of 2747 PageID: 16482

**ABIM10739**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 655 of 2747 PageID: 16483

ABIM10740

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 656 of 2747
PageID: 16484

# 44

Which of the following immunoglobulin preparations is used appropriately in the situation described?

A.  Hepatitis A immunoglobulin as prophylaxis in a person traveling to a developing nation in
six weeks
B.  Hepatitis B immunoglobulin for postexposure prophylaxis of a nonimmunized person
C.  Rabies immunoglobulin for postexposure management of a person previously immunized with
human diploid cell (rabies) vaccine
D.  Tetanus immunoglobulin for postexposure prophylaxis in a person who sustained an open
tibia–fibula fracture while participating in gymnastics and whose last tetanus booster was 15 years ago
E.  Varicella immunoglobulin after exposure in an otherwise healthy unvaccinated child

**ABIM10741**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 657 of 2747
PageID: 16485

# 45

You are asked to evaluate an asymptomatic 67-year-old white woman who is scheduled to undergo an elective cholecystectomy.  No abnormal physical findings are noted, and stool is negative for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 34% |
| Hemoglobin | 11.9 g/dL |
| Erythrocyte count | 6.4 million/cu mm *[4.2–5.9 million]* |
| Mean corpuscular volume | 67 fL *[86–98]* |
| Mean corpuscular hemoglobin | 24 pg *[27–32]* |
| Leukocyte count | 6900/cu mm; 78% neutrophils, 13% lymphocytes, 7% monocytes, 2% eosinophils |
| Platelet count | 197,000/cu mm |
| Peripheral blood film | Moderate hypochromia, slight microcytosis, target cells, moderate poikilocytosis and anisocytosis |
| Liver biochemical studies | Normal |

These laboratory results are similar to those obtained five years ago at the time of an elective femoral herniorrhaphy.

Which of the following studies will most likely lead to an explanation of the anemia?

A.  Serum ferritin
B.  Direct antiglobulin (Coombs') test
C.  Hemoglobin electrophoresis
D.  Bone marrow aspiration and biopsy
E.  Colonoscopy

**ABIM10742**

ABIM10743

ABIM10744

ABIM10745

ABIM10746

ABIM10747

ABIM10748

ABIM10749

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 665 of 2747
PageID: 16493

ABIM10750

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 666 of 2747 PageID: 16494

**ABIM10751**

ABIM10752

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 668 of 2747
PageID: 16496

ABIM10753

ABIM10754

ABIM10755

ABIM10756

**ABIM10757**



**Internal Medicine**

**module 203**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10758**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 674 of 2747 PageID: 16502

**ABIM10759**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 675 of 2747
PageID: 16503

ABIM10760

ABIM10761

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 677 of 2747
PageID: 16505

ABIM10762

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 678 of 2747 PageID: 16506

ABIM10763

ABIM10764

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 680 of 2747
PageID: 16508

ABIM10765

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 681 of 2747
PageID: 16509

# 8

A 26-year-old woman has had fever, chills, headache, and backache for three days.  Yesterday she noted slightly raised red spots on the trunk, back, and legs.  She has always been in excellent health and does not smoke cigarettes, drink alcoholic beverages, or use illicit drugs.

Temperature is 37.9 C (100.2 F), pulse rate is 100 per minute and regular, respirations are 14 per minute, and blood pressure is 110/74 mm Hg.  The lesions shown are present on the face, trunk, back, and legs.

Which of the following is the most likely diagnosis?

A.  Bullous impetigo
B.  Dermatitis herpetiformis
C.  Disseminated gonorrhea
D.  Varicella
E.  Vasculitis

**ABIM10766**

ABIM10767

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 683 of 2747
PageID: 16511

# 10

A 34-year-old man has had intermittent palpitations and lightheadedness for one week.  He has not fainted.  Pulse rate is 88 per minute, and blood pressure is 120/82 mm Hg.  $S_1$ is normal; $S_2$ splits with inspiration.  An $S_4$ is heard.  A harsh grade 2/6 midsystolic murmur at the left lower sternal border increases in intensity when the patient stands and with the strain phase of the Valsalva maneuver.  The murmur decreases in intensity when the patient squats and with passive leg-raising.  The lungs are clear.  The remainder of the physical examination is normal.  Electrocardiography shows left ventricular hypertrophy and two ventricular premature complexes.

Which of the following is the mostly likely cause of the murmur?

A.  Aortic stenosis
B.  Atrial septal defect
C.  Hypertrophic cardiomyopathy with obstruction
D.  Mitral regurgitation
E.  Tricuspid regurgitation

**ABIM10768**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 684 of 2747
PageID: 16512

# 11

A 72-year-old man who has long-standing chronic obstructive pulmonary disease has had increasing dyspnea for three weeks.  He previously was able to walk several blocks without symptoms, but now he becomes dyspneic while walking down his driveway.  One year ago, $FEV_1$ was 1.2 L.

Vital signs are stable.  Oxygen saturation is 94% by pulse oximetry.  The trachea is shifted slightly to the left.  The right posterior lung field is dull to percussion.  No breath sounds are audible in the right chest; wheezing is heard in the left chest.  Tactile fremitus is absent over the right posterior chest but is conspicuous over the left posterior chest.

A radiograph of the chest is most likely to show which of the following?

A.  Elevated left hemidiaphragm
B.  Right pleural effusion
C.  Right pneumothorax
D.  Right lower lobe atelectasis
E.  Right lower lobe opacity

**ABIM10769**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 685 of 2747 PageID: 16513

ABIM10770

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 686 of 2747 PageID: 16514

ABIM10771

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 687 of 2747
PageID: 16515

**ABIM10772**

ABIM10773

ABIM10774

# 17

A 44-year-old man has had fatigue and has been sleeping poorly for several months.  He thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches.  He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily.  He works long hours but eats a well-balanced diet and exercises regularly.  He has not had a recent change in weight.

BMI is 24.  Blood pressure is normal.  The nasal septum is slightly deviated to the right.  The nasal mucosa is markedly injected.  The sinuses are not tender.  Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A.   Allergic rhinitis
B.   Deviated nasal septum
C.   Rhinitis medicamentosa
D.   Subacute bacterial sinusitis
E.   Vasomotor rhinitis

**ABIM10775**

# 18

An 18-year-old woman is evaluated because of recurring fevers that began suddenly four weeks ago. Initially she also had a sore throat that resolved after a few days. Temperature reaches 40.0 C (104.0 F) every afternoon. A few hours after she takes naproxen, temperature decreases to 35.0 C (95.0 F). A transient nonpruritic morbilliform rash appears over the chest and abdomen during the fever. She also has had pain and swelling of the wrists and knees.

This morning the patient appears pale and chronically ill. Temperature is 35.0 C (95.0 F). Pulse rate is 100 per minute, and blood pressure is 102/60 mm Hg. Multiple, small (less than 1 cm) anterior and posterior cervical lymph nodes are soft and nontender. The spleen tip is palpable just below the left costal margin. The wrists and knees are mildly swollen. Physical examination is otherwise normal. Chest radiograph is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 28% |
| Leukocyte count | 27,000/cu mm; 90% segmented neutrophils, 1% band forms, 9% lymphocytes |
| Platelet count | 260,000/cu mm |
| Erythrocyte sedimentation rate | 103 mm/hr |
| Prothrombin time | 11 seconds *[11–13]* |
| Serum creatinine | 0.7 mg/dL |
| Serum albumin | 3.1 g/dL |
| Serum aminotransferases | |
|     ALT | 74 U/L |
|     AST | 67 U/L |
| Urinalysis | Trace protein, blood negative; 0–1 RBC, 0–1 WBC/hpf |

Which of the following is the most likely diagnosis?

A. Hepatitis C virus infection
B. Parvovirus B19 infection
C. Sarcoidosis
D. Still's disease
E. Systemic lupus erythematosus

**ABIM10776**

# 19

A 27-year-old man comes to you for an initial visit.  He has a 15-year history of complex partial seizures, which are treated with carbamazepine (600 mg daily).  Seizure activity had been well controlled until three months ago when he began to have seizures about once a month, each lasting no more than five minutes.  He also takes bupropion for smoking cessation.  The patient is otherwise well and does not drink alcoholic beverages.  He has no history of head trauma; magnetic resonance imaging of the brain was normal five years ago.

The patient feels well.  Mental status and neurologic findings are normal.  Complete blood count and comprehensive metabolic panel are normal.  Serum carbamazepine is 8 μg/mL *[therapeutic: 4–12]*.

Which of the following should you do?

A. Continue current therapy
B. Discontinue bupropion
C. Increase carbamazepine dose
D. Substitute lamotrigine for carbamazepine
E. Substitute phenytoin sodium for carbamazepine

**ABIM10777**

**ABIM10778**

# 21

A multispecialty practice conducts a chart audit focusing on cardiac medications and potential adverse effects from drug–drug interactions.  Of the patients who were taking both amiodarone and digoxin, approximately 15% were receiving excessive dosages of one or both medications.

Which of the following interventions would be most effective in reducing the number of patients in this practice who are receiving excessive dosages of amiodarone and/or digoxin?

A.  Didactic presentations to the physicians and physician assistants regarding appropriate prescribing of these drugs
B.  Letters to all patients currently taking these drugs encouraging them to discuss this with their physician
C.  Electronic prescribing of these drugs with automatic alerts for potential drug–drug interactions
D.  Quarterly review of a sample of each physician's patient charts with feedback regarding inappropriate prescribing of these drugs

**ABIM10779**

ABIM10780

ABIM10781

ABIM10782

# 25

A previously healthy 30-year-old woman has had pain, swelling, and stiffness of the wrists, hands, and feet for two weeks.  She also reports mild malaise, fatigue, and sore throat.  The patient works at a daycare center; several coworkers have had similar symptoms.  She takes no medications and occasionally has a glass of wine or beer on weekends.  She is not currently sexually active.

Temperature is 38.8 C (101.8 F), pulse rate is 80 per minute, and blood pressure is 110/70 mm Hg.  No oral ulcers are noted.  A lacy erythematous rash is present on the trunk.  Mild synovitis is detected in the wrists and in the metacarpophalangeal, proximal interphalangeal, and metatarsophalangeal joints.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 4000/cu mm; normal differential |
| Erythrocyte sedimentation rate | 50 mm/hr |
| Rheumatoid factor | 28 IU/mL *[less than 24]* |
| Antinuclear antibodies | Negative |

Which of the following studies is most likely to reveal the cause of the arthritis?

A.  Antistreptolysin O titer
B.  Antibodies to double-stranded DNA
C.  IgM serology for parvovirus B19
D.  Cervical and rectal cultures for *Neisseria gonorrhoeae*

**ABIM10783**

**ABIM10784**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 700 of 2747
PageID: 16528

# 27

Patients who have a deficiency of the seventh component of complement (C7) are at increased risk for which of the following infections?

A.  Mycobacterial
B.  Neisserial
C.  Staphylococcal
D.  Systemic fungal
E.  Viral central nervous system

**ABIM10785**

ABIM10786

# 29

A 32-year-old woman has had posterior neck pain for three months.  The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning.  She also has pain in the right buttock.  Pain interferes with sleep and is associated with fatigue.  The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance.  She is uncertain how much longer she can continue to perform.

BMI is 26.  Vital signs are normal.  Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain.  The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint.  The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal.  Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region.  Neurologic examination is normal.  Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase.  Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

A. Prescribe a regular aerobic exercise program
B. Inject the right trapezius and lateral epicondyles with repository corticosteroids
C. Begin diazepam
D. Begin acetaminophen with codeine as needed
E. Begin prednisone

**ABIM10787**

ABIM10788

# 31

A 40-year-old woman is admitted to the hospital for acute onset of abdominal pain, nausea, and vomiting.  Similar previous episodes began several hours after eating, then increased in severity over 30 to 60 minutes.  Serum amylase and lipase levels were elevated during episodes but improved within a few days.  Abdominal ultrasonography has been normal, with no evidence of sludge or stones in the gallbladder.  Computed tomography of the abdomen and magnetic resonance cholangiopancreatography showed normal extrahepatic and intrahepatic bile ducts, as well as a normal-appearing gallbladder, pancreas, liver, and spleen.  Serum lipid profile was normal.  She drinks alcoholic beverages two or three times a month, but no more than two drinks per occasion.

The patient appears acutely ill.  Temperature is 37.8 C (100.0 F), pulse rate is 100 per minute, respirations are 18 per minute, and blood pressure is 110/70 mm Hg.  The sclerae are not icteric.  The abdomen is soft, with tenderness and guarding in the epigastrium.

Laboratory studies:

| | |
|---|---|
| Serum total bilirubin | 0.6 mg/dL |
| Serum alkaline phosphatase | 76 U/L |
| Serum aminotransferases | |
|   ALT | 27 U/L |
|   AST | 25 U/L |
| Serum amylase | 350 U/L *[25–125]* |
| Serum lipase | 200 U/L *[10–140]* |

Repeat ultrasound shows a normal-appearing gallbladder without sludge or stones.  The pancreas is obscured by bowel gas.  The patient's symptoms resolve over the next four days.

Which of the following should you recommend now?

A.  Serum gastrin
B.  Serum macroamylase
C.  Endoscopic ultrasonography
D.  Upper gastrointestinal series with small bowel follow-through
E.  Counseling for alcohol dependence

ABIM10789

ABIM10790

ABIM10791

ABIM10792

ABIM10793

ABIM10794

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 710 of 2747
PageID: 16538

# 37

A 74-year-old woman is evaluated for constipation that began five days ago.  She recently began taking several nonprescription products daily: aspirin, a calcium supplement, ginkgo biloba, glucosamine, and vitamin E.

Which of the following is the most likely cause of the constipation?

A.   Aspirin
B.   Calcium carbonate
C.   Ginkgo biloba
D.   Glucosamine
E.   Vitamin E

ABIM10795

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 711 of 2747
PageID: 16539

ABIM10796

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 712 of 2747
PageID: 16540

# 39

A 75-year-old man has had the dark 1.5-cm lesion shown on the upper back for several years.  He thinks it has grown steadily during the past two years.  It is painless, but he says that sometimes he scratches it and pieces of it "flake off."

Which of the following is the most likely diagnosis?

A. Compound nevus
B. Lentigo maligna
C. Malignant melanoma
D. Seborrheic keratosis
E. Verruca vulgaris

**ABIM10797**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 713 of 2747
PageID: 16541

ABIM10798

ABIM10799

# 42

A 65-year-old woman is admitted to the hospital because of increasing lethargy for three days.  She has type 2 diabetes mellitus, which had been controlled with glipizide for five years.  She began to have hypoglycemic episodes three months ago; glipizide was tapered, then discontinued two weeks ago.  Self-monitored blood glucose levels have ranged from 100 mg/dL to 140 mg/dL.

The patient is oriented but lethargic.  Blood pressure is 110/70 mm Hg without postural changes.  The remainder of the physical examination is normal.

Laboratory studies:

|  |  |
|---|---|
| Plasma glucose | 120 mg/dL |
| Blood urea nitrogen | 10 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| Serum sodium | 118 mEq/L |
| Serum potassium | 4.0 mEq/L |
| Random urine sodium | 50 mEq/L *[varies with intake]* |

The patient's mental status improves after restriction of free water to 800 mL daily.  Serum sodium rises to 130 mEq/L.  On the second hospital day, additional laboratory results are reported:

|  |  |
|---|---|
| Serum free thyroxine ($T_4$) | 0.4 ng/dL *[0.8–2.4]* |
| Serum thyroid-stimulating hormone | 2.1 μU/mL *[0.5–4.0]* |
| Serum follicle-stimulating hormone | 10 mIU/mL *[postmenopausal: greater than 50]* |
| Plasma cortisol (8 AM) | 3.6 μg/dL *[5–25]* |

Which of the following tests should you order next?

A.  Anti-adrenal antibodies
B.  Antithyroid peroxidase (antimicrosomal) antibodies
C.  Dexamethasone suppression test
D.  Computed tomography of the adrenal glands
E.  Magnetic resonance imaging of the pituitary gland

**ABIM10800**

ABIM10801

# 44

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM10802**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 718 of 2747
PageID: 16546

ABIM10803

# 46

Four weeks ago, a 66-year-old woman was hospitalized for three days for treatment of community-acquired pneumonia with moxifloxacin. Her course was complicated by mild phlebitis and bacteremia due to methicillin-resistant *Staphylococcus aureus*, which resolved after removal of a catheter from her left forearm and treatment with intravenous vancomycin. She has chronic obstructive pulmonary disease, which is characterized by production of thick white sputum most mornings. She continues to smoke one pack of cigarettes daily, as she has for over 40 years. One week ago the patient had neck pain radiating to the shoulders. Temperature was 37.8 C (100.0 F). The cervical spine was slightly tender. Physical examination was otherwise normal.

Today the patient has difficulty breathing, and she is admitted to the hospital. Temperature is 38.9 C (102.0 F) rectally, pulse rate is 92 per minute, and blood pressure is 120/66 mm Hg. The neck is stiff and tender to palpation. The lungs are clear. She has marked weakness of the muscles of respiration, both arms, the abdominal wall, and the back; slight weakness of the legs is noted. Sensation to pinprick is decreased below the neck. Position and vibratory sensations are diminished in the lower extremities. Upper extremity reflexes are hypoactive; the lower extremities are hyperreflexive. Plantar reflexes are extensor. Hemoglobin is 12.0 g/dL, leukocyte count is 15,000/cu mm with 84% neutrophils and 16% lymphocytes, and fasting plasma glucose is 105 mg/dL. Chest radiograph shows increased anteroposterior diameter of the chest but is otherwise normal. Non–contrast-enhanced computed tomogram of the head shows no mass lesions.

CSF analysis:

| | |
|---|---|
| Opening pressure | 160 mm CSF |
| Leukocyte count | 350/cu mm; 60% neutrophils, 40% lymphocytes |
| Total proteins | 450 mg/dL |
| Glucose | 83 mg/dL |
| Gram, acid-fast, and India ink stains | Negative |
| Closing pressure | 120 mm CSF |

Which of the following is the most likely diagnosis?

A. Spinal epidural abscess
B. Brain abscess
C. Lung cancer metastatic to the cervical spine
D. Carcinomatous meningitis
E. Infectious polyneuritis

**ABIM10804**

ABIM10805

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 721 of 2747
PageID: 16549

ABIM10806

# 49

A 35-year-old man has had intermittent fever, mild cough, and anorexia for two weeks. He has had pneumonia twice in the past five years and recently completed a ten-day course of amoxicillin for bronchitis. He smokes one pack of cigarettes daily. He reports night sweats and occasional purulent sputum but no hemoptysis.

The patient is afebrile. Several small anterior cervical lymph nodes are palpable. The lungs are clear, but an area of dullness and decreased breath sounds is present at the right lung base. Radiograph of the chest reveals a large right pleural effusion. Tuberculin skin test (PPD, 5 TU) induces 15 mm of induration. Hematocrit is 34%, and leukocyte count is 7300/cu mm with a normal differential. No acid-fast bacilli are seen in a sputum specimen. Thoracentesis yields 1100 mL of amber fluid. Fluid leukocyte count is 1200/cu mm with 90% lymphocytes and 10% neutrophils. Erythrocyte count is 3750/cu mm. Fluid protein is 4.5 g/dL, and glucose is 80 mg/dL. Gram and acid-fast stains are negative. Results of pleural biopsy and cultures are pending.

Which of the following should you recommend?

A.  Repeat thoracentesis
B.  Antibiotic therapy and chest tube drainage
C.  Isoniazid, rifampin, pyrazinamide, and ethambutol
D.  Referral to an oncologist

**ABIM10807**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 723 of 2747
PageID: 16551

**ABIM10808**

ABIM10809

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 725 of 2747 PageID: 16553

**ABIM10810**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 726 of 2747
PageID: 16554

# 53

An 18-year-old man noticed swelling in the scrotum three days ago.  The left testicle is enlarged and only mildly tender on palpation.  It does not transilluminate.

Which of the following is the most likely diagnosis?

A.  Testicular torsion
B.  Varicocele
C.  Epididymitis
D.  Testicular germ cell tumor

**ABIM10811**

**ABIM10812**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 728 of 2747
PageID: 16556

ABIM10813

ABIM10814

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 730 of 2747
PageID: 16558

# 57

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; influenza B has been circulating in the region.  She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed.  She requires prednisone two to three times a year for postviral exacerbations of asthma.  She has not received an influenza vaccination this year.

The patient currently feels well; physical examination is normal.  Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

A.  No treatment now; begin oseltamivir within 12 hours if symptoms of influenza develop
B.  Influenza vaccine
C.  Oseltamivir
D.  Influenza vaccine and oseltamivir

**ABIM10815**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 731 of 2747
PageID: 16559

ABIM10816

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 732 of 2747 PageID: 16560

ABIM10817

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 733 of 2747
PageID: 16561

# 60

A patient who has metastatic non–small cell lung cancer has a first episode of deep vein thrombosis (DVT) in the lower left leg.

Which of the following is most likely to result in the lowest risk for recurrent DVT and the lowest risk for bleeding?

A. Lifelong fixed-dose low-molecular-weight heparin
B. Initial low-molecular-weight heparin followed by warfarin for four months
C. Inferior vena cava filter without anticoagulation

**ABIM10818**



**Internal Medicine**

**module 204**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10819**

ABIM10820

# 2

A 28-year-old man has had abdominal pain, anorexia, and headache for four to six weeks.  His general health is excellent, and he is proud of his physical conditioning.  He takes protein supplements and high doses of vitamins.

Some irritability and mental slowness are noted during physical examination.  The skin is dry and scaly.  Vital signs are normal.  The optic disk margins are blurred bilaterally.  The liver is enlarged; a rounded, smooth, slightly tender edge extends 4 cm below the costal margin in the midclavicular line.  Complete blood count and comprehensive metabolic panel are normal except for serum calcium of 10.8 mg/dL.

The most likely cause of this disorder is an excess of which of the following?

A.  Vitamin A
B.  Vitamin $B_2$ (riboflavin)
C.  Vitamin $B_6$ (pyridoxine)
D.  Vitamin D
E.  Vitamin E

**ABIM10821**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 737 of 2747
PageID: 16565

# 3

A 58-year-old man who has a history of alcohol dependence and chronic bronchitis is brought to the emergency department after being found lying on the street.  He is lethargic and reports weakness and dizziness.  Pulse rate is 100 per minute, respirations are 25 per minute, and blood pressure is 95/60 mm Hg.  The expiratory phase of respiration is prolonged, and scattered rhonchi are heard.  The remainder of the examination is normal.

Laboratory studies:

| | |
|---|---|
| Serum electrolytes | |
| Sodium | 135 mEq/L |
| Potassium | 3.3 mEq/L |
| Chloride | 82 mEq/L |
| Bicarbonate | 25 mEq/L |
| Arterial blood studies | |
| $PO_2$ | 75 mm Hg |
| $PCO_2$ | 41 mm Hg |
| pH | 7.41 |

Which of the following best characterizes this patient's metabolic status?

A. Normal
B. Post-hypercapnic metabolic alkalosis
C. Mixed metabolic alkalosis and respiratory alkalosis
D. Mixed metabolic acidosis and metabolic alkalosis
E. The acid–base data are not internally consistent

**ABIM10822**

ABIM10823

ABIM10824

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 740 of 2747
PageID: 16568

**ABIM10825**

# 7

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months. She has not had dyspareunia or menorrhagia. Menses are occasionally irregular; her last menstrual period was two weeks ago. The patient takes no medications. She has had one uncomplicated pregnancy and delivery.

Pelvic examination reveals a nontender right adnexal mass. Physical examination is otherwise normal. Papanicolaou test is normal. Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A.  Repeat ultrasonography in two months
B.  Oral contraceptive therapy and repeat ultrasonography in two months
C.  Fine-needle aspiration of the mass
D.  Surgical consultation

**ABIM10826**

**ABIM10827**

ABIM10828

ABIM10829

ABIM10830

# 12

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days.  The patient is a garbage collector and frequently scrapes his hands while working.  He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill.  Temperature is 39.5 C (103.1 F).  Pulse rate is 108 per minute and regular.  Respirations are 22 per minute.  Jaundice and scleral icterus are present.  The abdomen is diffusely tender.  Liver span is 15 cm in the midclavicular line.  Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

A. *Ehrlichia ewingii*
B. *Escherichia coli* O157:H7
C. *Francisella tularensis*
D. *Leptospira interrogans*

**ABIM10831**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 747 of 2747
PageID: 16575

ABIM10832

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 748 of 2747
PageID: 16576

# 14

A 52-year-old woman has shortness of breath when climbing a flight of stairs or walking rapidly on level ground.  Dyspnea has become increasingly noticeable with less activity during the past four months.  Her only other symptom is discomfort of the knees and elbows.  She has smoked one pack of cigarettes daily for 20 years.

The patient is thin and in no distress at rest.  Vital signs are normal.  Oxygen saturation by pulse oximetry is 92% at rest and 87% after walking.  End-inspiratory crackles are heard at both lung bases.  Breath sounds are otherwise normal.  The remainder of the physical examination is normal.  FVC is 70% of predicted, $FEV_1$/FVC is 95%, FRC is 70% of predicted, and $DL_{CO}$ is 50% of predicted.  Chest radiograph shows linear opacities at both lung bases.

Which of the following is the most likely cause of the dyspnea?

A.  Asthma
B.  Chronic obstructive pulmonary disease
C.  Interstitial fibrosis
D.  Primary pulmonary hypertension

**ABIM10833**

ABIM10834

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 750 of 2747 PageID: 16578

**ABIM10835**

# 17

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months. She has not had chest pain or edema. She has known about a heart murmur for 15 years and has long-standing hypertension. She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg. Mental status is normal. A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present. Crackles are heard at both lung bases. Kidney function is normal. Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg. Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A. A beta-adrenergic blocking agent
B. Digoxin and a diuretic
C. An ACE inhibitor and a diuretic
D. Percutaneous aortic valvuloplasty
E. Cardiac catheterization in preparation for aortic valve replacement

**ABIM10836**

**ABIM10837**

**ABIM10838**

ABIM10839

**ABIM10840**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 756 of 2747
PageID: 16584

ABIM10841

# 23

A 74-year-old man reports visual changes in his right eye.  For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare.  He has had no difficulty using either eye to read crossword puzzles.  His other medical problems are diabetes mellitus, hypertension, and osteoarthritis.  Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye.  Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right.  Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test.  Both eyes have full range of motion.  A diminished red reflex is noted in the right eye.  Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A.  Age-related macular degeneration
B.  Diabetic retinopathy
C.  Ischemic optic neuropathy
D.  Posterior subcapsular cataract
E.  Pterygium

**ABIM10842**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 758 of 2747
PageID: 16586

# 24

A 55-year-old man has had gradually increasing abdominal girth and mild ankle swelling for two months.  The patient has smoked one pack of cigarettes daily for 40 years and has had "asthmatic bronchitis" with cough, wheezing, and shortness of breath for ten years.  He has a history of alcohol dependence.

Pulse rate is 92 per minute, and blood pressure is 110/96 mm Hg.  Scleral icterus is noted.  The posteroanterior diameter of the chest is increased.  Estimated central venous pressure is 20 cm $H_2O$.  $S_1$ is loud, and $S_2$ is a narrowly split with accentuation of the second component.  A loud early diastolic sound is audible.  Bibasilar crackles with expiratory wheezing are heard.  Evidence of ascites is noted on percussion of the abdomen.  Electrocardiogram shows atrial fibrillation, an axis of +90 degrees, and nonspecific ST–T wave changes.  Chest radiographs are shown.

Which of the following is the best treatment option?

A. Biventricular pacing
B. Atrioventricular node ablation and pacemaker placement
C. Pericardiectomy
D. Mitral valve replacement

**ABIM10843**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 759 of 2747
PageID: 16587

ABIM10844

ABIM10845

# 27

A 68-year-old man is admitted to the hospital because of abdominal pain, nausea, vomiting, and fever. Symptoms began about 36 hours ago. He has hypertension; two years ago he had a lacunar cerebral infarction that resulted in mild left arm weakness.

Temperature is 39.2 C (102.6 F), pulse rate is 108 per minute, and blood pressure is 80/60 mm Hg. The right lower abdomen is tender, and evidence of peritonitis is noted. Leukocyte count is 14,200/cu mm with 78% segmented neutrophils, 12% band forms, and 10% lymphocytes. The patient is treated with intravenous fluids and imipenem–cilastatin (500 mg every six hours); laparotomy reveals a perforated appendix and peritonitis.

Myoclonus develops on the second postoperative day, followed by a generalized seizure. Temperature is 37.6 C (99.7 F), pulse rate is 100 per minute, respirations are 16 per minute, and blood pressure is 128/88 mm Hg. The pupils are equal and reactive to light. The neck is supple. The abdomen is slightly tender, and the surgical wound is healing well. A suction drainage device drains a small amount of serous fluid. Neurologic examination shows only postictal lethargy and the previously noted arm weakness.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 36% |
| Hemoglobin | 12.8 g/dL |
| Leukocyte count | 10,600/cu mm; 88% segmented neutrophils, 4% band forms, 8% lymphocytes |
| Plasma glucose | 260 mg/dL |
| Blood urea nitrogen | 46 mg/dL |
| Serum creatinine | 2.8 mg/dL |
| Serum total bilirubin | 1.4 mg/dL |
| Serum aspartate aminotransferase (AST) | 58 U/L |
| Serum calcium | 7.8 mg/dL |
| Serum phosphorus | 4.8 mg/dL |
| Serum electrolytes | Normal |
| Serum albumin | 2.4 g/dL |

Which of the following is the most likely cause of the seizure?

A. Reaction to imipenem–cilastatin
B. Hypocalcemia
C. Intracranial hemorrhage
D. Bacterial meningitis
E. Brain abscess

**ABIM10846**

**ABIM10847**

# 29

An 82-year-old man comes to your office because he has had malaise and weakness for two months. He takes digoxin (0.125 mg daily) for a "weak heart." The patient lives alone and states that his diet consists mainly of milk, bread, cake, and coffee. He does not drink alcoholic beverages. Bowel movements occur regularly three times a week.

The patient is edentulous and has scant body hair. He has tenderness over both tibias and several bruises over the lower legs and forearms. A 2-cm partially healed ulcer is present over the right tibia. This lesion appeared two weeks ago, but the patient has had no recent injuries.

Which of the following vitamin deficiencies is most consistent with this clinical presentation?

A. Niacin
B. Riboflavin
C. Vitamin C
D. Vitamin D
E. Vitamin K

**ABIM10848**

ABIM10849

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 765 of 2747
PageID: 16593

ABIM10850

ABIM10851

ABIM10852

# 34

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material.  Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.  Abdominal examination is normal except for mild epigastric tenderness.  Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun.  Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base.  No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.   Begin clear liquids, and admit the patient to the medical service
B.   Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.   Begin therapy with octreotide, and admit the patient to the intensive care unit
D.   Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.   Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

**ABIM10853**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 769 of 2747
PageID: 16597

ABIM10854

ABIM10855

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 771 of 2747
PageID: 16599

# 37

A 34-year-old male house painter has had weakness in the right arm and pain in the right shoulder since he lost his footing on a ladder and fell onto his outstretched arm yesterday.  The pain is not severe and occurs only with motion of the shoulder.  He is right handed and is unable to elevate that arm to paint.  He has no other symptoms and generally feels well.

The patient is unable to actively abduct the right arm.  When you raise the arm 60 degrees, he is unable to maintain the elevation against gravity.  When you abduct the arm 90 degrees, he is able to continue the motion.  The shoulder has full passive range of motion and local tenderness to palpation beneath the tip of the acromion.  The cervical spine has full range of motion, and no paraspinal tenderness or muscle atrophy is present.  Reflexes in the arm are intact.  Sensory examination is normal, as is the remainder of the physical examination.  Complete blood count, comprehensive metabolic panel, and radiograph of the shoulder are normal.

Which of the following is the most likely diagnosis?

A.   Acute osteonecrosis of the humeral head
B.   Acute deltoid muscle rupture
C.   Acute rotator cuff tear
D.   Acute supraspinatus tendinitis
E.   Rupture of the tendon of the long head of the biceps

**ABIM10856**

# 38

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks.  Physical examination is unchanged from her last visit four months ago.  Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable.  Stool is negative for occult blood.

Laboratory studies:

|  | Four months ago | Today |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* — |  | 12 |
| Serum bilirubin (mg/dL) |  |  |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* |  | 230400 |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A.  Autoimmune hemolytic anemia
B.  Acute viral hepatitis
C.  Folic acid deficiency
D.  Transformation to large cell lymphoma
E.  Progressive replacement of bone marrow by chronic lymphocytic leukemia

**ABIM10857**

**ABIM10858**

# 40

A 49-year-old man is transferred to your service from another hospital for evaluation of bloody diarrhea of three weeks' duration and right upper quadrant abdominal pain of two days' duration.  The patient has chronic schizophrenia, which has required numerous admissions to psychiatric institutions during the past few years.  Medical records from the other hospital show that stool is negative for bacteria, ova and parasites (x3), and *Clostridium difficile* toxin.  Flexible sigmoidoscopy revealed friable mucosa with a cobblestone appearance of multiple small ulcers.  Prednisone (20 mg three times daily) was begun five days ago, but his symptoms have not improved.

Temperature is 38.2 C (100.8 F).  The right upper and lower abdominal quadrants are tender.  Bowel sounds are normal.  Stool is positive for occult blood; a moderate number of fecal leukocytes are noted.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 35% |
| Leukocyte count | 14,700/cu mm; 53% segmented neutrophils, 29% band forms, 12% lymphocytes, 6% monocytes |
| Serum total bilirubin | 2.0 mg/dL |
| Serum alkaline phosphatase | 210 U/L |
| Serum aspartate aminotransferase (AST) | 65 U/L |
| Serum lactate dehydrogenase | 626 U/L *[140–280]* |

Ultrasonography of the liver shows a 5-cm mass in the right lobe.

Which of the following is the most likely cause of the persistent symptoms?

A.  *Campylobacter jejuni*
B.  *Clostridium difficile*
C.  *Cryptosporidium* species
D.  *Entamoeba histolytica*
E.  Hepatitis B virus

**ABIM10859**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 775 of 2747
PageID: 16603

ABIM10860

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 776 of 2747
PageID: 16604

# 42

A 38-year-old woman is brought to the emergency department by friends who found her stuporous in her apartment; no pills or empty bottles were found.  Her friends believe she is in good health and that her only medication is an oral contraceptive.  They also report that she has been depressed since ending a relationship with a boyfriend.

Supine pulse rate is 110 per minute and supine blood pressure is 100/64 mm Hg; postural changes cannot be determined because the patient cannot sit upright.  Her breath has a sweet or fruity odor.  The optic fundi appear normal, and both pupils react briskly to light.  Cardiovascular examination is normal except for regular tachycardia.  The lungs are clear.  The abdomen is not tender.  No peripheral edema is present.

Laboratory studies:

|  |  |
|---|---|
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 1.1 mg/dL |
| Serum electrolytes | |
|     Sodium | 136 mEq/L |
|     Potassium | 4.2 mEq/L |
|     Chloride | 100 mEq/L |
|     Bicarbonate | 11 mEq/L |
| Arterial blood studies | |
|     $Po_2$ | 134 mm Hg |
|     $Pco_2$ | 28 mm Hg |
|     pH | 7.28 |
| Urinalysis | Blood and glucose negative, trace protein; sheets of envelope-shaped monohydrate calcium oxalate crystals |
| Toxicology screen | Pending |

Which of the following tests would be most helpful in establishing the diagnosis?

A.  Plasma salicylate
B.  Serum osmolality
C.  Serum ketones
D.  Venous blood lactate
E.  Urine electrolytes

**ABIM10861**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 777 of 2747
PageID: 16605

**ABIM10862**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 778 of 2747 PageID: 16606

**ABIM10863**

ABIM10864

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 780 of 2747
PageID: 16608

**ABIM10865**

**ABIM10866**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 782 of 2747
PageID: 16610

ABIM10867

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 783 of 2747 PageID: 16611

ABIM10868

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 784 of 2747
PageID: 16612

ABIM10869

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 785 of 2747 PageID: 16613

**ABIM10870**

**ABIM10871**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 787 of 2747
PageID: 16615

**ABIM10872**

**ABIM10873**

**ABIM10874**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 790 of 2747 PageID: 16618

**ABIM10875**

**ABIM10876**

**ABIM10877**

**ABIM10878**

**ABIM10879**



**Internal Medicine**

**module 205**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10880**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 796 of 2747
PageID: 16624

**ABIM10881**

# 2

A 28-year-old man has had abdominal pain, anorexia, and headache for four to six weeks. His general health is excellent, and he is proud of his physical conditioning. He takes protein supplements and high doses of vitamins.

Some irritability and mental slowness are noted during physical examination. The skin is dry and scaly. Vital signs are normal. The optic disk margins are blurred bilaterally. The liver is enlarged; a rounded, smooth, slightly tender edge extends 4 cm below the costal margin in the midclavicular line. Complete blood count and comprehensive metabolic panel are normal except for serum calcium of 10.8 mg/dL.

The most likely cause of this disorder is an excess of which of the following?

A. Vitamin A
B. Vitamin $B_2$ (riboflavin)
C. Vitamin $B_6$ (pyridoxine)
D. Vitamin D
E. Vitamin E

**ABIM10882**

# 3

A 58-year-old man who has a history of alcohol dependence and chronic bronchitis is brought to the emergency department after being found lying on the street.  He is lethargic and reports weakness and dizziness.  Pulse rate is 100 per minute, respirations are 25 per minute, and blood pressure is 95/60 mm Hg.  The expiratory phase of respiration is prolonged, and scattered rhonchi are heard.  The remainder of the examination is normal.

Laboratory studies:

| | |
|---|---|
| Serum electrolytes | |
| Sodium | 135 mEq/L |
| Potassium | 3.3 mEq/L |
| Chloride | 82 mEq/L |
| Bicarbonate | 25 mEq/L |
| Arterial blood studies | |
| $P_{O_2}$ | 75 mm Hg |
| $P_{CO_2}$ | 41 mm Hg |
| pH | 7.41 |

Which of the following best characterizes this patient's metabolic status?

A. Normal
B. Post-hypercapnic metabolic alkalosis
C. Mixed metabolic alkalosis and respiratory alkalosis
D. Mixed metabolic acidosis and metabolic alkalosis
E. The acid–base data are not internally consistent

**ABIM10883**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 799 of 2747 PageID: 16627

**ABIM10884**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 800 of 2747 PageID: 16628

**ABIM10885**

**ABIM10886**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 802 of 2747
PageID: 16630

# 7

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months. She has not had dyspareunia or menorrhagia. Menses are occasionally irregular; her last menstrual period was two weeks ago. The patient takes no medications. She has had one uncomplicated pregnancy and delivery.

Pelvic examination reveals a nontender right adnexal mass. Physical examination is otherwise normal. Papanicolaou test is normal. Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A.  Repeat ultrasonography in two months
B.  Oral contraceptive therapy and repeat ultrasonography in two months
C.  Fine-needle aspiration of the mass
D.  Surgical consultation

**ABIM10887**

**ABIM10888**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 804 of 2747
PageID: 16632

**ABIM10889**

ABIM10890

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 806 of 2747 PageID: 16634

ABIM10891

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 807 of 2747
PageID: 16635

# 12

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days. The patient is a garbage collector and frequently scrapes his hands while working. He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill. Temperature is 39.5 C (103.1 F). Pulse rate is 108 per minute and regular. Respirations are 22 per minute. Jaundice and scleral icterus are present. The abdomen is diffusely tender. Liver span is 15 cm in the midclavicular line. Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
|     ALT | 59 U/L |
|     AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

A. *Ehrlichia ewingii*
B. *Escherichia coli* O157:H7
C. *Francisella tularensis*
D. *Leptospira interrogans*

**ABIM10892**

**ABIM10893**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 809 of 2747
PageID: 16637

# 14

A 52-year-old woman has shortness of breath when climbing a flight of stairs or walking rapidly on level ground. Dyspnea has become increasingly noticeable with less activity during the past four months. Her only other symptom is discomfort of the knees and elbows. She has smoked one pack of cigarettes daily for 20 years.

The patient is thin and in no distress at rest. Vital signs are normal. Oxygen saturation by pulse oximetry is 92% at rest and 87% after walking. End-inspiratory crackles are heard at both lung bases. Breath sounds are otherwise normal. The remainder of the physical examination is normal. FVC is 70% of predicted, $FEV_1/FVC$ is 95%, FRC is 70% of predicted, and $DL_{CO}$ is 50% of predicted. Chest radiograph shows linear opacities at both lung bases.

Which of the following is the most likely cause of the dyspnea?

A. Asthma
B. Chronic obstructive pulmonary disease
C. Interstitial fibrosis
D. Primary pulmonary hypertension

**ABIM10894**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 810 of 2747
PageID: 16638

**ABIM10895**

ABIM10896

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 812 of 2747
PageID: 16640

# 17

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases.  Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM10897**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 813 of 2747 PageID: 16641

**ABIM10898**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 814 of 2747
PageID: 16642

**ABIM10899**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 815 of 2747
PageID: 16643

ABIM10900

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 816 of 2747
PageID: 16644

ABIM10901

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 817 of 2747 PageID: 16645

ABIM10902

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 818 of 2747
PageID: 16646

# 23

A 74-year-old man reports visual changes in his right eye.  For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare.  He has had no difficulty using either eye to read crossword puzzles.  His other medical problems are diabetes mellitus, hypertension, and osteoarthritis.  Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye.  Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right.  Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test.  Both eyes have full range of motion.  A diminished red reflex is noted in the right eye.  Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A.  Age-related macular degeneration
B.  Diabetic retinopathy
C.  Ischemic optic neuropathy
D.  Posterior subcapsular cataract
E.  Pterygium

**ABIM10903**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 819 of 2747
PageID: 16647

# 24

A 55-year-old man has had gradually increasing abdominal girth and mild ankle swelling for two months.  The patient has smoked one pack of cigarettes daily for 40 years and has had "asthmatic bronchitis" with cough, wheezing, and shortness of breath for ten years.  He has a history of alcohol dependence.

Pulse rate is 92 per minute, and blood pressure is 110/96 mm Hg.  Scleral icterus is noted.  The posteroanterior diameter of the chest is increased.  Estimated central venous pressure is 20 cm $H_2O$.  $S_1$ is loud, and $S_2$ is a narrowly split with accentuation of the second component.  A loud early diastolic sound is audible.  Bibasilar crackles with expiratory wheezing are heard.  Evidence of ascites is noted on percussion of the abdomen.  Electrocardiogram shows atrial fibrillation, an axis of +90 degrees, and nonspecific ST–T wave changes.  Chest radiographs are shown.

Which of the following is the best treatment option?

A. Biventricular pacing
B. Atrioventricular node ablation and pacemaker placement
C. Pericardiectomy
D. Mitral valve replacement

**ABIM10904**

**ABIM10905**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 821 of 2747 PageID: 16649

ABIM10906

# 27

A 68-year-old man is admitted to the hospital because of abdominal pain, nausea, vomiting, and fever. Symptoms began about 36 hours ago.  He has hypertension; two years ago he had a lacunar cerebral infarction that resulted in mild left arm weakness.

Temperature is 39.2 C (102.6 F), pulse rate is 108 per minute, and blood pressure is 80/60 mm Hg.  The right lower abdomen is tender, and evidence of peritonitis is noted.  Leukocyte count is 14,200/cu mm with 78% segmented neutrophils, 12% band forms, and 10% lymphocytes.  The patient is treated with intravenous fluids and imipenem–cilastatin (500 mg every six hours); laparotomy reveals a perforated appendix and peritonitis.

Myoclonus develops on the second postoperative day, followed by a generalized seizure.  Temperature is 37.6 C (99.7 F), pulse rate is 100 per minute, respirations are 16 per minute, and blood pressure is 128/88 mm Hg.  The pupils are equal and reactive to light.  The neck is supple.  The abdomen is slightly tender, and the surgical wound is healing well.  A suction drainage device drains a small amount of serous fluid.  Neurologic examination shows only postictal lethargy and the previously noted arm weakness.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 36% |
| Hemoglobin | 12.8 g/dL |
| Leukocyte count | 10,600/cu mm; 88% segmented neutrophils, 4% band forms, 8% lymphocytes |
| Plasma glucose | 260 mg/dL |
| Blood urea nitrogen | 46 mg/dL |
| Serum creatinine | 2.8 mg/dL |
| Serum total bilirubin | 1.4 mg/dL |
| Serum aspartate aminotransferase (AST) | 58 U/L |
| Serum calcium | 7.8 mg/dL |
| Serum phosphorus | 4.8 mg/dL |
| Serum electrolytes | Normal |
| Serum albumin | 2.4 g/dL |

Which of the following is the most likely cause of the seizure?

A.  Reaction to imipenem–cilastatin
B.  Hypocalcemia
C.  Intracranial hemorrhage
D.  Bacterial meningitis
E.  Brain abscess

**ABIM10907**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 823 of 2747
PageID: 16651

ABIM10908

# 29

An 82-year-old man comes to your office because he has had malaise and weakness for two months. He takes digoxin (0.125 mg daily) for a "weak heart."  The patient lives alone and states that his diet consists mainly of milk, bread, cake, and coffee.  He does not drink alcoholic beverages.  Bowel movements occur regularly three times a week.

The patient is edentulous and has scant body hair.  He has tenderness over both tibias and several bruises over the lower legs and forearms.  A 2-cm partially healed ulcer is present over the right tibia. This lesion appeared two weeks ago, but the patient has had no recent injuries.

Which of the following vitamin deficiencies is most consistent with this clinical presentation?

A. Niacin
B. Riboflavin
C. Vitamin C
D. Vitamin D
E. Vitamin K

**ABIM10909**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 825 of 2747
PageID: 16653

ABIM10910

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 826 of 2747
PageID: 16654

**ABIM10911**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 827 of 2747
PageID: 16655

**ABIM10912**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 828 of 2747 PageID: 16656

ABIM10913

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 829 of 2747
PageID: 16657

# 34

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material.  Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.  Abdominal examination is normal except for mild epigastric tenderness.  Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun.  Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base.  No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.   Begin clear liquids, and admit the patient to the medical service
B.   Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.   Begin therapy with octreotide, and admit the patient to the intensive care unit
D.   Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.   Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

**ABIM10914**

ABIM10915

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 831 of 2747
PageID: 16659

**ABIM10916**

# 37

A 34-year-old male house painter has had weakness in the right arm and pain in the right shoulder since he lost his footing on a ladder and fell onto his outstretched arm yesterday.  The pain is not severe and occurs only with motion of the shoulder.  He is right handed and is unable to elevate that arm to paint. He has no other symptoms and generally feels well.

The patient is unable to actively abduct the right arm.  When you raise the arm 60 degrees, he is unable to maintain the elevation against gravity.  When you abduct the arm 90 degrees, he is able to continue the motion.  The shoulder has full passive range of motion and local tenderness to palpation beneath the tip of the acromion.  The cervical spine has full range of motion, and no paraspinal tenderness or muscle atrophy is present.  Reflexes in the arm are intact.  Sensory examination is normal, as is the remainder of the physical examination.  Complete blood count, comprehensive metabolic panel, and radiograph of the shoulder are normal.

Which of the following is the most likely diagnosis?

A.   Acute osteonecrosis of the humeral head
B.   Acute deltoid muscle rupture
C.   Acute rotator cuff tear
D.   Acute supraspinatus tendinitis
E.   Rupture of the tendon of the long head of the biceps

**ABIM10917**

# 38

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks.  Physical examination is unchanged from her last visit four months ago.  Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable.  Stool is negative for occult blood.

Laboratory studies:

|  | Four months ago | Today |
| --- | --- | --- |
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
|   Neutrophils (%) | 15 | 10 |
|   Lymphocytes (%) | 75 | 80 |
|   Monocytes (%) | 8 | 7 |
|   Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* — | | 12 |
| Serum bilirubin (mg/dL) | | |
|   Total | 1.0 | 2.3 |
|   Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | | 230400 |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A.  Autoimmune hemolytic anemia
B.  Acute viral hepatitis
C.  Folic acid deficiency
D.  Transformation to large cell lymphoma
E.  Progressive replacement of bone marrow by chronic lymphocytic leukemia

**ABIM10918**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 834 of 2747
PageID: 16662

**ABIM10919**

# 40

A 49-year-old man is transferred to your service from another hospital for evaluation of bloody diarrhea of three weeks' duration and right upper quadrant abdominal pain of two days' duration.  The patient has chronic schizophrenia, which has required numerous admissions to psychiatric institutions during the past few years.  Medical records from the other hospital show that stool is negative for bacteria, ova and parasites (x3), and *Clostridium difficile* toxin.  Flexible sigmoidoscopy revealed friable mucosa with a cobblestone appearance of multiple small ulcers.  Prednisone (20 mg three times daily) was begun five days ago, but his symptoms have not improved.

Temperature is 38.2 C (100.8 F).  The right upper and lower abdominal quadrants are tender.  Bowel sounds are normal.  Stool is positive for occult blood; a moderate number of fecal leukocytes are noted.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 35% |
| Leukocyte count | 14,700/cu mm; 53% segmented neutrophils, 29% band forms, 12% lymphocytes, 6% monocytes |
| Serum total bilirubin | 2.0 mg/dL |
| Serum alkaline phosphatase | 210 U/L |
| Serum aspartate aminotransferase (AST) | 65 U/L |
| Serum lactate dehydrogenase | 626 U/L *[140–280]* |

Ultrasonography of the liver shows a 5-cm mass in the right lobe.

Which of the following is the most likely cause of the persistent symptoms?

A.  *Campylobacter jejuni*
B.  *Clostridium difficile*
C.  *Cryptosporidium* species
D.  *Entamoeba histolytica*
E.  Hepatitis B virus

**ABIM10920**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 836 of 2747
PageID: 16664

**ABIM10921**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 837 of 2747
PageID: 16665

# 42

A 38-year-old woman is brought to the emergency department by friends who found her stuporous in her apartment; no pills or empty bottles were found. Her friends believe she is in good health and that her only medication is an oral contraceptive. They also report that she has been depressed since ending a relationship with a boyfriend.

Supine pulse rate is 110 per minute and supine blood pressure is 100/64 mm Hg; postural changes cannot be determined because the patient cannot sit upright. Her breath has a sweet or fruity odor. The optic fundi appear normal, and both pupils react briskly to light. Cardiovascular examination is normal except for regular tachycardia. The lungs are clear. The abdomen is not tender. No peripheral edema is present.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 1.1 mg/dL |
| Serum electrolytes | |
|   Sodium | 136 mEq/L |
|   Potassium | 4.2 mEq/L |
|   Chloride | 100 mEq/L |
|   Bicarbonate | 11 mEq/L |
| Arterial blood studies | |
|   $P_{O_2}$ | 134 mm Hg |
|   $P_{CO_2}$ | 28 mm Hg |
|   pH | 7.28 |
| Urinalysis | Blood and glucose negative, trace protein; sheets of envelope-shaped monohydrate calcium oxalate crystals |
| Toxicology screen | Pending |

Which of the following tests would be most helpful in establishing the diagnosis?

A.  Plasma salicylate
B.  Serum osmolality
C.  Serum ketones
D.  Venous blood lactate
E.  Urine electrolytes

ABIM10922

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 838 of 2747
PageID: 16666

ABIM10923

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 839 of 2747
PageID: 16667

**ABIM10924**

ABIM10925

**ABIM10926**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 842 of 2747 PageID: 16670

**ABIM10927**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 843 of 2747
PageID: 16671

**ABIM10928**

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 844 of 2747
PageID: 16672

ABIM10929

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 845 of 2747
PageID: 16673

ABIM10930

**ABIM10931**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 847 of 2747
PageID: 16675

**ABIM10932**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 848 of 2747
PageID: 16676

**ABIM10933**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 849 of 2747
PageID: 16677

**ABIM10934**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 850 of 2747
PageID: 16678

ABIM10935

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 851 of 2747
PageID: 16679

**ABIM10936**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 852 of 2747
PageID: 16680

ABIM10937

ABIM10938

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 854 of 2747
PageID: 16682

**ABIM10939**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 855 of 2747
PageID: 16683

ABIM10940



**Internal Medicine**


**module 206**


# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10941**

Case 2:14-cv-06428-KSH-CLW  Document 211-4  Filed 02/20/24  Page 857 of 2747 PageID: 16685

**ABIM10942**

# 2

A 28-year-old man has had abdominal pain, anorexia, and headache for four to six weeks. His general health is excellent, and he is proud of his physical conditioning. He takes protein supplements and high doses of vitamins.

Some irritability and mental slowness are noted during physical examination. The skin is dry and scaly. Vital signs are normal. The optic disk margins are blurred bilaterally. The liver is enlarged; a rounded, smooth, slightly tender edge extends 4 cm below the costal margin in the midclavicular line. Complete blood count and comprehensive metabolic panel are normal except for serum calcium of 10.8 mg/dL.

The most likely cause of this disorder is an excess of which of the following?

A.  Vitamin A
B.  Vitamin $B_2$ (riboflavin)
C.  Vitamin $B_6$ (pyridoxine)
D.  Vitamin D
E.  Vitamin E

**ABIM10943**

# 3

A 58-year-old man who has a history of alcohol dependence and chronic bronchitis is brought to the emergency department after being found lying on the street.  He is lethargic and reports weakness and dizziness.  Pulse rate is 100 per minute, respirations are 25 per minute, and blood pressure is 95/60 mm Hg.  The expiratory phase of respiration is prolonged, and scattered rhonchi are heard.  The remainder of the examination is normal.

Laboratory studies:

| | |
|---|---|
| Serum electrolytes | |
| Sodium | 135 mEq/L |
| Potassium | 3.3 mEq/L |
| Chloride | 82 mEq/L |
| Bicarbonate | 25 mEq/L |
| Arterial blood studies | |
| $PO_2$ | 75 mm Hg |
| $PCO_2$ | 41 mm Hg |
| pH | 7.41 |

Which of the following best characterizes this patient's metabolic status?

A. Normal
B. Post-hypercapnic metabolic alkalosis
C. Mixed metabolic alkalosis and respiratory alkalosis
D. Mixed metabolic acidosis and metabolic alkalosis
E. The acid–base data are not internally consistent

**ABIM10944**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 860 of 2747
PageID: 16688

ABIM10945

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 861 of 2747
PageID: 16689

**ABIM10946**

ABIM10947

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 863 of 2747
PageID: 16691

# 7

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months.  She has not had dyspareunia or menorrhagia.  Menses are occasionally irregular; her last menstrual period was two weeks ago.  The patient takes no medications.  She has had one uncomplicated pregnancy and delivery.

Pelvic examination reveals a nontender right adnexal mass.  Physical examination is otherwise normal.  Papanicolaou test is normal.  Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A.  Repeat ultrasonography in two months
B.  Oral contraceptive therapy and repeat ultrasonography in two months
C.  Fine-needle aspiration of the mass
D.  Surgical consultation

**ABIM10948**

**ABIM10949**

**ABIM10950**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 866 of 2747
PageID: 16694

**ABIM10951**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 867 of 2747
PageID: 16695

ABIM10952

# 12

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days.  The patient is a garbage collector and frequently scrapes his hands while working.  He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill.  Temperature is 39.5 C (103.1 F).  Pulse rate is 108 per minute and regular.  Respirations are 22 per minute.  Jaundice and scleral icterus are present.  The abdomen is diffusely tender.  Liver span is 15 cm in the midclavicular line.  Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

A.  *Ehrlichia ewingii*
B.  *Escherichia coli* O157:H7
C.  *Francisella tularensis*
D.  *Leptospira interrogans*

**ABIM10953**

**ABIM10954**

# 14

A 52-year-old woman has shortness of breath when climbing a flight of stairs or walking rapidly on level ground.  Dyspnea has become increasingly noticeable with less activity during the past four months.  Her only other symptom is discomfort of the knees and elbows.  She has smoked one pack of cigarettes daily for 20 years.

The patient is thin and in no distress at rest.  Vital signs are normal.  Oxygen saturation by pulse oximetry is 92% at rest and 87% after walking.  End-inspiratory crackles are heard at both lung bases.  Breath sounds are otherwise normal.  The remainder of the physical examination is normal.  FVC is 70% of predicted, $FEV_1$/FVC is 95%, FRC is 70% of predicted, and $DL_{CO}$ is 50% of predicted.  Chest radiograph shows linear opacities at both lung bases.

Which of the following is the most likely cause of the dyspnea?

A.  Asthma
B.  Chronic obstructive pulmonary disease
C.  Interstitial fibrosis
D.  Primary pulmonary hypertension

**ABIM10955**

**ABIM10956**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 872 of 2747
PageID: 16700

ABIM10957

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 873 of 2747
PageID: 16701

# 17

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM10958**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 874 of 2747
PageID: 16702

**ABIM10959**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 875 of 2747
PageID: 16703

**ABIM10960**

ABIM10961

ABIM10962

ABIM10963

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 879 of 2747
PageID: 16707

# 23

A 74-year-old man reports visual changes in his right eye.  For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare.  He has had no difficulty using either eye to read crossword puzzles.  His other medical problems are diabetes mellitus, hypertension, and osteoarthritis.  Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye.  Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right.  Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test.  Both eyes have full range of motion.  A diminished red reflex is noted in the right eye.  Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A.  Age-related macular degeneration
B.  Diabetic retinopathy
C.  Ischemic optic neuropathy
D.  Posterior subcapsular cataract
E.  Pterygium

**ABIM10964**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 880 of 2747
PageID: 16708

# 24

A 55-year-old man has had gradually increasing abdominal girth and mild ankle swelling for two months.  The patient has smoked one pack of cigarettes daily for 40 years and has had "asthmatic bronchitis" with cough, wheezing, and shortness of breath for ten years.  He has a history of alcohol dependence.

Pulse rate is 92 per minute, and blood pressure is 110/96 mm Hg.  Scleral icterus is noted.  The posteroanterior diameter of the chest is increased.  Estimated central venous pressure is 20 cm $H_2O$.  $S_1$ is loud, and $S_2$ is a narrowly split with accentuation of the second component.  A loud early diastolic sound is audible.  Bibasilar crackles with expiratory wheezing are heard.  Evidence of ascites is noted on percussion of the abdomen.  Electrocardiogram shows atrial fibrillation, an axis of +90 degrees, and nonspecific ST–T wave changes.  Chest radiographs are shown.

Which of the following is the best treatment option?

A. Biventricular pacing
B. Atrioventricular node ablation and pacemaker placement
C. Pericardiectomy
D. Mitral valve replacement

**ABIM10965**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 881 of 2747
PageID: 16709

ABIM10966

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 882 of 2747
PageID: 16710

ABIM10967

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 883 of 2747
PageID: 16711

# 27

A 68-year-old man is admitted to the hospital because of abdominal pain, nausea, vomiting, and fever. Symptoms began about 36 hours ago.  He has hypertension; two years ago he had a lacunar cerebral infarction that resulted in mild left arm weakness.

Temperature is 39.2 C (102.6 F), pulse rate is 108 per minute, and blood pressure is 80/60 mm Hg.  The right lower abdomen is tender, and evidence of peritonitis is noted.  Leukocyte count is 14,200/cu mm with 78% segmented neutrophils, 12% band forms, and 10% lymphocytes.  The patient is treated with intravenous fluids and imipenem–cilastatin (500 mg every six hours); laparotomy reveals a perforated appendix and peritonitis.

Myoclonus develops on the second postoperative day, followed by a generalized seizure.  Temperature is 37.6 C (99.7 F), pulse rate is 100 per minute, respirations are 16 per minute, and blood pressure is 128/88 mm Hg.  The pupils are equal and reactive to light.  The neck is supple.  The abdomen is slightly tender, and the surgical wound is healing well.  A suction drainage device drains a small amount of serous fluid.  Neurologic examination shows only postictal lethargy and the previously noted arm weakness.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 36% |
| Hemoglobin | 12.8 g/dL |
| Leukocyte count | 10,600/cu mm; 88% segmented neutrophils, 4% band forms, 8% lymphocytes |
| Plasma glucose | 260 mg/dL |
| Blood urea nitrogen | 46 mg/dL |
| Serum creatinine | 2.8 mg/dL |
| Serum total bilirubin | 1.4 mg/dL |
| Serum aspartate aminotransferase (AST) | 58 U/L |
| Serum calcium | 7.8 mg/dL |
| Serum phosphorus | 4.8 mg/dL |
| Serum electrolytes | Normal |
| Serum albumin | 2.4 g/dL |

Which of the following is the most likely cause of the seizure?

A.  Reaction to imipenem–cilastatin
B.  Hypocalcemia
C.  Intracranial hemorrhage
D.  Bacterial meningitis
E.  Brain abscess

**ABIM10968**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 884 of 2747
PageID: 16712

ABIM10969

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 885 of 2747
PageID: 16713

# 29

An 82-year-old man comes to your office because he has had malaise and weakness for two months. He takes digoxin (0.125 mg daily) for a "weak heart."  The patient lives alone and states that his diet consists mainly of milk, bread, cake, and coffee.  He does not drink alcoholic beverages.  Bowel movements occur regularly three times a week.

The patient is edentulous and has scant body hair.  He has tenderness over both tibias and several bruises over the lower legs and forearms.  A 2-cm partially healed ulcer is present over the right tibia. This lesion appeared two weeks ago, but the patient has had no recent injuries.

Which of the following vitamin deficiencies is most consistent with this clinical presentation?

A. Niacin
B. Riboflavin
C. Vitamin C
D. Vitamin D
E. Vitamin K

**ABIM10970**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 886 of 2747
PageID: 16714

ABIM10971

**ABIM10972**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 888 of 2747
PageID: 16716

**ABIM10973**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 889 of 2747
PageID: 16717

**ABIM10974**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 890 of 2747
PageID: 16718

# 34

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material.  Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.  Abdominal examination is normal except for mild epigastric tenderness.  Stool is positive for occult blood.

Laboratory studies:

|  |  |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun.  Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base.  No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.   Begin clear liquids, and admit the patient to the medical service
B.   Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.   Begin therapy with octreotide, and admit the patient to the intensive care unit
D.   Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.   Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

**ABIM10975**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 891 of 2747 PageID: 16719

ABIM10976

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 892 of 2747 PageID: 16720

ABIM10977

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 893 of 2747
PageID: 16721

# 37

A 34-year-old male house painter has had weakness in the right arm and pain in the right shoulder since he lost his footing on a ladder and fell onto his outstretched arm yesterday.  The pain is not severe and occurs only with motion of the shoulder.  He is right handed and is unable to elevate that arm to paint. He has no other symptoms and generally feels well.

The patient is unable to actively abduct the right arm.  When you raise the arm 60 degrees, he is unable to maintain the elevation against gravity.  When you abduct the arm 90 degrees, he is able to continue the motion.  The shoulder has full passive range of motion and local tenderness to palpation beneath the tip of the acromion.  The cervical spine has full range of motion, and no paraspinal tenderness or muscle atrophy is present.  Reflexes in the arm are intact.  Sensory examination is normal, as is the remainder of the physical examination.  Complete blood count, comprehensive metabolic panel, and radiograph of the shoulder are normal.

Which of the following is the most likely diagnosis?

A.  Acute osteonecrosis of the humeral head
B.  Acute deltoid muscle rupture
C.  Acute rotator cuff tear
D.  Acute supraspinatus tendinitis
E.  Rupture of the tendon of the long head of the biceps

**ABIM10978**

# 38

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

|  | Four months ago | Today |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
|   Neutrophils (%) | 15 | 10 |
|   Lymphocytes (%) | 75 | 80 |
|   Monocytes (%) | 8 | 7 |
|   Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* — | | 12 |
| Serum bilirubin (mg/dL) | | |
|   Total | 1.0 | 2.3 |
|   Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | | 230400 |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A. Autoimmune hemolytic anemia
B. Acute viral hepatitis
C. Folic acid deficiency
D. Transformation to large cell lymphoma
E. Progressive replacement of bone marrow by chronic lymphocytic leukemia

**ABIM10979**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 895 of 2747
PageID: 16723

ABIM10980

# 40

A 49-year-old man is transferred to your service from another hospital for evaluation of bloody diarrhea of three weeks' duration and right upper quadrant abdominal pain of two days' duration. The patient has chronic schizophrenia, which has required numerous admissions to psychiatric institutions during the past few years. Medical records from the other hospital show that stool is negative for bacteria, ova and parasites (x3), and *Clostridium difficile* toxin. Flexible sigmoidoscopy revealed friable mucosa with a cobblestone appearance of multiple small ulcers. Prednisone (20 mg three times daily) was begun five days ago, but his symptoms have not improved.

Temperature is 38.2 C (100.8 F). The right upper and lower abdominal quadrants are tender. Bowel sounds are normal. Stool is positive for occult blood; a moderate number of fecal leukocytes are noted.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 35% |
| Leukocyte count | 14,700/cu mm; 53% segmented neutrophils, 29% band forms, 12% lymphocytes, 6% monocytes |
| Serum total bilirubin | 2.0 mg/dL |
| Serum alkaline phosphatase | 210 U/L |
| Serum aspartate aminotransferase (AST) | 65 U/L |
| Serum lactate dehydrogenase | 626 U/L *[140–280]* |

Ultrasonography of the liver shows a 5-cm mass in the right lobe.

Which of the following is the most likely cause of the persistent symptoms?

A. *Campylobacter jejuni*
B. *Clostridium difficile*
C. *Cryptosporidium* species
D. *Entamoeba histolytica*
E. Hepatitis B virus

**ABIM10981**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 897 of 2747 PageID: 16725

ABIM10982

# 42

A 38-year-old woman is brought to the emergency department by friends who found her stuporous in her apartment; no pills or empty bottles were found. Her friends believe she is in good health and that her only medication is an oral contraceptive. They also report that she has been depressed since ending a relationship with a boyfriend.

Supine pulse rate is 110 per minute and supine blood pressure is 100/64 mm Hg; postural changes cannot be determined because the patient cannot sit upright. Her breath has a sweet or fruity odor. The optic fundi appear normal, and both pupils react briskly to light. Cardiovascular examination is normal except for regular tachycardia. The lungs are clear. The abdomen is not tender. No peripheral edema is present.

Laboratory studies:

|  |  |
|---|---|
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 1.1 mg/dL |
| Serum electrolytes | |
|     Sodium | 136 mEq/L |
|     Potassium | 4.2 mEq/L |
|     Chloride | 100 mEq/L |
|     Bicarbonate | 11 mEq/L |
| Arterial blood studies | |
|     $Po_2$ | 134 mm Hg |
|     $Pco_2$ | 28 mm Hg |
|     pH | 7.28 |
| Urinalysis | Blood and glucose negative, trace protein; sheets of envelope-shaped monohydrate calcium oxalate crystals |
| Toxicology screen | Pending |

Which of the following tests would be most helpful in establishing the diagnosis?

A. Plasma salicylate
B. Serum osmolality
C. Serum ketones
D. Venous blood lactate
E. Urine electrolytes

**ABIM10983**

**ABIM10984**

**ABIM10985**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 901 of 2747
PageID: 16729

ABIM10986

ABIM10987

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 903 of 2747 PageID: 16731

**ABIM10988**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 904 of 2747
PageID: 16732

ABIM10989

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 905 of 2747
PageID: 16733

ABIM10990

**ABIM10991**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 907 of 2747
PageID: 16735

**ABIM10992**

ABIM10993

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 909 of 2747
PageID: 16737

ABIM10994

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 910 of 2747
PageID: 16738

ABIM10995

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 911 of 2747
PageID: 16739

**ABIM10996**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 912 of 2747
PageID: 16740

**ABIM10997**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 913 of 2747
PageID: 16741

**ABIM10998**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 914 of 2747
PageID: 16742

ABIM10999

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 915 of 2747 PageID: 16743

**ABIM11000**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 916 of 2747
PageID: 16744

**ABIM11001**



# American Board of Internal Medicine

**Internal Medicine**

**module 207**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11002**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 918 of 2747
PageID: 16746

**ABIM11003**

# 2

A 28-year-old man has had abdominal pain, anorexia, and headache for four to six weeks. His general health is excellent, and he is proud of his physical conditioning. He takes protein supplements and high doses of vitamins.

Some irritability and mental slowness are noted during physical examination. The skin is dry and scaly. Vital signs are normal. The optic disk margins are blurred bilaterally. The liver is enlarged; a rounded, smooth, slightly tender edge extends 4 cm below the costal margin in the midclavicular line. Complete blood count and comprehensive metabolic panel are normal except for serum calcium of 10.8 mg/dL.

The most likely cause of this disorder is an excess of which of the following?

A.  Vitamin A
B.  Vitamin $B_2$ (riboflavin)
C.  Vitamin $B_6$ (pyridoxine)
D.  Vitamin D
E.  Vitamin E

**ABIM11004**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 920 of 2747
PageID: 16748

# 3

A 58-year-old man who has a history of alcohol dependence and chronic bronchitis is brought to the emergency department after being found lying on the street.  He is lethargic and reports weakness and dizziness.  Pulse rate is 100 per minute, respirations are 25 per minute, and blood pressure is 95/60 mm Hg.  The expiratory phase of respiration is prolonged, and scattered rhonchi are heard.  The remainder of the examination is normal.

Laboratory studies:

| | |
|---|---|
| Serum electrolytes | |
| Sodium | 135 mEq/L |
| Potassium | 3.3 mEq/L |
| Chloride | 82 mEq/L |
| Bicarbonate | 25 mEq/L |
| Arterial blood studies | |
| $P_{O_2}$ | 75 mm Hg |
| $P_{CO_2}$ | 41 mm Hg |
| pH | 7.41 |

Which of the following best characterizes this patient's metabolic status?

A. Normal
B. Post-hypercapnic metabolic alkalosis
C. Mixed metabolic alkalosis and respiratory alkalosis
D. Mixed metabolic acidosis and metabolic alkalosis
E. The acid–base data are not internally consistent

**ABIM11005**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 921 of 2747 PageID: 16749

ABIM11006

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 922 of 2747
PageID: 16750

ABIM11007

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 923 of 2747
PageID: 16751

ABIM11008

# 7

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months.  She has not had dyspareunia or menorrhagia.  Menses are occasionally irregular; her last menstrual period was two weeks ago.  The patient takes no medications.  She has had one uncomplicated pregnancy and delivery.

Pelvic examination reveals a nontender right adnexal mass.  Physical examination is otherwise normal.  Papanicolaou test is normal.  Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A.  Repeat ultrasonography in two months
B.  Oral contraceptive therapy and repeat ultrasonography in two months
C.  Fine-needle aspiration of the mass
D.  Surgical consultation

**ABIM11009**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 925 of 2747
PageID: 16753

**ABIM11010**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 926 of 2747
PageID: 16754

ABIM11011

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 927 of 2747
PageID: 16755

ABIM11012

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 928 of 2747
PageID: 16756

ABIM11013

# 12

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days.  The patient is a garbage collector and frequently scrapes his hands while working.  He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill.  Temperature is 39.5 C (103.1 F).  Pulse rate is 108 per minute and regular.  Respirations are 22 per minute.  Jaundice and scleral icterus are present.  The abdomen is diffusely tender.  Liver span is 15 cm in the midclavicular line.  Bowel sounds are normal.

Laboratory studies:

|  |  |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
|    ALT | 59 U/L |
|    AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

A. *Ehrlichia ewingii*
B. *Escherichia coli* O157:H7
C. *Francisella tularensis*
D. *Leptospira interrogans*

**ABIM11014**

ABIM11015

# 14

A 52-year-old woman has shortness of breath when climbing a flight of stairs or walking rapidly on level ground.  Dyspnea has become increasingly noticeable with less activity during the past four months.  Her only other symptom is discomfort of the knees and elbows.  She has smoked one pack of cigarettes daily for 20 years.

The patient is thin and in no distress at rest.  Vital signs are normal.  Oxygen saturation by pulse oximetry is 92% at rest and 87% after walking.  End-inspiratory crackles are heard at both lung bases.  Breath sounds are otherwise normal.  The remainder of the physical examination is normal.  FVC is 70% of predicted, $FEV_1$/FVC is 95%, FRC is 70% of predicted, and $DL_{CO}$ is 50% of predicted.  Chest radiograph shows linear opacities at both lung bases.

Which of the following is the most likely cause of the dyspnea?

A.  Asthma
B.  Chronic obstructive pulmonary disease
C.  Interstitial fibrosis
D.  Primary pulmonary hypertension

**ABIM11016**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 932 of 2747
PageID: 16760

ABIM11017

Case 2:14-cv-06428-KSH-CLW  Document 211-4  Filed 02/20/24  Page 933 of 2747 PageID: 16761

ABIM11018

# 17

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM11019**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 935 of 2747 PageID: 16763

ABIM11020

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 936 of 2747
PageID: 16764

**ABIM11021**

ABIM11022

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 938 of 2747
PageID: 16766

ABIM11023

ABIM11024

# 23

A 74-year-old man reports visual changes in his right eye. For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare. He has had no difficulty using either eye to read crossword puzzles. His other medical problems are diabetes mellitus, hypertension, and osteoarthritis. Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye. Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right. Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test. Both eyes have full range of motion. A diminished red reflex is noted in the right eye. Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A. Age-related macular degeneration
B. Diabetic retinopathy
C. Ischemic optic neuropathy
D. Posterior subcapsular cataract
E. Pterygium

**ABIM11025**

# 24

A 55-year-old man has had gradually increasing abdominal girth and mild ankle swelling for two months.  The patient has smoked one pack of cigarettes daily for 40 years and has had "asthmatic bronchitis" with cough, wheezing, and shortness of breath for ten years.  He has a history of alcohol dependence.

Pulse rate is 92 per minute, and blood pressure is 110/96 mm Hg.  Scleral icterus is noted.  The posteroanterior diameter of the chest is increased.  Estimated central venous pressure is 20 cm $H_2O$.  $S_1$ is loud, and $S_2$ is a narrowly split with accentuation of the second component.  A loud early diastolic sound is audible.  Bibasilar crackles with expiratory wheezing are heard.  Evidence of ascites is noted on percussion of the abdomen.  Electrocardiogram shows atrial fibrillation, an axis of +90 degrees, and nonspecific ST–T wave changes.  Chest radiographs are shown.

Which of the following is the best treatment option?

A. Biventricular pacing
B. Atrioventricular node ablation and pacemaker placement
C. Pericardiectomy
D. Mitral valve replacement

**ABIM11026**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 942 of 2747 PageID: 16770

**ABIM11027**

ABIM11028

# 27

A 68-year-old man is admitted to the hospital because of abdominal pain, nausea, vomiting, and fever. Symptoms began about 36 hours ago.  He has hypertension; two years ago he had a lacunar cerebral infarction that resulted in mild left arm weakness.

Temperature is 39.2 C (102.6 F), pulse rate is 108 per minute, and blood pressure is 80/60 mm Hg.  The right lower abdomen is tender, and evidence of peritonitis is noted.  Leukocyte count is 14,200/cu mm with 78% segmented neutrophils, 12% band forms, and 10% lymphocytes.  The patient is treated with intravenous fluids and imipenem–cilastatin (500 mg every six hours); laparotomy reveals a perforated appendix and peritonitis.

Myoclonus develops on the second postoperative day, followed by a generalized seizure.  Temperature is 37.6 C (99.7 F), pulse rate is 100 per minute, respirations are 16 per minute, and blood pressure is 128/88 mm Hg.  The pupils are equal and reactive to light.  The neck is supple.  The abdomen is slightly tender, and the surgical wound is healing well.  A suction drainage device drains a small amount of serous fluid.  Neurologic examination shows only postictal lethargy and the previously noted arm weakness.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 36% |
| Hemoglobin | 12.8 g/dL |
| Leukocyte count | 10,600/cu mm; 88% segmented neutrophils, 4% band forms, 8% lymphocytes |
| Plasma glucose | 260 mg/dL |
| Blood urea nitrogen | 46 mg/dL |
| Serum creatinine | 2.8 mg/dL |
| Serum total bilirubin | 1.4 mg/dL |
| Serum aspartate aminotransferase (AST) | 58 U/L |
| Serum calcium | 7.8 mg/dL |
| Serum phosphorus | 4.8 mg/dL |
| Serum electrolytes | Normal |
| Serum albumin | 2.4 g/dL |

Which of the following is the most likely cause of the seizure?

A.  Reaction to imipenem–cilastatin
B.  Hypocalcemia
C.  Intracranial hemorrhage
D.  Bacterial meningitis
E.  Brain abscess

**ABIM11029**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 945 of 2747
PageID: 16773

ABIM11030

# 29

An 82-year-old man comes to your office because he has had malaise and weakness for two months. He takes digoxin (0.125 mg daily) for a "weak heart." The patient lives alone and states that his diet consists mainly of milk, bread, cake, and coffee. He does not drink alcoholic beverages. Bowel movements occur regularly three times a week.

The patient is edentulous and has scant body hair. He has tenderness over both tibias and several bruises over the lower legs and forearms. A 2-cm partially healed ulcer is present over the right tibia. This lesion appeared two weeks ago, but the patient has had no recent injuries.

Which of the following vitamin deficiencies is most consistent with this clinical presentation?

A. Niacin
B. Riboflavin
C. Vitamin C
D. Vitamin D
E. Vitamin K

**ABIM11031**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 947 of 2747 PageID: 16775

ABIM11032

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 948 of 2747
PageID: 16776

**ABIM11033**

ABIM11034

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 950 of 2747
PageID: 16778

ABIM11035

# 34

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material.  Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.  Abdominal examination is normal except for mild epigastric tenderness.  Stool is positive for occult blood.

Laboratory studies:

|                     |                 |
|---------------------|-----------------|
| Hematocrit          | 30%             |
| Hemoglobin          | 10.0 g/dL       |
| Leukocyte count     | 8500/cu mm      |
| Platelet count      | 210,000/cu mm   |
| Prothrombin time    | Normal          |
| Serum creatinine    | 0.9 mg/dL       |
| Blood urea nitrogen | 35 mg/dL        |

Intravenous fluids and an intravenous proton pump inhibitor are begun.  Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base.  No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.   Begin clear liquids, and admit the patient to the medical service
B.   Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.   Begin therapy with octreotide, and admit the patient to the intensive care unit
D.   Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.   Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

**ABIM11036**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 952 of 2747
PageID: 16780

ABIM11037

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 953 of 2747
PageID: 16781

**ABIM11038**

# 37

A 34-year-old male house painter has had weakness in the right arm and pain in the right shoulder since he lost his footing on a ladder and fell onto his outstretched arm yesterday.  The pain is not severe and occurs only with motion of the shoulder.  He is right handed and is unable to elevate that arm to paint. He has no other symptoms and generally feels well.

The patient is unable to actively abduct the right arm.  When you raise the arm 60 degrees, he is unable to maintain the elevation against gravity.  When you abduct the arm 90 degrees, he is able to continue the motion.  The shoulder has full passive range of motion and local tenderness to palpation beneath the tip of the acromion.  The cervical spine has full range of motion, and no paraspinal tenderness or muscle atrophy is present.  Reflexes in the arm are intact.  Sensory examination is normal, as is the remainder of the physical examination.  Complete blood count, comprehensive metabolic panel, and radiograph of the shoulder are normal.

Which of the following is the most likely diagnosis?

A.   Acute osteonecrosis of the humeral head
B.   Acute deltoid muscle rupture
C.   Acute rotator cuff tear
D.   Acute supraspinatus tendinitis
E.   Rupture of the tendon of the long head of the biceps

**ABIM11039**

# 38

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

|  | Four months ago | Today |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* — | | 12 |
| Serum bilirubin (mg/dL) | | |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | | 230400 |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A. Autoimmune hemolytic anemia
B. Acute viral hepatitis
C. Folic acid deficiency
D. Transformation to large cell lymphoma
E. Progressive replacement of bone marrow by chronic lymphocytic leukemia

**ABIM11040**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 956 of 2747
PageID: 16784

ABIM11041

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 957 of 2747
PageID: 16785

# 40

A 49-year-old man is transferred to your service from another hospital for evaluation of bloody diarrhea of three weeks' duration and right upper quadrant abdominal pain of two days' duration. The patient has chronic schizophrenia, which has required numerous admissions to psychiatric institutions during the past few years. Medical records from the other hospital show that stool is negative for bacteria, ova and parasites (x3), and *Clostridium difficile* toxin. Flexible sigmoidoscopy revealed friable mucosa with a cobblestone appearance of multiple small ulcers. Prednisone (20 mg three times daily) was begun five days ago, but his symptoms have not improved.

Temperature is 38.2 C (100.8 F). The right upper and lower abdominal quadrants are tender. Bowel sounds are normal. Stool is positive for occult blood; a moderate number of fecal leukocytes are noted.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 35% |
| Leukocyte count | 14,700/cu mm; 53% segmented neutrophils, 29% band forms, 12% lymphocytes, 6% monocytes |
| Serum total bilirubin | 2.0 mg/dL |
| Serum alkaline phosphatase | 210 U/L |
| Serum aspartate aminotransferase (AST) | 65 U/L |
| Serum lactate dehydrogenase | 626 U/L *[140–280]* |

Ultrasonography of the liver shows a 5-cm mass in the right lobe.

Which of the following is the most likely cause of the persistent symptoms?

A. *Campylobacter jejuni*
B. *Clostridium difficile*
C. *Cryptosporidium* species
D. *Entamoeba histolytica*
E. Hepatitis B virus

**ABIM11042**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 958 of 2747
PageID: 16786

ABIM11043

# 42

A 38-year-old woman is brought to the emergency department by friends who found her stuporous in her apartment; no pills or empty bottles were found.  Her friends believe she is in good health and that her only medication is an oral contraceptive.  They also report that she has been depressed since ending a relationship with a boyfriend.

Supine pulse rate is 110 per minute and supine blood pressure is 100/64 mm Hg; postural changes cannot be determined because the patient cannot sit upright.  Her breath has a sweet or fruity odor.  The optic fundi appear normal, and both pupils react briskly to light.  Cardiovascular examination is normal except for regular tachycardia.  The lungs are clear.  The abdomen is not tender.  No peripheral edema is present.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 1.1 mg/dL |
| Serum electrolytes | |
| Sodium | 136 mEq/L |
| Potassium | 4.2 mEq/L |
| Chloride | 100 mEq/L |
| Bicarbonate | 11 mEq/L |
| Arterial blood studies | |
| $PO_2$ | 134 mm Hg |
| $PCO_2$ | 28 mm Hg |
| pH | 7.28 |
| Urinalysis | Blood and glucose negative, trace protein; sheets of envelope-shaped monohydrate calcium oxalate crystals |
| Toxicology screen | Pending |

Which of the following tests would be most helpful in establishing the diagnosis?

A.   Plasma salicylate
B.   Serum osmolality
C.   Serum ketones
D.   Venous blood lactate
E.   Urine electrolytes

**ABIM11044**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 960 of 2747 PageID: 16788

**ABIM11045**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 961 of 2747 PageID: 16789

**ABIM11046**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 962 of 2747 PageID: 16790

**ABIM11047**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 963 of 2747 PageID: 16791

**ABIM11048**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 964 of 2747
PageID: 16792

**ABIM11049**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 965 of 2747 PageID: 16793

ABIM11050

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 966 of 2747 PageID: 16794

**ABIM11051**

**ABIM11052**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 968 of 2747
PageID: 16796

**ABIM11053**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 969 of 2747
PageID: 16797

**ABIM11054**

ABIM11055

**ABIM11056**

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 972 of 2747
PageID: 16800

ABIM11057

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 973 of 2747
PageID: 16801

**ABIM11058**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 974 of 2747
PageID: 16802

**ABIM11059**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 975 of 2747 PageID: 16803

ABIM11060

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 976 of 2747
PageID: 16804

ABIM11061

**ABIM11062**



# American Board of Internal Medicine

**Internal Medicine**

**module 208**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11063**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 979 of 2747
PageID: 16807

ABIM11064

# 2

A 28-year-old man has had abdominal pain, anorexia, and headache for four to six weeks. His general health is excellent, and he is proud of his physical conditioning. He takes protein supplements and high doses of vitamins.

Some irritability and mental slowness are noted during physical examination. The skin is dry and scaly. Vital signs are normal. The optic disk margins are blurred bilaterally. The liver is enlarged; a rounded, smooth, slightly tender edge extends 4 cm below the costal margin in the midclavicular line. Complete blood count and comprehensive metabolic panel are normal except for serum calcium of 10.8 mg/dL.

The most likely cause of this disorder is an excess of which of the following?

A.  Vitamin A
B.  Vitamin $B_2$ (riboflavin)
C.  Vitamin $B_6$ (pyridoxine)
D.  Vitamin D
E.  Vitamin E

**ABIM11065**

# 3

A 58-year-old man who has a history of alcohol dependence and chronic bronchitis is brought to the emergency department after being found lying on the street.  He is lethargic and reports weakness and dizziness.  Pulse rate is 100 per minute, respirations are 25 per minute, and blood pressure is 95/60 mm Hg.  The expiratory phase of respiration is prolonged, and scattered rhonchi are heard.  The remainder of the examination is normal.

Laboratory studies:

|  |  |
|---|---|
| Serum electrolytes | |
| Sodium | 135 mEq/L |
| Potassium | 3.3 mEq/L |
| Chloride | 82 mEq/L |
| Bicarbonate | 25 mEq/L |
| Arterial blood studies | |
| $PO_2$ | 75 mm Hg |
| $PCO_2$ | 41 mm Hg |
| pH | 7.41 |

Which of the following best characterizes this patient's metabolic status?

A. Normal
B. Post-hypercapnic metabolic alkalosis
C. Mixed metabolic alkalosis and respiratory alkalosis
D. Mixed metabolic acidosis and metabolic alkalosis
E. The acid–base data are not internally consistent

**ABIM11066**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 982 of 2747
PageID: 16810

ABIM11067

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 983 of 2747
PageID: 16811

**ABIM11068**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 984 of 2747 PageID: 16812

ABIM11069

# 7

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months.  She has not had dyspareunia or menorrhagia.  Menses are occasionally irregular; her last menstrual period was two weeks ago.  The patient takes no medications.  She has had one uncomplicated pregnancy and delivery.

Pelvic examination reveals a nontender right adnexal mass.  Physical examination is otherwise normal.  Papanicolaou test is normal.  Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A.  Repeat ultrasonography in two months
B.  Oral contraceptive therapy and repeat ultrasonography in two months
C.  Fine-needle aspiration of the mass
D.  Surgical consultation

**ABIM11070**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 986 of 2747
PageID: 16814

ABIM11071

ABIM11072

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 988 of 2747
PageID: 16816

ABIM11073

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 989 of 2747
PageID: 16817

ABIM11074

# 12

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days.  The patient is a garbage collector and frequently scrapes his hands while working.  He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill.  Temperature is 39.5 C (103.1 F).  Pulse rate is 108 per minute and regular.  Respirations are 22 per minute.  Jaundice and scleral icterus are present.  The abdomen is diffusely tender.  Liver span is 15 cm in the midclavicular line.  Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

A. *Ehrlichia ewingii*
B. *Escherichia coli* O157:H7
C. *Francisella tularensis*
D. *Leptospira interrogans*

**ABIM11075**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 991 of 2747 PageID: 16819

**ABIM11076**

# 14

A 52-year-old woman has shortness of breath when climbing a flight of stairs or walking rapidly on level ground.  Dyspnea has become increasingly noticeable with less activity during the past four months.  Her only other symptom is discomfort of the knees and elbows.  She has smoked one pack of cigarettes daily for 20 years.

The patient is thin and in no distress at rest.  Vital signs are normal.  Oxygen saturation by pulse oximetry is 92% at rest and 87% after walking.  End-inspiratory crackles are heard at both lung bases.  Breath sounds are otherwise normal.  The remainder of the physical examination is normal.  FVC is 70% of predicted, $FEV_1$/FVC is 95%, FRC is 70% of predicted, and $DL_{CO}$ is 50% of predicted.  Chest radiograph shows linear opacities at both lung bases.

Which of the following is the most likely cause of the dyspnea?

A.  Asthma
B.  Chronic obstructive pulmonary disease
C.  Interstitial fibrosis
D.  Primary pulmonary hypertension

**ABIM11077**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 993 of 2747 PageID: 16821

**ABIM11078**

ABIM11079

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 995 of 2747
PageID: 16823

# 17

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM11080**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 996 of 2747
PageID: 16824

**ABIM11081**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 997 of 2747
PageID: 16825

ABIM11082

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 998 of 2747
PageID: 16826

ABIM11083

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 999 of 2747 PageID: 16827

**ABIM11084**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1000 of 2747
PageID: 16828

**ABIM11085**

# 23

A 74-year-old man reports visual changes in his right eye. For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare. He has had no difficulty using either eye to read crossword puzzles. His other medical problems are diabetes mellitus, hypertension, and osteoarthritis. Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye. Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right. Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test. Both eyes have full range of motion. A diminished red reflex is noted in the right eye. Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A. Age-related macular degeneration
B. Diabetic retinopathy
C. Ischemic optic neuropathy
D. Posterior subcapsular cataract
E. Pterygium

**ABIM11086**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1002 of 2747
PageID: 16830

# 24

A 55-year-old man has had gradually increasing abdominal girth and mild ankle swelling for two months.  The patient has smoked one pack of cigarettes daily for 40 years and has had "asthmatic bronchitis" with cough, wheezing, and shortness of breath for ten years.  He has a history of alcohol dependence.

Pulse rate is 92 per minute, and blood pressure is 110/96 mm Hg.  Scleral icterus is noted.  The posteroanterior diameter of the chest is increased.  Estimated central venous pressure is 20 cm $H_2O$.  $S_1$ is loud, and $S_2$ is a narrowly split with accentuation of the second component.  A loud early diastolic sound is audible.  Bibasilar crackles with expiratory wheezing are heard.  Evidence of ascites is noted on percussion of the abdomen.  Electrocardiogram shows atrial fibrillation, an axis of +90 degrees, and nonspecific ST–T wave changes.  Chest radiographs are shown.

Which of the following is the best treatment option?

A. Biventricular pacing
B. Atrioventricular node ablation and pacemaker placement
C. Pericardiectomy
D. Mitral valve replacement

**ABIM11087**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1003 of 2747 PageID: 16831

ABIM11088

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1004 of 2747 PageID: 16832

**ABIM11089**

# 27

A 68-year-old man is admitted to the hospital because of abdominal pain, nausea, vomiting, and fever. Symptoms began about 36 hours ago. He has hypertension; two years ago he had a lacunar cerebral infarction that resulted in mild left arm weakness.

Temperature is 39.2 C (102.6 F), pulse rate is 108 per minute, and blood pressure is 80/60 mm Hg. The right lower abdomen is tender, and evidence of peritonitis is noted. Leukocyte count is 14,200/cu mm with 78% segmented neutrophils, 12% band forms, and 10% lymphocytes. The patient is treated with intravenous fluids and imipenem–cilastatin (500 mg every six hours); laparotomy reveals a perforated appendix and peritonitis.

Myoclonus develops on the second postoperative day, followed by a generalized seizure. Temperature is 37.6 C (99.7 F), pulse rate is 100 per minute, respirations are 16 per minute, and blood pressure is 128/88 mm Hg. The pupils are equal and reactive to light. The neck is supple. The abdomen is slightly tender, and the surgical wound is healing well. A suction drainage device drains a small amount of serous fluid. Neurologic examination shows only postictal lethargy and the previously noted arm weakness.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 36% |
| Hemoglobin | 12.8 g/dL |
| Leukocyte count | 10,600/cu mm; 88% segmented neutrophils, 4% band forms, 8% lymphocytes |
| Plasma glucose | 260 mg/dL |
| Blood urea nitrogen | 46 mg/dL |
| Serum creatinine | 2.8 mg/dL |
| Serum total bilirubin | 1.4 mg/dL |
| Serum aspartate aminotransferase (AST) | 58 U/L |
| Serum calcium | 7.8 mg/dL |
| Serum phosphorus | 4.8 mg/dL |
| Serum electrolytes | Normal |
| Serum albumin | 2.4 g/dL |

Which of the following is the most likely cause of the seizure?

A.  Reaction to imipenem–cilastatin
B.  Hypocalcemia
C.  Intracranial hemorrhage
D.  Bacterial meningitis
E.  Brain abscess

**ABIM11090**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1006 of 2747 PageID: 16834

ABIM11091

# 29

An 82-year-old man comes to your office because he has had malaise and weakness for two months. He takes digoxin (0.125 mg daily) for a "weak heart."  The patient lives alone and states that his diet consists mainly of milk, bread, cake, and coffee.  He does not drink alcoholic beverages.  Bowel movements occur regularly three times a week.

The patient is edentulous and has scant body hair.  He has tenderness over both tibias and several bruises over the lower legs and forearms.  A 2-cm partially healed ulcer is present over the right tibia. This lesion appeared two weeks ago, but the patient has had no recent injuries.

Which of the following vitamin deficiencies is most consistent with this clinical presentation?

A. Niacin
B. Riboflavin
C. Vitamin C
D. Vitamin D
E. Vitamin K

**ABIM11092**

ABIM11093

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1009 of 2747 PageID: 16837

ABIM11094

ABIM11095

**ABIM11096**

# 34

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material.  Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.  Abdominal examination is normal except for mild epigastric tenderness.  Stool is positive for occult blood.

Laboratory studies:

|                     |                 |
|---------------------|-----------------|
| Hematocrit          | 30%             |
| Hemoglobin          | 10.0 g/dL       |
| Leukocyte count     | 8500/cu mm      |
| Platelet count      | 210,000/cu mm   |
| Prothrombin time    | Normal          |
| Serum creatinine    | 0.9 mg/dL       |
| Blood urea nitrogen | 35 mg/dL        |

Intravenous fluids and an intravenous proton pump inhibitor are begun.  Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base.  No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.   Begin clear liquids, and admit the patient to the medical service
B.   Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.   Begin therapy with octreotide, and admit the patient to the intensive care unit
D.   Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.   Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

**ABIM11097**

Case 2:14-cv-06428-KSH-CLW  Document 211-4  Filed 02/20/24  Page 1013 of 2747 PageID: 16841

ABIM11098

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1014 of 2747
PageID: 16842

**ABIM11099**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1015 of 2747
PageID: 16843

# 37

A 34-year-old male house painter has had weakness in the right arm and pain in the right shoulder since he lost his footing on a ladder and fell onto his outstretched arm yesterday.  The pain is not severe and occurs only with motion of the shoulder.  He is right handed and is unable to elevate that arm to paint.  He has no other symptoms and generally feels well.

The patient is unable to actively abduct the right arm.  When you raise the arm 60 degrees, he is unable to maintain the elevation against gravity.  When you abduct the arm 90 degrees, he is able to continue the motion.  The shoulder has full passive range of motion and local tenderness to palpation beneath the tip of the acromion.  The cervical spine has full range of motion, and no paraspinal tenderness or muscle atrophy is present.  Reflexes in the arm are intact.  Sensory examination is normal, as is the remainder of the physical examination.  Complete blood count, comprehensive metabolic panel, and radiograph of the shoulder are normal.

Which of the following is the most likely diagnosis?

A.   Acute osteonecrosis of the humeral head
B.   Acute deltoid muscle rupture
C.   Acute rotator cuff tear
D.   Acute supraspinatus tendinitis
E.   Rupture of the tendon of the long head of the biceps

**ABIM11100**

# 38

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

|  | Four months ago | Today |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* — | | 12 |
| Serum bilirubin (mg/dL) | | |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | | 230400 |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A.  Autoimmune hemolytic anemia
B.  Acute viral hepatitis
C.  Folic acid deficiency
D.  Transformation to large cell lymphoma
E.  Progressive replacement of bone marrow by chronic lymphocytic leukemia

**ABIM11101**

Case 2:14-cv-06428-KSH-CLW  Document 211-4  Filed 02/20/24  Page 1017 of 2747 PageID: 16845

ABIM11102

# 40

A 49-year-old man is transferred to your service from another hospital for evaluation of bloody diarrhea of three weeks' duration and right upper quadrant abdominal pain of two days' duration. The patient has chronic schizophrenia, which has required numerous admissions to psychiatric institutions during the past few years. Medical records from the other hospital show that stool is negative for bacteria, ova and parasites (x3), and *Clostridium difficile* toxin. Flexible sigmoidoscopy revealed friable mucosa with a cobblestone appearance of multiple small ulcers. Prednisone (20 mg three times daily) was begun five days ago, but his symptoms have not improved.

Temperature is 38.2 C (100.8 F). The right upper and lower abdominal quadrants are tender. Bowel sounds are normal. Stool is positive for occult blood; a moderate number of fecal leukocytes are noted.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 35% |
| Leukocyte count | 14,700/cu mm; 53% segmented neutrophils, 29% band forms, 12% lymphocytes, 6% monocytes |
| Serum total bilirubin | 2.0 mg/dL |
| Serum alkaline phosphatase | 210 U/L |
| Serum aspartate aminotransferase (AST) | 65 U/L |
| Serum lactate dehydrogenase | 626 U/L *[140–280]* |

Ultrasonography of the liver shows a 5-cm mass in the right lobe.

Which of the following is the most likely cause of the persistent symptoms?

A. *Campylobacter jejuni*
B. *Clostridium difficile*
C. *Cryptosporidium* species
D. *Entamoeba histolytica*
E. Hepatitis B virus

**ABIM11103**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1019 of 2747 PageID: 16847

ABIM11104

# 42

A 38-year-old woman is brought to the emergency department by friends who found her stuporous in her apartment; no pills or empty bottles were found. Her friends believe she is in good health and that her only medication is an oral contraceptive. They also report that she has been depressed since ending a relationship with a boyfriend.

Supine pulse rate is 110 per minute and supine blood pressure is 100/64 mm Hg; postural changes cannot be determined because the patient cannot sit upright. Her breath has a sweet or fruity odor. The optic fundi appear normal, and both pupils react briskly to light. Cardiovascular examination is normal except for regular tachycardia. The lungs are clear. The abdomen is not tender. No peripheral edema is present.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 1.1 mg/dL |
| Serum electrolytes | |
|    Sodium | 136 mEq/L |
|    Potassium | 4.2 mEq/L |
|    Chloride | 100 mEq/L |
|    Bicarbonate | 11 mEq/L |
| Arterial blood studies | |
|    $Po_2$ | 134 mm Hg |
|    $Pco_2$ | 28 mm Hg |
|    pH | 7.28 |
| Urinalysis | Blood and glucose negative, trace protein; sheets of envelope-shaped monohydrate calcium oxalate crystals |
| Toxicology screen | Pending |

Which of the following tests would be most helpful in establishing the diagnosis?

A.  Plasma salicylate
B.  Serum osmolality
C.  Serum ketones
D.  Venous blood lactate
E.  Urine electrolytes

**ABIM11105**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1021 of 2747 PageID: 16849

ABIM11106

**ABIM11107**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1023 of 2747 PageID: 16851

**ABIM11108**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1024 of 2747 PageID: 16852

**ABIM11109**

# 47

A previously healthy 45-year-old woman who has type 2 diabetes mellitus comes to your office in August because she has had a painful facial rash (shown), fever, and lethargy for three days.  She spends her weekends at the beach.

The most likely cause of this condition is infection with which of the following?

A. Comma-shaped, gram-negative rods
B. Gram-positive cocci in clusters
C. Gram-positive cocci in chains
D. A rickettsia
E. A spirochete

**ABIM11110**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1026 of 2747
PageID: 16854

# 48

A 19-year-old woman has had fever, cough, and right-sided pleuritic pain for one week.  She reports malaise and reduced exercise tolerance but has not had hemoptysis or wheezing.  Medical history is noncontributory.  She takes no medications and does not smoke cigarettes.  She has lived in Mississippi all her life.  Two weeks ago, she returned from a vacation in California and Arizona.

Temperature is 38.4 C (101.1 F), pulse rate is 92 per minute and regular, respirations are 18 per minute, and blood pressure is 120/60 mm Hg.  Cardiac examination is normal.  Crackles are heard at the right lung base.  Hematocrit and hemoglobin are normal; leukocyte count is 10,100/cu mm with 75% neutrophils, 15% lymphocytes, and 10% eosinophils.  Chest radiograph shows consolidation in the right lower lobe and enlargement of the right hilar lymph nodes.

Which of the following is the most likely diagnosis?

A.  Allergic bronchopulmonary aspergillosis
B.  Asthma
C.  *Histoplasma* pneumonia
D.  Pulmonary coccidioidomycosis

**ABIM11111**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1027 of 2747 PageID: 16855

ABIM11112

**ABIM11113**

ABIM11114

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1030 of 2747 PageID: 16858

ABIM11115

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1031 of 2747 PageID: 16859

ABIM11116

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1032 of 2747
PageID: 16860

# 54

A 27-year-old woman who emigrated from Mexico has had intermittent shortness of breath and occasional wheezing for one year. Symptoms have worsened in the past several months. Several courses of inhaled bronchodilators have been of little benefit, and inhaled or oral corticosteroids have made the symptoms worse.

Temperature is normal. Expiratory wheezes are audible. Complete blood count is normal except for an absolute eosinophil count of 900/cu mm *[less than 300]*. $FEV_1$ is 75% of predicted, and FVC is 100% of predicted. Radiograph of the chest reveals patchy opacities.

Which of the following is the most likely diagnosis?

A. Allergic asthma
B. Allergic bronchopulmonary aspergillosis
C. *Entamoeba histolytica* infection
D. Hypersensitivity pneumonitis
E. Strongyloidiasis

**ABIM11117**

ABIM11118

**ABIM11119**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1035 of 2747
PageID: 16863

**ABIM11120**

ABIM11121

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1037 of 2747
PageID: 16865

ABIM11122

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1038 of 2747
PageID: 16866

# 60

A 25-year-old woman has had palpitations, fatigue, and heat intolerance for six weeks.  Three months ago she had a spontaneous abortion.  Her mother and sister have autoimmune thyroid disease, and both take L-thyroxine.  The patient takes no medications.

Pulse rate is 98 per minute, and blood pressure 100/60 mm Hg.  Mild tremor is noted.  The thyroid gland is firm and without nodules.  Pelvic examination is normal.

Laboratory studies:

| | |
|---|---|
| Free serum thyroxine ($T_4$) | 2.5 ng/dL *[0.8–2.4]* |
| Serum thyroid-stimulating hormone | 0.1 μU/mL *[0.5–4.0]* |
| Four-hour radioiodine ($^{131}$I) uptake | 3% *[5–30]* |
| Serum thyroglobulin | 30 ng/mL *[less than 20]* |

Which of the following best explains this patient's thyroid disorder?

A.  Graves' disease
B.  Postpartum thyroiditis
C.  Struma ovarii
D.  Surreptitious ingestion of thyroid hormone

**ABIM11123**



**Internal Medicine**

**module 209**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11124**

ABIM11125

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1041 of 2747
PageID: 16869

# 2

A 28-year-old man has had abdominal pain, anorexia, and headache for four to six weeks.  His general health is excellent, and he is proud of his physical conditioning.  He takes protein supplements and high doses of vitamins.

Some irritability and mental slowness are noted during physical examination.  The skin is dry and scaly.  Vital signs are normal.  The optic disk margins are blurred bilaterally.  The liver is enlarged; a rounded, smooth, slightly tender edge extends 4 cm below the costal margin in the midclavicular line. Complete blood count and comprehensive metabolic panel are normal except for serum calcium of 10.8 mg/dL.

The most likely cause of this disorder is an excess of which of the following?

A.  Vitamin A
B.  Vitamin $B_2$ (riboflavin)
C.  Vitamin $B_6$ (pyridoxine)
D.  Vitamin D
E.  Vitamin E

**ABIM11126**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1042 of 2747
PageID: 16870

# 3

A 58-year-old man who has a history of alcohol dependence and chronic bronchitis is brought to the emergency department after being found lying on the street.  He is lethargic and reports weakness and dizziness.  Pulse rate is 100 per minute, respirations are 25 per minute, and blood pressure is 95/60 mm Hg.  The expiratory phase of respiration is prolonged, and scattered rhonchi are heard.  The remainder of the examination is normal.

Laboratory studies:

| | |
|---|---|
| Serum electrolytes | |
| Sodium | 135 mEq/L |
| Potassium | 3.3 mEq/L |
| Chloride | 82 mEq/L |
| Bicarbonate | 25 mEq/L |
| Arterial blood studies | |
| $PO_2$ | 75 mm Hg |
| $PCO_2$ | 41 mm Hg |
| pH | 7.41 |

Which of the following best characterizes this patient's metabolic status?

A. Normal
B. Post-hypercapnic metabolic alkalosis
C. Mixed metabolic alkalosis and respiratory alkalosis
D. Mixed metabolic acidosis and metabolic alkalosis
E. The acid–base data are not internally consistent

**ABIM11127**

ABIM11128

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1044 of 2747 PageID: 16872

ABIM11129

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1045 of 2747
PageID: 16873

ABIM11130

# 7

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months.  She has not had dyspareunia or menorrhagia.  Menses are occasionally irregular; her last menstrual period was two weeks ago.  The patient takes no medications.  She has had one uncomplicated pregnancy and delivery.

Pelvic examination reveals a nontender right adnexal mass.  Physical examination is otherwise normal.  Papanicolaou test is normal.  Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A.  Repeat ultrasonography in two months
B.  Oral contraceptive therapy and repeat ultrasonography in two months
C.  Fine-needle aspiration of the mass
D.  Surgical consultation

**ABIM11131**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1047 of 2747 PageID: 16875

**ABIM11132**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1048 of 2747   PageID: 16876

**ABIM11133**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1049 of 2747 PageID: 16877

**ABIM11134**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1050 of 2747 PageID: 16878

ABIM11135

# 12

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days.  The patient is a garbage collector and frequently scrapes his hands while working.  He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill.  Temperature is 39.5 C (103.1 F).  Pulse rate is 108 per minute and regular.  Respirations are 22 per minute.  Jaundice and scleral icterus are present.  The abdomen is diffusely tender.  Liver span is 15 cm in the midclavicular line.  Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

A. *Ehrlichia ewingii*
B. *Escherichia coli* O157:H7
C. *Francisella tularensis*
D. *Leptospira interrogans*

**ABIM11136**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1052 of 2747
PageID: 16880

**ABIM11137**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1053 of 2747
PageID: 16881

# 14

A 52-year-old woman has shortness of breath when climbing a flight of stairs or walking rapidly on level ground.  Dyspnea has become increasingly noticeable with less activity during the past four months.  Her only other symptom is discomfort of the knees and elbows.  She has smoked one pack of cigarettes daily for 20 years.

The patient is thin and in no distress at rest.  Vital signs are normal.  Oxygen saturation by pulse oximetry is 92% at rest and 87% after walking.  End-inspiratory crackles are heard at both lung bases.  Breath sounds are otherwise normal.  The remainder of the physical examination is normal.  FVC is 70% of predicted, $FEV_1$/FVC is 95%, FRC is 70% of predicted, and $DL_{CO}$ is 50% of predicted.  Chest radiograph shows linear opacities at both lung bases.

Which of the following is the most likely cause of the dyspnea?

A.  Asthma
B.  Chronic obstructive pulmonary disease
C.  Interstitial fibrosis
D.  Primary pulmonary hypertension

**ABIM11138**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1054 of 2747
PageID: 16882

**ABIM11139**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1055 of 2747 PageID: 16883

ABIM11140

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1056 of 2747
PageID: 16884

# 17

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM11141**

ABIM11142

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1058 of 2747
PageID: 16886

**ABIM11143**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1059 of 2747
PageID: 16887

**ABIM11144**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1060 of 2747 PageID: 16888

ABIM11145

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1061 of 2747 PageID: 16889

ABIM11146

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1062 of 2747
PageID: 16890

# 23

A 74-year-old man reports visual changes in his right eye.  For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare.  He has had no difficulty using either eye to read crossword puzzles.  His other medical problems are diabetes mellitus, hypertension, and osteoarthritis.  Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye.  Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right.  Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test.  Both eyes have full range of motion.  A diminished red reflex is noted in the right eye.  Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A.  Age-related macular degeneration
B.  Diabetic retinopathy
C.  Ischemic optic neuropathy
D.  Posterior subcapsular cataract
E.  Pterygium

**ABIM11147**

# 24

A 55-year-old man has had gradually increasing abdominal girth and mild ankle swelling for two months.  The patient has smoked one pack of cigarettes daily for 40 years and has had "asthmatic bronchitis" with cough, wheezing, and shortness of breath for ten years.  He has a history of alcohol dependence.

Pulse rate is 92 per minute, and blood pressure is 110/96 mm Hg.  Scleral icterus is noted.  The posteroanterior diameter of the chest is increased.  Estimated central venous pressure is 20 cm $H_2O$.  $S_1$ is loud, and $S_2$ is a narrowly split with accentuation of the second component.  A loud early diastolic sound is audible.  Bibasilar crackles with expiratory wheezing are heard.  Evidence of ascites is noted on percussion of the abdomen.  Electrocardiogram shows atrial fibrillation, an axis of +90 degrees, and nonspecific ST–T wave changes.  Chest radiographs are shown.

Which of the following is the best treatment option?

A. Biventricular pacing
B. Atrioventricular node ablation and pacemaker placement
C. Pericardiectomy
D. Mitral valve replacement

**ABIM11148**

ABIM11149

**ABIM11150**

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 1066 of 2747
PageID: 16894

# 27

A 68-year-old man is admitted to the hospital because of abdominal pain, nausea, vomiting, and fever. Symptoms began about 36 hours ago. He has hypertension; two years ago he had a lacunar cerebral infarction that resulted in mild left arm weakness.

Temperature is 39.2 C (102.6 F), pulse rate is 108 per minute, and blood pressure is 80/60 mm Hg. The right lower abdomen is tender, and evidence of peritonitis is noted. Leukocyte count is 14,200/cu mm with 78% segmented neutrophils, 12% band forms, and 10% lymphocytes. The patient is treated with intravenous fluids and imipenem–cilastatin (500 mg every six hours); laparotomy reveals a perforated appendix and peritonitis.

Myoclonus develops on the second postoperative day, followed by a generalized seizure. Temperature is 37.6 C (99.7 F), pulse rate is 100 per minute, respirations are 16 per minute, and blood pressure is 128/88 mm Hg. The pupils are equal and reactive to light. The neck is supple. The abdomen is slightly tender, and the surgical wound is healing well. A suction drainage device drains a small amount of serous fluid. Neurologic examination shows only postictal lethargy and the previously noted arm weakness.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 36% |
| Hemoglobin | 12.8 g/dL |
| Leukocyte count | 10,600/cu mm; 88% segmented neutrophils, 4% band forms, 8% lymphocytes |
| Plasma glucose | 260 mg/dL |
| Blood urea nitrogen | 46 mg/dL |
| Serum creatinine | 2.8 mg/dL |
| Serum total bilirubin | 1.4 mg/dL |
| Serum aspartate aminotransferase (AST) | 58 U/L |
| Serum calcium | 7.8 mg/dL |
| Serum phosphorus | 4.8 mg/dL |
| Serum electrolytes | Normal |
| Serum albumin | 2.4 g/dL |

Which of the following is the most likely cause of the seizure?

A. Reaction to imipenem–cilastatin
B. Hypocalcemia
C. Intracranial hemorrhage
D. Bacterial meningitis
E. Brain abscess

**ABIM11151**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1067 of 2747
PageID: 16895

**ABIM11152**

# 29

An 82-year-old man comes to your office because he has had malaise and weakness for two months. He takes digoxin (0.125 mg daily) for a "weak heart."  The patient lives alone and states that his diet consists mainly of milk, bread, cake, and coffee.  He does not drink alcoholic beverages.  Bowel movements occur regularly three times a week.

The patient is edentulous and has scant body hair.  He has tenderness over both tibias and several bruises over the lower legs and forearms.  A 2-cm partially healed ulcer is present over the right tibia. This lesion appeared two weeks ago, but the patient has had no recent injuries.

Which of the following vitamin deficiencies is most consistent with this clinical presentation?

A. Niacin
B. Riboflavin
C. Vitamin C
D. Vitamin D
E. Vitamin K

**ABIM11153**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1069 of 2747 PageID: 16897

**ABIM11154**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1070 of 2747
PageID: 16898

**ABIM11155**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1071 of 2747 PageID: 16899

**ABIM11156**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1072 of 2747 PageID: 16900

**ABIM11157**

# 34

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material.  Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.  Abdominal examination is normal except for mild epigastric tenderness.  Stool is positive for occult blood.

Laboratory studies:

|                    |                 |
| ------------------ | --------------- |
| Hematocrit         | 30%             |
| Hemoglobin         | 10.0 g/dL       |
| Leukocyte count    | 8500/cu mm      |
| Platelet count     | 210,000/cu mm   |
| Prothrombin time   | Normal          |
| Serum creatinine   | 0.9 mg/dL       |
| Blood urea nitrogen | 35 mg/dL       |

Intravenous fluids and an intravenous proton pump inhibitor are begun.  Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base.  No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.   Begin clear liquids, and admit the patient to the medical service
B.   Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.   Begin therapy with octreotide, and admit the patient to the intensive care unit
D.   Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.   Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

**ABIM11158**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1074 of 2747 PageID: 16902

**ABIM11159**

ABIM11160

# 37

A 34-year-old male house painter has had weakness in the right arm and pain in the right shoulder since he lost his footing on a ladder and fell onto his outstretched arm yesterday.  The pain is not severe and occurs only with motion of the shoulder.  He is right handed and is unable to elevate that arm to paint.  He has no other symptoms and generally feels well.

The patient is unable to actively abduct the right arm.  When you raise the arm 60 degrees, he is unable to maintain the elevation against gravity.  When you abduct the arm 90 degrees, he is able to continue the motion.  The shoulder has full passive range of motion and local tenderness to palpation beneath the tip of the acromion.  The cervical spine has full range of motion, and no paraspinal tenderness or muscle atrophy is present.  Reflexes in the arm are intact.  Sensory examination is normal, as is the remainder of the physical examination.  Complete blood count, comprehensive metabolic panel, and radiograph of the shoulder are normal.

Which of the following is the most likely diagnosis?

A.   Acute osteonecrosis of the humeral head
B.   Acute deltoid muscle rupture
C.   Acute rotator cuff tear
D.   Acute supraspinatus tendinitis
E.   Rupture of the tendon of the long head of the biceps

**ABIM11161**

# 38

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

|  | Four months ago | Today |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
|   Neutrophils (%) | 15 | 10 |
|   Lymphocytes (%) | 75 | 80 |
|   Monocytes (%) | 8 | 7 |
|   Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* — | | 12 |
| Serum bilirubin (mg/dL) | | |
|   Total | 1.0 | 2.3 |
|   Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | | 230400 |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A. Autoimmune hemolytic anemia
B. Acute viral hepatitis
C. Folic acid deficiency
D. Transformation to large cell lymphoma
E. Progressive replacement of bone marrow by chronic lymphocytic leukemia

**ABIM11162**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1078 of 2747
PageID: 16906

**ABIM11163**

# 40

A 49-year-old man is transferred to your service from another hospital for evaluation of bloody diarrhea of three weeks' duration and right upper quadrant abdominal pain of two days' duration. The patient has chronic schizophrenia, which has required numerous admissions to psychiatric institutions during the past few years. Medical records from the other hospital show that stool is negative for bacteria, ova and parasites (x3), and *Clostridium difficile* toxin. Flexible sigmoidoscopy revealed friable mucosa with a cobblestone appearance of multiple small ulcers. Prednisone (20 mg three times daily) was begun five days ago, but his symptoms have not improved.

Temperature is 38.2 C (100.8 F). The right upper and lower abdominal quadrants are tender. Bowel sounds are normal. Stool is positive for occult blood; a moderate number of fecal leukocytes are noted.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 35% |
| Leukocyte count | 14,700/cu mm; 53% segmented neutrophils, 29% band forms, 12% lymphocytes, 6% monocytes |
| Serum total bilirubin | 2.0 mg/dL |
| Serum alkaline phosphatase | 210 U/L |
| Serum aspartate aminotransferase (AST) | 65 U/L |
| Serum lactate dehydrogenase | 626 U/L *[140–280]* |

Ultrasonography of the liver shows a 5-cm mass in the right lobe.

Which of the following is the most likely cause of the persistent symptoms?

A.  *Campylobacter jejuni*
B.  *Clostridium difficile*
C.  *Cryptosporidium* species
D.  *Entamoeba histolytica*
E.  Hepatitis B virus

**ABIM11164**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1080 of 2747 PageID: 16908

ABIM11165

# 42

A 38-year-old woman is brought to the emergency department by friends who found her stuporous in her apartment; no pills or empty bottles were found. Her friends believe she is in good health and that her only medication is an oral contraceptive. They also report that she has been depressed since ending a relationship with a boyfriend.

Supine pulse rate is 110 per minute and supine blood pressure is 100/64 mm Hg; postural changes cannot be determined because the patient cannot sit upright. Her breath has a sweet or fruity odor. The optic fundi appear normal, and both pupils react briskly to light. Cardiovascular examination is normal except for regular tachycardia. The lungs are clear. The abdomen is not tender. No peripheral edema is present.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 1.1 mg/dL |
| Serum electrolytes | |
| Sodium | 136 mEq/L |
| Potassium | 4.2 mEq/L |
| Chloride | 100 mEq/L |
| Bicarbonate | 11 mEq/L |
| Arterial blood studies | |
| $Po_2$ | 134 mm Hg |
| $Pco_2$ | 28 mm Hg |
| pH | 7.28 |
| Urinalysis | Blood and glucose negative, trace protein; sheets of envelope-shaped monohydrate calcium oxalate crystals |
| Toxicology screen | Pending |

Which of the following tests would be most helpful in establishing the diagnosis?

A. Plasma salicylate
B. Serum osmolality
C. Serum ketones
D. Venous blood lactate
E. Urine electrolytes

**ABIM11166**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1082 of 2747
PageID: 16910

**ABIM11167**

Case 2:14-cv-06428-KSH-CLW  Document 211-4  Filed 02/20/24  Page 1083 of 2747 PageID: 16911

**ABIM11168**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1084 of 2747
PageID: 16912

**ABIM11169**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1085 of 2747
PageID: 16913

**ABIM11170**

**ABIM11171**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1087 of 2747
PageID: 16915

**ABIM11172**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1088 of 2747
PageID: 16916

ABIM11173

**ABIM11174**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1090 of 2747 PageID: 16918

ABIM11175

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1091 of 2747 PageID: 16919

ABIM11176

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 1092 of 2747
PageID: 16920

**ABIM11177**

ABIM11178

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1094 of 2747
PageID: 16922

ABIM11179

ABIM11180

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1096 of 2747 PageID: 16924

**ABIM11181**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1097 of 2747 PageID: 16925

**ABIM11182**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1098 of 2747 PageID: 16926

ABIM11183

**ABIM11184**



# Internal Medicine

# module 401

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11185**

**ABIM11186**

ABIM11187

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1103 of 2747 PageID: 16931

ABIM11188

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1104 of 2747 PageID: 16932

**ABIM11189**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1105 of 2747 PageID: 16933

ABIM11190

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1106 of 2747
PageID: 16934

# 6

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM11191**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1107 of 2747 PageID: 16935

ABIM11192

ABIM11193

ABIM11194

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1110 of 2747 PageID: 16938

ABIM11195

ABIM11196

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1112 of 2747 PageID: 16940

**ABIM11197**

ABIM11198

**ABIM11199**

ABIM11200

ABIM11201

**ABIM11202**

**ABIM11203**

# 19

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|    Total | 9.5 g/dL |
|    Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

A. Serum prostate-specific antigen
B. Serum immunofixation
C. Computed tomography of the chest

**ABIM11204**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1120 of 2747 PageID: 16948

ABIM11205

**ABIM11206**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1122 of 2747
PageID: 16950

**ABIM11207**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1123 of 2747 PageID: 16951

**ABIM11208**

**ABIM11209**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1125 of 2747 PageID: 16953

**ABIM11210**

ABIM11211

**ABIM11212**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1128 of 2747 PageID: 16956

**ABIM11213**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1129 of 2747
PageID: 16957

**ABIM11214**

# 30

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood.  Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell MALT lymphoma.

Which of the following is the most appropriate treatment?

A.  Lansoprazole
B.  Clarithromycin, amoxicillin, and lansoprazole
C.  Chemotherapy
D.  Chemotherapy followed by antrectomy
E.  Total gastrectomy

**ABIM11215**

# 31

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

**ABIM11216**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1132 of 2747 PageID: 16960

**ABIM11217**

**ABIM11218**

ABIM11219

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1135 of 2747 PageID: 16963

**ABIM11220**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1136 of 2747 PageID: 16964

**ABIM11221**

**ABIM11222**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1138 of 2747 PageID: 16966

ABIM11223

**ABIM11224**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1140 of 2747
PageID: 16968

ABIM11225

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1141 of 2747
PageID: 16969

ABIM11226

ABIM11227

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1143 of 2747
PageID: 16971

**ABIM11228**

ABIM11229

ABIM11230

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1146 of 2747
PageID: 16974

**ABIM11231**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1147 of 2747 PageID: 16975

**ABIM11232**

ABIM11233

**ABIM11234**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1150 of 2747
PageID: 16978

**ABIM11235**

ABIM11236

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1152 of 2747
PageID: 16980

**ABIM11237**

ABIM11238

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1154 of 2747
PageID: 16982

**ABIM11239**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1155 of 2747
PageID: 16983

**ABIM11240**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1156 of 2747 PageID: 16984

**ABIM11241**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1157 of 2747
PageID: 16985

**ABIM11242**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1158 of 2747
PageID: 16986

**ABIM11243**

**ABIM11244**

**ABIM11245**



**Internal Medicine**

**module 402**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11246**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1162 of 2747
PageID: 16990

**ABIM11247**

ABIM11248

**ABIM11249**

# 4

A 44-year-old man has had fatigue and has been sleeping poorly for several months.  He thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches.  He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily.  He works long hours but eats a well-balanced diet and exercises regularly.  He has not had a recent change in weight.

BMI is 24.  Blood pressure is normal.  The nasal septum is slightly deviated to the right.  The nasal mucosa is markedly injected.  The sinuses are not tender.  Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A.   Allergic rhinitis
B.   Deviated nasal septum
C.   Rhinitis medicamentosa
D.   Subacute bacterial sinusitis
E.   Vasomotor rhinitis

**ABIM11250**

**ABIM11251**

# 6

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; influenza B has been circulating in the region.  She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed.  She requires prednisone two to three times a year for postviral exacerbations of asthma.  She has not received an influenza vaccination this year.

The patient currently feels well; physical examination is normal.  Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

A.  No treatment now; begin oseltamivir within 12 hours if symptoms of influenza develop
B.  Influenza vaccine
C.  Oseltamivir
D.  Influenza vaccine and oseltamivir

**ABIM11252**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1168 of 2747 PageID: 16996

ABIM11253

**ABIM11254**

**ABIM11255**

ABIM11256

**ABIM11257**

**ABIM11258**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1174 of 2747 PageID: 17002

**ABIM11259**

ABIM11260

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1176 of 2747 PageID: 17004

ABIM11261

**ABIM11262**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1178 of 2747
PageID: 17006

# 17

A 48-year-old woman has had progressive fatigue, weight gain despite dieting, and constipation for eight years.  Her menses stopped after the birth of her last child eight years ago, and she was unable to breastfeed.  She has never been treated with estrogen.

BMI is 28.  Pulse rate is 60 per minute, and blood pressure is 132/90 mm Hg.  Skin texture is normal.  No periorbital edema is noted.  The thyroid gland is not palpable.  Ankle reflexes are mildly slowed.  The remainder of the examination is normal.  Serum thyroid-stimulating hormone is 1.2 µU/mL *[0.5–4.0]*, and serum free thyroxine ($T_4$) is 0.4 ng/mL *[0.8–2.4]*.

Which of the following is the most likely diagnosis?

A.   Autoimmune thyroiditis
B.   Iodine deficiency
C.   Postpartum pituitary necrosis
D.   Prolactinoma
E.   Subacute thyroiditis

**ABIM11263**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1179 of 2747 PageID: 17007

**ABIM11264**

# 19

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days. The patient is a garbage collector and frequently scrapes his hands while working. He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill. Temperature is 39.5 C (103.1 F). Pulse rate is 108 per minute and regular. Respirations are 22 per minute. Jaundice and scleral icterus are present. The abdomen is diffusely tender. Liver span is 15 cm in the midclavicular line. Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

A. *Ehrlichia ewingii*
B. *Escherichia coli* O157:H7
C. *Francisella tularensis*
D. *Leptospira interrogans*

**ABIM11265**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1181 of 2747 PageID: 17009

**ABIM11266**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1182 of 2747 PageID: 17010

**ABIM11267**

**ABIM11268**

# 23

Which of the following agents decreases cardiovascular mortality in patients who have class III or class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

**ABIM11269**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1185 of 2747 PageID: 17013

ABIM11270

**ABIM11271**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1187 of 2747 PageID: 17015

**ABIM11272**

**ABIM11273**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1189 of 2747
PageID: 17017

ABIM11274

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1190 of 2747 PageID: 17018

**ABIM11275**

ABIM11276

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1192 of 2747
PageID: 17020

**ABIM11277**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1193 of 2747
PageID: 17021

**ABIM11278**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1194 of 2747
PageID: 17022

**ABIM11279**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1195 of 2747 PageID: 17023

**ABIM11280**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1196 of 2747 PageID: 17024

**ABIM11281**

**ABIM11282**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1198 of 2747
PageID: 17026

ABIM11283

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1199 of 2747 PageID: 17027

ABIM11284

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1200 of 2747
PageID: 17028

**ABIM11285**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1201 of 2747 PageID: 17029

**ABIM11286**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1202 of 2747
PageID: 17030

ABIM11287

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1203 of 2747
PageID: 17031

**ABIM11288**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1204 of 2747
PageID: 17032

# 43

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day.  After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy.  Vital signs are normal.  General physical examination is normal.  A purulent urethral and cervical discharge is noted on pelvic examination.  Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited.  Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM11289**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1205 of 2747
PageID: 17033

ABIM11290

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1206 of 2747 PageID: 17034

**ABIM11291**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1207 of 2747 PageID: 17035

ABIM11292

ABIM11293

**ABIM11294**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1210 of 2747
PageID: 17038

# 49

A 63-year-old man comes to your office for a follow-up visit one month after hospital admission for an exacerbation of chronic obstructive pulmonary disease. At that time he was afebrile; leukocyte count was 8800/cu mm, and no acute changes were noted on chest radiograph. His symptoms resolved quickly with oxygen, inhaled bronchodilators, and oral amoxicillin–clavulanate.

Today he feels his condition has returned to baseline, but sputum obtained when he was hospitalized is growing *Mycobacterium avium*. Repeat chest radiograph is unchanged.

Which of the following is the most appropriate management?

A.   Observe; no change in management is necessary
B.   Perform tuberculin skin testing (PPD, 5 TU)
C.   Begin therapy immediately with clarithromycin and ethambutol
D.   Admit him to the hospital in respiratory isolation for further management

**ABIM11295**

ABIM11296

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1212 of 2747 PageID: 17040

**ABIM11297**

ABIM11298

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1214 of 2747
PageID: 17042

# 53

An 18-year-old man noticed swelling in the scrotum three days ago.  The left testicle is enlarged and only mildly tender on palpation.  It does not transilluminate.

Which of the following is the most likely diagnosis?

A.  Testicular torsion
B.  Varicocele
C.  Epididymitis
D.  Testicular germ cell tumor

**ABIM11299**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1215 of 2747 PageID: 17043

ABIM11300

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1216 of 2747 PageID: 17044

ABIM11301

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1217 of 2747
PageID: 17045

# 56

A 73-year-old man was admitted to the hospital eight days ago for treatment of a fractured left hip.  He now has dysphagia for both liquids and solids, intermittent odynophagia, and chest pain associated with eating.  The patient refuses to eat because of the pain.  Barium swallow is shown.

Which of the following should you recommend?

A.  Administration of isosorbide dinitrate
B.  Administration of metoclopramide
C.  Bougienage
D.  Dilation with a pneumatic dilator
E.  Long myotomy of the esophageal body

**ABIM11302**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1218 of 2747
PageID: 17046

ABIM11303

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1219 of 2747
PageID: 17047

**ABIM11304**

**ABIM11305**

# 60

A 75-year-old man who has metastatic lung cancer and chronic obstructive pulmonary disease (COPD) is admitted to the hospital because of acute shortness of breath from an exacerbation of COPD. The patient wants palliative care only. Low-dose morphine will be administered to alleviate respiratory hunger and metastatic bone pain. Shortly after an injection of morphine (2 mg), the patient has respiratory arrest.

Which of the following is most appropriate now?

A.  No further treatment
B.  Intravenous naloxone
C.  Noninvasive ventilatory support
D.  Intubation and mechanical ventilation

**ABIM11306**



# American Board of Internal Medicine

**Internal Medicine**

**module 403**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11307**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1223 of 2747
PageID: 17051

ABIM11308

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1224 of 2747
PageID: 17052

ABIM11309

ABIM11310

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1226 of 2747 PageID: 17054

ABIM11311

**ABIM11312**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1228 of 2747
PageID: 17056

ABIM11313

ABIM11314

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1230 of 2747 PageID: 17058

**ABIM11315**

**ABIM11316**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1232 of 2747
PageID: 17060

**ABIM11317**

ABIM11318

ABIM11319

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1235 of 2747
PageID: 17063

# 13

A 75-year-old man has had the dark 1.5-cm lesion shown on the upper back for several years.  He thinks it has grown steadily during the past two years.  It is painless, but he says that sometimes he scratches it and pieces of it "flake off."

Which of the following is the most likely diagnosis?

A. Compound nevus
B. Lentigo maligna
C. Malignant melanoma
D. Seborrheic keratosis
E. Verruca vulgaris

ABIM11320

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1236 of 2747 PageID: 17064

**ABIM11321**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1237 of 2747
PageID: 17065

**ABIM11322**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1238 of 2747
PageID: 17066

# 16

A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure.  Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded. He then became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds.  After 30 seconds, he awoke and reported generalized weakness.  Physical examination, electrocardiogram, and complete blood count are normal.

Which of the following is the most appropriate next step?

A.  Reassure the patient and discharge him from the emergency department
B.  Order computed tomography of the head
C.  Order electroencephalography
D.  Order echocardiography
E.  Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

**ABIM11323**

ABIM11324

**ABIM11325**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1241 of 2747
PageID: 17069

ABIM11326

ABIM11327

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1243 of 2747
PageID: 17071

**ABIM11328**

# 22

A 25-year-old woman comes to the emergency department because of tooth pain that has worsened during the past two days.  For two weeks, she has had heat and cold sensitivity in the left lower canine.  She has not had chills or fever, but tooth pain has interfered with sleep.  She takes no medications, and she is allergic to penicillin.

Examination reveals tenderness to percussion on the left lower canine and tenderness and swelling of the jaw below this tooth.  The submandibular lymph nodes are enlarged and tender.

In addition to dental care and analgesics, which of the following is the most appropriate treatment?

A.  Amoxicillin–clavulanate
B.  Ciprofloxacin
C.  Clindamycin
D.  Erythromycin
E.  Telithromycin

ABIM11329

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1245 of 2747 PageID: 17073

**ABIM11330**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1246 of 2747 PageID: 17074

ABIM11331

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1247 of 2747 PageID: 17075

**ABIM11332**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1248 of 2747 PageID: 17076

**ABIM11333**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1249 of 2747 PageID: 17077

**ABIM11334**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1250 of 2747
PageID: 17078

ABIM11335

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1251 of 2747 PageID: 17079

**ABIM11336**

**ABIM11337**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1253 of 2747
PageID: 17081

ABIM11338

ABIM11339

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1255 of 2747
PageID: 17083

# 33

A 32-year-old woman has had posterior neck pain for three months. The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning. She also has pain in the right buttock. Pain interferes with sleep and is associated with fatigue. The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance. She is uncertain how much longer she can continue to perform.

BMI is 26. Vital signs are normal. Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain. The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint. The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal. Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region. Neurologic examination is normal. Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase. Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

A. Prescribe a regular aerobic exercise program
B. Inject the right trapezius and lateral epicondyles with repository corticosteroids
C. Begin diazepam
D. Begin acetaminophen with codeine as needed
E. Begin prednisone

**ABIM11340**

**ABIM11341**

**ABIM11342**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1258 of 2747 PageID: 17086

**ABIM11343**

ABIM11344

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1260 of 2747
PageID: 17088

**ABIM11345**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1261 of 2747
PageID: 17089

**ABIM11346**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1262 of 2747
PageID: 17090

ABIM11347

**ABIM11348**

**ABIM11349**

**ABIM11350**

ABIM11351

**ABIM11352**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1268 of 2747
PageID: 17096

ABIM11353

ABIM11354

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1270 of 2747
PageID: 17098

**ABIM11355**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1271 of 2747 PageID: 17099

ABIM11356

**ABIM11357**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1273 of 2747
PageID: 17101

**ABIM11358**

**ABIM11359**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1275 of 2747
PageID: 17103

ABIM11360

# 54

A 24-year-old woman is evaluated for difficulty sleeping and a 5-kg (12-lb) weight loss over the past month.  Questioning discloses that she has felt sad on a daily basis during this time.  She reports extreme fatigue, which she attributes to awakening almost every night at about 2 AM and having difficulty falling asleep afterward.  She has not had the energy to participate in her usual social activities or go to the gym, where she had formerly participated in four or five exercise classes weekly. She reports having difficulty in performing her work, and says that she doesn't know why her boss hasn't already fired her.  She has never had a major health problem and takes no regular medications. Her mother was treated for depression many years ago.  The patient does not smoke cigarettes, and although she occasionally drinks a glass of wine with dinner, she has not had wine during the past month.

BMI is 21.  The patient's affect is flat.  The remainder of the physical examination and thyroid function studies are normal.

Which of the following is the most likely diagnosis?

A. Major depressive disorder
B. Dysthymia
C. Bipolar disorder
D. Anxiety disorder

**ABIM11361**

**ABIM11362**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1278 of 2747 PageID: 17106

ABIM11363

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1279 of 2747 PageID: 17107

**ABIM11364**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1280 of 2747
PageID: 17108

**ABIM11365**

ABIM11366

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1282 of 2747 PageID: 17110

ABIM11367



# American Board of Internal Medicine

**Internal Medicine**

**module 404**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11368**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1284 of 2747 PageID: 17112

**ABIM11369**

**ABIM11370**

**ABIM11371**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1287 of 2747
PageID: 17115

# 4

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases.  Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM11372**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1288 of 2747
PageID: 17116

**ABIM11373**

ABIM11374

ABIM11375

ABIM11376

**ABIM11377**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1293 of 2747
PageID: 17121

**ABIM11378**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1294 of 2747 PageID: 17122

ABIM11379

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1295 of 2747
PageID: 17123

**ABIM11380**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1296 of 2747
PageID: 17124

ABIM11381

**ABIM11382**

# 15

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM11383**

**ABIM11384**

ABIM11385

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1301 of 2747
PageID: 17129

**ABIM11386**

**ABIM11387**

ABIM11388

**ABIM11389**

ABIM11390

ABIM11391

ABIM11392

ABIM11393

**ABIM11394**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1310 of 2747
PageID: 17138

**ABIM11395**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1311 of 2747 PageID: 17139

ABIM11396

ABIM11397

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1313 of 2747 PageID: 17141

ABIM11398

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1314 of 2747 PageID: 17142

**ABIM11399**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1315 of 2747
PageID: 17143

**ABIM11400**

ABIM11401

**ABIM11402**

**ABIM11403**

**ABIM11404**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1320 of 2747
PageID: 17148

**ABIM11405**

**ABIM11406**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1322 of 2747
PageID: 17150

ABIM11407

**ABIM11408**

ABIM11409

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1325 of 2747
PageID: 17153

**ABIM11410**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1326 of 2747 PageID: 17154

**ABIM11411**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1327 of 2747 PageID: 17155

**ABIM11412**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1328 of 2747 PageID: 17156

**ABIM11413**

**ABIM11414**

**ABIM11415**

**ABIM11416**

**ABIM11417**

**ABIM11418**

ABIM11419

**ABIM11420**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1336 of 2747
PageID: 17164

**ABIM11421**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1337 of 2747
PageID: 17165

ABIM11422

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1338 of 2747
PageID: 17166

ABIM11423

**ABIM11424**

**ABIM11425**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1341 of 2747 PageID: 17169

**ABIM11426**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1342 of 2747 PageID: 17170

**ABIM11427**

ABIM11428



American Board
of Internal Medicine

**Internal Medicine**

**module 405**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11429**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1345 of 2747 PageID: 17173

**ABIM11430**

**ABIM11431**

ABIM11432

# 4

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases.  Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM11433**

**ABIM11434**

**ABIM11435**

ABIM11436

ABIM11437

ABIM11438

ABIM11439

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1355 of 2747 PageID: 17183

ABIM11440

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1356 of 2747 PageID: 17184

ABIM11441

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1357 of 2747 PageID: 17185

**ABIM11442**

**ABIM11443**

# 15

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM11444**

ABIM11445

ABIM11446

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1362 of 2747 PageID: 17190

ABIM11447

Case 2:14-cv-06428-KSH-CLW  Document 211-4  Filed 02/20/24  Page 1363 of 2747
PageID: 17191

**ABIM11448**

ABIM11449

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1365 of 2747 PageID: 17193

**ABIM11450**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1366 of 2747
PageID: 17194

**ABIM11451**

ABIM11452

**ABIM11453**

ABIM11454

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1370 of 2747 PageID: 17198

**ABIM11455**

**ABIM11456**

**ABIM11457**

ABIM11458

**ABIM11459**

**ABIM11460**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1376 of 2747 PageID: 17204

**ABIM11461**

**ABIM11462**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1378 of 2747 PageID: 17206

ABIM11463

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1379 of 2747 PageID: 17207

**ABIM11464**

ABIM11465

ABIM11466

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1382 of 2747 PageID: 17210

**ABIM11467**

ABIM11468

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1384 of 2747
PageID: 17212

ABIM11469

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1385 of 2747 PageID: 17213

ABIM11470

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1386 of 2747 PageID: 17214

**ABIM11471**

ABIM11472

**ABIM11473**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1389 of 2747 PageID: 17217

ABIM11474

**ABIM11475**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1391 of 2747 PageID: 17219

ABIM11476

**ABIM11477**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1393 of 2747 PageID: 17221

ABIM11478

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1394 of 2747
PageID: 17222

**ABIM11479**

**ABIM11480**

ABIM11481

**ABIM11482**

**ABIM11483**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1399 of 2747 PageID: 17227

ABIM11484

**ABIM11485**

ABIM11486

ABIM11487

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1403 of 2747
PageID: 17231

**ABIM11488**

**ABIM11489**



**Internal Medicine**

**module 406**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11490**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1406 of 2747
PageID: 17234

ABIM11491

**ABIM11492**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1408 of 2747
PageID: 17236

**ABIM11493**

# 4

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM11494**

ABIM11495

**ABIM11496**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1412 of 2747
PageID: 17240

**ABIM11497**

**ABIM11498**

**ABIM11499**

**ABIM11500**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1416 of 2747
PageID: 17244

**ABIM11501**

ABIM11502

**ABIM11503**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1419 of 2747
PageID: 17247

**ABIM11504**

# 15

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM11505**

ABIM11506

**ABIM11507**

ABIM11508

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1424 of 2747
PageID: 17252

**ABIM11509**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1425 of 2747
PageID: 17253

**ABIM11510**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1426 of 2747 PageID: 17254

ABIM11511

ABIM11512

**ABIM11513**

**ABIM11514**

**ABIM11515**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1431 of 2747
PageID: 17259

**ABIM11516**

ABIM11517

**ABIM11518**

ABIM11519

ABIM11520

ABIM11521

**ABIM11522**

**ABIM11523**

**ABIM11524**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1440 of 2747 PageID: 17268

**ABIM11525**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1441 of 2747 PageID: 17269

ABIM11526

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1442 of 2747
PageID: 17270

ABIM11527

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1443 of 2747
PageID: 17271

**ABIM11528**

ABIM11529

ABIM11530

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1446 of 2747 PageID: 17274

**ABIM11531**

**ABIM11532**

ABIM11533

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1449 of 2747 PageID: 17277

**ABIM11534**

**ABIM11535**

ABIM11536

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1452 of 2747
PageID: 17280

**ABIM11537**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1453 of 2747 PageID: 17281

ABIM11538

ABIM11539

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1455 of 2747 PageID: 17283

**ABIM11540**

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 1456 of 2747
PageID: 17284

**ABIM11541**

**ABIM11542**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1458 of 2747
PageID: 17286

**ABIM11543**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1459 of 2747 PageID: 17287

**ABIM11544**

**ABIM11545**

**ABIM11546**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1462 of 2747
PageID: 17290

**ABIM11547**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1463 of 2747 PageID: 17291

**ABIM11548**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1464 of 2747
PageID: 17292

**ABIM11549**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1465 of 2747 PageID: 17293

ABIM11550



# American Board of Internal Medicine

**Internal Medicine**

**module 407**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11551**

ABIM11552

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1468 of 2747
PageID: 17296

ABIM11553

**ABIM11554**

# 4

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases.  Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM11555**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1471 of 2747 PageID: 17299

ABIM11556

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1472 of 2747
PageID: 17300

**ABIM11557**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1473 of 2747 PageID: 17301

**ABIM11558**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1474 of 2747 PageID: 17302

**ABIM11559**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1475 of 2747 PageID: 17303

**ABIM11560**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1476 of 2747
PageID: 17304

**ABIM11561**

**ABIM11562**

ABIM11563

**ABIM11564**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1480 of 2747 PageID: 17308

**ABIM11565**

# 15

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM11566**

**ABIM11567**

ABIM11568

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1484 of 2747
PageID: 17312

ABIM11569

**ABIM11570**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1486 of 2747
PageID: 17314

ABIM11571

**ABIM11572**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1488 of 2747
PageID: 17316

ABIM11573

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1489 of 2747 PageID: 17317

**ABIM11574**

ABIM11575

ABIM11576

**ABIM11577**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1493 of 2747
PageID: 17321

**ABIM11578**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1494 of 2747 PageID: 17322

ABIM11579

ABIM11580

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1496 of 2747
PageID: 17324

**ABIM11581**

ABIM11582

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1498 of 2747 PageID: 17326

ABIM11583

ABIM11584

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1500 of 2747
PageID: 17328

**ABIM11585**

**ABIM11586**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1502 of 2747
PageID: 17330

**ABIM11587**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1503 of 2747 PageID: 17331

ABIM11588

**ABIM11589**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1505 of 2747 PageID: 17333

**ABIM11590**

ABIM11591

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1507 of 2747 PageID: 17335

ABIM11592

ABIM11593

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1509 of 2747
PageID: 17337

**ABIM11594**

**ABIM11595**

ABIM11596

ABIM11597

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1513 of 2747 PageID: 17341

ABIM11598

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1514 of 2747 PageID: 17342

**ABIM11599**

**ABIM11600**

**ABIM11601**

**ABIM11602**

**ABIM11603**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1519 of 2747 PageID: 17347

**ABIM11604**

ABIM11605

ABIM11606

**ABIM11607**

**ABIM11608**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1524 of 2747 PageID: 17352

**ABIM11609**

**ABIM11610**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1526 of 2747
PageID: 17354

**ABIM11611**



## American Board of Internal Medicine

**Internal Medicine**


**module 408**


# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11612**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1528 of 2747
PageID: 17356

**ABIM11613**

**ABIM11614**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1530 of 2747
PageID: 17358

ABIM11615

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1531 of 2747
PageID: 17359

# 4

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM11616**

ABIM11617

ABIM11618

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1534 of 2747 PageID: 17362

**ABIM11619**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1535 of 2747 PageID: 17363

ABIM11620

ABIM11621

ABIM11622

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1538 of 2747
PageID: 17366

**ABIM11623**

ABIM11624

ABIM11625

**ABIM11626**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1542 of 2747
PageID: 17370

# 15

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM11627**

ABIM11628

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1544 of 2747
PageID: 17372

**ABIM11629**

ABIM11630

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1546 of 2747 PageID: 17374

**ABIM11631**

ABIM11632

**ABIM11633**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1549 of 2747
PageID: 17377

**ABIM11634**

ABIM11635

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1551 of 2747
PageID: 17379

**ABIM11636**

**ABIM11637**

ABIM11638

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1554 of 2747
PageID: 17382

**ABIM11639**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1555 of 2747 PageID: 17383

ABIM11640

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1556 of 2747
PageID: 17384

ABIM11641

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1557 of 2747 PageID: 17385

**ABIM11642**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1558 of 2747
PageID: 17386

**ABIM11643**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1559 of 2747 PageID: 17387

ABIM11644

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1560 of 2747
PageID: 17388

ABIM11645

ABIM11646

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1562 of 2747
PageID: 17390

**ABIM11647**

**ABIM11648**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1564 of 2747
PageID: 17392

**ABIM11649**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1565 of 2747 PageID: 17393

**ABIM11650**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1566 of 2747 PageID: 17394

**ABIM11651**

**ABIM11652**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1568 of 2747
PageID: 17396

ABIM11653

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1569 of 2747
PageID: 17397

**ABIM11654**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1570 of 2747 PageID: 17398

ABIM11655

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1571 of 2747
PageID: 17399

ABIM11656

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 1572 of 2747
PageID: 17400

**ABIM11657**

ABIM11658

**ABIM11659**

**ABIM11660**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1576 of 2747 PageID: 17404

**ABIM11661**

**ABIM11662**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1578 of 2747
PageID: 17406

**ABIM11663**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1579 of 2747
PageID: 17407

ABIM11664

**ABIM11665**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1581 of 2747
PageID: 17409

**ABIM11666**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1582 of 2747 PageID: 17410

ABIM11667

ABIM11668

**ABIM11669**

ABIM11670

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1586 of 2747
PageID: 17414

ABIM11671

ABIM11672



**Internal Medicine**

**module 409**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11673**

**ABIM11674**

ABIM11675

ABIM11676

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1592 of 2747
PageID: 17420

# 4

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases.  Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM11677**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1593 of 2747 PageID: 17421

ABIM11678

ABIM11679

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1595 of 2747 PageID: 17423

ABIM11680

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1596 of 2747 PageID: 17424

ABIM11681

**ABIM11682**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1598 of 2747
PageID: 17426

ABIM11683

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1599 of 2747 PageID: 17427

ABIM11684

ABIM11685

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1601 of 2747
PageID: 17429

**ABIM11686**

ABIM11687

# 15

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM11688**

**ABIM11689**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1605 of 2747   PageID: 17433

ABIM11690

ABIM11691

ABIM11692

ABIM11693

ABIM11694

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1610 of 2747
PageID: 17438

ABIM11695

ABIM11696

ABIM11697

ABIM11698

ABIM11699

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1615 of 2747 PageID: 17443

**ABIM11700**

ABIM11701

ABIM11702

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1618 of 2747
PageID: 17446

**ABIM11703**

**ABIM11704**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1620 of 2747 PageID: 17448

**ABIM11705**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1621 of 2747 PageID: 17449

ABIM11706

ABIM11707

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1623 of 2747 PageID: 17451

ABIM11708

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1624 of 2747 PageID: 17452

**ABIM11709**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1625 of 2747
PageID: 17453

ABIM11710

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1626 of 2747
PageID: 17454

ABIM11711

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1627 of 2747 PageID: 17455

**ABIM11712**

ABIM11713

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1629 of 2747 PageID: 17457

**ABIM11714**

ABIM11715

ABIM11716

**ABIM11717**

ABIM11718

ABIM11719

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1635 of 2747
PageID: 17463

ABIM11720

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1636 of 2747
PageID: 17464

**ABIM11721**

**ABIM11722**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1638 of 2747
PageID: 17466

ABIM11723

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1639 of 2747 PageID: 17467

ABIM11724

ABIM11725

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1641 of 2747
PageID: 17469

**ABIM11726**

ABIM11727

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1643 of 2747
PageID: 17471

ABIM11728

# 56

A 24-year-old man reports gum bleeding when he brushes his teeth or eats hard foods. He also has noted easy bruising for six months but says he did not have excessive bleeding after a tonsillectomy as a teenager. The patient has been alcohol dependent for two years and often is homeless. Most of his meals are from fast-food restaurants. He takes no medications or illicit drugs.

BMI is 18. Blood pressure is 110/70 mm Hg. Dentition is poor, and the gums show evidence of recent bleeding. Lymph nodes are not enlarged. Cardiopulmonary examination is normal. The liver is slightly tender; span is 15 cm. The spleen is not palpable. No spider angiomas are noted. Scattered petechiae are present on the abdominal wall at the base of hair follicles but not on the legs.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 12.2 g/dL |
| Leukocyte count | 3800/cu mm |
| Platelet count | 90,000/cu mm |
| Mean corpuscular volume | 100 fL *[86–98]* |
| Prothrombin time | 13.2 seconds *[11–13]* |
| Activated partial thromboplastin time | 32 seconds *[30–40]* |
| Serum aminotransferases | |
|    ALT | 42 U/L |
|    AST | 88 U/L |

Which of the following is the most likely cause of the gum bleeding?

A. Alcohol-related thrombocytopenia
B. Folate deficiency
C. Vitamin C deficiency
D. Vitamin K deficiency
E. von Willebrand's disease

**ABIM11729**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1645 of 2747 PageID: 17473

ABIM11730

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1646 of 2747 PageID: 17474

**ABIM11731**

ABIM11732

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1648 of 2747 PageID: 17476

**ABIM11733**



**Internal Medicine**


**module 601**


**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11734**

ABIM11735

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1651 of 2747 PageID: 17479

**ABIM11736**

ABIM11737

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1653 of 2747 PageID: 17481

**ABIM11738**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1654 of 2747 PageID: 17482

ABIM11739

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1655 of 2747
PageID: 17483

**ABIM11740**

ABIM11741

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1657 of 2747
PageID: 17485

**ABIM11742**

ABIM11743

ABIM11744

ABIM11745

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1661 of 2747
PageID: 17489

ABIM11746

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1662 of 2747
PageID: 17490

**ABIM11747**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1663 of 2747
PageID: 17491

**ABIM11748**

ABIM11749

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1665 of 2747 PageID: 17493

**ABIM11750**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1666 of 2747
PageID: 17494

# 17

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM11751**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1667 of 2747
PageID: 17495

**ABIM11752**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1668 of 2747
PageID: 17496

**ABIM11753**

**ABIM11754**

**ABIM11755**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1671 of 2747
PageID: 17499

**ABIM11756**

**ABIM11757**

ABIM11758

**ABIM11759**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1675 of 2747
PageID: 17503

ABIM11760

ABIM11761

**ABIM11762**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1678 of 2747 PageID: 17506

**ABIM11763**

**ABIM11764**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1680 of 2747
PageID: 17508

ABIM11765

**ABIM11766**

ABIM11767

ABIM11768

ABIM11769

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1685 of 2747
PageID: 17513

# 36

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day.  After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy.  Vital signs are normal.  General physical examination is normal.  A purulent urethral and cervical discharge is noted on pelvic examination.  Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited.  Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM11770**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1686 of 2747
PageID: 17514

**ABIM11771**

**ABIM11772**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1688 of 2747 PageID: 17516

**ABIM11773**

ABIM11774

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1690 of 2747 PageID: 17518

**ABIM11775**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1691 of 2747
PageID: 17519

**ABIM11776**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1692 of 2747
PageID: 17520

**ABIM11777**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1693 of 2747
PageID: 17521

**ABIM11778**

# 45

A 25-year-old woman comes to the emergency department because of tooth pain that has worsened during the past two days.  For two weeks, she has had heat and cold sensitivity in the left lower canine.  She has not had chills or fever, but tooth pain has interfered with sleep.  She takes no medications, and she is allergic to penicillin.

Examination reveals tenderness to percussion on the left lower canine and tenderness and swelling of the jaw below this tooth.  The submandibular lymph nodes are enlarged and tender.

In addition to dental care and analgesics, which of the following is the most appropriate treatment?

A.  Amoxicillin–clavulanate
B.  Ciprofloxacin
C.  Clindamycin
D.  Erythromycin
E.  Telithromycin

ABIM11779

ABIM11780

**ABIM11781**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1697 of 2747 PageID: 17525

**ABIM11782**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1698 of 2747
PageID: 17526

**ABIM11783**

**ABIM11784**

**ABIM11785**

**ABIM11786**

**ABIM11787**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1703 of 2747 PageID: 17531

**ABIM11788**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1704 of 2747
PageID: 17532

**ABIM11789**

**ABIM11790**

ABIM11791

ABIM11792

ABIM11793

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1709 of 2747
PageID: 17537

# 60

A 75-year-old man has had the dark 1.5-cm lesion shown on the upper back for several years.  He thinks it has grown steadily during the past two years.  It is painless, but he says that sometimes he scratches it and pieces of it "flake off."

Which of the following is the most likely diagnosis?

A. Compound nevus
B. Lentigo maligna
C. Malignant melanoma
D. Seborrheic keratosis
E. Verruca vulgaris

ABIM11794



# Internal Medicine

# module 602

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11795**

**ABIM11796**

# 2

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days. The patient is a garbage collector and frequently scrapes his hands while working. He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill. Temperature is 39.5 C (103.1 F). Pulse rate is 108 per minute and regular. Respirations are 22 per minute. Jaundice and scleral icterus are present. The abdomen is diffusely tender. Liver span is 15 cm in the midclavicular line. Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

A. *Ehrlichia ewingii*
B. *Escherichia coli* O157:H7
C. *Francisella tularensis*
D. *Leptospira interrogans*

**ABIM11797**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1713 of 2747 PageID: 17541

ABIM11798

ABIM11799

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1715 of 2747
PageID: 17543

**ABIM11800**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1716 of 2747
PageID: 17544

**ABIM11801**

**ABIM11802**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1718 of 2747   PageID: 17546

**ABIM11803**

**ABIM11804**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1720 of 2747
PageID: 17548

ABIM11805

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1721 of 2747
PageID: 17549

**ABIM11806**

**ABIM11807**

**ABIM11808**

**ABIM11809**

**ABIM11810**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1726 of 2747 PageID: 17554

ABIM11811

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1727 of 2747
PageID: 17555

**ABIM11812**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1728 of 2747 PageID: 17556

**ABIM11813**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1729 of 2747 PageID: 17557

**ABIM11814**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1730 of 2747
PageID: 17558

**ABIM11815**

ABIM11816

ABIM11817

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1733 of 2747 PageID: 17561

**ABIM11818**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1734 of 2747
PageID: 17562

**ABIM11819**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1735 of 2747 PageID: 17563

**ABIM11820**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1736 of 2747
PageID: 17564

ABIM11821

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1737 of 2747 PageID: 17565

**ABIM11822**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1738 of 2747 PageID: 17566

ABIM11823

**ABIM11824**

**ABIM11825**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1741 of 2747
PageID: 17569

ABIM11826

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1742 of 2747
PageID: 17570

**ABIM11827**

ABIM11828

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1744 of 2747 PageID: 17572

**ABIM11829**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1745 of 2747 PageID: 17573

**ABIM11830**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1746 of 2747
PageID: 17574

**ABIM11831**

**ABIM11832**

ABIM11833

**ABIM11834**

**ABIM11835**

**ABIM11836**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1752 of 2747
PageID: 17580

# 42

A 75-year-old man who has metastatic lung cancer and chronic obstructive pulmonary disease (COPD) is admitted to the hospital because of acute shortness of breath from an exacerbation of COPD. The patient wants palliative care only. Low-dose morphine will be administered to alleviate respiratory hunger and metastatic bone pain. Shortly after an injection of morphine (2 mg), the patient has respiratory arrest.

Which of the following is most appropriate now?

A. No further treatment
B. Intravenous naloxone
C. Noninvasive ventilatory support
D. Intubation and mechanical ventilation

**ABIM11837**

ABIM11838

ABIM11839

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1755 of 2747 PageID: 17583

**ABIM11840**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1756 of 2747 PageID: 17584

**ABIM11841**

ABIM11842

**ABIM11843**

ABIM11844

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1760 of 2747
PageID: 17588

# 50

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood.  Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell MALT lymphoma.

Which of the following is the most appropriate treatment?

A.  Lansoprazole
B.  Clarithromycin, amoxicillin, and lansoprazole
C.  Chemotherapy
D.  Chemotherapy followed by antrectomy
E.  Total gastrectomy

**ABIM11845**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1761 of 2747
PageID: 17589

**ABIM11846**

ABIM11847

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1763 of 2747
PageID: 17591

**ABIM11848**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1764 of 2747
PageID: 17592

**ABIM11849**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1765 of 2747 PageID: 17593

**ABIM11850**

**ABIM11851**

**ABIM11852**

Case 2:14-cv-06428-KSH-CLW  Document 211-4  Filed 02/20/24  Page 1768 of 2747 PageID: 17596

ABIM11853

**ABIM11854**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1770 of 2747
PageID: 17598

# 60

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

**ABIM11855**



# Internal Medicine

# module 603

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11856**

ABIM11857

ABIM11858

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1774 of 2747
PageID: 17602

**ABIM11859**

ABIM11860

**ABIM11861**

**ABIM11862**

**ABIM11863**

**ABIM11864**

**ABIM11865**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1781 of 2747
PageID: 17609

# 10

A 32-year-old woman has had posterior neck pain for three months.  The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning.  She also has pain in the right buttock.  Pain interferes with sleep and is associated with fatigue.  The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance.  She is uncertain how much longer she can continue to perform.

BMI is 26.  Vital signs are normal.  Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain.  The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint.  The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal.  Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region.  Neurologic examination is normal.  Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase.  Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

A. Prescribe a regular aerobic exercise program
B. Inject the right trapezius and lateral epicondyles with repository corticosteroids
C. Begin diazepam
D. Begin acetaminophen with codeine as needed
E. Begin prednisone

ABIM11866

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1782 of 2747
PageID: 17610

**ABIM11867**

# 12

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|    Total | 9.5 g/dL |
|    Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

A. Serum prostate-specific antigen
B. Serum immunofixation
C. Computed tomography of the chest

**ABIM11868**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1784 of 2747
PageID: 17612

# 13

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; influenza B has been circulating in the region.  She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed. She requires prednisone two to three times a year for postviral exacerbations of asthma.  She has not received an influenza vaccination this year.

The patient currently feels well; physical examination is normal.  Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

A.  No treatment now; begin oseltamivir within 12 hours if symptoms of influenza develop
B.  Influenza vaccine
C.  Oseltamivir
D.  Influenza vaccine and oseltamivir

**ABIM11869**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1785 of 2747 PageID: 17613

**ABIM11870**

ABIM11871

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1787 of 2747
PageID: 17615

**ABIM11872**

ABIM11873

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1789 of 2747 PageID: 17617

ABIM11874

**ABIM11875**

**ABIM11876**

**ABIM11877**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1793 of 2747
PageID: 17621

**ABIM11878**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1794 of 2747 PageID: 17622

**ABIM11879**

**ABIM11880**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1796 of 2747 PageID: 17624

**ABIM11881**

ABIM11882

**ABIM11883**

**ABIM11884**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1800 of 2747
PageID: 17628

**ABIM11885**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1801 of 2747
PageID: 17629

# 30

An 18-year-old man noticed swelling in the scrotum three days ago.  The left testicle is enlarged and only mildly tender on palpation.  It does not transilluminate.

Which of the following is the most likely diagnosis?

A.  Testicular torsion
B.  Varicocele
C.  Epididymitis
D.  Testicular germ cell tumor

**ABIM11886**

ABIM11887

**ABIM11888**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1804 of 2747 PageID: 17632

ABIM11889

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1805 of 2747
PageID: 17633

ABIM11890

**ABIM11891**

**ABIM11892**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1808 of 2747
PageID: 17636

ABIM11893

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1809 of 2747
PageID: 17637

**ABIM11894**

ABIM11895

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1811 of 2747 PageID: 17639

ABIM11896

**ABIM11897**

**ABIM11898**

ABIM11899

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1815 of 2747
PageID: 17643

# 43

A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure.  Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded. He then became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds.  After 30 seconds, he awoke and reported generalized weakness.  Physical examination, electrocardiogram, and complete blood count are normal.

Which of the following is the most appropriate next step?

A.  Reassure the patient and discharge him from the emergency department
B.  Order computed tomography of the head
C.  Order electroencephalography
D.  Order echocardiography
E.  Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

**ABIM11900**

ABIM11901

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1817 of 2747
PageID: 17645

**ABIM11902**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1818 of 2747
PageID: 17646

ABIM11903

**ABIM11904**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1820 of 2747 PageID: 17648

**ABIM11905**

# 49

A 63-year-old man comes to your office for a follow-up visit one month after hospital admission for an exacerbation of chronic obstructive pulmonary disease.  At that time he was afebrile; leukocyte count was 8800/cu mm, and no acute changes were noted on chest radiograph.  His symptoms resolved quickly with oxygen, inhaled bronchodilators, and oral amoxicillin–clavulanate.

Today he feels his condition has returned to baseline, but sputum obtained when he was hospitalized is growing *Mycobacterium avium*.  Repeat chest radiograph is unchanged.

Which of the following is the most appropriate management?

A.   Observe; no change in management is necessary
B.   Perform tuberculin skin testing (PPD, 5 TU)
C.   Begin therapy immediately with clarithromycin and ethambutol
D.   Admit him to the hospital in respiratory isolation for further management

**ABIM11906**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1822 of 2747 PageID: 17650

ABIM11907

**ABIM11908**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1824 of 2747
PageID: 17652

**ABIM11909**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1825 of 2747 PageID: 17653

**ABIM11910**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1826 of 2747
PageID: 17654

ABIM11911

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1827 of 2747
PageID: 17655

ABIM11912

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1828 of 2747
PageID: 17656

# 56

A 24-year-old woman is evaluated for difficulty sleeping and a 5-kg (12-lb) weight loss over the past month.  Questioning discloses that she has felt sad on a daily basis during this time.  She reports extreme fatigue, which she attributes to awakening almost every night at about 2 AM and having difficulty falling asleep afterward.  She has not had the energy to participate in her usual social activities or go to the gym, where she had formerly participated in four or five exercise classes weekly. She reports having difficulty in performing her work, and says that she doesn't know why her boss hasn't already fired her.  She has never had a major health problem and takes no regular medications. Her mother was treated for depression many years ago.  The patient does not smoke cigarettes, and although she occasionally drinks a glass of wine with dinner, she has not had wine during the past month.

BMI is 21.  The patient's affect is flat.  The remainder of the physical examination and thyroid function studies are normal.

Which of the following is the most likely diagnosis?

A. Major depressive disorder
B. Dysthymia
C. Bipolar disorder
D. Anxiety disorder

**ABIM11913**

# 57

A 44-year-old man has had fatigue and has been sleeping poorly for several months.  He thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches.  He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily.  He works long hours but eats a well-balanced diet and exercises regularly.  He has not had a recent change in weight.

BMI is 24.  Blood pressure is normal.  The nasal septum is slightly deviated to the right.  The nasal mucosa is markedly injected.  The sinuses are not tender.  Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A.   Allergic rhinitis
B.   Deviated nasal septum
C.   Rhinitis medicamentosa
D.   Subacute bacterial sinusitis
E.   Vasomotor rhinitis

**ABIM11914**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1830 of 2747
PageID: 17658

# 58

A 73-year-old man was admitted to the hospital eight days ago for treatment of a fractured left hip.  He now has dysphagia for both liquids and solids, intermittent odynophagia, and chest pain associated with eating.  The patient refuses to eat because of the pain.  Barium swallow is shown.

Which of the following should you recommend?

A.  Administration of isosorbide dinitrate
B.  Administration of metoclopramide
C.  Bougienage
D.  Dilation with a pneumatic dilator
E.  Long myotomy of the esophageal body

ABIM11915

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1831 of 2747 PageID: 17659

ABIM11916

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1832 of 2747
PageID: 17660

# 60

Which of the following agents decreases cardiovascular mortality in patients who have class III or class IV systolic dysfunction?

|  | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

**ABIM11917**



# Internal Medicine

# module 604

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11918**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1834 of 2747 PageID: 17662

**ABIM11919**

ABIM11920

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1836 of 2747 PageID: 17664

**ABIM11921**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1837 of 2747
PageID: 17665

# 4

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.  It is likely to be self limited
B.  It can generally be avoided with a high-fiber diet and adequate water intake
C.  Laxatives should be taken as needed to avoid over treatment
D.  Laxatives should be prescribed when opioids are begun

**ABIM11922**

**ABIM11923**

ABIM11924

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1840 of 2747 PageID: 17668

**ABIM11925**

**ABIM11926**

ABIM11927

ABIM11928

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1844 of 2747 PageID: 17672

**ABIM11929**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1845 of 2747
PageID: 17673

**ABIM11930**

ABIM11931

**ABIM11932**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1848 of 2747 PageID: 17676

**ABIM11933**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1849 of 2747 PageID: 17677

ABIM11934

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1850 of 2747
PageID: 17678

ABIM11935

**ABIM11936**

**ABIM11937**

ABIM11938

**ABIM11939**

**ABIM11940**

ABIM11941

# 24

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.   Paroxysmal supraventricular tachycardia
B.   Thyrotoxicosis
C.   Pheochromocytoma
D.   Panic disorder

**ABIM11942**

ABIM11943

ABIM11944

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1860 of 2747
PageID: 17688

**ABIM11945**

**ABIM11946**

**ABIM11947**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1863 of 2747
PageID: 17691

**ABIM11948**

**ABIM11949**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1865 of 2747
PageID: 17693

**ABIM11950**

ABIM11951

**ABIM11952**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1868 of 2747 PageID: 17696

**ABIM11953**

ABIM11954

**ABIM11955**

ABIM11956

**ABIM11957**

ABIM11958

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1874 of 2747
PageID: 17702

ABIM11959

ABIM11960

ABIM11961

**ABIM11962**

**ABIM11963**

ABIM11964

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1880 of 2747
PageID: 17708

ABIM11965

**ABIM11966**

ABIM11967

ABIM11968

ABIM11969

**ABIM11970**

**ABIM11971**

**ABIM11972**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1888 of 2747 PageID: 17716

ABIM11973

**ABIM11974**

**ABIM11975**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1891 of 2747
PageID: 17719

**ABIM11976**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1892 of 2747 PageID: 17720

ABIM11977

ABIM11978

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1894 of 2747
PageID: 17722



**Internal Medicine**

**module 605**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM11979**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1895 of 2747 PageID: 17723

ABIM11980

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1896 of 2747 PageID: 17724

**ABIM11981**

**ABIM11982**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1898 of 2747
PageID: 17726

# 4

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM11983**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1899 of 2747 PageID: 17727

ABIM11984

**ABIM11985**

ABIM11986

**ABIM11987**

**ABIM11988**

ABIM11989

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1905 of 2747 PageID: 17733

ABIM11990

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1906 of 2747 PageID: 17734

ABIM11991

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1907 of 2747
PageID: 17735

ABIM11992

**ABIM11993**

ABIM11994

ABIM11995

ABIM11996

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1912 of 2747 PageID: 17740

ABIM11997

**ABIM11998**

**ABIM11999**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1915 of 2747 PageID: 17743

ABIM12000

**ABIM12001**

**ABIM12002**

# 24

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM12003**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1919 of 2747
PageID: 17747

**ABIM12004**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1920 of 2747 PageID: 17748

ABIM12005

**ABIM12006**

**ABIM12007**

**ABIM12008**

ABIM12009

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1925 of 2747
PageID: 17753

ABIM12010

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1926 of 2747 PageID: 17754

**ABIM12011**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1927 of 2747 PageID: 17755

**ABIM12012**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1928 of 2747 PageID: 17756

ABIM12013

ABIM12014

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1930 of 2747 PageID: 17758

ABIM12015

**ABIM12016**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1932 of 2747 PageID: 17760

**ABIM12017**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1933 of 2747 PageID: 17761

ABIM12018

**ABIM12019**

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 1935 of 2747
PageID: 17763

**ABIM12020**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1936 of 2747 PageID: 17764

**ABIM12021**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1937 of 2747
PageID: 17765

**ABIM12022**

**ABIM12023**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1939 of 2747 PageID: 17767

**ABIM12024**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1940 of 2747
PageID: 17768

**ABIM12025**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1941 of 2747
PageID: 17769

**ABIM12026**

**ABIM12027**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1943 of 2747
PageID: 17771

ABIM12028

**ABIM12029**

ABIM12030

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1946 of 2747 PageID: 17774

ABIM12031

ABIM12032

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1948 of 2747 PageID: 17776

ABIM12033

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1949 of 2747
PageID: 17777

ABIM12034

**ABIM12035**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1951 of 2747 PageID: 17779

**ABIM12036**

Case 2:14-cv-06428-KSH-CLW  Document 211-4  Filed 02/20/24  Page 1952 of 2747 PageID: 17780

**ABIM12037**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1953 of 2747 PageID: 17781

ABIM12038

**ABIM12039**



# American Board of Internal Medicine

**Internal Medicine**

**module 606**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12040**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1956 of 2747 PageID: 17784

ABIM12041

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1957 of 2747 PageID: 17785

ABIM12042

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1958 of 2747 PageID: 17786

ABIM12043

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1959 of 2747
PageID: 17787

# 4

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM12044**

**ABIM12045**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1961 of 2747
PageID: 17789

ABIM12046

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1962 of 2747 PageID: 17790

ABIM12047

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1963 of 2747 PageID: 17791

**ABIM12048**

**ABIM12049**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 1965 of 2747 PageID: 17793

**ABIM12050**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1966 of 2747
PageID: 17794

ABIM12051

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1967 of 2747 PageID: 17795

ABIM12052

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1968 of 2747 PageID: 17796

ABIM12053

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1969 of 2747 PageID: 17797

ABIM12054

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1970 of 2747 PageID: 17798

**ABIM12055**

**ABIM12056**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1972 of 2747
PageID: 17800

**ABIM12057**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1973 of 2747 PageID: 17801

ABIM12058

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1974 of 2747
PageID: 17802

**ABIM12059**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1975 of 2747
PageID: 17803

ABIM12060

ABIM12061

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1977 of 2747   PageID: 17805

ABIM12062

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1978 of 2747 PageID: 17806

ABIM12063

# 24

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.   Paroxysmal supraventricular tachycardia
B.   Thyrotoxicosis
C.   Pheochromocytoma
D.   Panic disorder

**ABIM12064**

**ABIM12065**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1981 of 2747 PageID: 17809

ABIM12066

ABIM12067

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1983 of 2747 PageID: 17811

**ABIM12068**

**ABIM12069**

ABIM12070

ABIM12071

ABIM12072

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1988 of 2747 PageID: 17816

**ABIM12073**

ABIM12074

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1990 of 2747 PageID: 17818

**ABIM12075**

**ABIM12076**

**ABIM12077**

ABIM12078

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1994 of 2747 PageID: 17822

**ABIM12079**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 1995 of 2747 PageID: 17823

ABIM12080

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1996 of 2747
PageID: 17824

ABIM12081

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 1997 of 2747
PageID: 17825

**ABIM12082**

**ABIM12083**

**ABIM12084**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2000 of 2747 PageID: 17828

**ABIM12085**

**ABIM12086**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2002 of 2747 PageID: 17830

ABIM12087

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2003 of 2747 PageID: 17831

**ABIM12088**

ABIM12089

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2005 of 2747
PageID: 17833

ABIM12090

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2006 of 2747 PageID: 17834

**ABIM12091**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2007 of 2747 PageID: 17835

ABIM12092

ABIM12093

ABIM12094

ABIM12095

ABIM12096

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2012 of 2747 PageID: 17840

**ABIM12097**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2013 of 2747 PageID: 17841

ABIM12098

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2014 of 2747 PageID: 17842

**ABIM12099**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2015 of 2747 PageID: 17843

ABIM12100



**Internal Medicine**


**module 607**


**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12101**

ABIM12102

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2018 of 2747 PageID: 17846

ABIM12103

ABIM12104

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2020 of 2747
PageID: 17848

# 4

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM12105**

ABIM12106

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2022 of 2747 PageID: 17850

**ABIM12107**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2023 of 2747 PageID: 17851

ABIM12108

ABIM12109

**ABIM12110**

**ABIM12111**

ABIM12112

ABIM12113

ABIM12114

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2030 of 2747 PageID: 17858

ABIM12115

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2031 of 2747 PageID: 17859

ABIM12116

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2032 of 2747 PageID: 17860

ABIM12117

**ABIM12118**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2034 of 2747 PageID: 17862

ABIM12119

**ABIM12120**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2036 of 2747 PageID: 17864

ABIM12121

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2037 of 2747 PageID: 17865

**ABIM12122**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2038 of 2747 PageID: 17866

**ABIM12123**

ABIM12124

# 24

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM12125**

ABIM12126

ABIM12127

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2043 of 2747 PageID: 17871

**ABIM12128**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2044 of 2747 PageID: 17872

ABIM12129

ABIM12130

**ABIM12131**

ABIM12132

ABIM12133

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2049 of 2747 PageID: 17877

**ABIM12134**

**ABIM12135**

**ABIM12136**

**ABIM12137**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2053 of 2747 PageID: 17881

ABIM12138

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2054 of 2747 PageID: 17882

**ABIM12139**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2055 of 2747 PageID: 17883

**ABIM12140**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2056 of 2747 PageID: 17884

**ABIM12141**

**ABIM12142**

**ABIM12143**

**ABIM12144**

**ABIM12145**

ABIM12146

**ABIM12147**

**ABIM12148**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2064 of 2747 PageID: 17892

**ABIM12149**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2065 of 2747
PageID: 17893

ABIM12150

**ABIM12151**

**ABIM12152**

ABIM12153

**ABIM12154**

**ABIM12155**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2071 of 2747 PageID: 17899

**ABIM12156**

**ABIM12157**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2073 of 2747 PageID: 17901

**ABIM12158**

**ABIM12159**

**ABIM12160**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2076 of 2747 PageID: 17904

ABIM12161



# Internal Medicine

# module 608

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12162**

ABIM12163

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2079 of 2747 PageID: 17907

**ABIM12164**

**ABIM12165**

# 4

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM12166**

**ABIM12167**

**ABIM12168**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2084 of 2747 PageID: 17912

ABIM12169

ABIM12170

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2086 of 2747
PageID: 17914

**ABIM12171**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2087 of 2747 PageID: 17915

ABIM12172

ABIM12173

ABIM12174

ABIM12175

**ABIM12176**

**ABIM12177**

**ABIM12178**

ABIM12179

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2095 of 2747 PageID: 17923

ABIM12180

**ABIM12181**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2097 of 2747
PageID: 17925

ABIM12182

**ABIM12183**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2099 of 2747   PageID: 17927

ABIM12184

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2100 of 2747
PageID: 17928

**ABIM12185**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2101 of 2747
PageID: 17929

# 24

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM12186**

**ABIM12187**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2103 of 2747
PageID: 17931

**ABIM12188**

**ABIM12189**

ABIM12190

**ABIM12191**

**ABIM12192**

ABIM12193

**ABIM12194**

**ABIM12195**

**ABIM12196**

**ABIM12197**

**ABIM12198**

ABIM12199

+

ABIM12200

ABIM12201

**ABIM12202**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2118 of 2747
PageID: 17946

**ABIM12203**

**ABIM12204**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2120 of 2747 PageID: 17948

ABIM12205

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2121 of 2747 PageID: 17949

**ABIM12206**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2122 of 2747 PageID: 17950

**ABIM12207**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2123 of 2747 PageID: 17951

**ABIM12208**

**ABIM12209**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2125 of 2747
PageID: 17953

ABIM12210

**ABIM12211**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2127 of 2747 PageID: 17955

**ABIM12212**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2128 of 2747 PageID: 17956

ABIM12213

ABIM12214

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2130 of 2747 PageID: 17958

ABIM12215

**ABIM12216**

**ABIM12217**

**ABIM12218**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2134 of 2747 PageID: 17962

**ABIM12219**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2135 of 2747
PageID: 17963

**ABIM12220**

**ABIM12221**

**ABIM12222**



# American Board of Internal Medicine

**Internal Medicine**

**module 609**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12223**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2139 of 2747 PageID: 17967

**ABIM12224**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2140 of 2747
PageID: 17968

**ABIM12225**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2141 of 2747
PageID: 17969

**ABIM12226**

# 4

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM12227**

**ABIM12228**

**ABIM12229**

**ABIM12230**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2146 of 2747
PageID: 17974

**ABIM12231**

**ABIM12232**

**ABIM12233**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2149 of 2747 PageID: 17977

**ABIM12234**

**ABIM12235**

**ABIM12236**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2152 of 2747
PageID: 17980

**ABIM12237**

ABIM12238

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2154 of 2747
PageID: 17982

**ABIM12239**

**ABIM12240**

ABIM12241

ABIM12242

**ABIM12243**

**ABIM12244**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2160 of 2747
PageID: 17988

**ABIM12245**

**ABIM12246**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2162 of 2747
PageID: 17990

# 24

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM12247**

**ABIM12248**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2164 of 2747 PageID: 17992

**ABIM12249**

**ABIM12250**

ABIM12251

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2167 of 2747 PageID: 17995

**ABIM12252**

**ABIM12253**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2169 of 2747 PageID: 17997

**ABIM12254**

**ABIM12255**

ABIM12256

**ABIM12257**

**ABIM12258**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2174 of 2747 PageID: 18002

**ABIM12259**

**ABIM12260**

**ABIM12261**

ABIM12262

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2178 of 2747
PageID: 18006

**ABIM12263**

**ABIM12264**

**ABIM12265**

ABIM12266

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2182 of 2747
PageID: 18010

**ABIM12267**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2183 of 2747 PageID: 18011

**ABIM12268**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2184 of 2747
PageID: 18012

ABIM12269

**ABIM12270**

**ABIM12271**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2187 of 2747 PageID: 18015

ABIM12272

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2188 of 2747 PageID: 18016

ABIM12273

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2189 of 2747 PageID: 18017

**ABIM12274**

ABIM12275

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2191 of 2747 PageID: 18019

ABIM12276

**ABIM12277**

ABIM12278

ABIM12279

**ABIM12280**

**ABIM12281**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2197 of 2747
PageID: 18025

**ABIM12282**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2198 of 2747
PageID: 18026

ABIM12283



**Internal Medicine**

**module 801**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12284**

**ABIM12285**

ABIM12286

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2202 of 2747 PageID: 18030

ABIM12287

ABIM12288

**ABIM12289**

**ABIM12290**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2206 of 2747
PageID: 18034

**ABIM12291**

ABIM12292

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2208 of 2747
PageID: 18036

# 9

A 63-year-old man comes to your office for a follow-up visit one month after hospital admission for an exacerbation of chronic obstructive pulmonary disease.  At that time he was afebrile; leukocyte count was 8800/cu mm, and no acute changes were noted on chest radiograph.  His symptoms resolved quickly with oxygen, inhaled bronchodilators, and oral amoxicillin–clavulanate.

Today he feels his condition has returned to baseline, but sputum obtained when he was hospitalized is growing *Mycobacterium avium*.  Repeat chest radiograph is unchanged.

Which of the following is the most appropriate management?

A.   Observe; no change in management is necessary
B.   Perform tuberculin skin testing (PPD, 5 TU)
C.   Begin therapy immediately with clarithromycin and ethambutol
D.   Admit him to the hospital in respiratory isolation for further management

**ABIM12293**

**ABIM12294**

ABIM12295

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2211 of 2747 PageID: 18039

ABIM12296

ABIM12297

**ABIM12298**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2214 of 2747
PageID: 18042

**ABIM12299**

**ABIM12300**

ABIM12301

**ABIM12302**

ABIM12303

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2219 of 2747 PageID: 18047

ABIM12304

ABIM12305

ABIM12306

**ABIM12307**

ABIM12308

# 25

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A.  Allergic rhinitis
B.  Deviated nasal septum
C.  Rhinitis medicamentosa
D.  Subacute bacterial sinusitis
E.  Vasomotor rhinitis

**ABIM12309**

**ABIM12310**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2226 of 2747
PageID: 18054

ABIM12311

**ABIM12312**

**ABIM12313**

ABIM12314

**ABIM12315**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2231 of 2747
PageID: 18059

ABIM12316

ABIM12317

ABIM12318

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2234 of 2747 PageID: 18062

**ABIM12319**

**ABIM12320**

ABIM12321

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2237 of 2747 PageID: 18065

ABIM12322

# 39

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm.  It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen.  He plays tennis regularly but has had no recent injury to the shoulder or arm.  He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25.  Vital signs are normal.  The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation.  Muscle strength is 4+/5 on the left.  The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|   Total | 9.5 g/dL |
|   Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus.  Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

A. Serum prostate-specific antigen
B. Serum immunofixation
C. Computed tomography of the chest

**ABIM12323**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2239 of 2747
PageID: 18067

**ABIM12324**

**ABIM12325**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2241 of 2747 PageID: 18069

ABIM12326

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2242 of 2747 PageID: 18070

ABIM12327

**ABIM12328**

ABIM12329

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2245 of 2747
PageID: 18073

**ABIM12330**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2246 of 2747
PageID: 18074

# 47

An asymptomatic 37-year-old woman comes to your office for a periodic health evaluation. She takes no medications, has never been hospitalized, and does not drink alcoholic beverages or smoke cigarettes. Both of her parents have hypertension. Review of systems is remarkable only for fatigue.

BMI is 28. Blood pressure is 140/90 mm Hg. The optic fundi appear normal. The thyroid gland is not enlarged. Cardiopulmonary and abdominal examinations are normal; no bruits are noted. She has no edema. Complete blood count and urinalysis are normal. Serum calcium is 11.2 mg/dL; comprehensive metabolic panel is otherwise normal.

Additional laboratory studies (one week later):

| | |
|---|---|
| Serum calcium | 11.4 mg/dL |
| Serum phosphorus | 2.9 mg/dL |
| Serum 25-hydroxyvitamin D | 35 ng/mL *[15–40]* |
| Serum intact parathyroid hormone | 72 pg/mL *[10–65]* |
| Urine calcium | 410 mg/24 hr *[less than 250]* |

Which of the following is the most appropriate management?

A. Observation only
B. Addition of cinacalcet
C. Addition of furosemide
D. Addition of oral phosphate
E. Parathyroidectomy

**ABIM12331**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2247 of 2747 PageID: 18075

**ABIM12332**

ABIM12333

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2249 of 2747
PageID: 18077

ABIM12334

**ABIM12335**

**ABIM12336**

ABIM12337

ABIM12338

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2254 of 2747
PageID: 18082

**ABIM12339**

**ABIM12340**

ABIM12341

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2257 of 2747
PageID: 18085

# 58

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; influenza B has been circulating in the region.  She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed.  She requires prednisone two to three times a year for postviral exacerbations of asthma.  She has not received an influenza vaccination this year.

The patient currently feels well; physical examination is normal.  Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

A.  No treatment now; begin oseltamivir within 12 hours if symptoms of influenza develop
B.  Influenza vaccine
C.  Oseltamivir
D.  Influenza vaccine and oseltamivir

**ABIM12342**

# 59

Which of the following agents decreases cardiovascular mortality in patients who have class III or class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

**ABIM12343**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2259 of 2747 PageID: 18087

ABIM12344



# American Board of Internal Medicine

**Internal Medicine**

**module 802**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12345**

# 1

A 32-year-old woman has had posterior neck pain for three months. The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning. She also has pain in the right buttock. Pain interferes with sleep and is associated with fatigue. The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance. She is uncertain how much longer she can continue to perform.

BMI is 26. Vital signs are normal. Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain. The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint. The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal. Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region. Neurologic examination is normal. Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase. Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

A. Prescribe a regular aerobic exercise program
B. Inject the right trapezius and lateral epicondyles with repository corticosteroids
C. Begin diazepam
D. Begin acetaminophen with codeine as needed
E. Begin prednisone

**ABIM12346**

# 2

A 25-year-old woman comes to the emergency department because of tooth pain that has worsened during the past two days.  For two weeks, she has had heat and cold sensitivity in the left lower canine. She has not had chills or fever, but tooth pain has interfered with sleep.  She takes no medications, and she is allergic to penicillin.

Examination reveals tenderness to percussion on the left lower canine and tenderness and swelling of the jaw below this tooth.  The submandibular lymph nodes are enlarged and tender.

In addition to dental care and analgesics, which of the following is the most appropriate treatment?

A. Amoxicillin–clavulanate
B. Ciprofloxacin
C. Clindamycin
D. Erythromycin
E. Telithromycin

**ABIM12347**

# 3

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood.  Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell MALT lymphoma.

Which of the following is the most appropriate treatment?

A.  Lansoprazole
B.  Clarithromycin, amoxicillin, and lansoprazole
C.  Chemotherapy
D.  Chemotherapy followed by antrectomy
E.  Total gastrectomy

**ABIM12348**

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 2264 of 2747 PageID: 18092

ABIM12349

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2265 of 2747 PageID: 18093

ABIM12350

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2266 of 2747
PageID: 18094

ABIM12351

ABIM12352

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2268 of 2747 PageID: 18096

ABIM12353

ABIM12354

**ABIM12355**

# 11

A 68-year-old man is admitted to the hospital because of anorexia, abdominal distention, and jaundice that began two weeks ago.  He has not had hematemesis, melena, rectal bleeding, fever, or chills.  He received a transfusion 35 years ago for upper gastrointestinal bleeding due to peptic ulcer disease; medical history is otherwise noncontributory.  He does not smoke cigarettes and occasionally drinks an alcoholic beverage.

Oxygen saturation by pulse oximetry is 97%.  The sclerae are mildly icteric.  The abdomen is distended, and a fluid wave is present.  The liver is nontender but slightly enlarged and is palpable in the epigastrium.  The spleen is not palpable.  No cyanosis or clubbing of the fingers and toes is noted. Peripheral edema is not present.  Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 55% |
| Hemoglobin | 18.0 g/dL |
| Leukocyte count | 3200/cu mm |
| Platelet count | 140,000/cu mm |
| Serum creatinine | 0.6 mg/dL |
| Serum proteins | |
|     Total | 6.1 g/dL |
|     Albumin | 3.1 g/dL |
| Serum alkaline phosphatase | 240 U/L |
| Serum aminotransferases | |
|     ALT | 40 U/L |
|     AST | 84 U/L |
| HBsAg | Negative |
| Anti-HBc | Negative |
| Anti-HCV | Positive |

Which of the following tests would be most helpful in establishing the diagnosis?

A.  Computed tomography of the abdomen with contrast enhancement
B.  Upper gastrointestinal endoscopy
C.  Colonoscopy
D.  Bone marrow biopsy
E.  Endoscopic retrograde cholangiopancreatography

**ABIM12356**

ABIM12357

# 13

A 24-year-old woman is evaluated for difficulty sleeping and a 5-kg (12-lb) weight loss over the past month.  Questioning discloses that she has felt sad on a daily basis during this time.  She reports extreme fatigue, which she attributes to awakening almost every night at about 2 AM and having difficulty falling asleep afterward.  She has not had the energy to participate in her usual social activities or go to the gym, where she had formerly participated in four or five exercise classes weekly.  She reports having difficulty in performing her work, and says that she doesn't know why her boss hasn't already fired her.  She has never had a major health problem and takes no regular medications.  Her mother was treated for depression many years ago.  The patient does not smoke cigarettes, and although she occasionally drinks a glass of wine with dinner, she has not had wine during the past month.

BMI is 21.  The patient's affect is flat.  The remainder of the physical examination and thyroid function studies are normal.

Which of the following is the most likely diagnosis?

A. Major depressive disorder
B. Dysthymia
C. Bipolar disorder
D. Anxiety disorder

**ABIM12358**

ABIM12359

**ABIM12360**

ABIM12361

**ABIM12362**

**ABIM12363**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2279 of 2747
PageID: 18107

**ABIM12364**

ABIM12365

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2281 of 2747
PageID: 18109

**ABIM12366**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2282 of 2747
PageID: 18110

**ABIM12367**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2283 of 2747
PageID: 18111

**ABIM12368**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2284 of 2747
PageID: 18112

ABIM12369

**ABIM12370**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2286 of 2747
PageID: 18114

# 26

A 75-year-old man who has metastatic lung cancer and chronic obstructive pulmonary disease (COPD) is admitted to the hospital because of acute shortness of breath from an exacerbation of COPD. The patient wants palliative care only. Low-dose morphine will be administered to alleviate respiratory hunger and metastatic bone pain. Shortly after an injection of morphine (2 mg), the patient has respiratory arrest.

Which of the following is most appropriate now?

A. No further treatment
B. Intravenous naloxone
C. Noninvasive ventilatory support
D. Intubation and mechanical ventilation

**ABIM12371**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2287 of 2747
PageID: 18115

**ABIM12372**

**ABIM12373**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2289 of 2747 PageID: 18117

ABIM12374

# 30

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day.  After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy.  Vital signs are normal.  General physical examination is normal.  A purulent urethral and cervical discharge is noted on pelvic examination.  Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited.  Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM12375**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2291 of 2747
PageID: 18119

ABIM12376

# 32

An 83-year-old woman is brought to the emergency department because she has had increasing somnolence and poor oral intake for four days.  She has had a sore throat and cough for one week.  Her husband states that she has been too tired to participate in their usual social activities for six months.  He does not think she has had a fever or chills.  She takes no medications and does not drink alcoholic beverages or smoke cigarettes.

The patient is difficult to arouse.  Temperature is 35.0 C (95.0 F), pulse rate is 48 per minute and regular,  respirations are 14 per minute, and blood pressure is 96/60 mm Hg.  Oxygen saturation by pulse oximetry is 90%, with the patient breathing oxygen (2 L/min).  Her face appears swollen.  A thyroidectomy scar is visible.  No carotid bruits are heard.  Cardiac examination shows bradycardia.  Dullness to percussion and bronchial breath sounds are audible in the right posterior lung field.  Reflexes are delayed but symmetric.  Chest radiograph shows a right lower lobe opacity.  Blood cultures are obtained, and intravenous fluids and antibiotics are begun.

Laboratory studies:

|  |  |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 12,000/cu mm |
| Plasma glucose | 58 mg/dL |
| Serum electrolytes |  |
|   Sodium | 132 mEq/L |
|   Potassium | 5.0 mEq/L |
|   Chloride | 92 mEq/L |
|   Bicarbonate | 25 mEq/L |

Which of the following is the most appropriate management?

A.  Active warming
B.  Intravenous bolus of 50% dextrose
C.  Dopamine infusion
D.  Intravenous methylprednisolone
E.  L-thyroxine and intravenous hydrocortisone

**ABIM12377**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2293 of 2747
PageID: 18121

ABIM12378

**ABIM12379**

**ABIM12380**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2296 of 2747 PageID: 18124

ABIM12381

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2297 of 2747
PageID: 18125

# 37

A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure.  Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded. He then became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds.  After 30 seconds, he awoke and reported generalized weakness.  Physical examination, electrocardiogram, and complete blood count are normal.

Which of the following is the most appropriate next step?

A.  Reassure the patient and discharge him from the emergency department
B.  Order computed tomography of the head
C.  Order electroencephalography
D.  Order echocardiography
E.  Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

**ABIM12382**

ABIM12383

**ABIM12384**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2300 of 2747 PageID: 18128

**ABIM12385**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2301 of 2747
PageID: 18129

ABIM12386

**ABIM12387**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2303 of 2747 PageID: 18131

ABIM12388

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2304 of 2747 PageID: 18132

**ABIM12389**

# 45

A 75-year-old man has had the dark 1.5-cm lesion shown on the upper back for several years.  He thinks it has grown steadily during the past two years.  It is painless, but he says that sometimes he scratches it and pieces of it "flake off."

Which of the following is the most likely diagnosis?

A. Compound nevus
B. Lentigo maligna
C. Malignant melanoma
D. Seborrheic keratosis
E. Verruca vulgaris

**ABIM12390**

ABIM12391

ABIM12392

ABIM12393

ABIM12394

**ABIM12395**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2311 of 2747
PageID: 18139

ABIM12396

ABIM12397

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2313 of 2747
PageID: 18141

**ABIM12398**

ABIM12399

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2315 of 2747 PageID: 18143

**ABIM12400**

**ABIM12401**

# 57

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

**ABIM12402**

**ABIM12403**

ABIM12404

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2320 of 2747
PageID: 18148

**ABIM12405**



# American Board of Internal Medicine

**Internal Medicine**

**module 803**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12406**

**ABIM12407**

**ABIM12408**

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 2324 of 2747 PageID: 18152

**ABIM12409**

ABIM12410

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2326 of 2747 PageID: 18154

**ABIM12411**

**ABIM12412**

ABIM12413

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2329 of 2747 PageID: 18157

ABIM12414

ABIM12415

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2331 of 2747
PageID: 18159

ABIM12416

ABIM12417

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2333 of 2747 PageID: 18161

ABIM12418

ABIM12419

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2335 of 2747
PageID: 18163

ABIM12420

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2336 of 2747
PageID: 18164

**ABIM12421**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2337 of 2747 PageID: 18165

**ABIM12422**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2338 of 2747 PageID: 18166

**ABIM12423**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2339 of 2747 PageID: 18167

ABIM12424

**ABIM12425**

ABIM12426

**ABIM12427**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2343 of 2747
PageID: 18171

# 22

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days.  The patient is a garbage collector and frequently scrapes his hands while working.  He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill.  Temperature is 39.5 C (103.1 F).  Pulse rate is 108 per minute and regular.  Respirations are 22 per minute.  Jaundice and scleral icterus are present.  The abdomen is diffusely tender.  Liver span is 15 cm in the midclavicular line.  Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
|     ALT | 59 U/L |
|     AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

A. *Ehrlichia ewingii*
B. *Escherichia coli* O157:H7
C. *Francisella tularensis*
D. *Leptospira interrogans*

**ABIM12428**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2344 of 2747
PageID: 18172

**ABIM12429**

ABIM12430

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2346 of 2747
PageID: 18174

ABIM12431

**ABIM12432**

ABIM12433

ABIM12434

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2350 of 2747
PageID: 18178

# 29

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.   It is likely to be self limited
B.   It can generally be avoided with a high-fiber diet and adequate water intake
C.   Laxatives should be taken as needed to avoid over treatment
D.   Laxatives should be prescribed when opioids are begun

**ABIM12435**

ABIM12436

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2352 of 2747
PageID: 18180

# 31

A 73-year-old man was admitted to the hospital eight days ago for treatment of a fractured left hip.  He now has dysphagia for both liquids and solids, intermittent odynophagia, and chest pain associated with eating.  The patient refuses to eat because of the pain.  Barium swallow is shown.

Which of the following should you recommend?

A.  Administration of isosorbide dinitrate
B.  Administration of metoclopramide
C.  Bougienage
D.  Dilation with a pneumatic dilator
E.  Long myotomy of the esophageal body

**ABIM12437**

**ABIM12438**

**ABIM12439**

**ABIM12440**

**ABIM12441**

**ABIM12442**

**ABIM12443**

**ABIM12444**

**ABIM12445**

**ABIM12446**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2362 of 2747 PageID: 18190

ABIM12447

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2363 of 2747 PageID: 18191

**ABIM12448**

**ABIM12449**

ABIM12450

**ABIM12451**

**ABIM12452**

**ABIM12453**

ABIM12454

**ABIM12455**

**ABIM12456**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2372 of 2747
PageID: 18200

**ABIM12457**

**ABIM12458**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2374 of 2747 PageID: 18202

**ABIM12459**

**ABIM12460**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2376 of 2747
PageID: 18204

ABIM12461

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2377 of 2747
PageID: 18205

ABIM12462

**ABIM12463**

ABIM12464

**ABIM12465**

**ABIM12466**



## American Board of Internal Medicine

**Internal Medicine**

**module 804**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12467**

ABIM12468

**ABIM12469**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2385 of 2747
PageID: 18213

# 3

An 18-year-old man noticed swelling in the scrotum three days ago.  The left testicle is enlarged and only mildly tender on palpation.  It does not transilluminate.

Which of the following is the most likely diagnosis?

A.  Testicular torsion
B.  Varicocele
C.  Epididymitis
D.  Testicular germ cell tumor

ABIM12470

**ABIM12471**

# 5

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases.  Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM12472**

**ABIM12473**

**ABIM12474**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2390 of 2747
PageID: 18218

**ABIM12475**

**ABIM12476**

ABIM12477

**ABIM12478**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2394 of 2747 PageID: 18222

**ABIM12479**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2395 of 2747
PageID: 18223

ABIM12480

ABIM12481

**ABIM12482**

ABIM12483

**ABIM12484**

**ABIM12485**

**ABIM12486**

**ABIM12487**

**ABIM12488**

# 22

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM12489**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2405 of 2747
PageID: 18233

ABIM12490

ABIM12491

ABIM12492

**ABIM12493**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2409 of 2747
PageID: 18237

ABIM12494

**ABIM12495**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2411 of 2747 PageID: 18239

**ABIM12496**

**ABIM12497**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2413 of 2747 PageID: 18241

**ABIM12498**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2414 of 2747
PageID: 18242

**ABIM12499**

**ABIM12500**

**ABIM12501**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2417 of 2747 PageID: 18245

**ABIM12502**

**ABIM12503**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2419 of 2747 PageID: 18247

ABIM12504

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2420 of 2747 PageID: 18248

**ABIM12505**

**ABIM12506**

**ABIM12507**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2423 of 2747 PageID: 18251

**ABIM12508**

**ABIM12509**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2425 of 2747 PageID: 18253

ABIM12510

**ABIM12511**

**ABIM12512**

**ABIM12513**

ABIM12514

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2430 of 2747 PageID: 18258

**ABIM12515**

**ABIM12516**

ABIM12517

**ABIM12518**

**ABIM12519**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2435 of 2747 PageID: 18263

ABIM12520

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2436 of 2747 PageID: 18264

ABIM12521

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2437 of 2747
PageID: 18265

**ABIM12522**

ABIM12523

ABIM12524

**ABIM12525**

**ABIM12526**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2442 of 2747
PageID: 18270

**ABIM12527**



American Board
of Internal Medicine

**Internal Medicine**

**module 805**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12528**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2444 of 2747 PageID: 18272

**ABIM12529**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2445 of 2747 PageID: 18273

**ABIM12530**

# 3

An 18-year-old man noticed swelling in the scrotum three days ago.  The left testicle is enlarged and only mildly tender on palpation.  It does not transilluminate.

Which of the following is the most likely diagnosis?

A.  Testicular torsion
B.  Varicocele
C.  Epididymitis
D.  Testicular germ cell tumor

**ABIM12531**

**ABIM12532**

# 5

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases.  Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM12533**

ABIM12534

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2450 of 2747 PageID: 18278

ABIM12535

**ABIM12536**

**ABIM12537**

ABIM12538

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2454 of 2747
PageID: 18282

**ABIM12539**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2455 of 2747
PageID: 18283

**ABIM12540**

ABIM12541

ABIM12542

**ABIM12543**

**ABIM12544**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2460 of 2747 PageID: 18288

**ABIM12545**

**ABIM12546**

ABIM12547

ABIM12548

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2464 of 2747
PageID: 18292

**ABIM12549**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2465 of 2747
PageID: 18293

# 22

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.   Paroxysmal supraventricular tachycardia
B.   Thyrotoxicosis
C.   Pheochromocytoma
D.   Panic disorder

**ABIM12550**

**ABIM12551**

**ABIM12552**

ABIM12553

**ABIM12554**

**ABIM12555**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2471 of 2747
PageID: 18299

ABIM12556

**ABIM12557**

**ABIM12558**

**ABIM12559**

**ABIM12560**

**ABIM12561**

**ABIM12562**

**ABIM12563**

ABIM12564

**ABIM12565**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2481 of 2747 PageID: 18309

ABIM12566

**ABIM12567**

**ABIM12568**

ABIM12569

ABIM12570

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2486 of 2747
PageID: 18314

ABIM12571

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2487 of 2747 PageID: 18315

**ABIM12572**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2488 of 2747
PageID: 18316

ABIM12573

ABIM12574

**ABIM12575**

**ABIM12576**

ABIM12577

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2493 of 2747
PageID: 18321

**ABIM12578**

**ABIM12579**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2495 of 2747
PageID: 18323

ABIM12580

**ABIM12581**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2497 of 2747 PageID: 18325

**ABIM12582**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2498 of 2747
PageID: 18326

ABIM12583

**ABIM12584**

**ABIM12585**

**ABIM12586**

**ABIM12587**

**ABIM12588**



## Internal Medicine

## module 806

## CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12589**

**ABIM12590**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2506 of 2747
PageID: 18334

**ABIM12591**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2507 of 2747
PageID: 18335

# 3

An 18-year-old man noticed swelling in the scrotum three days ago. The left testicle is enlarged and only mildly tender on palpation. It does not transilluminate.

Which of the following is the most likely diagnosis?

A. Testicular torsion
B. Varicocele
C. Epididymitis
D. Testicular germ cell tumor

**ABIM12592**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2508 of 2747 PageID: 18336

ABIM12593

# 5

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM12594**

ABIM12595

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2511 of 2747 PageID: 18339

**ABIM12596**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2512 of 2747
PageID: 18340

**ABIM12597**

ABIM12598

**ABIM12599**

ABIM12600

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2516 of 2747 PageID: 18344

**ABIM12601**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2517 of 2747
PageID: 18345

ABIM12602

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2518 of 2747 PageID: 18346

ABIM12603

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2519 of 2747
PageID: 18347

ABIM12604

**ABIM12605**

ABIM12606

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2522 of 2747 PageID: 18350

**ABIM12607**

ABIM12608

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2524 of 2747 PageID: 18352

ABIM12609

**ABIM12610**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2526 of 2747
PageID: 18354

# 22

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM12611**

ABIM12612

ABIM12613

**ABIM12614**

ABIM12615

ABIM12616

ABIM12617

**ABIM12618**

ABIM12619

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2535 of 2747 PageID: 18363

**ABIM12620**

**ABIM12621**

ABIM12622

**ABIM12623**

**ABIM12624**

ABIM12625

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2541 of 2747
PageID: 18369

**ABIM12626**

**ABIM12627**

**ABIM12628**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2544 of 2747 PageID: 18372

**ABIM12629**

**ABIM12630**

ABIM12631

ABIM12632

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2548 of 2747 PageID: 18376

ABIM12633

**ABIM12634**

ABIM12635

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2551 of 2747 PageID: 18379

ABIM12636

**ABIM12637**

ABIM12638

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2554 of 2747 PageID: 18382

**ABIM12639**

ABIM12640

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2556 of 2747 PageID: 18384

ABIM12641

**ABIM12642**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2558 of 2747
PageID: 18386

ABIM12643

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2559 of 2747
PageID: 18387

ABIM12644

**ABIM12645**

**ABIM12646**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2562 of 2747 PageID: 18390

**ABIM12647**

ABIM12648

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 2564 of 2747
PageID: 18392

**ABIM12649**



**Internal Medicine**

**module 807**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12650**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2566 of 2747 PageID: 18394

**ABIM12651**

ABIM12652

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2568 of 2747
PageID: 18396

# 3

An 18-year-old man noticed swelling in the scrotum three days ago.  The left testicle is enlarged and only mildly tender on palpation.  It does not transilluminate.

Which of the following is the most likely diagnosis?

A.  Testicular torsion
B.  Varicocele
C.  Epididymitis
D.  Testicular germ cell tumor

**ABIM12653**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2569 of 2747
PageID: 18397

ABIM12654

# 5

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM12655**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2571 of 2747 PageID: 18399

**ABIM12656**

ABIM12657

**ABIM12658**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2574 of 2747 PageID: 18402

**ABIM12659**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2575 of 2747
PageID: 18403

**ABIM12660**

**ABIM12661**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2577 of 2747 PageID: 18405

**ABIM12662**

ABIM12663

ABIM12664

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2580 of 2747 PageID: 18408

**ABIM12665**

**ABIM12666**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2582 of 2747
PageID: 18410

**ABIM12667**

ABIM12668

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2584 of 2747 PageID: 18412

ABIM12669

ABIM12670

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2586 of 2747 PageID: 18414

**ABIM12671**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2587 of 2747
PageID: 18415

# 22

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM12672**

**ABIM12673**

**ABIM12674**

**ABIM12675**

**ABIM12676**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2592 of 2747 PageID: 18420

ABIM12677

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2593 of 2747 PageID: 18421

**ABIM12678**

**ABIM12679**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2595 of 2747 PageID: 18423

ABIM12680

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2596 of 2747
PageID: 18424

ABIM12681

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2597 of 2747
PageID: 18425

ABIM12682

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2598 of 2747
PageID: 18426

ABIM12683

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2599 of 2747
PageID: 18427

ABIM12684

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2600 of 2747
PageID: 18428

ABIM12685

ABIM12686

ABIM12687

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2603 of 2747 PageID: 18431

ABIM12688

ABIM12689

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2605 of 2747 PageID: 18433

ABIM12690

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2606 of 2747 PageID: 18434

ABIM12691

ABIM12692

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2608 of 2747
PageID: 18436

ABIM12693

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2609 of 2747
PageID: 18437

ABIM12694

**ABIM12695**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2611 of 2747 PageID: 18439

ABIM12696

ABIM12697

ABIM12698

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2614 of 2747
PageID: 18442

**ABIM12699**

ABIM12700

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2616 of 2747 PageID: 18444

ABIM12701

**ABIM12702**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2618 of 2747
PageID: 18446

**ABIM12703**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2619 of 2747
PageID: 18447

**ABIM12704**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2620 of 2747
PageID: 18448

**ABIM12705**

ABIM12706

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2622 of 2747
PageID: 18450

**ABIM12707**

**ABIM12708**

ABIM12709

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2625 of 2747 PageID: 18453

ABIM12710



**Internal Medicine**

**module 808**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12711**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2627 of 2747 PageID: 18455

**ABIM12712**

ABIM12713

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2629 of 2747
PageID: 18457

# 3

An 18-year-old man noticed swelling in the scrotum three days ago.  The left testicle is enlarged and only mildly tender on palpation.  It does not transilluminate.

Which of the following is the most likely diagnosis?

A.  Testicular torsion
B.  Varicocele
C.  Epididymitis
D.  Testicular germ cell tumor

**ABIM12714**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2630 of 2747
PageID: 18458

ABIM12715

# 5

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM12716**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2632 of 2747 PageID: 18460

**ABIM12717**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2633 of 2747 PageID: 18461

**ABIM12718**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2634 of 2747 PageID: 18462

**ABIM12719**

**ABIM12720**

**ABIM12721**

**ABIM12722**

ABIM12723

**ABIM12724**

**ABIM12725**

ABIM12726

ABIM12727

ABIM12728

ABIM12729

**ABIM12730**

**ABIM12731**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2647 of 2747
PageID: 18475

**ABIM12732**

# 22

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM12733**

ABIM12734

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2650 of 2747
PageID: 18478

**ABIM12735**

ABIM12736

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2652 of 2747 PageID: 18480

ABIM12737

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2653 of 2747 PageID: 18481

**ABIM12738**

ABIM12739

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2655 of 2747 PageID: 18483

**ABIM12740**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2656 of 2747 PageID: 18484

**ABIM12741**

**ABIM12742**

ABIM12743

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2659 of 2747 PageID: 18487

**ABIM12744**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2660 of 2747
PageID: 18488

ABIM12745

**ABIM12746**

**ABIM12747**

**ABIM12748**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2664 of 2747 PageID: 18492

ABIM12749

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2665 of 2747 PageID: 18493

ABIM12750

**ABIM12751**

**ABIM12752**

**ABIM12753**

**ABIM12754**

**ABIM12755**

ABIM12756

ABIM12757

ABIM12758

ABIM12759

**ABIM12760**

**ABIM12761**

**ABIM12762**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2678 of 2747
PageID: 18506

ABIM12763

**ABIM12764**

Case 2:14-cv-06428-KSH-CLW Document 211-4 Filed 02/20/24 Page 2680 of 2747 PageID: 18508

ABIM12765

**ABIM12766**

**ABIM12767**

ABIM12768

Case 2:14-cv-06428-KSH-CLW     Document 211-4     Filed 02/20/24     Page 2684 of 2747
PageID: 18512

**ABIM12769**

**ABIM12770**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2686 of 2747
PageID: 18514

**ABIM12771**



**Internal Medicine**

**module 809**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM12772**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2688 of 2747
PageID: 18516

ABIM12773

**ABIM12774**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2690 of 2747
PageID: 18518

# 3

An 18-year-old man noticed swelling in the scrotum three days ago.  The left testicle is enlarged and only mildly tender on palpation.  It does not transilluminate.

Which of the following is the most likely diagnosis?

A.  Testicular torsion
B.  Varicocele
C.  Epididymitis
D.  Testicular germ cell tumor

**ABIM12775**

**ABIM12776**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2692 of 2747
PageID: 18520

# 5

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg.  Mental status is normal.  A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A.  A beta-adrenergic blocking agent
B.  Digoxin and a diuretic
C.  An ACE inhibitor and a diuretic
D.  Percutaneous aortic valvuloplasty
E.  Cardiac catheterization in preparation for aortic valve replacement

**ABIM12777**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2693 of 2747 PageID: 18521

**ABIM12778**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2694 of 2747
PageID: 18522

ABIM12779

**ABIM12780**

**ABIM12781**

**ABIM12782**

**ABIM12783**

**ABIM12784**

ABIM12785

ABIM12786

ABIM12787

**ABIM12788**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2704 of 2747
PageID: 18532

**ABIM12789**

**ABIM12790**

**ABIM12791**

ABIM12792

ABIM12793

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2709 of 2747
PageID: 18537

# 22

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.  Paroxysmal supraventricular tachycardia
B.  Thyrotoxicosis
C.  Pheochromocytoma
D.  Panic disorder

**ABIM12794**

**ABIM12795**

**ABIM12796**

**ABIM12797**

**ABIM12798**

ABIM12799

**ABIM12800**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2716 of 2747
PageID: 18544

ABIM12801

**ABIM12802**

ABIM12803

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2719 of 2747 PageID: 18547

ABIM12804

**ABIM12805**

**ABIM12806**

ABIM12807

**ABIM12808**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2724 of 2747
PageID: 18552

**ABIM12809**

**ABIM12810**

ABIM12811

ABIM12812

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2728 of 2747
PageID: 18556

ABIM12813

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2729 of 2747
PageID: 18557

**ABIM12814**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2730 of 2747 PageID: 18558

**ABIM12815**

**ABIM12816**

ABIM12817

**ABIM12818**

**ABIM12819**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2735 of 2747
PageID: 18563

**ABIM12820**

**ABIM12821**

**ABIM12822**

**ABIM12823**

Case 2:14-cv-06428-KSH-CLW    Document 211-4    Filed 02/20/24    Page 2739 of 2747 PageID: 18567

ABIM12824

ABIM12825

**ABIM12826**

**ABIM12827**

**ABIM12828**

Case 2:14-cv-06428-KSH-CLW   Document 211-4   Filed 02/20/24   Page 2744 of 2747 PageID: 18572

**ABIM12829**

**ABIM12830**

**ABIM12831**

**ABIM12832**

Case 2:14-cv-06428-KSH-CLW   Document 211-5   Filed 02/20/24   Page 1 of 360
PageID: 18576

# EXHIBIT 3

REDACTED

## ABIM Internal Medicine Certification Examination – Candidate Name

Welcome, Candidate Name
You are about to begin the ABIM Internal Medicine Certification Examination



By selecting the Next (N) button, you acknowledge that you are the person named above and that you will be videotaped and audio recorded while taking this examination. If you have any questions, please raise your hand to notify the test administrator.

Copyright © 2009 by American Board of Internal Medicine. All rights reserved.
ABIM Internal Medicine Certification Examination

⇥ End Exam

Next ➔

ABIM00230

ABIM Internal Medicine Certification Examination - Candidate Name

## GENERAL ADMINISTRATIVE INFORMATION

The following policies apply throughout all sessions of the examination. After you have read the following information and have signed the "Pledge of Honesty," you will be able to start the examination.

As administrator for the examination, the staff of Pearson Professional Centers is empowered by the American Board of Internal Medicine to ensure that the examination is conducted ethically.

You must remain in your seat during the examination, except when authorized to leave by a test center staff member. Raise your hand to notify the administrator if you:

- Have a problem with your computer
- Need additional note boards
- Need to take a break
- Have inadvertently brought an electronic device or watch into the testing room
- Need the administrator for any reason
- Are easily distracted by noise and wish to request earplugs from the administrator. Headphones, electronic devices, and your own earplugs are not permitted.

No break is allowed from now until you start the exam. If you must leave the room for any reason during a test session, the test administrator will set your computer in "Unscheduled Break" mode. During the testing session, **no extra time** will be allowed for the time you are away from your workstation. While the computer is set in "Unscheduled Break" mode, the screen will display the overall session time remaining with the clock counting down, and the display screen you are working on cannot be seen. You must move to the exit as quietly as possible and refrain from any discussion. You must not leave the immediate vicinity of the examination room and restrooms while the test session is in progress. You must provide an electronic fingerprint each time you enter and exit the testing room. When you return to your workstation, the test administrator will turn off the "Unscheduled Break" mode so that you may continue with the examination.

↪] End Exam                                                          ← Previous     Next →

Case: 24-3012     Document: 47     Page: 2925     Date Filed: 07/03/2025

ABIM00231

## ABIM Internal Medicine Certification Examination - Candidate Name

### TIMING OF THE TEST

The examination is given in a modular format. There is a total of four modules, or test sessions. You will have up to two hours to complete each test session. The number of questions in a test session and the time remaining for the test session will be displayed in the upper right corner of the computer screen. The time of day will be displayed on a clock in the testing room. During the test session, if you leave the room for any reason, **no extra time** will be allowed for the time you are away from your workstation. When you have five minutes remaining, a message box will appear as a reminder. If you are still working at the end of the test session, the computer screen will change to gray, a message will appear stating that your time has expired, and your keyboard and mouse responses will no longer be recorded.

When you have completed the first test session, or when the session time has elapsed, you may take a maximum of 20 minutes for a break. If you have unused time remaining from the first test session, it will be added to this break time; however, you may forfeit your break and continue to the second test session. If you leave the testing room during the break, the test administrator must re-admit you to the testing room. You must provide an electronic fingerprint each time you enter and exit the testing room, and you must be at your seat before the break elapses; therefore, you should allow sufficient time (as much as 10 minutes) for checking in from the break. If you exceed the allotted break time, the excess time will be deducted from the following test session.

At the end of the second test session, you may take up to 60 minutes for a lunch break. If you have unused time remaining from the second session, it will be added to this break time. You may forfeit a portion of the lunch break to begin the next test session before the break has elapsed, or you may forfeit your entire lunch break and continue to the third test session. If you exceed the allotted break time, this time will be deducted from the third test session.

When you have completed the third test session, you may take up to 20 minutes for a break. If you have unused time remaining from the third session, it will be added to this break time; however, you may forfeit your break and continue to the fourth test session. If you exceed the allotted break time, the excess time will be deducted from the fourth test session.

**Again, you should allow sufficient time for checking in from a break.**

⟩] End Exam                                              ← Previous    Next ⟩

ABIM00232

## ABIM Internal Medicine Certification Examination - Candidate Name

### STRUCTURE OF THE TEST

Answer every question, because your score will be determined by the total number of questions answered correctly. There is no penalty for guessing.  For each question, there is one best answer.  Be sure to check the Review Screen for any unanswered items, which will be indicated as "Incomplete."  Continue to work until you have answered all questions or time for the test session has expired.  When you have five minutes remaining, a message box will appear on the screen as a reminder.

### * * * NOTICE * * *

**The Board is aware that, on occasion, changes in medicine (such as withdrawal of a drug from the market) occurring late in the examination publishing process may affect your response to a small number of questions. You should do your best to answer all questions according to your understanding of current clinical principles and practice.  If the ABIM determines that a question has been compromised by new information, this question will not be counted in the overall examination score.**

Notes or calculations may be made on the note boards or in the "Notes (O)" section on the screen attached to each item. Calculations may be made on the calculator by clicking the "Calculator (U)" button.  The note boards,  and the "Notes (O)," and the "Calculator (U)" sections are provided for your convenience; they are not considered during the evaluation of your examination.  An opportunity to comment on the questions is provided in the survey that will appear on the screen after you finish the entire examination.

Normal ranges for laboratory studies may be provided in the text of the questions.  A table of normal laboratory values that are not included in the text, and a list of abbreviations can be found by clicking the button marked "NLV/Abbreviations" at the bottom of each question.  All illustrations are contained within each question.   They may be viewed by clicking the "Click here for Figure(s)" box in the question.

⏻ End Exam    ← Previous   Next →

Case: 24-3012    Document: 47    Page: 2927    Date Filed: 07/03/2025

ABIM00233

## ABIM Internal Medicine Certification Examination - Candidate Name

### IRREGULAR BEHAVIOR

Test administrators are required to report to the Board any candidate who exhibits irregular behavior, as described to you on the ABIM website. The Board will investigate all irregularity reports.

Irregular behavior that is observed, is made apparent by data forensics, statistical analysis, or is shown by other means may lead to dismissal from the examination, ineligibility for certification, or other sanctions, including invalidation of your examination.

You have been instructed that access to electronic devices, such as cellular phones, PDAs, beepers, or pagers is restricted at the test site. In addition, watches are not permitted. If you are currently in possession of an electronic device or watch, please raise your hand now to signal the test administrator. You will need to place your electronic device or watch in your storage locker. The electronic device must be locked in the "Off" mode when it is stored. You are warned that if you have an electronic device or watch and keep it with you during a test session, you will be in violation of the Board's policies, which may lead to examination invalidation, ineligibility for certification, or other sanctions deemed appropriate by the Board

You must not discuss the examination at any time. Furthermore, you must not disclose the content of the examination to others or reproduce any portion of the examination in any manner, including reconstruction through memorization or dictation.

Notes or calculations may be made on the note boards or in the "Notes (O)" section on each item. You may not use scratch paper, calculators, or nomograms. There should be nothing on your desk but the note board.

**⇥ End Exam**                                                    **← Previous**    **Next ▶**

Case: 24-3012    Document: 47    Page: 2928    Date Filed: 07/03/2025

ABIM00234

ABIM Internal Medicine Certification Examination - Candidate Name

## PLEDGE OF HONESTY

Please read the following statement. You will not be permitted to take this examination unless you agree to abide by the following terms and conditions.

I, Candidate Name 54321, pledge that I will not give or receive aid in this examination. I will not disclose, copy, or reproduce any portion of the material contained in this examination. I pledge to comply with the instructions of proctors and with all rules of this examination. I confirm that the information provided in my application to the Board is true and correct.

Pearson VUE is empowered by the American Board of Internal Medicine to ensure that the examination is conducted ethically. They are required to report to the Board any candidate who exhibits irregular or improper behavior as described to you on the ABIM website.

The Board will investigate all irregularity reports. Irregular behavior that is observed, that is made apparent by statistical analysis, or is shown by other means, may lead to ineligibility for certification or other sanctions, including invalidation of your examination.

If you need to leave the room or if you have questions at any time during the testing experience, please raise your hand and a Testing Administrator will assist you. The Administrator will not answer exam-specific questions.

I, Candidate Name 54321, agree to the above statements and agree to be legally bound by the rules and policies of the American Board of Internal Medicine.

By selecting the Next (N) button, you will be accepting these terms (You will now proceed to the exam).

If you do not accept these terms, raise your hand to notify the test administrator now. (You will not be permitted to proceed to the exam).

End Exam | Previous | Next



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

## NORMAL LABORATORY VALUES NOT INCLUDED IN THE QUESTION TEXT

The **comprehensive metabolic panel** contains the following assays: albumin, alkaline phosphatase, AST, total bilirubin, blood urea nitrogen, calcium, total cholesterol, creatinine, glucose, phosphorus, total protein, uric acid. These are highlighted in **bold**. Arterial blood studies are done at sea level with the patient breathing room air unless otherwise specified.

### Hematologic:

| | |
|---|---|
| Erythrocyte sedimentation rate (Westergren) | Male: 0-15 mm/hr; female: 0-20 mm/hr |
| Hematocrit, blood | Male: 42-50%; female: 40-48% |
| Hemoglobin, blood | Male: 13-16 g/dL; female: 12-15 g/dL |
| Hemoglobin A$_{1c}$ | 4.0-6.1% |
| Leukocyte count and differential | 4000-11,000/cu mm; |
| | 50-70% segmented neutrophils, |
| | 0-5% band forms, 30-45% lymphocytes, |
| | 0-6% monocytes, 0-1% basophils |
| | 0-3% eosinophils |
| Platelet count | 150,000-300,000/cu mm |

### Whole blood, plasma, serum chemistries:

⊠ Close

Case: 24-3012    Document: 47    Page: 2930    Date Filed: 07/03/2025

ABIM00236



Case: 24-3012    Document: 47    Page: 2931    Date Filed: 07/03/2025

ABIM00237

Case: 24-3012     Document: 47     Page: 2932     Date Filed: 07/03/2025



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | **High: greater than 239 mg/dL** |
| High-density lipoprotein (HDL) | Low: less than 40 mg/dL |
| Low-density lipoprotein (LDL) | Optimal: less than 100 mg/dL |
| | Near-optimal: 100-129 mg/dL |
| | Borderline-high: 130-159 mg/dL |
| | (may be high in the presence of coronary |
| | artery disease or other factors) |
| | High: 160-189 mg/dL |
| | Very high: 190 mg/dL and above |
| **Creatinine, serum** | **0.7-1.5 mg/dL** |
| Electrolytes, serum: | |
| Sodium | 136-145 mEq/L |
| Potassium | 3.5-5.0 mEq/L |
| Chloride | 98-106 mEq/L |
| Bicarbonate | 23-28 mEq/L |
| **Glucose, plasma** | **Normal (fasting): 70-115 mg/dL** |
| | **Borderline: 115-140 mg/dL** |
| | **Abnormal: greater than 140 mg/dL** |
| Luteinizing hormone, serum | Adult male:  2-18 mIU/mL |
| | Female: |
| | To age 8:  less than 10 mIU/mL |
| | Ages 8-14:  2-14 mIU/mL |

⊠ Close

ABIM00238



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

Adult:  5-12 mIU/mL (follicular or luteal)
30-250 mIU/mL (mid-cycle peak)
greater than 30 mIU/mL
(postmenopausal)

| | |
|---|---|
| **Phosphorus, serum** | **3.0-4.5 mg/dL** |
| **Proteins, serum:** | |
|   **Total** | **5.5-9.0 g/dL** |
|   **Albumin** | **3.5-5.5 g/dL** |
| Triglycerides, serum (fasting) | Normal: less than 250 mg/dL |
| | Borderline: 250-500 mg/dL |
| | Abnormal: greater than 500 mg/dL |
| **Urea nitrogen, blood** | **8-20 mg/dL** |
| **Uric acid, serum** | **3.0-7.0 mg/dL** |

**Cerebrospinal fluid (CSF):**

| | |
|---|---|
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |

**Hemodynamic measurements:**

| | |
|---|---|
| Cardiac index | 2.5-4.2 L/min/m$^2$ |

☒ Close

ABIM00239



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

**Uric acid, serum**                          **3.0-7.0 mg/dL**

**Cerebrospinal fluid (CSF):**
Cell count                                    0-5 mononuclear cells/cu mm
Glucose                                       50-75 mg/dL
Pressure (initial)                            70-180 mm CSF
Total proteins                                15-45 mg/dL

**Hemodynamic measurements:**
Cardiac index                                 2.5-4.2 L/min/m$^2$
Cardiac output                                4-6 L/min
Pressures:
  Pulmonary artery                  Systolic: 15-30 mm Hg
                                              Diastolic: 3-21 mm Hg
                                              Mean: 9-16 mm Hg

  Pulmonary artery wedge            6-12 mm Hg
  Right atrium                      0-8 mm Hg
  Right ventricle                   Systolic: 15-30 mm Hg
                                              Diastolic: 0-5 mm Hg
  Systemic arteries                 Systolic: 100-140 mm Hg
                                              Diastolic: 60-90 mm Hg
                                              Mean: 70-105 mm Hg

☒ Close

Case: 24-3012    Document: 47    Page: 2934    Date Filed: 07/03/2025

ABIM00240



**① NLV's & Abbreviations**    ⊠

| Normal Lab Values | Abbreviations |

### LIST OF ABBREVIATIONS

| | |
|---|---|
| $A_2$ | Second heart sound |
| ACE | Angiotensin-converting enzyme |
| ACTH | Adrenocorticotropic hormone (corticotropin) |
| AIDS | Acquired immunodeficiency syndrome |
| ALT | Alanine aminotransferase |
| ANCA | Antineutrophil cytoplasmic antibody |
| anti-HAV | Antibodies to hepatitis A virus |
| anti-HBc | Antibodies to hepatitis B core antigen |
| anti-HBe | Antibodies to hepatitis B e antigen |
| anti-HBs | Antibodies to hepatitis B surface antigen |
| anti-HCV | Antibodies to hepatitis C virus |
| anti-HDV | Antibodies to hepatitis D virus |
| AST | Aspartate aminotransferase |
| BMI | Body mass index (in kg/m$^2$) |
| C-ANCA | Cytoplasmic antineutrophil cytoplasmic antibody |

⊠ Close

Case: 24-3012    Document: 47    Page: 2935    Date Filed: 07/03/2025

ABIM00241



## NLV's & Abbreviations

### Normal Lab Values | **Abbreviations**

| | |
|---|---|
| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $F_{IO_2}$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

☒ Close

Case: 24-3012    Document: 47    Page: 2936    Date Filed: 07/03/2025

ABIM00242



## NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| HBsAg | Hepatitis B surface antigen |
|-------|------------------------------|
| HBV | Hepatitis B virus |
| HCV | Hepatitis C virus |
| HDL | High-density lipoprotein |
| HIV | Human immunodeficieny virus |
| HMG-CoA | Hydroxymethylglutaryl coenzyme A |
| Ig | Immunoglobulin |
| INR | International normalized ratio |
| LDL | Low-density lipoprotein |
| MALT | Mucosa-associated lymphoid tissue |
| METS | Metabolic equivalents |
| MVV | Maximal volume ventilation |
| NPH | Neutral protamine Hagedorn |
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |

⊠ Close

Case: 24-3012    Document: 47    Page: 2937    Date Filed: 07/03/2025

ABIM00243



## NLV's & Abbreviations

### Normal Lab Values | Abbreviations

| | |
|---|---|
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |
| PEEP | Positive end-expiratory pressure |
| PEFR | Peak expiratory flow rate |
| $Po_2$ | Partial pressure of oxygen |
| PPD | Purified protein derivative |
| RV | Residual volume |
| $S_1$ | First heart sound |
| $S_2$ | Second heart sound |
| $S_3$ | Third heart sound (ventricular gallop) |
| $S_4$ | Fourth heart sound (atrial gallop) |
| TLC | Total lung capacity |
| TNM | Tumor-node-metastasis |
| TU | Tuberculin unit |
| VDRL | Veneral Disease Research Laboratories |

Close

Case: 24-3012   Document: 47   Page: 2938   Date Filed: 07/03/2025

ABIM00244

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    PageID: 18592
REDACTED



Case: 24-3012    Document: 47    Page: 2939    Date Filed: 07/03/2025

JA3291

ABIM00245

REDACTED

ABIM00246

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20    REDACTED
PageID: 18594



Case: 24-3012    Document: 47    Page: 2941    Date Filed: 07/03/2025

ABIM00247

JA3293

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    Pa    REDACTED
PageID: 18595



Case: 24-3012   Document: 47   Page: 2942   Date Filed: 07/03/2025

ABIM00248

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    Pa    REDACTED
PageID: 18596



JA3295

ABIM00249

Case 2:14-cv-06428-KSH-CLW Document 211-5 Filed 02/20/24 PageID: 18597

REDACTED

Case: 24-3012     Document: 47     Page: 2944     Date Filed: 07/03/2025

ABIM00250

JA3296

REDACTED



ABIM00251

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    PageID: 18599

REDACTED

Notes   Calculator                                    Mark for Review



NLV's & Abbreviations          Previous   Navigator   Next

Case: 24-3012    Document: 47    Page: 2946    Date Filed: 07/03/2025

ABIM00252

Case 2:14-cv-06428-KSH-CLW     Document 211-5     Filed 02/20/24     PageID: 18600

REDACTED

Notes   Calculator                                          Mark for Review



NLV's & Abbreviations              Previous   Navigator   Next

Case: 24-3012     Document: 47     Page: 2947     Date Filed: 07/03/2025

ABIM00253

REDACTED

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 115:51
📖 7 of 60

📝 Notes   📱 Calculator                                    🔺 Mark for Review



⊕ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 2948    Date Filed: 07/03/2025

ABIM00254



ABIM00255

Case: 24-3012    Document: 47    Page: 2949    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW     Document 211-5     Filed 02/20/24
PageID: 18603

REDACTED

Notes    Calculator                                    Mark for Review

Case: 24-3012    Document: 47    Page: 2950    Date Filed: 07/03/2025

JA3302

ABIM00256

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    Page 29 of 360
PageID: 18604

A 63-year-old man comes to your office for a follow-up visit one month after hospital admission for an exacerbation of chronic obstructive pulmonary disease.  At that time he was afebrile; leukocyte count was 8800/cu mm, and no acute changes were noted on chest radiograph.  His symptoms resolved quickly with oxygen, inhaled bronchodilators, and oral amoxicillin–clavulanate.

Today he feels his condition has returned to baseline, but sputum obtained when he was hospitalized is growing *Mycobacterium avium*.  Repeat chest radiograph is unchanged.

Which of the following is the most appropriate management?

- ○ A.  Observe; no change in management is necessary
- ○ B.  Perform tuberculin skin testing (PPD, 5 TU)
- ○ C.  Begin therapy immediately with clarithromycin and ethambutol
- ○ D.  Admit him to the hospital in respiratory isolation for further management

CONFIDENTIAL
JA3303
ABIM00257

Case: 24-3012    Document: 47    Page: 2951    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW     Document 211-5     Filed 02/20/24     PageID: 18605



Case: 24-3012     Document: 47     Page: 2952     Date Filed: 07/03/2025

ABIM00258

Case 2:14-cv-06428-KSH-CLW   Document 211-5   Filed 02/20/24   PageID: 18606

REDACTED



Case: 24-3012   Document: 47   Page: 2953   Date Filed: 07/03/2025

ABIM00259

JA3305

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/    PageID: 18607

REDACTED

Case: 24-3012    Document: 47    Page: 2954    Date Filed: 07/03/2025

JA3306

ABIM00260

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20    REDACTED
PageID: 18608

🖊 Notes   🗄 Calculator                                    🔺 Mark for Review



Case: 24-3012    Document: 47    Page: 2955    Date Filed: 07/03/2025

ABIM00261

JA3307

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/ REDACTED
PageID: 18609



Case: 24-3012    Document: 47    Page: 2956    Date Filed: 07/03/2025

ABIM00262

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    PageID: 18610

REDACTED

Notes   Calculator                                        Mark for Review



NLV's & Abbreviations                    Previous   Navigator   Next

Case: 24-3012    Document: 47    Page: 2957    Date Filed: 07/03/2025

ABIM00263

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20    PageID: 18611

REDACTED



Case: 24-3012    Document: 47    Page: 2958    Date Filed: 07/03/2025

JA3310

ABIM00264

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/2    PageID: 18612

REDACTED

📄 Notes   🖩 Calculator                                    ◁ Mark for Review

⑦ NLV's & Abbreviations                          ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 2959    Date Filed: 07/03/2025

ABIM00265

Notes  Calculator

Mark for Review



Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    REDACTED
PageID: 18613

Case: 24-3012    Document: 47    Page: 2960    Date Filed: 07/03/2025

JA3312

ABIM00266

Notes    Calculator

Mark for Review



NLV's & Abbreviations

Previous    Navigator    Next

ABIM00267

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    PageID: 18615

REDACTED

Notes  Calculator    Mark for Review



NLV's & Abbreviations    ← Previous    Navigator    Next →

Case: 24-3012    Document: 47    Page: 2962    Date Filed: 07/03/2025

ABIM00268

Case 2:14-cv-06428-KSH-CLW     Document 211-5     Filed 02/20/24     PageID: 18616

REDACTED

Notes   Calculator                                                    Mark for Review

Case: 24-3012     Document: 47     Page: 2963     Date Filed: 07/03/2025

ABIM00269

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/2 REDACTED
PageID: 18617



Case: 24-3012    Document: 47    Page: 2964    Date Filed: 07/03/2025

ABIM00270

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/2    PageID: 18618

REDACTED

Case: 24-3012    Document: 47    Page: 2965    Date Filed: 07/03/2025

JA3317

ABIM00271

Case 2:14-cv-06428-KSH-CLW   Document 211-5   P[REDACTED]
PageID: 18619

Case: 24-3012   Document: 47   Page: 2966   Date Filed: 07/03/2025

ABIM00272

JA3318

REDACTED

ABIM Internal Medicine Certification Examination - Candidate Name

Time Remaining 110:39
22 of 60

Notes    Calculator                                    Mark for Review



NLV's & Abbreviations                    Previous    Navigator    Next

Case: 24-3012    Document: 47    Page: 2967    Date Filed: 07/03/2025

ABIM00273

Case 2:14-cv-06428-KSH-CLW     Document 211-5     Filed 02/20/24     PageID: 18621

Notes    Calculator                                      Mark for Review



NLV's & Abbreviations              Previous    Navigator    Next

Case: 24-3012    Document: 47    Page: 2968    Date Filed: 07/03/2025

ABIM00274

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed REDACTED
PageID: 18622



NLV's & Abbreviations    ← Previous    Navigator    Next →

Case: 24-3012    Document: 47    Page: 2969    Date Filed: 07/03/2025

ABIM00275

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 110:14
≡ 25 of 60

📄 Notes   🖩 Calculator                                         ◁ Mark for Review

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

○ A.   Allergic rhinitis
○ B.   Deviated nasal septum
○ C.   Rhinitis medicamentosa
○ D.   Subacute bacterial sinusitis
○ E.   Vasomotor rhinitis

⊙ NLV's & Abbreviations                       ← Previous   ⚙ Navigator   Next →


CONFIDENTIAL

JA3322

ABIM00276

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed REDACTED
PageID: 18624



Case: 24-3012    Document: 47    Page: 2971    Date Filed: 07/03/2025

JA3323

ABIM00277

Notes  Calculator

Mark for Review



NLV's & Abbreviations

Previous  Navigator  Next

Case 2:14-cv-06428-KSH-CLW    Document 211-5
PageID: 18625

REDACTED

Case: 24-3012    Document: 47    Page: 2972    Date Filed: 07/03/2025

ABIM00278

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18626

📝 Notes  🖩 Calculator

△ Mark for Review



⑦ NLV's & Abbreviations

← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 2973    Date Filed: 07/03/2025

ABIM00279

Case 2:14-cv-06428-KSH-CLW    Document 211-    REDACTED    360
PageID: 1862

📝 Notes  🖩 Calculator

△ Mark for Review

Case: 24-3012    Document: 47    Page: 2974    Date Filed: 07/03/2025

ABIM00280

Notes  Calculator                                            Mark for Review



NLV's & Abbreviations                          Previous   Navigator   Next

ABIM00281

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 
PageID: 18629

📝 Notes  ☐ Calculator

◁ Mark for Review

⦿ NLV's & Abbreviations          ← Previous  ⚙ Navigator  Next →

ABIM00282

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed REDACTED
PageID: 18630



Case: 24-3012    Document: 47    Page: 2977    Date Filed: 07/03/2025

JA3329

ABIM00283

Case 2:14-cv-06428-KSH-CLW    Document 211    [REDACTED] of 360
PageID: 18631

📝 Notes   🖩 Calculator                                    △ Mark for Review



Case: 24-3012    Document: 47    Page: 2978    Date Filed: 07/03/2025

ABIM00284

JA3330

Case 2:14-cv-06428-KSH-CLW    Document 211-5    60
PageID: 18632

Case: 24-3012    Document: 47    Page: 2979    Date Filed: 07/03/2025

ABIM00285

JA3331

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18633



Case: 24-3012    Document: 47    Page: 2980    Date Filed: 07/03/2025

ABIM00286

JA3332

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    60
PageID: 18634

📝 Notes    📱 Calculator                                    🔺 Mark for Review



Case: 24-3012    Document: 47    Page: 2981    Date Filed: 07/03/2025

ABIM00287

Case 2:14-cv-06428-KSH-CLW    Document 211-  360
PageID: 1863

REDACTED

Notes  Calculator                                                                    Mark for Review



NLV's & Abbreviations                                      Previous   Navigator   Next

Case: 24-3012    Document: 47    Page: 2982    Date Filed: 07/03/2025

ABIM00288

Case 2:14-cv-06428-KSH-CLW    Document 211    [REDACTED] f 360
PageID: 1863

📝 Notes  🖩 Calculator                                      △ Mark for Review



⑦ NLV's & Abbreviations            ← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 2983    Date Filed: 07/03/2025

ABIM00289

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18637



Case: 24-3012    Document: 47    Page: 2984    Date Filed: 07/03/2025

ABIM00290

Notes    Calculator                                    Mark for Review



NLV's & Abbreviations                    Previous    Navigator    Next

ABIM00291

Case 2:14-cv-06428-KSH-CLW    Document 211-5    [REDACTED]
PageID: 18639



Case: 24-3012    Document: 47    Page: 2986    Date Filed: 07/03/2025

ABIM00292

Case 2:14-cv-06428-KSH-CLW     Document 211-5     Filed REDACTED
PageID: 18640

📝 Notes   🖩 Calculator                                    △ Mark for Review



ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 107:24
≡ 39 of 60

📝 Notes    🖩 Calculator                                          📖 Mark for Review

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|   Total | 9.5 g/dL |
|   Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

○ A.    Serum prostate-specific antigen
○ B.    Serum immunofixation

🔖 NLV's & Abbreviations                    ← Previous    ⚙ Navigator    Next →

CONFIDENTIAL

ABIM00294

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 107:18
≡ 39 of 60

📝 Notes    🖩 Calculator                                          ✐ Mark for Review

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
| Total | 9.5 g/dL |
| Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

○ A.  Serum prostate-specific antigen
○ B.  Serum immunofixation
○ C.  Computed tomography of the chest

ℹ NLV's & Abbreviations                        ← Previous    ⚙ Navigator    Next ▶



CONFIDENTIAL
JA3341

ABIM00295

Case 2:14-cv-06428-KSH-CLW    Document 211-5    F
PageID: 18643

REDACTED

📝 Notes  🖩 Calculator

△ Mark for Review

⑦ NLV's & Abbreviations

← Previous | ⚙ Navigator | Next →

Case: 24-3012    Document: 47    Page: 2990    Date Filed: 07/03/2025

ABIM00296

Case 2:14-cv-06428-KSH-CLW    Document 211    REDACTED    of 360
PageID: 1864



Case: 24-3012   Document: 47   Page: 2991   Date Filed: 07/03/2025

JA3343

ABIM00297

Case 2:14-cv-06428-KSH-CLW    Document 211-5    PageID: 18645

REDACTED

Notes    Calculator                                   Mark for Review



NLV's & Abbreviations            Previous    Navigator    Next

Case: 24-3012    Document: 47    Page: 2992    Date Filed: 07/03/2025

ABIM00298

Case 2:14-cv-06428-KSH-CLW     Document 211-5     Filed 
PageID: 18646

🖊 Notes   🖨 Calculator                                    ◁ Mark for Review

⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012     Document: 47     Page: 2993     Date Filed: 07/03/2025

ABIM00299

Case 2:14-cv-06428-KSH-CLW    Document 211-5    PageID: 18647



Case: 24-3012    Document: 47    Page: 2994    Date Filed: 07/03/2025

ABIM00300

JA3346

Case 2:14-cv-06428-KSH-CLW   Document 211-5    60
PageID: 18648

Case: 24-3012   Document: 47   Page: 2995   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed REDACTED
PageID: 18649

Notes   Calculator                                          Mark for Review



NLV's & Abbreviations                    Previous   Navigator   Next

Case: 24-3012    Document: 47    Page: 2996    Date Filed: 07/03/2025

ABIM00302

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    Page 75 of 360
PageID: 18650

🔖 Notes  🖩 Calculator                                         📝 Mark for Review

A 73-year-old woman is hospitalized because of a hip fracture sustained in a fall. The patient has lived with her daughter since a stroke seven years ago. In the past two or three years, she has become increasingly withdrawn and rarely leaves the house. Her appetite is poor. Admission medications are hydrochlorothiazide and ibuprofen for mild degenerative joint disease.

The patient is alert but withdrawn. Pulse rate is 76 per minute and regular, and blood pressure is 160/90 mm Hg. She has mild hemiparesis and hyperreflexia on the left. The remainder of the physical examination is unremarkable except for fracture findings. Serum calcium is 7.2 mg/dL, phosphorus is 2.2 mg/dL, albumin is 2.8 g/dL, and alkaline phosphatase is 240 U/L. Hip radiographs reveal an intertrochanteric fracture and marked osteopenia.

Which of the following studies is most likely to confirm the cause of bone loss?

○ A.    Plasma cortisol
○ B.    Serum free thyroxine ($T_4$) and thyroid-stimulating hormone
○ C.    Serum parathyroid hormone
○ D.    Serum 25-hydroxyvitamin D
○ E.    Serum protein electrophoresis

CONFIDENTIAL
JA3349
ABIM00303

Case: 24-3012    Document: 47    Page: 2997    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Fi[REDACTED]
PageID: 18651



Case: 24-3012    Document: 47    Page: 2998    Date Filed: 07/03/2025

ABIM00304

JA3350

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 105:46
≣ 47 of 60

📝 Notes    🖩 Calculator                                    📖 Mark for Review

An asymptomatic 37-year-old woman comes to your office for a periodic health evaluation. She takes no medications, has never been hospitalized, and does not drink alcoholic beverages or smoke cigarettes. Both of her parents have hypertension. Review of systems is remarkable only for fatigue.

BMI is 28. Blood pressure is 140/90 mm Hg. The optic fundi appear normal. The thyroid gland is not enlarged. Cardiopulmonary and abdominal examinations are normal; no bruits are noted. She has no edema. Complete blood count and urinalysis are normal. Serum calcium is 11.2 mg/dL; comprehensive metabolic panel is otherwise normal.

Additional laboratory studies (one week later):

| | |
|---|---|
| Serum calcium | 11.4 mg/dL |
| Serum phosphorus | 2.9 mg/dL |
| Serum 25-hydroxyvitamin D | 35 ng/mL *[15–40]* |
| Serum intact parathyroid hormone | 72 pg/mL *[10–65]* |
| Urine calcium | 410 mg/24 hr *[less than 250]* |

Which of the following is the most appropriate management?

○ A.    Observation only
○ B.    Addition of cinacalcet
○ C.    Addition of furosemide
○ D.    Addition of oral phosphate
○ E.    Parathyroidectomy

⊙ NLV's & Abbreviations                    ← Previous    ⚙ Navigator    Next ›


CONFIDENTIAL

JA3351

ABIM00305

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    60
PageID: 18653

Notes  Calculator

Mark for Review



NLV's & Abbreviations          Previous   Navigator   Next

Case: 24-3012    Document: 47    Page: 3000    Date Filed: 07/03/2025

ABIM00306

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    60
PageID: 18654



Case: 24-3012    Document: 47    Page: 3001    Date Filed: 07/03/2025

JA3353

ABIM00307

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    60
PageID: 18655

📝 Notes    ⎙ Calculator                                    △ Mark for Review



Case: 24-3012    Document: 47    Page: 3002    Date Filed: 07/03/2025

ABIM00308

JA3354

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed REDACTED
PageID: 18656

📝 Notes   🗐 Calculator                                    📐 Mark for Review



❓ NLV's & Abbreviations                    ← Previous | ⚙ Navigator | Next →

Case: 24-3012    Document: 47    Page: 3003    Date Filed: 07/03/2025

ABIM00309

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18657

📝 Notes   🖩 Calculator                                    ◁ Mark for Review



⑦ NLV's & Abbreviations              ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3004    Date Filed: 07/03/2025

ABIM00310



Case: 24-3012    Document: 47    Page: 3005    Date Filed: 07/03/2025

ABIM00311

Case 2:14-cv-06428-KSH-CLW    Document 211-5
PageID: 18659

REDACTED

📝 Notes  ☐ Calculator

△ Mark for Review



⊙ NLV's & Abbreviations

← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 3006    Date Filed: 07/03/2025

ABIM00312

Case 2:14-cv-06428-KSH-CLW    Document 211     of 360
PageID: 1866

Notes    Calculator                                    Mark for Review

Case: 24-3012    Document: 47    Page: 3007    Date Filed: 07/03/2025

ABIM00313



Figure ☒

Close

Case: 24-3012    Document: 47    Page: 3008    Date Filed: 07/03/2025

ABIM00314

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Fi... PageID: 18662

REDACTED

Notes    Calculator

Mark for Review

Case: 24-3012    Document: 47    Page: 3009    Date Filed: 07/03/2025

JA3361

ABIM00315

Case 2:14-cv-06428-KSH-CLW     Document 21     REDACTED     of 360
PageID: 18

Case: 24-3012     Document: 47     Page: 3010     Date Filed: 07/03/2025

Notes   Calculator

Mark for Review

Case 2:14-cv-06428-KSH-CLW    Document 211-5    File
PageID: 18664

REDACTED

Notes   Calculator                                    Mark for Review

Case: 24-3012    Document: 47    Page: 3011    Date Filed: 07/03/2025

ABIM00317

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18665

📑 Notes  🖩 Calculator                                      △ Mark for Review



⑦ NLV's & Abbreviations              ← Previous  ⚙ Navigator  Next ▸

Case: 24-3012    Document: 47    Page: 3012    Date Filed: 07/03/2025

ABIM00318

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 103:51
📃 58 of 60

📝 Notes    🖩 Calculator                                                    ⟁ Mark for Review

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; influenza B has been circulating in the region. She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed. She requires prednisone two to three times a year for postviral exacerbations of asthma. She has not received an influenza vaccination this year.

The patient currently feels well; physical examination is normal. Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

○ A.    No treatment now; begin oseltamivir within 12 hours if symptoms of influenza develop
○ B.    Influenza vaccine
○ C.    Oseltamivir
○ D.    Influenza vaccine and oseltamivir

? NLV's & Abbreviations                          ← Previous    ⚙ Navigator    Next ›


CONFIDENTIAL

ABIM00319

Case: 24-3012    Document: 47    Page: 3013    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW     Document 211-5  360
PageID: 18667

📝 Notes   🖩 Calculator

🎨 Mark for Review

⑦ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

ABIM00320

Case 2:14-cv-06428-KSH-CLW    Document 211-5    F REDACTED
PageID: 18668

📝 Notes   ⬚ Calculator                                    ◿ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3015    Date Filed: 07/03/2025

ABIM00321

ABIM Internal Medicine Certification Examination - Candidate Name      ⏱ Time Remaining 103:18

## Session Review

⊟ **Instructions**

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

| ⊟ Session 1 | | | | (60 Unseen/Incomplete) |
|---|---|---|---|---|
| Question 1 | Incomplete | Question 2 | Incomplete | Question 3 | Incomplete |
| Question 4 | Incomplete | Question 5 | Incomplete | Question 6 | Incomplete |
| Question 7 | Incomplete | Question 8 | Incomplete | Question 9 | Incomplete |
| Question 10 | Incomplete | Question 11 | Incomplete | Question 12 | Incomplete |
| Question 13 | Incomplete | Question 14 | Incomplete | Question 15 | Incomplete |
| Question 16 | Incomplete | Question 17 | Incomplete | Question 18 | Incomplete |
| Question 19 | Incomplete | Question 20 | Incomplete | Question 21 | Incomplete |
| Question 22 | Incomplete | Question 23 | Incomplete | Question 24 | Incomplete |
| Question 25 | Incomplete | Question 26 | Incomplete | Question 27 | Incomplete |
| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |

⊉ End Session      🔳 Review All    ✖ Review Incomplete    🔳 Review Marked

Case: 24-3012    Document: 47    Page: 3016    Date Filed: 07/03/2025

ABIM00322



Case: 24-3012    Document: 47    Page: 3017    Date Filed: 07/03/2025

ABIM00323

Case: 24-3012     Document: 47     Page: 3018     Date Filed: 07/03/2025



ABIM00324

Case: 24-3012     Document: 47     Page: 3019     Date Filed: 07/03/2025



ABIM00325



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

## NORMAL LABORATORY VALUES NOT INCLUDED IN THE QUESTION TEXT

The **comprehensive metabolic panel** contains the following assays: albumin, alkaline phosphatase, AST, total bilirubin, blood urea nitrogen, calcium, total cholesterol, creatinine, glucose, phosphorus, total protein, uric acid. These are highlighted in **bold**. Arterial blood studies are done at sea level with the patient breathing room air unless otherwise specified.

### Hematologic:

| | |
|---|---|
| Erythrocyte sedimentation rate (Westergren) | Male: 0-15 mm/hr; female: 0-20 mm/hr |
| Hematocrit, blood | Male: 42-50%; female: 40-48% |
| Hemoglobin, blood | Male: 13-16 g/dL; female: 12-15 g/dL |
| Hemoglobin A$_{1c}$ | 4.0-6.1% |
| Leukocyte count and differential | 4000-11,000/cu mm; |
| | 50-70% segmented neutrophils, |
| | 0-5% band forms, 30-45% lymphocytes, |
| | 0-6% monocytes, 0-1% basophils |
| | 0-3% eosinophils |
| Platelet count | 150,000-300,000/cu mm |

### Whole blood, plasma, serum chemistries:

☒ Close

Case: 24-3012    Document: 47    Page: 3020    Date Filed: 07/03/2025

ABIM00326



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

Whole blood plasma serum chemistries:

| | |
|---|---|
| **Alkaline phosphatase, serum** | **30-120 U/L** |
| Aminotransferase, serum alanine (ALT) | 10-40 U/L |
| **Aminotransferase, serum aspartate (AST)** | **10-40 U/L** |
| Arterial studies, blood | |
| (patient breathing room air): | |
| Po$_2$ | 75-100 mm Hg |
| Pco$_2$ | 38-42 mm Hg |
| Bicarbonate | 23-26 mEq/L |
| pH | 7.38-7.44 |
| Oxygen saturation | 95% or greater |
| **Bilirubin, serum:** | |
| **Total** | **0.3-1.0 mg/dL** |
| Direct | 0.1-0.3 mg/dL |
| **Calcium, serum** | **Male: 9.0-10.5 mg/dL** |
| | **Female: 8.5-10.2 mg/dL** |
| **Cholesterol, serum:** | |
| **Total** | **Desirable: less than 200 mg/dL** |
| | **Borderline-high: 200-239 mg/dL** |
| | **(may be high in the presence of** |
| | **coronary artery disease** |
| | **or other risk factors)** |
| | **High: greater than 239 mg/dL** |

☒ Close

Case: 24-3012    Document: 47    Page: 3021    Date Filed: 07/03/2025

ABIM00327



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| High-density lipoprotein (HDL) | Low: less than 40 mg/dL |
| Low-density lipoprotein (LDL) | Optimal: less than 100 mg/dL |
| | Near-optimal: 100-129 mg/dL |
| | Borderline-high: 130-159 mg/dL |
| | (may be high in the presence of coronary |
| | artery disease or other factors) |
| | High: 160-189 mg/dL |
| | Very high: 190 mg/dL and above |
| **Creatinine, serum** | **0.7-1.5 mg/dL** |
| Electrolytes, serum: | |
| Sodium | 136-145 mEq/L |
| Potassium | 3.5-5.0 mEq/L |
| Chloride | 98-106 mEq/L |
| Bicarbonate | 23-28 mEq/L |
| **Glucose, plasma** | **Normal (fasting): 70-115 mg/dL** |
| | **Borderline: 115-140 mg/dL** |
| | **Abnormal: greater than 140 mg/dL** |
| Luteinizing hormone, serum | Adult male: 2-18 mIU/mL |
| | Female: |
| | To age 8: less than 10 mIU/mL |
| | Ages 8-14: 2-14 mIU/mL |
| | Adult: 5-12 mIU/mL (follicular or luteal) |

☒ Close

ABIM00328



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

|  |  |
|---|---|
|  | 30-250 mIU/mL (mid-cycle peak) |
|  | greater than 30 mIU/mL |
|  | (postmenopausal) |
| **Phosphorus, serum** | **3.0-4.5 mg/dL** |
| **Proteins, serum:** |  |
| **Total** | **5.5-9.0 g/dL** |
| **Albumin** | **3.5-5.5 g/dL** |
| Triglycerides, serum (fasting) | Normal: less than 250 mg/dL |
|  | Borderline: 250-500 mg/dL |
|  | Abnormal: greater than 500 mg/dL |
| **Urea nitrogen, blood** | **8-20 mg/dL** |
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| **Cerebrospinal fluid (CSF):** |  |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| **Hemodynamic measurements:** |  |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |
| Cardiac output | 4-6 L/min |

☒ Close

Case: 24-3012    Document: 47    Page: 3023    Date Filed: 07/03/2025

ABIM00329

Case: 24-3012    Document: 47    Page: 3024    Date Filed: 07/03/2025



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| **Cerebrospinal fluid (CSF):** | |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| **Hemodynamic measurements:** | |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |
| Cardiac output | 4-6 L/min |
| Pressures: | |
| Pulmonary artery | Systolic: 15-30 mm Hg |
| | Diastolic: 3-21 mm Hg |
| | Mean: 9-16 mm Hg |
| Pulmonary artery wedge | 6-12 mm Hg |
| Right atrium | 0-8 mm Hg |
| Right ventricle | Systolic: 15-30 mm Hg |
| | Diastolic: 0-5 mm Hg |
| Systemic arteries | Systolic: 100-140 mm Hg |
| | Diastolic: 60-90 mm Hg |
| | Mean: 70-105 mm Hg |

⊠ Close

ABIM00330



### LIST OF ABBREVIATIONS

| | |
|---|---|
| $A_2$ | Second heart sound |
| ACE | Angiotensin-converting enzyme |
| ACTH | Adrenocorticotropic hormone (corticotropin) |
| AIDS | Acquired immunodeficiency syndrome |
| ALT | Alanine aminotransferase |
| ANCA | Antineutrophil cytoplasmic antibody |
| anti-HAV | Antibodies to hepatitis A virus |
| anti-HBc | Antibodies to hepatitis B core antigen |
| anti-HBe | Antibodies to hepatitis B e antigen |
| anti-HBs | Antibodies to hepatitis B surface antigen |
| anti-HCV | Antibodies to hepatitis C virus |
| anti-HDV | Antibodies to hepatitis D virus |
| AST | Aspartate aminotransferase |
| BMI | Body mass index (in $kg/m^2$) |
| C-ANCA | Cytoplasmic antineutrophil cytoplasmic antibody |

NLV's & Abbreviations

Normal Lab Values | Abbreviations

Close

Case: 24-3012     Document: 47     Page: 3025     Date Filed: 07/03/2025

ABIM00331



**NLV's & Abbreviations**

Normal Lab Values | **Abbreviations**

| | |
|---|---|
| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $F_{IO_2}$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

⊠ Close

Case: 24-3012    Document: 47    Page: 3026    Date Filed: 07/03/2025

ABIM00332



### NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| | |
|---|---|
| HBsAg | Hepatitis B surface antigen |
| HBV | Hepatitis B virus |
| HCV | Hepatitis C virus |
| HDL | High-density lipoprotein |
| HIV | Human immunodeficieny virus |
| HMG-CoA | Hydroxymethylglutaryl coenzyme A |
| Ig | Immunoglobulin |
| INR | International normalized ratio |
| LDL | Low-density lipoprotein |
| MALT | Mucosa-associated lymphoid tissue |
| METS | Metabolic equivalents |
| MVV | Maximal volume ventilation |
| NPH | Neutral protamine Hagedorn |
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |

☒ Close

Case: 24-3012      Document: 47      Page: 3027      Date Filed: 07/03/2025

ABIM00333



**NLV's & Abbreviations**

**Normal Lab Values** | **Abbreviations**

| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |
| PEEP | Positive end-expiratory pressure |
| PEFR | Peak expiratory flow rate |
| $Po_2$ | Partial pressure of oxygen |
| PPD | Purified protein derivative |
| RV | Residual volume |
| $S_1$ | First heart sound |
| $S_2$ | Second heart sound |
| $S_3$ | Third heart sound (ventricular gallop) |
| $S_4$ | Fourth heart sound (atrial gallop) |
| TLC | Total lung capacity |
| TNM | Tumor-node-metastasis |
| TU | Tuberculin unit |
| VDRL | Veneral Disease Research Laboratories |

⊠ Close

ABIM00334

📝 Notes   🖩 Calculator                                            ◁ Mark for Review

A 32-year-old woman has had posterior neck pain for three months. The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning. She also has pain in the right buttock. Pain interferes with sleep and is associated with fatigue. The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance. She is uncertain how much longer she can continue to perform.

BMI is 26. Vital signs are normal. Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain. The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint. The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal. Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region. Neurologic examination is normal. Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase. Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

○ A.   Prescribe a regular aerobic exercise program
○ B.   Inject the right trapezius and lateral epicondyles with repository corticosteroids
○ C.   Begin diazepam
○ D.   Begin acetaminophen with codeine as needed
○ E.   Begin prednisone

⚙ NLV's & Abbreviations                              ⚙ Navigator    Next ▶


CONFIDENTIAL

ABIM00335

🖈 Notes  🖩 Calculator                                    ✎ Mark for Review

A 25-year-old woman comes to the emergency department because of tooth pain that has worsened during the past two days.  For two weeks, she has had heat and cold sensitivity in the left lower canine.  She has not had chills or fever, but tooth pain has interfered with sleep.  She takes no medications, and she is allergic to penicillin.

Examination reveals tenderness to percussion on the left lower canine and tenderness and swelling of the jaw below this tooth.  The submandibular lymph nodes are enlarged and tender.

In addition to dental care and analgesics, which of the following is the most appropriate treatment?

○ A.   Amoxicillin–clavulanate
○ B.   Ciprofloxacin
○ C.   Clindamycin
○ D.   Erythromycin
○ E.   Telithromycin

⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next ►



JA3382

ABIM00336

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    Page 109 of 360
PageID: 18684

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort. Stool is positive for occult blood. Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell MALT lymphoma.

Which of the following is the most appropriate treatment?

○ A.   Lansoprazole
○ B.   Clarithromycin, amoxicillin, and lansoprazole
○ C.   Chemotherapy
○ D.   Chemotherapy followed by antrectomy
○ E.   Total gastrectomy



**CONFIDENTIAL**

JA3383

ABIM00337

Case 2:14-cv-06428-KSH-CLW    Document 211    REDACTED    of 360
PageID: 186

📝 Notes    📱 Calculator                                    🔺 Mark for Review



Case: 24-3012    Document: 47    Page: 3032    Date Filed: 07/03/2025

ABIM00338

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18686



Case: 24-3012    Document: 47    Page: 3033    Date Filed: 07/03/2025

ABIM00339

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18687



Case: 24-3012    Document: 47    Page: 3034    Date Filed: 07/03/2025

ABIM00340

JA3386

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 116:49
≡ 7 of 60

🖉 Notes  🖩 Calculator                                    🖉 Mark for Review

A 68-year-old man has had gradually increasing dyspnea and a productive cough for three days. One month ago, he was evaluated for hemoptysis and was found to have a 2-cm mass in the left lower lobe of the lung and an enlarged left hilum. Non−small cell lung carcinoma was diagnosed, and liver metastases were detected. The patient refused chemotherapy. He also initially refused radiation therapy, but changed his mind and began treatment one week ago. Dyspnea has worsened, and he no longer can climb the six steps to his house without stopping to catch his breath. He has not had chest pain, fever, weight gain or loss, dysphagia, wheezing, or orthopnea.

BMI is 21. Temperature is 37.4 C (99.3 F), pulse rate is 110 per minute, and respirations are 28 per minute. Blood pressure is 140/98 mm Hg; systolic pressure decreases to 114 mm Hg during inspiration. Estimated central venous pressure is 15 cm $H_2O$, which also decreases during inspiration. No murmurs or gallops are heard. The lungs are clear. The liver is not enlarged. He has 2+ pitting edema in the left leg and 1+ in the right leg.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Serum creatinine | 1.7 mg/dL (1.1 four months ago) |
| Serum electrolytes | Normal |
| Arterial blood studies | |
| $Po_2$ | 75 mm Hg |
| $Pco_2$ | 45 mm Hg |
| pH | 7.35 |
| Plasma D-dimer | 1000 ng/mL *[less than 200]* |

Radiography of the chest shows collapse of the lower lobe of the left lung and a slightly enlarged cardiac silhouette, in addition to continued left hilar enlargement. Electrocardiography shows sinus

⊕ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next ►



CONFIDENTIAL


ABIM00341

📝 Notes   🖩 Calculator                                                        ✎ Mark for Review

BMI is 21. Temperature is 37.4 C (99.3 F), pulse rate is 110 per minute, and respirations are 28 per minute. Blood pressure is 140/98 mm Hg; systolic pressure decreases to 114 mm Hg during inspiration. Estimated central venous pressure is 15 cm $H_2O$, which also decreases during inspiration. No murmurs or gallops are heard. The lungs are clear. The liver is not enlarged. He has 2+ pitting edema in the left leg and 1+ in the right leg.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Serum creatinine | 1.7 mg/dL (1.1 four months ago) |
| Serum electrolytes | Normal |
| Arterial blood studies | |
| $PO_2$ | 75 mm Hg |
| $PCO_2$ | 45 mm Hg |
| pH | 7.35 |
| Plasma D-dimer | 1000 ng/mL *[less than 200]* |

Radiography of the chest shows collapse of the lower lobe of the left lung and a slightly enlarged cardiac silhouette, in addition to continued left hilar enlargement. Electrocardiography shows sinus tachycardia and beat-to-beat variation in the QRS amplitude, right bundle branch block, S waves in leads I and $aV_L$, and T-wave inversion in lead III.

Which of the following is the most likely cause of the dyspnea?

- A.  Cardiac tamponade
- B.  Left lower lobe obstruction
- C.  Pulmonary embolism
- D.  Radiation pneumonitis

🔲 NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →

CONFIDENTIAL

ABIM00342

Case 2:14-cv-06428-KSH-CLW    Document 21    REDACTED    5 of 360
PageID: 18

Notes   Calculator                                          Mark for Review



NLV's & Abbreviations                    Previous   Navigator   Next

ABIM00343

Case 2:14-cv-06428-KSH-CLW    Document 2   REDACTED   116 of 360
PageID: 1

Notes    Calculator                                    Mark for Review



NLV's & Abbreviations              Previous    Navigator    Next

Case: 24-3012    Document: 47    Page: 3038    Date Filed: 07/03/2025

ABIM00344



Case 2:14-cv-06428-KSH-CLW   Document 211-5   Fi... REDACTED

PageID: 18692

📝 Notes   🖩 Calculator                                        △ Mark for Review

⚲ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012   Document: 47   Page: 3039   Date Filed: 07/03/2025

ABIM00345

REDACTED

ABIM00346

📝 Notes   🖩 Calculator                                               △ Mark for Review



⑦ NLV's & Abbreviations                        ← Previous   ⚙ Navigator   Next →

ABIM00347

Case 2:14-cv-06428-KSH-CLW    Document REDACTED e 120 of 360
PageD

📝 Notes   🖩 Calculator                                    ✏ Mark for Review



❓ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

ABIM00348

Case: 24-3012    Document: 47    Page: 3042    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    [REDACTED] f 360
PageID: 18690

📝 Notes  ▢ Calculator                                    ◢ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous | ✦ Navigator | Next →

Case: 24-3012    Document: 47    Page: 3043    Date Filed: 07/03/2025

ABIM00349

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18697

📝 Notes    🖥 Calculator

🖊 Mark for Review



Case: 24-3012    Document: 47    Page: 3044    Date Filed: 07/03/2025

ABIM00350

Case 2:14-cv-06428-KSH-CLW    Document 21    REDACTED    3 of 360
PageID: 18



NLV's & Abbreviations    Previous    Navigator    Next

Case: 24-3012    Document: 47    Page: 3045    Date Filed: 07/03/2025

ABIM00351

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    Page 124 of 360
PageID: 18699

🔖 Notes    🖩 Calculator                                                    ⚑ Mark for Review

A 24-year-old woman is evaluated for difficulty sleeping and a 5-kg (12-lb) weight loss over the past month. Questioning discloses that she has felt sad on a daily basis during this time. She reports extreme fatigue, which she attributes to awakening almost every night at about 2 AM and having difficulty falling asleep afterward. She has not had the energy to participate in her usual social activities or go to the gym, where she had formerly participated in four or five exercise classes weekly. She reports having difficulty in performing her work, and says that she doesn't know why her boss hasn't already fired her. She has never had a major health problem and takes no regular medications. Her mother was treated for depression many years ago. The patient does not smoke cigarettes, and although she occasionally drinks a glass of wine with dinner, she has not had wine during the past month.

BMI is 21. The patient's affect is flat. The remainder of the physical examination and thyroid function studies are normal.

Which of the following is the most likely diagnosis?

- ○ A.  Major depressive disorder
- ○ B.  Dysthymia
- ○ C.  Bipolar disorder
- ○ D.  Anxiety disorder



CONFIDENTIAL

JA3398

ABIM00352

Case: 24-3012    Document: 47    Page: 3046    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed REDACTED
PageID: 18700



Case: 24-3012    Document: 47    Page: 3047    Date Filed: 07/03/2025

ABIM00353

Case 2:14-cv-06428-KSH-CLW Document 211- REDACTED of 360 PageID: 1870

📝 Notes  🖩 Calculator

△ Mark for Review



⑦ NLV's & Abbreviations

← Previous  ⚙ Navigator  Next →

Case: 24-3012  Document: 47  Page: 3048  Date Filed: 07/03/2025

ABIM00354

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    of 360
PageID: 18701

📝 Notes   🖥 Calculator

◁ Mark for Review



⑦ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

Case: 24-3012   Document: 47   Page: 3049   Date Filed: 07/03/2025

ABIM00355



Case: 24-3012    Document: 47    Page: 3050    Date Filed: 07/03/2025

ABIM00356

Case 2:14-cv-06428-KSH-CLW     Document 211-5     REDACTED     of 360
PageID: 1870

🖹 **Notes**   ▭ **Calculator**

🖎 **Mark for Review**



⊘ **NLV's & Abbreviations**

← **Previous**   ⚙ **Navigator**   **Next** →

Case: 24-3012     Document: 47     Page: 3051     Date Filed: 07/03/2025

ABIM00357

Case 2:14-cv-06428-KSH-CLW    Document 21    REDACTED    0 of 360
PageID: 18150

🗎 Notes  ⎙ Calculator                               ◿ Mark for Review



⑦ NLV's & Abbreviations          ← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 3052    Date Filed: 07/03/2025

ABIM00358

Case 2:14-cv-06428-KSH-CLW    Document 2  131 of 360
PageID: 1

Case: 24-3012    Document: 47    Page: 3053    Date Filed: 07/03/2025

JA3405

ABIM00359

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18701

🖹 Notes    ▭ Calculator

◿ Mark for Review



⑦ NLV's & Abbreviations

← Previous    ⚙ Navigator    Next ▸

ABIM00360

Case: 24-3012    Document: 47    Page: 3054    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document  133 of 360
PageID: 18765

Notes  Calculator                                    Mark for Review

Case: 24-3012    Document: 47    Page: 3055    Date Filed: 07/03/2025

ABIM00361

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Fil... REDACTED
PageID: 18709

📝 Notes    🖩 Calculator                                                △ Mark for Review



⊘ NLV's & Abbreviations                        ← Previous    ⚙ Navigator    Next →

Case: 24-3012    Document: 47    Page: 3056    Date Filed: 07/03/2025

ABIM00362

Case 2:14-cv-06428-KSH-CLW    Document 211    REDACTED    of 360
PageID: 187



Case: 24-3012    Document: 47    Page: 3057    Date Filed: 07/03/2025

ABIM00363

Case 2:14-cv-06428-KSH-CLW    Document 211-5    File REDACTED
PageID: 18711

📝 Notes    🖩 Calculator                                          △ Mark for Review



⑦ NLV's & Abbreviations              ← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 3058    Date Filed: 07/03/2025

ABIM00364

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    60
PageID: 18712

📝 Notes  🖩 Calculator                                    ◁ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next ›

Case: 24-3012    Document: 47    Page: 3059    Date Filed: 07/03/2025

ABIM00365

ABIM Internal Medicine Certification Examination - Candidate Name

🕐 Time Remaining 111:19
26 of 60

📝 Notes  🖩 Calculator

✍ Mark for Review

A 75-year-old man who has metastatic lung cancer and chronic obstructive pulmonary disease (COPD) is admitted to the hospital because of acute shortness of breath from an exacerbation of COPD. The patient wants palliative care only. Low-dose morphine will be administered to alleviate respiratory hunger and metastatic bone pain. Shortly after an injection of morphine (2 mg), the patient has respiratory arrest.

Which of the following is most appropriate now?

○ A.    No further treatment
○ B.    Intravenous naloxone
○ C.    Noninvasive ventilatory support
○ D.    Intubation and mechanical ventilation



❓ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

CONFIDENTIAL

JA3412

ABIM00366

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18714

Notes    Calculator    △ Mark for Review



? NLV's & Abbreviations    ← Previous    ⚙ Navigator    Next →

Case: 24-3012    Document: 47    Page: 3061    Date Filed: 07/03/2025

ABIM00367

Case 2:14-cv-06428-KSH-CLW    Document 211- of 360
PageID: 1871

📝 **N̲otes**   ▢ **Calc̲ulator**                                        ◁ **Mark for Review**

Case: 24-3012    Document: 47    Page: 3062    Date Filed: 07/03/2025

ABIM00368

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18716



Case: 24-3012    Document: 47    Page: 3063    Date Filed: 07/03/2025

JA3415

ABIM00369

Case 2:14-cv-06428-KSH-CLW    Document 211-5    F REDACTED
PageID: 18717

📝 Notes  🖩 Calculator                                    ◁ Mark for Review



⑦ NLV's & Abbreviations            ← Previous  ⚙ Navigator  Next →

JA3416

ABIM00370

Case: 24-3012    Document: 47    Page: 3064    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW     Document 211-5     Filed 02/20/24     Page 143 of 360
PageID: 18718

Notes   Calculator                                                    Mark for Review

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day. After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy. Vital signs are normal. General physical examination is normal. A purulent urethral and cervical discharge is noted on pelvic examination. Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited. Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

○ A.   Obtain parental consent before sending the specimens
○ B.   Obtain parental consent before prescribing antibiotics
○ C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
○ D.   Send the specimens and prescribe antibiotics; parental consent is not needed

NLV's & Abbreviations                          ← Previous    Navigator    Next →



CONFIDENTIAL
JA3417

ABIM00371

Case: 24-3012     Document: 47     Page: 3065     Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    F[REDACTED]
PageID: 18719

Case: 24-3012    Document: 47    Page: 3066    Date Filed: 07/03/2025

ABIM00372

An 83-year-old woman is brought to the emergency department because she has had increasing somnolence and poor oral intake for four days.  She has had a sore throat and cough for one week.  Her husband states that she has been too tired to participate in their usual social activities for six months.  He does not think she has had a fever or chills.  She takes no medications and does not drink alcoholic beverages or smoke cigarettes.

The patient is difficult to arouse.  Temperature is 35.0 C (95.0 F), pulse rate is 48 per minute and regular,  respirations are 14 per minute, and blood pressure is 96/60 mm Hg.  Oxygen saturation by pulse oximetry is 90%, with the patient breathing oxygen (2 L/min).  Her face appears swollen.  A thyroidectomy scar is visible.  No carotid bruits are heard.  Cardiac examination shows bradycardia. Dullness to percussion and bronchial breath sounds are audible in the right posterior lung field. Reflexes are delayed but symmetric.  Chest radiograph shows a right lower lobe opacity.  Blood cultures are obtained, and intravenous fluids and antibiotics are begun.

Laboratory studies:

|  |  |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 12,000/cu mm |
| Plasma glucose | 58 mg/dL |
| Serum electrolytes |  |
| Sodium | 132 mEq/L |
| Potassium | 5.0 mEq/L |
| Chloride | 92 mEq/L |
| Bicarbonate | 25 mEq/L |

Which of the following is the most appropriate management?

○ A.    Active warming

🛈 NLV's & Abbreviations                          ← Previous   ⚙ Navigator   Next →



CONFIDENTIAL

ABIM00373

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    Page 146 of 360
PageID: 18721



does not think she has had a fever or chills. She takes no medications and does not drink alcoholic beverages or smoke cigarettes.

The patient is difficult to arouse. Temperature is 35.0 C (95.0 F), pulse rate is 48 per minute and regular, respirations are 14 per minute, and blood pressure is 96/60 mm Hg. Oxygen saturation by pulse oximetry is 90%, with the patient breathing oxygen (2 L/min). Her face appears swollen. A thyroidectomy scar is visible. No carotid bruits are heard. Cardiac examination shows bradycardia. Dullness to percussion and bronchial breath sounds are audible in the right posterior lung field. Reflexes are delayed but symmetric. Chest radiograph shows a right lower lobe opacity. Blood cultures are obtained, and intravenous fluids and antibiotics are begun.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 12,000/cu mm |
| Plasma glucose | 58 mg/dL |
| Serum electrolytes | |
| Sodium | 132 mEq/L |
| Potassium | 5.0 mEq/L |
| Chloride | 92 mEq/L |
| Bicarbonate | 25 mEq/L |

Which of the following is the most appropriate management?

○ A.   Active warming
○ B.   Intravenous bolus of 50% dextrose
○ C.   Dopamine infusion
○ D.   Intravenous methylprednisolone
○ E.   L-thyroxine and intravenous hydrocortisone

CONFIDENTIAL
JA3420

ABIM00374

Case: 24-3012    Document: 47    Page: 3068    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 2 REDACTED 47 of 360
PageID: 18722

Notes  Calculator

Mark for Review



NLV's & Abbreviations

Previous  Navigator  Next

ABIM00375

Case: 24-3012    Document: 47    Page: 3069    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 21: REDACTED 8 of 360
PageID: 18 REDACTED

Notes   Calculator                                    Mark for Review



NLV's & Abbreviations                    Previous   Navigator   Next

Case: 24-3012    Document: 47    Page: 3070    Date Filed: 07/03/2025

ABIM00376

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18724



Case: 24-3012    Document: 47    Page: 3071    Date Filed: 07/03/2025

JA3423

ABIM00377

Case 2:14-cv-06428-KSH-CLW    Document 21: REDACTED 0 of 360
PageID: 187



Case: 24-3012    Document: 47    Page: 3072    Date Filed: 07/03/2025

ABIM00378

Case 2:14-cv-06428-KSH-CLW   Document  151 of 360
PageID:

📝 Notes   🖩 Calculator

✎ Mark for Review

⊙ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

Case: 24-3012   Document: 47   Page: 3073   Date Filed: 07/03/2025

ABIM00379

ABIM Internal Medicine Certification Examination - Candidate Name

🕐 Time Remaining 101:49
37 of 60

📝 Notes    🖩 Calculator                                                    ✏ Mark for Review

A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure. Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded. He then became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds. After 30 seconds, he awoke and reported generalized weakness. Physical examination, electrocardiogram, and complete blood count are normal.

Which of the following is the most appropriate next step?

○ A.    Reassure the patient and discharge him from the emergency department
○ B.    Order computed tomography of the head
○ C.    Order electroencephalography
○ D.    Order echocardiography
○ E.    Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

❓ NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →



ABIM00380

🖋 N̲otes  ⬚ C̲alculator                    ⟁ M̲ark for Review



⊙ N̲LV's & Abbreviations                    ← P̲revious   ⚙ Na̲vigator   Next →

ABIM00381


📝 Notes    🖶 Calculator                                    ◿ Mark for Review

⌖ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

ABIM00382

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    60
PageID: 18730

📑 Notes  🖥 Calculator                                      △ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 3077    Date Filed: 07/03/2025

ABIM00383

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18731



Case: 24-3012    Document: 47    Page: 3078    Date Filed: 07/03/2025

ABIM00384

Case 2:14-cv-06428-KSH-CLW    Document 211-5
PageID: 18732

REDACTED

Notes  Calculator                                                    Mark for Review



Case: 24-3012    Document: 47    Page: 3079    Date Filed: 07/03/2025

JA3431

ABIM00385

Case 2:14-cv-06428-KSH-CLW    Document 211-5    60
PageID: 18733

🖎 Notes   🖶 Calculator

◿ Mark for Review

Case: 24-3012    Document: 47    Page: 3080    Date Filed: 07/03/2025

ABIM00386

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED 60
PageID: 18734

Notes   Calculator                                         Mark for Review



NLV's & Abbreviations          Previous   Navigator   Next

Case: 24-3012    Document: 47    Page: 3081    Date Filed: 07/03/2025

ABIM00387

Case 2:14-cv-06428-KSH-CLW   Document 211   REDACTED   of 360
PageID: 18755

📝 Notes   🖩 Calculator                              ✍ Mark for Review



❓ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3082    Date Filed: 07/03/2025

ABIM00388

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    860
PageID: 18736

📝 Notes    🖩 Calculator                                    🔖 Mark for Review



⑦ NLV's & Abbreviations                    ← Previous    ⚙ Navigator    Next →

Case: 24-3012    Document: 47    Page: 3083    Date Filed: 07/03/2025

ABIM00389

📝 Notes   🖩 Calculator                                                           ◿ Mark for Review

A 75-year-old man has had the dark 1.5-cm lesion shown on the upper back for several years.  He thinks it has grown steadily during the past two years.  It is painless, but he says that sometimes he scratches it and pieces of it "flake off."

**Click here for Figure(s)**

Which of the following is the most likely diagnosis?

- ○ A.  Compound nevus
- ○ B.  Lentigo maligna
- ○ C.  Malignant melanoma
- ○ D.  Seborrheic keratosis
- ○ E.  Verruca vulgaris

CONFIDENTIAL

JA3436

ABIM00390

Case: 24-3012    Document: 47    Page: 3084    Date Filed: 07/03/2025



**CONFIDENTIAL**

Case: 24-3012    Document: 47    Page: 3085    Date Filed: 07/03/2025

ABIM00391

Case 2:14-cv-06428-KSH-CLW    Document 211    REDACTED    of 360
PageID: 187

📝 Notes    ⬜ Calculator                                        ⌂ Mark for Review



⑦ NLV's & Abbreviations                        ← Previous    ⚙ Navigator    Next →

Case: 24-3012    Document: 47    Page: 3086    Date Filed: 07/03/2025

ABIM00392

📝 Notes   🖩 Calculator

◁ **Mark for Review**



⑦ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

ABIM00393

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18741



Case: 24-3012    Document: 47    Page: 3088    Date Filed: 07/03/2025

JA3440

ABIM00394

Case 2:14-cv-06428-KSH-CLW    Document 211-5    [REDACTED]360
PageID: 18742

📝 Notes  ⬚ Calculator                                    △ Mark for Review



⑦ NLV's & Abbreviations              ← Previous  ⚙ Navigator  Next ▶

Case: 24-3012    Document: 47    Page: 3089    Date Filed: 07/03/2025

ABIM00395

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    860
PageID: 18743



Case: 24-3012    Document: 47    Page: 3090    Date Filed: 07/03/2025

ABIM00396

JA3442

Case 2:14-cv-06428-KSH-CLW    Document 211-    REDACTED    of 360
PageID: 1874

Notes    Calculator                                    Mark for Review



NLV's & Abbreviations                    ← Previous    Navigator    Next →

Case: 24-3012    Document: 47    Page: 3091    Date Filed: 07/03/2025

ABIM00397

Case 2:14-cv-06428-KSH-CLW    Document 21    REDACTED    0 of 360
PageID: 18

📝 **Notes**   🖩 **Calculator**                                    🔺 **Mark for Review**



⍰ **NLV's & Abbreviations**              ← **Previous**   ⚙ **Navigator**   **Next** →

ABIM00398

Case: 24-3012    Document: 47    Page: 3092    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW     Document 21     REDACTED     1 of 360
PageID: 18

🖉 Notes   🖥 Calculator                                    🖉 Mark for Review



⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

ABIM00399

Case: 24-3012     Document: 47     Page: 3093     Date Filed: 07/03/2025

Notes   Calculator                                          Mark for Review



NLV's & Abbreviations                    Previous   Navigator   Next

ABIM00400

Case 2:14-cv-06428-KSH-CLW   Document 2... REDACTED ...73 of 360
PageID: 18...

Notes    Calculator

Mark for Review



Case: 24-3012    Document: 47    Page: 3095    Date Filed: 07/03/2025

ABIM00401

JA3447

REDACTED



Case: 24-3012    Document: 47    Page: 3096    Date Filed: 07/03/2025

ABIM00402

Case 2:14-cv-06428-KSH-CLW   Document 211-5   REDACTED   360
PageID: 18750

📝 Notes   🔲 Calculator

◿ Mark for Review



⑦ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

Case: 24-3012   Document: 47   Page: 3097   Date Filed: 07/03/2025

ABIM00403

Case 2:14-cv-06428-KSH-CLW    Document 2 REDACTED 176 of 360
PageID: 1

🖹 Notes   🖩 Calculator                                    △ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3098    Date Filed: 07/03/2025

ABIM00404

Case 2:14-cv-06428-KSH-CLW     Document 211 REDACTED of 360
PageID: 187



Case: 24-3012     Document: 47     Page: 3099     Date Filed: 07/03/2025

ABIM00405

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    Page 178 of 360
PageID: 18753

📝 Notes  📇 Calculator                                                    ✍ Mark for Review

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever. He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again. He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest. The patient has no living will; his wife supports his wishes.

Which of the following should you do?

○ A.    Ask the patient and his wife to sign a statement refusing aggressive treatment
○ B.    Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
○ C.    Consult the hospital ethics committee
○ D.    Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion



CONFIDENTIAL
JA3452

ABIM00406

Notes  Calculator                                                    Mark for Review

NLV's & Abbreviations                              Previous    Navigator    Next

ABIM00407

Case 2:14-cv-06428-KSH-CLW    Document  e 180 of 360
PageID

📝 Notes  🖩 Calculator                                          ◁ Mark for Review

⊘ NLV's & Abbreviations                    ← Previous  ⚙ Navigator  Next →

ABIM00408

Case: 24-3012    Document: 47    Page: 3102    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW Document REDACTED age 181 of 360
Page

🖹 Notes  🖸 Calculator                                                   🖆 Mark for Review



⑦ NLV's & Abbreviations                          ← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 3103    Date Filed: 07/03/2025

ABIM00409



Case: 24-3012    Document: 47    Page: 3104    Date Filed: 07/03/2025

ABIM00410



Case: 24-3012    Document: 47    Page: 3105    Date Filed: 07/03/2025

ABIM00411



Case: 24-3012    Document: 47    Page: 3106    Date Filed: 07/03/2025

ABIM00412

Case: 24-3012        Document: 47        Page: 3107        Date Filed: 07/03/2025



ABIM00413



**NLV's & Abbreviations**

Normal Lab Values | Abbreviations

## NORMAL LABORATORY VALUES NOT INCLUDED IN THE QUESTION TEXT

The **comprehensive metabolic panel** contains the following assays: albumin, alkaline phosphatase, AST, total bilirubin, blood urea nitrogen, calcium, total cholesterol, creatinine, glucose, phosphorus, total protein, uric acid. These are highlighted in **bold**. Arterial blood studies are done at sea level with the patient breathing room air unless otherwise specified.

**Hematologic:**

| | |
|---|---|
| Erythrocyte sedimentation rate (Westergren) | Male: 0-15 mm/hr; female: 0-20 mm/hr |
| Hematocrit, blood | Male: 42-50%; female: 40-48% |
| Hemoglobin, blood | Male: 13-16 g/dL; female: 12-15 g/dL |
| Hemoglobin $A_{1c}$ | 4.0-6.1% |
| Leukocyte count and differential | 4000-11,000/cu mm; |
| | 50-70% segmented neutrophils, |
| | 0-5% band forms, 30-45% lymphocytes, |
| | 0-6% monocytes, 0-1% basophils |
| | 0-3% eosinophils |
| Platelet count | 150,000-300,000/cu mm |

**Whole blood, plasma, serum chemistries:**

⊠ Close

Case: 24-3012    Document: 47    Page: 3108    Date Filed: 07/03/2025

ABIM00414



## NLV's & Abbreviations

### Normal Lab Values | Abbreviations

| | |
|---|---|
| **Alkaline phosphatase, serum** | **30-120 U/L** |
| Aminotransferase, serum alanine (ALT) | 10-40 U/L |
| **Aminotransferase, serum aspartate (AST)** | **10-40 U/L** |
| Arterial studies, blood | |
| (patient breathing room air): | |
| $Po_2$ | 75-100 mm Hg |
| $Pco_2$ | 38-42 mm Hg |
| Bicarbonate | 23-26 mEq/L |
| pH | 7.38-7.44 |
| Oxygen saturation | 95% or greater |
| **Bilirubin, serum:** | |
| **Total** | **0.3-1.0 mg/dL** |
| Direct | 0.1-0.3 mg/dL |
| **Calcium, serum** | **Male: 9.0-10.5 mg/dL** |
| | **Female: 8.5-10.2 mg/dL** |
| **Cholesterol, serum:** | |
| **Total** | **Desirable: less than 200 mg/dL** |
| | **Borderline-high: 200-239 mg/dL** |
| | **(may be high in the presence of** |
| | **coronary artery disease** |
| | **or other risk factors)** |
| | **High: greater than 239 mg/dL** |

⊠ Close

Case: 24-3012    Document: 47    Page: 3109    Date Filed: 07/03/2025

ABIM00415



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| High-density lipoprotein (HDL) | Low: less than 40 mg/dL |
| Low-density lipoprotein (LDL) | Optimal: less than 100 mg/dL |
| | Near-optimal: 100-129 mg/dL |
| | Borderline-high: 130-159 mg/dL |
| | (may be high in the presence of coronary artery disease or other factors) |
| | High: 160-189 mg/dL |
| | Very high: 190 mg/dL and above |
| **Creatinine, serum** | **0.7-1.5 mg/dL** |
| Electrolytes, serum: | |
|   Sodium | 136-145 mEq/L |
|   Potassium | 3.5-5.0 mEq/L |
|   Chloride | 98-106 mEq/L |
|   Bicarbonate | 23-28 mEq/L |
| **Glucose, plasma** | **Normal (fasting): 70-115 mg/dL** |
| | **Borderline: 115-140 mg/dL** |
| | **Abnormal: greater than 140 mg/dL** |
| Luteinizing hormone, serum | Adult male:  2-18 mIU/mL |
| | Female: |
| |   To age 8:  less than 10 mIU/mL |
| |   Ages 8-14:  2-14 mIU/mL |
| |   Adult:  5-12 mIU/mL (follicular or luteal) |

☒ Close

ABIM00416



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

|  |  |
|---|---|
|  | 30-250 mIU/mL (mid-cycle peak) |
|  | greater than 30 mIU/mL |
|  | (postmenopausal) |
| **Phosphorus, serum** | **3.0-4.5 mg/dL** |
| **Proteins, serum:** | |
| **Total** | **5.5-9.0 g/dL** |
| **Albumin** | **3.5-5.5 g/dL** |
| Triglycerides, serum (fasting) | Normal: less than 250 mg/dL |
|  | Borderline: 250-500 mg/dL |
|  | Abnormal: greater than 500 mg/dL |
| **Urea nitrogen, blood** | **8-20 mg/dL** |
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| | |
| **Cerebrospinal fluid (CSF):** | |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| | |
| **Hemodynamic measurements:** | |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |
| Cardiac output | 4-6 L/min |

☒ Close

Case: 24-3012    Document: 47    Page: 3111    Date Filed: 07/03/2025

ABIM00417



## NLV's & Abbreviations

**Normal Lab Values**  |  Abbreviations

**Uric acid, serum**                           **3.0-7.0 mg/dL**

**Cerebrospinal fluid (CSF):**
Cell count                          0-5 mononuclear cells/cu mm
Glucose                             50-75 mg/dL
Pressure (initial)                  70-180 mm CSF
Total proteins                      15-45 mg/dL

**Hemodynamic measurements:**
Cardiac index                       2.5-4.2 L/min/m$^2$
Cardiac output                      4-6 L/min
Pressures:
   Pulmonary artery                 Systolic: 15-30 mm Hg
                                    Diastolic: 3-21 mm Hg
                                    Mean: 9-16 mm Hg

   Pulmonary artery wedge           6-12 mm Hg
   Right atrium                     0-8 mm Hg
   Right ventricle                  Systolic: 15-30 mm Hg
                                    Diastolic: 0-5 mm Hg
   Systemic arteries                Systolic: 100-140 mm Hg
                                    Diastolic: 60-90 mm Hg
                                    Mean: 70-105 mm Hg

⊠ Close

Case: 24-3012    Document: 47    Page: 3112    Date Filed: 07/03/2025

ABIM00418



**⑦ NLV's & Abbreviations**                                                          ⊠

| Normal Lab Values | Abbreviations |

### LIST OF ABBREVIATIONS

| | |
|---|---|
| $A_2$ | Second heart sound |
| ACE | Angiotensin-converting enzyme |
| ACTH | Adrenocorticotropic hormone (corticotropin) |
| AIDS | Acquired immunodeficiency syndrome |
| ALT | Alanine aminotransferase |
| ANCA | Antineutrophil cytoplasmic antibody |
| anti-HAV | Antibodies to hepatitis A virus |
| anti-HBc | Antibodies to hepatitis B core antigen |
| anti-HBe | Antibodies to hepatitis B e antigen |
| anti-HBs | Antibodies to hepatitis B surface antigen |
| anti-HCV | Antibodies to hepatitis C virus |
| anti-HDV | Antibodies to hepatitis D virus |
| AST | Aspartate aminotransferase |
| BMI | Body mass index (in kg/m$^2$) |
| C-ANCA | Cytoplasmic antineutrophil cytoplasmic antibody |

⊠ Close

Case: 24-3012    Document: 47    Page: 3113    Date Filed: 07/03/2025

ABIM00419



**NLV's & Abbreviations**

**Normal Lab Values** | **Abbreviations**

| | |
|---|---|
| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $F_{IO_2}$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

☒ Close

Case: 24-3012    Document: 47    Page: 3114    Date Filed: 07/03/2025

ABIM00420



### NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| | |
|---|---|
| HBsAg | Hepatitis B surface antigen |
| HBV | Hepatitis B virus |
| HCV | Hepatitis C virus |
| HDL | High-density lipoprotein |
| HIV | Human immunodeficieny virus |
| HMG-CoA | Hydroxymethylglutaryl coenzyme A |
| Ig | Immunoglobulin |
| INR | International normalized ratio |
| LDL | Low-density lipoprotein |
| MALT | Mucosa-associated lymphoid tissue |
| METS | Metabolic equivalents |
| MVV | Maximal volume ventilation |
| NPH | Neutral protamine Hagedorn |
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |

☒ Close

Case: 24-3012    Document: 47    Page: 3115    Date Filed: 07/03/2025

ABIM00421



**NLV's & Abbreviations**

| Normal Lab Values | **Abbreviations** |
|---|---|

| | |
|---|---|
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |
| PEEP | Positive end-expiratory pressure |
| PEFR | Peak expiratory flow rate |
| $Po_2$ | Partial pressure of oxygen |
| PPD | Purified protein derivative |
| RV | Residual volume |
| $S_1$ | First heart sound |
| $S_2$ | Second heart sound |
| $S_3$ | Third heart sound (ventricular gallop) |
| $S_4$ | Fourth heart sound (atrial gallop) |
| TLC | Total lung capacity |
| TNM | Tumor-node-metastasis |
| TU | Tuberculin unit |
| VDRL | Veneral Disease Research Laboratories |

⊠ Close

Case: 24-3012    Document: 47    Page: 3116    Date Filed: 07/03/2025

ABIM00422

Case 2:14-cv-06428-KSH-CLW     Document 2 **REDACTED** 95 of 360
PageID: 18440

📝 Notes  🖩 Calculator

△ Mark for Review

❓ NLV's & Abbreviations

⚙ Navigator    Next ➔

Case: 24-3012     Document: 47     Page: 3117     Date Filed: 07/03/2025

ABIM00423

Case 2:14-cv-06428-KSH-CLW    Document 211-5    File REDACTED
PageID: 18771



Case: 24-3012    Document: 47    Page: 3118    Date Filed: 07/03/2025

ABIM00424

Case 2:14-cv-06428-KSH-CLW    Document 21    REDACTED 7 of 360
PageID: 18

Notes   Calculator                                          Mark for Review



NLV's & Abbreviations                          Previous   Navigator   Next

Case: 24-3012    Document: 47    Page: 3119    Date Filed: 07/03/2025

ABIM00425

Case 2:14-cv-06428-KSH-CLW    Document 21    REDACTED    3 of 360
PageID: 18170



Case: 24-3012    Document: 47    Page: 3120    Date Filed: 07/03/2025

JA3472

ABIM00426

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    PageID: 18774

📝 Notes   ▢ Calculator                                    ◺ Mark for Review



? NLV's & Abbreviations                    ← Previous    ⚙ Navigator    Next →

Case: 24-3012    Document: 47    Page: 3121    Date Filed: 07/03/2025

ABIM00427

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED
PageID: 18775

Notes   Calculator                                              Mark for Review

NLV's & Abbreviations              ← Previous   Navigator   Next →

Case: 24-3012   Document: 47   Page: 3122   Date Filed: 07/03/2025

ABIM00428



REDACTED

Case: 24-3012    Document: 47    Page: 3123    Date Filed: 07/03/2025

ABIM00429

Case 2:14-cv-06428-KSH-CLW    Document 211- REDACTED of 360
PageID: 1877

📝 Notes   ⎙ Calculator                                    △ Mark for Review



⑦ NLV's & Abbreviations        ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3124    Date Filed: 07/03/2025

ABIM00430

Case 2:14-cv-06428-KSH-CLW   Document 211-5   Fi[REDACTED]
PageID: 18778



Case: 24-3012     Document: 47     Page: 3125     Date Filed: 07/03/2025

ABIM00431

Case 2:14-cv-06428-KSH-CLW    Document 2 REDACTED 04 of 360
PageID: 18

📝 Notes  ▢ Calculator                                    △ Mark for Review



⑦ NLV's & Abbreviations                   ← Previous | ⚙ Navigator | Next →

ABIM00432

Case: 24-3012    Document: 47    Page: 3126    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed REDACTED
PageID: 18780



Case: 24-3012    Document: 47    Page: 3127    Date Filed: 07/03/2025

ABIM00433

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed    REDACTED
PageID: 18781

Notes    Calculator    Mark for Review



Case: 24-3012    Document: 47    Page: 3128    Date Filed: 07/03/2025

ABIM00434

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED
PageID: 18782



Case: 24-3012    Document: 47    Page: 3129    Date Filed: 07/03/2025

ABIM00435

Notes    Calculator    Mark for Review



NLV's & Abbreviations    Previous    Navigator    Next

Case: 24-3012    Document: 47    Page: 3130    Date Filed: 07/03/2025

ABIM00436

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    f 360
PageID: 18784

🔲 **Notes**   ☐ **Calculator**   △ **Mark for Review**



⑦ **NLV's & Abbreviations**   ← **Previous**   ⚙ **Navigator**   **Next** →

Case: 24-3012    Document: 47    Page: 3131    Date Filed: 07/03/2025

ABIM00437

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Fi[REDACTED]
PageID: 18785

📝 **Notes**   ⊟ **Calculator**                                    △ **Mark for Review**

⑦ **NLV's & Abbreviations**                    ← **Previous**   ⚙ **Navigator**   **Next** →

Case: 24-3012    Document: 47    Page: 3132    Date Filed: 07/03/2025

ABIM00438

Case 2:14-cv-06428-KSH-CLW    Document 211    REDACTED    of 360
PageID: 187

📝 Notes   🖩 Calculator                                    ◁ Mark for Review



⑦ NLV's & Abbreviations          ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3133    Date Filed: 07/03/2025

ABIM00439

Case 2:14-cv-06428-KSH-CLW    Document ⬛REDACTED⬛ 212 of 360
PageID⬛REDACTED⬛

📝 Notes  🖩 Calculator

✏ Mark for Review



⊙ NLV's & Abbreviations

← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 3134    Date Filed: 07/03/2025

ABIM00440

📝 Notes  🖩 Calculator                                      ◁ Mark for Review



❓ NLV's & Abbreviations            ← Previous | ⚙ Navigator | Next ➤

ABIM00441

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED 60
PageID: 18789

📝 Notes  ☐ Calculator                              △ Mark for Review

⑦ NLV's & Abbreviations          ← Previous | ⚙ Navigator | Next ▶

Case: 24-3012    Document: 47    Page: 3136    Date Filed: 07/03/2025

ABIM00442


Notes    Calculator                                                    Mark for Review

NLV's & Abbreviations                          Previous    Navigator    Next

ABIM00443

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    60
PageID: 18791

📝 Notes   🖩 Calculator                                          △ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

ABIM00444

Case: 24-3012    Document: 47    Page: 3138    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18792



Case: 24-3012    Document: 47    Page: 3139    Date Filed: 07/03/2025

ABIM00445

JA3491

Case 2:14-cv-06428-KSH-CLW   Document 211  of 360
PageID: 18700

JA3492

ABIM00446

Case: 24-3012   Document: 47   Page: 3140   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document  219 of 360
PageID:

Case: 24-3012    Document: 47    Page: 3141    Date Filed: 07/03/2025

ABIM00447

Case 2:14-cv-06428-KSH-CLW    Document    REDACTED    220 of 360
PageID:

📝 Notes    🖩 Calculator                              △ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous    ⚙ Navigator    Next ›

Case: 24-3012    Document: 47    Page: 3142    Date Filed: 07/03/2025

ABIM00448


ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 114:10
📄 21 of 60

📝 Notes   🖩 Calculator

✎ Mark for Review

⊘ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

ABIM00449





Case: 24-3012    Document: 47    Page: 3144    Date Filed: 07/03/2025

ABIM00450

🔖 **N**otes    ⏲ **C**alculator                                                      ◿ **Mark for Review**

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days. The patient is a garbage collector and frequently scrapes his hands while working. He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill. Temperature is 39.5 C (103.1 F). Pulse rate is 108 per minute and regular. Respirations are 22 per minute. Jaundice and scleral icterus are present. The abdomen is diffusely tender. Liver span is 15 cm in the midclavicular line. Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

- A. *Ehrlichia ewingii*
- B. *Escherichia coli* O157:H7
- C. *Francisella tularensis*

⚙ **NLV's & Abbreviations**                    ← **Previous**    ⚙ **Navigator**    **Next** ▶



CONFIDENTIAL

JA3497



ABIM00451

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days. The patient is a garbage collector and frequently scrapes his hands while working. He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill. Temperature is 39.5 C (103.1 F). Pulse rate is 108 per minute and regular. Respirations are 22 per minute. Jaundice and scleral icterus are present. The abdomen is diffusely tender. Liver span is 15 cm in the midclavicular line. Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

- A.  *Ehrlichia ewingii*
- B.  *Escherichia coli* O157:H7
- C.  *Francisella tularensis*
- D.  *Leptospira interrogans*



CONFIDENTIAL
JA3498

ABIM00452

Case 2:14-cv-06428-KSH-CLW     Document 211-    REDACTED    of 360
PageID: 1880

Notes  Calculator
Mark for Review



NLV's & Abbreviations
Previous    Navigator    Next

Case: 24-3012    Document: 47    Page: 3147    Date Filed: 07/03/2025

ABIM00453

Case 2:14-cv-06428-KSH-CLW    Document 2        26 of 360
PageID: 1

Case: 24-3012    Document: 47    Page: 3148    Date Filed: 07/03/2025

ABIM00454

JA3500

Case 2:14-cv-06428-KSH-CLW Docu... REDACTED ...Page 227 of 360
Pa...

Notes | Calculator

Mark for Review



Case: 24-3012    Document: 47    Page: 3149    Date Filed: 07/03/2025

ABIM00455

Case 2:14-cv-06428-KSH-CLW     Document 211     REDACTED     of 360
PageID: 1880



Case: 24-3012     Document: 47     Page: 3150     Date Filed: 07/03/2025

ABIM00456

Case 2:14-cv-06428-KSH-CLW    Document 211- of 360
PageID: 1880

🖎 **N**otes  ▯ **C**alculator                                    ◇ **M**ark for Review

Case: 24-3012    Document: 47    Page: 3151    Date Filed: 07/03/2025

ABIM00457

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Fi REDACTED
PageID: 18805

🖹 Notes   🖫 Calculator                                           🖊 Mark for Review



⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

ABIM00458

Case: 24-3012    Document: 47    Page: 3152    Date Filed: 07/03/2025



📝 Notes  ⊟ Calculator                                                    ✎ Mark for Review

A 52-year-old postmenopausal woman detects a lump in her left breast.  She has been taking estrogen and progesterone for three years.  Nine months ago, screening mammography was normal.  She has no family history of breast cancer.

A firm, movable 1-cm nodule is palpable in the lower inner quadrant of the left breast.  No skin changes or nipple discharge is noted; the axillary lymph nodes are not enlarged.  Mammography shows dense breast tissue but is otherwise normal.  Ultrasonography reveals an irregularly shaped, solid nodule.  Fine-needle aspiration is performed, and cytology is negative for malignancy.

Which of the following is the most appropriate management?

- ○ A.  Resumption of annual mammography
- ○ B.  Repeat mammography and ultrasonography in six months
- ○ C.  Magnetic resonance imaging of the breast
- ○ D.  Repeat fine-needle aspiration
- ○ E.  Excision of the nodule

⊙ NLV's & Abbreviations                          ← Previous    ⚙ Navigator    Next ▶

CONFIDENTIAL

Case: 24-3012    Document: 47    Page: 3153    Date Filed: 07/03/2025

ABIM00459

Case 2:14-cv-06428-KSH-CLW Document 211-5 Filed 02/20/24 Page 232 of 360 PageID: 18807

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

- A. It is likely to be self limited
- B. It can generally be avoided with a high-fiber diet and adequate water intake
- C. Laxatives should be taken as needed to avoid over treatment
- D. Laxatives should be prescribed when opioids are begun



CONFIDENTIAL

JA3506

ABIM00460

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    60
PageID: 18808

🖊 Notes   ▯ Calculator                                    △ Mark for Review



⑦ NLV's & Abbreviations          ← Previous   ⚙ Navigator   Next →

Case: 24-3012   Document: 47   Page: 3155   Date Filed: 07/03/2025

ABIM00461



CONFIDENTIAL

ABIM00462



**CONFIDENTIAL**

Case: 24-3012    Document: 47    Page: 3157    Date Filed: 07/03/2025

ABIM00463

Case 2:14-cv-06428-KSH-CLW    Document 211-5        360
PageID: 18811

🔖 Notes   🖩 Calculator                                                    ◁ Mark for Review

Case: 24-3012    Document: 47    Page: 3158    Date Filed: 07/03/2025

JA3510

ABIM00464

Case 2:14-cv-06428-KSH-CLW    Document 21    REDACTED    7 of 360
PageID: 188

📝 Notes   🖩 Calculator                                          ◁ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3159    Date Filed: 07/03/2025

ABIM00465

Case 2:14-cv-06428-KSH-CLW   Docu[REDACTED] Page 238 of 360
Pa

Notes   Calculator                                                Mark for Review



NLV's & Abbreviations                          Previous   Navigator   Next

ABIM00466

Case: 24-3012   Document: 47   Page: 3160   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    [REDACTED]360
PageID: 18814

📝 Notes  ⬚ Calculator                                              ◿ Mark for Review

⑦ NLV's & Abbreviations                    ← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 3161    Date Filed: 07/03/2025

ABIM00467

Case 2:14-cv-06428-KSH-CLW    Document 211-5     360
PageID: 18815

🖹 Notes   ⊟ Calculator

◁ Mark for Review

⑦ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

ABIM00468

Case: 24-3012     Document: 47     Page: 3162     Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document PageID: REDACTED 241 of 360

Notes  Calculator

Mark for Review



NLV's & Abbreviations

Previous  Navigator  Next

Case: 24-3012    Document: 47    Page: 3163    Date Filed: 07/03/2025

ABIM00469

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    60
PageID: 18817



Case: 24-3012    Document: 47    Page: 3164    Date Filed: 07/03/2025

ABIM00470

📝 Notes   🖩 Calculator                                        🏳 Mark for Review



⑦ NLV's & Abbreviations                        ← Previous  ⚙ Navigator  Next →

ABIM00471

Notes   Calculator                                    Mark for Review



NLV's & Abbreviations                    Previous   Navigator   Next

ABIM00472

Case 2:14-cv-06428-KSH-CLW    Document 21     5 of 360
PageID: 18

🖹 **Notes**  🖬 **Calculator**    ◿ **Mark for Review**

ABIM00473

Case: 24-3012    Document: 47    Page: 3167    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211 **REDACTED** of 360
PageID: 188

Case: 24-3012    Document: 47    Page: 3168    Date Filed: 07/03/2025

ABIM00474

📝 Notes   🖩 Calculator                                          ⚜ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

ABIM00475

Case 2:14-cv-06428-KSH-CLW    Document 211- REDACTED of 360
PageID: 1882

Notes   Calculator                                          Mark for Review



NLV's & Abbreviations                    Previous    Navigator    Next

Case: 24-3012    Document: 47    Page: 3170    Date Filed: 07/03/2025

ABIM00476

Case 2:14-cv-06428-KSH-CLW    Document 211-5    File REDACTED
PageID: 18824



Case: 24-3012    Document: 47    Page: 3171    Date Filed: 07/03/2025

ABIM00477

Notes  Calculator                                    Mark for Review



NLV's & Abbreviations                    Previous    Navigator    Next

ABIM00478

Notes    Calculator                                        Mark for Review



NLV's & Abbreviations                    Previous    Navigator    Next

ABIM00479

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    of 360
PageID: 1882



Case: 24-3012   Document: 47   Page: 3174   Date Filed: 07/03/2025

ABIM00480

JA3526

Case 2:14-cv-06428-KSH-CLW    Document 211- REDACTED of 360
PageID: 1882

Notes   Calculator                                    Mark for Review



NLV's & Abbreviations                    Previous    Navigator    Next

ABIM00481

Case 2:14-cv-06428-KSH-CLW    Document 2 REDACTED 54 of 360
PageID: 18528

📝 Notes  🖩 Calculator

△ Mark for Review



⑦ NLV's & Abbreviations

← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 3176    Date Filed: 07/03/2025

ABIM00482

Case 2:14-cv-06428-KSH-CLW    Document 21 REDACTED of 360
PageID: 188

📝 Notes  🖩 Calculator

◁ Mark for Review



⑦ NLV's & Abbreviations

← Previous  ⚙ Navigator  Next →

ABIM00483

Case: 24-3012    Document: 47    Page: 3177    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-   REDACTED   of 360
PageID: 1883

Notes  Calculator
Mark for Review



NLV's & Abbreviations
Previous  Navigator  Next

Case: 24-3012    Document: 47    Page: 3178    Date Filed: 07/03/2025

ABIM00484

Case 2:14-cv-06428-KSH-CLW    Document 21 **REDACTED** 7 of 360
PageID: 188



Case: 24-3012   Document: 47   Page: 3179   Date Filed: 07/03/2025

ABIM00485

Case 2:14-cv-06428-KSH-CLW    Document 211- of 360
PageID: 1883

🖹 Notes    🖩 Calculator                                    ⌂ Mark for Review

⑦ NLV's & Abbreviations              ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3180    Date Filed: 07/03/2025

ABIM00486

Case 2:14-cv-06428-KSH-CLW    Document 21    REDACTED    9 of 360
PageID: 1836?

📝 Notes   ⎙ Calculator

△ Mark for Review



⑦ NLV's & Abbreviations

← Previous | ⚙ Navigator | Next →

Case: 24-3012    Document: 47    Page: 3181    Date Filed: 07/03/2025

ABIM00487


Notes  Calculator

Mark for Review

NLV's & Abbreviations

Previous  Navigator  Next

Case: 24-3012   Document: 47   Page: 3182   Date Filed: 07/03/2025

ABIM00488

Case 2:14-cv-06428-KSH-CLW   Document 211-5   REDACTED   PageID: 18836



ABIM00489

Case: 24-3012   Document: 47   Page: 3183   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211    REDACTED    of 360
PageID: 188

Notes    Calculator    Mark for Review



Case: 24-3012    Document: 47    Page: 3184    Date Filed: 07/03/2025

ABIM00490

Case 2:14-cv-06428-KSH-CLW    Document 211-5    [REDACTED]60
PageID: 18838



Case: 24-3012    Document: 47    Page: 3185    Date Filed: 07/03/2025

ABIM00491

Case 2:14-cv-06428-KSH-CLW     Document 211- REDACTED of 360
PageID: 18830

Case: 24-3012    Document: 47    Page: 3186    Date Filed: 07/03/2025

ABIM00492

Case 2:14-cv-06428-KSH-CLW    Document 2 REDACTED 55 of 360
PageID: 1

Notes    Calculator                                                    Mark for Review



NLV's & Abbreviations                        Previous    Navigator    Next

ABIM00493

Case: 24-3012    Document: 47    Page: 3187    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18841

📝 Notes  🖩 Calculator                                    ◁ Mark for Review



ⓘ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3188    Date Filed: 07/03/2025

ABIM00494

Case 2:14-cv-06428-KSH-CLW    Document 211    REDACTED    of 360
PageID: 188

📝 Notes   ☐ Calculator

△ Mark for Review



⑦ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

ABIM00495

Case: 24-3012    Document: 47    Page: 3189    Date Filed: 07/03/2025

🖉 Notes   🖩 Calculator                                                                △ Mark for Review



⑦ NLV's & Abbreviations                                          ← Previous   ⚙ Navigator   Next →

ABIM00496



Case: 24-3012    Document: 47    Page: 3191    Date Filed: 07/03/2025

ABIM00497

Case: 24-3012    Document: 47    Page: 3192    Date Filed: 07/03/2025



ABIM00498

Case: 24-3012

Document: 47

Page: 3193

Date Filed: 07/03/2025



ABIM00499



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

## NORMAL LABORATORY VALUES NOT INCLUDED IN THE QUESTION TEXT

The **comprehensive metabolic panel** contains the following assays: albumin, alkaline phosphatase, AST, total bilirubin, blood urea nitrogen, calcium, total cholesterol, creatinine, glucose, phosphorus, total protein, uric acid. These are highlighted in **bold**. Arterial blood studies are done at sea level with the patient breathing room air unless otherwise specified.

### Hematologic:

| | |
|---|---|
| Erythrocyte sedimentation rate (Westergren) | Male: 0-15 mm/hr; female: 0-20 mm/hr |
| Hematocrit, blood | Male: 42-50%; female: 40-48% |
| Hemoglobin, blood | Male: 13-16 g/dL; female: 12-15 g/dL |
| Hemoglobin A$_{1c}$ | 4.0-6.1% |
| Leukocyte count and differential | 4000-11,000/cu mm; |
| | 50-70% segmented neutrophils, |
| | 0-5% band forms, 30-45% lymphocytes, |
| | 0-6% monocytes, 0-1% basophils |
| | 0-3% eosinophils |
| Platelet count | 150,000-300,000/cu mm |

### Whole blood, plasma, serum chemistries:

⊠ Close

Case: 24-3012   Document: 47   Page: 3194   Date Filed: 07/03/2025

ABIM00500



## NLV's & Abbreviations

### Normal Lab Values | Abbreviations

| | |
|---|---|
| **Alkaline phosphatase, serum** | **30-120 U/L** |
| Aminotransferase, serum alanine (ALT) | 10-40 U/L |
| **Aminotransferase, serum aspartate (AST)** | **10-40 U/L** |
| Arterial studies, blood | |
| (patient breathing room air): | |
| $Po_2$ | 75-100 mm Hg |
| $Pco_2$ | 38-42 mm Hg |
| Bicarbonate | 23-26 mEq/L |
| pH | 7.38-7.44 |
| Oxygen saturation | 95% or greater |
| **Bilirubin, serum:** | |
| **Total** | **0.3-1.0 mg/dL** |
| Direct | 0.1-0.3 mg/dL |
| **Calcium, serum** | **Male: 9.0-10.5 mg/dL** |
| | **Female: 8.5-10.2 mg/dL** |
| **Cholesterol, serum:** | |
| **Total** | **Desirable: less than 200 mg/dL** |
| | **Borderline-high: 200-239 mg/dL** |
| | **(may be high in the presence of** |
| | **coronary artery disease** |
| | **or other risk factors)** |
| | **High: greater than 239 mg/dL** |

⊠ Close

Case: 24-3012    Document: 47    Page: 3195    Date Filed: 07/03/2025

ABIM00501



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| High-density lipoprotein (HDL) | Low: less than 40 mg/dL |
| Low-density lipoprotein (LDL) | Optimal: less than 100 mg/dL |
| | Near-optimal: 100-129 mg/dL |
| | Borderline-high: 130-159 mg/dL |
| | (may be high in the presence of coronary artery disease or other factors) |
| | High: 160-189 mg/dL |
| | Very high: 190 mg/dL and above |
| **Creatinine, serum** | **0.7-1.5 mg/dL** |
| Electrolytes, serum: | |
| Sodium | 136-145 mEq/L |
| Potassium | 3.5-5.0 mEq/L |
| Chloride | 98-106 mEq/L |
| Bicarbonate | 23-28 mEq/L |
| **Glucose, plasma** | **Normal (fasting): 70-115 mg/dL** |
| | **Borderline: 115-140 mg/dL** |
| | **Abnormal: greater than 140 mg/dL** |
| Luteinizing hormone, serum | Adult male: 2-18 mIU/mL |
| | Female: |
| | To age 8: less than 10 mIU/mL |
| | Ages 8-14: 2-14 mIU/mL |
| | Adult: 5-12 mIU/mL (follicular or luteal) |

⊠ Close

Case: 24-3012    Document: 47    Page: 3196    Date Filed: 07/03/2025

ABIM00502

Case: 24-3012    Document: 47    Page: 3197    Date Filed: 07/03/2025



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| | |
| **Cerebrospinal fluid (CSF):** | |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| | |
| **Hemodynamic measurements:** | |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |
| Cardiac output | 4-6 L/min |
| Pressures: | |
| Pulmonary artery | Systolic: 15-30 mm Hg |
| | Diastolic: 3-21 mm Hg |
| | Mean: 9-16 mm Hg |
| Pulmonary artery wedge | 6-12 mm Hg |
| Right atrium | 0-8 mm Hg |
| Right ventricle | Systolic: 15-30 mm Hg |
| | Diastolic: 0-5 mm Hg |
| Systemic arteries | Systolic: 100-140 mm Hg |
| | Diastolic: 60-90 mm Hg |
| | Mean: 70-105 mm Hg |

⊠ Close

ABIM00503



## LIST OF ABBREVIATIONS

| | |
|---|---|
| $A_2$ | Second heart sound |
| ACE | Angiotensin-converting enzyme |
| ACTH | Adrenocorticotropic hormone (corticotropin) |
| AIDS | Acquired immunodeficiency syndrome |
| ALT | Alanine aminotransferase |
| ANCA | Antineutrophil cytoplasmic antibody |
| anti-HAV | Antibodies to hepatitis A virus |
| anti-HBc | Antibodies to hepatitis B core antigen |
| anti-HBe | Antibodies to hepatitis B e antigen |
| anti-HBs | Antibodies to hepatitis B surface antigen |
| anti-HCV | Antibodies to hepatitis C virus |
| anti-HDV | Antibodies to hepatitis D virus |
| AST | Aspartate aminotransferase |
| BMI | Body mass index (in kg/m$^2$) |
| C-ANCA | Cytoplasmic antineutrophil cytoplasmic antibody |

Case: 24-3012    Document: 47    Page: 3198    Date Filed: 07/03/2025

ABIM00504

## NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**



| | |
|---|---|
| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $FiO_2$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

⊠ Close

Case: 24-3012    Document: 47    Page: 3199    Date Filed: 07/03/2025

ABIM00505



### NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| | |
|---|---|
| HBsAg | Hepatitis B surface antigen |
| HBV | Hepatitis B virus |
| HCV | Hepatitis C virus |
| HDL | High-density lipoprotein |
| HIV | Human immunodeficieny virus |
| HMG-CoA | Hydroxymethylglutaryl coenzyme A |
| Ig | Immunoglobulin |
| INR | International normalized ratio |
| LDL | Low-density lipoprotein |
| MALT | Mucosa-associated lymphoid tissue |
| METS | Metabolic equivalents |
| MVV | Maximal volume ventilation |
| NPH | Neutral protamine Hagedorn |
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |

☒ Close

Case: 24-3012    Document: 47    Page: 3200    Date Filed: 07/03/2025

ABIM00506



**NLV's & Abbreviations**

| Normal Lab Values | Abbreviations |
|---|---|

| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |
| PEEP | Positive end-expiratory pressure |
| PEFR | Peak expiratory flow rate |
| $Po_2$ | Partial pressure of oxygen |
| PPD | Purified protein derivative |
| RV | Residual volume |
| $S_1$ | First heart sound |
| $S_2$ | Second heart sound |
| $S_3$ | Third heart sound (ventricular gallop) |
| $S_4$ | Fourth heart sound (atrial gallop) |
| TLC | Total lung capacity |
| TNM | Tumor-node-metastasis |
| TU | Tuberculin unit |
| VDRL | Veneral Disease Research Laboratories |

☒ Close

Case: 24-3012    Document: 47    Page: 3201    Date Filed: 07/03/2025

ABIM00507

Case 2:14-cv-06428-KSH-CLW   Document 211-5   REDACTED   60
PageID: 18855

📝 Notes  🖩 Calculator                                    ◁ Mark for Review



ⓘ NLV's & Abbreviations                    ⚙ Navigator    Next ➔

Case: 24-3012   Document: 47   Page: 3202   Date Filed: 07/03/2025

ABIM00508

REDACTED

🕐 Time Remaining 118:08
2 of 60

📝 Notes    🖩 Calculator                                                    △ Mark for Review

⑦ NLV's & Abbreviations                          ← Previous    ⚙ Navigator    Next →

Case: 24-3012    Document: 47    Page: 3203    Date Filed: 07/03/2025



Notes   Calculator                                                    Mark for Review

An 18-year-old man noticed swelling in the scrotum three days ago.  The left testicle is enlarged and only mildly tender on palpation.  It does not transilluminate.

Which of the following is the most likely diagnosis?

○ A.   Testicular torsion
○ B.   Varicocele
○ C.   Epididymitis
○ D.   Testicular germ cell tumor

NLV's & Abbreviations                          ← Previous   Navigator   Next →

CONFIDENTIAL
JA3556

ABIM00510

📝 Notes  🖩 Calculator                                              ◁ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3205    Date Filed: 07/03/2025

ABIM00511

📝 **Notes**   🖩 **Calculator**                                    ✍ **Mark for Review**

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months. She has not had chest pain or edema. She has known about a heart murmur for 15 years and has long-standing hypertension. She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg. Mental status is normal. A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present. Crackles are heard at both lung bases. Kidney function is normal. Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg. Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

- ○ A.  A beta-adrenergic blocking agent
- ○ B.  Digoxin and a diuretic
- ○ C.  An ACE inhibitor and a diuretic
- ○ D.  Percutaneous aortic valvuloplasty
- ○ E.  Cardiac catheterization in preparation for aortic valve replacement

⑦ **NLV's & Abbreviations**                    ← **Previous**   ⚙ **Navigator**   **Next** ▶



CONFIDENTIAL

ABIM00512

Case: 24-3012    Document: 47    Page: 3206    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW     Document 211-5     Filed [REDACTED]
PageID: 18860

📝 Notes  🖩 Calculator

📐 Mark for Review



❓ NLV's & Abbreviations

← Previous  ⚙ Navigator  Next →

Case: 24-3012     Document: 47     Page: 3207     Date Filed: 07/03/2025

ABIM00513

Case 2:14-cv-06428-KSH-CLW     Document 211-5     Filed 02 REDACTED
PageID: 18861

📝 Notes  ☐ Calculator                                    △ Mark for Review



⑦ NLV's & Abbreviations              ← Previous  ⚙ Navigator  Next →

Case: 24-3012     Document: 47     Page: 3208     Date Filed: 07/03/2025

ABIM00514

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed REDACTED
PageID: 18862

🖉 Notes  ⎙ Calculator

⚠ Mark for Review

⑦ NLV's & Abbreviations    ← Previous    ⚙ Navigator    Next ▶

Case: 24-3012    Document: 47    Page: 3209    Date Filed: 07/03/2025

ABIM00515

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED
PageID: 18863

Notes   Calculator                                                                Mark for Review



NLV's & Abbreviations                              Previous    Navigator    Next

ABIM00516

Case: 24-3012    Document: 47    Page: 3210    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5        360
PageID: 18864

📝 Notes   🖩 Calculator                                    ⟁ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous  ⚙ Navigator  Next →

ABIM00517

Case: 24-3012    Document: 47    Page: 3211    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    File [REDACTED]
PageID: 18865

📝 Notes   ⊟ Calculator                                    ◁ Mark for Review



⊙ NLV's & Abbreviations            ← Previous   ⚙ Navigator   Next →

Case: 24-3012      Document: 47      Page: 3212      Date Filed: 07/03/2025

ABIM00518

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed [REDACTED]
PageID: 18866

📝 Notes  🖩 Calculator                                    △ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 3213    Date Filed: 07/03/2025

ABIM00519



Case: 24-3012    Document: 47    Page: 3214    Date Filed: 07/03/2025

ABIM00520

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18868



Case: 24-3012    Document: 47    Page: 3215    Date Filed: 07/03/2025

ABIM00521

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed REDACTED    PageID: 18869



Case: 24-3012    Document: 47    Page: 3216    Date Filed: 07/03/2025

ABIM00522

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Fi REDACTED
PageID: 18870

📝 Notes   🖥 Calculator                                    📐 Mark for Review

⑦ NLV's & Abbreviations            ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3217    Date Filed: 07/03/2025

ABIM00523

Case 2:14-cv-06428-KSH-CLW   Document 211-5   Filed 02/2 REDACTED
PageID: 18871



Case: 24-3012   Document: 47   Page: 3218   Date Filed: 07/03/2025

ABIM00524

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18872

🖉 Notes   🖥 Calculator                                        △ Mark for Review



JA3571

ABIM00525

Case: 24-3012    Document: 47    Page: 3219    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED 60
PageID: 18873

Notes  Calculator                                              Mark for Review



NLV's & Abbreviations                    Previous   Navigator   Next

Case: 24-3012    Document: 47    Page: 3220    Date Filed: 07/03/2025

ABIM00526

Case 2:14-cv-06428-KSH-CLW    Document 211-5    
PageID: 18874

Case: 24-3012    Document: 47    Page: 3221    Date Filed: 07/03/2025

JA3573

ABIM00527

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED 60
PageID: 18875

🖊 Notes   🖨 Calculator                                    🛆 Mark for Review



⊘ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012   Document: 47   Page: 3222   Date Filed: 07/03/2025

ABIM00528

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed REDACTED
PageID: 18876

Notes  Calculator                                              Mark for Review

Case: 24-3012    Document: 47    Page: 3223    Date Filed: 07/03/2025

ABIM00529


📝 Notes   🖩 Calculator

◢ Mark for Review



⑦ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

Case: 24-3012   Document: 47   Page: 3224   Date Filed: 07/03/2025

ABIM00530

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Fil REDACTED
PageID: 18878



Case: 24-3012    Document: 47    Page: 3225    Date Filed: 07/03/2025

ABIM00531

📝 Notes  🖩 Calculator                                                    △ Mark for Review



⑦ NLV's & Abbreviations                          ← Previous  ⚙ Navigator  Next →

ABIM00532

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18880

📝 Notes  🖩 Calculator

🔺 Mark for Review



Case: 24-3012    Document: 47    Page: 3227    Date Filed: 07/03/2025

ABIM00533

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20/24    Page 306 of 360
PageID: 18881

📝 Notes    🖩 Calculator                                          △ Mark for Review

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

○ A.    Paroxysmal supraventricular tachycardia
○ B.    Thyrotoxicosis
○ C.    Pheochromocytoma
○ D.    Panic disorder


CONFIDENTIAL
JA3580

ABIM00534

Case 2:14-cv-06428-KSH-CLW    Document 211-5    FilREDACTED
PageID: 18882

🗅 Notes  🖩 Calculator

◁ Mark for Review

⊘ NLV's & Abbreviations

← Previous  ⚙ Navigator  Next ›

ABIM00535

Case: 24-3012    Document: 47    Page: 3229    Date Filed: 07/03/2025

Notes  Calculator

Mark for Review



Case 2:14-cv-06428-KSH-CLW    Document 211-5    F REDACTED
PageID: 18883

Case: 24-3012    Document: 47    Page: 3230    Date Filed: 07/03/2025

JA3582

ABIM00536

Case 2:14-cv-06428-KSH-CLW    Document 211-5    File REDACTED
PageID: 18884



Case: 24-3012    Document: 47    Page: 3231    Date Filed: 07/03/2025

ABIM00537

JA3583

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/    REDACTED
PageID: 18885

📝 Notes   ⊟ Calculator                                    ◿ Mark for Review



⑦ NLV's & Abbreviations              ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3232    Date Filed: 07/03/2025

ABIM00538

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18886



Case: 24-3012    Document: 47    Page: 3233    Date Filed: 07/03/2025

ABIM00539

Case 2:14-cv-06428-KSH-CLW    Document 211-5    F[REDACTED]
PageID: 18887

📝 Notes  🖩 Calculator

△ Mark for Review

Case: 24-3012    Document: 47    Page: 3234    Date Filed: 07/03/2025

ABIM00540

Case 2:14-cv-06428-KSH-CLW    Document 211  of 360
PageID: 188

🔖 Notes  🖩 Calculator                                    🖊 Mark for Review

⏱ NLV's & Abbreviations                    ← Previous  ⚙ Navigator  Next →

Case: 24-3012    Document: 47    Page: 3235    Date Filed: 07/03/2025

ABIM00541

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18889

🔖 Notes   🖩 Calculator                                    ◿ Mark for Review



ⓘ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3236    Date Filed: 07/03/2025

ABIM00542

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 0 REDACTED
PageID: 18890

📝 Notes   🖩 Calculator

◁ Mark for Review



⑦ NLV's & Abbreviations     ← Previous    ⚙ Navigator    Next →

Case: 24-3012    Document: 47    Page: 3237    Date Filed: 07/03/2025

ABIM00543

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed ~~REDACTED~~
PageID: 18891

📝 Notes   🖫 Calculator

△ Mark for Review

Case: 24-3012    Document: 47    Page: 3238    Date Filed: 07/03/2025

ABIM00544

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18892



Case: 24-3012    Document: 47    Page: 3239    Date Filed: 07/03/2025

ABIM00545

Case 2:14-cv-06428-KSH-CLW   Document 211-5   
PageID: 18893



Case 2:14-cv-06428-KSH-CLW    Document 211-5    File REDACTED
PageID: 18894



Case: 24-3012    Document: 47    Page: 3241    Date Filed: 07/03/2025

ABIM00547

JA3593

📝 Notes   🖩 Calculator

△ Mark for Review

Case: 24-3012    Document: 47    Page: 3242    Date Filed: 07/03/2025

ABIM00548



Case: 24-3012     Document: 47     Page: 3243     Date Filed: 07/03/2025

ABIM00549

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    60
PageID: 18897

📝 Notes    🖩 Calculator                                          △ Mark for Review



⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next ►

Case: 24-3012    Document: 47    Page: 3244    Date Filed: 07/03/2025

ABIM00550

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED 60
PageID: 18898



Case: 24-3012    Document: 47    Page: 3245    Date Filed: 07/03/2025

ABIM00551

Case 2:14-cv-06428-KSH-CLW   Document 211-5   F REDACTED
PageID: 18899



Case: 24-3012   Document: 47   Page: 3246   Date Filed: 07/03/2025

ABIM00552

Case 2:14-cv-06428-KSH-CLW    Document 211-    REDACTED    of 360
PageID: 1890



Case: 24-3012    Document: 47    Page: 3247    Date Filed: 07/03/2025

JA3599

ABIM00553

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 0[REDACTED]    PageID: 18901



Case: 24-3012    Document: 47    Page: 3248    Date Filed: 07/03/2025

ABIM00554

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    360
PageID: 18902

Notes   Calculator                                                    Mark for Review



NLV's & Abbreviations                           Previous   Navigator   Next

ABIM00555

Case: 24-3012    Document: 47    Page: 3249    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-5   Fil REDACTED
PageID: 18903

📝 Notes   🖩 Calculator                                               △ Mark for Review



Case: 24-3012   Document: 47   Page: 3250   Date Filed: 07/03/2025

ABIM00556

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed [REDACTED]
PageID: 18904

🔖 Notes   ▭ Calculator                                    ✍ Mark for Review



ⓘ NLV's & Abbreviations            ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3251    Date Filed: 07/03/2025

ABIM00557

📝 Notes   🖩 Calculator

◁ Mark for Review



⑦ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

JA3604

ABIM00558

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED 60
PageID: 18906

📝 Notes  🖩 Calculator

△ Mark for Review

⑦ NLV's & Abbreviations

← Previous | ⚙ Navigator | Next →

Case: 24-3012    Document: 47    Page: 3253    Date Filed: 07/03/2025

ABIM00559



Case: 24-3012     Document: 47     Page: 3254     Date Filed: 07/03/2025

ABIM00560

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20    PageID: 18908    REDACTED



Case: 24-3012    Document: 47    Page: 3255    Date Filed: 07/03/2025

ABIM00561

REDACTED

ABIM Internal Medicine Certification Examination - Candidate Name

Time Remaining 105:55
44 of 60

Notes  Calculator

Mark for Review



NLV's & Abbreviations

Previous  Navigator  Next

ABIM00562

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/    REDACTED
PageID: 18910

Notes  Calculator                                        Mark for Review



NLV's & Abbreviations        Previous    Navigator    Next

Case: 24-3012    Document: 47    Page: 3257    Date Filed: 07/03/2025

ABIM00563

📝 Notes    ⊟ Calculator    ◿ Mark for Review



⑦ NLV's & Abbreviations    ← Previous    ⚙ Navigator    Next →

ABIM00564

REDACTED

ABIM Internal Medicine Certification Examination - Candidate Name

Time Remaining 105:16
47 of 60

Notes   Calculator

Mark for Review

NLV's & Abbreviations

Previous   Navigator   Next

ABIM00565

Case: 24-3012    Document: 47    Page: 3259    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED 60
PageID: 18913

📝 Notes   ⬚ Calculator                                    △ Mark for Review

⑦ NLV's & Abbreviations          ← Previous   ⚙ Navigator   Next ▶

Case: 24-3012    Document: 47    Page: 3260    Date Filed: 07/03/2025

ABIM00566

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed REDACTED    PageID: 18914

📝 Notes   🖩 Calculator

△ Mark for Review



⑦ NLV's & Abbreviations

← Previous | ⚙ Navigator | Next →

Case: 24-3012    Document: 47    Page: 3261    Date Filed: 07/03/2025

ABIM00567

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed **REDACTED**
PageID: 18915



Case: 24-3012    Document: 47    Page: 3262    Date Filed: 07/03/2025

ABIM00568

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 0[REDACTED]
PageID: 18916



Case: 24-3012    Document: 47    Page: 3263    Date Filed: 07/03/2025

ABIM00569

Case 2:14-cv-06428-KSH-CLW    Document 211-5    Filed 02/20    REDACTED
PageID: 18917

Notes  Calculator

Mark for Review



NLV's & Abbreviations

Previous    Navigator    Next

Case: 24-3012    Document: 47    Page: 3264    Date Filed: 07/03/2025

ABIM00570

Case 2:14-cv-06428-KSH-CLW    Document 211-5    F[REDACTED]
PageID: 18918

Notes    Calculator                                             Mark for Review



NLV's & Abbreviations                    ← Previous    Navigator    Next →

Case: 24-3012    Document: 47    Page: 3265    Date Filed: 07/03/2025

ABIM00571

Case 2:14-cv-06428-KSH-CLW    Document 211-5  360
PageID: 18919

🔖 Notes   🖩 Calculator                                          ⟋ Mark for Review

Case: 24-3012    Document: 47    Page: 3266    Date Filed: 07/03/2025

ABIM00572

📝 Notes   ⬚ Calculator

🖎 Mark for Review



⑦ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3267    Date Filed: 07/03/2025

ABIM00573

Case 2:14-cv-06428-KSH-CLW    Document    REDACTED    846 of 360
PageID:

🔏 Notes   🖩 Calculator                                    ◁ Mark for Review



⑨ NLV's & Abbreviations                          ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 47    Page: 3268    Date Filed: 07/03/2025

ABIM00574

Case 2:14-cv-06428-KSH-CLW    Document 211-5    F̶i̶l̶e̶d̶ REDACTED
PageID: 18922

Notes  Calculator                                    Mark for Review

NLV's & Abbreviations                    Previous    Navigator    Next

Case: 24-3012    Document: 47    Page: 3269    Date Filed: 07/03/2025

ABIM00575

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED    60
PageID: 18923



Case: 24-3012    Document: 47    Page: 3270    Date Filed: 07/03/2025

ABIM00576

REDACTED

ABIM Internal Medicine Certification Examination - Candidate Name

Time Remaining 103:01
57 of 60

Notes    Calculator

Mark for Review



NLV's & Abbreviations

Previous    Navigator    Next

ABIM00577

REDACTED

Notes　Calculator　　　　　　　　　　　Mark for Review



NLV's & Abbreviations　　　　　　　　Previous　Navigator　Next

Case: 24-3012　Document: 47　Page: 3272　Date Filed: 07/03/2025

ABIM00578

Case 2:14-cv-06428-KSH-CLW    Document 211-5    REDACTED 0
PageID: 18926

Notes   Calculator

Mark for Review

NLV's & Abbreviations

Previous   Navigator   Next

ABIM00579

Case: 24-3012    Document: 47    Page: 3273    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-5    F... REDACTED
PageID: 18927

Notes   Calculator

Mark for Review

Case: 24-3012    Document: 47    Page: 3274    Date Filed: 07/03/2025

ABIM00580

REDACTED



Case: 24-3012    Document: 47    Page: 3275    Date Filed: 07/03/2025

ABIM00581



Figure

Figure 1 | Figure 2

Close

Case: 24-3012    Document: 47    Page: 3276    Date Filed: 07/03/2025

ABIM00582

ABIM Internal Medicine Certification Examination - Candidate Name   🕐 Time Remaining 102:08

## Session Review

⊟ **Instructions**

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

⊟ **Session 4**                                                                    **(60 Unseen/Incomplete)**

| | | |
|---|---|---|
| Question 1 — Incomplete | Question 2 — Incomplete | Question 3 — Incomplete |
| Question 4 — Incomplete | Question 5 — Incomplete | Question 6 — Incomplete |
| Question 7 — Incomplete | Question 8 — Incomplete | Question 9 — Incomplete |
| Question 10 — Incomplete | Question 11 — Incomplete | Question 12 — Incomplete |
| Question 13 — Incomplete | Question 14 — Incomplete | Question 15 — Incomplete |
| Question 16 — Incomplete | Question 17 — Incomplete | Question 18 — Incomplete |
| Question 19 — Incomplete | Question 20 — Incomplete | Question 21 — Incomplete |
| Question 22 — Incomplete | Question 23 — Incomplete | Question 24 — Incomplete |
| Question 25 — Incomplete | Question 26 — Incomplete | Question 27 — Incomplete |
| Question 28 — Incomplete | Question 29 — Incomplete | Question 30 — Incomplete |

➔] End Session                              🖋 Review All   ✖ Review Incomplete   🖋 Review Marked

Case: 24-3012   Document: 47   Page: 3277   Date Filed: 07/03/2025

ABIM00583



ABIM00584



ABIM00585



Case: 24-3012

Document: 47

Page: 3280

Date Filed: 07/03/2025

ABIM00586

## ABIM Internal Medicine Certification Examination - Candidate Name

**Your ABIM Internal Medicine Certification Examination is concluded. We hope you had a comfortable testing experience.**

PLEASE NOTE: In the Pledge of Honesty that you agreed to at the beginning of this examination, you pledged that you "will not disclose, copy, or reproduce any portion of the material contained in this examination."

The pledge is intended to ensure fairness to all candidates as well as the integrity of the certification process. Please be aware that sharing information about examination content violates the confidentiality agreement made with the ABIM by all Certification and Maintenance of Certification candidates in that Pledge of Honesty. The ABIM will impose severe penalties on any candidate involved in efforts to provide specific examination question content to others. Penalties may include invalidation of examination results, prohibition from retaking the examination, and revocation of certification.

At this time, we would like to ask you to complete the following brief survey regarding your computer testing experience. The results will help the ABIM and Pearson VUE evaluate and improve our processes. Please be sure to collect all personal belongings from your storage locker before leaving the test site.

Select the End Exam (E) button to complete your testing event.

⏻ End Exam

Case: 24-3012    Document: 47    Page: 3281    Date Filed: 07/03/2025

ABIM00587



ABIM00588