No. 24-3012

---

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

---

**AMERICAN BOARD OF INTERNAL MEDICINE,**

*Plaintiff-Appellant,*

**v.**

**JAIME SALAS RUSHFORD, M.D.,**

*Defendant-Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Case No. 2:14-cv-06428-KSH-CLW
(The Honorable Katherine S. Hayden)

---

**JOINT APPENDIX VOLUME IV OF VIII**
**(PAGES JA3635 to JA6298)**

---

Hara K. Jacobs
Paul Lantieri III
Elizabeth V. Wingfield
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: 215.885.8500
E-mail: JacobsH@ballardspahr.com

*Counsel for Plaintiff-Appellant*

## **TABLE OF CONTENTS**

### **VOLUME I**

Notice of Appeal dated October 24, 2024 ..................................... JA1

Order of the Honorable Katharine S. Hayden dated September 30, 2024    JA4

Sealed Opinion of the Honorable Katharine S. Hayden dated September 30, 2024 ...................................................................... JA5

### **VOLUME II**

District Court of New Jersey Civil Case Docket ......................... JA44

Complaint dated October 17, 2014 ............................................... JA77

Answer dated September 22, 2015 ............................................... JA326

### **VOLUME III**

Third Circuit Court of Appeals [Docket No. 66] Opinion dated December 20, 2020 ...................................................................... JA359

Third Circuit Court of Appeals [Docket No. 67-1] Judgment dated December 20, 2020 ...................................................................... JA366

Third Circuit Court of Appeals [Docket No. 67-2] Notice of Judgment dated December 20, 2020............................................................. JA368

Motion to Strike the "Expert Response Report" of Westby G. Fisher dated December 23, 2016 ...................................................................... JA370

TEXT ORDER: The Court hereby terminates the motions to strike (ECF Nos. 134-35, 142) without prejudice as unripe for disposition in light of the pending motions to dismiss and transfer (ECF Nos.    164-65) dated June 29, 2017.    N/A

Motion for Summary Judgment dated February 9, 2024.............. JA403

Memorandum of Law in Support of Motion for Summary Judgment dated February 9, 2024 ...................................................................... JA405

Statement of Undisputed Facts in Support of Motion for Summary Judgment Order dated February 9, 2024 ................................................................ JA439

Exhibit 1 in Support of Motion for Summary Judgement ............ JA464

Exhibit 2 in Support of Motion for Summary Judgement ............ JA528

Exhibit 3 in Support of Motion for Summary Judgement ............ JA3275

## **VOLUME IV**

Exhibit 4 in Support of Motion for Summary Judgement ............ JA3635

Exhibit 5 in Support of Motion for Summary Judgement ............ JA3995

Exhibit 6 in Support of Motion for Summary Judgement ............ JA4346

## **VOLUME V**

Exhibit 7 in Support of Motion for Summary Judgement ............ JA6299

Exhibit 8 in Support of Motion for Summary Judgement ............ JA10871

Exhibit 9 in Support of Motion for Summary Judgement ............ JA10873

Exhibit 10 in Support of Motion for Summary Judgement .......... JA10881

Exhibit 11 in Support of Motion for Summary Judgement .......... JA10884

Exhibit 12 in Support of Motion for Summary Judgement .......... JA10895

Exhibit 13 in Support of Motion for Summary Judgement .......... JA10919

Exhibit 14 in Support of Motion for Summary Judgement .......... JA10965

Exhibit 15 in Support of Motion for Summary Judgement .......... JA10969

Exhibit 16 in Support of Motion for Summary Judgement .......... JA10983

Exhibit 17 in Support of Motion for Summary Judgement .......... JA11076

Exhibit 18 in Support of Motion for Summary Judgement .......... JA11103

Exhibit 19 in Support of Motion for Summary Judgement .......... JA11132

## **VOLUME VI**

Exhibit 20 in Support of Motion for Summary Judgement .......... JA11134

Exhibit 21 in Support of Motion for Summary Judgement .......... JA11247

Exhibit 22 in Support of Motion for Summary Judgement .......... JA11253

Exhibit 23 in Support of Motion for Summary Judgement .......... JA11296

Exhibit 24 in Support of Motion for Summary Judgement .......... JA11412

Exhibit 25 in Support of Motion for Summary Judgement .......... JA11423

Declaration of Rebecca S. Lipner, Ph.D. in Support of Motion for Summary Judgement dated February 9, 2024 ............................................... JA11427

Letter Motion to Seal Motion for Summary Judgment dated February 16, 2024 ............................................................................................ JA11433

Response to Motion to Seal Motion for Summary Judgement dated February 19, 2024 ........................................................................ JA11435

Cross-Motion for Summary Judgment dated March 1, 2024 ....... JA11437

Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment dated March 1, 2024 ............................................................................... JA11439

Counter-Statement of Material Facts in Response to Plaintiff's Statement of Undisputed Facts in Support of its Motion for Summary Judgement dated March 1, 2024 ................................................................................. JA11475

Defendant's Statement of Material Facts Not in Dispute dated March 1, 2024 ................................................................................. JA11498

Exhibit 1 in Support of Cross-Motion for Summary Judgment ... JA11506

Exhibit 2 in Support of Cross-Motion for Summary Judgment ... JA11514

## **VOLUME VII**

Exhibit 3 in Support of Cross-Motion for Summary Judgment ... JA11553

Exhibit 4 in Support of Cross-Motion for Summary Judgment ...   JA11577

## **VOLUME VIII**

Exhibit 5 in Support of Cross-Motion for Summary Judgment ...   JA11595

Exhibit 6 in Support of Cross-Motion for Summary Judgment ...   JA11609

Exhibit 7 in Support of Cross-Motion for Summary Judgment ...   JA11633

Exhibit 8 in Support of Cross-Motion for Summary Judgment ...   JA11656

Exhibit 9 in Support of Cross-Motion for Summary Judgment ...   JA11658

Exhibit 10 in Support of Cross-Motion for Summary Judgment .   JA11672

Proposed Order for Cross-Motion for Summary Judgment ........   JA11674

Memorandum in Further Support of Motion for Summary Judgement and in opposition to Defendant's Cross-Motion for Summary Judgment   JA11675

Counter-Statement of Material Facts in Response to Defendant's Statement of Material Facts Not in Dispute in Support of Defendant's Cross-Motion for Summary Judgment.....................................................................   JA11713

Exhibit A in Support of Reply Memorandum and Opposition to Defendant's Cross-Motion .........................................................................   JA11726

Exhibit B in Support of Reply Memorandum and Opposition to Defendant's Cross-Motion .........................................................................   JA11729

Reply Memorandum in Support of Cross-Motion for Summary Judgment .....................................................................................   JA11731

# EXHIBIT 4

Case: 24-3012   Document: 48-2   Filed: 02/20/24
PageID: 18937

Welcome, Candidate Name 54321!
You are about to begin the ABIM Internal Medicine Certification Examination



By selecting the Next (N) button, you acknowledge that you are the person named above and that you will be videotaped and audio recorded while taking this examination. If you have any questions, please raise your hand to notify the test administrator.

Copyright © 2009 by American Board of Internal Medicine. All rights reserved.
ABIM Internal Medicine Certification Examination

→] End Exam                                                        Next →

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 7    Date Filed: 07/03/2025

ABIM02742

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 3 of 360
PageID: 18035

### GENERAL ADMINISTRATIVE INFORMATION

The following policies apply throughout all sessions of the examination. After you have read the following information and have signed the "Pledge of Honesty," you will be able to start the examination.

As administrator for the examination, the staff of Pearson Professional Centers is empowered by the American Board of Internal Medicine to ensure that the examination is conducted ethically.

You must remain in your seat during the examination, except when authorized to leave by a test center staff member. Raise your hand to notify the administrator if you:

- Have a problem with your computer
- Need additional note boards
- Need to take a break
- Have inadvertently brought an electronic device or watch into the testing room
- Need the administrator for any reason
- Are easily distracted by noise and wish to request earplugs from the administrator.
    Headphones, electronic devices, and your own earplugs are not permitted.

No break is allowed from now until you start the exam. If you must leave the room for any reason during a test session, the test administrator will set your computer in "Unscheduled Break" mode. During the testing session, **no extra time** will be allowed for the time you are away from your workstation. While the computer is set in "Unscheduled Break" mode, the screen will display the overall session time remaining with the clock counting down, and the display screen you are working on cannot be seen. You must move to the exit as quietly as possible and refrain from any discussion. You must not leave the immediate vicinity of the examination room and restrooms while the test session is in progress. You must provide an electronic fingerprint each time you enter and exit the testing room. When you return to your workstation, the test administrator will turn off the "Unscheduled Break" mode so that you may continue with the examination.

End Exam                                                           Previous    Next 

**ATTORNEYS' EYES ONLY**

ABIM02743

Case: 24-3012    Document: 48    Page: 8    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination - Candidate Name

## TIMING OF THE TEST

The examination is given in a modular format. There is a total of four modules, or test sessions. You will have up to two hours to complete each test session. The number of questions in a test session and the time remaining for the test session will be displayed in the upper right corner of the computer screen. The time of day will be displayed on a clock in the testing room. During the test session, if you leave the room for any reason, **no extra time** will be allowed for the time you are away from your workstation. When you have five minutes remaining, a message box will appear as a reminder. If you are still working at the end of the test session, the computer screen will change to gray, a message will appear stating that your time has expired, and your keyboard and mouse responses will no longer be recorded.

When you have completed the first test session, or when the session time has elapsed, you may take a maximum of 20 minutes for a break. If you have unused time remaining from the first test session, it will be added to this break time; however, you may forfeit your break and continue to the second test session. If you leave the testing room during the break, the test administrator must re-admit you to the testing room. You must provide an electronic fingerprint each time you enter and exit the testing room, and you must be at your seat before the break elapses; therefore, you should allow sufficient time (as much as 10 minutes) for checking in from the break. If you exceed the allotted break time, the excess time will be deducted from the following test session.

At the end of the second test session, you may take up to 60 minutes for a lunch break. If you have unused time remaining from the second session, it will be added to this break time. You may forfeit a portion of the lunch break to begin the next test session before the break has elapsed, or you may forfeit your entire lunch break and continue to the third test session. If you exceed the allotted break time, this time will be deducted from the third test session.

When you have completed the third test session, you may take up to 20 minutes for a break. If you have unused time remaining from the third session, it will be added to this break time; however, you may forfeit your break and continue to the fourth test session. If you exceed the allotted break time, the excess time will be deducted from the fourth test session.

**Again, you should allow sufficient time for checking in from a break.**

⏴ End Exam                                              ← Previous    Next →

ATTORNEYS' EYES ONLY

ABIM02744

## STRUCTURE OF THE TEST

Answer every question, because your score will be determined by the total number of questions answered correctly. There is no penalty for guessing.  For each question, there is one best answer.  Be sure to check the Review Screen for any unanswered items, which will be indicated as "Incomplete."  Continue to work until you have answered all questions or time for the test session has expired.  When you have five minutes remaining, a message box will appear on the screen as a reminder.

### * * * NOTICE * * *

**The Board is aware that, on occasion, changes in medicine (such as withdrawal of a drug from the market) occurring late in the examination publishing process may affect your response to a small number of questions. You should do your best to answer all questions according to your understanding of current clinical principles and practice.  If the ABIM determines that a question has been compromised by new information, this question will not be counted in the overall examination score.**

Notes or calculations may be made on the note boards or in the "Notes (O)" section on the screen attached to each item. Calculations may be made on the calculator by clicking the "Calculator (U)" button.  The note boards,  and the "Notes (O)," and the "Calculator (U)" sections are provided for your convenience; they are not considered during the evaluation of your examination.  An opportunity to comment on the questions is provided in the survey that will appear on the screen after you finish the entire examination.

Normal ranges for laboratory studies may be provided in the text of the questions.  A table of normal laboratory values that are not included in the text, and a list of abbreviations can be found by clicking the button marked "NLV/Abbreviations" at the bottom of each question.  All illustrations are contained within each question.   They may be viewed by clicking the "Click here for Figure(s)" box in the question.

ATTORNEYS' EYES ONLY

ABIM02745

ABIM Internal Medicine Certification Examination - Candidate Name

## IRREGULAR BEHAVIOR

Test administrators are required to report to the Board any candidate who exhibits irregular behavior, as described to you on the ABIM website. The Board will investigate all irregularity reports.

Irregular behavior that is observed, is made apparent by data forensics, statistical analysis, or is shown by other means may lead to dismissal from the examination, ineligibility for certification, or other sanctions, including invalidation of your examination.

You have been instructed that access to electronic devices, such as cellular phones, PDAs, beepers, or pagers is restricted at the test site. In addition, watches are not permitted. If you are currently in possession of an electronic device or watch, please raise your hand now to signal the test administrator. You will need to place your electronic device or watch in your storage locker. The electronic device must be locked in the "Off" mode when it is stored. You are warned that if you have an electronic device or watch and keep it with you during a test session, you will be in violation of the Board's policies, which may lead to examination invalidation, ineligibility for certification, or other sanctions deemed appropriate by the Board

You must not discuss the examination at any time. Furthermore, you must not disclose the content of the examination to others or reproduce any portion of the examination in any manner, including reconstruction through memorization or dictation.

Notes or calculations may be made on the note boards or in the "Notes (O)" section on each item. You may not use scratch paper, calculators, or nomograms. There should be nothing on your desk but the note board.

→] End Exam                                                                    ← Previous    Next →

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 11    Date Filed: 07/03/2025

ABIM02746

ABIM Internal Medicine Certification Examination - Candidate Name

## PLEDGE OF HONESTY

Please read the following statement. You will not be permitted to take this examination unless you agree to abide by the following terms and conditions.

I, Candidate Name 54321, pledge that I will not give or receive aid in this examination. I will not disclose, copy, or reproduce any portion of the material contained in this examination. I pledge to comply with the instructions of proctors and with all rules of this examination. I confirm that the information provided in my application to the Board is true and correct.

Pearson VUE is empowered by the American Board of Internal Medicine to ensure that the examination is conducted ethically. They are required to report to the Board any candidate who exhibits irregular or improper behavior as described to you on the ABIM website.

The Board will investigate all irregularity reports. Irregular behavior that is observed, that is made apparent by statistical analysis, or is shown by other means, may lead to ineligibility for certification or other sanctions, including invalidation of your examination.

If you need to leave the room or if you have questions at any time during the testing experience, please raise your hand and a Testing Administrator will assist you. The Administrator will not answer exam-specific questions.

I, Candidate Name 54321, agree to the above statements and agree to be legally bound by the rules and policies of the American Board of Internal Medicine.

By selecting the Next (N) button, you will be accepting these terms (You will now proceed to the exam).

If you do not accept these terms, raise your hand to notify the test administrator now. (You will not be permitted to proceed to the exam).

End Exam | Previous | Next



### NORMAL LABORATORY VALUES NOT INCLUDED IN THE QUESTION TEXT

The **comprehensive metabolic panel** contains the following assays: albumin, alkaline phosphatase, AST, total bilirubin, blood urea nitrogen, calcium, total cholesterol, creatinine, glucose, phosphorus, total protein, uric acid. These are highlighted in **bold**. Arterial blood studies are done at sea level with the patient breathing room air unless otherwise specified.

#### Hematologic:

| | |
|---|---|
| Erythrocyte sedimentation rate (Westergren) | Male: 0-15 mm/hr; female: 0-20 mm/hr |
| Hematocrit, blood | Male: 42-50%; female: 40-48% |
| Hemoglobin, blood | Male: 13-16 g/dL; female: 12-15 g/dL |
| Hemoglobin A$_{1c}$ | 4.0-6.1% |
| Leukocyte count and differential | 4000-11,000/cu mm; |
| | 50-70% segmented neutrophils, |
| | 0-5% band forms, 30-45% lymphocytes, |
| | 0-6% monocytes, 0-1% basophils |
| | 0-3% eosinophils |
| Platelet count | 150,000-300,000/cu mm |

#### Whole blood, plasma, serum chemistries:

ATTORNEYS' EYES ONLY

ABIM02748



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

**Whole blood, plasma, serum chemistries:**

| | |
|---|---|
| **Alkaline phosphatase, serum** | **30-120 U/L** |
| Aminotransferase, serum alanine (ALT) | 10-40 U/L |
| **Aminotransferase, serum aspartate (AST)** | **10-40 U/L** |
| Arterial studies, blood | |
| (patient breathing room air): | |
| $P_{O_2}$ | 75-100 mm Hg |
| $P_{CO_2}$ | 38-42 mm Hg |
| Bicarbonate | 23-26 mEq/L |
| pH | 7.38-7.44 |
| Oxygen saturation | 95% or greater |
| **Bilirubin, serum:** | |
| Total | **0.3-1.0 mg/dL** |
| Direct | 0.1-0.3 mg/dL |
| **Calcium, serum** | **Male: 9.0-10.5 mg/dL** |
| | **Female: 8.5-10.2 mg/dL** |
| **Cholesterol, serum:** | |
| Total | **Desirable: less than 200 mg/dL** |
| | **Borderline-high: 200-239 mg/dL** |
| | **(may be high in the presence of** |
| | **coronary artery disease** |
| | **or other risk factors)** |

☒ Close

**ATTORNEYS' EYES ONLY**

ABIM02749



**NLV's & Abbreviations**

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| | **High: greater than 239 mg/dL** |
| High-density lipoprotein (HDL) | Low: less than 40 mg/dL |
| Low-density lipoprotein (LDL) | Optimal: less than 100 mg/dL |
| | Near-optimal: 100-129 mg/dL |
| | Borderline-high: 130-159 mg/dL |
| | (may be high in the presence of coronary |
| | artery disease or other factors) |
| | High: 160-189 mg/dL |
| | Very high: 190 mg/dL and above |
| **Creatinine, serum** | **0.7-1.5 mg/dL** |
| Electrolytes, serum: | |
| Sodium | 136-145 mEq/L |
| Potassium | 3.5-5.0 mEq/L |
| Chloride | 98-106 mEq/L |
| Bicarbonate | 23-28 mEq/L |
| **Glucose, plasma** | **Normal (fasting): 70-115 mg/dL** |
| | **Borderline: 115-140 mg/dL** |
| | **Abnormal: greater than 140 mg/dL** |
| Luteinizing hormone, serum | Adult male: 2-18 mIU/mL |
| | Female: |
| | To age 8: less than 10 mIU/mL |
| | Ages 8-14: 2-14 mIU/mL |

☒ Close

**ATTORNEYS' EYES ONLY**

ABIM02750



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

|  |  |
|---|---|
|  | Adult: 5-12 mIU/mL (follicular or luteal) |
|  | 30-250 mIU/mL (mid-cycle peak) |
|  | greater than 30 mIU/mL |
|  | (postmenopausal) |
| **Phosphorus, serum** | **3.0-4.5 mg/dL** |
| **Proteins, serum:** |  |
| **Total** | **5.5-9.0 g/dL** |
| **Albumin** | **3.5-5.5 g/dL** |
| Triglycerides, serum (fasting) | Normal: less than 250 mg/dL |
|  | Borderline: 250-500 mg/dL |
|  | Abnormal: greater than 500 mg/dL |
| **Urea nitrogen, blood** | **8-20 mg/dL** |
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| **Cerebrospinal fluid (CSF):** |  |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| **Hemodynamic measurements:** |  |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |

☒ Close

ATTORNEYS' EYES ONLY

ABIM02751

Case: 24-3012     Document: 48     Page: 16     Date Filed: 07/03/2025



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| | |
| **Cerebrospinal fluid (CSF):** | |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| | |
| **Hemodynamic measurements:** | |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |
| Cardiac output | 4-6 L/min |
| Pressures: | |
| Pulmonary artery | Systolic: 15-30 mm Hg |
| | Diastolic: 3-21 mm Hg |
| | Mean: 9-16 mm Hg |
| Pulmonary artery wedge | 6-12 mm Hg |
| Right atrium | 0-8 mm Hg |
| Right ventricle | Systolic: 15-30 mm Hg |
| | Diastolic: 0-5 mm Hg |
| Systemic arteries | Systolic: 100-140 mm Hg |
| | Diastolic: 60-90 mm Hg |
| | Mean: 70-105 mm Hg |

☒ Close

**ATTORNEYS' EYES ONLY**

ABIM02752



### LIST OF ABBREVIATIONS

| | |
|---|---|
| $A_2$ | Second heart sound |
| ACE | Angiotensin-converting enzyme |
| ACTH | Adrenocorticotropic hormone (corticotropin) |
| AIDS | Acquired immunodeficiency syndrome |
| ALT | Alanine aminotransferase |
| ANCA | Antineutrophil cytoplasmic antibody |
| anti-HAV | Antibodies to hepatitis A virus |
| anti-HBc | Antibodies to hepatitis B core antigen |
| anti-HBe | Antibodies to hepatitis B e antigen |
| anti-HBs | Antibodies to hepatitis B surface antigen |
| anti-HCV | Antibodies to hepatitis C virus |
| anti-HDV | Antibodies to hepatitis D virus |
| AST | Aspartate aminotransferase |
| BMI | Body mass index (in kg/m²) |
| C-ANCA | Cytoplasmic antineutrophil cytoplasmic antibody |

Close

ATTORNEYS' EYES ONLY

ABIM02753



## NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| | |
|---|---|
| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $FIO_2$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

⊠ Close

ATTORNEYS' EYES ONLY

ABIM02754



| ⓘ NLV's & Abbreviations | ☒ |
|---|---|

| Normal Lab Values | **Abbreviations** |
|---|---|
| HBsAg | Hepatitis B surface antigen |
| HBV | Hepatitis B virus |
| HCV | Hepatitis C virus |
| HDL | High-density lipoprotein |
| HIV | Human immunodeficieny virus |
| HMG-CoA | Hydroxymethylglutaryl coenzyme A |
| Ig | Immunoglobulin |
| INR | International normalized ratio |
| LDL | Low-density lipoprotein |
| MALT | Mucosa-associated lymphoid tissue |
| METS | Metabolic equivalents |
| MVV | Maximal volume ventilation |
| NPH | Neutral protamine Hagedorn |
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |

☒ Close

**ATTORNEYS' EYES ONLY**

ABIM02755



| | |
|---|---|
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |
| PEEP | Positive end-expiratory pressure |
| PEFR | Peak expiratory flow rate |
| $Po_2$ | Partial pressure of oxygen |
| PPD | Purified protein derivative |
| RV | Residual volume |
| $S_1$ | First heart sound |
| $S_2$ | Second heart sound |
| $S_3$ | Third heart sound (ventricular gallop) |
| $S_4$ | Fourth heart sound (atrial gallop) |
| TLC | Total lung capacity |
| TNM | Tumor-node-metastasis |
| TU | Tuberculin unit |
| VDRL | Veneral Disease Research Laboratories |

**NLV's & Abbreviations**

Normal Lab Values | Abbreviations

⊠ Close

**ATTORNEYS' EYES ONLY**

ABIM02756

Case: 24-3012    Document: 48    Page: 21    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 17 of 360 PageID: 18052

A 28-year-old woman who has type 1 diabetes mellitus is planning a pregnancy. She was found to have diabetes at age 24, has no other medical problems, and takes no medications except insulin. Menstrual periods have been regular. She feels well and does not smoke cigarettes or drink alcoholic beverages. The patient has episodes of shakiness, palpitations, and sweating before lunch and dinner about three times weekly. She checks her blood glucose at least four times daily; representative results for the past month are shown (the shaded area is the target range). She currently takes 70% NPH and 30% regular insulin, 20 units before breakfast and 14 units before dinner.

Weight has been stable at 57 kg (126 lb). BMI is 21. Physical examination is normal. Hemoglobin $A_{1c}$ is 7.4%; serum creatinine is 0.7 mg/dL, and LDL cholesterol is 92 mg/dL. Urine albumin is undetectable.

**Click here for Figure(s)**

Which of the following should you recommend to improve glucose control?

○ A.  Increase pre-dinner insulin dose
○ B.  Decrease pre-breakfast insulin dose
○ C.  Add a mid-morning and mid-afternoon snack
○ D.  Change to a basal insulin with rapid-acting insulin before meals
○ E.  Change to 70% NPH and 30% rapid-acting insulin

ATTORNEYS' EYES ONLY

ABIM02757

Case: 24-3012    Document: 48    Page: 22    Date Filed: 07/03/2025



ATTORNEYS' EYES ONLY

ABIM02758

Case: 24-3012    Document: 48    Page: 23    Date Filed: 07/03/2025

A 50-year-old woman is brought to the emergency department because of respiratory failure. Pulse rate is 120 per minute, and blood pressure is 80/40 mm Hg. Chest radiograph shows pulmonary congestion and a markedly enlarged cardiac silhouette. Electrocardiogram shows left bundle branch block, which is unchanged from prior tracings, and sinus tachycardia. The patient is intubated and admitted to the intensive care unit. Her condition does not improve despite treatment with dopamine. Hemoglobin is 13.0 g/dL. A pulmonary artery catheter is placed, and the following results are obtained:

| | |
|---|---|
| Cardiac index | 1.8 L/min/m² |
| Pressures | |
| Pulmonary artery | 46/28 mm Hg |
| Pulmonary artery wedge | 28 mm Hg |
| Right atrium | 13 mm Hg |
| Right ventricle | 46/13 mm Hg |
| Systemic vascular resistance | 2200 dynes•sec/cm⁵ [800–1500] |

Which of the following is the most likely diagnosis?

○ A.  Hypovolemia
○ B.  Cardiac tamponade
○ C.  Cardiogenic shock
○ D.  Septic shock

ATTORNEYS' EYES ONLY

ABIM02759

Case: 24-3012    Document: 48    Page: 24    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 20 of 360
PageID: 18055

A 29-year-old woman who is in the 28th week of her fourth pregnancy has been sleeping poorly for one month because of discomfort in both legs that is relieved only by walking; it returns as soon as she goes back to sleep.  Her only other medical problem is severe gastrointestinal symptoms from her prenatal vitamins with iron.  Laboratory studies from her most recent obstetrics visit are as follows:

| | |
|---|---|
| Hematocrit | 27.2% |
| Hemoglobin | 9.3 g/dL |
| Mean corpuscular volume | 68 fL *[86–98]* |
| Red cell distribution width | 18.0 *[9.0–14.5]* |
| Leukocyte count | 6500/cu mm |
| Platelet count | 525,000/cu mm |
| Plasma glucose | 82 mg/dL |

Which of the following is the most appropriate treatment for the leg discomfort?

○ A.     Reassurance and observation until after delivery
○ B.     Parenteral iron sucrose
○ C.     Clonazepam
○ D.     Pramipexole

ATTORNEYS' EYES ONLY

ABIM02760

JA3654

Case: 24-3012    Document: 48    Page: 25    Date Filed: 07/03/2025

A previously healthy 36-year-old man is hospitalized because he has had low-grade fever, cough with intermittent blood-streaked sputum, dyspnea, and arthralgia for two weeks. He takes no medications, and he says he does not engage in high-risk behaviors associated with HIV infection.

The patient appears ill. Temperature is 38.4 C (101.2 F), pulse rate is 104 per minute, respirations are 20 per minute, and blood pressure is 114/60 mm Hg. No cyanosis, icterus, clubbing, or lymph node enlargement is present. Oral aphthous ulcers and raised purpuric pretibial lesions are noted. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 11.0 g/dL |
| Leukocyte count | 14,000/cu mm; 85% segmented neutrophils, 2% band forms, 10% lymphocytes, 3% monocytes |
| Platelet count | 400,000/cu mm |
| Erythrocyte sedimentation rate | 60 mm/hr |
| Blood urea nitrogen | 30 mg/dL |
| Serum creatinine | 1.8 mg/dL |
| Arterial blood studies | |
| $PO_2$ | 65 mm Hg |
| $PCO_2$ | 36 mm Hg |
| pH | 7.47 |
| Oxygen saturation | 90% |
| Urinalysis | Proteinuria and microscopic hematuria |

Radiograph of the chest is shown. Video-assisted thoracoscopic lung biopsy confirms the suspected

ATTORNEYS' EYES ONLY

ABIM02761

📝 Notes  🖩 Calculator                                                                    ✍ Mark for Review



Laboratory studies:

| | |
|---|---|
| Hemoglobin | 11.0 g/dL |
| Leukocyte count | 14,000/cu mm; 85% segmented neutrophils, 2% band forms, 10% lymphocytes, 3% monocytes |
| Platelet count | 400,000/cu mm |
| Erythrocyte sedimentation rate | 60 mm/hr |
| Blood urea nitrogen | 30 mg/dL |
| Serum creatinine | 1.8 mg/dL |
| Arterial blood studies | |
| $PO_2$ | 65 mm Hg |
| $PCO_2$ | 36 mm Hg |
| pH | 7.47 |
| Oxygen saturation | 90% |
| Urinalysis | Proteinuria and microscopic hematuria |

Radiograph of the chest is shown. Video-assisted thoracoscopic lung biopsy confirms the suspected diagnosis.

**Click here for Figure(s)**

Which of the following is the most effective treatment for this patient?

○ A.  Amphotericin B
○ B.  Cyclophosphamide and prednisone
○ C.  Ceftazidime
○ D.  Ketoconazole

❓ NLV's & Abbreviations                                    ← Previous   ✥ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02762

**Figure** ⊠



⊠ Close

ATTORNEYS' EYES ONLY

ABIM02763

📓 Notes  🗐 Calculator                                                                    ✎ Mark for Review

A 68-year-old man who has coronary artery disease comes to your office because for three months he has had increasing pain in both thighs when walking, especially down hills. The pain diminishes when he sits. These symptoms have worsened steadily and now limit his physical activity. He also has a ten-year history of lower back pain.

The patient appears healthy. Temperature is 37.0 C (98.6 F). Pulse rate is 80 per minute and regular. Respirations are normal. Blood pressure is 140/90 mm Hg. Cardiopulmonary and abdominal examinations are normal. He has no tenderness over the spine. Dorsalis pedis pulses are present bilaterally. Ankle reflexes are absent bilaterally. The extremities are otherwise normal. Genital and rectal examinations are normal. Complete blood count, comprehensive metabolic panel, and urinalysis are normal. Electrocardiogram shows changes consistent with an old inferior myocardial infarction.

Which of the following should you recommend to confirm the diagnosis?

○ A.    Radiography of the pelvis
○ B.    Ultrasonography of the abdomen
○ C.    Magnetic resonance imaging of the lumbar spine
○ D.    Arterial plethysmography and Doppler examination of the legs
○ E.    Nerve conduction studies of the legs

⑦ NLV's & Abbreviations                                    ← Previous    ⚙ Navigator    Next →

ATTORNEYS' EYES ONLY

ABIM02764

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 25 of 360
PageID: 13951

A 50-year-old woman wishes to lower her risk for cardiac disease but is willing to make only one major change at a time.

She would derive the greatest risk reduction by correcting which of the following?

○ A.  Average blood pressure of 165/95 mm Hg
○ B.  Fasting plasma glucose of 125 mg/dL
○ C.  Plasma homocysteine of 17 μmol/L
○ D.  Serum LDL cholesterol of 180 mg/dL
○ E.  Smoking 20 cigarettes daily

ATTORNEYS' EYES ONLY

Case: 24-3012   Document: 48   Page: 30   Date Filed: 07/03/2025

ABIM02765

JA3659

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 26 of 369
PageID: 18001

📖 Notes   🖩 Calculator                                              ✎ Mark for Review

A 53-year-old man is admitted to the coronary care unit (CCU) following an acute anterior myocardial infarction and acute revascularization with a stent placement in the left anterior descending coronary artery. Ten minutes after arriving in the CCU, the rhythm strips shown are recorded; continued monitoring shows intermittent arrhythmias. Blood pressure is normal. Intermittent cannon $a$ waves are noted in the jugular veins, and $S_1$ varies in intensity. The patient remains comfortable but notices the change.

**Click here for Figure(s)**

Which of the following should you do?

- ○ A.   Continue observation
- ○ B.   Administer amiodarone
- ○ C.   Administer lidocaine
- ○ D.   Perform electrical cardioversion
- ○ E.   Place a temporary pacemaker for overdrive pacing

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 31    Date Filed: 07/03/2025

ABIM02766



**ATTORNEYS' EYES ONLY**

ABIM02767

📝 Notes  📋 Calculator                                                    ✏️ Mark for Review

A 32-year-old woman has primary pulmonary hypertension.  Three months ago pulmonary artery pressure was 60/25 mm Hg (mean 45), and bosentan was begun.  Today estimated pulmonary artery pressure by echocardiography is 50 mm Hg systolic.  She has never been pregnant, but now she wants to have a child.

Which of the following is the most appropriate advice?

○ A.   Avoid pregnancy because of the high risk of maternal morbidity and mortality
○ B.   Proceed with pregnancy plans; discontinue bosentan because of possible teratogenic effects
○ C.   Proceed with pregnancy plans with no change in medical therapy; plan for bed rest in the third trimester and cesarean delivery
○ D.   Proceed with pregnancy plans with no change in medical therapy; plan for normal vaginal delivery

⑦ NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02768

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 29 of 360
PageID: 13002

Notes | Calculator

Mark for Review



A 63-year-old man comes to your office for a follow-up visit one month after hospital admission for an exacerbation of chronic obstructive pulmonary disease. At that time he was afebrile; leukocyte count was 8800/cu mm, and no acute changes were noted on chest radiograph. His symptoms resolved quickly with oxygen, inhaled bronchodilators, and oral amoxicillin–clavulanate.

Today he feels his condition has returned to baseline, but sputum obtained when he was hospitalized is growing *Mycobacterium avium*. Repeat chest radiograph is unchanged.

Which of the following is the most appropriate management?

○ A.    Observe; no change in management is necessary
○ B.    Perform tuberculin skin testing (PPD, 5 TU)
○ C.    Begin therapy immediately with clarithromycin and ethambutol
○ D.    Admit him to the hospital in respiratory isolation for further management

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02769

Case: 24-3012    Document: 48    Page: 34    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 30 of 360
PageID: 18055

📝 Notes  🖩 Calculator                                      ◭ Mark for Review



Viral genotyping of hepatitis C is most useful in predicting which of the following?

- ○ A.  Chronicity
- ○ B.  Cirrhosis
- ○ C.  Hepatocellular carcinoma
- ○ D.  Response to antiviral therapy

⑦ NLV's & Abbreviations                    ← Previous  ✢ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02770

Case: 24-3012    Document: 48    Page: 35    Date Filed: 07/03/2025



A 42-year-old woman, who is a member of your Amazon tour group, asks your opinion regarding a rash that has developed during the trip. She is in good health and does not feel ill. She is from northern Minnesota; she dislikes the high humidity but is enjoying the warm climate and sun. She has been using insect repellent and SPF-15 sunscreen daily and always wears a hat. She does not smoke cigarettes or drink alcoholic beverages. Current medications are an oral contraceptive, doxycycline, and hydrochlorothiazide.

Vital signs are normal. Moderate erythroderma is present over the anterior neck, upper chest, posterior neck, upper back, legs from midthigh to ankle, and arms from shoulder to wrist. No rash is noted on the palms or soles, and the face is relatively spared except for a couple of small papules on the chin and a few small telangiectasias on the cheeks. The bra and panty areas are spared completely. No blisters or vesicles are noted. Physical examination is otherwise normal.

Which of the following is the most likely cause of the rash?

- A.  Allergic drug reaction
- B.  Contact dermatitis from laundry detergent
- C.  Irritation from insect repellant
- D.  Polymorphous light eruption
- E.  Phototoxicity from medication

ATTORNEYS' EYES ONLY

ABIM02771

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 32 of 369 PageID: 18067



A 62-year-old man comes to your office because he is "OK but not so OK; maybe it's old age." He tells you that a few weeks ago he had malaise and cough for a day or two, followed by fatigue, dizziness, and lightheadedness. He feels well now except for intermittent headaches, especially in the morning after drinking a bottle of beer the night before. He is concerned about his kidneys and adds that he has "discomfort in and around the heart up high." He occasionally has shortness of breath but no chest discomfort. He uses a rowing machine and a step machine daily and has no chest pain or shortness of breath during exercise. He sometimes snores and wonders if he has sleep apnea. Then he adds, "and late-night gas," which seems to be triggered by eating ice cream and drinking juice, soda, or water just before he goes to bed. He says he has been under stress lately; he tells you he was "kicked out of the stock market" and is now trying to manage real estate investments. He discusses his concerns with his wife, but he makes all financial decisions and feels a great deal of pressure. The patient takes no medications. He had a tubular adenoma resected one year ago.

Physical examination is normal. Laboratory studies, including complete blood count, comprehensive metabolic panel, and thyroid function studies, are normal.

Which of the following should be done next?

- A.   Colonoscopy
- B.   Polysomnography
- C.   Pulmonary function testing
- D.   Electrocardiographic stress testing
- E.   Discussion of stress management techniques

ATTORNEYS' EYES ONLY

ABIM02772



A 26-year-old woman is evaluated for fever, arthralgias, and sore throat. Four weeks ago, mild pain in the wrists, knees, and ankles developed. Ten days ago, fever (39.0 C [102.2 F]), sore throat, and a faint truncal rash developed. A rapid streptococcal antigen test was negative, but the patient received a five-day course of azithromycin. Daily fevers of 38.5 C to 39.0 C (101.3 F to 102.2 F) have persisted and usually occur in the late afternoon. The patient has noted that the rash is more prominent when a fever is present. She also has had mild substernal pain. She has not had jaundice, abdominal or pelvic discomfort, vaginal discharge, or dark urine.

The patient appears tired. Temperature is 38.0 C (100.4 F), and pulse rate is 92 per minute. A faint, maculopapular rash that blanches with light pressure is present on the trunk. The anterior cervical lymph nodes are slightly enlarged. Cardiopulmonary and abdominal examinations are normal. The liver edge is palpable 2 cm below the right costal margin, and the spleen tip is palpable. No ascites or edema is noted.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 11.8 g/dL |
| Leukocyte count | 17,600/cu mm; 82% neutrophils, 11% lymphocytes, 6% monocytes, 1% eosinophils |
| Platelet count | 324,000/cu mm |
| Erythrocyte sedimentation rate | 94 mm/hr |
| Serum ferritin | 2200 ng/mL *[11–211]* |
| Serum total bilirubin | 0.9 mg/dL |
| Serum proteins | |
| Total | 6.2 g/dL |
| Albumin | 3.7 g/dL |

ATTORNEYS' EYES ONLY

ABIM02773

📝 Notes   🖩 Calculator                                          ✍ Mark for Review



Laboratory studies:

| | |
|---|---|
| Hemoglobin | 11.8 g/dL |
| Leukocyte count | 17,600/cu mm; 82% neutrophils, 11% lymphocytes, 6% monocytes, 1% eosinophils |
| Platelet count | 324,000/cu mm |
| Erythrocyte sedimentation rate | 94 mm/hr |
| Serum ferritin | 2200 ng/mL [11–211] |
| Serum total bilirubin | 0.9 mg/dL |
| Serum proteins | |
| Total | 6.2 g/dL |
| Albumin | 3.7 g/dL |
| Serum alkaline phosphatase | 115 U/L |
| Serum aminotransferases | |
| ALT | 55 U/L |
| AST | 46 U/L |
| Antinuclear antibodies | Negative |
| Rheumatoid factor | Negative |
| Antistreptolysin O titer | Negative |
| Spot test for mononucleosis (Monospot) | Negative |

Which of the following is the most likely diagnosis?

○ A.   Essential mixed cryoglobulinemia
○ B.   Gonococcal arthritis
○ C.   Adult Still's disease
○ D.   Hemochromatosis
○ E.   Reactive arthritis

⑦ NLV's & Abbreviations                      ← Previous   🧭 Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02774

Case: 24-3012   Document: 48   Page: 39   Date Filed: 07/03/2025

Notes  Calculator                                                      Mark for Review

An 82-year-old woman who lives in a nursing home requires a rectal suppository twice weekly for normal bowel movements. Vital signs and abdominal examination are normal. Stool is negative for occult blood.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 30 mg/dL |
| Serum creatinine | 1.4 mg/dL |
| Serum thyroid-stimulating hormone | 3.0 μU/mL *[0.5−4.0]* |
| Serum calcium | 11.0 mg/dL |
| Serum proteins | |
|    Total | 6 g/dL |
|    Albumin | 3 g/dL |
| Serum electrolytes | |
|    Sodium | 138 mEq/L |
|    Potassium | 3.8 mEq/L |
|    Chloride | 108 mEq/L |
|    Bicarbonate | 22 mEq/L |
| Liver biochemical studies | Normal |
| Urinalysis | Normal |

In addition to encouraging fluids, which of the following tests should be performed next?

○ A.   Serum free thyroxine ($T_4$)

○ B.   Serum vitamin D

○ C.   Serum intact parathyroid hormone

? NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02775

📝 Notes   🖩 Calculator                                    📄 Mark for Review

normal bowel movements. Vital signs and abdominal examination are normal. Stool is negative for occult blood.

Laboratory studies:



| | |
|---|---|
| Complete blood count | Normal |
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 30 mg/dL |
| Serum creatinine | 1.4 mg/dL |
| Serum thyroid-stimulating hormone | 3.0 µU/mL [0.5–4.0] |
| Serum calcium | 11.0 mg/dL |
| Serum proteins | |
|   Total | 6 g/dL |
|   Albumin | 3 g/dL |
| Serum electrolytes | |
|   Sodium | 138 mEq/L |
|   Potassium | 3.8 mEq/L |
|   Chloride | 108 mEq/L |
|   Bicarbonate | 22 mEq/L |
| Liver biochemical studies | Normal |
| Urinalysis | Normal |

In addition to encouraging fluids, which of the following tests should be performed next?

- A.    Serum free thyroxine ($T_4$)
- B.    Serum vitamin D
- C.    Serum intact parathyroid hormone
- D.    Serum protein electrophoresis
- E.    Colonoscopy

ⓘ NLV's & Abbreviations                    ← Previous   🧭 Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02776

Case: 24-3012    Document: 48    Page: 41    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 37 of 369
PageID: 18042

📝 Notes   🖩 Calculator

⟳ Mark for Review

A 67-year-old man comes to the emergency department because of increasingly frequent episodes of substernal pain for three weeks. The pain initially occurred with walking and resolved promptly when he stopped. During the past week, however, he has had daily episodes, which have taken longer to resolve. This morning he had chest pain for 15 minutes after getting out of bed. He does not have hypertension or diabetes mellitus but says he has been told that his cholesterol level is high. He has smoked one pack of cigarettes daily for 30 years. He has no family history of premature cardiac disease.

The patient is anxious but is not in pain. Temperature is normal, pulse rate is 90 per minute and regular, and blood pressure is 140/85 mm Hg. Cardiopulmonary examination is normal except for an $S_4$ at the apex. Electrocardiogram shows 1- to 2-mm ST-segment depression in leads I, $aV_L$, and $V_4$ through $V_6$; no Q waves are present. Hematocrit and platelet count are normal. Heparin, aspirin, metoprolol, and intravenous nitroglycerin are administered. Immediate coronary arteriography is planned.

Which of the following medications has been shown to improve patient outcome in this setting?

- ○ A.   Abciximab
- ○ B.   Diltiazem
- ○ C.   Morphine
- ○ D.   Tissue plasminogen activator

❓ NLV's & Abbreviations

← Previous   ⊹ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02777

ABIM Internal Medicine Certification Examination - Candidate Name

📝 Notes  🖩 Calculator                                                      △ Mark for Review

A 58-year-old man who has cirrhosis secondary to chronic hepatitis C has had epigastric pain that is unrelated to meals and unrelieved by antacids. He has not lost weight. He has not taken aspirin or nonsteroidal anti-inflammatory drugs, and he stopped drinking alcoholic beverages ten years ago. Medical history is otherwise noncontributory.

Pulse rate is 86 per minute and regular. Blood pressure is 128/84 mm Hg. Spider angiomas are present over the anterior thorax. Epigastric tenderness is noted but no ascites. The liver measures 8 cm to percussion in the right midclavicular line; the spleen is not palpable. Stool is negative for occult blood. Upper gastrointestinal endoscopy reveals large, nonbleeding esophageal varices and a 1-cm duodenal ulcer. Rapid urease test is positive for *Helicobacter pylori*. A proton pump inhibitor and therapy for *H. pylori* are begun.

Which of the following is the most appropriate management for the esophageal varices?

- A.   Observation only; treatment if bleeding recurs
- B.   Metoprolol
- C.   Propranolol
- D.   Endoscopic sclerotherapy
- E.   Transjugular intrahepatic portosystemic shunt

⊘ NLV's & Abbreviations                            ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02778

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 39 of 360
PageID: 18044



A 45-year-old man has proteinuria, hematuria, and abnormal liver biochemical studies.  He has no history of hepatitis or jaundice.  He drinks alcoholic beverages rarely but he has a remote history of injection drug use.

Pulse rate is 68 per minute, and blood pressure is 134/86 mm Hg.  No scleral icterus, gynecomastia, liver or spleen enlargement, edema, spider angiomas, or palmar erythema is present.

Laboratory studies:

| | |
|---|---|
| Blood urea nitrogen | 22 mg/dL |
| Serum creatinine | 1.6 mg/dL |
| Serum electrolytes | Normal |
| Serum aminotransferases | |
|   ALT | 200 U/L |
|   AST | 122 U/L |
| Serum albumin | 3.1 g/dL |
| Serum total bilirubin | 0.9 mg/dL |
| Serum cryoglobulins | 6% *[0]* |
| Hepatitis C antibodies | Positive |
| Urinalysis | Blood 2+, protein 2+, negative glucose; 0–1 WBC,  10–20 RBCs, rare RBC casts, no cellular casts or bacteria/hpf |

Which of the following is most likely to be revealed by further testing?

○ A.  Increased serum IgA level

○ B.  Monoclonal lambda spike on serum protein electrophoresis

○ C.  Positive antinuclear antibodies

NLV's & Abbreviations    ← Previous    Navigator    Next →

ATTORNEYS' EYES ONLY

ABIM02779



history of hepatitis or jaundice. He drinks alcoholic beverages rarely but he has a remote history of injection drug use.

Pulse rate is 68 per minute, and blood pressure is 134/86 mm Hg. No scleral icterus, gynecomastia, liver or spleen enlargement, edema, spider angiomas, or palmar erythema is present.

Laboratory studies:

| | |
|---|---|
| Blood urea nitrogen | 22 mg/dL |
| Serum creatinine | 1.6 mg/dL |
| Serum electrolytes | Normal |
| Serum aminotransferases | |
| ALT | 200 U/L |
| AST | 122 U/L |
| Serum albumin | 3.1 g/dL |
| Serum total bilirubin | 0.9 mg/dL |
| Serum cryoglobulins | 6% [0] |
| Hepatitis C antibodies | Positive |
| Urinalysis | Blood 2+, protein 2+, negative glucose; 0–1 WBC, 10–20 RBCs, rare RBC casts, no cellular casts or bacteria/hpf |

Which of the following is most likely to be revealed by further testing?

○ A.    Increased serum IgA level
○ B.    Monoclonal lambda spike on serum protein electrophoresis
○ C.    Positive antinuclear antibodies
○ D.    Eosinophilia
○ E.    Hypocomplementemia

ATTORNEYS' EYES ONLY

ABIM02780

📄 Notes   🖩 Calculator                                          △ Mark for Review



A 41-year-old woman who has asthma, hypothyroidism, hypertension, type 2 diabetes mellitus, and bipolar disorder comes to your office for a periodic evaluation. Current medications are metformin, olanzapine, benazepril, L-thyroxine, low-dose fluticasone, and albuterol as needed.  She feels generally well but is frustrated by a weight gain of 4.5 kg (10 lb) during the past year; she attributes this to the medications.

BMI is 28. The thyroid gland is not enlarged. Serum thyroid-stimulating hormone is 2.1 µU/mL *[0.5−4.0]*. Physical examination is otherwise normal.

Which of the following medications is the most likely cause of the weight gain?

○ A.     Benazepril
○ B.     Fluticasone
○ C.     Metformin
○ D.     Olanzapine
○ E.     L-thyroxine

⑦ NLV's & Abbreviations                    ← Previous   ✛ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02781

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 42 of 360
PageID: 18047

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 111:08
🖥 19 of 60

🖩 Notes   🖩 Calculator

✎ Mark for Review

A 58-year-old woman has had nonproductive cough for three months. She has not had shortness of breath, chest pain, rhinorrhea, fever, or hemoptysis. The cough occasionally awakens her at night. She currently takes no medications and has never smoked cigarettes.

The patient appears comfortable. Pulse rate is 64 per minute, respirations are 12 per minute, and blood pressure is 118/62 mm Hg. Expiratory wheezes are heard over the left midlung field posteriorly. The wheezes do not clear with coughing. No crackles, rhonchi, or dullness to percussion is noted. Chest radiograph is normal. Treatment with cough suppressants and inhaled albuterol (as needed) is begun.

Two weeks later symptoms are unchanged. Pulse rate is 64 per minute, respirations are 12 per minute, and blood pressure is 120/60 mm Hg. Focal expiratory wheezes are heard over the posterior left midlung field. Physical examination is otherwise normal.

Which of the following is the most appropriate next step?

○ A.   No change in regimen
○ B.   Tiotropium
○ C.   Corticosteroids
○ D.   Pulmonary function testing
○ E.   Computed tomography of the chest

ATTORNEYS' EYES ONLY

ABIM02782

Case: 24-3012    Document: 48    Page: 48    Date Filed: 07/03/2025

Notes  Calculator                                                                    Mark for Review



An 82-year-old woman has had at least two falls per month for one year and has fractured the left hip, right humerus, and right radius and ulna. Many of the falls occurred in the late evening. She has not had syncope or stroke. She is mentally alert and involved in community activities. However, her husband is worried that she may be depressed because she no longer reads books or newspapers or watches television. She has chronic hypertension, vitamin $B_{12}$ deficiency, and osteoporosis. Current medications are lisinopril, hydrochlorothiazide, and vitamin $B_{12}$.

The patient is thin and alert and looks well. Pulse rate is 77 per minute, and blood pressure is 135/82 mm Hg. Funduscopic examination is limited by central cataracts. No carotid bruits are present. Cardiac examination reveals regular rhythm with occasional extrasystoles, a grade 1/6 systolic ejection murmur, and an $S_4$. Muscle tone and joint examination are normal. Neurologic examination is normal except for a fine tremor of the hands and fingers, which is greater on the right than the left. The tremor worsens when the patient holds a glass of water.

Which of the following is the most appropriate next step to determine the cause of the falls?

- A.  Ophthalmologic consultation
- B.  Neurologic consultation
- C.  Tilt testing
- D.  Echocardiography
- E.  Cardiac event monitoring
- F.  Magnetic resonance imaging of the brain

NLV's & Abbreviations                                              Previous  Navigator  Next

ATTORNEYS' EYES ONLY

ABIM02783

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 44 of 360 PageID: 18949

A 29-year-old man discovered a lump on the back of his neck one week ago. He has not had fever, weakness, myalgia, arthralgia, or rash. He returned from a camping trip nine days ago.

The patient appears healthy and is afebrile. A 1.5-cm, slightly tender, mobile lymph node is palpable in the occipital chain. The throat has no exudates or tonsillar enlargement. No anterior cervical or axillary lymph node enlargement is noted, and the spleen is not enlarged.

Which of the following is the most likely diagnosis?

○ A.   Unrecognized scalp infection
○ B.   Mononucleosis
○ C.   Lyme disease
○ D.   Lymphoma

ATTORNEYS' EYES ONLY

JA3678

ABIM02784



Case: 24-3012   Document: 48   Page: 49   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 45 of 369
PageID: 13091



An 82-year-old man has had urinary incontinence for three months. He now has sudden strong urges to urinate, occasionally cannot reach the bathroom in time, and loses a moderate amount of urine during each episode. One month before the onset of his current symptoms, he had a mild stroke with loss of right-sided strength but has recovered fully. Physical examination, including neurologic and prostatic examinations, is normal.

Which of the following is the most likely mechanism of the incontinence?

- A. Detrusor overactivity
- B. Detrusor underactivity
- C. Low urethral resistance
- D. High urethral resistance

ATTORNEYS' EYES ONLY

ABIM02785

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 46 of 360
PageID: 4808t

A 28-year-old woman who has a history of sinusitis and nasal polyps comes to you for follow-up of an asthma attack.  Two weeks ago, she was seen in the emergency department because of severe asthma that occurred a few hours after she took ibuprofen.  Diffuse wheezing and dyspnea were noted on pulmonary examination.  Leukocyte count was normal, with 10% eosinophils.  The patient was treated with inhaled bronchodilators and a corticosteroid and was discharged on a regimen of an inhaled corticosteroid and a short-acting beta-adrenergic agonist, which she is still using.  Today, she feels better overall but is still wheezing.

Which of the following should you prescribe?

- ○ A.  Ipratropium bromide
- ○ B.  Montelukast
- ○ C.  Theophylline
- ○ D.  Amoxicillin–clavulanate

ATTORNEYS' EYES ONLY

ABIM02786

Case: 24-3012    Document: 48    Page: 51    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 47 of 360
PageID: 18062

A 32-year-old man recently found to be HIV seropositive has had headache and mild photophobia for three weeks. CD4 lymphocyte count is 120/cu mm *[530–1570]*, and plasma viral load is 130,000 HIV RNA copies/mL. Non-contrast-enhanced computed tomography of the head reveals moderate cerebral atrophy, normal ventricles, and no focal abnormalities. Lumbar puncture shows an opening pressure of 300 mm CSF *[70–180]*; leukocyte count is 28/cu mm (92% lymphocytes), protein is 68 mg/dL *[15–45]*, and glucose is 72 mg/dL *[50–75]* (simultaneous plasma glucose is 134 mg/dL). India ink stain is positive for yeast forms, and cryptococcal antigen is positive at 1:64 dilution.

Amphotericin B and flucytosine are begun. Two days later, the patient reports no improvement of headache or photophobia.

Which of the following is the most likely cause of the symptoms?

○ A.  Amphotericin B adverse effect
○ B.  Cerebrospinal fluid leak
○ C.  A second opportunistic infection
○ D.  Increased intracranial pressure
○ E.  HIV infection

ATTORNEYS' EYES ONLY

ABIM02787

Case: 24-3012    Document: 48    Page: 52    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 48 of 360
PageID: 3855

📝 Notes    🖩 Calculator                                              🖉 Mark for Review



A 44-year-old man has had fatigue and has been sleeping poorly for several months.  He thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches.  He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily.  He works long hours but eats a well-balanced diet and exercises regularly.  He has not had a recent change in weight.

BMI is 24.  Blood pressure is normal.  The nasal septum is slightly deviated to the right.  The nasal mucosa is markedly injected.  The sinuses are not tender.  Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

○ A.    Allergic rhinitis
○ B.    Deviated nasal septum
○ C.    Rhinitis medicamentosa
○ D.    Subacute bacterial sinusitis
○ E.    Vasomotor rhinitis

CONFIDENTIAL

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 53    Date Filed: 07/03/2025

ABIM02788



A 65-year-old woman is admitted to the hospital because of increasing lethargy for three days. She has type 2 diabetes mellitus, which had been controlled with glipizide for three years. She began to have hypoglycemic episodes three months ago; glipizide was tapered, then discontinued two weeks ago.

The patient is confused and lethargic. Blood pressure is 108/64 mm Hg without postural changes. The skin is pale, and relaxation of the reflexes is delayed.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 102 mg/dL |
| Blood urea nitrogen | 4 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| Serum sodium | 116 mEq/L |
| Serum potassium | 4.0 mEq/L |
| Random urine sodium | 50 mEq/L *[varies with intake]* |

The patient's mental status improves after water restriction, and serum sodium increases to 130 mEq/L. On day 2, additional laboratory results are reported:

| | |
|---|---|
| Serum free thyroxine ($T_4$) | 0.4 ng/dL *[0.8–2.4]* |
| Serum thyroid-stimulating hormone | 2.1 µU/mL *[0.5–4.0]* |
| Serum follicle-stimulating hormone | 10 mIU/mL *[postmenopausal: greater than 50]* |
| Plasma cortisol (8 AM) | 3.6 µg/dL *[5–25]* |

Which of the following is the most likely diagnosis?

○ A.   Hyperinsulinemia

ATTORNEYS' EYES ONLY
ABIM02789

📝 Notes  🖩 Calculator                                                          ✍ Mark for Review



hypoglycemic episodes three months ago; glipizide was tapered, then discontinued two weeks ago.

The patient is confused and lethargic. Blood pressure is 108/64 mm Hg without postural changes. The skin is pale, and relaxation of the reflexes is delayed.

Laboratory studies:

|  |  |
|---|---|
| Plasma glucose | 102 mg/dL |
| Blood urea nitrogen | 4 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| Serum sodium | 116 mEq/L |
| Serum potassium | 4.0 mEq/L |
| Random urine sodium | 50 mEq/L *[varies with intake]* |

The patient's mental status improves after water restriction, and serum sodium increases to 130 mEq/L. On day 2, additional laboratory results are reported:

|  |  |
|---|---|
| Serum free thyroxine ($T_4$) | 0.4 ng/dL *[0.8–2.4]* |
| Serum thyroid-stimulating hormone | 2.1 μU/mL *[0.5–4.0]* |
| Serum follicle-stimulating hormone | 10 mIU/mL *[postmenopausal: greater than 50]* |
| Plasma cortisol (8 AM) | 3.6 μg/dL *[5–25]* |

Which of the following is the most likely diagnosis?

○ A.    Hyperinsulinemia
○ B.    Primary hypothyroidism
○ C.    Primary adrenal insufficiency
○ D.    Pituitary insufficiency

⑦ NLV's & Abbreviations                    ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02790

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 51 of 360
PageID: 18096

📝 Notes  🖩 Calculator                                              ✐ Mark for Review

A 21-year-old man is found to have elevated blood pressure during a physical examination for military service.  Blood pressure is 160/106 mm Hg in the right arm, and 164/102 mm Hg in the left arm.  A loud bruit is audible throughout the back.  Serum creatinine is 1.1 mg/dL, sodium is 141 mEq/L, and potassium is 4.1 mEq/L.

Which of the following is the most likely cause of this patient's hypertension?

○ A.    Renovascular hypertension
○ B.    Essential hypertension
○ C.    Pheochromocytoma
○ D.    Coarctation of the aorta
○ E.    Cocaine ingestion

❓ NLV's & Abbreviations                          ← Previous   ✥ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02791

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 52 of 360
PageID: 18047



A 36-year-old woman notes weakness of the right side of her face, particularly when she attempts to smile or laugh. Weakness is not associated with pain, and she has not had loss of sensation. Several weeks ago the patient had a posterior occipital headache, neck stiffness with motion, and migratory pain involving the knees, ankles, and small joints of the hands. The joints were not swollen. She has no history of neurologic or rheumatologic abnormalities. The patient recalls no recent rash or insect bites.

Vital signs are normal. Physical examination reveals marked weakness and flattening of the musculature over the right side of the face and forehead. Cranial nerve examination is otherwise normal, as is peripheral neurologic evaluation. Hematocrit, leukocyte count, and comprehensive metabolic panel are normal. Erythrocyte sedimentation rate is 12 mm/hr. Chest radiograph is normal.

Which of the following studies is most likely to be positive in this patient?

- A.   Antistreptolysin O titer
- B.   Antiphospholipid (anticardiolipin) antibodies
- C.   Antibodies to double-stranded DNA
- D.   IgG antibodies to *Borrelia burgdorferi*
- E.   Antibodies to coxsackievirus

ATTORNEYS' EYES ONLY

ABIM02792

📝 Notes  🖩 Calculator                                                          ✎ Mark for Review

A 42-year-old man who has a history of alcohol dependence and injection drug use comes to the emergency department because he has had myalgias, subjective fever, nausea, increasing abdominal pain, and occasional diarrhea for four weeks. He has also noted painful cutaneous lesions over the abdomen, thighs, and feet and paresthesias in the lower extremities for one week.

The patient appears disheveled. Temperature is 38.2 C (100.8 F), pulse rate is 80 per minute, respirations are 20 per minute, and blood pressure is 170/100 mm Hg. A grade 2/6 systolic murmur is heard at the left sternal border; no diastolic murmur or gallops are noted. The liver edge is palpable 2 cm below the right costal margin. The spleen is not palpable. Mottled, violaceous cutaneous lesions are noted over the lower abdomen, thighs, and soles and dorsa of the feet. Localized diminished sensation to pinprick is noted over the lateral aspect of the distal left lower leg, the dorsum of the right foot, and the left fourth and fifth toes. Right foot drop and left wrist drop are noted. Ankle reflexes are absent bilaterally.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 10.2 g/dL |
| Leukocyte count | 15,000/cu mm; 80% segmented neutrophils, 3% band forms, 10% lymphocytes, 2% monocytes, 5% eosinophils |
| Erythrocyte sedimentation rate | 80 mm/hr |
| Serum creatinine | 1.8 mg/dL |
| Serum albumin | 3.5 g/dL |
| Serum alkaline phosphatase | 180 U/L |
| Serum aminotransferases | |
| ALT | 68 U/L |
| AST | 90 U/L |

❓ NLV's & Abbreviations                          ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02793

Notes  Calculator                                                                    Mark for Review



to pinprick is noted over the lateral aspect of the distal left lower leg, the dorsum of the right foot, and the left fourth and fifth toes.  Right foot drop and left wrist drop are noted.  Ankle reflexes are absent bilaterally.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 10.2 g/dL |
| Leukocyte count | 15,000/cu mm; 80% segmented neutrophils, 3% band forms, 10% lymphocytes, 2% monocytes, 5% eosinophils |
| Erythrocyte sedimentation rate | 80 mm/hr |
| Serum creatinine | 1.8 mg/dL |
| Serum albumin | 3.5 g/dL |
| Serum alkaline phosphatase | 180 U/L |
| Serum aminotransferases | |
| ALT | 68 U/L |
| AST | 90 U/L |
| HBsAg | Positive |
| Anti-HCV | Negative |
| Urinalysis | Protein 2+; 12–15 RBCs, 10–15 WBCs, occasional granular casts/hpf |

Which of the following is the most likely diagnosis?

○ A.  Polyarteritis nodosa
○ B.  Left atrial myxoma
○ C.  Subacute bacterial endocarditis
○ D.  Henoch-Schönlein purpura

? NLV's & Abbreviations                                          ← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02794



A 48-year-old woman who has hypertension and type 2 diabetes mellitus comes to your office for a periodic health evaluation. She self-monitors her blood glucose, which averages 140 mg/dL, and her blood pressure, which averages 130/80 mm Hg. Her last menstrual period was about six months ago. Since then she has had periodically bothersome hot flushes and vaginal dryness. Current medications are aspirin, hydrochlorothiazide, metformin, and glyburide. Her most recent ophthalmology examination was four months ago, and she had a normal pelvic examination, Papanicolaou (Pap) test, and mammogram nine months ago. The patient has smoked one pack of cigarettes daily for 20 years. Her 78-year-old father is well. Her 75-year-old mother has hypertension, hypothyroidism, and osteoporosis; she fractured a hip at age 60.

BMI is 20. Pulse rate is 80 per minute, and blood pressure is 132/82 mm Hg. Mild funduscopic changes consistent with diabetes mellitus and hypertension are present. Cardiopulmonary examination is normal. She has no peripheral edema. A 10-g monofilament examination reveals normal sensation in the feet and no ulcers or lesions.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Hemoglobin $A_{1c}$ | 6.8% |
| Serum electrolytes | Normal |
| Serum calcium | 8.8 mg/dL |
| Serum phosphorus | 3.4 mg/dL |
| Urinalysis | Normal |
| Urine albumin-to-creatinine ratio | Normal |

Which of the following screening tests should you recommend now?

○ A   Chest radiography

ATTORNEYS' EYES ONLY

ABIM02795

📑 Notes  🖩 Calculator                                                              ⬔ Mark for Review



blood pressure, which averages 130/80 mm Hg. Her last menstrual period was about six months ago. Since then she has had periodically bothersome hot flushes and vaginal dryness. Current medications are aspirin, hydrochlorothiazide, metformin, and glyburide. Her most recent ophthalmology examination was four months ago, and she had a normal pelvic examination, Papanicolaou (Pap) test, and mammogram nine months ago. The patient has smoked one pack of cigarettes daily for 20 years. Her 78-year-old father is well. Her 75-year-old mother has hypertension, hypothyroidism, and osteoporosis; she fractured a hip at age 60.

BMI is 20. Pulse rate is 80 per minute, and blood pressure is 132/82 mm Hg. Mild funduscopic changes consistent with diabetes mellitus and hypertension are present. Cardiopulmonary examination is normal. She has no peripheral edema. A 10-g monofilament examination reveals normal sensation in the feet and no ulcers or lesions.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Hemoglobin A$_{1c}$ | 6.8% |
| Serum electrolytes | Normal |
| Serum calcium | 8.8 mg/dL |
| Serum phosphorus | 3.4 mg/dL |
| Urinalysis | Normal |
| Urine albumin-to-creatinine ratio | Normal |

Which of the following screening tests should you recommend now?

○ A.    Chest radiography
○ B.    Exercise electrocardiography
○ C.    Dual-energy x-ray absorptiometry
○ D.    Colonoscopy

⑦ NLV's & Abbreviations                                    ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02796



A 60-year-old man who was recently diagnosed with gastric cancer is in the hospital recovering uneventfully from a partial gastrectomy five days ago. A close friend holds his Durable Power of Attorney for Health Care (Health Care Proxy).

The patient's brother, who is his next of kin, requests an update on the patient's condition and details of the surgical and pathology report so he can inform the rest of the family and provide emotional support to his brother. He asks you to keep his call confidential.

Which of the following should you do?

○ A.   Provide the information to the brother
○ B.   Refer the brother to the patient's Health Care Proxy for further information
○ C.   Tell the brother that you need the patient's consent to provide the information
○ D.   Tell the Health Care Proxy that the patient's family is eager for information and encourage the Proxy to share it with them

ATTORNEYS' EYES ONLY

Case: 24-3012   Document: 48   Page: 62   Date Filed: 07/03/2025

ABIM02797

A previously healthy 28-year-old man has had fatigue and fever to 38.5 C (101.3 F) for several weeks.  He has not traveled recently and does not smoke cigarettes.  He drinks up to six bottles of beer on weekends.

The patient appears healthy and is in no distress.  Vital signs are normal.  Nontender bilateral cervical and supraclavicular lymph node enlargement is noted; the largest node is in the left supraclavicular fossa and measures 1.8 cm.  The remainder of the physical examination is normal.  Chest radiograph is normal.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 14.0 g/dL |
| Leukocyte count | 10,500/cu mm; 80% segmented neutrophils, 5% band forms, 10% lymphocytes, 4% monocytes, 1% basophils |
| Platelet count | 350,000/cu mm |
| Erythrocyte sedimentation rate | 40 mm/hr |

Which of the following studies is most appropriate now?

- A.  Positron emission tomography
- B.  Fine-needle aspiration of a lymph node for culture and cytology
- C.  Excisional biopsy of the largest lymph node
- D.  Bone marrow biopsy
- E.  Amoxicillin−clavulanate for two weeks, followed by re-evaluation

ATTORNEYS' EYES ONLY

ABIM02798

Case: 24-3012    Document: 48    Page: 63    Date Filed: 07/03/2025



ATTORNEYS' EYES ONLY

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 60 of 360
PageID: 18095

A 63-year-old woman is found to have stage IV non-small cell carcinoma of the lung.

Which of the following findings would predict the poorest prognosis?

○ A.    Age older than 60 years
○ B.    Malignant pleural effusion
○ C.    Mucinous adenocarcinoma cell histology
○ D.    Tumor size greater than 3 cm
○ E.    Poor performance status

ATTORNEYS' EYES ONLY

ABIM02800

JA3694

Case: 24-3012    Document: 48    Page: 65    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 61 of 360
PageID: 18090

A 44-year-old man has had progressive dyspnea on exertion and lower extremity edema for six months. Ten years ago he had Hodgkin's disease, which was treated with radiation therapy to the mantle field and chemotherapy.

Temperature is normal, pulse rate is 108 per minute, respirations are 26 per minute, and blood pressure is 128/84 mm Hg. Estimated central venous pressure is 15 cm $H_2O$ and increases with inspiration. A high-pitched, early diastolic sound is heard at the apex. Bibasilar crackles are present. Pitting edema (2+) is present to the knees.

Which of the following is the most appropriate treatment?

- A.  Milrinone infusion
- B.  Epoprostenol infusion
- C.  Intravenous furosemide
- D.  Pericardiectomy

ATTORNEYS' EYES ONLY

ABIM02801

JA3695

Case: 24-3012    Document: 48    Page: 66    Date Filed: 07/03/2025



A 42-year-old man has had six episodes of gastrointestinal bleeding manifested as painless melena during the past 20 years. Two of the episodes required red blood cell transfusions. He has had three upper gastrointestinal endoscopies and two colonoscopies, but no etiology has been identified. He has had repeated episodes of epistaxis, which required posterior packing on three occasions. One of the patient's sisters has also had recurrent epistaxis.

Pulse rate is 72 per minute and regular, and blood pressure is 128/86 mm Hg without postural changes. Several small, red, blanching macules are noted on the lips, tongue, and buccal mucosa. A grade 2/6 systolic ejection murmur is heard best at the second intercostal space; it does not radiate. A bruit is audible over the right eighth intercostal space posteriorly. The lungs are clear.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 9.6 g/dL |
| Leukocyte count | 12,000/cu mm; 35% segmented neutrophils, 5% band forms, 45% lymphocytes, 15% monocytes |
| Platelet count | 560,000/cu mm |
| Prothrombin time | 11 seconds [11−13] |
| Activated partial thromboplastin time | 36 seconds [30−40] |
| Mean corpuscular volume | 72 fL [86−98] |
| Red cell distribution width | 20 [9.0−14.5] |
| Bleeding time | 8 minutes [less than 10] |
| Serum creatinine | 1.2 mg/dL |
| Liver biochemical studies | Normal |

❓ NLV's & Abbreviations
← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02802

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 63 of 369
PageID: 18098



Pulse rate is 72 per minute and regular, and blood pressure is 128/86 mm Hg without postural changes. Several small, red, blanching macules are noted on the lips, tongue, and buccal mucosa. A grade 2/6 systolic ejection murmur is heard best at the second intercostal space; it does not radiate. A bruit is audible over the right eighth intercostal space posteriorly. The lungs are clear.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 9.6 g/dL |
| Leukocyte count | 12,000/cu mm; 35% segmented neutrophils, 5% band forms, 45% lymphocytes, 15% monocytes |
| Platelet count | 560,000/cu mm |
| Prothrombin time | 11 seconds *[11–13]* |
| Activated partial thromboplastin time | 36 seconds *[30–40]* |
| Mean corpuscular volume | 72 fL *[86–98]* |
| Red cell distribution width | 20 *[9.0–14.5]* |
| Bleeding time | 8 minutes *[less than 10]* |
| Serum creatinine | 1.2 mg/dL |
| Liver biochemical studies | Normal |

Which of the following is the most likely diagnosis?

- ○ A.   von Willebrand's disease
- ○ B.   Hereditary hemorrhagic telangiectasia
- ○ C.   Essential thrombocythemia
- ○ D.   Meckel's diverticulum

ATTORNEYS' EYES ONLY

ABIM02803

⏱ Time Remaining 107:53
📃 37 of 60

📓 Notes  🖩 Calculator                                                    ✎ Mark for Review



A 73-year-old woman has nonradiating pain in the middle and lower back. She is otherwise well and her only medication is a calcium supplement. Physical examination reveals moderate kyphosis and slight tenderness over the lower thoracic and upper lumbar spine. No neurologic abnormalities are noted.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 13.4 g/dL |
| Leukocyte count | 5300/cu mm; normal differential |
| Platelet count | 193,000/cu mm |
| Serum calcium | 9.8 mg/dL |
| Serum creatinine | 0.9 mg/dL |

Radiographs of the spine reveal osteopenia and minimal flattening of the thoracolumbar vertebral bodies. Serum protein electrophoresis shows 3.9 g/dL of albumin and 1.2 g/dL of monoclonal protein, which on quantitative analysis and immunoelectrophoresis is identified as IgG-kappa. Serum IgA and IgM levels are normal. Concentrated 24-hour urine specimen contains no light chains. Bone marrow is normal except for 5% plasma cells.

In addition to recommending measures for pain relief and bisphosphonate therapy, you should do which of the following now?

○ A.    Repeat examination and serum protein electrophoresis in six months
○ B.    Order rectal biopsy
○ C.    Order sural nerve biopsy
○ D.    Start melphalan and prednisone
○ E.    Start radiation therapy to the thoracolumbar spine

ATTORNEYS' EYES ONLY

ABIM02804

Case: 24-3012    Document: 48    Page: 69    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 65 of 360
PageID: 19001

📓 Notes  📖 Calculator

🖊 Mark for Review

Which of the following is an indication for administration of corticosteroids in Epstein–Barr virus infection?

- ○ A.  Chronic fatigue
- ○ B.  Impending airway obstruction from tonsillar enlargement
- ○ C.  Guillain-Barré syndrome
- ○ D.  Massive splenomegaly
- ○ E.  Greater than five-fold increase in serum aminotransferase levels

❓ NLV's & Abbreviations

← Previous   ✥ Navigator   Next →

ATTORNEYS' EYES ONLY



Case: 24-3012   Document: 48   Page: 70   Date Filed: 07/03/2025

ABIM02805

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 66 of 360 PageID: 19051



A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|    Total | 9.5 g/dL |
|    Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

- A. Serum prostate-specific antigen
- B. Serum immunofixation

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02806

Case: 24-3012    Document: 48    Page: 71    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 67 of 360
PageID: 13002



A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|    Total | 9.5 g/dL |
|    Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

○ A.   Serum prostate-specific antigen
○ B.   Serum immunofixation
○ C.   Computed tomography of the chest

CONFIDENTIAL

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 72    Date Filed: 07/03/2025

ABIM02807

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 68 of 360
Page ID: 19003



A 62-year-old man has had a patch of brown, thickened skin in each axilla for six months. He recently noted a similar patch in his left groin. He feels well, and his only medication is simvastatin for hyperlipidemia.

BMI is 35. Temperature is normal. Pulse rate is 75 per minute, and blood pressure is 142/82 mm Hg. A 4- to 5-cm area of velvety, thickened, brown-pigmented skin is noted in the axillae and groin. Physical examination is otherwise normal. Complete blood count, plasma glucose, serum creatinine, and liver biochemical studies are normal.

Which of the following laboratory findings is most likely?

○ A.   Low serum testosterone
○ B.   Elevated fasting serum insulin
○ C.   Elevated serum melatonin
○ D.   Elevated serum thyroid-stimulating hormone
○ E.   Elevated 24-hour urine free cortisol

ATTORNEYS' EYES ONLY

Case: 24-3012   Document: 48   Page: 73   Date Filed: 07/03/2025

ABIM02808

JA3702

A previously healthy 50-year-old man has had dyspnea on exertion and worsening fatigue for three days.  Temperature is 37.2 C (99.0 F), pulse rate is 108 per minute and regular, and blood pressure is 130/70 mm Hg.  Physical examination shows slight scleral icterus.  The lungs are clear.  The liver and spleen are not palpable.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 20% |
| Hemoglobin | 6.5 g/dL |
| Leukocyte count | 9000/cu mm; normal differential |
| Platelet count | 350,000/cu mm |
| Reticulocyte count | 15% of red cells *[0.5–1.5]* |
| Peripheral blood film | Polychromatophilia, moderate anisopoikilocytosis, and spherocytosis |
| Serum bilirubin | |
|   Total | 3.0 mg/dL |
|   Direct | 0.6 mg/dL |
| Serum alkaline phosphatase | 140 U/L |
| Serum aminotransferases | |
|   ALT | 40 U/L |
|   AST | 30 U/L |
| Serum lactate dehydrogenase | 400 U/L *[140–280]* |
| Direct antiglobulin (Coombs') test | Positive for IgG |

Which of the following is the most likely cause of the anemia?

○ A.  Hereditary spherocytosis
○ B.  Paroxysmal nocturnal hemoglobinuria

ATTORNEYS' EYES ONLY

ABIM02809

Case: 24-3012    Document: 48    Page: 74    Date Filed: 07/03/2025

🖹 Notes   🖯 Calculator                                                    Mark for Review



days.  Temperature is 37.2 C (99.0 F), pulse rate is 108 per minute and regular, and blood pressure is
130/70 mm Hg.  Physical examination shows slight scleral icterus.  The lungs are clear.  The liver and
spleen are not palpable.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 20% |
| Hemoglobin | 6.5 g/dL |
| Leukocyte count | 9000/cu mm; normal differential |
| Platelet count | 350,000/cu mm |
| Reticulocyte count | 15% of red cells *[0.5–1.5]* |
| Peripheral blood film | Polychromatophilia, moderate anisopoikilocytosis, and spherocytosis |
| Serum bilirubin | |
|   Total | 3.0 mg/dL |
|   Direct | 0.6 mg/dL |
| Serum alkaline phosphatase | 140 U/L |
| Serum aminotransferases | |
|   ALT | 40 U/L |
|   AST | 30 U/L |
| Serum lactate dehydrogenase | 400 U/L *[140–280]* |
| Direct antiglobulin (Coombs') test | Positive for IgG |

Which of the following is the most likely cause of the anemia?

○ A.   Hereditary spherocytosis
○ B.   Paroxysmal nocturnal hemoglobinuria
○ C.   Autoimmune hemolytic anemia
○ D.   Glucose-6-phosphate dehydrogenase deficiency

⑦ NLV's & Abbreviations                                    ← Previous   ⚙ Navigator   Next →

**ATTORNEYS' EYES ONLY**

ABIM02810

📑 Notes  🖩 Calculator                                                    ✍ **Mark for Review**



A 70-year-old man is admitted to the coronary care unit because he has had progressive shortness of breath, palpitations, and lightheadedness for five days. In the past 24 hours, he has also had two episodes of substernal pain that lasted three to five minutes. Current medications are hydrochlorothiazide and propranolol for hypertension.

Pulse rate is 120 per minute and irregular, respirations are 18 per minute, and blood pressure is 90/50 mm Hg. The sclerae are anicteric. The jugular veins are distended to the angle of the jaw with the head elevated to 45 degrees. The cardiac impulse is displaced laterally; he has an $S_3$ but no murmurs are heard. Bibasilar crackles are heard. The liver measures 10 cm by percussion in the right midclavicular line; the spleen is not palpable. No abdominal masses are palpable, and he has no ascites. Bilateral trace pedal edema is noted. Electrocardiogram reveals atrial fibrillation.

Laboratory studies:

| | |
|---|---|
| Serum aminotransferases | |
| ALT | 2050 U/L |
| AST | 1700 U/L |
| Serum alkaline phosphatase | 130 U/L |
| Serum total bilirubin | 1.5 mg/dL |
| Serum albumin | 3.6 g/dL |

Which of the following is the most likely diagnosis?

○ A.　Chronic passive congestion of the liver
○ B.　Ischemic hepatitis
○ C.　Acute viral hepatitis
○ D.　Drug-induced hepatitis
○ E.　Hemochromatosis

⑦ NLV's & Abbreviations                          ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02811

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 72 of 360
PageID: 19007
ABIM Internal Medicine Certification Examination Candidate Name

🕐 Time Remaining 106:31
43 of 60

Notes  Calculator                                                    Mark for Review

A 52-year-old man has had aching in the knees, ankles, wrists, and hands for several years. Aspirin provides only limited relief. Joint symptoms are worse with activity. He has not noted significant swelling, morning stiffness, fever, anorexia, or weight loss. Medical history is noncontributory.

Blood pressure is 142/92 mm Hg. The skin is tanned; no cutaneous abnormalities are noted. Musculoskeletal examination reveals bony swelling of the proximal interphalangeal (PIP) joints of both hands and some bony thickening and limitation of the second and third metacarpophalangeal (MCP) joints bilaterally. Wrist motion is slightly limited, without obvious swelling. Mild crepitus is present in both knees. Ankle dorsiflexion is limited slightly.

Radiographs reveal mild joint-space narrowing of several PIP joints and the second and third MCP joints of both hands; small osteophytes are present in these areas. Mild joint-space narrowing is seen in the wrists, with punctate calcification of the triangular cartilages. Radiographs of the knees show mild joint-space narrowing in the medial compartments as well as slight soft-tissue calcification at the medial menisci. Ankle films are normal.

Relevant laboratory studies:

| | |
|---|---|
| Erythrocyte sedimentation rate | 47 mm/hr |
| Fasting plasma glucose | 182 mg/dL |
| Serum total bilirubin | Normal |
| Serum alkaline phosphatase | 136 U/L |
| Serum aspartate aminotransferase (AST) | 65 U/L |
| Serum uric acid | 7.1 mg/dL |

Which of the following studies would best support the diagnosis?

○ A.    Rheumatoid factor

⑦ NLV's & Abbreviations                        ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02812



Blood pressure is 142/92 mm Hg. The skin is tanned; no cutaneous abnormalities are noted. Musculoskeletal examination reveals bony swelling of the proximal interphalangeal (PIP) joints of both hands and some bony thickening and limitation of the second and third metacarpophalangeal (MCP) joints bilaterally. Wrist motion is slightly limited, without obvious swelling. Mild crepitus is present in both knees. Ankle dorsiflexion is limited slightly.

Radiographs reveal mild joint-space narrowing of several PIP joints and the second and third MCP joints of both hands; small osteophytes are present in these areas. Mild joint-space narrowing is seen in the wrists, with punctate calcification of the triangular cartilages. Radiographs of the knees show mild joint-space narrowing in the medial compartments as well as slight soft-tissue calcification at the medial menisci. Ankle films are normal.

Relevant laboratory studies:

| | |
|---|---|
| Erythrocyte sedimentation rate | 47 mm/hr |
| Fasting plasma glucose | 182 mg/dL |
| Serum total bilirubin | Normal |
| Serum alkaline phosphatase | 136 U/L |
| Serum aspartate aminotransferase (AST) | 65 U/L |
| Serum uric acid | 7.1 mg/dL |

Which of the following studies would best support the diagnosis?

○ A.    Rheumatoid factor
○ B.    Serum iron and total iron-binding capacity
○ C.    Serum parathyroid hormone
○ D.    Aspiration of the right knee for synovial fluid analysis
○ E.    Small bowel biopsy

ATTORNEYS' EYES ONLY

ABIM02813

Case: 24-3012    Document: 48    Page: 78    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 74 of 360
PageID: 19008

ABIM Internal Medicine Certification Examination   Candidate Name

⏱ Time Remaining 106:14
🖥 44 of 60

📑 Notes  📱 Calculator

Mark for Review

A 40-year-old woman has had difficulty walking for three days. She began a "crash" diet two months ago and has lost 14 kg (30 lb). BMI is 24. Weakness of right foot dorsiflexion and eversion are noted, but motor function is otherwise normal. Reflexes are present and normoactive. Plantar response is flexor bilaterally. No sensory loss can be documented. The remainder of the physical examination is normal.

Which of the following is the most likely diagnosis?

○ A.   Left frontal meningioma
○ B.   Right peroneal nerve palsy
○ C.   Right femoral neuropathy
○ D.   Nutritional polyneuropathy
○ E.   Spinal cord tumor

ATTORNEYS' EYES ONLY

ABIM02814

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 75 of 360 PageID: 3901

A 73-year-old woman is hospitalized because of a hip fracture sustained in a fall. The patient has lived with her daughter since a stroke seven years ago. In the past two or three years, she has become increasingly withdrawn and rarely leaves the house. Her appetite is poor. Admission medications are hydrochlorothiazide and ibuprofen for mild degenerative joint disease.

The patient is alert but withdrawn. Pulse rate is 76 per minute and regular, and blood pressure is 160/90 mm Hg. She has mild hemiparesis and hyperreflexia on the left. The remainder of the physical examination is unremarkable except for fracture findings. Serum calcium is 7.2 mg/dL, phosphorus is 2.2 mg/dL, albumin is 2.8 g/dL, and alkaline phosphatase is 240 U/L. Hip radiographs reveal an intertrochanteric fracture and marked osteopenia.

Which of the following studies is most likely to confirm the cause of bone loss?

- A.  Plasma cortisol
- B.  Serum free thyroxine ($T_4$) and thyroid-stimulating hormone
- C.  Serum parathyroid hormone
- D.  Serum 25-hydroxyvitamin D
- E.  Serum protein electrophoresis



CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02815

Case: 24-3012    Document: 48    Page: 80    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 76 of 360 PageID: 19061



A 58-year-old man is evaluated in the emergency department for the sudden onset of shortness of breath. Pulse rate is 110 per minute, respirations are 35 per minute, and blood pressure is 150/90 mm Hg. Estimated central venous pressure is normal, and the lungs are clear.  He has 4+ edema below the knees. Computed tomography of the chest reveals pulmonary emboli.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 42% |
| Leukocyte count | 9000/cu mm |
| Plasma glucose | 120 mg/dL |
| Blood urea nitrogen | 18 mg/dL |
| Serum electrolytes | |
|   Sodium | 142 mEq/L |
|   Potassium | 4.1 mEq/L |
|   Chloride | 102 mEq/L |
|   Bicarbonate | 25 mEq/L |
| Serum total cholesterol | 285 mg/dL |
| Serum albumin | 2.5 g/dL |
| Urinalysis | pH 5, protein 4+, and no cellular elements |

Which of the following most likely contributed to the development of the emboli?

○ A.   Increased serum hyperviscosity
○ B.   Antithrombin III deficiency
○ C.   Elevated protein C levels
○ D.   Heart failure

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 81    Date Filed: 07/03/2025

JA3710

ABIM02816

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 77 of 360
PageID: 4901

📝 Notes  📱 Calculator                                                    🖎 Mark for Review

An asymptomatic 37-year-old woman comes to your office for a periodic health evaluation.  She takes no
medications, has never been hospitalized, and does not drink alcoholic beverages or smoke cigarettes.
Both of her parents have hypertension.  Review of systems is remarkable only for fatigue.

BMI is 28.  Blood pressure is 140/90 mm Hg.  The optic fundi appear normal.  The thyroid gland is not
enlarged.  Cardiopulmonary and abdominal examinations are normal; no bruits are noted.  She has no
edema.  Complete blood count and urinalysis are normal.  Serum calcium is 11.2 mg/dL; comprehensive
metabolic panel is otherwise normal.

Additional laboratory studies (one week later):

| | |
|---|---|
| Serum calcium | 11.4 mg/dL |
| Serum phosphorus | 2.9 mg/dL |
| Serum 25-hydroxyvitamin D | 35 ng/mL [15–40] |
| Serum intact parathyroid hormone | 72 pg/mL [10–65] |
| Urine calcium | 410 mg/24 hr [less than 250] |

Which of the following is the most appropriate management?

○ A.    Observation only
○ B.    Addition of cinacalcet
○ C.    Addition of furosemide
○ D.    Addition of oral phosphate
○ E.    Parathyroidectomy

⑦ NLV's & Abbreviations                          ← Previous   ⚙ Navigator   Next →



ATTORNEYS' EYES ONLY

ABIM02817

Case: 24-3012    Document: 48    Page: 82    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 78 of 360
PageID: 19043

🖹 Notes  🖥 Calculator                                                                  ✍ Mark for Review

For six months, a 60-year-old woman has been losing small amounts of urine when she sneezes, coughs, or strains. She has no enuresis or burning on urination but does have urgency and some frequency. The patient has had four normal pregnancies and underwent hysterectomy for uterine leiomyomas at age 45. In addition to conjugated estrogens (0.625 mg daily) she takes hydrochlorothiazide (12.5 mg daily) for mild hypertension.

Physical examination reveals a small cystocele. Normal rugae are noted in the vaginal mucosa. Perineal sensation is intact. Urinalysis is normal.

Which of the following is the most appropriate first step?

○ A.   Dietary limitation of bladder irritants
○ B.   Pubococcygeal contractions (Kegel exercises), six times daily
○ C.   Use of a pessary during waking hours
○ D.   Trial of oxybutynin
○ E.   Substitution of a calcium-channel blocking agent for hydrochlorothiazide

ATTORNEYS' EYES ONLY

ABIM02818

JA3712

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 79 of 360 PageID: 19004



A 23-year-old woman has had fatigue, intermittent fevers, night sweats, and rash for six months. The symptoms are worsening, and she is no longer able to work because of profound fatigue. She is gravida 2, para 0 with two spontaneous abortions. Her last menstrual period was three weeks ago.

Temperature is 37.6 C (99.7 F), pulse rate is 88 per minute and regular, respirations are 12 per minute, and blood pressure is 134/86 mm Hg supine and upright. No jaundice or scleral icterus is noted. A patch of hair loss is noted at the left occipital region. The nose and cheeks are slightly erythematous. A small ulcer is present on the buccal mucosa. The optic fundi are normal. No jugular venous distention is noted. $S_1$ and $S_2$ are normal; no $S_3$ or $S_4$ is audible. A soft midsystolic click and late systolic murmur are heard. The lungs are clear. The abdomen is scaphoid and nontender; no bruits are noted. A purplish, lacy, reticular rash is present over the lower extremities. No peripheral edema is seen.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 9.6 g/dL |
| Leukocyte count | 5600/cu mm |
| Platelet count | 110,000/cu mm |
| Prothrombin time | 14 seconds [11–13] |
| Activated partial thromboplastin time | 67 seconds [30–40] |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum electrolytes | Normal |
| Urinalysis | Protein 3+, blood 2+, glucose negative; 10–20 RBCs/hpf, no casts |

Which of the following tests will be most helpful in establishing the diagnosis of the kidney disease?

ATTORNEYS' EYES ONLY

ABIM02819

JA3713

Case: 24-3012    Document: 48    Page: 84    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 80 of 360 PageID: 19055



A 23-year-old woman has had fatigue, intermittent fevers, night sweats, and rash for six months. The symptoms are worsening, and she is no longer able to work because of profound fatigue. She is gravida 2, para 0 with two spontaneous abortions. Her last menstrual period was three weeks ago.

Temperature is 37.6 C (99.7 F), pulse rate is 88 per minute and regular, respirations are 12 per minute, and blood pressure is 134/86 mm Hg supine and upright. No jaundice or scleral icterus is noted. A patch of hair loss is noted at the left occipital region. The nose and cheeks are slightly erythematous. A small ulcer is present on the buccal mucosa. The optic fundi are normal. No jugular venous distention is noted. $S_1$ and $S_2$ are normal; no $S_3$ or $S_4$ is audible. A soft midsystolic click and late systolic murmur are heard. The lungs are clear. The abdomen is scaphoid and nontender; no bruits are noted. A purplish, lacy, reticular rash is present over the lower extremities. No peripheral edema is seen.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 9.6 g/dL |
| Leukocyte count | 5600/cu mm |
| Platelet count | 110,000/cu mm |
| Prothrombin time | 14 seconds [11–13] |
| Activated partial thromboplastin time | 67 seconds [30–40] |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum electrolytes | Normal |
| Urinalysis | Protein 3+, blood 2+, glucose negative; 10–20 RBCs/hpf, no casts |

Which of the following tests will be most helpful in establishing the diagnosis of the kidney disease?

ATTORNEYS' EYES ONLY

ABIM02820

JA3714

Case: 24-3012    Document: 48    Page: 85    Date Filed: 07/03/2025

📝 Notes  🖩 Calculator                                                            ✐ Mark for Review



and blood pressure is 134/86 mm Hg supine and upright. No jaundice or scleral icterus is noted. A patch of hair loss is noted at the left occipital region. The nose and cheeks are slightly erythematous. A small ulcer is present on the buccal mucosa. The optic fundi are normal. No jugular venous distention is noted. $S_1$ and $S_2$ are normal; no $S_3$ or $S_4$ is audible. A soft midsystolic click and late systolic murmur are heard. The lungs are clear. The abdomen is scaphoid and nontender; no bruits are noted. A purplish, lacy, reticular rash is present over the lower extremities. No peripheral edema is seen.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 9.6 g/dL |
| Leukocyte count | 5600/cu mm |
| Platelet count | 110,000/cu mm |
| Prothrombin time | 14 seconds *[11–13]* |
| Activated partial thromboplastin time | 67 seconds *[30–40]* |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum electrolytes | Normal |
| Urinalysis | Protein 3+, blood 2+, glucose negative; 10–20 RBCs/hpf, no casts |

Which of the following tests will be most helpful in establishing the diagnosis of the kidney disease?

○ A.    Antibodies to double-stranded DNA
○ B.    Antineutrophil cytoplasmic antibodies
○ C.    Serum cryoglobulins
○ D.    Serum IgA
○ E.    Blood cultures

❓ NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02821

Case: 24-3012    Document: 48    Page: 86    Date Filed: 07/03/2025

🖹 Notes   🗐 Calculator                                                                    ✍ Mark for Review



A 70-year-old man is admitted to the intensive care unit because he had several episodes of hematemesis this morning. He had melena for several days before admission but has not had abdominal pain or other gastrointestinal symptoms. The patient has been taking warfarin for treatment of lower extremity deep vein thrombosis for one month. He has not taken aspirin or nonsteroidal anti-inflammatory drugs and does not drink alcoholic beverages.

Pulse rate is 130 per minute, and blood pressure is 110/60 mm Hg supine and 80/50 mm Hg sitting. Abdominal examination reveals mild epigastric tenderness and increased bowel sounds. No peritoneal signs, masses, or enlarged organs are noted. The skin shows no signs of liver disease. Hematocrit is 31%, and hemoglobin is 10.0 g/dL. Prothrombin time is 30 seconds *[11−13]*; INR is 3.0. Fluid resuscitation is begun, and a blood specimen is sent for typing and crossmatching.

Which of the following is the most appropriate next step?

○ A.    Administration of fresh frozen plasma
○ B.    Infusion of octreotide
○ C.    Upper gastrointestinal endoscopy with electrocautery
○ D.    Arteriography with embolization of the bleeding site

ATTORNEYS' EYES ONLY

ABIM02822

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 83 of 360 PageID: 19041



A 68-year-old woman who has been diagnosed with stage IV pancreatic cancer has jaundice and severe pruritus secondary to an obstructed common bile duct.

Which of the following measures is most appropriate for relief of the pruritus?

- A.  Oral hydroxyzine
- B.  Oral oxycodone
- C.  Oral ursodeoxycholic acid
- D.  Endoscopically placed biliary stent

ATTORNEYS' EYES ONLY

Case: 24-3012   Document: 48   Page: 88   Date Filed: 07/03/2025

ABIM02823

⏱ Time Remaining 104:52
52 of 60

Notes  Calculator

Mark for Review

A 64-year-old man has substantial pain that occurs at rest and occasionally during exercise. The pain is not associated with dyspnea or diaphoresis and lasts about ten minutes. The patient stopped smoking cigarettes ten years ago. His only medication is amlodipine for mild hypertension.

Physical examination and electrocardiogram are normal. The patient is scheduled for an exercise stress test. Resting pulse rate is 72 per minute, and blood pressure is 142/80 mm Hg. He exercises for four minutes (Bruce protocol), then stops because of fatigue. Pulse rate is 110 per minute, and blood pressure is 162/88 mm Hg. After two minutes of recovery, pulse rate is 98 per minute. Chest pain does not occur during exercise, and no significant ST-segment abnormalities are seen.

Which of the following is most appropriate?

○ A.    Reassurance and no further diagnostic testing
○ B.    Exercise radionuclide stress test
○ C.    Pharmacologic radionuclide stress test
○ D.    Coronary arteriography

NLV's & Abbreviations

← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02824

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 85 of 369
PageID: 19021

📝 Notes  🖩 Calculator                                                    ◺ Mark for Review

A 21-year-old man comes to the emergency department because he has had palpitations and lightheadedness for 30 minutes. Electrocardiogram is shown. Intravenous administration of adenosine promptly terminates the arrhythmia.

**Click here for Figure(s)**

Which of the following is the most likely diagnosis?

- ○ A.   Atrial flutter
- ○ B.   Atrial fibrillation
- ○ C.   Atrioventricular nodal re-entrant tachycardia
- ○ D.   Intra-atrial re-entrant tachycardia
- ○ E.   Ventricular tachycardia

⑦ NLV's & Abbreviations                          ← Previous   ✥ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02825

Case: 24-3012    Document: 48    Page: 90    Date Filed: 07/03/2025



ATTORNEYS' EYES ONLY

ABIM02826

A 35-year-old man who has had asthma for 20 years reports recurrent episodes of wheezing that have awakened him at night several times a week for two months.  Symptoms respond to inhaled albuterol.  He adheres to a regimen of fluticasone (two puffs [110 μg] twice daily) and albuterol (two puffs four times daily as needed).  He does not smoke cigarettes and has not been exposed to any new substances.  Physical examination is normal.

Which of the following is the most appropriate next step to reduce the nocturnal symptoms?

- ○ A.    Substitute ipratropium bromide for albuterol
- ○ B.    Add ipratropium bromide
- ○ C.    Add prednisone
- ○ D.    Add salmeterol
- ○ E.    Add theophylline

ATTORNEYS' EYES ONLY

ABIM02827

A 52-year-old man has had recurrent gross hematuria for three weeks. He has not had dysuria, pain, or fever. Fifteen years ago, he was found to have ANCA-associated granulomatous vasculitis (Wegener's granulomatosis) with pulmonary opacities, recurrent sinusitis, arthralgias, and biopsy-proven glomerulonephritis. He was treated with prednisone and daily oral cyclophosphamide for three years, with clinical improvement and resolution of symptoms. Since then he has had recurrent arthralgia and occasional episodes of sinusitis.

Physical examination is normal. The patient has no cutaneous, articular, or cardiopulmonary changes and no flank tenderness.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 12.2 g/dL |
| Leukocyte count | 8700/cu mm |
| Platelet count | 340,000/cu mm |
| Serum creatinine | 1.4 mg/dL |
| ANCA | Pending |
| Urinalysis | Trace protein; 0−5 WBCs, many RBCs/hpf |

Which of the following is the most likely diagnosis?

- A.  Interstitial cystitis
- B.  Pauci-immune glomerulonephritis
- C.  Renal cell carcinoma
- D.  Renal tuberculosis
- E.  Carcinoma of the bladder

ATTORNEYS' EYES ONLY

ABIM02828

📝 Notes  🖩 Calculator                                                           ✏ Mark for Review



A 67-year-old woman is hospitalized for treatment of pyelonephritis. She had a deep vein thrombosis two months ago and is taking warfarin (4 mg daily). Ampicillin and sulbactam are administered intravenously, as is 5% dextrose in 0.45% saline. A clear liquid diet is ordered because of persistent nausea and occasional vomiting. On hospital day 3, the patient is feeling better; she is hungry, and fever has resolved. Blood and urine cultures are growing *Escherichia coli* that is sensitive to ampicillin.  INR now is 6.0 (2.8 on admission).

Which of the following best explains the increase in INR?

- ○ A.  Laboratory error
- ○ B.  Medication error
- ○ C.  Vitamin deficiency
- ○ D.  Drug-induced hepatic injury
- ○ E.  Disseminated intravascular coagulopathy

❓ NLV's & Abbreviations                                    ← Previous  ✦ Navigator  Next →

**ATTORNEYS' EYES ONLY**

ABIM02829

Case: 24-3012   Document: 48   Page: 94   Date Filed: 07/03/2025

📄 Notes  🖩 Calculator                                                                    ✎ Mark for Review

Deficiency of the terminal components of the complement cascade is associated with an increased risk for infection with which of the following organisms?

○ A.   *Haemophilus* species, *Actinobacillus actinomycetemcomitans*, *Cardiobacterium hominis*, *Eikenella corrodens*, *Kingella* species (HACEK group)

○ B.   *Neisseria* species

○ C.   *Pseudomonas* species

○ D.   *Salmonella* species

○ E.   *Streptococcus pneumoniae*

ATTORNEYS' EYES ONLY

ABIM02830

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 91 of 360 PageID: 13026



📝 Notes   🖩 Calculator                                                    ✎ Mark for Review

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; influenza B has been circulating in the region.  She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed.  She requires prednisone two to three times a year for postviral exacerbations of asthma.  She has not received an influenza vaccination this year.

The patient currently feels well; physical examination is normal.  Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

○ A.    No treatment now; begin oseltamivir within 12 hours if symptoms of influenza develop
○ B.    Influenza vaccine
○ C.    Oseltamivir
○ D.    Influenza vaccine and oseltamivir

❓ NLV's & Abbreviations                          ← Previous   ⚙ Navigator   Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02831

Case: 24-3012    Document: 48    Page: 96    Date Filed: 07/03/2025

📄 Notes   🖩 Calculator                                                    ✎ Mark for Review

Which of the following agents decreases cardiovascular mortality in patients who have class III or class IV systolic dysfunction?



|     | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|-----|------|------|------|------|------|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

❓ NLV's & Abbreviations                            ← Previous   ✥ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02832

Case: 24-3012    Document: 48    Page: 97    Date Filed: 07/03/2025

Notes  Calculator                                                    Mark for Review

A 46-year-old woman has a very small tick attached to the back of her neck. She arrived in your town two hours ago for a three-week vacation. Immediately after her arrival, she took a walk in the woods. When she returned, her traveling companion noticed the tick. The incidence of Lyme disease is high in your area, and the patient is concerned that she will become ill. You remove the tick, which appears to be an *Ixodes* tick.

In addition to counseling the patient about the natural history of Lyme disease and the use of protective clothing and diethyltoluamide (DEET)-containing insect repellant, you should do which of the following now?

- A.   No testing or treatment
- B.   Start doxycycline prophylaxis
- C.   Submit the tick to your local health department for *Borrelia* analysis

NLV's & Abbreviations                          Previous    Navigator    Next

ATTORNEYS' EYES ONLY

ABIM02833



ATTORNEYS' EYES ONLY

ABIM02834



ATTORNEYS' EYES ONLY

ABIM02835



**ATTORNEYS' EYES ONLY**

ABIM02836

Case: 24-3012     Document: 48     Page: 101     Date Filed: 07/03/2025



Case: 24-3012    Document: 48    Page: 102    Date Filed: 07/03/2025

**ATTORNEYS' EYES ONLY**

ABIM02837



NLV's & Abbreviations

**Normal Lab Values**   Abbreviations

## NORMAL LABORATORY VALUES NOT INCLUDED IN THE QUESTION TEXT

The **comprehensive metabolic panel** contains the following assays: albumin, alkaline phosphatase, AST, total bilirubin, blood urea nitrogen, calcium, total cholesterol, creatinine, glucose, phosphorus, total protein, uric acid. These are highlighted in **bold**. Arterial blood studies are done at sea level with the patient breathing room air unless otherwise specified.

### Hematologic:

| | |
|---|---|
| Erythrocyte sedimentation rate (Westergren) | Male: 0-15 mm/hr; female: 0-20 mm/hr |
| Hematocrit, blood | Male: 42-50%; female: 40-48% |
| Hemoglobin, blood | Male: 13-16 g/dL; female: 12-15 g/dL |
| Hemoglobin A$_{1c}$ | 4.0-6.1% |
| Leukocyte count and differential | 4000-11,000/cu mm; |
| | 50-70% segmented neutrophils, |
| | 0-5% band forms, 30-45% lymphocytes, |
| | 0-6% monocytes, 0-1% basophils |
| | 0-3% eosinophils |
| Platelet count | 150,000-300,000/cu mm |

### Whole blood, plasma, serum chemistries:

⊠ Close

ATTORNEYS' EYES ONLY

ABIM02838



**NLV's & Abbreviations**

**Normal Lab Values** | Abbreviations

Whole blood, plasma, serum chemistries:

| | |
|---|---|
| **Alkaline phosphatase, serum** | **30-120 U/L** |
| Aminotransferase, serum alanine (ALT) | 10-40 U/L |
| **Aminotransferase, serum aspartate (AST)** | **10-40 U/L** |
| Arterial studies, blood | |
| (patient breathing room air): | |
| $P_{O_2}$ | 75-100 mm Hg |
| $P_{CO_2}$ | 38-42 mm Hg |
| Bicarbonate | 23-26 mEq/L |
| pH | 7.38-7.44 |
| Oxygen saturation | 95% or greater |
| **Bilirubin, serum:** | |
| **Total** | **0.3-1.0 mg/dL** |
| Direct | 0.1-0.3 mg/dL |
| **Calcium, serum** | **Male: 9.0-10.5 mg/dL** |
| | **Female: 8.5-10.2 mg/dL** |
| **Cholesterol, serum:** | |
| **Total** | **Desirable: less than 200 mg/dL** |
| | **Borderline-high: 200-239 mg/dL** |
| | **(may be high in the presence of** |
| | **coronary artery disease** |
| | **or other risk factors)** |
| | **High: greater than 239 mg/dL** |

☒ Close

ATTORNEYS' EYES ONLY

ABIM02839

Case: 24-3012    Document: 48    Page: 104    Date Filed: 07/03/2025



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| High-density lipoprotein (HDL) | Low: less than 40 mg/dL |
| Low-density lipoprotein (LDL) | Optimal: less than 100 mg/dL |
| | Near-optimal: 100-129 mg/dL |
| | Borderline-high: 130-159 mg/dL |
| | (may be high in the presence of coronary artery disease or other factors) |
| | High: 160-189 mg/dL |
| | Very high: 190 mg/dL and above |
| **Creatinine, serum** | **0.7-1.5 mg/dL** |
| Electrolytes, serum: | |
|   Sodium | 136-145 mEq/L |
|   Potassium | 3.5-5.0 mEq/L |
|   Chloride | 98-106 mEq/L |
|   Bicarbonate | 23-28 mEq/L |
| **Glucose, plasma** | **Normal (fasting): 70-115 mg/dL** |
| | **Borderline: 115-140 mg/dL** |
| | **Abnormal: greater than 140 mg/dL** |
| Luteinizing hormone, serum | Adult male: 2-18 mIU/mL |
| | Female: |
| |   To age 8: less than 10 mIU/mL |
| |   Ages 8-14: 2-14 mIU/mL |
| |   Adult: 5-12 mIU/mL (follicular or luteal) |

⊠ Close

ATTORNEYS' EYES ONLY

ABIM02840



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

|  |  |
|---|---|
|  | 30-250 mIU/mL (mid-cycle peak) |
|  | greater than 30 mIU/mL |
|  | (postmenopausal) |
| **Phosphorus, serum** | **3.0-4.5 mg/dL** |
| **Proteins, serum:** |  |
| **Total** | **5.5-9.0 g/dL** |
| **Albumin** | **3.5-5.5 g/dL** |
| Triglycerides, serum (fasting) | Normal: less than 250 mg/dL |
|  | Borderline: 250-500 mg/dL |
|  | Abnormal: greater than 500 mg/dL |
| **Urea nitrogen, blood** | **8-20 mg/dL** |
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| **Cerebrospinal fluid (CSF):** |  |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| **Hemodynamic measurements:** |  |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |
| Cardiac output | 4-6 L/min |

Close

ATTORNEYS' EYES ONLY

ABIM02841

Case: 24-3012    Document: 48    Page: 106    Date Filed: 07/03/2025



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| | |
| **Cerebrospinal fluid (CSF):** | |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| | |
| **Hemodynamic measurements:** | |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |
| Cardiac output | 4-6 L/min |
| Pressures: | |
| Pulmonary artery | Systolic: 15-30 mm Hg |
| | Diastolic: 3-21 mm Hg |
| | Mean: 9-16 mm Hg |
| Pulmonary artery wedge | 6-12 mm Hg |
| Right atrium | 0-8 mm Hg |
| Right ventricle | Systolic: 15-30 mm Hg |
| | Diastolic: 0-5 mm Hg |
| Systemic arteries | Systolic: 100-140 mm Hg |
| | Diastolic: 60-90 mm Hg |
| | Mean: 70-105 mm Hg |

⊠ Close

**ATTORNEYS' EYES ONLY**

ABIM02842



**LIST OF ABBREVIATIONS**

| | |
|---|---|
| $A_2$ | Second heart sound |
| ACE | Angiotensin-converting enzyme |
| ACTH | Adrenocorticotropic hormone (corticotropin) |
| AIDS | Acquired immunodeficiency syndrome |
| ALT | Alanine aminotransferase |
| ANCA | Antineutrophil cytoplasmic antibody |
| anti-HAV | Antibodies to hepatitis A virus |
| anti-HBc | Antibodies to hepatitis B core antigen |
| anti-HBe | Antibodies to hepatitis B e antigen |
| anti-HBs | Antibodies to hepatitis B surface antigen |
| anti-HCV | Antibodies to hepatitis C virus |
| anti-HDV | Antibodies to hepatitis D virus |
| AST | Aspartate aminotransferase |
| BMI | Body mass index (in kg/m$^2$) |
| C-ANCA | Cytoplasmic antineutrophil cytoplasmic antibody |

☒ Close

ATTORNEYS' EYES ONLY

ABIM02843



**NLV's & Abbreviations**

| Normal Lab Values | **Abbreviations** |

| | |
|---|---|
| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $F_{IO_2}$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

☒ Close

**ATTORNEYS' EYES ONLY**

ABIM02844

Case: 24-3012    Document: 48    Page: 109    Date Filed: 07/03/2025



**NLV's & Abbreviations**

| Normal Lab Values | **Abbreviations** |
|---|---|

| | |
|---|---|
| HBsAg | Hepatitis B surface antigen |
| HBV | Hepatitis B virus |
| HCV | Hepatitis C virus |
| HDL | High-density lipoprotein |
| HIV | Human immunodeficieny virus |
| HMG-CoA | Hydroxymethylglutaryl coenzyme A |
| Ig | Immunoglobulin |
| INR | International normalized ratio |
| LDL | Low-density lipoprotein |
| MALT | Mucosa-associated lymphoid tissue |
| METS | Metabolic equivalents |
| MVV | Maximal volume ventilation |
| NPH | Neutral protamine Hagedorn |
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |

⊠ Close

**ATTORNEYS' EYES ONLY**

ABIM02845



ATTORNEYS' EYES ONLY

ABIM02846

Case: 24-3012     Document: 48     Page: 111     Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination — Candidate Name

Time Remaining 117:36

1 of 60

Notes    Calculator                                                          Mark for Review

A 32-year-old woman has had posterior neck pain for three months. The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning. She also has pain in the right buttock. Pain interferes with sleep and is associated with fatigue. The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance. She is uncertain how much longer she can continue to perform.

BMI is 26. Vital signs are normal. Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain. The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint. The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal. Both lateral epicondyles are tender; the hips are painful at the limits of motion, and there is tenderness in the upper gluteal region. Neurologic examination is normal. Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase. Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

- A.    Prescribe a regular aerobic exercise program
- B.    Inject the right trapezius and lateral epicondyles with repository corticosteroids
- C.    Begin diazepam
- D.    Begin acetaminophen with codeine as needed
- E.    Begin prednisone

NLV's & Abbreviations                                            Navigator    Next ➤



ATTORNEYS' EYES ONLY

ABIM02847

Case: 24-3012    Document: 48    Page: 112    Date Filed: 07/03/2025

📝 Notes  🖩 Calculator

🏴 Mark for Review



A 25-year-old woman comes to the emergency department because of tooth pain that has worsened during the past two days. For two weeks, she has had heat and cold sensitivity in the left lower canine. She has not had chills or fever, but tooth pain has interfered with sleep. She takes no medications, and she is allergic to penicillin.

Examination reveals tenderness to percussion on the left lower canine and tenderness and swelling of the jaw below this tooth. The submandibular lymph nodes are enlarged and tender.

In addition to dental care and analgesics, which of the following is the most appropriate treatment?

- A. Amoxicillin–clavulanate
- B. Ciprofloxacin
- C. Clindamycin
- D. Erythromycin
- E. Telithromycin

❓ NLV's & Abbreviations

← Previous   ⚙ Navigator   Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02848

JA3742

Notes    Calculator                                                    Mark for Review

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood.  Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell MALT lymphoma.

Which of the following is the most appropriate treatment?

○ A.    Lansoprazole
○ B.    Clarithromycin, amoxicillin, and lansoprazole
○ C.    Chemotherapy
○ D.    Chemotherapy followed by antrectomy
○ E.    Total gastrectomy

NLV's & Abbreviations                                    ← Previous   Navigator   Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02849

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 110 of 260
PageID: 9095

A 36-year-old woman recently had a malignant melanoma removed from the sole of the right foot.  The depth of invasion of the lesion and the presence of palpable lymph nodes necessitated inguinal lymph node dissection, which was uncomplicated.  No metastases were identified.

The patient feels well.  Vital signs are normal.  Skin examination shows no suspicious lesions.  The surgical wounds are well healed.  Mild edema of the right foot is noted.  No inguinal or other lymph nodes are palpable.  The remainder of the physical examination is normal.

This patient is at increased risk for which of the following infections in the affected leg?

○ A.   Group A streptococcal cellulitis
○ B.   Necrotizing fasciitis
○ C.   *Pseudomonas* osteomyelitis
○ D.   Staphylococcal osteomyelitis

ATTORNEYS' EYES ONLY

ABIM02850

Case: 24-3012    Document: 48    Page: 115    Date Filed: 07/03/2025

📝 Notes  🖩 Calculator                                    △ Mark for Review



A 45-year-old woman has had three episodes of acute pancreatitis in the past year. She takes no medications and does not drink alcoholic beverages.

BMI is 30. Physical examination is otherwise normal. Serum aminotransferase, bilirubin, calcium, amylase, and lipase levels are normal. Serum triglycerides are 325 mg/dL. Ultrasonography shows sludge in the gallbladder but no stones. Computed tomography of the abdomen is normal. Endoscopic retrograde cholangiopancreatography shows a normal pancreatic and biliary ductal system.

Which of the following is the most likely cause of the recurrent pancreatitis?

- ○ A.   Sphincter of Oddi dysfunction
- ○ B.   Microlithiasis (biliary sludge)
- ○ C.   Hypertriglyceridemia
- ○ D.   Pancreas divisum
- ○ E.   Familial pancreatitis

⑦ NLV's & Abbreviations                          ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02851

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 112 of 260 PageID: 19067

📄 Notes  🖩 Calculator                                                                    ✐ Mark for Review

Which of the following causes paradoxical splitting of $S_2$?

- ○ A.    Long QT syndrome
- ○ B.    Right bundle branch block
- ○ C.    Left bundle branch block
- ○ D.    Pulmonic stenosis
- ○ E.    Mitral regurgitation

❓ NLV's & Abbreviations                                    ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 117    Date Filed: 07/03/2025

ABIM02852

📝 Notes  🖩 Calculator                                                      ⭐ Mark for Review

A 68-year-old man has had gradually increasing dyspnea and a productive cough for three days.  One month ago, he was evaluated for hemoptysis and was found to have a 2-cm mass in the left lower lobe of the lung and an enlarged left hilum.  Non–small cell lung carcinoma was diagnosed, and liver metastases were detected.  The patient refused chemotherapy.  He also initially refused radiation therapy, but changed his mind and began treatment one week ago.  Dyspnea has worsened, and he no longer can climb the six steps to his house without stopping to catch his breath.  He has not had chest pain, fever, weight gain or loss, dysphagia, wheezing, or orthopnea.

BMI is 21. Temperature is 37.4 C (99.3 F), pulse rate is 110 per minute, and respirations are 28 per minute. Blood pressure is 140/98 mm Hg; systolic pressure decreases to 114 mm Hg during inspiration. Estimated central venous pressure is 15 cm $H_2O$, which also decreases during inspiration.  No murmurs or gallops are heard.  The lungs are clear.  The liver is not enlarged.  He has 2+ pitting edema in the left leg and 1+ in the right leg.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Serum creatinine | 1.7 mg/dL (1.1 four months ago) |
| Serum electrolytes | Normal |
| Arterial blood studies | |
| $P_{O_2}$ | 75 mm Hg |
| $P_{CO_2}$ | 45 mm Hg |
| pH | 7.35 |
| Plasma D-dimer | 1000 ng/mL *[less than 200]* |

Radiography of the chest shows collapse of the lower lobe of the left lung and a slightly enlarged cardiac silhouette, in addition to continued left hilar enlargement. Electrocardiography shows sinus

❓ NLV's & Abbreviations                          ← Previous   ⚙ Navigator   Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02853

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 114 of 360
PageID: 13048

🔏 Notes    🖩 Calculator                                    🦌 Mark for Review

BMI is 21. Temperature is 37.4 C (99.3 F), pulse rate is 110 per minute, and respirations are 28 per minute. Blood pressure is 140/98 mm Hg; systolic pressure decreases to 114 mm Hg during inspiration. Estimated central venous pressure is 15 cm $H_2O$, which also decreases during inspiration.  No murmurs or gallops are heard.  The lungs are clear.  The liver is not enlarged.  He has 2+ pitting edema in the left leg and 1+ in the right leg.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Serum creatinine | 1.7 mg/dL (1.1 four months ago) |
| Serum electrolytes | Normal |
| Arterial blood studies | |
| $PO_2$ | 75 mm Hg |
| $PCO_2$ | 45 mm Hg |
| pH | 7.35 |
| Plasma D-dimer | 1000 ng/mL [less than 200] |

Radiography of the chest shows collapse of the lower lobe of the left lung and a slightly enlarged cardiac silhouette, in addition to continued left hilar enlargement. Electrocardiography shows sinus tachycardia and beat-to-beat variation in the QRS amplitude, right bundle branch block, S waves in leads I and $aV_{1L}$, and T-wave inversion in lead III.

Which of the following is the most likely cause of the dyspnea?

- ○ A.    Cardiac tamponade
- ○ B.    Left lower lobe obstruction
- ○ C.    Pulmonary embolism
- ○ D.    Radiation pneumonitis

⑦ NLV's & Abbreviations                    ← Previous    ⚙ Navigator    Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02854

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 115 of 260 PageID: 19051

Notes  Calculator                                          Mark for Review

An 84-year-old woman is brought to your office by her daughter for evaluation of gradually increasing forgetfulness. The patient recently became lost in a neighborhood shopping center. She has been living alone since her husband's death three years ago. In general she has been well and has been caring for herself, but her personal appearance and attention to housekeeping have been deteriorating gradually. Her daughter is concerned that she has not been eating well. She has no history of psychiatric illness.

The patient is disheveled but in no apparent distress. BMI is 17. Blood pressure is 170/80 mm Hg. She responds to questions with appropriate eye contact and affect. She has dorsal kyphosis, bilateral cataracts, diminished hearing in both ears, ill-fitting dentures, purpura senilis, multiple actinic keratoses, and atrophic vaginitis. Neurologic examination shows disorientation, anomia, dysgraphia, and absent ankle reflexes. Complete blood count, comprehensive metabolic panel, and urinalysis are normal.

Which of the following is the most likely diagnosis?

○ A.    Depression
○ B.    Multi-infarct dementia
○ C.    Mild cognitive impairment
○ D.    Alzheimer's dementia

NLV's & Abbreviations                    ← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02855

📝 Notes  🖩 Calculator                                                                    ✎ Mark for Review



A 42-year-old man has diabetes mellitus that was diagnosed two years ago and initially treated with metformin and glipizide. These medications were discontinued after six months because the patient had achieved excellent glycemic control with lifestyle modifications. Six months ago the patient's activity level declined because of a back injury, and he became less adherent to his diet. He did not have polydipsia, polyuria, or polyphagia but blood glucose levels were increased. He restarted metformin, gradually increasing the dosage to 1000 mg twice daily about six weeks ago. The hyperglycemia has improved, and he has lost approximately 4 kg (8 lb) during the past three months. He has resumed swimming and weight lifting. Other current medications are ramipril and aspirin. Recent blood glucose levels are shown.

BMI is 24. Pulse rate is 64 per minute, and blood pressure is 116/72 mm Hg. Physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hemoglobin $A_{1c}$ | 6.5% |
| Serum creatinine | 1.0 mg/dL |
| Serum electrolytes | Normal |
| Serum LDL cholesterol | 75 mg/dL |
| Urine albumin | Undetectable |

Click here for Figure(s)

Which of the following is most appropriate at this time?

○ A.   Continue current management
○ B.   Increase dosage of metformin

? NLV's & Abbreviations                                          ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02856

📝 Notes  🖩 Calculator                                                              ✏ Mark for Review

achieved excellent glycemic control with lifestyle modifications.  Six months ago the patient's activity level declined because of a back injury, and he became less adherent to his diet.  He did not have polydipsia, polyuria, or polyphagia but blood glucose levels were increased.  He restarted metformin, gradually increasing the dosage to 1000 mg twice daily about six weeks ago.  The hyperglycemia has improved, and he has lost approximately 4 kg (8 lb) during the past three months.  He has resumed swimming and weight lifting.  Other current medications are ramipril and aspirin.  Recent blood glucose levels are shown.

BMI is 24.  Pulse rate is 64 per minute, and blood pressure is 116/72 mm Hg.  Physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hemoglobin $A_{1c}$ | 6.5% |
| Serum creatinine | 1.0 mg/dL |
| Serum electrolytes | Normal |
| Serum LDL cholesterol | 75 mg/dL |
| Urine albumin | Undetectable |

**Click here for Figure(s)**

Which of the following is most appropriate at this time?

- ○ A.  Continue current management
- ○ B.  Increase dosage of metformin
- ○ C.  Substitute pioglitazone for metformin
- ○ D.  Restart glipizide
- ○ E.  Add exenatide

❓ NLV's & Abbreviations                                    ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02857



Case: 24-3012    Document: 48    Page: 123    Date Filed: 07/03/2025

ATTORNEYS' EYES ONLY

ABIM02858



A 56-year-old woman who has rheumatoid arthritis has had fever, myalgias, and back pain for 48 hours. Three weeks ago, she noted a draining ulcer at the base of the left first metatarsophalangeal (MTP) joint. Two weeks ago, culture of the drainage grew *Staphylococcus aureus*; dicloxacillin (250 mg four times daily) was begun. Other current medications are methotrexate, low-dose prednisone, and hydrochlorothiazide.

Temperature is 38.3 C (100.9 F), pulse rate is 90 per minute, respirations are 18 per minute, and blood pressure is 150/82 mm Hg. A macular rash is noted over the back and chest. Cardiopulmonary examination is normal. She has extensive deformities of the hands and feet. Serosanguineous drainage is expressed from the base of the left first MTP joint.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 10.8 g/dL |
| Leukocyte count | 12,300/cu mm; 67% segmented neutrophils, 7% band forms, 12% lymphocytes, 5% monocytes, 1% basophils, 8% eosinophils |
| Platelet count | 138,000/cu mm |
| Mean corpuscular volume | 102 fL *[86−98]* |
| Blood urea nitrogen | 45 mg/dL (18 mg/dL three weeks ago) |
| Serum creatinine | 3.6 mg/dL (1.2 mg/dL three weeks ago) |
| Serum electrolytes | |
| Sodium | 138 mEq/L |
| Potassium | 5.0 mEq/L |
| Chloride | 98 mEq/L |
| Bicarbonate | 18 mEq/L |

ATTORNEYS' EYES ONLY

ABIM02859

📋 Notes  🗀 Calculator                                    ⟋ Mark for Review



is expressed from the base of the left first MTP joint.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 10.8 g/dL |
| Leukocyte count | 12,300/cu mm; 67% segmented neutrophils, 7% band forms, 12% lymphocytes, 5% monocytes, 1% basophils, 8% eosinophils |
| Platelet count | 138,000/cu mm |
| Mean corpuscular volume | 102 fL *[86–98]* |
| Blood urea nitrogen | 45 mg/dL (18 mg/dL three weeks ago) |
| Serum creatinine | 3.6 mg/dL (1.2 mg/dL three weeks ago) |
| Serum electrolytes | |
| Sodium | 138 mEq/L |
| Potassium | 5.0 mEq/L |
| Chloride | 98 mEq/L |
| Bicarbonate | 18 mEq/L |
| Urinalysis | Glucose negative, protein 4+; 0–3 RBCs, 20–30 WBCs/hpf, no cellular casts |

Which of the following is the most likely cause of the kidney failure?

○ A.   Acute tubular necrosis
○ B.   Acute allergic interstitial nephritis
○ C.   Amyloidosis
○ D.   Membranous nephropathy
○ E.   Rapidly progressive glomerulonephritis

⑦ NLV's & Abbreviations                    ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02860

Case: 24-3012    Document: 48    Page: 125    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 121 of 260 PageID: 19066



A 68-year-old man is admitted to the hospital because of anorexia, abdominal distention, and jaundice that began two weeks ago.  He has not had hematemesis, melena, rectal bleeding, fever, or chills.  He received a transfusion 35 years ago for upper gastrointestinal bleeding due to peptic ulcer disease; medical history is otherwise noncontributory.  He does not smoke cigarettes and occasionally drinks an alcoholic beverage.

Oxygen saturation by pulse oximetry is 97%.  The sclerae are mildly icteric.  The abdomen is distended, and a fluid wave is present.  The liver is nontender but slightly enlarged and is palpable in the epigastrium.  The spleen is not palpable.  No cyanosis or clubbing of the fingers and toes is noted.  Peripheral edema is not present.  Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 55% |
| Hemoglobin | 18.0 g/dL |
| Leukocyte count | 3200/cu mm |
| Platelet count | 140,000/cu mm |
| Serum creatinine | 0.6 mg/dL |
| Serum proteins | |
|   Total | 6.1 g/dL |
|   Albumin | 3.1 g/dL |
| Serum alkaline phosphatase | 240 U/L |
| Serum aminotransferases | |
|   ALT | 40 U/L |
|   AST | 84 U/L |
| HBsAg | Negative |
| Anti-HBc | Negative |
| Anti-HCV | Positive |

? NLV's & Abbreviations    ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02861

and a fluid wave is present.  The liver is nontender but slightly enlarged and is palpable in the epigastrium.  The spleen is not palpable.  No cyanosis or clubbing of the fingers and toes is noted. Peripheral edema is not present.  Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 55% |
| Hemoglobin | 18.0 g/dL |
| Leukocyte count | 3200/cu mm |
| Platelet count | 140,000/cu mm |
| Serum creatinine | 0.6 mg/dL |
| Serum proteins | |
|   Total | 6.1 g/dL |
|   Albumin | 3.1 g/dL |
| Serum alkaline phosphatase | 240 U/L |
| Serum aminotransferases | |
|   ALT | 40 U/L |
|   AST | 84 U/L |
| HBsAg | Negative |
| Anti-HBc | Negative |
| Anti-HCV | Positive |

Which of the following tests would be most helpful in establishing the diagnosis?

○ A.   Computed tomography of the abdomen with contrast enhancement
○ B.   Upper gastrointestinal endoscopy
○ C.   Colonoscopy
○ D.   Bone marrow biopsy
○ E.   Endoscopic retrograde cholangiopancreatography

ATTORNEYS' EYES ONLY

ABIM02862

Case: 24-3012    Document: 48    Page: 127    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 123 of 260
PageID: 19058



A 45-year-old man who feels well comes to your office for a periodic health evaluation. His mother has type 2 diabetes mellitus and hypertension, and an older brother has coronary artery disease; his father is in good health. The patient drinks three or four glasses of wine two or three times weekly and has never smoked cigarettes.

BMI is 28. Physical examination is normal except for blood pressure of 140/85 mm Hg. Laboratory studies, chest radiograph, and electrocardiogram are normal. On two subsequent visits, blood pressure is 140/84 and 136/82 mm Hg.

In addition to a program of weight reduction, dietary salt restriction, and exercise, which of the following is the most appropriate recommendation?

○ A.   No drug therapy at this time
○ B.   Atenolol
○ C.   Hydrochlorothiazide
○ D.   Lisinopril

ATTORNEYS' EYES ONLY

ABIM02863

Case: 24-3012   Document: 48   Page: 128   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 124 of 360 PageID: 13058

📝 Notes  🖥 Calculator                                                      🔖 Mark for Review



A 24-year-old woman is evaluated for difficulty sleeping and a 5-kg (12-lb) weight loss over the past month. Questioning discloses that she has felt sad on a daily basis during this time. She reports extreme fatigue, which she attributes to awakening almost every night at about 2 AM and having difficulty falling asleep afterward.  She has not had the energy to participate in her usual social activities or go to the gym, where she had formerly participated in four or five exercise classes weekly.  She reports having difficulty in performing her work, and says that she doesn't know why her boss hasn't already fired her.  She has never had a major health problem and takes no regular medications.  Her mother was treated for depression many years ago.  The patient does not smoke cigarettes, and although she occasionally drinks a glass of wine with dinner, she has not had wine during the past month.

BMI is 21.  The patient's affect is flat.  The remainder of the physical examination and thyroid function studies are normal.

Which of the following is the most likely diagnosis?

- ○ A.   Major depressive disorder
- ○ B.   Dysthymia
- ○ C.   Bipolar disorder
- ○ D.   Anxiety disorder

⑦ NLV's & Abbreviations                                    ← Previous   ⚙ Navigator   Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02864

Case: 24-3012     Document: 48     Page: 129     Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 125 of 260
PageID: 19061

📝 Notes  🖩 Calculator                                                              ◁ Mark for Review

A 25-year-old female Army recruit is brought to the dispensary because of altered mental status that was noted after she marched all day in the sun.  No other recruits were affected.  Medical history is remarkable only for Graves' disease at age 21 that was treated with methimazole for one year.  She was euthyroid at recruitment.

The patient is somnolent but minimally arousable.  Temperature is 39.9 C (103.8 F), pulse rate is 128 per minute, and blood pressure is 80/50 mm Hg.  The skin is flushed, dry, and hot to the touch.  The mucous membranes are dry.

Laboratory studies:

| | |
|---|---|
| Leukocyte count | 14,000/cu mm; normal differential |
| Blood urea nitrogen | 40 mg/dL |
| Serum creatinine | 2.2 mg/dL |
| Serum total bilirubin | 2.5 mg/dL |
| Serum aminotransferases (ALT, AST) | Greater than 1000 U/L |
| Serum electrolytes | |
| Sodium | 147 mEq/L |
| Potassium | 5.1 mEq/L |
| Chloride | 99 mEq/L |
| Bicarbonate | 17 mEq/L |

Which of the following is the most likely diagnosis?

○ A.    Acute hepatitis
○ B.    Heat stroke
○ C.    Malignant hyperthermia
○ D.    Sepsis
○ E.    Thyroid storm

❓ NLV's & Abbreviations                          ← Previous   ❖ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02865

Case: 24-3012    Document: 48    Page: 130    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 126 of 260
PageID: 19065

🔖 Notes  🖩 Calculator                                                                  ✍ Mark for Review



A 22-year-old woman has had arthralgias and a low-grade fever for three days.  The left wrist became red and tender yesterday.  Today she remains ill with increasing joint pain and continued fever.  She recently returned from a skiing vacation in Vermont.

Temperature is 38.9 C (102.0 F).  A few scattered skin lesions, ranging from small papules to pustules 0.5 cm in diameter, are noted.  The volar aspect of the left wrist is erythematous and painful on flexion and extension.  The left ankle is erythematous and diffusely swollen, with tenderness along the insertion of the Achilles tendon.  The remainder of the examination is normal.

Which of the following is the most likely diagnosis?

○ A.   Acute rheumatic fever
○ B.   Systemic lupus erythematosus
○ C.   Lyme disease
○ D.   Disseminated gonococcal infection
○ E.   Parvovirus arthropathy

⑦ NLV's & Abbreviations                                         ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02866

Case: 24-3012    Document: 48    Page: 131    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 127 of 260
PageID: 19062

📝 Notes  🖩 Calculator                                    ⟁ Mark for Review

A 45-year-old man has had dyspnea, fever, and cough for ten days.  Computed tomogram of the chest is shown.

**Click here for Figure(s)**

Which of the following is the most likely diagnosis?

- ○ A.  Bronchiectasis
- ○ B.  Cystic fibrosis
- ○ C.  *Pneumocystis* pneumonia
- ○ D.  Septic pulmonary emboli
- ○ E.  Tuberculosis

⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02867

Case: 24-3012    Document: 48    Page: 132    Date Filed: 07/03/2025

Case: 24-3012   Document: 48   Page: 133   Date Filed: 07/03/2025



**ATTORNEYS' EYES ONLY**

ABIM02868

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 129 of 260 PageID: 19064



A 57-year-old woman comes to your office for an initial health evaluation.  She reports that for five years she has had "weak lungs" and usually requests antibiotics six to eight times a year.  She has a chronic cough productive of up to one cup daily of thick yellow sputum, which episodically worsens.  She uses an inhaled bronchodilator occasionally but is not sure if it helps.  She does not smoke cigarettes.

The patient appears comfortable at rest.  Cardiac examination is normal.  Crackles are audible.  She has no peripheral edema or clubbing.  Chest radiograph shows prominent linear markings in the lower lung fields.

Which of the following tests is most likely to reveal the underlying diagnosis?

○ A.    24-Hour esophageal pH monitoring
○ B.    Methacholine challenge
○ C.    High-resolution computed tomography of the chest
○ D.    Tuberculin skin test

ATTORNEYS' EYES ONLY

ABIM02869

Case: 24-3012    Document: 48    Page: 134    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 130 of 260
PageID: 19065



📝 Notes   🖩 Calculator                                                △ Mark for Review

A 34-year-old woman consults you because she received a diagnosis of sarcoidosis after a two-week episode of erythema nodosum.  Chest radiograph showed bilateral hilar lymph node enlargement.

She feels well and is afebrile.  Cardiopulmonary, ophthalmologic, and neurologic examinations are normal. Serum calcium is normal, as are electrocardiogram and pulmonary function studies.

Which of the following is the most appropriate management?

○ A.   Clinical evaluation in three months
○ B.   Measurement of serum angiotensin-converting enzyme
○ C.   Bronchoscopy
○ D.   Mediastinoscopy
○ E.   Prednisone, 40 mg daily

❓ NLV's & Abbreviations                        ← Previous   ⚙ Navigator   Next →

**ATTORNEYS' EYES ONLY**

ABIM02870

Case: 24-3012    Document: 48    Page: 135    Date Filed: 07/03/2025

Case: 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 131 of 260 PageID: 9060



A 27-year-old woman is found to have an increased platelet count during a periodic health evaluation. She feels well and takes no medications. Physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 34% |
| Hemoglobin | 11.7 g/dL |
| Mean corpuscular volume | 79 fL *[86–98]* |
| Leukocyte count | 9200/cu mm; normal differential |
| Platelet count | 675,000/cu mm |
| Reticulocyte count | 0.5% of red cells *[0.5–1.5]* |

Which of the following should you order next?

- A.   Bleeding time
- B.   Serum ferritin
- C.   Serum haptoglobin
- D.   Bone marrow aspiration and biopsy

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 136    Date Filed: 07/03/2025

ABIM02871

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 132 of 260
PageID: 19067

**Notes** **Calculator** **Mark for Review**



A 55-year-old woman has had edema and dyspnea for four months. Five years ago she was found to have hypertension, which has been poorly controlled with a thiazide diuretic and a beta-adrenergic blocking agent. She was told she had an "innocent heart murmur" as a teenager.

Pulse rate is 70 per minute and regular, and blood pressure is 172/98 mm Hg. Estimated central venous pressure is 10 cm $H_2O$. The carotid pulses are normal to palpation. $S_1$ is normal. $S_2$ is widely split and unchanged during the respiratory cycle; $P_2$ is prominent. An $S_4$ is heard when she is in the left lateral decubitus position. A grade 2/6 midsystolic ejection murmur is audible along the left upper sternal border, and a grade 2/6 holosystolic murmur that increases during inspiration is heard along the right midsternal border. Fine crackles are noted at both lung bases.

Which of the following is the most likely diagnosis?

- A. Aortic insufficiency
- B. Atrial septal defect
- C. Mitral regurgitation
- D. Hypertrophic cardiomyopathy
- E. Valvular aortic stenosis

**NLV's & Abbreviations** **Previous** **Navigator** **Next**

ATTORNEYS' EYES ONLY

ABIM02872

Case: 24-3012   Document: 48   Page: 137   Date Filed: 07/03/2025



🖹 Notes  🗔 Calculator                                          ✍ Mark for Review

A 65-year-old woman undergoes periodic Papanicolaou (Pap) testing, which shows scant cervical cells and benign endometrial cells. On further questioning she recalls a single episode of vaginal spotting about six months ago. She takes no medications.

Which of the following tests is most appropriate?

○ A.    Repeat Pap test now
○ B.    Repeat Pap test in one year
○ C.    Human papillomavirus DNA test
○ D.    Colposcopy
○ E.    Endometrial biopsy

⑦ NLV's & Abbreviations                      ← Previous  ❖ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02873

Case: 24-3012    Document: 48    Page: 138    Date Filed: 07/03/2025

A 21-year-old woman who has no known medical problems comes to your office for a periodic gynecologic examination and Papanicolaou (Pap) test.  She is sexually active and uses barrier contraception.  Her only medication is a daily multivitamin.

Physical examination, including the pelvis, is normal. Pap test is normal. An endocervical specimen is positive for *Chlamydia trachomatis*.

Which of the following is the most appropriate next step?

- ○ A.  Repeat endocervical testing for *C. trachomatis*
- ○ B.  Treatment with azithromycin followed by repeat endocervical testing for *C. trachomatis*
- ○ C.  Treatment with metronidazole followed by repeat endocervical testing for *C. trachomatis*
- ○ D.  No treatment or repeat testing

ATTORNEYS' EYES ONLY

ABIM02874

JA3768

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 135 of 360 PageID: 19040

A previously healthy 30-year-old woman collapses while playing racquetball. When paramedics arrive, the patient is alert and lying on the floor. Her racquetball partner reports that this is the first day of their "get-in-shape" program. She says they were playing vigorously when suddenly the patient did not return the ball. The partner turned around and saw the patient lying on the floor; she was conscious, pale, and sweaty but making no thrashing movements. The patient states that she felt palpitations and lightheadedness just before the episode. She is taken to the emergency department.

Pulse rate is 110 per minute and irregular, and blood pressure is 100/70 mm Hg. Estimated central venous pressure is 5 cm $H_2O$. Carotid pulse volume is normal. The cardiac impulse is at the fifth intercostal space in the midclavicular line. $S_1$ is normal; $S_2$ is physiologically split. A grade 3/6 systolic murmur decreases in intensity with hand grip and increases in intensity during the strain phase of the Valsalva maneuver. The lungs are clear. No edema is present in the lower extremities.

Which of the following is the most likely diagnosis?

- ○ A.   Aortic stenosis
- ○ B.   Pulmonic stenosis
- ○ C.   Hypertrophic obstructive cardiomyopathy
- ○ D.   Mitral regurgitation
- ○ E.   Atrial septal defect

ATTORNEYS' EYES ONLY

ABIM02875

Case: 24-3012    Document: 48    Page: 140    Date Filed: 07/03/2025

Case: 24-3012   Document: 48   Page: 141   Date Filed: 07/03/2025



A 74-year-old man who had an inferior myocardial infarction two years ago comes to the emergency department because he has had increased dyspnea and chest pain for six hours. The patient has heart failure, coronary artery disease, and chronic obstructive pulmonary disease. He also has an 80-pack-year smoking history.

Temperature is 37.5 C (99.5 F), pulse rate is 98 per minute, respirations are 30 per minute, and blood pressure is 106/70 mm Hg. Neck veins are distended to the angle of the jaw with the patient lying at 45 degrees. Crackles and expiratory wheezes are audible on the left side of the chest. Decreased breath sounds, decreased chest excursion, and hyperresonance to percussion on the right are noted. Heart sounds are distant, and a grade 2/6 apical systolic murmur at the base radiates to the axilla. Pitting edema extends to mid calf.

Which of the following is the most likely cause of the acute dyspnea?

- ○ A.  Pneumonia
- ○ B.  Pulmonary edema
- ○ C.  Massive pleural effusion
- ○ D.  Pneumothorax
- ○ E.  Mitral regurgitation

ATTORNEYS' EYES ONLY

ABIM02876



A 62-year-old man who has hypertension and hyperlipidemia comes to your office for an initial visit. He takes atenolol (100 mg daily), hydrochlorothiazide (12.5 mg daily), atorvastatin (10 mg daily), and aspirin (81 mg daily). His diet is unrestricted.

Pulse rate is 56 per minute and regular, and blood pressure is 145/92 mm Hg. The lungs are clear. He has no peripheral edema.

Laboratory studies:

| | |
|---|---|
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 0.9 mg/dL |
| Serum electrolytes | |
| Sodium | 140 mEq/L |
| Potassium | 3.2 mEq/L |
| Chloride | 100 mEq/L |
| Bicarbonate | 28 mEq/L |
| Urinalysis | Normal |

In addition to potassium supplementation, which of the following is the most appropriate next step?

○ A.  Low-sodium diet
○ B.  Increased hydrochlorothiazide dosage to 25 mg daily
○ C.  Addition of sustained-release verapamil, 120 mg daily

NLV's & Abbreviations                    ← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02877



A 75-year-old man who has metastatic lung cancer and chronic obstructive pulmonary disease (COPD) is admitted to the hospital because of acute shortness of breath from an exacerbation of COPD. The patient wants palliative care only. Low-dose morphine will be administered to alleviate respiratory hunger and metastatic bone pain. Shortly after an injection of morphine (2 mg), the patient has respiratory arrest.

Which of the following is most appropriate now?

○ A.    No further treatment
○ B.    Intravenous naloxone
○ C.    Noninvasive ventilatory support
○ D.    Intubation and mechanical ventilation

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02878

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 139 of 260
PageID: 19041



Notes   Calculator                                             Mark for Review

A 57-year-old woman is found to have a malignant melanoma on her left shoulder. The lesion is 4.5 mm thick and is excised with wide margins. Sentinel lymph node biopsy shows no evidence of metastases.

Which of the following treatments is most likely to prolong survival?

- A.   Cytotoxic chemotherapy
- B.   Interferon alfa
- C.   Interleukin-2
- D.   Radiation therapy

NLV's & Abbreviations                          ← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02879

Case: 24-3012    Document: 48    Page: 144    Date Filed: 07/03/2025

A 47-year-old man has had weight loss, diarrhea, and low-grade fevers for three months. He has four to five loose stools daily without mucus or blood. His appetite is good, but he has lost 6.8 kg (15 lb) in the past two months. The patient tires easily and has a mild sore throat. He has not had cough or abdominal pain. He had an episode of herpes zoster one year ago. He takes no medications and does not use tobacco products or drink alcoholic beverages. He smokes marijuana occasionally but uses no other illicit drugs. The patient has never been married, lives alone, and travels frequently.

The patient is in no distress. BMI is 20. Vital signs are normal. The oral mucous membranes are moist; two white plaques are noted on the soft palate. The neck is supple. Nontender, 1- to 2-cm, mobile lymph nodes are noted in the anterior cervical chain and supraclavicular fossa bilaterally. The skin is dry; a depigmented area is present on the right chest wall and extends from the right scapula around to the midline. Cardiopulmonary examination is normal. The abdomen is soft with active bowel sounds and no tenderness or guarding. The liver is palpable just below the right costal margin; it is firm and nontender. The spleen is not palpable. Genitourinary examination is normal.

Which of the following is the most likely diagnosis?

- A.   Crohn's disease
- B.   HIV infection
- C.   Pancreatic insufficiency
- D.   Syphilis
- E.   Whipple's disease

ATTORNEYS' EYES ONLY

ABIM02880



A 59-year-old man is evaluated for chronic kidney disease secondary to IgA nephropathy.  Four years ago, fish oil therapy was initiated; however, the patient could not tolerate the recommended dosage (12 capsules daily) and discontinued therapy after six months.

Blood pressure is 166/108 mm Hg supine and 160/104 mm Hg sitting.  Funduscopic examination reveals arteriolar narrowing and arteriovenous nicking; no hemorrhages or exudates are noted.  He has 1+ edema of both legs.  The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 28% |
| Hemoglobin | 8.6 g/dL |
| Blood urea nitrogen | 28 mg/dL |
| Serum creatinine | 2.5 mg/dL |
| Serum electrolytes | |
| Sodium | 135 mEq/L |
| Potassium | 4.9 mEq/L |
| Chloride | 99 mEq/L |
| Bicarbonate | 17 mEq/L |
| Serum calcium | 8.1 mg/dL |
| Serum phosphorus | 5.4 mg/dL |
| Urinalysis | Protein 3+, blood 2+; 5–10 RBCs/hpf |

Which of the following is most likely to slow the progression of the kidney disease?

○ A.   Protein restriction
○ B.   Low–saturated-fat, low-cholesterol diet
○ C.   Hydrochlorothiazide

⏻ NLV's & Abbreviations                        ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02881

Case: 24-3012    Document: 48    Page: 146    Date Filed: 07/03/2025

🔖 Notes 🖩 Calculator                                                    ✎ Mark for Review



ago, fish oil therapy was initiated; however, the patient could not tolerate the recommended dosage (12 capsules daily) and discontinued therapy after six months.

Blood pressure is 166/108 mm Hg supine and 160/104 mm Hg sitting. Funduscopic examination reveals arteriolar narrowing and arteriovenous nicking; no hemorrhages or exudates are noted. He has 1+ edema of both legs. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 28% |
| Hemoglobin | 8.6 g/dL |
| Blood urea nitrogen | 28 mg/dL |
| Serum creatinine | 2.5 mg/dL |
| Serum electrolytes | |
|   Sodium | 135 mEq/L |
|   Potassium | 4.9 mEq/L |
|   Chloride | 99 mEq/L |
|   Bicarbonate | 17 mEq/L |
| Serum calcium | 8.1 mg/dL |
| Serum phosphorus | 5.4 mg/dL |
| Urinalysis | Protein 3+, blood 2+; 5–10 RBCs/hpf |

Which of the following is most likely to slow the progression of the kidney disease?

- ○ A.  Protein restriction
- ○ B.  Low–saturated-fat, low-cholesterol diet
- ○ C.  Hydrochlorothiazide
- ○ D.  Fosinopril
- ○ E.  Ferrous sulfate and erythropoietin

⑦ NLV's & Abbreviations                          ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02882

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 143 of 360
PageID: 19043



A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day.  After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy. Vital signs are normal. General physical examination is normal. A purulent urethral and cervical discharge is noted on pelvic examination. Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited. Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

○ A.    Obtain parental consent before sending the specimens
○ B.    Obtain parental consent before prescribing antibiotics
○ C.    Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
○ D.    Send the specimens and prescribe antibiotics; parental consent is not needed

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02883

JA3777

Case: 24-3012    Document: 48    Page: 149    Date Filed: 07/03/2025

A 24-year-old woman has had increasing pelvic pain for eight months. The pain begins two days before menses and continues for five to six days. Ibuprofen has not provided relief. Intercourse is painful, especially during menses. She has not had nausea, vomiting, diarrhea, or a change in bowel movements. She has not had abdominal surgery or pelvic infections and has never used an intrauterine device. Structured screen for interpersonal violence is negative. Her only medication is sertraline (50 mg daily) for depression. She was married two years ago and has not been able to become pregnant.

The lower abdomen is diffusely tender to palpation. Pelvic examination is normal except for uterine and adnexal tenderness. Stool is negative for occult blood. Complete blood count, comprehensive metabolic panel, thyroid function studies, and urinalysis are normal. Papanicolaou test is normal (class I cytology). Transvaginal ultrasonography is normal.

Which of the following studies is most appropriate now?

○ A.    Serum CA-125
○ B.    Laparoscopy
○ C.    Colposcopy
○ D.    Hysteroscopy

ATTORNEYS' EYES ONLY

ABIM02884

Notes  Calculator                                                                    Mark for Review



An 83-year-old woman is brought to the emergency department because she has had increasing somnolence and poor oral intake for four days.  She has had a sore throat and cough for one week.  Her husband states that she has been too tired to participate in their usual social activities for six months.  He does not think she has had a fever or chills.  She takes no medications and does not drink alcoholic beverages or smoke cigarettes.

The patient is difficult to arouse.  Temperature is 35.0 C (95.0 F), pulse rate is 48 per minute and regular,  respirations are 14 per minute, and blood pressure is 96/60 mm Hg.  Oxygen saturation by pulse oximetry is 90%, with the patient breathing oxygen (2 L/min).  Her face appears swollen.  A thyroidectomy scar is visible.  No carotid bruits are heard.  Cardiac examination shows bradycardia. Dullness to percussion and bronchial breath sounds are audible in the right posterior lung field. Reflexes are delayed but symmetric.  Chest radiograph shows a right lower lobe opacity.  Blood cultures are obtained, and intravenous fluids and antibiotics are begun.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 12,000/cu mm |
| Plasma glucose | 58 mg/dL |
| Serum electrolytes | |
| Sodium | 132 mEq/L |
| Potassium | 5.0 mEq/L |
| Chloride | 92 mEq/L |
| Bicarbonate | 25 mEq/L |

Which of the following is the most appropriate management?

○ A.    Active warming

NLV's & Abbreviations                                    Previous    Navigator    Next

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02885

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 146 of 360
PageID: 13061

📝 Notes  🖩 Calculator    ⟋ Mark for Review



does not think she has had a fever or chills.  She takes no medications and does not drink alcoholic beverages or smoke cigarettes.

The patient is difficult to arouse.  Temperature is 35.0 C (95.0 F), pulse rate is 48 per minute and regular,  respirations are 14 per minute, and blood pressure is 96/60 mm Hg.  Oxygen saturation by pulse oximetry is 90%, with the patient breathing oxygen (2 L/min).  Her face appears swollen.  A thyroidectomy scar is visible.  No carotid bruits are heard.  Cardiac examination shows bradycardia.  Dullness to percussion and bronchial breath sounds are audible in the right posterior lung field.  Reflexes are delayed but symmetric.  Chest radiograph shows a right lower lobe opacity.  Blood cultures are obtained, and intravenous fluids and antibiotics are begun.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 12,000/cu mm |
| Plasma glucose | 58 mg/dL |
| Serum electrolytes | |
| Sodium | 132 mEq/L |
| Potassium | 5.0 mEq/L |
| Chloride | 92 mEq/L |
| Bicarbonate | 25 mEq/L |

Which of the following is the most appropriate management?

- A.  Active warming
- B.  Intravenous bolus of 50% dextrose
- C.  Dopamine infusion
- D.  Intravenous methylprednisolone
- E.  L-thyroxine and intravenous hydrocortisone

⚲ NLV's & Abbreviations    ← Previous    ⚙ Navigator    Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02886

Case: 24-3012    Document: 48    Page: 151    Date Filed: 07/03/2025

A 25-year-old woman who comes to your office as a new patient feels that her workplace is making her sick.  She has worked for two years as a systems analyst for a bank in a large office building.  She has chest tightness, shortness of breath, and occasional cough at work; the symptoms cause restlessness and difficulty concentrating.  She has no symptoms on weekends.  None of her coworkers feels ill.  She is frustrated because her supervisor does not seem to believe her and has implied that she is malingering.

Physical examination today is normal.  When you tell her this she appears distraught and says that no one believes her.

Which of the following is the most appropriate next step?

- ○ A.   Peak expiratory flow measurements at work and at home
- ○ B.   Radioallergosorbent tests for common environmental allergens
- ○ C.   Minnesota Multiphasic Personality Inventory
- ○ D.   Urine screen for substance abuse
- ○ E.   Empirical trial of sertraline

ATTORNEYS' EYES ONLY

ABIM02887



A 49-year-old woman has had increasing anorexia and fatigue. She has lost 7.5 kg (16.5 lb) in the past year. Her urine has been dark for two months, and her husband thinks that she is jaundiced. She drinks alcoholic beverages rarely and takes acetaminophen for occasional tension headaches. She has a history of thyroiditis. Family history and review of systems are noncontributory.

The patient appears chronically ill and is deeply jaundiced. Xanthelasmas are noted. Vital signs are normal. Palmar erythema and spider angiomas are noted over the anterior trunk. The liver is palpable 3 cm below the right costal margin; span is 11 cm. The spleen tip is palpable 3 cm below the left costal margin. The lymph nodes are not enlarged, and no ascites is noted. Stool is negative for occult blood.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Mild anemia with slight macrocytosis |
| Mean corpuscular volume | 104 fL *[86–98]* |
| Prothrombin time | 14.5 seconds *[11–13]*; INR 1.4 |
| Activated partial thromboplastin time | 42 seconds *[30–40]* |
| Serum total bilirubin | 7.0 mg/dL |
| Serum proteins | |
|    Total | 6.4 g/dL |
|    Albumin | 2.3 g/dL |
| Serum alkaline phosphatase | 390 U/L |
| Serum aminotransferases | |
|    ALT | 112 U/L |
|    AST | 90 U/L |
| Serum ferritin | 350 ng/mL *[11–211]* |
| Antinuclear antibodies | 1:20 *[greater than 1:40 is abnormal]* |
| Antimitochondrial antibodies | 1:160 *[greater than 1:5 is abnormal]* |

ATTORNEYS' EYES ONLY

ABIM02888

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 149 of 260
PageID: 19044



| Complete blood count | Mild anemia with slight macrocytosis |
| Mean corpuscular volume | 104 fL *[86–98]* |
| Prothrombin time | 14.5 seconds *[11–13]*; INR 1.4 |
| Activated partial thromboplastin time | 42 seconds *[30–40]* |
| Serum total bilirubin | 7.0 mg/dL |
| Serum proteins | |
|   Total | 6.4 g/dL |
|   Albumin | 2.3 g/dL |
| Serum alkaline phosphatase | 390 U/L |
| Serum aminotransferases | |
|   ALT | 112 U/L |
|   AST | 90 U/L |
| Serum ferritin | 350 ng/mL *[11–211]* |
| Antinuclear antibodies | 1:20 *[greater than 1:40 is abnormal]* |
| Antimitochondrial antibodies | 1:160 *[greater than 1:5 is abnormal]* |
| Anti–smooth muscle antibodies | Negative |
| Serologic tests for hepatitis A, B, and C | Negative |

Contrast-enhanced computed tomogram of the abdomen shows an enlarged spleen. Percutaneous liver biopsy is scheduled.

Which of the following is the most likely diagnosis?

- A. Alcoholic cirrhosis
- B. Autoimmune hepatitis with cirrhosis
- C. Cryptogenic cirrhosis
- D. Primary biliary cirrhosis
- E. Lymphoma

ATTORNEYS' EYES ONLY

ABIM02889

Case: 24-3012    Document: 48    Page: 154    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 150 of 260
PageID: 19085



A 38-year-old man comes to the emergency department because of shortness of breath. He has had a heart murmur his entire life; medical history is otherwise unremarkable.

Pulse rate is 120 per minute and regular, and blood pressure is 120/40 mm Hg. The carotid and peripheral pulses are bounding. Estimated central venous pressure is 10 cm $H_2O$. The cardiac impulse is hyperdynamic and laterally displaced. $S_1$ is soft, and $S_2$ is normal; a gallop is heard. A grade 2/6 ejection murmur is heard at the left sternal border and radiates to the carotids, and a grade 3/6 early high-pitched diastolic murmur is also heard at the left sternal border. Bibasilar crackles are noted. Electrocardiogram shows sinus tachycardia.

Which of the following is the most likely diagnosis?

○ A.  Aortic insufficiency
○ B.  Mitral regurgitation and aortic insufficiency
○ C.  Mitral stenosis and regurgitation
○ D.  Tricuspid stenosis and regurgitation

ATTORNEYS' EYES ONLY
ABIM02890

A 63-year-old woman is evaluated because of rectal bleeding and a progressive change in bowel habits for three months. She has noted several soft to loose stools daily; recently the stool has been tinged with blood. She has not lost weight, and she has not had excessive flatulence, cramping, pain, or fever. Two years ago she underwent total abdominal hysterectomy and pelvic radiation therapy for endometrial cancer; she is now concerned that she may have rectal cancer.

BMI is 29. The patient has a midline lower abdominal scar. The vaginal mucosa is atrophic. Rectal examination reveals no palpable rectal masses or anal fissures; the stool is soft, brown, and tests positive for occult blood. Complete blood count, comprehensive metabolic panel, and urinalysis are normal. Fecal leukocytes and stool cultures are negative. Colonoscopy to the cecum reveals mucosal telangiectasias in the sigmoid colon and rectum. Biopsies of the abnormal areas show fibrosis and atrophy.

Which of the following diagnoses is most consistent with her clinical presentation?

○ A.   Radiation-induced proctocolitis
○ B.   Inflammatory bowel disease
○ C.   Vasculitis
○ D.   Angiodysplasia of the colon
○ E.   Collagenous colitis

ATTORNEYS' EYES ONLY

ABIM02891

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 152 of 360 PageID: 13007

📝 Notes   🖩 Calculator                                                    Mark for Review



A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure. Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded. He then became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds. After 30 seconds, he awoke and reported generalized weakness. Physical examination, electrocardiogram, and complete blood count are normal.

Which of the following is the most appropriate next step?

○ A.   Reassure the patient and discharge him from the emergency department
○ B.   Order computed tomography of the head
○ C.   Order electroencephalography
○ D.   Order echocardiography
○ E.   Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

⑦ NLV's & Abbreviations                         ← Previous   ⚙ Navigator   Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02892

Case: 24-3012   Document: 48   Page: 157   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 153 of 260
PageID: 19088

ABIM Internal Medicine Certification Examination    Candidate Name

⏱ Time Remaining 101:41
🖥 38 of 60

📓 Notes  🖩 Calculator

✍ Mark for Review

A 30-year-old woman has had increasing breathlessness and fatigue for several months. She has been obese since her teens, when she started smoking about five cigarettes daily; she quit smoking five years ago.

Height is 157 cm (62 in), and weight is 109 kg (240 lb); BMI is 44. Pulse rate is 100 per minute, and blood pressure is 120/80 mm Hg. Physical examination is limited by her obesity, but a suggestion of a subxiphoid impulse is noted, and $P_2$ is increased. Electrocardiogram shows a QRS axis of +95 degrees. Echocardiogram reveals right ventricular enlargement and estimated systolic pulmonary artery pressure of 54 mm Hg. Ventilation–perfusion lung scan is normal. Pulmonary function studies show mild restrictive changes; $DL_{CO}$ is normal. Antinuclear antibodies and serologic test for HIV are negative.

Which of the following is the most appropriate next step?

○ A.    Polysomnography
○ B.    High-resolution computed tomography of the chest
○ C.    Right-heart catheterization with vasodilator testing
○ D.    Lung biopsy

ATTORNEYS' EYES ONLY

ABIM02893

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 154 of 260 PageID: 19082



A nurse practitioner asks you to evaluate a 34-year-old woman who came to the clinic ten days ago when she noted a painful, raised, reddened area over her anterior right ankle after one week of malaise. She has also had migratory arthralgias, mostly in the lower legs, and low-grade fever. Erythrocyte sedimentation rate was 30 mm/hr, and leukocyte count was 11,000/cu mm with a normal differential. Oral cephalexin was begun for suspected cellulitis, but the patient returned to the clinic today because additional tender, raised, erythematous areas in a noncontiguous pattern had developed on both anterior lower legs. The patient has a 15-year history of endometriosis, for which she takes an oral contraceptive. She says that she has not been sexually active during the past year.

The patient is afebrile, and the lesions appear as described above. In addition, 1-cm bilateral inguinal lymph node enlargement is noted. Radiograph of the chest reveals a normal cardiac silhouette, normal pulmonary markings, and bilateral, asymmetrical hilar lymph node enlargement.

Which of the following is the most likely diagnosis?

- ○ A.    Arthropod bites
- ○ B.    Lyme disease
- ○ C.    ANCA-associated granulomatous vasculitis (Wegener's granulomatosis)
- ○ D.    Sarcoidosis
- ○ E.    Lymphoma

ATTORNEYS' EYES ONLY

ABIM02894

JA3788

Three days ago, a 20-year-old African American man who has sickle cell disease began to have pain in the right leg that was unresponsive to hydrocodone and increased fluid intake. Yesterday, worsening dyspnea and bilateral chest pain developed and he began taking penicillin (left over from a previous prescription). Today, he is admitted to the hospital. He has not had fever, chills, night sweats, cough, or recent upper respiratory tract infection. The patient is HIV seronegative. Medical history is notable for cholecystectomy and avascular necrosis of the femoral heads. He takes folic acid. He does not smoke cigarettes, drink alcoholic beverages, or use illicit drugs.

The patient appears acutely ill. Temperature is 39.0 C (102.2 F), pulse rate is 120 per minute, respirations are 28 per minute, and blood pressure is 120/80 mm Hg. Cardiac examination reveals sinus tachycardia and an ejection murmur at the lower left sternal border. Slight dullness to percussion and decreased breath sounds are heard at both lung bases. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 19% |
| Hemoglobin | 6.0 g/dL |
| Leukocyte count | 1800/cu mm |
| Platelet count | 110,000/cu mm |
| Reticulocyte count | 15% of red cells *[0.5–1.5]* |
| Arterial blood studies | |
| $Po_2$ | 60 mm Hg |
| $Pco_2$ | 30 mm Hg |
| pH | 7.45 |
| Blood cultures | Pending |

ATTORNEYS' EYES ONLY

ABIM02895

Case: 24-3012    Document: 48    Page: 160    Date Filed: 07/03/2025



respirations are 28 per minute, and blood pressure is 120/80 mm Hg.  Cardiac examination reveals sinus tachycardia and an ejection murmur at the lower left sternal border.  Slight dullness to percussion and decreased breath sounds are heard at both lung bases.  The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 19% |
| Hemoglobin | 6.0 g/dL |
| Leukocyte count | 1800/cu mm |
| Platelet count | 110,000/cu mm |
| Reticulocyte count | 15% of red cells [0.5–1.5] |
| Arterial blood studies | |
| Po$_2$ | 60 mm Hg |
| Pco$_2$ | 30 mm Hg |
| pH | 7.45 |
| Blood cultures | Pending |

Chest radiograph shows bilateral patchy opacities and small bilateral pleural effusions.  Treatment is begun with supplemental oxygen, intravenous fluids, morphine, and antibiotics.  Twelve hours later, progressive hypoxemia is noted, and repeat chest radiograph shows worsening bilateral opacities.

Which of the following is the most likely cause of this patient's deteriorating condition?

○ A.    *Pneumocystis* pneumonia
○ B.    Gram-negative pneumonia
○ C.    Acute chest syndrome
○ D.    Acute bacterial endocarditis

🛈 NLV's & Abbreviations                                        ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY
ABIM02896

📝 Notes  🖩 Calculator                                              ✎ Mark for Review

A 52-year-old woman has difficulty falling asleep and occasionally awakens at night and cannot return to sleep. She has read many books on sleep hygiene; none of the measures she has tried has helped. She describes an annoying feeling in the legs that is relieved by constantly moving them. Her husband complains that she frequently kicks him at night.

Which of the following is the most appropriate medication?

- A.   A beta-adrenergic blocking agent
- B.   A dopamine agonist
- C.   A selective serotonin reuptake inhibitor
- D.   A tricyclic antidepressant
- E.   Melatonin

ATTORNEYS' EYES ONLY

ABIM02897

Case: 24-3012    Document: 48    Page: 162    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 158 of 360 PageID: 19098



A previously healthy 67-year-old woman is evaluated because of painless rectal bleeding. Colonoscopy reveals a 4x3−cm adenocarcinoma in the ascending colon near the hepatic flexure. Serum carcinoembryonic antigen and liver biochemical studies are normal. Chest radiograph is normal. Contrast-enhanced computed tomogram of the abdomen shows no evidence of metastatic disease.

Which of the following treatment strategies is most appropriate?

- A.  Radiation therapy followed by surgical resection
- B.  Radiation therapy and chemotherapy followed by surgical resection
- C.  Radiation therapy and chemotherapy followed by surgical resection and postoperative chemotherapy
- D.  Surgical resection followed by radiation therapy if regional lymph nodes are involved
- E.  Surgical resection followed by chemotherapy if regional lymph nodes are involved

ATTORNEYS' EYES ONLY

ABIM02898

Case: 24-3012    Document: 48    Page: 164    Date Filed: 07/03/2025



A 74-year-old man was hospitalized three days ago because he had cloudy urine, weakness, and confusion for two days. Urosepsis was diagnosed, and piperacillin–tazobactam was begun. Blood and urine cultures revealed pansensitive *Escherichia coli*. The patient has hypertension and had a myocardial infarction, which resulted in atrial fibrillation and chronic heart failure. Medications on admission were digoxin, furosemide, captopril, and warfarin.

Today the patient has diffuse mild-to-moderate abdominal pain, back pain, nausea, and anorexia. He is lethargic and confused, responds slowly to simple commands, and is unable to eat or drink. Temperature is 38.5 C (101.3 F), pulse rate is 94 per minute and irregular and weak, respirations are 22 per minute, and blood pressure is 78/60 mm Hg. Venous pressure is normal, and the lungs are clear. The abdomen is slightly distended and diffusely tender. No guarding, rebound tenderness, or masses are noted. Chest radiograph is normal.

Laboratory studies:

|                     |           |
|---------------------|-----------|
| INR                 | 2.1       |
| Plasma glucose      | 50 mg/dL  |
| Blood urea nitrogen | 30 mg/dL  |
| Serum creatinine    | 1.8 mg/dL |
| Serum calcium       | 9.6 mg/dL |
| Serum electrolytes  |           |
|   Sodium      | 120 mEq/L |
|   Potassium   | 6.1 mEq/L |
|   Chloride    | 82 mEq/L  |
|   Bicarbonate | 18 mEq/L  |

Which of the following diagnoses best explains these findings?

❓ NLV's & Abbreviations                                    ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02899

Case: 24-3012    Document: 48    Page: 165    Date Filed: 07/03/2025

📓 Notes  🖩 Calculator                                                    ✐ Mark for Review



admission were digoxin, furosemide, captopril, and warfarin.

Today the patient has diffuse mild-to-moderate abdominal pain, back pain, nausea, and anorexia. He is lethargic and confused, responds slowly to simple commands, and is unable to eat or drink. Temperature is 38.5 C (101.3 F), pulse rate is 94 per minute and irregular and weak, respirations are 22 per minute, and blood pressure is 78/60 mm Hg. Venous pressure is normal, and the lungs are clear. The abdomen is slightly distended and diffusely tender. No guarding, rebound tenderness, or masses are noted. Chest radiograph is normal.

Laboratory studies:

| | |
|---|---|
| INR | 2.1 |
| Plasma glucose | 50 mg/dL |
| Blood urea nitrogen | 30 mg/dL |
| Serum creatinine | 1.8 mg/dL |
| Serum calcium | 9.6 mg/dL |
| Serum electrolytes | |
|   Sodium | 120 mEq/L |
|   Potassium | 6.1 mEq/L |
|   Chloride | 82 mEq/L |
|   Bicarbonate | 18 mEq/L |

Which of the following diagnoses best explains these findings?

- ○ A.  Anaphylaxis to piperacillin–tazobactam
- ○ B.  Acute adrenal hemorrhage
- ○ C.  Mesenteric ischemia
- ○ D.  Perinephric abscess
- ○ E.  Superinfection with resistant bacteria

❓ NLV's & Abbreviations                          ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02900

An asymptomatic 60-year-old woman comes to your office for a periodic health evaluation. She does not smoke cigarettes and takes no medications. Temperature is 37.0 C (98.6 F), pulse rate is 64 per minute, respirations are 12 per minute, and blood pressure is 110/65 mm Hg. Oxygen saturation by pulse oximetry is 95%. Examination of the head and neck is normal. Cardiac examination is normal; estimated central venous pressure is less than 6 cm $H_2O$. Bilateral end-inspiratory crackles are heard one-quarter of the way up from the lung bases; they do not clear with cough. No wheezes or rhonchi are noted. The patient does not have clubbing or edema of the extremities. $FEV_1$ is 85% of predicted, FVC is 84% of predicted, and $DL_{CO}$ is 82% of predicted. Chest radiograph is normal.

Which of the following is the most appropriate next step?

○ A.    Follow-up evaluation in one year
○ B.    Methacholine challenge
○ C.    High-resolution computed tomography of the chest
○ D.    Echocardiography
○ E.    Inhaled fluticasone twice daily

ATTORNEYS' EYES ONLY

ABIM02901

JA3795

Case: 24-3012    Document: 48    Page: 166    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 162 of 360
PageID: 13997

🖉 Notes    🗂 Calculator                                              🗋 Mark for Review

A 75-year-old man has had the dark 1.5-cm lesion shown on the upper back for several years.  He thinks it has grown steadily during the past two years.  It is painless, but he says that sometimes he scratches it and pieces of it "flake off."

**Click here for Figure(s)**

Which of the following is the most likely diagnosis?

- ○ A.    Compound nevus
- ○ B.    Lentigo maligna
- ○ C.    Malignant melanoma
- ○ D.    Seborrheic keratosis
- ○ E.    Verruca vulgaris

**CONFIDENTIAL**

ATTORNEYS' EYES ONLY

ABIM02902

JA3796

Case: 24-3012    Document: 48    Page: 167    Date Filed: 07/03/2025



**CONFIDENTIAL**

ATTORNEYS' EYES ONLY

ABIM02903

🖺 Notes  🗇 Calculator                                              ◁ Mark for Review

Which of the following sets of serum findings is characteristic of patients who have chronic kidney disease?

| | Calcium (mg/dL) | Phosphorus (mg/dL) | Alkaline phosphatase (U/L) | Intact parathyroid hormone [10−65 pg/mL] |
|---|---|---|---|---|
| ○ A. | 8.0 | 5.3 | 195 | 87 |
| ○ B. | 11.3 | 2.1 | 175 | 95 |
| ○ C. | 11.9 | 4.7 | 185 | Less than 5 |



⑦ NLV's & Abbreviations                    ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 169    Date Filed: 07/03/2025

ABIM02904



A 71-year-old woman has had pain and numbness in her fingers for three months. She has had hypertension for ten years and hypothyroidism for five years; current medications are hydrochlorothiazide and thyroid hormone replacement. The patient does not smoke cigarettes; she drinks a glass of wine with dinner three times weekly. Medical and family histories show no cardiovascular disease.

Temperature is normal, pulse rate is 82 per minute and regular, and blood pressure is 140/90 mm Hg. The skin is normal. The thyroid gland and lymph nodes are not enlarged. Cardiopulmonary and abdominal examinations are normal. No edema is present. Neurologic examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Hemoglobin | 13.0 g/dL |
| Leukocyte count | 9500/cu mm; 69% segmented neutrophils, 1% band forms, 21% lymphocytes, 4% monocytes, 3% basophils, 2% eosinophils |
| Platelet count | 1.3 million/cu mm |
| Peripheral blood film | Increased platelets with large, bizarre morphology |
| Comprehensive metabolic panel | Normal |
| Thyroid function studies | Normal |

Examination of bone marrow reveals hypercellularity, no fibrosis, and normal karyotype.

Which of the following is the most appropriate treatment?

ATTORNEYS' EYES ONLY

ABIM02905

📝 Notes  🧮 Calculator                                                          ◿ Mark for Review



drinks a glass of wine with dinner three times weekly. Medical and family histories show no cardiovascular disease.

Temperature is normal, pulse rate is 82 per minute and regular, and blood pressure is 140/90 mm Hg. The skin is normal. The thyroid gland and lymph nodes are not enlarged. Cardiopulmonary and abdominal examinations are normal. No edema is present. Neurologic examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Hemoglobin | 13.0 g/dL |
| Leukocyte count | 9500/cu mm; 69% segmented neutrophils, 1% band forms, 21% lymphocytes, 4% monocytes, 3% basophils, 2% eosinophils |
| Platelet count | 1.3 million/cu mm |
| Peripheral blood film | Increased platelets with large, bizarre morphology |
| Comprehensive metabolic panel | Normal |
| Thyroid function studies | Normal |

Examination of bone marrow reveals hypercellularity, no fibrosis, and normal karyotype.

Which of the following is the most appropriate treatment?

- A.  Low-molecular-weight heparin
- B.  Clopidogrel and aspirin
- C.  Hydroxyurea and aspirin
- D.  Plateletpheresis

⑦ NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02906

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 167 of 360
PageID: 19102

📑 Notes  🖩 Calculator

✎ Mark for Review



A 55-year-old man has had progressive dyspnea and wheezing for one month. He has not had fever, coryza, or any unusual exposures. He has seasonal rhinitis and mild asthma, for which he uses twice-daily inhaled beclomethasone and inhaled albuterol as needed. Recently he has required albuterol every four hours. His inhalation technique is satisfactory. Eight weeks ago, the patient began taking nifedipine for hypertension; he also has been taking ibuprofen since an ankle injury six weeks ago.

Which of the following should you do next?

○ A.   Order ventilation–perfusion lung scan
○ B.   Substitute a thiazide diuretic for nifedipine
○ C.   Substitute acetaminophen for ibuprofen
○ D.   Add salmeterol

ATTORNEYS' EYES ONLY

ABIM02907

Case: 24-3012    Document: 48    Page: 172    Date Filed: 07/03/2025

📝 Notes   🖩 Calculator                                                          ◇ Mark for Review



A 29-year-old woman who comes to the emergency department because of painful swelling of the right lower extremity is found to have a deep vein thrombosis. Physical examination also reveals a grade 3/6 holosystolic murmur. The patient has had one full-term normal delivery followed by two miscarriages. She takes no medications.

Which of the following laboratory abnormalities is most likely present?

- A.   Thrombocytosis
- B.   Shortened prothrombin time
- C.   Prolonged activated partial thromboplastin time
- D.   Elevated protein C
- E.   Elevated protein S

ATTORNEYS' EYES ONLY

ABIM02908

⏱ Time Remaining 99:43
☰ 50 of 60

🖹 Notes 🗐 Calculator     ✐ Mark for Review

A 62-year-old woman comes to your office for evaluation of an abnormal radiograph. Three weeks ago she was evaluated in the emergency department after an automobile collision. Radiographs were obtained, and one view of the spine showed a large area of calcification in the right upper quadrant of the abdomen. She has no abdominal pain, gastrointestinal symptoms, fever, weight loss, or jaundice. Her only medical problem is mild osteoarthritis of the knees, for which she takes a nonprescription nonsteroidal anti-inflammatory drug. She had a hysterectomy ten years ago. She does not smoke cigarettes or drink alcoholic beverages.

Physical examination is normal. Complete blood count, blood urea nitrogen, serum creatinine, serum electrolytes, liver biochemical studies, and urinalysis are normal. Plain radiograph of the abdomen reveals a relatively homogeneous 3- to 4-cm calcified density in the right upper quadrant. Abdominal ultrasonogram confirms calcification of the gallbladder wall.

Which of the following is the most appropriate management?

○ A.   No further tests or treatment
○ B.   Hepato-iminodiacetic acid (HIDA) scan
○ C.   Endoscopic retrograde cholangiopancreatography
○ D.   Ursodeoxycholic acid
○ E.   Referral for cholecystectomy

⊘ NLV's & Abbreviations     ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02909


Case: 24-3012   Document: 48   Page: 174   Date Filed: 07/03/2025

Notes  Calculator                                                    Mark for Review



A 65-year-old man is evaluated for acute kidney failure.  Urinalysis reveals protein 4+, blood 3+; 20−30 RBCs, 2−4 WBCs, and 2−4 RBC casts/hpf.

Which of the following is the most likely diagnosis?

○ A.    Acute interstitial nephritis
○ B.    Acute glomerulonephritis
○ C.    Acute tubular necrosis
○ D.    Acute pyelonephritis
○ E.    Obstructive uropathy

NLV's & Abbreviations                              ← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02910

Case: 24-3012    Document: 48    Page: 175    Date Filed: 07/03/2025



A previously healthy 36-year-old woman has had fatigue, recurrent fevers, night sweats, and a rash for four months. Her appetite has decreased, and she has lost 3.6 kg (8 lb). She also has had pain in the elbows, wrists, and knees, but no noticeable swelling. Painful, erythematous lesions are on two fingers of the right hand. She does not take any medications, smoke cigarettes, drink alcoholic beverages, or use illicit drugs.

Weight is 50 kg (110 lb). Temperature is 38.2 C (100.8 F), pulse rate is 96 per minute and regular, respirations are 12 per minute, and blood pressure is 136/84 mm Hg. The fundi are normal; the conjunctivae show petechiae. Periodontal inflammation is present. No lymph node enlargement is noted. The fingers are mildly clubbed. The cardiac impulse is not displaced; $S_1$ and $S_2$ are normal; $S_3$ and $S_4$ are not heard. A grade 2/6 systolic crescendo–decrescendo murmur and a grade 2/6 early diastolic decrescendo murmur are heard at the left sternal border when the patient is sitting. The lungs are clear. The abdomen is flat. The liver edge is palpable 2 cm below the right costal margin, and the span is 9 cm. The spleen tip is palpable on deep inspiration. A few petechiae are scattered on both legs below the knees. The joints are normal. Breast, pelvic, and neurologic examinations are normal. Radiograph of the chest is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 32% |
| Hemoglobin | 11.0 g/dL |
| Mean corpuscular volume | 88 fL *[86–98]* |
| Leukocyte count | 13,000/cu mm |
| Platelet count | 160,000/cu mm |
| Blood urea nitrogen | 22 mg/dL |
| Serum creatinine | 1.6 mg/dL |
| Serum electrolytes | Normal |

ATTORNEYS' EYES ONLY

ABIM02911

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 172 of 360
PageID: 19407

ABIM Internal Medicine Certification Examination · Candidate Name

🕐 Time Remaining 99:23
52 of 60

🔖 Notes  🖩 Calculator                                    Mark for Review

not heard. A grade 2/6 systolic crescendo−decrescendo murmur and a grade 2/6 early diastolic decrescendo murmur are heard at the left sternal border when the patient is sitting. The lungs are clear. The abdomen is flat. The liver edge is palpable 2 cm below the right costal margin, and the span is 9 cm. The spleen tip is palpable on deep inspiration. A few petechiae are scattered on both legs below the knees. The joints are normal. Breast, pelvic, and neurologic examinations are normal. Radiograph of the chest is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 32% |
| Hemoglobin | 11.0 g/dL |
| Mean corpuscular volume | 88 fL *[86−98]* |
| Leukocyte count | 13,000/cu mm |
| Platelet count | 160,000/cu mm |
| Blood urea nitrogen | 22 mg/dL |
| Serum creatinine | 1.6 mg/dL |
| Serum electrolytes | Normal |
| Urinalysis | Blood 1+, protein 3+, leukocyte esterase and nitrites negative; 6−10 RBCs, 0−2 WBCs, rare RBC casts/hpf |

Which of the following is most likely to confirm the diagnosis?

- A.  Antistreptolysin O titer
- B.  Antineutrophil cytoplasmic antibodies
- C.  Blood culture
- D.  Skin biopsy
- E.  Kidney biopsy

ATTORNEYS' EYES ONLY

ABIM02912

Case: 24-3012    Document: 48    Page: 177    Date Filed: 07/03/2025

A 35-year-old woman who recently emigrated from Albania comes to the emergency department because of shortness of breath. She has had palpitations, increasing dyspnea, and several episodes of hemoptysis during the past two weeks. While in the emergency department she expectorates a large amount of bright red blood. She has smoked one pack of cigarettes daily for 20 years but has no cardiopulmonary disease other than a "smoker's cough." During the past year she has become fatigued more easily.

The patient is thin. She does not appear chronically ill but is in moderate respiratory distress. Temperature is 37.1 C (98.8 F), pulse rate is 120 per minute and irregularly irregular, respirations are 32 per minute, and blood pressure is 110/70 mm Hg. The mucous membranes are moist, and skin turgor is normal. No skin lesions are present. Estimated central venous pressure is 10 cm $H_2O$. Diffuse bilateral wheezes and rhonchi are noted. The cardiac impulse is indistinct. Auscultation is difficult because of respiratory noise and the very rapid irregular heart rate. Electrocardiogram shows atrial fibrillation with a rapid ventricular response. Chest radiograph is shown.

**Click here for Figure(s)**

Which of the following is the most likely diagnosis?

○ A.   Aspergillosis
○ B.   Tuberculosis
○ C.   Mitral stenosis
○ D.   ANCA-associated granulomatous vasculitis (Wegener's granulomatosis)
○ E.   Pulmonary embolism

❓ NLV's & Abbreviations                              ← Previous   ✥ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02913



ATTORNEYS' EYES ONLY

JA3808

ABIM02914

Case: 24-3012    Document: 48    Page: 179    Date Filed: 07/03/2025

Notes   Calculator                                          Mark for Review

A 32-year-old man has a long-standing history of premature ejaculation. The patient has normal erections in the morning and has had no change in libido or symptoms of anxiety or depression. He takes no medications and does not smoke cigarettes, drink alcoholic beverages, or use illicit drugs. He exercises regularly. Medical history is unremarkable. He married recently, and couples sex therapy has been of no benefit. Physical examination is normal.

Which of the following is the best therapeutic option?

○ A.   A glass of wine at bedtime
○ B.   Sertraline
○ C.   Lorazepam
○ D.   Amitriptyline
○ E.   Sildenafil

NLV's & Abbreviations                          ← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02915

Case: 24-3012   Document: 48   Page: 180   Date Filed: 07/03/2025

📖 Notes  📇 Calculator                                                   ✎ Mark for Review



A 37-year-old man had left knee pain after he bumped it while doing household repairs yesterday.  Aspirin has not provided relief.  He has not had fever, chills, or other symptoms.  The patient's only medical problem is hypertension, which has been well controlled by hydrochlorothiazide (25 mg daily).

Temperature is 37.9 C (100.2 F).  The left knee is swollen, warm, and mildly erythematous.  It is painful on palpation or movement.  Radiograph of the knee shows soft tissue swelling and linear calcium deposits in articular cartilage; no fracture is noted.

Which of the following is the best management for this patient?

- A.  Indomethacin
- B.  Colchicine
- C.  Injection of triamcinolone hexacetonide into the joint space
- D.  Aspiration of the joint and examination of the fluid
- E.  Orthopedic consultation for arthroscopy

❓ NLV's & Abbreviations                          ← Previous   ❖ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02916

Time Remaining 98:51
56 of 60

Notes  Calculator                                                              Mark for Review



A previously healthy 72-year-old man has had right shoulder pain for three months. Pain initially was related to physical activity but it has become more persistent and now awakens him at night. The patient fell on his right arm several months ago, but he cannot directly relate that trauma to the onset of shoulder pain. He has lost 3.6 kg (8 lb) in the past few months; he attributes this to the shoulder discomfort and to gastrointestinal distress caused by nonprescription pain medications. He has a 60-pack-year history of cigarette smoking.

The patient has bibasilar crackles, which clear with coughing. The fingers are slightly clubbed bilaterally. The right shoulder has normal range of active and passive motion. Movement of the cervical spine is limited slightly in all directions. Neurologic examination reveals normal upper extremity reflexes and no sensory abnormalities. The remainder of the physical examination is normal.

Which of the following should you recommend?

- A.  Corticosteroid injection into the right rotator cuff
- B.  Radiography of the chest
- C.  Radiography of the right shoulder
- D.  Radiography of the cervical spine
- E.  Echocardiography

NLV's & Abbreviations                         Previous   Navigator   Next

ATTORNEYS' EYES ONLY

ABIM02917

Case: 24-3012   Document: 48   Page: 182   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 178 of 260 PageID: 13845

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever. He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again. He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest. The patient has no living will; his wife supports his wishes.

Which of the following should you do?

○ A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
○ B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
○ C.  Consult the hospital ethics committee
○ D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02918

Case: 24-3012    Document: 48    Page: 183    Date Filed: 07/03/2025

Case: 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 179 of 360
PageID: 19441

A 48-year-old woman is hospitalized because of jaundice, low-grade fever, and abdominal distention. She admits to drinking more than one pint of vodka daily for about four years.

Temperature is 37.8 C (100.0 F), pulse rate is 84 per minute, and blood pressure is 100/70 mm Hg. Physical examination shows marked scleral icterus. Spider angiomas are seen on the chest. Palmar erythema is noted. The liver is enlarged and tender. Moderate ascites and edema (2+) of the lower extremities are present. Slight asterixis is noted.

Which of the following is the best indicator of the short-term mortality rate in patients such as this one?

- ○ A. Leukocyte count
- ○ B. Serum ammonia
- ○ C. Prothrombin time and serum bilirubin
- ○ D. Serum total proteins and albumin
- ○ E. Computed tomography of the abdomen showing evidence of cirrhosis

ATTORNEYS' EYES ONLY

JA3813

ABIM02919

Case: 24-3012    Document: 48    Page: 184    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 180 of 360
PageID: 19445



You review a recent randomized controlled clinical trial of an angiotensin-converting enzyme (ACE) inhibitor versus placebo in patients who have asymptomatic left ventricular systolic dysfunction and left ventricular ejection fraction less than 35%. In the study, 15% of patients treated with the ACE inhibitor and 21% of those treated with placebo were hospitalized for heart failure during the next three years, for a relative risk reduction of 32% and an absolute risk reduction of 6%.

Which of the following is the number of patients that you need to treat with an ACE inhibitor to prevent one hospitalization for symptomatic heart failure in three years?

- A.  3
- B.  6
- C.  16
- D.  32

ATTORNEYS' EYES ONLY

ABIM02920

Case: 24-3012    Document: 48    Page: 185    Date Filed: 07/03/2025

Time Remaining 98:25
60 of 60

Notes  Calculator

Mark for Review



Which of the following is the most common cause of death in patients with systemic lupus erythematosus who survive at least ten years after the onset of symptoms?

- A.  Accelerated atherosclerosis
- B.  Hip fracture due to osteoporosis
- C.  Kidney failure due to glomerulonephritis
- D.  Malignancy
- E.  Suicide

NLV's & Abbreviations

← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02921

Case: 24-3012    Document: 48    Page: 186    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 187    Date Filed: 07/03/2025



ABIM Internal Medicine Certification Examination — Candidate Name    ⏱ Time Remaining 98:18

Session Review

⊟ Instructions

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

| ⊟ Session 2 | | | | (60 Unseen/Incomplete) | |
|---|---|---|---|---|---|
| Question 1 | Incomplete | Question 2 | Incomplete | Question 3 | Incomplete |
| Question 4 | Incomplete | Question 5 | Incomplete | Question 6 | Incomplete |
| Question 7 | Incomplete | Question 8 | Incomplete | Question 9 | Incomplete |
| Question 10 | Incomplete | Question 11 | Incomplete | Question 12 | Incomplete |
| Question 13 | Incomplete | Question 14 | Incomplete | Question 15 | Incomplete |
| Question 16 | Incomplete | Question 17 | Incomplete | Question 18 | Incomplete |
| Question 19 | Incomplete | Question 20 | Incomplete | Question 21 | Incomplete |
| Question 22 | Incomplete | Question 23 | Incomplete | Question 24 | Incomplete |
| Question 25 | Incomplete | Question 26 | Incomplete | Question 27 | Incomplete |
| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |

⇥ End Session      ⚑ Review All    ✖ Review Incomplete    ⚑ Review Marked

ATTORNEYS' EYES ONLY

ABIM02922

Case: 24-3012    Document: 48    Page: 188    Date Filed: 07/03/2025



ABIM Internal Medicine Certification Examination    Candidate Name    ⏱ Time Remaining 98:04

Session Review

⊟ Instructions

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

| | | | |
|---|---|---|---|
| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |
| Question 31 | Incomplete | Question 32 | Incomplete | Question 33 | Incomplete |
| Question 34 | Incomplete | Question 35 | Incomplete | Question 36 | Incomplete |
| Question 37 | Incomplete | Question 38 | Incomplete | Question 39 | Incomplete |
| Question 40 | Incomplete | Question 41 | Incomplete | Question 42 | Incomplete |
| Question 43 | Incomplete | Question 44 | Incomplete | Question 45 | Incomplete |
| Question 46 | Incomplete | Question 47 | Incomplete | Question 48 | Incomplete |
| Question 49 | Incomplete | Question 50 | Incomplete | Question 51 | Incomplete |
| Question 52 | Incomplete | Question 53 | Incomplete | Question 54 | Incomplete |
| Question 55 | Incomplete | Question 56 | Incomplete | Question 57 | Incomplete |
| Question 58 | Incomplete | Question 59 | Incomplete | Question 60 | Incomplete |

➔] End Session    ⚐ Review All    ✖ Review Incomplete    ⚐ Review Marked

ATTORNEYS' EYES ONLY

ABIM02923



**ATTORNEYS' EYES ONLY**

ABIM02924

Case: 24-3012    Document: 48    Page: 190    Date Filed: 07/03/2025



ATTORNEYS' EYES ONLY

ABIM02925

Case: 24-3012    Document: 48    Page: 191    Date Filed: 07/03/2025



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

## NORMAL LABORATORY VALUES NOT INCLUDED IN THE QUESTION TEXT

The **comprehensive metabolic panel** contains the following assays: albumin, alkaline phosphatase, AST, total bilirubin, blood urea nitrogen, calcium, total cholesterol, creatinine, glucose, phosphorus, total protein, uric acid. These are highlighted in **bold**. Arterial blood studies are done at sea level with the patient breathing room air unless otherwise specified.

### Hematologic:

| | |
|---|---|
| Erythrocyte sedimentation rate (Westergren) | Male: 0-15 mm/hr; female: 0-20 mm/hr |
| Hematocrit, blood | Male: 42-50%; female: 40-48% |
| Hemoglobin, blood | Male: 13-16 g/dL; female: 12-15 g/dL |
| Hemoglobin A$_c$ | 4.0-6.1% |
| Leukocyte count and differential | 4000-11,000/cu mm; |
| | 50-70% segmented neutrophils, |
| | 0-5% band forms, 30-45% lymphocytes, |
| | 0-6% monocytes, 0-1% basophils |
| | 0-3% eosinophils |
| Platelet count | 150,000-300,000/cu mm |

### Whole blood, plasma, serum chemistries:

☒ Close

ATTORNEYS' EYES ONLY

ABIM02926



Case: 24-3012    Document: 48    Page: 192    Date Filed: 07/03/2025

ATTORNEYS' EYES ONLY

ABIM02927



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| High-density lipoprotein (HDL) | Low: less than 40 mg/dL |
| Low-density lipoprotein (LDL) | Optimal: less than 100 mg/dL |
| | Near-optimal: 100-129 mg/dL |
| | Borderline-high: 130-159 mg/dL |
| | (may be high in the presence of coronary artery disease or other factors) |
| | High: 160-189 mg/dL |
| | Very high: 190 mg/dL and above |
| **Creatinine, serum** | **0.7-1.5 mg/dL** |
| Electrolytes, serum: | |
|   Sodium | 136-145 mEq/L |
|   Potassium | 3.5-5.0 mEq/L |
|   Chloride | 98-106 mEq/L |
|   Bicarbonate | 23-28 mEq/L |
| **Glucose, plasma** | **Normal (fasting): 70-115 mg/dL** |
| | **Borderline: 115-140 mg/dL** |
| | **Abnormal: greater than 140 mg/dL** |
| Luteinizing hormone, serum | Adult male: 2-18 mIU/mL |
| | Female: |
| |   To age 8: less than 10 mIU/mL |
| |   Ages 8-14: 2-14 mIU/mL |
| |   Adult: 5-12 mIU/mL (follicular or luteal) |

⊠ Close

**ATTORNEYS' EYES ONLY**

ABIM02928



**NLV's & Abbreviations**

**Normal Lab Values** | Abbreviations

|  |  |
|---|---|
|  | 30-250 mIU/mL (mid-cycle peak) |
|  | greater than 30 mIU/mL |
|  | (postmenopausal) |
| **Phosphorus, serum** | **3.0-4.5 mg/dL** |
| **Proteins, serum:** |  |
| **Total** | **5.5-9.0 g/dL** |
| **Albumin** | **3.5-5.5 g/dL** |
| Triglycerides, serum (fasting) | Normal: less than 250 mg/dL |
|  | Borderline: 250-500 mg/dL |
|  | Abnormal: greater than 500 mg/dL |
| **Urea nitrogen, blood** | **8-20 mg/dL** |
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| **Cerebrospinal fluid (CSF):** |  |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| **Hemodynamic measurements:** |  |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |
| Cardiac output | 4-6 L/min |

☒ Close

**ATTORNEYS' EYES ONLY**

Case: 24-3012    Document: 48    Page: 194    Date Filed: 07/03/2025

ABIM02929



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| | |
| **Cerebrospinal fluid (CSF):** | |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| | |
| **Hemodynamic measurements:** | |
| Cardiac index | 2.5-4.2 L/min/m² |
| Cardiac output | 4-6 L/min |
| Pressures: | |
| Pulmonary artery | Systolic: 15-30 mm Hg |
| | Diastolic: 3-21 mm Hg |
| | Mean: 9-16 mm Hg |
| Pulmonary artery wedge | 6-12 mm Hg |
| Right atrium | 0-8 mm Hg |
| Right ventricle | Systolic: 15-30 mm Hg |
| | Diastolic: 0-5 mm Hg |
| Systemic arteries | Systolic: 100-140 mm Hg |
| | Diastolic: 60-90 mm Hg |
| | Mean: 70-105 mm Hg |

⊠ Close

**ATTORNEYS' EYES ONLY**

ABIM02930



ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 196    Date Filed: 07/03/2025

ABIM02931



## NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| | |
|---|---|
| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $F_{IO_2}$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

⊠ Close

ATTORNEYS' EYES ONLY

ABIM02932



### NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| | |
|---|---|
| HBsAg | Hepatitis B surface antigen |
| HBV | Hepatitis B virus |
| HCV | Hepatitis C virus |
| HDL | High-density lipoprotein |
| HIV | Human immunodeficieny virus |
| HMG-CoA | Hydroxymethylglutaryl coenzyme A |
| Ig | Immunoglobulin |
| INR | International normalized ratio |
| LDL | Low-density lipoprotein |
| MALT | Mucosa-associated lymphoid tissue |
| METS | Metabolic equivalents |
| MVV | Maximal volume ventilation |
| NPH | Neutral protamine Hagedorn |
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |

☒ Close

**ATTORNEYS' EYES ONLY**

ABIM02933



ATTORNEYS' EYES ONLY

ABIM02934

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 195 of 260 PageID: 9450



The pulmonary function test results shown below are most consistent with which of the following diagnoses?

| | Normal | Observed | % of Predicted |
|---|---|---|---|
| FEV (L) | 3.6 | 3.24 | 90 |
| $FEV_1$ (L) | 2.7 | 2.4 | 88 |
| $FEV_1$/FVC (%) | 75 | 74 | — |
| $FEF_{25\%-75\%}$ (L/sec) | 2.4 | 2.2 | 92 |
| TLC (L) | 6.1 | 6.1 | 100 |
| RV/TLC (%) | 25 | 28 | — |
| $DL_{CO}$ (mL/min/mm Hg) | 22 | 41 | 186 |

- ○ A.  Bullous emphysema
- ○ B.  Chest wall lesion
- ○ C.  Intracardiac shunt
- ○ D.  Neuromuscular weakness
- ○ E.  Pulmonary emboli

ATTORNEYS' EYES ONLY

ABIM02935

Case: 24-3012    Document: 48    Page: 200    Date Filed: 07/03/2025

📝 Notes   🗒 Calculator

✍ Mark for Review

A review article on pulmonary embolism (PE) compares several diagnostic tests with pulmonary arteriography and includes the following table:

| Finding | Sensitivity (%) | Specificity (%) | Likelihood ratio | |
|---|---|---|---|---|
| | | | Positive | Negative |
| Elevated plasma D-dimer | 94 | 25 | 1.2 | 0.3 |
| Abnormal ventilation–perfusion lung scan | 98 | 10 | 1.1 | 0.2 |
| Abnormal compression ultrasonography of the legs | 29 | 97 | 10.3 | 0.7 |
| Moderate or high clinical probability of PE | 91 | 33 | 1.4 | 0.3 |

Based on these data, which of the following test results reduces the probability of PE the most (i.e., makes PE least likely)?

○ A.   Normal plasma D-dimer
○ B.   Normal ventilation–perfusion lung scan
○ C.   Normal compression ultrasonography of the legs
○ D.   Low clinical probability

⑦ NLV's & Abbreviations

← Previous   ✦ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02936

Case: 24-3012    Document: 48    Page: 201    Date Filed: 07/03/2025



A 74-year-old man who is a former shipyard worker has had fatigue and a personality change for six months. His wife tells you that the patient seems forgetful and occasionally confused. He also has become withdrawn and seems depressed; he performs his normal daily activities but no longer participates in family or community functions.

The patient is pale and slightly icteric. Affect is flat. Tympanic temperature is 36.6 C (97.9 F). Pulse rate is 92 per minute, and blood pressure is 120/70 mm Hg. He is oriented to person, place, and time. Motor strength and cranial nerves are normal. Reflexes are symmetric but diminished, and ankle reflexes are absent. Plantar responses are flexor. Vibratory and position senses are decreased in both lower extremities. Gait is slightly wide based. Physical examination is otherwise normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 26% |
| Hemoglobin | 8.5 g/dL |
| Leukocyte count | 2900/cu mm; normal differential |
| Platelet count | 80,000/cu mm |
| Mean corpuscular volume | 116 fL *[86–98]* |
| Serum bilirubin | |
|   Total | 2.0 mg/dL |
|   Direct | 0.8 mg/dL |
| Serum alkaline phosphatase | 89 U/L |
| Serum aminotransferases | |
|   ALT | 32 U/L |
|   AST | 48 U/L |
| Serum lactate dehydrogenase | 500 U/L *[140–280]* |
| Thyroid function studies | Normal |

ATTORNEYS' EYES ONLY
ABIM02937

Case: 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 198 of 260
PageID: 19468

🔖 Notes 🖩 Calculator                                                    ✎ Mark for Review

Motor strength and cranial nerves are normal.  Reflexes are symmetric but diminished, and ankle reflexes are absent.  Plantar responses are flexor.  Vibratory and position senses are decreased in both lower extremities.  Gait is slightly wide based.  Physical examination is otherwise normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 26% |
| Hemoglobin | 8.5 g/dL |
| Leukocyte count | 2900/cu mm; normal differential |
| Platelet count | 80,000/cu mm |
| Mean corpuscular volume | 116 fL *[86–98]* |
| Serum bilirubin | |
|   Total | 2.0 mg/dL |
|   Direct | 0.8 mg/dL |
| Serum alkaline phosphatase | 89 U/L |
| Serum aminotransferases | |
|   ALT | 32 U/L |
|   AST | 48 U/L |
| Serum lactate dehydrogenase | 500 U/L *[140–280]* |
| Thyroid function studies | Normal |

Which of the following is the most likely cause of the neurologic findings?

- A. Folic acid deficiency
- B. Vitamin B$_{12}$ deficiency
- C. Pyridoxine deficiency
- D. Lead poisoning
- E. Paraneoplastic syndrome

❓ NLV's & Abbreviations                          ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02938

JA3832

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 199 of 260
PageID: 19434

Notes · Calculator · Mark for Review

A 32-year-old woman has had insomnia for six months. She goes to bed at 11 PM, but noises in her apartment keep her awake. She has tried keeping the radio on as background noise, but she still is aware of every sound. Usually, she falls asleep around 3 AM then frequently awakens until she gets up at 7 AM. During the day, she feels exhausted and has difficulty concentrating. She spends three hours commuting to work because she takes three buses. She switched from a more direct route after she was assaulted at the previous bus stop. She frequently recalls the episode. The patient does not drink alcoholic beverages and has two cups of coffee every morning. She does not take any medications and has no other medical problems.

In addition to counseling, which of the following is the most appropriate pharmacotherapy?

○ A.   Alprazolam
○ B.   Diphenhydramine
○ C.   Fluoxetine
○ D.   Temazepam
○ E.   Zolpidem

NLV's & Abbreviations · ← Previous · Navigator · Next →

ATTORNEYS' EYES ONLY

ABIM02939

Case: 24-3012    Document: 48    Page: 204    Date Filed: 07/03/2025

📝 Notes   📱 Calculator                                                    ◁ Mark for Review

A 55-year-old man has had recurrent episodes of vision loss in the left eye for five days. Most episodes have occurred while he was sitting quietly. This morning he had sudden total loss of vision in the left eye unaccompanied by syncope, pain, or other neurologic symptoms. He has no other symptoms and takes no medications. He has had blood pressure readings of 150/90 mm Hg on a few occasions. He smoked one pack of cigarettes daily for 20 years but quit five years ago.

The patient is anxious but is in no acute distress. Blood pressure is 140/90 mm Hg in both arms. Funduscopic view is shown. No carotid bruits are heard, but the left carotid pulse is slightly reduced compared with the right. Physical examination is otherwise normal. Laboratory studies are normal except for erythrocyte sedimentation rate of 25 mm/hr, serum total cholesterol of 260 mg/dL, and serum LDL cholesterol of 180 mg/dL. Aspirin therapy is begun.

**Click here for Figure(s)**

Which of the following studies is most likely to help establish the diagnosis?

○ A.    Transthoracic echocardiography
○ B.    Duplex ultrasonography of the carotid arteries
○ C.    Magnetic resonance imaging of the brain and cervical spine
○ D.    Temporal artery biopsy

❓ NLV's & Abbreviations                              ← Previous   ✥ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02940

Case: 24-3012    Document: 48    Page: 205    Date Filed: 07/03/2025



ATTORNEYS' EYES ONLY

ABIM02941

Case: 24-3012   Document: 48   Page: 207   Date Filed: 07/03/2025



ABIM Internal Medicine Certification Examination - Candidate Name

🔖 Notes  🖩 Calculator

⏱ Time Remaining 117:01  ☰ 6 of 60

✎ Mark for Review

A 77-year-old man has had swelling in the wrists, knees, and ankles for four months. He has morning stiffness for approximately one hour each day. The patient has a nonproductive cough and some shortness of breath that he attributes to smoking two packs of cigarettes daily for 50 years. His appetite has decreased, and he has lost 2.5 kg (5.5 lb) in the past few months.

Vital signs are normal. Moderate swelling is present in the wrists, knees, and ankles, with boggy synovial thickening. Shoulder abduction is limited slightly bilaterally. Occasional expiratory rhonchi clear with deep breathing. A grade 1/6 diastolic murmur is heard best at the aortic area. The fingernails are pitted, and the digits are clubbed slightly. Radiographs of the wrists, knees, and ankles reveal mild osteopenia with periosteal new bone formation at the distal aspects of both ulnas, femurs, and tibias.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 34% |
| Leukocyte count | 8200/cu mm; normal differential |
| Erythrocyte sedimentation rate | 62 mm/hr |
| Serum proteins | |
| Total | 5.5 g/dL |
| Albumin | 2.4 g/dL |
| Urinalysis | Normal |

Which of the following studies is most likely to be helpful in establishing the diagnosis of the joint symptoms?

- A.  Rheumatoid factor
- B.  Serum prostate-specific antigen
- C.  Blood cultures (x2)
- D.  Chest radiography
- E.  Echocardiography

⑦ NLV's & Abbreviations

← Previous  ⚙ Navigator  Next →

**ATTORNEYS' EYES ONLY**

ABIM02942

📝 Notes  🖩 Calculator                                                    🖊 Mark for Review



A 35-year-old woman gave birth to her first child six months ago and has been unable to lose the 11.5 kg (25 lb) she gained during pregnancy. Pulse rate is 60 per minute and regular, and blood pressure is 110/70 mm Hg. The thyroid gland is mildly enlarged and nontender. Serum free thyroxine ($T_4$) is 0.7 ng/dL *[0.8–2.4]*, and thyroid-stimulating hormone is 14.5 μU/mL *[0.5–4.0]*.

Which of the following is the most likely diagnosis?

- ○ A.   Postpartum thyroiditis
- ○ B.   Postpartum pituitary apoplexy
- ○ C.   Prodrome of Graves' disease
- ○ D.   Papillary carcinoma of the thyroid
- ○ E.   Struma ovarii

⑦ NLV's & Abbreviations                        ← Previous   ✥ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02943

📑 Notes  🖥 Calculator                                                        △ Mark for Review

A 31-year-old male airline pilot is referred to you for exercise electrocardiography. He is in good health and has no history of chest pain. Analysis of cardiac risk factors leads you to believe that his probability of significant coronary artery disease is 10%. The sensitivity of stress testing is 80% and the specificity is 80% for asymptomatic patients.

If the patient's stress test is positive, what is the approximate likelihood that he has significant coronary disease?

- ○ A.  30%
- ○ B.  40%
- ○ C.  50%
- ○ D.  65%
- ○ E.  80%

⑦ NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02944

Case: 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 205 of 260 PageID: 19040

Notes    Calculator                                                          Mark for Review

A 21-year-old woman is brought to the emergency department following a tonic–clonic seizure. Her family reports that she was in good health until five days ago when low-grade fever, mild frontal headache, and lassitude developed.

The patient is somnolent but arousable. Temperature is 39.1 C (102.4 F) rectally, pulse rate is 110 per minute, respirations are 24 per minute, and blood pressure is 100/50 mm Hg. Scleral icterus is present. Fresh blood is present in the mouth, and her gums are oozing. The neck is supple. Petechiae are noted over both lower extremities. The patient does not cooperate with a detailed mental status examination or a complete neurologic examination. She moves all extremities and withdraws appropriately in response to pain. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 24% |
| Hemoglobin | 8.0 g/dL |
| Platelet count | 15,000/cu mm (repeat 15,100/cu mm) |
| Leukocyte count | 14,000/cu mm; 80% segmented neutrophils, 10% band forms, 8% lymphocytes, 2% metamyelocytes |
| Reticulocyte count | 15% of red cells [0.5–1.5] |
| Peripheral blood film | Numerous schistocytes, occasional nucleated RBCs |
| Prothrombin time | 12.2 seconds [11–13] |
| Activated partial thromboplastin time | 33 seconds [30–40] |
| Blood urea nitrogen | 92 mg/dL |
| Serum creatinine | 4.0 mg/dL |
| Serum bilirubin | |

NLV's & Abbreviations                              ← Previous    Navigator    Next →

ATTORNEYS' EYES ONLY

ABIM02945

Case: 24-3012    Document: 48    Page: 210    Date Filed: 07/03/2025

Case: 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 206 of 260
PageID: 19dat



Laboratory studies:

| | |
|---|---|
| Hematocrit | 24% |
| Hemoglobin | 8.0 g/dL |
| Platelet count | 15,000/cu mm (repeat 15,100/cu mm) |
| Leukocyte count | 14,000/cu mm; 80% segmented neutrophils, 10% band forms, 8% lymphocytes, 2% metamyelocytes |
| Reticulocyte count | 15% of red cells [0.5–1.5] |
| Peripheral blood film | Numerous schistocytes, occasional nucleated RBCs |
| Prothrombin time | 12.2 seconds [11–13] |
| Activated partial thromboplastin time | 33 seconds [30–40] |
| Blood urea nitrogen | 92 mg/dL |
| Serum creatinine | 4.0 mg/dL |
| Serum bilirubin | |
|    Total | 5.0 mg/dL |
|    Direct | 1.5 mg/dL |
| Serum aspartate aminotransferase (AST) | 100 U/L |
| Serum lactate dehydrogenase | 1200 U/L [140–280] |

Which of the following is the most likely diagnosis?

- A.  Immune thrombocytopenic purpura
- B.  Thrombotic thrombocytopenic purpura
- C.  Meningococcemia
- D.  Acute myelogenous leukemia

ATTORNEYS' EYES ONLY

ABIM02946

Case: 24-3012    Document: 48    Page: 211    Date Filed: 07/03/2025

Case: 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 207 of 260
PageID: 18042



A 72-year-old man is brought to the emergency department by his sons after they find him unconscious on the floor of his home surrounded by empty beer bottles. His sons had come to check on him after he failed to answer the telephone for two days. They are unable to provide his medical history.

The patient appears disheveled and is unarousable. An odor of beer is noted on his breath. Temperature is 33.1 C (91.6 F), pulse rate is 136 per minute, respirations are 24 per minute, and blood pressure is 84/64 mm Hg. The oral mucous membranes are dry. Skin turgor is poor. Both pupils react sluggishly to light. The jugular veins are not distended. Cardiac examination reveals sinus tachycardia, and the lungs are clear. The liver is not enlarged, and no ascites or peripheral edema is noted.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 52% |
| Hemoglobin | 16.8 g/dL |
| Prothrombin time | 15 seconds *[11−13]* |
| Plasma glucose | 182 mg/dL |
| Blood urea nitrogen | 65 mg/dL |
| Serum creatinine | 10.2 mg/dL |
| Serum electrolytes | |
|   Sodium | 147 mEq/L |
|   Potassium | 6.8 mEq/L |
|   Chloride | 109 mEq/L |
|   Bicarbonate | 16 mEq/L |
| Serum calcium | 8.1 mg/dL |
| Serum phosphorus | 12.3 mg/dL |
| Serum total bilirubin | 2.4 mg/dL |
| Serum albumin | 4.2 g/dL |

ATTORNEYS' EYES ONLY

ABIM02947

Case: 24-3012    Document: 48    Page: 212    Date Filed: 07/03/2025

🗐 Notes  🗇 Calculator                                                                🖊 Mark for Review



| | |
|---|---|
| Hematocrit | 52% |
| Hemoglobin | 16.8 g/dL |
| Prothrombin time | 15 seconds *[11–13]* |
| Plasma glucose | 182 mg/dL |
| Blood urea nitrogen | 65 mg/dL |
| Serum creatinine | 10.2 mg/dL |
| Serum electrolytes | |
| Sodium | 147 mEq/L |
| Potassium | 6.8 mEq/L |
| Chloride | 109 mEq/L |
| Bicarbonate | 16 mEq/L |
| Serum calcium | 8.1 mg/dL |
| Serum phosphorus | 12.3 mg/dL |
| Serum total bilirubin | 2.4 mg/dL |
| Serum albumin | 4.2 g/dL |
| Serum osmolality | |
| Calculated | 320 mOsm/kg $H_2O$ |
| Measured | 328 mOsm/kg $H_2O$ *[280–300]* |
| Urinalysis | Blood 4+, glucose trace, protein 1+; 1–2 RBCs, 1–2 WBCs, 10–15 coarse granular casts/hpf |

Which of the following is the most likely diagnosis?

○ A.    Ethylene glycol poisoning
○ B.    Obstructive uropathy
○ C.    Rhabdomyolysis
○ D.    Volume depletion

⑦ NLV's & Abbreviations                                    ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02948



Long-term (five years) tamoxifen therapy places a postmenopausal woman at increased risk for which of the following?

- ○ A.  Osteoporosis
- ○ B.  Addison's disease
- ○ C.  Ovarian cancer
- ○ D.  Endometrial cancer

ATTORNEYS' EYES ONLY

ABIM02949

Case: 24-3012    Document: 48    Page: 214    Date Filed: 07/03/2025

Case: 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 210 of 260
PageID: 19945

🖋 Notes   🖩 Calculator                                                    ✎ Mark for Review

A 27-year-old woman has had chronic abdominal and pelvic pain for approximately one year. Laparoscopic examination reveals no abnormalities. On the third postoperative day she has fever, diarrhea, and profound weakness.

Temperature is 40.0 C (104.0 F), pulse rate is 144 per minute, and blood pressure is 70/50 mm Hg. The skin is diffusely erythematous. The abdomen is mildly tender; moderate erythema with purulent drainage is noted at the incision site. Pelvic examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 36% |
| Leukocyte count | 23,000/cu mm; 59% segmented neutrophils, 23% band forms, 5% lymphocytes, 5% monocytes, 8% metamyelocytes |
| Serum total bilirubin | 2.6 mg/dL |
| Serum creatinine | 2.2 mg/dL |
| Serum alanine aminotransferase (AST) | 127 U/L |

Gram stain of the purulent wound exudate would most likely show which of the following?

- ○ A.  Mixed (polymicrobial) flora
- ○ B.  Gram-negative bacilli
- ○ C.  Gram-positive bacilli, some with spores
- ○ D.  Gram-positive cocci in clusters

ATTORNEYS' EYES ONLY

ABIM02950



A 54-year-old woman undergoes a total hysterectomy and bilateral salpingo-oophorectomy for endometrial cancer.  Heparin (subcutaneously every eight hours) is begun postoperatively for thromboembolism prophylaxis.  On day 6, the patient reports a cold feeling in the left foot.

The left foot has a mottled bluish discoloration and is cool but not edematous.  The left posterior tibialis and dorsalis pedis pulses are not palpable.

Laboratory studies:

|  | Admission | Day 6 |
| --- | --- | --- |
| Hemoglobin (g/dL) | 14.0 | 12.0 |
| Leukocyte count (/cu mm) | 6700 | 9000 |
| Platelet count (/cu mm) | 196,000 | 98,000 |
| Peripheral blood film | — | No schistocytes |
| Prothrombin time | — | Normal |
| Activated partial thromboplastin time | — | Normal |
| Comprehensive metabolic panel | Normal | — |

Which of the following is the most likely explanation of these findings?

- ○ A.  Heparin-induced thrombocytopenia
- ○ B.  Deep vein thrombosis
- ○ C.  Hereditary protein C deficiency
- ○ D.  Disseminated intravascular coagulation
- ○ E.  Antiphospholipid syndrome

ATTORNEYS' EYES ONLY

ABIM02951

📝 Notes  🖩 Calculator                                              ✍ Mark for Review



A 34-year-old man consults you because a friend commented that his eyes looked yellow. He has not had nausea, fatigue, or abdominal pain. He drinks one or two cocktails daily and has never used illicit drugs. The patient has one sexual partner and has not traveled outside the United States. He has no family history of liver disease.

The sclerae are icteric. The liver is palpable at the costal margin but is not tender or enlarged. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 44% |
| Hemoglobin | 14.5 g/dL |
| Leukocyte count | 5200/cu mm |
| Platelet count | 160,000/cu mm |
| Reticulocyte count | 1.0% of red cells *[0.5–1.5]* |
| Peripheral blood film | Normal |
| Serum bilirubin | |
|   Total | 2.6 mg/dL |
|   Direct | 0.2 mg/dL |
| Serum albumin | 4.4 g/dL |
| Serum alkaline phosphatase | 60 U/L |
| Serum aminotransferases | |
|   ALT | 18 U/L |
|   AST | 14 U/L |

Which of the following is the best next step?

○ A.  Reassurance

⊙ NLV's & Abbreviations                    ← Previous   ⊞ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02952

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 213 of 260
PageID: 19048

ABIM Internal Medicine Certification Examination · Candidate Name   ⏱ Time Remaining 115:15
🖺 Notes  🗔 Calculator                                                        ⬏ 14 of 60
                                                          ✎ Mark for Review

family history of liver disease.

The sclerae are icteric.  The liver is palpable at the costal margin but is not tender or enlarged.  The remainder of the physical examination is normal.

Laboratory studies:



| | |
|---|---|
| Hematocrit | 44% |
| Hemoglobin | 14.5 g/dL |
| Leukocyte count | 5200/cu mm |
| Platelet count | 160,000/cu mm |
| Reticulocyte count | 1.0% of red cells [0.5–1.5] |
| Peripheral blood film | Normal |
| Serum bilirubin | |
|   Total | 2.6 mg/dL |
|   Direct | 0.2 mg/dL |
| Serum albumin | 4.4 g/dL |
| Serum alkaline phosphatase | 60 U/L |
| Serum aminotransferases | |
|   ALT | 18 U/L |
|   AST | 14 U/L |

Which of the following is the best next step?

- A. Reassurance
- B. Ultrasonography of the liver and spleen
- C. Magnetic resonance cholangiopancreatography
- D. Liver biopsy
- E. Bone marrow aspiration and biopsy

ATTORNEYS' EYES ONLY
ABIM02953
JA3847

📓 Notes  🖩 Calculator                                                △ Mark for Review



An otherwise healthy 63-year-old man comes to the emergency department because he has had worsening right flank pain and nausea for two days. He has not had fever, dysuria, hematuria, diarrhea, or melena. Ten years ago, he had a similar episode of pain but did not seek medical attention. He takes lisinopril for long-standing hypertension.

Temperature is normal, pulse rate is 84 per minute and regular, and blood pressure is 150/70 mm Hg. Physical examination shows mild tenderness at the right costovertebral angle and in the right lower abdominal quadrant, with no rebound tenderness or masses. Bowel sounds are normal. The remainder of the examination is normal. Complete blood count and serum electrolytes are normal. Urinalysis reveals trace blood and 3–6 RBCs/hpf.

Which of the following imaging studies of the abdomen is most appropriate?

- ○ A.  Plain radiograph
- ○ B.  Spiral computed tomogram
- ○ C.  Ultrasonogram
- ○ D.  Intravenous urogram

ATTORNEYS' EYES ONLY

ABIM02954

Notes   Calculator                                                          Mark for Review



A 54-year-old woman was brought to the emergency department two days ago for treatment of fever to 38.0 C (100.4 F), malaise, and a 3-kg (6.6-lb) weight loss during the past six weeks.  The patient has had erosive rheumatoid arthritis for ten years.  She had been taking methotrexate, sulfasalazine, and low-dose prednisone until three months ago, when infliximab was begun.  Her symptoms improved, and prednisone was discontinued.  She has lived in St. Louis, Missouri, all her life.

Admission chest radiograph showed an enlarged cardiac silhouette, a calcified nodule in the mid lobe of the left lung, and apical pleural thickening.  Echocardiogram revealed a large pericardial effusion with fibrinous stranding visible in the fluid.  Pericardiocentesis yielded 200 mL of blood-stained fluid with a cell count of 15,000/cu mm.  The fluid was high in protein, and most of the cells were mononuclear.  Cultures for bacteria and fungi, stain for acid-fast bacilli, Gram stain, and cytology were negative.

After 48 hours, tuberculin skin test (PPD, 5 TU) shows 6 mm of induration. The patient's skin test was negative before she began taking infliximab. She has mild chest discomfort that worsens with a deep breath. Temperature is 37.6 C (99.7 F), pulse rate is 88 per minute and regular, respirations are 18 per minute, and blood pressure is 130/82 mm Hg with a pulsus paradoxus of 6 mm Hg. The skin is normal; no lymph node enlargement is noted. $S_1$ and $S_2$ are normal; a prominent pericardial rub is heard.  No murmurs are audible.  The lungs are clear.  The abdomen is flat and soft with no organ enlargement. The extremities have many deformities of rheumatoid arthritis; the joints are not warm, and no active synovitis is present.  Neurologic examination is normal.

Which of the following is the most appropriate treatment?

- A.    Indomethacin
- B.    Itraconazole
- C.    Prednisone
- D.    Isoniazid, rifampin, pyrazinamide, and ethambutol
- E.    Pericardiectomy

NLV's & Abbreviations                                          ← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02955

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 216 of 360
PageID: 19847



A 42-year-old woman has had severe nausea, vomiting, and diarrhea for four hours.  She felt well when she awoke this morning.  Symptoms began two hours after she ate breakfast (coffee, fresh-squeezed orange juice, and fried rice left over from last night's dinner).  No other family members are ill.

Vital signs are normal.  The abdomen is flat.  Bowel sounds are normal to slightly decreased.  Mild epigastric tenderness is noted, but no organs are enlarged.  Stool is negative for occult blood.

In addition to advising the patient to drink adequate fluids, which of the following is the best management?

○ A.   Examine the stool for ova and parasites, and submit samples for culture
○ B.   Order ultrasonography of the right upper abdominal quadrant
○ C.   Prescribe an antiemetic
○ D.   Prescribe a five-day course of ciprofloxacin
○ E.   Prescribe a five-day course of metronidazole

ATTORNEYS' EYES ONLY

ABIM02956

Case: 24-3012    Document: 48    Page: 221    Date Filed: 07/03/2025

📝 Notes  🖩 Calculator                                                                        ⟋ Mark for Review



A 45-year-old man has had fatigue, discomfort in the left upper abdomen, and decreased appetite for three months. He also reports occasional night sweats that drench his bed clothes; he has not taken his temperature. He has lost 2.3 kg (5 lb). Medical history is unremarkable.

Vital signs are normal. The spleen tip is easily palpated. Physical examination, including cardiac examination, is otherwise normal.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 13.0 g/dL |
| Leukocyte count | 24,500/cu mm; 70% segmented neutrophils, 6% band forms, 8% lymphocytes, 4% myelocytes, 4% metamyelocytes, 3% basophils, 5% eosinophils |
| Platelet count | 650,000/cu mm |
| Mean corpuscular volume | 90 fL [86–98] |
| Serum lactate dehydrogenase | 580 U/L [140–280] |
| Serum aminotransferases | |
| ALT | 38 U/L |
| AST | 30 U/L |

Which of the following is the most likely diagnosis?

○ A.    Chronic myelogenous leukemia
○ B.    Essential thrombocytosis
○ C.    Myelodysplasia
○ D.    Non-Hodgkin's lymphoma

⑦ NLV's & Abbreviations                                    ← Previous   ⚙ Navigator   Next →

**ATTORNEYS' EYES ONLY**

ABIM02957

🗎 Notes   🖩 Calculator                                                              ⟋ Mark for Review



A 43-year-old man has had fatigue, discomfort in the left upper abdomen, and decreased appetite for three months. He also reports occasional night sweats that drench his bed clothes; he has not taken his temperature. He has lost 2.3 kg (5 lb). Medical history is unremarkable.

Vital signs are normal. The spleen tip is easily palpated. Physical examination, including cardiac examination, is otherwise normal.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 13.0 g/dL |
| Leukocyte count | 24,500/cu mm; 70% segmented neutrophils, 6% band forms, 8% lymphocytes, 4% myelocytes, 4% metamyelocytes, 3% basophils, 5% eosinophils |
| Platelet count | 650,000/cu mm |
| Mean corpuscular volume | 90 fL [86−98] |
| Serum lactate dehydrogenase | 580 U/L [140−280] |
| Serum aminotransferases | |
| ALT | 38 U/L |
| AST | 30 U/L |

Which of the following is the most likely diagnosis?

- ○ A.  Chronic myelogenous leukemia
- ○ B.  Essential thrombocytosis
- ○ C.  Myelodysplasia
- ○ D.  Non-Hodgkin's lymphoma
- ○ E.  Tuberculosis

⏷ NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02958

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 219 of 260 PageID: 9454

Notes  Calculator                                                          Mark for Review



A 52-year-old man had coronary artery bypass surgery one year ago, following a myocardial infarction. Simvastatin (40 mg daily) is begun because of persistent hypercholesterolemia despite a low-fat, low-cholesterol diet.

Fasting serum lipids (mg/dL):

|  | Eight weeks ago | Today |
| --- | --- | --- |
| Total cholesterol | 290 | 190 |
| HDL | 37 | 40 |
| LDL (calculated) | 232 | 130 |
| Triglycerides | 105 | 100 |

Which of the following should you do next?

○ A.   Continue simvastatin at the current dosage
○ B.   Double the simvastatin dosage
○ C.   Substitute fluvastatin
○ D.   Add fenofibrate

NLV's & Abbreviations                                      ← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02959

Case: 24-3012    Document: 48    Page: 224    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 220 of 360
PageID: 19455



A 40-year-old man is admitted to the coronary care unit following an acute anterior myocardial infarction. He has acute pulmonary edema that responds rapidly to intravenous nitroglycerin and furosemide (total dose 160 mg).

Six hours after admission, systolic blood pressure is 80 mm Hg palpable, and tachycardia to 120 beats per minute develops.  The following hemodynamic measurements are obtained:

| | |
|---|---|
| Pulmonary artery pressure | 25/12 mm Hg |
| Pulmonary artery wedge pressure | 10 mm Hg |
| Right atrial pressure | 2 mm Hg |
| Brachial artery pressure | 70/40 mm Hg |
| Cardiac index | 2.0 L/min/m² |

Which of the following is the most likely explanation for the hypotension?

- ○ A.  Hypovolemia
- ○ B.  Cardiac tamponade
- ○ C.  Papillary muscle rupture
- ○ D.  Ventricular septal rupture
- ○ E.  Pulmonary embolism

ATTORNEYS' EYES ONLY

ABIM02960

Case: 24-3012    Document: 48    Page: 225    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 221 of 260 PageID: 19405

A 63-year-old man comes to your office for follow-up evaluation. He has had type 2 diabetes mellitus for ten years and has required insulin therapy for one year. His current regimen is insulin glargine (20 units in the morning) and insulin lispro (8–10 units before meals). He also takes aspirin (81 mg daily) and atorvastatin (10 mg daily). The patient self-monitors his blood glucose, and his diet is appropriate. His records for the past four days are shown (each dot represents a single blood glucose measurement; FBS = Fasting blood glucose).

BMI is 23. Hemoglobin $A_{1c}$ is 8.2% and comprehensive metabolic panel is normal; no albuminuria is present.

**Click here for Figure(s)**

Which of the following is the most appropriate modification to the regimen?

○ A.   Increase insulin glargine to 26 units
○ B.   Change insulin glargine administration to bedtime
○ C.   Substitute NPH insulin at bedtime for insulin glargine
○ D.   Increase insulin lispro to 14–16 units before lunch and dinner
○ E.   Increase insulin lispro to 10–12 units before all meals

ATTORNEYS' EYES ONLY

ABIM02961



Case: 24-3012    Document: 48    Page: 227    Date Filed: 07/03/2025

ATTORNEYS' EYES ONLY

ABIM02962

🗎 Notes   🖩 Calculator                                            🗐 Mark for Review

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days. The patient is a garbage collector and frequently scrapes his hands while working. He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill. Temperature is 39.5 C (103.1 F). Pulse rate is 108 per minute and regular. Respirations are 22 per minute. Jaundice and scleral icterus are present. The abdomen is diffusely tender. Liver span is 15 cm in the midclavicular line. Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

- ○ A.  *Ehrlichia ewingii*
- ○ B.  *Escherichia coli* O157:H7
- ○ C.  *Francisella tularensis*

⌨ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02963



A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days. The patient is a garbage collector and frequently scrapes his hands while working. He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill. Temperature is 39.5 C (103.1 F). Pulse rate is 108 per minute and regular. Respirations are 22 per minute. Jaundice and scleral icterus are present. The abdomen is diffusely tender. Liver span is 15 cm in the midclavicular line. Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/cu mm; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L [55–170] |

Which of the following is the most likely cause of the symptoms?

- A. *Ehrlichia ewingii*
- B. *Escherichia coli* O157:H7
- C. *Francisella tularensis*
- D. *Leptospira interrogans*

⊘ NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02964

Case: 24-3012    Document: 48    Page: 229    Date Filed: 07/03/2025

📓 Notes   🖩 Calculator                                                                      ✎ Mark for Review



A 33-year-old woman who is in the sixth month of pregnancy is found to have 5–10 WBCs/hpf on routine urinalysis. Urine cultures (mid-stream voided specimen) grow *Escherichia coli* ($10^5$ colonies/mL). The organism is sensitive to all antibiotics tested. The patient is asymptomatic and has no known allergies.

Which of the following is the most appropriate treatment?

○ A.    Amoxicillin
○ B.    Ciprofloxacin
○ C.    Doxycycline
○ D.    No treatment

ATTORNEYS' EYES ONLY

ABIM02965

Case: 24-3012    Document: 48    Page: 230    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 226 of 260
PageID: 19461

A 55-year-old woman reports left-sided neck pain, which began insidiously about two months ago.  The pain radiates into both arms, the left more than the right, and is worsened by coughing, sneezing, or moving.  Also, she has noted paresthesias in both hands for two weeks.  Medical history is unremarkable, and the patient has not seen a physician for several years.

Physical examination is normal except for diminished sensation to light touch over both forearms and both hands.  Routine laboratory studies are normal.  Radiographs of the cervical spine show mild degenerative joint changes involving C5 through C7.  Mammograms are normal.

Which of the following is most likely to yield the diagnosis?

○ A.    Rheumatoid factor and antinuclear antibodies
○ B.    Bone scan
○ C.    Magnetic resonance imaging of the cervical spine
○ D.    Electromyogram of the upper extremities
○ E.    CSF analysis

ATTORNEYS' EYES ONLY

ABIM02966

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 227 of 260 PageID: 19162



A 56-year-old man has had burning epigastric pain for two months. The pain does not radiate, is unrelated to meals, and occasionally awakens him at night. He has lost 4.5 kg (10 lb) since the onset of pain. He has not had melena or hematemesis. Antacids provide partial, temporary relief. The patient does not take aspirin or nonsteroidal anti-inflammatory drugs.

BMI is 24. Physical examination reveals epigastric tenderness but is otherwise normal.

Which of the following should you recommend next?

- A.  $H_2$-receptor agonist as needed for pain relief
- B.  Omeprazole for six to eight weeks
- C.  *Helicobacter pylori* antibody testing and treatment if positive
- D.  Computed tomography of the abdomen
- E.  Upper gastrointestinal endoscopy

ATTORNEYS' EYES ONLY

ABIM02967

Case: 24-3012    Document: 48    Page: 232    Date Filed: 07/03/2025

A 77-year-old woman is admitted to the hospital after she fell at home and fractured her right hip. She has coronary artery disease, heart failure, and stable angina pectoris. Current medications are furosemide, aspirin, atorvastatin, isosorbide mononitrate, lisinopril, and carvedilol. Before the fall, the patient was able to climb one flight of stairs without becoming dyspneic. Echocardiogram obtained six months ago showed a left ventricular ejection fraction of 35% with akinesis of the anterolateral left ventricle.

Temperature is 36.0 C (96.8 F), pulse rate is 70 per minute and regular, respirations are 20 per minute, and blood pressure is 140/80 mm Hg. Estimated central venous pressure is 8 cm $H_2O$. $S_1$ and $S_2$ are normal; minimal crackles are heard at both lung bases. The right lower extremity is externally rotated at the hip joint; the extremities have no edema. Chest radiograph is normal except for an enlarged cardiac silhouette. Electrocardiogram shows no changes from previous tracings.

Which of the following is the most appropriate next step?

- A.  Echocardiography
- B.  Adenosine thallium stress test
- C.  Coronary arteriography
- D.  Nonsurgical management of the hip fracture
- E.  Surgical repair of the hip fracture

ATTORNEYS' EYES ONLY

ABIM02968

Case: 24-3012    Document: 48    Page: 233    Date Filed: 07/03/2025



A 68-year-old woman is scheduled to undergo a hemicolectomy for colon cancer. She has hypertension and hypercholesterolemia; current medications are atenolol and atorvastatin. She is otherwise well and is physically active without limitation. Her mother died of a myocardial infarction at age 65.

Temperature is 37.0 C (98.6 F), pulse rate is 60 per minute and regular, and blood pressure is 140/84 mm Hg. Bilateral arcus corneae and grade II hypertensive retinopathy are noted. The remainder of the physical examination is normal. Electrocardiogram and radiograph of the chest are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 32% |
| Hemoglobin | 10.8 g/dL |
| Blood urea nitrogen | 18 mg/dL |
| Serum creatinine | 1.2 mg/dL |
| Serum cholesterol | |
| Total | 180 mg/dL |
| HDL | 50 mg/dL |
| LDL | 90 mg/dL |
| Serum triglycerides | 165 mg/dL |
| Serum albumin | 4.0 g/dL |
| Liver biochemical studies | Normal |

Which of the following should you do?

○ A.    Continue current medications and order no additional cardiac testing
○ B.    Continue current medications and order exercise electrocardiography
○ C.    Continue current medications and order dipyridamole radionuclide myocardial perfusion imaging

ATTORNEYS' EYES ONLY

ABIM02969

otherwise well and is physically active without limitation.  Her mother died of a myocardial infarction at age 65.

Temperature is 37.0 C (98.6 F), pulse rate is 60 per minute and regular, and blood pressure is 140/84 mm Hg.  Bilateral arcus corneae and grade II hypertensive retinopathy are noted.  The remainder of the physical examination is normal.  Electrocardiogram and radiograph of the chest are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 32% |
| Hemoglobin | 10.8 g/dL |
| Blood urea nitrogen | 18 mg/dL |
| Serum creatinine | 1.2 mg/dL |
| Serum cholesterol | |
| Total | 180 mg/dL |
| HDL | 50 mg/dL |
| LDL | 90 mg/dL |
| Serum triglycerides | 165 mg/dL |
| Serum albumin | 4.0 g/dL |
| Liver biochemical studies | Normal |

Which of the following should you do?

○ A.    Continue current medications and order no additional cardiac testing
○ B.    Continue current medications and order exercise electrocardiography
○ C.    Continue current medications and order dipyridamole radionuclide myocardial perfusion imaging
○ D.    Taper and discontinue atenolol, then order exercise electrocardiography
○ E.    Taper and discontinue atenolol, then order exercise electrocardiography with radionuclide myocardial perfusion imaging

ATTORNEYS' EYES ONLY

ABIM02970

Case: 24-3012    Document: 48    Page: 235    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 231 of 360 PageID: 11801

📝 Notes   🧮 Calculator                                                    🔖 Mark for Review



A 52-year-old postmenopausal woman detects a lump in her left breast.  She has been taking estrogen and progesterone for three years.  Nine months ago, screening mammography was normal.  She has no family history of breast cancer.

A firm, movable 1-cm nodule is palpable in the lower inner quadrant of the left breast.  No skin changes or nipple discharge is noted; the axillary lymph nodes are not enlarged.  Mammography shows dense breast tissue but is otherwise normal.  Ultrasonography reveals an irregularly shaped, solid nodule.  Fine-needle aspiration is performed, and cytology is negative for malignancy.

Which of the following is the most appropriate management?

○ A.    Resumption of annual mammography
○ B.    Repeat mammography and ultrasonography in six months
○ C.    Magnetic resonance imaging of the breast
○ D.    Repeat fine-needle aspiration
○ E.    Excision of the nodule

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02971

Case: 24-3012    Document: 48    Page: 236    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 232 of 360
PageID: 41607

🔖 Notes   🖩 Calculator                                              ☐ Mark for Review



Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

○ A.   It is likely to be self limited
○ B.   It can generally be avoided with a high-fiber diet and adequate water intake
○ C.   Laxatives should be taken as needed to avoid over treatment
○ D.   Laxatives should be prescribed when opioids are begun

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02972

Case: 24-3012    Document: 48    Page: 237    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 233 of 260 PageID: 19108



A 28-year-old woman has noted progressive thinning of hair in the right temporoparietal area. She tells you that co-workers have mentioned that she often "twirls" her hair with her right hand while she is working; she is aware of this activity only occasionally. Current medications are an oral contraceptive and occasional cimetidine for dyspepsia.

Physical examination is normal except for the scalp. A 4x6-cm area of marked hair loss is noted in the right temporoparietal area. Broken hairs of unequal length are noted. The margins of the hair loss are indistinct; the underlying skin appears normal.

Which of the following is the most likely etiology of the alopecia?

- A.    Oral contraceptive use
- B.    Anti-androgenic effect of cimetidine
- C.    Tinea capitis
- D.    A variation of obsessive–compulsive disorder
- E.    Autoimmune destruction of hair follicles

ATTORNEYS' EYES ONLY

ABIM02973

JA3867

Case: 24-3012   Document: 48   Page: 238   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 234 of 360
PageID: 14585

📝 Notes  🖩 Calculator                                              🛆 Mark for Review

A 73-year-old man was admitted to the hospital eight days ago for treatment of a fractured left hip.  He now has dysphagia for both liquids and solids, intermittent odynophagia, and chest pain associated with eating.  The patient refuses to eat because of the pain.  Barium swallow is shown.

**Click here for Figure(s)**

Which of the following should you recommend?

- ○ A.   Administration of isosorbide dinitrate
- ○ B.   Administration of metoclopramide
- ○ C.   Bougienage
- ○ D.   Dilation with a pneumatic dilator
- ○ E.   Long myotomy of the esophageal body

⊘ NLV's & Abbreviations        ← Previous   ⚙ Navigator   Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM02974

Case: 24-3012    Document: 48    Page: 239    Date Filed: 07/03/2025



**CONFIDENTIAL**

ATTORNEYS' EYES ONLY

ABIM02975



Drug desensitization is most effective for which of the following types of allergic reactions?

- A. Anaphylaxis
- B. Drug fever
- C. Hemolytic anemia
- D. Interstitial nephritis
- E. Stevens-Johnson syndrome

ATTORNEYS' EYES ONLY

ABIM02976

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 237 of 260
PageID: 19742

📄 Notes  🖩 Calculator                                          ✎ Mark for Review



A 55-year-old woman has breast cancer.  Bone scan shows metastatic disease throughout the spine and pelvis.  Her oncologist prescribes tamoxifen (20 mg daily).

Two weeks later, the patient has increased diffuse bone pain.  Family members have noted she has mild confusion and difficulty waking.  Her only pain medication has been ibuprofen.

The patient is somnolent but arousable.  She is oriented to person but not to place or time.  Temperature is 36.6 C (97.8 F), pulse rate is 100 per minute, respirations are 16 per minute, and blood pressure is 100/50 mm Hg.  Reflexes are diminished throughout.  She does not cooperate with a detailed neurologic examination, but she moves all extremities in response to pain.  The cranial nerves appear normal.  The remainder of the examination is unremarkable.

Which of the following is the most likely cause of her clinical deterioration?

- A.  Hyponatremia
- B.  Hypercalcemia
- C.  Sepsis
- D.  Leptomeningeal carcinomatosis
- E.  Brain metastases

❓ NLV's & Abbreviations            ← Previous   ❖ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02977

Case: 24-3012    Document: 48    Page: 242    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 238 of 260
PageID: 19433

📖 Notes  🗇 Calculator                                                    ◇ Mark for Review

A 52-year-old woman has had progressive hearing loss in the right ear for one year.  She has not had vertigo but recently has felt slightly off balance and has noted mild ringing in the right ear.

The tympanic membranes are normal bilaterally and are easily visible.  Neurologic examination, including cerebellar function, is normal.  Hearing in the right ear is grossly diminished compared with the left; Weber test lateralizes to the left ear.  Audiogram shows marked neurosensory hearing loss, predominantly high frequency, on the right.

Which of the following is the most likely diagnosis?

- ○ A.  Meniere's disease
- ○ B.  Otosclerosis
- ○ C.  Presbycusis
- ○ D.  Vestibular schwannoma

⑦ NLV's & Abbreviations                          ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02978

Case: 24-3012    Document: 48    Page: 243    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 239 of 260 PageID: 19744

A 21-year-old man is hired to work in patient-care areas of your hospital. Tuberculin skin test (PPD, 5 TU) shows 18 mm of induration at 72 hours. He has no respiratory or systemic symptoms and has had no known contact with anyone who has tuberculosis. The patient emigrated from the Philippines six months ago. He received bacille Calmette-Guérin vaccination as a child. Physical examination and chest radiograph are normal.

Which of the following is the most appropriate management?

○ A.   No further testing or treatment
○ B.   Repeat physical examination and chest radiography in six months
○ C.   Culture and staining of three induced-sputum specimens for acid-fast bacilli
○ D.   Isoniazid for nine months
○ E.   Isoniazid, pyrazinamide, ethambutol, and rifampin for two months followed by isoniazid and rifampin for four months

ATTORNEYS' EYES ONLY

ABIM02979

JA3873

Case: 24-3012    Document: 48    Page: 244    Date Filed: 07/03/2025

Case: 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 240 of 260
PageID: 19741

📓 Notes  🗒 Calculator                                    ✍ Mark for Review

A 21-year-old woman has had diarrhea for one month. Initially the diarrhea was intermittent, but currently she has four loose, nonbloody bowel movements daily. Two months ago she had sinusitis, which resolved with amoxicillin therapy. Six weeks ago she returned from a one-week camping trip. During the past month she has lost 4 kg (9 lb). Her appetite is poor, and she has been avoiding large meals because of postprandial epigastric discomfort, abdominal cramping, and bloating. Medical history is significant for thyroiditis.

The patient appears pale. BMI is 19. Temperature is normal, pulse rate is 90 per minute, and blood pressure is 100/60 mm Hg. Abdominal examination reveals mild epigastric tenderness. Stool is negative for occult blood.

Hematocrit is 37%; leukocyte count is 10,400/cu mm; mean corpuscular volume is 88 fL *[86–98]*. Comprehensive metabolic panel and liver biochemical studies are normal. Plain radiograph of the abdomen is normal.

Which of the following is the most likely diagnosis?

○ A.    Antibiotic-induced colitis
○ B.    Ulcerative colitis
○ C.    Celiac disease
○ D.    Crohn's disease
○ E.    Giardiasis

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 245    Date Filed: 07/03/2025

JA3874

ABIM02980

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 241 of 260 PageID: 19741

📝 Notes  🖩 Calculator                                                                         ✐ Mark for Review

Which of the following organisms has the greatest likelihood of rapid person-to-person aerosol spread?

- ○ A.   *Bacillus anthracis* (anthrax)
- ○ B.   *Clostridium botulinum* (botulism)
- ○ C.   *Francisella tularensis* (tularemia)
- ○ D.   Variola (smallpox)

ATTORNEYS' EYES ONLY

ABIM02981

Case: 24-3012      Document: 48      Page: 246      Date Filed: 07/03/2025

Case: 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 242 of 360 PageID: 49147

Case: 24-3012    Document: 48    Page: 247    Date Filed: 07/03/2025



A 27-year-old man is brought to the emergency department late in the afternoon for evaluation of confusion. Yesterday afternoon he returned from a weekend hunting trip to rural Indiana during which he and his friends drank alcoholic beverages heavily each night. This morning the patient had a headache and became progressively confused. His only medication is insulin for diabetes mellitus. He smokes one-half pack of cigarettes daily and drinks one or two bottles of beer most evenings after work.

Temperature is 38.4 C (101.1 F), pulse rate is 104 per minute, and blood pressure is 138/82 mm Hg. The patient is uncooperative and disoriented to time and place. Neurologic examination reveals no focal deficits or meningismus. Funduscopic examination is normal.

Laboratory studies:

| | |
|---|---|
| Leukocyte count | 12,200/cu mm; 45% neutrophils, 48% lymphocytes, 3% monocytes, and 1% eosinophils |
| Plasma glucose | 105 mg/dL |
| Urinalysis | Glucose and ketones negative |
| CSF | |
|   Initial pressure | 180 mm CSF [70–180] |
|   Cell count | 58 WBCs/cu mm (42% neutrophils, 58% lymphocytes), 540 RBCs/cu mm |
|   Glucose | 60 mg/dL |
|   Total protein | 62 mg/dL |
|   Gram stain | No organisms |

Ceftriaxone is begun intravenously.

ATTORNEYS' EYES ONLY

ABIM02982

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 243 of 260
PageID: 19748



smokes one-half pack of cigarettes daily and drinks one or two bottles of beer most evenings after work.

Temperature is 38.4 C (101.1 F), pulse rate is 104 per minute, and blood pressure is 138/82 mm Hg. The patient is uncooperative and disoriented to time and place. Neurologic examination reveals no focal deficits or meningismus. Funduscopic examination is normal.

Laboratory studies:

| | |
|---|---|
| Leukocyte count | 12,200/cu mm; 45% neutrophils, 48% lymphocytes, 3% monocytes, and 1% eosinophils |
| Plasma glucose | 105 mg/dL |
| Urinalysis | Glucose and ketones negative |
| CSF | |
| Initial pressure | 180 mm CSF *[70–180]* |
| Cell count | 58 WBCs/cu mm (42% neutrophils, 58% lymphocytes), 540 RBCs/cu mm |
| Glucose | 60 mg/dL |
| Total protein | 62 mg/dL |
| Gram stain | No organisms |

Ceftriaxone is begun intravenously.

Which of the following is the most likely diagnosis?

○ A.   Acute alcohol withdrawal
○ B.   Lyme disease
○ C.   Herpes simplex encephalitis
○ D.   Leptospirosis

ATTORNEYS' EYES ONLY

ABIM02983

Case: 24-3012    Document: 48    Page: 248    Date Filed: 07/03/2025

Case: 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 244 of 260
PageID: 19749
ABIM Internal Medicine Certification Examination  Candidate Name

🕐 Time Remaining 111:09
🖥 39 of 60

📄 Notes  🖩 Calculator                              ◿ Mark for Review

A 17-year-old girl has not had her first menstrual period.  The patient takes no medications.  Medical history is noncontributory.  She has been a member of her high school's cross-country team for two years.

BMI is 21.  The patient has a normal female appearance, with mature (Tanner stage V) breast development.  Pubic and axillary hair is absent.  The vagina is short with no cervix.  The remainder of the examination is normal.

Which of the following diagnoses best explains the amenorrhea?

- ○ A.  Excessive exercise
- ○ B.  Autoimmune premature ovarian failure
- ○ C.  Androgen insensitivity syndrome (46,XY)
- ○ D.  Turner's syndrome (45,XO)
- ○ E.  Polycystic ovarian syndrome

⑦ NLV's & Abbreviations                    ← Previous  ❖ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM02984

📝 Notes  🖩 Calculator                                          △ Mark for Review

A 52-year-old woman comes to the emergency department because she has had fever, dyspnea, and cough for three days. She is scheduled to receive a third cycle of chemotherapy (cyclophosphamide, doxorubicin, vincristine, and prednisone [CHOP]) for non-Hodgkin's lymphoma. Complete blood count is normal except for mild anemia. Arterial blood $P_{O_2}$ is 52 mm Hg, $P_{CO_2}$ is 29 mm Hg, and pH is 7.50. Radiograph of the chest shows a normal-sized cardiac silhouette and new, patchy, bilateral interstitial opacities.  Sputum contains leukocytes; Gram and methenamine-silver stains are negative.

Which of the following should you order now?

- A.  $DL_{CO}$
- B.  Gallium lung scan
- C.  Ventilation–perfusion lung scan
- D.  Fiberoptic bronchoscopy
- E.  Placement of a balloon-tipped catheter in the pulmonary artery

ATTORNEYS' EYES ONLY

ABIM02985

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 246 of 260
PageID: 19401



A 30-year-old man has dark urine that began four days ago but has been resolving gradually. One week ago he had an upper respiratory tract infection with pharyngitis, coryza, and cough. He has no family history of kidney disease. Vital signs and physical examination are normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | 18 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| Serum electrolytes | Normal |
| Serum proteins | |
|   Total | 6.2 g/dL |
|   Albumin | 4.1 g/dL |
| Serum complement $CH_{50}$ | 150 units/mL *[110–190]* |
| Urinalysis | Brownish yellow; specific gravity 1.012; pH 6.0; blood 3+, protein 1+, ketones and bilirubin negative; 15–20 RBCs (90% dysmorphic), 2–5 WBCs, a few coarse granular casts/hpf, no RBC casts |

Which of the following is the most likely diagnosis?

- A. IgA nephropathy
- B. Membranous nephropathy
- C. Focal and segmental glomerulosclerosis
- D. Poststreptococcal glomerulonephritis
- E. Minimal change disease

⑦ NLV's & Abbreviations   ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02986



A 56-year-old man has hypertension, which is well controlled with hydrochlorothiazide (12.5 mg daily). He recently had multiple screening tests at a health fair: serum C-reactive protein of 1.2 mg/dL *[0.8 or less]*, abdominal aorta measurement of 3.3 cm, and ankle–brachial indices of 0.90 on the right and 0.75 on the left. He does not have chest pain, shortness of breath, paroxysmal nocturnal dyspnea, orthopnea, peripheral edema, claudication, or abdominal pain. He quit smoking cigarettes 15 years ago.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 98 mg/dL |
| Serum cholesterol | |
| Total | 241 mg/dL |
| HDL | 43 mg/dL |
| LDL | 169 mg/dL |
| Serum triglycerides | 145 mg/dL |

In addition to therapeutic lifestyle modifications, which of the following is the best management plan?

- A.  No additional treatment
- B.  Treat with an HMG–CoA reductase inhibitor to achieve a serum LDL of less than 100 mg/dL
- C.  Treat with an HMG–CoA reductase inhibitor to achieve a serum LDL of less than 130 mg/dL
- D.  Treat with an HMG–CoA reductase inhibitor to achieve a serum LDL of less than 160 mg/dL

ATTORNEYS' EYES ONLY

ABIM02987

Notes    Calculator

Mark for Review



A 72-year-old hypotensive man was admitted to the hospital yesterday because of a severe exacerbation of chronic obstructive pulmonary disease.  The patient was transferred to the intensive care unit one hour ago after endotracheal intubation for respiratory failure.  Controlled mechanical ventilation was initiated with a tidal volume of 12 mL/kg and a ventilation rate of 14 breaths per minute.

Pulse rate is 124 per minute.  Blood pressure is 78/42 mm Hg.  The neck veins are distended.  Breath sounds are diminished but equal bilaterally; the expiratory phase is markedly prolonged.  Arterial blood studies are normal; chest radiograph shows an endotracheal tube in position and hyperinflated lung fields. Electrocardiogram is normal except for sinus tachycardia.

Which of the following should you do next?

○ A.    Order an expiratory chest radiograph
○ B.    Order immediate echocardiography
○ C.    Place a pulmonary artery catheter and assess hemodynamic status
○ D.    Decrease respiratory rate and tidal volume
○ E.    Change the ventilator mode to intermittent mandatory ventilation

NLV's & Abbreviations

← Previous    Navigator    Next →

ATTORNEYS' EYES ONLY

ABIM02988



A previously healthy 67-year-old woman has had weight loss, severe fatigue, and pain and stiffness in the shoulders, lower back, hips, and thighs for six weeks. Symptoms are increasingly debilitating. The pain and stiffness are particularly severe in the morning; for two weeks the patient's husband has had to physically move her legs to help get her out of bed. She previously played golf daily but now has become totally housebound and is unable to lift herself from the bathtub. Acetaminophen has provided some relief, and she usually is able to walk around the house with difficulty by noon. The patient has not had rash or chills, although she thinks she has had low-grade fever intermittently. She has not had visual changes or headaches.

The patient is anxious and appears ill and in obvious distress. Although limited by pain, she has full range of motion at all joints; no effusions or synovial thickening are noted. Muscle strength is symmetric and appears normal. She has generalized tenderness to pressure over the shoulder girdle, lower back, hips, and anterior thighs. No isolated pressure or trigger points are present. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 34% |
| Hemoglobin | 11.1 g/dL |
| Leukocyte count | 6000/cu mm |
| Platelet count | 285,000/cu mm |
| Mean corpuscular volume | 90 fL *[86–98]* |
| Erythrocyte sedimentation rate | 107 mm/hr |
| Comprehensive metabolic panel | Normal |
| Serum aldolase | Normal |
| Serum creatine kinase | Normal |
| Rheumatoid factor | Negative |

ATTORNEYS' EYES ONLY

ABIM02989

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 250 of 260
PageID: 19445

ABIM Internal Medicine Certification Examination · Candidate Name
⏱ Time Remaining 110:14
🖶 44 of 60

🔖 Notes  🖩 Calculator                                                    ✍ Mark for Review



not had rash or chills, although she thinks she has had low-grade fever intermittently. She has not had visual changes or headaches.

The patient is anxious and appears ill and in obvious distress. Although limited by pain, she has full range of motion at all joints; no effusions or synovial thickening are noted. Muscle strength is symmetric and appears normal. She has generalized tenderness to pressure over the shoulder girdle, lower back, hips, and anterior thighs. No isolated pressure or trigger points are present. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 34% |
| Hemoglobin | 11.1 g/dL |
| Leukocyte count | 6000/cu mm |
| Platelet count | 285,000/cu mm |
| Mean corpuscular volume | 90 fL *[86–98]* |
| Erythrocyte sedimentation rate | 107 mm/hr |
| Comprehensive metabolic panel | Normal |
| Serum aldolase | Normal |
| Serum creatine kinase | Normal |
| Rheumatoid factor | Negative |

Which of the following is the most appropriate treatment?

- ○ A.   Amitriptyline
- ○ B.   Aspirin
- ○ C.   Ibuprofen
- ○ D.   Methotrexate
- ○ E.   Prednisone

ATTORNEYS' EYES ONLY

ABIM02990

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 251 of 360
PageID: 19406

A 74-year-old woman has had pain and stiffness in both hands for six months. Symptoms increase with activity and interfere with meal preparation and gardening. Except for a flaking rash on her scalp, for which she occasionally uses a topical corticosteroid, she is otherwise well.

The patient has tenderness and firm bony enlargement of the distal and proximal interphalangeal joints of the second and third digits. She is unable to touch the second and third fingertips to the palms. Tenderness is noted at the base of the right thumb. Musculoskeletal examination is otherwise normal. She has no peripheral skin lesions.

Which of the following is the most likely cause of the joint symptoms?

○ A.   Osteoarthritis
○ B.   Rheumatoid arthritis
○ C.   Psoriatic arthritis
○ D.   Lupus arthritis
○ E.   Tophaceous gout

ATTORNEYS' EYES ONLY

ABIM02991

Case: 24-3012    Document: 48    Page: 256    Date Filed: 07/03/2025



A 70-year-old man who has claudication on walking is evaluated prior to surgery for femoropopliteal artery bypass. He does not have chest pain, palpitations, or dizziness. He takes no medications. The patient drinks 3 oz of whiskey daily and has a 40-pack-year history of cigarette smoking.

Vital signs are normal. Oxygen saturation by pulse oximetry is 93%. The jugular veins are not distended, and carotid upstrokes are normal. $S_2$ is split normally; a grade 2/6 systolic ejection murmur is heard at the left sternal border. Crackles are heard at both lung bases and do not clear completely with coughing. The abdomen is normal. Femoral pulses are 2+; distal pulses are absent. Pretibial edema is present.

Complete blood count and comprehensive metabolic panel are normal except for serum total cholesterol of 210 mg/dL. Chest radiograph shows a minimally enlarged cardiac silhouette and clear lung fields. Electrocardiogram shows left atrial abnormality and left ventricular hypertrophy. A pharmacologic stress test shows no electrocardiographic changes or reversible ischemic changes.

Which of the following is the most appropriate treatment before surgery?

- A. Cilostazol
- B. Clopidogrel
- C. Metoprolol
- D. Pentoxifylline

NLV's & Abbreviations            Previous    Navigator    Next →

ATTORNEYS' EYES ONLY

ABIM02992

A 74-year-old woman who has long-standing hypertension and peptic ulcer disease is brought to the emergency department two hours after the abrupt onset of severe substernal and epigastric pain radiating to the back. She is in moderate distress and vomits a small amount of bile-stained material. Pulse rate is 120 per minute, and blood pressure is 112/40 mm Hg in both arms. Oxygen saturation is 96% by pulse oximetry. The neck veins are flat when the patient's torso is elevated to 30 degrees. A bruit is present over the left carotid artery. A short, grade 1/6 early diastolic decrescendo murmur is heard at the left sternal border. The lungs are clear. Abdominal examination reveals mild epigastric tenderness without rebound. No masses or bruits are noted. Stool is trace positive for occult blood. The extremities are cool. Distal pulses are strong, and 1+ ankle edema is noted.

Hematocrit is 36%, and leukocyte count is 7200/cu mm with a normal differential. Electrocardiogram shows sinus tachycardia with left ventricular hypertrophy. Chest radiograph shows slight widening of the mediastinum and a small left pleural effusion; no free air is present under the diaphragm.

Which of the following studies should you order next?

○ A.    Serum cardiac troponin
○ B.    Abdominal ultrasonography
○ C.    Upper gastrointestinal endoscopy
○ D.    Transesophageal echocardiography
○ E.    Ventilation–perfusion lung scan

ATTORNEYS' EYES ONLY

ABIM02993

A 25-year-old man is brought to the emergency department after collapsing at the completion of a marathon.

Which of the following laboratory findings is more consistent with prerenal azotemia than with acute tubular necrosis?

○ A.  Blood urea nitrogen-to-serum creatinine ratio of 10
○ B.  Fractional sodium excretion of 3%
○ C.  Muddy brown granular casts in the urine sediment
○ D.  Urine osmolality of 250 mOsm/kg $H_2O$
○ E.  Urine sodium of 10 mEq/L

ATTORNEYS' EYES ONLY

ABIM02994

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 255 of 260 PageID: 19441



Type 4 renal tubular acidosis is most commonly associated with which of the following disorders?

- ○ A.    Diabetic nephropathy
- ○ B.    Fanconi's syndrome
- ○ C.    Hyperthyroidism
- ○ D.    Multiple myeloma
- ○ E.    Wilson's disease

ATTORNEYS' EYES ONLY

ABIM02995

Case: 24-3012    Document: 48    Page: 260    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 256 of 260 PageID: 19447



A 60-year-old African American man who has a long history of cigarette smoking and heavy consumption of alcoholic beverages is found to have esophageal cancer.

Which of the following is the most likely pathologic type?

○ A.  Anaplastic
○ B.  Adenocarcinoma
○ C.  Leiomyosarcoma
○ D.  Squamous cell

ATTORNEYS' EYES ONLY

ABIM02996

Case: 24-3012    Document: 48    Page: 261    Date Filed: 07/03/2025



A 25-year-old man who is a swimmer has chronic pruritus of both ears. He has a history of recurrent otitis externa; one year ago he began using neomycin–polymyxin–nystatin ear drops after swimming. Several weeks ago he noticed itching in the ears that has slowly progressed to involve the external canal and part of the lower auricle.

The patient appears healthy and is in no distress. Vital signs are normal. The external ear canals are inflamed and crusted, with some extension onto the auricle but no purulent drainage. Physical examination is otherwise normal.

Which of the following is the most likely diagnosis?

- A. Atypical mycobacterial infection
- B. Contact dermatitis
- C. Malignant external otitis
- D. Methicillin-resistant *Staphylococcus aureus* infection
- E. Relapsing polychondritis

ATTORNEYS' EYES ONLY

ABIM02997

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 258 of 260
PageID: 19408

Notes   Calculator                                                              Mark for Review

A 22-year-old male college student is brought to the emergency department by his friends who found
him unresponsive in his room. He appeared well four hours ago.

The patient is unresponsive. Pulse rate is 122 per minute, respirations are 28 per minute, and blood
pressure is 90/50 mm Hg. No meningismus or rash is noted. Cardiopulmonary examination is normal.
The abdomen is soft, and bowel sounds are active. No cyanosis, clubbing, or edema of the extremities
is noted. Chest radiograph reveals bilateral alveolar-filling opacities consistent with pulmonary edema.
Electrocardiogram shows sinus tachycardia.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 45% |
| Leukocyte count | 19,500/cu mm |
| Plasma glucose | 121 mg/dL |
| Serum creatine kinase | 200 U/L *[55–170]* |
| Serum electrolytes | |
|   Sodium | 142 mEq/L |
|   Potassium | 4.0 mEq/L |
|   Chloride | 99 mEq/L |
|   Bicarbonate | 16 mEq/L |
| Arterial blood studies | |
|   $P_{O_2}$ | 80 mm Hg |
|   $P_{CO_2}$ | 25 mm Hg |
|   pH | 7.42 |

Which of the following tests is most likely to clarify the diagnosis?

ATTORNEYS' EYES ONLY

ABIM02998

JA3892

📑 Notes  🖥 Calculator                                                                                    ✐ Mark for Review



pressure is 90/50 mm Hg. No meningismus or rash is noted. Cardiopulmonary examination is normal. The abdomen is soft, and bowel sounds are active. No cyanosis, clubbing, or edema of the extremities is noted. Chest radiograph reveals bilateral alveolar-filling opacities consistent with pulmonary edema. Electrocardiogram shows sinus tachycardia.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 45% |
| Leukocyte count | 19,500/cu mm |
| Plasma glucose | 121 mg/dL |
| Serum creatine kinase | 200 U/L [55–170] |
| Serum electrolytes | |
| Sodium | 142 mEq/L |
| Potassium | 4.0 mEq/L |
| Chloride | 99 mEq/L |
| Bicarbonate | 16 mEq/L |
| Arterial blood studies | |
| $P_{O_2}$ | 80 mm Hg |
| $P_{CO_2}$ | 25 mm Hg |
| pH | 7.42 |

Which of the following tests is most likely to clarify the diagnosis?

○ A.  Measurement of blood alcohol
○ B.  Measurement of plasma salicylate
○ C.  Urine screen for opiates
○ D.  Echocardiography
○ E.  Pulmonary artery catheterization

⑦ NLV's & Abbreviations                                          ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM02999

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 260 of 260 PageID: 19465



Ten days ago you evaluated a 42-year-old woman for sinusitis and prescribed a three-week course of trimethoprim–sulfamethoxazole.  After five days of treatment her symptoms improved, and she returned to work.

Today she phones you to report that she has had a temperature of 38.3 C (101.0 F) since yesterday.  While showering this morning, she noted blisters on her chest that broke easily.  She has felt weak and achy since her morning dose of trimethoprim–sulfamethoxazole and asks if you could phone in a prescription to her pharmacy.  You are aware of an influenza outbreak in the area.

Which of the following should you do?

- ○ A.    Add acetaminophen
- ○ B.    Add oseltamivir
- ○ C.    Substitute a fluoroquinolone for trimethoprim–sulfamethoxazole
- ○ D.    Discontinue trimethoprim–sulfamethoxazole; follow up by phone in two days
- ○ E.    Arrange for immediate evaluation

ATTORNEYS' EYES ONLY

ABIM03000

Case: 24-3012    Document: 48    Page: 265    Date Filed: 07/03/2025



A 53-year-old man is referred to you because he was found to have a serum uric acid level of 9.4 mg/dL *[3.0-7.0]* on routine laboratory testing. He has hypertension that is treated with enalapril. He has no history of gout or kidney disease. His father has gout, and his brother has kidney stones of unknown composition. Physical examination is normal.

Which of the following is the most appropriate management?

○ A.  Measurement of urine uric acid
○ B.  Allopurinol
○ C.  Probenecid
○ D.  Colchicine
○ E.  No testing or treatment

ATTORNEYS' EYES ONLY

ABIM03001

Case: 24-3012    Document: 48    Page: 266    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 262 of 360
PageID: 19107

📝 Notes   🖩 Calculator                                                    Mark for Review



A 40-year-old man has had blood-streaked sputum for three weeks. He has had shortness of breath on exertion, episodes of wheezing, and cough productive of small amounts of white sputum for six months. He also has difficulty breathing when lying on his left side. The patient has not had fever, chills, night sweats, or weight loss. For two weeks he has been taking prednisone (40 mg daily) and using an albuterol inhaler, but he has noted little alleviation of the wheezing. He had an episode of left lower lobe pneumonia 18 months ago that responded promptly to azithromycin. He has no other history of respiratory problems or asthma and has never smoked cigarettes.

Temperature is normal, pulse rate is 80 per minute, respirations are 16 per minute, and blood pressure is 146/92 mm Hg. A localized wheeze is audible over the left lung on forced expiration, and a few crackles are heard in the left lingular area. Hematocrit is 48%, and hemoglobin is 14.8 g/dL. Leukocyte count is 14,800/cu mm with 72% neutrophils and 28% lymphocytes. Sputum examination is negative for acid-fast bacilli, fungal elements, and malignant cells. Tuberculin skin test (PPD, 5 TU) is negative. Chest radiograph is normal.

Which of the following studies is most likely to identify the cause of the symptoms?

○ A.    Spirometry
○ B.    Precipitating antibodies to *Aspergillus*
○ C.    Computed tomography of the sinuses
○ D.    24-Hour pH monitoring of the esophagus
○ E.    Fiberoptic bronchoscopy

❓ NLV's & Abbreviations                              ← Previous   ✤ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03002

Case: 24-3012    Document: 48    Page: 267    Date Filed: 07/03/2025

A 68-year-old man comes to your office for an initial visit. Medical history includes chronic atrial fibrillation, but he has not seen a physician recently and takes no medications. Many years ago he was told he had a heart murmur that was "nothing to worry about." He has no chest pain, dyspnea, syncope, dizziness, fever, or weight change.

Pulse rate is 76 per minute and irregularly irregular (longer pauses are followed by a stronger pulse). Blood pressure is 130/70 to 150/80 mm Hg. Estimated central venous pressure is 7 cm $H_2O$. The cardiac impulse is palpable during systole in a 3-cm area near the left nipple. $S_1$ is inaudible, and $S_2$ is single; no $S_3$ is heard. A grade 2/6 systolic murmur is present at the left sternal border and apex, radiating to the upper sternum and axilla. The intensity remains constant despite variation in pulse and cycle length, is softer during the Valsalva maneuver, and is slightly louder with isometric handgrip. The lungs are clear and resonant. Electrocardiogram reveals atrial fibrillation but is otherwise normal.

These findings are most consistent with which of the following diagnoses?

○ A.  Mitral regurgitation
○ B.  Tricuspid regurgitation
○ C.  Aortic stenosis
○ D.  Hypertrophic subaortic stenosis
○ E.  Ventricular septal defect

ATTORNEYS' EYES ONLY

ABIM03003

📝 Notes  🖩 Calculator                                    ◺ Mark for Review



A 78-year-old man who has nonischemic cardiomyopathy has dyspnea on minimal exertion. He does not have orthopnea or paroxysmal nocturnal dyspnea. His most recent left ventricular ejection fraction was 20%. He adheres to a 2-g sodium diet. Current medications are furosemide (80 mg twice daily), enalapril (20 mg twice daily), and digoxin (0.125 mg every other day).

Pulse rate is 80 per minute and regular. Blood pressure is 116/80 mm Hg. A grade 2/6 systolic murmur is heard at the cardiac apex. The lungs are clear. He has no edema.

Laboratory studies:

| | |
|---|---|
| Blood urea nitrogen | 54 mg/dL |
| Serum creatinine | 2.6 mg/dL |
| Serum electrolytes | |
|     Sodium | 136 mEq/L |
|     Potassium | 5.2 mEq/L |
|     Chloride | 101 mEq/L |
|     Bicarbonate | 23 mEq/L |

Which of the following should be added to the regimen?

○ A.  Amlodipine
○ B.  Carvedilol
○ C.  Isosorbide mononitrate
○ D.  Spironolactone

ATTORNEYS' EYES ONLY

ABIM03004

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 265 of 360 PageID: 19261



A 50-year-old woman is admitted to the hospital because she has had progressive abdominal distention during the past month and it is now difficult for her to take a deep breath. She has abdominal discomfort associated with the distention but no severe pain. Her only medication is L-thyroxine (100 µg daily) for treatment of hypothyroidism. Six years ago, she had hepatitis C virus (HCV) infection that was treated with antiviral therapy; six months later HCV RNA was undetectable. Five years ago, she had a mastectomy for treatment of breast cancer.

The patient is well developed and in no acute distress. Temperature is 37.2 C (99.0 F). Pulse rate is 90 per minute, and respirations are 18 per minute. Blood pressure is 130/90 mm Hg. The abdomen is tensely distended with a positive fluid wave and mildly diffusely tender. The liver cannot be palpated. No masses are detected. Trace ankle edema is noted bilaterally.

Laboratory studies:

| | |
|---|---|
| Serum proteins | |
|   Total | 6.0 g/dL |
|   Albumin | 3.3 g/dL |
| Serum total bilirubin | 1.2 mg/dL |
| Serum aminotransferases | |
|   ALT | 80 U/L |
|   AST | 70 U/L |
| Serum alkaline phosphatase | 280 U/L |
| Serum thyroid-stimulating hormone | 2.5 µU/mL *[0.5–4.0]* |

Computed tomogram of the abdomen shows massive ascites but is otherwise normal. Tuberculin skin test (PPD, 5 TU) is negative. Paracentesis yields clear fluid with the following features:

NLV's & Abbreviations                                              Previous   Navigator   Next

ATTORNEYS' EYES ONLY

ABIM03005

Case: 24-3012    Document: 48    Page: 270    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination – Candidate Name

Notes  Calculator                                                              Mark for Review



Laboratory studies:

| | |
|---|---|
| Serum proteins | |
|   Total | 6.0 g/dL |
|   Albumin | 3.3 g/dL |
| Serum total bilirubin | 1.2 mg/dL |
| Serum aminotransferases | |
|   ALT | 80 U/L |
|   AST | 70 U/L |
| Serum alkaline phosphatase | 280 U/L |
| Serum thyroid-stimulating hormone | 2.5 µU/mL *[0.5–4.0]* |

Computed tomogram of the abdomen shows massive ascites but is otherwise normal. Tuberculin skin test (PPD, 5 TU) is negative. Paracentesis yields clear fluid with the following features:

| | |
|---|---|
| Leukocyte count | 280/cu mm; 25% segmented neutrophils, 75% monocytes |
| Albumin | 2.4 g/dL |
| Amylase | 50 U/L |
| Gram stain | Negative |
| Cultures and cytology | Pending |

Which of the following is the most likely cause of the ascites?

- A. Budd-Chiari syndrome
- B. Cirrhosis
- C. Inadequately treated hypothyroidism
- D. Peritoneal carcinomatosis
- E. Portal vein thrombosis

NLV's & Abbreviations                              ← Previous    Navigator    Next →

ATTORNEYS' EYES ONLY

ABIM03006

Case: 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 267 of 360 PageID: 19702



A 54-year-old man has had gradually worsening leg weakness for eight months. He now has a visible limp and uses his arms to arise from a chair. Recently he has felt that his grip has become weaker. His balance is not affected.

Motor strength is diminished in both lower extremities; the left leg is weaker than the right. Knee reflexes are present; ankle reflexes are absent. No spasticity is noted. Vibratory sensation is diminished in both legs. The remainder of the physical examination is normal.

Complete blood count, comprehensive metabolic panel, hemoglobin $A_{1c}$, antinuclear antibodies, serum vitamin $B_{12}$, and zinc levels are normal. Heavy metal screening of the urine is negative. Serum immunoelectrophoresis shows a faint IgG kappa paraprotein. Magnetic resonance imaging of the brain and lumbar spine is normal. Electromyography and nerve conduction studies show moderately severe polyneuropathy in the legs and to a lesser extent in the arms. CSF is normal except for a protein level of 82 mg/dL.

Which of the following is the most likely diagnosis?

○ A.    Chronic inflammatory demyelinating polyneuropathy
○ B.    Myasthenia gravis
○ C.    Multiple sclerosis
○ D.    Subacute sclerosing panencephalitis
○ E.    Creutzfeldt-Jakob disease

ATTORNEYS' EYES ONLY

ABIM03007

Case: 24-3012    Document: 48    Page: 272    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 268 of 360 PageID: 19203

A previously healthy 75-year-old woman was hospitalized six days ago because of an infected total knee prosthesis. Surgery was performed on the second hospital day to remove all hardware and stabilize the knee with external fixation. Cultures grew *Staphylococcus aureus*; and intravenous nafcillin is begun. The patient does not smoke cigarettes or drink alcoholic beverages. Current medications are hydrochlorothiazide for hypertension and a multivitamin; atenolol was begun at the time of surgery. Pain has been well controlled, but the nurses say the patient has not slept for two nights and is more confused and less cooperative. This evening, she pulled out her intravenous line and tried to get out of bed.

The patient is disoriented to place and time but knows her name. She cannot explain why she is in the hospital. She is easily distracted by sounds and movement in the room; she is uncooperative with the examination. Temperature is normal, pulse rate is 110 per minute and regular, respirations are 18 per minute, and blood pressure is 150/90 mm Hg. Oxygen saturation by pulse oximetry is 94%. Cardiopulmonary and abdominal examinations are normal. Neurologic examination is normal except for mental status. Complete blood count and comprehensive metabolic panel are normal.

Which of the following medications is most appropriate?

- A.  Diphenhydramine
- B.  Lorazepam
- C.  Morphine
- D.  Risperidone
- E.  Zolpidem

ATTORNEYS' EYES ONLY

ABIM03008

Case: 24-3012    Document: 48    Page: 273    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 274    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination – Candidate Name    ⏱ Time Remaining 107:05



Session Review

⊟ Instructions

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |
|---|---|---|---|---|---|
| Question 31 | Incomplete | Question 32 | Incomplete | Question 33 | Incomplete |
| Question 34 | Incomplete | Question 35 | Incomplete | Question 36 | Incomplete |
| Question 37 | Incomplete | Question 38 | Incomplete | Question 39 | Incomplete |
| Question 40 | Incomplete | Question 41 | Incomplete | Question 42 | Incomplete |
| Question 43 | Incomplete | Question 44 | Incomplete | Question 45 | Incomplete |
| Question 46 | Incomplete | Question 47 | Incomplete | Question 48 | Incomplete |
| Question 49 | Incomplete | Question 50 | Incomplete | Question 51 | Incomplete |
| Question 52 | Incomplete | Question 53 | Incomplete | Question 54 | Incomplete |
| Question 55 | Incomplete | Question 56 | Incomplete | Question 57 | Incomplete |
| Question 58 | Incomplete | Question 59 | Incomplete | Question 60 | Incomplete |

→] End Session    🖉 Review All    ✖ Review Incomplete    🖉 Review Marked

ATTORNEYS' EYES ONLY

ABIM03009



**ATTORNEYS' EYES ONLY**

ABIM03010

Case: 24-3012    Document: 48    Page: 276    Date Filed: 07/03/2025



ATTORNEYS' EYES ONLY

ABIM03011



Normal Lab Values | Abbreviations

## NORMAL LABORATORY VALUES NOT INCLUDED IN THE QUESTION TEXT

The **comprehensive metabolic panel** contains the following assays: albumin, alkaline phosphatase, AST, total bilirubin, blood urea nitrogen, calcium, total cholesterol, creatinine, glucose, phosphorus, total protein, uric acid. These are highlighted in **bold**. Arterial blood studies are done at sea level with the patient breathing room air unless otherwise specified.

### Hematologic:

| | |
|---|---|
| Erythrocyte sedimentation rate (Westergren) | Male: 0-15 mm/hr; female: 0-20 mm/hr |
| Hematocrit, blood | Male: 42-50%; female: 40-48% |
| Hemoglobin, blood | Male: 13-16 g/dL; female: 12-15 g/dL |
| Hemoglobin A$_{1c}$ | 4.0-6.1% |
| Leukocyte count and differential | 4000-11,000/cu mm; |
| | 50-70% segmented neutrophils, |
| | 0-5% band forms, 30-45% lymphocytes, |
| | 0-6% monocytes, 0-1% basophils |
| | 0-3% eosinophils |
| Platelet count | 150,000-300,000/cu mm |

### Whole blood, plasma, serum chemistries:

⊠ Close

ATTORNEYS' EYES ONLY

ABIM03012



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| **Alkaline phosphatase, serum** | 30-120 U/L |
| Aminotransferase, serum alanine (ALT) | 10-40 U/L |
| **Aminotransferase, serum aspartate (AST)** | **10-40 U/L** |
| Arterial studies, blood (patient breathing room air): | |
| Po₂ | 75-100 mm Hg |
| Pco₂ | 38-42 mm Hg |
| Bicarbonate | 23-26 mEq/L |
| pH | 7.38-7.44 |
| Oxygen saturation | 95% or greater |
| **Bilirubin, serum:** | |
| Total | **0.3-1.0 mg/dL** |
| Direct | 0.1-0.3 mg/dL |
| **Calcium, serum** | **Male: 9.0-10.5 mg/dL** |
| | **Female: 8.5-10.2 mg/dL** |
| **Cholesterol, serum:** | |
| Total | **Desirable: less than 200 mg/dL** |
| | **Borderline-high: 200-239 mg/dL** |
| | **(may be high in the presence of** |
| | **coronary artery disease** |
| | **or other risk factors)** |
| | **High: greater than 239 mg/dL** |

☒ Close

**ATTORNEYS' EYES ONLY**

ABIM03013

Case: 24-3012    Document: 48    Page: 278    Date Filed: 07/03/2025



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| High-density lipoprotein (HDL) | Low: less than 40 mg/dL |
| Low-density lipoprotein (LDL) | Optimal: less than 100 mg/dL |
| | Near-optimal: 100-129 mg/dL |
| | Borderline-high: 130-159 mg/dL |
| | (may be high in the presence of coronary artery disease or other factors) |
| | High: 160-189 mg/dL |
| | Very high: 190 mg/dL and above |
| **Creatinine, serum** | **0.7-1.5 mg/dL** |
| Electrolytes, serum: | |
| Sodium | 136-145 mEq/L |
| Potassium | 3.5-5.0 mEq/L |
| Chloride | 98-106 mEq/L |
| Bicarbonate | 23-28 mEq/L |
| **Glucose, plasma** | **Normal (fasting): 70-115 mg/dL** |
| | **Borderline: 115-140 mg/dL** |
| | **Abnormal: greater than 140 mg/dL** |
| Luteinizing hormone, serum | Adult male: 2-18 mIU/mL |
| | Female: |
| | To age 8: less than 10 mIU/mL |
| | Ages 8-14: 2-14 mIU/mL |
| | Adult: 5-12 mIU/mL (follicular or luteal) |

⊠ Close

**ATTORNEYS' EYES ONLY**

ABIM03014

Case: 24-3012    Document: 48    Page: 279    Date Filed: 07/03/2025



## NLV's & Abbreviations

### Normal Lab Values | Abbreviations

**Uric acid, serum**                     **3.0-7.0 mg/dL**

**Cerebrospinal fluid (CSF):**
Cell count                               0-5 mononuclear cells/cu mm
Glucose                                  50-75 mg/dL
Pressure (initial)                       70-180 mm CSF
Total proteins                           15-45 mg/dL

**Hemodynamic measurements:**
Cardiac index                            2.5-4.2 L/min/m$^2$
Cardiac output                           4-6 L/min
Pressures:
  Pulmonary artery                       Systolic: 15-30 mm Hg
                                         Diastolic: 3-21 mm Hg
                                         Mean: 9-16 mm Hg
  Pulmonary artery wedge                 6-12 mm Hg
  Right atrium                           0-8 mm Hg
  Right ventricle                        Systolic:  15-30 mm Hg
                                         Diastolic:  0-5 mm Hg
  Systemic arteries                      Systolic: 100-140 mm Hg
                                         Diastolic: 60-90 mm Hg
                                         Mean: 70-105 mm Hg

☒ Close

ATTORNEYS' EYES ONLY

ABIM03015



### NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

## LIST OF ABBREVIATIONS

| | |
|---|---|
| $A_2$ | Second heart sound |
| ACE | Angiotensin-converting enzyme |
| ACTH | Adrenocorticotropic hormone (corticotropin) |
| AIDS | Acquired immunodeficiency syndrome |
| ALT | Alanine aminotransferase |
| ANCA | Antineutrophil cytoplasmic antibody |
| anti-HAV | Antibodies to hepatitis A virus |
| anti-HBc | Antibodies to hepatitis B core antigen |
| anti-HBe | Antibodies to hepatitis B e antigen |
| anti-HBs | Antibodies to hepatitis B surface antigen |
| anti-HCV | Antibodies to hepatitis C virus |
| anti-HDV | Antibodies to hepatitis D virus |
| AST | Aspartate aminotransferase |
| BMI | Body mass index (in $kg/m^2$) |
| C-ANCA | Cytoplasmic antineutrophil cytoplasmic antibody |

☒ Close

ATTORNEYS' EYES ONLY

ABIM03016

Case: 24-3012     Document: 48     Page: 281     Date Filed: 07/03/2025



## NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| | |
|---|---|
| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $F_{IO_2}$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

⊠ Close

**ATTORNEYS' EYES ONLY**

ABIM03017

Case: 24-3012    Document: 48    Page: 282    Date Filed: 07/03/2025



ATTORNEYS' EYES ONLY

ABIM03018

Case: 24-3012     Document: 48     Page: 283     Date Filed: 07/03/2025



### NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| | |
|---|---|
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |
| PEEP | Positive end-expiratory pressure |
| PEFR | Peak expiratory flow rate |
| $Po_2$ | Partial pressure of oxygen |
| PPD | Purified protein derivative |
| RV | Residual volume |
| $S_1$ | First heart sound |
| $S_2$ | Second heart sound |
| $S_3$ | Third heart sound (ventricular gallop) |
| $S_4$ | Fourth heart sound (atrial gallop) |
| TLC | Total lung capacity |
| TNM | Tumor-node-metastasis |
| TU | Tuberculin unit |
| VDRL | Veneral Disease Research Laboratories |

☒ Close

**ATTORNEYS' EYES ONLY**

ABIM03019

Case: 24-3012    Document: 48    Page: 284    Date Filed: 07/03/2025



A 37-year-old woman has not menstruated in seven months. She recently has had episodes of sweating that occur unexpectedly several times a week and are accompanied by a sense of warmth. She has no other symptoms; her weight is stable, and medical history is otherwise unremarkable. The patient's younger sister has Addison's disease, and her mother has hypothyroidism.

The patient appears healthy; her weight is appropriate for height. Pulse rate is 76 per minute and regular, and blood pressure is 120/78 mm Hg. She does not have a goiter, and no abnormal physical findings are noted. Serum human chorionic gonadotropin level is undetectable.

Measurement of which of the following is most likely to confirm the diagnosis?

- A.  Plasma cortisol
- B.  Serum follicle-stimulating hormone
- C.  Serum thyroid-stimulating hormone
- D.  Serum estradiol
- E.  Serum prolactin

ATTORNEYS' EYES ONLY

ABIM03020



A 48-year-old woman who has had type 1 diabetes mellitus for 15 years is hospitalized because of an ischemic left foot. Polymicrobial sepsis develops despite antibiotic therapy and urgent amputation. She is transferred to the intensive care unit. Kidney insufficiency, disseminated intravascular coagulation, and acute respiratory distress syndrome subsequently develop.

On hospital day 13, the patient is more lethargic, hypotensive, and tachycardic. Serum free thyroxine ($T_4$) is 0.2 ng/dL *[0.8–2.4]*, and thyroid-stimulating hormone is 0.3 μU/mL *[0.5–4.0]*.

Which of the following should you recommend for the thyroid abnormalities?

- A.  Contrast-enhanced computed tomography of the head
- B.  L-thyroxine, 500-μg bolus intravenously
- C.  L-thyroxine, 200 μg daily via the nasogastric tube
- D.  L-thyroxine, 200 μg daily via the nasogastric tube, and hydrocortisone, 100 mg every eight hours
- E.  No further studies or treatment

ATTORNEYS' EYES ONLY

ABIM03021

📝 Notes   🖩 Calculator                                                    🔖 Mark for Review



An 18-year-old man noticed swelling in the scrotum three days ago.  The left testicle is enlarged and only mildly tender on palpation.  It does not transilluminate.

Which of the following is the most likely diagnosis?

○ A.   Testicular torsion
○ B.   Varicocele
○ C.   Epididymitis
○ D.   Testicular germ cell tumor

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM03022

Case: 24-3012     Document: 48     Page: 287     Date Filed: 07/03/2025

Notes  Calculator

Mark for Review

A 50-year-old premenopausal woman has had a bloody discharge from the right nipple for four days. The breast is normal, and no discharge can be expressed. Review of the patient's most recent mammogram, obtained three months ago, is normal.

Which of the following is the most likely cause of her symptoms?

○ A.　Mastitis
○ B.　Intraductal papilloma
○ C.　Inflammatory breast cancer
○ D.　Paget's disease of the breast
○ E.　Pituitary adenoma

NLV's & Abbreviations

← Previous    Navigator    Next →

ATTORNEYS' EYES ONLY

ABIM03023

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 284 of 360 PageID: 13349

📝 Notes   🖩 Calculator                                              △ Mark for Review



An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg. Mental status is normal. A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

○ A.   A beta-adrenergic blocking agent
○ B.   Digoxin and a diuretic
○ C.   An ACE inhibitor and a diuretic
○ D.   Percutaneous aortic valvuloplasty
○ E.   Cardiac catheterization in preparation for aortic valve replacement

⑦ NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →

**CONFIDENTIAL**

ATTORNEYS' EYES ONLY

ABIM03024

Case: 24-3012   Document: 48   Page: 289   Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination—Candidate Name

Time Remaining 117:41
6 of 60

Notes    Calculator                                                    Mark for Review

A previously healthy 76-year-old man has had anorexia, malaise, fatigue, and occasional night sweats for two months. He has lost 4.5 kg (10 lb). He takes no medications regularly.

The patient appears tired and slightly chronically ill but is in no acute distress. He is thin, and muscle mass is diminished. Temperature is 37.8 C (100.0 F), pulse rate is 92 per minute, and blood pressure is 160/80 mm Hg. The patient has complete dentures. A harsh grade 2/6 systolic ejection murmur is heard at the right second intercostal space. The lungs are clear. The liver edge is smooth and palpable at the costal margin. The spleen is not palpable. Petechiae are seen on the shins and dorsal surfaces of the feet; a few splinter hemorrhages are present under the nail beds. The remainder of the examination is normal except for an enlarged prostate gland. Stool is negative for occult blood. Chest radiograph is normal.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 10.7 g/dL |
| Leukocyte count | 13,200/cu mm; 72% segmented neutrophils, 7% band forms, 13% lymphocytes, 8% monocytes |
| Blood urea nitrogen | 27 mg/dL |
| Serum creatinine | 1.4 mg/dL |
| Serum lactate dehydrogenase | 375 U/L [140–280] |
| Urinalysis | Protein 1+, leukocyte esterase negative; 3–5 WBCs, 10–20 RBCs/hpf |

Which of the following is the most likely cause of the kidney abnormalities?

○ A.    Acute interstitial nephritis

○ B.    Acute tubular necrosis

NLV's & Abbreviations                              ← Previous    Navigator    Next →

ATTORNEYS' EYES ONLY

ABIM03025

🔖 Notes  🖩 Calculator                                                                    ✍ Mark for Review



The patient appears tired and slightly chronically ill but is in no acute distress. He is thin, and muscle mass is diminished. Temperature is 37.8 C (100.0 F), pulse rate is 92 per minute, and blood pressure is 160/80 mm Hg. The patient has complete dentures. A harsh grade 2/6 systolic ejection murmur is heard at the right second intercostal space. The lungs are clear. The liver edge is smooth and palpable at the costal margin. The spleen is not palpable. Petechiae are seen on the shins and dorsal surfaces of the feet; a few splinter hemorrhages are present under the nail beds. The remainder of the examination is normal except for an enlarged prostate gland. Stool is negative for occult blood. Chest radiograph is normal.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 10.7 g/dL |
| Leukocyte count | 13,200/cu mm; 72% segmented neutrophils, 7% band forms, 13% lymphocytes, 8% monocytes |
| Blood urea nitrogen | 27 mg/dL |
| Serum creatinine | 1.4 mg/dL |
| Serum lactate dehydrogenase | 375 U/L [140–280] |
| Urinalysis | Protein 1+, leukocyte esterase negative; 3–5 WBCs, 10–20 RBCs/hpf |

Which of the following is the most likely cause of the kidney abnormalities?

- A.  Acute interstitial nephritis
- B.  Acute tubular necrosis
- C.  Immune complex–mediated glomerulonephritis
- D.  Mesangial lupus nephritis
- E.  Renal cell carcinoma

⑦ NLV's & Abbreviations                                            ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03026

Case: 24-3012    Document: 48    Page: 291    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 287 of 360 PageID: 9742

A 55-year-old man asks you about prevention of heart disease. He feels well and thinks he handles job-related stress well. He has never had a major illness; his only surgeries were elective vasectomy and repair of a left inguinal hernia. The patient does not smoke cigarettes; he drinks approximately six bottles of beer weekly and does not exercise regularly. His only medications are occasional acetaminophen for headache and ibuprofen for chronic lower back pain. His father died of a myocardial infarction at age 57.

BMI is 28.5. Temperature and respirations are normal, pulse rate is 80 per minute, and blood pressure is 124/82 mm Hg. The remainder of the physical examination is normal. Complete blood count and serum electrolytes are normal. Serum total cholesterol is 200 mg/dL, HDL cholesterol is 42 mg/dL, and LDL cholesterol is 124 mg/dL; triglycerides are 170 mg/dL. Urinalysis is normal, as is electrocardiogram.

In addition to diet and exercise, which of the following medications is most appropriate now?

○ A.  Aspirin
○ B.  Atorvastatin
○ C.  Losartan
○ D.  Metoprolol
○ E.  Vitamin E

ATTORNEYS' EYES ONLY

ABIM03027

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 288 of 360
PageID: 19233



📓 Notes 🖩 Calculator                                                                    ✍ Mark for Review

A 55-year-old man undergoes screening flexible sigmoidoscopy; a 7-mm adenomatous polyp is detected and removed.  Subsequent colonoscopy is normal.

Which of the following screening recommendations is most appropriate?

○ A.   Fecal occult blood testing in one year
○ B.   Flexible sigmoidoscopy in one year
○ C.   Colonoscopy in one year
○ D.   Colonoscopy in five years
○ E.   Colonoscopy in ten years

❓ NLV's & Abbreviations                                          ← Previous   ✛ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03028

Case: 24-3012   Document: 48   Page: 293   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 289 of 360 PageID: 9224

🗒 Notes  📋 Calculator                                                                    ✏ Mark for Review

An obstetrician consults you about blood pressure management for a 35-year-old pregnant woman who is near term and has pre-eclampsia. Blood pressure is 170/110 mm Hg and has not responded to intravenous hydralazine.

Which of the following antihypertensive agents should be used next?

- A.  Sublingual nifedipine
- B.  Oral losartan
- C.  Intravenous enalaprilat
- D.  Intravenous labetalol
- E.  Intravenous nitroprusside

❓ NLV's & Abbreviations                          ← Previous   ❖ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03029

Case: 24-3012    Document: 48    Page: 294    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 290 of 360
PageID: 10231

🔖 Notes  🗎 Calculator                                                    ◿ Mark for Review



A 19-year-old female college student is brought to the emergency department because of confusion and agitation.  The patient had reported abdominal pain and diarrhea before her morning class, but she seemed well otherwise.  The previous night she drank a large quantity of alcoholic beverages after an argument with her boyfriend.  She has a history of depression.  The patient's roommate does not know what medications the patient is taking.

The patient is flushed, agitated, and unable to sit still.  Temperature is 38.3 C (101.0 F), pulse rate is 120 per minute, respirations are 16 per minute, and blood pressure is 150/100 mm Hg.  She is diaphoretic, and her mucous membranes are moist.  She does not cooperate with the neurologic examination.  Hyperreflexia and myoclonic jerks are noted.

Which of the following is the most likely cause of the current symptoms?

- ○ A.   Alcohol withdrawal
- ○ B.   Phencyclidine toxicity
- ○ C.   Nortriptyline overdose
- ○ D.   Sertraline overdose

ⓘ NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03030

Case: 24-3012    Document: 48    Page: 295    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 291 of 360
PageID: 19241

A 30-year-old woman who has HIV infection has had bilateral visual disturbance for two weeks. She reports blurring and intermittent floaters. Medical history is significant for *Pneumocystis* pneumonia three years ago and intermittent oral thrush. She has not seen a physician or taken any medications in six months. Funduscopic findings are shown.

**Click here for Figure(s)**

Which of the following is the most likely cause of the visual disturbance?

- A. *Candida albicans*
- B. *Cryptococcus neoformans*
- C. Cytomegalovirus
- D. *Mycobacterium tuberculosis*
- E. *Toxoplasma gondii*

ATTORNEYS' EYES ONLY

ABIM03031

Case: 24-3012   Document: 48   Page: 296   Date Filed: 07/03/2025



ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 297    Date Filed: 07/03/2025

ABIM03032



A 75-year-old man who has chronic obstructive pulmonary disease and atrial fibrillation has had progressive mild exertional dyspnea and a cough. Temperature is 37.0 C (98.6 F), pulse rate is 92 per minute and irregularly irregular, and blood pressure is 122/70 mm Hg. Pulmonary examination reveals a prolonged expiratory phase, scattered bilateral rhonchi that clear with coughing, and dullness to percussion at the left lung base. No cyanosis, clubbing, or peripheral edema is noted.

Chest radiograph reveals hyperinflated lung fields and a left pleural effusion. Computed tomogram of the chest reveals emphysema and a left pleural effusion; no lymph node enlargement is seen. Thoracentesis yields pleural fluid with leukocyte count of 5000/cu mm (76% lymphocytes), erythrocyte count of 1200/cu mm, and glucose of 60 mg/dL; pleural fluid-to-serum protein ratio is 0.6. Cytologic examination, Gram stain, stain for acid-fast bacilli, and routine cultures are negative. Repeat chest radiograph after thoracentesis shows a minimal amount of residual pleural fluid.

Which of the following is the most appropriate next step?

- ○ A.  Repeat chest radiography in three months
- ○ B.  Echocardiography
- ○ C.  Bronchoscopy
- ○ D.  Pleural biopsy

❓ NLV's & Abbreviations
← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03033

Notes  Calculator                                                    Mark for Review

A 43-year-old woman has had rheumatoid arthritis involving the elbows, wrists, metacarpophalangeal (MCP) and proximal interphalangeal (PIP) joints of the hands, knees, and ankles for eight years. Symptoms have been stable on a regimen of naproxen (250 mg twice daily), hydroxychloroquine (200 mg daily), and methotrexate (7.5 mg weekly). She also takes hydrochlorothiazide (12.5 mg daily) for mild hypertension. The patient now reports increased pain and swelling of the right knee. She recently returned from a two-week vacation, during which she walked more than usual.

Temperature is 37.3 C (99.2 F). The wrists, MCP and PIP joints of the hands, and left knee are slightly swollen. The right knee has a moderate effusion without warmth or erythema. Flexion to 75 degrees produces pain. The right knee is aspirated; synovial fluid leukocyte count is 6500/cu mm. Gram stain and culture are negative.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 9200/cu mm; normal differential |
| Erythrocyte sedimentation rate | 53 mm/hr |
| Serum creatinine | 1.9 mg/dL |
| Serum uric acid | 9.6 mg/dL |

Which of the following is the most appropriate management?

- A.  Magnetic resonance imaging of the knee
- B.  Increase in naproxen dose to 500 mg twice daily
- C.  Addition of colchicine
- D.  Intra-articular corticosteroid injection of the knee
- E.  Physical therapy referral

NLV's & Abbreviations                              ← Previous    Navigator    Next →

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 299    Date Filed: 07/03/2025

ABIM03034

Notes  Calculator                                                             Mark for Review

A 47-year-old woman has had recurrent dizziness for ten days. She has had a spinning sensation but has not vomited or had hearing loss, ringing in the ears, or localized neurologic symptoms. The episodes are most often brought on by rolling over in bed or bending forward and usually last less than one minute.

Temperature is normal. Blood pressure is normal without postural changes. The patient is able to hear the ticking of a watch bilaterally. The tympanic membranes are normal. Testing shows a few beats of end-point nystagmus when the patient looks to either side and mild rotatory nystagmus when she changes position from supine to sitting with the head turned to the right. The remainder of the physical examination is normal.

Which of the following is most likely to be effective in preventing future episodes of dizziness?

- A.  Canalith repositioning (Epley) maneuvers
- B.  Acetazolamide
- C.  Aspirin
- D.  Diazepam
- E.  Meclizine

NLV's & Abbreviations                                    Previous    Navigator    Next

ATTORNEYS' EYES ONLY

ABIM03035

⏱ Time Remaining 112:05
🖫 15 of 60

📓 Notes  🖩 Calculator                                                                                          🖉 Mark for Review



A 27-year-old man comes to the emergency department because of marked difficulty breathing. Seven days ago he had the onset of fever, dyspnea, malaise, polyarthralgia, and papular skin lesions. Five days ago he had an episode of hemoptysis with blood-streaked white sputum. Medical history is significant for allergic rhinitis, recurrent sinusitis, and moderate persistent asthma, for which he uses inhaled and intranasal corticosteroids. The patient has one same-sex partner. He takes no other medications and smokes one pack of cigarettes daily.

Today the patient is extremely dyspneic. Temperature is normal, pulse rate is 112 per minute and regular, respirations are 32 per minute, and blood pressure is 106/78 mm Hg. Oxygen saturation by pulse oximetry is 91% with the patient breathing oxygen (2 L/min by nasal cannula). Bilateral gray polyps are seen in the anterior nares. Inspiratory and expiratory wheezes and coarse crackles are heard at the lung bases. Tender, palpable subcutaneous nodules are present over the extensor surface of the arms and lower legs. The remainder of the examination is unremarkable. Chest radiograph shows diffuse patchy opacities bilaterally.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 32% |
| Leukocyte count | 18,400/cu mm; 63% neutrophils, 6% lymphocytes, 4% monocytes, 27% eosinophils |
| Erythrocyte sedimentation rate | 100 mm/hr |
| Blood urea nitrogen | 14 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| HIV antibodies | Pending |
| Urinalysis | Normal |

Which of the following is the most likely diagnosis?

❓ NLV's & Abbreviations                                        ← Previous   ⚙ Navigator   Next ▶

ATTORNEYS' EYES ONLY

ABIM03036

Notes  Calculator                                                                    Mark for Review



medications and smokes one pack of cigarettes daily.

Today the patient is extremely dyspneic. Temperature is normal, pulse rate is 112 per minute and
regular, respirations are 32 per minute, and blood pressure is 106/78 mm Hg. Oxygen saturation by
pulse oximetry is 91% with the patient breathing oxygen (2 L/min by nasal cannula). Bilateral gray
polyps are seen in the anterior nares. Inspiratory and expiratory wheezes and coarse crackles are heard
at the lung bases. Tender, palpable subcutaneous nodules are present over the extensor surface of the
arms and lower legs. The remainder of the examination is unremarkable. Chest radiograph shows
diffuse patchy opacities bilaterally.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 32% |
| Leukocyte count | 18,400/cu mm; 63% neutrophils, 6% lymphocytes, 4% monocytes, 27% eosinophils |
| Erythrocyte sedimentation rate | 100 mm/hr |
| Blood urea nitrogen | 14 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| HIV antibodies | Pending |
| Urinalysis | Normal |

Which of the following is the most likely diagnosis?

- A.   Churg-Strauss disease
- B.   Goodpasture's syndrome
- C.   Kaposi's sarcoma
- D.   *Pneumocystis* pneumonia
- E.   ANCA-associated granulomatous vasculitis (Wegener's granulomatosis)

NLV's & Abbreviations                                      ← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03037

Case: 24-3012    Document: 48    Page: 302    Date Filed: 07/03/2025

🗒 Notes  🖩 Calculator                                                                  🖉 Mark for Review



A 64-year-old man has had recurrent fever, anorexia, a 3.6-kg (8-lb) weight loss, arthralgias, paresthesias, and numbness in both feet for two months.  Recently, he has noted a rash over both legs, ankles, and feet.

Temperature is 38.0 C (100.4 F), pulse rate is 78 per minute, respirations are 16 per minute, and blood pressure is 150/90 mm Hg.  No mucosal lesions are noted.  No lymph node or organ enlargement is present.  Cardiopulmonary examination is normal.  A raised, nonblanching, purpuric eruption covers the legs, with two small ulcers over the right medial malleolus.  Ankle reflexes are absent bilaterally; sensation to light touch is diminished in a stocking distribution.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 11.1 g/dL |
| Leukocyte count | 6400/cu mm |
| Platelet count | 238,000/cu mm |
| Serum creatinine | 1.3 mg/dL |
| Antinuclear antibodies | 1:80 *[greater than 1:40 is abnormal]* |
| Rheumatoid factor | 65 IU/mL *[less than 24]* |
| Serum complements | |
|   C3 | 140 mg/dL *[100–233]* |
|   C4 | 5 mg/dL *[14–48]* |
| Serum immunofixation | Low-level monoclonal IgM kappa |
| Urinalysis | Protein 3+; 15–20 RBCs, 10–20 WBCs, occasional granular and RBC casts/hpf |
| Blood cultures | Negative (x2) |

Which of the following is the most likely diagnosis?

⊘ NLV's & Abbreviations                                          ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03038



pressure is 150/90 mm Hg.  No mucosal lesions are noted.  No lymph node or organ enlargement is present.  Cardiopulmonary examination is normal.  A raised, nonblanching, purpuric eruption covers the legs, with two small ulcers over the right medial malleolus.  Ankle reflexes are absent bilaterally; sensation to light touch is diminished in a stocking distribution.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 11.1 g/dL |
| Leukocyte count | 6400/cu mm |
| Platelet count | 238,000/cu mm |
| Serum creatinine | 1.3 mg/dL |
| Antinuclear antibodies | 1:80 *[greater than 1:40 is abnormal]* |
| Rheumatoid factor | 65 IU/mL *[less than 24]* |
| Serum complements | |
|   C3 | 140 mg/dL *[100–233]* |
|   C4 | 5 mg/dL *[14–48]* |
| Serum immunofixation | Low-level monoclonal IgM kappa |
| Urinalysis | Protein 3+; 15–20 RBCs, 10–20 WBCs, occasional granular and RBC casts/hpf |
| Blood cultures | Negative (x2) |

Which of the following is the most likely diagnosis?

○ A.   Giant cell arteritis
○ B.   Mixed cryoglobulinemia
○ C.   Subacute bacterial endocarditis
○ D.   Systemic lupus erythematosus
○ E.   Henoch-Schönlein purpura

ATTORNEYS' EYES ONLY

ABIM03039

📑 Notes  ⎗ Calculator                                                    ◹ Mark for Review

A 65-year-old man comes to your office for a periodic health evaluation. Both pupils are irregular in shape, 3 mm in diameter, and fail to react to light. They briskly constrict, however, when the patient focuses on a near object. Visual acuity and eye movements are normal.

These pupillary findings are most consistent with which of the following diagnoses?

- ○ A.  Creutzfeldt-Jakob (prion) disease
- ○ B.  Multiple sclerosis
- ○ C.  Neurosyphilis
- ○ D.  Optic neuritis
- ○ E.  Sympathetic denervation of the pupils (Horner's syndrome)

❓ NLV's & Abbreviations                    ← Previous   ✣ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03040

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 301 of 360
PageID: 19266

ABIM Internal Medicine Certification Examination - Candidate Name

Time Remaining 111:25
18 of 60

Notes  Calculator                                                    Mark for Review



A 22-year-old man has had "sinus congestion," rhinorrhea, sore throat, slight fever, and an occasional cough productive of clear sputum for three days. He has also noted intermittent greenish nasal drainage and slight discomfort over his frontal sinuses. He has not had rigors or shortness of breath. The patient's general health is good, and he has no underlying medical problems.

The patient appears slightly uncomfortable but in no acute distress. Temperature is 37.5 C (99.5 F), pulse rate is 84 per minute, respirations are 16 per minute, and blood pressure is 125/70 mm Hg. The pharynx is slightly injected but without exudates. The nasal mucosa is congested and inflamed. The sinuses are not tender to percussion. The cervical lymph nodes are not enlarged, and the lungs are clear.

Which of the following is the most appropriate next step?

- A.    Throat swab for culture
- B.    Throat swab for streptococcal A antigen
- C.    Radiographs of the paranasal sinuses
- D.    Symptomatic treatment with oral decongestants
- E.    Azithromycin

ATTORNEYS' EYES ONLY

ABIM03041



A 54-year-old man has had cough productive of purulent sputum, fever, and pleuritic chest pain for two days. He takes no medications, has never smoked cigarettes, and drinks no more than one alcoholic beverage weekly.

Temperature is 38.9 C (102.0 F), pulse rate is 90 per minute, respirations are 22 per minute, and blood pressure is 110/80 mm Hg. Oxygen saturation (breathing oxygen, 2 L/min) is 96% by pulse oximetry. Dullness to percussion and diminished breath sounds are noted in the left posterior chest. Chest radiograph reveals an opacity in the left lower lobe and a moderate-sized left pleural effusion. A left lateral decubitus film shows layering of the pleural fluid. Sputum stain shows many neutrophils and gram-positive diplococci. Blood and sputum cultures are pending. Levofloxacin is started, and thoracentesis is performed.

Laboratory studies:

| | |
|---|---|
| Leukocyte count | 18,500/cu mm; 80% segmented neutrophils, 5% band forms, 12% lymphocytes, 3% monocytes |
| Plasma glucose | 110 mg/dL |
| Serum total proteins | 5 g/dL |
| Pleural fluid | |
| pH | 7.30 |
| Protein | 4 g/dL |
| Glucose | 88 mg/dL |
| Leukocyte count | 10,000/cu mm; 95% neutrophils, 5% monocytes |
| Gram stain | Many neutrophils, no organisms |

Which of the following is the most appropriate management of the pleural effusion?

ATTORNEYS' EYES ONLY

ABIM03042

Case: 24-3012    Document: 48    Page: 307    Date Filed: 07/03/2025

Case: 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 303 of 360
PageID: 19285

🔖 Notes  🗒 Calculator                                              ✑ Mark for Review



Temperature is 38.9 C (102.0 F), pulse rate is 90 per minute, respirations are 22 per minute, and blood pressure is 110/80 mm Hg.  Oxygen saturation (breathing oxygen, 2 L/min) is 96% by pulse oximetry. Dullness to percussion and diminished breath sounds are noted in the left posterior chest.  Chest radiograph reveals an opacity in the left lower lobe and a moderate-sized left pleural effusion.  A left lateral decubitus film shows layering of the pleural fluid.  Sputum stain shows many neutrophils and gram-positive diplococci.  Blood and sputum cultures are pending.  Levofloxacin is started, and thoracentesis is performed.

Laboratory studies:

| | |
|---|---|
| Leukocyte count | 18,500/cu mm; 80% segmented neutrophils, 5% band forms, 12% lymphocytes, 3% monocytes |
| Plasma glucose | 110 mg/dL |
| Serum total proteins | 5 g/dL |
| Pleural fluid | |
| pH | 7.30 |
| Protein | 4 g/dL |
| Glucose | 88 mg/dL |
| Leukocyte count | 10,000/cu mm; 95% neutrophils, 5% monocytes |
| Gram stain | Many neutrophils, no organisms |

Which of the following is the most appropriate management of the pleural effusion?

- ○ A.  Computed tomography of the chest
- ○ B.  Large-volume thoracentesis of the left pleural space
- ○ C.  Insertion of a chest tube into the left pleural space
- ○ D.  Observation only

⑦ NLV's & Abbreviations          ← Previous   ⚙ Navigator   Next →

**ATTORNEYS' EYES ONLY**

ABIM03043

Case: 24-3012    Document: 48    Page: 308    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 304 of 360
PageID: 19238



A 20-year-old man has hypertension that is treated with hydrochlorothiazide and a beta-adrenergic blocking agent. He is otherwise healthy. His father died of a stroke at age 40. An older brother was recently found to have medullary thyroid cancer, and genetic testing revealed a germline mutation in codon 634 of the *RET* gene.  Testing confirms that the patient carries the same mutation.

Before a referral for prophylactic thyroidectomy, he should be screened for which of the following?

○ A.    Carcinoid tumor
○ B.    Islet cell tumor
○ C.    Pheochromocytoma
○ D.    Prolactinoma

ATTORNEYS' EYES ONLY

ABIM03044

Case: 24-3012    Document: 48    Page: 309    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 305 of 360 PageID: 19246

A 70-year-old man has had progressive anorexia and nausea for several weeks. He has not had chest discomfort, shortness of breath, fever, chills, vomiting, or dark stools. The patient had an anterior myocardial infarction five years ago; left ventricular ejection fraction is 35%. Four months ago, he had atrial fibrillation with rapid ventricular response that was treated with digoxin, diltiazem, and warfarin; after six weeks of therapy, cardioversion was successful. The patient's exercise tolerance was greatly improved for the ten days he remained in sinus rhythm. When atrial fibrillation recurred two months ago, he was treated with oral amiodarone for four weeks; repeat cardioversion was successful. Diltiazem was discontinued. Current medications are digoxin, amiodarone, lisinopril, furosemide, and warfarin.

The patient appears apathetic but in no acute distress. Pulse rate is 48 per minute and irregular, respirations are 24 per minute, and blood pressure is 120/70 mm Hg with a postural decrease of 10 mm Hg. No scleral icterus is noted, and mucous membranes are pink and well perfused. The cardiac impulse is slightly displaced inferiorly and laterally. A grade 2/6 holosystolic murmur is audible at the apex and radiates to the axilla. No gallops are heard. Crackles are heard at both lung bases. The abdomen is soft; mild epigastric tenderness is noted. The liver is slightly enlarged. Neurologic examination reveals no focal findings. Electrocardiogram shows Mobitz type I (Wenckebach) atrioventricular block with nonspecific ST-segment changes. Chest radiograph shows a slightly enlarged cardiac silhouette, mild pulmonary congestion, and no opacities. INR is 3, serum creatinine is 1.3 mg/dL, and potassium is 5.0 mEq/L.

Which of the following is the most appropriate next step?

○ A.  Echocardiography
○ B.  Discontinuation of amiodarone
○ C.  Discontinuation of digoxin
○ D.  Discontinuation of warfarin
○ E.  Pacemaker placement

ATTORNEYS' EYES ONLY

ABIM03045

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 306 of 360 PageID: 13341

📝 Notes  🖩 Calculator                                                    Mark for Review



A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

- ○ A.    Paroxysmal supraventricular tachycardia
- ○ B.    Thyrotoxicosis
- ○ C.    Pheochromocytoma
- ○ D.    Panic disorder

⑦ NLV's & Abbreviations                              ← Previous   ✿ Navigator   Next →

CONFIDENTIAL

ATTORNEYS' EYES ONLY

ABIM03046

Case: 24-3012    Document: 48    Page: 311    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 307 of 360
PageID: 19762

📝 Notes  🖥 Calculator                                                          ✏ Mark for Review

A 42-year-old woman has had blurry vision in the right eye since this morning. Extraocular movements are normal. Without illumination, both pupils are dilated and 4 mm in diameter. When light is shined into the left eye, both pupils constrict to 2 mm in diameter. When light is shined into the right eye, no pupillary constriction is observed in either eye.

Which of the following is the most likely location of the lesion?

○ A.    Lens
○ B.    Macula
○ C.    Occipital cortex
○ D.    Optic nerve

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 312    Date Filed: 07/03/2025

ABIM03047

A 32-year-old woman has had increasingly frequent bouts of foul-smelling diarrhea and postprandial abdominal bloating and cramping. She has lost 10 kg (22 lb) since symptoms began about six months ago. She has not had fever, melena, or bloody stools. She has no recent history of foreign travel.

BMI is 17. Blood pressure is 100/70 mm Hg supine and 90/60 mm Hg sitting. An excoriated papulovesicular rash is present on the back, buttocks, and extensor surfaces of the elbows and knees. Bowel sounds are increased. Rectal examination is normal, and stool is negative for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 33% |
| Hemoglobin | 11.0 g/dL |
| Mean corpuscular volume | 80 fL *[86−98]* |
| Leukocyte count | 10,000/cu mm; normal differential |
| Comprehensive metabolic panel | Normal except for serum albumin of 3.0 g/dL, alkaline phosphatase of 140 U/L, calcium of 7.2 mg/dL, and phosphorus of 2.5 mg/dL |
| Serum electrolytes | Normal |
| Serum ferritin | 6 ng/mL *[11−211]* |
| Serum vitamin $B_{12}$ | 220 pg/mL *[200−800]* |

Stool culture is negative, as is examination for ova and parasites; no leukocytes are present. Qualitative test for fecal fat is positive.

Which of the following is the most likely diagnosis?

○ A.   Celiac disease

ATTORNEYS' EYES ONLY

ABIM03048

📝 Notes  🖩 Calculator                                              ◁ Mark for Review

Case: 24-3012    Document: 48    Page: 314    Date Filed: 07/03/2025



BMI is 17.  Blood pressure is 100/70 mm Hg supine and 90/60 mm Hg sitting.  An excoriated papulovesicular rash is present on the back, buttocks, and extensor surfaces of the elbows and knees.  Bowel sounds are increased.  Rectal examination is normal, and stool is negative for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 33% |
| Hemoglobin | 11.0 g/dL |
| Mean corpuscular volume | 80 fL *[86–98]* |
| Leukocyte count | 10,000/cu mm; normal differential |
| Comprehensive metabolic panel | Normal except for serum albumin of 3.0 g/dL, alkaline phosphatase of 140 U/L, calcium of 7.2 mg/dL, and phosphorus of 2.5 mg/dL |
| Serum electrolytes | Normal |
| Serum ferritin | 6 ng/mL *[11–211]* |
| Serum vitamin $B_{12}$ | 220 pg/mL *[200–800]* |

Stool culture is negative, as is examination for ova and parasites; no leukocytes are present.  Qualitative test for fecal fat is positive.

Which of the following is the most likely diagnosis?

○ A.    Celiac disease
○ B.    Crohn's disease
○ C.    Pancreatic insufficiency
○ D.    Small bowel bacterial overgrowth
○ E.    Whipple's disease

? NLV's & Abbreviations                          ← Previous    ❖ Navigator    Next →

ATTORNEYS' EYES ONLY

ABIM03049



A 58-year-old man who has type 2 diabetes mellitus is admitted to the hospital because he has had mental status changes for three days. He was evaluated two months ago for left hip pain. At that time, a 6-cm mass was noted in the left lung, and an osteolytic lesion was noted in the left femoral head; stage IV non-small cell lung carcinoma was diagnosed. Sustained-release morphine was begun, and the hip lesion was radiated. One week ago, wheezing developed. Chest radiograph was unchanged. Albuterol and prednisone were begun, which relieved the symptoms, but during the past three days his mental status has fluctuated dramatically. His family says that he has alternating episodes of somnolence and agitation, punctuated by periods when he appears lucid. Other current medications are glyburide, nortriptyline, and sustained-release morphine (30 mg twice daily).

The patient appears comfortable but thinks he is in a department store. Temperature is 36.8 C (98.2 F), pulse rate is 86 per minute with intermittent premature beats, respirations are 24 per minute, and blood pressure is 140/82 mm Hg. Oxygen saturation is 92% by pulse oximetry. The lungs are clear and resonant. The neck veins are normal. He has no asterixis. Motor strength and tone, cranial nerves, and gait are normal. The patient describes his hip pain as 2 of 10 (on a scale from 0, no pain, to 10, most severe pain). Computed tomography of the head with and without contrast shows mild cerebral atrophy.

Laboratory studies:

| | |
|---|---|
| Hematocrit | Normal |
| Leukocyte count | Normal |
| Platelet count | Normal |
| Comprehensive metabolic panel | Normal except for plasma glucose of 218 mg/dL, serum calcium of 11 mg/dL, and serum creatinine of 1.2 mg/dL (stable) |
| Serum albumin | 4.1 g/dL |
| Arterial blood studies | |

ATTORNEYS' EYES ONLY

ABIM03050

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 311 of 360
PageID: 19241

📖 Notes  🖩 Calculator                                                                          ✍ Mark for Review



The patient appears comfortable but thinks he is in a department store.  Temperature is 36.8 C (98.2 F), pulse rate is 86 per minute with intermittent premature beats, respirations are 24 per minute, and blood pressure is 140/82 mm Hg.  Oxygen saturation is 92% by pulse oximetry.  The lungs are clear and resonant.  The neck veins are normal.  He has no asterixis.  Motor strength and tone, cranial nerves, and gait are normal.  The patient describes his hip pain as 2 of 10 (on a scale from 0, no pain, to 10, most severe pain).  Computed tomography of the head with and without contrast shows mild cerebral atrophy.

Laboratory studies:

| | |
|---|---|
| Hematocrit | Normal |
| Leukocyte count | Normal |
| Platelet count | Normal |
| Comprehensive metabolic panel | Normal except for plasma glucose of 218 mg/dL, serum calcium of 11 mg/dL, and serum creatinine of 1.2 mg/dL (stable) |
| Serum albumin | 4.1 g/dL |
| Arterial blood studies | |
| $PO_2$ | 64 mm Hg |
| $PCO_2$ | 38 mm Hg |
| pH | 7.42 |
| Urinalysis | Few hyaline casts/hpf |

Which of the following is the best initial management of the mental status changes?

- A.  Discontinue nortriptyline and prednisone
- B.  Taper morphine over three to five days
- C.  Administer a single dose of intravenous pamidronate
- D.  Begin scheduled haloperidol, intravenously

⑦ NLV's & Abbreviations                                    ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03051

Case: 24-3012    Document: 48    Page: 316    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 312 of 360 PageID: 19247



A 33-year-old woman comes to your office because she was stung by a bee while picking apples over the weekend. She had immediate pain at the site of the sting, nausea, and diaphoresis. She did not have respiratory distress or wheezing, but she had to sit down for five minutes before she felt well enough to resume her activities. The next day, the sting site was swollen, and today it itches intensely.

Which of the following should you do?

○ A.   Write a prescription for injectable epinephrine
○ B.   Prescribe prednisone
○ C.   Refer her to an allergist for desensitization
○ D.   Reassure her that this is a normal reaction to an insect sting

ATTORNEYS' EYES ONLY

ABIM03052

Case: 24-3012    Document: 48    Page: 317    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 313 of 360 PageID: 9248



An 82-year-old woman who has chronic obstructive pulmonary disease is evaluated in the emergency department because she has had increasing shortness of breath and nonproductive cough for four days. The patient appears fatigued but is awake and cooperative. She is using accessory muscles of respiration. Pulse rate is 120 per minute, respirations are 42 per minute, and blood pressure is 100/46 mm Hg. Scattered coarse rhonchi and expiratory wheezes are heard throughout the lung fields; the expiratory phase is prolonged. With the patient breathing oxygen (4 L/min by nasal cannula), arterial blood $P_{O_2}$ is 55 mm Hg, $P_{CO_2}$ is 75 mm Hg, and pH is 7.20. Chest radiograph shows hyperinflated lung fields bilaterally.

In addition to an inhaled bronchodilator and intravenous corticosteroids, which of the following therapies is most appropriate initially?

○ A.   Increase in $F_{IO_2}$ to 1.00 administered by nonrebreathing face mask
○ B.   Lorazepam
○ C.   Noninvasive positive pressure ventilation
○ D.   Endotracheal intubation and mechanical ventilation

ATTORNEYS' EYES ONLY

ABIM03053

Case: 24-3012    Document: 48    Page: 318    Date Filed: 07/03/2025



An 18-year-old woman asks you about acne treatment.  She is concerned because her mother never received acne therapy and now has a "scarred and pitted" face.  The patient says that every day she cleans her face with an abrasive skin cleanser and an astringent pad to "get out all the dirt," but she says that her skin looks worse.  She takes no medications.

Physical examination reveals open and closed comedones and a few erythematous, inflamed areas on the chin and forehead.  No papules or cysts are present on the face or trunk.

In addition to discontinuation of the abrasive cleanser and astringent, which of the following should you recommend as initial treatment?

- ○ A.  Avoidance of caffeine and fatty foods
- ○ B.  Topical benzoyl peroxide
- ○ C.  Oral isotretinoin
- ○ D.  Oral tetracycline
- ○ E.  An oral contraceptive

ATTORNEYS' EYES ONLY

ABIM03054

Case: 24-3012    Document: 48    Page: 319    Date Filed: 07/03/2025

📑 Notes  🖩 Calculator                                              ◇ Mark for Review



An 81-year-old woman recently was found to have microcytic anemia; stool was positive for occult blood.  A colonoscopy is planned.  She has lived in a nursing facility since she had a stroke resulting in left hemiparesis two years ago.  Her speech is fluent, and her cognitive functioning is excellent.  She participates in group activities in her facility and travels to your office for periodic visits.

The patient's son, who holds her Durable Power of Attorney for Health Care (Health Care Proxy), wishes to proceed with the colonoscopy but asks that he be allowed to sign the consent form for the procedure. He tells you that he thinks his mother may not be able to handle an open discussion of the risks or potential findings of the procedure.

Which of the following is the most appropriate plan?

○ A.    Advise the son that you will obtain informed consent from the patient
○ B.    Accept the son's consent as adequate to proceed
○ C.    Advise the son that you will only proceed with his consent and the patient's consent
○ D.    Arrange for psychiatric evaluation of the patient prior to obtaining her consent

ATTORNEYS' EYES ONLY

ABIM03055

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 316 of 360
PageID: 19251



In the past year, a 24-year-old woman has had five or six episodes of severe fatigue lasting several hours. Two months ago when she was brought to the emergency department because of such an episode, plasma glucose was 48 mg/dL. Glucose tolerance testing two weeks later yielded normal results. She also has had two episodes of dizziness, both of which improved after taking glucose. The patient has no other significant medical history; her mother has type 2 diabetes mellitus. Physical examination is normal.

Fasting laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Serum electrolytes | Normal |
| Liver biochemical studies | Normal |
| Plasma glucose | 58 mg/dL |
| Serum insulin | 28 µU/mL *[less than 20]* |
| Serum C peptide | 1.7 nmol/L *[0.28–0.63]* |

You should now order which of the following?

○ A.   A high-protein diet with six small meals daily
○ B.   Urine sulfonylurea screen
○ C.   Computed tomography of the abdomen
○ D.   Celiac axis arteriography
○ E.   Transhepatic catheterization of the portal vein with insulin sampling

ATTORNEYS' EYES ONLY

ABIM03056

Case: 24-3012    Document: 48    Page: 321    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 317 of 260 PageID: 9252



A 23-year-old woman is brought to your office by her husband for evaluation of unsteadiness that resulted in a fall. The patient's younger sister, whom she helped raise after their parents' divorce, was recently diagnosed with a glioblastoma. The patient feels she has lost the support and attention of her parents because of her sister's illness. In addition, her husband's business has just failed.

Physical examination, including neurologic examination, is normal. Observation of gait reveals that the patient walks normally for three or four paces, then lurches wildly and catches herself to prevent a fall.

Which of the following is the most likely diagnosis?

- ○ A.    Panic attack
- ○ B.    Conversion disorder
- ○ C.    Somatization disorder
- ○ D.    Post-traumatic stress disorder
- ○ E.    Interpersonal violence

ATTORNEYS' EYES ONLY

ABIM03057



A 38-year-old white male insurance executive is admitted to the hospital because of acute cholecystitis. He has a history of a skin ulcer on his right lateral malleolus and a vague history of transfusion for anemia as a child. His mother and one of his two sisters have always been told that they are anemic and need iron supplementation.

The patient appears well developed and well nourished; he is in moderate distress from the abdominal pain. Temperature is 37.8 C (100.1 F), pulse rate is 100 per minute, and blood pressure is 156/76 mm Hg. He has mild scleral icterus. Bowel sounds are decreased. There is right upper abdominal quadrant tenderness in the midclavicular line without direct or indirect rebound; the gallbladder is not palpable. Liver span is approximately 12 cm; the spleen is palpable 3 cm below the left costal margin.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 11.1 g/dL |
| Mean corpuscular volume | 88 fL *[86–98]* |
| Leukocyte count | 16,500/cu mm; 45% segmented neutrophils, 10% band forms, 32% lymphocytes, 13% monocytes |
| Reticulocyte count | 8.2% *[0.5–1.5]* |
| Serum total bilirubin | 3.6 g/dL |
| Serum lactate dehydrogenase | 750 U/L *[140–280]* |
| Serum alkaline phosphatase | 240 U/L |
| Serum aminotransferases | |
|    ALT | 45 U/L |
|    AST | 50 U/L |

ATTORNEYS' EYES ONLY

ABIM03058

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 319 of 360
PageID: 19264
ABIM Internal Medicine Certification Examination — Candidate Name

Time Remaining 108:25
32 of 60

Notes   Calculator
Mark for Review



tenderness in the midclavicular line without direct or indirect rebound; the gallbladder is not palpable.
Liver span is approximately 12 cm; the spleen is palpable 3 cm below the left costal margin.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 11.1 g/dL |
| Mean corpuscular volume | 88 fL [86−98] |
| Leukocyte count | 16,500/cu mm; 45% segmented neutrophils, 10% band forms, 32% lymphocytes, 13% monocytes |
| Reticulocyte count | 8.2% [0.5−1.5] |
| Serum total bilirubin | 3.6 g/dL |
| Serum lactate dehydrogenase | 750 U/L [140−280] |
| Serum alkaline phosphatase | 240 U/L |
| Serum aminotransferases | |
| ALT | 45 U/L |
| AST | 50 U/L |

Ultrasonography of the right upper abdominal quadrant shows multiple stones and a thickened gallbladder wall; there are no dilated ducts.

Which of the following is the most likely underlying diagnosis?

- A.  Glucose-6-phosphate dehydrogenase deficiency
- B.  Paroxysmal nocturnal hemoglobinuria
- C.  Beta thalassemia minor
- D.  Autoimmune hemolytic anemia
- E.  Hereditary spherocytosis

ATTORNEYS' EYES ONLY

ABIM03059

A previously healthy 18-year-old woman is brought to the emergency department because she lost consciousness for about two minutes after being awakened by her alarm clock.  Pulse rate is 80 per minute, and blood pressure is 110/70 mm Hg.  Physical examination is normal.  Electrocardiogram is shown.

**Click here for Figure(s)**

Which of the following is most likely?

○ A.    Cocaine use within the past 24 hours
○ B.    Kidney failure
○ C.    Atrial septal defect
○ D.    Marfan's syndrome
○ E.    Family history of sudden death

ATTORNEYS' EYES ONLY

ABIM03060

Case: 24-3012    Document: 48    Page: 325    Date Filed: 07/03/2025



ATTORNEYS' EYES ONLY

ABIM03061

Case: 24-3012    Document: 48    Page: 326    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 322 of 360 PageID: 19257

Yesterday, a 22-year-old man received cyclophosphamide, doxorubicin, vincristine, and prednisone (CHOP) for a very bulky large cell lymphoma of the abdomen. Pretreatment serum electrolyte levels were normal; serum creatinine was 1.6 mg/dL. Approximately 1 L of 0.45% saline was given during the chemotherapy infusion, and he has been receiving 125 mL/hr since then.

At 3 AM, a nurse reports that the patient's urine output has decreased to 10 mL/hr, and abnormalities have been noted in laboratory studies obtained at midnight.

In addition to increased serum creatinine and uric acid, which of the following sets of serum findings is most consistent with this patient's condition?

| | Calcium | Phosphorus | Potassium |
|---|---|---|---|
| ○ A. | Increased | Increased | Increased |
| ○ B. | Decreased | Increased | Increased |
| ○ C. | Increased | Increased | Decreased |
| ○ D. | Increased | Decreased | Increased |

ATTORNEYS' EYES ONLY

ABIM03062

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 323 of 360 PageID: 19258

📝 Notes  🗐 Calculator    🖉 Mark for Review



A 76-year-old woman is evaluated for sensations of pelvic fullness and heaviness. Pelvic examination reveals anterior vaginal wall protrusion during strain.

Which of the following is the most likely diagnosis?

○ A.  Cystocele
○ B.  Rectocele
○ C.  Uterine leiomyoma
○ D.  Uterine prolapse

ATTORNEYS' EYES ONLY

ABIM03063

Case: 24-3012    Document: 48    Page: 328    Date Filed: 07/03/2025



A 40-year-old woman has had intermittent, sharp pain in the right upper abdomen for one year. The pain occurs daily and lasts several seconds to several hours but does not awaken her at night. She has occasional episodes of constipation but no diarrhea. Her appetite is good, and she has not lost weight. She has not had abdominal surgery. Prior evaluations, including ultrasonography of the abdomen and upper gastrointestinal endoscopy, have been normal.

BMI is 30. Palpation of the abdomen elicits tenderness in the right upper quadrant without rigidity or rebound tenderness. The liver measures 10 cm in the right midclavicular line; the edge is not palpable. No masses are detected. The right ribs and costochondral junctions are not tender. Bowel sounds are normal. When the patient tenses the abdomen by raising the legs above the examination table, right upper quadrant tenderness increases. The remainder of the physical examination is normal.

Complete blood count, erythrocyte sedimentation rate, serum total bilirubin, serum amylase, and liver biochemical studies are normal. Abdominal computed tomography is normal.

Which of the following is most appropriate?

- A.   Explanation of symptoms and reassurance
- B.   Dicyclomine
- C.   Omeprazole
- D.   Ursodeoxycholic acid
- E.   Endoscopic retrograde cholangiopancreatography with sphincterotomy

ATTORNEYS' EYES ONLY

ABIM03064

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 325 of 360
PageID: 10261

📝 Notes   🖩 Calculator                                              ✎ Mark for Review

A 67-year-old man has had fatigue and a recent weight loss that he attributes to early satiety. The spleen is firm and palpable 8 cm below the left costal margin. The liver is palpable below the right costal margin and measures approximately 14 cm. No lymph node enlargement is detected.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 3600/cu mm; 54% segmented neutrophils, 5% band forms, 25% lymphocytes, 10% monocytes, 2% myelocytes, 4% metamyelocytes |
| Platelet count | 102,000/cu mm |
| Peripheral blood film | Red cell anisocytosis, nucleated red cells, tear-drop red cells, and large platelets |

Which of the following is the most likely cause of the pancytopenia?

○ A.   Autoimmune pancytopenia
○ B.   B-cell lymphoma
○ C.   Chronic lymphocytic leukemia
○ D.   Chronic myelogenous leukemia
○ E.   Chronic idiopathic myelofibrosis

ATTORNEYS' EYES ONLY

ABIM03065

Case: 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 326 of 360
PageID: 19261



A 42-year-old man who has been admitted to the hospital because of persistent vomiting has the following laboratory studies:

Serum electrolytes
    Sodium                      128 mEq/L
    Potassium               2.3 mEq/L
    Chloride                  74 mEq/L
    Bicarbonate           38 mEq/L
  Urine sodium             4 mEq/L
  Urine chloride          Less than 10 mEq/L

In addition to potassium replacement, treatment should be initiated with which of the following intravenous fluids?

○ A.     Lactated Ringer's solution
○ B.     3% Saline
○ C.     0.9% Saline
○ D.     5% Dextrose in 0.45% saline
○ E.     5% Dextrose in water

ATTORNEYS' EYES ONLY

ABIM03066



A 23-year-old woman is referred to you for evaluation of progressive weakness and polyuria over the past several days. She says that her only medication is an oral contraceptive.

Pulse rate is 76 per minute supine and upright; blood pressure is 100/64 mm Hg supine and upright. The optic fundi appear normal, and both pupils react briskly to light. The lungs are clear, and cardiovascular examination is normal. The abdomen is not tender. No peripheral edema is present.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 1.1 mg/dL |
| Serum electrolytes | |
| Sodium | 136 mEq/L |
| Potassium | 2.4 mEq/L |
| Chloride | 88 mEq/L |
| Bicarbonate | 37 mEq/L |
| Arterial blood studies | |
| $P_{O_2}$ | 90 mm Hg |
| $P_{CO_2}$ | 49 mm Hg |
| pH | 7.54 |
| Urinalysis | Specific gravity 1.002; pH 7.0; no blood or protein; sediment unremarkable |

Which of the following tests would be most helpful in establishing the diagnosis?

O A.   Serum osmolality
O B.   Urine osmolality

⊘ NLV's & Abbreviations    ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03067

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 328 of 360
PageID: 10203

ABIM Internal Medicine Certification Examination · Candidate Name

⏱ Time Remaining 106:58
🖶 39 of 60

🖹 Notes   🖥 Calculator                                                    ◺ Mark for Review



past several days. She says that her only medication is an oral contraceptive.

Pulse rate is 76 per minute supine and upright; blood pressure is 100/64 mm Hg supine and upright. The optic fundi appear normal, and both pupils react briskly to light. The lungs are clear, and cardiovascular examination is normal. The abdomen is not tender. No peripheral edema is present.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 1.1 mg/dL |
| Serum electrolytes | |
| Sodium | 136 mEq/L |
| Potassium | 2.4 mEq/L |
| Chloride | 88 mEq/L |
| Bicarbonate | 37 mEq/L |
| Arterial blood studies | |
| $PO_2$ | 90 mm Hg |
| $PCO_2$ | 49 mm Hg |
| pH | 7.54 |
| Urinalysis | Specific gravity 1.002; pH 7.0; no blood or protein; sediment unremarkable |

Which of the following tests would be most helpful in establishing the diagnosis?

○ A.    Serum osmolality
○ B.    Urine osmolality
○ C.    Urine sodium
○ D.    Urine chloride

ⓘ NLV's & Abbreviations                          ← Previous   ❖ Navigator   Next →

**ATTORNEYS' EYES ONLY**

ABIM03068

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 329 of 360 PageID: 19251



Which of the following carries a risk of future coronary adverse events equivalent to that of established coronary artery disease?

○ A.   Cigarette smoking
○ B.   Obesity
○ C.   Family history of premature heart disease
○ D.   Hypertension
○ E.   Abdominal aortic aneurysm

ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 334    Date Filed: 07/03/2025

ABIM03069

⏱ Time Remaining 106:28
🖱 41 of 60

📝 Notes   🖩 Calculator

✏ Mark for Review

A 51-year-old man has had pain and swelling of the scrotum for three days. Except for recurrent kidney stones, medical history is unremarkable. The patient has been married for 22 years; neither he nor his wife reports extramarital sexual activity. The right testis and epididymis are swollen and tender.

The most likely cause of this illness is a species of which of the following?

○ A.   Enterobacteriaceae
○ B.   *Neisseria*
○ C.   *Chlamydia*
○ D.   *Mycobacterium*
○ E.   *Ureaplasma*

❓ NLV's & Abbreviations

← Previous   ✦ Navigator   Next ➜

**ATTORNEYS' EYES ONLY**

ABIM03070

Case: 24-3012    Document: 48    Page: 335    Date Filed: 07/03/2025

A 48-year-old woman has had progressive shortness of breath on exertion for three months.  For five years, she has noted painful blanching of the fingers on exposure to cold, followed by reddish-purple discoloration on rewarming.  Symptoms were more severe last winter.  About five years ago, a rash developed over the hands and face.  She also has occasional difficulty swallowing food.

A photograph of the patient is shown. Similar lesions also are noted on the palms and fingers. The skin overlying the fingers is shiny and tight. $P_2$ is prominent.  No murmurs or rubs are audible.  The lungs are clear.

**Click here for Figure(s)**

Which of the following is the most likely cause of the respiratory symptoms?

○ A.   Pulmonary hypertension
○ B.   Interstitial pneumonitis
○ C.   Spontaneous pneumothorax
○ D.   Reactive airway disease

ATTORNEYS' EYES ONLY

ABIM03071



ATTORNEYS' EYES ONLY

Case: 24-3012    Document: 48    Page: 337    Date Filed: 07/03/2025

ABIM03072

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 333 of 360 PageID: 19268

📝 Notes  🖩 Calculator

✏ Mark for Review



Which of the following aspects of higher mental functioning is most likely to be affected by the normal aging process in adults?

○ A.   The information base
○ B.   Speed of processing
○ C.   Comprehension
○ D.   Remote memory
○ E.   Vocabulary

❓ NLV's & Abbreviations          ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03073

Case: 24-3012    Document: 48    Page: 338    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 334 of 360 PageID: 19201

📝 Notes  🖩 Calculator                                        Mark for Review

Which of the following complications is most commonly associated with the use of infliximab for rheumatoid arthritis?

○ A.    Drug-induced hepatitis
○ B.    Interstitial nephritis
○ C.    Reactivation of tuberculosis
○ D.    Retinopathy

? NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03074

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 335 of 360 PageID: 19241

Which of the following diseases is most commonly caused by contact with infected ticks?

- ○ A.  Ehrlichiosis
- ○ B.  Leptospirosis
- ○ C.  West Nile virus encephalitis
- ○ D.  Brucellosis

ATTORNEYS' EYES ONLY

ABIM03075

Case: 24-3012    Document: 48    Page: 340    Date Filed: 07/03/2025

Case: 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 336 of 360
PageID: 19741

🔖 Notes   🖩 Calculator                                          ◿ Mark for Review

A 40-year-old woman reports that her hair has been "coming out in clumps in the shower." She has not had cold intolerance, weight gain, or rash. She had a baby three months ago after an uncomplicated pregnancy and cesarean delivery. She is not breastfeeding, and menses resumed this month. Her only medication is a multivitamin. She has been using condoms for birth control.

The patient has no distinct areas of hair loss, but mild diffuse thinning is noted. Physical examination is otherwise normal. Complete blood count and serum thyroid-stimulating hormone are normal.

Which of the following is the best management?

○ A.    A topical corticosteroid
○ B.    Topical minoxidil
○ C.    Finasteride
○ D.    Scalp biopsy
○ E.    No further testing or treatment

❓ NLV's & Abbreviations                        ← Previous   ✛ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03076

A 55-year-old man who has type 2 diabetes mellitus has a hemoglobin $A_{1c}$ level of 13% despite treatment with three oral agents. He became angry during his last visit when you lectured him about the long-term consequences of uncontrolled diabetes and suggested again that he try insulin or at least discuss its use with other patients. As you greet him today, he states, "Doctor, I know you're going to try again to convince me to take insulin injections. I don't want shots and am here today only to have my prescriptions refilled."

Which of the following is the best response to this statement?

- ○ A.    "I am just concerned about your health"
- ○ B.    "I understand you; if you change your mind and want to try insulin, let me know"
- ○ C.    "I know you become angry when I talk about this, but my job as your doctor is to give you information about how to stay healthy"
- ○ D.    "The choice is yours, but you will have complications if you do not take insulin"

ATTORNEYS' EYES ONLY

ABIM03077



An asymptomatic 22-year-old woman has persistent anemia.  Physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 10.9 g/dL |
| Leukocyte count | 7800/cu mm; normal differential |
| Platelet count | 285,000/cu mm |
| Erythrocyte count | 6.0 million/cu mm *[4.2–5.9 million]* |
| Mean corpuscular volume | 68 fL *[86–98]* |
| Peripheral blood film | Microcytosis; numerous target cells |
| Serum iron | 120 µg/dL *[50–150]* |
| Serum total iron-binding capacity | 300 µg/dL *[250–310]* |
| Hemoglobin electrophoresis | Normal |

Which of the following is the most likely diagnosis?

○ A.   Alpha-thalassemia trait
○ B.   Beta-thalassemia trait
○ C.   Occult celiac disease
○ D.   Autoimmune hemolytic anemia
○ E.   Sideroblastic anemia

ATTORNEYS' EYES ONLY

ABIM03078



**Notes**  **Calculator**

**Time Remaining 105:01**

**49 of 60**

**Mark for Review**

A 52-year-old woman who has mitral regurgitation is scheduled to have six teeth extracted. Her dentist asks your advice about endocarditis prophylaxis. The patient has never had endocarditis, has no known drug allergies, and has not had shortness of breath or swelling of the legs. A grade 3/6 holosystolic murmur is heard at the apex and radiates to the axilla; physical examination is otherwise normal.

Which of the following is indicated for endocarditis prophylaxis?

- ○ A.  No antibiotics
- ○ B.  Amoxicillin
- ○ C.  Cephalexin
- ○ D.  Clindamycin
- ○ E.  Erythromycin

**NLV's & Abbreviations**  **Previous**  **Navigator**  **Next**

ATTORNEYS' EYES ONLY

ABIM03079

An 18-year-old woman is brought to the emergency department because of confusion and inappropriate behavior.  She takes sertraline for depression but was well until yesterday, when symptoms began.

The patient is lethargic and disoriented to time and place.  The sclerae are icteric.  Cardiopulmonary examination is noncontributory.  A nontender liver is palpable just below the right costal margin.  Bowel sounds are normal.  No peripheral edema or tenderness is noted.  Asterixis is present with dorsiflexion of the wrists.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 28% |
| Hemoglobin | 9.0 g/dL |
| Serum haptoglobin | 15 mg/dL *[83–267]* |
| Leukocyte count | 12,000/cu mm; 20% neutrophils, 20% lymphocytes, and 2% monocytes |
| Plasma glucose | 90 mg/dL |
| Blood urea nitrogen | 20 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| Serum electrolytes | |
|   Sodium | 138 mEq/L |
|   Potassium | 4.0 mEq/L |
|   Chloride | 110 mEq/L |
|   Bicarbonate | 18 mEq/L |
| Serum bilirubin | 6 mg/dL |
| Serum phosphorus | 2.0 mg/dL |
| Serum uric acid | 2.0 mg/dL |
| Serum alkaline phosphatase | 40 U/L |

ATTORNEYS' EYES ONLY

ABIM03080

Case 2:14-cv-06428-KSH-CLW   Document 211-6   Filed 02/20/24   Page 341 of 360 PageID: 19746

📑 Notes  🖩 Calculator                                                    ◁ Mark for Review

| | |
|---|---|
| Hematocrit | 28% |
| Hemoglobin | 9.0 g/dL |
| Serum haptoglobin | 15 mg/dL [83–267] |
| Leukocyte count | 12,000/cu mm; 20% neutrophils, 20% lymphocytes, and 2% monocytes |
| Plasma glucose | 90 mg/dL |
| Blood urea nitrogen | 20 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| Serum electrolytes | |
|   Sodium | 138 mEq/L |
|   Potassium | 4.0 mEq/L |
|   Chloride | 110 mEq/L |
|   Bicarbonate | 18 mEq/L |
| Serum bilirubin | 6 mg/dL |
| Serum phosphorus | 2.0 mg/dL |
| Serum uric acid | 2.0 mg/dL |
| Serum alkaline phosphatase | 40 U/L |
| Serum aminotransferases | |
|   ALT | 200 U/L |
|   AST | 300 U/L |

Which of the following tests is most likely to confirm the diagnosis?

- ○ A.  Antimitochondrial antibodies
- ○ B.  Antineutrophil cytoplasmic antibodies
- ○ C.  Anti-smooth muscle antibodies
- ○ D.  Hepatitis A IgM antibodies
- ○ E.  Urine copper

⑦ NLV's & Abbreviations                        ← Previous  ⚙ Navigator  Next →

ATTORNEYS' EYES ONLY

ABIM03081

Case: 24-3012   Document: 48   Page: 346   Date Filed: 07/03/2025



A 62-year-old man has mild chronic obstructive pulmonary disease with recent-onset nonproductive cough. He has a 40-pack-year history of cigarette smoking but quit five years ago.

The hilar and mediastinal lymph nodes are not enlarged. Radiograph of the chest shows a peripheral nodule in the left upper lobe, which was not present on a film obtained 18 months ago. Computed tomography (CT scan) of the chest discloses a 2-cm irregular, noncalcified lesion in the left upper lobe.

Which of the following should you order next?

○ A.  Repeat CT scan in six months
○ B.  Positron emission tomography
○ C.  Fiberoptic bronchoscopy
○ D.  Fine-needle aspiration and biopsy of the lesion
○ E.  Surgical excision of the lesion

ATTORNEYS' EYES ONLY

ABIM03082

Case: 24-3012    Document: 48    Page: 347    Date Filed: 07/03/2025



A 62-year-man has had progressive exercise intolerance and nonproductive cough for four months. He has not had fever or chest pain. The patient has well-controlled type 2 diabetes mellitus and osteoarthritis of the hips and back. Current medications are insulin glargine and lispro. He has a 50-pack-year history of cigarette smoking but has not had any other toxic exposures.

Temperature is normal, pulse rate is 105 per minute, respirations are 20 per minute, and blood pressure is 110/70 mm Hg. Oxygen saturation by pulse oximetry is 90%. Estimated central venous pressure is elevated; $P_2$ is loud. Dry crackles are heard at the lung bases. Mild clubbing of the fingers is noted.

Laboratory studies:

| | |
|---|---|
| Arterial blood studies | |
| $PO_2$ | 65 mm Hg |
| $PCO_2$ | 42 mm Hg |
| Pulmonary function studies | |
| FVC | 65% of predicted |
| $FEV_1$/FVC | 92% |
| $DL_{CO}$ | 30% of predicted |

Radiograph of the chest shows diffuse pulmonary opacities. High-resolution computed tomogram of the chest reveals reticular opacities in the lower lung fields.

Which of the following is most likely to confirm the diagnosis?

- A.   ANCA
- B.   Sputum cytology
- C.   Echocardiography

NLV's & Abbreviations        ← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03083



has not had fever or chest pain.  The patient has well-controlled type 2 diabetes mellitus and osteoarthritis of the hips and back.  Current medications are insulin glargine and lispro.  He has a 50-pack-year history of cigarette smoking but has not had any other toxic exposures.

Temperature is normal, pulse rate is 105 per minute, respirations are 20 per minute, and blood pressure is 110/70 mm Hg. Oxygen saturation by pulse oximetry is 90%. Estimated central venous pressure is elevated; $P_2$ is loud.  Dry crackles are heard at the lung bases.  Mild clubbing of the fingers is noted.

Laboratory studies:

|  |  |
|---|---|
| Arterial blood studies |  |
| $PO_2$ | 65 mm Hg |
| $PCO_2$ | 42 mm Hg |
| Pulmonary function studies |  |
| FVC | 65% of predicted |
| $FEV_1$/FVC | 92% |
| $DL_{CO}$ | 30% of predicted |

Radiograph of the chest shows diffuse pulmonary opacities.  High-resolution computed tomogram of the chest reveals reticular opacities in the lower lung fields.

Which of the following is most likely to confirm the diagnosis?

- A.   ANCA
- B.   Sputum cytology
- C.   Echocardiography
- D.   Bronchoalveolar lavage
- E.   Open lung biopsy

ATTORNEYS' EYES ONLY

ABIM03084

📄 Notes   🖩 Calculator                                                                    ✏️ Mark for Review



A 60-year-old man was diagnosed with hypopituitarism after undergoing pituitary surgery. He now reports breast enlargement and fatigue. Six months ago, he began treatment with continuous positive airway pressure for obstructive sleep apnea. He has no urinary hesitancy. Daily medications are prednisone (5 mg), L-thyroxine (0.15 mg), and desmopressin acetate (0.1 mg); he also receives testosterone (200 mg intramuscularly every three weeks).

BMI is 30. Blood pressure is 140/90 mm Hg. Bilateral breast tissue is palpable. Rectal and prostate examinations are normal.

Laboratory studies:

|  | One year ago | Today |
|---|---|---|
| Hemoglobin (g/dL) | 14.0 | 16.5 |
| Serum cholesterol (mg/dL) | | |
| Total | 195 | 199 |
| HDL | 40 | 35 |
| Serum aminotransferases (U/L) | | |
| ALT | 18 | 25 |
| AST | 16 | 18 |
| Serum prostate-specific | | |
| antigen *[less than 4.0 ng/mL]* | 2.0 | 2.3 |

Which of the following should you recommend regarding testosterone replacement?

○ A.    Discontinue treatment
○ B.    Continue the current dosage
○ C.    Substitute topical testosterone, 5 g daily
○ D.    Change the dosage to 100 mg weekly

❓ NLV's & Abbreviations                                        ← Previous   ⚙ Navigator   Next →

**ATTORNEYS' EYES ONLY**

ABIM03085

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 346 of 360 PageID: 9200

An 85-year-old man who has mild dementia is admitted to the hospital because of fever and a change in mental status. The patient is somnolent. Temperature is 39.4 C (103.0 F), pulse rate is 108 per minute, respirations are 22 per minute, and blood pressure is 140/70 mm Hg. Oxygen saturation by pulse oximetry is 90%. The neck is slightly stiff on flexion. Neurologic examination is otherwise normal. Crackles are heard at the right posterior lung base.

Leukocyte count is 12,000/cu mm, with 8% band forms. Blood urea nitrogen is 45 mg/dL. Radiograph of the chest reveals an opacity in the right lower lung. Blood and sputum cultures are pending.

In addition to antibiotics, which of the following should you recommend next?

- A.   No further diagnostic testing
- B.   Bronchoscopy
- C.   Computed tomography of the head
- D.   Computed tomography of the chest
- E.   Lumbar puncture

❓ NLV's & Abbreviations          ← Previous   ✛ Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03086

Case: 24-3012    Document: 48    Page: 351    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 347 of 360
PageID: 19262

A 61-year-old woman has had fever, dyspnea, diffuse weakness, and severe myalgias for several weeks. Temperature is 38.2 C (100.8 F). Rare rhonchi are heard but no crackles. Erythrocyte sedimentation is 100 mm/hr, serum C-reactive protein is 8 mg/dL *[0.8 or less]*, and antiproteinase 3 antibodies are positive. Chest radiograph reveals nodular lesions; lung biopsy shows necrotizing vasculitis in the medium-sized arteries.

Which of the following is most likely a feature of her medical history?

- A. Recurrent sinusitis
- B. Jaw claudication
- C. Gastrointestinal bleeding
- D. Positive tuberculin skin test
- E. Blood transfusion

ATTORNEYS' EYES ONLY

ABIM03087

Case: 24-3012    Document: 48    Page: 352    Date Filed: 07/03/2025

📝 Notes  🖩 Calculator                                              ✏ Mark for Review

In patients who have erectile dysfunction, sildenafil will be most beneficial under which of the following circumstances?

○ A.    If serum testosterone is low
○ B.    If serum testosterone is normal
○ C.    Regardless of serum testosterone

ATTORNEYS' EYES ONLY

ABIM03088

Case: 24-3012    Document: 48    Page: 353    Date Filed: 07/03/2025

📄 Notes   🖩 Calculator                                    Mark for Review

A 36-year-old woman has had a malodorous vaginal discharge for one week. Two months ago she was treated with a 2-g dose of metronidazole for *Trichomonas*. She has not had sexual intercourse since then.

Pelvic examination shows pooled secretions in the posterior fornix. The discharge has a pH of 5.5. Wet-mount specimen contains motile trichomonads.

Which of the following is the most appropriate treatment?

○ A.   A single dose of azithromycin
○ B.   A seven-day course of ciprofloxacin
○ C.   A seven-day course of metronidazole
○ D.   A ten-day course of doxycycline

? NLV's & Abbreviations        ← Previous   Navigator   Next →

ATTORNEYS' EYES ONLY

ABIM03089

Case: 24-3012   Document: 48   Page: 354   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 350 of 360 PageID: 19285



A 56-year-old man has hypertension and gout, which flares about four times yearly. Four months ago, he began taking allopurinol and colchicine and has been adherent to the regimen. Since then, he has had only one mild flare that resolved with high-dose ibuprofen. Current medications are colchicine (0.6 mg twice daily), lisinopril (10 mg daily), metoprolol (25 mg twice daily), and allopurinol (300 mg daily). He drinks alcoholic beverages less than once a week and has decreased the amount of red meat in his diet.

The patient is afebrile. Blood pressure is 126/74 mm Hg. No tophi or evidence of acute gout is noted during this visit. Complete blood count is normal; serum creatinine is 1.0 mg/dL, and uric acid is 7.8 mg/dL.

In addition to reinforcing the need to limit alcohol intake, which of the following should you recommend for the gout?

- ○ A.    Continue current therapy
- ○ B.    Discontinue colchicine
- ○ C.    Substitute amlodipine for lisinopril
- ○ D.    Increase the allopurinol dosage
- ○ E.    Add probenecid

ATTORNEYS' EYES ONLY

ABIM03090

JA3984

📝 Notes    🖩 Calculator

△ Mark for Review

Which of the following describes the most beneficial effect of spironolactone in patients who have class IV heart failure?

○ A.   Functions as a cardiac inotropic
○ B.   Augments beta agonist effects
○ C.   Augments diuretic effects
○ D.   Reduces cardiac arrhythmias by retaining potassium
○ E.   Reduces maladaptive cardiac remodeling

ATTORNEYS' EYES ONLY

ABIM03091

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 352 of 360
PageID: 19247



A 76-year-old man is admitted to the hospital because he has had severe chest discomfort, diaphoresis, and mild nausea for 90 minutes. The nearest cardiac catheterization facility is 120 minutes away. He takes lisinopril (10 mg daily) for hypertension.

The patient rates the chest pain as 10 of 10 (on a scale from 0, no pain, to 10, most severe pain). Pulse rate is 92 per minute, respirations are 22 per minute, and blood pressure is 110/70 mm Hg. The remainder of the physical examination is normal. Cardiac enzymes are pending. Current electrocardiogram is shown in Figure 1; a previous tracing is shown in Figure 2.

**Click here for Figure(s)**

In addition to giving aspirin, morphine, and sublingual nitroglycerin, you should do which of the following next?

○ A.  Transfer the patient to the nearest cardiac catheterization facility
○ B.  Administer tissue plasminogen activator
○ C.  Start clopidogrel
○ D.  Start enoxaparin
○ E.  Start a glycoprotein IIb/IIIa inhibitor

ATTORNEYS' EYES ONLY

ABIM03092

Case: 24-3012    Document: 48    Page: 357    Date Filed: 07/03/2025



ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY

ABIM03094

JA3988

Case: 24-3012    Document: 48    Page: 359    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 360    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination — Candidate Name    ⏱ Time Remaining 102:08



Session Review

⊟ Instructions

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

| ⊟ Session 4 | | | | (60 Unseen/Incomplete) |
|---|---|---|---|---|
| Question 1 | Incomplete | Question 2 | Incomplete | Question 3 | Incomplete |
| Question 4 | Incomplete | Question 5 | Incomplete | Question 6 | Incomplete |
| Question 7 | Incomplete | Question 8 | Incomplete | Question 9 | Incomplete |
| Question 10 | Incomplete | Question 11 | Incomplete | Question 12 | Incomplete |
| Question 13 | Incomplete | Question 14 | Incomplete | Question 15 | Incomplete |
| Question 16 | Incomplete | Question 17 | Incomplete | Question 18 | Incomplete |
| Question 19 | Incomplete | Question 20 | Incomplete | Question 21 | Incomplete |
| Question 22 | Incomplete | Question 23 | Incomplete | Question 24 | Incomplete |
| Question 25 | Incomplete | Question 26 | Incomplete | Question 27 | Incomplete |
| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |

➡ End Session    🛡 Review All    ✖ Review Incomplete    🛡 Review Marked

ATTORNEYS' EYES ONLY

ABIM03095

ABIM Internal Medicine Certification Examination – Candidate Name    ⏱ Time Remaining 101:48

Case: 24-3012    Document: 48    Page: 361    Date Filed: 07/03/2025



Session Review

⊟ Instructions

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

| | | | | | |
|---|---|---|---|---|---|
| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |
| Question 31 | Incomplete | Question 32 | Incomplete | Question 33 | Incomplete |
| Question 34 | Incomplete | Question 35 | Incomplete | Question 36 | Incomplete |
| Question 37 | Incomplete | Question 38 | Incomplete | Question 39 | Incomplete |
| Question 40 | Incomplete | Question 41 | Incomplete | Question 42 | Incomplete |
| Question 43 | Incomplete | Question 44 | Incomplete | Question 45 | Incomplete |
| Question 46 | Incomplete | Question 47 | Incomplete | Question 48 | Incomplete |
| Question 49 | Incomplete | Question 50 | Incomplete | Question 51 | Incomplete |
| Question 52 | Incomplete | Question 53 | Incomplete | Question 54 | Incomplete |
| Question 55 | Incomplete | Question 56 | Incomplete | Question 57 | Incomplete |
| Question 58 | Incomplete | Question 59 | Incomplete | Question 60 | Incomplete |

→] End Session    ⚑ Review All    ✖ Review Incomplete    ⚑ Review Marked

ATTORNEYS' EYES ONLY

ABIM03096

Case: 24-3012    Document: 48    Page: 362    Date Filed: 07/03/2025



**ATTORNEYS' EYES ONLY**

ABIM03097

Case: 24-3012    Document: 48    Page: 363    Date Filed: 07/03/2025



**ATTORNEYS' EYES ONLY**

ABIM03098

Case 2:14-cv-06428-KSH-CLW    Document 211-6    Filed 02/20/24    Page 359 of 360
PageID: 19244

**Your ABIM Internal Medicine Certification Examination is concluded. We hope you had a comfortable testing experience.**

PLEASE NOTE: In the Pledge of Honesty that you agreed to at the beginning of this examination, you pledged that you "will not disclose, copy, or reproduce any portion of the material contained in this examination."

The pledge is intended to ensure fairness to all candidates as well as the integrity of the certification process. Please be aware that sharing information about examination content violates the confidentiality agreement made with the ABIM by all Certification and Maintenance of Certification candidates in that Pledge of Honesty. The ABIM will impose severe penalties on any candidate involved in efforts to provide specific examination question content to others. Penalties may include invalidation of examination results, prohibition from retaking the examination, and revocation of certification.

At this time, we would like to ask you to complete the following brief survey regarding your computer testing experience. The results will help the ABIM and Pearson VUE evaluate and improve our processes. Please be sure to collect all personal belongings from your storage locker before leaving the test site.

Select the End Exam (E) button to complete your testing event.

⇥ End Exam

**ATTORNEYS' EYES ONLY**

ABIM03099

Case: 24-3012    Document: 48    Page: 364    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 365    Date Filed: 07/03/2025



**ATTORNEYS' EYES ONLY**

ABIM03100

Case 2:14-cv-06428-KSH-CLW   Document 211-7   Filed 02/20/24   Page 1 of 351
PageID: 19296

# EXHIBIT 5

## ABIM Internal Medicine Certification Examination - Candidate Name

Welcome, Candidate Name 54321!
You are about to begin the ABIM Internal Medicine Certification Examination



By selecting the Next (N) button, you acknowledge that you are the person named above and that you will be videotaped and audio recorded while taking this examination. If you have any questions, please raise your hand to notify the test administrator.

Copyright © 2009 by American Board of Internal Medicine. All rights reserved.
ABIM Internal Medicine Certification Examination

⇥ End Exam

Next →

**CONFIDENTIAL**                                                                 **ABIM03134**

Case: 24-3012     Document: 48     Page: 367     Date Filed: 07/03/2025

**ABIM Internal Medicine Certification Examination - Candidate Name**

## GENERAL ADMINISTRATIVE INFORMATION

The following policies apply throughout all sessions of the examination. After you have read the following information and have signed the "Pledge of Honesty," you will be able to start the examination.

As administrator for the examination, the staff of Pearson Professional Centers is empowered by the American Board of Internal Medicine to ensure that the examination is conducted ethically.

You must remain in your seat during the examination, except when authorized to leave by a test center staff member. Raise your hand to notify the administrator if you:

- Have a problem with your computer
- Need additional note boards
- Need to take a break
- Have inadvertently brought an electronic device or watch into the testing room
- Need the administrator for any reason
- Are easily distracted by noise and wish to request earplugs from the administrator. Headphones, electronic devices, and your own earplugs are not permitted.

No break is allowed from now until you start the exam. If you must leave the room for any reason during a test session, the test administrator will set your computer in "Unscheduled Break" mode. During the testing session, **no extra time** will be allowed for the time you are away from your workstation. While the computer is set in "Unscheduled Break" mode, the screen will display the overall session time remaining with the clock counting down, and the display screen you are working on cannot be seen. You must move to the exit as quietly as possible and refrain from any discussion. You must not leave the immediate vicinity of the examination room and restrooms while the test session is in progress. You must provide an electronic fingerprint each time you enter and exit the testing room. When you return to your workstation, the test administrator will turn off the "Unscheduled Break" mode so that you may continue with the examination.

⇥ End Exam     ← Previous   Next →

CONFIDENTIAL                                                      ABIM03135

## TIMING OF THE TEST

The examination is given in a modular format. There is a total of four modules, or test sessions. You will have up to two hours to complete each test session. The number of questions in a test session and the time remaining for the test session will be displayed in the upper right corner of the computer screen. The time of day will be displayed on a clock in the testing room. During the test session, if you leave the room for any reason, **no extra time** will be allowed for the time you are away from your workstation. When you have five minutes remaining, a message box will appear as a reminder. If you are still working at the end of the test session, the computer screen will change to gray, a message will appear stating that your time has expired, and your keyboard and mouse responses will no longer be recorded.

When you have completed the first test session, or when the session time has elapsed, you may take a maximum of 20 minutes for a break. If you have unused time remaining from the first test session, it will be added to this break time; however, you may forfeit your break and continue to the second test session. If you leave the testing room during the break, the test administrator must re-admit you to the testing room. You must provide an electronic fingerprint each time you enter and exit the testing room, and you must be at your seat before the break elapses; therefore, you should allow sufficient time (as much as 10 minutes) for checking in from the break. If you exceed the allotted break time, the excess time will be deducted from the following test session.

At the end of the second test session, you may take up to 60 minutes for a lunch break. If you have unused time remaining from the second session, it will be added to this break time. You may forfeit a portion of the lunch break to begin the next test session before the break has elapsed, or you may forfeit your entire lunch break and continue to the third test session. If you exceed the allotted break time, this time will be deducted from the third test session.

When you have completed the third test session, you may take up to 20 minutes for a break. If you have unused time remaining from the third session, it will be added to this break time; however, you may forfeit your break and continue to the fourth test session. If you exceed the allotted break time, the excess time will be deducted from the fourth test session.

**Again, you should allow sufficient time for checking in from a break.**

← End Exam                                    ← Previous    Next →

ABIM Internal Medicine Certification Examination - Candidate Name

### STRUCTURE OF THE TEST

Answer every question, because your score will be determined by the total number of questions answered correctly. There is no penalty for guessing. For each question, there is one best answer. Be sure to check the Review Screen for any unanswered items, which will be indicated as "Incomplete." Continue to work until you have answered all questions or time for the test session has expired. When you have five minutes remaining, a message box will appear on the screen as a reminder.

### * * * NOTICE * * *

**The Board is aware that, on occasion, changes in medicine (such as withdrawal of a drug from the market) occurring late in the examination publishing process may affect your response to a small number of questions. You should do your best to answer all questions according to your understanding of current clinical principles and practice. If the ABIM determines that a question has been compromised by new information, this question will not be counted in the overall examination score.**

Notes or calculations may be made on the note boards or in the "Notes (O)" section on the screen attached to each item. Calculations may be made on the calculator by clicking the "Calculator (U)" button. The note boards, and the "Notes (O)," and the "Calculator (U)" sections are provided for your convenience; they are not considered during the evaluation of your examination. An opportunity to comment on the questions is provided in the survey that will appear on the screen after you finish the entire examination.

Normal ranges for laboratory studies may be provided in the text of the questions. A table of normal laboratory values that are not included in the text, and a list of abbreviations can be found by clicking the button marked "NLV/Abbreviations" at the bottom of each question. All illustrations are contained within each question. They may be viewed by clicking the "Click here for Figure(s)" box in the question.

→] End Exam

← Previous | Next →

**ABIM Internal Medicine Certification Examination - Candidate Name**

## IRREGULAR BEHAVIOR

Test administrators are required to report to the Board any candidate who exhibits irregular behavior, as described to you on the ABIM website. The Board will investigate all irregularity reports.

Irregular behavior that is observed, is made apparent by data forensics, statistical analysis, or is shown by other means may lead to dismissal from the examination, ineligibility for certification, or other sanctions, including invalidation of your examination.

You have been instructed that access to electronic devices, such as cellular phones, PDAs, beepers, or pagers is restricted at the test site. In addition, watches are not permitted. If you are currently in possession of an electronic device or watch, please raise your hand now to signal the test administrator. You will need to place your electronic device or watch in your storage locker. The electronic device must be locked in the "Off" mode when it is stored. You are warned that if you have an electronic device or watch and keep it with you during a test session, you will be in violation of the Board's policies, which may lead to examination invalidation, ineligibility for certification, or other sanctions deemed appropriate by the Board

You must not discuss the examination at any time. Furthermore, you must not disclose the content of the examination to others or reproduce any portion of the examination in any manner, including reconstruction through memorization or dictation.

Notes or calculations may be made on the note boards or in the "Notes (O)" section on each item. You may not use scratch paper, calculators, or nomograms. There should be nothing on your desk but the note board.

→] End Exam

← Previous | Next →

CONFIDENTIAL     ABIM03138

ABIM Internal Medicine Certification Examination - Candidate Name

## PLEDGE OF HONESTY

Please read the following statement. You will not be permitted to take this examination unless you agree to abide by the following terms and conditions.

I, Candidate Name 54321, pledge that I will not give or receive aid in this examination. I will not disclose, copy, or reproduce any portion of the material contained in this examination. I pledge to comply with the instructions of proctors and with all rules of this examination. I confirm that the information provided in my application to the Board is true and correct.

Pearson VUE is empowered by the American Board of Internal Medicine to ensure that the examination is conducted ethically. They are required to report to the Board any candidate who exhibits irregular or improper behavior as described to you on the ABIM website.

The Board will investigate all irregularity reports. Irregular behavior that is observed, that is made apparent by statistical analysis, or is shown by other means, may lead to ineligibility for certification or other sanctions, including invalidation of your examination.

If you need to leave the room or if you have questions at any time during the testing experience, please raise your hand and a Testing Administrator will assist you. The Administrator will not answer exam-specific questions.

I, Candidate Name 54321, agree to the above statements and agree to be legally bound by the rules and policies of the American Board of Internal Medicine.

By selecting the Next (N) button, you will be accepting these terms (You will now proceed to the exam).

If you do not accept these terms, raise your hand to notify the test administrator now. (You will not be permitted to proceed to the exam).

End Exam | Previous | Next



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

**NORMAL LABORATORY VALUES NOT INCLUDED IN THE QUESTION TEXT**

The **comprehensive metabolic panel** contains the following assays: albumin, alkaline phosphatase, AST, total bilirubin, blood urea nitrogen, calcium, total cholesterol, creatinine, glucose, phosphorus, total protein, uric acid. These are highlighted in **bold**. Arterial blood studies are done at sea level with the patient breathing room air unless otherwise specified.

**Hematologic:**

| | |
|---|---|
| Erythrocyte sedimentation rate (Westergren) | Male: 0-15 mm/hr; female: 0-20 mm/hr |
| Hematocrit, blood | Male: 42-50%; female: 40-48% |
| Hemoglobin, blood | Male: 13-16 g/dL; female: 12-15 g/dL |
| Hemoglobin A$_{1c}$ | 4.0-6.1% |
| Leukocyte count and differential | 4000-11,000/cu mm; |
| | 50-70% segmented neutrophils, |
| | 0-5% band forms, 30-45% lymphocytes, |
| | 0-6% monocytes, 0-1% basophils |
| | 0-3% eosinophils |
| Platelet count | 150,000-300,000/cu mm |

**Whole blood, plasma, serum chemistries:**

⊠ Close

Case: 24-3012    Document: 48    Page: 373    Date Filed: 07/03/2025



**Whole blood, plasma, serum chemistries:**

| | |
|---|---|
| **Alkaline phosphatase, serum** | **30-120 U/L** |
| Aminotransferase, serum alanine (ALT) | 10-40 U/L |
| **Aminotransferase, serum aspartate (AST)** | **10-40 U/L** |
| Arterial studies, blood | |
| (patient breathing room air): | |
| $Po_2$ | 75-100 mm Hg |
| $Pco_2$ | 38-42 mm Hg |
| Bicarbonate | 23-26 mEq/L |
| pH | 7.38-7.44 |
| Oxygen saturation | 95% or greater |
| **Bilirubin, serum:** | |
| **Total** | **0.3-1.0 mg/dL** |
| Direct | 0.1-0.3 mg/dL |
| **Calcium, serum** | **Male: 9.0-10.5 mg/dL** |
| | **Female: 8.5-10.2 mg/dL** |
| **Cholesterol, serum:** | |
| **Total** | **Desirable: less than 200 mg/dL** |
| | **Borderline-high: 200-239 mg/dL** |
| | **(may be high in the presence of** |
| | **coronary artery disease** |
| | **or other risk factors)** |

NLV's & Abbreviations

Normal Lab Values | Abbreviations

⊠ Close

**CONFIDENTIAL**

ABIM03141

Case: 24-3012    Document: 48    Page: 374    Date Filed: 07/03/2025



NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| | **High: greater than 239 mg/dL** |
| High-density lipoprotein (HDL) | Low: less than 40 mg/dL |
| Low-density lipoprotein (LDL) | Optimal: less than 100 mg/dL |
| | Near-optimal: 100-129 mg/dL |
| | Borderline-high: 130-159 mg/dL |
| | (may be high in the presence of coronary |
| | artery disease or other factors) |
| | High: 160-189 mg/dL |
| | Very high: 190 mg/dL and above |
| **Creatinine, serum** | **0.7-1.5 mg/dL** |
| Electrolytes, serum: | |
| Sodium | 136-145 mEq/L |
| Potassium | 3.5-5.0 mEq/L |
| Chloride | 98-106 mEq/L |
| Bicarbonate | 23-28 mEq/L |
| **Glucose, plasma** | **Normal (fasting): 70-115 mg/dL** |
| | **Borderline: 115-140 mg/dL** |
| | **Abnormal: greater than 140 mg/dL** |
| Luteinizing hormone, serum | Adult male: 2-18 mIU/mL |
| | Female: |
| | To age 8: less than 10 mIU/mL |
| | Ages 8-14: 2-14 mIU/mL |

⊠ Close

CONFIDENTIAL

ABIM03142



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

|  |  |
|---|---|
|  | Adult: 5-12 mIU/mL (follicular or luteal) |
|  | 30-250 mIU/mL (mid-cycle peak) |
|  | greater than 30 mIU/mL |
|  | (postmenopausal) |
| **Phosphorus, serum** | **3.0-4.5 mg/dL** |
| **Proteins, serum:** |  |
|     **Total** | **5.5-9.0 g/dL** |
|     **Albumin** | **3.5-5.5 g/dL** |
| Triglycerides, serum (fasting) | Normal: less than 250 mg/dL |
|  | Borderline: 250-500 mg/dL |
|  | Abnormal: greater than 500 mg/dL |
| **Urea nitrogen, blood** | **8-20 mg/dL** |
| **Uric acid, serum** | **3.0-7.0 mg/dL** |

**Cerebrospinal fluid (CSF):**

| Cell count | 0-5 mononuclear cells/cu mm |
|---|---|
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |

**Hemodynamic measurements:**

| Cardiac index | 2.5-4.2 L/min/m$^2$ |
|---|---|

☒ Close

CONFIDENTIAL

ABIM03143



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| | |
| **Cerebrospinal fluid (CSF):** | |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| | |
| **Hemodynamic measurements:** | |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |
| Cardiac output | 4-6 L/min |
| Pressures: | |
| Pulmonary artery | Systolic: 15-30 mm Hg |
| | Diastolic: 3-21 mm Hg |
| | Mean: 9-16 mm Hg |
| Pulmonary artery wedge | 6-12 mm Hg |
| Right atrium | 0-8 mm Hg |
| Right ventricle | Systolic: 15-30 mm Hg |
| | Diastolic: 0-5 mm Hg |
| Systemic arteries | Systolic: 100-140 mm Hg |
| | Diastolic: 60-90 mm Hg |
| | Mean: 70-105 mm Hg |

⊠ Close

Case: 24-3012    Document: 48    Page: 378    Date Filed: 07/03/2025



## NLV's & Abbreviations

### Normal Lab Values | Abbreviations

**LIST OF ABBREVIATIONS**

| | |
|---|---|
| $A_2$ | Second heart sound |
| ACE | Angiotensin-converting enzyme |
| ACTH | Adrenocorticotropic hormone (corticotropin) |
| AIDS | Acquired immunodeficiency syndrome |
| ALT | Alanine aminotransferase |
| ANCA | Antineutrophil cytoplasmic antibody |
| anti-HAV | Antibodies to hepatitis A virus |
| anti-HBc | Antibodies to hepatitis B core antigen |
| anti-HBe | Antibodies to hepatitis B e antigen |
| anti-HBs | Antibodies to hepatitis B surface antigen |
| anti-HCV | Antibodies to hepatitis C virus |
| anti-HDV | Antibodies to hepatitis D virus |
| AST | Aspartate aminotransferase |
| BMI | Body mass index (in kg/m$^2$) |
| C-ANCA | Cytoplasmic antineutrophil cytoplasmic antibody |

⊠ Close

**CONFIDENTIAL**

ABIM03145

## NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $F_{IO_2}$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

☒ Close

CONFIDENTIAL

ABIM03146



| | |
|---|---|
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |
| PEEP | Positive end-expiratory pressure |
| PEFR | Peak expiratory flow rate |
| $Po_2$ | Partial pressure of oxygen |
| PPD | Purified protein derivative |
| RV | Residual volume |
| $S_1$ | First heart sound |
| $S_2$ | Second heart sound |
| $S_3$ | Third heart sound (ventricular gallop) |
| $S_4$ | Fourth heart sound (atrial gallop) |
| TLC | Total lung capacity |
| TNM | Tumor-node-metastasis |
| TU | Tuberculin unit |
| VDRL | Veneral Disease Research Laboratories |

NLV's & Abbreviations — Normal Lab Values | Abbreviations

⊠ Close

CONFIDENTIAL

ABIM03147

Case: 24-3012    Document: 48    Page: 384    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 388    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 392    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 32 of 351
PageID: 19327

📓 Notes  🖩 Calculator                                            △ Mark for Review



Which of the following is the strongest indication for urgent surgical intervention in patients who have aortic valve endocarditis?

- ○ A.   A mobile 5-mm vegetation
- ○ B.   *Enterococcus faecalis* infection
- ○ C.   Methicillin-resistant *Staphylococcus aureus* infection
- ○ D.   Positive blood cultures 48 hours after initiation of antibiotic therapy
- ○ E.   Evidence of progressive aortic regurgitation

⑦ NLV's & Abbreviations                          ← Previous   ✵ Navigator   Next →

CONFIDENTIAL                                                        ABIM03164

Case: 24-3012    Document: 48    Page: 397    Date Filed: 07/03/2025

📝 Notes  🖥 Calculator                                                △ Mark for Review

A 42-year-old man is evaluated in the emergency department because he has had fever, a diffuse red rash, pruritus, and facial swelling for one week. The patient has diabetes mellitus and chronic kidney disease. He has required hemodialysis for three years; his last session was yesterday. Five weeks ago, he was admitted to the hospital for revision of the dialysis fistula and had a postoperative seizure. Medications are insulin, lisinopril, erythropoietin, phenytoin sodium, and calcium acetate.

The patient appears acutely ill. Temperature is 39.2 C (102.6 F), pulse is 110 per minute and regular, and blood pressure is 140/90 mm Hg. Erythroderma covers most of the body. Enlarged lymph nodes are palpable in the cervical, epitrochlear, and inguinal regions. The fistula has a palpable thrill. Radiograph of the chest is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 33% |
| Leukocyte count | 13,200/cu mm; 42% neutrophils, 14% lymphocytes, 12% monocytes, 32% eosinophils |
| Comprehensive metabolic panel | Normal except for plasma glucose of 162 mg/dL, blood urea nitrogen of 51 mg/dL, and serum creatinine of 9.5 mg/dL |
| Serum electrolytes | |
| Sodium | 129 mEq/L |
| Potassium | 5.4 mEq/L |
| Chloride | 95 mEq/L |
| Bicarbonate | 19 mEq/L |

In addition to admitting the patient to the hospital, which of the following is the most appropriate next step?

⑦ NLV's & Abbreviations              ← Previous    Navigator   Next 

CONFIDENTIAL                                                          ABIM03165

Case: 24-3012    Document: 48    Page: 398    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 34 of 351
PageID: 19329

The patient appears acutely ill.  Temperature is 39.2 C (102.6 F), pulse is 110 per minute and regular, and blood pressure is 140/90 mm Hg.  Erythroderma covers most of the body.  Enlarged lymph nodes are palpable in the cervical, epitrochlear, and inguinal regions.  The fistula has a palpable thrill. Radiograph of the chest is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 33% |
| Leukocyte count | 13,200/cu mm; 42% neutrophils, 14% lymphocytes, 12% monocytes, 32% eosinophils |
| Comprehensive metabolic panel | Normal except for plasma glucose of 162 mg/dL, blood urea nitrogen of 51 mg/dL, and serum creatinine of 9.5 mg/dL |
| Serum electrolytes | |
| Sodium | 129 mEq/L |
| Potassium | 5.4 mEq/L |
| Chloride | 95 mEq/L |
| Bicarbonate | 19 mEq/L |

In addition to admitting the patient to the hospital, which of the following is the most appropriate next step?

○ A.    Discontinuation of phenytoin sodium
○ B.    Therapy with broad-spectrum antimicrobial agents
○ C.    Parenteral administration of corticosteroids
○ D.    Urgent hemodialysis
○ E.    Immediate transfer to a specialized burn unit

CONFIDENTIAL                                                          ABIM03166
JA4028

Case: 24-3012    Document: 48    Page: 400    Date Filed: 07/03/2025

Case: 24-3012   Document: 48   Page: 403   Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 407    Date Filed: 07/03/2025

🖎 Notes  🖶 Calculator                                                          🖉 Mark for Review

A 43-year-old man comes to the emergency department because of a rash and abdominal pain.  Three days ago, he had diffuse cramping abdominal pain, especially before bowel movements; he felt feverish and noted a rash on the buttocks and legs.  He now also has nausea and decreased appetite; earlier today, he noted blood and mucus in a loose bowel movement.  He had an upper respiratory tract infection three weeks ago.

The patient is in mild distress.  Temperature is 37.6 C (99.7 F), pulse rate is 110 per minute and regular, respirations are 16 per minute and unlabored, and blood pressure is 136/86 mm Hg without postural change.  Confluent purpura is present over the buttocks, thighs, and feet with slightly raised lesions.  The right lower abdominal quadrant is tender, with slight guarding but no rebound.  Rectal examination yields loose, brown stool with blood and mucus; no mass is noted.  Computed tomography of the abdomen shows thickening of the wall of the cecum.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 47% |
| Hemoglobin | 14.0 g/dL |
| Leukocyte count | 13,000/cu mm; 85% segmented neutrophils, 5% band forms, 10% lymphocytes |
| Platelet count | 175,000/cu mm |
| Blood urea nitrogen | 28 mg/dL |
| Serum creatinine | 1.6 mg/dL |
| Urinalysis | Specific gravity 1.028; blood 3+, protein 2+, nitrites and leukocyte esterase negative; 20−30 RBCs, 0−3 WBCs, rare RBC casts/hpf |

⑦ NLV's & Abbreviations                          ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 48    Page: 408    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 44 of 351
PageID: 19339

The patient is in mild distress. Temperature is 37.6 C (99.7 F), pulse rate is 110 per minute and regular, respirations are 16 per minute and unlabored, and blood pressure is 136/86 mm Hg without postural change. Confluent purpura is present over the buttocks, thighs, and feet with slightly raised lesions. The right lower abdominal quadrant is tender, with slight guarding but no rebound. Rectal examination yields loose, brown stool with blood and mucus; no mass is noted. Computed tomography of the abdomen shows thickening of the wall of the cecum.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 47% |
| Hemoglobin | 14.0 g/dL |
| Leukocyte count | 13,000/cu mm; 85% segmented neutrophils, 5% band forms, 10% lymphocytes |
| Platelet count | 175,000/cu mm |
| Blood urea nitrogen | 28 mg/dL |
| Serum creatinine | 1.6 mg/dL |
| Urinalysis | Specific gravity 1.028; blood 3+, protein 2+, nitrites and leukocyte esterase negative; 20−30 RBCs, 0−3 WBCs, rare RBC casts/hpf |

Which of the following is the most likely diagnosis?

○ A.    Crohn's disease
○ B.    Hemolytic uremic syndrome
○ C.    Henoch-Schönlein purpura
○ D.    Typhlitis
○ E.    Ulcerative colitis


CONFIDENTIAL                                                        ABIM03176
JA4038

Case: 24-3012    Document: 48    Page: 410    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 411    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 413    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 418    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 110:53
🖥 32 of 60

📝 Notes    🖩 Calculator                              ⌂ Mark for Review

A 25-year-old woman comes to the emergency department because of tooth pain that has worsened during the past two days. For two weeks, she has had heat and cold sensitivity in the left lower canine. She has not had chills or fever, but tooth pain has interfered with sleep. She takes no medications, and she is allergic to penicillin.

Examination reveals tenderness to percussion on the left lower canine and tenderness and swelling of the jaw below this tooth. The submandibular lymph nodes are enlarged and tender.

In addition to dental care and analgesics, which of the following is the most appropriate treatment?

- ○ A.  Amoxicillin–clavulanate
- ○ B.  Ciprofloxacin
- ○ C.  Clindamycin
- ○ D.  Erythromycin
- ○ E.  Telithromycin

⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012   Document: 48   Page: 421   Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 423    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 424    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 425    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 426    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 109:44
📖 39 of 60

📝 Notes  📠 Calculator                                    ✍ Mark for Review

A 72-year-old woman is brought to your office by family members for evaluation of increasingly bizarre behavior during the past two to three weeks. She has been accusing family members of hostile acts and writing long letters detailing their alleged activities. She has become withdrawn and no longer participates in social events at her condominium. Medical history is significant for severe osteoarthritis, hypertension, insomnia, and alcohol dependence, for which she has undergone inpatient treatment. Her long-standing medications are atenolol, diphenhydramine, hydrochlorothiazide, naproxen, and trazodone.

She tells you that she no longer drinks alcoholic beverages; family members corroborate this. Physical examination is unremarkable. Neurologic examination is nonfocal.

Which of the following medications is the most likely cause of this clinical picture?

○ A.    Atenolol
○ B.    Diphenhydramine
○ C.    Hydrochlorothiazide
○ D.    Naproxen
○ E.    Trazodone

⏺ NLV's & Abbreviations            ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 48    Page: 428    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 429    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 432    Date Filed: 07/03/2025

📝 Notes  🖩 Calculator                                    ✏ Mark for Review

A 64-year-old man who has hypertension and heart failure comes to the emergency department because he has had back pain for three days and fever and chills for one day. He has not had nausea, vomiting, diarrhea, dyspnea, or abdominal pain.

Temperature is 40.0 C (104.0 F), pulse rate is 125 per minute, respirations are 20 per minute, and blood pressure is 75/42 mm Hg. Oxygen saturation by pulse oximetry is 92%. Heart rhythm is regular; a gallop without a murmur is noted. A few bibasilar crackles are audible; wheezes are not heard. Bilateral costovertebral angle tenderness is present. Abdominal examination is normal. The extremities are mottled. Serum electrolytes and urinalysis are pending, as are results of chest radiography. Antibiotic therapy is begun.

Which of the following is the most appropriate initial treatment for the abnormal blood pressure?

○ A.    Dobutamine
○ B.    Dopamine
○ C.    Epinephrine
○ D.    Phenylephrine
○ E.    Isotonic saline

CONFIDENTIAL                                                          ABIM03200

Case: 24-3012    Document: 48    Page: 436    Date Filed: 07/03/2025

Case: 24-3012   Document: 48   Page: 437   Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 438    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 74 of 351
PageID: 19369

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|    Total | 9.5 g/dL |
|    Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

○ A.    Serum prostate-specific antigen
○ B.    Serum immunofixation

⑦ NLV's & Abbreviations

← Previous    ⚙ Navigator    Next →




CONFIDENTIAL

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 105:22
📃 50 of 60

✎ Notes   🗂 Calculator                                                    △ Mark for Review

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Blood urea nitrogen | Normal |
| Serum creatinine | Normal |
| Serum calcium | 12.5 mg/dL |
| Serum proteins | |
|   Total | 9.5 g/dL |
|   Albumin | 2.4 g/dL |
| Serum electrolytes | Normal |

Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus. Radionuclide bone scan shows decreased uptake in the upper third of the left humerus; no other lesions are seen.

Which of the following tests is most likely to confirm the diagnosis?

○ A.    Serum prostate-specific antigen
○ B.    Serum immunofixation
○ C.    Computed tomography of the chest

⑦ NLV's & Abbreviations        ← Previous    ✣ Navigator    Next →

🕐 Time Remaining 104:44
54 of 60

Notes 🖩 Calculator                                                                                      Mark for Review

A 56-year-old woman has had pain and swelling of the wrists and fingers for two months. She also reports one hour of morning stiffness and slight fatigue. In the winter, she notes scaling around the hairline at the ears. She had asthma as a child and has smoked one pack of cigarettes daily for 40 years.

Vital signs are normal. Clubbing is present. The wrists and the metacarpophalangeal and proximal interphalangeal joints are slightly swollen. The bony surfaces of the distal digits are tender. No other abnormalities are noted. Chest radiograph shows a 2x2-cm nodule in the periphery of the lower lobe of the right lung.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 45% |
| Leukocyte count | 9600/cu mm; 3% eosinophils |
| Platelet count | 499,000/cu mm |
| Rheumatoid factor | 16 IU/mL *[less than 24]* |

Which of the following is the most likely diagnosis?

○ A.    Churg-Strauss syndrome
○ B.    Hypertrophic pulmonary osteoarthropathy
○ C.    Rheumatoid arthritis
○ D.    Sarcoidosis
○ E.    ANCA-associated granulomatous vasculitis (Wegener's granulomatosis)

⑦ NLV's & Abbreviations                                         ← Previous    ⚙ Navigator    Next →

Case: 24-3012    Document: 48    Page: 446    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 448    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 450    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 88 of 351
PageID: 19383

A 73-year-old man was admitted to the hospital eight days ago for treatment of a fractured left hip. He now has dysphagia for both liquids and solids, intermittent odynophagia, and chest pain associated with eating. The patient refuses to eat because of the pain. Barium swallow is shown.

**Click here for Figure(s)**

Which of the following should you recommend?

- A. Administration of isosorbide dinitrate
- B. Administration of metoclopramide
- C. Bougienage
- D. Dilation with a pneumatic dilator
- E. Long myotomy of the esophageal body



Figure

Close

CONFIDENTIAL

ABIM03221

Case: 24-3012    Document: 48    Page: 454    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination - Candidate Name

🕐 Time Remaining 119:47

## Session Review

⊟ Instructions

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

⊟ Session 1                                                    (60 Unseen/Incomplete)

| Question 1 | Incomplete | Question 2 | Unseen | Question 3 | Unseen |
|---|---|---|---|---|---|
| Question 4 | Unseen | Question 5 | Unseen | Question 6 | Unseen |
| Question 7 | Unseen | Question 8 | Unseen | Question 9 | Unseen |
| Question 10 | Unseen | Question 11 | Unseen | Question 12 | Unseen |
| Question 13 | Unseen | Question 14 | Unseen | Question 15 | Unseen |
| Question 16 | Unseen | Question 17 | Unseen | Question 18 | Unseen |
| Question 19 | Unseen | Question 20 | Unseen | Question 21 | Unseen |
| Question 22 | Unseen | Question 23 | Unseen | Question 24 | Unseen |
| Question 25 | Unseen | Question 26 | Unseen | Question 27 | Unseen |
| Question 28 | Unseen | Question 29 | Unseen | Question 30 | Unseen |

⇥ End Session          🚩 Review All     ✖ Review Incomplete    🚩 Review Marked

CONFIDENTIAL                                              ABIM03222

ABIM Internal Medicine Certification Examination - Candidate Name

🕐 Time Remaining 103:24

## Session Review

⊟ Instructions

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

| | | |
|---|---|---|
| Question 28 — Incomplete | Question 29 — Incomplete | Question 30 — Incomplete |
| Question 31 — Incomplete | Question 32 — Incomplete | Question 33 — Incomplete |
| Question 34 — Incomplete | Question 35 — Incomplete | Question 36 — Incomplete |
| Question 37 — Incomplete | Question 38 — Incomplete | Question 39 — Incomplete |
| Question 40 — Incomplete | Question 41 — Incomplete | Question 42 — Incomplete |
| Question 43 — Incomplete | Question 44 — Incomplete | Question 45 — Incomplete |
| Question 46 — Incomplete | Question 47 — Incomplete | Question 48 — Incomplete |
| Question 49 — Incomplete | Question 50 — Incomplete | Question 51 — Incomplete |
| Question 52 — Incomplete | Question 53 — Incomplete | Question 54 — Incomplete |
| Question 55 — Incomplete | Question 56 — Incomplete | Question 57 — Incomplete |
| Question 58 — Incomplete | Question 59 — Incomplete | Question 60 — Incomplete |

↪ End Session          🖉 Review All    ✖ Review Incomplete    🖉 Review Marked

CONFIDENTIAL                                                    ABIM03223



**CONFIDENTIAL**

ABIM03224



CONFIDENTIAL

ABIM03225



CONFIDENTIAL

ABIM03226



CONFIDENTIAL

ABIM03227



CONFIDENTIAL

ABIM03228



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

|  |  |
|---|---|
|  | Adult: 5-12 mIU/mL (follicular or luteal) |
|  | 30-250 mIU/mL (mid-cycle peak) |
|  | greater than 30 mIU/mL |
|  | (postmenopausal) |
| **Phosphorus, serum** | **3.0-4.5 mg/dL** |
| **Proteins, serum:** |  |
| **Total** | **5.5-9.0 g/dL** |
| **Albumin** | **3.5-5.5 g/dL** |
| Triglycerides, serum (fasting) | Normal: less than 250 mg/dL |
|  | Borderline: 250-500 mg/dL |
|  | Abnormal: greater than 500 mg/dL |
| **Urea nitrogen, blood** | **8-20 mg/dL** |
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| **Cerebrospinal fluid (CSF):** |  |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| **Hemodynamic measurements:** |  |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |

⊠ Close

**CONFIDENTIAL**

ABIM03229



NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| **Uric acid, serum** | **3.0-7.0 mg/dL** |
| **Cerebrospinal fluid (CSF):** | |
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |
| **Hemodynamic measurements:** | |
| Cardiac index | 2.5-4.2 L/min/m$^2$ |
| Cardiac output | 4-6 L/min |
| Pressures: | |
| Pulmonary artery | Systolic: 15-30 mm Hg |
| | Diastolic: 3-21 mm Hg |
| | Mean: 9-16 mm Hg |
| Pulmonary artery wedge | 6-12 mm Hg |
| Right atrium | 0-8 mm Hg |
| Right ventricle | Systolic: 15-30 mm Hg |
| | Diastolic: 0-5 mm Hg |
| Systemic arteries | Systolic: 100-140 mm Hg |
| | Diastolic: 60-90 mm Hg |
| | Mean: 70-105 mm Hg |

☒ Close

**CONFIDENTIAL**                                                     ABIM03230

Case: 24-3012    Document: 48    Page: 464    Date Filed: 07/03/2025



**LIST OF ABBREVIATIONS**

| | |
|---|---|
| $A_2$ | Second heart sound |
| ACE | Angiotensin-converting enzyme |
| ACTH | Adrenocorticotropic hormone (corticotropin) |
| AIDS | Acquired immunodeficiency syndrome |
| ALT | Alanine aminotransferase |
| ANCA | Antineutrophil cytoplasmic antibody |
| anti-HAV | Antibodies to hepatitis A virus |
| anti-HBc | Antibodies to hepatitis B core antigen |
| anti-HBe | Antibodies to hepatitis B e antigen |
| anti-HBs | Antibodies to hepatitis B surface antigen |
| anti-HCV | Antibodies to hepatitis C virus |
| anti-HDV | Antibodies to hepatitis D virus |
| AST | Aspartate aminotransferase |
| BMI | Body mass index (in $kg/m^2$) |
| C-ANCA | Cytoplasmic antineutrophil cytoplasmic antibody |

Case: 24-3012    Document: 48    Page: 465    Date Filed: 07/03/2025



### NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| --- | --- |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $F_{IO_2}$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

⊠ Close



## NLV's & Abbreviations

### Normal Lab Values | Abbreviations

| | |
|---|---|
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |
| PEEP | Positive end-expiratory pressure |
| PEFR | Peak expiratory flow rate |
| $Po_2$ | Partial pressure of oxygen |
| PPD | Purified protein derivative |
| RV | Residual volume |
| $S_1$ | First heart sound |
| $S_2$ | Second heart sound |
| $S_3$ | Third heart sound (ventricular gallop) |
| $S_4$ | Fourth heart sound (atrial gallop) |
| TLC | Total lung capacity |
| TNM | Tumor-node-metastasis |
| TU | Tuberculin unit |
| VDRL | Veneral Disease Research Laboratories |

Close

CONFIDENTIAL

ABIM03233

Case: 24-3012    Document: 48    Page: 466    Date Filed: 07/03/2025

🕐 Time Remaining 117:53
📄 5 of 60

📝 Notes   🖨 Calculator                                      ✏ Mark for Review

A 69-year-old man who has hypertension and gout is found to have microscopic hematuria (10–15 RBCs/hpf). He is asymptomatic and has no history of kidney disease or calculi. Physical examination is normal, except for moderate nontender enlargement of the prostate gland. It is firm, but no nodules are felt. Serum creatinine is 1.2 mg/dL. Serum prostate-specific antigen is 3.9 ng/mL *[less than 4.0]*. Repeat urinalysis shows persistent microscopic hematuria but no RBC casts. Non–contrast-enhanced computed tomography of the abdomen shows a 3-cm simple cyst in the left kidney. Urine culture is negative; cytology is negative for malignant cells.

Which of the following is the most appropriate recommendation?

○ A.   No further testing
○ B.   Cystoscopy
○ C.   Intravenous urography
○ D.   Percutaneous needle aspiration of the cyst
○ E.   Biopsy of the prostate gland

CONFIDENTIAL                                                    ABIM03238

Case: 24-3012    Document: 48    Page: 472    Date Filed: 07/03/2025



Case: 24-3012     Document: 48     Page: 476     Date Filed: 07/03/2025



Case: 24-3012   Document: 48   Page: 482   Date Filed: 07/03/2025



Case: 24-3012    Document: 48    Page: 483    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 484    Date Filed: 07/03/2025



Case: 24-3012    Document: 48    Page: 485    Date Filed: 07/03/2025

📝 Notes    🖩 Calculator                                                      ◁ Mark for Review

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort. Stool is positive for occult blood. Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell MALT lymphoma.

Which of the following is the most appropriate treatment?

○ A.    Lansoprazole
○ B.    Clarithromycin, amoxicillin, and lansoprazole
○ C.    Chemotherapy
○ D.    Chemotherapy followed by antrectomy
○ E.    Total gastrectomy

⑦ NLV's & Abbreviations                                    ← Previous    ⚙ Navigator    Next →

Case: 24-3012   Document: 48   Page: 490   Date Filed: 07/03/2025





Case: 24-3012    Document: 48    Page: 493    Date Filed: 07/03/2025



Case: 24-3012   Document: 48   Page: 494   Date Filed: 07/03/2025

📝 Notes  🖩 Calculator                                         ⟁ Mark for Review

A 65-year-old woman has seen blood on the toilet tissue after she urinates.  She has had vulvar itching but no urinary tract symptoms.  The patient had a vaginal hysterectomy ten years ago because of uterine leiomyomas.

Physical examination reveals a velvety, red, slightly friable 2x2–cm plaque at the vaginal introitus extending from the edge of the urethra to the left labium minus.  No tenderness or induration is noted.  The vaginal mucosa is atrophic with a clear, watery discharge.  The cervix is absent.

Which of the following is the most appropriate next step for this vulvar plaque?

- ○ A.  Darkfield examination of the lesion
- ○ B.  Biopsy of the lesion
- ○ C.  Topical low-potency corticosteroids
- ○ D.  Topical estrogen
- ○ E.  Topical imiquimod (Aldara)

CONFIDENTIAL                                                    ABIM03262

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 131 of 351
PageID: 19426

A 35-year-old man is evaluated for painless jaundice.  He has not had fever, chills, dark urine, or pruritus. He has noted intermittent jaundice since he was a teenager.

Physical examination reveals scleral icterus.  Abdominal examination is normal; no spider angiomas are present.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 14.0 g/dL |
| Serum bilirubin | |
|   Total | 3.0 mg/dL |
|   Direct | 0.2 mg/dL |
| Serum aminotransferases | |
|   ALT | 28 U/L |
|   AST | 20 U/L |
| Serum alkaline phosphatase | 70 U/L |
| Serum albumin | 4.2 g/dL |
| Serum lactate dehydrogenase | 120 U/L *[140–280]* |
| Urine urobilinogen | Normal |

Which of the following is the most appropriate next step?

- A.  No further testing
- B.  Osmotic fragility testing
- C.  Ultrasonography of the abdomen
- D.  Computed tomography of the abdomen
- E.  Endoscopic retrograde cholangiopancreatography





Case: 24-3012    Document: 48    Page: 500    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 507    Date Filed: 07/03/2025

Case: 24-3012   Document: 48   Page: 508   Date Filed: 07/03/2025

 Notes  🖶 Calculator                                    △ Mark for Review

A 37-year-old man has had progressive blurring of vision in his left eye for 14 days and mild left eye discomfort for three days. He uses intravenous heroin. Serologic test for antibodies to HIV was negative 18 months ago.

Vital signs are normal. Visual acuity is 20/20 in the right eye and 20/400 in the left. Pupil size is symmetric, and light reaction is normal. Funduscopic examination of the left eye reveals a yellow-white opacity extending into the vitreous and overlying the temporal aspect of the optic disk, extending toward the macula.

Which of the following is the most likely diagnosis?

○ A.   *Candida* endophthalmitis
○ B.   Central retinal vein occlusion
○ C.   Cytomegalovirus retinitis
○ D.   Optic neuritis
○ E.   Retinal detachment

CONFIDENTIAL                                                    ABIM03277

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 148 of 351
PageID: 19443

 Notes  Calculator                                          Mark for Review

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

- A.    Ask the patient and his wife to sign a statement refusing aggressive treatment
- B.    Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
- C.    Consult the hospital ethics committee
- D.    Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion



CONFIDENTIAL                                                                      ABIM03280

JA4142

Case: 24-3012    Document: 48    Page: 514    Date Filed: 07/03/2025

Case: 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 150 of 351
PageID: 19445

📝 Notes  🖩 Calculator                                               ✎ Mark for Review

A 32-year-old bisexual man consults you because of the skin lesions shown. These are not painful or pruritic but have been increasing in number for three weeks. Serologic testing for antibodies to HIV was negative six months ago and again one week ago.

**Click here for Figure(s)**

Which of the following is the most effective treatment for this condition?

○ A.  Acyclovir, topically
○ B.  Acyclovir, orally
○ C.  Penicillin
○ D.  Doxycycline
○ E.  Cryotherapy

CONFIDENTIAL                                                    ABIM03282
JA4144

Case: 24-3012    Document: 48    Page: 515    Date Filed: 07/03/2025



CONFIDENTIAL

ABIM03283

Case: 24-3012     Document: 48     Page: 516     Date Filed: 07/03/2025



You are asked to evaluate an asymptomatic 67-year-old white woman who is scheduled to undergo an elective cholecystectomy. No abnormal physical findings are noted, and stool is negative for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 34% |
| Hemoglobin | 11.9 g/dL |
| Erythrocyte count | 6.4 million/cu mm *[4.2–5.9 million]* |
| Mean corpuscular volume | 67 fL *[86–98]* |
| Mean corpuscular hemoglobin | 24 pg *[27–32]* |
| Leukocyte count | 6900/cu mm; 78% neutrophils, 13% lymphocytes, 7% monocytes, 2% eosinophils |
| Platelet count | 197,000/cu mm |
| Peripheral blood film | Moderate hypochromia, slight microcytosis, target cells, moderate poikilocytosis and anisocytosis |
| Liver biochemical studies | Normal |

These laboratory results are similar to those obtained five years ago at the time of an elective femoral herniorrhaphy.

Which of the following studies will most likely lead to an explanation of the anemia?

○ A.    Serum ferritin
○ B.    Direct antiglobulin (Coombs') test
○ C.    Hemoglobin electrophoresis



📝 Notes  🖩 Calculator                                              ✍ Mark for Review

...tive cholecystectomy. No abdominal physical findings are noted, and stool is negative for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 34% |
| Hemoglobin | 11.9 g/dL |
| Erythrocyte count | 6.4 million/cu mm *[4.2–5.9 million]* |
| Mean corpuscular volume | 67 fL *[86–98]* |
| Mean corpuscular hemoglobin | 24 pg *[27–32]* |
| Leukocyte count | 6900/cu mm; 78% neutrophils, 13% lymphocytes, 7% monocytes, 2% eosinophils |
| Platelet count | 197,000/cu mm |
| Peripheral blood film | Moderate hypochromia, slight microcytosis, target cells, moderate poikilocytosis and anisocytosis |
| Liver biochemical studies | Normal |

These laboratory results are similar to those obtained five years ago at the time of an elective femoral herniorrhaphy.

Which of the following studies will most likely lead to an explanation of the anemia?

○ A.    Serum ferritin
○ B.    Direct antiglobulin (Coombs') test
○ C.    Hemoglobin electrophoresis
○ D.    Bone marrow aspiration and biopsy
○ E.    Colonoscopy

⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

CONFIDENTIAL                                                                ABIM03286

Case: 24-3012    Document: 48    Page: 519    Date Filed: 07/03/2025

Case: 24-3012 Document: 48 Page: 525 Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 528    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 534    Date Filed: 07/03/2025

Case: 24-3012   Document: 48   Page: 536   Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 537    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination - Candidate Name

🕐 Time Remaining 101:59

## Session Review

⊟ Instructions

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

⊟ Session 2                                                                    (60 Unseen/Incomplete)

| Question 1 | Incomplete | Question 2 | Incomplete | Question 3 | Incomplete |
|---|---|---|---|---|---|
| Question 4 | Incomplete | Question 5 | Incomplete | Question 6 | Incomplete |
| Question 7 | Incomplete | Question 8 | Incomplete | Question 9 | Incomplete |
| Question 10 | Incomplete | Question 11 | Incomplete | Question 12 | Incomplete |
| Question 13 | Incomplete | Question 14 | Incomplete | Question 15 | Incomplete |
| Question 16 | Incomplete | Question 17 | Incomplete | Question 18 | Incomplete |
| Question 19 | Incomplete | Question 20 | Incomplete | Question 21 | Incomplete |
| Question 22 | Incomplete | Question 23 | Incomplete | Question 24 | Incomplete |
| Question 25 | Incomplete | Question 26 | Incomplete | Question 27 | Incomplete |
| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |

🔁 End Session                                    🏴 Review All    ✖ Review Incomplete    🏴 Review Marked

**CONFIDENTIAL**                                                                    **ABIM03305**

Case: 24-3012    Document: 48    Page: 539    Date Filed: 07/03/2025

**ABIM Internal Medicine Certification Examination - Candidate Name**

🕐 Time Remaining 101:46

## Session Review

⊟ **Instructions**

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |
|---|---|---|---|---|---|
| Question 31 | Incomplete | Question 32 | Incomplete | Question 33 | Incomplete |
| Question 34 | Incomplete | Question 35 | Incomplete | Question 36 | Incomplete |
| Question 37 | Incomplete | Question 38 | Incomplete | Question 39 | Incomplete |
| Question 40 | Incomplete | Question 41 | Incomplete | Question 42 | Incomplete |
| Question 43 | Incomplete | Question 44 | Incomplete | Question 45 | Incomplete |
| Question 46 | Incomplete | Question 47 | Incomplete | Question 48 | Incomplete |
| Question 49 | Incomplete | Question 50 | Incomplete | Question 51 | Incomplete |
| Question 52 | Incomplete | Question 53 | Incomplete | Question 54 | Incomplete |
| Question 55 | Incomplete | Question 56 | Incomplete | Question 57 | Incomplete |
| Question 58 | Incomplete | Question 59 | Incomplete | Question 60 | Incomplete |

→] End Session    🚩 Review All    ✖ Review Incomplete    🚩 Review Marked

CONFIDENTIAL                                    ABIM03306



**CONFIDENTIAL**

ABIM03307

Case: 24-3012     Document: 48     Page: 540     Date Filed: 07/03/2025



End Session Confirmation

Please confirm that you want to end this session. If you click Yes, you will NOT be able to return to this session.

Are you sure you want to end this session?

Yes    No

CONFIDENTIAL

ABIM03308



CONFIDENTIAL

ABIM03309

Case: 24-3012    Document: 48    Page: 542    Date Filed: 07/03/2025



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

**Whole blood, plasma, serum chemistries:**

| | |
|---|---|
| **Alkaline phosphatase, serum** | **30-120 U/L** |
| Aminotransferase, serum alanine (ALT) | 10-40 U/L |
| **Aminotransferase, serum aspartate (AST)** | **10-40 U/L** |
| Arterial studies, blood | |
| (patient breathing room air): | |
| Po₂ | 75-100 mm Hg |
| Pco₂ | 38-42 mm Hg |
| Bicarbonate | 23-26 mEq/L |
| pH | 7.38-7.44 |
| Oxygen saturation | 95% or greater |
| **Bilirubin, serum:** | |
| **Total** | **0.3-1.0 mg/dL** |
| Direct | 0.1-0.3 mg/dL |
| **Calcium, serum** | **Male: 9.0-10.5 mg/dL** |
| | **Female: 8.5-10.2 mg/dL** |
| **Cholesterol, serum:** | |
| **Total** | **Desirable: less than 200 mg/dL** |
| | **Borderline-high: 200-239 mg/dL** |
| | **(may be high in the presence of** |
| | **coronary artery disease** |
| | **or other risk factors)** |

☒ Close

**CONFIDENTIAL**

**ABIM03310**



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| | **High: greater than 239 mg/dL** |
| High-density lipoprotein (HDL) | Low: less than 40 mg/dL |
| Low-density lipoprotein (LDL) | Optimal: less than 100 mg/dL |
| | Near-optimal: 100-129 mg/dL |
| | Borderline-high: 130-159 mg/dL |
| | (may be high in the presence of coronary |
| | artery disease or other factors) |
| | High: 160-189 mg/dL |
| | Very high: 190 mg/dL and above |
| **Creatinine, serum** | **0.7-1.5 mg/dL** |
| Electrolytes, serum: | |
| Sodium | 136-145 mEq/L |
| Potassium | 3.5-5.0 mEq/L |
| Chloride | 98-106 mEq/L |
| Bicarbonate | 23-28 mEq/L |
| **Glucose, plasma** | **Normal (fasting): 70-115 mg/dL** |
| | **Borderline: 115-140 mg/dL** |
| | **Abnormal: greater than 140 mg/dL** |
| Luteinizing hormone, serum | Adult male:  2-18 mIU/mL |
| | Female: |
| | To age 8:  less than 10 mIU/mL |
| | Ages 8-14:  2-14 mIU/mL |

⊠ Close

**CONFIDENTIAL**

ABIM03311

## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

|  | Adult: 5-12 mIU/mL (follicular or luteal) |
|  | 30-250 mIU/mL (mid-cycle peak) |
|  | greater than 30 mIU/mL |
|  | (postmenopausal) |
| **Phosphorus, serum** | **3.0-4.5 mg/dL** |
| **Proteins, serum:** |  |
| **Total** | **5.5-9.0 g/dL** |
| **Albumin** | **3.5-5.5 g/dL** |
| Triglycerides, serum (fasting) | Normal: less than 250 mg/dL |
|  | Borderline: 250-500 mg/dL |
|  | Abnormal: greater than 500 mg/dL |
| **Urea nitrogen, blood** | **8-20 mg/dL** |
| **Uric acid, serum** | **3.0-7.0 mg/dL** |

**Cerebrospinal fluid (CSF):**

| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |

**Hemodynamic measurements:**

| Cardiac index | 2.5-4.2 L/min/m$^2$ |

⊠ Close

CONFIDENTIAL

ABIM03312



Case: 24-3012    Document: 48    Page: 546    Date Filed: 07/03/2025

CONFIDENTIAL

ABIM03313



Case: 24-3012    Document: 48    Page: 547    Date Filed: 07/03/2025



### NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| | |
|---|---|
| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $F_{IO_2}$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

☒ Close



NLV's & Abbreviations

| Normal Lab Values | **Abbreviations** |
|---|---|
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |
| PEEP | Positive end-expiratory pressure |
| PEFR | Peak expiratory flow rate |
| $Po_2$ | Partial pressure of oxygen |
| PPD | Purified protein derivative |
| RV | Residual volume |
| $S_1$ | First heart sound |
| $S_2$ | Second heart sound |
| $S_3$ | Third heart sound (ventricular gallop) |
| $S_4$ | Fourth heart sound (atrial gallop) |
| TLC | Total lung capacity |
| TNM | Tumor-node-metastasis |
| TU | Tuberculin unit |
| VDRL | Veneral Disease Research Laboratories |

Close

CONFIDENTIAL
ABIM03316

📝 Notes   🗐 Calculator                                          ⌲ Mark for Review

A 73-year-old woman is hospitalized because of a hip fracture sustained in a fall. The patient has lived with her daughter since a stroke seven years ago. In the past two or three years, she has become increasingly withdrawn and rarely leaves the house. Her appetite is poor. Admission medications are hydrochlorothiazide and ibuprofen for mild degenerative joint disease.

The patient is alert but withdrawn. Pulse rate is 76 per minute and regular, and blood pressure is 160/90 mm Hg. She has mild hemiparesis and hyperreflexia on the left. The remainder of the physical examination is unremarkable except for fracture findings. Serum calcium is 7.2 mg/dL, phosphorus is 2.2 mg/dL, albumin is 2.8 g/dL, and alkaline phosphatase is 240 U/L. Hip radiographs reveal an intertrochanteric fracture and marked osteopenia.

Which of the following studies is most likely to confirm the cause of bone loss?

○ A.    Plasma cortisol
○ B.    Serum free thyroxine ($T_4$) and thyroid-stimulating hormone
○ C.    Serum parathyroid hormone
○ D.    Serum 25-hydroxyvitamin D
○ E.    Serum protein electrophoresis

❓ NLV's & Abbreviations                        ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 48    Page: 555    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 558    Date Filed: 07/03/2025

📝 Notes  🖩 Calculator                                                                🖊 Mark for Review

A 26-year-old woman has had fever, chills, headache, and backache for three days.  Yesterday she noted slightly raised red spots on the trunk, back, and legs.  She has always been in excellent health and does not smoke cigarettes, drink alcoholic beverages, or use illicit drugs.

Temperature is 37.9 C (100.2 F), pulse rate is 100 per minute and regular, respirations are 14 per minute, and blood pressure is 110/74 mm Hg.  The lesions shown are present on the face, trunk, back, and legs.


**Click here for Figure(s)**

Which of the following is the most likely diagnosis?

- ○ A.   Bullous impetigo
- ○ B.   Dermatitis herpetiformis
- ○ C.   Disseminated gonorrhea
- ○ D.   Varicella
- ○ E.   Vasculitis

CONFIDENTIAL                                                              ABIM03326

Case: 24-3012    Document: 48    Page: 559    Date Filed: 07/03/2025



Figure

Close

Case: 24-3012    Document: 48    Page: 560    Date Filed: 07/03/2025

**CONFIDENTIAL**

**ABIM03327**

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 117:05
📄 9 of 60

📝 Notes  🖩 Calculator                                    ✍ Mark for Review

A 65-year-old man undergoes upper gastrointestinal endoscopy and is found to have large esophageal varices. He has cirrhosis secondary to hepatitis C infection but no history of gastrointestinal bleeding, cardiopulmonary disease, or drug allergies.

Blood pressure is 140/80 mm Hg. Several spider angiomas are present. The abdomen is nontender; shifting dullness is present. Liver span is 10 cm in the right midclavicular line. The spleen is not palpable.

Which of the following medications is indicated to prevent variceal bleeding?

- ○ A.  Atenolol
- ○ B.  Captopril
- ○ C.  Losartan
- ○ D.  Propranolol
- ○ E.  Spironolactone

ⓘ NLV's & Abbreviations                    ← Previous  ⚙ Navigator  Next →

CONFIDENTIAL                                                      ABIM03328

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 116:59
📄 10 of 60

▧ Notes  🖩 Calculator                                          ◿ Mark for Review

A 34-year-old man has had intermittent palpitations and lightheadedness for one week. He has not fainted. Pulse rate is 88 per minute, and blood pressure is 120/82 mm Hg. $S_1$ is normal; $S_2$ splits with inspiration. An $S_4$ is heard.  A harsh grade 2/6 midsystolic murmur at the left lower sternal border increases in intensity when the patient stands and with the strain phase of the Valsalva maneuver.  The murmur decreases in intensity when the patient squats and with passive leg-raising.  The lungs are clear.  The remainder of the physical examination is normal.  Electrocardiography shows left ventricular hypertrophy and two ventricular premature complexes.

Which of the following is the mostly likely cause of the murmur?

○ A.    Aortic stenosis
○ B.    Atrial septal defect
○ C.    Hypertrophic cardiomyopathy with obstruction
○ D.    Mitral regurgitation
○ E.    Tricuspid regurgitation

⑦ NLV's & Abbreviations                          ← Previous   ⚙ Navigator   Next →



Notes  Calculator                                                      Mark for Review

A 72-year-old man who has long-standing chronic obstructive pulmonary disease has had increasing dyspnea for three weeks. He previously was able to walk several blocks without symptoms, but now he becomes dyspneic while walking down his driveway. One year ago, $FEV_1$ was 1.2 L.

Vital signs are stable. Oxygen saturation is 94% by pulse oximetry. The trachea is shifted slightly to the left. The right posterior lung field is dull to percussion. No breath sounds are audible in the right chest; wheezing is heard in the left chest. Tactile fremitus is absent over the right posterior chest but is conspicuous over the left posterior chest.

A radiograph of the chest is most likely to show which of the following?

- A.  Elevated left hemidiaphragm
- B.  Right pleural effusion
- C.  Right pneumothorax
- D.  Right lower lobe atelectasis
- E.  Right lower lobe opacity

CONFIDENTIAL                                                              ABIM03330

Notes   Calculator                                                            Mark for Review

A 68-year-old woman has had severe left ear pain for two days.  The patient takes glyburide (10 mg orally daily) for diabetes mellitus.  Medical history is otherwise noncontributory.

Temperature is 38.9 C (102.0 F), pulse rate is 92 per minute, respirations are 16 per minute, and blood pressure is 170/84 mm Hg.  The left ear is extremely swollen, erythematous, and tender.  It is impossible to examine the external auditory canal or tympanic membrane because of the patient's pain.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 46% |
| Leukocyte count | 15,700/cu mm |
| Plasma glucose | 208 mg/dL |
| Serum creatinine | 1.3 mg/dL |

Which of the following is the most likely cause of this illness?

- A. *Haemophilus influenzae*
- B. Herpes zoster (Ramsay Hunt syndrome)
- C. *Pseudomonas aeruginosa*
- D. *Streptococcus pneumoniae*
- E. *Staphylococcus aureus*

NLV's & Abbreviations                                    Previous    Navigator    Next

Case: 24-3012    Document: 48    Page: 566    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 205 of 351
PageID: 19500

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

- A. Allergic rhinitis
- B. Deviated nasal septum
- C. Rhinitis medicamentosa
- D. Subacute bacterial sinusitis
- E. Vasomotor rhinitis

Case: 24-3012    Document: 48    Page: 570    Date Filed: 07/03/2025

📝 Notes  🗒 Calculator                                           �« Mark for Review

An 18-year-old woman is evaluated because of recurring fevers that began suddenly four weeks ago. Initially she also had a sore throat that resolved after a few days. Temperature reaches 40.0 C (104.0 F) every afternoon. A few hours after she takes naproxen, temperature decreases to 35.0 C (95.0 F). A transient nonpruritic morbilliform rash appears over the chest and abdomen during the fever. She also has had pain and swelling of the wrists and knees.

This morning the patient appears pale and chronically ill. Temperature is 35.0 C (95.0 F). Pulse rate is 100 per minute, and blood pressure is 102/60 mm Hg. Multiple, small (less than 1 cm) anterior and posterior cervical lymph nodes are soft and nontender. The spleen tip is palpable just below the left costal margin. The wrists and knees are mildly swollen. Physical examination is otherwise normal. Chest radiograph is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 28% |
| Leukocyte count | 27,000/cu mm; 90% segmented neutrophils, 1% band forms, 9% lymphocytes |
| Platelet count | 260,000/cu mm |
| Erythrocyte sedimentation rate | 103 mm/hr |
| Prothrombin time | 11 seconds *[11–13]* |
| Serum creatinine | 0.7 mg/dL |
| Serum albumin | 3.1 g/dL |
| Serum aminotransferases | |
| ALT | 74 U/L |
| AST | 67 U/L |
| Urinalysis | Trace protein, blood negative; 0–1 RBC, |

⌂ NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →

CONFIDENTIAL                                                        ABIM03338



🖉 Notes   ☐ Calculator                                                    Mark for Review

100 per minute, and blood pressure is 102/60 mm Hg. Multiple, small (less than 1 cm) anterior and posterior cervical lymph nodes are soft and nontender. The spleen tip is palpable just below the left costal margin. The wrists and knees are mildly swollen. Physical examination is otherwise normal. Chest radiograph is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 28% |
| Leukocyte count | 27,000/cu mm; 90% segmented neutrophils, 1% band forms, 9% lymphocytes |
| Platelet count | 260,000/cu mm |
| Erythrocyte sedimentation rate | 103 mm/hr |
| Prothrombin time | 11 seconds *[11–13]* |
| Serum creatinine | 0.7 mg/dL |
| Serum albumin | 3.1 g/dL |
| Serum aminotransferases | |
| ALT | 74 U/L |
| AST | 67 U/L |
| Urinalysis | Trace protein, blood negative; 0–1 RBC, 0–1 WBC/hpf |

Which of the following is the most likely diagnosis?

○ A.    Hepatitis C virus infection
○ B.    Parvovirus B19 infection
○ C.    Sarcoidosis
○ D.    Still's disease
○ E.    Systemic lupus erythematosus

⊕ NLV's & Abbreviations                              ← Previous   ⊞ Navigator   Next →

CONFIDENTIAL                                                    ABIM03339

⏱ Time Remaining 76:55
📖 19 of 60

📇 Notes  🖩 Calculator                                    ✎ Mark for Review

A 27-year-old man comes to you for an initial visit. He has a 15-year history of complex partial seizures, which are treated with carbamazepine (600 mg daily). Seizure activity had been well controlled until three months ago when he began to have seizures about once a month, each lasting no more than five minutes. He also takes bupropion for smoking cessation. The patient is otherwise well and does not drink alcoholic beverages. He has no history of head trauma; magnetic resonance imaging of the brain was normal five years ago.

The patient feels well. Mental status and neurologic findings are normal. Complete blood count and comprehensive metabolic panel are normal. Serum carbamazepine is 8 µg/mL *[therapeutic: 4–12]*.

Which of the following should you do?

○ A.   Continue current therapy
○ B.   Discontinue bupropion
○ C.   Increase carbamazepine dose
○ D.   Substitute lamotrigine for carbamazepine
○ E.   Substitute phenytoin sodium for carbamazepine

CONFIDENTIAL                                                        ABIM03340

Case: 24-3012    Document: 48    Page: 578    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 582    Date Filed: 07/03/2025



📑 Notes  🖨 Calculator                                          ⌂ Mark for Review

Patients who have a deficiency of the seventh component of complement (C7) are at increased risk for which of the following infections?

○ A.    Mycobacterial
○ B.    Neisserial
○ C.    Staphylococcal
○ D.    Systemic fungal
○ E.    Viral central nervous system

⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 48    Page: 583    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 584    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 83:08
▤ 31 of 60

▤ Notes  ▭ Calculator                                        △ Mark for Review

A 40-year-old woman is admitted to the hospital for acute onset of abdominal pain, nausea, and vomiting. Similar previous episodes began several hours after eating, then increased in severity over 30 to 60 minutes. Serum amylase and lipase levels were elevated during episodes but improved within a few days. Abdominal ultrasonography has been normal, with no evidence of sludge or stones in the gallbladder. Computed tomography of the abdomen and magnetic resonance cholangiopancreatography showed normal extrahepatic and intrahepatic bile ducts, as well as a normal-appearing gallbladder, pancreas, liver, and spleen. Serum lipid profile was normal. She drinks alcoholic beverages two or three times a month, but no more than two drinks per occasion.

The patient appears acutely ill. Temperature is 37.8 C (100.0 F), pulse rate is 100 per minute, respirations are 18 per minute, and blood pressure is 110/70 mm Hg. The sclerae are not icteric. The abdomen is soft, with tenderness and guarding in the epigastrium.

Laboratory studies:

| | |
|---|---|
| Serum total bilirubin | 0.6 mg/dL |
| Serum alkaline phosphatase | 76 U/L |
| Serum aminotransferases | |
|   ALT | 27 U/L |
|   AST | 25 U/L |
| Serum amylase | 350 U/L *[25–125]* |
| Serum lipase | 200 U/L *[10–140]* |

Repeat ultrasound shows a normal-appearing gallbladder without sludge or stones. The pancreas is obscured by bowel gas. The patient's symptoms resolve over the next four days.

Which of the following should you recommend now?

⑦ NLV's & Abbreviations                    ← Previous    ⚙ Navigator    Next →

Case: 24-3012    Document: 48    Page: 587    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 223 of 351
PageID: 19518

gallbladder. Computed tomography of the abdomen and magnetic resonance cholangiopancreatography showed normal extrahepatic and intrahepatic bile ducts, as well as a normal-appearing gallbladder, pancreas, liver, and spleen. Serum lipid profile was normal. She drinks alcoholic beverages two or three times a month, but no more than two drinks per occasion.

The patient appears acutely ill. Temperature is 37.8 C (100.0 F), pulse rate is 100 per minute, respirations are 18 per minute, and blood pressure is 110/70 mm Hg. The sclerae are not icteric. The abdomen is soft, with tenderness and guarding in the epigastrium.

Laboratory studies:

| | |
|---|---|
| Serum total bilirubin | 0.6 mg/dL |
| Serum alkaline phosphatase | 76 U/L |
| Serum aminotransferases | |
| ALT | 27 U/L |
| AST | 25 U/L |
| Serum amylase | 350 U/L [25–125] |
| Serum lipase | 200 U/L [10–140] |

Repeat ultrasound shows a normal-appearing gallbladder without sludge or stones. The pancreas is obscured by bowel gas. The patient's symptoms resolve over the next four days.

Which of the following should you recommend now?

○ A.   Serum gastrin
○ B.   Serum macroamylase
○ C.   Endoscopic ultrasonography
○ D.   Upper gastrointestinal series with small bowel follow-through
○ E.   Counseling for alcohol dependence

CONFIDENTIAL                                                              ABIM03355
JA4217

Case: 24-3012    Document: 48    Page: 588    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 590    Date Filed: 07/03/2025

Case: 24-3012 Document: 48 Page: 595 Date Filed: 07/03/2025



Notes  Calculator                                              Mark for Review

A 75-year-old man has had the dark 1.5-cm lesion shown on the upper back for several years. He thinks it has grown steadily during the past two years. It is painless, but he says that sometimes he scratches it and pieces of it "flake off."

**Click here for Figure(s)**

Which of the following is the most likely diagnosis?

- A.  Compound nevus
- B.  Lentigo maligna
- C.  Malignant melanoma
- D.  Seborrheic keratosis
- E.  Verruca vulgaris

NLV's & Abbreviations                          Previous    Navigator    Next

Figure



Close

Case: 24-3012    Document: 48    Page: 599    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW   Document 211-7   Filed 02/20/24   Page 237 of 351
PageID: 19532

A 65-year-old woman is admitted to the hospital because of increasing lethargy for three days. She has type 2 diabetes mellitus, which had been controlled with glipizide for five years. She began to have hypoglycemic episodes three months ago; glipizide was tapered, then discontinued two weeks ago. Self-monitored blood glucose levels have ranged from 100 mg/dL to 140 mg/dL.

The patient is oriented but lethargic. Blood pressure is 110/70 mm Hg without postural changes. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 120 mg/dL |
| Blood urea nitrogen | 10 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| Serum sodium | 118 mEq/L |
| Serum potassium | 4.0 mEq/L |
| Random urine sodium | 50 mEq/L *[varies with intake]* |

The patient's mental status improves after restriction of free water to 800 mL daily. Serum sodium rises to 130 mEq/L. On the second hospital day, additional laboratory results are reported:

| | |
|---|---|
| Serum free thyroxine ($T_4$) | 0.4 ng/dL *[0.8–2.4]* |
| Serum thyroid-stimulating hormone | 2.1 µU/mL *[0.5–4.0]* |
| Serum follicle-stimulating hormone | 10 mIU/mL *[postmenopausal: greater than 50]* |
| Plasma cortisol (8 AM) | 3.6 µg/dL *[5–25]* |

Which of the following tests should you order next?

CONFIDENTIAL                                                        ABIM03369
JA4231

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 238 of 351
PageID: 19533

The patient is oriented but lethargic. Blood pressure is 110/70 mm Hg without postural changes. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 120 mg/dL |
| Blood urea nitrogen | 10 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| Serum sodium | 118 mEq/L |
| Serum potassium | 4.0 mEq/L |
| Random urine sodium | 50 mEq/L *[varies with intake]* |

The patient's mental status improves after restriction of free water to 800 mL daily. Serum sodium rises to 130 mEq/L. On the second hospital day, additional laboratory results are reported:

| | |
|---|---|
| Serum free thyroxine ($T_4$) | 0.4 ng/dL *[0.8−2.4]* |
| Serum thyroid-stimulating hormone | 2.1 μU/mL *[0.5−4.0]* |
| Serum follicle-stimulating hormone | 10 mIU/mL *[postmenopausal: greater than 50]* |
| Plasma cortisol (8 AM) | 3.6 μg/dL *[5−25]* |

Which of the following tests should you order next?

○ A.  Anti-adrenal antibodies
○ B.  Antithyroid peroxidase (antimicrosomal) antibodies
○ C.  Dexamethasone suppression test
○ D.  Computed tomography of the adrenal glands
○ E.  Magnetic resonance imaging of the pituitary gland

CONFIDENTIAL                                                    ABIM03370
JA4232

Case: 24-3012    Document: 48    Page: 606    Date Filed: 07/03/2025

📝 Notes  🗒 Calculator                                    ✍ Mark for Review

Four weeks ago, a 66-year-old woman was hospitalized for three days for treatment of community-acquired pneumonia with moxifloxacin. Her course was complicated by mild phlebitis and bacteremia due to methicillin-resistant *Staphylococcus aureus*, which resolved after removal of a catheter from her left forearm and treatment with intravenous vancomycin. She has chronic obstructive pulmonary disease, which is characterized by production of thick white sputum most mornings. She continues to smoke one pack of cigarettes daily, as she has for over 40 years. One week ago the patient had neck pain radiating to the shoulders. Temperature was 37.8 C (100.0 F). The cervical spine was slightly tender. Physical examination was otherwise normal.

Today the patient has difficulty breathing, and she is admitted to the hospital. Temperature is 38.9 C (102.0 F) rectally, pulse rate is 92 per minute, and blood pressure is 120/66 mm Hg. The neck is stiff and tender to palpation. The lungs are clear. She has marked weakness of the muscles of respiration, both arms, the abdominal wall, and the back; slight weakness of the legs is noted. Sensation to pinprick is decreased below the neck. Position and vibratory sensations are diminished in the lower extremities. Upper extremity reflexes are hypoactive; the lower extremities are hyperreflexive. Plantar reflexes are extensor. Hemoglobin is 12.0 g/dL, leukocyte count is 15,000/cu mm with 84% neutrophils and 16% lymphocytes, and fasting plasma glucose is 105 mg/dL. Chest radiograph shows increased anteroposterior diameter of the chest but is otherwise normal. Non–contrast-enhanced computed tomogram of the head shows no mass lesions.

CSF analysis:

| | |
|---|---|
| Opening pressure | 160 mm CSF |
| Leukocyte count | 350/cu mm; 60% neutrophils, 40% lymphocytes |
| Total proteins | 450 mg/dL |
| Glucose | 83 mg/dL |

  
CONFIDENTIAL                                              ABIM03374

JA4236

Today the patient has difficulty breathing, and she is admitted to the hospital.  Temperature is 38.9 C (102.0 F) rectally, pulse rate is 92 per minute, and blood pressure is 120/66 mm Hg.  The neck is stiff and tender to palpation.  The lungs are clear.  She has marked weakness of the muscles of respiration, both arms, the abdominal wall, and the back; slight weakness of the legs is noted.  Sensation to pinprick is decreased below the neck.  Position and vibratory sensations are diminished in the lower extremities.  Upper extremity reflexes are hypoactive; the lower extremities are hyperreflexive.  Plantar reflexes are extensor.  Hemoglobin is 12.0 g/dL, leukocyte count is 15,000/cu mm with 84% neutrophils and 16% lymphocytes, and fasting plasma glucose is 105 mg/dL.  Chest radiograph shows increased anteroposterior diameter of the chest but is otherwise normal.  Non−contrast-enhanced computed tomogram of the head shows no mass lesions.

CSF analysis:

| | |
|---|---|
| Opening pressure | 160 mm CSF |
| Leukocyte count | 350/cu mm; 60% neutrophils, 40% lymphocytes |
| Total proteins | 450 mg/dL |
| Glucose | 83 mg/dL |
| Gram, acid-fast, and India ink stains | Negative |
| Closing pressure | 120 mm CSF |

Which of the following is the most likely diagnosis?

○ A.    Spinal epidural abscess
○ B.    Brain abscess
○ C.    Lung cancer metastatic to the cervical spine
○ D.    Carcinomatous meningitis
○ E.    Infectious polyneuritis

  

CONFIDENTIAL                                                                    ABIM03375

Case: 24-3012    Document: 48    Page: 608    Date Filed: 07/03/2025

A 35-year-old man has had intermittent fever, mild cough, and anorexia for two weeks. He has had pneumonia twice in the past five years and recently completed a ten-day course of amoxicillin for bronchitis. He smokes one pack of cigarettes daily. He reports night sweats and occasional purulent sputum but no hemoptysis.

The patient is afebrile. Several small anterior cervical lymph nodes are palpable. The lungs are clear, but an area of dullness and decreased breath sounds is present at the right lung base. Radiograph of the chest reveals a large right pleural effusion. Tuberculin skin test (PPD, 5 TU) induces 15 mm of induration. Hematocrit is 34%, and leukocyte count is 7300/cu mm with a normal differential. No acid-fast bacilli are seen in a sputum specimen. Thoracentesis yields 1100 mL of amber fluid. Fluid leukocyte count is 1200/cu mm with 90% lymphocytes and 10% neutrophils. Erythrocyte count is 3750/cu mm. Fluid protein is 4.5 g/dL, and glucose is 80 mg/dL. Gram and acid-fast stains are negative. Results of pleural biopsy and cultures are pending.

Which of the following should you recommend?

○ A.  Repeat thoracentesis
○ B.  Antibiotic therapy and chest tube drainage
○ C.  Isoniazid, rifampin, pyrazinamide, and ethambutol
○ D.  Referral to an oncologist

CONFIDENTIAL                                                    ABIM03378



🖎 Notes   🖶 Calculator                                              △ Mark for Review

A 68-year-old man has had gradually increasing dyspnea and a productive cough for three days. One month ago, he was evaluated for hemoptysis and was found to have a 2-cm mass in the left lower lobe of the lung and an enlarged left hilum. Non-small cell lung carcinoma was diagnosed, and liver metastases were detected. The patient refused chemotherapy. He also initially refused radiation therapy, but changed his mind and began treatment one week ago. Dyspnea has worsened, and he no longer can climb the six steps to his house without stopping to catch his breath. He has not had chest pain, fever, weight gain or loss, dysphagia, wheezing, or orthopnea.

BMI is 21. Temperature is 37.4 C (99.3 F), pulse rate is 110 per minute, and respirations are 28 per minute. Blood pressure is 140/98 mm Hg; systolic pressure decreases to 114 mm Hg during inspiration. Estimated central venous pressure is 15 cm $H_2O$, which also decreases during inspiration. No murmurs or gallops are heard. The lungs are clear. The liver is not enlarged. He has 2+ pitting edema in the left leg and 1+ in the right leg.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Serum creatinine | 1.7 mg/dL (1.1 four months ago) |
| Serum electrolytes | Normal |
| Arterial blood studies | |
|   PO₂ | 75 mm Hg |
|   PCO₂ | 45 mm Hg |
|   pH | 7.35 |
| Plasma D-dimer | 1000 ng/mL *[less than 200]* |

Radiography of the chest shows collapse of the lower lobe of the left lung and a slightly enlarged cardiac silhouette, in addition to continued left hilar enlargement. Electrocardiography shows sinus

📝 Notes   🖥 Calculator                                                      ◁ Mark for Review

BMI is 21. Temperature is 37.4 C (99.3 F), pulse rate is 110 per minute, and respirations are 28 per minute. Blood pressure is 140/98 mm Hg; systolic pressure decreases to 114 mm Hg during inspiration. Estimated central venous pressure is 15 cm $H_2O$, which also decreases during inspiration. No murmurs or gallops are heard. The lungs are clear. The liver is not enlarged. He has 2+ pitting edema in the left leg and 1+ in the right leg.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Serum creatinine | 1.7 mg/dL (1.1 four months ago) |
| Serum electrolytes | Normal |
| Arterial blood studies | |
| $PO_2$ | 75 mm Hg |
| $PCO_2$ | 45 mm Hg |
| pH | 7.35 |
| Plasma D-dimer | 1000 ng/mL *[less than 200]* |

Radiography of the chest shows collapse of the lower lobe of the left lung and a slightly enlarged cardiac silhouette, in addition to continued left hilar enlargement. Electrocardiography shows sinus tachycardia and beat-to-beat variation in the QRS amplitude, right bundle branch block, S waves in leads I and $aV_L$, and T-wave inversion in lead III.

Which of the following is the most likely cause of the dyspnea?

○ A.    Cardiac tamponade
○ B.    Left lower lobe obstruction
○ C.    Pulmonary embolism
○ D.    Radiation pneumonitis

⑦ NLV's & Abbreviations                              ← Previous   ⚙ Navigator   Next →

CONFIDENTIAL                                                                    ABIM03381

Case: 24-3012   Document: 48   Page: 615   Date Filed: 07/03/2025



Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 253 of 351
PageID: 19548

A 43-year-old woman had the onset of hypertension and irregular menses nine months ago. She also has gained 4.5 kg (10 lb). The patient has otherwise been well and takes no medications. She has no family history of hypertension.

Height is 162 cm (63 in), and weight is 64 kg (140 lb); BMI is 26. Pulse rate is 76 per minute and regular, and blood pressure is 160/104 mm Hg. Funduscopic examination reveals arteriovenous nicking. Examination of the skin, breasts, heart, and lungs is normal. The abdomen is protuberant but without striae or organ enlargement. Limb−girdle muscle mass is reduced, and muscle strength is decreased. Pelvic and rectal examinations are normal, as are neurologic findings.

Laboratory studies:

| | |
|---|---|
| Leukocyte count | 12,000/cu mm; normal differential |
| Fasting plasma glucose | 145 mg/dL |
| Serum potassium | 3.3 mEq/L |
| Plasma cortisol at 8 AM | 15 µg/dL *[less than 5]* |
| (eight hours after administration of 1 mg of dexamethasone) | |

Which of the following studies should you do next?

○ A.  Midnight plasma cortisol
○ B.  Plasma dehydroepiandrosterone sulfate (DHEA-S)
○ C.  Plasma adrenocorticotropic hormone
○ D.  Metyrapone test
○ E.  Cosyntropin stimulation test

CONFIDENTIAL                                                              ABIM03385
JA4247



Case: 24-3012    Document: 48    Page: 619    Date Filed: 07/03/2025

📝 Notes   📋 Calculator                                    ◁ Mark for Review

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; influenza B has been circulating in the region. She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed. She requires prednisone two to three times a year for postviral exacerbations of asthma. She has not received an influenza vaccination this year.

The patient currently feels well; physical examination is normal. Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

○ A.    No treatment now; begin oseltamivir within 12 hours if symptoms of influenza develop
○ B.    Influenza vaccine
○ C.    Oseltamivir
○ D.    Influenza vaccine and oseltamivir

CONFIDENTIAL                                                      ABIM03387

JA4249

ABIM Internal Medicine Certification Examination - Candidate Name

🕐 Time Remaining 75:24

## Session Review

⊟ **Instructions**

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

⊟ **Session 3**                                                                 (60 Unseen/Incomplete)

| | | | | | |
|---|---|---|---|---|---|
| Question 1 | Incomplete | Question 2 | Incomplete | Question 3 | Incomplete |
| Question 4 | Incomplete | Question 5 | Incomplete | Question 6 | Incomplete |
| Question 7 | Incomplete | Question 8 | Incomplete | Question 9 | Incomplete |
| Question 10 | Incomplete | Question 11 | Incomplete | Question 12 | Incomplete |
| Question 13 | Incomplete | Question 14 | Incomplete | Question 15 | Incomplete |
| Question 16 | Incomplete | Question 17 | Incomplete | Question 18 | Incomplete |
| Question 19 | Incomplete | Question 20 | Incomplete | Question 21 | Incomplete |
| Question 22 | Incomplete | Question 23 | Incomplete | Question 24 | Incomplete |
| Question 25 | Incomplete | Question 26 | Incomplete | Question 27 | Incomplete |
| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |

→] End Session                              🔖 Review All    ✖ Review Incomplete    🔖 Review Marked

CONFIDENTIAL                                                                 ABIM03391

# ABIM Internal Medicine Certification Examination - Candidate Name

🕐 Time Remaining 75:10

## Session Review

### ⊟ Instructions

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

| Question | Status | Question | Status | Question | Status |
|----------|--------|----------|--------|----------|--------|
| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |
| Question 31 | Incomplete | Question 32 | Incomplete | Question 33 | Incomplete |
| Question 34 | Incomplete | Question 35 | Incomplete | Question 36 | Incomplete |
| Question 37 | Incomplete | Question 38 | Incomplete | Question 39 | Incomplete |
| Question 40 | Incomplete | Question 41 | Incomplete | Question 42 | Incomplete |
| Question 43 | Incomplete | Question 44 | Incomplete | Question 45 | Incomplete |
| Question 46 | Incomplete | Question 47 | Incomplete | Question 48 | Incomplete |
| Question 49 | Incomplete | Question 50 | Incomplete | Question 51 | Incomplete |
| Question 52 | Incomplete | Question 53 | Incomplete | Question 54 | Incomplete |
| Question 55 | Incomplete | Question 56 | Incomplete | Question 57 | Incomplete |
| Question 58 | Incomplete | Question 59 | Incomplete | Question 60 | Incomplete |

→] End Session          🏴 Review All    ✖ Review Incomplete    🏴 Review Marked

CONFIDENTIAL                                                ABIM03392

Case: 24-3012    Document: 48    Page: 626    Date Filed: 07/03/2025



**End Session**

You have chosen to end this session.  If you click Yes, you will NOT be able to return to this session.

Are you sure you want to end this session?

Yes  No



**CONFIDENTIAL**

ABIM03394

Case: 24-3012    Document: 48    Page: 627    Date Filed: 07/03/2025



Case: 24-3012    Document: 48    Page: 628    Date Filed: 07/03/2025



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

**Whole blood, plasma, serum chemistries:**

| | |
|---|---|
| **Alkaline phosphatase, serum** | **30-120 U/L** |
| Aminotransferase, serum alanine (ALT) | 10-40 U/L |
| **Aminotransferase, serum aspartate (AST)** | **10-40 U/L** |
| Arterial studies, blood | |
| (patient breathing room air): | |
| Po₂ | 75-100 mm Hg |
| Pco₂ | 38-42 mm Hg |
| Bicarbonate | 23-26 mEq/L |
| pH | 7.38-7.44 |
| Oxygen saturation | 95% or greater |
| **Bilirubin, serum:** | |
| **Total** | **0.3-1.0 mg/dL** |
| Direct | 0.1-0.3 mg/dL |
| **Calcium, serum** | **Male: 9.0-10.5 mg/dL** |
| | **Female: 8.5-10.2 mg/dL** |
| **Cholesterol, serum:** | |
| **Total** | **Desirable: less than 200 mg/dL** |
| | **Borderline-high: 200-239 mg/dL** |
| | **(may be high in the presence of** |
| | **coronary artery disease** |
| | **or other risk factors)** |

☒ Close

**CONFIDENTIAL**                                                ABIM03396



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| | **High: greater than 239 mg/dL** |
| High-density lipoprotein (HDL) | Low: less than 40 mg/dL |
| Low-density lipoprotein (LDL) | Optimal: less than 100 mg/dL |
| | Near-optimal: 100-129 mg/dL |
| | Borderline-high: 130-159 mg/dL |
| | (may be high in the presence of coronary |
| | artery disease or other factors) |
| | High: 160-189 mg/dL |
| | Very high: 190 mg/dL and above |
| **Creatinine, serum** | **0.7-1.5 mg/dL** |
| Electrolytes, serum: | |
|   Sodium | 136-145 mEq/L |
|   Potassium | 3.5-5.0 mEq/L |
|   Chloride | 98-106 mEq/L |
|   Bicarbonate | 23-28 mEq/L |
| **Glucose, plasma** | **Normal (fasting): 70-115 mg/dL** |
| | **Borderline: 115-140 mg/dL** |
| | **Abnormal: greater than 140 mg/dL** |
| Luteinizing hormone, serum | Adult male: 2-18 mIU/mL |
| | Female: |
| |   To age 8: less than 10 mIU/mL |
| |   Ages 8-14: 2-14 mIU/mL |

⊠ Close

**CONFIDENTIAL**

ABIM03397

Case: 24-3012    Document: 48    Page: 631    Date Filed: 07/03/2025



### NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | Adult:  5-12 mIU/mL (follicular or luteal) |
| | 30-250 mIU/mL (mid-cycle peak) |
| | greater than 30 mIU/mL |
| | (postmenopausal) |
| **Phosphorus, serum** | **3.0-4.5 mg/dL** |
| **Proteins, serum:** | |
| **Total** | **5.5-9.0 g/dL** |
| **Albumin** | **3.5-5.5 g/dL** |
| Triglycerides, serum (fasting) | Normal: less than 250 mg/dL |
| | Borderline: 250-500 mg/dL |
| | Abnormal: greater than 500 mg/dL |
| **Urea nitrogen, blood** | **8-20 mg/dL** |
| **Uric acid, serum** | **3.0-7.0 mg/dL** |

**Cerebrospinal fluid (CSF):**

| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |

**Hemodynamic measurements:**

| Cardiac index | 2.5-4.2 L/min/m$^2$ |

⊠ Close



## NLV's & Abbreviations

**Normal Lab Values** | Abbreviations

| | |
|---|---|
| **Uric acid, serum** | **3.0-7.0 mg/dL** |

**Cerebrospinal fluid (CSF):**
| | |
|---|---|
| Cell count | 0-5 mononuclear cells/cu mm |
| Glucose | 50-75 mg/dL |
| Pressure (initial) | 70-180 mm CSF |
| Total proteins | 15-45 mg/dL |

**Hemodynamic measurements:**
| | |
|---|---|
| Cardiac index | 2.5-4.2 L/min/m$^2$ |
| Cardiac output | 4-6 L/min |
| Pressures: | |
| Pulmonary artery | Systolic: 15-30 mm Hg |
| | Diastolic: 3-21 mm Hg |
| | Mean: 9-16 mm Hg |
| Pulmonary artery wedge | 6-12 mm Hg |
| Right atrium | 0-8 mm Hg |
| Right ventricle | Systolic: 15-30 mm Hg |
| | Diastolic: 0-5 mm Hg |
| Systemic arteries | Systolic: 100-140 mm Hg |
| | Diastolic: 60-90 mm Hg |
| | Mean: 70-105 mm Hg |

⊠ Close

CONFIDENTIAL

ABIM03399

Case: 24-3012    Document: 48    Page: 632    Date Filed: 07/03/2025



**LIST OF ABBREVIATIONS**

| | |
|---|---|
| $A_2$ | Second heart sound |
| ACE | Angiotensin-converting enzyme |
| ACTH | Adrenocorticotropic hormone (corticotropin) |
| AIDS | Acquired immunodeficiency syndrome |
| ALT | Alanine aminotransferase |
| ANCA | Antineutrophil cytoplasmic antibody |
| anti-HAV | Antibodies to hepatitis A virus |
| anti-HBc | Antibodies to hepatitis B core antigen |
| anti-HBe | Antibodies to hepatitis B e antigen |
| anti-HBs | Antibodies to hepatitis B surface antigen |
| anti-HCV | Antibodies to hepatitis C virus |
| anti-HDV | Antibodies to hepatitis D virus |
| AST | Aspartate aminotransferase |
| BMI | Body mass index (in $kg/m^2$) |
| C-ANCA | Cytoplasmic antineutrophil cytoplasmic antibody |

CONFIDENTIAL

ABIM03400



| | |
|---|---|
| CREST | Calcinosis cutis, Raynaud's phenomenon, esophageal motility disorder, sclerodactyly, and telangiectasia |
| CSF | Cerebrospinal fluid |
| DHEA-S | Dehydroepiandrosterone sulfate |
| $D_{L_{CO}}$ | Diffusing capacity for carbon monoxide |
| ELISA | Enzyme-linked immunosorbent assay |
| $FEF_1$ | Forced expiratory flow in one second |
| $FEF_{25\%-75\%}$ | Forced expiratory flow at 25%-75% vital capacity |
| $FEV_1$ | Forced expiratory volume in one second |
| $F_{IO_2}$ | Fractional inspired oxygen |
| FRC | Functional residual capacity |
| FVC | Forced vital capacity |
| $H_2$ | Histamine |
| HAV | Hepatitis A virus |
| HBc | Hepatitis B core |
| HBeAg | Hepatitis B e antigen |
| HBs | Hepatitis B surface |

CONFIDENTIAL

ABIM03401

Case: 24-3012    Document: 48    Page: 634    Date Filed: 07/03/2025



### NLV's & Abbreviations

**Normal Lab Values** | **Abbreviations**

| | |
|---|---|
| $P_2$ | Pulmonic valve component of second heart sound |
| P-ANCA | Perinuclear antineutrophil cytoplasmic antibody |
| $Pco_2$ | Partial pressure of carbon dioxide |
| PCR | Polymerase chain reaction |
| PEEP | Positive end-expiratory pressure |
| PEFR | Peak expiratory flow rate |
| $Po_2$ | Partial pressure of oxygen |
| PPD | Purified protein derivative |
| RV | Residual volume |
| $S_1$ | First heart sound |
| $S_2$ | Second heart sound |
| $S_3$ | Third heart sound (ventricular gallop) |
| $S_4$ | Fourth heart sound (atrial gallop) |
| TLC | Total lung capacity |
| TNM | Tumor-node-metastasis |
| TU | Tuberculin unit |
| VDRL | Veneral Disease Research Laboratories |

Close

CONFIDENTIAL

ABIM03402

Case: 24-3012    Document: 48    Page: 635    Date Filed: 07/03/2025

📝 Notes  ▯ Calculator                                                     △ Mark for Review

A 28-year-old man has had abdominal pain, anorexia, and headache for four to six weeks. His general health is excellent, and he is proud of his physical conditioning. He takes protein supplements and high doses of vitamins.

Some irritability and mental slowness are noted during physical examination. The skin is dry and scaly. Vital signs are normal. The optic disk margins are blurred bilaterally. The liver is enlarged; a rounded, smooth, slightly tender edge extends 4 cm below the costal margin in the midclavicular line. Complete blood count and comprehensive metabolic panel are normal except for serum calcium of 10.8 mg/dL.

The most likely cause of this disorder is an excess of which of the following?

- ○ A.  Vitamin A
- ○ B.  Vitamin $B_2$ (riboflavin)
- ○ C.  Vitamin $B_6$ (pyridoxine)
- ○ D.  Vitamin D
- ○ E.  Vitamin E

CONFIDENTIAL                                                                   ABIM03404

Case: 24-3012    Document: 48    Page: 637    Date Filed: 07/03/2025

🗒 Notes  🖨 Calculator                                    ⟁ Mark for Review

A 58-year-old man who has a history of alcohol dependence and chronic bronchitis is brought to the emergency department after being found lying on the street. He is lethargic and reports weakness and dizziness. Pulse rate is 100 per minute, respirations are 25 per minute, and blood pressure is 95/60 mm Hg. The expiratory phase of respiration is prolonged, and scattered rhonchi are heard. The remainder of the examination is normal.

Laboratory studies:

| | |
|---|---|
| Serum electrolytes | |
| Sodium | 135 mEq/L |
| Potassium | 3.3 mEq/L |
| Chloride | 82 mEq/L |
| Bicarbonate | 25 mEq/L |
| Arterial blood studies | |
| $PO_2$ | 75 mm Hg |
| $PCO_2$ | 41 mm Hg |
| pH | 7.41 |

Which of the following best characterizes this patient's metabolic status?

○ A.  Normal
○ B.  Post-hypercapnic metabolic alkalosis
○ C.  Mixed metabolic alkalosis and respiratory alkalosis
○ D.  Mixed metabolic acidosis and metabolic alkalosis
○ E.  The acid–base data are not internally consistent

⑦ NLV's & Abbreviations                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012   Document: 48   Page: 639   Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 277 of 351
PageID: 19572

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months. She has not had dyspareunia or menorrhagia. Menses are occasionally irregular; her last menstrual period was two weeks ago. The patient takes no medications. She has had one uncomplicated pregnancy and delivery.

Pelvic examination reveals a nontender right adnexal mass. Physical examination is otherwise normal. Papanicolaou test is normal. Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

- A.  Repeat ultrasonography in two months
- B.  Oral contraceptive therapy and repeat ultrasonography in two months
- C.  Fine-needle aspiration of the mass
- D.  Surgical consultation

CONFIDENTIAL                                    ABIM03409
JA4271



📝 Notes   🖩 Calculator                                                    ✍ Mark for Review

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

○ A.    Paroxysmal supraventricular tachycardia
○ B.    Thyrotoxicosis
○ C.    Pheochromocytoma
○ D.    Panic disorder

CONFIDENTIAL                                                              ABIM03414



Case: 24-3012    Document: 48    Page: 648    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination - Candidate Name

Time Remaining 107:17

14 of 60

Notes  Calculator

Mark for Review

A 52-year-old woman has shortness of breath when climbing a flight of stairs or walking rapidly on level ground.  Dyspnea has become increasingly noticeable with less activity during the past four months.  Her only other symptom is discomfort of the knees and elbows.  She has smoked one pack of cigarettes daily for 20 years.

The patient is thin and in no distress at rest. Vital signs are normal. Oxygen saturation by pulse oximetry is 92% at rest and 87% after walking. End-inspiratory crackles are heard at both lung bases. Breath sounds are otherwise normal. The remainder of the physical examination is normal. FVC is 70% of predicted, $FEV_1/FVC$ is 95%, FRC is 70% of predicted, and $DL_{co}$ is 50% of predicted.  Chest radiograph shows linear opacities at both lung bases.

Which of the following is the most likely cause of the dyspnea?

○ A.    Asthma
○ B.    Chronic obstructive pulmonary disease
○ C.    Interstitial fibrosis
○ D.    Primary pulmonary hypertension

NLV's & Abbreviations

← Previous    Navigator    Next →

CONFIDENTIAL                                                        ABIM03418

Case: 24-3012    Document: 48    Page: 652    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 289 of 351
PageID: 19584

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months.  She has not had chest pain or edema.  She has known about a heart murmur for 15 years and has long-standing hypertension.  She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg. Mental status is normal. A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present.  Crackles are heard at both lung bases. Kidney function is normal.  Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg.  Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

○ A.    A beta-adrenergic blocking agent
○ B.    Digoxin and a diuretic
○ C.    An ACE inhibitor and a diuretic
○ D.    Percutaneous aortic valvuloplasty
○ E.    Cardiac catheterization in preparation for aortic valve replacement

CONFIDENTIAL                                                          ABIM03421

Case: 24-3012    Document: 48    Page: 654    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 658    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 660    Date Filed: 07/03/2025

A 74-year-old man reports visual changes in his right eye. For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare. He has had no difficulty using either eye to read crossword puzzles. His other medical problems are diabetes mellitus, hypertension, and osteoarthritis. Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye. Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right. Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test. Both eyes have full range of motion. A diminished red reflex is noted in the right eye. Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

○ A.  Age-related macular degeneration
○ B.  Diabetic retinopathy
○ C.  Ischemic optic neuropathy
○ D.  Posterior subcapsular cataract
○ E.  Pterygium

CONFIDENTIAL                                                              ABIM03428

Case: 24-3012    Document: 48    Page: 661    Date Filed: 07/03/2025

Notes  Calculator                                                    Mark for Review

A 55-year-old man has had gradually increasing abdominal girth and mild ankle swelling for two months. The patient has smoked one pack of cigarettes daily for 40 years and has had "asthmatic bronchitis" with cough, wheezing, and shortness of breath for ten years. He has a history of alcohol dependence.

Pulse rate is 92 per minute, and blood pressure is 110/96 mm Hg. Scleral icterus is noted. The posteroanterior diameter of the chest is increased. Estimated central venous pressure is 20 cm $H_2O$. $S_1$ is loud, and $S_2$ is a narrowly split with accentuation of the second component. A loud early diastolic sound is audible. Bibasilar crackles with expiratory wheezing are heard. Evidence of ascites is noted on percussion of the abdomen. Electrocardiogram shows atrial fibrillation, an axis of +90 degrees, and nonspecific ST–T wave changes. Chest radiographs are shown.

**Click here for Figure(s)**

Which of the following is the best treatment option?

○ A.    Biventricular pacing
○ B.    Atrioventricular node ablation and pacemaker placement
○ C.    Pericardiectomy
○ D.    Mitral valve replacement

NLV's & Abbreviations                        ← Previous    Navigator    Next →

**Figure**

Figure 1 | Figure 2



⊠ Close

**CONFIDENTIAL**

**ABIM03430**

Figure

Figure 1    Figure 2



Close

CONFIDENTIAL    ABIM03431

Case: 24-3012    Document: 48    Page: 664    Date Filed: 07/03/2025

🗐 Notes   🗌 Calculator                                              ◁ Mark for Review

A 25-year-old man who is a farmer comes to the emergency department because of shortness of breath 30 minutes after he was stung by a bee. He has been stung twice before, but this is the first time he has had respiratory symptoms.

The patient is anxious and has generalized urticaria. Pulse rate is 140 per minute, and blood pressure is 86/60 mm Hg. Bilateral wheezing is noted. Symptoms rapidly respond to treatment with oxygen, intravenous fluids, methylprednisolone, subcutaneous epinephrine, and intramuscular diphenhydramine.

Two hours later, the patient feels well. Pulse rate is 76 per minute, and blood pressure is 122/82 mm Hg. He has no rash, and no wheezes are heard. In preparation for discharge, oral diphenhydramine and a tapering course of oral prednisone are prescribed. The patient is instructed regarding avoidance of stinging insects and self-administration of epinephrine.

Which of the following should you do next?

○ A.    Reassure the patient
○ B.    Order radioallergosorbent testing (RAST) for common causes of anaphylaxis
○ C.    Refer the patient for immunotherapy
○ D.    Advise the patient to change occupations

CONFIDENTIAL                                                        ABIM03432

Case: 24-3012   Document: 48   Page: 666   Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 674    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 101:19
🖥 34 of 60

🔖 Notes  🖩 Calculator                                                                    ◁ Mark for Review

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of
melena two days ago; five hours ago he vomited coffee-ground material. Pulse rate is 90 per minute
supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.
Abdominal examination is normal except for mild epigastric tenderness. Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun. Emergent upper gastrointestinal
endoscopy reveals a 1-cm duodenal ulcer with a clean white base. No evidence of active upper
gastrointestinal bleeding is noted.

Which of the following should you do now?

○ A.    Begin clear liquids, and admit the patient to the medical service
○ B.    Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
○ C.    Begin therapy with octreotide, and admit the patient to the intensive care unit
○ D.    Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
○ E.    Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

⑦ NLV's & Abbreviations                                    ← Previous   ⚙ Navigator   Next →

Case: 24-3012    Document: 48    Page: 677    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 678    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 679    Date Filed: 07/03/2025

ABIM Internal Medicine Certification Examination - Candidate Name

⏱ Time Remaining 99:33
💬 38 of 60

📝 Notes  🖩 Calculator                                              ◁ Mark for Review

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

|  | Four months ago | Today |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* | — | 12 |
| Serum bilirubin (mg/dL) |  |  |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | 230 | 400 |

Which of the following is the most likely explanation for the fatigue and dyspnea?

○ A.  Autoimmune hemolytic anemia
○ B.  Acute viral hepatitis
○ C.  Folic acid deficiency
○ D.  Transformation to large cell lymphoma

ⓘ NLV's & Abbreviations            ← Previous   ⚙ Navigator   Next →

📄 Notes   ⬚ Calculator                                                                      ✎ Mark for Review

has had progressive fatigue and dyspnea on minimal exertion for two weeks.  Physical examination is unchanged from her last visit four months ago.  Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable.  Stool is negative for occult blood.

Laboratory studies:

|  | Four months ago | Today |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* | — | 12 |
| Serum bilirubin (mg/dL) |  |  |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | 230 | 400 |

Which of the following is the most likely explanation for the fatigue and dyspnea?

○ A.    Autoimmune hemolytic anemia
○ B.    Acute viral hepatitis
○ C.    Folic acid deficiency
○ D.    Transformation to large cell lymphoma
○ E.    Progressive replacement of bone marrow by chronic lymphocytic leukemia

⊘ NLV's & Abbreviations                                    ← Previous   ⦿ Navigator   Next →

CONFIDENTIAL                                                                    ABIM03448

Case: 24-3012    Document: 48    Page: 681    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 684    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 685    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 690    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 692    Date Filed: 07/03/2025



Case: 24-3012    Document: 48    Page: 695    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 696    Date Filed: 07/03/2025

**Figure**    ⊠



⊠ Close

**CONFIDENTIAL**

**ABIM03463**

🔖 Notes    🖩 Calculator                                                    ◿ Mark for Review

A 19-year-old woman has had fever, cough, and right-sided pleuritic pain for one week.  She reports malaise and reduced exercise tolerance but has not had hemoptysis or wheezing.  Medical history is noncontributory.  She takes no medications and does not smoke cigarettes.  She has lived in Mississippi all her life.  Two weeks ago, she returned from a vacation in California and Arizona.

Temperature is 38.4 C (101.1 F), pulse rate is 92 per minute and regular, respirations are 18 per minute, and blood pressure is 120/60 mm Hg.  Cardiac examination is normal.  Crackles are heard at the right lung base.  Hematocrit and hemoglobin are normal; leukocyte count is 10,100/cu mm with 75% neutrophils, 15% lymphocytes, and 10% eosinophils.  Chest radiograph shows consolidation in the right lower lobe and enlargement of the right hilar lymph nodes.

Which of the following is the most likely diagnosis?

○ A.  Allergic bronchopulmonary aspergillosis
○ B.  Asthma
○ C.  *Histoplasma* pneumonia
○ D.  Pulmonary coccidioidomycosis

CONFIDENTIAL                                                              ABIM03464

Case: 24-3012     Document: 48     Page: 699     Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 702    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-7    Filed 02/20/24    Page 339 of 351
PageID: 19634

A 27-year-old woman who emigrated from Mexico has had intermittent shortness of breath and occasional wheezing for one year.  Symptoms have worsened in the past several months.  Several courses of inhaled bronchodilators have been of little benefit, and inhaled or oral corticosteroids have made the symptoms worse.

Temperature is normal. Expiratory wheezes are audible. Complete blood count is normal except for an absolute eosinophil count of 900/cu mm *[less than 300]*. FEV$_1$ is 75% of predicted, and FVC is 100% of predicted.  Radiograph of the chest reveals patchy opacities.

Which of the following is the most likely diagnosis?

○ A.    Allergic asthma
○ B.    Allergic bronchopulmonary aspergillosis
○ C.    *Entamoeba histolytica* infection
○ D.    Hypersensitivity pneumonitis
○ E.    Strongyloidiasis

CONFIDENTIAL                                                                          ABIM03471

Case: 24-3012    Document: 48    Page: 704    Date Filed: 07/03/2025

Case: 24-3012    Document: 48    Page: 705    Date Filed: 07/03/2025

Case: 24-3012   Document: 48   Page: 707   Date Filed: 07/03/2025

 Notes  🖥 Calculator                                                    ◇ Mark for Review

A 25-year-old woman has had palpitations, fatigue, and heat intolerance for six weeks. Three months ago she had a spontaneous abortion. Her mother and sister have autoimmune thyroid disease, and both take L-thyroxine. The patient takes no medications.

Pulse rate is 98 per minute, and blood pressure 100/60 mm Hg. Mild tremor is noted. The thyroid gland is firm and without nodules. Pelvic examination is normal.

Laboratory studies:

| | |
|---|---|
| Free serum thyroxine ($T_4$) | 2.5 ng/dL *[0.8–2.4]* |
| Serum thyroid-stimulating hormone | 0.1 µU/mL *[0.5–4.0]* |
| Four-hour radioiodine ($^{131}$I) uptake | 3% *[5–30]* |
| Serum thyroglobulin | 30 ng/mL *[less than 20]* |

Which of the following best explains this patient's thyroid disorder?

○ A.     Graves' disease
○ B.     Postpartum thyroiditis
○ C.     Struma ovarii
○ D.     Surreptitious ingestion of thyroid hormone

CONFIDENTIAL                                                          ABIM03478

JA4340

Case: 24-3012    Document: 48    Page: 711    Date Filed: 07/03/2025

**ABIM Internal Medicine Certification Examination - Candidate Name**

🕐 Time Remaining 89:45

## Session Review

⊟ Instructions

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

⊟ Session 4                                                                              (60 Unseen/Incomplete)

| Question | Status | Question | Status | Question | Status |
|---|---|---|---|---|---|
| Question 1 | Incomplete | Question 2 | Incomplete | Question 3 | Incomplete |
| Question 4 | Incomplete | Question 5 | Incomplete | Question 6 | Incomplete |
| Question 7 | Incomplete | Question 8 | Incomplete | Question 9 | Incomplete |
| Question 10 | Incomplete | Question 11 | Incomplete | Question 12 | Incomplete |
| Question 13 | Incomplete | Question 14 | Incomplete | Question 15 | Incomplete |
| Question 16 | Incomplete | Question 17 | Incomplete | Question 18 | Incomplete |
| Question 19 | Incomplete | Question 20 | Incomplete | Question 21 | Incomplete |
| Question 22 | Incomplete | Question 23 | Incomplete | Question 24 | Incomplete |
| Question 25 | Incomplete | Question 26 | Incomplete | Question 27 | Incomplete |
| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |

➡ End Session          🖉 Review All     ✖ Review Incomplete     🖉 Review Marked

CONFIDENTIAL                                                                              ABIM03479

ABIM Internal Medicine Certification Examination - Candidate Name    ⏱ Time Remaining 89:38

## Session Review

⊟ Instructions

Below is a summary of your answers. You can review your questions in three (3) different ways.

The buttons in the lower right-hand corner correspond to these choices:

1. Review all of your questions and answers.
2. Review questions that are incomplete.
3. Review questions that are flagged for review. (Click the 'flag' icon to change the flag for review status.)

You may also click on a question number to link directly to its location in the exam.

| | | | | | |
|---|---|---|---|---|---|
| Question 28 | Incomplete | Question 29 | Incomplete | Question 30 | Incomplete |
| Question 31 | Incomplete | Question 32 | Incomplete | Question 33 | Incomplete |
| Question 34 | Incomplete | Question 35 | Incomplete | Question 36 | Incomplete |
| Question 37 | Incomplete | Question 38 | Incomplete | Question 39 | Incomplete |
| Question 40 | Incomplete | Question 41 | Incomplete | Question 42 | Incomplete |
| Question 43 | Incomplete | Question 44 | Incomplete | Question 45 | Incomplete |
| Question 46 | Incomplete | Question 47 | Incomplete | Question 48 | Incomplete |
| Question 49 | Incomplete | Question 50 | Incomplete | Question 51 | Incomplete |
| Question 52 | Incomplete | Question 53 | Incomplete | Question 54 | Incomplete |
| Question 55 | Incomplete | Question 56 | Incomplete | Question 57 | Incomplete |
| Question 58 | Incomplete | Question 59 | Incomplete | Question 60 | Incomplete |

➡ End Session    ⚑ Review All    ✖ Review Incomplete    ⚑ Review Marked

CONFIDENTIAL                                    ABIM03480

Case: 24-3012    Document: 48    Page: 714    Date Filed: 07/03/2025



**CONFIDENTIAL**                                    **ABIM03481**

Case: 24-3012    Document: 48    Page: 715    Date Filed: 07/03/2025



## ABIM Internal Medicine Certification Examination - Candidate Name

**Your ABIM Internal Medicine Certification Examination is concluded. We hope you had a comfortable testing experience.**

PLEASE NOTE: In the Pledge of Honesty that you agreed to at the beginning of this examination, you pledged that you "will not disclose, copy, or reproduce any portion of the material contained in this examination."

The pledge is intended to ensure fairness to all candidates as well as the integrity of the certification process. Please be aware that sharing information about examination content violates the confidentiality agreement made with the ABIM by all Certification and Maintenance of Certification candidates in that Pledge of Honesty. The ABIM will impose severe penalties on any candidate involved in efforts to provide specific examination question content to others. Penalties may include invalidation of examination results, prohibition from retaking the examination, and revocation of certification.

At this time, we would like to ask you to complete the following brief survey regarding your computer testing experience. The results will help the ABIM and Pearson VUE evaluate and improve our processes. Please be sure to collect all personal belongings from your storage locker before leaving the test site.

Select the End Exam (E) button to complete your testing event.

⇥] End Exam

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1 of 1953 PageID: 19647

# EXHIBIT 6



# American Board of Internal Medicine

**Internal Medicine**

**module 011**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM08135

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 3 of 1953
PageID: 19649

ABIM08136

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 4 of 1953
PageID: 19650

ABIM08137

ABIM08138

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 6 of 1953
PageID: 19652

ABIM08139

ABIM08140

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 8 of 1953
PageID: 19654

ABIM08141

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 9 of 1953
PageID: 19655

ABIM08142

ABIM08143

ABIM08144

ABIM08145

ABIM08146

ABIM08147

Case 2:14-cv-06428-KSH-CLW　　Document 211-8　　Filed 02/20/24　　Page 15 of 1953
PageID: 19661

**ABIM08148**

ABIM08149

ABIM08150

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 18 of 1953
PageID: 19664

**ABIM08151**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 19 of 1953 PageID: 19665

**ABIM08152**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 20 of 1953
PageID: 19666

**ABIM08153**

JA4365

ABIM08154

# 20

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; both influenza A and B have been identified in the region. She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed. She requires prednisone two to three times a year for postviral exacerbations of asthma. She has not received an influenza vaccination this year.

The patient currently feels well; physical examination is normal. Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

A. No treatment now; begin oseltamivir within 12 hours if symptoms of influenza develop
B. Influenza vaccine
C. Oseltamivir
D. Influenza vaccine and oseltamivir

ABIM08155

ABIM08156

ABIM08157

ABIM08158

（page content not legible）

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 26 of 1953 PageID: 19672

ABIM08159

ABIM08160

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 28 of 1953 PageID: 19674

ABIM08161

ABIM08162

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 30 of 1953
PageID: 19676

**ABIM08163**

# 29

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material.  Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.  Abdominal examination is normal except for mild epigastric tenderness.  Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun.  Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base.  No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.   Begin clear liquids, and admit the patient to the medical service
B.   Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.   Begin therapy with octreotide, and admit the patient to the intensive care unit
D.   Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.   Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

**ABIM08164**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 32 of 1953
PageID: 19678

ABIM08165

ABIM08166

ABIM08167

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 35 of 1953
PageID: 19681

ABIM08168

ABIM08169

ABIM08170

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 38 of 1953
PageID: 19684

ABIM08171

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 39 of 1953
PageID: 19685

**ABIM08172**

ABIM08173

ABIM08174

ABIM08175

ABIM08176

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 44 of 1953
PageID: 19690

ABIM08177

ABIM08178

ABIM08179

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 47 of 1953
PageID: 19693

ABIM08180

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 48 of 1953
PageID: 19694

ABIM08181

ABIM08182

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 50 of 1953 PageID: 19696

ABIM08183

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 51 of 1953 PageID: 19697

**ABIM08184**

ABIM08185

ABIM08186

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 54 of 1953
PageID: 19700

ABIM08187

ABIM08188

ABIM08189

ABIM08190

ABIM08191

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 59 of 1953 PageID: 19705

**ABIM08192**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 60 of 1953
PageID: 19706

ABIM08193

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 61 of 1953 PageID: 19707

ABIM08194

ABIM08195



## American Board of Internal Medicine

**Internal Medicine**

**module 012**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM08196**

ABIM08197

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 65 of 1953
PageID: 19711

ABIM08198

ABIM08199

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 67 of 1953
PageID: 19713

**ABIM08200**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 68 of 1953
PageID: 19714

ABIM08201

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 69 of 1953
PageID: 19715

**ABIM08202**

ABIM08203

ABIM08204

ABIM08205

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 73 of 1953 PageID: 19719

**ABIM08206**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 74 of 1953
PageID: 19720

ABIM08207

ABIM08208

ABIM08209

ABIM08210

ABIM08211

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 79 of 1953
PageID: 19725

ABIM08212

ABIM08213

ABIM08214

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 82 of 1953
PageID: 19728

ABIM08215

ABIM08216

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 84 of 1953
PageID: 19730

ABIM08217

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 85 of 1953 PageID: 19731

ABIM08218

ABIM08219

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 87 of 1953
PageID: 19733

ABIM08220

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 88 of 1953 PageID: 19734

ABIM08221

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 89 of 1953 PageID: 19735

**ABIM08222**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 90 of 1953
PageID: 19736

ABIM08223

ABIM08224

# 29

A 54-year-old woman has right medial knee pain that ranges from sharp to dull and is moderately aggravated by walking.  The pain is particularly bothersome at night when she sleeps on her side.  She also has diabetes mellitus, hypertension, and edema.

Height is 163 cm (64 in), and weight is 100 kg (220 lb); BMI is 38.  The knee is difficult to examine because of her obesity.  Both knees can be fully extended, but flexion is limited to 115 degrees bilaterally.  It is unclear if the limitation is due to changes within the knee or the surrounding adipose tissue.  Moderate crepitation is noted on range of motion of the right knee, but testing for instability and meniscal tears is negative.  No erythema, effusion, or warmth is noted.  Palpation reveals bony prominence of the medial tibial plateau, but tenderness is most pronounced approximately 3 cm below the line of the joint space.

Which of the following is the most likely cause of the knee pain?

A.  Osteoarthritis
B.  Medial meniscal deterioration
C.  Avascular necrosis of the medial tibial plateau
D.  Pes anserine bursitis
E.  Patellar tendinitis

ABIM08225

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 93 of 1953 PageID: 19739

ABIM08226

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 94 of 1953
PageID: 19740

ABIM08227

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 95 of 1953 PageID: 19741

ABIM08228

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 96 of 1953
PageID: 19742

**ABIM08229**

JA4441

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 97 of 1953
PageID: 19743

ABIM08230

ABIM08231

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 99 of 1953 PageID: 19745

ABIM08232

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 100 of 1953
PageID: 19746

ABIM08233

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 101 of 1953
PageID: 19747

ABIM08234

ABIM08235

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 103 of 1953
PageID: 19749

**ABIM08236**

ABIM08237

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 105 of 1953
PageID: 19751

**ABIM08238**

ABIM08239

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 107 of 1953
PageID: 19753

ABIM08240

ABIM08241

ABIM08242

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 110 of 1953 PageID: 19756

ABIM08243

ABIM08244

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 112 of 1953
PageID: 19758

ABIM08245

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 113 of 1953
PageID: 19759

**ABIM08246**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 114 of 1953 PageID: 19760

ABIM08247

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 115 of 1953
PageID: 19761

ABIM08248

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 116 of 1953
PageID: 19762

ABIM08249

ABIM08250

ABIM08251

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 119 of 1953 PageID: 19765

**ABIM08252**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 120 of 1953
PageID: 19766

ABIM08253

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 121 of 1953
PageID: 19767

ABIM08254

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 122 of 1953
PageID: 19768

**ABIM08255**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 123 of 1953 PageID: 19769

ABIM08256



# Internal Medicine

# module 013

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM08257

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 125 of 1953
PageID: 19771

ABIM08258

# 2

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

ABIM08259

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 127 of 1953
PageID: 19773

ABIM08260

ABIM08261

ABIM08262

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 130 of 1953
PageID: 19776

ABIM08263

ABIM08264

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 132 of 1953
PageID: 19778

ABIM08265

**ABIM08266**

ABIM08267

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 135 of 1953
PageID: 19781

ABIM08268

ABIM08269

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 137 of 1953 PageID: 19783

ABIM08270

ABIM08271

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 139 of 1953
PageID: 19785

ABIM08272

ABIM08273

ABIM08274

ABIM08275

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 143 of 1953
PageID: 19789

ABIM08276

**ABIM08277**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 145 of 1953
PageID: 19791

ABIM08278

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 146 of 1953 PageID: 19792

**ABIM08279**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 147 of 1953
PageID: 19793

**ABIM08280**

ABIM08281

ABIM08282

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 150 of 1953
PageID: 19796

**ABIM08283**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 151 of 1953
PageID: 19797

ABIM08284

ABIM08285

ABIM08286

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 154 of 1953
PageID: 19800

ABIM08287

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 155 of 1953
PageID: 19801

ABIM08288

ABIM08289

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 157 of 1953
PageID: 19803

ABIM08290

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 158 of 1953
PageID: 19804

ABIM08291

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 159 of 1953
PageID: 19805

ABIM08292

ABIM08293

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 161 of 1953
PageID: 19807

ABIM08294

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 162 of 1953
PageID: 19808

**ABIM08295**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 163 of 1953
PageID: 19809

**ABIM08296**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 164 of 1953
PageID: 19810

ABIM08297

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 165 of 1953
PageID: 19811

ABIM08298

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 166 of 1953
PageID: 19812

ABIM08299

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 167 of 1953
PageID: 19813

ABIM08300

ABIM08301

ABIM08302

ABIM08303

ABIM08304

ABIM08305

ABIM08306

ABIM08307

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 175 of 1953 PageID: 19821

**ABIM08308**

ABIM08309

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 177 of 1953 PageID: 19823

ABIM08310

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 178 of 1953
PageID: 19824

ABIM08311

ABIM08312

ABIM08313

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 181 of 1953 PageID: 19827

ABIM08314

ABIM08315

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 183 of 1953
PageID: 19829

**ABIM08316**

ABIM08317



# Internal Medicine

# module 014

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM08318**

ABIM08319

ABIM08320

ABIM08321

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 189 of 1953
PageID: 19835

ABIM08322

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 190 of 1953
PageID: 19836

ABIM08323

**ABIM08324**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 192 of 1953
PageID: 19838

ABIM08325

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 193 of 1953
PageID: 19839

ABIM08326

ABIM08327

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 195 of 1953 PageID: 19841

ABIM08328

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 196 of 1953 PageID: 19842

**ABIM08329**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 197 of 1953
PageID: 19843

ABIM08330

ABIM08331

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 199 of 1953
PageID: 19845

ABIM08332

ABIM08333

ABIM08334

ABIM08335

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 203 of 1953
PageID: 19849

ABIM08336

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 204 of 1953
PageID: 19850

ABIM08337

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 205 of 1953
PageID: 19851

ABIM08338

ABIM08339

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 207 of 1953
PageID: 19853

**ABIM08340**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 208 of 1953 PageID: 19854

ABIM08341

ABIM08342

ABIM08343

ABIM08344

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 212 of 1953
PageID: 19858

ABIM08345

ABIM08346

ABIM08347

**ABIM08348**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 216 of 1953
PageID: 19862

ABIM08349

ABIM08350

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 218 of 1953
PageID: 19864

ABIM08351

# 34

A 74-year-old woman comes to your office after her blood pressure was found to be elevated during a screening at her senior center.  She has always been very healthy and has not seen a physician for many years.  Her mother had high blood pressure and died of a stroke at age 80.  The patient does not smoke cigarettes; she has a glass of white wine with dinner every evening.  She does not exercise regularly but says that she "walks everywhere" and works in her garden several times a week.

Blood pressure is 160/80 mm Hg supine and 156/76 mm Hg standing.  A soft systolic ejection murmur is heard along the left sternal border.

You provide the patient with information on diet and exercise designed to lower her blood pressure. She agrees to have a nurse who comes to the senior center check her blood pressure every week.

Three months later, the patient's weight is stable.  She reports that she has begun a water aerobics class. Blood pressures recorded by the nurse are 158/70–164/80 mm Hg.  Blood pressure today is 158/94 mm Hg.

Which of the following should you recommend now?

A.   Continued diet and exercise; re-evaluation in 12 weeks
B.   Amlodipine
C.   Atenolol
D.   Hydrochlorothiazide
E.   Lisinopril

**ABIM08352**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 220 of 1953
PageID: 19866

ABIM08353

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 221 of 1953 PageID: 19867

ABIM08354

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 222 of 1953
PageID: 19868

ABIM08355

ABIM08356

ABIM08357

**ABIM08358**

ABIM08359

ABIM08360

ABIM08361

ABIM08362

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 230 of 1953
PageID: 19876

**ABIM08363**

ABIM08364

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 232 of 1953
PageID: 19878

ABIM08365

ABIM08366

ABIM08367

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 235 of 1953
PageID: 19881

ABIM08368

ABIM08369

ABIM08370

ABIM08371

ABIM08372

ABIM08373

ABIM08374

ABIM08375

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 243 of 1953
PageID: 19889

ABIM08376

ABIM08377

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 245 of 1953 PageID: 19891

**ABIM08378**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 246 of 1953
PageID: 19892



# American Board of Internal Medicine

## Internal Medicine

## module 015

## CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM08379

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 247 of 1953
PageID: 19893

ABIM08380

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 248 of 1953
PageID: 19894

ABIM08381

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 249 of 1953
PageID: 19895

ABIM08382

ABIM08383

ABIM08384

ABIM08385

ABIM08386

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 254 of 1953
PageID: 19900

**ABIM08387**

ABIM08388

ABIM08389

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 257 of 1953
PageID: 19903

ABIM08390

ABIM08391

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 259 of 1953
PageID: 19905

ABIM08392

ABIM08393

ABIM08394

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 262 of 1953
PageID: 19908

ABIM08395

ABIM08396

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 264 of 1953
PageID: 19910

ABIM08397

ABIM08398

ABIM08399

ABIM08400

ABIM08401

ABIM08402

**ABIM08403**

ABIM08404

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 272 of 1953
PageID: 19918

ABIM08405

ABIM08406

ABIM08407

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 275 of 1953
PageID: 19921

ABIM08408

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 276 of 1953
PageID: 19922

ABIM08409

ABIM08410

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 278 of 1953
PageID: 19924

ABIM08411

ABIM08412

# 34

A 74-year-old woman comes to your office after her blood pressure was found to be elevated during a screening at her senior center.  She has always been very healthy and has not seen a physician for many years.  Her mother had high blood pressure and died of a stroke at age 80.  The patient does not smoke cigarettes; she has a glass of white wine with dinner every evening.  She does not exercise regularly but says that she "walks everywhere" and works in her garden several times a week.

Blood pressure is 160/80 mm Hg supine and 156/76 mm Hg standing.  A soft systolic ejection murmur is heard along the left sternal border.

You provide the patient with information on diet and exercise designed to lower her blood pressure.  She agrees to have a nurse who comes to the senior center check her blood pressure every week.

Three months later, the patient's weight is stable.  She reports that she has begun a water aerobics class.  Blood pressures recorded by the nurse are 158/70–164/80 mm Hg.  Blood pressure today is 158/94 mm Hg.

Which of the following should you recommend now?

A.   Continued diet and exercise; re-evaluation in 12 weeks
B.   Amlodipine
C.   Atenolol
D.   Hydrochlorothiazide
E.   Lisinopril

**ABIM08413**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 281 of 1953
PageID: 19927

**ABIM08414**

ABIM08415

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 283 of 1953 PageID: 19929

ABIM08416

ABIM08417

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 285 of 1953
PageID: 19931

ABIM08418

ABIM08419

ABIM08420

ABIM08421

ABIM08422

ABIM08423

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 291 of 1953 PageID: 19937

**ABIM08424**

ABIM08425

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 293 of 1953
PageID: 19939

ABIM08426

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 294 of 1953
PageID: 19940

ABIM08427

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 295 of 1953
PageID: 19941

**ABIM08428**

ABIM08429

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 297 of 1953
PageID: 19943

ABIM08430

ABIM08431

ABIM08432

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 300 of 1953
PageID: 19946

ABIM08433

ABIM08434

ABIM08435

ABIM08436

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 304 of 1953
PageID: 19950

ABIM08437

ABIM08438

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 306 of 1953
PageID: 19952

ABIM08439



**Internal Medicine**

**module 016**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2008 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM08440**

ABIM08441

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 309 of 1953
PageID: 19955

**ABIM08442**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 310 of 1953
PageID: 19956

ABIM08443

ABIM08444

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 312 of 1953
PageID: 19958

**ABIM08445**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 313 of 1953
PageID: 19959

ABIM08446

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 314 of 1953
PageID: 19960

ABIM08447

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 315 of 1953
PageID: 19961

ABIM08448

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 316 of 1953
PageID: 19962

**ABIM08449**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 317 of 1953
PageID: 19963

**ABIM08450**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 318 of 1953
PageID: 19964

ABIM08451

ABIM08452

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 320 of 1953
PageID: 19966

**ABIM08453**

ABIM08454

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 322 of 1953
PageID: 19968

ABIM08455

ABIM08456

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 324 of 1953
PageID: 19970

ABIM08457

Case 2:14-cv-06428-KSH-CLW  Document 211-8  Filed 02/20/24  Page 325 of 1953
PageID: 19971

**ABIM08458**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 326 of 1953
PageID: 19972

ABIM08459

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 327 of 1953
PageID: 19973

ABIM08460

ABIM08461

ABIM08462

ABIM08463

ABIM08464

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 332 of 1953
PageID: 19978

ABIM08465

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 333 of 1953
PageID: 19979

ABIM08466

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 334 of 1953
PageID: 19980

ABIM08467

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 335 of 1953
PageID: 19981

ABIM08468

ABIM08469

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 337 of 1953 PageID: 19983

ABIM08470

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 338 of 1953
PageID: 19984

ABIM08471

ABIM08472

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 340 of 1953
PageID: 19986

ABIM08473

# 34

A 74-year-old woman comes to your office after her blood pressure was found to be elevated during a screening at her senior center.  She has always been very healthy and has not seen a physician for many years.  Her mother had high blood pressure and died of a stroke at age 80.  The patient does not smoke cigarettes; she has a glass of white wine with dinner every evening.  She does not exercise regularly but says that she "walks everywhere" and works in her garden several times a week.

Blood pressure is 160/80 mm Hg supine and 156/76 mm Hg standing.  A soft systolic ejection murmur is heard along the left sternal border.

You provide the patient with information on diet and exercise designed to lower her blood pressure. She agrees to have a nurse who comes to the senior center check her blood pressure every week.

Three months later, the patient's weight is stable.  She reports that she has begun a water aerobics class. Blood pressures recorded by the nurse are 158/70–164/80 mm Hg.  Blood pressure today is 158/94 mm Hg.

Which of the following should you recommend now?

A.  Continued diet and exercise; re-evaluation in 12 weeks
B.  Amlodipine
C.  Atenolol
D.  Hydrochlorothiazide
E.  Lisinopril

ABIM08474

ABIM08475

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 343 of 1953
PageID: 19989

**ABIM08476**

**ABIM08477**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 345 of 1953
PageID: 19991

ABIM08478

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 346 of 1953
PageID: 19992

ABIM08479

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 347 of 1953 PageID: 19993

ABIM08480

ABIM08481

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 349 of 1953
PageID: 19995

ABIM08482

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 350 of 1953
PageID: 19996

ABIM08483

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 351 of 1953
PageID: 19997

ABIM08484

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 352 of 1953 PageID: 19998

ABIM08485

Case 2:14-cv-06428-KSH-CLW　　　Document 211-8　　　Filed 02/20/24　　　Page 353 of 1953 PageID: 19999

ABIM08486

ABIM08487

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 355 of 1953 PageID: 20001

**ABIM08488**

ABIM08489

ABIM08490

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 358 of 1953
PageID: 20004

ABIM08491

ABIM08492

ABIM08493

ABIM08494

ABIM08495

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 363 of 1953
PageID: 20009

ABIM08496

ABIM08497

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 365 of 1953
PageID: 20011

ABIM08498

ABIM08499

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 367 of 1953
PageID: 20013

**ABIM08500**



# American Board of Internal Medicine

**Internal Medicine**

**module 017**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM08501**

ABIM08502

ABIM08503

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 371 of 1953
PageID: 20017

ABIM08504

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 372 of 1953
PageID: 20018

ABIM08505

ABIM08506

ABIM08507

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 375 of 1953
PageID: 20021

ABIM08508

ABIM08509

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 377 of 1953
PageID: 20023

ABIM08510

ABIM08511

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 379 of 1953
PageID: 20025

ABIM08512

ABIM08513

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 381 of 1953
PageID: 20027

ABIM08514

ABIM08515

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 383 of 1953
PageID: 20029

ABIM08516

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 384 of 1953
PageID: 20030

ABIM08517

ABIM08518

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 386 of 1953
PageID: 20032

ABIM08519

ABIM08520

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 388 of 1953 PageID: 20034

ABIM08521

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 389 of 1953
PageID: 20035

ABIM08522

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 390 of 1953
PageID: 20036

ABIM08523

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 391 of 1953
PageID: 20037

ABIM08524

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 392 of 1953
PageID: 20038

ABIM08525

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 393 of 1953
PageID: 20039

ABIM08526

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 394 of 1953
PageID: 20040

ABIM08527

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 395 of 1953
PageID: 20041

ABIM08528

JA4740

ABIM08529

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 397 of 1953
PageID: 20043

ABIM08530

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 398 of 1953
PageID: 20044

ABIM08531

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 399 of 1953
PageID: 20045

**ABIM08532**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 400 of 1953
PageID: 20046

ABIM08533

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 401 of 1953 PageID: 20047

ABIM08534

# 34

A 74-year-old woman comes to your office after her blood pressure was found to be elevated during a screening at her senior center. She has always been very healthy and has not seen a physician for many years. Her mother had high blood pressure and died of a stroke at age 80. The patient does not smoke cigarettes; she has a glass of white wine with dinner every evening. She does not exercise regularly but says that she "walks everywhere" and works in her garden several times a week.

Blood pressure is 160/80 mm Hg supine and 156/76 mm Hg standing. A soft systolic ejection murmur is heard along the left sternal border.

You provide the patient with information on diet and exercise designed to lower her blood pressure. She agrees to have a nurse who comes to the senior center check her blood pressure every week.

Three months later, the patient's weight is stable. She reports that she has begun a water aerobics class. Blood pressures recorded by the nurse are 158/70–164/80 mm Hg. Blood pressure today is 158/94 mm Hg.

Which of the following should you recommend now?

A. Continued diet and exercise; re-evaluation in 12 weeks
B. Amlodipine
C. Atenolol
D. Hydrochlorothiazide
E. Lisinopril

ABIM08535

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 403 of 1953
PageID: 20049

ABIM08536

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 404 of 1953
PageID: 20050

ABIM08537

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 405 of 1953
PageID: 20051

ABIM08538

ABIM08539

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 407 of 1953
PageID: 20053

ABIM08540

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 408 of 1953
PageID: 20054

**ABIM08541**

ABIM08542

ABIM08543

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 411 of 1953 PageID: 20057

ABIM08544

ABIM08545

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 413 of 1953
PageID: 20059

ABIM08546

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 414 of 1953
PageID: 20060

ABIM08547

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 415 of 1953
PageID: 20061

ABIM08548

Case 2:14-cv-06428-KSH-CLW  Document 211-8  Filed 02/20/24  Page 416 of 1953
PageID: 20062

**ABIM08549**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 417 of 1953
PageID: 20063

ABIM08550

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 418 of 1953
PageID: 20064

ABIM08551

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 419 of 1953
PageID: 20065

ABIM08552

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 420 of 1953
PageID: 20066

ABIM08553

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 421 of 1953
PageID: 20067

ABIM08554

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 422 of 1953
PageID: 20068

ABIM08555

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 423 of 1953
PageID: 20069

ABIM08556

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 424 of 1953
PageID: 20070

ABIM08557

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 425 of 1953
PageID: 20071

ABIM08558

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 426 of 1953 PageID: 20072

**ABIM08559**

ABIM08560

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 428 of 1953
PageID: 20074

ABIM08561



# American Board of Internal Medicine

**Internal Medicine**

**module 018**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM08562**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 430 of 1953
PageID: 20076

ABIM08563

ABIM08564

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 432 of 1953
PageID: 20078

ABIM08565

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 433 of 1953
PageID: 20079

ABIM08566

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 434 of 1953 PageID: 20080

ABIM08567

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 435 of 1953
PageID: 20081

ABIM08568

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 436 of 1953
PageID: 20082

ABIM08569

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 437 of 1953
PageID: 20083

ABIM08570

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 438 of 1953
PageID: 20084

ABIM08571

ABIM08572

ABIM08573

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 441 of 1953 PageID: 20087

ABIM08574

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 442 of 1953
PageID: 20088

**ABIM08575**

ABIM08576

ABIM08577

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 445 of 1953
PageID: 20091

ABIM08578

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 446 of 1953
PageID: 20092

ABIM08579

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 447 of 1953
PageID: 20093

ABIM08580

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 448 of 1953
PageID: 20094

ABIM08581

ABIM08582

ABIM08583

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 451 of 1953
PageID: 20097

ABIM08584

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 452 of 1953
PageID: 20098

ABIM08585

ABIM08586

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 454 of 1953 PageID: 20100

ABIM08587

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 455 of 1953
PageID: 20101

ABIM08588

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 456 of 1953 PageID: 20102

ABIM08589

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 457 of 1953
PageID: 20103

ABIM08590

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 458 of 1953
PageID: 20104

**ABIM08591**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 459 of 1953
PageID: 20105

ABIM08592

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 460 of 1953
PageID: 20106

ABIM08593

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 461 of 1953 PageID: 20107

ABIM08594

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 462 of 1953
PageID: 20108

ABIM08595

# 34

A 74-year-old woman comes to your office after her blood pressure was found to be elevated during a screening at her senior center.  She has always been very healthy and has not seen a physician for many years.  Her mother had high blood pressure and died of a stroke at age 80.  The patient does not smoke cigarettes; she has a glass of white wine with dinner every evening.  She does not exercise regularly but says that she "walks everywhere" and works in her garden several times a week.

Blood pressure is 160/80 mm Hg supine and 156/76 mm Hg standing.  A soft systolic ejection murmur is heard along the left sternal border.

You provide the patient with information on diet and exercise designed to lower her blood pressure.  She agrees to have a nurse who comes to the senior center check her blood pressure every week.

Three months later, the patient's weight is stable.  She reports that she has begun a water aerobics class.  Blood pressures recorded by the nurse are 158/70–164/80 mm Hg.  Blood pressure today is 158/94 mm Hg.

Which of the following should you recommend now?

A.   Continued diet and exercise; re-evaluation in 12 weeks
B.   Amlodipine
C.   Atenolol
D.   Hydrochlorothiazide
E.   Lisinopril

ABIM08596

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 464 of 1953
PageID: 20110

ABIM08597

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 465 of 1953
PageID: 20111

ABIM08598

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 466 of 1953
PageID: 20112

ABIM08599

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 467 of 1953
PageID: 20113

ABIM08600

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 468 of 1953 PageID: 20114

ABIM08601

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 469 of 1953 PageID: 20115

ABIM08602

**ABIM08603**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 471 of 1953
PageID: 20117

ABIM08604

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 472 of 1953 PageID: 20118

ABIM08605

ABIM08606

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 474 of 1953
PageID: 20120

ABIM08607

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 475 of 1953
PageID: 20121

ABIM08608

# 47

A 75-year-old woman has had malaise, headache, fever, and pain in her left arm.  The malaise began four months ago and low-grade fevers subsequently developed.  She has had recurrent mild bifrontal headaches.  The patient is left handed, and during the past two weeks she has noted fatigue and cramping of the entire left arm when she peels potatoes.  Medical history is remarkable for mild bilateral hearing loss and hypertension.  Current medications are lisinopril, hydrochlorothiazide, and calcium.  Her father and one brother died suddenly in their 40s.

The patient does not appear ill.  Height is 180 cm (71 in), and weight is 75 kg (165 lb).  BMI is 23.  Temperature is 37.8 C (100.0 F), pulse rate is 80 per minute and regular, and respirations are 16 per minute.  Blood pressure is 160/92 mm Hg in the right arm and is not obtainable in the left arm.  Estimated central venous pressure is 5 cm $H_2O$.  The cardiac impulse, $S_1$, and $S_2$ are normal.  No murmurs are audible.  Carotid pulses are normal bilaterally.  Brachial and radial pulses in the right arm are normal.  The left arm is warm but brachial and radial pulses are absent.  Bruits are present in the supraclavicular spaces bilaterally and over the flexor surface of the left upper arm.  Pulses in the feet are bounding.  No rash is present, and the remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 34% |
| Leukocyte count | 8250/cu mm |
| Platelet count | 398,000/cu mm |
| Erythrocyte sedimentation rate | 89 mm/hr |
| Comprehensive metabolic panel | Normal (including blood urea nitrogen and serum creatinine) |
| Serum cholesterol | |
| Total | 240 mg/dL |
| LDL | 145 mg/dL |

Which of the following is the most likely diagnosis?

A.   Atherosclerotic peripheral vascular disease
B.   Fibromuscular dysplasia
C.   Giant cell arteritis
D.   Leukocytoclastic vasculitis

ABIM08609

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 477 of 1953
PageID: 20123

ABIM08610

**ABIM08611**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 479 of 1953
PageID: 20125

ABIM08612

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 480 of 1953
PageID: 20126

ABIM08613

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 481 of 1953
PageID: 20127

ABIM08614

ABIM08615

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 483 of 1953
PageID: 20129

ABIM08616

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 484 of 1953
PageID: 20130

ABIM08617

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 485 of 1953
PageID: 20131

ABIM08618

ABIM08619

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 487 of 1953
PageID: 20133

**ABIM08620**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 488 of 1953
PageID: 20134

ABIM08621

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 489 of 1953
PageID: 20135

ABIM08622

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 490 of 1953
PageID: 20136



# American Board of Internal Medicine

**Internal Medicine**

**module 019**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM08623**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 491 of 1953
PageID: 20137

ABIM08624

ABIM08625

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 493 of 1953
PageID: 20139

ABIM08626

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 494 of 1953
PageID: 20140

ABIM08627

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 495 of 1953
PageID: 20141

**ABIM08628**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 496 of 1953
PageID: 20142

ABIM08629

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 497 of 1953
PageID: 20143

ABIM08630

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 498 of 1953
PageID: 20144

ABIM08631

ABIM08632

ABIM08633

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 501 of 1953
PageID: 20147

ABIM08634

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 502 of 1953
PageID: 20148

ABIM08635

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 503 of 1953 PageID: 20149

ABIM08636

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 504 of 1953
PageID: 20150

ABIM08637

Case 2:14-cv-06428-KSH-CLW  Document 211-8  Filed 02/20/24  Page 505 of 1953
PageID: 20151

ABIM08638

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 506 of 1953 PageID: 20152

**ABIM08639**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 507 of 1953
PageID: 20153

ABIM08640

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 508 of 1953
PageID: 20154

ABIM08641

ABIM08642

ABIM08643

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 511 of 1953
PageID: 20157

ABIM08644

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 512 of 1953 PageID: 20158

ABIM08645

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 513 of 1953
PageID: 20159

**ABIM08646**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 514 of 1953
PageID: 20160

**ABIM08647**

ABIM08648

ABIM08649

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 517 of 1953
PageID: 20163

ABIM08650

ABIM08651

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 519 of 1953
PageID: 20165

ABIM08652

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 520 of 1953
PageID: 20166

ABIM08653

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 521 of 1953
PageID: 20167

ABIM08654

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 522 of 1953
PageID: 20168

ABIM08655

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 523 of 1953
PageID: 20169

ABIM08656

# 34

A 74-year-old woman comes to your office after her blood pressure was found to be elevated during a screening at her senior center.  She has always been very healthy and has not seen a physician for many years.  Her mother had high blood pressure and died of a stroke at age 80.  The patient does not smoke cigarettes; she has a glass of white wine with dinner every evening.  She does not exercise regularly but says that she "walks everywhere" and works in her garden several times a week.

Blood pressure is 160/80 mm Hg supine and 156/76 mm Hg standing.  A soft systolic ejection murmur is heard along the left sternal border.

You provide the patient with information on diet and exercise designed to lower her blood pressure.  She agrees to have a nurse who comes to the senior center check her blood pressure every week.

Three months later, the patient's weight is stable.  She reports that she has begun a water aerobics class.  Blood pressures recorded by the nurse are 158/70–164/80 mm Hg.  Blood pressure today is 158/94 mm Hg.

Which of the following should you recommend now?

A.   Continued diet and exercise; re-evaluation in 12 weeks
B.   Amlodipine
C.   Atenolol
D.   Hydrochlorothiazide
E.   Lisinopril

ABIM08657

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 525 of 1953 PageID: 20171

**ABIM08658**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 526 of 1953
PageID: 20172

ABIM08659

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 527 of 1953 PageID: 20173

ABIM08660

ABIM08661

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 529 of 1953
PageID: 20175

**ABIM08662**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 530 of 1953
PageID: 20176

ABIM08663

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 531 of 1953
PageID: 20177

ABIM08664

ABIM08665

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 533 of 1953
PageID: 20179

**ABIM08666**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 534 of 1953
PageID: 20180

ABIM08667

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 535 of 1953
PageID: 20181

ABIM08668

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 536 of 1953
PageID: 20182

ABIM08669

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 537 of 1953
PageID: 20183

**ABIM08670**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 538 of 1953
PageID: 20184

ABIM08671

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 539 of 1953
PageID: 20185

**ABIM08672**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 540 of 1953
PageID: 20186

ABIM08673

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 541 of 1953
PageID: 20187

ABIM08674

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 542 of 1953
PageID: 20188

ABIM08675

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 543 of 1953 PageID: 20189

**ABIM08676**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 544 of 1953
PageID: 20190

**ABIM08677**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 545 of 1953
PageID: 20191

ABIM08678

ABIM08679

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 547 of 1953
PageID: 20193

ABIM08680

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 548 of 1953
PageID: 20194

ABIM08681

ABIM08682

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 550 of 1953
PageID: 20196

ABIM08683

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 551 of 1953
PageID: 20197



## American Board of Internal Medicine

**Internal Medicine**

**module 021**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM08684**

ABIM08685

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 553 of 1953
PageID: 20199

ABIM08686

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 554 of 1953
PageID: 20200

ABIM08687

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 555 of 1953
PageID: 20201

**ABIM08688**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 556 of 1953
PageID: 20202

ABIM08689

# 6

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

ABIM08690

ABIM08691

ABIM08692

ABIM08693

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 561 of 1953
PageID: 20207

ABIM08694

ABIM08695

ABIM08696

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 564 of 1953
PageID: 20210

ABIM08697

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 565 of 1953
PageID: 20211

ABIM08698

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 566 of 1953
PageID: 20212

ABIM08699

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 567 of 1953
PageID: 20213

# 16

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months.  She has not had dyspareunia or menorrhagia.  Menses are occasionally irregular; her last menstrual period was two weeks ago.  The patient takes no medications.  She has had one uncomplicated pregnancy and delivery.

Pelvic examination reveals a nontender right adnexal mass.  Physical examination is otherwise normal. Papanicolaou test is normal.  Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A.  Repeat ultrasonography in two months
B.  Oral contraceptive therapy and repeat ultrasonography in two months
C.  Fine-needle aspiration of the mass
D.  Surgical consultation

**ABIM08700**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 568 of 1953
PageID: 20214

ABIM08701

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 569 of 1953
PageID: 20215

ABIM08702

ABIM08703

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 571 of 1953
PageID: 20217

ABIM08704

ABIM08705

ABIM08706

ABIM08707

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 575 of 1953
PageID: 20221

ABIM08708

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 576 of 1953
PageID: 20222

ABIM08709

ABIM08710

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 578 of 1953 PageID: 20224

ABIM08711

ABIM08712

ABIM08713

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 581 of 1953
PageID: 20227

ABIM08714

ABIM08715

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 583 of 1953
PageID: 20229

ABIM08716

ABIM08717

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 585 of 1953
PageID: 20231

ABIM08718

ABIM08719

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 587 of 1953
PageID: 20233

ABIM08720

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 588 of 1953
PageID: 20234

ABIM08721

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 589 of 1953
PageID: 20235

**ABIM08722**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 590 of 1953
PageID: 20236

ABIM08723

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 591 of 1953
PageID: 20237

ABIM08724

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 592 of 1953 PageID: 20238

ABIM08725

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 593 of 1953
PageID: 20239

ABIM08726

# 43

A patient who has metastatic non–small cell lung cancer has a first episode of deep vein thrombosis (DVT) in the lower left leg.

Which of the following is most likely to result in the lowest risk for recurrent DVT and the lowest risk for bleeding?

A. Lifelong fixed-dose low-molecular-weight heparin
B. Initial low-molecular-weight heparin followed by warfarin for four months
C. Inferior vena cava filter without anticoagulation

ABIM08727

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 595 of 1953
PageID: 20241

**ABIM08728**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 596 of 1953
PageID: 20242

**ABIM08729**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 597 of 1953
PageID: 20243

ABIM08730

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 598 of 1953
PageID: 20244

**ABIM08731**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 599 of 1953
PageID: 20245

ABIM08732

JA4944

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 600 of 1953
PageID: 20246

ABIM08733

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 601 of 1953
PageID: 20247

ABIM08734

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 602 of 1953
PageID: 20248

ABIM08735

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 603 of 1953
PageID: 20249

ABIM08736

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 604 of 1953
PageID: 20250

ABIM08737

ABIM08738

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 606 of 1953 PageID: 20252

ABIM08739

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 607 of 1953
PageID: 20253

**ABIM08740**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 608 of 1953
PageID: 20254

ABIM08741

ABIM08742

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 610 of 1953 PageID: 20256

ABIM08743

ABIM08744

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 612 of 1953
PageID: 20258



American Board
of Internal Medicine

**Internal Medicine**

**module 022**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM08745**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 613 of 1953
PageID: 20259

ABIM08746

ABIM08747

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 615 of 1953
PageID: 20261

ABIM08748

**ABIM08749**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 617 of 1953
PageID: 20263

**ABIM08750**

# 6

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day.  After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy.  Vital signs are normal.  General physical examination is normal.  A purulent urethral and cervical discharge is noted on pelvic examination.  Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited.  Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM08751**

ABIM08752

ABIM08753

**ABIM08754**

ABIM08755

ABIM08756

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 624 of 1953
PageID: 20270

**ABIM08757**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 625 of 1953
PageID: 20271

**ABIM08758**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 626 of 1953
PageID: 20272

ABIM08759

ABIM08760

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 628 of 1953 PageID: 20274

ABIM08761

ABIM08762

ABIM08763

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 631 of 1953 PageID: 20277

ABIM08764

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 632 of 1953
PageID: 20278

ABIM08765

ABIM08766

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 634 of 1953
PageID: 20280

ABIM08767

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 635 of 1953
PageID: 20281

ABIM08768

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 636 of 1953
PageID: 20282

ABIM08769

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 637 of 1953
PageID: 20283

ABIM08770

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 638 of 1953
PageID: 20284

ABIM08771

ABIM08772

ABIM08773

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 641 of 1953
PageID: 20287

ABIM08774

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 642 of 1953
PageID: 20288

ABIM08775

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 643 of 1953
PageID: 20289

ABIM08776

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 644 of 1953 PageID: 20290

**ABIM08777**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 645 of 1953
PageID: 20291

ABIM08778

ABIM08779

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 647 of 1953
PageID: 20293

ABIM08780

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 648 of 1953
PageID: 20294

ABIM08781

ABIM08782

ABIM08783

ABIM08784

ABIM08785

ABIM08786

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 654 of 1953
PageID: 20300

ABIM08787

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 655 of 1953
PageID: 20301

ABIM08788

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 656 of 1953
PageID: 20302

ABIM08789

Case 2:14-cv-06428-KSH-CLW  Document 211-8  Filed 02/20/24  Page 657 of 1953
PageID: 20303

ABIM08790

ABIM08791

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 659 of 1953 PageID: 20305

**ABIM08792**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 660 of 1953 PageID: 20306

ABIM08793

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 661 of 1953
PageID: 20307

ABIM08794

ABIM08795

ABIM08796

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 664 of 1953
PageID: 20310

ABIM08797

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 665 of 1953
PageID: 20311

ABIM08798

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 666 of 1953
PageID: 20312

ABIM08799

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 667 of 1953
PageID: 20313

ABIM08800

ABIM08801

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 669 of 1953
PageID: 20315

ABIM08802

ABIM08803

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 671 of 1953
PageID: 20317

**ABIM08804**

ABIM08805

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 673 of 1953
PageID: 20319



# Internal Medicine

# module 023

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM08806**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 674 of 1953
PageID: 20320

ABIM08807

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 675 of 1953
PageID: 20321

ABIM08808

ABIM08809

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 677 of 1953
PageID: 20323

ABIM08810

ABIM08811

ABIM08812

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 680 of 1953
PageID: 20325

**ABIM08813**

ABIM08814

ABIM08815

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 683 of 1953
PageID: 20329

ABIM08816

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 684 of 1953
PageID: 20330

**ABIM08817**

ABIM08818

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 686 of 1953
PageID: 20332

ABIM08819

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 687 of 1953
PageID: 20333

ABIM08820

ABIM08821

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 689 of 1953
PageID: 20335

ABIM08822

ABIM08823

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 691 of 1953
PageID: 20337

ABIM08824

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 692 of 1953
PageID: 20338

ABIM08825

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 693 of 1953
PageID: 20339

ABIM08826

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 694 of 1953
PageID: 20340

**ABIM08827**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 695 of 1953
PageID: 20341

ABIM08828

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 696 of 1953
PageID: 20342

ABIM08829

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 697 of 1953
PageID: 20343

ABIM08830

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 698 of 1953
PageID: 20344

ABIM08831

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 699 of 1953
PageID: 20345

ABIM08832

ABIM08833

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 701 of 1953
PageID: 20347

**ABIM08834**

ABIM08835

ABIM08836

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 704 of 1953
PageID: 20350

ABIM08837

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 705 of 1953
PageID: 20351

# 32

A 65-year-old woman is admitted to the hospital because of increasing lethargy for three days. She has type 2 diabetes mellitus, which had been controlled with glipizide (20 mg daily) for five years. She began to have hypoglycemic episodes three months ago; glipizide was tapered, then discontinued two weeks ago. Self-monitored blood glucose levels have remained within the target range.

The patient is oriented but lethargic. Blood pressure is 110/70 mm Hg without postural changes. The remainder of the physical examination is normal.

Laboratory studies:

|  |  |
|---|---|
| Plasma glucose | 120 mg/dL |
| Blood urea nitrogen | 10 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| Serum sodium | 118 mEq/L |
| Serum potassium | 4.0 mEq/L |
| Random urine sodium | 50 mEq/L *[varies with intake]* |

The patient's mental status improves after restriction of free water to 800 mL daily. Serum sodium rises to 130 mEq/L. On the second hospital day, additional laboratory results are reported:

|  |  |
|---|---|
| Serum free thyroxine ($T_4$) | 0.4 ng/dL *[0.8–2.4]* |
| Serum thyroid-stimulating hormone | 2.1 μU/mL *[0.5–4.0]* |
| Serum follicle-stimulating hormone | 10 mIU/mL *[postmenopausal: greater than 50]* |
| Plasma cortisol (8 AM) | 3.6 μg/dL *[5–25]* |

Which of the following tests should you order next?

A. Anti-adrenal antibodies
B. Antithyroid peroxidase (antimicrosomal) antibodies
C. Dexamethasone suppression test
D. Computed tomography of the adrenal glands
E. Magnetic resonance imaging of the pituitary gland

**ABIM08838**

ABIM08839

ABIM08840

# 35

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material.  Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.  Abdominal examination is normal except for mild epigastric tenderness.  Stool is positive for occult blood.

Laboratory studies:

|  |  |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun.  Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base.  No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.   Begin clear liquids, and admit the patient to the medical service
B.   Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.   Begin therapy with octreotide, and admit the patient to the intensive care unit
D.   Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.   Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

**ABIM08841**

ABIM08842

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 710 of 1953
PageID: 20356

ABIM08843

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 711 of 1953 PageID: 20357

ABIM08844

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 712 of 1953
PageID: 20358

ABIM08845

ABIM08846

ABIM08847

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 715 of 1953
PageID: 20361

**ABIM08848**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 716 of 1953
PageID: 20362

ABIM08849

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 717 of 1953
PageID: 20363

ABIM08850

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 718 of 1953
PageID: 20364

ABIM08851

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 719 of 1953
PageID: 20365

ABIM08852

ABIM08853

ABIM08854

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 722 of 1953 PageID: 20368

ABIM08855

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 723 of 1953
PageID: 20369

ABIM08856

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 724 of 1953
PageID: 20370

ABIM08857

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 725 of 1953
PageID: 20371

**ABIM08858**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 726 of 1953
PageID: 20372

ABIM08859

ABIM08860

ABIM08861

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 729 of 1953
PageID: 20375

ABIM08862

ABIM08863

ABIM08864

ABIM08865

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 733 of 1953
PageID: 20379

# 60

A 27-year-old man comes to you for an initial visit.  He has a 15-year history of complex partial seizures that are treated with carbamazepine (600 mg daily).  Seizure activity had been well controlled until three months ago when he began to have seizures about once a month, each lasting no more than five minutes.  He also takes bupropion for smoking cessation.  The patient is otherwise well and does not drink alcoholic beverages.  He has no history of head trauma; magnetic resonance imaging of the brain was normal five years ago.

The patient feels well.  Mental status and neurologic findings are normal.  Complete blood count and comprehensive metabolic panel are normal.  Serum carbamazepine is 8 µg/mL *[therapeutic: 4–12]*.

Which of the following should you do?

A. Continue current therapy
B. Discontinue bupropion
C. Increase carbamazepine dose
D. Substitute lamotrigine for carbamazepine
E. Substitute phenytoin for carbamazepine

**ABIM08866**



# American Board of Internal Medicine

**Internal Medicine**

**module 024**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM08867

ABIM08868

ABIM08869

ABIM08870

ABIM08871

ABIM08872

ABIM08873

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 741 of 1953
PageID: 20387

ABIM08874

ABIM08875

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 743 of 1953
PageID: 20389

ABIM08876

ABIM08877

**ABIM08878**

# 12

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood.  Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell mucosa-associated lymphoid tissue (MALT) lymphoma.

Which of the following is the most appropriate treatment?

A.  Lansoprazole
B.  Clarithromycin, amoxicillin, and lansoprazole
C.  Chemotherapy
D.  Chemotherapy followed by antrectomy
E.  Total gastrectomy

ABIM08879

ABIM08880

ABIM08881

ABIM08882

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 750 of 1953
PageID: 20396

ABIM08883

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 751 of 1953
PageID: 20397

ABIM08884

ABIM08885

ABIM08886

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 754 of 1953
PageID: 20400

**ABIM08887**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 755 of 1953
PageID: 20401

**ABIM08888**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 756 of 1953
PageID: 20402

ABIM08889

ABIM08890

ABIM08891

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 759 of 1953
PageID: 20405

ABIM08892

ABIM08893

ABIM08894

ABIM08895

ABIM08896

ABIM08897

ABIM08898

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 766 of 1953
PageID: 20412

ABIM08899

**ABIM08900**

ABIM08901

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 769 of 1953
PageID: 20415

ABIM08902

ABIM08903

ABIM08904

**ABIM08905**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 773 of 1953
PageID: 20419

ABIM08906

**ABIM08907**

ABIM08908

ABIM08909

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 777 of 1953
PageID: 20423

ABIM08910

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 778 of 1953
PageID: 20424

ABIM08911

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 779 of 1953
PageID: 20425

ABIM08912

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 780 of 1953 PageID: 20426

ABIM08913

ABIM08914

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 782 of 1953
PageID: 20428

ABIM08915

ABIM08916

ABIM08917

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 785 of 1953
PageID: 20431

ABIM08918

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 786 of 1953
PageID: 20432

ABIM08919

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 787 of 1953
PageID: 20433

ABIM08920

ABIM08921

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 789 of 1953
PageID: 20435

ABIM08922

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 790 of 1953
PageID: 20436

ABIM08923

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 791 of 1953
PageID: 20437

ABIM08924

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 792 of 1953
PageID: 20438

**ABIM08925**

ABIM08926

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 794 of 1953
PageID: 20440

**ABIM08927**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 795 of 1953
PageID: 20441



# American Board of Internal Medicine

**Internal Medicine**

**module 025**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM08928**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 796 of 1953
PageID: 20442

ABIM08929

ABIM08930

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 798 of 1953
PageID: 20444

**ABIM08931**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 799 of 1953
PageID: 20445

**ABIM08932**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 800 of 1953 PageID: 20446

ABIM08933

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 801 of 1953
PageID: 20447

ABIM08934

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 802 of 1953
PageID: 20448

ABIM08935

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 803 of 1953
PageID: 20449

ABIM08936

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 804 of 1953
PageID: 20450

ABIM08937

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 805 of 1953
PageID: 20451

ABIM08938

ABIM08939

# 12

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood.  Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell mucosa-associated lymphoid tissue (MALT) lymphoma.

Which of the following is the most appropriate treatment?

A.  Lansoprazole
B.  Clarithromycin, amoxicillin, and lansoprazole
C.  Chemotherapy
D.  Chemotherapy followed by antrectomy
E.  Total gastrectomy

**ABIM08940**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 808 of 1953
PageID: 20454

**ABIM08941**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 809 of 1953
PageID: 20455

ABIM08942

ABIM08943

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 811 of 1953
PageID: 20457

ABIM08944

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 812 of 1953
PageID: 20458

ABIM08945

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 813 of 1953
PageID: 20459

ABIM08946

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 814 of 1953
PageID: 20460

ABIM08947

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 815 of 1953
PageID: 20461

ABIM08948

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 816 of 1953 PageID: 20462

ABIM08949

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 817 of 1953
PageID: 20463

ABIM08950

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 818 of 1953 PageID: 20464

ABIM08951

ABIM08952

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 820 of 1953
PageID: 20466

ABIM08953

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 821 of 1953 PageID: 20467

ABIM08954

ABIM08955

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 823 of 1953
PageID: 20469

ABIM08956

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 824 of 1953 PageID: 20470

**ABIM08957**

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 825 of 1953 PageID: 20471

ABIM08958

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 826 of 1953
PageID: 20472

ABIM08959

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 827 of 1953
PageID: 20473

ABIM08960

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 828 of 1953
PageID: 20474

ABIM08961

ABIM08962

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 830 of 1953
PageID: 20476

ABIM08963

**ABIM08964**

ABIM08965

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 833 of 1953 PageID: 20479

ABIM08966

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 834 of 1953
PageID: 20480

ABIM08967

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 835 of 1953
PageID: 20481

ABIM08968

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 836 of 1953
PageID: 20482

ABIM08969

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 837 of 1953
PageID: 20483

ABIM08970

ABIM08971

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 839 of 1953
PageID: 20485

ABIM08972

ABIM08973

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 841 of 1953 PageID: 20487

**ABIM08974**

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 842 of 1953 PageID: 20488

ABIM08975

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 843 of 1953 PageID: 20489

**ABIM08976**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 844 of 1953
PageID: 20490

ABIM08977

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 845 of 1953
PageID: 20491

ABIM08978

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 846 of 1953
PageID: 20492

ABIM08979

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 847 of 1953
PageID: 20493

ABIM08980

**ABIM08981**

ABIM08982

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 850 of 1953
PageID: 20496

**ABIM08983**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 851 of 1953
PageID: 20497

ABIM08984

Case 2:14-cv-06428-KSH-CLW  Document 211-8  Filed 02/20/24  Page 852 of 1953 PageID: 20498

ABIM08985

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 853 of 1953
PageID: 20499

ABIM08986

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 854 of 1953
PageID: 20500

ABIM08987

ABIM08988

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 856 of 1953
PageID: 20502



# Internal Medicine

# module 026

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM08989

ABIM08990

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 858 of 1953 PageID: 20504

ABIM08991

ABIM08992

**ABIM08993**

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 861 of 1953 PageID: 20507

ABIM08994

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 862 of 1953
PageID: 20508

ABIM08995

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 863 of 1953
PageID: 20509

ABIM08996

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 864 of 1953
PageID: 20510

**ABIM08997**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 865 of 1953
PageID: 20511

**ABIM08998**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 866 of 1953
PageID: 20512

ABIM08999

**ABIM09000**

# 12

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood.  Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell mucosa-associated lymphoid tissue (MALT) lymphoma.

Which of the following is the most appropriate treatment?

A.  Lansoprazole
B.  Clarithromycin, amoxicillin, and lansoprazole
C.  Chemotherapy
D.  Chemotherapy followed by antrectomy
E.  Total gastrectomy

**ABIM09001**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 869 of 1953
PageID: 20515

**ABIM09002**

**ABIM09003**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 871 of 1953
PageID: 20517

ABIM09004

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 872 of 1953
PageID: 20518

**ABIM09005**

ABIM09006

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 874 of 1953
PageID: 20520

ABIM09007

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 875 of 1953
PageID: 20521

**ABIM09008**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 876 of 1953
PageID: 20522

ABIM09009

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 877 of 1953
PageID: 20523

ABIM09010

ABIM09011

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 879 of 1953
PageID: 20525

ABIM09012

ABIM09013

**ABIM09014**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 882 of 1953
PageID: 20528

ABIM09015

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 883 of 1953
PageID: 20529

ABIM09016

ABIM09017

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 885 of 1953
PageID: 20531

ABIM09018

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 886 of 1953
PageID: 20532

ABIM09019

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 887 of 1953
PageID: 20533

**ABIM09020**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 888 of 1953 PageID: 20534

**ABIM09021**

ABIM09022

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 890 of 1953
PageID: 20536

ABIM09023

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 891 of 1953
PageID: 20537

ABIM09024

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 892 of 1953
PageID: 20538

ABIM09025

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 893 of 1953
PageID: 20539

**ABIM09026**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 894 of 1953
PageID: 20540

**ABIM09027**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 895 of 1953
PageID: 20541

ABIM09028

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 896 of 1953 PageID: 20542

**ABIM09029**

ABIM09030

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 898 of 1953
PageID: 20544

**ABIM09031**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 899 of 1953
PageID: 20545

**ABIM09032**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 900 of 1953
PageID: 20546

**ABIM09033**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 901 of 1953
PageID: 20547

ABIM09034

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 902 of 1953
PageID: 20548

**ABIM09035**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 903 of 1953
PageID: 20549

ABIM09036

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 904 of 1953
PageID: 20550

ABIM09037

ABIM09038

ABIM09039

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 907 of 1953
PageID: 20553

**ABIM09040**

**ABIM09041**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 909 of 1953
PageID: 20555

**ABIM09042**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 910 of 1953
PageID: 20556

**ABIM09043**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 911 of 1953
PageID: 20557

ABIM09044

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 912 of 1953
PageID: 20558

**ABIM09045**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 913 of 1953 PageID: 20559

ABIM09046

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 914 of 1953
PageID: 20560

ABIM09047

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 915 of 1953
PageID: 20561

**ABIM09048**

**ABIM09049**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 917 of 1953
PageID: 20563



# American Board of Internal Medicine

**Internal Medicine**

**module 027**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM09050**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 918 of 1953
PageID: 20564

ABIM09051

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 919 of 1953
PageID: 20565

ABIM09052

ABIM09053

ABIM09054

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 922 of 1953
PageID: 20568

ABIM09055

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 923 of 1953
PageID: 20569

ABIM09056

Case 2:14-cv-06428-KSH-CLW  Document 211-8  Filed 02/20/24  Page 924 of 1953 PageID: 20570

**ABIM09057**

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 925 of 1953 PageID: 20571

ABIM09058

ABIM09059

ABIM09060

ABIM09061

# 12

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood.  Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell mucosa-associated lymphoid tissue (MALT) lymphoma.

Which of the following is the most appropriate treatment?

A.  Lansoprazole
B.  Clarithromycin, amoxicillin, and lansoprazole
C.  Chemotherapy
D.  Chemotherapy followed by antrectomy
E.  Total gastrectomy

**ABIM09062**

ABIM09063

ABIM09064

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 932 of 1953
PageID: 20578

ABIM09065

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 933 of 1953
PageID: 20579

ABIM09066

ABIM09067

ABIM09068

ABIM09069

ABIM09070

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 938 of 1953
PageID: 20584

ABIM09071

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 939 of 1953
PageID: 20585

**ABIM09072**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 940 of 1953 PageID: 20586

ABIM09073

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 941 of 1953
PageID: 20587

ABIM09074

ABIM09075

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 943 of 1953
PageID: 20589

ABIM09076

ABIM09077

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 945 of 1953
PageID: 20591

ABIM09078

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 946 of 1953 PageID: 20592

**ABIM09079**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 947 of 1953
PageID: 20593

ABIM09080

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 948 of 1953
PageID: 20594

ABIM09081

ABIM09082

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 950 of 1953
PageID: 20596

ABIM09083

ABIM09084

ABIM09085

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 953 of 1953
PageID: 20599

ABIM09086

ABIM09087

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 955 of 1953
PageID: 20601

**ABIM09088**

ABIM09089

ABIM09090

ABIM09091

ABIM09092

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 960 of 1953
PageID: 20606

ABIM09093

ABIM09094

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 962 of 1953
PageID: 20608

ABIM09095

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 963 of 1953
PageID: 20609

ABIM09096

ABIM09097

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 965 of 1953
PageID: 20611

ABIM09098

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 966 of 1953
PageID: 20612

**ABIM09099**

ABIM09100

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 968 of 1953
PageID: 20614

ABIM09101

ABIM09102

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 970 of 1953
PageID: 20616

ABIM09103

ABIM09104

ABIM09105

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 973 of 1953
PageID: 20619

ABIM09106

ABIM09107

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 975 of 1953
PageID: 20621

**ABIM09108**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 976 of 1953
PageID: 20622

ABIM09109

ABIM09110

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 978 of 1953
PageID: 20624



# American Board of Internal Medicine

**Internal Medicine**

**module 028**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM09111

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 979 of 1953
PageID: 20625

ABIM09112

ABIM09113

ABIM09114

ABIM09115

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 983 of 1953
PageID: 20629

ABIM09116

ABIM09117

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 985 of 1953
PageID: 20631

ABIM09118

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 986 of 1953
PageID: 20632

ABIM09119

ABIM09120

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 988 of 1953
PageID: 20634

ABIM09121

ABIM09122

# 12

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood.  Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell mucosa-associated lymphoid tissue (MALT) lymphoma.

Which of the following is the most appropriate treatment?

A.  Lansoprazole
B.  Clarithromycin, amoxicillin, and lansoprazole
C.  Chemotherapy
D.  Chemotherapy followed by antrectomy
E.  Total gastrectomy

**ABIM09123**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 991 of 1953
PageID: 20637

ABIM09124

ABIM09125

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 993 of 1953
PageID: 20639

ABIM09126

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 994 of 1953
PageID: 20640

ABIM09127

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 995 of 1953
PageID: 20641

ABIM09128

ABIM09129

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 997 of 1953
PageID: 20643

ABIM09130

ABIM09131

ABIM09132

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1000 of 1953
PageID: 20646

**ABIM09133**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1001 of 1953 PageID: 20647

**ABIM09134**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1002 of 1953
PageID: 20648

**ABIM09135**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1003 of 1953
PageID: 20649

ABIM09136

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1004 of 1953 PageID: 20650

ABIM09137

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1005 of 1953 PageID: 20651

**ABIM09138**

ABIM09139

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1007 of 1953
PageID: 20653

ABIM09140

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1008 of 1953
PageID: 20654

**ABIM09141**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1009 of 1953 PageID: 20655

ABIM09142

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1010 of 1953 PageID: 20656

ABIM09143

**ABIM09144**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1012 of 1953 PageID: 20658

**ABIM09145**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1013 of 1953
PageID: 20659

ABIM09146

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1014 of 1953
PageID: 20660

ABIM09147

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1015 of 1953 PageID: 20661

ABIM09148

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1016 of 1953 PageID: 20662

ABIM09149

ABIM09150

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1018 of 1953
PageID: 20664

**ABIM09151**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1019 of 1953 PageID: 20665

**ABIM09152**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1020 of 1953 PageID: 20666

**ABIM09153**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1021 of 1953
PageID: 20667

**ABIM09154**

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1022 of 1953 PageID: 20668

**ABIM09155**

ABIM09156

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1024 of 1953 PageID: 20670

ABIM09157

ABIM09158

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1026 of 1953
PageID: 20672

**ABIM09159**

ABIM09160

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1028 of 1953
PageID: 20674

ABIM09161

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1029 of 1953 PageID: 20675

ABIM09162

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1030 of 1953 PageID: 20676

ABIM09163

ABIM09164

ABIM09165

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1033 of 1953
PageID: 20679

**ABIM09166**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1034 of 1953
PageID: 20680

**ABIM09167**

ABIM09168

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1036 of 1953
PageID: 20682

ABIM09169

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1037 of 1953
PageID: 20683

ABIM09170

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1038 of 1953
PageID: 20684

**ABIM09171**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1039 of 1953
PageID: 20685



# Internal Medicine

# module 029

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM09172**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1040 of 1953
PageID: 20686

ABIM09173

ABIM09174

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1042 of 1953 PageID: 20688

ABIM09175

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1043 of 1953
PageID: 20689

ABIM09176

ABIM09177

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1045 of 1953   PageID: 20691

ABIM09178

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1046 of 1953   PageID: 20692

**ABIM09179**

ABIM09180

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1048 of 1953
PageID: 20694

ABIM09181

ABIM09182

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1050 of 1953 PageID: 20696

**ABIM09183**

# 12

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood.  Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell mucosa-associated lymphoid tissue (MALT) lymphoma.

Which of the following is the most appropriate treatment?

A.  Lansoprazole
B.  Clarithromycin, amoxicillin, and lansoprazole
C.  Chemotherapy
D.  Chemotherapy followed by antrectomy
E.  Total gastrectomy

**ABIM09184**

ABIM09185

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1053 of 1953
PageID: 20699

ABIM09186

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1054 of 1953 PageID: 20700

**ABIM09187**

ABIM09188

ABIM09189

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1057 of 1953 PageID: 20703

ABIM09190

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1058 of 1953 PageID: 20704

ABIM09191

ABIM09192

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1060 of 1953
PageID: 20706

**ABIM09193**

ABIM09194

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1062 of 1953
PageID: 20708

ABIM09195

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1063 of 1953
PageID: 20709

**ABIM09196**

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1064 of 1953 PageID: 20710

ABIM09197

ABIM09198

ABIM09199

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1067 of 1953
PageID: 20713

**ABIM09200**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1068 of 1953
PageID: 20714

**ABIM09201**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1069 of 1953 PageID: 20715

ABIM09202

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1070 of 1953
PageID: 20716

**ABIM09203**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1071 of 1953 PageID: 20717

**ABIM09204**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1072 of 1953 PageID: 20718

**ABIM09205**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1073 of 1953
PageID: 20719

ABIM09206

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1074 of 1953 PageID: 20720

**ABIM09207**

ABIM09208

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1076 of 1953
PageID: 20722

ABIM09209

ABIM09210

ABIM09211

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1079 of 1953 PageID: 20725

ABIM09212

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1080 of 1953 PageID: 20726

ABIM09213

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1081 of 1953 PageID: 20727

ABIM09214

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1082 of 1953
PageID: 20728

ABIM09215

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1083 of 1953
PageID: 20729

ABIM09216

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1084 of 1953
PageID: 20730

ABIM09217

ABIM09218

ABIM09219

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1087 of 1953 PageID: 20733

ABIM09220

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1088 of 1953
PageID: 20734

ABIM09221

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1089 of 1953 PageID: 20735

**ABIM09222**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1090 of 1953
PageID: 20736

ABIM09223

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1091 of 1953
PageID: 20737

ABIM09224

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1092 of 1953
PageID: 20738

ABIM09225

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1093 of 1953
PageID: 20739

ABIM09226

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1094 of 1953 PageID: 20740

ABIM09227

ABIM09228

**ABIM09229**

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1097 of 1953 PageID: 20743

ABIM09230

ABIM09231

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1099 of 1953 PageID: 20745

ABIM09232

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1100 of 1953
PageID: 20746



## American Board of Internal Medicine

**Internal Medicine**

**module 031**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM09233**

**ABIM09234**

ABIM09235

ABIM09236

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1104 of 1953
PageID: 20750

ABIM09237

ABIM09238

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1106 of 1953
PageID: 20752

ABIM09239

ABIM09240

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1108 of 1953 PageID: 20754

ABIM09241

ABIM09242

ABIM09243

ABIM09244

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1112 of 1953 PageID: 20758

ABIM09245

ABIM09246

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1114 of 1953
PageID: 20760

ABIM09247

ABIM09248

ABIM09249

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1117 of 1953 PageID: 20763

**ABIM09250**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1118 of 1953
PageID: 20764

ABIM09251

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1119 of 1953 PageID: 20765

ABIM09252

ABIM09253

**ABIM09254**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1122 of 1953
PageID: 20768

ABIM09255

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1123 of 1953
PageID: 20769

ABIM09256

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1124 of 1953 PageID: 20770

ABIM09257

ABIM09258

ABIM09259

ABIM09260

ABIM09261

ABIM09262

ABIM09263

ABIM09264

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1132 of 1953
PageID: 20778

ABIM09265

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1133 of 1953 PageID: 20779

ABIM09266

ABIM09267

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1135 of 1953 PageID: 20781

ABIM09268

ABIM09269

ABIM09270

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1138 of 1953 PageID: 20784

ABIM09271

ABIM09272

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1140 of 1953
PageID: 20786

# 40

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

|  | Four months ago | Today |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* | — | 12 |
| Serum bilirubin (mg/dL) | | |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | 230 | 400 |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A.  Autoimmune hemolytic anemia
B.  Acute viral hepatitis
C.  Folic acid deficiency
D.  Transformation to large cell lymphoma
E.  Progressive replacement of bone marrow by chronic lymphocytic leukemia

**ABIM09273**

ABIM09274

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1142 of 1953
PageID: 20788

**ABIM09275**

ABIM09276

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1144 of 1953
PageID: 20790

ABIM09277

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1145 of 1953
PageID: 20791

ABIM09278

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1146 of 1953
PageID: 20792

ABIM09279

ABIM09280

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1148 of 1953
PageID: 20794

ABIM09281

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1149 of 1953
PageID: 20795

ABIM09282

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1150 of 1953 PageID: 20796

**ABIM09283**

**ABIM09284**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1152 of 1953
PageID: 20798

ABIM09285

Case: 24-3012    Document: 48    Page: 1869    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1153 of 1953
PageID: 20799

ABIM09286

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1154 of 1953
PageID: 20800

ABIM09287

ABIM09288

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1156 of 1953
PageID: 20802

ABIM09289

ABIM09290

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1158 of 1953 PageID: 20804

ABIM09291

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1159 of 1953 PageID: 20805

ABIM09292

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1160 of 1953
PageID: 20806

ABIM09293



# American Board of Internal Medicine

**Internal Medicine**

**module 032**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM09294**

ABIM09295

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1163 of 1953
PageID: 20809

**ABIM09296**

ABIM09297

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1165 of 1953 PageID: 20811

ABIM09298

ABIM09299

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1167 of 1953
PageID: 20813

**ABIM09300**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1168 of 1953
PageID: 20814

ABIM09301

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1169 of 1953 PageID: 20815

**ABIM09302**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1170 of 1953
PageID: 20816

**ABIM09303**

ABIM09304

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1172 of 1953 PageID: 20818

ABIM09305

ABIM09306

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1174 of 1953
PageID: 20820

ABIM09307

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1175 of 1953
PageID: 20821

ABIM09308

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1176 of 1953
PageID: 20822

# 15

A 48-year-old woman has had progressive fatigue, weight gain despite dieting, and constipation for eight years. Her menses stopped after the birth of her last child eight years ago, and she was unable to breast-feed. She has never been treated with estrogen.

Weight is 80 kg (176 lb), and height is 168 cm (66 in); BMI is 28. Pulse rate is 60 per minute, and blood pressure is 132/90 mm Hg. Skin texture is normal. No periorbital edema is noted. The thyroid gland is not palpable. Ankle reflexes are mildly slowed. The remainder of the examination is normal. Serum thyroid-stimulating hormone is 1.2 μU/mL *[0.5–4.0]*, and serum free thyroxine ($T_4$) is 0.4 ng/mL *[0.8–2.4]*.

Which of the following is the most likely diagnosis?

A.   Autoimmune thyroiditis
B.   Iodine deficiency
C.   Postpartum pituitary necrosis
D.   Prolactinoma
E.   Subacute thyroiditis

**ABIM09309**

ABIM09310

ABIM09311

ABIM09312

ABIM09313

ABIM09314

ABIM09315

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1183 of 1953
PageID: 20829

ABIM09316

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1184 of 1953
PageID: 20830

ABIM09317

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1185 of 1953
PageID: 20831

ABIM09318

ABIM09319

**ABIM09320**

ABIM09321

ABIM09322

ABIM09323

ABIM09324

ABIM09325

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1193 of 1953 PageID: 20839

ABIM09326

ABIM09327

# 34

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material.  Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.  Abdominal examination is normal except for mild epigastric tenderness.  Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun.  Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base.  No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.   Begin clear liquids, and admit the patient to the medical service
B.   Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.   Begin therapy with octreotide, and admit the patient to the intensive care unit
D.   Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.   Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

ABIM09328

ABIM09329

ABIM09330

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1198 of 1953
PageID: 20844

ABIM09331

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1199 of 1953
PageID: 20845

ABIM09332

ABIM09333

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1201 of 1953 PageID: 20847

ABIM09334

# 41

A 72-year-old man who has long-standing chronic obstructive pulmonary disease has had increasing dyspnea for three weeks.  He previously was able to walk several blocks without symptoms, but now he becomes dyspneic while walking down his driveway.  One year ago, $FEV_1$ was 1.2 L.

Vital signs are stable.  Oxygen saturation is 94% by pulse oximetry.  The trachea is shifted slightly to the left.  The right posterior lung field is dull to percussion.  No breath sounds are audible in the right chest; wheezing is heard in the left chest.  Tactile fremitus is absent over the right posterior chest but is conspicuous over the left posterior chest.

A radiograph of the chest is most likely to show which of the following?

A.  Elevated left hemidiaphragm
B.  Right pleural effusion
C.  Right pneumothorax
D.  Right lower lobe atelectasis
E.  Right lower lobe opacity

ABIM09335

ABIM09336

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1204 of 1953
PageID: 20850

ABIM09337

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1205 of 1953
PageID: 20851

ABIM09338

ABIM09339

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1207 of 1953
PageID: 20853

ABIM09340

ABIM09341

ABIM09342

ABIM09343

ABIM09344

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1212 of 1953
PageID: 20858

ABIM09345

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1213 of 1953 PageID: 20859

ABIM09346

ABIM09347

**ABIM09348**

ABIM09349

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1217 of 1953 PageID: 20863

ABIM09350

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1218 of 1953 PageID: 20864

ABIM09351

ABIM09352

ABIM09353

ABIM09354

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1222 of 1953
PageID: 20868



American Board
of Internal Medicine

**Internal Medicine**

**module 033**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM09355**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1223 of 1953
PageID: 20869

ABIM09356

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1224 of 1953
PageID: 20870

ABIM09357

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1225 of 1953
PageID: 20871

**ABIM09358**

# 4

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

ABIM09359

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1227 of 1953 PageID: 20873

ABIM09360

ABIM09361

ABIM09362

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1230 of 1953
PageID: 20876

ABIM09363

# 9

A 38-year-old woman is brought to the emergency department by friends who found her stuporous in her apartment; no pills or empty bottles were found.  Her friends believe she is in good health and that her only medication is an oral contraceptive.  They also report that she has been depressed since ending a relationship with a boyfriend.

Supine pulse rate is 110 per minute and supine blood pressure is 100/64 mm Hg; postural changes cannot be determined because the patient cannot sit upright.  Her breath has a sweet or fruity odor.  The optic fundi appear normal, and both pupils react briskly to light.  Cardiovascular examination is normal except for regular tachycardia.  The lungs are clear.  The abdomen is not tender.  No peripheral edema is present.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 1.1 mg/dL |
| Serum electrolytes | |
|   Sodium | 136 mEq/L |
|   Potassium | 4.2 mEq/L |
|   Chloride | 100 mEq/L |
|   Bicarbonate | 11 mEq/L |
| Arterial blood studies | |
|   $P_{O_2}$ | 134 mm Hg |
|   $P_{CO_2}$ | 28 mm Hg |
|   pH | 7.28 |
| Urinalysis | Blood and glucose negative, trace protein; sheets of envelope-shaped monohydrate calcium oxalate crystals |
| Toxicology screen | Pending |

Which of the following tests would be most helpful in establishing the diagnosis?

A.  Plasma salicylate
B.  Serum osmolality
C.  Serum ketones
D.  Venous blood lactate
E.  Urine electrolytes

**ABIM09364**

ABIM09365

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1233 of 1953 PageID: 20879

**ABIM09366**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1234 of 1953   PageID: 20880

ABIM09367

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1235 of 1953 PageID: 20881

ABIM09368

ABIM09369

ABIM09370

ABIM09371

ABIM09372

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1240 of 1953
PageID: 20886

ABIM09373

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1241 of 1953
PageID: 20887

ABIM09374

**ABIM09375**

ABIM09376

ABIM09377

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1245 of 1953
PageID: 20691

ABIM09378

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1246 of 1953
PageID: 20892

**ABIM09379**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1247 of 1953
PageID: 20893

ABIM09380

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1248 of 1953 PageID: 20894

ABIM09381

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1249 of 1953
PageID: 20895

ABIM09382

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1250 of 1953
PageID: 20896

ABIM09383

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1251 of 1953
PageID: 20897

ABIM09384

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1252 of 1953
PageID: 20898

ABIM09385

ABIM09386

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1254 of 1953
PageID: 20900

ABIM09387

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1255 of 1953
PageID: 20901

ABIM09388

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1256 of 1953 PageID: 20902

ABIM09389

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1257 of 1953
PageID: 20903

ABIM09390

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1258 of 1953
PageID: 20904

ABIM09391

ABIM09392

ABIM09393

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1261 of 1953
PageID: 20907

ABIM09394

Case 2:14-cv-06428-KSH-CLW　Document 211-8　Filed 02/20/24　Page 1262 of 1953 PageID: 20908

ABIM09395

ABIM09396

ABIM09397

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1265 of 1953
PageID: 20911

ABIM09398

ABIM09399

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1267 of 1953 PageID: 20913

ABIM09400

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1268 of 1953 PageID: 20914

ABIM09401

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1269 of 1953
PageID: 20915

ABIM09402

ABIM09403

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1271 of 1953
PageID: 20917

ABIM09404

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1272 of 1953
PageID: 20918

**ABIM09405**

**ABIM09406**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1274 of 1953 PageID: 20920

ABIM09407

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1275 of 1953
PageID: 20921

**ABIM09408**

ABIM09409

ABIM09410

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1278 of 1953
PageID: 20924

ABIM09411

ABIM09412

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1280 of 1953 PageID: 20926

ABIM09413

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1281 of 1953
PageID: 20927

**ABIM09414**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1282 of 1953 PageID: 20928

**ABIM09415**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1283 of 1953
PageID: 20929



# American Board of Internal Medicine

**Internal Medicine**

**module 042**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM09416

ABIM09417

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1285 of 1953 PageID: 20931

ABIM09418

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1286 of 1953
PageID: 20932

ABIM09419

# 4

You are asked to evaluate an asymptomatic 67-year-old white woman who is scheduled to undergo an elective cholecystectomy.  No abnormal physical findings are noted, and stool is negative for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 34% |
| Hemoglobin | 11.9 g/dL |
| Erythrocyte count | 6.4 million/cu mm |
| Mean corpuscular volume | 67 fL *[86–98]* |
| Mean corpuscular hemoglobin | 24 pg *[27–32]* |
| Leukocyte count | 6900/cu mm; 78% neutrophils, 13% lymphocytes, 7% monocytes, 2% eosinophils |
| Platelet count | 197,000/cu mm |
| Peripheral blood film | Moderate hypochromia, slight microcytosis, target cells, moderate poikilocytosis and anisocytosis |
| Liver biochemical studies | Normal |

These laboratory results are similar to those obtained five years ago at the time of an elective femoral herniorrhaphy.

Which of the following studies will most likely lead to an explanation of the anemia?

A.  Serum ferritin
B.  Direct antiglobulin (Coombs') test
C.  Hemoglobin electrophoresis
D.  Bone marrow aspiration and biopsy
E.  Colonoscopy

ABIM09420

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1288 of 1953
PageID: 20934

ABIM09421

ABIM09422

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1290 of 1953
PageID: 20936

ABIM09423

ABIM09424

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1292 of 1953 PageID: 20938

ABIM09425

**ABIM09426**

ABIM09427

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1295 of 1953
PageID: 20941

**ABIM09428**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1296 of 1953
PageID: 20942

ABIM09429

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1297 of 1953 PageID: 20943

ABIM09430

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1298 of 1953
PageID: 20944

ABIM09431

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1299 of 1953 PageID: 20945

ABIM09432

ABIM09433

Case 2:14-cv-06428-KSH-CLW　　Document 211-8　　Filed 02/20/24　　Page 1301 of 1953
PageID: 20947

ABIM09434

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1302 of 1953 PageID: 20948

**ABIM09435**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1303 of 1953 PageID: 20949

**ABIM09436**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1304 of 1953 PageID: 20950

**ABIM09437**

ABIM09438

**ABIM09439**

ABIM09440

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1308 of 1953 PageID: 20954

ABIM09441

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1309 of 1953
PageID: 20955

ABIM09442

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1310 of 1953 PageID: 20956

ABIM09443

**ABIM09444**

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1312 of 1953 PageID: 20958

**ABIM09445**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1313 of 1953 PageID: 20959

**ABIM09446**

ABIM09447

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1315 of 1953 PageID: 20961

**ABIM09448**

Case 2:14-cv-06428-KSH-CLW  Document 211-8  Filed 02/20/24  Page 1316 of 1953 PageID: 20962

**ABIM09449**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1317 of 1953
PageID: 20963

# 34

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material.  Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.  Abdominal examination is normal except for mild epigastric tenderness.  Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun.  Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base.  No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.   Begin clear liquids, and admit the patient to the medical service
B.   Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.   Begin therapy with octreotide, and admit the patient to the intensive care unit
D.   Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.   Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

**ABIM09450**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1318 of 1953 PageID: 20964

ABIM09451

**ABIM09452**

ABIM09453

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1321 of 1953
PageID: 20967

ABIM09454

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1322 of 1953
PageID: 20968

ABIM09455

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1323 of 1953
PageID: 20969

**ABIM09456**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1324 of 1953
PageID: 20970

ABIM09457

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1325 of 1953 PageID: 20971

ABIM09458

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1326 of 1953 PageID: 20972

ABIM09459

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1327 of 1953
PageID: 20973

ABIM09460

ABIM09461

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1329 of 1953 PageID: 20975

ABIM09462

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1330 of 1953
PageID: 20976

ABIM09463

ABIM09464

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1332 of 1953 PageID: 20978

**ABIM09465**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1333 of 1953
PageID: 20979

**ABIM09466**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1334 of 1953
PageID: 20980

ABIM09467

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1335 of 1953 PageID: 20981

ABIM09468

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1336 of 1953
PageID: 20982

# 53

A 34-year-old man has had intermittent palpitations and lightheadedness for one week. He has not fainted. Pulse rate is 88 per minute, and blood pressure is 120/82 mm Hg. $S_1$ is normal; $S_2$ splits with inspiration. An $S_4$ is heard. A harsh grade 2/6 midsystolic murmur at the left lower sternal border increases in intensity when the patient stands and with the strain phase of the Valsalva maneuver. The murmur decreases in intensity when the patient squats and with passive leg-raising. The lungs are clear. The remainder of the physical examination is normal. Electrocardiography shows left ventricular hypertrophy and two ventricular premature complexes.

Which of the following is the mostly likely cause of the murmur?

A.  Aortic stenosis
B.  Atrial septal defect
C.  Hypertrophic cardiomyopathy with obstruction
D.  Mitral regurgitation
E.  Tricuspid regurgitation

ABIM09469

# 54

A 56-year-old woman has had pain and swelling of the wrists and fingers for two months.  She also reports one hour of morning stiffness and slight fatigue.  In the winter, she notes scaling around the hairline at the ears.  She had asthma as a child and has smoked one pack of cigarettes daily for 40 years.

Vital signs are normal.  Clubbing is present.  The wrists and the metacarpophalangeal and proximal interphalangeal joints are slightly swollen.  The bony surfaces of the distal digits are tender.  No other abnormalities are noted.  Chest radiograph shows a 2x2–cm nodule in the periphery of the lower lobe of the right lung.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 45% |
| Leukocyte count | 9600/cu mm; 3% eosinophils |
| Platelet count | 499,000/cu mm |
| Rheumatoid factor | 16 IU/mL *[less than 24]* |

Which of the following is the most likely diagnosis?

A.  Churg-Strauss syndrome
B.  Hypertrophic pulmonary osteoarthropathy
C.  Rheumatoid arthritis
D.  Sarcoidosis
E.  ANCA-associated granulomatous vasculitis (Wegener's granulomatosis)

**ABIM09470**

ABIM09471

ABIM09472

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1340 of 1953
PageID: 20986

ABIM09473

ABIM09474

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1342 of 1953
PageID: 20988

ABIM09475

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1343 of 1953
PageID: 20989

ABIM09476



# Internal Medicine

# module 043

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM09477**

ABIM09478

ABIM09479

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1347 of 1953
PageID: 20993

ABIM09480

# 4

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

ABIM09481

ABIM09482

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1350 of 1953
PageID: 20996

ABIM09483

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1351 of 1953
PageID: 20997

**ABIM09484**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1352 of 1953 PageID: 20998

**ABIM09485**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1353 of 1953
PageID: 20999

ABIM09486

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1354 of 1953
PageID: 21000

**ABIM09487**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1355 of 1953
PageID: 21001

ABIM09488

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1356 of 1953
PageID: 21002

ABIM09489

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1357 of 1953
PageID: 21003

**ABIM09490**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1358 of 1953 PageID: 21004

ABIM09491

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1359 of 1953
PageID: 21005

**ABIM09492**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1360 of 1953
PageID: 21006

**ABIM09493**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1361 of 1953
PageID: 21007

ABIM09494

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1362 of 1953
PageID: 21008

ABIM09495

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1363 of 1953
PageID: 21009

**ABIM09496**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1364 of 1953
PageID: 21010

ABIM09497

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1365 of 1953
PageID: 21011

ABIM09498

ABIM09499

ABIM09500

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1368 of 1953 PageID: 21014

ABIM09501

ABIM09502

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1370 of 1953 PageID: 21016

ABIM09503

ABIM09504

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1372 of 1953 PageID: 21018

ABIM09505

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1373 of 1953 PageID: 21019

ABIM09506

ABIM09507

ABIM09508

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1376 of 1953 PageID: 21022

ABIM09509

**ABIM09510**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1378 of 1953
PageID: 21024

ABIM09511

ABIM09512

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1380 of 1953
PageID: 21026

ABIM09513

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1381 of 1953
PageID: 21027

# 37

Which of the following is the strongest indication for urgent surgical intervention in patients who have aortic valve endocarditis?

A.   A mobile 5-mm vegetation
B.   *Enterococcus faecalis* infection
C.   Methicillin-resistant *Staphylococcus aureus* infection
D.   Positive blood cultures 48 hours after initiation of antibiotic therapy
E.   Evidence of progressive aortic regurgitation

ABIM09514

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1382 of 1953 PageID: 21028

ABIM09515

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1383 of 1953
PageID: 21029

ABIM09516

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1384 of 1953 PageID: 21030

ABIM09517

ABIM09518

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1386 of 1953
PageID: 21032

ABIM09519

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1387 of 1953
PageID: 21033

ABIM09520

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1388 of 1953
PageID: 21034

ABIM09521

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1389 of 1953
PageID: 21035

ABIM09522

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1390 of 1953
PageID: 21036

ABIM09523

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1391 of 1953
PageID: 21037

ABIM09524

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1392 of 1953 PageID: 21038

ABIM09525

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1393 of 1953
PageID: 21039

ABIM09526

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1394 of 1953 PageID: 21040

**ABIM09527**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1395 of 1953
PageID: 21041

ABIM09528

ABIM09529

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1397 of 1953
PageID: 21043

ABIM09530

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1398 of 1953
PageID: 21044

ABIM09531

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1399 of 1953 PageID: 21045

**ABIM09532**

ABIM09533

ABIM09534

ABIM09535

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1403 of 1953 PageID: 21049

ABIM09536

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1404 of 1953
PageID: 21050

ABIM09537

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1405 of 1953
PageID: 21051



# American Board of Internal Medicine

## Internal Medicine

## module 044

## CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM09538

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1406 of 1953 PageID: 21052

ABIM09539

ABIM09540

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1408 of 1953 PageID: 21054

ABIM09541

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1409 of 1953
PageID: 21055

ABIM09542

ABIM09543

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1411 of 1953
PageID: 21057

ABIM09544

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1412 of 1953
PageID: 21058

# 7

A 74-year-old man reports visual changes in his right eye. For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare. He has had no difficulty using either eye to read crossword puzzles. His other medical problems are diabetes mellitus, hypertension, and osteoarthritis. Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye. Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right. Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test. Both eyes have full range of motion. A diminished red reflex is noted in the right eye. Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A.  Age-related macular degeneration
B.  Diabetic retinopathy
C.  Ischemic optic neuropathy
D.  Posterior subcapsular cataract
E.  Pterygium

ABIM09545

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1413 of 1953 PageID: 21059

ABIM09546

**ABIM09547**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1415 of 1953
PageID: 21061

ABIM09548

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1416 of 1953 PageID: 21062

ABIM09549

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1417 of 1953 PageID: 21063

ABIM09550

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1418 of 1953
PageID: 21064

ABIM09551

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1419 of 1953 PageID: 21065

**ABIM09552**

ABIM09553

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1421 of 1953
PageID: 21067

ABIM09554

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1422 of 1953 PageID: 21068

**ABIM09555**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1423 of 1953 PageID: 21069

ABIM09556

ABIM09557

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1425 of 1953
PageID: 21071

**ABIM09558**

ABIM09559

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1427 of 1953
PageID: 21073

ABIM09560

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1428 of 1953
PageID: 21074

ABIM09561

ABIM09562

ABIM09563

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1431 of 1953
PageID: 21077

ABIM09564

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1432 of 1953
PageID: 21078

ABIM09565

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1433 of 1953 PageID: 21079

ABIM09566

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1434 of 1953
PageID: 21080

ABIM09567

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1435 of 1953 PageID: 21081

ABIM09568

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1436 of 1953
PageID: 21082

ABIM09569

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1437 of 1953
PageID: 21083

ABIM09570

ABIM09571

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1439 of 1953
PageID: 21085

ABIM09572

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1440 of 1953
PageID: 21086

ABIM09573

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1441 of 1953
PageID: 21087

ABIM09574

ABIM09575

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1443 of 1953 PageID: 21089

ABIM09576

ABIM09577

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1445 of 1953
PageID: 21091

ABIM09578

ABIM09579

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1447 of 1953
PageID: 21093

ABIM09580

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1448 of 1953
PageID: 21094

ABIM09581

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1449 of 1953
PageID: 21095

ABIM09582

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1450 of 1953
PageID: 21096

ABIM09583

ABIM09584

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1452 of 1953
PageID: 21098

**ABIM09585**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1453 of 1953
PageID: 21099

ABIM09586

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1454 of 1953
PageID: 21100

**ABIM09587**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1455 of 1953
PageID: 21101

ABIM09588

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1456 of 1953
PageID: 21102

ABIM09589

ABIM09590

ABIM09591

ABIM09592

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1460 of 1953
PageID: 21106

ABIM09593

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1461 of 1953 PageID: 21107

ABIM09594

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1462 of 1953 PageID: 21108

ABIM09595

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1463 of 1953
PageID: 21109

ABIM09596

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1464 of 1953
PageID: 21110

ABIM09597

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1465 of 1953 PageID: 21111

ABIM09598

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1466 of 1953
PageID: 21112



# American Board of Internal Medicine

**Internal Medicine**

**module 045**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM09599

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1467 of 1953
PageID: 21113

**ABIM09600**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1468 of 1953 PageID: 21114

ABIM09601

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1469 of 1953
PageID: 21115

ABIM09602

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1470 of 1953
PageID: 21116

ABIM09603

ABIM09604

ABIM09605

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1473 of 1953
PageID: 21119

# 7

A 74-year-old man reports visual changes in his right eye.  For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare.  He has had no difficulty using either eye to read crossword puzzles.  His other medical problems are diabetes mellitus, hypertension, and osteoarthritis.  Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye.  Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right.  Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test.  Both eyes have full range of motion.  A diminished red reflex is noted in the right eye.  Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A.  Age-related macular degeneration
B.  Diabetic retinopathy
C.  Ischemic optic neuropathy
D.  Posterior subcapsular cataract
E.  Pterygium

ABIM09606

ABIM09607

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1475 of 1953
PageID: 21121

ABIM09608

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1476 of 1953
PageID: 21122

ABIM09609

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1477 of 1953 PageID: 21123

ABIM09610

ABIM09611

ABIM09612

**ABIM09613**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1481 of 1953
PageID: 21127

**ABIM09614**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1482 of 1953
PageID: 21128

ABIM09615

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1483 of 1953 PageID: 21129

ABIM09616

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1484 of 1953 PageID: 21130

ABIM09617

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1485 of 1953 PageID: 21131

ABIM09618

ABIM09619

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1487 of 1953
PageID: 21133

ABIM09620

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1488 of 1953
PageID: 21134

ABIM09621

ABIM09622

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1490 of 1953
PageID: 21136

**ABIM09623**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1491 of 1953
PageID: 21137

**ABIM09624**

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1492 of 1953 PageID: 21138

ABIM09625

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1493 of 1953 PageID: 21139

ABIM09626

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1494 of 1953
PageID: 21140

ABIM09627

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1495 of 1953 PageID: 21141

ABIM09628

ABIM09629

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1497 of 1953 PageID: 21143

ABIM09630

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1498 of 1953
PageID: 21144

ABIM09631

ABIM09632

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1500 of 1953
PageID: 21146

ABIM09633

ABIM09634

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1502 of 1953 PageID: 21148

ABIM09635

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1503 of 1953
PageID: 21149

**ABIM09636**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1504 of 1953    PageID: 21150

ABIM09637

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1505 of 1953
PageID: 21151

**ABIM09638**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1506 of 1953
PageID: 21152

ABIM09639

ABIM09640

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1508 of 1953
PageID: 21154

ABIM09641

**ABIM09642**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1510 of 1953 PageID: 21156

**ABIM09643**

ABIM09644

ABIM09645

ABIM09646

ABIM09647

ABIM09648

**ABIM09649**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1517 of 1953
PageID: 21163

ABIM09650

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1518 of 1953
PageID: 21164

**ABIM09651**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1519 of 1953
PageID: 21165

ABIM09652

ABIM09653

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1521 of 1953
PageID: 21167

ABIM09654

ABIM09655

ABIM09656

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1524 of 1953 PageID: 21170

ABIM09657

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1525 of 1953
PageID: 21171

ABIM09658

ABIM09659

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1527 of 1953
PageID: 21173



## American Board of Internal Medicine

**Internal Medicine**

**module 046**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM09660

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1528 of 1953
PageID: 21174

ABIM09661

ABIM09662

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1530 of 1953 PageID: 21176

ABIM09663

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1531 of 1953
PageID: 21177

ABIM09664

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1532 of 1953
PageID: 21178

ABIM09665

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1533 of 1953 PageID: 21179

ABIM09666

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1534 of 1953
PageID: 21180

# 7

A 74-year-old man reports visual changes in his right eye. For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare. He has had no difficulty using either eye to read crossword puzzles. His other medical problems are diabetes mellitus, hypertension, and osteoarthritis. Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye. Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right. Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test. Both eyes have full range of motion. A diminished red reflex is noted in the right eye. Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A.   Age-related macular degeneration
B.   Diabetic retinopathy
C.   Ischemic optic neuropathy
D.   Posterior subcapsular cataract
E.   Pterygium

**ABIM09667**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1535 of 1953 PageID: 21181

ABIM09668

ABIM09669

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1537 of 1953
PageID: 21183

ABIM09670

ABIM09671

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1539 of 1953 PageID: 21185

ABIM09672

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1540 of 1953
PageID: 21186

ABIM09673

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1541 of 1953
PageID: 21187

ABIM09674

ABIM09675

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1543 of 1953 PageID: 21189

ABIM09676

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1544 of 1953
PageID: 21190

ABIM09677

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1545 of 1953
PageID: 21191

ABIM09678

ABIM09679

ABIM09680

Case: 24-3012    Document: 48    Page: 2264    Date Filed: 07/03/2025

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1548 of 1953
PageID: 21194

**ABIM09681**

JA5893

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1549 of 1953
PageID: 21195

ABIM09682

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1550 of 1953 PageID: 21196

**ABIM09683**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1551 of 1953 PageID: 21197

ABIM09684

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1552 of 1953
PageID: 21198

**ABIM09685**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1553 of 1953
PageID: 21199

ABIM09686

ABIM09687

ABIM09688

ABIM09689

ABIM09690

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1558 of 1953
PageID: 21204

ABIM09691

ABIM09692

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1560 of 1953
PageID: 21206

ABIM09693

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1561 of 1953 PageID: 21207

ABIM09694

ABIM09695

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1563 of 1953 PageID: 21209

ABIM09696

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1564 of 1953
PageID: 21210

ABIM09697

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1565 of 1953 PageID: 21211

**ABIM09698**

ABIM09699

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1567 of 1953
PageID: 21213

ABIM09700

ABIM09701

ABIM09702

ABIM09703

ABIM09704

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1572 of 1953
PageID: 21218

**ABIM09705**

ABIM09706

ABIM09707

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1575 of 1953
PageID: 21221

ABIM09708

ABIM09709

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1577 of 1953
PageID: 21223

ABIM09710

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1578 of 1953 PageID: 21224

**ABIM09711**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1579 of 1953 PageID: 21225

ABIM09712

ABIM09713

**ABIM09714**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1582 of 1953 PageID: 21228

ABIM09715

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1583 of 1953 PageID: 21229

ABIM09716

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1584 of 1953
PageID: 21230

ABIM09717

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1585 of 1953 PageID: 21231

ABIM09718

ABIM09719

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1587 of 1953
PageID: 21233

**ABIM09720**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1588 of 1953
PageID: 21234



# American Board of Internal Medicine

**Internal Medicine**

**module 047**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM09721

ABIM09722

**ABIM09723**

**ABIM09724**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1592 of 1953
PageID: 21238

ABIM09725

ABIM09726

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1594 of 1953
PageID: 21240

ABIM09727

# 7

A 74-year-old man reports visual changes in his right eye. For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare. He has had no difficulty using either eye to read crossword puzzles. His other medical problems are diabetes mellitus, hypertension, and osteoarthritis. Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye. Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right. Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test. Both eyes have full range of motion. A diminished red reflex is noted in the right eye. Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A.  Age-related macular degeneration
B.  Diabetic retinopathy
C.  Ischemic optic neuropathy
D.  Posterior subcapsular cataract
E.  Pterygium

ABIM09728

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1596 of 1953
PageID: 21242

**ABIM09729**

ABIM09730

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1598 of 1953
PageID: 21244

ABIM09731

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1599 of 1953
PageID: 21245

ABIM09732

ABIM09733

ABIM09734

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1602 of 1953
PageID: 21248

**ABIM09735**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1603 of 1953 PageID: 21249

ABIM09736

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1604 of 1953
PageID: 21250

ABIM09737

ABIM09738

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1606 of 1953
PageID: 21252

**ABIM09739**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1607 of 1953
PageID: 21253

ABIM09740

**ABIM09741**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1609 of 1953 PageID: 21255

**ABIM09742**

ABIM09743

ABIM09744

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1612 of 1953 PageID: 21258

ABIM09745

ABIM09746

ABIM09747

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1615 of 1953 PageID: 21261

ABIM09748

ABIM09749

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1617 of 1953 PageID: 21263

**ABIM09750**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1618 of 1953 PageID: 21264

**ABIM09751**

ABIM09752

ABIM09753

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1621 of 1953 PageID: 21267

ABIM09754

ABIM09755

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1623 of 1953
PageID: 21269

ABIM09756

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1624 of 1953 PageID: 21270

ABIM09757

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1625 of 1953 PageID: 21271

ABIM09758

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1626 of 1953 PageID: 21272

ABIM09759

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1627 of 1953
PageID: 21273

ABIM09760

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1628 of 1953
PageID: 21274

ABIM09761

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1629 of 1953
PageID: 21275

**ABIM09762**

ABIM09763

ABIM09764

ABIM09765

ABIM09766

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1634 of 1953 PageID: 21280

ABIM09767

ABIM09768

ABIM09769

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1637 of 1953 PageID: 21283

ABIM09770

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1638 of 1953 PageID: 21284

ABIM09771

ABIM09772

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1640 of 1953 PageID: 21286

ABIM09773

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1641 of 1953 PageID: 21287

ABIM09774

ABIM09775

Case 2:14-cv-06428-KSH-CLW  Document 211-8  Filed 02/20/24  Page 1643 of 1953 PageID: 21289

ABIM09776

ABIM09777

ABIM09778

ABIM09779

ABIM09780

**ABIM09781**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1649 of 1953
PageID: 21295



# Internal Medicine

# module 048

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM09782**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1650 of 1953 PageID: 21296

ABIM09783

ABIM09784

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1652 of 1953 PageID: 21298

ABIM09785

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1653 of 1953
PageID: 21299

ABIM09786

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1654 of 1953
PageID: 21300

ABIM09787

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1655 of 1953
PageID: 21301

ABIM09788

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1656 of 1953
PageID: 21302

# 7

A 74-year-old man reports visual changes in his right eye.  For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare.  He has had no difficulty using either eye to read crossword puzzles.  His other medical problems are diabetes mellitus, hypertension, and osteoarthritis.  Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye.  Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right.  Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test.  Both eyes have full range of motion.  A diminished red reflex is noted in the right eye.  Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A.   Age-related macular degeneration
B.   Diabetic retinopathy
C.   Ischemic optic neuropathy
D.   Posterior subcapsular cataract
E.   Pterygium

**ABIM09789**

ABIM09790

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1658 of 1953
PageID: 21304

ABIM09791

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1659 of 1953
PageID: 21305

**ABIM09792**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1660 of 1953
PageID: 21306

ABIM09793

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1661 of 1953
PageID: 21307

ABIM09794

ABIM09795

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1663 of 1953 PageID: 21309

**ABIM09796**

ABIM09797

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1665 of 1953
PageID: 21311

ABIM09798

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1666 of 1953 PageID: 21312

ABIM09799

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1667 of 1953
PageID: 21313

ABIM09800

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1668 of 1953
PageID: 21314

ABIM09801

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1669 of 1953
PageID: 21315

**ABIM09802**

ABIM09803

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1671 of 1953
PageID: 21317

ABIM09804

ABIM09805

Case 2:14-cv-06428-KSH-CLW  Document 211-8  Filed 02/20/24  Page 1673 of 1953 PageID: 21319

ABIM09806

ABIM09807

ABIM09808

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1676 of 1953
PageID: 21322

ABIM09809

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1677 of 1953 PageID: 21323

ABIM09810

ABIM09811

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1679 of 1953
PageID: 21325

ABIM09812

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1680 of 1953 PageID: 21326

ABIM09813

ABIM09814

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1682 of 1953
PageID: 21328

ABIM09815

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1683 of 1953
PageID: 21329

ABIM09816

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1684 of 1953
PageID: 21330

ABIM09817

ABIM09818

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1686 of 1953 PageID: 21332

ABIM09819

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1687 of 1953
PageID: 21333

ABIM09820

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1688 of 1953
PageID: 21334

ABIM09821

ABIM09822

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1690 of 1953
PageID: 21336

**ABIM09823**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1691 of 1953
PageID: 21337

**ABIM09824**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1692 of 1953
PageID: 21338

ABIM09825

ABIM09826

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1694 of 1953
PageID: 21340

ABIM09827

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1695 of 1953 PageID: 21341

**ABIM09828**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1696 of 1953
PageID: 21342

ABIM09829

ABIM09830

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1698 of 1953
PageID: 21344

ABIM09831

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1699 of 1953
PageID: 21345

ABIM09832

ABIM09833

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1701 of 1953 PageID: 21347

ABIM09834

ABIM09835

ABIM09836

ABIM09837

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1705 of 1953
PageID: 21351

ABIM09838

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1706 of 1953     PageID: 21352

**ABIM09839**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1707 of 1953
PageID: 21353

ABIM09840

ABIM09841

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1709 of 1953
PageID: 21355

**ABIM09842**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1710 of 1953
PageID: 21356



# American Board of Internal Medicine

**Internal Medicine**

**module 049**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM09843

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1711 of 1953
PageID: 21357

ABIM09844

ABIM09845

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1713 of 1953   PageID: 21359

ABIM09846

ABIM09847

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1715 of 1953 PageID: 21361

**ABIM09848**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1716 of 1953
PageID: 21362

ABIM09849

# 7

A 74-year-old man reports visual changes in his right eye.  For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create a glare.  He has had no difficulty using either eye to read crossword puzzles.  His other medical problems are diabetes mellitus, hypertension, and osteoarthritis.  Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye.  Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right.  Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test.  Both eyes have full range of motion.  A diminished red reflex is noted in the right eye.  Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A.  Age-related macular degeneration
B.  Diabetic retinopathy
C.  Ischemic optic neuropathy
D.  Posterior subcapsular cataract
E.  Pterygium

**ABIM09850**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1718 of 1953
PageID: 21364

ABIM09851

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1719 of 1953
PageID: 21365

ABIM09852

ABIM09853

ABIM09854

ABIM09855

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1723 of 1953
PageID: 21369

ABIM09856

ABIM09857

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1725 of 1953
PageID: 21371

ABIM09858

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1726 of 1953
PageID: 21372

ABIM09859

ABIM09860

ABIM09861

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1729 of 1953   PageID: 21375

ABIM09862

ABIM09863

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1731 of 1953
PageID: 21377

ABIM09864

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1732 of 1953
PageID: 21378

ABIM09865

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1733 of 1953 PageID: 21379

**ABIM09866**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1734 of 1953
PageID: 21380

ABIM09867

ABIM09868

ABIM09869

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1737 of 1953
PageID: 21383

ABIM09870

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1738 of 1953
PageID: 21384

ABIM09871

ABIM09872

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1740 of 1953
PageID: 21386

ABIM09873

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1741 of 1953
PageID: 21387

ABIM09874

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1742 of 1953
PageID: 21388

**ABIM09875**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1743 of 1953
PageID: 21389

ABIM09876

ABIM09877

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1745 of 1953
PageID: 21391

ABIM09878

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1746 of 1953
PageID: 21392

ABIM09879

ABIM09880

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1748 of 1953
PageID: 21394

ABIM09881

ABIM09882

ABIM09883

Case 2:14-cv-06428-KSH-CLW　　Document 211-8　　Filed 02/20/24　　Page 1751 of 1953
PageID: 21397

ABIM09884

ABIM09885

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1753 of 1953
PageID: 21399

ABIM09886

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1754 of 1953 PageID: 21400

**ABIM09887**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1755 of 1953 PageID: 21401

ABIM09888

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1756 of 1953 PageID: 21402

ABIM09889

ABIM09890

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1758 of 1953
PageID: 21404

ABIM09891

ABIM09892

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1760 of 1953
PageID: 21406

**ABIM09893**

ABIM09894

ABIM09895

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1763 of 1953
PageID: 21409

ABIM09896

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1764 of 1953
PageID: 21410

ABIM09897

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1765 of 1953
PageID: 21411

ABIM09898

ABIM09899

ABIM09900

ABIM09901

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1769 of 1953 PageID: 21415

ABIM09902

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1770 of 1953
PageID: 21416

**ABIM09903**



# Internal Medicine

# module 051

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

ABIM09904

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1772 of 1953 PageID: 21418

ABIM09905

ABIM09906

# 3

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

**ABIM09907**

# 4

A previously healthy 30-year-old woman has had pain, swelling, and stiffness of the wrists, hands, and feet for two weeks. She also reports mild malaise, fatigue, and sore throat. The patient works at a daycare center; several coworkers have had similar symptoms. She takes no medications and occasionally has a glass of wine or beer on weekends. She is not currently sexually active.

Temperature is 38.8 C (101.8 F), pulse rate is 80 per minute, and blood pressure is 110/70 mm Hg. No oral ulcers are noted. A lacy erythematous rash is present on the trunk. Mild synovitis is detected in the wrists and in the metacarpophalangeal, proximal interphalangeal, and metatarsophalangeal joints.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 4000/cu mm; normal differential |
| Erythrocyte sedimentation rate | 50 mm/hr |
| Rheumatoid factor | 28 IU/mL *[less than 24]* |
| Antinuclear antibodies | Negative |

Which of the following studies is most likely to reveal the cause of the arthritis?

A.  Antistreptolysin O titer
B.  Antibodies to double-stranded DNA
C.  IgM serology for parvovirus B19
D.  Cervical and rectal cultures for *Neisseria gonorrhoeae*

**ABIM09908**

ABIM09909

ABIM09910

ABIM09911

ABIM09912

ABIM09913

ABIM09914

ABIM09915

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1783 of 1953 PageID: 21429

ABIM09916

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1784 of 1953
PageID: 21430

ABIM09917

ABIM09918

Case 2:14-cv-06428-KSH-CLW　　Document 211-8　　Filed 02/20/24　　Page 1786 of 1953
PageID: 21432

ABIM09919

ABIM09920

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1788 of 1953 PageID: 21434

ABIM09921

ABIM09922

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1790 of 1953
PageID: 21436

ABIM09923

ABIM09924

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1792 of 1953
PageID: 21438

**ABIM09925**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1793 of 1953
PageID: 21439

ABIM09926

ABIM09927

Case 2:14-cv-06428-KSH-CLW  Document 211-8  Filed 02/20/24  Page 1795 of 1953 PageID: 21441

ABIM09928

**ABIM09929**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1797 of 1953 PageID: 21443

ABIM09930

ABIM09931

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1799 of 1953 PageID: 21445

**ABIM09932**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1800 of 1953
PageID: 21446

**ABIM09933**

ABIM09934

ABIM09935

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1803 of 1953 PageID: 21449

ABIM09936

ABIM09937

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1805 of 1953
PageID: 21451

**ABIM09938**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1806 of 1953
PageID: 21452

**ABIM09939**

ABIM09940

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1808 of 1953
PageID: 21454

ABIM09941

**ABIM09942**

**ABIM09943**

ABIM09944

ABIM09945

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1813 of 1953
PageID: 21459

ABIM09946

ABIM09947

ABIM09948

ABIM09949

ABIM09950

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1818 of 1953 PageID: 21464

ABIM09951

ABIM09952

ABIM09953

ABIM09954

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1822 of 1953 PageID: 21468

ABIM09955

ABIM09956

ABIM09957

ABIM09958

ABIM09959

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1827 of 1953 PageID: 21473

ABIM09960

# 57

A 68-year-old man is admitted to the hospital because of abdominal pain, nausea, vomiting, and fever. Symptoms began about 36 hours ago. He has hypertension; two years ago he had a lacunar cerebral infarction that resulted in mild left arm weakness.

Temperature is 39.2 C (102.6 F), pulse rate is 108 per minute, and blood pressure is 80/60 mm Hg. The right lower abdomen is tender, and evidence of peritonitis is noted. Leukocyte count is 14,200/cu mm with 78% segmented neutrophils, 12% band forms, and 10% lymphocytes. The patient is treated with intravenous fluids and imipenem–cilastatin (500 mg every six hours); laparotomy reveals a perforated appendix and peritonitis.

Myoclonus develops on the second postoperative day, followed by a generalized seizure. Temperature is 37.6 C (99.7 F), pulse rate is 100 per minute, respirations are 16 per minute, and blood pressure is 128/88 mm Hg. The pupils are equal and reactive to light. The neck is supple. The abdomen is slightly tender, and the surgical wound is healing well. A Jackson-Pratt catheter drains a small amount of serous fluid. Neurologic examination shows only postictal lethargy and the previously noted arm weakness.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 36% |
| Hemoglobin | 12.8 g/dL |
| Leukocyte count | 10,600/cu mm; 88% segmented neutrophils, 4% band forms, 8% lymphocytes |
| Plasma glucose | 260 mg/dL |
| Blood urea nitrogen | 46 mg/dL |
| Serum creatinine | 2.8 mg/dL |
| Serum total bilirubin | 1.4 mg/dL |
| Serum aspartate aminotransferase (AST) | 58 U/L |
| Serum calcium | 7.8 mg/dL |
| Serum phosphorus | 4.8 mg/dL |
| Serum electrolytes | Normal |
| Serum albumin | 2.4 g/dL |

Which of the following is the most likely cause of the seizure?

A.  Reaction to imipenem–cilastatin
B.  Hypocalcemia
C.  Intracranial hemorrhage
D.  Bacterial meningitis
E.  Brain abscess

ABIM09961

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1829 of 1953
PageID: 21475

ABIM09962

ABIM09963

ABIM09964

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1832 of 1953
PageID: 21478



American Board
of Internal Medicine

**Internal Medicine**

**module 052**

**CONFIDENTIAL**

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM09965**

ABIM09966

ABIM09967

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1835 of 1953
PageID: 21481

**ABIM09968**

ABIM09969

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1837 of 1953
PageID: 21483

ABIM09970

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1838 of 1953 PageID: 21484

ABIM09971

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1839 of 1953
PageID: 21485

**ABIM09972**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1840 of 1953 PageID: 21486

ABIM09973

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1841 of 1953 PageID: 21487

ABIM09974

ABIM09975

ABIM09976

ABIM09977

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1845 of 1953 PageID: 21491

ABIM09978

ABIM09979

ABIM09980

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1848 of 1953
PageID: 21494

ABIM09981

**ABIM09982**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1850 of 1953
PageID: 21496

**ABIM09983**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1851 of 1953
PageID: 21497

ABIM09984

# 20

A 42-year-old man is evaluated in the emergency department because he has had fever, a diffuse red rash, pruritus, and facial swelling for one week.  The patient has diabetes mellitus and chronic kidney disease.  He has required hemodialysis for three years; his last session was yesterday.  Five weeks ago, he was admitted to the hospital for revision of the dialysis fistula and had a postoperative seizure.  Medications are insulin, lisinopril, erythropoietin, phenytoin sodium, and calcium acetate.

The patient appears acutely ill.  Temperature is 39.2 C (102.6 F), pulse is 110 per minute and regular, and blood pressure is 140/90 mm Hg.  Erythroderma covers most of the body.  Enlarged lymph nodes are palpable in the cervical, epitrochlear, and inguinal regions.  The fistula has a palpable thrill.  Radiograph of the chest is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 33% |
| Leukocyte count | 13,200/cu mm; 42% neutrophils, 14% lymphocytes, 12% monocytes, 32% eosinophils |
| Comprehensive metabolic panel | Normal except for plasma glucose of 162 mg/dL, blood urea nitrogen of 51 mg/dL, and serum creatinine of 9.5 mg/dL |
| Serum electrolytes | |
| Sodium | 129 mEq/L |
| Potassium | 5.4 mEq/L |
| Chloride | 95 mEq/L |
| Bicarbonate | 19 mEq/L |

In addition to admitting the patient to the hospital, which of the following is the most appropriate next step?

A.  Discontinuation of phenytoin sodium
B.  Therapy with broad-spectrum antimicrobial agents
C.  Parenteral administration of corticosteroids
D.  Urgent hemodialysis
E.  Immediate transfer to a specialized burn unit

**ABIM09985**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1853 of 1953
PageID: 21499

**ABIM09986**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1854 of 1953
PageID: 21500

**ABIM09987**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1855 of 1953
PageID: 21501

**ABIM09988**

ABIM09989

ABIM09990

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1858 of 1953 PageID: 21504

ABIM09991

ABIM09992

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1860 of 1953
PageID: 21506

**ABIM09993**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1861 of 1953
PageID: 21507

ABIM09994

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1862 of 1953
PageID: 21508

ABIM09995

ABIM09996

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1864 of 1953
PageID: 21510

ABIM09997

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1865 of 1953
PageID: 21511

**ABIM09998**

**ABIM09999**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1867 of 1953
PageID: 21513

**ABIM10000**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1868 of 1953 PageID: 21514

**ABIM10001**

ABIM10002

**ABIM10003**

ABIM10004

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1872 of 1953 PageID: 21518

**ABIM10005**

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1873 of 1953
PageID: 21519

**ABIM10006**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1874 of 1953
PageID: 21520

ABIM10007

ABIM10008

**ABIM10009**

ABIM10010

Case 2:14-cv-06428-KSH-CLW  Document 211-8  Filed 02/20/24  Page 1878 of 1953
PageID: 21524

ABIM10011

ABIM10012

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1880 of 1953
PageID: 21526

ABIM10013

**ABIM10014**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1882 of 1953
PageID: 21528

**ABIM10015**

ABIM10016

**ABIM10017**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1885 of 1953
PageID: 21531

ABIM10018

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1886 of 1953
PageID: 21532

ABIM10019

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1887 of 1953
PageID: 21533

ABIM10020

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1888 of 1953
PageID: 21534

**ABIM10021**

ABIM10022

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1890 of 1953
PageID: 21536

**ABIM10023**

**ABIM10024**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1892 of 1953
PageID: 21538

ABIM10025

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1893 of 1953
PageID: 21539



# American Board of Internal Medicine

**Internal Medicine**

**module 053**

# CONFIDENTIAL

Return answer sheet to:
American Board of Internal Medicine
510 Walnut Street, Suite 1700
Philadelphia, PA 19106-3699
Attention: Psychometrics Section

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved.  Do not copy without permission.

**ABIM10026**

# 1

A 73-year-old man was admitted to the hospital eight days ago for treatment of a fractured left hip.  He now has dysphagia for both liquids and solid food, intermittent odynophagia, and chest pain associated with eating.  The patient refuses to eat because of the pain.  Barium swallow is shown.

Which of the following should you recommend?

A.  Administration of isosorbide dinitrate
B.  Administration of metoclopramide
C.  Bougienage
D.  Dilation with a pneumatic dilator
E.  Long myotomy of the esophageal body

**ABIM10027**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1895 of 1953
PageID: 21541

# 2

An 82-year-old man comes to your office because he has had malaise and weakness for two months. He takes digoxin (0.125 mg daily) for a "weak heart."  The patient lives alone and states that his diet consists mainly of milk, bread, cake, and coffee.  He does not drink alcoholic beverages.  Bowel movements occur regularly three times a week.

The patient is edentulous and has scant body hair.  He has tenderness over both tibias and several bruises over the lower legs and forearms.  A 2-cm partially healed ulcer is present over the right tibia. This lesion appeared two weeks ago, but the patient has had no recent injuries.

Which of the following vitamin deficiencies is most consistent with this clinical presentation?

A.  Niacin
B.  Riboflavin
C.  Vitamin C
D.  Vitamin D
E.  Vitamin K

**ABIM10028**

ABIM10029

ABIM10030

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1898 of 1953
PageID: 21544

ABIM10031

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1899 of 1953 PageID: 21545

ABIM10032

ABIM10033

**ABIM10034**

ABIM10035

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1903 of 1953 PageID: 21549

**ABIM10036**

ABIM10037

ABIM10038

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1906 of 1953
PageID: 21552

ABIM10039

ABIM10040

ABIM10041

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1909 of 1953 PageID: 21555

ABIM10042

**ABIM10043**

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1911 of 1953
PageID: 21557

**ABIM10044**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1912 of 1953 PageID: 21558

**ABIM10045**

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1913 of 1953 PageID: 21559

ABIM10046

ABIM10047

**ABIM10048**

**ABIM10049**

ABIM10050

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1918 of 1953
PageID: 21564

**ABIM10051**

**ABIM10052**

**ABIM10053**

ABIM10054

ABIM10055

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1923 of 1953 PageID: 21569

ABIM10056

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1924 of 1953 PageID: 21570

ABIM10057

ABIM10058

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1926 of 1953
PageID: 21572

ABIM10059

# 34

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material.  Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing.  Abdominal examination is normal except for mild epigastric tenderness.  Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun.  Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base.  No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.   Begin clear liquids, and admit the patient to the medical service
B.   Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.   Begin therapy with octreotide, and admit the patient to the intensive care unit
D.   Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.   Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

**ABIM10060**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1928 of 1953
PageID: 21574

ABIM10061

Case 2:14-cv-06428-KSH-CLW     Document 211-8     Filed 02/20/24     Page 1929 of 1953
PageID: 21575

ABIM10062

**ABIM10063**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1931 of 1953 PageID: 21577

ABIM10064

ABIM10065

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1933 of 1953
PageID: 21579

# 40

A 49-year-old man is transferred to your service from another hospital for evaluation of bloody diarrhea of three weeks' duration and right upper quadrant abdominal pain of two days' duration.  The patient has chronic schizophrenia, which has required numerous admissions to psychiatric institutions during the past few years.  Medical records from the other hospital show that stool is negative for bacteria, ova and parasites (x3), and *Clostridium difficile* toxin.  Flexible sigmoidoscopy revealed friable mucosa with a cobblestone appearance of multiple small ulcers.  Prednisone (20 mg three times daily) was begun five days ago, but his symptoms have not improved.

Temperature is 38.2 C (100.8 F).  The right upper and lower abdominal quadrants are tender.  Bowel sounds are normal.  Stool is positive for occult blood; a moderate number of fecal leukocytes are noted.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 35% |
| Leukocyte count | 14,700/cu mm; 53% segmented neutrophils, 29% band forms, 12% lymphocytes, 6% monocytes |
| Serum total bilirubin | 2.0 mg/dL |
| Serum alkaline phosphatase | 210 U/L |
| Serum aspartate aminotransferase (AST) | 65 U/L |
| Serum lactate dehydrogenase | 626 U/L *[140–280]* |

Ultrasonography of the liver shows a 5-cm mass in the right lobe.

Which of the following is the most likely cause of the persistent symptoms?

A.__*Campylobacter jejuni*
B.__*Clostridium difficile*
C.__*Cryptosporidium* species
D.__*Entamoeba histolytica*
E.__Hepatitis B virus

**ABIM10066**

ABIM10067

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1935 of 1953
PageID: 21581

**ABIM10068**

ABIM10069

ABIM10070

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1938 of 1953
PageID: 21584

ABIM10071

ABIM10072

Case 2:14-cv-06428-KSH-CLW   Document 211-8   Filed 02/20/24   Page 1940 of 1953 PageID: 21586

ABIM10073

**ABIM10074**

ABIM10075

Case 2:14-cv-06428-KSH-CLW Document 211-8 Filed 02/20/24 Page 1943 of 1953 PageID: 21589

ABIM10076

ABIM10077

ABIM10078

ABIM10079

ABIM10080

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1948 of 1953 PageID: 21594

**ABIM10081**

**ABIM10082**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1950 of 1953
PageID: 21596

ABIM10083

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1951 of 1953
PageID: 21597

**ABIM10084**

**ABIM10085**

Case 2:14-cv-06428-KSH-CLW    Document 211-8    Filed 02/20/24    Page 1953 of 1953 PageID: 21599

ABIM10086