**No. 24-3012**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

**AMERICAN BOARD OF INTERNAL MEDICINE,**

***Plaintiff-Appellant,***

**v.**

**JAIME SALAS RUSHFORD, M.D.,**

***Defendant-Appellees.***

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Case No. 2:14-cv-06428-KSH-CLW
(The Honorable Katherine S. Hayden)

---

**JOINT APPENDIX VOLUME V OF VIII**
**(PAGES JA6299 to JA11133)**

---

Hara K. Jacobs
Paul Lantieri III
Elizabeth V. Wingfield
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: 215.885.8500
E-mail: JacobsH@ballardspahr.com

*Counsel for Plaintiff-Appellant*

# TABLE OF CONTENTS

## VOLUME I

Notice of Appeal dated October 24, 2024 .................................... JA1

Order of the Honorable Katharine S. Hayden dated September 30, 2024 JA4

Sealed Opinion of the Honorable Katharine S. Hayden dated September 30, 2024 .................................... JA5

## VOLUME II

District Court of New Jersey Civil Case Docket .......................... JA44

Complaint dated October 17, 2014 .............................................. JA77

Answer dated September 22, 2015 .............................................. JA326

## VOLUME III

Third Circuit Court of Appeals [Docket No. 66] Opinion dated December 20, 2020 .................................... JA359

Third Circuit Court of Appeals [Docket No. 67-1] Judgment dated December 20, 2020 .................................... JA366

Third Circuit Court of Appeals [Docket No. 67-2] Notice of Judgment dated December 20, 2020.................................... JA368

Motion to Strike the "Expert Response Report" of Westby G. Fisher dated December 23, 2016 .................................... JA370

TEXT ORDER: The Court hereby terminates the motions to strike (ECF Nos. 134-35, 142) without prejudice as unripe for disposition in light of the pending motions to dismiss and transfer (ECF Nos. 164-65) dated June 29, 2017. N/A

Motion for Summary Judgment dated February 9, 2024............. JA403

Memorandum of Law in Support of Motion for Summary Judgment dated February 9, 2024 .................................... JA405

Statement of Undisputed Facts in Support of Motion for Summary Judgment Order dated February 9, 2024 ............ JA439

Exhibit 1 in Support of Motion for Summary Judgement ............ JA464

Exhibit 2 in Support of Motion for Summary Judgement ............ JA528

Exhibit 3 in Support of Motion for Summary Judgement ............ JA3275

**VOLUME IV**

Exhibit 4 in Support of Motion for Summary Judgement ............ JA3635

Exhibit 5 in Support of Motion for Summary Judgement ............ JA3995

Exhibit 6 in Support of Motion for Summary Judgement ............ JA4346

**VOLUME V**

Exhibit 7 in Support of Motion for Summary Judgement ............ JA6299

Exhibit 8 in Support of Motion for Summary Judgement ............ JA10871

Exhibit 9 in Support of Motion for Summary Judgement ............ JA10873

Exhibit 10 in Support of Motion for Summary Judgement .......... JA10881

Exhibit 11 in Support of Motion for Summary Judgement .......... JA10884

Exhibit 12 in Support of Motion for Summary Judgement .......... JA10895

Exhibit 13 in Support of Motion for Summary Judgement .......... JA10919

Exhibit 14 in Support of Motion for Summary Judgement .......... JA10965

Exhibit 15 in Support of Motion for Summary Judgement .......... JA10969

Exhibit 16 in Support of Motion for Summary Judgement .......... JA10983

Exhibit 17 in Support of Motion for Summary Judgement .......... JA11076

Exhibit 18 in Support of Motion for Summary Judgement .......... JA11103

Exhibit 19 in Support of Motion for Summary Judgement .......... JA11132

## VOLUME VI

Exhibit 20 in Support of Motion for Summary Judgement .......... JA11134

Exhibit 21 in Support of Motion for Summary Judgement .......... JA11247

Exhibit 22 in Support of Motion for Summary Judgement .......... JA11253

Exhibit 23 in Support of Motion for Summary Judgement .......... JA11296

Exhibit 24 in Support of Motion for Summary Judgement .......... JA11412

Exhibit 25 in Support of Motion for Summary Judgement .......... JA11423

Declaration of Rebecca S. Lipner, Ph.D. in Support of Motion for Summary Judgement dated February 9, 2024 ............................................ JA11427

Letter Motion to Seal Motion for Summary Judgment dated February 16, 2024 ................................................................................... JA11433

Response to Motion to Seal Motion for Summary Judgement dated February 19, 2024 ...................................................................... JA11435

Cross-Motion for Summary Judgment dated March 1, 2024 ....... JA11437

Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment dated March 1, 2024 ...................................................................... JA11439

Counter-Statement of Material Facts in Response to Plaintiff's Statement of Undisputed Facts in Support of its Motion for Summary Judgement dated March 1, 2024 ................................................................................... JA11475

Defendant's Statement of Material Facts Not in Dispute dated March 1, 2024 ................................................................................... JA11498

Exhibit 1 in Support of Cross-Motion for Summary Judgment ... JA11506

Exhibit 2 in Support of Cross-Motion for Summary Judgment ... JA11514

## VOLUME VII

Exhibit 3 in Support of Cross-Motion for Summary Judgment ... JA11553

Exhibit 4 in Support of Cross-Motion for Summary Judgment ... JA11577

**VOLUME VIII**

Exhibit 5 in Support of Cross-Motion for Summary Judgment ... JA11595

Exhibit 6 in Support of Cross-Motion for Summary Judgment ... JA11609

Exhibit 7 in Support of Cross-Motion for Summary Judgment ... JA11633

Exhibit 8 in Support of Cross-Motion for Summary Judgment ... JA11656

Exhibit 9 in Support of Cross-Motion for Summary Judgment ... JA11658

Exhibit 10 in Support of Cross-Motion for Summary Judgment . JA11672

Proposed Order for Cross-Motion for Summary Judgment ......... JA11674

Memorandum in Further Support of Motion for Summary Judgement and in opposition to Defendant's Cross-Motion for Summary Judgment JA11675

Counter-Statement of Material Facts in Response to Defendant's Statement of Material Facts Not in Dispute in Support of Defendant's Cross-Motion for Summary Judgment.................................................................... JA11713

Exhibit A in Support of Reply Memorandum and Opposition to Defendant's Cross-Motion ........................................................................................ JA11726

Exhibit B in Support of Reply Memorandum and Opposition to Defendant's Cross-Motion ........................................................................................ JA11729

Reply Memorandum in Support of Cross-Motion for Summary Judgment ........................................................................................ JA11731

# EXHIBIT 7

# Internal Medicine

## Module 011

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM03565

ABIM03566

ABIM03567

ABIM03568

ABIM03569

ABIM03570

ABIM03571

ABIM03572

ABIM03573

ABIM03574

ABIM03575

ABIM03576

ABIM03577

ABIM03578

ABIM03579

ABIM03580

ABIM03581

ABIM03582

ABIM03583

ABIM03584

ABIM03585

ABIM03586

ABIM03587

ABIM03588

**ABIM03589**

ABIM03590

ABIM03591

ABIM03592

ABIM03593

ABIM03594

ABIM03595

ABIM03596

ABIM03597

ABIM03598

ABIM03599

ABIM03600

ABIM03601

ABIM03602

ABIM03603

ABIM03604

ABIM03605

ABIM03606

ABIM03607

ABIM03608

ABIM03609

ABIM03610

ABIM03611

ABIM03612

ABIM03613

ABIM03614

ABIM03615

ABIM03616

ABIM03617

ABIM03618

ABIM03619

ABIM03620

ABIM03621

ABIM03622

ABIM03623

ABIM03624

ABIM03625

**ABIM03626**

ABIM03627

ABIM03628

**ABIM03629**

# 33

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | **Beta-adrenergic blocking agents** | **Calcium channel blocking agents** | **Aldosterone antagonists** | **Type I antiarrhythmics** | **Digoxin** |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

**ABIM03631**

ABIM03632

ABIM03633

ABIM03634

ABIM03635

ABIM03636

ABIM03637

ABIM03638

ABIM03639

ABIM03640

ABIM03641

# 39

A 50-year-old man comes to the emergency department because of severe chest pain. Nausea developed after the patient drank more than six cocktails earlier this evening. He vomited five or six times and had dry heaves. Left retrosternal pain began one hour ago, followed by a feeling of impending doom.

The patient appears anxious and is in acute distress. Pulse rate is 140 per minute and regular. Respirations are 24 per minute, and blood pressure is 90/50 mm Hg in both arms. No murmurs, gallops, or rubs are heard. Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung base. Arterial blood $PO_2$ is 80 mm Hg, $PCO_2$ is 30 mm Hg, and pH is 7.48. Electrocardiogram shows sinus tachycardia and nonspecific ST–T wave changes. Chest radiograph reveals a left pleural effusion.

Which of the following is the most likely diagnosis?

A. Acute dissecting aortic aneurysm
B. Acute myocardial infarction
C. Aspiration pneumonia
D. Esophageal rupture
E. Posteriorly penetrating peptic ulcer

ABIM03643

**ABIM03644**

ABIM03645

ABIM03646

ABIM03647

ABIM03648

ABIM03649

**ABIM03650**

ABIM03651

ABIM03652

**ABIM03653**

ABIM03654

ABIM03655

ABIM03656

ABIM03657

ABIM03658

ABIM03659

ABIM03660

ABIM03661

ABIM03662

ABIM03663

ABIM03664

ABIM03665

ABIM03666

ABIM03667

ABIM03668

ABIM03669

ABIM03670

ABIM03671

ABIM03672

ABIM03673

# 55

A 54-year-old woman has right medial knee pain that ranges from sharp to dull and is moderately aggravated by walking. The pain is particularly bothersome at night when she sleeps on her side. She also has diabetes mellitus, hypertension, and edema.

Height is 163 cm (64 in), and weight is 100 kg (220 lb); BMI is 38. The knee is difficult to examine because of her obesity. Both knees can be fully extended, but flexion is limited to 115 degrees bilaterally. It is unclear if the limitation is due to changes within the knee or the surrounding adipose tissue. Moderate crepitation is noted on range of motion of the right knee, but testing for instability and meniscal tears is negative. No erythema, effusion, or warmth is noted. Palpation reveals bony prominence of the medial tibial plateau, but tenderness is most pronounced approximately 3 cm below the line of the joint space.

Which of the following is the most likely cause of the knee pain?

A. Osteoarthritis
B. Medial meniscal deterioration
C. Avascular necrosis of the medial tibial plateau
D. Pes anserine bursitis
E. Patellar tendinitis

ABIM03675

ABIM03676

ABIM03677

ABIM03678

ABIM03679

ABIM03680

ABIM03681

ABIM03682

ABIM03683

**ABIM03684**

ABIM
AMERICAN
BOARD OF
INTERNAL
MEDICINE

# Internal Medicine

# Module 012

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Spring 2007

ABIM03686

ABIM03687

ABIM03688

ABIM03689

ABIM03690

ABIM03691

ABIM03692

ABIM03693

ABIM03694

ABIM03695

ABIM03696

ABIM03697

ABIM03698

ABIM03699

ABIM03700

ABIM03701

**ABIM03702**

ABIM03703

ABIM03704

ABIM03705

ABIM03706

ABIM03707

# 12

A 72-year-old man who has long-standing chronic obstructive pulmonary disease has had increasing dyspnea for three weeks. He previously was able to walk several blocks without symptoms, but now he becomes dyspneic while walking down his driveway. One year ago, $FEV_1$ was 1.2 L.

Vital signs are stable. Oxygen saturation is 94% by pulse oximetry. The trachea is shifted slightly to the left. The right posterior lung field is dull to percussion. No breath sounds are audible in the right chest; wheezing is heard in the left chest. Tactile fremitus is absent over the right posterior chest but is conspicuous over the left posterior chest.

A radiograph of the chest is most likely to show which of the following?

A. Elevated left hemidiaphragm
B. Right pleural effusion
C. Right pneumothorax
D. Right lower lobe atelectasis
E. Right lower lobe opacity

ABIM03709

ABIM03710

ABIM03711

ABIM03712

ABIM03713

ABIM03714

ABIM03715

ABIM03716

ABIM03717

ABIM03718

ABIM03719

ABIM03720

ABIM03721

ABIM03722

ABIM03723

**ABIM03724**

**ABIM03725**

ABIM03726

ABIM03727

ABIM03728

ABIM03729

ABIM03730

ABIM03731

ABIM03732

ABIM03733

**ABIM03734**

ABIM03735

ABIM03736

ABIM03737

ABIM03738

ABIM03739

ABIM03740

ABIM03741

ABIM03742

ABIM03743

ABIM03744

**ABIM03745**

ABIM03746

ABIM03747

ABIM03748

ABIM03749

ABIM03750

ABIM03751

ABIM03752

ABIM03753

ABIM03754

ABIM03755

ABIM03756

ABIM03757

ABIM03758

ABIM03759

ABIM03760

ABIM03761

ABIM03762

ABIM03763

ABIM03764

ABIM03765

ABIM03766

ABIM03767

ABIM03768

ABIM03769

ABIM03770

ABIM03771

ABIM03772

ABIM03773

ABIM03774

ABIM03775

ABIM03776

ABIM03777

ABIM03778

ABIM03779

**ABIM03780**

ABIM03781

ABIM03782

ABIM03783

**ABIM03784**

ABIM03785

ABIM03786

**ABIM03787**

ABIM03788

ABIM03789

ABIM03790

ABIM03791

ABIM03792

ABIM03793

ABIM03794

ABIM03795

ABIM03796

ABIM03797

ABIM03798

**ABIM03799**

ABIM03800

ABIM03801

ABIM03802

**ABIM03803**

ABIM03804



# Internal Medicine

## Module 013

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM03806

ABIM03807

ABIM03808

ABIM03809

ABIM03810

ABIM03811

ABIM03812

ABIM03813

ABIM03814

ABIM03815

ABIM03816

ABIM03817

ABIM03818


ABIM03819

ABIM03820

ABIM03821

ABIM03822

ABIM03823

ABIM03824

ABIM03825

**ABIM03826**

**ABIM03827**

ABIM03828

ABIM03829

ABIM03830

ABIM03831

ABIM03832

ABIM03833

ABIM03834

ABIM03835

ABIM03836

ABIM03837

ABIM03838

ABIM03839

ABIM03840

ABIM03841

ABIM03842

**ABIM03843**

ABIM03844

ABIM03845

**ABIM03846**

ABIM03847

# 22

A 74-year-old woman comes to your office after her blood pressure was found to be elevated during a screening at her senior center. She has always been very healthy and has not seen a physician for many years. Her mother had high blood pressure and died of a stroke at age 80. The patient does not smoke cigarettes; she has a glass of white wine with dinner every evening. She does not exercise regularly but says that she "walks everywhere" and works in her garden several times a week.

Blood pressure is 160/80 mm Hg supine and 156/76 mm Hg standing. A soft systolic ejection murmur is heard along the left sternal border.

You provide the patient with information on diet and exercise designed to lower her blood pressure. She agrees to have a nurse who comes to the senior center check her blood pressure every week.

Three months later, the patient's weight is stable. She reports that she has begun a water aerobics class. Blood pressures recorded by the nurse are 158/70–164/80 mm Hg. Blood pressure today is 158/94 mm Hg.

Which of the following should you recommend now?

A. Continued diet and exercise; re-evaluation in 12 weeks
B. Amlodipine
C. Atenolol
D. Hydrochlorothiazide
E. Lisinopril

ABIM03849

**ABIM03850**

**ABIM03851**

**ABIM03852**

ABIM03853

**ABIM03854**

ABIM03855

ABIM03856

ABIM03857

ABIM03858

ABIM03859

ABIM03860

ABIM03861

ABIM03862

ABIM03863

ABIM03864

ABIM03865

ABIM03866

**ABIM03867**

ABIM03868

**ABIM03869**

ABIM03870

**ABIM03871**

**ABIM03872**

ABIM03873

ABIM03874

ABIM03875

ABIM03876

ABIM03877

ABIM03878

# 37

A 64-year-old man who has hypertension and congestive heart failure comes to the emergency department because he has had back pain for three days and fever and chills for one day. He has not had nausea, vomiting, diarrhea, dyspnea, or abdominal pain.

Temperature is 40.0 C (104.0 F), pulse rate is 125 per minute, respirations are 20 per minute, and blood pressure is 75/42 mm Hg. Oxygen saturation by pulse oximetry is 92%. Heart rhythm is regular; a gallop without a murmur is noted. A few bibasilar crackles are audible; wheezes are not heard. Bilateral costovertebral angle tenderness is present. Abdominal examination is normal. The extremities are mottled. Serum electrolytes and urinalysis are pending, as are results of chest radiography. Antibiotic therapy is begun.

Which of the following is the most appropriate initial treatment for the abnormal blood pressure?

A. Dobutamine
B. Dopamine
C. Epinephrine
D. Phenylephrine
E. Isotonic saline

ABIM03879

ABIM03880

ABIM03881

ABIM03882

ABIM03883

**ABIM03884**

**ABIM03885**

ABIM03886

**ABIM03887**

ABIM03888

**ABIM03889**

ABIM03890

**ABIM03891**

ABIM03892

ABIM03893

ABIM03894

ABIM03895

ABIM03896

**ABIM03897**

**ABIM03898**

ABIM03899

ABIM03900

ABIM03901

**ABIM03902**

ABIM03903

ABIM03904

ABIM03905

ABIM03906

ABIM03907

ABIM03908

ABIM03909

ABIM03910

ABIM03911

ABIM03912

ABIM03913

**ABIM03914**

**ABIM03915**

**ABIM03916**

ABIM03917

ABIM03918

ABIM03919

ABIM03920

ABIM03921

ABIM03922

ABIM03923

**ABIM03924**

**ABIM03925**

ABIM03926



# Internal Medicine

## Module 014

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

**ABIM03928**

ABIM03929

ABIM03930

ABIM03931

ABIM03932

ABIM03933

ABIM03934

ABIM03935

ABIM03936

ABIM03937

**ABIM03938**

**ABIM03939**

ABIM03940

ABIM03941

**ABIM03942**

ABIM03943

ABIM03944

**ABIM03945**

ABIM03946

ABIM03947

ABIM03948

ABIM03949

ABIM03950

ABIM03951

ABIM03952

ABIM03953

ABIM03954

ABIM03955

**ABIM03956**

**ABIM03957**

ABIM03958

ABIM03959

ABIM03960

ABIM03961

ABIM03962

ABIM03963

ABIM03964

**ABIM03965**

ABIM03966

ABIM03967

ABIM03968

ABIM03969

**ABIM03970**

ABIM03971

ABIM03972

ABIM03973

# 24

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $PO_2$ of 64 mm Hg, $PCO_2$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $DL_{CO}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

ABIM03975

ABIM03976

ABIM03977

ABIM03978

ABIM03979

ABIM03980

ABIM03981

ABIM03982

ABIM03983

ABIM03984

ABIM03985

ABIM03986

ABIM03987

ABIM03988

ABIM03989

ABIM03990

**ABIM03991**

ABIM03992

ABIM03993

# 34

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

| | **Four months ago** | **Today** |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* | — | 12 |
| Serum bilirubin (mg/dL) | | |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | 230400 | |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A. Autoimmune hemolytic anemia
B. Acute viral hepatitis
C. Folic acid deficiency
D. Transformation to large cell lymphoma
E. Progressive replacement of bone marrow by chronic lymphocytic leukemia

ABIM03994

ABIM03995

JA6731

ABIM03996

ABIM03997

# 36

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

ABIM03999

**ABIM04000**

ABIM04001

**ABIM04002**

ABIM04003

ABIM04004

ABIM04005

ABIM04006

ABIM04007

ABIM04008

ABIM04009

**ABIM04010**

ABIM04011

ABIM04012

ABIM04013

ABIM04014

ABIM04015

ABIM04016

ABIM04017

ABIM04018

ABIM04019

ABIM04020

ABIM04021

**ABIM04022**

**ABIM04023**

ABIM04024

ABIM04025

ABIM04026

ABIM04027

ABIM04028

ABIM04029

**ABIM04030**

ABIM04031

# 53

A 68-year-old man is admitted to the hospital because of anorexia, abdominal distention, and jaundice that began two weeks ago. He has not had hematemesis, melena, rectal bleeding, fever, or chills. He received a transfusion 35 years ago for upper gastrointestinal bleeding due to peptic ulcer disease; medical history is otherwise noncontributory. He does not smoke cigarettes and occasionally drinks an alcoholic beverage.

Oxygen saturation by pulse oximetry is 97%. The sclerae are mildly icteric. The abdomen is distended, and a fluid wave is present. The liver is nontender but slightly enlarged and is palpable in the epigastrium. The spleen is not palpable. No cyanosis or clubbing of the fingers and toes is noted. Peripheral edema is not present. Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 55% |
| Hemoglobin | 18.0 g/dL |
| Leukocyte count | 3200/cu mm |
| Platelet count | 140,000/cu mm |
| Serum creatinine | 0.6 mg/dL |
| Serum proteins | |
| Total | 6.1 g/dL |
| Albumin | 3.1 g/dL |
| Serum alkaline phosphatase | 240 U/L |
| Serum aminotransferases | |
| ALT | 40 U/L |
| AST | 84 U/L |
| Hepatitis B surface antigen | Negative |
| Antibodies to hepatitis B core antigen | Negative |
| Antibodies to hepatitis C virus | Positive |

Which of the following tests would be most helpful in establishing the diagnosis?

A. Computed tomography of the abdomen with contrast enhancement
B. Upper gastrointestinal endoscopy
C. Colonoscopy
D. Bone marrow biopsy
E. Endoscopic retrograde cholangiopancreatography

ABIM04032

ABIM04033

ABIM04034

ABIM04035

ABIM04036

ABIM04037

ABIM04038

ABIM04039

ABIM04040

ABIM04041

ABIM04042

ABIM04043

ABIM04044

ABIM04045

ABIM04046



# Internal Medicine

## Module 015

## CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM04048

ABIM04049

ABIM04050

ABIM04051

**ABIM04052**

ABIM04053

ABIM04054

ABIM04055

ABIM04056

ABIM04057

**ABIM04058**

ABIM04059

**ABIM04060**

ABIM04061

ABIM04062

ABIM04063

ABIM04064

**ABIM04065**

ABIM04066

**ABIM04067**

ABIM04068

ABIM04069

ABIM04070

ABIM04071

ABIM04072

ABIM04073

ABIM04074

**ABIM04075**

ABIM04076

ABIM04077

ABIM04078

ABIM04079

**ABIM04080**

ABIM04081

**ABIM04082**

ABIM04083

**ABIM04084**

ABIM04085

ABIM04086

ABIM04087

ABIM04088

ABIM04089

ABIM04090

**ABIM04091**

**ABIM04092**

ABIM04093

# 24

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $PO_2$ of 64 mm Hg, $PCO_2$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $DL_{CO}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

ABIM04094

ABIM04095

ABIM04096

**ABIM04097**

ABIM04098

**ABIM04099**

**ABIM04100**

ABIM04101

ABIM04102

ABIM04103

JA6839

**ABIM04104**

**ABIM04105**

ABIM04106

**ABIM04107**

ABIM04108

ABIM04109

ABIM04110

**ABIM04111**

ABIM04112

ABIM04113

# 34

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

| | **Four months ago** | **Today** |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* | — | 12 |
| Serum bilirubin (mg/dL) | | |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | 230400 | |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A. Autoimmune hemolytic anemia
B. Acute viral hepatitis
C. Folic acid deficiency
D. Transformation to large cell lymphoma
E. Progressive replacement of bone marrow by chronic lymphocytic leukemia

ABIM04114

**ABIM04115**

**ABIM04116**

**ABIM04117**

# 36

A 44-year-old man has had fatigue and has been sleeping poorly for several months.   He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches.   He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily.   He works long hours but eats a well-balanced diet and exercises regularly.   He has not had a recent change in weight.

BMI is 24.   Blood pressure is normal.   The nasal septum is slightly deviated to the right.   The nasal mucosa is markedly injected.   The sinuses are not tender.   Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A.   Allergic rhinitis
B.   Deviated nasal septum
C.   Rhinitis medicamentosa
D.   Subacute bacterial sinusitis
E.   Vasomotor rhinitis

ABIM04118

ABIM04119

**ABIM04120**

ABIM04121

ABIM04122

ABIM04123

**ABIM04124**

**ABIM04125**

ABIM04126

ABIM04127

ABIM04128

**ABIM04129**

**ABIM04130**

ABIM04131

ABIM04132

ABIM04133

ABIM04134

**ABIM04135**

ABIM04136

ABIM04137

ABIM04138

ABIM04139

ABIM04140

ABIM04141

ABIM04142

ABIM04143

**ABIM04144**

ABIM04145

ABIM04146

ABIM04147

ABIM04148

ABIM04149

ABIM04150

ABIM04151

ABIM04152

ABIM04153

ABIM04154

ABIM04155

ABIM04156

ABIM04157

ABIM04158

ABIM04159

**ABIM04160**

ABIM04161

ABIM04162

ABIM04163

ABIM04164

ABIM04165

ABIM04166



# Internal Medicine

## Module 016

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

**ABIM04168**

ABIM04169

ABIM04170

ABIM04171

ABIM04172

ABIM04173

ABIM04174

ABIM04175

ABIM04176

ABIM04177

ABIM04178

ABIM04179

**ABIM04180**

ABIM04181

ABIM04182

**ABIM04183**

**ABIM04184**

ABIM04185

ABIM04186

ABIM04187

ABIM04188

ABIM04189

ABIM04190

ABIM04191

ABIM04192

ABIM04193

ABIM04194

ABIM04195

ABIM04196

ABIM04197

ABIM04198

ABIM04199

ABIM04200

**ABIM04201**

ABIM04202

ABIM04203

ABIM04204

ABIM04205

**ABIM04206**

ABIM04207

**ABIM04208**

ABIM04209

ABIM04210

ABIM04211

**ABIM04212**

Since the page is essentially all black (redacted), with only headers and identifiers visible.

**ABIM04213**

# 24

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $P_{O_2}$ of 64 mm Hg, $P_{CO_2}$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $D_{L_{CO}}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

ABIM04214

ABIM04215

ABIM04216

**ABIM04217**

ABIM04218

**ABIM04219**

ABIM04220

ABIM04221

ABIM04222

ABIM04223

ABIM04224

ABIM04225

ABIM04226

ABIM04227

ABIM04228

ABIM04229

ABIM04230

ABIM04231

ABIM04232

ABIM04233

# 34

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

| | **Four months ago** | **Today** |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* | — | 12 |
| Serum bilirubin (mg/dL) | | |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | 230400 | |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A. Autoimmune hemolytic anemia
B. Acute viral hepatitis
C. Folic acid deficiency
D. Transformation to large cell lymphoma
E. Progressive replacement of bone marrow by chronic lymphocytic leukemia

ABIM04234

ABIM04235

ABIM04236

ABIM04237

# 36

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

**ABIM04238**

ABIM04239

**ABIM04240**

ABIM04241

ABIM04242

ABIM04243

**ABIM04244**

ABIM04245

ABIM04246

ABIM04247

ABIM04248

ABIM04249

**ABIM04250**

ABIM04251

ABIM04252

**ABIM04253**

ABIM04254

ABIM04255

ABIM04256

ABIM04257

ABIM04258

ABIM04259

ABIM04260

ABIM04261

ABIM04262

ABIM04263

ABIM04264

ABIM04265

ABIM04266

ABIM04267

ABIM04268

ABIM04269

ABIM04270

**ABIM04271**

ABIM04272

ABIM04273

ABIM04274

ABIM04275

ABIM04276

ABIM04277

ABIM04278

**ABIM04279**

**ABIM04280**

ABIM04281

ABIM04282

**ABIM04283**

ABIM04284

ABIM04285

ABIM04286

# Internal Medicine

## Module 017

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

**ABIM04288**

ABIM04289

**ABIM04290**

**ABIM04291**

ABIM04292

**ABIM04293**

ABIM04294

ABIM04295

ABIM04296

ABIM04297

ABIM04298

ABIM04299

ABIM04300

ABIM04301

ABIM04302

**ABIM04303**

ABIM04304

ABIM04305

ABIM04306

**ABIM04307**

ABIM04308

ABIM04309

**ABIM04310**

ABIM04311

ABIM04312

ABIM04313

ABIM04314

ABIM04315

ABIM04316

**ABIM04317**

ABIM04318

**ABIM04319**

**ABIM04320**

ABIM04321

ABIM04322

ABIM04323

**ABIM04324**

ABIM04325

ABIM04326

ABIM04327

ABIM04328

**ABIM04329**

ABIM04330

ABIM04331

**ABIM04332**

ABIM04333

# 24

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $PO_2$ of 64 mm Hg, $PCO_2$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $DL_{CO}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

ABIM04334

ABIM04335

ABIM04336

ABIM04337

**ABIM04338**

ABIM04339

ABIM04340

ABIM04341

ABIM04342

ABIM04343

**ABIM04344**

ABIM04345

ABIM04346

ABIM04347

ABIM04348

ABIM04349

**ABIM04350**

ABIM04351

ABIM04352

ABIM04353

# 34

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

| | Four months ago | Today |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* | — | 12 |
| Serum bilirubin (mg/dL) | | |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | 230400 | |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A. Autoimmune hemolytic anemia
B. Acute viral hepatitis
C. Folic acid deficiency
D. Transformation to large cell lymphoma
E. Progressive replacement of bone marrow by chronic lymphocytic leukemia

ABIM04354

ABIM04355

ABIM04356

ABIM04357

# 36

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

ABIM04359

**ABIM04360**

ABIM04361

ABIM04362

ABIM04363

ABIM04364

ABIM04365

ABIM04366

ABIM04367

ABIM04368

ABIM04369

ABIM04370

ABIM04371

ABIM04372

ABIM04373

ABIM04374

ABIM04375

ABIM04376

ABIM04377

**ABIM04378**

ABIM04379

ABIM04380

ABIM04381

ABIM04382

ABIM04383

ABIM04384

ABIM04385

ABIM04386

ABIM04387

ABIM04388

**ABIM04389**

ABIM04390

ABIM04391

ABIM04392

**ABIM04393**

ABIM04394

ABIM04395

ABIM04396

ABIM04397

ABIM04398

ABIM04399

ABIM04400

ABIM04401

ABIM04402

ABIM04403

ABIM04404

ABIM04405

JA7141

ABIM04406



# Internal Medicine

## Module 018

## CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

**ABIM04408**

ABIM04409

**ABIM04410**

ABIM04411

ABIM04412

ABIM04413

ABIM04414

ABIM04415

ABIM04416

ABIM04417

ABIM04418

ABIM04419

ABIM04420

ABIM04421

ABIM04422

ABIM04423

ABIM04424

ABIM04425

ABIM04426

ABIM04427

ABIM04428

ABIM04429

ABIM04430

ABIM04431

ABIM04432

ABIM04433

ABIM04434

**ABIM04435**

ABIM04436

ABIM04437

ABIM04438

ABIM04439

ABIM04440

ABIM04441

ABIM04442

ABIM04443

ABIM04444

ABIM04445

ABIM04446

ABIM04447

ABIM04448

ABIM04449

ABIM04450

ABIM04451

ABIM04452

ABIM04453

# 24

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $PO_2$ of 64 mm Hg, $PCO_2$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $DL_{CO}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

ABIM04454

ABIM04455

ABIM04456

ABIM04457

ABIM04458

ABIM04459

ABIM04460

ABIM04461

ABIM04462

ABIM04463

ABIM04464

ABIM04465

ABIM04466

ABIM04467

ABIM04468

ABIM04469

ABIM04470

ABIM04471

ABIM04472

ABIM04473

# 34

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

| | **Four months ago** | **Today** |
|---|---|---|
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* | — | 12 |
| Serum bilirubin (mg/dL) | | |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | 230400 | |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A. Autoimmune hemolytic anemia
B. Acute viral hepatitis
C. Folic acid deficiency
D. Transformation to large cell lymphoma
E. Progressive replacement of bone marrow by chronic lymphocytic leukemia

ABIM04474

ABIM04475

ABIM04476

ABIM04477

# 36

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

ABIM04479

ABIM04480

ABIM04481

ABIM04482

ABIM04483

ABIM04484

ABIM04485

ABIM04486

ABIM04487

ABIM04488

**ABIM04489**

ABIM04490

ABIM04491

ABIM04492

ABIM04493

**ABIM04494**

ABIM04495

ABIM04496

ABIM04497

ABIM04498

ABIM04499

ABIM04500

ABIM04501

ABIM04502

ABIM04503

ABIM04504

ABIM04505

ABIM04506

ABIM04507

ABIM04508

ABIM04509

ABIM04510

ABIM04511

ABIM04512

ABIM04513

ABIM04514

ABIM04515

ABIM04516

ABIM04517

ABIM04518

ABIM04519

ABIM04520

ABIM04521

ABIM04522

ABIM04523

ABIM04524

ABIM04525

ABIM04526



# Internal Medicine

## Module 021

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM04528

ABIM04529

ABIM04530

ABIM04531

ABIM04532

ABIM04533

ABIM04534

ABIM04535

ABIM04536

ABIM04537

ABIM04538

ABIM04539

ABIM04540

ABIM04541

ABIM04542

ABIM04543

ABIM04544

ABIM04545

# 10

A 68-year-old man is admitted to the hospital because of abdominal pain, nausea, vomiting, and fever. Symptoms began about 36 hours ago. He has hypertension; two years ago he had a lacunar cerebral infarction that resulted in mild left arm weakness.

Temperature is 39.2 C (102.6 F). Pulse rate is 108 per minute, and blood pressure is 80/60 mm Hg. The right lower abdomen is tender, and evidence of peritonitis is noted. Leukocyte count is 14,200/cu mm with 78% segmented neutrophils, 12% band forms, and 10% lymphocytes. The patient is treated with intravenous fluids and imipenem–cilastatin (500 mg every six hours); laparotomy reveals a perforated appendix and peritonitis.

Myoclonus develops on the second postoperative day, followed by a generalized seizure. Temperature is 37.6 C (99.7 F), pulse rate is 100 per minute, respirations are 16 per minute, and blood pressure is 128/88 mm Hg. The pupils are equal and reactive to light. The neck is supple. The abdomen is slightly tender, and the surgical wound is healing well. A Jackson-Pratt catheter drains a small amount of serous fluid. Neurologic examination shows only postictal lethargy and the previously noted arm weakness.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 36% |
| Hemoglobin | 12.8 g/dL |
| Leukocyte count | 10,600/cu mm; 88% segmented neutrophils, 4% band forms, 8% lymphocytes |
| Plasma glucose | 260 mg/dL |
| Blood urea nitrogen | 46 mg/dL |
| Serum creatinine | 2.8 mg/dL |
| Serum total bilirubin | 1.4 mg/dL |
| Serum aspartate aminotransferase (AST) | 58 U/L |
| Serum calcium | 7.8 mg/dL |
| Serum phosphorus | 4.8 mg/dL |
| Serum electrolytes | Normal |
| Serum albumin | 2.4 g/dL |

Which of the following is the most likely cause of the seizure?

A. Reaction to imipenem–cilastatin
B. Hypocalcemia
C. Intracranial hemorrhage
D. Bacterial meningitis
E. Brain abscess

ABIM04546

ABIM04547

ABIM04548

ABIM04549

ABIM04550

ABIM04551

**ABIM04552**

ABIM04553

# 14

Which of the following immunoglobulin preparations is used appropriately in the situation described?

A. Hepatitis A immunoglobulin as prophylaxis in a person traveling to a developing nation in six weeks
B. Hepatitis B immunoglobulin for postexposure prophylaxis of a nonimmunized person
C. Rabies immunoglobulin for postexposure management of a person previously immunized with human diploid cell (rabies) vaccine
D. Tetanus immunoglobulin for postexposure prophylaxis in a person who sustained an open tibia–fibula fracture while participating in gymnastics and whose last tetanus booster was 15 years ago
E. Varicella immunoglobulin after exposure in an otherwise healthy unvaccinated child

ABIM04555

ABIM04556

ABIM04557

ABIM04558

ABIM04559

**ABIM04560**

ABIM04561

ABIM04562

ABIM04563

ABIM04564

ABIM04565

ABIM04566

ABIM04567

ABIM04568

ABIM04569

ABIM04570

ABIM04571

ABIM04572

**ABIM04573**

ABIM04574

ABIM04575

[redacted]

ABIM04576

ABIM04577

ABIM04578

ABIM04579

ABIM04580

ABIM04581

ABIM04582

ABIM04583

ABIM04584

ABIM04585

ABIM04586

ABIM04587

ABIM04588

ABIM04589

# 32

A 34-year-old man has had intermittent palpitations and lightheadedness for one week. He has not fainted. Pulse rate is 88 per minute, and blood pressure is 120/82 mm Hg. $S_1$ is normal; $S_2$ splits with inspiration. An $S_4$ is heard. A harsh grade 2/6 midsystolic murmur at the left lower sternal border increases in intensity when the patient stands and with the strain phase of the Valsalva maneuver. The murmur decreases in intensity when the patient squats and with passive leg-raising. The lungs are clear. The remainder of the physical examination is normal. Electrocardiography shows left ventricular hypertrophy and two ventricular premature complexes.

Which of the following is the mostly likely cause of the murmur?

A. Aortic stenosis
B. Atrial septal defect
C. Hypertrophic cardiomyopathy with obstruction
D. Mitral regurgitation
E. Tricuspid regurgitation

ABIM04590

ABIM04591

ABIM04592

ABIM04593

ABIM04594

ABIM04595

ABIM04596

ABIM04597

ABIM04598

ABIM04599

ABIM04600

ABIM04601

ABIM04602

ABIM04603

ABIM04604

ABIM04605

ABIM04606

ABIM04607

ABIM04608

ABIM04609

ABIM04610

ABIM04611

ABIM04612

ABIM04613

ABIM04614

ABIM04615

# 45

A 62-year-old man who had an anterior myocardial infarction was found to have severe three-vessel coronary artery disease and underwent coronary artery bypass surgery. Now, four months later, he returns for a follow-up evaluation. He has felt well except for mild dyspnea on exertion. He has hyperlipidemia and smokes cigarettes. Current medications are aspirin, atorvastatin, ramipril, and metoprolol.

Physical examination is normal. Electrocardiography shows left bundle branch block. Radionuclide ventriculography shows an ejection fraction of 25%. Because of an episode of dizziness, 24-hour ambulatory electrocardiographic monitoring is done and shows moderately frequent ventricular premature complexes, rare ventricular couplets, and a four-beat run of nonsustained ventricular tachycardia.

Which of the following is the best management approach to the arrhythmia?

A. Amiodarone
B. An event monitor
C. An electrophysiology study
D. An implantable cardioverter–defibrillator

ABIM04617

ABIM04618

ABIM04619

**ABIM04620**

ABIM04621

ABIM04622

ABIM04623

ABIM04624

ABIM04625

ABIM04626

ABIM04627

ABIM04628

ABIM04629

ABIM04630

ABIM04631

ABIM04632

ABIM04633

ABIM04634

ABIM04635

ABIM04636

ABIM04637

ABIM04638

ABIM04639

ABIM04640

ABIM04641

**ABIM04642**

ABIM04643

ABIM04644

ABIM04645

ABIM04646

ABIM04647

# Internal Medicine

## Module 022

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM04649

ABIM04650

ABIM04651

ABIM04652

ABIM04653

ABIM04654

ABIM04655

ABIM04656

ABIM04657

ABIM04658

ABIM04659

ABIM04660

ABIM04661

ABIM04662

**ABIM04663**

ABIM04664

ABIM04665

ABIM04666

ABIM04667

ABIM04668

ABIM04669

# 11

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

ABIM04671

# 12

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $P_{O_2}$ of 64 mm Hg, $P_{CO_2}$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $D_{L_{CO}}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

ABIM04673

ABIM04674

ABIM04675

ABIM04676

ABIM04677

ABIM04678

ABIM04679

ABIM04680

ABIM04681

ABIM04682

ABIM04683

ABIM04684

ABIM04685

ABIM04686

ABIM04687

ABIM04688

ABIM04689

ABIM04690

ABIM04691

ABIM04692

ABIM04693

ABIM04694

ABIM04695

ABIM04696

ABIM04697

ABIM04698

ABIM04699

ABIM04700

ABIM04701

ABIM04702

ABIM04703

**ABIM04704**

ABIM04705

ABIM04706

ABIM04707

ABIM04708

ABIM04709

**ABIM04710**

ABIM04711

ABIM04712

ABIM04713

**ABIM04714**

ABIM04715

ABIM04716

ABIM04717

ABIM04718

ABIM04719

ABIM04720

**ABIM04721**

ABIM04722

ABIM04723

ABIM04724

ABIM04725

ABIM04726

ABIM04727

ABIM04728

ABIM04729

ABIM04730

ABIM04731

ABIM04732

ABIM04733

ABIM04734

ABIM04735

ABIM04736

ABIM04737

ABIM04738

ABIM04739

ABIM04740

ABIM04741

ABIM04742

ABIM04743

ABIM04744

ABIM04745

ABIM04746

ABIM04747

ABIM04748

ABIM04749

ABIM04750

ABIM04751

ABIM04752

ABIM04753

ABIM04754

ABIM04755

ABIM04756

ABIM04757

ABIM04758

ABIM04759

ABIM04760

ABIM04761

ABIM04762

ABIM04763

ABIM04764

ABIM04765

ABIM04766

ABIM04767

ABIM04768



# Internal Medicine

## Module 023

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM04770

ABIM04771

ABIM04772

ABIM04773

ABIM04774

ABIM04775

ABIM04776

ABIM04777

ABIM04778

ABIM04779

ABIM04780

ABIM04781

**ABIM04782**

ABIM04783

ABIM04784

ABIM04785

ABIM04786

ABIM04787

ABIM04788

**ABIM04789**

ABIM04790

ABIM04791

ABIM04792

ABIM04793

ABIM04794

ABIM04795

ABIM04796

ABIM04797

ABIM04798

ABIM04799

**ABIM04800**

ABIM04801

ABIM04802

**ABIM04803**

ABIM04804

ABIM04805

ABIM04806

ABIM04807

ABIM04808

ABIM04809

**ABIM04810**

ABIM04811

ABIM04812

ABIM04813

ABIM04814

ABIM04815

ABIM04816

ABIM04817

ABIM04818

ABIM04819

ABIM04820

ABIM04821

ABIM04822

ABIM04823

**ABIM04824**

ABIM04825

ABIM04826

ABIM04827

ABIM04828

ABIM04829

ABIM04830

**ABIM04831**

ABIM04832

**ABIM04833**

ABIM04834

ABIM04835

ABIM04836

ABIM04837

ABIM04838

ABIM04839

ABIM04840

**ABIM04841**

# 37

A 34-year-old male house painter has had weakness in the right arm and pain in the right shoulder since he lost his footing on a ladder and fell onto his outstretched arm yesterday. The pain is not severe and occurs only with motion of the shoulder. He is right handed and is unable to elevate that arm to paint. He has no other complaints and generally feels well.

The patient is unable to actively abduct the right arm. When you raise the arm 60 degrees, he is unable to maintain the elevation against gravity. When you abduct the arm 90 degrees, he is able to continue the motion. The shoulder has full passive range of motion and local tenderness to palpation beneath the tip of the acromion. The cervical spine has full range of motion, and no paraspinal tenderness or muscle atrophy is present. Reflexes in the arm are intact. Sensory examination is normal, as is the remainder of the physical examination. Complete blood count, comprehensive metabolic panel, and radiograph of the shoulder are normal.

Which of the following is the most likely diagnosis?

A. Acute avascular necrosis of the humeral head
B. Acute deltoid muscle rupture
C. Acute rotator cuff tear
D. Acute supraspinatus tendinitis
E. Rupture of the tendon of the long head of the biceps

**ABIM04842**

ABIM04843

ABIM04844

ABIM04845

ABIM04846

ABIM04847

ABIM04848

ABIM04849

ABIM04850

ABIM04851

ABIM04852

ABIM04853

ABIM04854

ABIM04855

ABIM04856

ABIM04857

ABIM04858

ABIM04859

ABIM04860

ABIM04861

ABIM04862

ABIM04863

ABIM04864

ABIM04865

ABIM04866

ABIM04867

ABIM04868

ABIM04869

ABIM04870

ABIM04871

ABIM04872

ABIM04873

ABIM04874

ABIM04875

ABIM04876

ABIM04877

ABIM04878

ABIM04879

**ABIM04880**

ABIM04881

# 57

A 65-year-old woman has seen blood on the toilet tissue after she urinates. She has had vulvar itching but no urinary tract symptoms. The patient had a vaginal hysterectomy ten years ago because of uterine leiomyomas.

Physical examination reveals a velvety, red, slightly friable 2x2–cm plaque at the vaginal introitus extending from the edge of the urethra to the left labium minus. No tenderness or induration is noted. The vaginal mucosa is atrophic with a clear, watery discharge. The cervix is absent.

Which of the following is the most appropriate next step for this vulvar plaque?

A. Darkfield examination of the lesion
B. Biopsy of the lesion
C. Topical low-potency corticosteroids
D. Topical estrogen
E. Topical imiquimod (Aldara)

**ABIM04883**

ABIM04884

ABIM04885

ABIM04886

ABIM04887

ABIM04888



# Internal Medicine

## Module 024

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM04890

ABIM04891

ABIM04892

ABIM04893

ABIM04894

ABIM04895

ABIM04896

ABIM04897

ABIM04898

ABIM04899

**ABIM04900**

ABIM04901

ABIM04902

ABIM04903

ABIM04904

ABIM04905

ABIM04906

ABIM04907

ABIM04908

ABIM04909

ABIM04910

ABIM04911

ABIM04912

ABIM04913

ABIM04914

ABIM04915

ABIM04916

ABIM04917

ABIM04918

ABIM04919

ABIM04920

ABIM04921

ABIM04922

ABIM04923

ABIM04924

ABIM04925

ABIM04926

ABIM04927

ABIM04928

ABIM04929

ABIM04930

ABIM04931

ABIM04932

ABIM04933

ABIM04934

ABIM04935

ABIM04936

ABIM04937

ABIM04938

ABIM04939

ABIM04940

ABIM04941

ABIM04942

ABIM04943

ABIM04944

ABIM04945

# 29

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

ABIM04947

# 30

A 50-year-old man comes to the emergency department because of severe chest pain. Nausea developed after the patient drank more than six cocktails earlier this evening. He vomited five or six times and had dry heaves. Left retrosternal pain began one hour ago, followed by a feeling of impending doom.

The patient appears anxious and is in acute distress. Pulse rate is 140 per minute and regular. Respirations are 24 per minute, and blood pressure is 90/50 mm Hg in both arms. No murmurs, gallops, or rubs are heard. Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung base. Arterial blood $PO_2$ is 80 mm Hg, $PCO_2$ is 30 mm Hg, and pH is 7.48. Electrocardiogram shows sinus tachycardia and nonspecific ST–T wave changes. Chest radiograph reveals a left pleural effusion.

Which of the following is the most likely diagnosis?

A. Acute dissecting aortic aneurysm
B. Acute myocardial infarction
C. Aspiration pneumonia
D. Esophageal rupture
E. Posteriorly penetrating peptic ulcer

ABIM04949

ABIM04950

ABIM04951

ABIM04952

ABIM04953

ABIM04954

ABIM04955

ABIM04956

ABIM04957

ABIM04958

ABIM04959

ABIM04960

ABIM04961

ABIM04962

ABIM04963

ABIM04964

ABIM04965

# 39

An 83-year-old woman is brought to the emergency department because she has had increasing somnolence and poor oral intake for four days. She has had a sore throat and cough for one week. Her husband states that she has been too tired to participate in their usual social activities for six months. He does not think she has had a fever or chills. She takes no medications and does not drink alcoholic beverages or smoke cigarettes.

The patient is difficult to arouse. Temperature is 35.0 C (95.0 F), pulse rate is 48 per minute and regular, respirations are 14 per minute, and blood pressure is 96/60 mm Hg. Oxygen saturation by pulse oximetry is 90%, with the patient breathing oxygen (2 L/min). Her face appears swollen. A thyroidectomy scar is visible. No carotid bruits are heard. Cardiac examination shows bradycardia. Dullness to percussion and bronchial breath sounds are audible in the right posterior lung field. Reflexes are delayed but symmetric. Chest radiograph shows a right lower lobe opacity. Blood cultures are obtained, and intravenous fluids and antibiotics are begun.

Laboratory studies:

| Test | Result |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 12,000/cu mm |
| Plasma glucose | 58 mg/dL |
| Serum electrolytes | |
| Sodium | 132 mEq/L |
| Potassium | 5.0 mEq/L |
| Chloride | 92 mEq/L |
| Bicarbonate | 25 mEq/L |

Which of the following is the most appropriate management?

A. Active warming
B. Intravenous bolus of 50% dextrose
C. Dopamine infusion
D. Intravenous methylprednisolone
E. L-thyroxine and intravenous hydrocortisone

ABIM04966

ABIM04967

ABIM04968

ABIM04969

ABIM04970

ABIM04971

ABIM04972

**ABIM04973**

**ABIM04974**

ABIM04975

ABIM04976

ABIM04977

ABIM04978

ABIM04979

ABIM04980

ABIM04981

ABIM04982

ABIM04983

ABIM04984

ABIM04985

ABIM04986

ABIM04987

ABIM04988

ABIM04989

# 51

Four weeks ago, a 66-year-old woman was hospitalized for three days for treatment of community-acquired pneumonia with moxifloxacin. Her course was complicated by mild phlebitis and bacteremia due to methicillin-resistant *Staphylococcus aureus,* which resolved after removal of a catheter from her left forearm and treatment with intravenous vancomycin. She has chronic obstructive pulmonary disease that is characterized by production of four or five tablespoons of thick white sputum most mornings. She continues to smoke one pack of cigarettes daily, as she has for over 40 years. One week ago the patient had neck pain radiating to the shoulders. Temperature was 37.8 C (100.0 F). The cervical spine was slightly tender. Physical examination was otherwise normal.

Today the patient has difficulty breathing, and she is admitted to the hospital. Temperature is 38.9 C (102.0 F) rectally. Pulse rate is 92 per minute. Blood pressure is 120/66 mm Hg. The neck is stiff and tender to palpation. The lungs are clear. She has marked weakness of the muscles of respiration, both arms, the abdominal wall, and the back; slight weakness of the legs is noted. Sensation to pinprick is decreased below the neck. Position and vibratory sensations are diminished in the lower extremities. Upper extremity reflexes are hypoactive; the lower extremities are hyperreflexive. Plantar reflexes are extensor. Hemoglobin is 12.0 g/dL, leukocyte count is 15,000/cu mm with 84% neutrophils and 16% lymphocytes, and fasting plasma glucose is 105 mg/dL. Chest radiograph shows increased anteroposterior diameter of the chest but is otherwise normal. Non–contrast-enhanced computed tomogram of the head shows no mass lesions.

Cerebrospinal fluid analysis:

| | |
|---|---|
| Opening pressure | 160 mm CSF *[70–180]* |
| Leukocyte count | 350/cu mm; 60% neutrophils, 40% lymphocytes |
| Protein | 450 mg/dL *[15–45]* |
| Glucose | 83 mg/dL *[50–75]* |
| Gram, acid-fast, and India ink stains | Negative |
| Closing pressure | 120 mm CSF |

Which of the following is the most likely diagnosis?

A. Spinal epidural abscess
B. Brain abscess
C. Lung cancer metastatic to the cervical spine
D. Carcinomatous meningitis
E. Infectious polyneuritis

**ABIM04990**

ABIM04991

# 52

A 19-year-old woman has had fever, cough, and right-sided pleuritic pain for one week. She reports malaise and reduced exercise tolerance but has not had hemoptysis or wheezing. Medical history is noncontributory. She takes no medications and does not smoke cigarettes. She has lived in Mississippi all her life. Two weeks ago, she returned from a vacation in California and Arizona.

Temperature is 38.4 C (101.1 F), pulse rate is 92 per minute and regular, respirations are 18 per minute, and blood pressure is 120/60 mm Hg. Cardiac examination is normal. Crackles are heard at the right lung base. Hematocrit and hemoglobin are normal; leukocyte count is 10,100/cu mm with 75% neutrophils, 15% lymphocytes, and 10% eosinophils. Chest radiograph shows consolidation in the right lower lobe and enlargement of the right hilar lymph nodes.

Which of the following is the most likely diagnosis?

A. Acute eosinophilic pneumonia
B. *Histoplasma* pneumonia
C. Pulmonary coccidioidomycosis
D. Allergic bronchopulmonary aspergillosis

ABIM04993

ABIM04994

ABIM04995

ABIM04996

ABIM04997

ABIM04998

ABIM04999

ABIM05000

ABIM05001

**ABIM05002**

ABIM05003

ABIM05004

ABIM05005

**ABIM05006**

ABIM05007

**ABIM05008**



# Internal Medicine

## Module 025

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM05010

ABIM05011

ABIM05012

ABIM05013

ABIM05014

ABIM05015

ABIM05016

ABIM05017

ABIM05018

ABIM05019

ABIM05020

**ABIM05021**

ABIM05022

ABIM05023

ABIM05024

ABIM05025

ABIM05026

ABIM05027

ABIM05028

ABIM05029

**ABIM05030**

ABIM05031

ABIM05032

ABIM05033

ABIM05034

ABIM05035

ABIM05036

ABIM05037

ABIM05038

ABIM05039

ABIM05040

ABIM05041

ABIM05042

ABIM05043

ABIM05044

ABIM05045

ABIM05046

ABIM05047

ABIM05048

ABIM05049

ABIM05050

ABIM05051

ABIM05052

ABIM05053

ABIM05054

ABIM05055

ABIM05056

ABIM05057

ABIM05058

ABIM05059

ABIM05060

**ABIM05061**

ABIM05062

**ABIM05063**

ABIM05064

ABIM05065

# 29

A 44-year-old man has had fatigue and has been sleeping poorly for several months.   He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches.   He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily.   He works long hours but eats a well-balanced diet and exercises regularly.   He has not had a recent change in weight.

BMI is 24.   Blood pressure is normal.   The nasal septum is slightly deviated to the right.   The nasal mucosa is markedly injected.   The sinuses are not tender.   Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A.    Allergic rhinitis
B.    Deviated nasal septum
C.    Rhinitis medicamentosa
D.    Subacute bacterial sinusitis
E.    Vasomotor rhinitis

ABIM05066

ABIM05067

# 30

A 50-year-old man comes to the emergency department because of severe chest pain. Nausea developed after the patient drank more than six cocktails earlier this evening. He vomited five or six times and had dry heaves. Left retrosternal pain began one hour ago, followed by a feeling of impending doom.

The patient appears anxious and is in acute distress. Pulse rate is 140 per minute and regular. Respirations are 24 per minute, and blood pressure is 90/50 mm Hg in both arms. No murmurs, gallops, or rubs are heard. Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung base. Arterial blood $PO_2$ is 80 mm Hg, $PCO_2$ is 30 mm Hg, and pH is 7.48. Electrocardiogram shows sinus tachycardia and nonspecific ST–T wave changes. Chest radiograph reveals a left pleural effusion.

Which of the following is the most likely diagnosis?

A. Acute dissecting aortic aneurysm
B. Acute myocardial infarction
C. Aspiration pneumonia
D. Esophageal rupture
E. Posteriorly penetrating peptic ulcer

ABIM05069

ABIM05070

ABIM05071

ABIM05072

**ABIM05073**

**ABIM05074**

ABIM05075

ABIM05076

ABIM05077

ABIM05078

**ABIM05079**

ABIM05080

ABIM05081

ABIM05082

ABIM05083

ABIM05084

ABIM05085

# 39

An 83-year-old woman is brought to the emergency department because she has had increasing somnolence and poor oral intake for four days. She has had a sore throat and cough for one week. Her husband states that she has been too tired to participate in their usual social activities for six months. He does not think she has had a fever or chills. She takes no medications and does not drink alcoholic beverages or smoke cigarettes.

The patient is difficult to arouse. Temperature is 35.0 C (95.0 F), pulse rate is 48 per minute and regular, respirations are 14 per minute, and blood pressure is 96/60 mm Hg. Oxygen saturation by pulse oximetry is 90%, with the patient breathing oxygen (2 L/min). Her face appears swollen. A thyroidectomy scar is visible. No carotid bruits are heard. Cardiac examination shows bradycardia. Dullness to percussion and bronchial breath sounds are audible in the right posterior lung field. Reflexes are delayed but symmetric. Chest radiograph shows a right lower lobe opacity. Blood cultures are obtained, and intravenous fluids and antibiotics are begun.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 12,000/cu mm |
| Plasma glucose | 58 mg/dL |
| Serum electrolytes | |
| Sodium | 132 mEq/L |
| Potassium | 5.0 mEq/L |
| Chloride | 92 mEq/L |
| Bicarbonate | 25 mEq/L |

Which of the following is the most appropriate management?

A. Active warming
B. Intravenous bolus of 50% dextrose
C. Dopamine infusion
D. Intravenous methylprednisolone
E. L-thyroxine and intravenous hydrocortisone

ABIM05086

ABIM05087

ABIM05088

ABIM05089

ABIM05090

ABIM05091

ABIM05092

**ABIM05093**

**ABIM05094**

ABIM05095

ABIM05096

ABIM05097

ABIM05098

ABIM05099

ABIM05100

ABIM05101

ABIM05102

ABIM05103

**ABIM05104**

ABIM05105

ABIM05106

ABIM05107

ABIM05108

ABIM05109

ABIM05110

ABIM05111

ABIM05112

ABIM05113

ABIM05114

ABIM05115

ABIM05116

ABIM05117

**ABIM05118**

ABIM05119

ABIM05120

ABIM05121

ABIM05122

ABIM05123

ABIM05124

ABIM05125

ABIM05126

ABIM05127

ABIM05128



# Internal Medicine

## Module 026

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

**ABIM05130**

ABIM05131

ABIM05132

ABIM05133

ABIM05134

ABIM05135

ABIM05136

ABIM05137

ABIM05138

ABIM05139

**ABIM05140**

ABIM05141

ABIM05142

ABIM05143

ABIM05144

ABIM05145

ABIM05146

ABIM05147

ABIM05148

**ABIM05149**

ABIM05150

**ABIM05151**

ABIM05152

ABIM05153

ABIM05154

ABIM05155

ABIM05156

ABIM05157

ABIM05158

ABIM05159

ABIM05160

ABIM05161

ABIM05162

ABIM05163

ABIM05164

ABIM05165

ABIM05166

ABIM05167

ABIM05168

**ABIM05169**

**ABIM05170**

ABIM05171

ABIM05172

**ABIM05173**

ABIM05174

ABIM05175

**ABIM05176**

ABIM05177

ABIM05178

ABIM05179

ABIM05180

ABIM05181

**ABIM05182**

ABIM05183

ABIM05184

ABIM05185

# 29

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

ABIM05186

ABIM05187

# 30

A 50-year-old man comes to the emergency department because of severe chest pain. Nausea developed after the patient drank more than six cocktails earlier this evening. He vomited five or six times and had dry heaves. Left retrosternal pain began one hour ago, followed by a feeling of impending doom.

The patient appears anxious and is in acute distress. Pulse rate is 140 per minute and regular. Respirations are 24 per minute, and blood pressure is 90/50 mm Hg in both arms. No murmurs, gallops, or rubs are heard. Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung base. Arterial blood $PO_2$ is 80 mm Hg, $PCO_2$ is 30 mm Hg, and pH is 7.48. Electrocardiogram shows sinus tachycardia and nonspecific ST–T wave changes. Chest radiograph reveals a left pleural effusion.

Which of the following is the most likely diagnosis?

A. Acute dissecting aortic aneurysm
B. Acute myocardial infarction
C. Aspiration pneumonia
D. Esophageal rupture
E. Posteriorly penetrating peptic ulcer

ABIM05188

ABIM05189

**ABIM05190**

ABIM05191

ABIM05192

ABIM05193

ABIM05194

ABIM05195

ABIM05196

ABIM05197

ABIM05198

**ABIM05199**

ABIM05200

ABIM05201

**ABIM05202**

ABIM05203

ABIM05204

ABIM05205

# 39

An 83-year-old woman is brought to the emergency department because she has had increasing somnolence and poor oral intake for four days. She has had a sore throat and cough for one week. Her husband states that she has been too tired to participate in their usual social activities for six months. He does not think she has had a fever or chills. She takes no medications and does not drink alcoholic beverages or smoke cigarettes.

The patient is difficult to arouse. Temperature is 35.0 C (95.0 F), pulse rate is 48 per minute and regular, respirations are 14 per minute, and blood pressure is 96/60 mm Hg. Oxygen saturation by pulse oximetry is 90%, with the patient breathing oxygen (2 L/min). Her face appears swollen. A thyroidectomy scar is visible. No carotid bruits are heard. Cardiac examination shows bradycardia. Dullness to percussion and bronchial breath sounds are audible in the right posterior lung field. Reflexes are delayed but symmetric. Chest radiograph shows a right lower lobe opacity. Blood cultures are obtained, and intravenous fluids and antibiotics are begun.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 12,000/cu mm |
| Plasma glucose | 58 mg/dL |
| Serum electrolytes | |
| Sodium | 132 mEq/L |
| Potassium | 5.0 mEq/L |
| Chloride | 92 mEq/L |
| Bicarbonate | 25 mEq/L |

Which of the following is the most appropriate management?

A. Active warming
B. Intravenous bolus of 50% dextrose
C. Dopamine infusion
D. Intravenous methylprednisolone
E. L-thyroxine and intravenous hydrocortisone

ABIM05206

ABIM05207

ABIM05208

ABIM05209

**ABIM05210**

**ABIM05211**

**ABIM05212**

ABIM05213

ABIM05214

ABIM05215

ABIM05216

ABIM05217

ABIM05218

ABIM05219

ABIM05220

**ABIM05221**

ABIM05222

**ABIM05223**

**ABIM05224**

ABIM05225

ABIM05226

ABIM05227

**ABIM05228**

ABIM05229

ABIM05230

ABIM05231

ABIM05232

ABIM05233

**ABIM05234**

ABIM05235

ABIM05236

ABIM05237

ABIM05238

ABIM05239

ABIM05240

ABIM05241

ABIM05242

ABIM05243

ABIM05244

ABIM05245

ABIM05246

ABIM05247

ABIM05248



# Internal Medicine

## Module 027

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM05250

ABIM05251

ABIM05252

ABIM05253

ABIM05254

ABIM05255

ABIM05256

ABIM05257

ABIM05258

ABIM05259

ABIM05260

ABIM05261

ABIM05262

ABIM05263

ABIM05264

ABIM05265

ABIM05266

ABIM05267

ABIM05268

ABIM05269

ABIM05270

ABIM05271

ABIM05272

ABIM05273

**ABIM05274**

ABIM05275

ABIM05276

ABIM05277

ABIM05278

ABIM05279

**ABIM05280**

ABIM05281

ABIM05282

ABIM05283

ABIM05284

ABIM05285

ABIM05286

ABIM05287

ABIM05288

ABIM05289

ABIM05290

ABIM05291

ABIM05292

ABIM05293

ABIM05294

ABIM05295

ABIM05296

ABIM05297

ABIM05298

ABIM05299

ABIM05300

**ABIM05301**

ABIM05302

ABIM05303

ABIM05304

ABIM05305

# 29

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

**ABIM05306**

ABIM05307

# 30

A 50-year-old man comes to the emergency department because of severe chest pain. Nausea developed after the patient drank more than six cocktails earlier this evening. He vomited five or six times and had dry heaves. Left retrosternal pain began one hour ago, followed by a feeling of impending doom.

The patient appears anxious and is in acute distress. Pulse rate is 140 per minute and regular. Respirations are 24 per minute, and blood pressure is 90/50 mm Hg in both arms. No murmurs, gallops, or rubs are heard. Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung base. Arterial blood $PO_2$ is 80 mm Hg, $PCO_2$ is 30 mm Hg, and pH is 7.48. Electrocardiogram shows sinus tachycardia and nonspecific ST–T wave changes. Chest radiograph reveals a left pleural effusion.

Which of the following is the most likely diagnosis?

A. Acute dissecting aortic aneurysm
B. Acute myocardial infarction
C. Aspiration pneumonia
D. Esophageal rupture
E. Posteriorly penetrating peptic ulcer

ABIM05308

ABIM05309

**ABIM05310**

ABIM05311

ABIM05312

ABIM05313

ABIM05314

ABIM05315

ABIM05316

ABIM05317

ABIM05318

ABIM05319

ABIM05320

ABIM05321

ABIM05322

ABIM05323

ABIM05324

ABIM05325

# 39

An 83-year-old woman is brought to the emergency department because she has had increasing somnolence and poor oral intake for four days. She has had a sore throat and cough for one week. Her husband states that she has been too tired to participate in their usual social activities for six months. He does not think she has had a fever or chills. She takes no medications and does not drink alcoholic beverages or smoke cigarettes.

The patient is difficult to arouse. Temperature is 35.0 C (95.0 F), pulse rate is 48 per minute and regular, respirations are 14 per minute, and blood pressure is 96/60 mm Hg. Oxygen saturation by pulse oximetry is 90%, with the patient breathing oxygen (2 L/min). Her face appears swollen. A thyroidectomy scar is visible. No carotid bruits are heard. Cardiac examination shows bradycardia. Dullness to percussion and bronchial breath sounds are audible in the right posterior lung field. Reflexes are delayed but symmetric. Chest radiograph shows a right lower lobe opacity. Blood cultures are obtained, and intravenous fluids and antibiotics are begun.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 12,000/cu mm |
| Plasma glucose | 58 mg/dL |
| Serum electrolytes | |
| Sodium | 132 mEq/L |
| Potassium | 5.0 mEq/L |
| Chloride | 92 mEq/L |
| Bicarbonate | 25 mEq/L |

Which of the following is the most appropriate management?

A. Active warming
B. Intravenous bolus of 50% dextrose
C. Dopamine infusion
D. Intravenous methylprednisolone
E. L-thyroxine and intravenous hydrocortisone

ABIM05326

**ABIM05327**

ABIM05328

ABIM05329

ABIM05330

ABIM05331

ABIM05332

ABIM05333

ABIM05334

ABIM05335

ABIM05336

ABIM05337

ABIM05338

ABIM05339

ABIM05340

ABIM05341

ABIM05342

ABIM05343

**ABIM05344**

ABIM05345

ABIM05346

ABIM05347

ABIM05348

ABIM05349

ABIM05350

ABIM05351

ABIM05352

ABIM05353

ABIM05354

ABIM05355

ABIM05356

ABIM05357

ABIM05358

ABIM05359

ABIM05360

ABIM05361

ABIM05362

ABIM05363

ABIM05364

ABIM05365

ABIM05366

ABIM05367

ABIM05368



# Internal Medicine

## Module 028

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM05370

ABIM05371

ABIM05372

ABIM05373

ABIM05374

ABIM05375

ABIM05376

ABIM05377

**ABIM05378**

ABIM05379

ABIM05380


ABIM05381

ABIM05382

ABIM05383

ABIM05384

ABIM05385

ABIM05386

ABIM05387

ABIM05388

ABIM05389

**ABIM05390**

ABIM05391

ABIM05392

ABIM05393

ABIM05394

ABIM05395

ABIM05396

**ABIM05397**

ABIM05398

ABIM05399

ABIM05400

ABIM05401

ABIM05402

ABIM05403

ABIM05404

ABIM05405

ABIM05406

ABIM05407

ABIM05408

ABIM05409

ABIM05410

ABIM05411

ABIM05412

ABIM05413

ABIM05414

ABIM05415

ABIM05416

ABIM05417

ABIM05418

**ABIM05419**

ABIM05420

ABIM05421

ABIM05422

ABIM05423

ABIM05424

ABIM05425

# 29

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

PageID: 23464

ABIM05427

JA8163

# 30

A 50-year-old man comes to the emergency department because of severe chest pain. Nausea developed after the patient drank more than six cocktails earlier this evening. He vomited five or six times and had dry heaves. Left retrosternal pain began one hour ago, followed by a feeling of impending doom.

The patient appears anxious and is in acute distress. Pulse rate is 140 per minute and regular. Respirations are 24 per minute, and blood pressure is 90/50 mm Hg in both arms. No murmurs, gallops, or rubs are heard. Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung base. Arterial blood $PO_2$ is 80 mm Hg, $PCO_2$ is 30 mm Hg, and pH is 7.48. Electrocardiogram shows sinus tachycardia and nonspecific ST–T wave changes. Chest radiograph reveals a left pleural effusion.

Which of the following is the most likely diagnosis?

A. Acute dissecting aortic aneurysm
B. Acute myocardial infarction
C. Aspiration pneumonia
D. Esophageal rupture
E. Posteriorly penetrating peptic ulcer

ABIM05429

ABIM05430

**ABIM05431**

ABIM05432

ABIM05433

ABIM05434

ABIM05435

ABIM05436

ABIM05437

ABIM05438

ABIM05439

ABIM05440

ABIM05441

ABIM05442

ABIM05443

ABIM05444

ABIM05445

# 39

An 83-year-old woman is brought to the emergency department because she has had increasing somnolence and poor oral intake for four days. She has had a sore throat and cough for one week. Her husband states that she has been too tired to participate in their usual social activities for six months. He does not think she has had a fever or chills. She takes no medications and does not drink alcoholic beverages or smoke cigarettes.

The patient is difficult to arouse. Temperature is 35.0 C (95.0 F), pulse rate is 48 per minute and regular, respirations are 14 per minute, and blood pressure is 96/60 mm Hg. Oxygen saturation by pulse oximetry is 90%, with the patient breathing oxygen (2 L/min). Her face appears swollen. A thyroidectomy scar is visible. No carotid bruits are heard. Cardiac examination shows bradycardia. Dullness to percussion and bronchial breath sounds are audible in the right posterior lung field. Reflexes are delayed but symmetric. Chest radiograph shows a right lower lobe opacity. Blood cultures are obtained, and intravenous fluids and antibiotics are begun.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 38% |
| Leukocyte count | 12,000/cu mm |
| Plasma glucose | 58 mg/dL |
| Serum electrolytes | |
| Sodium | 132 mEq/L |
| Potassium | 5.0 mEq/L |
| Chloride | 92 mEq/L |
| Bicarbonate | 25 mEq/L |

Which of the following is the most appropriate management?

A. Active warming
B. Intravenous bolus of 50% dextrose
C. Dopamine infusion
D. Intravenous methylprednisolone
E. L-thyroxine and intravenous hydrocortisone

ABIM05446

ABIM05447

ABIM05448

ABIM05449

ABIM05450

ABIM05451

ABIM05452

ABIM05453

ABIM05454

ABIM05455

ABIM05456

**ABIM05457**

ABIM05458

ABIM05459

ABIM05460

ABIM05461

ABIM05462

ABIM05463

ABIM05464

ABIM05465

ABIM05466

ABIM05467

ABIM05468

ABIM05469

ABIM05470

ABIM05471

ABIM05472

ABIM05473

ABIM05474

ABIM05475

ABIM05476

**ABIM05477**

ABIM05478

ABIM05479

ABIM05480

ABIM05481

# 57

A 37-year-old man has had progressive blurring of vision in his left eye for 14 days and mild left eye discomfort for three days. He uses intravenous heroin. Serologic test for antibodies to HIV was negative 18 months ago.

Vital signs are normal. Visual acuity is 20/20 in the right eye and 20/400 in the left. Pupil size is symmetric, and light reaction is normal. Funduscopic examination of the left eye reveals a yellow-white opacity extending into the vitreous and overlying the temporal aspect of the optic disk, extending toward the macula.

Which of the following is the most likely diagnosis?

A. *Candida* endophthalmitis
B. Central retinal vein occlusion
C. Cytomegalovirus retinitis
D. Optic neuritis
E. Retinal detachment

ABIM05482

ABIM05483

**ABIM05484**

ABIM05485

ABIM05486

ABIM05487

ABIM05488

# Internal Medicine

## Module 031

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM05490

ABIM05491

ABIM05492

ABIM05493

ABIM05494

ABIM05495

# 4

A 73-year-old man was admitted to the hospital eight days ago for treatment of a fractured left hip. He now has dysphagia for both liquids and solid food, intermittent odynophagia, and chest pain associated with eating. The patient refuses to eat because of the pain. Barium swallow is shown.

Which of the following should you recommend?

A. Administration of isosorbide dinitrate
B. Administration of metoclopramide
C. Bougienage
D. Dilation with a pneumatic dilator
E. Long myotomy of the esophageal body

ABIM05497

# 5

A 42-year-old man is evaluated in the emergency department because he has had fever, a diffuse red rash, pruritus, and facial swelling for one week. The patient has diabetes mellitus and chronic kidney disease. He has required hemodialysis for three years; his last session was yesterday. Five weeks ago, he was admitted to the hospital for revision of the dialysis fistula and had a postoperative seizure. Medications are insulin, lisinopril, erythropoietin, phenytoin sodium, and calcium acetate.

The patient appears acutely ill. Temperature is 39.2 C (102.6 F), pulse is 110 per minute and regular, and blood pressure is 140/90 mm Hg. Erythroderma covers most of the body. Enlarged lymph nodes are palpable in the cervical, epitrochlear, and inguinal regions. The fistula has a palpable thrill. Radiograph of the chest is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 33% |
| Leukocyte count | 13,200/cu mm; 42% neutrophils, 14% lymphocytes, 12% monocytes, 32% eosinophils |
| Comprehensive metabolic panel | Normal except for plasma glucose of 162 mg/dL, blood urea nitrogen of 51 mg/dL, and serum creatinine of 9.5 mg/dL |
| Serum electrolytes | |
| Sodium | 129 mEq/L |
| Potassium | 5.4 mEq/L |
| Chloride | 95 mEq/L |
| Bicarbonate | 19 mEq/L |

In addition to admitting the patient to the hospital, which of the following is the most appropriate next step?

A. Discontinuation of phenytoin sodium
B. Therapy with broad-spectrum antimicrobial agents
C. Parenteral administration of corticosteroids
D. Urgent hemodialysis
E. Immediate transfer to a specialized burn unit

ABIM05498

ABIM05499

ABIM05500

ABIM05501

ABIM05502

ABIM05503

ABIM05504

ABIM05505

ABIM05506

ABIM05507

ABIM05508

ABIM05509

ABIM05510

ABIM05511

**ABIM05512**

ABIM05513

ABIM05514

ABIM05515

ABIM05516

ABIM05517

ABIM05518

ABIM05519

ABIM05520

ABIM05521

ABIM05522

ABIM05523

ABIM05524

ABIM05525

ABIM05526

ABIM05527

ABIM05528

ABIM05529

ABIM05530

ABIM05531

ABIM05532

ABIM05533

ABIM05534

ABIM05535

ABIM05536

ABIM05537

ABIM05538

**ABIM05539**

ABIM05540

ABIM05541

ABIM05542

ABIM05543

ABIM05544

ABIM05545

ABIM05546

ABIM05547

ABIM05548

ABIM05549

ABIM05550

ABIM05551

ABIM05552

ABIM05553

ABIM05554

ABIM05555

ABIM05556

ABIM05557

ABIM05558

ABIM05559

ABIM05560

ABIM05561

ABIM05562

ABIM05563

ABIM05564

ABIM05565

# 39

A 58-year-old man has recurrent epigastric pain. An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months. He has not had melena or hematochezia. He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications. Screening colonoscopy was normal two years ago. He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort. Stool is positive for occult blood. Rapid urease test is positive for *Helicobacter pylori*. Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum. Antral biopsies reveal low-grade B cell mucosa-associated lymphoid tissue (MALT) lymphoma.

Which of the following is the most appropriate treatment?

A. Lansoprazole
B. Clarithromycin, amoxicillin, and lansoprazole
C. Chemotherapy
D. Chemotherapy followed by antrectomy
E. Total gastrectomy

ABIM05567

**ABIM05568**

ABIM05569

ABIM05570

ABIM05571

ABIM05572

ABIM05573

ABIM05574

ABIM05575

ABIM05576

ABIM05577

ABIM05578

ABIM05579

ABIM05580

ABIM05581

ABIM05582

ABIM05583

ABIM05584

ABIM05585

ABIM05586

ABIM05587

ABIM05588

ABIM05589

ABIM05590

ABIM05591

ABIM05592

ABIM05593

**ABIM05594**

ABIM05595

ABIM05596

ABIM05597

ABIM05598

ABIM05599

ABIM05600

ABIM05601

ABIM05602

ABIM05603

ABIM05604

ABIM05605

ABIM05606

ABIM05607

ABIM05608



# Internal Medicine

## Module 032

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM05610

ABIM05611

ABIM05612

ABIM05613

ABIM05614

ABIM05615

ABIM05616

ABIM05617

ABIM05618

ABIM05619

**ABIM05620**

ABIM05621

ABIM05622

ABIM05623

ABIM05624

ABIM05625

# 9

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | **Beta-adrenergic blocking agents** | **Calcium channel blocking agents** | **Aldosterone antagonists** | **Type I antiarrhythmics** | **Digoxin** |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

ABIM05627

ABIM05628

ABIM05629

ABIM05630

ABIM05631

ABIM05632

ABIM05633

ABIM05634

ABIM05635

ABIM05636

ABIM05637

ABIM05638

ABIM05639

ABIM05640

ABIM05641

ABIM05642

ABIM05643

ABIM05644

ABIM05645

ABIM05646

ABIM05647

**ABIM05648**

ABIM05649

**ABIM05650**

ABIM05651

ABIM05652

ABIM05653

ABIM05654

ABIM05655

ABIM05656

ABIM05657

ABIM05658

ABIM05659

ABIM05660

ABIM05661

ABIM05662

ABIM05663

ABIM05664

ABIM05665

# 28

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $PO_2$ of 64 mm Hg, $PCO_2$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $DL_{CO}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

ABIM05667

ABIM05668

ABIM05669

ABIM05670

ABIM05671

ABIM05672

ABIM05673

ABIM05674

ABIM05675

ABIM05676

ABIM05677

ABIM05678

ABIM05679

ABIM05680

ABIM05681

ABIM05682

ABIM05683

ABIM05684

ABIM05685

ABIM05686

ABIM05687

# 39

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

**ABIM05688**

ABIM05689

ABIM05690

ABIM05691

ABIM05692

ABIM05693

**ABIM05694**

ABIM05695

ABIM05696

ABIM05697

ABIM05698

ABIM05699

ABIM05700

ABIM05701

# 46

A 50-year-old man comes to the emergency department because of severe chest pain. Nausea developed after the patient drank more than six cocktails earlier this evening. He vomited five or six times and had dry heaves. Left retrosternal pain began one hour ago, followed by a feeling of impending doom.

The patient appears anxious and is in acute distress. Pulse rate is 140 per minute and regular. Respirations are 24 per minute, and blood pressure is 90/50 mm Hg in both arms. No murmurs, gallops, or rubs are heard. Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung base. Arterial blood $PO_2$ is 80 mm Hg, $PCO_2$ is 30 mm Hg, and pH is 7.48. Electrocardiogram shows sinus tachycardia and nonspecific ST–T wave changes. Chest radiograph reveals a left pleural effusion.

Which of the following is the most likely diagnosis?

A. Acute dissecting aortic aneurysm
B. Acute myocardial infarction
C. Aspiration pneumonia
D. Esophageal rupture
E. Posteriorly penetrating peptic ulcer

**ABIM05702**

ABIM05703

ABIM05704

ABIM05705

ABIM05706

ABIM05707

ABIM05708

ABIM05709

ABIM05710

ABIM05711

ABIM05712

ABIM05713

ABIM05714

ABIM05715

ABIM05716

ABIM05717

ABIM05718

ABIM05719

ABIM05720

**ABIM05721**

ABIM05722

**ABIM05723**

ABIM05724

**ABIM05725**

ABIM05726

ABIM05727

**ABIM05728**

ABIM05729

ABIM05730



# Internal Medicine

## Module 034

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM05732

ABIM05733

ABIM05734

ABIM05735

ABIM05736

ABIM05737

ABIM05738

ABIM05739

ABIM05740

ABIM05741

ABIM05742

ABIM05743

ABIM05744

ABIM05745

ABIM05746

ABIM05747

ABIM05748

ABIM05749

ABIM05750

ABIM05751

ABIM05752

ABIM05753

ABIM05754

ABIM05755

ABIM05756

ABIM05757

ABIM05758

ABIM05759

# 15

Three days ago, a 74-year-old man was hospitalized for treatment of community-acquired pneumonia. Levofloxacin was begun. This morning, blood cultures were growing *Streptococcus pneumoniae*, and treatment was switched to intravenous penicillin. He received the first dose 45 minutes ago and now reports extreme weakness and generalized pruritus. He does not have a history of penicillin allergy and took amoxicillin recently without incident.

The patient is awake, alert, and agitated. Temperature is 37.2 C (99.0 F). Pulse rate is 120 per minute and regular, and respirations are 28 per minute. Blood pressure is 70/40 mm Hg. The eyelids and lips are slightly swollen. Generalized urticaria is present. The neck is supple. Cardiopulmonary, abdominal, and neurologic examinations are normal.

Which of the following medications should be administered immediately?

A. Corticosteroids
B. Diphenhydramine
C. Dopamine
D. Epinephrine

**ABIM05760**

ABIM05761

ABIM05762

ABIM05763

ABIM05764

ABIM05765

ABIM05766

ABIM05767

ABIM05768

ABIM05769

ABIM05770

ABIM05771

ABIM05772

ABIM05773

ABIM05774

ABIM05775

ABIM05776

ABIM05777

ABIM05778

ABIM05779

ABIM05780

ABIM05781

ABIM05782

ABIM05783

ABIM05784

ABIM05785

ABIM05786

ABIM05787

ABIM05788

ABIM05789

ABIM05790

ABIM05791

ABIM05792

**ABIM05793**

ABIM05794

ABIM05795

ABIM05796

ABIM05797

ABIM05798

ABIM05799

**ABIM05800**

ABIM05801

ABIM05802

ABIM05803

ABIM05804

ABIM05805

ABIM05806

ABIM05807

ABIM05808

ABIM05809

ABIM05810

ABIM05811

ABIM05812

ABIM05813

ABIM05814

ABIM05815

ABIM05816

ABIM05817

ABIM05818

ABIM05819

ABIM05820

ABIM05821

**ABIM05822**

ABIM05823

ABIM05824

ABIM05825

ABIM05826

ABIM05827

ABIM05828

ABIM05829

ABIM05830

ABIM05831

ABIM05832

ABIM05833

ABIM05834

ABIM05835

ABIM05836

ABIM05837

ABIM05838

ABIM05839

ABIM05840

ABIM05841

ABIM05842

ABIM05843

ABIM05844

ABIM05845

ABIM05846

ABIM05847

ABIM05848

ABIM05849

ABIM05850



# Internal Medicine

## Module 035

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM05852

ABIM05853

ABIM05854

ABIM05855

ABIM05856

ABIM05857

ABIM05858

ABIM05859

ABIM05860

ABIM05861

ABIM05862

ABIM05863

**ABIM05864**

**ABIM05865**

ABIM05866

ABIM05867

ABIM05868

**ABIM05869**

ABIM05870

ABIM05871

ABIM05872

ABIM05873

ABIM05874

ABIM05875

ABIM05876

ABIM05877

**ABIM05878**

ABIM05879

# 15

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months. She has not had dyspareunia or menorrhagia. Menses are occasionally irregular; her last menstrual period was two weeks ago. The patient takes no medications. She has one child.

Pelvic examination reveals a nontender right adnexal mass. Physical examination is otherwise normal. Papanicolaou test is normal. Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A. Repeat ultrasonography in two months
B. Oral contraceptive therapy and repeat ultrasonography in two months
C. Fine-needle aspiration of the mass
D. Surgical consultation

ABIM05881

**ABIM05882**

ABIM05883

ABIM05884

ABIM05885

ABIM05886

ABIM05887

ABIM05888

ABIM05889

ABIM05890

ABIM05891

ABIM05892

ABIM05893

ABIM05894

ABIM05895

ABIM05896

ABIM05897

ABIM05898

ABIM05899

ABIM05900

ABIM05901

ABIM05902

ABIM05903

ABIM05904

ABIM05905

ABIM05906

ABIM05907

ABIM05908

**ABIM05909**

ABIM05910

ABIM05911

ABIM05912

ABIM05913

ABIM05914

ABIM05915

ABIM05916

ABIM05917

ABIM05918

ABIM05919

ABIM05920

ABIM05921

ABIM05922

ABIM05923

ABIM05924

ABIM05925

ABIM05926

ABIM05927

ABIM05928

**ABIM05929**

ABIM05930

ABIM05931

ABIM05932

ABIM05933

ABIM05934

ABIM05935

ABIM05936

ABIM05937

ABIM05938

**ABIM05939**

ABIM05940

ABIM05941

ABIM05942

ABIM05943

ABIM05944

ABIM05945

ABIM05946

ABIM05947

ABIM05948

ABIM05949

ABIM05950

ABIM05951

ABIM05952

ABIM05953

ABIM05954

ABIM05955

ABIM05956

ABIM05957

**ABIM05958**

ABIM05959

ABIM05960

ABIM05961

ABIM05962

ABIM05963

ABIM05964

ABIM05965

**ABIM05966**

ABIM05967

ABIM05968

ABIM05969

ABIM05970



# Internal Medicine

## Module 036

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM05972

ABIM05973

ABIM05974

ABIM05975

ABIM05976

ABIM05977

ABIM05978

ABIM05979

ABIM05980

ABIM05981

ABIM05982

ABIM05983

ABIM05984

ABIM05985

ABIM05986

ABIM05987

**ABIM05988**

ABIM05989

**ABIM05990**

ABIM05991

ABIM05992

ABIM05993

ABIM05994

ABIM05995

ABIM05996

ABIM05997

**ABIM05998**

ABIM05999

# 15

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months. She has not had dyspareunia or menorrhagia. Menses are occasionally irregular; her last menstrual period was two weeks ago. The patient takes no medications. She has one child.

Pelvic examination reveals a nontender right adnexal mass. Physical examination is otherwise normal. Papanicolaou test is normal. Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A. Repeat ultrasonography in two months
B. Oral contraceptive therapy and repeat ultrasonography in two months
C. Fine-needle aspiration of the mass
D. Surgical consultation

**ABIM06000**

**ABIM06001**

**ABIM06002**

**ABIM06003**

ABIM06004

ABIM06005

ABIM06006

ABIM06007

ABIM06008

**ABIM06009**

ABIM06010

ABIM06011

**ABIM06012**

ABIM06013

ABIM06014

ABIM06015

ABIM06016

**ABIM06017**

ABIM06018

ABIM06019

ABIM06020

ABIM06021

ABIM06022

ABIM06023

ABIM06024

ABIM06025

ABIM06026

ABIM06027

ABIM06028

ABIM06029

ABIM06030

ABIM06031

ABIM06032

ABIM06033

ABIM06034

ABIM06035

ABIM06036

ABIM06037

ABIM06038

**ABIM06039**

**ABIM06040**

**ABIM06041**

**ABIM06042**

ABIM06043

ABIM06044

ABIM06045

ABIM06046

ABIM06047

ABIM06048

ABIM06049

ABIM06050

ABIM06051

ABIM06052

ABIM06053

**ABIM06054**

ABIM06055

ABIM06056

ABIM06057

ABIM06058

ABIM06059

ABIM06060

**ABIM06061**

ABIM06062

ABIM06063

ABIM06064

ABIM06065

ABIM06066

ABIM06067

ABIM06068

ABIM06069

ABIM06070

ABIM06071

ABIM06072

ABIM06073

ABIM06074

ABIM06075

**ABIM06076**

ABIM06077

ABIM06078

ABIM06079

**ABIM06080**

ABIM06081

ABIM06082

ABIM06083

**ABIM06084**

ABIM06085

ABIM06086

ABIM06087

ABIM06088

**ABIM06089**

ABIM06090

# Internal Medicine

## Module 037

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM06092

ABIM06093

ABIM06094

ABIM06095

**ABIM06096**

**ABIM06097**

ABIM06098

ABIM06099

ABIM06100

ABIM06101

ABIM06102

**ABIM06103**

ABIM06104

ABIM06105

ABIM06106

ABIM06107

ABIM06108

ABIM06109

**ABIM06110**

ABIM06111

ABIM06112

**ABIM06113**

ABIM06114

ABIM06115

**ABIM06116**

ABIM06117

ABIM06118

ABIM06119

# 15

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months. She has not had dyspareunia or menorrhagia. Menses are occasionally irregular; her last menstrual period was two weeks ago. The patient takes no medications. She has one child.

Pelvic examination reveals a nontender right adnexal mass. Physical examination is otherwise normal. Papanicolaou test is normal. Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A. Repeat ultrasonography in two months
B. Oral contraceptive therapy and repeat ultrasonography in two months
C. Fine-needle aspiration of the mass
D. Surgical consultation

**ABIM06120**

ABIM06121

ABIM06122

ABIM06123

ABIM06124

ABIM06125

ABIM06126

ABIM06127

ABIM06128

ABIM06129

**ABIM06130**

ABIM06131

ABIM06132

ABIM06133

**ABIM06134**

ABIM06135

ABIM06136

**ABIM06137**

ABIM06138

**ABIM06139**

ABIM06140

ABIM06141

ABIM06142

ABIM06143

ABIM06144

**ABIM06145**

ABIM06146

ABIM06147

ABIM06148

ABIM06149

**ABIM06150**

ABIM06151

ABIM06152

ABIM06153

ABIM06154

ABIM06155

ABIM06156

ABIM06157

ABIM06158

**ABIM06159**

ABIM06160

**ABIM06161**

ABIM06162

**ABIM06163**

ABIM06164

**ABIM06165**

ABIM06166

ABIM06167

**ABIM06168**

ABIM06169

**ABIM06170**

ABIM06171

ABIM06172

**ABIM06173**

ABIM06174

ABIM06175

ABIM06176

ABIM06177

ABIM06178

**ABIM06179**

ABIM06180

**ABIM06181**

ABIM06182

ABIM06183

ABIM06184

ABIM06185

ABIM06186

ABIM06187

ABIM06188

ABIM06189

ABIM06190

**ABIM06191**

ABIM06192

ABIM06193

ABIM06194

ABIM06195

ABIM06196

ABIM06197

# 54

A 69-year-old man who has hypertension and gout is found to have microscopic hematuria
(10–15 RBCs/hpf).   He is asymptomatic and has no history of kidney disease or calculi.   Physical
examination is normal, except for moderate nontender enlargement of the prostate gland.   It is firm, but
no nodules are felt.   Serum creatinine is 1.2 mg/dL.   Serum prostate-specific antigen is 3.9 ng/mL *[less
than 4.0]*.   Repeat urinalysis shows persistent microscopic hematuria but no RBC casts.
Non–contrast-enhanced computed tomography of the abdomen shows a 3-cm simple cyst in the left
kidney.   Urine culture is negative; cytology is negative for malignant cells.

Which of the following is the most appropriate recommendation?

A.   No further testing
B.   Cystoscopy
C.   Intravenous urography
D.   Percutaneous needle aspiration of the cyst
E.   Biopsy of the prostate gland

**ABIM06198**

ABIM06199

ABIM06200

ABIM06201

**ABIM06202**

ABIM06203

**ABIM06204**

**ABIM06205**

ABIM06206

ABIM06207

ABIM06208

ABIM06209

ABIM06210



# Internal Medicine

## Module 038

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM06212

**ABIM06213**

ABIM06214

ABIM06215

ABIM06216

ABIM06217

ABIM06218

ABIM06219

ABIM06220

ABIM06221

ABIM06222

ABIM06223

ABIM06224

ABIM06225

ABIM06226

ABIM06227

ABIM06228

ABIM06229

ABIM06230

ABIM06231

**ABIM06232**

ABIM06233

**ABIM06234**

ABIM06235

**ABIM06236**

ABIM06237

ABIM06238

ABIM06239

# 15

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months.   She has not had dyspareunia or menorrhagia.   Menses are occasionally irregular; her last menstrual period was two weeks ago.   The patient takes no medications.   She has one child.

Pelvic examination reveals a nontender right adnexal mass.   Physical examination is otherwise normal. Papanicolaou test is normal.   Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A.  Repeat ultrasonography in two months
B.  Oral contraceptive therapy and repeat ultrasonography in two months
C.  Fine-needle aspiration of the mass
D.  Surgical consultation

**ABIM06240**

ABIM06241

ABIM06242

ABIM06243

ABIM06244

ABIM06245

ABIM06246

ABIM06247

ABIM06248

ABIM06249

**ABIM06250**

ABIM06251

ABIM06252

ABIM06253

ABIM06254

ABIM06255

ABIM06256

ABIM06257

ABIM06258

ABIM06259

ABIM06260

ABIM06261

**ABIM06262**

ABIM06263

ABIM06264

ABIM06265

ABIM06266

ABIM06267

ABIM06268

**ABIM06269**

ABIM06270

ABIM06271

ABIM06272

ABIM06273

ABIM06274

ABIM06275

**ABIM06276**

ABIM06277

ABIM06278

ABIM06279

ABIM06280

ABIM06281

**ABIM06282**

ABIM06283

ABIM06284

ABIM06285

ABIM06286

**ABIM06287**

ABIM06288

ABIM06289

ABIM06290

ABIM06291

ABIM06292

ABIM06293

ABIM06294

ABIM06295

ABIM06296

**ABIM06297**

ABIM06298

ABIM06299

ABIM06300

ABIM06301

ABIM06302

ABIM06303

ABIM06304

ABIM06305

ABIM06306

ABIM06307

ABIM06308

ABIM06309

ABIM06310

ABIM06311

ABIM06312

**ABIM06313**

ABIM06314

**ABIM06315**

ABIM06316

ABIM06317

ABIM06318

**ABIM06319**

ABIM06320

ABIM06321

ABIM06322

ABIM06323

**ABIM06324**

ABIM06325

ABIM06326

ABIM06327

ABIM06328

ABIM06329

ABIM06330



# Internal Medicine

## Module 041

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM06332

ABIM06333

ABIM06334

ABIM06335

ABIM06336

ABIM06337

ABIM06338

**ABIM06339**

ABIM06340

ABIM06341

ABIM06342

ABIM06343

ABIM06344

**ABIM06345**

ABIM06346

ABIM06347

ABIM06348

ABIM06349

ABIM06350

ABIM06351

ABIM06352

ABIM06353

ABIM06354

ABIM06355

ABIM06356

ABIM06357

ABIM06358

ABIM06359

ABIM06360

ABIM06361

**ABIM06362**

ABIM06363

ABIM06364

ABIM06365

ABIM06366

ABIM06367

ABIM06368

# 19

A 49-year-old man is transferred to your service from another hospital for evaluation of bloody diarrhea of three weeks' duration and right upper quadrant abdominal pain of two days' duration. The patient has chronic schizophrenia, which has required numerous admissions to psychiatric institutions during the past few years. Medical records from the other hospital show that stool is negative for bacteria, ova and parasites (x3), and *Clostridium difficile* toxin. Barium enema showed a cobblestone pattern of multiple small ulcers in the sigmoid colon. Prednisone (20 mg three times daily) was begun five days ago, but his symptoms have not improved.

Temperature is 38.2 C (100.8 F). The right upper and lower abdominal quadrants are tender. Bowel sounds are normal. Stool is positive for occult blood; a moderate number of fecal leukocytes are noted.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 35% |
| Leukocyte count | 14,700/cu mm; 53% segmented neutrophils, 29% band forms, 12% lymphocytes, 6% monocytes |
| Serum total bilirubin | 2.0 mg/dL |
| Serum alkaline phosphatase | 210 U/L |
| Serum aspartate aminotransferase (AST) | 65 U/L |
| Serum lactate dehydrogenase | 626 U/L *[140–280]* |

Flexible sigmoidoscopy reveals friable mucosa with a cobblestone appearance of multiple small ulcers. Ultrasonography of the liver shows a 5-cm mass in the right lobe.

Which of the following is the most likely cause of the continuing symptoms?

A. *Campylobacter jejuni*
B. *Clostridium difficile*
C. *Cryptosporidium* species
D. *Entamoeba histolytica*
E. Hepatitis B virus

**ABIM06369**

ABIM06370

ABIM06371

**ABIM06372**

ABIM06373

ABIM06374

**ABIM06375**

ABIM06376

ABIM06377

ABIM06378

**ABIM06379**

ABIM06380

ABIM06381

**ABIM06382**

ABIM06383

ABIM06384

ABIM06385

ABIM06386

ABIM06387

ABIM06388

ABIM06389

ABIM06390

ABIM06391

ABIM06392

ABIM06393

**ABIM06394**

ABIM06395

ABIM06396

**ABIM06397**

ABIM06398

ABIM06399

ABIM06400

# 35

An 18-year-old woman is evaluated because of recurring fevers that began suddenly four weeks ago. Initially she also had a sore throat that resolved after a few days.   Temperature reaches 40.0 C (104.0 F) every afternoon.   A few hours after she takes naproxen, temperature decreases to 35.0 C (95.0 F).   A transient nonpruritic morbilliform rash appears over the chest and abdomen during the fever.   She also has had pain and swelling of the wrists and knees.

This morning the patient appears pale and chronically ill.   Temperature is 35.0 C (95.0 F).   Pulse rate is 100 per minute, and blood pressure is 102/60 mm Hg.   Multiple, small (less than 1 cm) anterior and posterior cervical lymph nodes are soft and nontender.   The spleen tip is palpable just below the left costal margin.   The wrists and knees are mildly swollen.   Physical examination is otherwise normal. Chest radiograph is normal.

Laboratory studies:

|  |  |
|---|---|
| Hematocrit | 28% |
| Leukocyte count | 27,000/cu mm; 90% segmented neutrophils, 1% band forms, 9% lymphocytes |
| Platelet count | 260,000/cu mm |
| Erythrocyte sedimentation rate | 103 mm/hr |
| Prothrombin time | 11 seconds *[11–13]* |
| Serum creatinine | 0.7 mg/dL |
| Serum albumin | 3.1 g/dL |
| Serum aminotransferases |  |
| ALT | 74 U/L |
| AST | 67 U/L |
| Urinalysis | Trace protein, blood negative; 0–1 RBC, 0–1 WBC/hpf |

Which of the following is the most likely diagnosis?

A.  Hepatitis C virus infection
B.  Parvovirus B19 infection
C.  Sarcoidosis
D.  Still's disease
E.  Systemic lupus erythematosus

ABIM06401

ABIM06402

ABIM06403

ABIM06404

ABIM06405

ABIM06406

ABIM06407

ABIM06408

ABIM06409

ABIM06410

ABIM06411

ABIM06412

ABIM06413

ABIM06414

ABIM06415

ABIM06416

ABIM06417

ABIM06418

ABIM06419

ABIM06420

ABIM06421

ABIM06422

ABIM06423

ABIM06424

ABIM06425

ABIM06426

ABIM06427

ABIM06428

ABIM06429

ABIM06430

# 50

A 17-year-old boy noticed swelling in the scrotum three days ago. The testicle is enlarged and only mildly tender on palpation. It does not transilluminate.

Which of the following is the most likely diagnosis?

A. Testicular torsion
B. Varicocele
C. Epididymitis
D. Testicular germ cell tumor

ABIM06432

ABIM06433

ABIM06434

ABIM06435

ABIM06436

ABIM06437

ABIM06438

ABIM06439

ABIM06440

ABIM06441

ABIM06442

ABIM06443

ABIM06444

ABIM06445

ABIM06446

ABIM06447

**ABIM06448**

ABIM06449

ABIM06450

**ABIM06451**



# Internal Medicine

## Module 042

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM06453

ABIM06454

ABIM06455

**ABIM06456**

ABIM06457

ABIM06458

ABIM06459

ABIM06460

ABIM06461

ABIM06462

ABIM06463

ABIM06464

ABIM06465

ABIM06466

ABIM06467

ABIM06468

ABIM06469

ABIM06470

ABIM06471

ABIM06472

ABIM06473

ABIM06474

**ABIM06475**

ABIM06476

ABIM06477

ABIM06478

ABIM06479

ABIM06480

ABIM06481

ABIM06482

ABIM06483

ABIM06484

ABIM06485

ABIM06486

# 18

A 50-year-old man comes to the emergency department because of severe chest pain. Nausea developed after the patient drank more than six cocktails earlier this evening. He vomited five or six times and had dry heaves. Left retrosternal pain began one hour ago, followed by a feeling of impending doom.

The patient appears anxious and is in acute distress. Pulse rate is 140 per minute and regular. Respirations are 24 per minute, and blood pressure is 90/50 mm Hg in both arms. No murmurs, gallops, or rubs are heard. Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung base. Arterial blood $PO_2$ is 80 mm Hg, $PCO_2$ is 30 mm Hg, and pH is 7.48. Electrocardiogram shows sinus tachycardia and nonspecific ST–T wave changes. Chest radiograph reveals a left pleural effusion.

Which of the following is the most likely diagnosis?

A. Acute dissecting aortic aneurysm
B. Acute myocardial infarction
C. Aspiration pneumonia
D. Esophageal rupture
E. Posteriorly penetrating peptic ulcer

ABIM06487

ABIM06488

ABIM06489

ABIM06490

ABIM06491

ABIM06492

# 21

A 52-year-old woman has shortness of breath when climbing a flight of stairs or walking rapidly on level ground. Dyspnea has become increasingly noticeable with less activity during the past four months. Her only other symptom is discomfort of the knees and elbows. She has smoked one pack of cigarettes daily for 20 years.

The patient is thin and in no distress at rest. Vital signs are normal. Oxygen saturation by pulse oximetry is 92% at rest; it decreases to 87% after walking. End-inspiratory crackles are heard at both lung bases. Breath sounds are otherwise normal. The remainder of the physical examination is normal. Pulmonary function studies reveal FVC of 70% predicted, $FEV_1$/FVC of 95%, FRC of 70% predicted, and $DL_{CO}$ of 50% predicted. Chest radiograph shows linear opacities at both lung bases.

Which of the following is the most likely cause of the dyspnea?

A. Asthma
B. Chronic obstructive pulmonary disease
C. Interstitial fibrosis
D. Primary pulmonary hypertension

ABIM06493

ABIM06494

ABIM06495

ABIM06496

ABIM06497

ABIM06498

ABIM06499

ABIM06500

ABIM06501

ABIM06502

ABIM06503

ABIM06504

ABIM06505

ABIM06506

ABIM06507

ABIM06508

ABIM06509

**ABIM06510**

ABIM06511

ABIM06512

ABIM06513

ABIM06514

ABIM06515

ABIM06516

ABIM06517

ABIM06518

ABIM06519

ABIM06520

ABIM06521

ABIM06522

ABIM06523

ABIM06524

**ABIM06525**

**ABIM06526**

ABIM06527

ABIM06528

ABIM06529

ABIM06530

**ABIM06531**

# 40

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $P_{O_2}$ of 64 mm Hg, $P_{CO_2}$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $D_{L_{CO}}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

ABIM06533

ABIM06534

ABIM06535

ABIM06536

ABIM06537

ABIM06538

ABIM06539

ABIM06540

ABIM06541

ABIM06542

ABIM06543

ABIM06544

ABIM06545

ABIM06546

ABIM06547

ABIM06548

ABIM06549

ABIM06550

ABIM06551

ABIM06552

ABIM06553

ABIM06554

ABIM06555

# 52

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

ABIM06557

ABIM06558

ABIM06559

ABIM06560

ABIM06561

ABIM06562

ABIM06563

ABIM06564

**ABIM06565**

ABIM06566

**ABIM06567**

ABIM06568

ABIM06569

ABIM06570

ABIM06571

ABIM06572



# Internal Medicine

## Module 043

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM06574

ABIM06575

ABIM06576

ABIM06577

ABIM06578

ABIM06579

ABIM06580

ABIM06581

ABIM06582

ABIM06583

ABIM06584

ABIM06585

ABIM06586

ABIM06587

# 8

A 28-year-old man has had abdominal pain, anorexia, and headache for four to six weeks. His general health is excellent, and he is proud of his physical conditioning. He takes protein supplements and high doses of vitamins. Some irritability and mental slowness are noted during physical examination. The skin is dry and scaly. Vital signs are normal. The optic disk margins are blurred bilaterally. The liver is enlarged; a rounded, smooth, slightly tender edge extends 4 cm below the costal margin in the midclavicular line. Complete blood count and comprehensive metabolic panel are normal except for serum calcium of 10.8 mg/dL.

The most likely cause of this disorder is an excess of which of the following?

A. Vitamin A
B. Vitamin $B_2$ (riboflavin)
C. Vitamin $B_6$ (pyridoxine)
D. Vitamin D
E. Vitamin E

ABIM06588

ABIM06589

ABIM06590

ABIM06591

ABIM06592

ABIM06593

ABIM06594

ABIM06595

ABIM06596

ABIM06597

# 13

A 48-year-old woman has had progressive fatigue, weight gain despite dieting, and constipation for eight years. Her menses stopped after the birth of her last child eight years ago, and she was unable to breast-feed. She has never been treated with estrogen.

Weight is 80 kg (176 lb), and height is 168 cm (66 in); BMI is 28. Pulse rate is 60 per minute, and blood pressure is 132/90 mm Hg. Skin texture is normal. No periorbital edema is noted. The thyroid gland is not palpable. Ankle reflexes are mildly slowed. The remainder of the examination is normal. Serum thyroid-stimulating hormone is 1.2 µU/mL *[0.5–4.0]*, and serum free thyroxine ($T_4$) is 0.4 ng/mL *[0.8–2.4]*.

Which of the following is the most likely diagnosis?

A. Autoimmune thyroiditis
B. Iodine deficiency
C. Postpartum pituitary necrosis
D. Prolactinoma
E. Subacute thyroiditis

ABIM06599

ABIM06600

ABIM06601

ABIM06602

ABIM06603

ABIM06604

ABIM06605

ABIM06606

ABIM06607

# 18

A 48-year-old woman has heartburn, which she has been treating for years with nonprescription acid-reducing medications. The patient says that recently the heartburn has become resistant to treatment and she now has slight difficulty swallowing. She has not lost weight.

Upper gastrointestinal endoscopy shows changes consistent with gastroesophageal reflux, and biopsies of the gastroesophageal junction reveal Barrett's esophagus without dysplasia. No evidence of *Helicobacter pylori* infection is found. A proton pump inhibitor is prescribed.

This patient is at increased risk for which of the following conditions?

A. Achalasia
B. Adenocarcinoma of the esophagus
C. Gastric lymphoma
D. Gastrointestinal stromal tumor
E. Squamous cell carcinoma of the esophagus

ABIM06609

ABIM06610

ABIM06611

ABIM06612

ABIM06613

# 21

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material. Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing. Abdominal examination is normal except for mild epigastric tenderness. Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun. Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base. No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A. Begin clear liquids, and admit the patient to the medical service
B. Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C. Begin therapy with octreotide, and admit the patient to the intensive care unit
D. Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E. Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

ABIM06614

ABIM06615

ABIM06616

ABIM06617

ABIM06618

ABIM06619

ABIM06620

ABIM06621

ABIM06622

ABIM06623

**ABIM06624**

ABIM06625

ABIM06626

ABIM06627

ABIM06628

ABIM06629

ABIM06630

ABIM06631

**ABIM06632**

ABIM06633

ABIM06634

ABIM06635

ABIM06636

ABIM06637

ABIM06638

ABIM06639

ABIM06640

ABIM06641

ABIM06642

ABIM06643

ABIM06644

ABIM06645

ABIM06646

ABIM06647

# 38

A 52-year-old woman who has been treated for stage IV breast cancer has had worsening shortness of breath, epigastric fullness, and profound fatigue for ten days. She has received hormonal therapy and several different chemotherapy regimens. Her last chemotherapy session was two weeks ago.

The patient is pale and tachypneic. Temperature is 37.8 C (100.0 F), pulse rate is 130 per minute and regular, respirations are 26 per minute, and blood pressure is 96/70 mm Hg. Oxygen saturation by pulse oximetry is 92%. Estimated central venous pressure is 15–20 cm $H_2O$. Peripheral pulses decrease in intensity with inspiration. Heart sounds are distant, and no murmurs are heard. Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung base. The right upper abdominal quadrant is tender. Mild edema of the lower extremities is present. Chest radiograph shows an enlarged cardiac silhouette and blunting of the costophrenic angles. Electrocardiogram shows sinus tachycardia and low voltage in the limb and precordial leads.

Which of the following is the most likely cause of the shortness of breath?

A. Chemotherapy-induced cardiac toxicity
B. Cardiac tamponade
C. Pneumonia
D. Pulmonary embolus

ABIM06649

ABIM06650

ABIM06651

ABIM06652

ABIM06653

ABIM06654

ABIM06655

ABIM06656

ABIM06657

ABIM06658

ABIM06659

ABIM06660

**ABIM06661**

ABIM06662

ABIM06663

ABIM06664

ABIM06665

ABIM06666

ABIM06667

ABIM06668

ABIM06669

ABIM06670

ABIM06671

ABIM06672

ABIM06673

ABIM06674

ABIM06675

**ABIM06676**

ABIM06677

ABIM06678

ABIM06679

ABIM06680

ABIM06681

ABIM06682

ABIM06683

ABIM06684

ABIM06685

ABIM06686

ABIM06687

ABIM06688

ABIM06689

ABIM06690

ABIM06691

ABIM06692



# Internal Medicine

## Module 044

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM06694

ABIM06695

ABIM06696

ABIM06697

ABIM06698

ABIM06699

ABIM06700

ABIM06701

ABIM06702

ABIM06703

ABIM06704

ABIM06705

ABIM06706

ABIM06707

ABIM06708

ABIM06709

ABIM06710

ABIM06711

ABIM06712

ABIM06713

ABIM06714

ABIM06715

ABIM06716

ABIM06717

ABIM06718

ABIM06719

ABIM06720

ABIM06721

ABIM06722

ABIM06723

ABIM06724

ABIM06725

ABIM06726

ABIM06727

ABIM06728

ABIM06729

ABIM06730

ABIM06731

ABIM06732

ABIM06733

ABIM06734

ABIM06735

ABIM06736

ABIM06737

ABIM06738

ABIM06739

ABIM06740

ABIM06741

ABIM06742

ABIM06743

ABIM06744

ABIM06745

ABIM06746

ABIM06747

ABIM06748

ABIM06749

# 29

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

ABIM06750

ABIM06751

ABIM06752

ABIM06753

ABIM06754

ABIM06755

ABIM06756

ABIM06757

ABIM06758

ABIM06759

**ABIM06760**

ABIM06761

ABIM06762

ABIM06763

ABIM06764

ABIM06765

ABIM06766

ABIM06767

ABIM06768

ABIM06769

ABIM06770

ABIM06771

ABIM06772

ABIM06773

ABIM06774

ABIM06775

ABIM06776

ABIM06777

ABIM06778

ABIM06779

ABIM06780

**ABIM06781**

ABIM06782

ABIM06783

ABIM06784

ABIM06785

ABIM06786

**ABIM06787**

ABIM06788

ABIM06789

ABIM06790

ABIM06791

ABIM06792

ABIM06793

ABIM06794

ABIM06795

ABIM06796

ABIM06797

**ABIM06798**

ABIM06799

ABIM06800

ABIM06801

ABIM06802

ABIM06803

ABIM06804

ABIM06805

ABIM06806

ABIM06807

ABIM06808

ABIM06809

# 59

A 75-year-old woman has had malaise, headache, and fever and pain in her left arm. The malaise began four months ago and low-grade fevers subsequently developed. She has had recurrent mild bifrontal headaches. The patient is left handed, and during the past two weeks she has noted fatigue and cramping of the entire left arm when she peels potatoes. Medical history is remarkable for mild bilateral hearing loss and hypertension. Current medications are lisinopril, hydrochlorothiazide, and calcium. Her father and one brother died suddenly in their 40s.

The patient does not appear ill. Height is 180 cm (71 in), and weight is 75 kg (165 lb). BMI is 23. Temperature is 37.8 C (100.0 F), pulse rate is 80 per minute and regular, and respirations are 16 per minute. Blood pressure is 160/92 mm Hg in the right arm and is not obtainable in the left arm. Estimated central venous pressure is 5 cm $H_2O$. The cardiac impulse is normal; $S_1$ and $S_2$ are normal. No murmurs are audible. Carotid pulses are normal bilaterally. Brachial and radial pulses of the right arm are normal. The left arm is warm but brachial and radial pulses are absent. Bruits are present in the supraclavicular spaces bilaterally and over the flexor surface of the left upper arm. Pulses in the feet are bounding. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 34% |
| Leukocyte count | 8250/cu mm |
| Platelet count | 398,000/cu mm |
| Erythrocyte sedimentation rate | 89 mm/hr |
| Comprehensive metabolic panel | Normal |
| Serum cholesterol | |
| Total | 240 mg/dL |
| LDL | 145 mg/dL |

Which of the following is the most likely diagnosis?

A. Atherosclerotic peripheral vascular disease
B. Fibromuscular dysplasia
C. Giant cell arteritis
D. Leukocytoclastic vasculitis

**ABIM06810**

ABIM06811

ABIM06812



# Internal Medicine

## Module 045

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM06813

ABIM06814

**ABIM06815**

ABIM06816

ABIM06817

ABIM06818

ABIM06819

ABIM06820

ABIM06821

**ABIM06822**

ABIM06823

**ABIM06824**

ABIM06825

ABIM06826

ABIM06827

ABIM06828

ABIM06829

ABIM06830

ABIM06831

ABIM06832

ABIM06833

ABIM06834

ABIM06835

ABIM06836

ABIM06837

ABIM06838

ABIM06839

ABIM06840

ABIM06841

ABIM06842

ABIM06843

**ABIM06844**

ABIM06845

**ABIM06846**

ABIM06847

ABIM06848

ABIM06849

**ABIM06850**

**ABIM06851**

ABIM06852

ABIM06853

ABIM06854

ABIM06855

ABIM06856

ABIM06857

ABIM06858

ABIM06859

ABIM06860

**ABIM06861**

ABIM06862

ABIM06863

ABIM06864

**ABIM06865**

ABIM06866

ABIM06867

ABIM06868

ABIM06869

# 29

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

ABIM06871

ABIM06872

ABIM06873

ABIM06874

ABIM06875

ABIM06876

**ABIM06877**

ABIM06878

ABIM06879

ABIM06880

ABIM06881

ABIM06882

ABIM06883

**ABIM06884**

ABIM06885

ABIM06886

**ABIM06887**

ABIM06888

ABIM06889

ABIM06890

ABIM06891

ABIM06892

ABIM06893

ABIM06894

ABIM06895

ABIM06896

ABIM06897

ABIM06898

ABIM06899

ABIM06900

ABIM06901

ABIM06902

ABIM06903

ABIM06904

ABIM06905

ABIM06906

ABIM06907

ABIM06908

ABIM06909

ABIM06910

ABIM06911

ABIM06912

ABIM06913

ABIM06914

ABIM06915

**ABIM06916**

ABIM06917

ABIM06918

ABIM06919

ABIM06920

ABIM06921

**ABIM06922**

ABIM06923

ABIM06924

**ABIM06925**

ABIM06926

ABIM06927

ABIM06928

ABIM06929

ABIM06930

ABIM06931

ABIM06932



# Internal Medicine

## Module 046

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM06934

ABIM06935

ABIM06936

ABIM06937

ABIM06938

ABIM06939

ABIM06940

ABIM06941

ABIM06942

ABIM06943

ABIM06944

ABIM06945

ABIM06946

ABIM06947

ABIM06948

ABIM06949

ABIM06950

ABIM06951

ABIM06952

ABIM06953

ABIM06954

ABIM06955

ABIM06956

ABIM06957

ABIM06958

ABIM06959

ABIM06960

ABIM06961

ABIM06962

ABIM06963

ABIM06964

ABIM06965

ABIM06966

ABIM06967

ABIM06968

**ABIM06969**

ABIM06970

ABIM06971

ABIM06972

ABIM06973

ABIM06974

ABIM06975

**ABIM06976**

ABIM06977

ABIM06978

ABIM06979

ABIM06980

ABIM06981

ABIM06982

ABIM06983

ABIM06984

ABIM06985

ABIM06986

ABIM06987

ABIM06988

ABIM06989

# 29

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

ABIM06990

ABIM06991

ABIM06992

ABIM06993

ABIM06994

ABIM06995

ABIM06996

ABIM06997

ABIM06998

ABIM06999

**ABIM07000**

**ABIM07001**

ABIM07002

ABIM07003

ABIM07004

ABIM07005

ABIM07006

ABIM07007

ABIM07008

ABIM07009

ABIM07010

ABIM07011

**ABIM07012**

ABIM07013

ABIM07014

ABIM07015

ABIM07016

**ABIM07017**

ABIM07018

ABIM07019

ABIM07020

ABIM07021

ABIM07022

ABIM07023

**ABIM07024**

ABIM07025

**ABIM07026**

ABIM07027

ABIM07028

ABIM07029

ABIM07030

ABIM07031

ABIM07032

ABIM07033

ABIM07034

ABIM07035

ABIM07036

ABIM07037

ABIM07038

ABIM07039

ABIM07040

ABIM07041

ABIM07042

ABIM07043

ABIM07044

**ABIM07045**

ABIM07046

ABIM07047

**ABIM07048**

ABIM07049

ABIM07050

ABIM07051

ABIM07052



# Internal Medicine

## Module 047

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

**ABIM07054**

ABIM07055

ABIM07056

ABIM07057

ABIM07058

ABIM07059

ABIM07060

ABIM07061

ABIM07062

ABIM07063

ABIM07064

ABIM07065

ABIM07066

**ABIM07067**

ABIM07068

ABIM07069

ABIM07070

ABIM07071

ABIM07072

ABIM07073

ABIM07074

ABIM07075

ABIM07076

ABIM07077

**ABIM07078**

ABIM07079

ABIM07080

**ABIM07081**

ABIM07082

ABIM07083

**ABIM07084**

ABIM07085

ABIM07086

ABIM07087

ABIM07088

ABIM07089

ABIM07090

**ABIM07091**

ABIM07092

ABIM07093

**ABIM07094**

ABIM07095

ABIM07096

ABIM07097

ABIM07098

ABIM07099

ABIM07100

ABIM07101

**ABIM07102**

ABIM07103

**ABIM07104**

ABIM07105

ABIM07106

**ABIM07107**

ABIM07108

ABIM07109

# 29

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

ABIM07110

ABIM07111

**ABIM07112**

ABIM07113

ABIM07114

ABIM07115

ABIM07116

**ABIM07117**

ABIM07118

ABIM07119

ABIM07120

**ABIM07121**

**ABIM07122**

ABIM07123

ABIM07124

ABIM07125

ABIM07126

**ABIM07127**

ABIM07128

**ABIM07129**

ABIM07130

**ABIM07131**

**ABIM07132**

ABIM07133

ABIM07134

ABIM07135

**ABIM07136**

**ABIM07137**

ABIM07138

**ABIM07139**

ABIM07140

**ABIM07141**

**ABIM07142**

ABIM07143

# 46

A 40-year-old woman is admitted to the hospital for acute onset of abdominal pain, nausea, and vomiting. Similar previous episodes began several hours after eating, then increased in severity over 30 to 60 minutes. Serum amylase and lipase levels were elevated during episodes but improved within a few days. Abdominal ultrasonography has been normal, with no evidence of sludge or stones in the gallbladder. Computed tomography of the abdomen and magnetic resonance cholangiopancreatography showed normal extrahepatic and intrahepatic bile ducts, as well as a normal-appearing gallbladder, pancreas, liver, and spleen. Serum lipid profile was normal. She drinks alcoholic beverages two or three times a month, but no more than two drinks per occasion.

The patient appears acutely ill. Temperature is 37.8 C (100.0 F), pulse rate is 100 per minute, respirations are 18 per minute, and blood pressure is 110/70 mm Hg. The sclerae are not icteric. The abdomen is soft, with tenderness and guarding in the epigastrium.

Laboratory studies:

| Test | Result | Test | Result |
|---|---|---|---|
| Serum total bilirubin | 0.6 mg/dL | | |
| Serum alkaline phosphatase | 76 U/L | | |
| Serum aminotransferases | | | |
| ALT | 27 U/L | | |
| AST | 25 U/L | Serum amylase | 350 U/L *[25–125]* |
| Serum lipase | 200 U/L *[10–140]* | | |

Repeat ultrasound shows a normal-appearing gallbladder without sludge or stones. The pancreas is obscured by bowel gas. The patient’s symptoms resolve over the next four days.

Which of the following should you recommend now?

A. Serum gastrin
B. Serum macroamylase
C. Endoscopic ultrasonography
D. Upper gastrointestinal series with small bowel follow-through
E. Counseling for alcohol dependence

ABIM07144

ABIM07145

ABIM07146

**ABIM07147**

**ABIM07148**

ABIM07149

ABIM07150

ABIM07151

ABIM07152

**ABIM07153**

**ABIM07154**

ABIM07155

ABIM07156

ABIM07157

ABIM07158

ABIM07159

ABIM07160

**ABIM07161**

**ABIM07162**

ABIM07163

ABIM07164

ABIM07165

**ABIM07166**

**ABIM07167**

ABIM07168

**ABIM07169**

ABIM07170

ABIM07171

ABIM07172



# Internal Medicine

## Module 048

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM07174

ABIM07175

**ABIM07176**

**ABIM07177**

ABIM07178

**ABIM07179**

ABIM07180

ABIM07181

ABIM07182

ABIM07183

ABIM07184

ABIM07185

ABIM07186

ABIM07187

ABIM07188

**ABIM07189**

ABIM07190

ABIM07191

**ABIM07192**

ABIM07193

**ABIM07194**

**ABIM07195**

ABIM07196

ABIM07197

ABIM07198

**ABIM07199**

**ABIM07200**

ABIM07201

**ABIM07202**

**ABIM07203**

ABIM07204

ABIM07205

ABIM07206

**ABIM07207**

ABIM07208

ABIM07209

ABIM07210

**ABIM07211**

ABIM07212

**ABIM07213**

ABIM07214

ABIM07215

ABIM07216

ABIM07217

**ABIM07218**

**ABIM07219**

ABIM07220

ABIM07221

**ABIM07222**

ABIM07223

ABIM07224

ABIM07225

ABIM07226

ABIM07227

ABIM07228

ABIM07229

# 29

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | **Beta-adrenergic blocking agents** | **Calcium channel blocking agents** | **Aldosterone antagonists** | **Type I antiarrhythmics** | **Digoxin** |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

ABIM07231

ABIM07232

ABIM07233

ABIM07234

ABIM07235

ABIM07236

ABIM07237

**ABIM07238**

ABIM07239

ABIM07240

ABIM07241

ABIM07242

ABIM07243

ABIM07244

ABIM07245

ABIM07246

ABIM07247

ABIM07248

ABIM07249

ABIM07250

ABIM07251

ABIM07252

ABIM07253

ABIM07254

ABIM07255

ABIM07256

ABIM07257

ABIM07258

**ABIM07259**

ABIM07260

ABIM07261

ABIM07262

ABIM07263

ABIM07264

ABIM07265

ABIM07266

ABIM07267

# 48

A 74-year-old woman is evaluated for constipation that began five days ago. She recently began taking several nonprescription products daily: aspirin, a calcium supplement, ginkgo biloba, glucosamine, and vitamin E.

Which of the following is the most likely cause of the constipation?

A. Aspirin
B. Calcium carbonate
C. Ginkgo biloba
D. Glucosamine
E. Vitamin E

ABIM07269

ABIM07270

ABIM07271

ABIM07272

ABIM07273

ABIM07274

ABIM07275

ABIM07276

ABIM07277

**ABIM07278**

**ABIM07279**

ABIM07280

ABIM07281

ABIM07282

ABIM07283

ABIM07284

ABIM07285

ABIM07286

ABIM07287

ABIM07288

ABIM07289

ABIM07290

ABIM07291

ABIM07292



# Internal Medicine

## Module 051

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

# 1

A 38-year-old woman is brought to the emergency department by friends who found her stuporous in her apartment; no pills or empty bottles were found. Her friends believe she is in good health and that her only medication is an oral contraceptive. They also report that she has been depressed since ending a relationship with a boyfriend.

Supine pulse rate is 110 per minute and supine blood pressure is 100/64 mm Hg; postural changes cannot be determined because the patient cannot sit upright. Her breath has a sweet or fruity odor. The optic fundi appear normal, and both pupils react briskly to light. Cardiovascular examination is normal except for regular tachycardia. The lungs are clear. The abdomen is not tender. No peripheral edema is present.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 1.1 mg/dL |
| Serum electrolytes | |
| Sodium | 136 mEq/L |
| Potassium | 4.2 mEq/L |
| Chloride | 100 mEq/L |
| Bicarbonate | 11 mEq/L |
| Arterial blood studies | |
| $P_{O_2}$ | 134 mm Hg |
| $P_{CO_2}$ | 28 mm Hg |
| pH | 7.28 |
| ıalysis | No blood or glucose, trace protein; sheets of envelope-shaped monohydrate calcium oxalate crystals |
| Toxicology screen | Pending |

Which of the following tests would be most helpful in establishing the diagnosis?

A. Plasma salicylate
B. Serum osmolality
C. Serum ketones
D. Venous blood lactate
E. Urine electrolytes

ABIM07294

ABIM07295

ABIM07296

ABIM07297

ABIM07298

ABIM07299

# 4

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; both influenza A and B have been identified in the region. She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed. She generally requires prednisone two to three times a year for postviral exacerbations of asthma. She has not received an influenza vaccination this year.

She currently feels well; physical examination is normal. Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

A. No treatment now; begin oseltamivir within 12 hours if patient develops symptoms of influenza
B. Influenza vaccine
C. Oseltamivir
D. Influenza vaccine and oseltamivir

ABIM07301

ABIM07302

ABIM07303

# 6

A 44-year-old man has had fatigue and has been sleeping poorly for several months. He says he thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches. He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily. He works long hours but eats a well-balanced diet and exercises regularly. He has not had a recent change in weight.

BMI is 24. Blood pressure is normal. The nasal septum is slightly deviated to the right. The nasal mucosa is markedly injected. The sinuses are not tender. Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A. Allergic rhinitis
B. Deviated nasal septum
C. Rhinitis medicamentosa
D. Subacute bacterial sinusitis
E. Vasomotor rhinitis

ABIM07304

ABIM07305

ABIM07306

ABIM07307

ABIM07308

ABIM07309

ABIM07310

ABIM07311

ABIM07312

ABIM07313

ABIM07314

ABIM07315

ABIM07316

ABIM07317

ABIM07318

ABIM07319

ABIM07320

**ABIM07321**

ABIM07322

**ABIM07323**

ABIM07324

ABIM07325

ABIM07326

ABIM07327

ABIM07328

ABIM07329

ABIM07330

ABIM07331

ABIM07332

ABIM07333

ABIM07334

ABIM07335

ABIM07336

ABIM07337

ABIM07338

ABIM07339

ABIM07340

ABIM07341

ABIM07342

ABIM07343

ABIM07344

ABIM07345

ABIM07346

ABIM07347

ABIM07348

ABIM07349

ABIM07350

ABIM07351

ABIM07352

ABIM07353

ABIM07354

ABIM07355

ABIM07356

ABIM07357

ABIM07358

ABIM07359

ABIM07360

ABIM07361

ABIM07362

ABIM07363

ABIM07364

ABIM07365

ABIM07366

ABIM07367

ABIM07368

ABIM07369

ABIM07370

ABIM07371

ABIM07372

ABIM07373

ABIM07374

ABIM07375

ABIM07376

ABIM07377

ABIM07378

ABIM07379

ABIM07380

ABIM07381

ABIM07382

ABIM07383

ABIM07384

ABIM07385

ABIM07386

ABIM07387

ABIM07388

ABIM07389

ABIM07390

ABIM07391

ABIM07392

ABIM07393

ABIM07394

ABIM07395

ABIM07396

ABIM07397

ABIM07398

ABIM07399

ABIM07400

ABIM07401

ABIM07402

ABIM07403

ABIM07404

ABIM07405

ABIM07406

**ABIM07407**

ABIM07408

ABIM07409

ABIM07410

ABIM07411

ABIM07412

ABIM07413

ABIM07414



# Internal Medicine

## Module 052

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM07416

ABIM07417

ABIM07418

ABIM07419

ABIM07420

ABIM07421

ABIM07422

ABIM07423

ABIM07424

ABIM07425

ABIM07426

ABIM07427

ABIM07428

ABIM07429

ABIM07430

ABIM07431

ABIM07432

ABIM07433

ABIM07434

ABIM07435

ABIM07436

ABIM07437

ABIM07438

ABIM07439

ABIM07440

ABIM07441

ABIM07442

ABIM07443

ABIM07444

ABIM07445

ABIM07446

ABIM07447

ABIM07448

ABIM07449

ABIM07450

ABIM07451

ABIM07452

ABIM07453

ABIM07454

ABIM07455

ABIM07456

ABIM07457

ABIM07458

ABIM07459

ABIM07460

ABIM07461

ABIM07462

ABIM07463

ABIM07464

ABIM07465

ABIM07466

ABIM07467

ABIM07468

ABIM07469

ABIM07470

ABIM07471

ABIM07472

ABIM07473

ABIM07474

ABIM07475

ABIM07476

ABIM07477

ABIM07478

ABIM07479

ABIM07480

ABIM07481

**ABIM07482**

ABIM07483

ABIM07484

ABIM07485

ABIM07486

ABIM07487

ABIM07488

ABIM07489

ABIM07490

ABIM07491

ABIM07492

**ABIM07493**

ABIM07494

ABIM07495

ABIM07496

ABIM07497

ABIM07498

ABIM07499

ABIM07500

ABIM07501

ABIM07502

ABIM07503

ABIM07504

ABIM07505

ABIM07506

ABIM07507

ABIM07508

ABIM07509

# 48

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, 67, has coronary artery disease and her mother, 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A. Paroxysmal supraventricular tachycardia
B. Thyrotoxicosis
C. Pheochromocytoma
D. Panic disorder

**ABIM07510**

ABIM07511

ABIM07512

**ABIM07513**

ABIM07514

ABIM07515

ABIM07516

ABIM07517

ABIM07518

ABIM07519

ABIM07520

ABIM07521

ABIM07522

ABIM07523

ABIM07524

ABIM07525

ABIM07526

ABIM07527

ABIM07528

ABIM07529

ABIM07530

ABIM07531

ABIM07532

ABIM07533

ABIM07534



# Internal Medicine

## Module 053

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM07536

ABIM07537

ABIM07538

ABIM07539

ABIM07540

ABIM07541

ABIM07542

ABIM07543

ABIM07544

ABIM07545

ABIM07546

ABIM07547

ABIM07548

ABIM07549

ABIM07550

ABIM07551

ABIM07552

ABIM07553

ABIM07554

ABIM07555

ABIM07556

ABIM07557

ABIM07558

ABIM07559

ABIM07560

ABIM07561

ABIM07562

ABIM07563

ABIM07564

ABIM07565

ABIM07566

ABIM07567

# 17

A 65-year-old woman is admitted to the hospital because of increasing lethargy for three days. She has type 2 diabetes mellitus, which had been controlled with glipizide (20 mg daily) for five years. She began to have hypoglycemic episodes three months ago; glipizide was tapered, then discontinued two weeks ago. Self-monitored blood glucose levels have remained within the target range.

The patient is oriented but lethargic. Blood pressure is 110/70 mm Hg without postural changes. The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 120 mg/dL |
| Blood urea nitrogen | 10 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| Serum sodium | 118 mEq/L |
| Serum potassium | 4.0 mEq/L |
| Random urine sodium | 50 mEq/L *[varies with intake]* |

The patient's mental status improves after restriction of free water to 800 mL daily. Serum sodium rises to 130 mEq/L. On the second hospital day, additional laboratory results are reported:

| | |
|---|---|
| Serum free thyroxine ($T_4$) | 0.4 ng/dL *[0.8–2.4]* |
| Serum thyroid-stimulating hormone | 2.1 µU/mL *[0.5–4.0]* |
| Serum follicle-stimulating hormone | 10 mIU/mL *[postmenopausal: greater than 50]* |
| Plasma cortisol (8 AM) | 3.6 µg/dL *[5–25]* |

Which of the following tests should you order next?

A. Anti-adrenal antibodies
B. Antithyroid peroxidase (antimicrosomal) antibodies
C. Dexamethasone suppression test
D. Computed tomography of the adrenal glands
E. Magnetic resonance imaging of the pituitary gland

ABIM07568

ABIM07569

ABIM07570

ABIM07571

ABIM07572

ABIM07573

ABIM07574

ABIM07575

ABIM07576

ABIM07577

ABIM07578

ABIM07579

ABIM07580

ABIM07581

ABIM07582

ABIM07583

ABIM07584

ABIM07585

ABIM07586

ABIM07587

ABIM07588

ABIM07589

ABIM07590

ABIM07591

ABIM07592

ABIM07593

ABIM07594

ABIM07595

ABIM07596

ABIM07597

ABIM07598

ABIM07599

ABIM07600

ABIM07601

ABIM07602

ABIM07603

ABIM07604

ABIM07605

# 36

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day. After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy. Vital signs are normal. General physical examination is normal. A purulent urethral and cervical discharge is noted on pelvic examination. Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited. Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A. Obtain parental consent before sending the specimens
B. Obtain parental consent before prescribing antibiotics
C. Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D. Send the specimens and prescribe antibiotics; parental consent is not needed

**ABIM07606**

ABIM07607

ABIM07608

ABIM07609

ABIM07610

ABIM07611

ABIM07612

ABIM07613

# 40

A 50-year-old man comes to the emergency department because of severe chest pain. Nausea developed after the patient drank more than six cocktails earlier this evening. He vomited five or six times and had dry heaves. Left retrosternal pain began one hour ago, followed by a feeling of impending doom.

The patient appears anxious and is in acute distress. Pulse rate is 140 per minute and regular. Respirations are 24 per minute, and blood pressure is 90/50 mm Hg in both arms. No murmurs, gallops, or rubs are heard. Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung base. Arterial blood $PO_2$ is 80 mm Hg, $PCO_2$ is 30 mm Hg, and pH is 7.48. Electrocardiogram shows sinus tachycardia and nonspecific ST–T wave changes. Chest radiograph reveals a left pleural effusion.

Which of the following is the most likely diagnosis?

A. Acute dissecting aortic aneurysm
B. Acute myocardial infarction
C. Aspiration pneumonia
D. Esophageal rupture
E. Posteriorly penetrating peptic ulcer

ABIM07614

ABIM07615

ABIM07616

ABIM07617

ABIM07618

ABIM07619

ABIM07620

ABIM07621

ABIM07622

ABIM07623

ABIM07624

**ABIM07625**

ABIM07626

ABIM07627

ABIM07628

ABIM07629

ABIM07630

ABIM07631

ABIM07632

ABIM07633

ABIM07634

**ABIM07635**

ABIM07636

ABIM07637

ABIM07638

ABIM07639

ABIM07640

ABIM07641

ABIM07642

ABIM07643

ABIM07644

ABIM07645

ABIM07646

ABIM07647

ABIM07648

ABIM07649

ABIM07650

ABIM07651

ABIM07652

ABIM07653

ABIM07654



# Internal Medicine

## Module 054

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM07656

ABIM07657

ABIM07658

ABIM07659

ABIM07660

**ABIM07661**

ABIM07662

ABIM07663

ABIM07664

ABIM07665

**ABIM07666**

ABIM07667

ABIM07668

ABIM07669

ABIM07670

ABIM07671

**ABIM07672**

ABIM07673

ABIM07674

ABIM07675

ABIM07676

ABIM07677

ABIM07678

ABIM07679

ABIM07680

ABIM07681

ABIM07682

ABIM07683

**ABIM07684**

ABIM07685

ABIM07686

ABIM07687

ABIM07688

ABIM07689

ABIM07690

ABIM07691

ABIM07692

ABIM07693

# 20

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $PO_2$ of 64 mm Hg, $PCO_2$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $DL_{CO}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

ABIM07695

ABIM07696

ABIM07697

ABIM07698

**ABIM07699**

ABIM07700

**ABIM07701**

# 24

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

ABIM07703

ABIM07704

ABIM07705

ABIM07706

ABIM07707

ABIM07708

ABIM07709

ABIM07710

ABIM07711

ABIM07712

ABIM07713

ABIM07714

ABIM07715

ABIM07716

ABIM07717

ABIM07718

ABIM07719

ABIM07720

**ABIM07721**

ABIM07722

ABIM07723

ABIM07724

ABIM07725

ABIM07726

ABIM07727

ABIM07728

ABIM07729

ABIM07730

ABIM07731

ABIM07732

ABIM07733

ABIM07734

ABIM07735

ABIM07736

ABIM07737

# 42

A multispecialty practice conducts a chart audit focusing on cardiac medications and potential adverse effects from drug–drug interactions. Of the patients who were taking both amiodarone and digoxin, approximately 15% were receiving excessive dosages of one or both medications.

Which of the following interventions would be most effective in reducing the number of patients in this practice who are receiving excessive dosages of amiodarone and/or digoxin?

A. Didactic presentations to the physicians and physician assistants regarding appropriate prescribing of these drugs
B. Letters to all patients currently taking these drugs encouraging them to discuss this with their physician
C. Electronic prescribing of these drugs with automatic alerts for potential drug–drug interactions
D. Quarterly review of a sample of each physician's patient charts with feedback regarding inappropriate prescribing of these drugs

**ABIM07739**

ABIM07740

**ABIM07741**

ABIM07742

ABIM07743

ABIM07744

ABIM07745

ABIM07746

ABIM07747

ABIM07748

ABIM07749

ABIM07750

**ABIM07751**

ABIM07752

ABIM07753

ABIM07754

ABIM07755

ABIM07756

ABIM07757

ABIM07758

ABIM07759

ABIM07760

ABIM07761

ABIM07762

**ABIM07763**

ABIM07764

ABIM07765

ABIM07766

ABIM07767

**ABIM07768**

ABIM07769

# 58

A 28-year-old man who is a cellist has had persistent lower back pain for four years. The pain is in the lumbosacral region and radiates to the buttocks and posterior thighs. Onset was gradual and not associated with trauma. He has two hours of morning stiffness and buttock pain after sitting. He has not seen a doctor because of his travel schedule, but now the pain is interfering with his ability to practice.

Vital signs are normal. Lumbar flexion is limited; range of motion in the hips is normal. Flexion, abduction, and external rotation of the hips (FABER maneuver) elicits moderate discomfort. Neurologic examination of the lower extremities is normal. Hemoglobin is 11.9 g/dL, leukocyte count is 8400/cu mm, and erythrocyte sedimentation rate is 38 mm/hr.

Which of the following is the most likely diagnosis?

A. Ankylosing spondylitis
B. Diffuse idiopathic skeletal hyperostosis
C. Lumbar spinal stenosis
D. Mechanical lower back pain
E. Rheumatoid arthritis

ABIM07771

ABIM07772

ABIM07773

ABIM07774



# Internal Medicine

## Module 055

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM07776

ABIM07777

ABIM07778

ABIM07779

ABIM07780

**ABIM07781**

ABIM07782

ABIM07783

ABIM07784

ABIM07785

ABIM07786

ABIM07787

ABIM07788

**ABIM07789**

**ABIM07790**

**ABIM07791**

ABIM07792

ABIM07793

ABIM07794

ABIM07795

ABIM07796

ABIM07797

ABIM07798

ABIM07799

ABIM07800

**ABIM07801**

ABIM07802

ABIM07803

**ABIM07804**

**ABIM07805**

ABIM07806

ABIM07807

ABIM07808

ABIM07809

ABIM07810

ABIM07811

ABIM07812

**ABIM07813**

# 20

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $PO_2$ of 64 mm Hg, $PCO_2$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $DL_{CO}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

ABIM07815

ABIM07816

ABIM07817

**ABIM07818**

**ABIM07819**

ABIM07820

ABIM07821

# 24

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

ABIM07823

ABIM07824

**ABIM07825**

ABIM07826

**ABIM07827**

ABIM07828

ABIM07829

ABIM07830

**ABIM07831**

ABIM07832

ABIM07833

ABIM07834

ABIM07835

ABIM07836

ABIM07837

ABIM07838

**ABIM07839**

**ABIM07840**

ABIM07841

ABIM07842

ABIM07843

ABIM07844

ABIM07845

ABIM07846

ABIM07847

ABIM07848

ABIM07849

ABIM07850

ABIM07851

**ABIM07852**

ABIM07853

ABIM07854

ABIM07855

ABIM07856

ABIM07857

ABIM07858

ABIM07859

ABIM07860

**ABIM07861**

**ABIM07862**

ABIM07863

ABIM07864

ABIM07865

**ABIM07866**

ABIM07867

ABIM07868

ABIM07869

ABIM07870

ABIM07871

ABIM07872

ABIM07873

ABIM07874

ABIM07875

ABIM07876

ABIM07877

ABIM07878

ABIM07879

ABIM07880

ABIM07881

ABIM07882

ABIM07883

ABIM07884

ABIM07885

ABIM07886

ABIM07887

ABIM07888

ABIM07889

# 58

A 72-year-old woman is brought to your office by family members for evaluation of increasingly bizarre behavior during the past two to three weeks. She has been accusing family members of hostile acts and writing long letters detailing their alleged activities. She has become withdrawn and no longer participates in social events at her condominium. Medical history is significant for severe osteoarthritis, hypertension, insomnia, and alcohol dependence, for which she has undergone inpatient treatment. Her long-standing medications are atenolol, diphenhydramine, hydrochlorothiazide, naproxen, and trazodone.

She tells you that she no longer drinks alcoholic beverages; family members corroborate this. Physical examination is unremarkable. Neurologic examination is nonfocal.

Which of the following medications is the most likely cause of this clinical picture?

A. Atenolol
B. Diphenhydramine
C. Hydrochlorothiazide
D. Naproxen
E. Trazodone

ABIM07891

ABIM07892

ABIM07893

ABIM07894



# Internal Medicine

## Module 056

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM07896

ABIM07897

ABIM07898

ABIM07899

ABIM07900

**ABIM07901**

ABIM07902

ABIM07903

ABIM07904

ABIM07905

ABIM07906

ABIM07907

ABIM07908

ABIM07909

ABIM07910

ABIM07911

**ABIM07912**

**ABIM07913**

ABIM07914

ABIM07915

ABIM07916

ABIM07917

ABIM07918

**ABIM07919**

ABIM07920

**ABIM07921**

ABIM07922

ABIM07923

ABIM07924

ABIM07925

ABIM07926

ABIM07927

ABIM07928

ABIM07929

ABIM07930

**ABIM07931**

ABIM07932

ABIM07933

# 20

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $PO_2$ of 64 mm Hg, $PCO_2$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $DL_{CO}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

ABIM07934

ABIM07935

**ABIM07936**

ABIM07937

ABIM07938

ABIM07939

ABIM07940

ABIM07941

# 24

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

ABIM07943

**ABIM07944**

ABIM07945

ABIM07946

ABIM07947

ABIM07948

ABIM07949

ABIM07950

**ABIM07951**

ABIM07952

ABIM07953

ABIM07954

ABIM07955

ABIM07956

ABIM07957

ABIM07958

ABIM07959

ABIM07960

ABIM07961

ABIM07962

**ABIM07963**

ABIM07964

**ABIM07965**

ABIM07966

ABIM07967

ABIM07968

ABIM07969

ABIM07970

ABIM07971

ABIM07972

ABIM07973

ABIM07974

ABIM07975

ABIM07976

ABIM07977

ABIM07978

ABIM07979

ABIM07980

ABIM07981

ABIM07982

ABIM07983

ABIM07984

ABIM07985

ABIM07986

ABIM07987

ABIM07988

ABIM07989

ABIM07990

ABIM07991

# 49

A 23-year-old woman who is four months pregnant comes to the emergency department because of shortness of breath, wheezing, and cough. She has asthma, which has been less responsive to her beta-agonist inhaler.

Temperature is 37.0 C (98.6 F), pulse rate is 100 per minute, respirations are 25 per minute, and blood pressure is 120/85 mm Hg. Breath sounds are decreased bilaterally. Chest radiograph shows hyperinflated lung fields.

Laboratory studies:

| | |
|---|---|
| Leukocyte count | 9000/cu mm |
| Arterial blood studies | |
| $P_{O_2}$ | 92 mm Hg |
| $P_{CO_2}$ | 28 mm Hg |
| pH | 7.52 |
| Bicarbonate | 22 mEq/L |

Symptoms do not respond to three treatments with a nebulized beta agonist.

Which of the following is most appropriate now?

A. Subcutaneous epinephrine
B. Intravenous aminophylline
C. Intravenous antibiotics
D. Intravenous corticosteroids
E. Intravenous magnesium

ABIM07992

ABIM07993

ABIM07994

ABIM07995

ABIM07996

ABIM07997

ABIM07998

ABIM07999

ABIM08000

**ABIM08001**

ABIM08002

ABIM08003

**ABIM08004**

**ABIM08005**

ABIM08006

ABIM08007

ABIM08008

ABIM08009

ABIM08010

ABIM08011

ABIM08012

ABIM08013

**ABIM08014**



# Internal Medicine

## Module 057

# CONFIDENTIAL

Copyright © 2007 by American Board of Internal Medicine.
All rights reserved. Do not copy without permission.

Summer 2007

ABIM08016

ABIM08017

**ABIM08018**

ABIM08019

ABIM08020

**ABIM08021**

**ABIM08022**

**ABIM08023**

**ABIM08024**

ABIM08025

**ABIM08026**

ABIM08027

**ABIM08028**

ABIM08029

**ABIM08030**

ABIM08031

ABIM08032

ABIM08033

ABIM08034

ABIM08035

ABIM08036

ABIM08037

**ABIM08038**

ABIM08039

ABIM08040

ABIM08041

ABIM08042

ABIM08043

ABIM08044

ABIM08045

ABIM08046

**ABIM08047**

ABIM08048

**ABIM08049**

ABIM08050

ABIM08051

ABIM08052

ABIM08053

# 20

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, and respirations are 12 per minute. Blood pressure is 140/92 mm Hg. Cardiopulmonary examination is normal. The abdomen is nontender. He has no peripheral edema. Arterial blood studies show $P_{O_2}$ of 64 mm Hg, $P_{CO_2}$ of 60 mm Hg, and pH of 7.35. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $D_{L_{CO}}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

**ABIM08055**

ABIM08056

ABIM08057

ABIM08058

ABIM08059

ABIM08060

ABIM08061

# 24

Which of the following agents decrease cardiovascular mortality in patients who have class III and class IV systolic dysfunction?

| | Beta-adrenergic blocking agents | Calcium channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

ABIM08063

ABIM08064

ABIM08065

ABIM08066

ABIM08067

ABIM08068

ABIM08069

**ABIM08070**

ABIM08071

ABIM08072

**ABIM08073**

ABIM08074

ABIM08075

ABIM08076

ABIM08077

ABIM08078

ABIM08079

ABIM08080

**ABIM08081**

**ABIM08082**

**ABIM08083**

ABIM08084

ABIM08085

ABIM08086

ABIM08087

ABIM08088

ABIM08089

ABIM08090

ABIM08091

ABIM08092

**ABIM08093**

ABIM08094

ABIM08095

ABIM08096

ABIM08097

**ABIM08098**

ABIM08099

ABIM08100

ABIM08101

ABIM08102

**ABIM08103**

**ABIM08104**

ABIM08105

**ABIM08106**

**ABIM08107**

JA10843

**ABIM08108**

**ABIM08109**

ABIM08110

ABIM08111

# 49

A 22-year-old woman comes to the emergency department because of lightheadedness, fatigue, and three melenic stools during the past four days. She has not had hematemesis or noted bright red blood rectally. She has had three similar episodes, the first of which was at age 16. Extensive evaluation, including upper and lower gastrointestinal endoscopy, was unrevealing. Her only medication is ferrous sulfate. Review of systems reveals frequent epistaxis and heavy menses.

The patient is pale. Pulse rate is 105 per minute, and respirations are 16 per minute. Blood pressure is 100/55 mm Hg without postural change. A flow murmur is heard at the left upper sternal border. No petechiae are noted. Physical examination is otherwise normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 31% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 6400/cu mm; normal differential |
| Platelet count | 195,000/cu mm |
| Prothrombin time | 11 seconds *[11–13]* |
| Activated partial thromboplastin time | 41 seconds *[30–40]* |
| Mixing study | 29 seconds |

Which of the following is the most likely cause of the recurrent bleeding?

A. Antiphospholipid syndrome
B. Factor VIII inhibitor
C. Glanzmann thrombasthenia
D. Hemophilia B
E. von Willebrand disease

ABIM08112

ABIM08113

ABIM08114

ABIM08115

ABIM08116

**ABIM08117**

ABIM08118

**ABIM08119**

ABIM08120

**ABIM08121**

**ABIM08122**

ABIM08123

ABIM08124

ABIM08125

**ABIM08126**

ABIM08127

**ABIM08128**

ABIM08129

ABIM08130

ABIM08131

**ABIM08132**

**ABIM08133**

ABIM08134

# EXHIBIT 8

| | |
|---|---|
| DOCID | = 10021952 |
| PARENT_DOCID | = 10021952 |
| SOURCE | = Dr Arora - Outlk Exprs E-mls - Sent PST |
| ATTACHMENT | : ✉ Jaime A. Salas MD |
| FROM | : Jimmy Salas <jsalasmd@yahoo.com> |
| TO | : boardreview@comcast.net |
| SUBJECT | : Jaime A. Salas MD |
| FOLDER | : \Sent MSGs\Imported Mail\Inbox |
| DATE | = 12/18/2008 |
| TIME | : 21:18:54 -0800 |
| GMT_DATE | = 12/19/2008 |
| GMT_TIME | : 05:18:54 GMT |
| TEXT01 | : Dr. Arora: |

I was just contacted about the 3rd year class of San Juan City Hospital in Puerto Rico that they changed my review board date from May to June??? I am actually off calendar date at their program and I finished my clinical responsibilities at that hospital and I have currently returned to Manhattan. I want to make sure that I remain on your May scheduled course since the 3rd year residents sent you my name by mistake since I appeared on their class census. Please confirm that I remain on the May review course in Manhattan. Thank you, and I apologize for any misunderstanding.

Sincrely,

Jaime A. Salas, MD
787-525-1995

| | |
|---|---|
| MESSAGEID | : 351068.7149.qm@web35406.mail.mud.yahoo.com |
| MESSAGEINDEX | = 0000000494 |
| ENTRYID | : 00000000EDFE5F5C4A85124F8457A4CB656D152C64B92200 |

# EXHIBIT 9

USDC, District of NJ American Board of Internal Medicine v. Rushford & Baron Tuesday
No. 14-CV-06428 (KSH)(CLW) Deposition of Jaime A. Salas Rushford, M.D. June 28, 2016

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

AMERICAN BOARD OF INTERNAL MEDICINE,
Plaintiff,

vs.

Civil Action No. 14-CV-06428 (KSH)(CLW)

JAIME A. "JIMMY" SALAS RUSHFORD, M.D.,
Defendant/Counterclaim Plaintiff, Third Party Plaintiff,

vs.

RICHARD BARON, M.D.; CHRISTINE K. CASSEL, M.D.; LYNN O. LANGDON; ERIC S. HOLMBOE, M.D.; DAVID L. COLEMAN, M.D.; JOAN M. VON FELDT, M.D.; NAOMI P. O'GRADY, M.D.; COMPANIES A, B & C; JOHN DOE & RICHARD ROE; PERSON EDUCATION, INC.;
Third Party Defendants.

------------
Tuesday, June 28, 2016
------------

Oral sworn deposition of JAIME A. SALAS RUSHFORD, M.D., taken at the law offices of Ballard Spahr, Woodland Falls Corporate Park, 210 Lake Drive East, Cherry Hill, New Jersey, before Robert J. Boccolini, Certified Court Reporter, on the above date, commencing at 10:06 a.m.

- - - - - -

TATE & TATE
Certified Court Reporters
The Ironstone Village
520 Stokes Road, Suite C-1
Medford, New Jersey 08055
(856) 983-8484 - (800) 636-8283
www.tate-tate.com

(856) 983-8484 Tate & Tate, Inc. (800) 636-8283
520 Stokes Road, Suite C-1, Medford, NJ 08055

JA10874

USDC, District of NJ American Board of Internal Medicine v. Rushford & Baron Tuesday
No. 14-CV-06428 (KSH)(CLW) Deposition of Jaime A. Salas Rushford, M.D. June 28, 2016

Page 18

**I had a, you know, significant number of people.**
**Most likely I did communicate with them one way or another, yes, either study group or communicating, you know, saying hi or -- yeah.**
Q. You're saying most likely. Can you identify any specific person with whom you communicated using your jsalasmd@yahoo.com e-mail address in connection with a study group to prepare for the ABIM certifying examination in internal medicine?
**A. It's been so long. Again, it was something I did in 2009, 2008. That I can recall, maybe Vicente Lamb or Vincent Lamb. Was a physician.**
**Regarding other things, I might have written to the hospital, to the -- to the academic people in the hospital, the doctors who were there when I was in San Juan City Hospital.**
**So -- but again, you're going have to ask them if they receive an e-mail from me, because when you're a resident, either you talk -- you write e-mails and you talk to them in the hallways, so...**
Q. Dr. Salas, I did not see any e-mails that you produced between you and Dr. Lamb.
Did you produce any e-mails between yourself and Dr. Lamb?
**A. I gave everything I had to my attorneys,**

Page 19

**so...**
Q. Did you search your e-mails for discussions with members of your study groups?
**A. Originally when they asked me, I did, and whatever I came up I gave to my attorneys. So they have produced you a few things.**
Q. When was that? When did you perform that search?
**A. Should have been last year. I think they produced everything to you last year. They send you electronic version of whatever I could find.**
Q. How did you perform that search?
**A. I sat down on the floor and looked through papers.**
Q. You said you looked through papers. Did you also search your electronic e-mail account?
**A. What I had available I did. I should have done that back in the day. Again, whatever I found I produced to my attorneys.**
Q. How did you search your e-mail account?
**A. I might have gone page-by-page of whatever I had there.**
Q. Do you actually recall what you did?
**A. No, actually, I don't.**
Q. Dr. Salas, when did you create the e-mail

Page 20

address padrinojr@yahoo.com?
**A. Again, you're asking me something I did maybe decades ago. To the best of my recollection, it was maybe tenth, eleventh grade in high school, twelfth, senior year of high school, around that time.**
Q. What year do you graduate high school?
**A. 1997.**
Q. For what purpose did you create that e-mail address?
**A. Communicate with my friends and if I was going to college and it was, you know, friends, communicating with friends.**
Q. Are you still using the e-mail address padrinojr@yahoo.com?
**A. I don't.**
Q. When did you stop using it?
**A. I might have stopped using it maybe late 2010, '11, around that time. I used it occasionally. But I cannot recall specifically what dates or whatever. I still have friends, a lot of friends. Everybody wrote to that -- to that e-mail, so...**
Q. Why did you stop using it?
**A. Because I was transitioning to work and I had an office to run. So my communications with friends**

Page 21

**for a while came down to almost zero. I had patients to run. I had a building code to apply for. I had -- how do you say this in English? The fire -- the fire people, the fire department. I had to find out the license for controlled substances. Have to look out for -- what else? Patents. I have to go and register my office. I have to get a sanitary license. I had to get a commercial phone. I had to get a fax. I had to pay my office. I had to move stuff.**
**So I was more occupied on other things than corresponding with friends at that time.**
Q. Do you still have access to the e-mail address padrinojr@yahoo.com?
**A. I don't actually.**
Q. When did you stop having access to it?
**A. It was around -- I think we produced that to you. I don't have the exact date with me. But we looked -- I actually I did -- I went to log in and Yahoo didn't allow me to log in, gave me an error, told me something with password if I don't recall -- if I recall correctly.**
**And after a few times they told me I needed to contact Yahoo because the password I had didn't work, so I did. And they corresponded back. And I**

6 (Pages 18 to 21)

(856) 983-8484 Tate & Tate, Inc. (800) 636-8283
520 Stokes Road, Suite C-1, Medford, NJ 08055

JA10875

USDC, District of NJ American Board of Internal Medicine v. Rushford & Baron Tuesday
No. 14-CV-06428 (KSH)(CLW) Deposition of Jaime A. Salas Rushford, M.D. June 28, 2016

Page 22

**think my lawyers produced that to you.**
Q. When did you try to log in and, as you described, you got an error message from Yahoo?
**A. Again, I've done so many -- look at so papers. I'll have to look at the paper again and I can tell you.**
Q. So you were unable then to actually search the e-mail address padrinojr@yahoo.com for e-mails for this case?
**A. I didn't have access to it, so...**
Q. So the answer is no, you were unable to search it?
**A. The answer is I didn't have access to the e-mail.**
Q. Did you use the padrinojr@yahoo.com e-mail address to communicate with members of any study group you participated in to prepare for the ABIM certifying examination in internal medicine?
**A. Again, that was my common e-mail that I used back in the day with my friends. And most likely I did communicate with them using the padrinojr@yahoo.com account.**
Q. You said most likely. Do you know for sure?
**A. I'm sure I communicated at some point with some of them with that e-mail, yes. When, I -- you**

Page 23

**know, it's been -- again, you're asking me something that happened in 2009, 2008, so we're in 2016.**
Q. Do you recall whether you had access to the padrinojr@yahoo.com e-mail address in May of 2012?
**A. Most likely I did. 2012. Actually, 2012 I'm not sure. Again, I have to look at the paper that Yahoo produced and I can tell you the dates and everything. So we produced the paper. If you have it, you can show it to me. We can clear this up because we're going round and round the same question.**
**MS. JACOBS:** I'm going to mark as Exhibit 6 the notice of deposition.
(Exhibit Salas-6 marked for identification.)
**MS. JACOBS:** I've marked as Exhibit 6 the notice of deposition for Dr. Salas that's dated May 9, 2016.
Q. Dr. Salas, have you seen this document before?
**A. May I please read it first to refresh my memory --**
Q. Sure.
**A. -- if you don't mind. (Pause.)**
Q. Dr. Salas, my question is merely have you

Page 24

ever seen this document before and do you understand that you are here today subject to this notice of deposition?
**A. I'm here -- you gave me a document with one two-sided page, one two-sided page, three two-sided page, four two-sided page, and a single page.**
**I would like to read the whole document, because you're asking me for the document which entitles the whole pages. So if you allow me to read it.**
**MS. JACOBS:** Why don't we take a break.
MR. RIVERA-SOTO: To allow the witness do read it.
**THE WITNESS:** Sure. Thank you.
(Break.)
**THE WITNESS:** Miss Jacobs, your question again?
**BY MS. JACOBS:**
Q. Dr. Salas, do you recognize the notice of deposition that's been marked as Exhibit 6?
**A. Yes.**
Q. Okay. You understand that you're here today testifying under this notice of deposition, correct?
**A. Yes.**
Q. What year were you born?

Page 25

**A. 1979.**
Q. What city were you born in?
**A. San Juan.**
Q. Where did you go to college?
**A. University of Puerto Rico, Rio Piedras Campus.**
Q. And what did you major in?
**A. General science.**
Q. What year did you graduate?
**A. 1999.**
Q. When you graduated from college, did you have any student loans?
**A. No.**
Q. What did you do after graduating from college?
**A. I worked in a significant amount of things. I graduated in 1999, so I had -- I graduated early. I think I traveled. If I remember correctly, that was -- has to be something, 1999. I went to summer -- summer -- I think I took a summer course in physiology in the Interamerican University of Puerto Rico, if my memory doesn't fail me. It was to learn about physiology. So I took like a class with them after I graduated from my college.**
Q. When did you start medical school?

7 (Pages 22 to 25)

(856) 983-8484 Tate & Tate, Inc. (800) 636-8283
520 Stokes Road, Suite C-1, Medford, NJ 08055

JA10876

USDC, District of NJ American Board of Internal Medicine v. Rushford & Baron Tuesday
No. 14-CV-06428 (KSH)(CLW) Deposition of Jaime A. Salas Rushford, M.D. June 28, 2016

Page 82

effect on your medical practice?
**A. Well, it exposed me to other doctors from the island, yes. I met a lot of people that I didn't know before.**
Q. So it was helpful for your medical practice?
**A. It was helpful for getting patients and getting to know me and for getting to know them, so I can have people to refer to.**
**MR. SCHLAFLY:** Correction. In the last answer you referred to patients. Do you mean physicians?
Could you read back his last answer? I think he just misspoke.
(Whereupon the answer was read back by the reporter.)
**MR. SCHLAFLY:** Did you mean patients or did you mean physicians?
**THE WITNESS:** Oh, no, physicians. I got to meet surgeons that actually used to -- I met a very good surgeon in that trip that I -- that's very capable. I refer patients to that surgeon currently.
**BY MS. JACOBS:**
Q. Did you also meet physicians who refer patients to you?
**A. Sure. I'm guessing they come from -- I**

Page 83

**don't -- I don't -- sometimes I don't get -- tell from the patients who they come from. I'm guessing, you know, I have patients that come from them.**
**MS. JACOBS:** I'd like to mark as Exhibit 9 a letter from Arora Board Review to Dr. Salas dated May 23, 2009.
(Exhibit Salas-9 marked for identification.)
**THE WITNESS:** Yes.
Q. Dr. Salas, did you receive this document from Arora Board Review?
**A. I don't remember ever receiving this document. But it has my name on it.**
Q. Dr. Salas, did you attend every day of the Arora Board Review that was held from May 18 to May 23rd, 2009 --
**A. Yes.**
Q. -- in New York? Did you miss any part of any day of the Arora Board Review course when it was given?
**A. You're asking me something, again, May 18 to 23rd, 2009. If I went to the bathroom I didn't go, or I arrived 10 minutes late. Honestly, I don't recall.**
**But I -- my best recollection is I attended**

Page 84

**every single day of the course.**
Q. While you were taking Dr. Arora's course, you were aware that he had actual ABIM test questions, weren't you?
**A. I did not.**
Q. You were aware that Dr. Arora got questions from other course attendees after they took their exam; isn't that right?
**A. I do not.**
**MS. JACOBS:** I would like to mark this document that bears Bates number ABIM02565 as Exhibit 10.
(Exhibit Salas-10 marked for identification.)
Q. Dr. Salas, what's been marked as Exhibit 10 is part of the transcript from the Arora Board Review course in the afternoon of May 22nd, 2009 --
**MR. SCHLAFLY:** Objection.
Q. -- that ABIM produced in this case.
**MR. SCHLAFLY:** Objection. Transcript by whom?
**MS. JACOBS:** Transcript by -- well, you can object. I'll continue with my question.
**MR. SCHLAFLY:** Well, it's unclear. There was no official transcript, so I don't --

Page 85

MR. RIVERA-SOTO: That's fine.
**MR. SCHLAFLY:** You just need to identify the document. Just saying it's a transcript doesn't mean anything to me.
**BY MS. JACOBS:**
Q. Dr. Salas, have you seen this document that was produced by ABIM in this case?
**A. Specifically I don't.**
Q. Are you aware that your counsel asked ABIM for recordings of Dr. Arora's course and any transcripts that ABIM -- and any transcripts? Are you aware that your counsel sought those documents from ABIM in this case?
**A. I'm aware that he asked for a lot of documents and all of them were not produced. So you're going to have to ask them. I cannot speak for them.**
Q. So ABIM produced the document that has been marked as Exhibit 10 in this case in response to your counsel's request for recordings and transcripts from Dr. Arora's course.
You haven't taken a look at this document that your counsel specifically requested?
**A. You have sent so many documents to my attorneys that I cannot recall one or the other page,**

22 (Pages 82 to 85)

(856) 983-8484 Tate & Tate, Inc. (800) 636-8283
520 Stokes Road, Suite C-1, Medford, NJ 08055

JA10877

USDC, District of NJ American Board of Internal Medicine v. Rushford & Baron Tuesday
No. 14-CV-06428 (KSH)(CLW) Deposition of Jaime A. Salas Rushford, M.D. June 28, 2016

Page 138

**yes.**
Q. Okay. Why didn't you copy her on the second e-mail containing your 11 pages of handwritten notes that you sent to Dr. Arora an hour later?
**A. Again, I don't recall what and when I wrote that e-mail for. So it was too long ago. So I cannot answer that question. I don't remember.**
**MS. JACOBS:** I would like to mark as Exhibit 17 an e-mail from the e-mail address pedrinojr@yahoo.com to Dr. Arora. It is dated August 13, 2009, and the subject is FW, colon, all capital letters, don't, don't, don't, don't forward. And this e-mail contains 10 typewritten attachments.
(Exhibit Salas-17 marked for identification.)
Q. Dr. Salas, my first question to you is did you send what's been marked as Exhibit 17 to Dr. Arora?
**A. I'm going to have to read the document to tell you if it's -- if this is something that I might have sent or not. I don't remember. It was, again, 2009.**
Q. We'll get to that in a second. I'll ask a different question.
Did you send an e-mail to Dr. Arora with the

Page 139

subject line, all capital letters, don't, don't, don't, don't forward?
**A. I don't recall writing don't, don't, don't forward.**
Q. Do you recall forwarding an e-mail where somebody else wrote don't, don't, don't, don't forward?
**A. Again, it was 2009. I cannot go -- I cannot go either way. You know, I corresponded with Dr. Arora. The specifics of what I wrote -- you're asking me something that happened seven years ago.**
Q. Dr. Salas, have you ever seen the attachments before that are attached to this e-mail?
**A. If you let me read them I can -- I can see if I've seen them before or not. So I don't know what's here. You gave me a lot of papers double-sided.**
**If you allow me to read them, surely answer your question.**
Q. I would like to move this deposition along.
Dr. Salas, do you deny sending this e-mail with the 10 attachments?
**A. I need to read the e-mail first.**
Q. You mean all of the attachments?
**A. Yes. You're enclosing the whole document.**

Page 140

**You're asking me about the entire thing. You're asking me to answer a question without actually looking at the papers?**
Q. This is an attachment to the complaint. Are you saying this is the first time you've seen this? It's Exhibit D to the complaint.
**A. You're just -- I don't see any markings on the top. I remember everything in the complaint had markings. I don't know what this is. I need to read it. I know this. This much I know.**
**MR. RIVERA-SOTO: What if we represent to you that Exhibit D is a copy of what is attached to the complaint?**
**THE WITNESS:** If you give me the original for the --
MR. RIVERA-SOTO: Do I have to give you the original? I just represented to you as an officer of the court that it is a true and correct copy of Exhibit D to the complaint.
**THE WITNESS:** I have the right to see page-by-page. So you provide me the page that you're referring to, I can look through the pages.
MR. RIVERA-SOTO: And that's the position you're taking in this deposition?
**THE WITNESS:** I think I have the right

Page 141

to do that. You're asking me about a great number of pages and wordings.
MR. RIVERA-SOTO: Okay.
**MR. SCHLAFLY:** Is there a particular page you'd like to direct his attention to?
**MS. JACOBS:** Well, there are very specific pages. And it is only a very small number. It's two or three pages I would like to direct his attention to.
But my first question is did he send the e-mail with the 10 attachments to Dr. Arora, which is what is reflected in the e-mail?
And that is an exact copy of what is attached to the complaint.
**MR. SCHLAFLY:** You can answer whether you recall sending that e-mail.
**THE WITNESS:** I'll have to read it, because this is a lot of information. They just threw it here -- what -- how many pages? I don't know.
I think I need to -- you know, this one I understand. It has a case number and everything, ID. It's 11 pages.
But to say under oath this is what -- this is it --

36 (Pages 138 to 141)

(856) 983-8484 Tate & Tate, Inc. (800) 636-8283
520 Stokes Road, Suite C-1, Medford, NJ 08055

JA10878

USDC, District of NJ American Board of Internal Medicine v. Rushford & Baron Tuesday
No. 14-CV-06428 (KSH)(CLW) Deposition of Jaime A. Salas Rushford, M.D. June 28, 2016

Page 142

MR. RIVERA-SOTO: So if we produce the exact duplicate of that but with the tag line long the top you'll be satisfied?

**THE WITNESS:** I need to compare page-by-page to make sure it's the same thing.

MR. RIVERA-SOTO: So you'd still have to read it?

**THE WITNESS:** Yes.

MR. RIVERA-SOTO: Go ahead and read it. Off the record again.

(Break.)

**BY MS. JACOBS:**

Q. Dr. Salas, now that you've reviewed the entirety of Exhibit 17, did you send this e-mail and the 10 typewritten attachments to Dr. Arora?

**A. Well, it's my e-mail. It came from my padrinojr with my name on it, yes, so most likely it came from me to Arora.**

Q. What are the 10 typewritten attachments?

**A. Well, thank you for letting me read them, because now it's more clear.**

**This is definitely what Monica didn't want to give me. So this most likely are the class notes from the other people that might have come to other Arora reviews. And apparently Monica didn't want me**

Page 143

**to have them.**

**So I think we -- my attorneys produced that, that e-mail under discovery when we did it back in the day.**

Q. So who are you saying gave you these 10 typewritten attachments?

**A. We provided it. It should be on the -- the --**

Q. No, I'm asking you now sitting at your deposition, where did the 10 typewritten attachments to Exhibit 17 come from?

**A. Most likely they came from one of the colleagues from the group that went to the Arora Board Review in Jersey or wherever else they took it.**

Q. Well, did all 10 attachments come from the same person?

**A. Well, I didn't write -- I don't recognize or remember writing or doing any of them. But I do recognize that it follows Arora's course, even it has like something I remember from the course that is -- it was actually very funny. It's somewhere here. Where is it? Where is it? Bear with me one second.**

**Here we go, like 54 or somewhere in between here. I'll let you get to the page. This is the page.**

Page 144

Q. How is this answering my question?

MR. RIVERA-SOTO: Number 45.

**THE WITNESS:** You're asking me if I recognize this. I didn't write this. But this is something that Arora, he was infamous for, like he would repeat things, like everybody together, repeat it. (Spanish words.) (Spanish words) is everybody together.

Q. Did Dr. Arora often speak Spanish in his course?

**A. I'm guessing the people that took this from my hospital -- from my hospital are Spanish speaking people. Like I took Spanish notes. I think in Spanish, so...**

Q. So tell me again, the attachments, the 10 typewritten attachments to Exhibit 17 are precisely what?

**A. Well, I cannot specify specifically what the they are because I did not produce them or write them. But what they appear to be is Arora's course notes.**

Q. Why did you send them to Dr. Arora?

**A. Most likely it was sent to me and I had doubts in it like -- they -- like my notes, things are not completed. And here they -- whoever wrote**

Page 145

**this took the -- the effort of like discussing the topic and answering doubts that they might have had.**

**But it's like Arora shows and it has reference to the multiple, multiple sites here. It has references to the handouts that were provided. Even more.**

**There's -- you know, again, this is 2009. But I remember Arora discussing different, you know, going and -- like topics and -- and intermingle topics and then back to something else and back and forth. And this is what they looked like.**

Q. Did you tell Dr. Arora in your e-mail that you doubts and that you were seeking his input?

**A. Most likely I communicated somehow with him because, you know...**

Q. Well, did you communicate that in your e-mail to him?

**A. Here I don't have anything written down.**

Q. How would he figure out from this giant pile of paper what you were seeking from him if this is in fact class notes about what you had doubts?

**A. Well, either -- he knows who I am, first of all. Either he called me or I called him.**

**You know, I'm not denying that I -- that I didn't communicate with the doctor over the phone.**

37 (Pages 142 to 145)

(856) 983-8484 Tate & Tate, Inc. (800) 636-8283
520 Stokes Road, Suite C-1, Medford, NJ 08055

JA10879

USDC, District of NJ American Board of Internal Medicine v. Rushford & Baron Tuesday
No. 14-CV-06428 (KSH)(CLW) Deposition of Jaime A. Salas Rushford, M.D. June 28, 2016

Page 178

It's appropriate to call you Dr. Salas Rushford. It's appropriate to call you Dr. Salas, just like it's appropriate to call your father Mr. Salas Soler or Mr. Salas, but not Mr. Soler. You know that.

**MR. SCHLAFLY:** Mr. Rivera-Soto, you're not a witness.

MR. RIVERA-SOTO: I know I'm not.

**MR. SCHLAFLY:** You're not a witness. Why are you testifying?

MR. RIVERA-SOTO: Because you asked me.

**MR. SCHLAFLY:** You're not the jury either. I didn't ask you.

MR. RIVERA-SOTO: You asked me. You asked me. And I'm making my record right here --

**MR. SCHLAFLY:** You're not the jury.

MR. RIVERA-SOTO: -- so the world understands.

And by the way, so that you know, I've already called Magistrate Judge Waldor's chambers. I told them that we were having difficulties in getting this witness to testify.

And I was told that I should call at any time, that they will get Magistrate Judge Waldor on the phone, and she will resolve the problem.

So if we want to go there, happy to do

Page 179

it.

**MR. SCHLAFLY:** That's fine. You know, when you call the Court like that, you're supposed to have opposing counsel --

MR. RIVERA-SOTO: No. When I call the Court --

**MR. SCHLAFLY:** You're not supposed to ex parte communications with the Court.

MR. RIVERA-SOTO: My call was just to give a heads-up.

**MR. SCHLAFLY:** That's inappropriate. No. It's an ex parte communication and it's inappropriate.

MR. RIVERA-SOTO: You go right ahead and turn me in.

**MR. SCHLAFLY:** You should know --

MR. RIVERA-SOTO: Go ahead.

**MR. SCHLAFLY:** -- that by now. Based on your career --

MR. RIVERA-SOTO: Don't be ignorant.

**MR. SCHLAFLY:** -- you should know what your professionals obligations are.

MR. RIVERA-SOTO: Don't be ignorant. Let's move on.

**BY MS. JACOBS:**

Page 180

Q. Dr. Salas, did you ever ask anyone at ABIM whether you could use actual test questions to prepare for the certifying examination in internal medicine?

**A. I never used any actual questions from ABIM.**

Q. And so no one from ABIM ever communicated to you that you could obtain actual test questions from the certifying examination in internal medicine before you took your exam?

**A. I don't recall any -- having any conversations besides my credentialing issue with ABIM.**

Q. No one from ABIM ever communicated to you that you could use actual test questions to prepare for the certifying examination in internal medicine?

**A. What actual test questions?**

Q. Please answer my question. Did anyone --

**A. Can you --**

**MS. JACOBS:** Please read the question.

(Whereupon the pending question was read back by the reporter.)

**THE WITNESS:** First, I never used any ABIM questions. And second, nobody from ABIM called me that I could recall a phone call like that. That's...

Page 181

Q. No one from ABIM ever communicated to you that you could distribute actual test questions from the certifying examination in internal medicine?

**A. I never distributed any questions from any ABIM examination questions.**

**And second, I don't recall anybody from -- saying they're from ABIM calling me and saying something like that.**

Q. How much did you pay to attend Dr. Arora's course?

**A. It should be provided on your paperwork. I don't recall. Thousand dollars or so. The actual number I don't know.**

Q. Was it $1,095?

**A. I don't recall it. I know it's around 1,000. You should have that information.**

Q. Directing your attention to what was previously marked as Exhibit 12 --

**A. Okay.**

Q. -- you paid $1,195 to attend Dr. Arora's course; is that right?

**A. Again, that's what it says there. I don't recall exactly what amount I paid back in 20 -- what year is this? 2009, 2008.**

Q. You knew when you were preparing for the

46 (Pages 178 to 181)

(856) 983-8484 Tate & Tate, Inc. (800) 636-8283
520 Stokes Road, Suite C-1, Medford, NJ 08055

JA10880

# EXHIBIT 10

| | |
|---|---|
| DOCID | = 10012082 |
| PARENT_DOCID | = 10012082 |
| SOURCE | = Dr Arora - Outlk Exprs E-mls - Deleted PST |
| ATTACHMENT | : ✉ Re: Medical material |
| FROM | : Jimmy Salas <jsalasmd@yahoo.com> |
| TO | : Rajender K Arora, MD <boardreview@comcast.net> |
| SUBJECT | : Re: Medical material |
| FOLDER | : \Deleted MSGs\Imported Mail\Deleted Items |
| DATE | = 05/27/2009 |
| TIME | : 19:04:41 -0700 |
| GMT_DATE | = 05/28/2009 |
| GMT_TIME | : 02:04:42 GMT |
| TEXT01 | : I was interesting in attending your two day weekend review in August. Can you please send me an e-mail with cost and address to which send the payment. |

Thank you

J. Salas MD

**Salas Medical Group**

---

This e-mail message (including any attachments) is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message (including any attachments) is strictly prohibited.

If you have received this message in error, please contact the sender by reply e-mail message and destroy all copies of the original message (including attachments)

---

**From:** "Rajender K Arora, MD" <boardreview@comcast.net>
**To:** Jimmy Salas <jsalasmd@yahoo.com>
**Sent:** Wednesday, May 27, 2009 10:29:03 AM
**Subject:** Medical material

Dear Doctor:

That was very nice of you to send me so many slides and the board-type questions. I will add them to my material where-ever needed so that everybody else can get be benefit from your hard work. I want to thank you for your efforts and I am sure you will pass the exam without any problem. Keep in touch and God bless you.

Dr. Arora

MESSAGEID : 171356.58341.qm@web35401.mail.mud.yahoo.com
MESSAGEINDEX = 0000009391
ENTRYID : 00000000869B5E2204E8A44DA0D5B2FE19FF959A44CB2400

# EXHIBIT 11

# Exhibit B

DOCID = 10023497
PARENT_DOCID = 10023497
SOURCE = Dr Arora - Outlk Exprs E-mls - Sent PST
ATTACHMENT : ✉ info
└ 🗎 Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C24292300.#1.Info.pdf
FROM : Jimmy R. <padrinojr@yahoo.com>
TO : coropalermo@caribe.net, boardreview@comcast.net
SUBJECT : info
FOLDER : \Sent MSGs\Imported Mail\Inbox
DATE = 08/12/2009
TIME : 19:35:07 -0700
GMT_DATE = 08/13/2009
GMT_TIME : 02:35:08 GMT
TEXT01 : Dr. Arora as per our conversation a few minute ago. . .Here is the info. I will be sending you more info latter on when other colleges forward me more input.

info

thanks !!!!

MESSAGEID : 890523.33767.qm@web110308.mail.gq1.yahoo.com
MESSAGEINDEX = 0000001382
ENTRYID : 00000000EDFE5F5C4A85124F8457A4CB656D152C24292300

- patient comes to ER
Upper motor ⊕ Lower motor symptoms
↓ propiaception
CSF pleocytosis Neutrophils
① Carcinomatosis vs Cerebral Abscess vs. Infectious

- CorkScrew treatment → Nitrate

- GI ulcer with clean base →
Admit to floor and liquid diet

- Esophageal Varices → tx propanolol

- MALTOMA chronic ulcer with discomfort and weight loss EGD with Biopsy gives maltoma - tx H. pylori ⊕ PPI
① H pylori tx
② Gastrectomy
③ Heme lonc consult

- picture → shows bullae
(3 days fever/chills) then lesions over body
Dx: small pox, (chicken pox), dermatitis herpetiforme
parvovirus

- Picture - diabetic goes to beach
butterfly rash with crusts in nose Maybe staph
what is the treatment for cocci ⊖ ⊕, staph, Gram ⊖ rods
Gram ⊖ bacilles Gram ⊕ cocci in pairs / chains

- EtOH goes to ER
* Normal ABG's 7.41 / $CO_2$ 40 / Bicarb 25
Anion gap 21

How to explain the gases?
or are the gases not in accordance with the patient

- Still's disease with spiking fever

- Mollusco Contagioso

- Phenytoin → erythroderma → Acutely ill
Steven Johnson?

- Gilberts ⊕ stress → ↑ in bili Observation

- patient taking Carbamazepine then Bupropion
* then gets Seizures Carbamazepine levels 6-12
What to do? D/c Bupropion vs ↑ Carbamazepine

- HemOnc Dx CML in 2 weeks labs change
anemia from 12-9 then retic count goes up
D-dimers ⊖
Dx. Most likely that will happen
① transformation to large cell lymphoma
② $B_{12}$ Def
③ Hemolitic Anemia
④ Medullary infiltration of CML

- Thalassemia debut
Comes with anemia, fatigue
Microcytosis 67, tear drop

~~What is the diagnosis~~? ~~thalassemia~~ Next step
electrophoresis vs smear vs bone marrow biopsy

- Picture petechia Inchins and bleeding gums
what is the Dx.? ______?______

- painfull petechia → Def Vit C

- Henosh-shonlein question

- Diabetic with malignant otitis externa
Organism most common? pseudomonas

- 70's ♂ having trouble with night vision reading
flashing lights makes glare. Patient comes in
with pink conjunctival folding

pterigium

What is the diagnosis?
pterigium gives glare problems?
flashing lights glare?

* flushing lights give glare!

- Dry skin ⊕ papilledema Vit A tox

- HIV scenario Pt complains of poor vision eye exam has yellow exam from macula and invades papilla → Dx. (CMV ? retinitis)

- tooth pain irradiates to gum What Abx is the treatment?

- Picture of mitral regurgitation with xray showing Calcification Strong S1 S2 with diastolic murmur Next step → pericardial Surgery? Pericardiectomy

- Ethics question pt states Doc will what chest tube and wife does Obey patients wishes make note in chart

- Old lady with Vaginal lesion
* goes from introitus until labia minora Size 2x2, pt s/p hysterectomy When she wipes herself the toilet paper turns red What to do? Biopsy vs. Estrogen cream vs Acyclovir

- CHF ⊕SOB (mild crackles) Hypotension dobutamine vs. isotonic solution, epinephrine

- Cardiomyopathy hypatrophic
  S2 ↑ with inspiration (wide splitting)

- Patient ♀ from College with Asthma
  * Everybody in college has influenza
  She feels fine
  What to do?
  - family 1n48 Reassurance
  · flu vaccine

- Mollusco Contagioso → Cryotherapy

- AI with gradient >60 EF=35%
  → Replace Aortic Valve

- Pics of a lesion pt states has grown in past year it itches when he scratches part peels off Dx lentigo, melanomavs Compound nevi

- Most likely immediate Surgical Consultation
  * - moving / ~~vegetations~~ valvular vegetations
  - ⊕ culture with enterobacter
  - ⊕ cultures of staph?
  - Valvular insufficiency / Aortic regurgitation

- Clubbing of hand -> dermatitis Seborrheic

- Hypathrophic pulmonary ______

- Always put 25-hydroxy

- rhinitis medicamentosa vs Vasomotor rhinitis
  (red red red mucosa injected mucosa
  vs medication rhinitis

- ~~[illegible]~~ immunology
  6 y/o works with bees and develops periocular edema first time has eyes swelling.
  what do you recommend
  - RAS
  - Skin Allergy testing
  - always have epinephrine

- Patient has C-7 deficiency
  - Infections with ~~[illegible]~~ Neisseria
  - Upper resp tract viruses
  - Streptococcal
  - Other organisms
  - fungi

  C5-C7 Neisseria

- Righ Arm pain; x-ray with lytic lesion, Bone Scan ~~hypo~~ low uptake en area of lesion Hypercalcemia ≈12
What is the work up
immunofixation vs. Renal CT vs Multiple Myeloma
for

- Old lady stands with bizarr behavior
Meds she was on B-blocker (Atenolol)
trazodone She makes lists of what her fam members do wrong?
Why is this patient having Acute bizarr behavior?

- Hematuria /prostate normal/ Find renal Cyst traveculated
What study
Cystoscopy
Percutaneous Aspiration
Pyelogram

*
- lady with feeling of fullness and painful Sex
Ovary Cyst 10cm / traveculer Cyst
What to do?
Surgy Consult
F/U patient in 6 months
treat with hormones

did not have ascites

- pt with bronchitis / No Background info
pt with occasional laugh

PPD 15mm ⊕ pleural effusion
CXR ⊖ pleural biopsy pending results.
tapping shows.
prot 4.5
glucose 80
pleocytosis do not remember

What to do
start Abx
Consult for chest tube
Start 4 drugs of tb.

- Strongyloides question Asthma they give steroids and do not get better get worse

* - lady from Mississippi has Ⓡ pleural pain she came from Vacation of 2-3 wks. from texas and Arizona Complains of generalized malaise CXR shows consolidation in Ⓡ lung base Eosinophilia with leukocytosis
What is the Dx:
ABPA vs. histoplasmosis vs Coccidiomycosis

# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

AMERICAN BOARD OF INTERNAL )
MEDICINE, )
Plaintiff, )
vs. ) No. 2:14-cv-06428
JAMIE SALAS RUSHFORD, M.D., )
Defendant. )

**** C O N F I D E N T I A L ****

The deposition of GERALDINE LUNA, M.D., called for examination, taken before TRUDY G. GORDON, a Certified Shorthand Reporter of the State of Illinois, County of Cook, taken at 233 South Wacker Drive, Suite 6600, Chicago, Illinois, on the 14th day of September A.D. 2016, at 8:00 a.m.

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
1801 Market Street – Suite 1800
Philadelphia, PA 19103

CONFIDENTIAL

PRESENT:

BALLARD SPAHR, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599
215-665-8500
BY: MS. HARA K. JACOBS
jacobsh@ballardspahr.com
-and-
MR. TYLER R. MARANDOLA
marandolat@ballardspahr.com

appeared on behalf of the Plaintiff;

LAW OFFICES OF ANDREW L. SCHLAFLY
521 Fifth Avenue
17th Floor
New York, New York 10175
908-719-8608
BY: MR. ANDREW L. SCHLAFLY
aschlafly@aol.com
appeared on behalf of the Defendant.

Attorney Telephonically for Defendant:

MR. GUILLERMO MENA

Attorney Telephonically for Deponent:

MR. ANDREW WACHLER

REPORTED BY: TRUDY G. GORDON, C.S.R.
CERTIFICATE NO. 084-004077

INDEX

| WITNESS | PAGE |
|---|---|
| GERALDINE LUNA, M.D. | |
| EXAMINATION BY MS. JACOBS.................... | 4 |
| EXAMINATION BY MR. SCHLAFLY.................. | 64 |
| FURTHER EXAMINATION BY MS. JACOBS............ | 139 |
| FURTHER EXAMINATION BY MR. SCHLAFLY.......... | 140 |

EXHIBITS

| DEPOSITION EXHIBITS | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT NO. 1 | SUBPOENA | 6 |
| EXHIBIT NO. 2 | COMPLAINT | 10 |
| EXHIBIT NO. 3 | PHOTOGRAPH OF BENJAMIN MANNES | 93 |
| EXHIBIT NO. 4 | E-MAIL WITH ATTACHMENTS | 132 |
| EXHIBIT NO. 5 | 10-26-2015 LETTER TO FIDEL CASTILLO | 134 |

(WHEREUPON, THE WITNESS WAS DULY SWORN.)

MR. SCHLAFLY: Could we agree to the usual stipulations, specifically that all objections except for the form of the question are reserved for trial.

MS. JACOBS: Yes, we are agreed.

GERALDINE LUNA, M.D.,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. JACOBS:

Q. Good morning, Dr. Luna.

A. Good morning.

Q. My name is Hara Jacobs, and I represent the American Board of Internal Medicine in this action against Dr. Jaime Salas Rushford. I'll be referring to the American Board of Internal Medicine as ABIM.

Is that okay?

A. Okay.

Q. Can you please give me your home and business address?

A. My home address is 4139 North Albany Avenue, Chicago, Illinois 60601 -- 08. I'm sorry.

Q. And how about your business address?

A. 804 South Wood Street. That's the University of Illinois, at Chicago, 60612.

Q. Dr. Luna, have you ever given a deposition before?

A. No. This would be my first.

Q. So let me just go through a few things. So I'll be asking you a series of questions today. If at any time you do not understand a question, please let me know so I can rephrase it. If you don't hear the question, please let me know that and I will restate it or I'll have the court reporter read it back. If at any time you need to take a break, just let me know. The only thing I ask is that if I've asked a question and you have not yet answered it, I ask that you answer the question before you take a break.

Do those instructions make sense?

A. Totally.

Q. Is there anything going on in your life that would affect your ability to testify completely and truthfully today?

A. No.

Q. I would like to mark as Luna Exhibit 1 the

subpoena that was served in this action?

(WHEREUPON, EXHIBIT NO. 1 WAS MARKED.)

BY MS. JACOBS:

Q. Dr. Luna, did you receive a copy of the subpoena that's been marked as Luna Exhibit 1?

A. Yes.

Q. Are you here to testify today pursuant to the subpoena that's been marked as Luna Exhibit 1?

A. Yes.

Q. Where did you go to college?

A. That was the University of Guadalajara, in Mexico.

Q. And what did you study there?

A. Medicine.

Q. Did you earn a degree?

A. Yes.

Q. And what degree?

A. Medicine doctor, M.D.

Q. And what year did you graduate?

A. That was in 2001.

Q. What did you do after you graduated from college?

A. Right before my USMLEs, then I took an internship at EMA which I resigned before finishing it to be able to do Fifth Pathway at the University, Ponce School of Medicine, and then I went to the residency. That was in 2006 at San Juan City Hospital.

Q. And what was -- What did you -- What area of study was your residency?

A. It was in internal medicine.

Q. You said you began the residency in 2006; is that correct?

A. Yes.

Q. When did you finish your residency?

A. 2009. That would be June the 30th.

Q. The Defendant in this case is Dr. Jaime Salas Rushford who is here today.

Prior to today, have you met Dr. Salas?

A. Yes.

Q. How did you come to meet him?

A. He was joining us when I was on my second year. So he was completing his third year partially, and then he was finishing up with a group, and during that year we met as part of our peer and colleague and part our activities.

Q. During your residency program, did you sign up to take ABIM certifying examination in internal medicine?

A. Yes, I did.

Q. Did you actually take that examination?

A. Yes, I did.

Q. Do you recall the date when you took it?

A. It was August the 12th. It was in 2009.

Q. Can you briefly describe for me how you prepared to take the ABIM examination?

A. We went to the Arora course, a board course that was in New Jersey at the time. It was for a week, an intensive course, and I also used the material for -- from the ACP, the questions.

Q. And so in addition to taking the Arora Board Review Course, did you study on your own for a period of time?

A. We took a month before. Like after finishing Arora, during July I studied on my own, like re-using that material.

Q. After you took your ABIM exam on August 12, 2009, did you communicate with any of your residency colleagues about your ABIM exam?

A. After taking the exam, I did.

Q. Which colleagues?

A. Jaime Salas, Coro Palermo and Lamsiu, Vicente Lamsiu, that's his name.

Q. Can you spell that?

A. V-I-C-E-N-T-E, Vicente. Then Lamsiu, L-A-M-S-I-U.

Q. When did you first communicate with Dr. Salas after your ABIM exam?

A. The same day. It was August the 12th.

Q. And what led you to communicate with Dr. Salas after your ABIM exam?

A. He called me. We were talking about like how was the exam and so forth, and then I -- he solicited me to share questions, and I did.

Q. Was that the only communication you had with Dr. Salas about your ABIM exam?

A. No. We communicated multiple times during that time frame after I took the exam and what I assumed was the period that he took his exam.

Q. And you say you communicated multiple times.

How did you communicate?

A. By phone and by e-mail.

MS. JACOBS: I'm going to mark as Luna Exhibit 2 the Complaint that's been filed in this action.

(WHEREUPON, EXHIBIT NO. 2 WAS MARKED.)

BY MS. JACOBS:

Q. Dr. Luna, if you would, please turn to Tab B.

A. Okay.

Q. At Tab B, Exhibit B to the Complaint, you will see that there is an e-mail from padrinojr@yahoo.com to coropalermo@caribe.net and boardreview@comcast.net that was sent on August 12, 2009, and attached to that are eight pages of handwritten notes. I'm going to direct your attention first to the eight pages of handwritten notes.

Do you recognize these handwritten notes?

A. I do.

Q. What are they?

A. They are handwritten notes from Jimmy or Jaime Salas, and they're part of our discussion over the phone.

Q. How do you know that?

A. Because then he e-mailed it back to me and this is exactly what we discussed. This resulted from our conversations.

Q. And when he sent them to you, how did he send them to you?

A. By e-mail.

Q. Do you recall what e-mail address he used?

A. It's jaime -- It wasn't this one particularly. It's another e-mail. Jaimesalas something.

Q. Did Dr. Salas ever communicate with you using the e-mail address here, padrinojr@yahoo.com?

A. Never. No.

Q. So what I'd like to do next is go through the handwritten notes that are attached to Exhibit B to the Complaint that's been marked as Luna Exhibit 2 in more detail. I'm not going to ask you about everything in the document, but I am going to go through some of it with you.

Is that okay?

A. It's okay.

Q. I want to direct your attention first to -- And you'll see at the top of the page it says page 3 of 10 in the upper right-hand corner. I want to direct your attention to the first entry that says patient comes to ER.

Do you see that?

A. Yes.

Q. Can you describe what that is?

A. In this case patient comes to the ER, propioception, carcinomatosis. This is the type -- Here are part of the questions, fragments of the questions, and then we had to decide whether it was carcinomatosis versus cerebral abscess versus an infection. So that -- Because I didn't know exactly the answer. I mean, I did answer, but I didn't know for sure the kind of -- you know, if the answer was okay or not. It was described there in details, like which are the options that I remember at the time.

Q. So this first entry, patient comes to ER, was that a question on your ABIM exam?

A. Yes, it was.

Q. And I believe you just said when you took the exam you weren't --

A. Sure about the right answer at the time, so ... I was discussing with him mainly questions that were like problematic to me. So those are the ones that I remember at first. He was telling me partially what he thought would have been the answer. Then he -- He was sending this note -- In this case, he was sending this note to Arora to verify if the

answer was the correct answer or not, and then he would send it back to me for feedback purposes in my case.

Q. Next I'm going to direct your attention to the entry on the same page that says GI ulcer with clean base.

Do you see that?

A. Yes.

Q. What does that refer to?

A. Well, we had a patient -- I mean, the exam, it was mentioning a patient that had a GI ulcer and it was a clean base, so what was the next approach? Should he be admitted? Should he be receiving octreotide or other invasive treatments at the time or he could be admitted to floor and then discard with liquid. So I remember for sure that that was my answer. I admitted him to floor to later on send him back home because there was not an emergency needed to be treated.

Q. And the scenario you just described, that was a question on your ABIM exam?

A. Yes. Yes, it was.

Q. The next entry, I believe it says -- Is that esophageal varices?

CONFIDENTIAL

Page 14

A. Yes.
Q. What does that refer to?
A. It was a patient -- We were presenting a patient with varices, and they wanted to know what was the best approach. I recall at the exam that it was multiple options, invasive, should they operate, should you just treat with Propranolol, which was the answer that I chose.
Q. And was the scenario you just described a question on your ABIM exam?
A. Yes, it was.
Q. How about the next entry that says Maltoma?
A. Yes.
Q. What is that?
A. We were discussing this particular question, and Maltoma, I remember, it was the first word that I remember you're going to see a Maltoma, and then we went over the possible answers again, and I remember that I commented like let's treat it, it's for H. pylori, you have to treat, and I was telling him exactly what I remember being the answers for that question -- I mean, the possible answers and alternatives.

Page 15

Q. So that the 1, 2, 3 that are listed there where --
A. Yes. They're part of the exam. All this is a question of the exam.
Q. Are those the possible answers?
A. Not possible answers, but alternatives. So we had to choose from them. Like it has like H. pylori treatment, gastrectomy, heme/onc consultations, and I -- for sure I remembered that I mentioned I chose H. pylori treatment.
Q. So 1, 2 and 3 were the answer choices to this question on your ABIM exam?
A. Yes, they were choices.
Q. How did you remember this in such detail?
A. Our level of anxiety was so much at that time, and these were, to me, traumatizing questions. Like I just wanted to know the answers. I don't think anybody can forget like at the time. It was just the same day that I took these questions so I had everything fresh in my mind.
Q. The next entry says picture.
What does that refer to?
A. It was a picture in the exam, and they showed bullaes. They give you like a three-day

Page 16

fever, blah, blah, blah, blah, and then the diagnoses were in between like small pox, it was chicken pox, dermatitis or parvovirus. We had to choose among them. I wasn't sure about the bullaes. I told him what I thought it would be, like chicken pox, but I wasn't sure. That was one of -- I found it, but I wasn't sure about it.
Q. How about the next one that says picture? And backing up again. The question, the picture you said shows the bullae, that was a question on your ABIM exam?
A. Yeah. Instead of being a total question, it was like they gave you a partial. They gave you like the picture and then partial information, and then you had to make up like what do you think it was. So I -- They show you the answer. These are the choices there to -- for the resident to answer at the exam, and so those are what I remember.
Q. The next entry on that page says picture, diabetic goes to beach.
What does that refer to?
A. It's a lady. She goes to the beach. Then they give you like a little short -- like an introduction to what's going on, the problem, and

Page 17

then they show the picture of the butterfly rash, and that came in my exam too. So we had to choose like what was it, was it an infection, was it lupus. So kind of like what was in there is what we discussed.
Q. And was that question a question on your ABIM exam?
A. Yeah, all of them. All of them so far have been.
Q. So going up to the top of the page I see an asterisk next to patient comes to ER.
Do you know what that asterisk indicates?
A. Not for sure, no. I guess it's a problem -- The ones that I really didn't know if my answer was right or wrong. I really don't know what the asterisk is.
Q. Will you go to the next page.
A. Okay.
Q. At the top it says ETOH goes to ER.
What does that refer to?
A. That's Ethanol intoxication. Like there's a patient that goes, apparently, with Ethanol intoxication goes to the ER, and these are the values that they took from the patients. They did ABGs. So that's what it showed up. Then according to that,

CONFIDENTIAL

Page 18

the question in the exam was how to explain those gases. So that's what basically I remember of that one in particular.

Q. So the scenario you just described, that was a question on your ABIM exam?

A. Yes.

Q. What about the next one, is that Still's disease?

A. Yeah. We were talking. I said like, oh, for sure I know that if you see this guy with spiking fever, blah, blah, blah, blah, and the rash, because there was more information, it would have been more, that is still disease. So those I knew like right off the bat that I was answering correctly.

Q. And was that a question on your ABIM exam?

A. Yes.

Q. What is the next one underneath that?

A. Molusco contagioso is -- it's some sort of like a children's disease that now it comes out more -- you can see it in adults, especially if they're immune compromised or HIV or old age, as it is. So I remember that I discussed that. I don't remember if I gave him much of a detail. But I do remember that I -- I mentioned like, oh, that's

Page 19

molusco contagioso, that's for sure the answer. But I didn't remember much of it. I didn't put too much attention because I know like I had it -- I thought I had it right, so I didn't go that much in details.

Q. Was there a question on your AB -- Was that a question on your ABIM exam?

A. All of them, yes. This one was another question on my ABIM exam.

Q. How about the next one?

A. Phenytoin, Eythroderma, Steven Johnson, that was another question.

MS. REPORTER: I'm sorry. Can you say that again, please.

THE WITNESS: Sorry.

BY THE WITNESS:

A. It was a patient receiving Phenytoin, and then he had Erythroderma, which is a skin condition, and we knew it was a Stevens-Johnson because it was medication related. So we knew the condition, the bullous condition that the patient was presented was part of Stevens-Johnson.

BY MS. JACOBS:

Q. And that was a question on your ABIM exam?

A. Yes. Yes, it was.

Page 20

Q. How about the next one, Gilberts?

A. Gilberts is a patient that we also had. He had stress. I mean, he was like normal patient when he was exposed to stress. The bilirubin increased in the exam. I mean, it was presented like that in the exam. So the next question is what should we do with this patient? Should we treat it? Should we not treat it? In this case we just observe. Stevens-Johnson is not a treatable disease.

Q. How about the next entry, patient taking -- I'm not sure what that says.

A. That's Carbamazepine. Then Bupropion. Then gets seizures. Then we went into details. And what was the best course of action? It was discontinuing the medication.

Q. And --

A. So I just knew -- I put that one. I wasn't completely sure. Most of these questions I -- The ones with a lot of details I really didn't know like the answers to it. So we wanted to know if Arora was, you know, okay with my response or not. I wanted to know that.

Q. And what does it say at the end of the question, that D/C, that's -- Is that discontinued?

Page 21

A. Diagnosis.

Q. Oh, diagnosis?

A. Yes. Heme/onc diagnosis. Chronic ML. In two weeks labs change --

Q. Oh, wait. I'm sorry. Let me go back for a second. I was still on the same question we were on where it says -- Do you see where it says, What to do, question mark, D/C?

A. Which one?

Q. It's okay if I point?

A. Right here, patient taking? Okay. Oh, what to do. Exactly. D/C is discontinue.

Q. Discontinue?

A. Bupropion.

Q. Okay.

A. Versus incrementing or increasing Carbamazepine.

Q. Were those two of the answer choices for that question on your exam?

A. Yes, both of them.

Q. So now turning to the next entry. Can you describe that one for me?

A. Which one?

Q. The one just below that that I -- I can't

read what the handwriting says.

A. Oh. Heme/Onc. Diagnoses, CML, which is chronic myelocytic leukemia. In two weeks labs change. Anemia varies. Then retic count goes up. D-dimers are negative. And then it goes like who is the most likely diagnosis of what will happen. Then there's transformation; B-12 deficiencies. So those are options in the exam.

Q. What's numbers 1, 2, 3, 4, those were options?

A. Yeah, like options for the possible answers, like the choices given to us in the exam, so those are that.

Q. So --

A. Which one did I mark in my exam? I don't remember, and I truly don't know the answer. Looking at it now, I don't know.

Q. So one thing I want to make sure is that when I'm asking you questions and you're giving answers -- Because the court reporter may kill us -- she might do it nicely, but she'll kill us -- So you have to let me finish my question before you answer because it makes it impossible for her to take it down.

A. Okay.

Q. So my question is then, at the bottom of this page 4 there's a number 1, 2, 3, 4, those are the answer choices for this question on your ABIM exam; is that right?

A. Yes.

Q. Turning to the next page, which is page 5, at the top it says thalassemia debut?

A. Debut. So debut means the patient is having thalassemia for the very first time. So that's the way he presented to the emergency room or whatever was the condition that he presented to -- or the place that he presented to.

Q. And what was -- And so what was this question asking?

A. So it's -- It says anemia, fatigue, microcytic anemia. And then it went to what happens next? I mean, what is the next best choice? Electrophoresis versus smear versus bone marrow biopsy.

Q. And what are those words that are underlined? Do you know what those are?

A. The picture, petechiae? This is another question.

Q. I'm sorry. Still on the same question. It looks like tear drop?

A. Oh, tear drop, yeah. So tear drop is a -- it's the giveaway. Like if you see that in a question, like you automatically like know what we're talking about. So normally this patient would go like for -- With tear drops, they go for bone marrow trans -- a bone marrow -- I'm sorry -- biopsy, and then you decide what would be the condition that he's suffering from.

Q. And please tell me why is tear drop the giveaway?

A. Oh, because this is particularly important, like the -- So in for lingo, medical lingo, like there's certain characteristics of a cell or a condition that once they put it in the exam, this is what -- you know that that's what they want you to answer because this is the way that at pathologist would describe a smear if they look at it, or a hematologist, oncologist. So it's a particular description that is a hallmark of the disease.

Q. The next entry that says picture, what does that refer to?

A. It's -- Pictures in the exam. Every time there was a picture, I would discuss like -- There was a picture with petechiae and bleeding gums, what is the diagnoses? So either you know it's like Vitamin C deficiency or there were other things in there. We didn't know for sure. I answered Vitamin D deficiency, but I didn't no for sure if that was the condition because they had other coagulations conditions.

Q. And you remember answering -- giving that answer to that question on your exam?

A. On my exam I did. I really had doubts. That's the reason I remember the questions in detail.

Q. What is -- What is the next entry?

A. What's a painful petechiae. So that even makes it worse. It's a deficiency, Vitamin C deficiency, so we added like if it was painful or not. So this one is painful petechiae.

Q. And the next one says -- Is that Henoch?

A. Henoch-Schonlein question, yeah.

Q. What is -- What does that refer to?

A. This was the answer. I don't remember the particular details, but I just know that there was an answer, it was very particular, Henoch-Schonlein, so

I jumped up and I answered Henoch-Schonlein for that question.

Q. How about the next entry, diabetic with --

A. Malignant.

Q. Right.

What does that refer to?

A. Malignant otitis is a very common condition -- Not a common condition, but it does happen. It's not so rare to see in diabetic patients. They were asking in the most common organism. In this case it was Pseudomonas.

Q. And that was the question?

A. That was the answer of the question, and this was a question here.

Q. That was a question on your exam?

A. Yes.

Q. How about the next entry, 70's, what -- Tell me about that?

A. Oh, that one, it was one that it was driving me crazy at the exam. It was a picture of a guy with -- It looked like it was -- What is that word? It had like a Pterygium, like pushing all over into the half of the eye. It came out in my exam. I know for sure that I was looking at Pterygium. But

the way the question was framed, I wasn't even sure it was that what they were wanting us to see. But it was a particular picture in my exam, so I'm like at nighttime he can't see, so it has like flashing lights. You have glare, so the patient at nighttime was having problem, so it looked like cataracts, and at the same time the picture looked like he had Pterygium, so -- It was driving me nuts, that question in particular.

Q. This, what's written in the margin here, "flashing lights give glare," was that information given in this question on your ABIM exam?

A. Yes. So that is like the part that I was struggling with mostly in the exam.

Q. And the question was -- on the exam was, What is the diagnosis?

A. Um-hum.

Q. Is that --

A. Yes.

Q. That was the question?

A. That was the question.

Q. Can you turn to the next page, page 6.

A. Yeah.

Q. The first entry, dry skin, what does that

refer to?

A. Oh, it was like a patient with dry skin. That was an easy one for -- I mean, I find it very easy. It had dry skin, positive papilledema, and it was like -- It said Vitamin A toxicity. So that was the answer.

Q. I'm just curious. Going back for a second to page 5, that question at the bottom about the "flashing lights give glare."

A. Yeah.

Q. Do you know the answer to that question?

A. No. Still don't. I have checked, but I still don't know the answer to that question.

Q. Turning now back to page 6 of the document. The second entry says HIV scenario.

Please describe for me what that refers to?

A. It is patient complaining poor vision. They did eye exam. Then, you know, part of the question is like -- The fact that they gave you that it was HIV, you know that it's immune compromised. Then he was having yellow -- Exam has -- He looks yellow, and then he has macular problems, invades papilla. So that we were talking about a particular

patient with CMV. So what they wanted to know was the answer. If it's Ganciclovir? How do you treat it? Do you treat it? What are you suspecting? So that is -- The diagnosis of the patient is CMV retinitis. I mean, that's what I thought.

Q. Do you know why there's a question mark? It looks like it's a question -- Is that a question mark after CMV?

A. Yeah. As usual I wasn't sure if that was the answer or not. But to me it still is CMV retinitis.

Q. At the time you saw this question on your ABIM exam, are you sure you knew the answer, or no?

A. I thought I knew the answer. That to me it still is.

Q. How about the next entry about tooth pain, what does that refer to?

A. Let me see. Tooth pain. I don't remember the particular details of this question. It's patient with tooth pain radiating to gum and then with an antibiotic. So I don't -- I remember -- hardly remember this one in particular. I guess I chose something that would cover for peptostrepto or -- but I really don't know. I really don't know

the answer to that one.
Q. How about two down that starts with ethics question?
A. Okay. Patient states does not want chest tube. These patients will just make note in chart. So that one is like an ambiguous -- Again, an ethics question. I don't really know like the details of what I answered. But, yeah, it was in our exam -- in my exam.
Q. But you recall an ethics question on your exam?
A. Yeah, so like what do you do, like obey patient wishes or -- I remember it being combobulated -- It's a question that they were having problems because the kids were wanting to give another treatment to patient and then what do we do, do we honor the patient's wishes or the power will -- It wasn't even a power will. It's something that she stated at the time. So what do we do? Do we obey those? Do we have to open again an ethical committee? So there was a couple of things that we could do as part of the options of that question. I don't really remember. I think I chose like going to a committee and sitting down with the family and

trying to convince them to follow or obey patient's wishes.
Q. How about the next entry that says old lady with vaginal lesions, do you recall what that refers to?
A. Yeah, this was an old lady that she had vaginal lesions, and it looked like -- In our case that we were discussing, to me it looked like atrophic vaginitis, and then it says that she has hysterectomy and toilet paper turns red when she cleans herself or when she wipes herself. So what is the next course of action? Should we do biopsy? Should we treat it? Should we give estrogen creams or not? I remember that I was dwelling between giving estrogen creams, but at the same time the fact that she's bleeding and she had a lesion, I wanted to do a biopsy, so I chose that in my exam. But I was discussing that question as well.
Q. And how about the next one that says CHF, what does that refer to?
A. That's congestive heart failure. Then she was having -- Or he -- I don't remember exactly whether it was he or she -- was having shortness of breath. Then there was mild crackles there and then

the hypertension. So the next -- The question was in this part of the exam is: What do we do? Do we give Dobutamine? Do we give isotonic solution? Do we start Epinephrine? So this is an ICU patient.
Q. And the remarks here about whether to give Dobutamine or an isotonic solution or Epinephrine, those were the answer choices for this question on your ABIM exam?
A. Yes.
Q. Turning to page 7.
A. Okay.
Q. The first entry at the top, can you tell me what that refers to?
A. Cardiomyopathy. Hypertrophic cardiomyopathy in this case. It was a patient -- The most important part of that question is the wide splitting. Like that would help us with the answer. I don't remember exactly what were the answers at the time. But it had like -- I don't remember it specific. But I do remember that I concentrated on that word in particular, like wide splitting because I know at the -- because myel, I think it had a little bit more, so -- and it was choosing which I thought was the diagnosis.

Q. And that was a question on your ABIM exam?
A. Yeah.
Q. How about the next one that talks about a patient from college with asthma?
A. And then -- This was a very interesting one. So it says asthma. Everybody in college had influenza at the time, so we needed to know what to do with this patient, treat with Tamiflu in the next 48 hours or should with reassure or send patient -- So that was the next -- These are the choices, as far as I remember with a little bit more. It was -- It went all the way down to C or D, and then I remember choosing Tamiflu within the window period because it was like -- you know, it was like an epidemic going on at the college at that time.
Q. Those are -- I think you just said that you do -- you specifically recall this question.
What was it about this question?
A. Oh, it's because at the time -- This particular question at the time is at the campus -- I remember specifics, like a friend was having a whatever, and it was very detailed in question in the abundance of the material put into that question, but it was like a lot of information for a very short way

and targeted answer. So just by going down and reading the answers and skimming through the paragraph of the question, you could have like done it like in five minutes or so. So that was like half a page to give me a little answer, so that's why I remember.

Q. Going down to the entry that says AI, what does that refer to?

A. Aortic insufficiency.

Q. And what is that question?

A. With a gradient, and it says more than 60 ejection fraction -- This is the ejection fraction here on the corner, like 35 percent. Then it goes like what do we do? In that particular -- This particular question was discussed by Arora. So this is one of the few questions that he discussed in his material that it was exactly the same in the exam. So I would say like 20 percent was material like exactly the same questions like he discussed. So this is one of them.

Q. So this specific question here, the AI, was discussed in Dr. Arora's course?

A. Yeah. He gave like a couple of examples like -- and then that one in particular came in our exam.

Q. And that question was also on your exam?

A. Um-hum.

Q. Other than this question which you just pointed out, the other questions that we've gone over so far this morning, did you recognize any of the other ones --

A. No.

Q. -- from Dr. Arora's course?

A. No. Like hardly. I would say like 15 percent was repeated like exactly the same way that he had it in his material. But the rest of his exam was like -- to me they were new questions. I've never seen them before.

Q. How about the next entry that talks about pictures of a lesion, can you describe that question?

A. The molusco again? This one?

Q. No. Below the -- It says, p-i -- I think it says, p-i-c-s. It's under AI.

A. Picture of a lesion. Patient states has grown in the past year. Itches when scratches. Parts peels off. Lentigo maligna and compound. That one in particular -- Melanoma versus -- What was it? Yeah, I remember this question also. These were the possible answers. I had no idea if I had it right or not or wrong. But I do remember this question just like that in my exam with a little bit more information.

Q. And at the -- Under that I think it says most likely immediate surgical consultation, and then there are four dashes under that.

Do you see that?

A. Yes, I do. This was like -- They had a lot more information. The question had more information. But the important thing was to recognize if -- what to do next. It says, valvular vegetations, positive cultures of staph and da, da, da, da. So the answer for this is most likely -- it's immediate consultation. That's -- So we're going backwards here because that was a possible answer. So they give you like a couple of settings, and I remember that this particular patient had valvular vegetation. So what comes next? And we knew that this particular patient we need to call a surgeon to take care of that because that's a possible embolism.

Q. When you say we knew, who is the we?

A. Oh, we were discussing that question, so it was an easy piece for us.

Q. So we is you and Dr. Salas?

A. Yeah, when we were discussing that particular question over the phone.

Q. Turning to the next page, page 8, and I'm going to direct your attention to the fourth entry down.

Can you describe the -- I think it says rheutis. But can you describe for me what that entry is?

A. Rhinitis medicamentosa?

Q. Yes.

A. So that's a type of rhinitis that you get. Like in our patient -- In the particular question, our patient was using a lot of medications. So he was not getting better. So we had to choose between what was the likely cause of the problems of this patient. So was it the medication itself producing the problem or is it vasomotor rhinitis. So that was -- Basically that was the answers -- the choices given. In this case I know for sure I answered medication-related rhinitis.

Q. And that was a question on your ABIM exam?

A. Yes. The part that's red red mucosa in

particular, it wasn't exactly that way. The mucosa of our patient was like friable. It was like very clear. So I remember that we were discussing that this in particular was rhinitis medicamentosa. This is friable tissue, not red red.

Q. How about the next entry that says, I believe, 68 year old.

A. Okay. Works with bees and develops periocular edema for the very first time, and -- Let me see. I don't know what the little -- here is. So I know that I had this particular patient, and the next thing he has always -- he needs to always use the EpiPen. That was the answer to that question.

Q. And that was a question on your ABIM exam?

A. Yes.

Q. How about the next entry, patient has?

A. C-7 deficiency?

Q. Yes.

A. So that's a type of immune -- a problem, and these are the possible answers; infections with Neisseria, upper tests -- upper, something, tracheostomy, whatever it is, and streptococcal, other organisms and fungi. I know for sure that the answer to this question that we discussed is that I

chose Neisseria. Because the patient was having C-7 deficiency, so most likely the patient was suffering from Neisseria. The question was -- It really -- It was like if we know all this information, which are the most likely conditions that this patient might suffer from, what is the next step? So we know that we had to treat for infections related to Neisseria.

Q. And that was a question on your ABIM exam?

A. Yeah.

Q. Turning to next page, page 9. The top entry says -- I believe it says right arm pain.

Do you see that?

A. Yes.

Q. What does this scenario refer to?

A. It's a patient having lesions on bone scan. So it goes like update in the area of the lesion. Had hypoglycemia. So we had to like choose between them, like what was the next -- what were you suffering from? And I remember that the patient was like -- Our suspicion was like multiple myeloma -- my suspicion, so that's what I shared. Basically that was it. I don't remember the details of like the other possible answers for that particular question. But I do remember that I thought it was multiple

myeloma at the time.

Q. And that was a question on your ABIM exam?

A. Yes.

Q. And the next entry on page 9, old lady, something about bizarre behavior.

Can you describe that one?

A. Yeah, she started -- She was on medication and beta blocker, Trazodone. She makes a list of -- to the family. So the family comes. The family member asks what's going on wrong with her, and then why the patient isn't (undecipherable word). The possible answers or -- I don't remember exactly what we were discussing about it. But it was because she started the new medication. She was started on beta blockers, so it's -- Even though it's not described as a side effect, any medication can make you loopy at a given point, especially an old lady. This was a geriatric patient.

Q. And that was a question on your ABIM exam?

A. Yeah.

Q. How about the next entry, hematuria, can you describe that one?

A. Yeah, this patient had hematuria, prostate was normal, and then they find a trabeculated cyst.

So what is the next step for this patient? So this patient's trabeculated cyst is known to be like a possible malignancy, very highly malignant. So the next step is like either the cystoscopy, percutaneous aspiration, a pyelogram. So I remember that I chose for that particular one, a cystoscopy.

Q. And that was a question on your ABIM exam?

A. Yeah.

Q. How about the next entry, the one with the asterisk next to it that says lady with feeling of full?

A. Fullness and painful symptoms. So she had an ovary cyst and it was a big one, trabeculated again. This is a trabecular cyst. What do we do? Again, is surgery consult versus patient following up in six months versus treating with hormones, and then it has on the side -- I don't know what he wrote on the side. But I remember that we consulted the surgeon. I mean, we were discussing if that was what I wrote, and that was what I was recommending if he faced any of these questions to do.

Q. And that was a question on your ABIM exam?

A. Yes.

Q. Turning to page 10. That first entry with

the patient with bronchitis, can you explain that scenario?

A. Okay. Patient with bronchitis. No background info. Patient with occasional cough. Then it was a PPD of 15. So that was the part that we know that something was wrong with this patient aside from the cough, obviously. So we were discussing a -- He had pleural effusion, chest X-rayed, biopsy is pending. So in that particular case we thought we were talking about like TB, tuberculoma. So those are like what to do. Start antibiotic. Consult for chest tube. Start for the drugs of an anti -- Start treating directly. So we wanted to do like a consult to -- for bronchoscopy just to isolate the microorganism and get sensitivities. So that was -- Yeah, that was the one that I chose in the exam, the answer.

Q. I want to direct your attention, and I may -- I'm going point on your paper because there's a word here I definitely don't recognize.

A. Oh, pleocytosis.

Q. Right. And then it says do not remember.

A. Oh, it's I don't remember what comes afterwards. Not that the patient doesn't remember.

I know pleocytosis, but I can't give anything further. So I know that pleocytosis. I do not remember the rest. Not that the patient is suffering from some sort of dementia or delirium or anything like that.

Q. So then the statement --

A. What to do with this patient.

Q. So --

A. I'm sorry.

Q. Wait till I ask my question.

So the statement here about do not remember refers to the fact that you did not remember the rest of the facts in the question; is that right?

A. Yeah, the rest of the question I didn't know. I just knew like the relevant information. Like this was fragments of questions. I didn't know all of them.

Q. How about the next entry which I can't read that word, something --

A. Strongyloides?

Q. Yes.

A. Strongyloides question. If the patient is suffering from asthma and they have him on steroids and it does not get better. So this particular

question was like really astounding to me in the sense that I have this real situation, this real scenario at the ICU. The patient dies from a parasite. So it's not getting better. So there there was a couple of things to do, like ICU, consult, IV, things like that. But I don't remember exactly the rest of it because I think I answered it well. So I didn't go into details of that one because I thought it was a straightforward question. But I do remember pointing out this particular question because that happened to me in real life with a patient that we admitted.

Q. Do you recall at what part in your, whether it was in residency or medical school, that you had the patient with asthma who you -- that got steroids and they wound up dying?

A. I was second year. We were admitting at the ICU, and I remember that because that's our rotation. Normally we rotate in second year in the ICU. I remember that in my third year it was particularly -- We even wrote -- It wasn't me particularly. But we gave them all the information and there was a case report that we came up with at the ICU regarding to this particular question --

particular case with our real patient.

Q. And how about the next question -- the next entry with the asterisk that says, "lady from Mississippi," can you describe that one?

A. She has pleural effusion. She comes from vacation two or three weeks from Texas and Arizona. Complains of generalized malaise. Consolidation in right lung base. Then she has Eosinophiles with leukocytosis. What is the diagnosis? So I remember this particular I answered ABPA versus Histoplasma or coccidioidomycosis which is a type of fungal infection that you acquire. This one in particular was from Texas, so that I knew that this was not the answer to this question. But the eosinophil count and all the details in that particular part of the labs was the giveaway for that question.

Q. And you remember, I believe you said, answering ABPA as the answer on your ABIM exam?

A. It's aspergillosis, blah, blah, blah. It's a long word. That's the only reason we use the acronym instead of the word because it's like, ooh, a big word. It's aspergillosis, blah, blah, blah, blah.

Q. And the other two options, were those two

other answer choices for this question on your ABIM exam?
A. Yes.
Q. Having now gone through the entirety of the eight -- Having gone through the eight pages of handwritten notes that are Exhibit B to the Complaint in this case, I want to ask you is it possible that these handwritten notes that you just testified about, is it possible that they are Dr. Salas' class notes from the Arora Board Review course?
A. No.
Q. Why not?
A. Because these questions were in my exam, and I discussed them with him. And in the course of Arora they didn't have these questions. These are my questions from the exam. I took them.
Q. I want to turn now to Exhibit C. Exhibit C to the Complaint begins with an e-mail sent from padrinojr@yahoo.com to boardreview@comcast.net, and it was sent also on August 12, 2009, the subject is: Dr. Arora, A more complete list, I have added 20 plus questions. Then there are 11 pages of handwritten notes that are attached to this e-mail. I would want to first direct your attention to what are pages 3

through -- You'll see at the top labeled 3 through 10. I want you to look at those pages and ask you whether they are the same eight pages of handwritten notes that we just reviewed in Exhibit B of the Complaint? Feel free to take your time, obviously.
A. Basically all, but I see different ones too included in it. A little bit more. But all of the ones that we discussed, basically all of them are repeated in this material that you're providing to me.
Q. So I want to direct your attention now to the page that's page 11 of 13 at the top.
A. Okay.
Q. And what I want to do is walk through the -- basically these last three pages of notes with you that are Exhibit C to the Complaint.
The top entry says pleural pain?
A. That is page 11?
Q. Yes.
A. Yes.
Q. Do you see where I'm referring to pleural pain?
A. Yes.
Q. Can you describe what that refers to?

A. Pleural pain, (undecipherable word) finding --
MS. REPORTER: Sorry. Can you go a little slower, please.
THE WITNESS: Sure. I'm sorry.
BY THE WITNESS:
A. So it says pleural pain. And then they describe the findings. Dullness to percussion. Breath sounds are diminished. That's what this little arrow here means. No tactile fremitus on that side. Diagnoses; pleural effusion, PE, atelectasis, PNA, which I don't recall that, PNA. And then it says the chicken drowns in water. Chicken runs quickly in air. Yes, I do know what this question is about. This was an exam question as well that we have a patient with a pure clinical description, so we had to decipher based on the pure examination. What I mean as examination, we had to describe what the patient had based on that. So they were like testing our clinical abilities in this question. So I do recall everything and particularly because the breath sound was diminished in this patient and there was dullness to percussion. So what it means is that the patient either had water or air accumulated in

the pleural area which is between the sac and the lung. I do recall this one because this mnemonic that we use here is what a Cuban colleague of mine shared with me. It's like the chicken runs well on the ground. It flies very little. And it drowns in the water. So that we know for sure. What it means is than when we're doing this particular test, the fremitus, so the voice or the vibrations do not travel well if the patient has either water or air, but it travels well if there is a consolidation or anything that increases the density of the lung. So that particular one I was like so glad I paid attention when this colleague of mine gave us this mnemonic to remember.
Q. I just want to make sure I understand this.
The mnemonic that you're referring to that a colleague gave to you, is that the chicken drowns in water?
A. Yes. The chicken runs well in the ground, flies very little, and drowns in the water. So that's the way the mnemonic goes. So what it means is, that if the lung has a consolidation, like either a mass or a pneumonia, the vibrations of this

particular test travels very well. It's even augmented. When there's air or water, it doesn't travel well. So you're going to try to auscultate or touch to feel the vibrations of the whispering test. You're going to feel nothing or it's going to be very, very diminished.

Q. And who was the colleague who gave you the mnemonic that you just described including the chicken drowns in water?

A. This was Nopolis (phonetic). He was a senior -- When I came in, he was at second year. So when I was in second year that we were doing our rotations at the ER, he was explaining, oh, this is a way you can -- right away without -- Because he was criticizing that we Americans use a lot of testing, like images and things like that when clinics, it's cheaper and it's very accurate. So he was teaching us how to identify a pneumonia versus atelectasis -- not atelectasis -- but versus pneumothorax or versus pleural effusion. So he's like, come on, guys, and then he was explaining in such an exciting way that it stuck. Then when the exam -- this particular question came, it's like, oh, my God, it's a giveaway. So I know this question for

sure because it was so easy given to that particular mnemonic.

Q. You specifically recall discussing that mnemonic with Dr. Salas?

A. Yeah, when we were discussing this particular question, I did. I remember that I said, oh, remember that the chicken and blah, blah, blah, blah, and I went to that mnemonic. I do remember that particular conversation.

Q. When you discussed that with Dr. Salas, was he familiar with that mnemonic?

A. I don't think so. I don't think so. And he didn't mention anything. But it has chicken runs quick in the air here. It doesn't run quick in the air. It runs quick on the ground. So he didn't mention anything of knowing that mnemonic. I just remember that I was saying to him and that we were discussing back and forth on that particular question.

Q. Am I correct then the chicken runs quick in air is taking down the mnemonic wrong?

A. Yeah, that is the wrong way to writing it because a chicken doesn't run well in the air. It runs well in the ground, and it flies very little.

Q. Going to the next entry. It says lung question.

Can you describe that one for me?

A. Yeah. This is a -- Restrictive pattern is describing the FVC, it's diminished, and the DLCO is diminished, and then it's bi-basular opacity, most likely diagnosis, and then we have to like decide whether he had COPD or bronchitis or pulmonary hypertension versus interstitial fibrosis, which I remember because it has the DLCO diminished. It couldn't be like COPD. Bronchitis was -- would not affect you in such way. So we were like dwelling between pulmonary hypertension and interstitial fibrosis, which we thought it was probably interstitial fibrosis which is the one that answered. When I said we thought, it's like me is sharing what I wrote in the exam. So he was telling me his impression or -- you know, the level of difficulty when we were discussing back and forth.

Q. And that lung question, that was a question on your ABIM exam?

A. Yes.

Q. How about the next entry, does that say psychiatry?

A. Yeah, age 28.

Q. Can you describe that one for me, please?

A. Yes. The symptoms insomnia, crying, and then anhedonia, loss of weight, cannot work, get upset. Then it says like depression versus dystonia. I remember in particular answering for this question depression because it was interfering with his working ability. So we know that it was not really dystonia.

Q. What's dystonia?

A. Dystonia is a condition in which you're kind of depressed but you still are able to function to some extent. And then when it's pure depression, it depends on the time frame that the patient is referring symptoms and the fact that she was not working. So that interferes with your functionality.

Q. And so for this question on your ABIM exam you answered depression?

A. Yeah. I remember.

Q. Turning now to page 12 of -- the entry at the top of the page that says married woman.

Can you explain that entry to me?

A. Okay. So it says two children, husband, just -- I don't know what that word is -- came to

town. So this is a particular patient that comes in to town for the very first town -- I'm sorry -- for the very first time. So she's new to the place. Complains of palpitations, frequent choking. She's not taking coffee. Remember she was not losing weight. Has difficulty sleeping. Then they did a lab testing and it says like the blood pressure, this is physical exam as well, 120 beats per minute. TSH was normal. So what does she have? It would narrow down to either a panic disorder or schizophrenia versus supraventricular tachycardia. So those are the options that I remember.

Q. Was there anything in particular that you remember about this question from the exam?

A. It was very difficult to me because she was like -- I was struggling as well as she was. I mean, she's new to the city, so we were thinking -- I was thinking particularly panic disorder. But then the fact that -- So I was dwelling between supraventricular, but at the end I decided that she has a panic disorder. There was not enough data. There was no EKG. So to me it was like challenging, this question, in particular.

Q. How about the next entry, patient with

fatigue, can you describe that one to me?

A. Yeah, he has decreased sodium, decreased glucose, FSH is decreased. So we were thinking -- I was thinking hyperthyroidism. I told them like everything is low, everything is low.

Q. When you say you told them everything is low, are you saying you told Dr. Salas?

A. Sodium, glucose, all the labs. Everything they did was like diminished. So it's like she was not producing anything essentially. So that's why. Hypopituitarism was like the most likely diagnosis for this particular case.

Q. And that was a question on your ABIM exam?

A. Um-hum.

Q. You have to answer.

A. Yes. I'm sorry. Yes.

Q. How about the next question starts again with patient.

Can you describe that one?

A. Yes. Sodium is diminished. Then it says TSH is normal. She has muscular fatigue, gaining weight. Hypertension is uncontrolled. Distal muscle wasting. This is the first time with hyperglycemia which she has it in the 240s. Dexamethasone versus

suppression test did not suppress. So what happens next? So then it says ACTH plus Metyrapone versus Corticotropin versus -- These are tests. So after they give you the premise of the question, they want to know based on the fact that they give her Dexamethasone and did not suppress, what goes next. So these are the options that they were giving us -- or giving me at the exam.

Q. You remember this question from your exam?

A. Um-hum. Yes. Yes.

Q. How do you remember all this detail?

A. Because it was so challenging. It was so -- I struggled with these questions, so I -- And because when we were discussing, that he would send me the e-mails after he would put everything down and go to Arora with the questions -- I mean, if he was like clear with it or not or he would have answered differently, he would have write it later on on some piece of paper. But this is the initial like recollection of questions that we discussed. Initially this is the way it was presented. He faxed it over to ask Arora if these were -- if I was answering right or wrong these questions.

Q. When you say he faxed it over, did he fax

it to you?

A. I don't know if he faxed -- Because he told me he had it faxed. So I don't know if it was by fax or by e-mail, but he told me that he would communicate with Arora. I'm assuming either by fax or e-mail. And then he would send it to the computer, e-mails, to me, and I would say, like, oh, yeah, I did this wrong, I did this right. So for feedback purposes I was getting everything on e-mail. But this was sent by e-mail immediately after we discussed these questions, to me.

Q. Okay. He sent them by e-mail to you --

A. Um-hum.

Q. -- right?

A. Yes.

Q. And with respect to how he sent things to Arora --

A. I'm not sure about that.

Q. What makes you say he sent them to Arora?

A. Because he told me he would do so. Because I was sending them myself too. I was like -- As I remember, I was typing and I was sending these questions to Arora and asking did I answer it right or wrong, and then he told me like I can do -- You

know, I'll get the answer for us, I'll tell you if you did it right or wrong. So he told me he would contact directly Arora either by phone or by fax or whatever means of communication. So I know that we were getting these data from the -- You know, we were fax checking them or by e-mail with Arora. I knew that that was happening.

Q. Let me ask you to turn to the next page of the document, page 13. Just going to ask you about the one in the middle. I'm not sure what that says. It begins with an A.

A. Acalculous.

Q. Yes. Can you describe that one?

A. Acalculous cholecystitis. Patient comes several times with pancreatitis but no ductal dilation. Forties female and social drinker. So what happens next? So we had to decide whether -- I had to decide whether it was MRCP, ERCP versus endoscopic versus macroamylase and -- It was amylase. I don't know what the macro comes from. But I remember amylase versus Ethanol counseling. Obviously this patient is having multiple attacks. So I decided that it was either ERCP -- And I don't remember if that was exactly the question that I

answered. But I do recall this was the facts of this patient in particular. And I know for sure that I did not consult need to stop alcohol intake because I thought there was something more going on with her.

Q. So after the note say what next, and then there are various options there, were those answer choices on your ABIM exam?

A. Yes. Yes.

Q. And am I correct that you do not recall what answer you put down?

A. I thought I said -- I'm just remembering, like trying to -- I don't know which one. It was difficult to me, so that's the reason I was discussing it. I wanted to know -- I think I opted for ERCP, and then I wanted to know if Arora coincide with me if I was on the right track or not.

Q. So that -- That is -- That is the end of Exhibit C.

Is it possible that the handwritten notes that you just testified about that are attached as Exhibit C to the Complaint are Dr. Salas' class notes from the Arora Board Review course?

A. No. I'm positive it's not.

Q. And why are you positive?

A. Because these are exactly the same questions I had in the exam, and Dr. Arora did not have this contact. He did not have the exam with him. And because I recognize these communications happening between Dr. Salas and myself.

Q. And when you say you recognize these communications happening between you and Dr. Salas, do you recall, for example, how many telephone conversations you had with Dr. Salas after your ABIM exam in which you discussed the questions on your exam?

A. We had multiple conversations over the phone. The exact number, truly, under oath, I cannot remember. But it could have been like ten telephone conversations. It could have been more. But we had -- Multiple times we'd call ourselves, like either if he had something new, like, oh, you know what, you did this, this is wrong, the question was not like that. So we could call in a day, two or three times, very quick questions just to go over like what I did wrong, what I did right, and then we communicated at least every other day until he took his exam, I'm assuming. But it was within this period of time, over the weekend and a little bit at

the beginning of the week, following the 12th. So it could have been 15 phone conversations.

Q. Do you recall whether any of those phone conversations were longer, say lasted more than a half an hour?

A. Yeah, in the beginning they were very long as I was recollecting, coming -- fishing through the fragments that I remember of these questions. So it took us long. Like at the beginning it could have been like an hour, an hour and a half. But then as I -- nothing else was -- you know, I was not -- nothing else was coming on, well, they were shorter and shorter, and there were multiple during the day. If anything, feedbacks of what was going on. If Arora did say -- communicated with me and he corrected any of our questions, I would e-mail it directly to him or he would e-mail it to me with correct questions or anything like that pertaining to the questions that we were discussing.

MS. JACOBS: I'd like to take like a quick like five-minute break.

MR. SCHLAFLY: That's fine.

(WHEREUPON, WE WERE OFF THE RECORD.)

MS. JACOBS: Back on the record.
BY MS. JACOBS:
Q. Dr. Luna, I want you to direct your attention again to what's been marked as Luna Exhibit 2 and specifically Exhibit B to the Complaint. Exhibit B, the handwritten notes.
Dr. Luna, did Dr. Salas send the handwritten notes that are attached as Exhibit B to the Complaint to you after you discussed with Dr. Salas the questions on your ABIM exam?
A. Yeah. Yes.
Q. Why did he send the notes to you?
A. Because I requested him to do. Like after he presented it in an organized way because I was just like spilling out everything, I told him like can you give me a copy or something once you -- He said like, oh, yeah, I'll get in touch with Arora and then I'll give you a copy of everything. So initially he just send me like does it look like what we were discussing to present it to him? So I said, yes, yes, this is exactly, blah, blah, blah, and I went over, and then he gave it to Arora, then gathered as much information as he could from Arora, and we kind of like shared the information in it.

Q. Am I correct that after Dr. Salas sent the handwritten notes to you that are attached to Exhibit B to the Complaint, you reviewed those notes to confirm that they, as accurately as possible, contained the information that you gave to him about the questions on your ABIM exam?
A. Yes.
MS. JACOBS: I do not have any further questions for Dr. Luna. I realize that -- And I want to make sure -- I'm not sure that at the beginning of the deposition I stated that this transcript is going to be -- has to be marked as confidential pursuant to Judge Waldor's order in court. But this transcript is confidential.
MR. SCHLAFLY: I object to that. But we don't have to take time at the deposition. We can address that afterwards.
MS. JACOBS: Okay.
But this transcript should be marked as confidential.
MR. SCHLAFLY: I have some questions for the witness.

EXAMINATION
BY MR. SCHLAFLY:
Q. Dr. Luna, did you sign a Pledge of Honesty when --
A. I did.
Q. Allow me to finish, please.
When you took the ABIM exam, did you sign a Pledge of Honesty?
A. Yes.
Q. Did you violate that Pledge of Honesty?
A. Yes.
Q. And how did you violate that Pledge of Honesty?
A. By disclosing copyright questions with peers and Dr. Arora.
Q. And, in fact, you disclosed questions with many people, didn't you?
A. Yes.
Q. And who are some of those other people you disclosed questions to?
A. With Coromoto (phonetic) Palermo and Lamsiu.
Q. And you disclosed questions to your husband as well, your future husband?

A. At the time, I did discuss a couple of questions with him too.
Q. Was that a violation of the Pledge of Honesty?
A. It is a violation.
Q. And then if you'd turn to the second exhibit and you look at page 5 at the beginning.
A. Second exhibit?
Q. All the way to the end, page 5.
A. Page 5?
Q. No, all the way at the beginning. If you could look at the Pledge of Honesty there?
A. Yes.
Q. Is that the Pledge of Honesty that you violated?
A. Yeah, I did violate the Pledge of Honesty.
Q. And did you tell Dr. Salas Rushford that you were violating the Pledge of Honesty?
A. I did not.
Q. And did you tell Dr. Salas Rushford not to forward these questions to anybody else?
A. No, I did not.
Q. And, in fact, you testified that you forwarded questions to Arora about the same time you

forwarded questions to Dr. Salas Rushford, correct?
A. I did.
MS. JACOBS: Objection. Objection to form.
BY MR. SCHLAFLY:
Q. And, in fact, you have no way of knowing whether Dr. Arora communicated with Dr. Salas Rushford about those questions, do you?
MS. JACOBS: Objection to form.
MR. SCHLAFLY: You can answer.
THE WITNESS: I can answer?
BY THE WITNESS:
A. I didn't know. I didn't have a way to know.
BY MR. SCHLAFLY:
Q. Did you even take the same board review course that Dr. Salas Rushford took?
A. Yes, I did.
Q. You were both in the same course?
A. Not in the same day, but the same course.
Q. How do you know it's the same course?
A. Because it's Arora. He is the one who's giving the course.
Q. But he doesn't teach the identical content in every course, does he?

MS. JACOBS: Objection to form.
BY MR. SCHLAFLY:
Q. Do you have anyway of knowing what the material was in the course that Dr. Salas Rushford took?
A. I have no way of knowing.
Q. Doesn't the course change from time to time depending on new material that's received by Dr. Arora?
MS. JACOBS: Objection to form.
THE WITNESS: Should I answer or no?
MS. JACOBS: Yes.
BY THE WITNESS:
A. So I wouldn't know.
BY MR. SCHLAFLY:
Q. And, in fact, wouldn't you expect that the questions you had sent to Dr. Arora that he would use them in his next course?
MS. JACOBS: Objection to form.
BY THE WITNESS:
A. I don't know. I wouldn't know. I expect, yes. I really don't know what he would do with that. I know what I wanted to do with that.

BY MR. SCHLAFLY:
Q. What did you want to do with that?
A. Get the information I wanted to know. I wanted my feedback.
Q. Did you tell Dr. Arora not to use your questions in future courses?
A. No, I did not.
Q. Wouldn't you expect Dr. Arora to use the questions in future courses?
A. Probably he would.
Q. So wouldn't you expect future students to hear the questions that you communicated to Dr. Arora in Dr. Arora's course?
MS. JACOBS: Objection to form.
BY THE WITNESS:
A. I assume that he might. Maybe. Yeah. Maybe.
BY MR. SCHLAFLY:
Q. When did you first -- When were you first contacted by ABIM?
A. It was 2010.
Q. And how did they contact you?
A. It was a communication protected career -- communication protected.

Q. And what did ABIM tell you?
A. That I had a revocation of my -- It was revoked, my examination, my results, my membership.
Q. Your certification was revoked?
A. Yes.
Q. And did you enter into an agreement with ABIM to restore your certification?
THE WITNESS: Can I answer this question? Yes or no?
MS. JACOBS: Yes. I mean, if -- This whole transcript is confidential. I mean, it's, you know, Drew's call. But there's not an objection --
MR. WACHLER: I listened to the answer, and I think the nature of the -- of any resolution is deemed confidential between the parties and short of a court order or some other type of waiver, I would instruct her not to answer the details of any resolution.
BY MR. SCHLAFLY:
Q. Did you enter into an agreement with ABIM to --
A. Yes.
Q. Please let me finish the question.
Did you enter into an agreement with ABIM

to restore your certification?
A. Yes.
Q. Did that agreement require you to cooperate with the ABIM in its investigations of other doctors?
THE WITNESS: Can I answer that, Drew?
MR. WACHLER: I'm going to object to any substance of the agreement short of a court order to disclose.
MR. SCHLAFLY: Well, I'm sorry, that question goes to the entire credibility for testimony. There's no valid objection to that question, and we'll have to get the judge on the phone. I mean, if she agreed to cooperate with the ABIM in its investigation of other physicians, that goes to the entire credibility of all she said this morning.
MR. WACHLER: I'm not commenting on that. I'm only saying that I'm going to instruct her not to answer absent the direction from the Court.
MR. SCHLAFLY: Well, I think we need to call the Court. What is the basis for your objection? I mean are --
MR. WACHLER: The basis of my objection I will provide, that it is a confidentiality provision, and

I want to ensure that Dr. Luna complies with that, and if the Court directs her to answer, then I'll -- I'm very comfortable with her answering. But absent that, I don't want to put her in any position that could be a breach of her agreement.
MR. SCHLAFLY: I don't think that's a valid basis for objecting. I mean, ABIM is sitting here. If you're saying you're afraid that ABIM would take action against her for answering the question, I just don't see it. I mean, it's not a trade secret. You can't --
MR. WACHLER: It's my call. There is a confidentiality provision. It prohibits disclosure as to the court order, and I'm going to instruct the client not to answer about the agreement absent the Court order.
MR. SCHLAFLY: All right. We'll contact the Court then.
(WHEREUPON, A PHONE CALL WAS MADE TO JUDGE WALDOR.)
CLERK DANIEL: Good morning. This is Andy.
MR. SCHLAFLY: Yeah, good morning. This is Andy Schlafly. I'm attorney for Jaime Salas Rushford in the ABIM versus Salas Rushford case, and we're doing

a third-party deposition here in Chicago, and we've come to an impasse about a fundamental question that I've asked the witness, and her attorney has instructed her not to answer the question. So we're wondering if the Magistrate is available to address this.
CLERK DANIEL: All right. She may be. She's out in the courtroom. Is this the sort of issue that the parties can come back to or the -- has it brought things to a standstill?
MR. SCHLAFLY: I can move on and ask other questions. But it is a fundamental thing that we'll need to get addressed this morning sometime. So you don't need to ask her to come out right now. If she could call us back when she's available if it will be in the next two hours, hour and a half or whatever, that would work.
CLERK DANIEL: First of all, are we on the record right now? So we should go off the record since I'm only a law clerk.
MR. SCHLAFLY: We're off the record now.

(WHEREUPON, WE WERE OFF THE RECORD FROM 9:47 A.M. TO 9:51 A.M. BY AGREEMENT OF ALL PARTIES.)
BY MR. SCHLAFLY:
Q. What was the date of that agreement?
MS. JACOBS: Objection to form.
MR. WACHLER: I'm just going to object. Anything about the agreement I'd like to wait for the judge to instruct us.
MR. SCHLAFLY: You're going to object even to the date of the agreement?
MR. WACHLER: The date of the agreement I think is part of the agreement. I'm just trying to be consistent. We're going to get a ruling, and if the judge rules she can answer it, then you'll have full access to all the questions, and I will not be objecting.
BY MR. SCHLAFLY:
Q. Did ABIM ask you to identify other physicians with whom you spoke about the ABIM exam?
THE WITNESS: Can I answer that, Drew? Is it okay?
MR. WACHLER: If it's part of the -- any

A. He was a staff member there.
Q. Did he have any role as a teacher in teaching -- in helping --
A. He had a --
Q. Did he help people prepare for the exam?
A. Yeah, not the exam. Well, questions that related to ACP, which was what was authorized there by Dr. Miranda. She bought some banks -- ACP review material to prep the students there. So that was the only authorized material to be used to teach the students. It was like half an hour before precepting, and then they have the morning reports, those cases. So that's basically all of the activities taking place at San Juan City College.
Q. Did you provide this letter, which is Luna Exhibit 5, to ABIM?
THE WITNESS: Drew, can I answer that question?
MR. WACHLER: If you provided a specific letter to ABIM? Yes, you can answer that question.
BY THE WITNESS:
A. To ABIM? Yeah, I did.
BY MR. SCHLAFLY:
Q. And what did ABIM tell you? Did they tell you anything in response?

A. Nothing. No.
MR. WACHLER: You can answer.
THE WITNESS: Yeah, I did.
BY MR. SCHLAFLY:
Q. Did you ever conceal Dr. Salas Rushford's identity from ABIM in any way?
A. I don't know what you mean. Like conceal?
Q. Yeah.
Did you ever protect Dr. Salas Rushford in any way from ABIM?
A. No, I didn't protect anybody.
MR. SCHLAFLY: No further questions.
MS. JACOBS: Okay. I just have a couple of questions. That's it.
MR. SCHLAFLY: Okay.

FURTHER EXAMINATION

BY MS. JACOBS:
Q. Dr. Luna, do you recall being asked to identify the owner of the e-mail address padrinojr@yahoo.com by ABIM?
A. Yes.
Q. Were you able to identify the owner of the e-mail address padrinojr@yahoo.com?
A. No.

Q. After you were not able to identify the owner of the e-mail address padrinojr@yahoo.com, did you later identify the handwritten notes that we went through today that are attached as Exhibits B and C to the Complaint in this action as coming from Dr. Salas?
A. Yes.
Q. Do you recall identifying the handwritten notes that are attached as Exhibits B and C to the Complaint as coming from Dr. Salas? Do you recall doing that in January of 2012?
A. Yes. Yes, I did.
Q. And did you do that through your counsel?
A. Yes.
MS. JACOBS: That's it.

FURTHER EXAMINATION

BY MR. SCHLAFLY:
Q. What was the time frame of those questions? For example, when were you asked about the identity of the e-mail address padrinojr@yahoo.com?
A. It was somewhere between June 12th and 13th, and I did identify those.
MS. JACOBS: I'm going to say I don't think the

witness -- I heard the answer. I don't think the witness understood your question.
MR. SCHLAFLY: All right. No coaching. I'll ask the question again.
MS. JACOBS: No. No. No.
BY MR. SCHLAFLY:
Q. When were you asked by ABIM to identify the identity of the person who used the e-mail address padrinojr@yahoo.com?
A. That was in -- It was -- It was -- Let me go back in time frame. I don't know exactly if it was the 13th or the 12th. It was between those lines because I had --
Q. 2012 or 2013?
A. No. No. No. No. No. We're going back.
Q. Okay. What year?
A. That was 20 -- 2011, if I'm not mistaken.
Q. And when were you asked to identify the identity of the person who wrote those handwritten notes you testified about this morning?
A. What do you mean? I'm sorry. Again.
Q. If you look at Exhibit B, those handwritten notes here, when did ABIM ask you to identify the identity of who wrote those?

A. That was back then in 2011.
Q. Okay. So it was --
A. I could be confused about the timeline. I did -- I did see those, and it was like around the 12th or the -- the 13th, and it was like 2011.
Q. What are you saying 12 or 13, is that a day of a month?
A. Yeah.
Q. What month?
A. It was June. It was June.
Q. So your testimony is that around June 12th or 13th in 2011 --
A. But I'm not specifically, yeah, sure about --
Q. Don't interrupt. Don't interrupt.
Around June 12th or 13th, 2011 you were asked to identify the author of those handwritten notes?
A. With the padrino, yes. With the -- Because I had this -- identified this before.
Q. Okay. When did you identify the author of those notes to ABIM?
MS. JACOBS: To ABIM. Not your lawyer.

BY THE WITNESS:
A. Yeah. This was done before, and then I didn't know the Padrino. I didn't know the Padrino association with them.
BY MR. SCHLAFLY:
Q. You said this was done before.
When was this identified, those notes?
A. During 2011.
Q. During 2011?
A. Yeah.
Q. You identified the author of those notes to ABIM?
MS. JACOBS: No. Objection.
MR. SCHLAFLY: You can't testify.
MS. JACOBS: That's not what she said. She said to her lawyer.
BY MR. SCHLAFLY:
Q. Okay. You identified them to your lawyer?
A. Yes. I never talked to her directly.
Q. But you identified them to your lawyer for your lawyer to tell ABIM?
A. Exactly, to my lawyer. Not to her directly.
Q. Right.

And then do you know who it was at ABIM who was having these -- Well, about padrinojr, did ABIM ever ask you directly about padrinojr?
A. Yeah, last week.
Q. Okay. Before then, when did they ask you? Did they ever talk to you directly or did they go through your attorney?
A. Everything was through my attorney. I never have direct communications with ABIM.
Q. When is the first time you personally saw Ms. Hara Jacobs?
A. About two weeks ago. Like last week. Two weeks ago.
Q. When she flew out here and met with you?
A. Yes.
MR. SCHLAFLY: No further questions.
MS. JACOBS: Just give me one second.
(Brief pause.)
MS. JACOBS: I have no further questions.
Just reiterating that the entire transcript is confidential.
MR. SCHLAFLY: We do object to the confidentiality, but we're not trying to embarrass anybody, so the witness shouldn't worry about it.

We're not trying to embarrass anybody. We'll work with counsel on confidentiality, and it may remain confidential. I just want to reserve my objection to blanket confidentiality.
MS. JACOBS: That's it.
MR. SCHLAFLY: That's it.
(WHEREUPON, WE WERE OFF THE RECORD AT 11:24 A.M.)
* * * * * * *

CONFIDENTIAL

Page 146

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

AMERICAN BOARD OF INTERNAL )
MEDICINE, )
Plaintiff, )
vs. ) No. 2:14-cv-06428
JAMIE SALAS RUSHFORD, M.D., )
Defendant. )

I hereby certify that I have read the foregoing transcript of my deposition given at the time and place aforesaid, consisting of Pages 1 to 145, inclusive, and I do again subscribe and make oath that the same is a true, correct and complete transcript of my deposition so given as aforesaid, and includes changes, if any, so made by me.

____________________________
GERALDINE LUNA, M.D.

SUBSCRIBED AND SWORN TO
before me this ______ day
of ________________, 2016.

__________________________
Notary Public

Page 147

CERTIFICATE
OF
CERTIFIED SHORTHAND REPORTER

I, Trudy G. Gordon, a Certified Shorthand Reporter of the State of Illinois, CSR License No. 084-004077, do hereby certify:

That previous to the commencement of the examination of the aforesaid witness, the witness was duly sworn to testify the whole truth concerning the matters herein;

That the foregoing deposition transcript was stenographically reported by me and was thereafter reduced to typewriting under my personal direction and constitutes a true and accurate record of the testimony given and the proceedings had at the aforesaid deposition;

That the said deposition was taken before me at the time and place specified;

That I am not a relative or employee or attorney or counsel for any of the parties herein, nor a relative or employee of such attorney or counsel for any of the parties hereto, nor am I interested directly or indirectly in the outcome of

Page 148

this action.

IN WITNESS WHEREOF, I do hereunto set my hand at Chicago, Illinois, this 3rd day of October, 2016.

Trudy G. Gordon

______________________________
TRUDY G. GORDON, CSR
CSR License No. 084-004077

Page 149

American Board Of Internal Medicine v. Jaime A, Salas Rushford,
Geraldine Luna , M.D.

INSTRUCTIONS TO THE WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

2383142

Page 150

American Board Of Internal Medicine v. Jaime A, Salas Rushford, Geraldine Luna , M.D.

E R R A T A

- - - - -

PAGE LINE CHANGE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason:____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason:____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason:____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason:____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason:____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason:____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason:____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason:____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason:____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

2383142

Page 151

American Board Of Internal Medicine v. Jaime A, Salas Rushford, Geraldine Luna , M.D.

ACKNOWLEDGMENT OF DEPONENT

I, ______________________, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

__________ ________________________

DATE SIGNATURE

Subscribed and sworn to before me this ____________ day of ______________, 20__.

My commission expires: _________________

____________________________

Notary Public

2383142

# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**AMERICAN BOARD OF INTERNAL MEDICINE,**

Plaintiff/counterclaim defendant,

v.

**JAIME A. SALAS RUSHFORD, M.D.,**

Defendant/counterclaim plaintiff/ third-party plaintiff,

v.

**RICHARD BARON, M.D., et al.,**

Third-party defendants.

Civil Action No. 14-cv-06428-KSH-CLW

# EXPERT REPORT OF LAWRENCE D. WARD, M.D.

# I. Qualifications

1. My name is Lawrence David Ward, M.D., M.P.H.,FACP, and I am an Associate Professor of Medicine and Vice Chairman for Clinical Practice and Quality at Thomas Jefferson University's Sidney Kimmel Medical College. I also have an active general internal medicine practice at Thomas Jefferson University's Internal Medicine Associates. I have taught medicine and worked as a practicing physician continuously since 2002.
2. I received a Bachelor of Science degree in Biology from Emory University in 1993, and a Masters in Public Health from George Washington University in 1995. In 1999, I received my medical degree from Jefferson Medical College. I was a resident in internal medicine at the University of Pennsylvania Health System from 1999-2002, and a fellow in general internal medicine there from 2002-2003. I have served on the faculty and the medical staff at the University of Pennsylvania, Temple University and Thomas Jefferson University. I have been Board Certified in Internal Medicine by the American Board of Internal Medicine ("ABIM") since 2002, with my last recertification coming in 2012. I have also been certified as a Specialist in Clinical Hypertension by the American Society of Hypertension since 2009. Most recently, in 2016, I earned a Graduate Certificate in Operational Excellence from the Jefferson College of Population Health.
3. In addition to my work as a practicing physician and Associate Professor of Medicine, I served as the Physician Secretary for the Internal Medicine Exam Committee of ABIM from 2006-2009. In that role, I participated in the Exam Committee's work in preparing the examinations. Specifically, this included creating and editing exam questions, as well as assisting the ABIM staff with keeping note of

questions improvements during meetings of the committee. From 2012-2013, I was a member of the Internal Medicine Self-Assessment Product Committee and have served as the Chair of that committee since 2013.

4. I have published multiple journal articles, research abstracts, and clinical vignettes, including many in peer-reviewed publications. I have also been invited to lecture around the United States on various topics related to internal medicine. A current copy of my Curriculum Vitae is attached as Appendix A to this report, and includes a complete list of my publications.

5. As a result of my experience on the Internal Medicine Exam Committee, I am knowledgeable about the process for writing ABIM examination questions and selecting questions for use on the ABIM examination, and am knowledgeable about specific ABIM examination questions from the years I served on the Exam Committee.

## II.    Prior Expert Testimony and Compensation

6. I have not testified as an expert witness at trial or by deposition, or submitted an expert report in any other case.

7. For my work in this case, I am being compensated at a consulting rate of $450 per hour. My compensation is not contingent on the nature of my findings or the outcome of this litigation.

## III. Nature of Assignment

8. I have been asked by counsel for the American Board of Internal Medicine to evaluate whether the content of certain handwritten and typewritten notes was copied or derived from questions from ABIM's Certifying Examination in Internal Medicine.

9. I am not a legal expert, and have not been asked to offer an opinion on legal issues such as the extent to which ABIM examination questions are protectable under copyright law, or the ultimate issue of copyright infringement.

## IV. Materials Considered

10. This report and the opinions in it are based on my analysis of information and materials available as of this date, and I reserve the right to supplement this report if new materials become available to me.

11. In preparing this report and the opinions in it, I have considered the following:

    i. Exhibit B to the Complaint in American Board of Internal Medicine v. Salas, 2:14-cv-06428-KSH-CLW (D.N.J.).

    ii. Exhibit C to the Complaint in American Board of Internal Medicine v. Salas, 2:14-cv-06428-KSH-CLW (D.N.J.).

    iii. Exhibit D to the Complaint in American Board of Internal Medicine v. Salas, 2:14-cv-06428-KSH-CLW (D.N.J.).

    iv. Exhibit F to the Complaint in American Board of Internal Medicine v. Salas, 2:14-cv-06428-KSH-CLW (D.N.J.).

    v. Documents Bates labeled ABIM00054-ABIM00165, which I understand were produced by ABIM in this case. I have been informed that these documents contain questions that appeared on the ABIM Certifying Examination in Internal Medicine.

      vi.  Documents Bates labeled ABIM03134-ABIM03483, which I understand were produced by ABIM in this case.

## V.    Overview of Approach

12. In preparing the opinions in this report, I compared the Exhibits to the Complaint referenced above side-by-side with the documents bates labeled ABIM000054-ABIM00165. I prepared a chart of my conclusions, attached as Appendix B. That chart matches excerpts from the Exhibits to the ABIM examination questions from which they were copied or derived by question number. For reference, the question number appears in the upper right hand corner of each question.

13. I analyzed the Exhibits to the Complaint in conjunction with the actual examination questions to determine whether the excerpt was copied or derived from the ABIM examination question. The basis for my opinion as to copying or derivation of specific questions is represented in the right-hand column of Appendix B. In addition to the bases for my opinion as to copying and derivation of specific questions set forth in Appendix B, I also considered whether the substance of the excerpts indicated that they are class notes from a board review course, or notes from published board preparation materials such as MKSAP.

14. To give several non-exhaustive examples, I analyzed whether a given excerpt had the same "testing point" as an actual ABIM examination question. A testing point is the piece of medical knowledge that for an ABIM examination, a Board Certified physician should know. Additionally, I examined whether an excerpt contained wrong answer choices that were also included in an ABIM examination question. I also analyzed whether a particular excerpt contained certain specific details that were also present in the ABIM examination question, or accurately described an image that

appeared on an ABIM examination question. This list is non-exhaustive and my opinions are based on my experience in drafting, revising, and selecting ABIM examination questions for inclusion on the examination, and my experience as a practicing Board Certified physician in internal medicine.

## VI. Summary of Conclusions

15. A detailed report of my conclusions is attached as Appendix B. Briefly, I conclude that several portions of the Exhibits to the Complaint that I reviewed were copied or derived from questions that appeared on an ABIM Certifying Examination in Internal Medicine.

16. By way of example, excerpted questions often contain wrong answer choices from the ABIM examination question. The first excerpt was copied or derived from ABIM examination question #37451. The excerpt contains three out of five answer choices included in the ABIM examination question, none of which is correct. For this and other reasons, I conclude that the excerpt was copied or derived from the ABIM examination question.

17. In summary, it is my opinion that each of the excerpts identified in Appendix B was copied or derived from the ABIM examination question. It is also my opinion that the excerpts are not class notes from a board review course, or notes from published board preparation materials such as MKSAP.

Dated: October 17, 2016

Lawrence D. Ward, M.D., M.P.H., FACP

# APPENDIX A

# Curriculum Vitae

Prepared: June 6, 2016

## Lawrence David Ward, MD, MPH, FACP

**Personal Information**

Home Address: 404 Kent Road
Bala Cynwyd, PA 19004
Home Telephone: (610) 667-1722 or (215) 913-7945 (mobile)
Business (admin) Address: 1025 Walnut Street, Suite 801
Philadelphia, PA 19107
Business (clinical) Address: 833 Chestnut Street, Suite 701
Philadelphia, PA 19107
Business Telephone: (215) 955-6951 (administrative) or (215) 955-6180 (clinical)
E-Mail: Lawrence.Ward@jefferson.edu

**Education and Training**

1989-1993, BS, Emory University (Biology)
1993-1995, MPH, George Washington University (Health Promotion & Disease Prevention)
1995-1999, MD, Jefferson Medical College
2014-2016, Certificate in Operation Excellence, Jefferson College of Population Health

**Postgraduate Training and Fellowship Appointments:**

1999-2000, Intern in Internal Medicine, University of Pennsylvania Health System
2000-2002, Resident in Internal Medicine, University of Pennsylvania Health System
2002-2003, Fellow in General Internal Medicine, University of Pennsylvania Health System

**Faculty Appointments**

2003-2004 Instructor in Medicine, Department of Medicine
University of Pennsylvania School of Medicine
2004-2006 Assistant Professor of Clinical Medicine, Department of Medicine
University of Pennsylvania School of Medicine
2006-2009 Assistant Professor of Medicine, Department of Medicine
Temple University School of Medicine
2007-2010 Assistant Professor of Public Health
Temple University College of Health Professions
2009-2012 Associate Professor of Medicine, Department of Medicine
Temple University School of Medicine
2012-present Associate Professor of Medicine, Department of Medicine
Thomas Jefferson University

**Hospital and Administrative Appointments**

2002-2003 Attending Physician, Philadelphia VA Medical Center
2003-2006 Attending physician, University of Pennsylvania Health System
2003-2006 Medical Director, Presbyterian Medical Group,
Penn-Presbyterian Medical Center, UPHS

**- continued -**

2005-2006 Medical Director, Occupational Medicine,
Penn-Presbyterian Medical Center, UPHS
2006-2012 Attending physician, Temple University Hospital
2006-2012 Associate Program Director for Ambulatory Education
Temple University Hospital, Internal Medicine residency
2006-2012 Medical Director, Medicine Group Practice, Temple University Physicians
2009-present Specialist in Clinical Hypertension (ASH certified)
2012-present Attending physician, Thomas Jefferson University Hospital
2012-present Vice-Chairman for Clinical Practice and Quality
Department of Medicine, Thomas Jefferson University
2013-present Co-Director, Jefferson Hypertension Program (ASH certified)
2015-present Associate Medical Director, Delaware Valley ACO (Jefferson)

**Licensure**
Pennsylvania

**Specialty Board Certification**

| | |
|---|---|
| American Board of Internal Medicine | Certified September 2002-2012 |
| | Recertified October 2012-2022 |
| American Society of Hypertension | Certified June 2009-2019 |

**Awards, Honors and Membership in Honorary Societies:**
1990-1993 Dean’s List, Emory University
1992 Biology Summer Research Fellowship, Emory University
1994 National Health Service Corps Student Fellowship Program,
Montana Rural/Underserved Opportunities Program
1997 Hobart Amory Hare Medical Honor Society, Jefferson Medical College
1997 Alpha Omega Alpha Honor Medical Society, Jefferson Medical College
2002 C. William Hanson Resident Award for Excellence in Primary Care,
University of Pennsylvania
2004 Best Junior Faculty Scientific Abstract Presentation, SGIM Regional Meeting
2004-2006 National Health Service Corps, Loan Repayment Program recipient
2005 John M. Eisenberg Teaching Award, University of Pennsylvania
2005 UPHS Quality Award – Honorable Mention, Quality & Safety Category
2006 Fellowship status in the American College of Physicians (Elected)
2009 Society of General Internal Medicine, Mid-Atlantic region, President (Elected)
2009 Outstanding Ambulatory Educator Award, Temple University School of Medicine
2010-2012 American College of Physicians Council of Young Physicians, Chair
2010-2011 Temple University Leadership Academy, (Selected participant)
2011 Outstanding Ambulatory Educator Award, Temple University School of Medicine
2013 ACP Walter J. McDonald Award for Young Physicians recipient
2013 Regional Top Doctor - Castle Connolly Medical, Ltd
2014 Regional Top Doctor - Castle Connolly Medical, Ltd
2015 Regional Top Doctor - Castle Connolly Medical, Ltd

**- continued -**

2015 Dean's Award for Excellence in Education – Sidney Kimmel Medical College

**Special Training**
2011 Temple University Leadership Academy
2014 AAIM Executive Leadership Program

**Memberships in Professional and Scientific Societies:**

Society of General Internal Medicine

| | |
|---|---|
| National Abstracts Competition, Reviewer | 2006 – 2007 |
| Mid-Atlantic regional meeting workshop committee, Chair | 2006 |
| Mid-Atlantic regional meeting workshop committee, Co-Chair | 2007 |
| Mid-Atlantic regional meeting Chair | 2008 |
| Mid-Atlantic regional Clinician-Investigator Award committee, Chair | 2009 |
| Mid-Atlantic regional President – President | 2009 – 2010 |
| National Abstract Review Committee, Reviewer | 2010 |
| Board of Regional Leaders (BRL), Member | 2010 – 2011 |
| Clinical Practice Committee, BRL Liason | 2010 – 2011 |
| National Vignette Review Committee, Co-Chair | 2011 |
| National Vignette Review Committee, Chair | 2013 |

American College of Physicians

| | |
|---|---|
| Education Committee, member | 2001 – 2003<br>2008 – 2010 |
| Elected to Fellowship | 2006 |
| National Abstracts Competition, Reviewer and Judge | 2006 – present |
| National Council of Young Physicians | |
| - Northeastern Region representative (Elected) | 2007 – 2010 |
| - Chair-elect and Chair (Elected) | 2010 – 2012 |
| Southeastern PA ACP Chapter | |
| - Regional meeting poster judge | 2007, 2009 |
| - Regional meeting Vignette committee, Chair | 2009 |
| - Regional meeting, Chair | 2010 |
| - Council of Young Physicians, Founder<br>Evergreen Award winning program | 2009 |
| - Chair | 2007 – 2008 |
| - Member | 2008 – 2013 |
| - Chapter Council, member | 2016 – present |
| Publications Committee, member | 2007 – 2008 |
| Leadership Day, participant | 2008 – present |
| Internal Medicine Meeting Work Group, member | 2008 – 2010 |
| Leadership Enhancement and Development (LEAD) Program<br>Certificate Recipient - Inaugural class | 2009 |
| Liaison Committee on Recertification, ACP Representative | 2009 |
| Board of Governors, CYP Representative | 2010 – 2011 |
| Board of Regents, CYP Representative | 2011 – 2012 |

**- continued -**

| | |
|---|---|
| American Society of Hypertension, Member | 2009 – 2013 |
| Association of Program Directors of Internal Medicine, Member | 2006 – 2012 |
| American Board of Internal Medicine | |
| Certification Exam Writing Committee; Physician Secretary | 2006 – 2009 |
| Internal Medicine Self-Assessment Product Committee, Member | 2012 – 2013 |
| Internal Medicine Self-Assessment Product Committee, Chair | 2013 – present |
| Association of Professors of Medicine, Member | 2012 – present |

**Editorial Positions**

| | |
|---|---|
| 2005-present | *Journal of General Internal Medicine*: Reviewer |
| 2007-2009 | *Journal of Public Health Management and Practice:* Reviewer |
| 2008 | McGraw-Hill / Harrison's: Reviewer |
| 2012-2013 | Mount Sinai Journal of Medicine: Reviewer |
| 2012-present | *American Journal of Medical Quality*: Editorial Board member |
| 2013-present | *Annals of Internal Medicine*: Reviewer. Top Reviewer 2015. |

**Academic and Hospital Committees at Temple University**

| | |
|---|---|
| 2006-2012 | Residency Curriculum Committee (Member, Chair) |
| 2006-2012 | Residency Selection Committee (Member) |
| 2006-2012 | Residency Evaluation Committee (Member) |
| 2006-2012 | Hospital Credentials Committee (Member, Co-Chair) |
| 2010-2011 | Medicine Reorganization Committee, Access to Care Subcommittee; Co-Chairman |
| 2010-2012 | Hospital Medical Staff Executive Committee (At Large Member) |

**Academic and Hospital Committees at Thomas Jefferson University**

| | |
|---|---|
| 2012-2015 | Value-based Purchasing Task Force (Member) |
| 2012-2015 | EMR Advisory Group – Jefferson University Physicians (Member) |
| 2012-present | JUP Clinical Care Sub-Committee (Member) |
| 2012-2015 | TJUH Transitions of Care Committee (Member) |
| 2012-2015 | TJUH Primary Care Strategic Planning Committee (Member) |
| 2012-present | Department of Medicine Quality Committee (Chair) |
| 2013-present | Department of Medicine Appointments and Promotions Committee (member) |
| 2013-2014 | TJUH Physician Office Team Transitions of Care Cmte (Co-Chair) |
| 2013-present | TJUH Clinical Practice Improvement Committee (Member) |
| 2014-2015 | TJUH Population Health Strategic Planning committee (Co-Chair) |
| 2013-present | Delaware Valley ACO, Care Coordination Committee (Member) |
| 2014-present | Delaware Valley ACO, Clinical Integration & Alignment subcommittee (Chair) |
| 2014-present | Thomas Jefferson CIN Board of Directors (elected Member) |
| 2015-present | Delaware Valley ACO, Associate Medical Director |
| 2015-precent | JUP Quality & Safety committee (Chair) |
| 2015-present | JUP Ambulatory Safety Committee (Co-Chair) |

**- continued -**

2015-present Jefferson Primary Care Committee (Co-Chair)

**Major Teaching and Clinical Responsibilities at UPenn and Temple University**

2001-2002 Instructor, Introduction to Clinical Medicine for 2nd year students:
University of Pennsylvania School of Medicine
2003-2006 Director of Ambulatory Education and Ambulatory preceptor 4 sessions/week
Presbyterian Medical Group, UPHS
Inpatient Service Teaching Attending Physician; 4-12 weeks/year
Veterans Affairs Medical Center, Philadelphia, PA 2002 – 2003
University of Pennsylvania Health System 2003 – 2006
Temple University Hospital 2006 – 2012
2003-2006 Core Teaching Faculty, University of Pennsylvania Health System
2003-2006 Department of Medicine Intern Ambulatory Block; Instructor
University of Pennsylvania Internal Medicine residency
Preclinic Case of the Week Series, Editor and presenter
University of Pennsylvania Internal Medicine residency 2003 – 2006
Temple University Hospital, Internal Medicine residency 2006 – 2011
2006-2012 Associate Program Director for Ambulatory Education
Temple University Hospital, Internal Medicine residency
2007-2008 Internal Medicine Student Interest Group; Faculty Co-Director
Temple University School of Medicine
2007-2009 Global Health Elective; Founder and Director
Temple University School of Medicine
2007-2009 Intro to Public Health elective for 1st year medical students; Co-Director
Temple University School of Medicine
2007-2012 Outpatient Block Rotation; Founder and Director
Temple University School of Medicine
2007-2012 Primary Care Interest Group; Founder and Director
Temple University Hospital, Internal Medicine residency
2007-2012 Ambulatory Subspecialty electives; Director
Temple University School of Medicine
2008-2012 Internal Medicine Faculty Mentor to Medical Students
Temple University School of Medicine

**Lectures by Invitation**

3/2005 "Current Controversies in Men's Health"
Invited presentation at Cooper Health System Grand Rounds to faculty
2005-2012 "Diabetes Management: A practical approach for the primary care physician"
Presented at Temple University to faculty and housestaff.
3/2006 "Medicare Part D as a Teaching Opportunity: Lessons in Health Policy and Quality Prescribing." Mid-Atlantic Regional Meeting of the Society of General Internal Medicine - Hershey, Pennsylvania

- continued -

4/2007 "Medicare Part D as a Teaching Opportunity: Lessons in Health Policy and Quality Prescribing." National Annual Meeting of the Society of General Internal Medicine - Toronto, Canada

4/2006 "Introduction to Medicare and Medicaid"
Presented to housestaff physicians at the University of Pennsylvania

2006-2011 "Sports Medicine I: The Lower Extremity" and "Sports Medicine II: The Upper Extremity"
Presented at Temple University to faculty and housestaff.

2006-2011 "Healthcare in Philadelphia"
Presented at Temple University to faculty and housestaff.

1/2007 "Public Health and Medicine"
Presented during the Introduction to Public Health student elective

1/2007 "A Systems-Based Look at Glycemic Control in the Medicine Group Practice"
Presented at Temple University Hospital Morbidity & Mortality conference

3/2007 "Have You Ever Read Your Patient Education Materials?"
Mid-Atlantic Regional Meeting of the Society of General Internal Medicine
Bethesda, Maryland

4/2007 "Improving Communication with Our Charts and Our Consultants"
Presented at Temple University Hospital Morbidity & Mortality conference

10/2007 "How to Survive as a Young Physician in Today's Medical Environment"
Invited Presentation to the Colorado chapter of the ACP

4/2008 "A Case of Confused Competency"
Presented at Temple University Hospital Morbidity & Mortality conference

9/2008 "Practical Management of Diabetes: Implications of Newly Available Therapies"
Invited presentation at Cooper Health System in Camden NJ
Grand Rounds to faculty and housestaff.

9/2008 "Current Controversies in Men's Health"
Invited presentation at Capital Health System in Trenton, NJ
Grand Rounds to faculty and housestaff.

10/2008 "A Relay Race Model for Teaching Systems Based Practice."
National Meeting of the Association of Program Directors in Internal Medicine (APDIM) - Orlando, Florida

10/2008 "Designing an Innovative Ambulatory Curriculum When Your Faculty Have Little Time to Spare." National Meeting of the Association of Program Directors in Internal Medicine (APDIM) - Orlando, Florida

11/2008 "Update in General Internal Medicine"
Presented at Temple University Hospital Grand Rounds

12/2008 "Current Controversies in Men's Health"
Invited presentation at Temple University Hospital Grand Rounds
Grand Rounds to faculty and housestaff.

12/2008 "Practical Management of Diabetes: Implications of Newly Available Therapies"
Invited presentation at Mercy Fitzgerald Hospital in Darby, PA
Grand Rounds to faculty and housestaff.

**- continued -**

2/2009 "Current Controversies in Men's Health"
Invited presentation at Sinai Hospital in Baltimore, MD
Grand Rounds to faculty and housestaff.
4/2009 "Succeeding as a Young Physician in Academics". American College of Physicians Annual Session 2009 - Philadelphia, PA
4/2009 "Internal Medicine 2009 Highlights: Key Messages You'll Want to Take Home." American College of Physicians Annual Session 2009 - Philadelphia, PA
10/2009 "Strategies to Encourage and Mentor Residents into Primary Care Careers during the Era of 2% Interest". National Meeting of the Association of Program Directors in Internal Medicine (APDIM) - Philadelphia, Pennsylvania
1/2010 "Creating a Successful Abstract for a Regional/National Conference"
Invited presentation at Jefferson Medical Associates in Philadelphia, PA
2/2010 and 2/2011 "Lipid Lowering Agents & Cardiovascular Risk Reduction"
Presented during Clinical Topics in Pharmacology course
Temple University School of Medicine
5/2010 "Current Controversies in Men's Health"
Invited presentation at Crozer Chester Medical Center in Chester, PA
Grand Rounds to faculty and housestaff.
11/2010 Invited Panel Moderator
Inaugural Pennsylvania Health Literacy Conference. Sponsored by the ACP Foundation. Philadelphia, Pennsylvania
12/2010 "Current Controversies in Men's Health"
Invited speaker at PriMed with ACP Conference in Philadelphia, PA
Keynote speaker to attendees.
3/2011 "Current Controversies in Men's Health"
Invited presentation at Reading Medical Center in Reading, PA
Grand Rounds to faculty and housestaff.
4/2011 "The Difficult and Non-Adherent Patient"
Presented at Temple University Hospital Morbidity & Mortality conference
4/2011 "Hypertension: Tips for Managing Difficult to Control Blood Pressure in the Office"
National Annual Meeting of the Society of General Internal Medicine
Phoenix, Arizona
7/2011 "Ambulatory Precepting Skills"
Presented to new Medical School faculty
8/2011 "Managing Hypertension and the Impact on CV Risk Reduction"
Grand Rounds to Temple University Department of OB/GYN
11/2011 "Update in General Internal Medicine"
Presented at Temple University Hospital Grand Rounds
1/2012 "Medicine Group Practice: Past, Present and Future"
Presented at Temple University Hospital Grand Rounds
3/2012 "Practical Management of Resistant Hypertension
Invited presentation at Chestnut Hill Hospital, Philadelphia, PA
Grand Rounds to faculty.

10/2012 "Impact on Medicine of the Affordable Care Act"
Invited panelist at ACP Dinner meeting

5/2013 "An Educational Innovation, Ambulatory Immersion Experiences: The 4+1 and 4+2 Systems: How They Can Help You Add Up the ACGME Milestone Math.
National Annual Meeting of the Society of General Internal Medicine
Denver, Colorado

2/2014 "Less is More: Teaching Students and Residents to Practice High Value Care". Invited talk at Thomas Jefferson University Affiliations Day: Medical Education in the New Millennium. Philadelphia, PA.

3/2014 "Meet the Professor". Invited panelist at the 2014 SGIM Mid-Atlantic Regional Meeting. New York, NY.

10/2014 "The Medical Orthopedic Exam"
Invited presentation at the Philadelphia Department of Public Health CME Program

11/2014 "Transforming Health Care Through Big Data"
Invited featured panelist for the United Way/Independence Blue Cross 2014 Leaders Lead Speaker Series, Presented by Deloitte

12/2014 "Careers in Quality" panel discussion
Invited panelist at the American College of Medical Quality "Future Leaders in Quality and Safety" program, Philadelphia, PA.

3/2015 "Optimizing Post-Hospital Discharge Care: Developing a Post-Discharge Clinic within the Primary Care Office". Mid-Atlantic Regional Meeting of the Society of General Internal Medicine. Hershey, PA.

9/2015 "Resistant Hypertension: An Update". Grand Rounds at Thomas Jefferson Department of Medicine, Philadelphia, PA.

2/2016 "No Outcome, No Income: The Value Revolution". Grand Rounds at Thomas Jefferson Department of Medicine, Philadelphia, PA.

3/2016 "Challenges in Lung Cancer Screening, Shared Decision Making, and Smoking Cessation" – Panelist. 4th Annual Lung Cancer Symposium, Jane and Leonard Korman Lung Center at Jefferson, Philadelphia, PA.

## Organizing Roles in Scientific Meetings:

Society of General Internal Medicine

| | |
|---|---|
| National Abstracts Competition, Reviewer | 2006 – 2007 |
| Mid-Atlantic regional meeting workshop committee, Chair | 2006 |
| Mid-Atlantic regional meeting workshop committee, Co-Chair | 2007 |
| Mid-Atlantic regional meeting Chair | 2008 |
| Mid-Atlantic regional Clinician-Investigator Award committee, Chair | 2009 |
| National Abstract Review Committee, Reviewer | 2010 |
| Pennsylvania Health Literacy Conference, Planning Committee (member) | 2010 |
| National Vignette Review Committee, Co-Chair | 2011 |
| National Vignette Review Committee, Chair | 2013 |

**- continued -**

**Bibliography**

Peer reviewed

1. Ward SH, Ward LD. Insomnia: Evaluation and Treatment in a Primary Care Setting; *Patient Care*. 2006;40(7):46-55.
2. Ward LD, Spain CV, Perilla MJ, Morales KM, Linkin DR. Improving Public Health Reporting By Clinicians: The Effect of an Internet-Based Intervention. *Journal of Public Health Management and Practice*. 2008;14(1):51-56. PMID: 18091041.
3. Kowalczyk M, Parkman H, Ward LD. Adult Cyclic Vomiting Syndrome Successfully Treated with Intranasal Sumatriptan. *Journal of General Internal Medicine.* 2010;25(1):88-91. PMID: 19911235.
4. Bass SB, Ruzek SB, Ward LD, Gordon TF, Hanlon A, Hausman AJ, Hagen M. If you ask them, will they come? Predictors of Quarantine Compliance during a Hypothetical Avian Flu Epidemic: Results from a Statewide Survey. *Disaster Med Public Health Preparedness*. 2010 Jun;4(2):135-44. PMID: 20526136.
5. Wieland ML, Beckman TJ, Cha SS, Beebe TJ, McDonald FS; Underserved Care Curriculum Collaborative (Ward LD, member). Resident physicians' knowledge of underserved patients: a multi-institutional survey. Mayo Clin Proc. 2010 Aug;85(8):728-33. PMID: 20675511.
6. Tang DM, Ward LD. Prevention of NSAID-Associated Gastric Ulcers: Comparison of PN400 (Enteric-Coated Naproxen with Esomeprazole) Versus Enteric-Coated Naproxen Alone. *Postgraduate Medicine*. 2011 Jan;123(1):169-71. PMID: 21381441
7. Tang DM, Ward LD. Rash from Hepatitis C Treatment. *Cleveland Clinic Journal of Medicine.* 2011 Jul;78:472-474. PMID: 21724930 .
8. Ward LD, Patel NM, Hanlon A, Eldakar-Hein S, Sherlinski K, Ward SH. Prescription Medication Borrowing Among Adult Patients at an Urban Medical Center. *Journal of Urban Health*. 2011; 88(6): 997-1014. PMID: 21647797
9. Wieland ML, Beckman TJ, Cha SS, Beebe TJ, McDonald FS; Underserved Care Curriculum Collaborative (Ward LD, member). Residents' Attitudes and Behaviors Regarding Care for Underserved Patients: A Multi-Institutional Survey**.** *Journal of Graduate Medical Education.* 2011;3(3):337-344. PMID: 22942959.
10. Doll M, Ward LD, Bettiker R, Samuel R. HIV Screening Practices in an Urban Outpatient Resident Clinic. *Journal of Clinical Outcomes Management*. 2013;20(5): 215-222.
11. Peccoralo L, Tacket S, Ward LD, Federman A, Helenius I, Christmas C, Thomas D. Resident Satisfaction with Continuity Clinic and Career Choice in General Internal Medicine. *Journal of General Internal Medicine*. 2013 Aug;28(8):1020-7. PMID: 23595920
12. Rhoades R, Dietsche C, Jaffe R, Reynolds C, Latreille M, Crawford A, Ward LD. Use of a Transition of Care Coordinator to Improve Ambulatory Follow-Up After Hospital Discharge. *American Journal of Medical Quality.* May/June 2015 30: 291. PMID: 25759487

**- continued -**

Non-peer reviewed

1. Student debt and the physician workforce: Peeling back the layers of a multifaceted problem. *The New Physician*. 2008:Sept.
2. Three field-tested examples of how to integrate systems-based practice into your curriculum. *Residency Program Alert.* 2009;7(7):4-7.
3. Kern L, Chuang C, Berlin C, Ward LD. Institutional Champions for Internal Medicine. SGIM Forum. October 2010:33(10):1, 14.
4. Three field-tested examples of how to integrate systems-based practice into your curriculum. *A Practical Guide for Teaching and Assessing the ACGME Core Competencies, 2nd edition.* HC Pro Publ. 2010.
5. Interactive online tool lays the foundation for the medical home. *ACP Internist.* November/December 2011. Accessed at http://www.acpinternist.org/archives/2011/11/PCMH.htm

Research Abstract Presentations

1. Ward LD, Laine C, Shea JA, Turner BJ. Willingness to Provide Primary Care Office-Based Methadone Maintenance (PCOM): A Qualitative Study of Clinic Directors; J. Gen. Intern. Med. 18(S1): 277, 2003. Poster Presentation - National Meeting of the Society of General Internal Medicine, Vancouver, Canada; May 2003. Poster presentation - Mid-Atlantic Regional Meeting of the Society of General Internal Medicine, Baltimore, MD; March 2003.
2. Ward LD, Shea JA. Internal Medicine Residents' Attitudes Towards a Formal Public Health Curriculum. J. Gen. Intern. Med. 18(S1): 257, 2003. Poster Presentation - National Meeting of the Society of General Internal Medicine, Vancouver, Canada; May 2003. Poster presentation - Mid-Atlantic Regional Meeting of the Society of General Internal Medicine, Baltimore, MD; March 2003.
3. Ward LD, JA Shea. Medicine and Public Health: A Survey of the Attitudes, Knowledge and Clinical Practices of General Internists in an Urban Setting;. J. Gen. Intern. Med. 19(S1): 179, 2004. Poster Presentation - National Meeting of the Society of General Internal Medicine, Chicago, IL; May 2003. Oral presentation - Mid-Atlantic Regional Meeting of the Society of General Internal Medicine, Philadelphia, PA; March 2004.
4. Spain V, Ward LD, Perilla MJ, Morales KH, Linkin DR. Improving Disease Reporting by Clinicians: Evaluation of an Intervention Using Electronic Mail, the Internet, and Handheld Computer Download. Poster presentation - Council of State and Territorial Epidemiologists Annual Meeting, Anaheim, CA, 2006.
5. Clemmer J, Metlay J, Ward LD. Factors Associated with Patient Adherence to Laboratory Blood Testing in a Primary Care Setting; Poster presentation - National Meeting of the Society of General Internal Medicine, Los Angeles, CA; May 2006.

**- continued -**

6. Ward LD, Eldakar S, Patel-Shori N. The Prevalence of Black Market Prescription Drug Use Among an Urban Patient Population. Poster presentation – Regional Meeting of the Society of General Internal Medicine, New Brunswick, NJ; March 2009. Poster presentation – National Meeting of the Society of General Internal Medicine, Miami, FL; April 2009.
7. Ward LD, Meyer B. Development of a Novel “Elective Within a Required Block” Ambulatory Curriculum. Poster presentation – National Meeting of the Society of General Internal Medicine, Miami, FL; April 2009.
8. Patel-Shori N, Ward LD. Prevalence of medication sharing and use of “left over” medications in an inner city urban population. Poster presentation – American College of Clinical Pharmacy (ACCP) National Meeting, Anaheim, CA; October 2009.
9. Pargola E, Ward LD. Improving Chronic Pain Management in a Resident Continuity Practice: Results From a Systems-Based Practice Improvement Project. Oral presentation – Regional Meeting of the Society of General Internal Medicine, New York, NY; March 2010. Poster presentation – National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2010.
10. Bass SB, Wolak C, Rovito GM, Gordon TF, Ward LD. Use of REALM-R vs. S-TOFHLA in an urban African American clinic population to assess health literacy: Practical implications. Poster presentation at American Public Health Association 138th Annual Meeting, Denver, CO, November 2010.
11. Lee EL, Ward LD. Health Literacy CEX. Oral presentation – Regional Meeting of the Society of General Internal Medicine, Baltimore, MD; March 2011. Poster presentation – National Meeting of the Society of General Internal Medicine, Phoenix, Arizona; May 2011.
12. Doll M, Bettiker R, Ward LD, Samuel R. HIV Screening Practices in an Urban Outpatient Resident Clinic. Poster presentation – Regional Meeting of the Society of General Internal Medicine, Baltimore, MD; March 2011. Poster presentation – National Meeting of the Society of General Internal Medicine, Phoenix, Arizona; May 2011.
13. Peccoralo L, Ward LD. Improving communication and coordination of care with resident ambulatory care teams. Poster presentation – National Meeting of the Society of General Internal Medicine, Phoenix, Arizona; May 2011.
14. Peccoralo L, Ward LD, Helenius I, Federman A, Thomas DC. Effect of resident satisfaction with ambulatory continuity clinic on choice of a career in general internal medicine. Poster presentation – Regional Meeting of the Society of General Internal Medicine, Baltimore, MD; March 2011. Oral presentation – National Meeting of the Society of General Internal Medicine, Phoenix, Arizona; May 2011.
15. Reynolds C, Ward LD. Today's Special: Serving Up Specialty Dashboards in the Department of Medicine. Storyboard presentation - Institute for Healthcare Improvement 15th Annual International Summit on Improving Patient Care in the Office Practice and the Community, Washington, DC. March 2014.

**- continued -**

16. Hess B, Crespo EM, Reynolds C, Ward LD. An Interdisciplinary Initiative to Improve Retention in Care for Patients with HIV. Storyboard presentation - Institute for Healthcare Improvement 15th Annual International Summit on Improving Patient Care in the Office Practice and the Community, Washington, DC. March 2014.
17. Latreille M, Diemer G, Young G, Jaffe R, Ward LD. Creating Mentorship for Quality Improvement and Patient Safety Projects. Poster presentation – National Meeting of the Association of Program Directors in Internal Medicine, Nashville, TN, April 2014.
18. Zhang J, Yadav A, Ward LD, Hallows KR, Zhang JJ. Retrospective Analysis of Changes in Renal Function in Patients with PKD and Diabetes on Metformin. Poster presentation – Kidney Week 2015, San Diego, CA, November 2015.
19. Ward LD, Axelrod D, Scopelliti E, Babula B, Chen L. Improving Opioid Prescribing in an Academic Medicine Practice. Storyboard presentation - Institute for Healthcare Improvement 17th Annual International Summit on Improving Patient Care in the Office Practice and the Community, Orlando, FL. March 2016.
20. Powell R, Lovett P, Axelrod D, Crawford A, McAna J, Ward LD, Pulte E. A multidisciplinary approach to impact acute care utilization among individuals with sickle cell disease. Poster presentation – National Meeting of the Society of General Internal Medicine, Orlando, Florida; May 2016.

Clinical Vignette Abstract Presentations

1. Ward LD. Testicular Enlargement: An Unusual Presentation of Sarcoidosis";. J. Gen. Intern. Med. 16(S1): 70, 2001. Poster Presentation - National Meeting of the Society of General Internal Medicine, San Diego, CA; May 2001. Poster presentation - Mid-Atlantic Regional Meeting of the Society of General Internal Medicine, Philadelphia, PA; March 2001.
2. Barbieri JM, Ward LD. Could an Information Load Prevent Iron Overload? A case of hereditary hemochromatosis. Poster presentation - National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2007.
3. Lammi M, Sharma G, Ward LD. Klebsiella Liver Abscess: A Important Shift in the Treatment of Liver Abscess. Poster presentation - National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2007.
4. Lammi M, Ward LD. A Pain in the Gut: Fatal Necrotizing Pancreatitis from Severe Hypertriglyceridemia. Poster presentation - National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2007.
5. Kowalczyk M, Ward LD. The Abdominal Migraine: Adult Cyclic Vomiting Syndrome Treated with Sumatriptan. Poster presentation - National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2007.
6. Subbiah V, Ward LD. Relieving the tension: An 82 year old female with a bullous rash. Poster presentation - National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2007.

- continued -

7. Torres J, Deger F, Ward LD. When a Seizure is Not a Seizure: A Case of Romano-Ward Syndrome. Oral presentation by the resident - National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2007. Award for Best Resident Presentation.
8. Darlene Kim, Lizeth Romero, Ward LD. A Case of B19, Not B12 Anemia. Poster presentation - National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2007.
9. Korde N, Ward LD. Acute Liver Failure Due to Multiple Myeloma Infiltration. Poster presentation - National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2007.
10. Rose M, Nicolo D, Ward LD. Right Upper Extremity Pain and Numbness: An Unusual Presentation of Non-Small Cell Lung Cancer (Pancoast's Tumor). Poster presentation - National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2007.
11. Berlin C, Gluckman S, Ward LD. A Rare Cause of Immunodeficiency: Severe Cell-Mediated Immunodeficiency in a Patient with Systemic Lupus Erythematosus. Poster presentation – Regional and National Meeting of the Society of General Internal Medicine, Pittsburgh, PA; April 2008.
12. Goldberg T, Ward LD, Taqui B, Paranjape A. Taking the Wrong Matter to Heart: Amyloidosis Presenting as a Restrictive Cardiomyopathy. Poster presentation - National Meeting of the Society of General Internal Medicine, Pittsburgh, PA; April 2008.
13. Eldakar-Hein S, Ward LD. Saddle Nosed with Sinusitis: A Case of Wegener's Granulomatosis. Poster presentation – Regional and National Meeting of the Society of General Internal Medicine, Pittsburgh, PA; April 2008.
14. Kim YS, Breish C, Ward LD. Sarcoidosis presenting at panhypopituarism. Poster presentation – ACP Regional Meeting, Philadelphia, PA; October 2008.
15. Gupta A, Lee J, Ward LD. Beware of Polypharmacy: Smoky Tea Colored Urine In a Kidney Transplant Patient. Oral presentation by the resident – Regional Meeting of the Society of General Internal Medicine, New Brunswick, NJ; March 2009.
16. Lee L, Ward LD. Streptococcal Meningitis in a Patient Already Immunized with Pneumovax. Poster presentation – Regional Meeting of the Society of General Internal Medicine, New Brunswick, NJ; March 2009.
17. Oruganti V, Ward LD. Reverse Munchies: A Case of Cannabinoid Hyperemesis. Oral presentation by the resident – Regional Meeting of the Society of General Internal Medicine, New Brunswick, NJ; March 2009.
18. Alkhouli M, Burki M, Ward LD. Myxedema Coma Complicated by Herpes Encephalitis. Poster presentation – Regional Meeting of the Society of General Internal Medicine, New York, NY; March 2010. Poster presentation – National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2010.
19. Mathur M, Ward LD. Respiratory failure in Thyroid storm: Don't wait, ventilate! Poster presentation – Regional Meeting of the Society of General Internal Medicine, New York, NY; March 2010.

20. Sharma A, Ward LD. Killer Pets: Beware of the Turtle. Poster presentation – Regional Meeting of the Society of General Internal Medicine, New York, NY; March 2010.
21. Luis A, Ward LD. Recurrent Pure Red Cell Aplasia in an Immunocompromised Patient. Poster presentation – Regional Meeting of the Society of General Internal Medicine, New York, NY; March 2010.
22. Sim BT, Ward LD. To Drain or Not to Drain: 31-Year-Old with Neck Abscesses. Poster presentation – Regional Meeting of the Society of General Internal Medicine, New York, NY; March 2010.
23. Modi D, Ward LD. Killer Sore Throat: A Case of Lemierre's Syndrome. Oral presentation – Regional Meeting of the Society of General Internal Medicine, New York, NY; March 2010. Oral presentation – National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2010.
24. Jacob R, Ward LD. A Case of Malignancy Associated Hemolytic Anemia in a 21 Year Old Male with Gastric Cancer. Oral presentation – National Meeting of the Society of General Internal Medicine, Toronto, Canada; April 2010.
25. Elman AH, Lee EL, Ward LD. Not Just Warfarin - GI Bleed Caused by IVC Filter Perforation. Poster presentation – Regional Meeting of the Society of General Internal Medicine, Baltimore, MD; March 2011.
26. Phongtankuel V, Ward LD. Oh my aching back! A classic case of Multiple Myeloma. Poster presentation – National Meeting of the Society of General Internal Medicine, Phoenix, Az; May 2011.
27. Mahta A, Vijayvergia N, Ward LD. Paraneoplastic encephalopathy and ataxia in a patient with small cell lung cancer. Poster presentation – ACP Regional Meeting, Wynnewood, PA; October 2011.
28. Carry B, Ward LD. Slow Down and Smell the Wegener's: 3rd Degree Heart Block caused by Wegener's Granulomatosis. Poster presentation – ACP Regional Meeting, Wynnewood, PA; October 2011.
29. Kaplan J, Ward LD. A Case of Purple Urine Bag Syndrome in Ambulatory Clinic. Poster presentation – ACP Regional Meeting, Philadelphia, PA; October 2013.

**Quality Improvement & Safety Project Leadership [selected initiatives]**

2006 Developed comprehensive quality improvement curriculum for Temple University Internal Medicine residents to meet ACGME requirements. Both individual and cumulative group projects were submitted from all residents with feedback on methods for improvement. This was repeated annually until my departure in 2012.

- Resident practice QI scores for many HEDIS measures surpassed the results of the faculty practice

2009  Developed a comprehensive pain policy for an internal medicine practice.
- Key safety indicators for the use of inappropriately high doses of opiates was improved (25% vs 58%), and the use of use of highly abuseable narcotics decreased (19% vs. 86%).  Compliance with REMS criteria improved, as did provider and patient satisfaction.

2013  Improving the care of patients with Sickle Cell Disease through personalized care plans, standard ED pain protocols and improved multidisciplinary communication with primary care and the day unit.
- Led to average LOS decline from 6.51 to 5.77 days and significant reduction in the number of ED visits and hospital admissions vis the ED for high utilizing patients.

2013  Implemented a program to properly identify and document tobacco use status in the Jefferson Pulmonary Associates practice.
- This was a part of the process which ultimately resulted in this practice becoming the very first Pulmonary practice in the nation to be recognized as an NCQA patient centered specialty practice (PCSP).

2013  An interdisciplinary initiative to improve retention in care for patients with HIV
- Led to improved retention in care to meet criteria for the infectious disease practice's Ryan White grant funding.

2014  Developed and implemented a novel Transition of Care Coordinator program with the hospitalist teams at Thomas Jefferson University Hospital.
- Compared with the control teams, the teams with the Coordinator had significantly more patients with a definite ambulatory care post-discharge follow-up appointment, usually within 2 weeks.  Additionally, 30-day readmissions declined by 19% (13.4 vs 16.6%) or, in other words, an estimated 2.6 readmissions were prevented each month. No change in length of stay or rate of 90-day readmissions was observed.

2014  Developed a program to improve the rate of timely post-hospital follow-up in primary care. Implemented a novel solution for increasing capacity to see patients in a timely manner and in a multidisciplinary fashion.
- Average number of days from hospital discharge to post-discharge visit decreased from 10 to 5 over a five month period.

2014  Co-developed a novel multidisciplinary program to improve the care of diabetics in the main Internal Medicine faculty practice at Jefferson.  The program proactively reached out to patients with uncontrolled diabetes to enroll them in a program with a nurse practitioner who used a standard algorithm to improve their diabetic care and meet pay for performance metrics.

2014  Implemented a novel program to incentivize internal medicine faculty to improve their quality of care metrics over a three year period.
- In the final year of the program, metrics improved in all seven metrics identified.  Standing in the largest insurance company HEDIS-metric program improved to second decile among the population.

2015 Led a team across 4 medical practices to improve the safe prescribing of opiates to patients and improve compliance with REMS criteria.

- Improved use of urine drug testing and compliance with newly created office guidelines. Improved use of NJ registry among providers. Developed office workflows for adhering with guidelines.

2015 Implemented standardized office workflows for preventive care pre-office visit planning by non-physicians in 7 medicine offices. Results pending.

# APPENDIX B

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 1 | * - patient comes to ER<br>Upper motor ⊕ Lower motor symptoms<br>↓ propioception<br>CSF pleocytosis Neutophils<br>① Carcinomatosis vs Cerebral Abscess vs. Infectious | 37451 | Shares wrong answer choices<br>Correct answer not included<br>Same testing point |
| 2 | - CorkScrew treatment → Nitrate<br>- Picture Corkscrew esophagus<br>Tx. Nitrates. | 5228 | Same testing point<br>Describes image from ABIM exam |
| 3 | - GI ulcer with clean base →<br>Admit to floor and liquid diet | 21583 | Shares answer choice<br>Same testing point |
| 4 | - MALTOMA chronic ulcer with discomfort and weight loss EGD with Biopsy gives maltoma - tx H. pylori ⊕ PPI<br>① H pylori tx<br>② Gastrectomy<br>③ Heme Onc consult | 37774 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 5 | + picture → shows bullae<br>(3 days fever/chills) then lesions over body<br>Dx: small pox, (chicken pox), dermatitis herpetiforme<br>parvovirus | 37483 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details<br>Describes image from ABIM exam |
| 6 | + Picture - diabetic goes to beach<br>butterfly rash with crusts in nose Maybe staph<br>What is the treatment for cocci G ⊕ staph, Gram ⊖ rods<br>Gram ⊖ bacilli Gram ⊕ cocci in pairs /chains | 6680 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details<br>Describes image from ABIM exam |
| 7 | * + EtOH goes to ER<br>Normal ABG's 7.41/$CO_2$ 40/ Bicarb 25<br>Anion gap 21<br>How to explain the gases?<br>or are the gases not in accordance with the patient | 13439 | Same testing point<br>Shares wrong answer choices<br>Correct answer not included<br>Repeats specific question details |
| 8 | + Still's disease with spiking fever | 29430 | Same testing point<br>Repeats specific question details |
| 9 | + Phenytoin → erythroderma → Acutely ill<br>Steven Johnson? | 39210 | Same testing point<br>Correct answer not included<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 10 | * - patient taking Carbamazepine then Bupropion then gets Seizures Carbamazepine levels 6-12 What to do? D/c Bupropion vs ↑ Carbamazepine | 37170 | Same testing point<br>Shares wrong answer choice<br>Repeats specific question details |
| 11 | - Hem/Onc Dx CML in 2 weeks labs change anemia from 12-9 then reticcount goes up D-dimers ⊝<br>Dx. Most likely that will happen<br>⊙ transformation to large cell lymphoma<br>⊙ B12 Def<br>⊙ Hemolitic Anemia<br>⊙ Medullary infiltration of CML | 32723 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 12 | - thalassemia debut<br>Comes with anemia, fatigue<br>Microcytosis 67, tear drop<br>~~What is the diagnosis~~? ~~thalassemia~~ Next step<br>electrophoresis vs smear vs bone marrow biopsy | 9240 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 13 | * flashing lights give glare!<br>- 70's ♂ having trouble with night vision reading flashing lights makes glare. Patient comes in with pink conjunctival folding<br>pterigium<br>What's the diagnosis?<br>pterigium gives glare problems?<br>-flashing lights glare? | 41940 | Same testing point<br>Correct answer not included<br>Repeats specific question details |
| 14 | - Dry skin ⊕ papilledema Vit A tox | 1332 | Same testing point<br>Repeats specific question details |
| 15 | - HIV scenario Pt complains of poor vision eye exam has yellow exam from macula and invades papilla -> Dx. (CMV ? retinitis) | 49814 | Shares wrong answer choice<br>Correct answer not included<br>Repeats specific question details |
| 16 | - Picture of mitral regurgitation with xray showing Calcification<br>Strong $S_1$ $S_2$ with diastolic murmur<br>Next step -> pericardial Surgery?<br>Pericardiectomy | 38922 | Same testing point<br>Shares image description<br>Repeats specific question details<br>Describes image from ABIM exam |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 17 | - Ethics question pt states docs wait what chest tube and wife does Obgy patients wishes make note in chart | 13410 | Same testing point<br>Repeats specific question details |
| 18 | * - Old lady with vaginal lesion goes from introitus until labia minora Size 2x2, pt s/p hysterectomy When she wipes herself the toilet paper turns red What to do? Biopsy vs. Estrogen cream vs Acyclovir | 42148 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 19 | - CHF ⊕SOB (mild crackles) Hypotension dobutamine vs. isotonic solution, epinephrine | 32151 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 20 | - Cardiomyopathy hypertrophic S2 ↑ with inspiration (wide splitting) | 39237 | Same testing point<br>Correct answer not included<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 21 | * -Patient ♀ from College with Asthma<br>Everybody in college has influenza<br>She feels fine<br>What to do?<br>-tamiflu 1n48 Rimantadine<br>·flu vaccine | 38956 | Same testing point<br>Shares wrong answer choices<br>Correct answer not included<br>Repeats specific question details |
| 22 | -AI with gradient >60 EF=35%<br>→Replace Aortic Valve | 24058 | Same testing point<br>Repeats specific question details |
| 23 | -Pics of a lesion pt states has grown in past year it itches when he scratches part peels off Dx lentigo, melanocytic compound | 26639 | Shares wrong answer choices<br>Correct answer not included<br>Repeats specific question details<br>Describes image from ABIM exam |
| 24 | -Most likely Immediate Surgical Consultation<br>* - mobile / ~~vats~~ valvular vegetations<br>- ⊕culture with enterobacter<br>- ⊕cultures of staph?<br>- Valvular insufficiency /Aortic regurgitation | 29421 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |

Case: 24-3012 Document: 49 Page: 4656 Date Filed: 07/03/2025

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 25 | Clubbing of hand -> dermatitis Seborrheica<br>Hypathrophic pulmonary ________ | 39418 | Shares wrong answer choice<br>Repeats specific question details |
| 26 | rhinitis medicamentosa vs Vasomotor rhinitis<br>(red red red mucosa injected mucosa<br>vs medication rhinitis | 29316 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 27 | Patient has C-7 deficiency<br>- Infections with Neisseria<br>- Upper resp trach infections<br>- Streptococcal<br>- Other organisms<br>- fungi<br>C5-C7 Neisseria | 26772 | Same testing point<br>Shares wrong answer choices |
| 28 | Right Arm pain; x-ray with lytic lesion, Bone Scan ~~hypo~~ low uptake on area of lesion Hypercalcemia ≈12<br>what is the work up<br>immunofixation vs. Renal CT vs Multiple Myeloma<br>for | 21361 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
| --- | --- | --- | --- |
| 29 | Old lady steals with bizarre behavior<br>Meds she was on B-blocker (Atenolol)<br>trazodone She makes lists of what her family<br>members do wrong?<br>Why is the patient having acute bizarre<br>behavior? | 29376 | Same testing point<br>Correct answer not included<br>Repeats specific question details |
| 30 | Hematuria /prostate normal/ Find renal<br>Cyst traveculated<br>What study<br>Cystoscopy<br>Percutaneous Aspiration<br>Pyelogram | 52829 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 31 | * lady with feeling of fullness and painful Sex<br>Ovary Cyst 10cm / traveculer Cyst<br>What to do?<br>Surgery Consult did not have ascites<br>F/U patient in 6 months<br>treat with hormones | 29460 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 32 | - pt with bronchitis / No Background info<br>pt with occasional cough<br>PPD 15mm ⊕ pleural effusion<br>CXR ⊖ pleural biopsy pending results.<br>tapping shows.<br>prot 4.5<br>glucose 80<br>pleocytosis do not remember<br>What to do<br>start Abx<br>Consult for chest tube<br>Start 4 drugs of tb. | 14101 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 33 | - strongyloides question Asthma they give steroids and do not get better get worse | 61477 | Shares wrong answer choices<br>Repeats specific question details |

Case: 24-3012 Document: 49 Page: 4659 Date Filed: 07/03/2025

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 34 | * - lady from Mississippi has (L) pleural pain she came from Vacation of 2-3 wks. from texas and Arizona Complains of generalized malaise CXR shows consolidation in (L) lung base Eosinophilia with leukocytosis What is the Dx: ABPA vs. histoplasmosis vs Coccidiomycosis | 44167 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 35 | - pleural pain they describe the findings -Dullness to percussion ↓ Breath sounds No tactile fremitus on that side<br>Dx. pleural effussion PE Atelectasis PNA<br>the chicken drowns In water<br>Chicken runs quick In air | 35228 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 36 | - Lung Question<br>Restrictive pattern FVC ↓ DLCO ↓<br>Bi-basilar linear opacity<br>most likely Dx.<br>COPD<br>Bronchitis<br>Pulmonary HTN vs. interstitial fibrosis | 40392 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 37 | - psychiatry #28<br>Symptoms insomnia, easy crying, anhedonia<br>loss of weight, ~~do~~ cannot work gets up at<br>2am<br>Dx?<br>Depression vs. Dysthymia | 23663 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 38 | -Married woman<br>2children ⊕husband just moved to a new town complains of palpitations feeling of chocking ⊕SOB<br>↑coffee ↓ weight loss<br>Has difficulty sleeping, ↑ HR up to 120bpm<br>TSH/Normal<br>Dx.<br>Panic Dissorder vs Schizophrenia vs SVT | 15929 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 39 | -Patient with fatigue<br>↓ Na ↓ glucose FSH ↓<br>~~panhypopituitarism~~ Hypopitituarismo | 15747 | Correct answer not included<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 40 | -fam Hx of Hypothyroid<br>DM type 1 Dx 16yrs ago<br><br>Sisters ⊕ mother have Hypothyroid<br>~~Shee~~ Pt feels irritable, heat intolerance<br>TSH <0.1<br>free T4 2.8<br>iodine uptake <3%<br>thyroglobulin High | 58124 | Correct answer not included<br>Repeats specific question details |
| 41 | -Acalculous cholecystitis<br>Patient comes several times with<br>pancreatitis but no ductal ~~ext~~ dilatation<br>40's female and social drinker.<br><br>What Next?<br>MRCP vs ERCP vs Endoscopic U/S vs.<br>macro Amylase vs. EtOH Counseling | 52847 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 42 | 9. 18 yo male with testicular enlargement and transillumination (-) found 3 days ago and has mild tenderness on coughing à CA vs torsion | 19593 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |

Case: 24-3012 Document: 49 Page: 4663 Date Filed: 07/03/2025

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 43 | 12. 24 yo female with 24 WGA who come with BAE s/p 3 FFT with Albuterol and not improving à Next step: MgSO4 vs steroids | 50329 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 44 | 19. Still's dz = RA pt with Splenomegaly, Temperature, Ill p with áESR, Lymphadenopathy, Leukocytosis and Salmon rash | 29430 | Same testing point<br>Repeats specific question details |
| 45 | 26. Pt with COPD recently discharged and asymptomatic whose S/C show MAC à Tx: nothing | 19713 | Same testing point<br>Repeats specific question details |
| 46 | 27. Pt with fruity odor and oxalate crystals à Next step = serum osmolality | 21742 | Same testing point<br>Repeats specific question details |
| 47 | 1. Pt who plays violin with Lyme's dz and fibromyalgia à Tx: treat the symptoms vs aerobic exercise vs prednisone vs tylenol | 34997 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 48 | 1. male who works In waste disposal and also is a deer hunter and arrives with jaundice and renal failure à presents with signs of leptospirosis | 21628 | Same testing point<br>Repeats specific question details |
| 49 | 3. Old male with URTI & anemia whose peripheral smear shows few nucleated RBC's and teardrop cells although retic count is highà Next step: Coombs vs Bone Marrow | 26624 | Same testing point<br>Shares wrong answer choices |
| 50 | 8. 28 yo cellist with ankylosis spondylitis | 39553 | Repeats specific question details |
| 51 | 9. daycare teacher or pediatrician with parvovirus arthralgias à order IgM | 15697 | Same testing point<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 52 | 10. Survey shows 15% pts are overmedicated with Amiodarone and digoxin. Strategy to reduce this: educate MD vs send letter to pt to see MD vs electronic warnings | 50269 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 53 | 11. Pt on opioids. What to do to reduce constipation? Laxatives prn vs laxative continuous vs high fiber diet | 24167 | Same testing point<br>Shares wrong answer choices<br>Correct answer not included |
| 54 | 12. pt with constipation. Which med is causing it? Gingko biloba vs Vit E vs Calcium | 32049 | Same testing point<br>Shares wrong answer choices |
| 55 | 13. female pt who recently moved and started in new job with intermittent episodes of palpitations and choking sensation and pulse is 120bpm à SVT vs panic disorder | 15929 | Shares wrong answer choices<br>Repeats specific question details |
| 56 | 14. pt with MI and low EF who is on telemetry and tracing shows non sustained V-tach episode à ICD placement | 32208 | Same testing point<br>Repeats specific question details |
| 57 | 2. cancer pt with mets who comes due to DVT or PE. What do you give to reduce further risk of DVT? LMWH vs IVC filter | 32704 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 58 | 6. young asthmatic female who is on college and epidemic of H.flu type B is happening in the area. What to provide ?? H. flu vaccine vs Oseltamivir vs Both | 38956 | Same testing point<br>Shares wrong answer choices<br>Correct answer not included<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 59 | 7. nurse or resident with needle prick from HBV(+) patient and only has 1st dose of HBV vaccine à give HBIg and vaccine | 40407 | Same testing point<br>Repeats specific question details |
| 60 | 8. patient who fell down and his arm cannot move past 60 degrees and drops down unless passive action is provided and has abduction problemsà rotator cuff tear vs deltoid rupture | 9193 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 61 | 11. fat female with anserine bursitis (pain 2-3 cm below knee, inferior and medial to patella) | 19630 | Same testing point<br>Repeats specific question details |
| 62 | 13. pt with toothache of shooting quality up to incisor gum. Tx?? Clinda vs amoxil vs tetracycline vs zithromax (possible dental abscess) | 52794 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 63 | 16. pt with hematemesis and orthostatism and EGD shows duodenal ulcer with clean base and Hgb of 10 à admit to ward and start clear liquid diet | 21583 | Same testing point<br>Repeats specific question details |
| 64 | 17. picture of diabetic pt who goes to beach and shows a butterfly rash with crusts on nose. What is the tx? (possible cocci Gram (+) of Staph | 6680 | Same testing point<br>Repeats specific question details<br>Describes image from ABIM exam |
| 65 | 21. pt is taking carbamazepine and then bupropion is added and has seizures. Carbamazepine levels are 6-12 à Discontinue bupropion vs carbamazepine | 37170 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 66 | 24. pt s/p TAH who now has vaginal lesion 2x2 that goes from introitus to labia minora and when she wipes herself, the toilet paper turns red à Biopsy vs estrogen cream vs acyclovir | 42148 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 67 | 27. picture of itchy black lesion that has grown slowly in the past year and when he scratches it, it peels off à melanoma vs lentigo vs compound nevi | 26639 | Same testing point<br>Shares wrong answer choices<br>Correct answer not included<br>Repeats specific question details<br>Describes image from ABIM exam |
| 68 | 1. case of male who does not get out and eat milk and cake and has nutritional deficiency à order 25-OH vit D levels | 8441 | Same testing point<br>Shares wrong answer choices<br>Correct answer not included<br>Repeats specific question details |
| 69 | 3. pt who uses a lot of decongestants and mucosa is very red and injected à rhinitis medicamentosa vs vasomotor rhinitis | 29316 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 70 | 5. pt with right arm pain and xray with lytic lesion and bone scan with photopenic area and calcium = 12 à Multiple myeloma (order labs) | 21361 | Same testing point<br>Repeats specific question details |
| 71 | 8. pt with bronchitis, occasional cough, PPD 15mm, pleural effusion with tap showing prot 4.5 & glucose 80 à start abx vs start antiTb vs surgery consult | 14101 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 72 | 10. female from Mississippi who came from 2-3 weeks vacation at Arizona and now has general malaise and CXR with RLL consolidate with 10% eosinophilia à ABPA vs histoplasmosis vs coccidiomycosis | 44167 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 73 | 11. pt with pleural pain and dullness to percusion, decreased breath sounds and no tactile fremitus in the affected side à pleural effusion, vs PE vs atelectasis vs pneumonia | 35228 | Shares wrong answer choices<br>Repeats specific question detail |
| 74 | 12. pt with decreased FVC and decreased DLCO and bibasilar linear opacities à COPD vs bronchitis vs pulmonary HTN vs interstitial fibrosis | 40392 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 75 | 13. symptoms of insomnia, easy crying, weight loss, anhedonia and gets up at 2 am à depression vs dystonia | 23663 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 76 | 17. pt on imipenem and renal failure has seizures à what caused the seizures ?? imipenem | 9063 | Same testing point<br>Repeats specific question details |
| 77 | 108.Female who is postpartum for 8 years and could not breastfeed her child à Sheehan's | 31970 | Same testing point<br>Repeats specific question details |
| 78 | 119.Female of 50-60yo who has a mammography showing solid lesion with irregular borders and biopsy is negative à Resection of the mass | 39355 | Same testing point<br>Repeats specific question details |
| 79 | 155.16 yo femlae adolescent with signs of having STD à treat without parents' consent | 14186 | Same testing point<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 80 | 157.pt with Lung CA and mets who has stated previously with you as the doctor that he does not want any heroic measures of life preservation and gets admitted due to pain. He is started on morphine and develops respiratory arrest. à Do nothing vs intubate vs NIPPV | 44030 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 81 | 161.24 yo male who eats a lot of fast food and is homeless comes with bleedig gums, follicular hemorrhages and ecchymoses with normal PT/PTT à Vit K defic vs Vit C defic vs vWD | 59898 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 82 | 162.female patient with recently diagnosed HTN s/p trial of det and exercise who persist with HTN à start thiazide | 41749 | Same testing point<br>Repeats specific question details |
| 83 | 2. Schizophrenia and duodenal cobblestone mucosa and liver mass: E. Histolytica | 36968 | Same testing point<br>Repeats specific question details |
| 84 | 16. Which of the following drugs will improve mortality in CHF patients stages III to IV (table form)? Beta-Blocker YES; Calcium channel blocker NO; aldosterone antagonist YES; class I antiarrhythmic NO; digoxin NO | 41719 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |
| 85 | 20. Weightlifter has dry skin and hypercalcemia. What is the cause? Vitamin A toxicity | 13322 | Same testing point<br>Repeats specific question details |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 86 | 4. Case of PBC in a male ???? to send which antibody - Antimitochondrial | 5522 | Same testing point |
| 87 | 5. Woman has shoulder and left arm pain. Pulses are not palpated on the left arm, though the extremity is warm. Diagnosis? *Giant cell arteritis* | 55526 | Same testing point<br>Repeats specific question details |
| 88 | 30. Patient is found to have Barrett's esophagus without dysplasia. He is at risk of what? *Adenocarcinoma of the esophagus* | 41075 | Same testing point<br>Repeats specific question details |
| 89 | 119. Patient with history of cancer who is receiving chemotherapy develops shortness of breath, hypotension, fatigue. Heart sounds are distant. Diagnosis? *Cardiac tamponade* | 39421 | Same testing point<br>Repeats specific question details |
| 90 | 147. Patient with BMI 36 kg/$m^2$ has $pCO_2$ 60 and $pO_2$ 64. Denies snoring. Now? *Polysomnography* | 26819 | Same testing point<br>Repeats specific question details |
| 91 | 169. Patient was drinking and then developed vomiting, followed by pleuritic interscapular pain. Pleural effusion in left side. Diagnosis? *Esophageal rupture* | 38579 | Same testing point<br>Repeats specific question details |
| 92 | 191. A man becomes diaphoretic and dizzy while donating blood. He then falls to the floor and has some jerky movements. He is alert within 30 seconds. What is the cause? *Neurocardiogenic syncope* | 14134 | Same testing point<br>Repeats specific question details |
| 93 | 181. Patient w/ urine Ca 11.5 – parathyroidectomy | 21790 | Insufficient information to answer question |

| Row # | Notes Portion | ABIM Exam Question Number | Basis for Opinion |
|---|---|---|---|
| 94 | 57. Female that works on childcare develops polyarthritis→Parvo | 15697 | Same testing point<br>Repeats specific question details |
| 95 | 15. Pt, gymnast, who breaks his fibula and no hx of tetanus vaccine….tx<br><br>Open fractures must be diagnosed and treated appropriately. Tetanus should be updated and appropriate antibiotics given. This should involve antistaphylococcal coverage and consideration of an aminoglycoside for more severe wounds. Orthopedics should be consulted for emergent debridement and wound care. Fractures with tissue at risk for opening should be protected to prevent further morbidity. | 19717 | Correct answer not included<br>Matches an incorrect answer from ABIM exam |
| 96 | 49. Pt with myxedema coma(low glu, hypotensive, hypothermia)…tx with: Levothy and hydrocortisone or methylprednisolone or heat or d5w(take your pick)!!... <u>ISN't this the fludrocortisones and hydrocortisone one?!</u> | 38730 | Same testing point<br>Shares wrong answer choices<br>Repeats specific question details |

# EXHIBIT 14

| ABIM Question (Internal ID Number) | Row(s) in Ward Report | Record Cite to ABIM Internally Numbered Question Set | Record Cite to Question in 2009 Screenshots | Record Cite to Deposit Copies | Modules Containing Question | Copyright Registrations |
|---|---|---|---|---|---|---|
| 41719 | 84 | ABIM00163 | | ABIM03630 (2007); ABIM10257 (2009) | 2007: 011/33; 2009: 003/48 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 38579 | 91 | ABIM00061 | | ABIM03642 (2007) | 2007: 011/39 | TX 6-871-490 (2007) |
| 19630 | 61 | ABIM00140 | | ABIM03674 (2007); ABIM08225 (2008) | 2007: 011/55; 2008: 012/29; 2009: 202/6 | TX 6-871-490 (2007); TX 7-116-687 (2008);TX 7-116-588 (2009) |
| 35228 | 35, 73 | ABIM00109 | ABIM03330 (2009) | ABIM03708 (2007); ABIM09335 (2008) | 2007: 012/12; 2008: 032/41; 2009: 203/11 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-588 (2009) |
| 41749 | 82 | ABIM00161 | | ABIM03848 (2007); ABIM08352 (2008) | 2007: 013/22; 2008: 014/34 | TX 6-871-490 (2007); TX 7-116-687 (2008) |
| 32151 | 19 | ABIM00090 | ABIM03200 (2009) | ABIM03879 (2007); ABIM10677 (2009) | 2007: 013/37; 2009: 201/45 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 26819 | 90 | ABIM00060 | | ABIM03974 (2007); ABIM10095 (2009) | 2007: 014/24; 2009: 001/8 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 32723 | 11 | ABIM00079 | ABIM03447-48 (2009) | ABIM03994 (2007); ABIM09273 (2008); ABIM10857 (2009) | 2007: 014/34; 2008: 031/40; 2009: 204/38 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-625 (2009) |
| 29316 | 26, 69 | ABIM00099 | ABIM00276 (2009) | ABIM03998 (2007); ABIM10229 (2009) | 2007: 014/36; 2009: 003/20 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 44030 | 80 | ABIM00159 | ABIM00366 (2009) | ABIM10165 (2009) | 2009: 002/17 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 9063 | 76 | ABIM00155 | | ABIM04546 (2007); ABIM09961 (2008); ABIMI10846 (2009) | 2007: 021/10; 2008: 051/57; 2009: 204/27 | TX 6-871-490 (2007); TX 7-116-687 (2008);TX 7-116-625 (2009) |
| 19717 | 95 | ABIM00057 | | ABIM04554 (2007); ABIM10741 (2009) | 2007: 021/14; 2009: 202/44 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 39237 | 20 | ABIM00091 | ABIM03329 (2009) | ABIM04590 (2007); ABIM09469 (2008); ABIM10768 (2009) | 2007: 021/32; 2008: 042/53; 2009: 203/10 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-588 (2009) |
| 32208 | 56 | ABIM00135 | | ABIM04616 (2007); ABIM10652 (2009) | 2007: 021/45; 2009: 201/16 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 9193 | 60 | ABIM00139 | | ABIM04842 (2007); ABIM10856 (2009) | 2007: 023/37; 2009: 204/37 | TX 6-871-490 (2007); TX 7-116-625 (2009) |
| 42148 | 18, 66 | ABIM00089 | ABIM03262 (2009) | ABIM04882 (2007); ABIM10722 (2009) | 2007: 023/57; 2009: 202/25 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 38730 | 96 | ABIM00062 | ABIM00373 (2009) | ABIM04966 (2007); ABIM12377 (2009) | 2007: 024/39; 2009: 802/32 | TX 6-871-490 (2007); TX 7-116-625 (2009) |
| 37451 | 1 | ABIM00067 | ABIM03374-75 (2009) | ABIM04990 (2007); ABIM10804 (2009) | 2007: 024/51; 2009: 203/46 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 44167 | 34, 72 | ABIM00108 | ABIM03464 (2009) | ABIM04992 (2007); ABIM11111 (2009) | 2007: 024/52; 2009: 208/48 | TX 6-871-490 (2007); TX 7-116-625 (2009) |
| 49814 | 15 | ABIM00085 | ABIM03277 (2009) | ABIM05482 (2007); ABIM10736 (2009) | 2007: 028/57; 2009: 202/39 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 37774 | 4 | ABIM00071 | ABIM00337 (2009) | ABIM05566 (2007); ABIM08879 (2008); ABIM10131 (2009) | 2007: 031/39; 2008: 024/12; 2009: 001/44 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-588 (2009) |
| 5228 | 2 | ABIM00068 | ABIM00462 (2009) | ABIM05496 (2007); ABIM10027 (2008); ABIM10132 (2009) | 2007: 031/4; 2008: 053/1; 2009: 001/45 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-588 (2009) |
| 39210 | 9 | ABIM00076 | ABIM03165-66 (2009) | ABIM05498 (2007); ABIM09985 (2008); ABIM106551 (2009) | 2007: 031/5; 2008: 052/20; 2009: 201/15 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-588 (2009) |
| 29460 | 31 | ABIM00105 | ABIM03409 (2009) | ABIM05760 (2007); ABIM08700 (2008); ABIM10826 (2009) | 2007: 034/15; 2008: 021/16; 2009: 204/7 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-625 (2009) |
| 52829 | 30 | ABIM00104 | ABIM03238 (2009) | ABIM06198 (2007); ABIM10702 (2009) | 2007: 037/54; 2009: 202/5 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 36968 | 83 | ABIM00162 | | ABIM06369 (2007); ABIM10066 (2008); ABIM10859 (2009) | 2007: 041/19; 2008: 053/40; 2009: 204/40 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-625 (2009) |
| 29430 | 8, 44 | ABIM00075 | ABIM03338-39 (2009) | ABIM06401 (2007); ABIM10776 (2009) | 2007: 041/35; 2009: 203/18 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 19593 | 42 | ABIM00119 | ABIM00510 (2009) | ABIM06431 (2007); ABIM10194 (2009) | 2007: 041/50; 2009: 002/46 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 40392 | 36, 74 | ABIM00111 | ABIM03418 (2009) | ABIM06493 (2007); ABIM10833 (2009) | 2007: 042/21; 2009: 204/14 | TX 6-871-490 (2007); TX 7-116-625 (2009) |
| 31970 | 77 | ABIM00156 | | ABIM06598 (2007); ABIM09309 (2008); ABIM11263 (2009) | 2007: 043/13; 2008: 032/15; 2009: 402/17 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-625 (2009) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41075 | 88 | ABIM00064 | | ABIM06608 (2007); ABIM10099 (2009) | 2007: 043/18; 2009: 001/12 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 21583 | 3, 63 | ABIM00069 | ABIM03443 (2009) | ABIM06614 (2007); ABIM08164 (2008) | 2007: 043/21; 2008: 011/29; 2009: 204/34 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-625 (2009) |
| 39421 | 89 | ABIM00063 | | ABIM06648 (2007) | 2007: 043/38 | TX 6-871-490 (2007) |
| 13322 | 85, 14 (typo in chart) | ABIM00084 | ABIM03404 (2009) | ABIM06588 (2007); ABIM10821 (2009) | 2007: 043/8; 2009: 204/2 | TX 6-871-490 (2007);TX 7-116-625 (2009) |
| 55526 | 87 | ABIM00065 | | ABIM06810 (2007); ABIM08609 (2008) | 2007: 044/59; 2008: 018/47 | TX 6-871-490 (2007); TX 7-116-687 (2008) |
| 52847 | 41 | ABIM00117 | ABIM03354-55 (2009) | ABIM07144 (2007); ABIM10789 (2009) | 2007: 047/46; 2009: 203/31 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 32049 | 54 | ABIM00133 | | ABIM07268 (2007); ABIM10795 (2009) | 2007: 048/48; 2009: 203/37 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 21742 | 46 | ABIM00123 | | ABIM07294 (2007); ABIM09364 (2008); ABIM10861 (2009) | 2007: 051/1; 2008: 033/9; 2009: 204/42 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-625 (2009) |
| 38956 | 21, 58 | ABIM00092 | ABIM03387 (2009) | ABIM07300 (2007); ABIM08155 (2008); ABIM10129 (2009) | 2007: 051/4; 2008: 011/20; 2009: 001/42 | TX 6-871-490 (2007); TX 7-116-687 (2008); TX 7-116-588 (2009) |
| 15747 | 39 | ABIM00114 | ABIM03369-70 (2009) | ABIM07568 (2007); ABIM08838 (2008); ABIM10800 (2009) | 2007: 053/17; 2008: 023/32; 2009: 203/42 | TX 6-871-490 (2007); TX 7-116-687 (2008);TX 7-116-588 (2009) |
| 14186 | 79 | ABIM00158 | ABIM00371 (2009) | ABIM07606 (2007); ABIM08751 (2008); ABIM10455 (2009) | 2007: 053/36; 2008: 022/6; 2009: 007/2 | TX 6-871-490 (2007); TX 7-116-687 (2008);TX 7-116-625 (2009) |
| 50269 | 52 | ABIM00131 | | ABIM07738 (2007); ABIM10779 (2009) | 2007: 054/42; 2009: 203/21 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 39553 | 50 | ABIM00129 | | ABIM07770 (2007) | 2007: 054/58 | TX 6-871-490 (2007) |
| 29376 | 29 | ABIM00103 | ABIM03193 (2009) | ABIM07890 (2007); ABIM10675 (2009) | 2007: 055/58; 2009: 201/39 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 50329 | 43 | ABIM00120 | | ABIM07992 (2007); ABIM10715 (2009) | 2007: 056/49; 2009: 202/18 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 52794 | 62 | ABIM00141 | ABIM00336 (2009) | ABIM10196 (2009) | 2009: 002/48 | TX 6-871-490 (2007); TX 7-116-588 (2009) |
| 15929 | 38, 55 | ABIM00113 | ABIM00534 (2009) | ABIM07510 (2007); ABIM10282 (2009) | 2007: 052/48; 2009: 004/12 | TX 6-871-490 (2007); TX 7-116-625 (2009) |
| 32704 | 57 | ABIM00136 | | ABIM08727 (2008); ABIM10818 (2009) | 2008: 021/43; 2009: 203/60 | TX 7-116-687 (2008); TX 7-116-588 (2009) |
| 13410 | 17 | ABIM00088 | ABIM00406 (2009) | ABIM08690 (2008); ABIM10454 (2009) | 2008: 021/6; 2009: 007/1 | TX 7-116-687 (2008);TX 7-116-625 (2009) |
| 37170 | 10, 65 | ABIM00078 | ABIM03340 (2009) | ABIM08866 (2008); ABIM10777 (2009) | 2008: 023/60; 2009: 203/19 | TX 7-116-687 (2008); TX 7-116-588 (2009) |
| 9240 | 12 | ABIM00080 | ABIM03285-86 (2009) | ABIM09420 (2008); ABIM10742 (2009) | 2008: 042/4; 2009: 202/45 | TX 7-116-687 (2008);TX 7-116-588 (2009) |
| 39418 | 25 | ABIM00097 | ABIM03212 (2009) | ABIM09470 (2008); ABIM10690 (2009) | 2008: 042/54; 2009: 201/54 | TX 7-116-687 (2008); TX 7-116-588 (2009) |
| 29421 | 24 | ABIM00096 | ABIM03164 (2009) | ABIM09514 (2008); ABIM10650 (2009) | 2008: 043/37; 2009: 201/14 | TX 7-116-687 (2008);TX 7-116-588 (2009) |
| 41940 | 13 | ABIM00083 | ABIM03428 (2009) | ABIM09545 (2008); ABIM10842 (2009) | 2008: 044/7; 2009: 204/23 | TX 7-116-687 (2008); TX 7-116-625 (2009) |
| 15697 | 51, 94 | ABIM00130 | | ABIM09908 (2008); ABIM10783 (2009) | 2008: 051/4; 2009: 203/25 | TX 7-116-687 (2008);TX 7-116-588 (2009) |
| 8441 | 68 | ABIM00147 | | ABIM10028 (2008); ABIM10848 (2009) | 2008: 053/2; 2009: 204/29 | TX 7-116-687 (2008);TX 7-116-625 (2009) |
| 24058 | 22 | ABIM00094 | ABIM00512 (2009) | ABIM10166 (2009) | 2009: 002/18 | TX 7-116-588 (2009) |
| 26639 | 23, 67 | ABIM00095 | ABIM00390 (2009) | ABIM10168 (2009) | 2009: 002/20 | TX 7-116-588 (2009) |
| 23663 | 37, 75 | ABIM00112 | ABIM00352 (2009) | ABIM10169 (2009) | 2009: 002/21 | TX 7-116-588 (2009) |
| 19713 | 45 | ABIM00122 | ABIM00257 (2009) | ABIM10198 (2009) | 2009: 002/50 | TX 7-116-588 (2009) |
| 21628 | 48 | ABIM00125 | ABIM00451 (2009) | ABIM10246 (2009) | 2009: 003/37 | TX 7-116-588 (2009) |
| 21361 | 28, 70 | ABIM00102 | ABIM00294 (2009) | ABIM10284 (2009) | 2009: 004/14 | TX 7-116-625 (2009) |
| 24167 | 53 | ABIM00132 | ABIM00460 (2009) | ABIM10275 (2009) | 2009: 004/5 | TX 7-116-625 (2009) |
| 34997 | 47 | ABIM00124 | ABIM00335 (2009) | ABIM10276 (2009) | 2009: 004/6 | TX 7-116-625 (2009) |
| 14134 | 92 | ABIM00055 | ABIM00380 (2009) | ABIM10464 (2009) | 2009: 007/11 | TX 7-116-625 (2009) |
| 26624 | 49 | ABIM00128 | | ABIM10647 (2009) | 2009: 201/11 | TX 7-116-588 (2009) |
| 40407 | 59 | ABIM00138 | | ABIM10711 (2009) | 2009: 202/14 | TX 7-116-588 (2009) |
| 5522 | 86 | ABIM00165 | | ABIM10729 (2009) | 2009: 202/32 | TX 7-116-588 (2009) |
| 26772 | 27 | ABIM00101 | ABIM03350 (2009) | ABIM10785 (2009) | 2009: 203/27 | TX 7-116-588 (2009) |
| 14101 | 32, 71 | ABIM00106 | ABIM03378 (2009) | ABIM10807 (2009) | 2009: 203/49 | TX 7-116-588 (2009) |
| 37483 | 5 | ABIM00072 | ABIM03326 (2009) | ABIM10766 (2009) | 2009: 203/8 | TX 7-116-588 (2009) |
| 38922 | 16 | ABIM00087 | ABIM03429 (2009) | ABIM10843 (2009) | 2009: 204/24 | TX 7-116-625 (2009) |
| 13439 | 7 | ABIM00074 | ABIM03405 (2009) | ABIM10822 (2009) | 2009: 204/3 | TX 7-116-625 (2009) |
| 61477 | 33 | ABIM00107 | ABIM03471 (2009) | ABIM11117 (2009) | 2009: 208/54 | TX 7-116-625 (2009) |
| 58124 | 40 | ABIM00116 | ABIM03478 (2009) | ABIM11123 (2009) | 2009: 208/60 | TX 7-116-625 (2009) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6680 | 6, 64 | ABIM00073 | ABIM03462 (2009) | ABIM11110 (2009) | 2009: 208/47 | TX 7-116-625 (2009) |
| 59898 | 81 | ABIM00160 | | ABIM11729 (2009) | 2009: 409/56 | TX 7-116-625 (2009) |
| 21790 | 93 | ABIM00058 | ABIM00305 (2009) | ABIM12331 (2009) | 2009: 801/47 | TX 7-116-625 (2009) |

# EXHIBIT 15

# Exhibit C

| | |
|---|---|
| DOCID | = 10023499 |
| PARENT_DOCID | = 10023499 |
| SOURCE | = Dr Arora - Outlk Exprs E-mls - Sent PST |
| ATTACHMENT | : ✉ Dr. Arora A more complete list I have added 20+ questions<br>└ 🗎 Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C44292300.#1.more info.pdf |
| FROM | : Jimmy R. <padrinojr@yahoo.com> |
| TO | : boardreview@comcast.net |
| SUBJECT | : Dr. Arora A more complete list I have added 20+ questions |
| FOLDER | : \Sent MSGs\Imported Mail\Inbox |
| DATE | = 08/12/2009 |
| TIME | : 20:02:29 -0700 |
| GMT_DATE | = 08/13/2009 |
| GMT_TIME | : 03:02:30 GMT |
| TEXT01 | : Once again thank you |
| MESSAGEID | : 339806.70217.qm@web110304.mail.gq1.yahoo.com |
| MESSAGEINDEX | = 0000001383 |
| ENTRYID | : 00000000EDFE5F5C4A85124F8457A4CB656D152C44292300 |

* - patient comes to ER
Upper motor ⊕ Lower motor symptoms
↓ propioception
CSF pleocytosis Neutrophils
(D) Carcinomatosis vs Cerebral Abscess vs. Infectious

- CorkScrew treatment → Nitrate

- GI ulcer with clean base →
Admit to floor and liquid diet

- Esophageal Varices → tx propranolol

- MALTOMA chronic ulcer with discomfort and weight loss EGD with Biopsy gives maltoma - tx H. pylori ⊕ PPI
    ~~4po~~ ① H pylori tx
    ② Gastrectomy
    ③ Heme lonc consult

- picture → shows bullae
(3 days fever/chills) then lesions over body
Dx: small pox, (chicken pox), dermatitis herpetiforme
parvovirus

- Picture - diabetic goes to beach
butterfly rash with crusts In nose Maybe staph
what is the treatment for (cocci G⊕) staph, Gram⊖ rods
Gram⊖ bacilles Gram ⊕ cocci in pairs /chains

- EtOH goes to ER
* Normal ABG's 7.41/$CO_2$ 40/ Bicarb 25
Anion gap 21

How to explain the gases?
or are the gases not in accordance with the patient

- Still's disease with spiking fever

- Mollusco Contagioso

- Phenytoin → erythroderma → Acutely ill
Steven Johnson?

- Gilberts ⊕ stress → ↑ in bili Observation

- patient taking Carbamazepine then Bupropion
* then gets Seizures Carbamazepine levels 6-12
what to do? D/c Bupropion vs ↑ Carbamazepine

- Hem/Onc Dx CML in 2 weeks labs change
anemia from 12-9 then retic count goes up
D-dimers ⊖
Dx. Most likely that will happen
⊖ transformation to large cell lymphoma
⊖ $B_{12}$ Def
⊕ Hemolitic Anemia
⊖ Medullary infiltration of CML

-thalassemia debut
Comes with anemia, fatigue
Microcytosis 67, tear drop

~~What is the diagnosis~~? ~~thalassemia~~ Next step
electrophoresis vs smear vs bone marrow biopsy
-Picture petechia Inchins and bleeding gums
what is the Dx.? ____?____

-painfull petechia → Def Vit C

-Henosh-schonlein question

-Diabetic with malignant otitis externa
Organism most common? pseudomonas

-70's ♂ having trouble with night vision reading
flashing lights makes glare. Patient comes in
with pink conjunctival folding

ptriguium

What is the diagnosis?
ptriguium gives glare problems?
flashing lights glare?

* flushing lights give glare!

- Dry skin ⊕ papilledema Vit A tox

- HIV scenario Pt complains of poor vision
eye exam has yellow exam from macula and
invades papilla → Dx. (CMV ? retinitis)

- tooth pain irradiates to gum
What Abx is the treatment?

- Picture of mitral regurgitation with
xray showing Calcification
Strong $S_1$ $S_2$ with diastolic murmur
Next step → pericardial Surgery?
Pericardiectomy

- Ethics question pt states Doc wrote wrong
chest tube and wife does
Obgy patients wishes make note in chart

- Old lady with Vaginal lesion
goes from introitus until labia minora
* Size 2x2 , pt s/p hysterectomy
When she wipes herself the toilet paper turns red
What to do ? Biopsy vs. Estrogen cream vs
Acyclovir

- CHF ⊕SOB (mild crackles) Hypotension
dobutamine vs. isotonic solution, epinephrine

- Cardiomyopathy hypertrophic
  S2 ↑ with inspiration (wide splitting)

- Patient ♀ from College with Asthma
  Everybody in college has influenza
  She feels fine
  What to do?
  - tamiflu 1n48 Reassurance
  · flu vaccine

- Mollusco Contagioso → Cryotherapy

- AI with gradient >60 EF=35%
  → Replace Aortic Valve

- Pics of a lesion pt states has grown in past year it itches when he scratches part peels off Dx lentigo, melanomavs Compound nevi

- Most likely immediate Surgical Consultation
  - moving valvular vegetations
  - ⊕ culture with enterobacter
  - ⊕ cultures of staph?
  - Valvular insufficiency / Aortic regurgitation

- Clubbing of hand -> dermatitis Seborrheica

- Hypertrophic pulmonary ________

- Always put 25-hydroxy

- rhinitis medicamentosa vs Vasomotor rhinitis
  (red red red mucosa injected mucosa
  vs medication rhinitis

- ~~[illegible]~~ immunology
  68y/o works with bees and develops periocular edema first time has eyes swelling.

  what do you recommend
  - RAS
  - skin Allergy testing
  - always have epinephrine

- Patient has C-7 deficiency
  - Infections with ~~[illegible]~~ Neisseria
  - Upper resp tract uros
  - Streptococcal
  - Other organisms
  - fungi

  C5-C7 Neisseria

- Righ Arm pain; x-ray with lytic lesion, Bone Scan ~~hypo~~ low uptake in area of lesion Hypercalcemia ≈12
  What is the work up
  immunofixation vs. Renal CT vs Multiple Myeloma
  for

- Old lady stends with bizarre behavior
  Meds she was on B-blocker (Atenolol) trazodone She makes lists of what the family members do wrong?
  Why is the patient having quite bizarre behavior?

- Hematuria /prostate normal/ Find renal cyst travecculated)
  What study
  Cystoscopy
  Percutaneous Aspiration
  Pyelogram

- lady with feeling of fullness and painful Sex
  * Ovary Cyst 10cm / travecular Cyst
  What to do?
  Surgy Consult did not have ascites
  F/O patient in 6 months
  treat with hormones

- pt with bronchitis / No Background info
pt with occasional laugh

PPD 15mm ⊕ pleural effusion
CXR ⊖ pleural biopsy pending results.
tapping shows.
prot 4.5
glucose 80
pleocytosis do not remember

What to do
start Abx
Consult for chest tube
Start 4 drugs of tb.

- Strongyloides question Asthma they give steroids and do not get better get worse

* - lady from Mississippi has Ⓡ pleural pain she came from Vacation of 2-3 wks. from texas and Arizona Complains of generalized malaise CXR shows consolidation in Ⓡ lung base Eosinophilia with leukocytosis
What is the Dx:
ABPA vs. histoplasmosis vs Coccidiomycosis

- pleural pain they describe the findings
  - Dullness to percussion
  - ↓ Breath sounds
  - No tactile fremitus on that side

Dx. pleural effusion
PE
Atelectasia
PNA

the chicken drowns in water

Chicken runs quick in air

- Questions about PE vs. Cardiac tamponade

- Lung Question
  - Restrictive pattern FVC ↓ DLCO ↓
  - Bi-basilar linear opacity
  - most likely Dx.
    - COPD
    - Bronchitis
    - Pulmonary HTN vs. interstitial fibrosis

- psychiatry #28
  - Symptoms insomnia, easy crying, anhedonia, loss of weight, ~~do~~ cannot work gets up at 2am
  - Dx?
  - Depression vs. Dysthymia

- Married woman
2 children ⊕ husband just moved to a new town complains of palpitations feeling of choking ⊕ SOB
↓ coffee ↓ weight loss

Has difficulty sleeping, ⊕ HR up to 120 bpm
TSH Normal

Dx.
Panic Disorder vs Schizophrenia vs SVT

- Patient with fatigue
↓ Na ↓ glucose FSH ↓
~~[illegible]~~ Hypopituitarismo

- Patient Na↓ Normal K
TSH Normal
muscular fatigue, gaining weight
HTN uncontrolled with meds., distal muscle wasting
This is her first time with Hyperglycemic (240's)
(4m) Dexamethasone Suppression test did NOT Suppress

Next Step. ACTH test vs Metyrapone vs Corticotropin vs Renin / Angiotensin test vs measure Cortisol at 12 midnight

- fam Hx of Hypothyroid
DM type 1 Dx 16yrs ago

Sisters ⊕ mother have Hypothyroid
~~Since~~ Pt feels irritable, heat intolerance
TSH <0.1
free T4 2.8
iodine uptake <3%
thyroglobulin High

- Acalculous cholecystitis
Patient comes several times with pancreatitis but no ductal ~~dil~~ dilatation
40's female and social drinker.

What Next?
MRCP vs ERCP vs Endoscopic U/S vs macro Amylase vs. EtOH Counseling

- Picture Corkscrew esophagus
Tx. Nitrates.

# EXHIBIT 16

# Exhibit D

DOCID = 10023509
PARENT_DOCID = 10023509
SOURCE = Dr Arora - Outlk Exprs E-mls - Sent PST
ATTACHMENT : ✉ Fw: DON'T DON'T DON'T DON'T FORWARD
├ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C242A2300.#1.Board Questions.doc
├ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C242A2300.#2.Brainstorm 2008(2).doc
├ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C242A2300.#3.Brainstorm 2008.doc
├ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C242A2300.#4.Brainstorming.doc
├ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C242A2300.#5.BS Antonio 2008.doc
├ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C242A2300.#6.brain storming 2008.doc
├ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C242A2300.#7.Brainstorm 2008.doc
├ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C242A2300.#8.Brainstorm VA 2008.doc
├ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C242A2300.#9.BS Antonio 2008.doc
└ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0004\00000000EDFE5F5C4A85124F8457A4CB656D152C242A2300.#10.Clue Book.doc
FROM : Jimmy R. <padrinojr@yahoo.com>
TO : Dr Arora <boardreview@comcast.net>
SUBJECT : Fw: DON'T DON'T DON'T DON'T FORWARD
FOLDER : \Sent MSGs\Imported Mail\Inbox
DATE = 08/13/2009
TIME : 08:47:09 -0700
GMT_DATE = 08/13/2009

GMT_TIME : 15:47:10 GMT
TEXT01 :

¡Obtén la mejor experiencia en la web!
Descarga gratis el nuevo Internet Explorer 8
http://downloads.yahoo.com/ieak8/?l=e1

MESSAGEID : 592796.44713.qm@web110313.mail.gq1.yahoo.com
MESSAGEINDEX = 0000001390
ENTRYID : 00000000EDFE5F5C4A85124F8457A4CB656D152C242A2300

Board Questions 2007

1) 75 yrs old male patient with a POWER of Attorney with instructions to avoid any measures to prolonged his life in case of the severity of his disease make any attempt futile, the patient is known to have a past medical history of heart failure, now comes to the ER with chest discomfort and mild shortness of breath, at this time he is conscious and able to make decision by himself, during his primary evaluation his condition is starting to deteriorate and his wife ask to the physician what are the chances of surviving , the physician replies that he is not sure at the moment and makes the recommendation of a cath procedure , the patient agrees with the procedure after understanding risk and benefits. During the procedure the cardiologist was unable to revascularized the right coronary artery by angioplasty, now the patient is comatose, BP 70/80, sustaining cardiac output throughout an aortic balloon. 2-D echo shows generalize hyperkinesias of the left ventricular wall, and the patient is transfer to CCU. What is the next best step?

   a) Continue with supportive management using dobutamine, milrirone,
   b) Emergency CABG
   c) Discontinue any means of supportive care
   d) Consult to hospital ethics comity
   e) Let the wife to make the final decision towards the patient condition.

2) After 10 yrs with Lupus the patients are more likely to die from which of the following: a) heart disease for advanced atherosclerosis.(this is ARORA ANSWER)
b) Kidney failure
c) Complications of rheumatic disease.
d) Stroke.

3) What is the most common risk factor for uterine cancer?
   a) Obesity
   b) Sedentary life style
   c) Brest cancer

4) 75 yr old male patient with past medical history of advance prostate cancer comes with the chief complaint of back pain that gets better leaning against the chopping car. What is the next step?
   a) MRI of lumbosacral area.
   b) Chest x rays
   c) Radiotherapy

5) 44 yr old male patient complaining of proximal and distal interphalangeal joint pain and at physical examination reveals patches with squamous lesions on the forearm, what else this patient will present at physical examination?

   a) Pitting nails
   b) Rash on the face
   c) Urticaria.

6) 65 yr old female patient with signs and symptoms of dermatomyositis, they will show a picture with the heliotrope rash. Which of the following will help with the diagnosis?

   a) CPK
   b) SED RATE
   c) ABNORMAL EMG.

7) 25 yr old female with parotid swelling, has dental caries, at physical exam she has a moist oral mucosa. Diagnosis?

   a) Bulimia
   b) Sjogren's
   c) Sarcoidosis

8) 82 yr old lady in nursing home complaints of lateral thigh that worsens while lying on that side. The pain is referred down the lateral aspect of the leg. What is the treatment?

   a) Local injection of steroid into trochanteric bursa.
   b) NSAIDS
   c) Physical therapy

9) 68 yr old male patient been treated with chemotherapy develops pneumonia, the chest X rays shows cavitary lesions, soon after he has a seizure, the CT scan shows small cavitations. What is the organism involved ?

   a) Nocardia
   b) Toxoplasma
   c) CMV
   d) HSV.

10) Check table of critical care page 1 of the Arora Manual, the question was directed to Cardiogenic Shock.

11) 90 yr old male patient in the ICU is admitted for pneumonia develops desaturation, when the pulse saturation is Asses you will notice a change on saturation from 87% to 91% when the patient is sitting upright.

   a) hepato-pulmonary syndrome.
   b) Note, this question was ask from different forms 3 times on different blocks.

12) 27 yr old male patient from ALBANIA comes to the united states, he is asymptomatic, his PPD is 18 mm, he received BCG in childhood, Chest x rays is normal, what is the next step?

   a) INH for 9 months
   b) 4 drugs for TB

13) Vietnamese veteran comes to the clinic because of symptoms of weight loss, fever, general weakness, and the chest X ray will be shown to you.

   Next step?

   a) Respiratory isolation

14) 77 yr old lady comes with the chief complaint of bilateral hearing loss; she can't hear any conversation with the radio on. What is the diagnosis?

   a) Presbycusis.
   b) Meniere's
   c) Acoustic neuroma.

15) Review question of ENT page 12 from manual, # 2, it came twice.

16) 22 yr old female patient goes to the clinic for a general check up, her previous PAPS are been normal, she uses birth control pills, and is sexually active with one partner for the past 3 yrs. Screening for HPV is negative which of the following organism is important to be screened for.

   a) Chlamydia (this one can give you asymptomatic PID)
   b) Neisseria
   c) HIV

17) Check slides of geographic tongue because they will show one. only to identify the lesion on the tongue.

18) 55 yr old male patient has been having copious vomiting in the ER, soon after he develops chest pain; the Chest X rays shows left pleural effusion. Diagnosis

    a) Esophageal rupture
    b) Pneumothorax
    c) MI

19) 45 yr old male patient with a upper GI bleeding been treated with supportive measures, IV fluids, octreotide, and banding ligation, is stable but rebleeds, now with desaturation, what is the next step?

    a) Intubation.

20) 34 yr old male patient with diabetes been treated with insulin and compliant with treatment HgA1C 6.6%, glucose sticks are in the range of 44mg/dl and 300mg/dl. He is presenting with nausea and vomiting. Patient is not responding well to treatment with loperamide. What is next step towards his treatment?
    a) Change diet to frequent and small meals with bland diet
    b) Change doses on insulin
    c) Gastrostomy.

21) They will present a case with a huge H/P just see the labs and look for calcium and phosphorus serum levels, the majority of all cases are Celiac disease, how ever they are not interested in making the diagnosis, they want test you in regards to the laboratory of choice which is to request for Vitamin 25 OH levels, that answer will be on the choices. Review table from GI section page 10

22) 25 yr old male patient went camping to Colorado, now comes because of diarrhea. What is the treatment?

    a) Metronidazole
    b) Amoxicillin
    c) Cipro.

23) Recurrent oxalate renal stones in Crohn's disease is due to:

    a) Increased oxalate absorption
    b) Increased calcium intake

    c) Decreased oxalate absorption.

24) 24 yr old with a family history of FAP, had a colonoscopy that shows several polyps, 1.5 cm, the biopsy shows no dysplasia what is the next step?

    a) Repeat colonoscopy in a year and prescribe aspirin.
    b) Proctocolectomy
    c) Ablation of all the polyps found.
    d) Colonoscopy in five year and fecal occult blood test.

25) 45 yr old male patient with 8 yrs with ulcerative colitis active disease, asymptomatic and no physical findings of active disease comes for a regular check up, what is the next step?

    a) Colonoscopy every year starting now
    b) Colonoscopy every 2 years
    c) Colonoscopy every 5 years

26) 29 yrs old female patient with right upper quadrant pain for several days, at physical exam there are no findings of peritoneal pathology, abdominal sonogram and liver panel comes normal, patient denies depression, anxiety, or changes on bowel habits neither in the caliber of stools. Diagnosis?

    a) Functional benign abdominal pain
    b) Irritable bowel syndrome
    c) Lactose intolerance

I think the likely answer is A.

27) CHECK QUESTION # 1 PAGE 22 FROM GI. (Vascular disease of intestine) it got repeated several times.

28) CHECK QUESTION # 2 PAGES 34 GI (autoimmune hepatitis) the change the scenario but in general the data was the same, the patient in the case had a false positive serology for hepatitis C and had a high ALP.

29) 66 yr old male patient status post H. lymphoma treated with radiotherapy 7 yrs ago presents with shortness of breath, and kusmaul sign at physical exam. What is the next step

    a) Pericardiectomy.

30) 25 yr old female patient with the chief complaint of sore throat, and joint pain, she works at a day care. Diagnosis?
Parvovirus

31) 19 yr old female patient with sore throat, been treated with penicillin however symptoms are not improving, what is your advice?

   a) Tell her to come and see you for heterophils antibody and re-evaluation
   b) Tell her to continue the treatment
   c) Send labs for parvovirus serology
   d) I believe is (a), there's not epidemiologic information on the text to make you think about parvovirus infection.

32) 35 yr old male patient was recently in Vermont comes with a blanching rash. What is the treatment?

Doxycycline.

33) 24 yr old female patient with positive serology for Lyme that was treated with a course of 4 weeks with Doxycycline, complaints of myalgia and joint pain, other than slight inflammation of interphalageal joint the rest of physical exam is normal, ecg doesn't show any type of heart block, she comes to see you for a second opinion in regards to current symptoms. What is the next step?

   a) Restart treatment with Doxycycline
   b) Ceftriaxone
   c) Give symptomatic treatment and close follow up

34) 65 yr old male patient had a laparoscopic cholecystectomy, on day 3 postop at home he notice a ulcerated purple lesion on the shaft of his penis, no other symptoms are reported, he calls you over the phone and asks you what to do.

   a) Tell to the patient to go the hospital for debridment and broad spectrum antibiotics
   b) Tell the patient to see you tomorrow at the office.
   c) Start amoxicillin
   d) Start clindamycin. (I think this question is oriented toward, Fournier or the beginning of Toxic shock syndrome, so I choose A)

35) A female patient comes from Uganda with erythematous oral mucosa without exudates. Next best test.

   a) HIV

36) Check question # 3 page 21 form endocrinology manual, the other form to ask about pseudogout is form a patient sooner after a cholecystectomy that develops joint pain.

37) 70 yr old male patient treated with Leprolide for advance stage prostate cancer was found with bone pain, the dexascan shows a T score of – 2.5 what is the cause of the osteoporosis?

    a) Leuprolide.

38) 35 yr old male patient goes to the ER because fatigue, jaundice and found hypotensive at triage, they will give the CMP which is remarkable for elevated AST, ALT, and also the CBC with Hbg 8 gr/dl and Reticulocyte count of 10%

The only possibility with hemolytic anemia and inflammation of the liver is Wilson's disease.

39) 29 yr old male patient obese, BMI 35, found with fasting glucose of 120, which of the following will delayed diabetes in this patient.

    a) Diet and exercise (I think on this one the answer is A, I review Arora on page 28, endocrinology section, question 5, and if you read carefully the first step on the stem of the question was the prescription of diet and exercise first, then Metformin in patient already with diabetes, but on the current question the patient has glucose intolerance and is not yet diabetic to start with Metformin.
    b) Metformin
    c) Rosiglitazone

40) 22 yr old male patient is having syncope for several years, he recovers without any neurologic deficit, the chest X rays is normal, electrocardiogram as well, tilt test comes normal, no family history of sudden death, what is your advice?

    a) Trial with fludrocortisone
    b) Electrophysiological studies
    c) 24 hour holter

41) Check question # 4 page 4 neurology section, that question came in the test, be careful with the answer because is option (A) neurocardiogenic syncope, we consulted to Arora over the e-mail 3 weeks ago because a doubt we had while studying, Arora answer was (A) he says that make a mistake on choosing B (Seizure disorder)

41) 45 yr old male patient comes to the office to see you because of fatigue, he is been
working renovating Victorian old houses for several years, physical exam is
unremarkable except for pale skin, CBC, shows basophilic stippling. What is the
cause of his anemia?
a) Vitamin B 12 deficiency
b) Lead intoxication
c) Arsenic
d) Thalasemia.


42) 82 yr old male patient with symptoms of shortness of breath and fatigue admitted
to the medicine ward because of pneumonia found with 3 gm/dl monoclonal
protein in serum, thrombocytosis, the patient is at risk of which of the following
a) Hyperviscocity
b) Leukemia
c) Myelodysplastic syndrome.


43) 68 yr old male patient with anemia, CBC and peripheral smear shows
mycrocytosis, anisocytosis, what is cause of the anemia?

   a)   Iron deficiency
   b)   Myelofibrosis (they don't give the reticulocyte count but I believe that
        base on the age of the patient and shape of the red blood cell, this could be
        myelofibrosis, they don't mention tear drop on smear either.


44) What are the criteria to admit a patient to a hospice?

   a)   Life expectancy less than 6 month (this question was Q bank Kaplan for
        Internal Medicine Board review 2005)


45) Review table page 6, hematology section of Arora manual, the will questions on
how to differentiate beta thalassemia minor versus iron deficiency anemia, the
will around 4 questions on this topic.


46) Review table 1 page 2 nephrology section there is a short question in how to
distinguish pre-renal versus ATN


47) 45 yr old male patient admitted in the ICU, currently with encephalopathy, with
hypotension, Potassium in 6.5, BUN 35, creatinine, 8.5, he had a coronary
angiography a week ago, what is the next step?

    a)  Hemodialysis, (this patient is presenting with cardiac tamponade and uremia)

48) In regards to acid- base question, there was just one question similar to the one on page # 26 nephrology section.

49) 35 yr old male patient just married (3 weeks ago), never had depression, anxiety disorder, comes with his wife because he is presenting premature ejaculations, her wife is worried about this, the patient has normal morning erections. What is the next step?

    a.  Prescribe a glass of wine at bedtime
    b.  Lorazepam
    c.  Trazadone
    d.  Sidenafil
    e.  Sertralin

At this moment I was burned out however I think he is having anxiety performance, just because he is not depressed nor is having problems with erectile dysfunction, my answer was (A), but I am not sure.

Well buddy there you have it almost one block of question, review it and Good Luck.

No changes should be made to this patient's therapy. Her medical regimen is within the guidelines for patients with American Heart Association/American College of Cardiology (AHA/ACC) stage C heart failure and New York Heart Association (NYHA) functional class II symptoms, including a β-blocker, an angiotensin-converting enzyme inhibitor, digoxin, and a diuretic. β-blockers have been shown to reduce the rate of hospital admissions and also to significantly reduce mortality in patients with congestive heart failure, and thus should be continued in this patient. An angiotensin-receptor blocker need not be added to her current regimen according to a recent study showing no benefit to this combination. The vasodilator combination nitroglycerin and hydralazine is indicated in patients who cannot take an angiotensin-converting enzyme inhibitor or angiotensin- receptor blocker (for example, pregnant women) or are intolerant of them. An aldosterone antagonist such as spironolactone may be useful in symptomatic patients with NYHA functional class III or IV heart failure but has not been shown to be beneficial in patients with NYHA functional class I or II heart failure.

A recent study showed that NSAIDs are unlikely to precipitate new congestive heart failure (CHF). However, in more than 7000 patients, exposure to these drugs was associated with a relative risk of 9.9 for exacerbation of CHF. NSAIDs may cause vasoconstriction, which can decrease cardiac output in patients who have advanced CHF. Although patients who have hyperthyroidism and hypothyroidism are at risk for CHF, this patient's thyroid function was normal after she received thyroid hormone suppressive therapy. Newer thiazolidinedione hyperglycemic agents, such as rosiglitazone, may exacerbate CHF, but glipizide is less likely to have this effect. Neither estrogen nor alendronate, which is used to treat osteoporosis, is associated with fluid retention or with exacerbation of CHF. One study suggested that estrogen therapy reduced mortality rates in older women with congestive heart failure. The results of this study do not endorse hormone replacement therapy in women with CHF, but suggest that estrogen is unlikely to lead to fluid retention and dyspnea.

Close Window

Biventricular pacing has been shown to improve functional capacity and quality of life in patients with advanced heart failure and prolonged QRS duration on electrocardiogram. The MUSTIC trial (**Cazeau et al.**) showed that the mean distance walked in 6 minutes was 22% greater with active pacing, the quality-of-life score improved by 32%, peak oxygen uptake increased by 8%, and hospitalizations were decreased by two-thirds; active pacing was preferred by 85% of the patients. The MIRACLE trial (**Abraham et al.**) showed significant improvement in New York Heart Association functional class, increased exercise duration, and improved quality of life for patients with moderate to severe heart failure and QRS duration >120 msec randomized to biventricular pacing. The long-term effects of biventricular pacing are unknown, and several large-scale clinical trials are ongoing. Not all patients who meet electrocardiogram criteria for biventricular pacing will benefit, especially patients with atrial fibrillation. Impact on remodeling and prevention of the progression of heart failure is also unknown. To date, cardiac resynchronization has not been shown to decrease the risk of overall mortality, sudden cardiac death, or cardiac death.

Close Window

In patients who have cardiomyopathy and significant conduction defects (left bundle branch block and first-degree atrial ventricular block), implantation of biventricular pacemakers is associated with significant symptomatic improvement. This improvement is attributed to normalization of the PR interval, reduced mitral regurgitation, and resynchronization of the left ventricular contraction. Biventricular pacing is accomplished by placement of a standard right ventricular lead. The left ventricle is paced with a lead that is passed through the coronary sinus venous system to the lateral aspect of the left ventricle. It is not clear whether biventricular pacing improves survival but it does improve quality of life and exercise tolerance. By criteria based on the MADIT II study, an implantable cardiodefibrillator would provide survival benefit in this patient.

This patient does not require coronary artery bypass graft surgery because he has no evidence of ischemia. He has an akinetic segment, but no true aneurysm. Therefore, aneurysmectomy would not benefit this patient. Although mitral valve repair can be performed in patients who have a decreased ejection fraction, in this patient, mitral regurgitation may be caused by the defect and the stretched annulus rather than by

primary mitral valve disease. Transmyocardial laser revascularization is associated with improvement in angina symptoms, but not with improvement in heart function.
Close Window

This patient will not benefit from an implantable cardiac defibrillator (ICD). The conditions for which there is evidence or general agreement that an implantable cardiac defibrillator is beneficial include: 1) Cardiac arrest due to ventricular fibrillation (VF) or ventricular tachycardia (VT) that is not due to a transient or reversible cause; 2) Spontaneous sustained VT; 3) Syncope of undetermined origin associated with clinically relevant, hemodynamically significant sustained VT or VF induced at electrophysiologic study when drug therapy is ineffective, not tolerated, or not preferred; and 4) Nonsustained VT with coronary disease, prior myocardial infarction, left ventricular dysfunction, and inducible VF or sustained VT at electrophysiologic study that is not suppressible by a class I antiarrhythmia drug. This patient has none of those indications and therefore is unlikely to benefit from this device.

The DEFINITE study (**Kadish et al.**) demonstrated a decreased risk of sudden cardiac death associated with defibrillator placement compared with medical therapy alone in patients with a nonischemic dilated cardiomyopathy, a left ventricular ejection fraction of less than 36%, and premature ventricular complexes or nonsustained ventricular tachycardia. Total mortality did not reach statistical significance in this study. The MADIT trial (**Moss et al.**) demonstrated a 54% decrease in total mortality in patients with ischemic cardiomyopathy given an ICD compared to conventional medical therapy.
Close Window

# Clue Book

1. Absence of gastric bubble: **Achalasia**

2. Microbubbles on 2-D-Echo: **Hepatorenal Syndrome**

3. Steering wheel injury: **Splenic Thrombosis/ Bleeding of fundal gastric varices**
4. Pain proportional to amount of food eaten: **Mesenteric angiogram/ abdominal angina**
5. Past hx of intraabdominal or gastric surgery and macrocytosis: **Blind loop syndrome/ Abx and Vit B 12**
6. Small bowel dicerticuli and macrocytosis: **Bacterial overgrowth/ abx and vit B 12**
7. Colorado: **Giardia**

8. Eosinophilia and low MCV: **Strongiloides**
9. Milwakee and bloody Diarrhea: **Ciprofloxacin**
10. Schizophrenia and duodenal cobblestone mucosa and liver mass: **E. Histolytica**
11. nasal cobblestone mucosa: **Rhinitis medicamentosa**

12. Feeling of incomplete evacuation, pain relieve by BM, pencil stools: **IBS/ Tx. Amitryptiline**
13. Collagen deposition (sunepithelial) on colon: **Collagen colitis**
14. prostitute: **Hep B**
15. Edema of the gallbladder wall: **Acalculous cholecystitis/HIDA scan**
16. Ulcerative colitis and cholecystitis: **PSC/ Dx. With ERCP**
17. Asx. Pt after pancreatitis but with increase Amylase: **Pseudocyst of pancreas/ Ultrasound/ Continue current treatment**
18. Erythema nodosum, diarrhea and RUQ pain: **Crohn's ds.**
19. Erythema nodosum and noncaseating granuloma: **Sarcoidosis**
20. Spagetti and meatballs: **Tinea vesiclor/ antifungal cream**
21. Sex with counselor: **topical steroid**
22. Interphalangeal cleft lesion: **5% permetrin cream**
23. Curved organism: **C. Jejuni**

24. Purpura, althrialgias and HCV: **Cryoglobulinemia**
25. Shellfish: **Hep A**
26. Acute pancreatitis, infertility and pneumonia**:** **Sweat chloride test**
27. Dysgusia and dermatitis: **Zinc deficiency**
28. Hyperplasia of gum: **Dilantin or Cyclosporine**
29. Blue gums and constipation: **Lead**
30. Pain with compresio of patella**:** **Patelofemoral pain syndrome**
31. Pain in the heel in a young person ( Aquilian tendon pain): **Reiter's Syndrome**
32. Homan's sign is equivocal: **Backer cyst/ Ultrasound of the popliteal area**
33. Foot or wrist drop: **Peroneal nerve palsy/ Polyartheriris nodosa**
34. point of tender 2-3 cm below the knee: **Anserine bursitis**
35. pain on stepping out of bed: **Plantar fasciitis**

36. pain on internal rotation: **Ostheoarthritis**

37. Calcification of triangular ligament: **Hemochromatosis**

38. dendritic ulcer keratitis: **Herpes simplex**

39. Floaters in the eye: **Retinal detachment/ Myopia**

40. **Magnifiers**

41. Navajo Indian female: **tobramycin and ceftazidime IV**

42. New jersey, bird watching with era rash: **DNA virues**

43. **Epley's maneuver**

44. Illumination test negative: **testicular torsion**

45. respiratory therapist and ICU: **Herpes simplex**

46. Pt. with SES musculoesqueletal from Vermont: **Give ceftriaxone**

47. Young person with back pain: **Ankilosis Spondilitis**

48. Pt. NPO, Sutgery and Knee pain: **Pseudogout**

49. Fived splitting of S2: **ASD**

50. Trill and left sternal border systolic murmur: **VSD**

51. Double contour in CXR; **MS**

52. Chopping wood: **C2 and C4 deficiency**

53. Any V tach: **Cardiocersion**

54. Pillow fight: **C1 esterase inhibitor def**

55. Nurse with Hives: **Latex Allergy ( do a RAST test)**

56. Never Stop Bactrim or Aciclovir: **Decrease their dose**

57. Piloerection: **Opiod withdrawal syndrome ( tx: Methadone)**

58. Cannot distinguished words from background noise: **Presbicusis**

59. Soot on the nose: **Give Mechanical Ventilation**

60. Sleep Apnea: **Microarausable sleep at night**

61. M waveform on PCWP: **Cardiac Tamponade**

62. When in laws are coming: **azythromycin**

63. Pt. from Albania: **TB**

64. Homeless from Vietnam: **TB**

65. Petechias on both axillary folds: **Fat emboli**

66. Lumphadenopathy on CT abdomen but no on chest: **MAC**

67. Chronic use of steroids with opacity on lung or brain: **Nocardia**

68. Old person with Pneumonia and conjunctivitis: **Chlamidia pneumonia**

69. Problems with male supervisor: **Spirometry at work  and after work**

70. Clubbing and Lung disease: **Idiopathic pulmonary fibrosis**

71. Neutropenia, leukemia or lymphopenia and bilateral pneumonia: **Give antifungal**

72. Dysmorphic RBC's and RBC casts: **Glomerulonephritis**

73. Drug user and renal disease: **Focal segmental glomerulosclerosis**

74. Solid tumor and Nephrotic Syndrome: **Membranous Glomerulonephritis**

75. Skin popping and macroglossia: **Amyloidosis**

76. Asian with glomerulonephritis: **Ig A Nephropathy**

77. Langhan type giant cell granuloma: **Wegener's ds.**

78. Acetone breath: **Isopropyl alcohol ingestion**

79. low anion gap: **Multiple myeloma**

80. lavish entertainment: **Bipolar disorder**

81. Super Doctor PGY 2 Surgeon: **OCD /Tx. Clomipramine**

82. Pt. sister has glioblastoma and pt pretends to fall: **Conversion disorder**

83. bruise on lt. breast: **Interpersonal abuse**

84. Anal fissure: **Borderline personality**

85. Clue cell: **bacterial vaginosis/ Tx: Metronidazole**

86. **Avoid manipulation of nipples**

87. Side view of exophtalmos: **Grave's ds.**



88. lack of axillary and pubic hair: **MRI vs. CT of the Brain (pituitary)**

89. **New active TB case in the factory**

90. seawater cellulitis in New Orleans: **V. Vulnificus**

91. **Hx. Of sexual activity**

92. Epididimitis: , **35 y/o: Chlamydia/ Tx, Doxy; . 35 y/o: E. coli/ Tx. Levo**

93. **Chlamydia PCR takes more than 3 wks to disappear**
94. pt. non sexually active: **Treat with TMP/SMX for 3 days**
95. if there is + ag for mononucleosis and pt present with difficulty breathing: **Steroids**
96. tenderness at Sternocleidomastoid muscle: **Infectious mononucleosis**
97. Teacher or pediatrician: **Chicken pox or parvovirus B 19**
98. Mac on pt. with HIV asymptomatic: **No treatment**
99. **Listeria will have GLU on CSF normal**
100. Always gine **Nafcillin and Genta for Endocarditis**
101. Lyme Ds.: **Doxycycline without any other lab test**
102. Arkansas and burying a deer: **Tularemia**
103. Eat Squirels: **Tularemia**
104. Veterinarian with liver dysfunction: **Leptospirosis**
105. Ulcerative lesion on nose: **Blastomycosis**
106. Wooded area, pt. presented with headache and fever: **Rocky mountain spotted fever**
107. Haitian with fever, cough and eosiniphilia: **Strongyloides**
108. **Trichinella antibodies**
109. Bitten by cat: **Pasteurella multocida**
110. Fist fight: Tx. **Augmentin**
111. Sport player (IVDA) with back pain: **MRI of spine**
112. Candida Sepsis: **Remove catheter right away**
113. **TB is the most common cause of prericarditis in the world and in HIV**
114. Tick: **Tularemia**
115. Staph: **On nostrils**
116. Pt. with hand cellulitis after eating crab: **ABX. And Sx. Consult**



117. Erlichia photo.
118. Heinz bodies, bite cells, anemia on African American or Italian: **6GPD deficiency**
119. gallstones, splenomegaly and unconjugated jaundice: **Spherocytosis**
120. Nucleated RBC (underwear cell), tear drop and massive splenomegaly: **Myelofibrosis**
121. Lepirudin: **HIT**
122. No sensory loss at the end of the day: **Myestenia Gravis**
123. Scintillating scotomas: **Migraine**
124. Biker: **Hypothenar atrophy due to ulnar nerve palsy**
125. Bed shhet toushes the foot and produce pain: **Reflex sympathetic Synmdrome**
126. CSF with 12 RBC's: **Herpes simplex encephalitis**
127. Cancer with CNS involvement and decrease ankle reflex: **Leptomeningeal carcinomatosis**
128. Lung CA, hypocalemia: **ACTH/ small cell lung ca**
129. large lung mass and hyponatremia: **ADH/ small cell lung ca**

*Brainstorm 2008*

1. Old pt with hand tremor when holding a glass of water and trying to drink it, brother with same symptoms?
Tx. Primidone   (Essential tremor?)

2. Matocytosis--> Pt with mastocytosis that continue with itching, mild improvement with loratadine and other anti-histamines. Next tx? Change loratadine for allegra vs ranitidine vs oral steroids

3. Pt with dx suggestive of CLL, diagnostic test? Flow cytometry

4. Tear drops mentioned in q. suggestive vignette of Myelofibrosis

5. EKG SHOWING Anterior wall MI, WHAT coronary artery involved? LAD

6. Pt taking Tamoxifen with symptoms of constipation, confusion, signs of hypercalcemia. What is the cause? Tamoxifen

7. Pancreatic cancer with locally advanced, nonresectable and with liver mets, ampulla positive for ademocarcinoma, ERCP → **adjuvant chemo-radiation** vs radiation vs only chemo

8. Pancreatic CA with biliary obstruction with unresectable disease→ ERCP for stent placement

9. Pt s/p chemo tx, with thrombocytopenia, prolong coagulation parameters, elevated d-dimers → **DIC** vs TTP VS ITP vs HIT

Stadistics
10. Definition of Negative predictive value: formula

11. Sensitivity formula, definition

ETHICS
    1. Pt with renal failure with mental changes, gives daughter power of attorney, daughter have DNR directrices by mother → give dyalisis

    1. TTP → Plasmapheresis

    2. Pt with heparin treatment and a drop of platelets from 140,000 to 40,000 → give anti-thrombin inhibitors

    3. 38 y/o with vasovagal syncope → cardiogenic syncope (Arora)

    4. Pt with herpes labialis, a picture given with erythema multiforme

5. Picture of nail- pitting → Psoriasis

6. 23 y/o with HIV with prophylaxis para PCP with weight loss, fever, abdominal pain, CD4 55 , no diarrhea → **MAC** vs PCP

7. Asthmatic female pt with wheezing , CXR with opacities, infiltrates, eosinophilia → Aspergillus (ABPA)

8. Pt with albuterol, with no improvements of asthma symptoms → give inhaler steroids

9. Solitary liver nodule mets→ resect

10. EKG WITH DIFFUSE ST elevation, Tx → Ibuprofen

11.EKG with Inferior wall MI → give IVFs

12. Pt with shock after accident, surgery done, pt become septic→ Severe pneumococus infection (ARORA)

13. Pt with severe RA, given MTX, one wk later the pain improves 70%, MCV elevated 100, anemia → Give Folic Acid

14. 16y/o female with abdominal pain, test showed positive for gonococcus and chlamidia, do you have to ask the pt's parents to treat her? → No, pt can give permission

15. Picture of pustule in a female sexually active with multiple partners, right knee swelling, erythema → disseminated gonoccocci

16. Pt with  Drawer sign (+) → Anterior cruciate ligament

17. Old pt with back pain given oxycodone, what else will you give → laxatives

18. Difference between Obstructive sleep apnea vs obesity HYPOVENTILATION SX? Obesity  hypoventilation sx have hypercapnea

19. Young pt at the movies with dizziness, mother diabetic, c-peptide high and insulin levels high, responded to glucagon→ suspect Intoxication by sulfonylureas → ask for urine  sulfonylureas (ARORA)

20. Weird case: YOUNG female with hypokalemia and metabolic alkalosis, BMI 23, using diuretics → Bulimia

21. Pt with MI, anterior MI, hypotensive → Parameters of cardiogenic shock ( ARORA)

22. Pt intubated on MV, TV 500ml, R/R 10, f/u ABGS po2 140%, pCO2 60% , next step?→ **increase TV** vs increase PEEP

23. Viral conjunctivitis , recommendation?→ wash hands

24. Picture of Mycosis Fungoides

25. EKG description with SI QIII TIII → PE

26. PT WITH CABG, LAD >90%, 2D ECHO WITH EF OF 30% , WHAT you will do when D/H → ICD

27. Thrombocytosis, test to differentiate → LAP score

28. Pt came from a travel, stopped taking mefloquine and developed fever, malaise, a peripheral showing malaria, vivax? tx ? (ARORA pag. 21 ID) → primaquine + Chloroquine?

29. Tear drop mentioned on vignette, dx?→ Myelofibrosis

30. CXR with calcification on diaphragm→ Asbestos exposure

31. Requirement for hospice care → < 6months

32. UC with Primary Sclerosing Cholangitis, next step? ERCP
33. Pt from Vietnam with symptoms of fever, night sweats, suggestive of Tb, CXR with infiltrates,next step? → **Resp. Isolation** vs Sputum for acid fast vs anti –TB meds

34. Pt with sinusitis, hemoptysis, upper resp. infection, saddle nose, lung problems. DX? Wegener's (ARORA)

35. Pt with a vasculitis, with wegener's, treated with cyclophosphamide and prednisone, that came with hematuria… next step? Cytoscopy

36. Pt with UC, high bilirubin, high ALK… PSC
37. Pt with tumor of the tail of the pancreas, next step? Surgery
38. Pancreatitis cronica that developed hematemesis, Dx? Splenic vein thrombosis
39. Scleroderma with lung problems. PFT? Restrictive Pattern PFT
40. Women with PE with PTT 65, Dx? Antiphospholipid sx (Lupus anticoagulant)
41. Woman with hypotension, sodium and potassium , metabolic alkalosis. Dx?. **Bulimia** vs Addison's vs Anorexia
42. Pt with 15 PRBCS transfused , electrolyte disturbance? Hypocalcemia

43. Pt with HTN, treated with lifestyle changes, came 3 months later and continues with high BP. Next step? Thiazide
44. Pt began on statin, 3 months later continue with LDL alto y se la subes a 40mg, luego pt with target LDL but mild elevations in liver enzymes, what do you do? No changes
45. ASD → Fixed splitting
46. COPD in need of stress test → Dobutamine
47. Definition of Metanalysis
48. Blastomycosis
49. Tularemia
50. Picture of erythema chronicum migrans
51. EKG Pericarditis, WPW, IWMI
52. PT with features of scleroderma, questioning about GI symptoms with GERD
53. Pt with BARRET'S Esophagus, Low grade dysplasia. Next  Endoscopy Surveillance? In 3 years

54. Grafica con eje x y y

55. CXR Pt IVDA symptoms like of endocarditis with ring lesions, abscess like cavitation. What is the valvulopathy? Tricuspid regurgitation

56. CXR with what looks like a thymoma Pt with symptoms like MG . What do you see in the CXR. Dx? Thymoma

57. Pt with electrolytes with renal failure 6.1 creatinine, hgb 8.1, high phosphate,pt worked in a fabric of battery, what is the diagnosis? Lead intoxication vs MM

58. Pt with BPH, increase frequency, with back pain, sacroiliac X-RAY with indisctinct margins , ALK PHOSPHATE 500, PSA NORMAL , DX? **Paget's** vs MM vs Prostate CA

59. Celiac Disease - Old man with chronic diarrhea

60. Young woman with IgA def. with diarrhea, flatulence, abdominal pain with Iron Def. working at a Day CARE Center, no recent bouts of infectious diarrheas on day care center, Dx? Celiac

61. Circumference of waist associated with BMI > 40

62. EKG WITH ELECTRICAL ALTERNANS

63. Pt IVDA with symptoms of SOB po2 78%, CXR with B/L infiltrates, foto methenamine stain. Tx? Septra

64. HIV with PPD 7, Tx INH x 9 months

65. CXR (ARORA) showing straightened and fixed S2 Dx? **ASD** vs MS

**66.** Obstructive Sleep Apnea Complication? **Stroke vs** DM

67. Pseudocyst

68. PE Old pt with Non Small Cell Ca CXR with whitening of the mediastinum lung, big thrombus, hemodinamically stable tx? Heparin vs Filter vs antithrombin

69. Woman middle age with epigastric pain intermitent associated with food, sonogram normal, RUQ, pt moves to get comfort. Dx? Sphincter of Oddi dysfunction (Gallbladder dyskinesia, characterized by a reduced rate of gallbladder emptying, is controversial as a cause of right upper quadrant pain) vs Cholelithiasis vs cholecystitis

70. Woman with epigastric pain with increase of pain when elevating the legs? Sphincter of Oddi dysfunction vs

71. Cholangenous colitis

72. Asiatico that went to donate blood and was found with target, marked microcytosis, high RDW, Dx? alpha thalassemia vs iron def.

73. Acute Chest Sx TX?→ exchange transfusion

74. Black lady that is athlete, notes that no longer can run, found with pancytopenia, next step? Bone Marrow vs Osmotic Fragility test

**75.** old with soplo 2/6 with no irradiation, carotid upstroke pronounced, given thiazide. Dx? MR VS MVP VS **HYPERTHROPHIC CARDIOMYOPATHY vs**

**76.** **Parvovirus**, pregnant working at a care day? Set of Immunoglobulins? (ARORA) IgM +, IgG –

**77.** **sinusitis cronica**, not improve with steroids, immunoglobulins done with IgA def, IgG. Long term Tx? Antibiotics (ARORA)

**78.** **Chancroid**

**79.** **old** woman with general malaise, le hace dificil levantarse en la manana y caminar. A riesgo de q esta la paciente en el futuro.,Dx? Dementia vs

**80.** **Cryoglobulinemia with low c4**

81. Pt with CLD with Ascites with b/l leg edema with 5 grams of proteinuria, hypoalbuminemia, renal failure, reason of renal failure? Membranoproliferatic sx vs hepatorenal sx vs ATN vs cirrhotic kidney

82. IWMI → RIGHT CORONARY ARTERY

83. PT CAME TO SEE YOU WITH A FUNNY TONGUE, TX ? GEOGRAPHIC TONGUE? Whithe tonge with pathches TX? OBSERVATION

84. MAN with DM with no retinopathy with high BP, not in target, U/A with proteinuria? Given ACE, and renal function increase.. next step? Give nifedipine vs change to ARB

85. Sarcoidosis in woman with CXR with bilateral hylar adenopathy, normal calcium, next step? **Observation** vs bronchoscopy

86. Diabetic with HTN, doses maximas

87. Old pt tired 60 y/o, tired, pancytopenia, retic count 0.1, yellow sclerae, normal physical. Dx? myelofibrosis vs b12 def

88. premenopausal brest ca , nodule resected, PR +, 2 cm, pt wants breast conserving . Tx chemo + tamoxifen

89. Submuscularis Colon Ca → resect

90. Pt with urinary tract infection that develops gluteal rash with abdominal pain, palpable pupura, colonoscopy done with engrosamiento del cecum, diarrhea with poor wine stools. Tx? Unasyn + metro vs iv immunoglobilins vs **steroids**

91. Young woman that went to north Carolina, when came back began with general malaise, rash on forearms blanchable. Tx? Doxycicline ?(Rocky Mountain Sx)

Rheuma
1. Wegeners treatment → cychlophosphamide + prednisone
2. Pt with nasal polyps? → Wegeners vs Churg Strauss?
3. SLE with high sed rate
4. Menicus tear, drawer sign negative, knee locking , tennis player
5. Old pt with Polymialgia rheumatica, with shoulder pain
6. sjrogrens at risk of what CA ? GI malignancy vs parotid adenocarcinoma
7. Girl with amenorrhea, menarche at 15 y/o, team player, BMI 20, pt with stress because will begin University. Next step? Reassurance vs prolactin, fsh vs
8. pt with hodkings with radiation, came with symptoms of pericarditis dx? Constrictive Pericarditis

Brainstorm 2007

Questions repeated on Board 2008: 15, 38, 44, 48, 49, 50, 57, 65, 70, 77, 78, 88, 102, 118, 121, 127, 131, 134, 137, 141,147, 151 to 156, 170, 172, 179, 195, 198, 207

*Brainstorm 2008*

1. Old pt with hand tremor when holding a glass of water and trying to drink it, brother with same symptoms?
Tx. Primidone  (Essential tremor?)

2. Matocytosis--> Pt with mastocytosis that continue with itching, mild improvement with loratadine and other anti-histamines. Next tx? Change loratadine for allegra vs ranitidine vs oral steroids

3.  Pt with dx suggestive of CLL, diagnostic test? Flow cytometry

4. Tear drops mentioned in q. suggestive vignette of Myelofibrosis

5. EKG SHOWING Anterior wall MI, WHAT coronary artery involved? LAD

6. Pt taking Tamoxifen with symptoms of constipation, confusion, signs of hypercalcemia. What is the cause? Tamoxifen

7. Pancreatic cancer with locally advanced, nonresectable and with liver mets, ampulla positive for ademocarcinoma, ERCP → **adjuvant chemo-radiation** vs radiation vs only chemo

8. Pancreatic CA with biliary obstruction with unresectable disease→ ERCP for stent placement

9. Pt s/p chemo tx, with thrombocytopenia, prolong coagulation parameters, elevated d-dimers → **DIC** vs TTP VS ITP vs HIT

Stadistics
10. Definition of Negative predictive value: formula

11. Sensitivity formula, definition

ETHICS
    1. Pt with renal failure with mental changes, gives daughter power of attorney, daughter have DNR directrices by mother → give dyalisis

    1. TTP → Plasmapheresis

2. Pt with heparin treatment and a drop of platelets from 140,000 to 40,000 → give anti-thrombin inhibitors

3. 38 y/o with vasovagal syncope → cardiogenic syncope (Arora)

4. Pt with herpes labialis, a picture given with erythema multiforme

5. Picture of nail- pitting → Psoriasis

6. 23 y/o with HIV with prophylaxis para PCP with weight loss, fever, abdominal pain, CD4 55 , no diarrhea → **MAC** vs PCP

7. Asthmatic female pt with wheezing , CXR with opacities, infiltrates, eosinophilia → Aspergillus (ABPA)

8. Pt with albuterol, with no improvements of asthma symptoms → give inhaler steroids

9. Solitary liver nodule mets→ resect

10. EKG WITH DIFFUSE ST elevation, Tx → Ibuprofen

11.EKG with Inferior wall MI → give IVFs

12. Pt with shock after accident, surgery done, pt become septic→ Severe pneumococus infection (ARORA)

13. Pt with severe RA, given MTX, one wk later the pain improves 70%, MCV elevated 100, anemia → Give Folic Acid

14. 16y/o female with abdominal pain, test showed positive for gonococcus and chlamidia, do you have to ask the pt's parents to treat her? → No, pt can give permission

15. Picture of pustule in a female sexually active with multiple partners, right knee swelling, erythema → disseminated gonoccocci

16. Pt with  Drawer sign (+) → Anterior cruciate ligament

17. Old pt with back pain given oxycodone, what else you will give → give laxatives

18. Difference between Obstructive sleep apnea vs obesity HYPOVENTILATION SX? Obesity hypoventilation sx have hypercapnea

19. Young pt at the movies with dizziness, mother diabetic, c-peptide high and insulin levels high, responded to glucagon→ suspect Intoxication by sulfonylureas → ask for urine for sulfonylureas (ARORA)

20. Weird case: YOUNG female with hypokalemia and metabolic alkalosis, BMI 23, using diuretics → Bulimia

21. Pt with MI, anterior MI, hypotensive → Parameters of cardiogenic shock ( ARORA)

22. Pt intubated on MV, TV 500ml, R/R 10, f/u ABGS po2 140%, pCO2 60% , next step?→ **increase TV** vs increase PEEP

23. Viral conjunctivitis , recommendation?→ wash hands

24. Picture of Mycosis Fungoides

25. EKG description  with SI QIII TIII → PE

26. PT WITH CABG, LAD >90%, 2D ECHO WITH EF OF 30% , WHAT you will do when D/H → ICD

27. Thrombocytosis, test to differentiate → LAP score

28. Pt came from a travel, stopped taking mefloquine and developed fever, malaise, a peripheral showing malaria, vivax? tx ? (ARORA pag. 21 ID) →  primaquine + Chloroquine?

29. Tear drop mentioned on vignette, dx?→ Myelofibrosis

30. CXR with calcification on diaphragm→ Asbestos exposure

31. Requirement for hospice care → > 6months

32. UC with Primary Sclerosing Cholangitis, next step? ERCP
33. Pt from Vietnam with symptoms of fever, night sweats, suggestive of Tb, CXR with infiltrates,next step? → **Resp. Isolation** vs Sputum for acid fast vs anti –TB meds

Brainstorm 2007
Questions repeated on Board 2008: 15, 38, 44, 48, 49, 50, 57, 65, 70, 77, 78, 88, 102, 118, 121, 127, 131, 134, 137, 141,147, 151 to 156, 170, 172, 179, 195, 198, 207

# *Brainstorming*

1. Which of the following best describes the pain associated with polymyalgia rheumatica? *Persistent but variable, localized to the shoulders, neck, and hips*

2. Woman has arthritis of the 2nd right PIP. She had a nodule, which she squeezed and removed white material. What test would you next? *Examination of fluid for crystals under polarized light*

3. Patient complains of sudden onset of transitory blindness describes a "curtain falling in front of my eye". Next step? *Carotid artery Dupplex ultrasound*

4. Patient has sudden blindness. He has a history of shoulder, neck, and hip pains. He also has a murmur. Temporal arteries are large but non-tender. Sed rate is high. Diagnosis? *Temporal arteritis*

5. Woman has shoulder and left arm pain. Pulses are not palpated on the left arm, though the extremity is warm. Diagnosis? *Giant cell arteritis*

6. Patient has tingling sensation and pain of the foot that radiates to the toes and is worse at night, and sometimes awakens from sleep. Eversion and dorsiflexion of the foot reproduces the pain. Diagnosis? *Tarsal tunnel syndrome*

7. Patient has ankle sprain. Weeks later he has episodes in which the extremity weeks "cool" and tender. She does not stand the feel of the bed sheets on her legs nor wearing socks. Diagnosis? *Complex... [another name for RSD]*

8. Woman has mouth ulcers, anemia, thrombocytopenia, and high ANA 1:640. Diagnosis? *Lupus*

9. Man sprains knee on a pivoting movement while playing basketball. Overnight, the knee is swollen and painful. Anterior drawer sign is negative. Diagnosis? *Medial meniscus tear*

10. Patient presents with hemoptysis. He also has renal failure. Treatment? *Cyclophosphamide and prednisone*

11. A homeless man with history of IV drug use presents with two-week history of shortness of breath, non-productive cough, and fever. A chest x-ray reveals bilateral patchy infiltrates. HIV status is pending. Empirical ceftriaxone and azithromycin are started. What should you add now? *Trimethoprim-sulfamethoxazole plus prednisone*

12. Young woman is brought to the ER by mother after suffering a seizure. She is unresponsive and has fever. Laboratory results show anemia, thrombocytopenia, and renal failure. Treatment? *Plasma exchange*

13. Woman had total hysterectomy and bilateral oophorectomy for uterine cancer. A Pap smear was negative three years ago. When should do Pap? *No need to do Pap smear; Now then every three years; Now then depending on results (We are 50-50% between the first two options)*

14. A patient you have cared for 15 years asks you to write a letter to the airline saying she is too sick to fly in order to obtain a refund from a ticket she bought months ago. What to do? *Do not write the letter and explain the patient your reasons*

15. Patient who had CVA had suffered two episodes of aspiration pneumonia. Relatives want to insert a feeding tube to eliminate the risk of pneumonia. What should you tell the relatives? *Feeding tube will not eliminate the risk of pneumonia*

16. Woman takes multiple medications including diphenhydramine at bedtime. She suffers incontinence in the morning only. What is the cause? *Drug-induced overflow incontinence*

17. A patient has lymphoma that has not yet been treated, and presents with pleural effusion which is malignant. What is the most appropriate management for the effusion? *Chemotherapy*

18. Patient who had liver transplant and is receiving prednisone and cyclophosphamide has right knee pain. Knee examination is normal. Diagnosis? *Aseptic necrosis of the tibia*

19. A patient with bronchial asthma on steroids complains of hip pain. Radiographies are normal. There is pain on internal rotation. Diagnosis? *Aseptic necrosis of the femur*

20. Laboratory technician has hand pain while grabbing a pipette. Ulnar deviation while extending the first digit to the hypothenar eminence causes the pain. Diagnosis? *de Quervain's tendosinovitis*

21. Patient has diarrhea after a camping trip to Colorado. Empirical treatment? *Metronidazole*

22. Man has erythematous rash on the face that worsens with alcohol ingestion. Picture is shown. Diagnosis? *Rosacea*

23. Young woman presents with fatigue and tiredness. Laboratories reveal microcytic anemia. You prescribe iron supplementation, and two weeks later she is feeling worse, bloated, constipated, with melena. Serum ferritin is 10 mg/dL. Diagnosis? *Celiac sprue*

24. A patient with celiac sprue complains of bone pain. Laboratories reveal low calcium and phosphate. Which of the following will better establish cause? *25-hydroxy-vitamin D levels*

25. A man presents bone pains and hearing loss. There is abnormal cranial anatomy on x-rays. Treatment? *Alendronate*

26. Patient complains of diffuse bone pain. Alkaline phosphatase is high. An x-ray of the hip is shown. Diagnosis? *Paget's disease of bone*

27. Woman has fever, malaise, two tender nodules on the hands, and acute renal failure. Diagnosis? *Bacterial endocarditis*

28. Case of IgA nephropathy. Other than ACE-inhibitor, what other treatment? *No other treatment*

29. What drug should be given to scleroderma patient who develops arterial hypertension and acute renal failure? *ACE-inhibitor*

30. Patient is found to have Barrett's esophagus without dysplasia. He is at risk of what? *Adenocarcinoma of the esophagus*

31. Imitanib is used for what? *Gastrointestinal smooth muscle carcinoma*

32. Which leukemia is associated with a chromosomal translocation leading to increased tyrosine kinase activity? *Chronic myelogenous leukemia*

33. Patient presents with epistaxis. Platelets are low, he has anemia. Peripheral smear has schistocytes. Mild elevation of PT and PTT; fibrinogen is low. Highly positive for peroxidase stain. Cause of coagulopathy? *Disseminated intravascular coagulation*

34. Patient has impetigo. Six weeks later has glomerulonephritis. C3 and C4 are low. Diagnosis? *Post-streptococcal glomerulonephritis*

35. What is expected to be abnormal in a patient with recurrent *Neisseria* infections? $CH_{50}$ *levels*

36. Patient has a left interatrial septum 1.5-cm mass with moderate-to-severe mitral regurgitation. Management? *Surgical removal*

37. What set best describes the hemodynamic profile of a patient with septic shock? *CO high, SVR low*

38. What set bests describes the hemodynamic profile of a patient with cardiogenic shock? *CO low, SVR high, PCWP high*

39. Which findings is typical of aortic insufficiency? *High-pitched diastolic descrecendo murmur*

40. What finding is expected in a patient with widely and physiologically split $S_2$? *Right bundle branch block*

41. If absent, what finding virtually rules out coronary artery disease during exercise stress test? *Dynamic T-wave changes*

42. Patient with episodes of flushing has a holosystolic murmur radiating to the right sternal border, which increases with inspiration. Cause? *Tricuspid regurgitation*

43. Hemodynamics of a young woman with dyspnea on exertion show very high PAP with normal PCWP. Diagnosis? *Primary pulmonary hypertension*

44. Woman has shortness of breath. Physical exam suggestive of pulmonary hypertension. She also has A-fib, left atrial enlargement, and right ventricular hypertrophy of EKG. Cause? *Mitral stenosis*

45. Patient with intermittent claudication. Brachial index is 0.7 in one leg 0.8 in the other. Pulses are weak. Which drug will improve? *Clopidogrel*

46. Diabetic patient taking atorvastatin 80 mg comes with LDL 105 and Triglycerides 160. What to do? *Add ezetimibe (some think the answer was adding niacin, other gemfibrozil)*

47. Patient complains of weight gain. Simvastatin was increased from 20 mg to 80 mg. LDL is now 80. Now there is increase in ALT from 35 to 50; and AST from 40 to 60. What is the most appropriate next step? *Continue current treatment*

48. Young woman has pulmonary embolism. PTT is 55. What is the cause of high PTT? *Lupus anticoagulant*

49. Patient HIV-positive has PPD induration of 6-mm. Chest x-ray is normal. Next step? *Isoniazid for 9 months*

50. What condition is most commonly associated with mixed cryoglobulinemia? *Hepatitis C*

51. Patient has fever, severe myalgia, non-productive cough, and malaise since three weeks ago. He has many animals, and six weeks ago received a shipping of parakeets, but they died on the way due to poor nutrition. PPD is 15-mm induration. What is the most likely cause? *Miliary tuberculosis (some think it was psittacosis; Sed rate was not mentioned)*

52. Young woman with rheumatoid arthritis has daily fever spikes and rash that worsens when fever is present. Splenomegaly is noted. Sed rate is high. Diagnosis? *Adult Still's Disease*

53. Patient has URTI symptoms. Bilirubin is high with indirect hyperbilirubinemia. Reticulocyte count is normal. What test? *No further testing*

54. 52-year-old woman has history of recurrent bronchitis requiring antibiotic therapy and recurrent pneumonias. Chest x-ray demonstrates increased central markings. Diagnosis? *Bronchiectasis*

55. Patient with non-productive cough and shortness of breath. Picture of CT scan shown cavitary lesion with fungus ball. Diagnosis? *Aspegillosis*

56. What is the intention of prescribing calcium gluconate for treatment of hyperkalemia? *Stabilization of the myocardial membrane*

57. What is the Medicare policy for hospice care? *Life expectancy less than 6 months*

58. Patient with advanced cancer is on mechanical ventilation but can clearly communicate by writing. Husband has power of attorney, and he does not want to try an experimental treatment on her. What to do? *Consult this possibility with the patient*

59. Patient has a murmur that occurs earlier and is longer with Valsalva, whereas handgrip maneuver increases it. Diagnosis? *Mitral valve prolapse with regurgitation*

60. Four days after an uncomplicated vaginal delivery, a woman complains of shortness of breath. There is pulmonary and peripheral edema. What is the most appropriate next step? *Echocardiogram*

61. 78-year-old woman with arterial hypertension and diabetes mellitus is found to have a-fib. Rate is properly controlled with beta-blocker. What now? *Warfarin*

62. Patient with cancer and adrenal metastases develops deep venous thrombosis. What is the treatment? *Inferior vena cava filter*

63. Patient with a-fib develops sudden onset of left upper quadrant pain with bloody diarrhea. Laboratories show metabolic acidosis and high venous lactate level. Diagnosis? *Ischemic colitis*

64. Woman has abdominal pain following large meals, which is relieved by defecation. There is mucus on feces. What test? *Magnetic resonance angiography of the mesenteric arteries*

65. Patient has weakness of the upper and lower extremities. She has a facial rash and violaceous lesions on the knuckles. Sed rate is high. Diagnosis? *Dermatomyositis*

66. What is the idea to randomize a clinical study? *To correct for unmeasured factors that may affect the results*

67. Young man has arterial hypertension and potassium 3.2 mEq/L. What test? *Serum renin-aldosterone ratio*

68. 17-year-old girl is found with severe arterial hypertension. Diagnosis? *Fibromuscular dysplasia*

69. Man complains of fatigue. There is family history of pernicious anemia, thyroid disease, diabetes, and vitiligo. What is the cause? *Addison's disease*

70. Patient has velvety hyperpigmentation of the axillae and groin. What is the cause? *Gastric carcinoma*

71. A man is found to have hyperparathyroidism. His brother had medullary thyroid carcinoma. What to screen prior to parathyroidectomy? *Pheochromocytoma*

72. 68-year-old man is worried because father died of abdominal aortic aneurysm. Abdominal ultrasound is normal. What to do? *Reassurance*

73. Woman with past history of Non-Hodgkin's lymphoma who received radiotherapy presents right-sided thyroid nodule. TSH is high. What next? *Fine needle aspiration*

74. What is the most common cause of death in systemic lupus erythematosus patients with disease for more than 10 years? *Accelerated atherosclerosis*

75. Patient has neck pain. Thyroid gland is tender. RAIU is < 5%. Diagnosis? *Subacute thyroiditis*

76. A woman has red eye and eye pain following gardening. There is photophobia and pupils are irregular. Diagnosis? *Uveitis*

77. Woman is found to have multiple polyps throughout the colon. Father had FAP. What is the most appropriate next step? *Total proctocolectomy*

78. Smoker has suffered two episodes of left lower lobe pneumonia. Chest x-ray is normal. What next? *Bronchoscopy*

79. Patient has severe chest pain with certain foods. Cardiac work-up is normal. What test? *Esophageal manometry*

80. A woman, who takes alendronate, has severe chest pain when drinking citrus juice. Diagnosis? *Pill-induced esophagitis*

81. Elderly woman has tinnitus for five years. She now complains of hearing loss. She has to turn on the volume on the TV. Has been taking aspirin for arthritis for 15 years. Diagnosis? *Aspirin ototoxicity*

82. Picture of KUB with string sign. Diagnosis? *Crohn's disease*

83. Patient with UC who had hemicolectomy due to $T_2N_0M_X$ colon carcinoma four years ago now has increased alkaline phosphatase and obstructive jaundice. What test? *MRCP*

84. Patient has calf pain on ambulation that improves with rest and leaning forward. What test? *MRI of the lumbosacral spine*

85. Patient has pupils of different sizes that accommodate but do not react to light. Diagnosis? *Neurosyphilis*

86. Patient arrives unresponsive. He is intubated. He can move the eyes horizontally but cannot move the extremities or anything else. No response to pain. Blinks on command. Diagnosis? *Locked-in syndrome*

87. 18-year-old is awakened by alarm clock and has syncope. EKG shown has prolonged QT interval. What part of history is important? *Family history of sudden cardiac death*

88. Man has 2/6 systolic ejection murmur at the left upper quadrant without radiation. Murmur increases with Valsalva. Carotid upstroke is brisk and strong. Diagnosis? *Hypertrophic cardiomyopathy*

89. Patient with multiple conditions needs clearance for electroconvulsive therapy. Now? *Proceed with ECT*

90. Patient with recurrent shortness of breath on exertion is submitted to exercise stress test. Four minutes into the test he is fatigued and the test is stopped. He

takes more than three minutes to recover. No ST-segment changes occurred. What is the most appropriate next step? *Coronary angiography*

91. Patient has disseminated cancer with metastases to the ribs, which cause severe pain. What will help with the pain? *Calcitonin (some answered radiotherapy)*

92. Patient has wheezing and stridor. Bronchodilators make her worse. Flow-volume loop shows variable obstruction. What now? *Fiberoptic laryngoscopy*

93. Patient gains weight. She has a history of hypothyroidism and is taking synthroid. TSH, T3, and T4 are within normal limits. Now? *Reassure the problem is not the thyroid*

94. A 55-year-old woman wants to have a colonoscopy because of co-worker was recently found to have colon cancer. No family history of colon cancer. Colonoscopy is normal. When is the next one? *Ten years*

95. What is the most likely complication of infliximab therapy? *Reactivation of tuberculosis*

96. Woman is traveling to La Paz, Bolivia. Last time she was there she felt sick. What to prevent? *Acetazolamide*

97. Patient with chronic obstructive pulmonary disease has resting oxygen saturation of 87% and 79% with exertion. Hematocrit is 56%. What is the treatment? *Continuous oxygen therapy*

98. Man has suprapubic cancer that is refractory to cancer. He says he does not want to eat or drink anymore because he wants to die. According to the vignette, there are no major depression criteria and there had been no improvement with a three-week trial of an SSRI. The patient understands and states he is "only depressed about the cancer". Now? *Comply with the patient's wishes*

99. Patient has monoclonal band in SPEP. Other laboratories are normal. Bone marrow has 5% plasma cells. Now? *Repeat SPEP in six months (other options are treatment)*

100. A close friend of yours is admitted to the ICU at the hospital you work in. You want to find out about her condition but you do not know her two sons. What should you do? *Ask the sons about her condition*

101. Patient has a 20-cm mass found during endoscopy. Colonoscopy could not be completed beyond the lesion. The lesion is resected. What now? *Colonoscopy after the surgical scar heals*

102.    Patient has central venous catheter in place and develops fever. Cultures reveal *Staphylococcus aureus*. What now? *Leave the line in place, continue antibiotics, and reassess in 48 hours*

103.    Patient with CLD due to type C hepatitis that did not respond to ribavirin and interferon therapy. He has signs of advanced chronic liver disease. PT is 26 sec, bilirubin is 18 mg/dL, and albumin is 1.7 g/dL. What now? *Refer for liver transplantation evaluation*

104.    Target cells are associated with what? *Thalassemia*

105.    A man has CLL, now presents lymphoadenopathy, splenomegaly, and anemia. Reticulocyte count is very high. What test? *Direct Coomb's test*

106.    Patient with long-standing rheumatoid arthritis has proteinuria. What is the cause? *Amyloidosis*

107.    Patient with hepatitis C has glomerulonephritis. What is the cause? *Membranoproliferative glomerulonephritis*

108.    Patient with hepatitis C has itchy, vesicular lesions that appear on the extremities, especially after alcohol ingestion. Diagnosis? *Porphyria cutanea tarda*

109.    Patient traveled to Puerto Rico now has low platelets and myalgia. Diagnosis? *Dengue fever*

110.    Patient from Mexico has lesions on CT scan. Cause? *Cysticercosis*

111.    Patient has mental changes, wide-based gait, and urinary incontinence. What will the CT scan show? *Ventriculomegaly with minimal cortical atrophy*

112.    Patient is brought unconscious by friends to the ER. Toxicology is pending. Laboratories show respiratory alkalosis. Cause? *Salicylate*

113.    Man has back pain, anemia, and hypercalcemia. Calculated anion gap is 7 mEq/L. Diagnosis? *Multiple myeloma*

114.    Which of the following drugs will improve mortality in CHF patients stages III to IV (table form)? *Beta-Blocker YES; Calcium channel blocker NO; aldosterone antagonist YES; class I antiarrhythmic NO; digoxin NO*

115.    Two hours after an uncomplicated vaginal delivery a woman develops sudden shortness of breath. Diagnosis? *Pulmonary thromboembolism*

116.    Man who suffered fracture 12 hours ago now has petechiae on the chest and eye fundi. WBCs in urine. Diagnosis? *Fat emboli*

117.    EKG with WPW and tachycardia. Treatment? *Procainamide*

118.    Man develops acute chest pain, pleuritic. EKG shown with diffuse ST-segment elevation. Diagnosis? *Pericarditis*

119.    Patient with history of cancer who is receiving chemotherapy develops shortness of breath, hypotension, fatigue. Heart sounds are distant. Diagnosis? *Cardiac tamponade*

120.    Bisexual man has lesion on the face. Picture shown with molluscum contagiosum. Cause? *A poxvirus*

121.    Man intubated due to respiratory failure. Lumbar puncture with gram-positive bacillus. Chest x-ray with wide mediastinum and infiltrates. Cause? *Bacillus anthracis*

122.    Patient with CLD cleans a tank with crabs, then gets cellulitis with some vesicular lesions. Cause? *Vibrio vulnicus (M. marinum is not an option)*

123.    Woman has pustules shown on picture. Diagnosis? *Disseminated gonococcemia*

124.    A woman has asymmetric arthritis, Achilles tendonitis, and a pustule after returning from vacations. What test? *Vaginal swab for gonorrhea*

125.    A woman returns from vacations and goes to the woods. After two hours, she notices a tick on her skin and goes to see you. Treatment? *Reassurance*

126.    Weightlifter has dry skin and hypercalcemia. What is the cause? *Vitamin A toxicity*

127.    Man has hypertrophic gums and perifollicular, painful hemorrhages. Cause? *Vitamin C deficiency*

128.    A woman has diarrhea and was recently diagnosed with dementia. She also has a rash. Diagnosis? *Niacin deficiency*

129.    A 75-year-old man has meningitis. What empirical therapy? *Ceftriaxone, vancomycin, and ampicillin*

130.    A hemodialysis nurse has recurrent boils on the buttocks and thorax due to MRSA. How to avoid? *Bathe with antibacterial and clean clothes and linen in hot water*

131.    A woman has severe premenstrual mood swings causing problems. Treatment? *Sertraline*

132.

133.    A 15-year-old boy has ear pain after a day at the beach. Discharge from canal, which is erythematous. Treatment? *Polymixin B drops*

134.    A man has recurrent episodes of dizziness. Then he has sensorineural hearing loss of one side. What is the cause? *Acoustic meningioma*

135.    Patient has large, pruritic, hyperpigmented lesions throughout the body (picture). Diagnosis? *Mycosis fungoide*

136.    Patient has microcalcifications of a breast mass. What is the most appropriate next step? *Core needle biopsy (but they used a different name)*

137.    Patient is prescribed with dycloxacillin for URTI. Now comes with high WBCs in urine. Cause? *Allergic interstitial nephritis*

138.    Patient has cardiac catheterism. Ten days later he has blue toes. Cause? *Atheroembolic disease*

139.    21-year-old is sent for evaluation of platelet count of 675,000. Everything is normal except for mild microcytic anemia. What test now? *Ferritin*

140.    A patient has severe right-sided facial pain. Then he develops a vesicle on the tip of the nose. What next? *Urgent ophthalmologic consultation*

141.    Woman complains of tiredness and fatigue. Menses absent since childbirth two years ago. She was unable to breastfeed her child. Cause? *Pituitary infarction*

142.    Old woman is brought unconscious during a snowstorm. She has low temperature, blood pressure, and pulmonary edema. Sodium is low. What test? *TSH*

143.    Patient with fever, confusion, low blood pressure. Urinary catheter placed extract 10 mL of foul-smelling urine. Next? *Intravenous fluids*

144.    Patient has cancer and sodium 119. He is confused. What now? *3% saline solution*

145.    Patient has DXT ~200 after an myocardial infarction. He is in the ICU. What now? *Insulin drip*

146. Patient with diabetes and multiple medications has $HgbA_{1C}$ 10.6%. What now? *Start insulin therapy*

147. Patient with BMI 36 kg/m$^2$ has $pCO_2$ 60 and $pO_2$ 64. Denies snoring. Now? *Polysomnography*

148. Patient comes with severe bleeding due to esophageal varices. Receives 15 units of PRBC's. What to expect? *Hypocalcemia*

149. Man brought unconscious by son, who found him lying on the floor with many beer bottles around. Labs with acute renal failure, high potassium and phosphate, low calcium. Urinalysis with Blood +4, RBC 1-4 cells/hpf. Cause? *Rhabdomyolysis*

150. Woman can abduct the left eye but the right eye cannot pass the midline. She then can abduct the right eye, but the left eye cannot pass the midline. Diagnosis? *Internuclear ophthalmoplegia*

151. Smoker has shoulder pain and tingling sensation of the fourth and fifth digits of the right hand. What is the most appropriate next step? *Chest x-ray*

152. Patient is started on heparin and warfarin due to pulmonary embolism. Now he develops low platelets and deep venous thrombosis of left leg. What now? *Direct thrombin inhibitor*

153. Patient has been on warfarin due to recent pulmonary embolism. Develops upper gastrointestinal bleeding. Treatment? *Inferior vena cava syndrome*

154. Patient with upper gastrointestinal bleeding is found to have a duodenal white, clean base ulcer. He is orthosthatic but hemoglobin is 10 g/dL. Intravenous fluids are started What now? *Start clear liquid diet and admit to ward*

155. Woman with metallic mitral valve replacement presents with sudden shortness of breath and pulmonary edema two weeks after hysterectomy. INR is 1.5. Cause? *Thrombosis of the artificial valve*

156. Which set of PFTs best represents a patient with scleroderma? *$FEV_1$ low; $FEV_1/FVC$ normal; $DL_{CO}$ low*

157. Teacher for children has URTI symptoms. All children have been sick recently. Cause? *Parvovirus B19 (some think is RSV)*

158. A young woman who wears contact lenses has red eye without photophobia or eye pain. She also has a sore throat. Cause? *Adenovirus*

159.   A patient with a nose ulcer he blames on work-related trauma, also has lesions in lung. He is from Arkansas. Cause? *Blastomycosis*

160.   Patient complains of snoring. He has long-standing history of allergic rhinitis for which he uses non-prescription intranasal spray four times a day. On examination, the nasal mucosa is erythematous and the nasal septum is deviated. Cause of snoring? *Rhinitis medicamentosa*

161.   Patient from psychiatry ward has diarrhea and a liver mass. Cause? *Entoamoeba hystolitica*

162.   Patient has nightly symptoms of bronchial asthma. She is only using albuterol as needed. What now? *Add fluticasone*

163.   Patient gets asthma while playing hockey. Treatment? *Albuterol 30 minutes before playing*

164.   Patient gets asthma while running. Treatment? *Albuterol prior to running*

165.   What causes hypercalcemia in sarcoidosis? *Increased calcium absorption*

166.   Patient with recurrent urinary calcium stones. What to prevent? *Thiazide*

167.   Alcoholic man has gritty sensation of the eyes. Picture (lateral) with proptosis. Cause? *Thyroid ophthalmopathy*

168.   Young woman has anorexia, fatigue, and malaise. AST and ALT are elevated. Test? *ANA test*

169.   Patient was drinking and then developed vomiting, followed by pleuritic interscapular pain. Pleural effusion in left side. Diagnosis? *Esophageal rupture*

170.   Patient with diabetes has mild elevation of AST and ALT. (NASH) What test? *No further testing*

171.   Patient vomits on the way to chemotherapy. Treatment? *Lorazepam*

172.   Woman gets neck stiffness after medication for nausea. Treatment? *Diphenhydramine*

173.   Woman gets pruritus and erythema following infusion of vancomycin. Treatment? *Decrease rate of infusion*

174.   A man has seasonal rhinitis that improves during winter. What is the cause? *Pollen and ragweed*

175. Elderly woman has mental changes on-and-off. Cause? *Benzodiazepine*

176. Case man widowed one year ago now with pseudodementia. What will improve? *Sertraline*

177. Case of dementia. What will improve? *Memantine*

178. 74-year-old African-American woman with arterial hypertension twice. She is receiving no treatment. What now? *Hydrochlorothiazide*

179. African-American has arterial hypertension and proteinuria. Treatment? *ACE-inhibitor*

180. Patient with generalized anxiety disorder. Treatment? *Paroxetine*

181. Woman complains of hot flushes but refuses to take hormones. Treatment? *Vandelaxetine plus vaginal estrogen cream*

182. Patient has vertigo that lasts less than one minute. He also has nystagmus on position changes. Treatment? *Epley's maneuver*

183. Woman has irregular white lesion on the back of her hand. Treatment? *Topical clomethasone*

184. Patient has chest x-ray changes and painful erythematous nodules on anterior aspect of legs. Diagnosis? *Sarcoidosis*

185. Woman has mediastinal lymphoadneopathy more prominent on the right side. She also has a nodule on the azygous vein. What now? *Mediastinoscopy*

186. What test will have the highest negative predictive value (table form)? *Sensitivity 95% with specificity 85%*

187. Using a new drug, mortality from CAD decreased from 25% to 20%. How many must be treated to save one life? *20*

188. Woman has axillary masses that drained purulent material. Picture is shown. Diagnosis? *Hydradenitis supurativa*

189. Woman with harsh, holosystolic murmur radiating to right side and a thrill. Diagnosis? *Ventricular septal defect*

190. Woman has syncope while carrying some boxes and is found to have aortic stenosis of 0.5 $cm^2$ area. What now? *Coronary angiography*

191. A man becomes diaphoretic and dizzy while donating blood. He then falls to the floor and has some jerky movements. He is alert within 30 seconds. What is the cause? *Neurocardiogenic syncope*

192. Man had duodenal ulcer nine years ago. Colonoscopy is negative. FOBT is positive and he has recurrent epigastric pain. What now? *Esophagogastroduodenoscopy*

193. A patient had a motor vehicle accident many years ago. Part of the pancreas was removed. She now receives pancreatic enzymes. Calcium and phosphate are low. Cause? *Osteomalacia*

194. Patient has Guillain-Barre syndrome. What parameter to monitor ? *Vital capacity and mean inspiratory/expiratory pressures*

195. Patient with CLD is confused. He also has ascites. Now? *Diagnostic paracentesis*

196. Patient has impotence and diabetes. Test? *Serum iron and iron binding capacity*

197. Old man has fever, right upper quadrant pain, and cholesthasis. Diagnosis? *Cholangitis*

198. Which of the following is equivalent to coronary artery disease? *Peripherovascular disease*

199. Patient is started on amoxicillin for symptoms of URTI. He calls you and sways he is worse. What to do now? *Ask him to come see you*

200. Young patient is started on SSRI. One week later he says he cannot sleep and he can't stay quiet. He wants to be rock star now. What to do? *Discontinue SSRI, and start lithium*

201. Patient has uncontrolled diabetes and is found with ophthalmopathy. You start treatment and get $HgbA_{1C}$ down to 7%. Opthalmopathy is worse. What to do? *Increase insulin dose*

202. What is the screening test for acromegaly? *Insulin-like growth factor-1 levels*

203. What is the screening test for hearing loss in the elderly? *Audiometric study*

204. Patient taking lithium presents with hypernatremia. What test will provide diagnosis? *Urine osmolality before and after administration of vasopressin*

205.    Woman comes with syphilis and is treated with single-dose benzathine penicillin. One week later she states the disease has recurred. She has 8-10 small, painful ulcers and inguinal lymphoadenopathies. Treatment? *Acyclovir*

206.    Elderly woman has non-displaced frature of the femur. Limited activity. What is the management? *Surgical repair*

207.    Man has dribbling, hesitancy, and now comes with episodes of incontinence. Prostate is borderline large. There is no hematuria. What is the cause of urinary symptoms? *Prostatic hypertrophy*

208.    To which patient do you perform an annual echocardiogram to rule-out primary pulmonary hypertension? *Scleroderma*

209.    Woman with diffuse muscular pains. Tender points over the neck, shoulders, and hips. Treatment? *Amitriptyline*

210.    Woman after several cardiorespiratory arrests is unresponsive on mechanical ventilation. She is on A/C, TV 600 mL, PEEP 5, $FIO_2$ 50%, Rate 20/min. She does not breathe over the ventilator. Laboratories show respiratory alkalosis with good oxygenation. What to do? *Decrease the respiratory rate*

211.    17-year-old boy comes with tenderness of his right testicle since four days ago. The testicle is swollen and slightly tender. What is the diagnosis? *Epididymitis*

212.    Son complains that his father gave healthcare proxy rights to a close friend of his. He wants you to dissuade his father to give him the healthcare proxy. What should you do? *Tell him you will honor his father's healthcare proxy as it is stated*

**IM Board 2006**

**Dermatology**

1. CXR with bilateral hilar infiltrates and skin lesion of erythema nodosum – Sarcoidosis
2. Patient with history of hepatitis c who came with skin lesions and renal involment – Cryoglobulinemia
3. Picture of molluscum contagiosum. Cause? Poxvirus
4. Young female who came with close and open comedones but don't specify the amount of inflammation. What is the therapy – topical Benzoyl peroxide (vs. oral, not topical, Tretinoin, tetracycline)
5. Young male with chronic steroids use who came with light brown circular lesion at chest and back (similar to Tinea Versicolor), but state that patient had also oral lesion. Biopsy shows hyphae and budding yeast. What is the cause – Candidiasis (vs. Tinea versicolor, Tinea Corporis, Aspergilo)
6. Patient w/ lesion under lowe lip – verruca vulgaris
7. PIC of erythema multiforme – assoc? herpes simplex
8. Alcoholic man who came with vesicular lesions on hand that itch – Porfilia cutanea tarda
9. Patient with malabsortion syndrome and skin lesions. What is the lesion? – Dermatitis Herpetiformis (Celiac Sprue)
10. Female with history of alcohol use who came with erythema on checks and nose without other symptoms and normal sed rate – Rosacea (vs. SLE)
11. Picture with pitting of the nails. What is associated with it? Psoriasis
12. Patient taking prednisone has lesions all over body (PIC) and KOH shows "spaghetti and meatballs appearance". Diagnosis? Tinea versicolor
13. PIC of pytiriasis rosea
14. A woman has fever and myalgia rash, red nodule noticed in truck and spread – image of leg has multiple vesicles at different stages – diagnosis? Varicella vs. bullous lesions
15. PIC of erythema with scales in the chin and the side of mouth. There is also rash in eyebrows. Cause? Seborrheic dermatitis vs. Tinea

**Nutrition**

16. Male who came with neurologic symptoms, pancytopenia, high MCV and hypersegmented neutrophil – Vit B12 deficiency
17. Old patient with inadequate diet who came with echymosis, elevate PT/PTT and low factor II and VII – Vit K deficiency

**Gastroenterology**

18. Old patient with severe GERD symptoms on antiacid therapy who was found with mild stricture at distal esophagus and fissure with negative biopsy. What will be the therapy? PPI for 3 month (vs. PPI 1 month, PPI 1 month and H2 for life**, PPI for life**, therapy for H. Pylori) – *NOPE, TREATENT WITH proton-pump inhibitor FOR LIFE!!!*

19. Male with daily symptoms of chest pain retrosternal with only mild improvement with anti acid therapy (don't specify the class). Next step for diagnosis? 24hrs esophageal pH test (vs. PPI, H2 Blockers)

20. Patient with vomiting episodes that was found with pleural effusion on a CXR with high amylases on fluid analysis. Next step? Contrast swallow study (vs. endoscopy, CT scan, Surgery)

21. Patient with diarrhea bloody CT scan liver mass – E. histolytica

22. Benign-looking gastric ulcer on upper GI series – now? EGD

23. Patient w UC has increase LFT GGT and alkP → ERCP

24. Picture of macroglosia. What is associated to it? Amyloidosis

25. Diarrhea < 100-cm resected – tx? cholestyramine

26. Diabetes Mellitus w echogenic liver, high bili, aspartate aminotransferase and alanine aminotransferase, gallstones identified. Diagnosis? NASH

27. 53-y/o nevel has colo ans has 1/3 OBT positive – now? colo

28. Female on OCPs has acites de novo? Doppler U/S

29. Cause of oxalate crystals after resection of bowel? Increased absorption

30. Alcoholic took acetaminophen, now aspartate aminotransferase and alanine aminotransferase in 1000's – cause? Acetaminophen intox

31. Young Female with log history of diabetes who came with weight loss, and abdominal pain after eat. Next step? Gastric emptying studies (vs. Endoscopy, Urea breath test)

32. Stool fat with > 10gm and iron deficiency anemia- Celiac Sprue (vs. bacterial overgrow, chronic pancreatitis)

33. Woman with diarrhea, aphthous ulcers, and description of erythema nodosum. Diagnosis? Crohn's

34. Patient with mitral valve stenosis is on warfarin received antibiotics prophylaxis with amoxicillin one dose and develops loose stool. Patient has some distention. Stool for occult blood is positive 68 y/o – What do you do? Clostridium toxin, **Colo** or CT scan?

35. Patient has FAP and father died of colon cancer. Next step? Total proctocolectomy

36. Patient has a complete obstruction due to a lesion at the splenic flexure. Hemicolectomy is performed. Abdominal CT is normal. What now? Colonoscopy after surgical wound is healed

37. Patient w/ UGIB hx of pancreatitis w/ UGIB no evidence CLD – dx? Splenic vein thrombosis

38. Patient with duodenal ulcer identified 9 years ago. Had colo 2 yrs ago, neg. Pt w melena and epigastric pain – now? EGD

39. 50 y/o man has weight loss and epigastric pain – now? EGD

40. Patient with history of breast cancer has SAAG < 1.1 – cause? Peritoneal CA

41. Patient with Anti s B Ab + and anti s Ag negative and Anti c IgG+ - Diagnosis? Prior Hep B

42. Cirrhosis and altered mental status – diagnosis? Wilsons

43. Female with hypochromic anemia, malabsortion syndrome and with skin lesions of dermatitis herpetiformis- Celiac Sprue

44. Patient with history of ulcerative colitis of >10 years asymptoms in last years, who for routing f/u. Next step? Colonoscopy now, then every year (vs. no therapy, stool for occult blood, colonoscopy every 10 years)
45. Female with high alkaline phosphates, + Antimitochondrial antibody, high bilirubin. Diagnosis? Primary Biliary Cirrhosis (vs. Autoimmune Hepatitis, Alcoholic Hepatitis)
46. Old woman with calcified gallbladder. Next step? Cholecystectomy
47. Old patient with adenocarcinoma the pancreas head without metastasis. Next step? Send to surgeon for Whipple's procedure
48. Old patient with CHF and low pressure with elevated liver enzymes. Diagnosis? Ischemic hepatitis (vs. Alcoholic, autoimmune)

Medical Statistic

49. Definition of sensitivity? TP/(TP+FN)
50. The mortality decrease from 13% to 12% with a new therapy. How many patients with the disease you need to treat to save a life? 100 (13-12=1, 100/1=100 Arora) (vs. 1, 1000, 10000)
51. GRAPH of metanalysis – which study was the most accurate? The horizontal line that has the smallest width but insersects vertical line
52. A 40-year-old woman wants to have a mammogram to make sure she does not have breast cancer because the prevalence in her population is known to be 20 in 1000. Sensitivity of the test is 70% and specificity is 90%. If positive, what is the likelihood that she has breast cancer? 12%
53. What does positive predictive value means? Describes the probability that a patient who has an abnormal test actually has the disease
54. If the prevalence of disease X increases in a given population – what increases? PPV of test
55. In a random study, what makes it more valid? *P*-value 0.05-0.01

Infectious Disease

56. Critically ill patient with B/C + for candida. In addition of start antifungal therapy what is the next step? Removal of central catheter
57. Abscess in lung and brain in an immunocompromised pt – dx? Nocardia
58. HIV+ patient has low CD4 and is on septra. What now? Azithromycin
59. C. diff recurs – now? Again metro
60. s/p fist fight with cut – nw? augmentin
61. Camping trip now with rash on extremity spread to trunk – dx? RMSF
62. Patient w/ diarrhea, AMS, ARF, low PLT, schistocytes – dx? HUS
63. Patient with seizure has ring-enhancing lesion? toxo
64. Arkansas hunter buried and animal and has ulcer on finger (PIC) – diagnosis? Tularemia
65. Male who went to a common bath in Europe and came with hot tub folliculitis. What organism is the etiology – Pseudomonas aeroginosa
66. Nodule on finger center with necrosis (PIC) Vigenette a man who works in his ranch with cattle. A found a steer dead and buried it – treatment? **Cipro** vs. doxy (if painless its anthrax, if painful tularemia – anyway Cipro is OK)

67. Patient with arthritis in various articulations and a pustule (PIC) – no sex hx – diagnosis? Disseminated gonoccocemia
68. Male with red throat and white secretions that change to yellow for less than 3 days with tenderness at maxillary sinus. Next step? Decongestionant (vs. Amoxil, Augmentin, Septra)
69. Which of this organism is transmitted by aerosol form? Small Pox (vs. Anthrax, Tularemia)-OK
70. Female that work with children and came with pain and swelling of her joints. What is the cause? Parvovirus (vs. Rheumatoid Arthritis, Lyme disease)
71. Female from Wisconsin who came with erythema chronicum migrans. Next step? Doxycycline (vs. Reassurance, Check serology for Lyme)
72. Picture of silver stain in a patient with HIV and pulmonary infiltrates. Diagnosis? PCP
73. Patient with urethritis is given ceftriaxone but there is no improvement. What now? Give doxycycline

Preventive Medicine
74. A patient in a nursing home develops flu. Residents were waiting to be immunized. Next step? Rimantadine plus flu vaccination (vs. Only Rimantadine, only vaccine)
75. How you decrease nosocomia infection in ICU? Hand washing between patient during evaluation (vs. prophylactic antibiotics)
76. Patient exposed to husband who has active Tuberculosis purified protein derivative > 5-mm. Now? INH

Toxicology and Drugs Interactions
77. Old patient who developed headache, dizziness, nausea and SOB during a heavy snow. What is the cause? Carbon Monoxide Poisoning (vs. CVA, Viral syndrome)
78. Patient with Crohn's using infliximab is at risk of? Reactivation of Tb
79. Secondary effect of linezolid (Zyvox)? Myelosuppression
80. What drug **decreases** serum digoxin level? Cholestyramine (YES, is used to treat intoxication – AMIODARONE INCREASES DIGOXIN LEVEL)
81. Patient on colchicine and lovastatin has CPK 200 and myalgia. Cause of myalgia? Lovastatin vs. colchicine – COLCHICINE CAUSES MYELONEUROPATHY
82. Patient on phenytoin has erythematous rash (StevenJohnson) – now? D/C dylantin
83. Patient with hypersegmented neutrophil and pancytopenia, taking phenytoin??? – WHAT IS THE QUESTION?!
84. Patient on haloperidol has temperature 39 muscle rigidity and high CPK – diagnosis? NMS

Critical Care
85. Male with EKG showing posterior MI who developed hypotension. Next step? IV fluids
86. Patient with COPD is intubated and developed sudden drop in BP with high end expiratory pressure. What is the cause? Auto PEEP (vs. dehydration, heart failure)

87. Patient developed respiratory difficult several weeks after extubation. Flow loops show inspiratory and expiratory flattening. What is the diagnosis? Traqueal Stenosis (vs. BA, Vocal cord paralysis)

88. After cardiac catheterism patient developed purple toes, high sed rate and eosinophilia. What is the diagnosis? Cholesterol emboli (vs. fat emboli)

Allergy and Immunology

89. Young female who developed non-pruritic and non pitting edema of the complete arm, spontaneously. A photo is shows. What is the diagnosis? Hereditary Angioedema (vs. contact dermatitis, circulatory disease)

90. What is the therapy for Hereditary Angioedema? Danazol (Androgen, vs. doxepin)

91. Patient with severe flushing associated with tachycardia and wheezing. What is the diagnostic test? 24hr urine for 5-HIAA

92. Patient with reddish brown macules and papules that itch when scratched. What is the diagnosis? Systemic Mastocytosis – measure tripsin

93. Swollen arm and hand of 15 yr (PIC) in wood shop class when he developed it. Patient died at young age. Test? C2 and C4.

Ophthalmology and Otorhinolaryngology

94. What eyes disease is associated with Ankylosis spondylitis? Anterior Uveitis (vs. posterior uveitis, keratitis)

95. Benign vertigo – cause is debris

96. Patient treated back pain and 2 previous iritis – now? Sacroiliac joint x-ray

97. Patient with dizziness on head movement and nystagmus – what will prevent future episodes? Maneuver to reposition otoliths

98. Female that use contact lenses and developed conjunctivitis. What is the organism? Pseudomonas

99. Patient has photophobia, blurred vision, red eye, and eye pain – diagnosis? Anterior uveitis

100.     Corneal dendritic ulcers? herpes

101.     Swimmer patient came with external otitis. What is the therapy? Polymycin in drops (vs. antihistamine, ENT evaluation)

102.     Diabetic patient with malignant external otitis. What is the therapy? Cover for Pseudomonas

103.     Eye fundi in an HIV patient who stop taking meds. Diagnosis? cytomegalovirus retinitis

104.     Patient with arterial hypertension who has blurring of optic disc but blood pressure is not that high at the time. Diagnosis? Optic neuritis (ischemic, but patient would be blind) vs. thrombosis vs. malignant hypertension

105.     Patient has vertigo. What now? Turn head in recumbent patient in extension over the edge of the bed to elicit vertigo and nystagmus

Rheumatology and Sport Medicine

106.     Old female with hip pain due to arthritis. Where the pain irradiate? Groin

107. Dermatomyositis described – now? Evaluation with abd CT for malignancy
108. Patient with dermatomyositis at increased risk of what? **Ovarian cancer** vs. primary pulm htn
109. Patient with history of RA who came with spenomegaly, fever, elevated sed rate, lymphadenopathy, leukocytosis and skin rash. What is the dianosis? Still's disease (vs. Reiter's syndrome, Felty's sundrome)

| If Tuberculosis detected prior to etanercep? Delay treatment until Tuberculosis treated?? |
|---|

110. Patienthas bony enlargement in digits 2 and 3 at DIP and PIP, cannot close the hand – Diagnosis? Osteoarthritis – CHECK – MIGHT BE CONTRACTURE OR TRIGGER FINGER!!! – Dupuytren affects 4 & 5th; Trigger finger affects 1, 2 & 3rd –but these are in flexion
111. After surgery a man developed knee pain, swelling and with rhomboid-shaped crystal. What is the diagnosis? Pseugout (vs. Gout, Septic Arthritis)
112. RA will all drugs no improvement now? Etanercept
113. Therapy of Wegener's Granulomatosis? Cyclophosphamide and Glucocorticoids.
114. Female with oral painful ulcers and genital ulcer and skin lesion – Behcet's syndrome.
115. Male that developed inability to move his shoulder after immobilization. What is the diagnosis? Adhesive capsulitis
116. Case of systemic lupus erythematosus – test? AntidsDNA
117. Patient has Wegener's – what test? C-ANCA

Pulmonary disease

118. Patient with a parrot who came with fever, cough and marked eosinophlia. What is the diagnosis? Allergic bronchopulmonary aspergillosis (vs. hypersensitivity pneumonitis – NO eosinoph)
119. Patient with wide mediastinum and gram + bacillus. What is the diagnosis? Anthrax
120. Patient with bilateral hilar lymphadenopathy. What is the diagnosis? Sarcoidosis
121. Description of interstitial lung disease? FEV1/FVC normal or increase, TLC decrease and DLCO normal or decrease
122. Acute pulmonary embolism, unstable – tx? Thrombolytic
123. Patient with shortness of breath, clubbing, Chest x-ray basal changes – alpha-1antitrop
124. chronic obstructive pulmonary disease has trachea deviation to the left, hypoxia, auscultation reveals no dullness to percussion. Diagnosis? Right PTX
125. Patient on MV has respiratory rate 24, pH 7.18, set rate is 12 – what to do? Increase rate, add bicarb drip or HD – NOT MUCH INFO
126. Patient with chronic obstructive pulmonary disease has CO2 retention in sequential ABGs has paroxysmal movements of the abdomen – worse FEV and FVC on PFTs (different questions???) – cause? Muscle weakness

127. Patient (PIC) with ulcerated lesion on the nose and a cavitary lesion on chest x-ray. Cause? Blastomycosis

128. Patient with restless leg syndrome fell aspleep and had car crash – what now? Polysomnography

129. Patient had chest tube placed due to pleural effusion and improves slightly. He starts to deteriorate. A CT scan demonstrates a loculated effusion. What to do? Insert another chest tube – **KEY:** Indications for chest tube placement include frank purulent fluid, pleural fluid pH < 7.2, positive gram stain, and loculated effusions. If there is no improvement after one week, CT scan is used to reassess for need of chest tube placement or surgical drainage.

130. Patient that desaturates while standing and back to normal supine. Association? Hepatopulmonary syndrome

Ethical Issues

131. Patient arrives to ER unconsciousness and need intubation. No family member is present during evaluation. Old record in system reveal a DNR but no consent is present at the moment. Next step? Intubate (vs. No intubation) The patient can change a DNR and DNI order at any time, and experts urge that such orders are reviewed regularly. A doctor contemplating a DNR/DNI decision should make every reasonable effort to confirm current DNR/DNI status before deciding to withhold these measures.

132. Patient with complicated pneumonia who need chest tube and intubation but had advanced directives that indicate that if no chance of survival, no extreme measures be done. Next step? Intubation and chest tube (vs. no therapy, chest tube but no intubation)

Geriatrics

133. Patient that suffer a fall using lorazepam. Next step? D/C lorazepam

Cardiology

134. Patient with heart murmur that increase with valsalva, decrease with squatting and hand grip. What is the diagnosis? Hypertrophic Cardiomyopathy (vs. Mitral Valve Prolapse, Aortic Stenosis)

135. Persistent ST elev after myocardial infarction – echo

136. Severe aortic stenosis + symptoms – tx? Surgery

137. Ostium primum – needs prophylaxis

138. Pt on glyburide and metformin is admitted w NSTEMI to CCU- now? Tx with insulin

139. 48 y/o no systemic illness, exercises, LDL 160 – what drug will decrease mortality? Statin

140. During physical exam, a patient has tachy of 160, cannon a-wave –dx? Re-entrant AV tach, atrial flutter 2:1, atrial fib, SLOW ventricular tachy, complete heart block) – SLOW V-TACH, JUNCTIONAL RHYTHM, 2:1 AV CONDUCTION, BIGEMINY

141. Patient pos myocardial infarction what improves? Brisk walking 5 days a week

142.     Pt with WPW has A-fib w FVR – tx? Procainamide
143.     Patient w/ hyperK – tx? Calcium glucoante
144.     Patient with acute myocardial infarction comes to ER with 40 minutes
         hospital is available for PCTA on 2 hrs. What mes to give? aspirin, plavix,
         Lovenonx, and integrillin
145.     Low voltage EKG, diastolic sound, equalization of pressures – diagnosis?
         Constrictive pericarditis
146.     Patient s/p hip repair on deep venous thrombosis prophylaxis currently on
         rehab able to walk with walker – now? d/c prophylaxis (must keep at least 28
         days!!!)
147.     Patient has myocardial infarction LDL 100 – what will decrease LDL
         further? Vytorin
148.     Most common auscultatory finding in AR? High-pitch diastolic murmur
         with low systolic murmur
149.     Patient with myocardial infarction will undergo PCI, what will improve
         morbidity? Abxamib
150.     Patient has aneurysm and is going for surgery – CABG 8 years ago and
         has some angina. What to do? Nuclear stress test vs. **coronary angiography**
151.     Patient has LDL 132. He is moker and fam hx of myocardial infarction.
         What to reaydce risk of heart disease? aspirin, statin, vitamin E
152.     STEMI – tx? thrombolytic
153.     Patient has myocardial infarction – no hx of Diabetes Mellitus but fam hx
         is positive. Gluc 230 – what do you dp? Insulin drip
154.     Old patient will have surgery. What to give for cardioprotection?
         Betablocker
155.     EKG with diffuse ST segment elevations. Diagnosis? Pericarditis
156.     Patient with wide split of S2 that do not change with inspiration or
         expiration (that mean fix?????). What is the diagnosis? ASD (vs. RBBB, VSD)
157.     Pregnant women with symptomatic mitral valve stenosis. Next step?
         Valvotomy now (vs. Mitral valve replacement, termination of pregnancy)
158.     Patient post myocardial infarction has heart rate 32 – now? Pacemaker
159.     Pt admitted due to CHF. Discharge home with diurectis comes follow-up.
         He discontinued diuretic because he felt better since two weeks ago. No edema,
         S3 or crackles on exam – now? Hold diuretics and begin if symptomatic
160.     Which of the following condition had the worse prognosis in pregnancy?
         Eisenmenger's syndrome (mitral stenosis)
161.     Patient with CHF Class III who is taking ACE-I, B-Blocker, Statin and
         ASA. What drug decrease mortality in this patient in addition to current therapy?
         Spirinolactone
162.     After cardiac catheterism developed digital cyanosis of foot and
         eosinophilia. Diagnosis? Cholesterol emboli?.';..
163.     Patient with new murmur, fever, skin and eyes lesions. Next step? Blood
         Culture (Endocarditis) (vs. ANA, ASO title)
164.     Patient with pericarditis and advanced HIV. What is the cause of
         pericarditis? Lymphoma (vs. Candida, Aspergillosis, CMV)

165. Patient with paroximal atrial fibrillation who came to the ER with A. fibrillation for more than 48hr. Pharmacologic cardioversion is planned. What is need before therapy? TEE and start coumadine (vs. no other therapy, only TEE, only coumadine)

166. Patient with history of hypertension and BA, who had basal ST-T changes on EKG with controlled hypertension that had unstable angina. Next step? Persantine Stress Test (DOBUTAMINE ECHO IS AVOIDED IN PATIENTS WITH HYPERTENSION AND LBBB)

167. Young female came with syncope. An EKG was show. What is the diagnosis? Long QT syndrome

Obstetrics and Gynecology

168. Female with vaginal discharge and vaginal cells surrounded with many bacteria (clue cell). Diagnosis? Bacterial Vaginosis

169. Young woman with blind vaginal pouch – XY androgen resistance

170. Patient divorced now remarried. Patient was removed uteus and ovaries last pap was 3 yrs ago – now? –DEPENDS IF CERVIX LEFT IN PLACE-No further pap, Pap annually, Pap every 3 years?

171. Which is associated with endometrial cancer? Obesity (vs. use of OCP's, multiple sexual partners)

172. PIC of clue cell – treatment? Metronidazole

Psychiatry

173. How long you need to threat a female with depression to prevent relapse? 9 month (vs. 2 month, 1 year?) CONTINUED FOR SIX TO TWELVE MONTHS!!!

174. Female with several visits to different physician without satisfaction. She state that you will help her and call you several time. What is the diagnosis? Borderline personality

175. Patient on benzo has depression –now? D/C benzo

176. Med residen w/ mania irritable and decreased sleep – tx? lithium

Endocrinology and Metabolism

177. Female with moon face, abdominal striae and hypertension. Next step for diagnosis? 24hr urine cortisol (vs. catecholamine)

178. Post-partum thyroiditis w/ symptoms low TSH – tx? BB

179. 18 y/o male with gynecomastia – Tanner V no galactorrhea, FSH & LH are low close to normal, estradiol is 125 – BhCG, prl, afp negative – next? observe

180. Patient with small penis and testes, what test? FSH and LH

181. Patient w/ urine Ca 11.5 – parathyroidectomy

182. Pt on tamoxifen is disoriented? hyperCa

183. Woman with amenorrhea and high PRL MRI has mass on pituitary confined to the cella – Treatment? Bromocriptine

184. Patient has AMS has Na 110 with prior lung cancer history – what tests to clarify problem? **Urine osmolality,** Urine NA and creatinine? (SIADH)

185. Patient with pancreatitis has hypertriglyc – treatment? Gemfibrozil (options – cholestyramine, insulin)
186. Patient with diabetic Ketoacidosis who was start on D5W after BS at 250, but at the same time insulin drip decrease from 10 to 3. Several hours later (6-8hr) patient anion gap remain the same 24. What is the next step? Increase drip to 10 (vs. decrease IVF)
187. Alcoholic patient came with tachycardia and photo of eyes proptosis. Diagnosis? Graves disease.
188. Patient is in DKA has anion gap 20 and high dextro – What to do? Increase insulin
189. Man dinks a lot of sodas Urine osm 75, Na 131, BUN 15 – given labs – diagnosis? Primary polydispsia
190. Thyroid nodule, normal labs → FNA
191. Diabetic patient has crical with insulins. Fasting 50-300 and hypoglycemia symptoms during the morning. What now?

Nephrology

192. Patient with nephrotic syndrome who developed SOB. Diagnosis? PE
193. Young patient developed abdominal pain, thrombocytopenia and renal failure with hematuria. Diagnosis? Henoch Scholein Purpura (IgA Nephropathy, Cryoglobulinemia)
194. Patient with + JVD, pulsus paradoxus, pericardial friction rub and renal failure. Next step? Hemodialysis (vs. pericardiocentesis)
195. Case with testicular trosion
196. Patient with hep and IVDU develops purpura in lower extremities, C3 and C4 are low, high protein in urine. Cause? Membranoproliferative
197. Patient has stone pain – most common cause? Hypercalciuria
198. Patient with ASO titer high and glomerulonephritis- diagnosis? Post-strep
199. Patient with glomerulonephritis and low complement – diagnosis? lupus
200. Patient has pH 7.7, CO2 30, HCO3 36 – Diagnosis? Met alkalosis and resp alkalosis
201. Intubated patient has intractable acidosis. What now? H/D
202. Asian patient with glomerulonephritis after exercise. Diagnosis? IgA nephropathy
203. Picture of large tongue and urinalysis with proteinuria. Diagnosis? Amyloidosis
204. Patient on Bactrim present high creatinine. What is the mechanism? Competition at tubular secretion

Neurology

205. Prevention of almost daily symptoms of migraine? B Blocker
206. Female with internuclear opthalmoplegia. What is the diagnosis? MS
207. Patient with breast cancer has neuron signs – Rt Babinski, gag decrease – Leptomeninggeal mets vs pontine mets
208. ascending paralysis – Guillain Barre

209. Patient went to Mexico, found with multiple brain lesions – test? Cysticercosis serology
210. Patient with meningitis CSF WBC 1000, N 85%, gram-stain negative, Pt 75-y/o. Treatment? Cefrtriax _ Vanco+ampi OR cefrtra + vanco or acyclocir or acyclo+vanco
211. Patient with essential tremors – treatment? B blocker
212. Patient with restless leg – treatment? Levodopa o pramipexole

Hematology
213. Male with mild jaundice, history of anemia and RUQ pain. A diagnosis of cholecystitis is done. Cause of anemia? Spherocytosis (vs. G6PD)
214. Patient with pulmonary sickle cell crisis. Next step? Exchange transfusion (vs. Antibiotic, Oxygen)
215. PIC tear drop cell – dx? myelofibrosis
216. Patient has disseminated intravascular coagulation with peroxidase-positive cells – diagnosis? AML-M3
217. Causes of macroovalocytes – Folate, Vitamin B12, phenytoin, myeloproliferative disorders, alcohol, cold agglutining, aplastic anemia, hypothyroidism, reticulocytosis, liver disease
218. Patient with dark urine during the night – diagnosis? PNH
219. Patient with anemia, high PT and PTT, platelets low – diagnosis? DIC
220. PIC of target cell – What test? Serum hemoglobin electrophoresis
221. Sickle cell – aplastic anemia
222. History of apparent Vit B12 def but notmal levels. What now? Methylmalonic acid levels
223. Old patient with bleeding, high INR, low Factor II and Factor VII. Deficiency? Vitamine K
224. Patient with fever, altered mental status, renal failure, RBC fragmentation and thrombocytopenia. Next step? Plasmapheresis

Oncology
225. Patient with BMA plasmacytosis of <5%. What you will find? <3gm of M component in the blood (MGUS)
226. Rectal cancer was treated without radiotherapy and recurs.??? Answer: check if its localized vs. check for cord compression?
227. Smoker 40-pack-years works in fabric with vinyl exposure. MRI of abdomen shows a highly vascular hepatic lesion. Diagnosis? Angiosarcoma - Prolonged absorption of vinyl chloride can induce hepatotoxicity and hepatic cancers, including angiosarcoma.
228. Patient with history of colon cancer s/p TX presents a solitary liver met. Treatment? Resection
229. Tennis playes has shoulder pain x-ray reveals lytic lesion, high Ca. Bone scan with increased uptake, serum electrophoresis is normal. What now? Bone marrow biopsy, CT abdomen, **colonoscopy??? Its mets vs. MM, but MM should not cause increased uptake in bone scan**

230. Chest x-ray with wide mediastinum and perihilar mass – patient is a smoker who has progressive weakness – physical weak reflex of knee improved with repeated stimulation – diagnosis? Small cell cancer vs. thymoma, non-small cell

231. Metastatic pancreatic cancer – now? ERCP

232. Tennis player has shoulder pain, X-ray with lytic lesion, high Ca. Bone scan with decreased uptake, what to order? Serum electrophoresis

233. Patient with breast CA stage III with ER+ - tx? CTX then SX then tamoxifen

234. Patient with confusion, IgM peak, high protein – diagnosis? Waldestrom

235. Complications of radiation to the head? Mucositis is the most common. Long-term complication (worst) is **xerostomia** with subsequent tooth loss if dental care is inappropriate. Poor wound healing, trismus, and fibrosis/necrosis of soft tissue. Osteonecrosis of the mandible is an infrequent but serious complication when radiation is given to the oral cavity.

236. Patient with malignant submandibular nodule. Test? Upper pan endoscopy

237. Patient with plantar melanoma that is removed. Inguinal nodes??? This increases the risk of what? Necrotizing fascitis, celulitis by strep, OM by pseudomonas, OM by staph

1. 20% O2 sat after endoscopy (normal)→esophageal rupture
2. Picture of corkscrew esophagus, dysphagia to solids and liquids→diffuse esophageal spasm
3. Duodenal ulcer 10 years ago (does not mention if it was treated) comes with symptoms (sx) of peptic ulcer disease, next step→H. pylori fecal antigen
4. Prophilaxis for variceal hemorrhage→propanolol
5. Pancreatic ca, no mets→Wipple´s procedure
6. Pt with diarrhea, diverticulosis, MCV alto→bacterial overgrowth
7. Diarrhea after camping trip in Colorado→metronidazole
8. [illegible]
9. 55 y/o pt, no family hx of colon ca→colonoscopy every 10 years
10. [illegible]
11. Pt with Gilbert´s→no further testing
12. Young female with anorexia, elevated AST, ALT, Alk phos, neg hepatitis profile→anti-smooth muscle Ab
13. Obese pt with mild liver disfunction (dfxn)→NASH

14. Hemochromatosis (2-3 questions)→decreased libido, diabetes, calcification of triangular ligament
15. Calculate SAAG→1.1, portal hypertension
16. Pruritus and jaundice, hx of U. colitis, elevated alk phos, diagnostic test?→ERCP
17. Past IVDU→hep C
18. Pt lives alone, poor diet, bleeding gums, bruises→vit C def
19. Worker with sx of lower back pain relieved by lying prone and stooping forward→thoracolumbar MRI
20. Young male with hx of uveitis, back stiffness, limitation of spinal mobility→X ray pelvis
21. Young female with fibromyalgia (describes tender points)→amitriptyline

[redacted]

23. PFT´s de scleroderma with pulmonary hypertension (htn)
24. Alopecia, ulceras en la boca, positive double stranded DNA→lupus
25. Pt with severe CHF and O2 desaturation en los 80´s→home oxygen
26. Pt with impotence, which drug should be d/c→anti-depressant
27. Amiodarone induces hyperthyroidism
28. Female with carcinoid (flushing, diarrhea, etc)
29. Pt will all different oral hypoglycemic agents and still not controlled (gly 9) →start insulin

Which oral hypoglycemic agents can be given?

-metformin

-rosiglitazone

-acarbose

-d/c all

30. Pt with Paget´s disease, increased alk phos, normal Ca, PO4, asymptomatic
31. Target LDL on pt without medical illness, dad had MI at 55 y/o→LDL 130 (160, 100)
32. Pt diabetico con hongo en los pies desarrolla cellulites en el tobillo, What causes the infxn? No ponen polymicrobial or Staph→Fungus, Streptococcus, anaerobic, gram negative org
33. Pt with uncontrolled blood sugar, multiple regimes, still uncontrolled, started on insulin and gly 7 but went to ophta and found with retinopathy→change in tx or continue current tx???
34. Acantosis nigrican will later develop?→Diabetes Mellitus 2
35. Young female running marathons every day have stress induced hypogonadothropic hypogonadism→cut down on exercise and when menses come back, continue
36. Young female with parotid enlargement, loss of dental enamel, moist oral mucosa, no eye involvement→bulimia (Sjogren´s)
37. [redacted]
38. Sonogram with R ovarian mass, in sonogram it seems to be an teratoma, hyperechoic, shadows, fluid level→refer to OB gyn
39. Pt with hyponatremia, urine sodium not given, next step→water restriction
40. Pt with coronary artery disease, EKG with changes, COPD for pre op evaluation for AAA→dobutamine stress test
41. Pt with sarcoidosis, tx for hypercalcemia→steroids
42. Pt with low testosterone, increased LH and FSH→testosterone
43. Pt was hospitalized and had peripheral line infxn was d/c home and later is back with sensory deficits→abcess
44. Foto pt con Grave´s
45. Young 20´s pt goes for blood donation and had an episode of loss of consciousness followed by epileptic episode→cardiogenic syncope

46. Como se previene recurrencia de urosepsis en pt con foley cronico:
    (en Arora NO encontramos la contestación)
    - -schedulled irrigation of foley
    - -nitrofurantoin
    - -Zosyn
    - -no hay ninguna recomendación
47. Pt vegetariano con síntomas de def vit B12 con niveles normales, que le ordenas?→methylmalonic acid levels

48. Pt with prostetic valve viene con INR en 8, no bleeding, deides aguantar la warfarina por 2 dias y verlo en f/up, Que necesitas darle ahora?→
    - -vit k oral e MI
    - -vit k 102 mg oral
    - -10 mg oral
    - -10 mg IV
    - -Fresh frozen plasma
49. Alcoholic, malnourished, nystagmus→give IV thiamine
50. Young female gives hx of syphilis about 3 weeks ago that was tx with penicillin, comes with painfull, multiple vesicles→valacyclovir
51. Young person who´s girlfriend found testicular mass, does not transilluminate, alpha-feto neg, sonogram solid mass, has hx of trauma while playing sports→
    - -hematoma
    - -tumor
    - -cyst
    - -epididimitis
52. Image of chest CT with granuloma→Aspergillus, Histoplasma???
53. Treatment for CAP→ceftriaxone, azithromycin
54. Arkansas, deer→todos juntos!!! TULAREMIA

55. Another question with rabbit hunting→tularemia
56. Pt from Pakistan, PPD 25 mm, past BCG vaccine→INH daily for 9 months (otro choice era INH twice weekly for 6 months
57. Female that works on childcare develops polyarthritis→Parvo
58. HIV pt withCD4<50, start prophylaxis→MAC
59. Pt with Lyme disease→doxicycline
60. Tx Rocky mountain spotted fever→Doxi
61. Pt with central venous catheter w/o signs of infection but fever and positive blood culture for fungus→remove catheter
62. Veterinaria with purulent conjunctivitis→tularemia
63. Tx of meningitis 40 y/o→Ceftriaxone, Vanco
64. diabetico con fungal onicomycosis develops cellulites, what is the cause→anaerobes, gram neg, strep???
65. Young man on fist fight→Augmentin
66. HIV patient, show chest X-ray with upper lobe cavitations, night sweats, chills→TB
67. Pt with hemoptisis, fever, chills, weight loss→TB
68. Pain on climbing stairs or walking, tenderness 3 cm below the medial joint→anserine bursitis
69. Pt with pseudogout, has condrocalcinosis→hemocromatosis
70. Pt with DIP joint involvement→psoriatic arthritis
71. Pt with anti-cyclic citrullinated peptid (CCP)→RA
72. RA associated with CAD, what medication will reduce risk→statins
73. Fever, polyarthritis, salmon colored rash→Still´s disease
74. Pt with dystonia secondary to neuroleptics→benadryl
75. Pt with factor V Laiden def tx→anticoag for 6 months
76. varias preguntas de TTP, HUS, ITP
77. HIT→give direct thrombin inhibitor
78. Pt alcoholic s/p surgery, 2nd day hallucinations→alcohol withdrawal
79. Pts bipolares para darles litio
80. Aumento en Cr con Bactrim tx→Bactrim competes with the Cr excretion

81. Geriatrics Arora hand outp13 preg 10 prebiscusis

82. Medicare pt, candidate para hospice→life expectancy <6 months

83. Panic disorder→Xanax

84. Alpha 1 antitripsin def→emphysema

85. ABPA

86. Hypersensitivity pneumonitis typical case

87. Pt con asthma en ejercicio que mejora con beta-ag, further evaluation?→No

88. Pt with clubbing and hypoxia on exertion

89. What condition has same risks of CAD→Peripheral vascular dis (DM 2 no es un
    choice)

90. Young pt with WPW comes with VTach, chronic tx→ablation

91. Pt con desorden extrapiramidal, Parkinsons, abnormal gait, increased muscle tone,
    NO resting tremors difficulty looking down, falls repeatedly→progressive
    supranuclear palsy

92. Bitemporal and frontal headache, very frequent use of NSAID´s→rebound

93. Tx para mujer con pseudotumor cerebri→acetazolamide

94. Diarrea, ascending parálisis, CSF with increased protein→Guillan Barre

95. Atopic pt,dx→skin test, RAST, IgG ???

96. Woman with rash after sexual intercourse with a condom→latex allergen test

97. Pt s/p cath with pruritic changes in both legs→cholesterol emboli???

98. Which pt benefits from desensitization→Anaphylaxis

99. Pt with cough, angioedema→change ACE for ARB

100. Black man with white spots in hands and dorsal aspect of the legs for 2
     years→vitiligo???

101. Flow charts de tracheal stenosis and vocal cord paralysis

102. Pt with sinusitis and hemoptisis→Weggener´s

103. PFT´s de interstitial lung dis

104. Tabla de pulmo Arora hand out p28 pneumothorax vs. pleural effusions

105. Pt con effusion de cancer y tubo de pecho, next step→dejar el tubo de pecho por
     ahora, sclerosing???

106. Swan Ganz de cardiogenic shock

107. Pt con acute MI→IV fluids
108. Pt with septic shock→IV fluids
109. Pt on MV in resp acidosis→increase RR
110. Daily sedation holliday para poder extubar mas rapido
111. Pt in DKA que llega con 600 de azucar, se inicia drip de insulina y liquidos. En 8 horas baja a 300, next step→
    - -decrease drip de insulina de 4 a 2/hora
    - -start D5
    - -dejarlo igual
    - -d/c drip y comenzar subcut insulin
    - -darle comida
112. Hepatorenal synd
113. Pt con DVT en heparina hace HIT→d/c heparina and give argatroban
114. Hyperthropic cardiomyopathy
115. Pt con advanced directives donde deja a discreción del medico la decisión si hay posibilidad de tener enfermedad reversible hacer todo lo que pueda o DNR si no hay nada que hacer. El pt tiene un acute MI, cardiogenic shock, se pone peor y se intuba pero no responde→d/c vasopressors
116. Pt que no esta competente para tomar decisiones y no tiene familia→amigo que tiene el Proxy
117. Con prevalencia constante, cual de las siguientes va a tener mayor negative predictive value→↑ sensitivity, ↓specificity
118. Una pregunta de cuantos tienes que tratar para ver el efecto
119. Imatinib→prevents recurrence in CML
120. Pt with hemicolectomy, what needs to be done→colonoscopy after healing from surgery
121. Another question→adjuvant chemo after surgery
122. Female with mother and sister with breast ca asks how to decrease risk of breast ca→tamoxifen
123. Pt with spinal cord compression asks for specific sx that will grant a stat MRI
    - -decreased sensation at foot

-siatic pain

-decreased sensation in rectum and sacral area

124. New onset hypertension→star chlorthalidone
125. Pt with suspected aortic aneurysm→TEE
126. Pregnant woman with HTN→labetalol (methyldopa was not an option)
127. Fishy odor after KOH→Flagyl
128. Def meta analysis→collection of methods combined information of different sources.....
129. Foto molluscum contagiosum
130. Foto con recurrent lesions in axillae→hydradenitis supurativa
131. Pt sees flashes of light, increased floaters→retinal detachment
132. External otitis→topical polymixin-neomycin
133. Daughter calls mother that lives alone and is in her 80's that complaints of nausea and headache. Later found out unconscious and was taken to the ER→order carboxihemoglobin (CO poisoning)
134. Alcoholic found unconscious, UA no RBC but urobillinogen elevated, ARF→rhabdomyolysis
135. Pareo de que droga reduce mortalidad en CHF III y IV→yes ACE y spironolactone, NO digoxin

1. Pt con lesion en piel con unas bolitas alrededor luego de haber trabajado con flores y limpiar su fishtank......Mycobacterium o Sporothrix o Erysipelas
2. Mujer 65 y/o s/p hysterectomy treated in the past for syphilis, now comes with a friable lesion at vulvar area....Biopsy or penicillin again
3. Que malignidad esta asociada con Rheumatoid Arthritis?>>>Lymphoma or lymphoproliferative disorders (from up to date)
4. Pt se dio un golpe en el brazo, luego se hincha, pulses+, recibe un curso de abx y luego llega al ER tachycardic, hypotensive and started with iv fluids and broad spectrum iv abx....consult surgery?

5. Pt with swelling of his arm up to the elbow, pulses+….consult surgery or *elevate arm*
6. Pt con pytiriasis (sex counselor), no itching…..observation (mild disease is not treated, mild lubricants or hydrocortisone creams are useful, so is sun exposure)
7. Pt con strep bovis…..do colonoscopy(Arora)
8. Pt with hx of syphilis and tx in the past, comes now with multiple oral ulcers, appear to be herpetic….tx with valtrex
9. Pt with hyperkalemia and ekg changes….tx with calcium glu(Arora)
10. Old lady with severe mitral stenosis….do cardiac cath before sx(Arora)
11. Patient post partum, develops acute embolism….cause is amniotic fluid or pulmonary embolism

**History:** AFE usually occurs during labor but has occurred during abortion, abdominal trauma, and amnioinfusion.

A woman in the late stages of labor becomes acutely dyspneic with hypotension; she may experience seizures quickly followed by cardiac arrest. Massive DIC-associated hemorrhage follows and then death. Most patients die within an hour of onset.

**Physical:** In case reports, patients are described as developing acute shortness of breath, sometimes with a cough, followed by severe hypotension. The following signs and symptoms are indicative of possible AFE:

- Hypotension: Blood pressure may drop significantly with loss of diastolic measurement.
- Dyspnea: Labored breathing and tachypnea may occur.
- Seizure: The patient may experience tonic-clonic seizures.
- Cough: This is usually a manifestation of dyspnea.
- Cyanosis: As hypoxia/hypoxemia progresses, circumoral and peripheral cyanosis and changes in mucous membranes may manifest.
- Fetal bradycardia: In response to the hypoxic insult, fetal heart rate may drop to less than 110 beats per minute (bpm). If this drop lasts for 10 minutes or more, it is a bradycardia. A rate of 60 bpm or less over 3-5 minutes may indicate a terminal bradycardia.

- Pulmonary edema: This is usually identified on chest radiograph.

- Cardiac arrest

- Uterine atony: Uterine atony usually results in excessive bleeding after delivery. Failure of the uterus to become firm with bimanual massage is diagnostic.

**Causes:** Forty-one percent of patients in the national registry had a history of allergies, and AFE was more likely with a male fetus. The condition is considered an unpredictable and unpreventable event, and the cause is unknown.

12. Pt with salmon colored rash, fever and lymphadenopathy…Still's(Arora)

13. Pt with hx suggestive of primary sclerosing cholangitis…due ERCP(Arora)

14. Pt develops toxic shock syndrome…tx with vanco(Arora)

15. Pt, gymnast, who breaks his fibula and no hx of tetanus vaccine….tx

Open fractures must be diagnosed and treated appropriately. Tetanus should be updated and appropriate antibiotics given. This should involve antistaphylococcal coverage and consideration of an aminoglycoside for more severe wounds. Orthopedics should be consulted for emergent debridement and wound care. Fractures with tissue at risk for opening should be protected to prevent further morbidity.

16. HIV pt with cd4< 50….MAC(Arora)

17. Pt with HSV encephalitis…get HSV DNA PCR in CSF(Arora)

18. Pt with malignancy with new pleural effusion…chest tube or quimio or radio?

About 25% of effusions do not require therapy; the effusions are small and stable. Malignant effusions caused by lymphomas, breast cancer, small cell lung cancer, or ovarian cancer may respond to systemic chemotherapy or hormonal therapy. Repeated percutaneous draining of effusions may lead to tumor growth along the needle track and through the chest wall. Patients who have received extensive prior systemic therapy and those with chemotherapy-resistant tumors, like non-small cell lung cancer, are not likely to respond to systemic therapy. Palliative approaches to the management of malignant pleural effusions are necessary in such patients.

Patients with symptomatic malignant pleural effusions whose underlying cancer is unlikely to respond to systemic treatment should have their pleural fluid drained. Patients with relatively large (>1,000 milliliters) recurrent effusions whose symptoms resolve

with drainage and whose lung can fully expand are candidates for palliation. Two general approaches to the palliative management of symptomatic pleural effusions are chest tube drainage with installation of a sclerosing agent and thoracoscopic drainage of the pleural effusion under local or general anesthesia with intraoperative sclerosis of the pleural space.

19. Pt with malignancy and recurrent pleural effusion….. pleurodesis
20. Pt with atypical Erythema Chronicum Migrans lesion….Doxy(Arora)
21. Pt with DM presents with ptosis….3rd nerve palsy
22. Pt with symptoms of Horner….do chest x-ray or chest ct scan
23. Pt with symptoms of Ramsey Hunt…DNA virus(Arora)
24. Pt with COPD ann BKP…tx with aziithro and ceftx
25. Pt with P-vera what is the treatment to prevent complications…Hydrea
26. Pt with symptomatic Tb….isolate
27. Pt with ITP…tx(Arora)
28. Pt with TTP….give plasmapheresis(Arora)
29. Pt post partum with thrombocytopenia, anemia, renal failure, peripheral with megakariocytes?....Dx HUS?
30. Pt with ITP and rectal bleeding of unknown source….Tx with IV immunoglo
31. Pt with ACS….give abciximab
32. Pt receiving tx with infliximab, what is the side effect…Tb(Arora)
33. Pt with inflammation of MCP,DIP,PIP, pain in wrist and knees and pitting of nails….Dx Psoriasis?
34. Pt for TURP…clear for sx(Arora)
35. Pt with a normal PSA but with prostate nodule….do Biopsy(Arora)
36. Pt with signs of BPH
37. Pt with CLL and splenomegaly and increase Plt count, why he has anemia….Autoimmune hemolytic anemia or splenic sequestration
38. Pt with RA and baker cyst(Arora)
39. Pt with Rotator cuff rupture(Arora)
40. Tennis player with lytic lesion on head of humerus…do SPEP
41. Pt on ACE-I with hyperkalemia, no ekg changes….D/C ACE-I or tx with kayexa

42. 35 y/o female heart murmur since childhood and hx of COPD(15 years) and hemodynamics compatible for Pulm HTN….Cause 1ry or 2ry?
43. Pt with Klinefelter…do Kariotype(Arora)
44. Pt with inferior MI….what artery is involved(Arora)
45. Pt with sick sinus asymptomatic…PPM or observation? (asympt = observation; bradycardia w symptoms = PPM; tachy w symptoms = meds or ablation)
46. 56 y/o male with hx of a-fib s/p cardioversion x3…..tx with warfarin (beware they don't expect amiodarone as answer)
47. Pt with MR (1.5cm), echo with mass in septum….Tx sx or start abx and b/c or observevvvv--- Abscess? → then surgery
48. Foto de Graves(atypical case presentation)
49. Pt with myxedema coma(low glu, hypotensive, hypothermia)…tx with: Levothy and hydrocortisone or methylprednisolone or heat or d5w(take your pick)!!... ISN't this the fludrocortisones and hydrocortisone one?!
50. Pt with contact with children develops general malaise, neck lymphadenopathy…Parvo?(Arora)
51. Pt with +straight leg sign….do: x-ray or MRI or surgery or rest – MRI is done when surgery is considered
52. Pt with non-displaced femoral fx….tx: traction or surgery or rest

The Garden classification of femoral neck fractures describes the degree of disruption between the femoral head and neck. A Garden I fracture is an incomplete or impacted fracture but the trabeculae of both the head and neck maintain their position. Garden II, III, IV fractures are all complete fractures but differ in the level of displacement. Garden II fractures are not displaced but the trabecular pattern is interrupted. Garden III fractures are partially displaced and typically there is shortening and external rotation of the distal fragment. In addition the femoral head trabeculae do not line up with those of the femoral head maintain the relationship with the acetabular trabeculae. Femoral neck fractures without displacement show no obvious sign of clinical deformity and therefore the diagnosis radiographically can be difficult and sometimes missed. The patients typically compain of pain, inability to bear weight and have a decrease in range of motion.

Conservative treatment is considered in impacted (Garden I) fractures only if the fracture is several weeks old and the patient is walking without pain, or if the patient is not medically cleared for surgery. All other fractures are treated surgically since most would displace without stabilization. It is necessary to take these patients to surgery as quickly as possible particularly in Garden II, III, and IV fractures, where 40% will develop

avascular necrosis within 48 hours and 100% will develop avascular necrosis after one week without stabilization.

53. Pt with with pulsus paradoxus, ekg with signs of PE…next step>>>echo
54. Pt obese with hypoxemia and shunt….do V/Q scan
55. Cardiogenic shock hemodynamics(Arora)
56. Question on ABPA(Arora)
57. Question on Aspegillosis(Arora)
58. Pt with calcification on chest x-ray(constrictive pericarditis)…tx
59. Traqueal stenosis flow curve(Arora)
60. Pt with vocal cord syndrome?
61. Question on Sarcoidosis
62. Female with breast CA and mental status changes….leptomeningeal carcinomatosis?
63. Pt with colon CA, s/p sx now presents with solitary brain lesion….tx is sx
64. [illegible]

65. Pt with clinical signs of PE with elevated immunoglobulins(IgM) and Hct 43%...dx Antithrombin def or hyperviscosity or Increased prot C
66. Pt with DVT and brain mets…tx is IVC filter
67. Pt with PFT's pre and post metacholine test to decide which one is compatible with asthma….choose the one with 20% decrease(Arora)
68. Pt with BPV….Eplay's manauver
69. Question on presbysussis same as in Arora
70. Question on Bulimia(Arora)

71. Pt with syphilis treated 3 months ago with an HIV - test, now presents with general malaise…..do:HIV and VDRL in 3 months or Tx again or do HIV test now
72. Pt with renal failure and needs cardiac cath….Mucomyst and iv fluids
73. Pt with loss of libido, impotence, DM(normal glyHgb), normal prolactin, LH(14), low testosterone….ferritin levels or pituitary MRI
74. Pt with dka, treated and 4 hours later dxt 250, so insulin drip is decreased and D5w is started, then 3 hours later anion gap is 20, glucose is increased and pH 7.2……Increase insulin drip or give bicarb
75. Question on bactrim and effect on CrCl(Arora)
76. Question on Trochanteriic Bursitis(Arora)
77. Question on Cryo
78. Pt presents with symptoms suggestive of ABO incompatibility but ABO is not an option
79. Pt with abdominal pain, rash on buttocks, erythema nodosum….tx with steroids
80. Pt with wegener's but clinical escenario similar to Tb…tx with cyclophosphamide and prednisone(Arora)
81. Question of pt with Triple acid base disorder(Arora)
82. Pt found on the floor by his son with respiratory depression, hypothermia, 4+ of blood in urine, ketone breath….dx is rhabdomyolisis
83. Question on alendronate
84. Pt with symptomatic hyponatremia…tx with 3%(Arora)
85. Pt with ATN….next step>>>FeNa?
86. Pt with angioedema treated for HTN, DM and Hf…choose the medication responsible>>ACE-I
87. Question on retinal detachment
88. Question on Anterior uveitis
89. Pt with heart failure ef<35%....tx with defibrillator
90. Question on medication that decrease mortality in HF class 3-4 - spironolactone
91. Pt with esophageal symptoms, egd with dilation and food stuck…Achalasia(Arora)
92. Pt with low grade dysplasia…do surgery or ppi's or observe
93. Pt with corck screw esophagus….Diffuse esophageal spasm

94. Pt with cardiogenic syncope…tx

95. Question on spinal stenosis

96. Many questions on Vit B12 def

97. Pt with malabsorption and iron def anemia….celiac

98. Many question on malabsorption

99. Pt with MALT associated with…H.pylori

100.    Pt with scleroderma and malabsorption….what is the mechanism>>> Intestinal stasis with overgrowth of bacteria – DIVERTICULI!

101.    Pt with C.diff relapse….txx with metro again

102.    Pt on morphine with dilated colon….dx Ogilvie

103.    Question on endocarditis

104.    75 y/o with meningitis…tx – include AMpicillin

105.    Question on NASH

106.    Female with ascites saag>1.1….dx Budd chiari

107.    Female with long standing asthma, now presents with daily and nocturnal symptoms requiring albuterol use up to 6 times and refuses inhaler use. She is started on montelukast w/o improvement, next step is:  d/c monte and start steroid inhaler or continue with monte and add laba or d/c monte and start cromolyn(take your pick!!)

108.    Pregnant lady with htn, what medication is contraindicated….HCTZ or ACE-I

109.    Patient with bacterial vaginosis…tx with oral metro or topical metro

110.    Patient with trichomonas…tx – oral metronidazole

111.    Pt with nodule on left side of angle of lewis, area is hot and erythematous….give abx or give steroids or aspiration

112.    Le preguntaron todas las ondas a,c,v para determinar que valvulopatia era

113.    Le preguntaron todos los soplos(izq/der, valsalva, hand grip, squatting)

114.    Le preguntaron mucho de PBC, Autoimmune hepatitis y PSC

1. Temporal arteritis – paciente presenta con debilidad del hombro y dolor en la cara, no tiene disturbios visuales
2. Reflex sympathetic dystrophy – dolor cuando las sabanas le tocan los pies
3. IVDA with septic emboli for Tx – Nafcillin & Gentamycin for 2 weeks
4. Picture of clue cells for Tx
5. Female, in her 40s, pre-menopausal, having cyclical emotional problems, she s conscious about her problems being cyclical, for Tx – SSRI
   a. Fueron dos preguntas, la segunda no era tan obvio que su problema era ciclico – keep a diary of her problems for the next appt.
6. Obstructive uropathy with UTI, gram stain with G (+) cocci and G (-) bacilli what antibiotic – **Zosyn**, Aztreonam, Tigacyl, Moxifloxacin, Ceftazidime
7. TTP with classic presentation – plasmapheresis
8. Elevated creatinine following use of Septra – mechanism
9. DEXA with score lower than – 2.5 – start Allendronate
10. 6-7 daily episodes of watery diarrhea after returning from Russia, O&P negative, C.diff toxin negative, sigmoidoscopy negative, duodenal aspirate negative – Giardia
11. Scleroderma question on screening for pulmonary HTN
12. AML – DIC
13. Hemodynamic values – cardiogenic shock (solo una pregunta)
14. Echocardiogram with a Myxoma – refer for surgical removal
15. Hyperparathyroidism with renal failure and young age – surgery
16. 3 questions on heart murmurs
17. Diabetic patient with hyperlipidemia on Antorvastatin, max dose, with slight increase in LFTs, follow up lipids with low HDL. What to add – Niacin or Zetia
18. 2-3 questions on Cryoglobulinemia
    a. Skin changes, arthritis, with history of PRBC transfusions in the past
19. Picture of geographic tongue
20. Pet shop worker with skin rash, no vesicles, had a black center, recent shipment of exotic animals – Anthrax, Monkey pox, (no tularemia on answers)
21. Non functional adrenal incidentaloma measuring 2.7 – f/u with sonogram
22. Young female with diarrhea and pain which wakes he up at night
23. Positive predictive value – definition
24. Sensitivity – definition
25. Patient with altitude sickness – Acetazolamide
26. Infected catheter – removal
27. Anemia, renal failure, bone pain, no lytes given – MM
28. Widened mediastinum - anthrax
29. Patient with eosinophilia, no eoinophils in urine, recently treated with antibiotics (penicillin) – interstitial nephritis
30. Multiple questions on hemochromatosis
    a. Hand arthritis with anemia and elevated LFTs
31. Question where answer was panhypopituitarism – low T4, TSH and either FSH or LH
32. Patient who ha history of having Redman syndrome, needs antibiotic therapy – give Vancomycin at a slower rate

33. HNPCC – sigmoidoscopy for family members
34. 2 question on patients using Lithium
   a.  Nephrogenic DI
   b.  Thyroid
35. Colon cancer, s/p hemi-colectomy, now with a solitary liver mass – surgical resection
36. Patent with diarrhea, diabetic, metabolic acidosis, anion gap 8-9, glucose 300 cause of metabolic acidosis is diarrhea
37. Pancreatic head mass, no mets – whipple procedure
38. Classic allergic bronchopulmonary aspergillosis
39. Patient on a ventilator, s/p MI, v/s signs and CBC given, Patient has respiratory acidosis. Ventilator parameters are set for ARDS – adjust settings for regular ventilation
40. Male patient with pruritus, high alkaline phosphatase, rest of work up negative, (+) AMA – PBC
41. Man from Arkansas with Tularemia
42. 1 question on Lewy body dementia
43. Old patent with meningitis – include  Ampicillin in treatment
44. Patient with recent tick bite for about 2 hours, is worried about Lyme – reassurance
45. HIV, s/p PPD with induration of about 8mm – INH prophylaxis for 9 months
46. Patient with septic shock – Start aggressive IVFs
47. CLD who has decreased O2 sat% when changing position – hepatopulmonary
48. Skin lesion he is a precursor of skin SCC – actinic keratosis
49. Patient with calcified gallbladder – refer for surgery
50. Patient with GI bleeding – answer was start on Propanolol
51. CXR with linear calcifications – asbestos exposure
52. Female with SAAG >1.1 – budd chiari

1. Patient complains of sudden onset of transitory blindness describes a "curtain falling in front of my eye". Next step? *Carotid artery Dupplex ultrasound*
2. Man sprains knee on a pivoting movement while playing basketball. Overnight, the knee is swollen and painful. Anterior drawer sign is negative. Diagnosis? *Medial meniscus tear*
3. Patient presents with hemoptysis. He also has renal failure. Treatment? *Cyclophosphamide and prednisone*
4. A homeless man with AIDS and IV drug use presents with one-week history of fatigue. A chest x-ray and Cardiopulmonary exam normal.Pulse oxymetry 86% pts seems cyanotic. ABG's 7.4/37/84. Empirical ceftriaxone and azithromycin are started. Cause of cyanosis? Pneomothorax/ co poisoning/PE/PCP/ Dapsone
5. Woman had total hysterectomy and bilateral oophorectomy for uterine cancer. A Pap smear was negative three years ago. When should do Pap? *No need to do Pap smear; Now then every three years; Now then depending on results (We are 50-50% between the first two options)*
6. Woman takes multiple medications including diphenhydramine at bedtime. She suffers incontinence in the morning only. What is the cause? *Drug-induced overflow incontinence*
7. A patient with bronchial asthma on steroids complains of hip pain. Radiographies are normal. There is pain on internal rotation. Diagnosis? *Aseptic necrosis of the femur*
8. Young woman presents with fatigue and tiredness. Laboratories reveal microcytic anemia. You prescribe iron supplementation, and two weeks later she is feeling worse, bloated, constipated, with melena. Serum ferritin is 10 mg/dL. Diagnosis? *Celiac sprue*
9. A patient with celiac sprue complains of bone pain. Laboratories reveal low calcium and phosphate. Which of the following will better establish cause? *25-hydroxy-vitamin D levels*
10. Patient complains of low back pain. Alkaline phosphatase is high (>500's). An x-ray of the hip is shown. Diagnosis? *Paget's disease of bone*
11. Patient presents with epistaxis. Platelets are low, he has anemia. Peripheral smear has schistocytes. Mild elevation of PT and PTT; fibrinogen is low. Highly positive for peroxidase stain. Cause of coagulopathy? *Disseminated intravascular coagulation*
12. What set best describes the hemodynamic profile of a patient with septic shock? *CO high, SVR low*
13. What finding is expected in a patient with widely and physiologically split $S_2$? *Right bundle branch block*
14. Patient with episodes of flushing has a holosystolic murmur radiating to the right sternal border, which increases with inspiration. Cause? *Tricuspid regurgitation*
15. Patient complains of weight gain. Simvastatin was increased from 20 mg to 80 mg. LDL is now 80. Now there is increase in ALT from 35 to 50; and AST from 40 to 60. What is the most appropriate next step? *Continue current treatment*
16. Young woman has pulmonary embolism. PTT is 55. What is the cause of high PTT? *Lupus anticoagulant*

17. Patient HIV-positive has PPD induration of 6-mm. Chest x-ray is normal. Next step? *Isoniazid for 9 months*
18. Young man with rheumatoid arthritis has daily fever spikes (40) and rash that worsens when fever is present. Splenomegaly is noted. Sed rate is high. Diagnosis? *Adult Still's Disease*
19. 52-year-old woman has history of recurrent bronchitis requiring antibiotic therapy and recurrent pneumonias. Chest x-ray demonstrates increased central markings. Next step? *Broncoscopy/ct/abx/observation/cont current treatment*
20. ESRD who does not want HD. Next Step? Hospice
21. Patient with cancer and adrenal metastases develops deep venous thrombosis. What is the treatment? *Inferior vena cava filter*
22. **What is the idea to metanalysis a clinical study?**
23. Young man has arterial hypertension and potassium 3.2 mEq/L. What test? *Serum renin-aldosterone ratio*

24. 17-year-old girl is found with severe arterial hypertension. Diagnosis? *Fibromuscular dysplasia*
25. Patient has velvety hyperpigmentation of the axillae and groin. What is the cause? *Gastric carcinoma*
26. 68-year-old man is worried because father died of abdominal aortic aneurysm (3cm). Abdominal ultrasound is normal. What to do? *Reassurance*
27. Woman with past history of Non-Hodgkin's lymphoma who received radiotherapy presents right-sided thyroid nodule. TSH is high. What next? *Fine needle aspiration*
28. Patient post partum w/o neck pain. RAIU is < 5%. Diagnosis? *Subacute thyroiditis/ chronic lynphocytic*
29. Patient has wheezing and stridor. Bronchodilators make her worse. Flow-volume loop shows variable obstruction. What now? *Fiberoptic laryngoscopy*
30. What is the most likely complication of infliximab therapy? *Reactivation of tuberculosis*
31. Patient has monoclonal band in SPEP. Other laboratories are normal. Bone marrow has 5% plasma cells. Now? *Repeat SPEP in six months (other options are treatment)*
32. Patient has a 20-cm mass found during endoscopy. Colonoscopy could not be completed beyond the lesion. The lesion is resected. What now? *Colonoscopy after the surgical scar heals*
33. Patient with hepatitis C has glomerulonephritis. What is the cause? *Membranoproliferative glomerulonephritis*
34. Patient is brought unconscious by friends to the ER. Toxicology is pending. He has frutty odor. Laboratories show MET. Acidosis. Next step?  Serum osmolality
35. EKG with WPW and tachycardia. Treatment? *Procainamide*
36. Man develops acute chest pain, pleuritic. EKG shown with diffuse ST-segment elevation. Diagnosis? *Pericarditis*

37. Man intubated due to respiratory failure. Lumbar puncture with gram-positive bacillus. Chest x-ray with wide mediastinum and infiltrates. Cause? *Bacillus anthracis*

38. Patient with CLD cleans a tank with crabs, then gets cellulitis with some vesicular lesions. Cause? *Vibrio vulnicus (M. marinum is not an option)*
39. Man has hypertrophic gums and perifollicular, painful hemorrhages. Cause? *Vitamin C deficiency*
40. A 75-year-old man has meningitis. What empirical therapy? *Ceftriaxone, vancomycin, and ampicillin*
41. Patient has DXT ~200 after an myocardial infarction. He is in the ICU. What now? *Insulin drip*
42. Patient comes with severe bleeding due to esophageal varices. Receives 15 units of PRBC's. What to expect? *Hypocalcemia*
43. Woman can abduct the left eye but the right eye cannot pass the midline. She then can abduct the right eye, but the left eye cannot pass the midline. What will be find on labs? Csf with oligoclonal band
44. Patient is started on heparin and warfarin due to pulmonary embolism. Now he develops low platelets and deep venous thrombosis of left leg. What now? *Direct thrombin inhibitor*
45. A patient with a nose ulcer he blames on work-related trauma, also has lesions in lung. He is from Arkansas. Cause? *Blastomycosis*
46. Patient complains of snoring. He has long-standing history of allergic rhinitis for which he uses non-prescription intranasal spray four times a day. On examination, the nasal mucosa is erythematous and the nasal septum is deviated. Cause of snoring? *Rhinitis medicamentosa*
47. Patient from psychiatry ward has diarrhea and a liver mass. Cause? *Entoamoeba hystolitica*
48. Patient with recurrent urinary calcium stones. What to prevent? *Thiazide*
49. Patient has vertigo that lasts less than one minute. He also has nystagmus on position changes. Treatment? *Epley's maneuver*
50. Patient has chest x-ray changes and painful erythematous nodules on anterior aspect of legs. Diagnosis? *Sarcoidosis*
51. A woman becomes diaphoretic and dizzy while donating blood. He then falls to the floor and has some jerky movements. He is alert within 30 seconds. What is the cause? *Neurocardiogenic syncope*
52. Which of the following is equivalent to coronary artery disease? *Chronic renal disease ( no estaba PVD)*
53. 81 male with central vision = **retinal detachment**, emboli, ICP, carotid stenosis or vitreous hemorrhage ??..macular degeneration is not an option.
54. 48 woman with HTN X 2 lecturas = HCTZ vs diet and exercise
55. Pt with calf pain ncrease wih walking, pain at 2 and 3 digits = Morton Neuroma
56. Pt with knee click, cannot walk up stair nor down stair = medial meniscus tear.
57. Patient with D on glipizide, metformin, rosiglitazone hgAIC 7.2% with indigestion and DXT50- 400 treated with promotility agents = **stop insulin** vs. homogenous food.

58. 50 year pt w/o SI with soft bowel movement with mucus blood and pan before defecation. Ct with pericoloic edema at cecum, hx of appendectomy 4 ears ago. What is the TX? **Unasyn + Metro**, Glucocorticoides, Immunoglobulinas
59. Herpes Zoster associated with = **Erythema multiforme**
60. **NPV= TN/TN + FN....sensitividad**
61. PPV = **TP/TP + FP**......specificity (ver table Arora pagina 4)
62. Old man who lives along and is malnurished . What is the most probable deficiency = anemia hypomicro, 25 OHD, Vit B12, FA
63. Chronic renal disease = ALK high, Low Ca, High Phosphate
64. Pt with DM recurrent ear infections, treated with multiple antibiotic and surgery who presents with a thin yellow secretion, otoscopic examination white protuberance?? , conduction defect and constant headache= Squamous cell, coleostome, malignant otitis externa.
65. Woman with pain on sinuses purulent secreations s/p drainage. Physical examination with purulent postnasal drip, IgG very low, IgA low, IgE low. Treament for condition remission? Monthly prophylaxis with Augmentin for 10 days then other Abx vs. **Immunoglobulin.**
66. Pt with scleroderma with HTN 160/90 what she is at risk = **renal crisis**
67. 50 y/o pt with Barrett's esophagus treated with PPI presents with low grade dysplasia. Next step= **EDG every year with endoscopic ultrasound,** esophagectomy, fundoplication.
68. Which organism is associated with MALTOMA= H. pylori
69. Men with bloody bowel movement rash over buttock and lower leg, Hgb 13, WBC 13,000 and plt 175,00, Creatine 1.6 = Tx? **Reasurrence**, Immunogobulis, plasma exchange Abx.
70. Most common characteristic of MVP = Mild systolic Click.
71. IVDA + fever+ chills + SOB with CXR with abscesses .What do you expect to find on cardiovascular Auscultation = TR
72. HIV ,PPD 7 , normal chest x ray = **INZ**
73. HCV with proteinuria. What to expect on biopsy= focal segmental vs if glomerulonephritis = membranoproliferative.?????
74. 70y/o male who cannot climb a stair is been evaluated for surgery. Hx of DM and bronchial asthma but no chest pain, palpitations, sobs. Patient currently with wheezing. On EKG nonspecific ST changes. What to do next? **Clear for surgery.**
75. Pt with CREST, normal spirometry, low DLCO clear to CTA, CXR with protuberant pulmonary artery= Pulmonary HTN vs. pulmonary fibrosis?????????
76. HCV treated with RIBA and INF for 48 weeks with high viral low . What to do next? **Vaccine with HAV and HBV.**
77. Pt with chills, fever, myalgias and multiple BKP, no esonophilia, CXR demonstrate variable infiltrates = **hypersensitivity pneumonitis.**
78. Pt with benign positional vertigo (vertigo upon movements) = tx? **Epley maneuvers.**
79. Acute MI with EF 35%, what medication needs=**statins+ACE+BB**
80. Lung CA stage 4 with PE Next? **IVC Filter**

81. Afib on warfarin after 3 days of hospitalization pt presents with Low NA, Low BP, High K, next diagnostic test = **cortisol levels.** ACTH stimulation test not an option.
82. Pt with several relatives with colon CA father, sister and aunt, dx **HNPCC**
83. Colon Ca with t2 N0 (submucosa) s/p resection, **no further treatment.**
84. Pt with panic attack???
85. Pt with hgb 12.6 hypo-micro and modest target cell, normal electrophoresis.= **Thalasemia**
86. Pancreatitis + UGIB and gastrc varices = **splenic vein thrombosis**
87. Renal transplant pt with prednisone and immunosupresive therapy, neck stiffnss, CSF with 200 poly, glu 60, protein 80.TX **Ampi + Vanco + Ceftriaxone.**
88. 65 y/o male picnic that developed headache, lower extremities weakness, CSF with 200 poly, glu 60, protein 80.TX. **Lysteria** vs. other meningoencephalitis??
89. Young men with testicular pain, sexually active. No trauma hx. What is the next step? **Urgent urologic consult** vs Abx.
90. K young Pt 6'5 and w. 110kg, football player w/o chest pain that came for routine evaluation. Who present with a Murmur that decreases with standing = next step= no exercise, do exercise and labs before exercise. Unknown if murmur decreases or increases???
91. Woman with hypotension, hypoactive, facial edema, N 116, labs for confirmation of dx=**TSH and T4**
92. Hockey player with asthma.Dx= **Methacoline test**
93. Pt with DKA (glu700 with higa AG met Acidosis). Lo ponen en drip the insulin y le baja el DXT a 255. Le bajan el drip a 3 y cominezan lecambian liquidos a .45 con D5Wy le bajan el rate a 3. 3 horas mas tarde desarrolla AG y la azúcar sube a 355. Next step = **D/c d5W.**
94. 17y/o pt with mononucleosis and LFT elevations, now comes with LFTon 600 + antismooth muscle + = tx, **prednisone.**
95. Postpartum pt with loss of vision and MRI with sella turcica hemorrhage= Cerebral angiography zvs. Nimotop. No sabemos bien la pregunta.
96. Woman with Erythema Noduson dx.CXR with **perihiliar lymphadenopathy**.
97. Elderly with memory problems, retrograde amnesia and decrease mini mental, resting tremors, hallucinations dx. Lewy body
98. Elderly woman that husband died 1 year, is apathic and a mini mental 23. When she become 75y/o to what she is 50% more at risk than the general population= Depre, Parkinson, **ALZ**, Death.
99. Elderly with CA and Mets D/H with extended realese morfine , developed wheezing albuterol and prednisone are started. Patient developed AMS. **Taper morphine,** D/C prednisone, d/c morphine.
100. Lung CA stage 4 with BKP and is entubated. Patient had expressed that do everything for him. You now pt has no prognosis and family asked for confort care. His proxy-son asked what he can do? Continue aggressive therapy, sign DNR but continue with aggressive therapy, explain the son that he is the proxy and he has to make the decision, d/c MV
101. Pt with cystal Oxalate in urine. What order next= **Serum Osm**

102. Pt with piloerection and dilated pupils= **heroine withdrawal**
103. **Contraindication for herpes Zoster vaccine** = allergia al huevo, more that 80 y/o, new onset of chikenpox,prio exposure to herpes Zoster.
104. Productive cough + IgE elevated, eosinophils, Tx. Prednisone
105. Large cell with many bacteria around (clue cell) tx, metronidazole
106. Sensitivity and specificity definition
107. Metanalysis definition- **combines** quantitative information from several studies to give a summery statistic.
108. Pt with BMI 32 that falls at sleep while driving, next test to confirm diagnosis= **polysomnography**
**109.** Pt that clean crabs and developed cellulitis and hemmorragic bulla= **V. vulnificus**
110. DM pt with onycomicosis toe + area of cellilits 2 x 3 (separada de area de una) which organism is the most probable= **Strep** ,hongo,gram –
**111.** Woman sexually active with pustule dx= **disseminated gonococcus**
112. Perifollicular hemmorrage and gum bleeding= **Vit C deficiency**
113. Dry skin + headache = body bilder= **Vit. A toxicity**
114. Pt treated with doxy for 30 days presents, 1 week ago after 6months of treatment presents with joint pain, and now is asymptomatic , next step= **reasurrence**

*Brainstorm 2008*

1. Old pt with hand tremor when holding a glass of water and trying to drink it, brother with same symptoms?
Tx. Primidone (Essential tremor?)

2. Matocytosis--> Pt with mastocytosis that continue with itching, mild improvement with loratadine and other anti-histamines. Next tx? Change loratadine for allegra vs ranitidine vs oral steroids

3. Pt with dx suggestive of CLL, diagnostic test? Flow cytometry

4. Tear drops mentioned in q. suggestive vignette of Myelofibrosis

5. EKG SHOWING Anterior wall MI, WHAT coronary artery involved? LAD

6. Pt taking Tamoxifen with symptoms of constipation, confusion, signs of hypercalcemia. What is the cause? Tamoxifen

7. Pancreatic cancer with locally advanced, nonresectable and with liver mets, ampulla positive for ademocarcinoma, ERCP → **adjuvant chemo-radiation** vs radiation vs only chemo

8. Pancreatic CA with biliary obstruction with unresectable disease→ ERCP for stent placement

9. Pt s/p chemo tx, with thrombocytopenia, prolong coagulation parameters, elevated d-dimers → **DIC** vs TTP VS ITP vs HIT

Stadistics
10. Definition of Negative predictive value: formula

11. Sensitivity formula, definition

ETHICS

1. Pt with renal failure with mental changes, gives daughter power of attorney, daughter have DNR directrices by mother → give dyalisis

1. TTP → Plasmapheresis

2. Pt with heparin treatment and a drop of platelets from 140,000 to 40,000 → give anti-thrombin inhibitors

3. 38 y/o with vasovagal syncope → cardiogenic syncope (Arora)

4. Pt with herpes labialis, a picture given with erythema multiforme

5. Picture of nail- pitting → Psoriasis

6. 23 y/o with HIV with prophylaxis para PCP with weight loss, fever, abdominal pain, CD4 55 , no diarrhea → **MAC** vs PCP

7. Asthmatic female pt with wheezing , CXR with opacities, infiltrates, eosinophilia → Aspergillus (ABPA)

8. Pt with albuterol, with no improvements of asthma symptoms → give inhaler steroids

9. Solitary liver nodule mets→ resect

10. EKG WITH DIFFUSE ST elevation, Tx → Ibuprofen

11.EKG with Inferior wall MI → give IVFs

12. Pt with shock after accident, surgery done, pt become septic→ Severe pneumococus infection (ARORA)

13. Pt with severe RA, given MTX, one wk later the pain improves 70%, MCV elevated 100, anemia → Give Folic Acid

14. 16y/o female with abdominal pain, test showed positive for gonococcus and chlamidia, do you have to ask the pt's parents to treat her? → No, pt can give permission

15. Picture of pustule in a female sexually active with multiple partners, right knee swelling, erythema → disseminated gonoccocci

16. Pt with Drawer sign (+) → Anterior cruciate ligament

17. Old pt with back pain given oxycodone, what else you will give →
give laxatives

18. Difference between Obstructive sleep apnea vs obesity
HYPOVENTILATION SX? Obesity  hypoventilation sx have
hypercapnea

19. Young pt at the movies with dizziness, mother diabetic, c-peptide
high and insulin levels high, responded to glucagon→ suspect
Intoxication by sulfonylureas → ask for urine for sulfonylureas
(ARORA)

20. Weird case: YOUNG female with hypokalemia and metabolic
alkalosis, BMI 23, using diuretics → Bulimia

21. Pt with MI, anterior MI, hypotensive → Parameters of cardiogenic
shock ( ARORA)

22. Pt intubated on MV, TV 500ml, R/R 10, f/u ABGS po2 140%, pCO2
60% , next step?→ **increase TV** vs increase PEEP

23. Viral conjunctivitis , recommendation?→ wash hands

24. Picture of Mycosis Fungoides

25. EKG description  with SI QIII TIII → PE

26. PT WITH CABG, LAD >90%, 2D ECHO WITH EF OF 30% ,
WHAT you will do when D/H → ICD

27. Thrombocytosis, test to differentiate → LAP score

28. Pt came from a travel, stopped taking mefloquine and developed
fever, malaise, a peripheral showing malaria, vivax? tx ? (ARORA pag.
21 ID) →  primaquine + Chloroquine?

29.  Tear drop mentioned on vignette, dx?→ Myelofibrosis

30. CXR with calcification on diaphragm→ Asbestos exposure

31. Requirement for hospice care → > 6months

32. UC with Primary Sclerosing Cholangitis, next step? ERCP
33. Pt from Vietnam with symptoms of fever, night sweats, suggestive of
Tb, CXR with infiltrates,next step? → **Resp. Isolation** vs Sputum for
acid fast vs anti –TB meds

Brainstorm 2007
Questions repeated on Board 2008: 15, 38, 44, 48, 49, 50, 57, 65, 70, 77,
78, 88, 102, 118, 121, 127, 131, 134, 137, 141,147, 151 to 156, 170, 172,
179, 195, 198, 207

Brainstorm 2008 (VA)

1. PMR Patient with visual changes – Temporal Arteritis
2. Wegener's with upper and lower respiratory tract findings, mild hematuria; which test to confirm diagnosis? C-ANCA (Anti-Myeloperoxidase, Anti-Proteinase3)
3. Red eye
4. EKG – inferior MI, hypotense – tx with iv fluids
5. Acute Pericarditis tx – Indomethacin
6. Patient with Aortic Stenosis for the diagnosis of the valvulopathy itself with clinical symptoms
7. Recognize TTP and the treatment
8. Recognize AML (M3) (Promelocytic) with DIC tx – ATRA
9. Case of Malaria on a patient that was on Prophylaxis and he discontinued prophylaxis by himself and came with a relapse of malaria – possible tx with Primaquine if Vivax…please analyze question !!!
10. Case of Patient with UC to recognize PSC
11. Case of PBC in a male ???? to send which antibody - Antimitochondrial
12. Female with cervical discharge after tx with Ceftriaxone – suspect Chlamydia and give Tetracycline, or Azithromycin
13. 2 questions about Hep. C and Cryoglobulin
14. Various questions of Hemochromatosis, recognize hypogonadism, pseudogout, 2nd and 3rd MCP arthritis and DM, Bronze skin, Transferrin Saturation above 45% and gene analysis
15. Young male with liver disease and coomb's negative hemolysis – Wilson's disease
16. Patient with obstructive uropathy, then inserted folley and gram stain showed gram positive cocci and gram negative bacilli – Dx. Of suspected Enteroccoci to be treated with a Penicillin (Pip/Tazo); Moxifloxacin and Tygecicline and not excreted through urine; no Cephalosporin cover Enteroccoci
17. Interpretation of Hep. B serology – looks to be chronic carrier
18. Patient with Hypercalcemia and Hilar Adenopathy for Dx. Of Sarcoid
19. Patient that traveled to Russia and developed chronic diarrhea – Giardia
20. Patient with bone pain, anemia, hypercalcemia – MM
21. Patient with MGUS findings – no treatment necessary
22. Patient with malabsorption, suspected Celiac disease – send antibodies (transglutaminase or antiendomysial, don't forget association with dermatitis herpetiformis, skin biopsy will show linear deposit of IgA)
23. Recognize patient with ABPA
24. Recognize patient with Churg-Strauss
25. Recognize patient with Henoch-Schonlein purpura
26. Patient with wide mediastinum and gram positive bacilli – Anthrax
27. Elderly patient with gram positive bacilli – Listeria, Ampicillin; if allergic to penicillin consider Bactrim
28. Recognize Ehrlichiosis or Anaplasmosis – Morula, drug of choice tetracycline
29. Recognize Blastomycosis – Pulmonary and Skin lesion don't forget pulmonary and brain lesion to be Nocardia

30. One question about Lithium about a psychiatric patient, dehydrated, dry oral mucosa – Nephrogenic DI
31. Recognize Herpes Encephalitis – PCR in CSF, Tx with Acyclovir
32. Clue cells to diagnose Bacterial Vaginosis
33. HIV+ Pt, high viral load, ppd at 7 mm – treat due to latent tb inh x 9 months
34. How to differentiate between OSA and Pickwickian syndrome
35. Treatment for WPW – Procainamide
36. COPD exacerbation, recognize the need for NIPV vs Endotracheal intubation
37. Recognize patient with salicilate intoxication, high anion gap metabolic acidosis
38. Recognize that MM has low anion gap
39. Treatment for Cocaine induce MI – avoidance of BB, treat with CCB or Nitroglycerin
40. Veteran patient with fever, chills, weight loss. Next step- respiratory isolation due to suspected TB
41. What decreases risk of infection for central line insertion – "proper draping"
42. Story of patient with target cells – Thalassemia
43. DM patient with external malignant otitis – cause Pseudomona
44. Young woman with normal pap, monogamous, for what else are you going to screen – HPV
45. DM patient with cellulitis and onychomycosis – cause Streptococcus Group A vs Onychomicosis (DR G says Streptococcus)
46. Loss of peripheral vision – glaucoma
47. Old patient with dementia, hallucinations – Lewy body dementia
48. Woman with PMS – give SSRI
49. Pt with pseudodementia – give SSRI
50. Pain on web between 2nd and 3rd toe – Morton's neuroma
51. Colon CA pt (T3, N0, M0)– give adjuvant chemotherapy
52. Breast CA pt s/p biopsy, 6 nodules positive – give chemo, radio and Tamoxifen ??
53. Restrictive PFt's – Dx. Sarcoid
54. Maltoma – H. Pylori
55. Before Infliximab do – PPD
56. Recognize Waldestrom macroglobulinemia – no lytic lesions, tx plasmapheresis
57. IgA deficient patient – what is the treatment ???
58. Recognize cirrhotic patient that had trauma on leg – Vibrio vulnificus
59. Pt. with productive cough, increase eosinophil and IgE – ABPA
60. Pt. with asthma has nasal polyps, with asa – answer is to d/c asa due to Samter's
61. Amsterdam criteria for HNPCC
62. Treatment for HUS – supportive, plasmapheresis
63. Pt with suspected asthma, normal PFT's – next step metacholine challenge test
64. Erythema nodosum in shins – Sarcoid
65. Schistocytes seen in – DIC, TTP, microangiopathic hemolytic anemia
66. Erythema Multiforme – Herpes
67. Pt with enthesitis, swollen ankle – Reactive arthritis
68. EKG with LBBB – paradoxical splitting
69. EKG with Inferior MI – associated to RCA
70. EKG with diffuse ST elevation, PR depression – Pericarditis

71. patient with WPW comes with chest pain, now with bp 80/0 , EKG with V-fib – next step Defibrillation
72. Ace-I works on efferent arteriole
73. Livedo Reticularis, post cath – cholesterol emboli
74. Pt with pancreatic CA – ERCP with stent
75. Purulent secretion in the ear and frequent infections – cholesteatoma ???
76. Pt. of Arkansas, purulent conjunctivitis – Tularemia
77. Pt. with Hep. C, unresponsive to treatment – Vaccinate for Hep. A, B
78. Pt. with chest pain, with irradiation to back – Aortic Dissection, dx with TEE
79. Pt. with FBS 132 – Repeat FBS vs 2 hour oral
80. Pt. with hematemesis, 1 day prior to admission, in ER coffee ground, has orthostatic changes, EGD found with duodenal ulcer clean base, what is the next step – Give blood and Admit to MICU….dah???
81. T score -2.5 – tx with biphosphonate
82. Pt. With hematuria for 1 day, negative cytology, RBC in U/A 5-6 – F/u in 2 months with new urinalysis
83. Pt. with telangectasia, sclerodactyly, raynaud's – limited scleroderma (Crest)

---

statistics:
1. definicion de meta analisis
2. npv en la forma de TN/TN +FN ¿???
3. def de ppv en palabras

rheumatology (fue de lo mas k vino)
1. femenina de veintipico k viene con quejas de general malaise, arthralgia y myalgia. mencionan painless oral ulcers en medio de un parrafo largo, preguntan Dx; SLE
2. HIV male with PPD 7 (hay 2 preguntas parecidas, una te pregunta next step: respiratory isolation y otra te pregunta para k contestes: isoniazide x 9 months.
3. hip pain with normal xray: osteoarthritis
4. hay un caso clinico super largo con un monton de sintomas, te mencionan fallo renal y lesiones violaceas;Dx:mixed cryo
5. una mujer con sintomas de sjogrens y te preguntan next step: yo me fui con el menos invasivo (autoantibodies) pero tambien estaba parotid bx ustedes deciden.
6. caso de bursitis trochanteric y preguntan tx
7. caso clinico clasico de still's (fever spikes, arthralgia and salmon rash): lo k preguntan es el dx
8. caso de mujer k tuvo un episodio d diarrhea y se keja de arthralgia en una articulacion: preguntan dx: reacive arthritis.

cardio (tambien vino bastante, pero no me vino nada de jugular venous pressure)
1. mujer de cuarentipico k viene con dolor de pecho y ensenan un ekg, preguntan Dx: st elevations en muchos leads:pericarditis
2. st elevation mi in II, III, AVF en un ekg; preguntan cual arteria es la afectada: RCA
3. preguntaron un monton de preguntas de soplos, como aproximadamente 6, pero estuvieron brutales pk te las mezclaban en un mismo paciente, con maniobras.

4. paciente con clinica de cardiac tamponade, preguntan next step: no recuerdo bien si habian 2 preguntas parecidas para next step; una era para 2d echo y otro para pericardiocentesis.
5. paciente con fallo cardiaco, hypotension y elevo enzimas hepaticas: te preguntan cual es la causa del problema hepatico: ischemic hepatitis.
6. paciente con fallo cardiaco decompensado y le dieron 160 mg de lasix, orino un monton y luego de 6 horas desarrollo hypotension. te dan unas hemodinamicas que casi todas laspresiones estaban borderline low, pero el caridac index estaba en 2, te preguntaban la causa, yo puse hypovolemia

1. paciente que llega con una pneumonia desarrollo una efusion le hacen una toracentesis y el ph estaba en <7,next step: tubo de pecho
2. paciente que llega con falta de aire, y te describenmatidez a la percusion con disminucion de los sonidos respiratorios, te preguntan dx: efusion pleural
3. paciente q va a tu oficina x primera vez y te explica k no ha tenido buenas relaciones con sus medicos previos y k sus parejas anteriores fueron un desastre: dx: borderline???
4. paciente hospitalizado por un pulmonary embolism k fur empezado en heparin y desarrollo un dvt y bajo plaquetas:hit, la pregunta es next step: d/c heparin y empezar direct thrombin inh.
5. mujer con hematemesis y en la endoscopia encontraron varices gastricas, te preguntan la causa de las varices ( no hay historial de cirrhosis): splenic vein thrombosis
6. paciente k recibe como 15 unidades de transfusion de prbc, preguntan k tu esperas encontrar: hypocalcemia.
7. paciente de cld q llega con hematemesis, y tenia cambios en estado neurologico: next step: airway protection con endotracheal intubation.
8. paciente con diarrhea q le hacen la prueba de grasa en escreta y salio positiva, next step: small bowel bx.
9. paciente con barrets le empiezan el tx con ppi: te preguntan cada cuanto tiempo es el follow up: endoscopy +bx en 2-3 yrs
10. paciente con MALToma, te preguntan a k microorg le tienes k dar tx: H. pylori.
11.Paciente con sintomas neurologicos y te dan un cbc y tiene anemia y el mcv esta borderline high: next step; methylmalonic levels
12.Paciente k regresa de rusia y tiene diarrea con sintomas gastrointestinal alto: bloating, cramping: no tiene wbs en stool. y no ha tenido fiebre: giardia.
13. te preguntan cual es la manera mas efectiva de evitar bacteremia como complicacion de colocar una linea central habian varias opciones yo estaba entre cambiar la linea k 7 dias y medidas de barrera al poner la linea, yo escogi esta ultima.
14. foto de geographic tongue: next step: observation

---

1. Paciente que presenta valores de oxigenación en posición recumbente y semirecumbente, con hipoxia en semirecumbente. Dx hepato-pulmonary síndrome
2. Foto de un rash en una paciente que recibió un embarque de aves. Dx Ántrax vs Monkeypox (Discutido with Dr G. y piensa que lo mas probable es MonkeyPox)
3. Viejo con obstrucción y con UTI. Se le paso un foley y creció G+ y G- Rods,Tx Zosyn (Dr G's answer); otras alt tygacil or cefalosporinas
4. ECG clásico de Inf wall MI

5. Pregunta clásica de paciente con RA que tiene un Baker cyst
6. hipogonadismo + artritis= hemocromatosis (3 preguntas)
7. Problemas del liver con hemolysis= Wilson's (2 preguntas)
8. Pregunta de pt con AML (no hay foto) con que desorden se asocia= DIC
9. Foto de Clue Cell
10. hemodinámicas clásicas de un paciente de CHF
11. Definir PPV

1. Temporal arteritis – paciente presenta con debilidad del hombro y dolor en la cara, no tiene disturbios visuales
2. Reflex sympathetic dystrophy – dolor cuando las sabanas le tocan los pies
3. IVDA with septic emboli for Tx – Nafcillin & Gentamycin for 2 weeks
4. Picture of clue cells for Tx
5. Female, in her 40s, pre-menopausal, having cyclical emotional problems, she s conscious about her problems being cyclical, for Tx – SSRI
   a. Fueron dos preguntas, la segunda no era tan obvio que su problema era ciclico – keep a diary of her problems for the next appt.
6. Obstructive uropathy with UTI, gram stain with G (+) cocci and G (-) bacilli what antibiotic – **Zosyn**, Aztreonam, Tigacyl, Moxifloxacin, Ceftazidime
7. TTP with classic presentation – plasmapheresis
8. Elevated creatinine following use of Septra – mechanism
9. DEXA with score lower than – 2.5 – start Allendronate
10. 6-7 daily episodes of watery diarrhea after returning from Russia, O&P negative, C.diff toxin negative, sigmoidoscopy negative, duodenal aspirate negative – Giardia
11. Scleroderma question on screening for pulmonary HTN
12. AML – DIC
13. Hemodynamic values – cardiogenic shock (solo una pregunta)
14. Echocardiogram with a Myxoma – refer for surgical removal
15. Hyperparathyroidism with renal failure and young age – surgery
16. 3 questions on heart murmurs
17. Diabetic patient with hyperlipidemia on Antorvastatin, max dose, with slight increase in LFTs, follow up lipids with low HDL. What to add – Niacin or Zetia
18. 2-3 questions on Cryoglobulinemia
   a. Skin changes, arthritis, with history of PRBC transfusions in the past
19. Picture of geographic tongue
20. Pet shop worker with skin rash, no vesicles, had a black center, recent shipment of exotic animals – Anthrax, Monkey pox, (no tularemia on answers)
21. Non functional adrenal incidentaloma measuring 2.7 – f/u with sonogram
22. Young female with diarrhea and pain which wakes he up at night
23. Positive predictive value – definition
24. Sensitivity – definition
25. Patient with altitude sickness – Acetazolamide
26. Infected catheter – removal
27. Anemia, renal failure, bone pain, no lytes given – MM
28. Widened mediastinum - anthrax
29. Patient with eosinophilia, no eoinophils in urine, recently treated with antibiotics (penicillin) – interstitial nephritis
30. Multiple questions on hemochromatosis
   a. Hand arthritis with anemia and elevated LFTs
31. Question where answer was panhypopituitarism – low T4, TSH and either FSH or LH
32. Patient who ha history of having Redman syndrome, needs antibiotic therapy – give Vancomycin at a slower rate

33. HNPCC – sigmoidoscopy for family members
34. 2 question on patients using Lithium
    a. Nephrogenic DI
    b. Thyroid
35. Colon cancer, s/p hemi-colectomy, now with a solitary liver mass – surgical resection
36. Patent with diarrhea, diabetic, metabolic acidosis, anion gap 8-9, glucose 300 cause of metabolic acidosis is diarrhea
37. Pancreatic head mass, no mets – whipple procedure
38. Classic allergic bronchopulmonary aspergillosis
39. Patient on a ventilator, s/p MI, v/s signs and CBC given, Patient has respiratory acidosis. Ventilator parameters are set for ARDS – adjust settings for regular ventilation
40. Male patient with pruritus, high alkaline phosphatase, rest of work up negative, (+) AMA – PBC
41. Man from Arkansas with Tularemia
42. 1 question on Lewy body dementia
43. Old patent with meningitis – include Ampicillin in treatment
44. Patient with recent tick bite for about 2 hours, is worried about Lyme – reassurance
45. HIV, s/p PPD with induration of about 8mm – INH prophylaxis for 9 months
46. Patient with septic shock – Start aggressive IVFs
47. CLD who has decreased O2 sat% when changing position – hepatopulmonary
48. Skin lesion he is a precursor of skin SCC – actinic keratosis
49. Patient with calcified gallbladder – refer for surgery
50. Patient with GI bleeding – answer was start on Propanolol
51. CXR with linear calcifications – asbestos exposure
52. Female with SAAG >1.1 – budd chiari

# EXHIBIT 17

# Exhibit E

DOCID = 10020165
PARENT_DOCID = 10020165
SOURCE = Dr Arora - Outlk Exprs E-mls - Sent PST
ATTACHMENT : Fw: Some Q's
├ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0002\00000000EDFE5F5C4A85124F8457A4CB656D152C24252200.#1.Aug-12-09.pdf
└ Z:\!Attachments\027446\Arora-Eml-Sent-Attch_0002\00000000EDFE5F5C4A85124F8457A4CB656D152C24252200.#2.Constrictive pericarditis.jpg
FROM : Rajender K Arora, MD <boardreview@comcast.net>
TO : Jimmy R. <padrinojr@yahoo.com>
SUBJECT : Fw: Some Q's
FOLDER : \Sent MSGs\Imported Mail\Sent Items
DATE = 08/13/2009
TIME : 12:16:13 -0400
GMT_DATE = 08/13/2009
GMT_TIME : 16:16:14 GMT
TEXT01 :

----- Original Message -----
**From:** Omar Esponda
**To:** boardreview@comcast.net
**Sent:** Thursday, August 13, 2009 1:31 AM
**Subject:** Some Q's

Here are few that a friend from Florida that went to the crash course sent me. Also a lateral view of CXR of constrictive pericarditis that you can add to your presentations. If you have any new questions I can use before the exam I'll be happy to use them before the exam on friday. I never found why the long QT syndrome should have an ICD with a pacemaker though, if it does not have interventricular conduction defect. Anyhow thanks again... and send some new ones if you have some; good for nitric oxide and to use in those days of high libido.

Best wishes,

Omar
San Juan, PR

MESSAGEID : 00000000EDFE5F5C4A85124F8457A4CB656D152C24252200
MESSAGEINDEX = 0000004334
ENTRYID : 00000000EDFE5F5C4A85124F8457A4CB656D152C24252200

Cardio (1) Coronary artery disease equivalent: AAA

Term (2) Atopic dermatitis is ass. c̄ BA & Rhinitis have increased IgE & manifest rashes erythematous & pruritic mainly on flexural surfaces

Term (3) Seborrheic keratoses – warty brownish plaques/stuck upon skin non malignant non premalignant

Nutr (4) Vitamin C deficiency manifesting perifollicular hemorrhages & bleeding gums

Term (5) Pityriasis Rosea – Herald patch followed by small pruritic lesion usually in summer months

Term (6) Best Test for latex allergy is RAST for allergy to latex

– (*) Contact dermatitis due to topical antibiotic

– (*) Dermatomyositis – gottron's papules & Heliotrope rash CA screening

– (*) Nasal glucocorticoids effective in any type of rhinitis including perennial allergic rhinitis

Term (7) A bee keeper would benefit from immunotherapy to prevent anaphylaxis

Endo – Man ū decreased libido for the past year
testosterone 18↓ is low, prolactin 2500↑ is high, FSH low 2.2↓
Dx. Prolactinoma

Endo – Best screening test for acromegaly IGF-1 (Somatomedin C)
– Best for confirmation 3hr GTT & GH failing to suppress

Endo – Best way to prevent the onset of DM is diet & excersize

Endo – Patient who was recently diagnosed ū DM 4 months ago
FBS 170, HgA1C 8% started on diet & excersize W.B.N.
Start biguanide

Endo – After URI, soreness of neck, tender thyroid, enlarged
↑ESR, TSR↑ & T4 WNL. Establish diagnosis ū RAIU

Endo – Patient on ASA, Digoxin & Amiodarone. High T3 & T4
with low RAIU <5% Most likely Amiodarone induced Thyroiditis

Endo – Pt in ICU with hypotension on vasopressors low thyroid
function tests & high T3. Dx: Euthyroid sick syndrome
Repeat TFTs 2-3 weeks

Endo – Patient develops fracture on alendronate Dx. Vit D deficiency

Endo – X ray shows looser zone bands = Osteomalacia due
to vitamin D deficiency

Endo – 62 y/o Ot T score LS −1.0 & Hip is −3.0. Why the discrepancy? Patient has osteoarthritis of the spine.

Endo – Patient with decreased libido & nocturnal tumescence, received radiation to head → Gonadotropin deficiency

Rheum – Seronegative spondyloarthropathy Rh factor(−), HLAB27(+) asymmetric <4 joints affected, enthesis inflam tendons, ligaments, capsules swelling of entire digit

Rheuma – Non specific urethritis, conjunctivitis, asymmetric arthritis HLAB27(+) Dx: Reiters Tx: NSAIDS enhance DMARD's

Rheuma – HLAB27(+) O/E pitting of nails Dx: psoriatic arthritis Tx: NSAID's / MTX

Rheuma – Hip OA with pain radiating to groin Tx: Tylenol 4gr qd Joint fluid < 2000 WBC's

Rheuma – Patient c microcytic anemia on NSAID's, FOBT (+) WTDN → D/C NSAIDS & start on acetaminophen

Rheuma – Adhesive capsulitis after prolonged cast/sling/immobilization contract can't go into articulation. Tx: physical therapy early mobilization

Rheuma - Pt. with Fibromyalgia, lack of sleep, Raynauds phenomenon many tender points. Tx: Stress reduction, aerobic conditioning & excercize; low dose amitryphline, gabapentin, duloxetine

Rheuma - Relapsing Polychondritis → Nixon had it! Swelling of ears, hoarseness & aortic regurgitation Dx: biopsy of cartilage / Tx: steroids & immunosuppresants.

Rheuma - 20mg of steroids a day → auditory hallucinations - less than 20mg of is more likely SLE related with visual & tactile disturbances

Rheuma - Systemic Sclerosis / Scleroderma / Anti Scl 70 + Renal crisis → HTN, proteinuria, edema → Tx c̄ ACEI can be precipitated by steroids

Rheuma - How will you recognize a rheumatological (secondary vs primary) disease in a patient with Raynaud's In 2° Raynauds ≥ 40 y/o; abnormal nail fold capillaries & digital ulcerations

Heme - DM + 9mg/dL Hgb, FOBT ⊖, Erythropoietin low, Started on epogen & 4 wks later Hgb continues low. WTDN → Start on ferrous sulfate

Hema — Sickle cell anemia with chest pain, fever, no PMN & sputum CXR shows infiltrate.
Dx: Acute Chest syndrome → leading cause of mortality
WTDN Exchange transfusion / 16% die of microvascular infarcts
→ 9% Fat emboli

Hema — Methylmalonic acid levels are elevated in B12 deficiency with near normal B12 levels Tx as deficiency still

Hema — Best way to screen for hemochromatosis is transferrin saturation
Ex. alcoholic, arthralgias, bronze skin, decreased libido

ID — Pt with URI from bacteria develops anemia ↑LDH & Retic count. Labs Mycoplasma titer ⊕, Cold agglutinin ⊕.
Most likely cause of anemia is... Mycoplasma induced hemolysis

PNH, abdominal pain, hemolysis with negative coombs

Hema — Hereditary Spherocytosis
commonest membrane defect (spectrin deficiency)
RBC rigid & spherocyte ↑MCHC
smear → spherocytes w polychromatophilia
Dx: osmotic fragility test
Tx: Folate supplements

Hema – In which of the following will you see a schistocyte?
DIC

Hema – Diagnosis of ITP
Megakaryocytes in circulation, ē isolated thrombocytopenia recurrent, epistaxis, frequent ecchymosis, menorrhagia or gingival bleeding. Gingival bleeding may not occur until the platelet count falls to very low levels. <5,000
Dx: Smear ↓ Plts, megakaryocyte, RBCs OK, PT/PTT, LDH, Retic normal

Hema – Patient who develops HIT Tx: D/c Heparin & administer argatroban, until platelets normalize

Hema – Pt. diagnosed with DVT & started on anticoagulation with heparin 2 days later patient is hypotensive
Na 124 & K 5.6
Dx: Bilateral Adrenal Hemorrhage due to Heparin

Hema – Asymptomatic patients with above conditions don't need to anticoagulate unless during periods of increased thrombotic risk; surgery, immobilization ect.
- PNH – Nephrotic syndrome
- HIT – OCPs
- CA – Tamoxifen & Raloxifene

Hema - 65 y/o c PV c regular phlebotomies for the past 3 years with good results. He has not required a phlebotomy in more than 6 months. He now presents with severe fatigue. No arthralgias. Exam reveals splenomegaly Hgb 8 g/dL. Blood smear shows tear drop cells target cells & nucleated RBCs. The most likely etiology of his anemia is:
Myelofibrosis

Gastro
Patient with 2 hyperplastic polyps → Colonoscopy in 10 years
Patient had 2 adenomas (≤1cm) removed → Colonoscopy 5yrs
Patient had 1 tubular adenoma 1cm / 3 small adenomas / 1 villous adenoma → Colonoscopy 3yrs

Next colonoscopy
Hyperplastic polyps → in 10 years
Adenomas 2 or less (≤1cm) → in 5 years
tabular adenoma 1cm
villous adenoma } → in 3 years
3 small adenomas

Hyperplastic polyps → 10 years

Adenomas ≤2 & <1cm → 5 years

Adenomas >2 & >1cm
Tubulous or villous } → in 3 years

Onco – Mamography is most sensitive in postmenopausal
Digital mamography for patients less than 40y/o

Onco – Leptomeningeal spread of metastasis of patient ā Breast CA has absent left ankle reflex

– The most likely reason for quitting smoking is intention to quit. If patient with no seizures can use ~~[illegible]~~ varenicline or bupropion.

Hypertrophic osteoarthropathy in lung CA causes periosteal elevation of cortex.

Onco – Patient with testicular mass play contact sports ~~[illegible]~~ No hx of trauma: O/E painless mass US reveals solid mass; negative ~~[illegible]~~ HCG & alphafetoprotein
Dx: Hematoma

Onco – Testicular mass with dragging sensation, normal AFP, normal HCG, TX: High inguinal orchiectomy

Onco – Patient dx with lymphoma 2 years ago, but did not required treatment at the, time, presents with shortness of breath. Chest X-Ray shows effusion. The pleural effusion is tapped & pt. feels better
Next Best management?
– Chemotherapy

ID

Pt. with endocarditis → 1°AV block then perform TEE to R/o abscess if ⊕ surgery
Persistent bacteremia after 48hrs cont. same tx.
" " after 6 days → surgery
Emboli surgery or Fungal vegetation surgery

ID

High risk conditions
- Prosthetic valves ① Prosthetics
- Previous histories of endocarditis ② Endocarditis
- Congenital Heart Disease ③ Congenital
- unrepaired & shunts unrepaired &
- repaired for 1st 6 months 6 months after repair

Antibiotic of choice Amoxicillin 2gr PO 1hr prior
Ampicillin IV
Azithromycin or Clinda if allergic to PNC

Amo per boca
Ampi IV
Azithromycin & Clindamycin if allergic

ID

HSV encephalitis
Cell count 1,000 - 2,000 MRI ē temporal involvement
Differential lymphocytes Tx Acyclovir
Glucose normal
Protein elevated or normal
RBC's positive

ID - Disseminated gonococcal infection female with fever & pustule on dorsum of hand. Painful knee
Gram stain ⊖ 80,000 PMN's a aspirate of knee
Management → culture of all orifices
Tx: c̄ Ceftriaxone & Doxycycline

ID - Pt vena cava filter placement 48hrs later presents with erythema at incision site, diffuse rash, hypocalcemia hyponatremia, ~~increase~~ ↑ creatinine, ↓BP, fever.
Wound with Gram stain ⊖
Dx: Toxic Shock syndrome Tx: Surgical Debridement
Etiology → Strep or Staph Clinda & Penicillin
Early <24hrs Late >24hrs
Culture ⊕ Culture ⊖

ID - Diabetic foot osteomyelitis; polymicrobial flora; broad spectrum antibiotic

ID - Patient with positive lymph nodes, monospot test ⊖ with increasing shortness of breath. O/E large...
Tx: STEROID no antibiotics

ID – Garbage worker / Hunts squids / conjunctival suffusion / few scrapes on hands / Labs = CPK 765 WBC 9,500 bilirubin 2.8mg, AST/ALT 58/80, BUN/Cr 110/8.0
Dx: Leptospira interrogans

ID – Blastomycosis painless scaly looking nodular lesion on the nose, can have apical infiltrate, thick walled cavitary lesion, pleuritic chest pain.

Toxi – Pt with tinnitus, lethargy & tachycardia. Na 140, K 4.9, Cl 100, $HCO_3$ 16, pH 7.48, $pCO_2$ 21 $HCO_3$ 16
ASA OD causes respiratory alkalosis & metabolic acidosis
Dx Aspirin Toxicity
* Tinnitus & ASA for the past 10 years

Nephro SIADH urine osmolarity >1,200
Na >145 $Urine_{Na}$ >100 $Urine_{osm}$ ↑ >1,200
post $H_2O$ deprivation No Δ & after DDAVP No Δ

Nephro Minimal Change
Hodgkins disease, NSAIDs, CLL, Lithium

Focal Segmental
African Americans, Heroin use, Obesity

Membranous
NSAIDs, Solid tumors (Lung CA, Colon CA & Stomach CA)

Nephro

Serum Complement levels decrease in (mainly nephritic presentations)
* Cryoglobulinemia
Post strep GN up to 8 wks
MPGN
SLE
Subacute Bact. Endocarditis
Atheroembolism

Nephro

Cryoglobulinemia
- Circulating IgG which precipitate upon cooling
- Proteinuria with gradual loss of function
- Infections such as Hepatitis C, B
- Collagen vascular diseases
- Lymphoproliferative diseases
- Fibrinoid deposition
- Complement is Low C4
- Treatment → underlying disease
- α-INF + Ribavirin for Hep C induced cryoglobulinemia

Nephro | Palpable purpura, Proteinuria, ANA ⊕, HCV ⊕, C3 (NRL) & C4 ↓ anti ds DNA & anti smith ⊖
Dx: Mixed cryoglobulinemia

Nephro | Elderly male with history of hypercholesterolemia, DM II & HTN on B-blockers, statins & HCTZ. Blood pressure still remains at 170/115. Serum Cr 1.6 mg/dL
ACE inhibitor added controls BP but goes into ARF. What is the most likely cause:
Pre renal azotemia due to ACE inhibitor

– Most appropriate method to diagnose renal artery stenosis
MRA/doppler ultrasound

– NSAID's induce nephrotic syndrome & interstitial nephritis

Cardio – Post catheterism, livedo reticularis, eosinophilia patchy discoloration of skin, finger tips & toes
Dx: atheroembolism; confirm with skin biopsy

– Rhabdomyolysis CPK ↑↑↑ & Uric acid ↑ ⊕ Dip stick
Tumor lysis CPK ↑ Uric acid ↑↑↑ ⊖ Dip stick
RHABDOMYOLYSIS alcoholic found on the street

Gastro – Patient with short bowel syndrome add calcium to decrease oxalate absorption

Nephro – Best way to decrease urinary calcium excretion & prevent stone formation in the urine is HCTZ

~~Neg~~ 90

Pneumo – DLCO 140% of predicted, normal FEV1/FVC & TLC. Most likely finding of alveolar hemorrhage

Pneumo – Flattened flow volume loop presenting extrathoracic & intrathoracic fixed obstruction. This can be either a tumor or tracheal stenosis

Pneumo – Female worker in "Byssinosis" Monday SOB, CXR WNL
Next Step: Peak flow at work & at home

Pneumo – Ibuprofen ingestion hours later presents with SOB

Pneumo – Hypersensitivity pneumonitis CD4:CD8 = <1
usually restrictive disease (Byssinosis is obstructive as in the case of Monday chest tightness).
Patient working with an air conditioning system
Tx: remove offending agent & steroids.

Pneumo – Patient with previous h/o. of pneumonia one year ago. c/o cough of foul smelling sputum; CXR presents with cystic spaces & streaking opacities in the direction of bronchial tree Dx: Bronchiectasis
How do you confirm it.? High resolution CT scan.

Pneumo : recurrent bronchitis & pneumonias since childhood.
No known allergies or GERD. IgG electrophoresis were
O/E slender, nose polyps & clubbing.
Chest X-Ray presents with apical bullous changes.
WTDN → Sweat chloride > 60
↑ risk of pseudomonas infection staph & strep
Bronchiectasis with bleed → bronchial artery embolization

Pneumo - CXR bilateral infiltrates; biopsy reveals non caseating granulomas. CD4:CD8 > 5. Most likely diagnosis is Sarcoidosis

Cardio - If contraindication to anticoagulation
- If P.E. & on medication (failed treatment)
- If patient has P.E. & another P.E. will cause death of patient

IVC Filter indications

anticoagulation for knee replacement 70% risk of P.E.
Total hip replacement 50% risk of P.E.
Acute orthopedic fractures
Prophylaxis with LMWH for 10 days
Warfarin adjusted dose for 4 weeks
Fondaparinux for 4 weeks
External Pneumatic compression
Early mobilization

ID URI symptoms for more than 2weeks tx c̄ doxycycline w/o improvement, increasing cough spells with post tussive vomiting. Exam reveals sub conjuntival hemorrhage. Most likely organism?
Bordetella sputum PCR

Gen Exam reveals red edematous mucosa of the nares & blocked nose. Using OTC medications & it has gotten worse. Dx: Rhinitis medicamentosa

ID Influenza outbreak in Nursing home. Best management is: vaccine + oseltamivir for 2 weeks

ID PPD > 5 mm ⊕ Immunocompromised, continuously exposed with recent contacts & CXR with old TB scar

PPD > 10 mm ⊕ Acutely ill, nursing home residents, undesired

PPD > 15 mm ⊕ everyone

WTDN → CXR & ~~sputum~~ sputum for AFB to r/o active disease
→ If CXR negative treat with isoniazid (INH) for 9 months

If with increased LFTs or HCV⊕ give Rifampin 4mo.

ID | Homeless with [redacted] RUL lobe infiltrate & pleural effusion. What will you do next? Place him in airborne isolation

Pneumo | CT scan of chest pt. with multiple loculations; even after chest tube placement next step: Call surgical consult for VATS

Pneumo | Orthodeoxya → Intrapulmonary right to left shunting

Immun | Patient with allergic rhinitis took some over the counter meds. Presents with snoring. What is the reason for his snoring? Deviated nasal septum

Gastro | Intermittent dysphagia to solids & liquids. Associated with chest pain. Dx: Diffuse Esophageal spasm. Best way to diagnose manometric studies. Tx: CaCh Blocker or nitrates

Gastro | Patient with cirrhosis with spider angiomata. WTDN? EGD if with varices prophylactic propranolol & nadolol

ID | Patient goes camping on a river stream presents with diarrhea for a week. Most likely diagnosis Giardiasis Tx: Metronidazole

Cardio – Constrictive Pericarditis / rigid pericardium
JVP with prominent x & y descent & square root sign
Same RA = RV = PAP = PWCP
Kussmauls (+)

Cardio – Aortic Regurgitation
dyspnea early diastolic murmur at left sternal border
Tx: if EF < 50%
LV end systolic dimensions 50–55
and diastolic dimensions 70–75
Ntx: Echo in 3 to 6 months

Cardio – Mitral Regurgitation → Pt holosystolic murmur III/VI at apex radiating to axilla. Echo reveals severe MR & EF 50%. LV measures 72mm in diastole & LV 51mm in systole.
Management → Surgery (showing LV dilation)

Cardio – Patient with CAD & complaining of chest pain, normal EKG. Pt also COPD
Next: Stress Dobutamine echo

Cardio – Patient with peripheral vascular disease scheduled for bypass surgery. O/E wheezing, BP controlled to 150/90 from 170/110
Next: Dobutamine stress test

Card 28 – Obese woman c atypical chest pain does stress test stops after 5 min due to fatigue but no chest pain. HR increased by 50%
Patient with low Hemoglobin & EKG reveals ST depression PRBC's transfused
Next coronary angiogram

Card 30 – Pt chest pain & ST depression present → LMWH & GPIIb/IIIa but continues with angina & ST depression
Next coronary angiogram

OB/GyN - Patient wants post coital contraception. Next shunt on Levonogeshed & Ethinil eshadiol within 72hrs.
* inhibit ovulation & implantation & delay onset of next menstrual period

Ethics - Can a physician give a telephone order for DNR to nurse?
A physician should write on order sheet & document the circumstances in progress notes

Ethics - Pt with pneumonia with pleural effussion has said that if he is going to be ventilator dependent not to intubate him.
Next? Intubate & put chest tube

Cardio - $S_2$ with paradoxical split (reverse split) due to LBBB

Cardio - ASD with fixed split

Psy – Old guy with depression & psychotic features
Tx: 6-9 months for the first episode
Tx: shortest duration for 4 months

Tox – Pt presents with increased salivation, profuse sweating, nausea & vomiting, SOB, miosis & fasciculations. Pupils constricted HR 50/min
Dx: Organophosphorus poisoning

Ger – 72 y/o pt with episodes of inattentiveness & confusion especially at night. Takes enalapril for HTN & diphenhydramine for insomnia.
D/C Diphenhydramine

Ger – 82 y/o c̄ hx of frequent falls BP 140/90
what would you D/C? Diphenhydramine

Ger – Patient with overflow incontinence due to detrusor underactivity hx DM
Tx: Bethanechol

- Man admitted for GI bleeding next day sees spiders hanging from ceiling. Patient is mildly tremulousness BP 130/84 Temp 98.
Dx: Alcoholic hallucinosis

- health nut, multiple vitamins, presents with nausea, anorexia, fatigue, severe constipation. Mucous membranes are dry.
Ca 11.3 PO4 5.2
Dx: Vitamin D intoxication

- Patient presenting with panic attack feeling of vibration inside body, has palpitations & SOB. Exam reveals mid systolic click
Dx: Panic attack Tx: Paroxetine Best Management

Short term start Benzodiazepines & reevaluate in 2 weeks

Optha – conjunctivitis & serous discharge on neomycin/sulfacetamide drops. 4 days later comes back & says it has gotten worse.
Dx: Allergic to medication
– D/C neomycin/sulfacetamide eye drops

Optha – Pt left pupil mid ~~[illegible]~~ fixed & dilated non reactive. Next step urgent referral to ophtalmologist. Before transfer what drops will you install in her → Pilocarpine

– Patient with reccurrent chronic ear infections presents with discharge & a mass protruding through the tympanic membrane. He has hearing loss on that side. What is the most likely diagnosis? Cholesteatoma

– Patient in the recovery room BP 160/104 Not a known hypertensive. Next Morphine for analgesia

Gastro – Angiodysplasia dx mesenteric angiography
presents with hematochezia, 12 months
after pelvic radiation

Gastro – Extrahepatic manifestations of HCV
small vessel vasculitis
Glomerulonephritis (membranoproliferative)
neuropathy
mixed cryoglobulinemia
porphyria cutanea tarda

Gastro – Female with itching at night & Xanthomas
ALKP 1400, AMA⊕, ANA⊖ Bx granuloma &
lymphocytic destruction of bile ducts
Dx: Primary Biliary cirrhosis
Tx: ursodeoxycholate definite Liver Transplant

Optha – cobweb always moves wherever the patient looks
flashes or streaks of lights
Dx: Retinal detachment
Tx: Emergent optha eval for laser treatment

# EXHIBIT 18

# Exhibit F

DOCID = 10024638
PARENT_DOCID = 10024638
SOURCE = Dr Arora - Outlk Exprs E-mls - Important PST
ATTACHMENT : ✉ Re: 164 question the one that repeated in every exam
FROM : Jimmy R. <padrinojr@yahoo.com>
TO : Rajender K Arora, MD <boardreview@comcast.net>
SUBJECT : Re: 164 question the one that repeated in every exam
FOLDER : \Important\Imported Mail\Important
DATE = 08/16/2009
TIME : 14:17:17 -0700
GMT_DATE = 08/16/2009
GMT_TIME : 21:17:18 GMT
TEXT01 : Will do , I am just worried about the hurricane coming to PR later in the week near my exam date !

Can you imagine . . .

----- Original Message ----
From: "Rajender K Arora, MD" <boardreview@comcast.net>
To: Jimmy R. <padrinojr@yahoo.com>
Sent: Sunday, August 16, 2009 5:15:42 PM
Subject: Re: 164 question the one that repeated in every exam

AMAZING WORK!
YOU WILL NOT HAVE ANY DIFFICULTY PASSING THIS EXAM.
WHEN YOU COME BACK FROM EXAM, SIMPLY TICK THE ONES THAT WERE THERE IN YOUR EXAM - TO SEE WHAT PERCENTAGE OF THESE ARE REALLY THERE IN ONE CANDIDATE'S PORTION.

DR. ARORA

----- Original Message ----- From: "Jimmy R." <padrinojr@yahoo.com>
To: "Dr Arora" <boardreview@comcast.net>
Sent: Sunday, August 16, 2009 3:32 PM
Subject: 164 question the one that repeated in every exam

ABIM 2009 Learning
Points

1. Side effects of ecstasy:
1. MDMA(Methylenedioxymethamphetamine; "Ecstasy") is a psychoactive drug and member of the amphetamine chemical class. It produces entactogenic, psychedelic, and stimulant effects.
2. Short-term side effects of ecstasy: Nausea, Hallucinations, Chills & sweating, Increased body temp, Tremors, Muscle cramping, Blurred vision
3. Long term side effects include brain damage mostly serotonin producing neurons resulting in cognitive impairments, changes in emotion, learning, memory, or hormone-like chemical abnormalities.
2. Side effects of leuprolide: (from epocrates)

1. Serious reactions are: Spinal cord compression paralysis, PE, urinary obstruction, arrythmias, bone density loss, erythema multiforme, anaphylaxis, pituitary apoplexy
2. Common reactions are hot flashes, headache, vaginitis, depression, irritability, generalized pain, joint disorder, GI upset, edema, weight changes, dizziness, breast tenderness, gynecomastia, injection site rxn, decreased libido. Urogenital disorders, paresthesia, neurmomuscular disorder, asthenia, vaginal bleeding or discharge
3. Question is pt with prostate CA who is castrated medically with Leuprolide and side effect is osteoporosis
3. Indications of melatonin for sleep problems
1. It is not first line for insomnia, can be considered after using BDZ or zolpidem
2. A recent meta-analysis found that melatonin was effective in reducing sleep-onset latency, increasing sleep efficiency, and increasing total sleep duration.
3. Side effects include memory impairment and is commonly used when you travel to a country with of different time region to regulate circadian cycle.
4. Fat guy with S3, Pulm HTN, RUQ pain and abd U/s showing wall thickening à Surgery consult vs HIDA
5. porcelain gallbladder tx: cholecystectomy
1.
6. Cases of cryoglobulinemia
1. Cryoglobulins are cold-precipitable monoclonal or polyclonal immunoglobulins that may develop in patients with various conditions, including hepatitis C viral infection, B cell or plasma cell dyscrasias, chronic infection, and inflammatory diseases. Cryoglobulinemia may be associated with a small-vessel vasculitis characterized by palpable purpura, arthritis, weakness, neuropathy, and a membranoproliferative glomerulonephritis.
2. Treatment of cryoglobulinemic vasculitis is directed towards the underlying disease. In the setting of hepatitis C virus infection, antiviral therapy is the most appropriate treatment.
3. Pt has low complement levels
4.
7. Reiter's Syndrome
1. Arora shows a young male with dysuria, painless mouth ulcers, balanitis circinata, keratoderma blenorrhagica, Achilles tendonitis, onycholysis, uveitis, and mild leukocytosis
2.
8. Loss of dorsiflexion and eversion of foot à peroneal nerve palsy vs tarsal tunnel syndrome
9. 18 yo male with testicular enlargement and transillumination (-) found 3 days ago and has mild tenderness on coughing à CA vs torsion
10. Most common infections with C7 deficiency  à N. gonorrheae
11. Drug that is causing acute interstitial nephritis à Nafcillin vs Acyclovir
12. 24 yo female with 24 WGA who come with BAE s/p 3 FFT with Albuterol and not improving à Next step: MgSO4 vs steroids
13. MALToma TX: eradicate H. pylori with antibiotic therapy & PPI
14. Sick euthyroid patient(low normal T4 & TSH) tx: nothing
15. Photo with 2 small lesions on beard which are velvety and seems to have golden crust à impetigo vs tinea
16. female with HPV vaccine and last PAP 2 years ago is (-) à Next step: do PAP now
17. indications to leave foley placed on patient à Bedridden ??
1. Neurogenic bladder
2. Strict intake/output
3. Unresponsiveness or prolonged immobilization
4. Urinary tract obstructions
5. Sacral/perineal decubitus ulcers
18. Drugs that decrease mortality in heart failure = ACEI, BB, Aldactone
19. Still's dz = RA pt with Splenomegaly, Temperature, Ill p with áESR, Lymphadenopathy,

Leukocytosis and Salmon rash
1. Remember that Felty's is RA with spleomegaly and leukopenia
20. NNT formula to do exercise
1. If drug decreases mortality from 40% to 20% then use the difference (20%) = 20/100 therefore
= 1/5 so NNT = 5
21. PPV formula to do an exercise
1. 80% sens and spec, 10% prevalence
2. Means 10% of 1000 = 100 therefore 100 have dz and 900 don't have dz
3. Sens is 80% so of 100 with dz, 80 are positive (TP 80, FN 20)
4. Spec = 80% so of 900 w/o dz, 720 are negative (TN 720, FP 180)
5. PPV = TP/ (TP + FP) = 80 / (260) = 31%
22. Specificity formula = TN/ (TN + FP)
23. AVB type 1 who is using BB à decrease dose of BB
24. AVB Mobitz type 2 à Tx: pacemaker
25. MADIT criteria for ICD placement
1. Patients with ischemic heart disease and EF <30% (MADIT II)
2. Pts with EF <35% and CHF NYHA II - III
3. ICD therapy is now approved for patients with cardiomyopathy of any origin, New York Heart
Association class II or III heart failure, and left ventricular ejection fraction below 35%. (MADIT
and MUSTT studies)
26. Pt with COPD recently discharged and asymptomatic whose S/C show MAC à Tx: nothing
27. Pt with fruity odor and oxalate crystals à Next step = serum osmolality
28. UTI in pregnancy à give amoxil
29. Photo of smallpox vs chickenpox (right)
1.

1. Pt who plays violin with Lyme's dz and fibromyalgia à Tx: treat the symptoms vs aerobic
exercise vs prednisone vs tylenol
1. criteria for fibromyalgia, which consist of the presence of widespread pain for at least 3 months,
and tenderness at 11 or more of 18 specific tender point sites on the four quadrants of the body.
2. Management plan includes:
1. Communicate a positive diagnosis, encourage self-management, be realistic
2. Provide relief for symptoms such as depression, pain, and sleep disturbance with agents such
as antidepressants
3. Alter behavior to stabilize activity and retrain the body to function effectively (graded exercise,
cognitive behavioral therapy)
4. Assist patients in managing the social and financial aspects of their illness and, when possible,
remaining in or returning to employment
1. The mainstay of therapy in patients with FMS continues to be antidepressant drugs à
amitryptiline, cyclobenzaprine (off-label use), duloxetine. Along with medical tx, a rehabilitative
outpatient program based on appropriately managed increases in activity, either as graded
exercise therapy or as cognitive behavioral therapy (CBT), is the treatment of choice in this
syndrome.
1. male who works in waste disposal and also is a deer hunter and arrives with jaundice and renal
failure à presents with signs of leptospirosis
1. exposure to rats urine,
2. veterinarian, agricultural or sewage workers
3. conjunctival suffusion, liver and kidney dysfunction, vasculitis, pneumonia, meningitis
4. dx by serology in blood or urine
5. tx with penicillin or doxy
6. tularemia has exposure to deer, squirrels, rabbits. Most common at Arkansas, Missouri or
Oklahoma. Purulent conjunctivitis, painful pre-auricular lymphadenopathy, skin ulcer or nodules.

Dx by serology. Tx = quinolones.
2. photo of optic fundus with half of its area with white color
1. could be this one with malignant HTN
2.
3. Photo of HIV pt optic fundus showing white lesions and hemorrhages à CMV retinitis(also called ketchup & mustard)??
1. acute chest pain syndrome tx: exchange transfusion
2. pt with esophagitis on PPI BID for 5 years begins to feel better à Next step = decrease PPI dose
3. Old male with URTI & anemia whose peripheral smear shows few nucleated RBC's and teardrop cells although retic count is highà Next step: Coombs vs Bone Marrow
4. Trauma at 1st MTP who is s/p cast removal and then is showing pain out of proportion with pulse (+) and foot is cyanotic à Ischemia vs RSD
5. DEXA showing multiple values but hip has T < -2.5 à give alendronate
6. Barrett's esophagus without dysplasia à EGD every 3 years
7. Pt with pustule on finger and musculoskeletal symptoms = disseminated gonococemia à tx: ceftriaxone
8. 28 yo cellist with ankylosis spondylitis
9. daycare teacher or pediatrician with parvovirus arthralgias à order IgM
10. Survey shows 15% pts are overmedicated with Amiodarone and digoxin. Strategy to reduce this: educate MD vs send letter to pt to see MD vs electronic warnings
11. Pt on opioids. What to do to reduce constipation?  Laxatives prn vs laxative continuous vs high fiber diet
12. pt with constipation. Which med is causing it? Gingko biloba vs Vit E vs Calcium Carbonate
13. female pt who recently moved and started in new job with intermittent episodes of palpitations and choking sensation and pulse is 120bpm à SVT vs panic disorder
14. pt with MI and low EF who is on telemetry and tracing shows non sustained V-tach episode à ICD placement
15. similar case of pt with MI s/p thrombolytics and on telemetry EKG shows idioventricular arrhythmia à Tx: nothing
1. Transient accelerated idioventricular rhythm have been associated with reperfusion.The P waves are dissociated from the QRS complexes and occur at rate which is slower than the RR interval.  Also called "slow VT".
2. NOTE:  If patient becomes hemodynamically unstable, treatment with atropine can accelerate the sinus rate to overdrive the ventricular rhythm
1. pt with aortic stenosis and valve diameter < 0.5 à do coronary angiography before valve replacement
2. cancer pt with mets who comes due to DVT or PE. What do you give to reduce further risk of DVT? LMWH vs IVC filter
3. pt with neuocardiogenic syncope while donating blood (has seizures). Next step à discharge him
4. EBV patient with hoarseness à give steroids
5. pt with SBP ad SAAG < 1.1 and high protein  with 90% monocytosis in ascites à Tb peritonitis
1. SAAG > 1.1 = portal HTN
        i.    Prot <2.5 = Cirrhosis
        ii.   Prot > 2.5 = CHF & Budd-Chiari
1. SAAG < 1.1 = Everything else
        i.    Prot < 2.5 = Nephrosis
        ii.   Prot > 2.5 = Tb or malignancy
1. COPD pt s/p MV states he desires to be DNR à comply with wishes and write a note on chart
2. calcified pericardium on CXR à perciardiectomy
3. pt with ABG 7.4/41/__/25 who is alcoholic and breathing at 25 per minute à ABG are not from

patient vs metab alka post hypercapnia vs expected ABG's
4. Most common organism in otitis externa of DM pt = Pseudomonas
5. young female who starts with neck pain and then develops with decreased DTR's, LMN signs, Babinski (+) , s/p bacteremia and CSF (-) but shows leukocytosisà Cervical carcinomatosis vs brain abscess vs infectious polyneuritis
6. young asthmatic female who is on college and epidemic of H.flu type B is happening in the area. What to provide ?? H. flu vaccine vs Oseltamivir vs Both
7. nurse or resident with needle prick from HBV(+) patient and only has 1st dose of HBV vaccine à give HBIg and vaccine
8. patient who fell down and his arm cannot move past 60 degrees and drops down unless passive action is provided and has abduction problemsà rotator cuff tear vs deltoid rupture
9. leptomeningeal carcinomatosis
10. wegener's case to treat with cyclophosphamide and prednisone and plasmapheresis
11. fat female with anserine bursitis (pain 2-3 cm below knee, inferior and medial to patella)
12. fat patient with right trochanteric bursitis (pain while lying on affected side) à inject trochanteric bursa with steroids (there is a version which says that patient has no pain on different maneuvers therefore meralgia paresthetica has to be considered)
13. pt with toothache of shooting quality up to incisor gum. Tx?? Clinda  vs amoxil vs tetracycline vs zithromax (possible dental abscess)
14. Legionella = diarrhea + Hyponatremia + confusion + productive cough + Leukocytosis
1. Can also have empyema, cavitation, pericarditis
2. DX by sputum culture or urine antigen or direct immunofluoresecence antibody
3. TX = macrolides with or without rifampin (can also use quinolones)
15. Corkscrew esophagus (esophageal spasm) à give nitrates
16. pt with hematemesis and orthostatism and EGD shows duodenal ulcer with clean base and Hgb of 10 à admit to ward and start clear liquid diet
17. picture of diabetic pt who goes to beach and shows a butterfly rash with crusts on nose. What is the tx? (possible cocci Gram (+) of Staph
18. molluscum contagiosum à cryotherapy
19. pt acutely ill on dilantin shows erythroderma à Steven Johnson ?
20. Gilbert's syndrome à observe
1. Deficiency of UDP transferase produces increase in indirect bilirubin during stress.
21. pt is taking carbamazepine and then bupropion is added and has seizures. Carbamazepine levels are 6-12 à Discontinue bupropion vs carbamazepine
22. painful bruises + bleeding gums à Vit C deficiency
23. dry skin and papilledema à Vit A toxicity
1. also has anorexia, headaches, hypercalcemia, leukopenia, fatigue, irritability, ataxia, alopecia, hyperlipidemia, bone and muscle pain.
24. pt s/p TAH who now has vaginal lesion 2x2 that goes from introitus to labia minora and when she wipes herself, the toilet paper turns red à Biopsy vs estrogen cream vs acyclovir
25. CHF pt with mild SOB and crackles but hypotense and showing low CO & High SVRà cardiogenic shock
26. wide splitting of S2 seen with HOCM
27. picture of itchy black lesion that has grown slowly in the past year and when he scratches it, it peels off à melanoma vs lentigo vs compound nevi
1. melanoma picture (left) vs actinic keratosis (middle) vs compound nevus (right)

1. case of male who does not get out and eat milk and cake and has nutritional deficiency à order 25-OH vit D levels
2. Hyperthrophic pulmonary osteoarthropathy à pt with pain in legs when he dangles them in the bed at night
3. pt who uses a lot of decongestants and mucosa is very red and injected à rhinitis

medicamentosa vs vasomotor rhinitis
4. male who works with bees and develops ocular edema for first time à RAST vs skin allergy
biopsy vs always have epinephrine
5. pt with right arm pain and xray with lytic lesion and bone scan with photopenic area and
calcium = 12 à Multiple myeloma (order labs)
1. major criteria for dx = Plasmacytoma on tissue biopsy, Bone marrow clonal plasma cells >30%,
High M-Protein (IgG >3.5 g/dL, IgA >2.0 g/dL), Bence Jones Proteinuria >1.0 g/24h
2. minor criteria for dx = Bone marrow clonal plasma cells 10%–30%, M-Protein less than above,
Lytic bone lesions, dminished levels of nonmonoclonal immunoglobulins IgM <50 mg/dL, IgA
<100 mg/dL, or IgG <600 mg/dL)
6. female who is on BB and SSRI and then becomes to have bizarre behavior à discontinue SSRI
and start lithium
7. pt with fullness sensation and painful sex whose study sows 10cm ovary/ trabecular cyst à
Surgery vs F/U in 6 months vs hormonal tx
8. pt with bronchitis, occasional cough, PPD 15mm, pleural effusion with tap showing prot 4.5 &
glucose 80 à start abx vs start antiTb vs surgery consult
9. pt with asthma who gets steroids and gets worse à strongyloides
10. female from Mississippi who came from 2-3 weeks vacation at Arizona and now has general
malaise and CXR with RLL consolidate with 10% eosinophilia à ABPA vs histoplasmosis vs
coccidiomycosis
1. ABPA has fleeting infiltrates, eosinophilia, skin reaction to Aspergillus (+)
11. pt with pleural pain and dullness to percusion, decreased breath sounds and no tactile
fremitus in the affected side à pleural effusion, vs PE vs atelectasis vs pneumonia
12. pt with  decreased FVC and decreased DLCO and bibasilar linear opacities à COPD vs
bronchitis vs pulmonary HTN vs interstitial fibrosis
1. this is restrictive pattern
13. symptoms of insomnia, easy crying, weight loss, anhedonia and gets up at 2 am à depression
vs dystonia
14. pt with fatigue and low FSH, low Na, low glucose à panhypopituitarism
15. pt with hypoNa and normal K & TSH who starts to gain weight, have fatigue, uncontrolled
HTN with meds, distal muscle wasting and hyperglycemia (240) whose low dose dexamethasone
suppresion test does not supress à Next step = ACTH test vs metyrapone vs corticotropin vs
renin/angiotensin vs measure cortisol at 12am
16. pt with adenomatous polyp on colonoscopy à colonoscopy in 5 years
17. pt on imipenem and renal failure has seizures à what caused the seizures ?? imipenem
18. sarcoidosis
1.

1. celiac sprue = dermatitis herpetiforme
1.
100.Case of
female with pain in sole when she steps put of bed and mostly at morning. Xray
shows calcaneal spur. Cause of pain ?? Plantar Fasciitis
101. pt with ABI 0.7 both legs and already on ASA.
Next step à Clopidogrel vs Cilostazol vs Surgery
1. A normal ABI is 1.0 to 1.3. An ABI of less than 0.9 has a 95% sensitivity and 100% specificity
for detection of a greater than 50% angiographic stenosis of a major vessel and is considered
diagnostic of peripheral arterial disease. An ABI of less than 0.4 is indicative of severe ischemia
and conveys a mortality rate of 25%. An elevated ABI (>1.3) suggests a calcified,
noncompressible vessel and is also associated with an increased risk for all-cause mortality
2. Medical therapy includes risk factor modification, pharmacologic treatment of the claudication,
and exercise training and rehabilitation

3. Cilostazol is indicated for the treatment of claudication in the absence of heart failure.
102.Salicylate
intoxication (pt who is found unconscious and a lot of labs are made)
1. Salicylate toxicity typically is associated with an anion gap metabolic acidosis and respiratory alkalosis,
2. Measurement of the serum osmolality and calculation of the osmolal gap would detect the presence of an unmeasured osmole. If present, an osmolal gap would suggest the presence of an alcohol or paraldehyde ingestion but would not establish a specific diagnosis.
3. Ethylene glycol or methanol toxicity also would cause an anion gap metabolic acidosis without respiratory alkalosis. In toluene toxicity (glue sniffing), urinary hippurate losses lead to potassium loss, which would present with an anion gap metabolic acidosis and hypokalemia.
4. Ethylene glycol has oxalate crystals and methanol has papilledema
103.flow loop
of normal expiration and flat inspiration à vocal cord abnormalities
Tracheal stenosis
Goiter
Vocal cord abnormalities
Epiglottitis
Expiration normal
COPD/Asthma
CF
Bronchiectasis
Inspiration normal

104.Nursing
home pt with pneumonia à give Levaquin
105.Steven
Johnson picture
1.

106.Picture of
lateral side of a eye with engorged veins which is nontender with watery secretion and normal reflex à conjunctivitis vs episcleritis (Focal inflammation of the episcleral tissue. VIsion is not affected)
1. Conjunctivitis (left) vs episcleritis (right)
2.
107.Cushing dx
= 24hrs free urine cortisol
108.Female who
is postpartum for 8 years and could not breastfeed her child à Sheehan's
109.Pt with
high 5-HIAA urine levels (carcinoid syndrome) à Tx = octreotide
1. Other treatments include surgery, radioablation, chemotx, interferon alfa
110.Pt with
MI. How to prevent another MI? à take coenzyme Q tabs vs walk 1hour daily
111.Pt with
pulmonary HTN and question is regarding to lower the risk of ??? à warfarin vs ASA vs plavix
112.Pt with
facial paralysis and hand paresthesia who shows 40% stenosis on one carotid and 80% in the other carotid à medical tx vs endarcterectomy
113.Diabetic
pt with foot infection who goes into shock and has ↑K and ↓Na with renal

failure à RTA type IV as the cause of hyperkalemia
114. Bupropion
contraindications à Bulimia and epilepsy
115. Pt with
CAD s/p CABG who now shows livedo reticularis and fever and renal failure à atheroembolic
disease
116. HIT case
117. Pericarditis
post MI à Tx: NSAIDS
118. Pt who is
concerned about risk of having breast CA and family tree is shown with her
mother, her sister and another relative having breast CA à order BRCA1/2 test
119. Female of
50-60yo who has a mammography showing solid lesion with irregular borders and
biopsy is negative à Resection of the mass
120. MGUS
patient to provide F/U with SPEP in 6 months
121. Pt on
tamoxifen for long time is at risk of à endometrial CA
1. Other risk factors are Obesity, early menarche, late menopasue, chronic anovulation,
unopposed estrogen tx.
122. Does MR or
TR need Abx prophylaxis à NO
123. Patient
with UMN and LMN signs = Amyotrophic Lateral Sclerosis à Dx by EMG
1. Tx: riluzole
2. Signs of lower motor neuron lesions include weakness, atrophy, fasciculations, and
hyporeflexia (reduced reflexes).
3. Signs of upper motor neuron lesions include weakness, hyperreflexia (increased reflexes), and
increased tone.
124. Pt placed
on MV and ABg's are presented à what disturbance is showing? It's a triple disturbance case
125. Liver CA
pt with solitary brain mass à resection
126. Pt with
CXR showing hilar adenopathy and erythema nodosum and hypercalcemia
(sarcoidosis) à what is the cause of hypercalcemia?? Related to increased 1,25-OH vit D
production which causes increased absorption of calcium
127. Pt on
digoxin and EKG shows missing P waves and labs with low K+ à discontinue digoxin and replace
K+??? Possible A-fib due to digoxin??
128. Patient
with erythema migrans, arthritis, etc à Dx: Lyme's
129. Pt with
central vision loss à macular degeneration
130. Pt with
diarrheas and LLQ tenderness suggestive of fecal impaction à Dx= constipation
131. Case of pt
with hip & shoulder girdle problems (Polymyalgia rheumatic) à give low dose steroids
132. Pt with
U/A showing characteristics of rhabdomyolysis
133. MVP sounds

= a mid-systolic click,
followed by a late systolic murmurheard best at the apex is common. Increases with valsalva
and standing.
134.Pt with
dilated cardiomyopathy and increased LFTs à ischemic hepatitis
135.Pt with
nail clubbing à small cell CA
1.
136.Photo of
pt with Heberden's nodes à OA
1. Heberdens (left) & Bouchard (right)

137.Pt with
pancreas CA and pruritus and ↑Bili à stenting (data of mets presence not available)
138.Old male
with painless hematuria à cystoscopy
139.Case of
herald patch picture à P. rosea
1.
140.Pt with
NHL s/p chemotx on steroids who now has pneumonia with CXR showing LUL mass and
HCT showing brain mass à Nocardia (acid fast branching organism)
141.Case of pt
with constrictive pericarditis
142.ITP pt on
steroids who is stil blleding à give IVIG
143.What can ↓
size and number of colon polyps in pts with FAP (APC) à Folate vs Vit E vs
High fiber diet vs Sulindac (NSAIDS)
144.Empiric
treatment of infected central line after blood cultures were taken and pending
results à Vanco??
145.Pt with
photo of dermatomyositis (eyes are included in rash vs malar rash which spares
the eyes)
146. Pt in pillow fight gets swollen à Hereditary angioedema (C1INH comes low) à what additional
tests to order? C4 levels (come
low,too)
147.Female
with lesions on neck and axilla of brownish color (acanthosis nigricans) are
associated with ?? à insulin resistance (other conditions include acromegaly, GI cancer)
148.pt with
altered mental status who does not eat well and has nystagmus à B1 (thiamine deficiency)
149.Pt with
endocarditis who is getteing worse despite Abx treatment. Which of the
following could be a criteria for surgery?? Movable vegetations vs AR vs
B/C with S.aureus vs B/C with S. epidermidis
150.pt who is
sad and depressed at home during the day but in the nights works as an
entertainer à Bipolar disorder
151. What are the risks of a PEG vs using
parenteral nutrition?? à Aspiration pneumonia vs Calcium oxalate formation vs fat malabsorption

vs cholecystitis
152. Soot on unconscious pt (conscious on another version; it really doesn't matter) à intubate
153. patient who has back pain that improves when going uphill and pushing grocery cart (spinal stenosis) à do MRI lumbosacral
154. pt with dizziness while rolling on the bed (BPPV) à Epley's maneuver
155.16 yo femlae adolescent with signs of having STD à treat without parents' consent
156.pt who has a PPD 8-9mm and comes from endemic place (don't remember the place) and CXR show LUL cavitation? à Treat with INH x 9 months
157.pt with Lung CA and mets who has stated previously with you as the doctor that he does not want any heroic measures of life preservation and gets admitted due to pain. He is started on morphine and develops respiratory arrest. à Do nothing vs intubate vs NIPPV
158.Hospice criteria à Life expectancy <6 months
159.Multinodular goiter with a lot of described nodules à FNA of biggest nodule
160.Case of rimary hyperaldosteronism (ARR>20)
161.24 yo male who eats a lot of fast food and is homeless comes with bleedig gums, follicular hemorrhages and ecchymoses with normal PT/PTT à Vit K defic vs Vit C defic vs vWD
162.female patient with recently diagnosed HTN s/p trial of det and exercise who persist with HTN à start thiazide
163. pt with pain when adduction and extension of thumb is made à De Quervain tenosynovitis which affects adductor policis longus and extensor policis longus)
164. female patient who is intubated but conscious and able to express herself through handwriting and head movements and has her husband as designated healtcare proxy have differences regarding things to be made à Agree with proxy's wishes vs Discuss further the issues with both
Old
Learning points WISE to remember
1. Small bowel dicerticuli and macrocytosls: Bacterial overgrowth/abx and vit B12
2. Schizophrenia and duodenal cobblestone mucosa and liver mass: E. Histolytica
3. nasal cobblestone mucosa: Rhinitis medicamentosa
4. Edema of the gallbladder wall: Acalculous cholecystitis/HIDA scan
5. Ulcerative colitis and cholecystitis: PSC/ Dx. With ERCP
6. Erythema nodosum and noncaseating granuloma: Sarcoidosis
7. Foot or wrist drop: Peroneal nerve palsy/ Polyartheriris nodosa
8. point of tender 2-3 cm below the knee: Anserine bursitis
9. pain on stepping out of bed: Plantar fasciitis

10.Epley's
maneuver
11.Illumination
test negative:  testicular torsion
12.Pt.
with SES musculoesqueletal from Vermont:  Give ceftriaxone  meningococcemia)
13.Young
person with back pain:  Ankilosis
Spondilitis (28 yo cellist)
14.Thrill
and left sternal border systolic murmur:  VSD
15.Chopping
wood: C2 and C4 deficlency
16.Pillow
fight:  C1 esterase inhibitor def
17.Soot on
the nose:  Give Mechanical Ventilation
18.Problems
with male supervisor:  Spirometry at
work  and after work
19.Drug
user and renal disease:  Focal
segmental glomerulosclerosis
20.Acetone
breath:  Isopropyl alcohol ingestion
21.Anal
fissure: Borderline personality
22.Teacher
or pediatrician:  Chicken pox or
parvovirus B 19
23.Mac on
pt. with HIV asymptomatic:  No
treatment
24.Veterinarian
with liver dysfunction:  Leptospirosis
25.Nucleated
RBC (underwear cell), tear drop and massive splenomegaly:  Myelofibrosis
26.Bed
shhet toushes the foot and produce pain:  Reflex sympathetic Synmdrome
27.CSF
with 12 RBC's:  Herpes simplex
encephalitis
28.Cancer
with CNS involvement and decrease ankle reflex:  Leptomeningeal carcinomatosis


1.      Woman has arthritis of the 2nd right PIP. She had a nodule, which she squeezed and
removed white material.
What test would you next? Examination of
fluid for crystals under polarized light
2.      Woman has shoulder and left arm
pain. Pulses are not palpated on the left arm, though the extremity is warm.

Diagnosis? Giant cell arteritis

3.    Patient has tingling sensation
and pain of the foot that radiates to the toes and is worse at night, and
sometimes awakens from sleep. Eversion and dorsiflexion of the foot reproduces
the pain. Diagnosis? Tarsal tunnel
syndrome

4.    Patient presents with hemoptysis.
He also has renal failure. Treatment? Cyclophosphamide
and prednisone

5.    Young woman presents with fatigue
and tiredness. Laboratories reveal microcytic anemia. You prescribe iron
supplementation, and two weeks later she is feeling worse, bloated,
constipated, with melena. Serum ferritin is 10 mg/dL. Diagnosis? Celiac sprue

6.    A patient with celiac sprue
complains of bone pain. Laboratories reveal low calcium and phosphate. Which of
the following will better establish cause? 25-hydroxy-vitamin
D levels

7.    What set bests describes the
hemodynamic profile of a patient with cardiogenic shock? CO low, SVR high, PCWP high

8.    Patient with episodes of flushing
has a holosystolic murmur radiating to the right sternal border, which
increases with inspiration. Cause? Tricuspid
regurgitation

9.    Patient with intermittent claudication.
Brachial index is 0.7 in one leg 0.8 in the other. Pulses are weak. Which drug
will improve? Clopidogrel

10.  Diabetic patient taking
atorvastatin 80 mg comes with LDL 105 and Triglycerides 160. What to do? Add ezetimibe (some
think the answer was adding niacin, other gemfibrozil)

11.  52-year-old woman has history of
recurrent bronchitis requiring antibiotic therapy and recurrent pneumonias.
Chest x-ray demonstrates increased central markings. Diagnosis? Bronchiectasis

12.  Young man has arterial
hypertension and potassium 3.2 mEq/L. What test? Serum renin-aldosterone ratio

13.  Man has 2/6 systolic ejection
murmur at the left upper quadrant without radiation. Murmur increases with
Valsalva. Carotid upstroke is brisk and strong. Diagnosis? Hypertrophic cardiomyopathy

14.  Patient has monoclonal band in
SPEP. Other laboratories are normal. Bone marrow has 5% plasma cells. Now? Repeat SPEP in
six months (other options are treatment)

15.  A man has CLL, now presents
lymphoadenopathy, splenomegaly, and anemia. Reticulocyte count is very high.
What test? Direct Coomb's test

16.  Which of the following drugs will
improve mortality in CHF patients stages III to IV (table form)? Beta-Blocker YES; Calcium
channel blocker
NO; aldosterone antagonist YES; class I antiarrhythmic NO; digoxin NO

17.  Man develops acute chest pain,
pleuritic. EKG shown with diffuse ST-segment elevation. Diagnosis? Pericarditis

18.  Patient with history of cancer
who is receiving chemotherapy develops shortness of breath, hypotension,
fatigue. Heart sounds are distant. Diagnosis? Cardiac tamponade

19.  Woman has pustules shown on picture. Diagnosis? Disseminated gonococcemia

20.  Weightlifter has dry skin and hypercalcemia. What is the cause? Vitamin A toxicity

21.  Patient has vertigo that lasts less than one minute. He also has nystagmus on position changes. Treatment? Epley's maneuver

22.  Patient has chest x-ray changes and painful erythematous nodules on anterior aspect of legs. Diagnosis? Sarcoidosis

23.  Woman with harsh, holosystolic murmur radiating to right side and a thrill. Diagnosis? Ventricular septal defect

24.  Woman has syncope while carrying some boxes and is found to have aortic stenosis of 0.5 cm2 area. What now? Coronary angiography

25.  A man becomes diaphoretic and dizzy while donating blood. He then falls to the floor and has some jerky movements. He is alert within 30 seconds. What is the cause? Neurocardiogenic syncope

26.  Young patient is started on SSRI. One week later he says he cannot sleep and he can't stay quiet. He wants to be rock star now. What to do? Discontinue SSRI, and start lithium


1.    EKG – inferior MI, hypotense – tx with iv fluids

2.    Acute Pericarditis tx – Indomethacin

3.    Case of Patient with UC to recognize PSC

4.    Case of PBC in a male ???? to send which antibody - Antimitochondrial

5.    Patient with Hypercalcemia and Hilar Adenopathy for Dx. Of Sarcoid

6.    Patient with bone pain, anemia, hypercalcemia – MM

7.    Patient with MGUS findings – no treatment necessary

8.    Patient with malabsorption, suspected Celiac disease – send antibodies (transglutaminase or antiendomysial, don't forget association with dermatitis herpetiformis, skin biopsy will show linear deposit of IgA)

9.    Recognize patient with Henoch-Schonlein purpura

10.  Recognize Herpes Encephalitis – PCR in CSF, Tx with Acyclovir

11.  Pt with enthesitis & swollen ankle = reactieve arthritis

12.  EKG with inf MI = RCA

13.  EKG
with diffuse ST elevation & PR depression = Pericarditis
14.  pt
with telangiectasia, sclerodactyly, raynaud's = limited Scleroderma (CREST) à assoc with
pulmonary HTN

MESSAGEID        :  487672.66723.qm@web110310.mail.gq1.yahoo.com
MESSAGEINDEX     =  0000000100
ENTRYID          :  00000000F0B4F26C764DA3478DE0382E42117C4BE40D2000

work  and after work
19.Drug
user and renal disease:  Focal
segmental glomerulosclerosis
20.Acetone
breath:  Isopropyl alcohol ingestion
21.Anal
fissure: Borderline personality
22.Teacher
or pediatrician:  Chicken pox or
parvovirus B 19
23.Mac on
pt. with HIV asymptomatic:  No
treatment
24.Veterinarian
with liver dysfunction:  Leptospirosis
25.Nucleated
RBC (underwear cell), tear drop and massive splenomegaly:  Myelofibrosis
26.Bed
shhet toushes the foot and produce pain:  Reflex sympathetic Synmdrome
27.CSF
with 12 RBC's:  Herpes simplex
encephalitis
28.Cancer
with CNS involvement and decrease ankle reflex:  Leptomeningeal carcinomatosis


1.      Woman has arthritis of the 2nd right PIP. She had a nodule, which she squeezed and
removed white material.
What test would you next? Examination of
fluid for crystals under polarized light
2.      Woman has shoulder and left arm
pain. Pulses are not palpated on the left arm, though the extremity is warm.
Diagnosis? Giant cell arteritis
3.      Patient has tingling sensation
and pain of the foot that radiates to the toes and is worse at night, and
sometimes awakens from sleep. Eversion and dorsiflexion of the foot reproduces
the pain. Diagnosis? Tarsal tunnel
syndrome
4.      Patient presents with hemoptysis.
He also has renal failure. Treatment? Cyclophosphamide
and prednisone
5.      Young woman presents with fatigue
and tiredness. Laboratories reveal microcytic anemia. You prescribe iron
supplementation, and two weeks later she is feeling worse, bloated,
constipated, with melena. Serum ferritin is 10 mg/dL. Diagnosis? Celiac sprue
6.      A patient with celiac sprue
complains of bone pain. Laboratories reveal low calcium and phosphate. Which of
the following will better establish cause? 25-hydroxy-vitamin
D levels
7.      What set bests describes the
hemodynamic profile of a patient with cardiogenic shock? CO low, SVR high, PCWP high

DOCID = 10023532
PARENT_DOCID = 10023532
SOURCE = Dr Arora - Outlk Exprs E-mls - Sent PST
ATTACHMENT : ✉ 164 question the one that repeated in every exam
FROM : Jimmy R. <padrinojr@yahoo.com>
TO : Dr Arora <boardreview@comcast.net>
SUBJECT : 164 question the one that repeated in every exam
FOLDER : \Sent MSGs\Imported Mail\Inbox
DATE = 08/16/2009
TIME : 12:32:29 -0700
GMT_DATE = 08/16/2009
GMT_TIME : 19:32:30 GMT
TEXT01 : ABIM 2009 Learning Points

1. Side effects of ecstasy:
1. MDMA(Methylenedioxymethamphetamine; "Ecstasy") is a psychoactive drug and member of the amphetamine chemical class. It produces entactogenic, psychedelic, and stimulant effects.
2. Short-term side effects of ecstasy: Nausea, Hallucinations, Chills & sweating, Increased body temp, Tremors, Muscle cramping, Blurred vision
3. Long term side effects include brain damage mostly serotonin producing neurons resulting in cognitive impairments, changes in emotion, learning, memory, or hormone-like chemical abnormalities.
2. Side effects of leuprolide: (from epocrates)
1. Serious reactions are: Spinal cord compression paralysis, PE, urinary obstruction, arrythmias, bone density loss, erythema multiforme, anaphylaxis, pituitary apoplexy
2. Common reactions are hot flashes, headache, vaginitis, depression, irritability, generalized pain, joint disorder, GI upset, edema, weight changes, dizziness, breast tenderness, gynecomastia, injection site rxn, decreased libido. Urogenital disorders, paresthesia, neurmomuscular disorder, asthenia, vaginal bleeding or discharge
3. Question is pt with prostate CA who is castrated medically with Leuprolide and side effect is osteoporosis
3. Indications of melatonin for sleep problems
1. It is not first line for insomnia, can be considered after using BDZ or zolpidem
2. A recent meta-analysis found that melatonin was effective in reducing sleep-onset latency, increasing sleep efficiency, and increasing total sleep duration.
3. Side effects include memory impairment and is commonly used when you travel to a country with of different time region to regulate circadian cycle.
4. Fat guy with S3, Pulm HTN, RUQ pain and abd U/s showing wall thickening à Surgery consult vs HIDA
5. porcelain gallbladder tx: cholecystectomy
1.
6. Cases of cryoglobulinemia
1. Cryoglobulins are cold-precipitable monoclonal or polyclonal immunoglobulins that may develop in patients with various conditions, including hepatitis C viral infection, B cell or plasma cell dyscrasias, chronic infection, and inflammatory diseases. Cryoglobulinemia may be associated with a small-vessel vasculitis characterized by palpable purpura, arthritis, weakness, neuropathy, and a membranoproliferative glomerulonephritis.
2. Treatment of cryoglobulinemic vasculitis is directed towards the underlying disease. In the setting of hepatitis C virus infection, antiviral therapy is the most appropriate treatment.
3. Pt has low complement levels

4.
7. Reiter's Syndrome
1. Arora shows a young male with dysuria, painless mouth ulcers, balanitis circinata, keratoderma blenorrhagica, Achilles tendonitis, onycholysis, uveitis, and mild leukocytosis
2.
8. Loss of dorsiflexion and eversion of foot à peroneal nerve palsy vs tarsal tunnel syndrome
9. 18 yo male with testicular enlargement and transillumination (-) found 3 days ago and has mild tenderness on coughing à CA vs torsion
10. Most common infections with C7 deficiency à N. gonorrheae
11. Drug that is causing acute interstitial nephritis à Nafcillin vs Acyclovir
12. 24 yo female with 24 WGA who come with BAE s/p 3 FFT with Albuterol and not improving à Next step: MgSO4 vs steroids
13. MALToma TX: eradicate H. pylori with antibiotic therapy & PPI
14. Sick euthyroid patient(low normal T4 & TSH) tx: nothing
15. Photo with 2 small lesions on beard which are velvety and seems to have golden crust à impetigo vs tinea
16. female with HPV vaccine and last PAP 2 years ago is (-) à Next step: do PAP now
17. indications to leave foley placed on patient à Bedridden ??
1. Neurogenic bladder
2. Strict intake/output
3. Unresponsiveness or prolonged immobilization
4. Urinary tract obstructions
5. Sacral/perineal decubitus ulcers
18. Drugs that decrease mortality in heart failure = ACEI, BB, Aldactone
19. Still's dz = RA pt with Splenomegaly, Temperature, Ill p with áESR, Lymphadenopathy, Leukocytosis and Salmon rash
1. Remember that Felty's is RA with spleomegaly and leukopenia
20. NNT formula to do exercise
1. If drug decreases mortality from 40% to 20% then use the difference (20%) = 20/100 therefore = 1/5 so NNT = 5
21. PPV formula to do an exercise
1. 80% sens and spec, 10% prevalence
2. Means 10% of 1000 = 100 therefore 100 have dz and 900 don't have dz
3. Sens is 80% so of 100 with dz, 80 are positive (TP 80, FN 20)
4. Spec = 80% so of 900 w/o dz, 720 are negative (TN 720, FP 180)
5. PPV = TP/ (TP + FP) = 80 / (260) = 31%
22. Specificity formula = TN/ (TN + FP)
23. AVB type 1 who is using BB à decrease dose of BB
24. AVB Mobitz type 2 à Tx: pacemaker
25. MADIT criteria for ICD placement
1. Patients with ischemic heart disease and EF <30% (MADIT II)
2. Pts with EF <35% and CHF NYHA II - III
3. ICD therapy is now approved for patients with cardiomyopathy of any origin, New York Heart Association class II or III heart failure, and left ventricular ejection fraction below 35%. (MADIT and MUSTT studies)
26. Pt with COPD recently discharged and asymptomatic whose S/C show MAC à Tx: nothing
27. Pt with fruity odor and oxalate crystals à Next step = serum osmolality
28. UTI In pregnancy à give amoxil
29. Photo of smallpox vs chickenpox (right)
1.

1. Pt who plays violin with Lyme's dz and fibromyalgia à Tx: treat the symptoms vs aerobic exercise vs prednisone vs tylenol
   1. criteria for fibromyalgia, which consist of the presence of widespread pain for at least 3 months, and tenderness at 11 or more of 18 specific tender point sites on the four quadrants of the body.
   2. Management plan includes:
1. Communicate a positive diagnosis, encourage self-management, be realistic
2. Provide relief for symptoms such as depression, pain, and sleep disturbance with agents such as antidepressants
3. Alter behavior to stabilize activity and retrain the body to function effectively (graded exercise, cognitive behavioral therapy)
4. Assist patients in managing the social and financial aspects of their illness and, when possible, remaining in or returning to employment
   1. The mainstay of therapy in patients with FMS continues to be antidepressant drugs à amitryptiline, cyclobenzaprine (off-label use), duloxetine. Along with medical tx, a rehabilitative outpatient program based on appropriately managed increases in activity, either as graded exercise therapy or as cognitive behavioral therapy (CBT), is the treatment of choice in this syndrome.
   1. male who works In waste disposal and also is a deer hunter and arrives with jaundice and renal failure à presents with signs of leptospirosis
      1. exposure to rats urine,
      2. veterinarian, agricultural or sewage workers
      3. conjunctival suffusion, liver and kidney dysfunction, vasculitis, pneumonia, meningitis
      4. dx by serology in blood or urine
      5. tx with penicillin or doxy
      6. tularemia has exposure to deer, squirrels, rabbits. Most common at Arkansas, Missouri or Oklahoma. Purulent conjunctivitis, painful pre-auricular lymphadenopathy, skin ulcer or nodules. Dx by serology. Tx = quinolones.
   2. photo of optic fundus with half of its area with white color
      1. could be this one with malignant HTN
      2.
   3. Photo of HIV pt optic fundus showing white lesions and hemorrhages à CMV retinitis (also called ketchup & mustard)??
      1. acute chest pain syndrome tx: exchange transfusion
      2. pt with esophagitis on PPI BID for 5 years begins to feel better à Next step = decrease PPI dose
      3. Old male with URTI & anemia whose peripheral smear shows few nucleated RBC's and teardrop cells although retic count is highà Next step: Coombs vs Bone Marrow
      4. Trauma at 1st MTP who is s/p cast removal and then is showing pain out of proportion with pulse (+) and foot is cyanotic à Ischemia vs RSD
      5. DEXA showing multiple values but hip has T < -2.5 à give alendronate
      6. Barrett's esophagus without dysplasia à EGD every 3 years
      7. Pt with pustule on finger and musculoskeletal symptoms = disseminated gonococemia à tx: ceftriaxone
      8. 28 yo cellist with ankylosis spondylitis
      9. daycare teacher or pediatrician with parvovirus arthralgias à order IgM
      10. Survey shows 15% pts are overmedicated with Amiodarone and digoxin. Strategy to reduce this: educate MD vs send letter to pt to see MD vs electronic warnings
      11. Pt on opioids. What to do to reduce constipation? Laxatives prn vs laxative continuous vs high fiber diet
      12. pt with constipation. Which med is causing it? Gingko biloba vs Vit E vs Calcium

Carbonate

13. female pt who recently moved and started in new job with intermittent episodes of palpitations and choking sensation and pulse is 120bpm à SVT vs panic disorder

14. pt with MI and low EF who is on telemetry and tracing shows non sustained V-tach episode à ICD placement

15. similar case of pt with MI s/p thrombolytics and on telemetry EKG shows idioventricular arrhythmia à Tx: nothing

1. Transient accelerated idioventricular rhythm have been associated with reperfusion.The P waves are dissociated from the QRS complexes and occur at rate which is slower than the RR interval. Also called "slow VT".

2. NOTE: If patient becomes hemodynamically unstable, treatment with atropine can accelerate the sinus rate to overdrive the ventricular rhythm

1. pt with aortic stenosis and valve dlameter < 0.5 à do coronary angiography before valve replacement

2. cancer pt with mets who comes due to DVT or PE. What do you give to reduce further risk of DVT? LMWH vs IVC filter

3. pt with neuocardiogenic syncope while donating blood (has seizures). Next step à discharge him

4. EBV patient with hoarseness à give steroids

5. pt with SBP ad SAAG < 1.1 and high protein with 90% monocytosis in ascites à Tb peritonitis

1. SAAG > 1.1 = portal HTN

  i. Prot <2.5 = Cirrhosis
  ii. Prot > 2.5 = CHF & Budd-Chiari

1. SAAG < 1.1 = Everything else

  i. Prot < 2.5 = Nephrosis
  ii. Prot > 2.5 = Tb or malignancy

1. COPD pt s/p MV states he desires to be DNR à comply with wishes and write a note on chart

2. calcified pericardium on CXR à perciardiectomy

3. pt with ABG 7.4/41/__/25 who is alcoholic and breathing at 25 per minute à ABG are not from patient vs metab alka post hypercapnia vs expected ABG's

4. Most common organism in otitis externa of DM pt = Pseudomonas

5. young female who starts with neck pain and then develops with decreased DTR's, LMN signs, Babinski (+) , s/p bacteremia and CSF (-) but shows leukocytoslsà Cervical carcinomatosis vs brain abscess vs infectious polyneuritis

6. young asthmatic female who is on college and epidemic of H.flu type B is happening in the area. What to provide ?? H. flu vaccine vs Oseltamivir vs Both

7. nurse or resident with needle prick from HBV(+) patient and only has 1st dose of HBV vaccine à give HBIg and vaccine

8. patient who fell down and his arm cannot move past 60 degrees and drops down unless passive action is provided and has abduction problemsà rotator cuff tear vs deltoid rupture

9. leptomeningeal carcinomatosis

10. wegener's case to treat with cyclophosphamide and prednisone and plasmapheresis

11. fat female with anserine bursitis (pain 2-3 cm below knee, inferior and medial to patella)

12. fat patient with right trochanteric bursitis (pain while lying on affected side) à inject trochanteric bursa with steroids (there is a version which says that patient has no pain on different maneuvers therefore meralgia paresthetica has to be considered)

13. pt with toothache of shooting quality up to incisor gum. Tx?? Clinda vs amoxil vs tetracycline vs zithromax (possible dental abscess)

14. Legionella = diarrhea + Hyponatremia + confusion + productive cough + Leukocytosis

1. Can also have empyema, cavitation, pericarditis
2. DX by sputum culture or urine antigen or direct immunofluoresecence antibody
3. TX = macrolides with or without rifampin (can also use quinolones)
15. Corkscrew esophagus (esophageal spasm) à give nitrates
16. pt with hematemesis and orthostatism and EGD shows duodenal ulcer with clean base and Hgb of 10 à admit to ward and start clear liquid diet
17. picture of diabetic pt who goes to beach and shows a butterfly rash with crusts on nose. What is the tx? (possible cocci Gram (+) of Staph
18. molluscum contagiosum à cryotherapy
19. pt acutely ill on dilantin shows erythroderma à Steven Johnson ?
20. Gilbert's syndrome à observe
1. Deficiency of UDP transferase produces increase in indirect bilirubin during stress.
21. pt is taking carbamazepine and then bupropion is added and has seizures. Carbamazepine levels are 6-12 à Discontinue bupropion vs carbamazepine
22. painful bruises + bleeding gums à Vit C deficiency
23. dry skin and papilledema à Vit A toxicity
1. also has anorexia, headaches, hypercalcemia, leukopenia, fatigue, irritability, ataxia, alopecia, hyperlipidemia, bone and muscle pain.
24. pt s/p TAH who now has vaginal lesion 2x2 that goes from introitus to labia minora and when she wipes herself, the toilet paper turns red à Biopsy vs estrogen cream vs acyclovir
25. CHF pt with mild SOB and crackles but hypotense and showing low CO & High SVRà cardiogenic shock
26. wide splitting of S2 seen with HOCM
27. picture of itchy black lesion that has grown slowly in the past year and when he scratches it, it peels off à melanoma vs lentigo vs compound nevi
1. melanoma picture (left) vs actinic keratosis (middle) vs compound nevus (right)

1. case of male who does not get out and eat milk and cake and has nutritional deficiency à order 25-OH vit D levels
2. Hyperthrophic pulmonary osteoarthropathy à pt with pain in legs when he dangles them in the bed at night
3. pt who uses a lot of decongestants and mucosa is very red and injected à rhinitis medicamentosa vs vasomotor rhinitis
4. male who works with bees and develops ocular edema for first time à RAST vs skin allergy biopsy vs always have epinephrine
5. pt with right arm pain and xray with lytic lesion and bone scan with photopenic area and calcium = 12 à Multiple myeloma (order labs)
1. major criteria for dx = Plasmacytoma on tissue biopsy, Bone marrow clonal plasma cells >30%, High M-Protein (IgG >3.5 g/dL, IgA >2.0 g/dL), Bence Jones Proteinuria >1.0 g/24h
2. minor criteria for dx = Bone marrow clonal plasma cells 10%–30%, M-Protein less than above, Lytic bone lesions, dminished levels of nonmonoclonal immunoglobulins IgM <50 mg/dL, IgA <100 mg/dL, or IgG <600 mg/dL)
6. female who is on BB and SSRI and then becomes to have bizarre behavior à discontinue SSRI and start lithium
7. pt with fullness sensation and painful sex whose study sows 10cm ovary/ trabecular cyst à Surgery vs F/U in 6 months vs hormonal tx
8. pt with bronchitis, occasional cough, PPD 15mm, pleural effusion with tap showing prot 4.5 & glucose 80 à start abx vs start antiTb vs surgery consult
9. pt with asthma who gets steroids and gets worse à strongyloides
10. female from Mississippi who came from 2-3 weeks vacation at Arizona and now has general malaise and CXR with RLL consolidate with 10% eosinophilia à ABPA vs histoplasmosis vs coccidiomycosis

1. ABPA has fleeting infiltrates, eosinophilia, skin reaction to Aspergillus (+)

11. pt with pleural pain and dullness to percusion, decreased breath sounds and no tactile fremitus in the affected side à pleural effusion, vs PE vs atelectasis vs pneumonia

12. pt with decreased FVC and decreased DLCO and bibasilar linear opacities à COPD vs bronchitis vs pulmonary HTN vs interstitial fibrosis

1. this is restrictive pattem

13. symptoms of insomnia, easy crying, weight loss, anhedonia and gets up at 2 am à depression vs dystonia

14. pt with fatigue and low FSH, low Na, low glucose à panhypopituitarism

15. pt with hypoNa and normal K & TSH who starts to gain weight, have fatigue, uncontrolled HTN with meds, distal muscle wasting and hyperglycemia (240) whose low dose dexamethasone suppresion test does not supress à Next step = ACTH test vs metyrapone vs corticotropin vs renin/angiotensin vs measure cortisol at 12am

16. pt with adenomatous polyp on colonoscopy à colonoscopy in 5 years

17. pt on imipenem and renal failure has seizures à what caused the seizures ?? imipenem

18. sarcoidosis

1.

1. celiac sprue = dermatitis herpetiforme

1.

100.Case of
female with pain in sole when she steps put of bed and mostly at morning. Xray shows calcaneal spur. Cause of pain ?? Plantar Fasciitis

101. pt with ABI 0.7 both legs and already on ASA.
Next step à Clopidogrel vs Cilostazol vs Surgery

1. A normal ABI is 1.0 to 1.3. An ABI of less than 0.9 has a 95% sensitivity and 100% specificity for detection of a greater than 50% angiographic stenosis of a major vessel and is considered diagnostic of peripheral arterial disease. An ABI of less than 0.4 is indicative of severe ischemia and conveys a mortality rate of 25%. An elevated ABI (>1.3) suggests a calcified, noncompressible vessel and is also associated with an increased risk for all-cause mortality

2. Medical therapy includes risk factor modification, pharmacologic treatment of the claudication, and exercise training and rehabilitation

3. Cilostazol is indicated for the treatment of claudication in the absence of heart failure.

102.Salicylate
intoxication (pt who is found unconscious and a lot of labs are made)

1. Salicylate toxicity typically is associated with an anion gap metabolic acidosis and respiratory alkalosis,

2. Measurement of the serum osmolality and calculation of the osmolal gap would detect the presence of an unmeasured osmole. If present, an osmolal gap would suggest the presence of an alcohol or paraldehyde ingestion but would not establish a specific diagnosis.

3. Ethylene glycol or methanol toxicity also would cause an anion gap metabolic acidosis without respiratory alkalosis. In toluene toxicity (glue sniffing), urinary hippurate losses lead to potassium loss, which would present with an anion gap metabolic acidosis and hypokalemia.

4. Ethylene glycol has oxalate crystals and methanol has papilledema

103.flow loop
of normal expiration and flat inspiration à vocal cord abnormalities
Tracheal stenosis
Goiter
Vocal cord abnormalities
Epiglottitis
Expiration normal

COPD/Asthma
CF
Bronchiectasis
Inspiration normal

104.Nursing
home pt with pneumonia à give Levaquin
105.Steven
Johnson picture
1.

106.Picture of
lateral side of a eye with engorged veins which is nontender with watery secretion and normal reflex à conjunctivitis vs episcleritis (Focal inflammation of the episcleral tissue. Vision is not affected)
1. Conjunctivitis (left) vs episcleritis (right)
2.
107.Cushing dx
= 24hrs free urine cortisol
108.Female who
is postpartum for 8 years and could not breastfeed her child à Sheehan's
109.Pt with
high 5-HIAA urine levels (carcinoid syndrome) à Tx = octreotide
1. Other treatments include surgery, radioablation, chemotx, interferon alfa
110.Pt with
MI. How to prevent another MI? à take coenzyme Q tabs vs walk 1hour daily
111.Pt with
pulmonary HTN and question is regarding to lower the risk of ??? à warfarin vs ASA vs plavix
112.Pt with
facial paralysis and hand paresthesia who shows 40% stenosis on one carotid and 80% in the other carotid à medical tx vs endarcterectomy
113.Diabetic
pt with foot infection who goes into shock and has ↑K and ↓Na with renal failure à RTA type IV as the cause of hyperkalemia
114.Bupropion
contraindications à Bulimia and epilepsy
115.Pt with
CAD s/p CABG who now shows livedo reticularis and fever and renal failure à atheroembolic disease
116.HIT case
117.Pericarditis
post MI à Tx: NSAIDS
118.Pt who is
concemed about risk of having breast CA and family tree is shown with her mother, her sister and another relative having breast CA à order BRCA1/2 test
119.Female of
50-60yo who has a mammography showing solid lesion with irregular borders and biopsy is negative à Resection of the mass
120.MGUS
patient to provide F/U with SPEP in 6 months
121.Pt on
tamoxifen for long time is at risk of à endometrial CA

1. Other risk factors are Obesity, early menarche, late menopasue, chronic anovulation, unopposed estrogen tx.
122.Does MR or
TR need Abx prophylaxis à NO
123.Patient
with UMN and LMN signs = Amyotrophic Lateral Sclerosis à Dx by EMG
1. Tx: riluzole
2. Signs of lower motor neuron lesions include weakness, atrophy, fasciculations, and hyporeflexia (reduced reflexes).
3. Signs of upper motor neuron lesions include weakness, hyperreflexia (increased reflexes), and increased tone.
124.Pt placed
on MV and ABg's are presented à what disturbance is showing? It's a triple disturbance case
125.Liver CA
pt with solitary brain mass à resection
126.Pt with
CXR showing hilar adenopathy and erythema nodosum and hypercalcemia (sarcoidosis) à what is the cause of hypercalcemia?? Related to increased 1,25-OH vit D production which causes increased absorption of calcium
127.Pt on
digoxin and EKG shows missing P waves and labs with low K+ à discontinue digoxin and replace K+??? Possible A-fib due to digoxin??
128.Patient
with erythema migrans, arthritis, etc à Dx: Lyme's
129.Pt with
central vision loss à macular degeneration
130.Pt with
diarrheas and LLQ tenderness suggestive of fecal impaction à Dx= constipation
131.Case of pt
with hip & shoulder girdle problems (Polymyalgia rheumatic) à give low dose steroids
132.Pt with
U/A showing characteristics of rhabdomyolysis
133.MVP sounds
= a mid-systolic click,
followed by a late systolic murmurheard best at the apex is common. Increases with valsalva and standing.
134.Pt with
dilated cardiomyopathy and increased LFTs à ischemic hepatitis
135.Pt with
nail clubbing à small cell CA
1.
136.Photo of
pt with Heberden's nodes à OA
1. Heberdens (left) & Bouchard (right)

137.Pt with
pancreas CA and pruritus and ↑Bili à stenting (data of mets presence not available)
138.Old male
with painless hematuria à cystoscopy
139.Case of
herald patch picture à P. rosea
1.

140.Pt with
NHL s/p chemotx on steroids who now has pneumonia with CXR showing LUL mass and
HCT showing brain mass à Nocardia (acid fast branching organism)
141.Case of pt
with constrictive pericarditis
142.ITP pt on
steroids who is stil blleding à give IVIG
143.What can ↓
size and number of colon polyps in pts with FAP (APC) à Folate vs Vit E vs
High fiber diet vs Sulindac (NSAIDS)
144.Empiric
treatment of infected central line after blood cultures were taken and pending
results à Vanco??
145.Pt with
photo of dermatomyositis (eyes are included in rash vs malar rash which spares
the eyes)
146. Pt in pillow fight gets swollen à Hereditary angioedema (C1INH comes low) à what additional
tests to order? C4 levels (come
low,too)
147.Female
with lesions on neck and axilla of brownish color (acanthosis nigricans) are
associated with ?? à insulin resistance (other conditions include acromegaly, GI cancer)
148.pt with
altered mental status who does not eat well and has nystagmus à B1 (thiamine deficiency)
149.Pt with
endocarditis who is getteing worse despite Abx treatment. Which of the
following could be a criteria for surgery?? Movable vegetations vs AR vs
B/C with S.aureus vs B/C with S. epldermidis
150.pt who is
sad and depressed at home during the day but in the nights works as an
entertainer à Bipolar disorder
151. What are the risks of a PEG vs using
parenteral nutrition?? à Aspiration pneumonia vs Calcium oxalate formation vs fat malabsorption
vs cholecystitis
152. Soot on unconscious pt (conscious on another
version; it really doesn't matter) à intubate
153. patient who has back pain that improves when
going uphill and pushing grocery cart (spinal stenosis) à do MRI lumbosacral
154. pt with dizziness while rolling on the bed
(BPPV) à Epley's maneuver
155.16 yo
femlae adolescent with signs of having STD à treat without parents' consent
156.pt who has
a PPD 8-9mm and comes from endemic place (don't remember the place) and CXR
show LUL cavitation? à Treat with INH x 9 months
157.pt with Lung CA and mets who has stated previously with you as the doctor that he does not
want
any heroic measures of life preservation and gets admitted due to pain. He is
started on morphine and develops respiratory arrest. à Do nothing vs
intubate vs NIPPV
158.Hospice
criteria à Life expectancy <6 months

159.Multinodular
goiter with a lot of described nodules à FNA of biggest nodule
160.Case of
rimary hyperaldosteronism (ARR>20)
161.24 yo male
who eats a lot of fast food and is homeless comes with bleedig gums, follicular
hemorrhages and ecchymoses with normal PT/PTT à Vit K defic vs Vit C defic vs vWD
162.female
patient with recently diagnosed HTN s/p trial of det and exercise who persist
with HTN à start thiazide
163. pt with pain when adduction and extension of
thumb is made à De Quervain tenosynovitis which affects adductor policis longus and extensor
policis longus)
164. female patient who is intubated but conscious
and able to express herself through handwriting and head movements and has her
husband as designated healtcare proxy have differences regarding things to be
made à Agree with proxy's wishes vs Discuss
further the issues with both
Old
Learning points WISE to remember
1.      Small bowel dicerticuli and macrocytosis:  Bacterial overgrowth/abx and vit B12
2.      Schizophrenia and duodenal cobblestone mucosa
and liver mass: E. Histolytica
3.      nasal
cobblestone mucosa:  Rhinitis medicamentosa
4.      Edema of the gallbladder wall: Acalculous
cholecystitis/HIDA scan
5.      Ulcerative colitis and cholecystitis:  PSC/ Dx. With ERCP
6.      Erythema nodosum and noncaseating granuloma: Sarcoidosis
7.      Foot or wrist drop:  Peroneal nerve palsy/ Polyartheriris
nodosa
8.      point of tender 2-3 cm below the knee:  Anserine bursitis
9.      pain on stepping out of bed:  Plantar fasciitis
10.Epley's
maneuver
11.Illumination
test negative:  testicular torsion
12.Pt.
with SES musculoesqueletal from Vermont:  Give ceftriaxone  meningococcemia)
13.Young
person with back pain:  Ankilosis
Spondilitis (28 yo cellist)
14.Thrill
and left sternal border systolic murmur:  VSD
15.Chopping
wood: C2 and C4 deficiency
16.Pillow
fight:  C1 esterase inhibitor def
17.Soot on
the nose:  Give Mechanical Ventilation
18.Problems
with male supervisor:  Spirometry at

8.    Patient with episodes of flushing
has a holosystolic murmur radiating to the right sternal border, which
increases with inspiration. Cause? Tricuspid
regurgitation
9.    Patient with intermittent claudication.
Brachial index is 0.7 in one leg 0.8 in the other. Pulses are weak. Which drug
will improve? Clopidogrel
10.  Diabetic patient taking
atorvastatin 80 mg comes with LDL 105 and Triglycerides 160. What to do? Add ezetimibe (some
think the answer was adding niacin, other gemfibrozil)
11.  52-year-old woman has history of
recurrent bronchitis requiring antibiotic therapy and recurrent pneumonias.
Chest x-ray demonstrates increased central markings. Diagnosis? Bronchiectasis
12.  Young man has arterial
hypertension and potassium 3.2 mEq/L. What test? Serum renin-aldosterone ratio
13.  Man has 2/6 systolic ejection
murmur at the left upper quadrant without radiation. Murmur increases with
Valsalva. Carotid upstroke is brisk and strong. Diagnosis? Hypertrophic cardiomyopathy
14.  Patient has monoclonal band in
SPEP. Other laboratories are normal. Bone marrow has 5% plasma cells. Now? Repeat SPEP in
six months (other options are treatment)
15.  A man has CLL, now presents
lymphoadenopathy, splenomegaly, and anemia. Reticulocyte count is very high.
What test? Direct Coomb's test
16.  Which of the following drugs will
improve mortality in CHF patients stages III to IV (table form)? Beta-Blocker YES; Calcium
channel blocker
NO; aldosterone antagonist YES; class I antiarrhythmic NO; digoxin NO
17.  Man develops acute chest pain,
pleuritic. EKG shown with diffuse ST-segment elevation. Diagnosis? Pericarditis
18.  Patient with history of cancer
who is receiving chemotherapy develops shortness of breath, hypotension,
fatigue. Heart sounds are distant. Diagnosis? Cardiac tamponade
19.  Woman has pustules shown on
picture. Diagnosis? Disseminated
gonococcemia
20.  Weightlifter has dry skin and
hypercalcemia. What is the cause? Vitamin
A toxicity
21.  Patient has vertigo that lasts
less than one minute. He also has nystagmus on position changes. Treatment? Epley's maneuver
22.  Patient has chest x-ray changes
and painful erythematous nodules on anterior aspect of legs. Diagnosis? Sarcoidosis
23.  Woman with harsh, holosystolic
murmur radiating to right side and a thrill. Diagnosis? Ventricular septal defect
24.  Woman has syncope while carrying
some boxes and is found to have aortic stenosis of 0.5 cm2 area.
What now? Coronary angiography
25.  A man becomes diaphoretic and
dizzy while donating blood. He then falls to the floor and has some jerky movements.
He is alert within 30 seconds. What is the cause? Neurocardiogenic syncope
26.  Young patient is started on SSRI.

One week later he says he cannot sleep and he can't stay quiet. He wants to be
rock star now. What to do? Discontinue
SSRI, and start lithium

1.    EKG
– inferior MI, hypotense – tx with iv fluids
2.    Acute
Pericarditis tx – Indomethacin
3.    Case
of Patient with UC to recognize PSC
4.    Case
of PBC in a male ???? to send which antibody - Antimitochondrial
5.    Patient
with Hypercalcemia and Hilar Adenopathy for Dx. Of Sarcoid
6.    Patient
with bone pain, anemia, hypercalcemia – MM
7.    Patient
with MGUS findings – no treatment necessary
8.    Patient
with malabsorption, suspected Celiac disease – send antibodies
(transglutaminase or antiendomysial, don't forget association with dermatitis
herpetiformis, skin biopsy will show linear deposit of IgA)
9.    Recognize
patient with Henoch-Schonlein purpura
10.  Recognize
Herpes Encephalitis – PCR in CSF, Tx with Acyclovir
11.  Pt
with enthesitis & swollen ankle = reactieve arthritis
12.  EKG
with inf MI = RCA
13.  EKG
with diffuse ST elevation & PR depression = Pericarditis
14.  pt
with telangiectasia, sclerodactyly, raynaud's = limited Scleroderma (CREST) à assoc with
pulmonary HTN

MESSAGEID          :  776873.88776.qm@web110314.mail.gq1.yahoo.com
MESSAGEINDEX    = 0000001402
ENTRYID             :  00000000EDFE5F5C4A85124F8457A4CB656D152CA42B2300

# EXHIBIT 19

DOCID = 10020233
PARENT_DOCID = 10020233
SOURCE = Dr Arora - Outlk Exprs E-mls - Sent PST
ATTACHMENT : Re: questions
FROM : Rajender K Arora, MD <boardreview@comcast.net>
TO : Jimmy R. <padrinojr@yahoo.com>
SUBJECT : Re: questions
FOLDER : \Sent MSGs\Imported Mail\Sent Items
DATE = 08/18/2009
TIME : 22:33:34 -0400
GMT_DATE = 08/19/2009
GMT_TIME : 02:33:36 GMT
TEXT01 :

----- Original Message -----
From: "Jimmy R." <padrinojr@yahoo.com>
To: "Rajender K Arora, MD" <boardreview@comcast.net>
Sent: Tuesday, August 18, 2009 6:15 PM
Subject: questions

> Pt on opioids how to treat constipation
>
> a. high fiber diet
> laxatives PRN
> laxatives everytime you give the opiod

GIVE LAXATIVES WITH OPIOD
>
>
>

MESSAGEID : 00000000EDFE5F5C4A85124F8457A4CB656D152C842C2200
MESSAGEINDEX = 0000004391
ENTRYID : 00000000EDFE5F5C4A85124F8457A4CB656D152C842C2200