**No. 24-3012**

---

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

---

**AMERICAN BOARD OF INTERNAL MEDICINE,**

*Plaintiff-Appellant,*

**v.**

**JAIME SALAS RUSHFORD, M.D.,**

*Defendant-Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Case No. 2:14-cv-06428-KSH-CLW
(The Honorable Katherine S. Hayden)

---

**JOINT APPENDIX VOLUME VI OF VIII
(PAGES JA11134 to JA11552)**

---

Hara K. Jacobs
Paul Lantieri III
Elizabeth V. Wingfield
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: 215.885.8500
E-mail: JacobsH@ballardspahr.com

*Counsel for Plaintiff-Appellant*

# TABLE OF CONTENTS

## VOLUME I

Notice of Appeal dated October 24, 2024 ..................................... JA1

Order of the Honorable Katharine S. Hayden dated September 30, 2024       JA4

Sealed Opinion of the Honorable Katharine S. Hayden dated September 30, 2024 ........................................................................ JA5

## VOLUME II

District Court of New Jersey Civil Case Docket ......................... JA44

Complaint dated October 17, 2014 .............................................. JA77

Answer dated September 22, 2015 .............................................. JA326

## VOLUME III

Third Circuit Court of Appeals [Docket No. 66] Opinion dated December 20, 2020 ...................................................... JA359

Third Circuit Court of Appeals [Docket No. 67-1] Judgment dated December 20, 2020 ...................................................... JA366

Third Circuit Court of Appeals [Docket No. 67-2] Notice of Judgment dated December 20, 2020............................................... JA368

Motion to Strike the "Expert Response Report" of Westby G. Fisher dated December 23, 2016 ...................................................... JA370

TEXT ORDER: The Court hereby terminates the motions to strike (ECF Nos. 134-35, 142) without prejudice as unripe for disposition in light of the pending motions to dismiss and transfer (ECF Nos.    164-65) dated June 29, 2017.       N/A

Motion for Summary Judgment dated February 9, 2024.............. JA403

Memorandum of Law in Support of Motion for Summary Judgment dated February 9, 2024 ......................................................... JA405

Statement of Undisputed Facts in Support of Motion for Summary Judgment Order dated February 9, 2024 ................................................................ JA439

Exhibit 1 in Support of Motion for Summary Judgement ............ JA464

Exhibit 2 in Support of Motion for Summary Judgement ............ JA528

Exhibit 3 in Support of Motion for Summary Judgement ............ JA3275

## **VOLUME IV**

Exhibit 4 in Support of Motion for Summary Judgement ............ JA3635

Exhibit 5 in Support of Motion for Summary Judgement ............ JA3995

Exhibit 6 in Support of Motion for Summary Judgement ............ JA4346

## **VOLUME V**

Exhibit 7 in Support of Motion for Summary Judgement ............ JA6299

Exhibit 8 in Support of Motion for Summary Judgement ............ JA10871

Exhibit 9 in Support of Motion for Summary Judgement ............ JA10873

Exhibit 10 in Support of Motion for Summary Judgement .......... JA10881

Exhibit 11 in Support of Motion for Summary Judgement .......... JA10884

Exhibit 12 in Support of Motion for Summary Judgement .......... JA10895

Exhibit 13 in Support of Motion for Summary Judgement .......... JA10919

Exhibit 14 in Support of Motion for Summary Judgement .......... JA10965

Exhibit 15 in Support of Motion for Summary Judgement .......... JA10969

Exhibit 16 in Support of Motion for Summary Judgement .......... JA10983

Exhibit 17 in Support of Motion for Summary Judgement .......... JA11076

Exhibit 18 in Support of Motion for Summary Judgement .......... JA11103

Exhibit 19 in Support of Motion for Summary Judgement .......... JA11132

## **VOLUME VI**

Exhibit 20 in Support of Motion for Summary Judgement .......... JA11134

Exhibit 21 in Support of Motion for Summary Judgement .......... JA11247

Exhibit 22 in Support of Motion for Summary Judgement .......... JA11253

Exhibit 23 in Support of Motion for Summary Judgement .......... JA11296

Exhibit 24 in Support of Motion for Summary Judgement .......... JA11412

Exhibit 25 in Support of Motion for Summary Judgement .......... JA11423

Declaration of Rebecca S. Lipner, Ph.D. in Support of Motion for Summary Judgement dated February 9, 2024 ................................................ JA11427

Letter Motion to Seal Motion for Summary Judgment dated February 16, 2024 ............................................................................................... JA11433

Response to Motion to Seal Motion for Summary Judgement dated February 19, 2024 ........................................................................ JA11435

Cross-Motion for Summary Judgment dated March 1, 2024 ....... JA11437

Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment dated March 1, 2024 ................................................................................ JA11439

Counter-Statement of Material Facts in Response to Plaintiff's Statement of Undisputed Facts in Support of its Motion for Summary Judgement dated March 1, 2024 ................................................................................ JA11475

Defendant's Statement of Material Facts Not in Dispute dated March 1, 2024 ............................................................................................... JA11498

Exhibit 1 in Support of Cross-Motion for Summary Judgment ... JA11506

Exhibit 2 in Support of Cross-Motion for Summary Judgment ... JA11514

## **VOLUME VII**

Exhibit 3 in Support of Cross-Motion for Summary Judgment ... JA11553

iii

Exhibit 4 in Support of Cross-Motion for Summary Judgment ...         JA11577

## <u>VOLUME VIII</u>

Exhibit 5 in Support of Cross-Motion for Summary Judgment ...         JA11595

Exhibit 6 in Support of Cross-Motion for Summary Judgment ...         JA11609

Exhibit 7 in Support of Cross-Motion for Summary Judgment ...         JA11633

Exhibit 8 in Support of Cross-Motion for Summary Judgment ...         JA11656

Exhibit 9 in Support of Cross-Motion for Summary Judgment ...         JA11658

Exhibit 10 in Support of Cross-Motion for Summary Judgment .         JA11672

Proposed Order for Cross-Motion for Summary Judgment ........         JA11674

Memorandum in Further Support of Motion for Summary Judgement and in
opposition to Defendant's Cross-Motion for Summary Judgment         JA11675

Counter-Statement of Material Facts in Response to Defendant's Statement of
Material Facts Not in Dispute in Support of Defendant's Cross-Motion for
Summary Judgment......................................................................         JA11713

Exhibit A in Support of Reply Memorandum and Opposition to Defendant's Cross-
Motion .........................................................................................         JA11726

Exhibit B in Support of Reply Memorandum and Opposition to Defendant's Cross-
Motion .........................................................................................         JA11729

Reply Memorandum in Support of Cross-Motion for Summary
Judgment ....................................................................................         JA11731

Case 2:14-cv-06428-KSH-CLW     Document 211-22     Filed 02/20/24     Page 1 of 113
PageID: 26413

# EXHIBIT 20

# 3065

Medical Content: XVI.F.2 - Infections of the pleural space and empyema (outline:
IM.PULM.PLEUR.INFEC.)
Topic: Empyema - xray interp and mgmt (surgical drainage)
Testing point: Recognize and treat empyema

===================================================================

A 52-year-old man who is alcohol dependent was admitted to the hospital two days ago, after two weeks of
left-sided chest pain and fever.  Initial chest radiograph revealed a large left pleural effusion.  Staining of the
pleural fluid showed gram-positive and gram-negative bacilli and cocci; no acid-fast bacilli were seen.
Cultures have been negative.  A chest tube was inserted; ceftazidime and clindamycin were begun
intravenously.

The patient has had daily maximum temperatures between 38.0 C and 39.0 C (100.4 F and 102.2 F).  He has
lost 2.3 kg (5 lb) since admission.  Drainage from the chest tube has been 300 mL.  Ultrasound-guided
thoracenteses at two additional sites have yielded scant amounts of turbid fluid.  Physical examination now
reveals decreased breath sounds and dullness over the left lower lobe; examination is otherwise normal.
Repeat chest radiograph shows a chest tube in place and a persistent left pleural effusion.  Computed
tomogram of the chest shows a loculated pleural effusion at the left base.  The chest tube is in the loculated
pleural space.

Which of the following measures is most appropriate now?

A.  Computed tomography–guided thoracentesis
B.  Substitution of imipenem for clindamycin
C.  Pulmonary consultation for bronchoscopy
D.  Surgical drainage procedure

Answer: D

ABIM00054

# 14134

Medical Content: II.K.1 - Neurocardiogenic syncope (vasovagal syncope) (outline:
IM.CARD.NONC.NEUR.)
Topic: Convulsive syncope in a blood donor - mgmt (reassurance)
Testing point: Recognize vasovagal syncope and know its management

A 27-year-old man comes to the emergency department for evaluation of syncope and a possible seizure.
Three hours ago while donating blood, he suddenly felt warm, diaphoretic, and lightheaded. He then
became pale, lost consciousness, and experienced repetitive jerking motions of both arms for ten seconds.
After 30 seconds, he awoke and reported generalized weakness. Physical examination, electrocardiogram,
and complete blood count are normal.

Which of the following is the most appropriate next step?

A. Reassure the patient and discharge him from the emergency department
B. Order computed tomography of the head
C. Order electroencephalography
D. Order echocardiography
E. Admit the patient to the telemetry unit for overnight electrocardiographic monitoring

Answer: A

Rationale:
This is classic vasovagal (vasodepressor or ventricular) syncope; brief tonic-clonic movements are common.

ABIM00055

# 15697

Medical Content: XVII.I - Infectious arthritis (outline: IM.RHEU.INFEC.)
Topic: Polyarthritis in a daycare worker - workup of parvovirus B19
Testing point: Recognize the cause of arthritis in a daycare worker and know how to evaluate

A previously healthy 30-year-old woman has had pain, swelling, and stiffness of the wrists, hands, and feet for two weeks.  She also reports mild malaise, fatigue, and sore throat.  The patient works at a daycare center; several coworkers have had similar symptoms.  She takes no medications and occasionally has a glass of wine or beer on weekends.  She is not currently sexually active.

Temperature is 38.8 C (101.8 F), pulse rate is 80 per minute, and blood pressure is 110/70 mm Hg.  No oral ulcers are noted.  A lacy erythematous rash is present on the trunk.  Mild synovitis is detected in the wrists and in the metacarpophalangeal, proximal interphalangeal, and metatarsophalangeal joints.

Laboratory studies:

| | | | |
|---|---|---|---|
| Hematocrit | 38 | | [37%–47%] |
| Hemoglobin | 12.5 | | [12–16 g/dL] |
| Leukocyte count | 4000 | | [4000–11,000/μL] |
| Differential | Normal | | |
| Erythrocyte sedimentation rate | 50 | H | [0–20 mm/hr] |
| Rheumatoid factor | 28 | H | [less than 24 IU/mL] |
| Antinuclear antibodies | Negative | | |

Which of the following studies is most likely to reveal the cause of the arthritis?

A.  Antistreptolysin O titer
B.  Spot test for mononucleosis (Monospot)
C.  IgM serology for parvovirus B19
D.  Rapid plasma reagin

Answer: C

ABIM00056

Case 2:14-cv-06428-KSH-CLW    Document 211-22    Filed 02/20/24    Page 5 of 113
PageID: 26417

# 19717

Medical Content: VII.S.6 - Needlestick injury and postexposure prophylaxis (outline: IM.INDI.PREV.NEED.)
Topic: Postexposure immunoglobulin prophy (hep B immunoglobulin)
Testing point: Know the indications for immunoglobulin therapy

Which of the following immunoglobulin preparations is used appropriately in the situation described?

A.  Hepatitis A immunoglobulin as prophylaxis in a person traveling to a developing nation in six weeks
B.  Hepatitis B immunoglobulin for postexposure prophylaxis of a nonimmunized person
C.  Rabies immunoglobulin for postexposure management of a person previously immunized with human diploid cell (rabies) vaccine
D.  Tetanus immunoglobulin for postexposure prophylaxis in a person who sustained an open tibia–fibula fracture while participating in gymnastics and whose last tetanus booster was 15 years ago
E.  Varicella immunoglobulin after exposure in an otherwise healthy, unvaccinated child

Answer: B

ABIM00057

# 21790

Medical Content: IV.H.1.a - Primary hyperparathyroidism (outline: IM.ENDO.DISOR.HYPER.PRIM.)
Topic: Hyperparathyroidism - mgmt (parathyroidectomy)
Testing point: Know the indications for treatment of asymptomatic primary hyperparathyroidism

An asymptomatic 37-year-old woman comes to your office for a periodic health evaluation. She takes no medications, has never been hospitalized, and does not drink alcoholic beverages or smoke cigarettes. Both of her parents have hypertension. Review of systems is remarkable only for fatigue.

BMI is 28. Blood pressure is 140/90 mm Hg. The optic fundi appear normal. The thyroid gland is not enlarged. Cardiopulmonary and abdominal examinations are normal; no bruits are noted. She has no edema. Complete blood count and urinalysis are normal. Serum calcium is 11.2 *[8.6–10.2 mg/dL]*; comprehensive metabolic panel is otherwise normal.

Additional laboratory studies (one week later):

| | | | |
|---|---|---|---|
| Serum calcium | 11.4 | H | *[8.6–10.2 mg/dL]* |
| Serum phosphorus | 2.9 | L | *[3.0–4.5 mg/dL]* |
| Serum 25-hydroxyvitamin D | 35 | | *[30–60 ng/mL]* |
| Serum intact parathyroid hormone | 72 | H | *[10–65 pg/mL]* |
| Urine calcium | 410 | H | *[less than 250 mg/24 hr]* |
| | | | (upper limit, 4.0 mg/kg body weight/day) |

Which of the following is the most appropriate management?

A. Observation only
B. Addition of cinacalcet
C. Addition of furosemide
D. Addition of oral phosphate
E. Parathyroidectomy

Answer: E

Rationale:
Despite lack of symptoms, this young patient should undergo parathyroidectomy to minimize future bone loss and possible complications.

ABIM00058

# 24024

Medical Content: XI.F.99 - Other pregnancy (outline: IM.GYN.PREG.OTHER.)
Topic: Cobalamin deficiency in a lactation - recognition
Testing point: Recognize and diagnose vitamin B12 deficiency

A 32-year-old woman has had persistent fatigue since the birth of her youngest child one year ago. She does not think she is depressed, but she is always sleepy and does not have enough energy to return to work or to enjoy her family. Her pregnancy was uncomplicated. She took prenatal vitamins and ferrous sulfate as prescribed. Her appetite is good; she has maintained a vegan (meat- and animal fat–free) diet all her life. She does not have heat or cold intolerance. She continues to nurse the baby. Physical examination is normal except for a small, symmetric, nontender goiter.

Laboratory studies:

| | | | |
|---|---|---|---|
| Hematocrit | 33.5 | L | *[37%–47%]* |
| Hemoglobin | 11.2 | L | *[12–16 g/dL]* |
| Leukocyte count | 5600 | | *[4000–11,000/μL]* |
| Differential | Normal | | |
| Mean corpuscular volume | 96 | | *[80–98 fL]* |
| Red cell distribution width | 21.4 | H | *[9.0–14.5]* |
| Reticulocyte count | 1.8 | H | *[0.5%–1.5% of red cells]* |
| Serum ferritin | 50 | | *[11–211 ng/mL]* |
| Serum vitamin $B_{12}$ | 210 | | *[200–800 pg/mL]* |
| Serum methylmalonic acid | 0.65 | H | *[0.00–0.40 μmol/L]* |
| Plasma homocysteine | 16 | H | *[5–15 μmol/L]* |

Which of the following is the correct interpretation of these laboratory findings?

A. Physiologic changes related to pregnancy
B. Cobalamin deficiency
C. Folate deficiency
D. Occult hypothyroidism

Answer: B

Rationale:
In addition to gastrointestinal disease, cobalamin deficiency can result from inadequate dietary intake in certain settings. Strict vegans avoid all animal products and are at risk of developing nutritional Cb1 deficiency. In addition, women who are only moderate vegetarians may become Cb1 deficient during pregnancy and lactation; their infants may also be Cb1 deficient. The Cb1 levels in cord blood are twice as high as maternal blood levels, and Cb1 needs are increased during lactation. Thus, pregnant women who limit animal protein intake may need Cb1 assessment and supplementation. 1 In this case a low normal Cb1 with elevated homocysteine and MMA levels confirm Cb1 deficiency. She is also iron deficient, but that does not mean that she didn't take her prenatal vitamins. Although hyperhomocysteinemia has been described with hypothyroidism, this would not induce RBC abnormalities.

References:
UpToDate 8.1

ABIM00059

# 26819

Medical Content: XVI.L.1 - Obesity-hypoventilation syndrome (outline: IM.PULM.SLEEP.OBES.)
Topic: Hypoventilation/hypoxia - testing (polysomnography)
Testing point: Know the workup of hypoxia and hypoventilation in an obese patient

A 58-year-old man who has had increasing fatigue for several months is referred to you for evaluation of hypoxemia. He is in no acute distress. BMI is 36. Pulse rate is 88 per minute, respirations are 12 per minute, and blood pressure is 140/92 mm Hg. Cardiopulmonary and abdominal examinations are normal. He has no peripheral edema. Arterial blood pH is 7.35 *[7.38–7.44]*, $PCO_2$ is 60 *[38–42 mm Hg]*, and $PO_2$ is 64 *[75–100 mm Hg]*. Spirometry is normal. Chest radiograph reveals an enlarged cardiac silhouette; lung parenchyma appears normal.

Which of the following tests should you order now?

A. Measurement of $DL_{CO}$
B. Computed tomography of the chest
C. Polysomnography
D. Ventilation–perfusion lung scan

Answer: C

Rationale:
The patient has a normal A-a oxygen gradient; he needs an evaluation for hypoventilation, not primary hypoxia.

ABIM00060

# 38579

Medical Content: V.B.99 - Other esophageal disease (eosinophilic esophagitis, esophageal rupture) (outline:
IM.GAST.ESOP.OTHER.)
Topic: Esophageal rupture - ddx
Testing point: Diagnose esophageal rupture

A 50-year-old man comes to the emergency department because of severe chest pain.  Nausea developed
after the patient drank more than six cocktails earlier this evening.  He vomited five or six times and had dry
heaves.  Left retrosternal pain began one hour ago, followed by a feeling of impending doom.

The patient appears anxious and is in acute distress.  Pulse rate is 140 per minute and regular, respirations
are 24 per minute, and blood pressure is 90/50 mm Hg in both arms.  No murmurs, gallops, or rubs are
heard.  Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung
base.  Arterial blood $PO_2$ is 80 mm Hg *[75–100]*, $PCO_2$ is 30 mm Hg *[38–42]*, and pH is 7.48 *[7.38–7.44]*.
Electrocardiogram shows sinus tachycardia and nonspecific ST–T wave changes.  Chest radiograph reveals
a left pleural effusion.

Which of the following is the most likely diagnosis?

A.   Acute dissecting aortic aneurysm
B.   Acute myocardial infarction
C.   Aspiration pneumonia
D.   Esophageal rupture
E.   Posteriorly penetrating peptic ulcer

Answer: D

ABIM00061

# 38730

Medical Content: IV.B.2.zz - Other hypothyroidism (outline: IM.ENDO.THYR.HYPOT.OTHER.)
Topic: Myxedema coma - mgmt (L-thyroxine and intravenous hydrocortisone)
Testing point: Recognize the acute presentation of myxedema coma and know how to treat

An 83-year-old woman is brought to the emergency department because she has had increasing somnolence and poor oral intake for four days. She has had a sore throat and cough for one week. Her husband states that she has been too tired to participate in their usual social activities for six months. He does not think that she has had a fever or chills. She takes no medications and does not drink alcoholic beverages or smoke cigarettes.

The patient is difficult to arouse. Temperature is 35.0 C (95.0 F), pulse rate is 48 per minute and regular, respirations are 14 per minute, and blood pressure is 96/60 mm Hg. Oxygen saturation by pulse oximetry is 90%, with the patient breathing oxygen (2 L/min). Her face appears swollen. A thyroidectomy scar is visible. No carotid bruits are heard. Cardiac examination shows bradycardia. Dullness to percussion and bronchial breath sounds are audible in the right posterior lung field. Reflexes are delayed but symmetric. Chest radiograph shows a right lower lobe opacity. Blood cultures are obtained, and intravenous fluids and antibiotics are begun.

Laboratory studies:

| | | | |
|---|---|---|---|
| Hematocrit | 38 | | [37%–47%] |
| Leukocyte count | 12,000 | H | [4000–11,000/μL] |
| Plasma glucose | 58 | L | [70–99 mg/dL] |
| Serum electrolytes | | | |
|     Sodium | 132 | L | [136–145 mEq/L] |
|     Potassium | 5.0 | | [3.5–5.0 mEq/L] |
|     Chloride | 92 | L | [98–106 mEq/L] |
|     Bicarbonate | 25 | | [23–28 mEq/L] |

Which of the following is the most appropriate management?

A. Active warming
B. Intravenous bolus of 50% dextrose
C. Dopamine infusion
D. Intravenous methylprednisolone
E. L-thyroxine and intravenous hydrocortisone

Answer: E

Rationale:
Myxedema coma precipitated by CAP. Fever is often not present.

ABIM00062

# 39421

Medical Content:  - With tamponade (outline: IM.CARD.PERIC.EFFU.WITH.)
Topic: Tamponade in a patient with cancer - recog
Testing point: Recognize neoplasm-associated tamponade and distinguish it from CHF, PE, and pneumonia

A 52-year-old woman who has been treated for stage IV breast cancer has had worsening shortness of breath, epigastric fullness, and profound fatigue for ten days.  She has received hormonal therapy and several different chemotherapy regimens.  Her last chemotherapy session was two weeks ago.

The patient is pale and tachypneic.  Temperature is 37.8 C (100.0 F), pulse rate is 130 per minute and regular, respirations are 26 per minute, and blood pressure is 96/70 mm Hg.  Oxygen saturation by pulse oximetry is 92%.  Estimated central venous pressure is 15–20 cm $H_2O$.  Peripheral pulses decrease in intensity with inspiration.  Heart sounds are distant, and no murmurs are heard.  Pulmonary examination reveals dullness to percussion and decreased breath sounds at the left lung base.  The right upper abdominal quadrant is tender.  Mild edema of the lower extremities is present.  Chest radiograph shows an enlarged cardiac silhouette and blunting of the costophrenic angles.  Electrocardiogram shows sinus tachycardia and low voltage in the limb and precordial leads.

Which of the following is the most likely cause of the shortness of breath?

A.   Chemotherapy-induced cardiac toxicity
B.   Cardiac tamponade
C.   Pericardial constriction
D.   Pulmonary embolus

     Answer: B

ABIM00063

# 41075

Medical Content: V.B.2 - Barrett's esophagus (outline: IM.GAST.ESOP.BARR.)
Topic: Barrett's esophagus - associated risk (adenocarcinoma of esophagus)
Testing point: Know that Barrett's esophagus is associated with an increased risk of esophageal adenocarcinoma

A 48-year-old woman has heartburn, which she has been treating for several years with nonprescription antacids. The heartburn has now become resistant to treatment, and she has slight difficulty swallowing. She has not lost weight.

Upper gastrointestinal endoscopy shows changes consistent with gastroesophageal reflux, and biopsies of the gastroesophageal junction reveal Barrett's esophagus without dysplasia. No evidence of *Helicobacter pylori* infection is found. A proton pump inhibitor is prescribed.

This patient is at increased risk for which of the following?

A.  Achalasia
B.  Adenocarcinoma of the esophagus
C.  Gastric lymphoma
D.  Gastrointestinal stromal tumor
E.  Squamous cell carcinoma of the esophagus

Answer: B

ABIM00064

# 55526

Medical Content: XVII.G.4.a - Temporal arteritis (outline: IM.RHEU.VASC.LARG.TEMP.)
Topic: Giant cell (temporal) arteritis presenting as large artery disease - ddx
Testing point: Recognize giant cell arteritis with large vessel involvement

A 75-year-old woman has had malaise, headache, fever, and pain in her left arm.  The malaise began four months ago.  She has had recurrent mild bifrontal headaches.  The patient is left handed, and during the past two weeks she has noted fatigue and cramping of the entire left arm when she peels potatoes.  Medical history is remarkable for mild bilateral hearing loss and hypertension.  Current medications are lisinopril, a thiazide diuretic, and calcium.  Her father and one brother died suddenly in their 40s.

The patient does not appear ill.  BMI is 23.  Temperature is 37.8 C (100.0 F), pulse rate is 80 per minute and regular, and respirations are 16 per minute.  Blood pressure is 160/92 mm Hg in the right arm and is not obtainable in the left arm.  Estimated central venous pressure is 5 cm $H_2O$.  The cardiac impulse, $S_1$, and $S_2$ are normal.  No murmurs are audible.  Carotid pulses are normal bilaterally.  Brachial and radial pulses in the right arm are normal.  The left arm is warm but brachial and radial pulses are absent.  Bruits are present in the supraclavicular spaces bilaterally and over the flexor surface of the left upper arm.  Pulses in the feet are bounding.  No rash is present, and the remainder of the physical examination is normal.

Laboratory studies:

| | | | |
|---|---|---|---|
| Hematocrit | 34 | L | *[37%–47%]* |
| Leukocyte count | 8250 | | *[4000–11,000/μL]* |
| Platelet count | 398,000 | H | *[150,000–300,000/μL]* |
| Erythrocyte sedimentation rate | 89 | H | *[0–20 mm/hr]* |
| Comprehensive metabolic panel | Normal (including blood urea nitrogen and serum creatinine) | | |
| Serum cholesterol | | | |
| Total | 240 | H | *[high: greater than 239 mg/dL]* |
| LDL | 145 | | *[borderline high: 130–159 mg/dL]* |

Which of the following is the most likely diagnosis?

A.   Atherosclerotic peripheral arterial disease
B.   Fibromuscular dysplasia
C.   Giant cell arteritis
D.   Leukocytoclastic vasculitis

Answer: C

Rationale:
Temporal arteritis is the only possibility that affects large arteries and produces inflammation. Recent Mayo Clinic studies show that 25% of patients with temporal arteritis have large artery disease.

ABIM00065

**# 56949**

Medical Content: V.D.5 - Mesenteric ischemia and ischemic colitis (outline: IM.GAST.SMAL.MESEN.)
Topic: Ischemic colitis - recog
Testing point: Recognize the clinical presentation of ischemic colitis

A 70-year-old woman has had crampy lower abdominal pain and several episodes of rectal bleeding and bloody diarrhea during the past 24 hours.  Pain is relieved temporarily by passage of bloody stools.  She has not had tenesmus.  The patient has type 2 diabetes mellitus and hypertension.  She has not taken antibiotics recently.

Temperature is 36.9 C (98.4 F), pulse rate is 84 per minute, and blood pressure is 142/90 mm Hg.  Cardiopulmonary examination is normal.  The left lower abdominal quadrant is slightly tender but without guarding.  An abdominal bruit is heard.  No tenderness is elicited on rectal examination, but blood is present on the examining glove.  Hemoglobin is 10.2 g/dL *[12–16]*.

Which of the following is the most likely diagnosis?

A.  Collagenous colitis
B.  Diverticulitis
C.  Ischemic colitis
D.  Superior mesenteric artery embolus
E.  Ulcerative proctitis

Answer: C

ABIM00066

# 37451

Medical Content: VII.B.4 - Epidural abscess (outline: IM.INDI.CNS.EPID.)
Topic: Acute neck pain, fever, dyspnea, hyporeflexia - ddx (spinal epidural abscess)
Testing point: Recognize the physical and CSF findings of epidural abscess

Four weeks ago, a 66-year-old woman was hospitalized for three days for treatment of community-acquired pneumonia with moxifloxacin. Her course was complicated by mild phlebitis and bacteremia due to methicillin-resistant *Staphylococcus aureus*, which resolved after removal of a catheter from her left forearm and treatment with intravenous vancomycin. She has chronic obstructive pulmonary disease, which is characterized by production of thick white sputum most mornings. She continues to smoke one pack of cigarettes daily, as she has for over 40 years. One week ago the patient had neck pain radiating to the shoulders. Temperature was 37.8 C (100.0 F). The cervical spine was slightly tender. Physical examination was otherwise normal.

Today the patient has difficulty breathing, and she is admitted to the hospital. Temperature is 38.9 C (102.0 F) rectally, pulse rate is 92 per minute, and blood pressure is 120/66 mm Hg. The neck is stiff and tender to palpation. The lungs are clear. She has marked weakness of the muscles of respiration, both arms, the abdominal wall, and the back; slight weakness of the legs is noted. Sensation to pinprick is decreased below the neck. Position and vibratory sensations are diminished in the lower extremities. Upper extremity reflexes are hypoactive; the lower extremities are hyperreflexive. Plantar reflexes are extensor. Hemoglobin is 12.0 g/dL, leukocyte count is 15,000/μL with 84% neutrophils and 16% lymphocytes, and fasting plasma glucose is 105 mg/dL. Chest radiograph shows increased anteroposterior diameter of the chest but is otherwise normal. Non–contrast-enhanced computed tomogram of the head shows no mass lesions.

CSF analysis:

| | |
|---|---|
| Opening pressure | 160 mm CSF |
| Leukocyte count | 350/μL; 60% neutrophils, 40% lymphocytes |
| Total proteins | 450 mg/dL |
| Glucose | 83 mg/dL |
| Gram, acid-fast, and India ink stains | Negative |
| Closing pressure | 120 mm CSF |

Which of the following is the most likely diagnosis?

A. Spinal epidural abscess
B. Brain abscess
C. Lung cancer metastatic to the cervical spine
D. Carcinomatous meningitis
E. Infectious polyneuritis

Answer: A

Rationale:
Epidural abscess with neurologic findings is a medical emergency in which prompt diagnosis and therapy can preserve neurologic function.

ABIM00067

Case 2:14-cv-06428-KSH-CLW    Document 211-22    Filed 02/20/24    Page 16 of 113
PageID: 26428

# 5228

Medical Content: V.B.4.zz - Other esophageal motility disorder (outline: IM.GAST.ESOP.ESOP2.OTHER.)
Topic: Diffuse esophageal spasm: X-ray interp and rx (isosorbide dinitrate)
Testing point: Recognize the radiographic presentation of esophageal spasm and know its treatment

A 73-year-old man was admitted to the hospital eight days ago for treatment of a fractured left hip.  He now has dysphagia for both liquids and solids, intermittent odynophagia, and chest pain associated with eating. The patient refuses to eat because of the pain.  Barium swallow is shown.

Which of the following should you recommend?

A.  Administration of isosorbide dinitrate
B.  Administration of metoclopramide
C.  Bougienage
D.  Dilation with a pneumatic dilator
E.  Long myotomy of the esophageal body

Answer: A

ABIM00068

# 21583

Medical Content: V.C.2 - Peptic ulcer disease (not Helicobacter pylori) (outline: IM.GAST.STOM.PEPT.)
Topic: Gastrointestinal bleeding - mgmt (clear liquids and admit)
Testing point: Know how to manage gastrointestinal bleeding

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material. Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing. Abdominal examination is normal except for mild epigastric tenderness. Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun. Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base. No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A.    Begin clear liquids, and admit the patient to the medical service
B.    Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C.    Begin therapy with octreotide, and admit the patient to the intensive care unit
D.    Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E.    Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

Answer: A

References:
Moreno P, Jourrieta E, Arando H, et al. Efficacy and safety of an early discharge protocol in low risk patients with upper gastrointestinal bleeding. *Am J Med*. 1998; 105:176.

ABIM00069

# 26575

Medical Content: V.B.8 - Gastroesophageal varices (outline: IM.GAST.ESOP.GAST2.)
Topic: Esophageal varices - tx (propranolol)
Testing point: Know preventive therapy for bleeding complications of esophageal varices

A 65-year-old man undergoes upper gastrointestinal endoscopy and is found to have large esophageal varices. He has cirrhosis secondary to hepatitis C infection but no history of gastrointestinal bleeding, cardiopulmonary disease, or drug allergies.

Blood pressure is 140/80 mm Hg. Several spider angiomas are present. The abdomen is nontender; shifting dullness is present. Liver span is 10 cm in the right midclavicular line. The spleen is not palpable.

Which of the following medications is indicated to prevent variceal bleeding?

A. Atenolol
B. Captopril
C. Losartan
D. Propranolol
E. Spironolactone

Answer: D

Rationale:
Nonselective beta blockers are the most effective oral drugs available to reduce portal pressure and have been shown in controlled trials to reduce the incidence of variceal bleeding.

References:
Gonzalez-Abraldes, J., et al. Randomized Comparison of Long-Term Losartan Versus Propranolol in Lowering Portal Pressure in Cirrhosis" *Gastroenterology*. 2001;121:382–389.

ABIM00070

# 37774

Medical Content: V.C.1 - Helicobacter pylori (outline: IM.GAST.STOM.HELIC.)
Topic: Gastric lymphoma - tx (clarithromycin, amoxicillin, lansoprazole)
Testing point: Understand treatment options for H. pylori-induced gastric (MALT) lymphoma

A 58-year-old man has recurrent epigastric pain.  An upper gastrointestinal endoscopy 19 years ago revealed a duodenal ulcer; he has since been taking cimetidine intermittently, which has provided minimal or no relief for six months.  He has not had melena or hematochezia.  He does not smoke cigarettes, drink alcoholic beverages, or take nonsteroidal anti-inflammatory drugs or other medications.  Screening colonoscopy was normal two years ago.  He has no other medical problems.

Physical examination is normal except for mild epigastric discomfort.  Stool is positive for occult blood. Rapid urease test is positive for *Helicobacter pylori*.  Upper gastrointestinal endoscopy shows erythema, nodularity, and erosions in the gastric antrum.  Antral biopsies reveal low-grade B cell MALT lymphoma.

Which of the following is the most appropriate treatment?

A.  Lansoprazole
B.  Clarithromycin, amoxicillin, and lansoprazole
C.  Chemotherapy
D.  Chemotherapy followed by antrectomy
E.  Total gastrectomy

Answer: B

Rationale:
Eradication of *H. pylori* often results in a cure of  MALT lymphoma.

ABIM00071

# 37483

Medical Content: III.F.2 - Herpes zoster/Varicella (outline: IM.DERM.SKIN.HERP.)
Topic: Fever and rash - ddx (varicella)
Testing point: Recognize the signs and symptoms of varicella infection

A 26-year-old woman has had fever, chills, headache, and backache for three days.  Yesterday she noted slightly raised red spots on the trunk, back, and legs.  She has always been in excellent health and says that she does not smoke cigarettes, drink alcoholic beverages, or use illicit drugs.

Temperature is 37.9 C (100.2 F), pulse rate is 100 per minute and regular, respirations are 14 per minute, and blood pressure is 110/74 mm Hg.  The lesions shown are present on the face, trunk, back, and legs.

Which of the following is the most likely diagnosis?

A.  Bullous impetigo
B.  Dermatitis herpetiformis
C.  Disseminated gonorrhea
D.  Varicella
E.  Vasculitis

Answer: D

ABIM00072

**# 6680**

Medical Content: III.F.99 - Other skin and soft tissue infections (outline: IM.DERM.SKIN.OTHER.)
Topic: Erysipelas - recog and etiol (gram-positive cocci in chains)
Testing point: Recognize causative organisms and clinical features of erysipelas

A previously healthy 45-year-old woman who has type 2 diabetes mellitus comes to your office in August because she has had a painful facial rash (shown), fever, and lethargy for three days.  She spends her weekends at the beach.

The most likely cause of this condition is infection with which of the following?

A.  Comma-shaped, gram-negative rods
B.  Gram-positive cocci in clusters
C.  Gram-positive cocci in chains
D.  *Rickettsia* species
E.  A spirochete

Answer: C

**ABIM00073**

**# 13439**

Medical Content: IX.M.15 - Mixed acid-base disturbance (outline: IM.NEPH.WATER.MIXED.)
Topic: Mixed acid–base disorders - DDx (mixed metabolic acidosis and metabolic alkalosis)
Testing point: Recognize a mixed acid-base disturbance

A 58-year-old man who has a history of alcohol dependence and chronic bronchitis is brought to the emergency department after being found lying on the street. He is lethargic and reports weakness and dizziness. Pulse rate is 100 per minute, respirations are 25 per minute, and blood pressure is 95/60 mm Hg. The expiratory phase of respiration is prolonged, and scattered rhonchi are heard. The remainder of the examination is normal.

Laboratory studies:

| | |
|---|---|
| Serum electrolytes | |
| Sodium | 135 mEq/L |
| Potassium | 3.3 mEq/L |
| Chloride | 82 mEq/L |
| Bicarbonate | 25 mEq/L |
| Arterial blood studies | |
| $PO_2$ | 75 mm Hg |
| $PCO_2$ | 41 mm Hg |
| pH | 7.41 |

Which of the following best characterizes this patient's metabolic status?

A. Normal
B. Post-hypercapnic metabolic alkalosis
C. Mixed metabolic alkalosis and respiratory alkalosis
D. Mixed metabolic acidosis and metabolic alkalosis
E. The acid–base data are not internally consistent

Answer: D

ABIM00074

# 29430

Medical Content: XVII.H.9 - Juvenile rheumatoid arthritis and Still's disease (outline: IM.RHEU.OTHER.JUVEN.)
Topic: Adult Still's disease - recognition
Testing point: Recognize clinical features of adult Stills disease (recurring high fevers, arthritis, evanescent rash)

An 18-year-old woman is evaluated because of recurring fevers that began suddenly four weeks ago. Initially she also had a sore throat that resolved after a few days. Temperature reaches 40.0 C (104.0 F) every afternoon. A few hours after she takes naproxen, temperature decreases to 35.0 C (95.0 F). A transient nonpruritic morbilliform rash appears over the chest and abdomen during the fever. She also has had pain and swelling of the wrists and knees.

This morning the patient appears pale and chronically ill. Temperature is 35.0 C (95.0 F), pulse rate is 100 per minute, and blood pressure is 102/60 mm Hg. Multiple, small (less than 1 cm) anterior and posterior cervical lymph nodes are soft and nontender. The spleen tip is palpable just below the left costal margin. The wrists and knees are mildly swollen. Physical examination is otherwise normal. Chest radiograph is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 28% |
| Leukocyte count | 27,000/μL; 90% segmented neutrophils, 1% band forms, 9% lymphocytes |
| Platelet count | 260,000/μL |
| Erythrocyte sedimentation rate | 103 mm/hr |
| Prothrombin time | 11 seconds *[11–13]* |
| Serum creatinine | 0.7 mg/dL |
| Serum albumin | 3.1 g/dL |
| Serum aminotransferases | |
| ALT | 74 U/L |
| AST | 67 U/L |
| Urinalysis | Trace protein, blood negative; 0–1 RBC, 0–1 WBC/hpf |

Which of the following is the most likely diagnosis?

A. Hepatitis C virus infection
B. Parvovirus B19 infection
C. Sarcoidosis
D. Still's disease
E. Systemic lupus erythematosus

Answer: D

Rationale:
This is a classic presentation of Adult Still's disease. SLE would ordinarily be a good bet in a young woman with fever, arthritis, and rash. However, SLE skin disease does not come and go with fever (as Still's does). The strikingly elevated WBC also favors Adult Still's over SLE. The duration of disease, the magnitude of fever, and the fever-associated rash do not square with Parvovirus B19 infection. The negative chest x-ray argues against sarcoidosis. Still's frequently causes elevated aminotransferases, especially during NSAID therapy. The course, fever and fever-associated rash make hepatitis C unlikely.

ABIM00075

# 39210

Medical Content: I.G - Drug allergy (except drug-induced urticaria and angioedema) (outline: IM.ALLG.DRUG.)
Topic: Anticonvulsant hypersensitivity syndrome - tx (discontinuation of phenytoin)
Testing point: Recognize an adverse reaction to phenytoin sodium

A 42-year-old man is evaluated in the emergency department because he has had fever, a diffuse red rash, pruritus, and facial swelling for one week. The patient has type 2 diabetes mellitus and chronic kidney disease. He has required hemodialysis for three years; his last session was yesterday. Five weeks ago, he was admitted to the hospital for revision of the dialysis fistula and had a postoperative seizure. Medications are insulin, lisinopril, an erythropoiesis-stimulating agent, phenytoin sodium, and calcium acetate.

The patient appears acutely ill. Temperature is 39.2 C (102.6 F), pulse is 110 per minute and regular, and blood pressure is 140/90 mm Hg. Erythroderma covers most of the body. Enlarged lymph nodes are palpable in the cervical, epitrochlear, and inguinal regions. The fistula has a palpable thrill. Radiograph of the chest is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 33% |
| Leukocyte count | 13,200/μL; 42% neutrophils, 14% lymphocytes, 12% monocytes, 32% eosinophils |
| Comprehensive metabolic panel | Normal except for plasma glucose of 162 mg/dL, blood urea nitrogen of 51 mg/dL, and serum creatinine of 9.5 mg/dL |
| Serum electrolytes | |
| Sodium | 129 mEq/L |
| Potassium | 5.4 mEq/L |
| Chloride | 95 mEq/L |
| Bicarbonate | 19 mEq/L |

In addition to admitting the patient to the hospital, which of the following is the most appropriate next step?

A. Discontinuation of phenytoin sodium
B. Therapy with broad-spectrum antimicrobial agents
C. Parenteral administration of corticosteroids
D. Urgent hemodialysis
E. Immediate transfer to a specialized burn unit

Answer: A

Rationale:
Classic description of anticonvulsant hypersensitivity syndrome. Although some experts may want to administer corticosteroids, discontinuing the offending drug is most important and correct initial step.

ABIM00076

# 24060

Medical Content: V.H.15 - Gilbert's syndrome (outline: IM.GAST.LIVER.GILB.)
Topic: Gilbert's syndrome - Dx (no further tests)
Testing point: Recognize the presentation of Gilberts syndrome and know its management

A 35-year-old man is evaluated for painless jaundice.  He has not had fever, chills, dark urine, or pruritus.
He has noted intermittent jaundice since he was a teenager.

Physical examination reveals scleral icterus.  Abdominal examination is normal; no spider angiomas are
present.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 14.0 g/dL |
| Serum bilirubin | |
|     Total | 3.0 mg/dL |
|     Direct | 0.2 mg/dL |
| Serum albumin | 4.2 g/dL |
| Serum alkaline phosphatase | 70 U/L |
| Serum aminotransferases | |
|     ALT | 28 U/L |
|     AST | 20 U/L |
| Serum lactate dehydrogenase | 120 U/L *[140–280]* |
| Urine urobilinogen | Normal |

Which of the following is the most appropriate next step?

A.  No further testing
B.  Osmotic fragility testing
C.  Ultrasonography of the abdomen
D.  Computed tomography of the abdomen
E.  Endoscopic retrograde cholangiopancreatography

Answer: A

Rationale:
Gilbert's syndrome is characterized by indirect hyperbilirubinemia and otherwise normal liver function tests.

ABIM00077

# 37170

Medical Content: X.A - Seizures (outline: IM.NEUR.SEIZ.)
Topic: Complex partial seizures and depression - tx (discontinue bupropion)
Testing point: Know contraindications for bupropion

A 27-year-old man comes to you for an initial visit. He has a 15-year history of complex partial seizures, which are treated with carbamazepine (600 mg daily). Seizure activity had been well controlled until three months ago when he began to have seizures about once a month, each lasting no more than five minutes. He also takes bupropion for smoking cessation. The patient is otherwise well and does not drink alcoholic beverages. He has no history of head trauma; magnetic resonance imaging of the brain was normal five years ago.

The patient feels well. Mental status and neurologic findings are normal. Complete blood count and comprehensive metabolic panel are normal. Serum carbamazepine is 8 μg/mL *[therapeutic: 4–12]*.

Which of the following should you do?

A. Continue current therapy
B. Discontinue bupropion
C. Increase carbamazepine dose
D. Substitute lamotrigine for carbamazepine
E. Substitute phenytoin sodium for carbamazepine

Answer: B

ABIM00078

# 32723

Medical Content: VI.B.99 - Other hemolytic anemia (outline: IM.HEMA.HEMOL.OTHER.)
Topic: AIHA in a pt with CLL - recognition
Testing point: Know that Coomb's-positive hemolytic anemia may complicate CLL

A 58-year-old woman who was diagnosed with stage I chronic lymphocytic leukemia three years ago has had progressive fatigue and dyspnea on minimal exertion for two weeks. Physical examination is unchanged from her last visit four months ago. Cervical lymph nodes are minimally enlarged but the liver and spleen are not palpable. Stool is negative for occult blood.

Laboratory studies:

|  | Four months ago | Today |
| --- | --- | --- |
| Hemoglobin (g/dL) | 12.7 | 9.0 |
| Mean corpuscular volume *[86–98 fL]* | 87 | 99 |
| Leukocyte count (/cu mm) | 45,000 | 51,000 |
| Neutrophils (%) | 15 | 10 |
| Lymphocytes (%) | 75 | 80 |
| Monocytes (%) | 8 | 7 |
| Eosinophils (%) | 2 | 3 |
| Platelet count (/cu mm) | 200,000 | 470,000 |
| Reticulocyte count *[0.5%–1.5% of red cells]* | — | 12 |
| Serum bilirubin (mg/dL) |  |  |
| Total | 1.0 | 2.3 |
| Direct | 0.5 | 0.6 |
| Serum lactate dehydrogenase *[140–280 U/L]* | 230 | 400 |

Which of the following is the most likely explanation for the fatigue and dyspnea?

A. Autoimmune hemolytic anemia
B. Acute viral hepatitis
C. Folic acid deficiency
D. Transformation to large cell lymphoma
E. Progressive replacement of bone marrow by chronic lymphocytic leukemia

Answer: A

Rationale:
This is a classic presentation for acute hemolytic anemia which in the setting of CLL is most likely Coomb's positive.

ABIM00079

**# 9240**

Medical Content: VI.C.1 - Thalassemias (outline: IM.HEMA.HEMOG.THAL.)
Topic: Hemoglobinopathy in a 67-yo woman; thalassemia trait - preop eval (electrophoresis)
Testing point: Know how to evaluate a patient with low MCV and abnormal PBF

You are asked to evaluate an asymptomatic 67-year-old white woman who is scheduled to undergo an elective cholecystectomy. No abnormal physical findings are noted, and stool is negative for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 34% |
| Hemoglobin | 11.9 g/dL |
| Erythrocyte count | 6.4 million/μL *[4.2–5.9 million]* |
| Mean corpuscular volume | 67 fL *[86–98]* |
| Mean corpuscular hemoglobin | 24 pg *[27–32]* |
| Leukocyte count | 6900/μL; 78% neutrophils, 13% lymphocytes, 7% monocytes, 2% eosinophils |
| Platelet count | 197,000/μL |
| Peripheral blood film | Moderate hypochromia, slight microcytosis, target cells, moderate poikilocytosis and anisocytosis |
| Liver biochemical studies | Normal |

These laboratory results are similar to those obtained five years ago at the time of an elective femoral herniorrhaphy.

Which of the following studies will most likely lead to an explanation of the anemia?

A. Serum ferritin
B. Direct antiglobulin (Coombs') test
C. Hemoglobin electrophoresis
D. Bone marrow aspiration and biopsy
E. Colonoscopy

Answer: C

**ABIM00080**

# 39611

Medical Content: III.B.2.a - Henoch-Schonlein purpura (outline: IM.DERM.DERM2.LEUK.HENOC.)
Topic: Henoch-Schonlein purpura - ddx
Testing point: Recognize the presentation of Henoch-Schonlein purpura

A 43-year-old man comes to the emergency department because of a rash and abdominal pain. Three days ago, he had diffuse cramping abdominal pain, especially before bowel movements; he felt feverish and noted a rash on the buttocks and legs. He now also has nausea and decreased appetite; earlier today, he noted blood and mucus in a loose bowel movement. He had an upper respiratory tract infection three weeks ago.

The patient is in mild distress. Temperature is 37.6 C (99.7 F), pulse rate is 110 per minute and regular, respirations are 16 per minute and unlabored, and blood pressure is 136/86 mm Hg without postural change. Confluent purpura is present over the buttocks, thighs, and feet with slightly raised lesions. The right lower abdomen is tender, with slight guarding but no rebound. Rectal examination yields loose, brown stool with blood and mucus; no mass is noted. Computed tomography of the abdomen shows thickening of the wall of the cecum.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 47% |
| Hemoglobin | 14.0 g/dL |
| Leukocyte count | 13,000/µL; 85% segmented neutrophils, 5% band forms, 10% lymphocytes |
| Platelet count | 175,000/µL |
| Blood urea nitrogen | 28 mg/dL |
| Serum creatinine | 1.6 mg/dL |
| Urinalysis | Specific gravity 1.028; blood 3+, protein 2+, nitrites and leukocyte esterase negative; 20–30 RBCs, 0–3 WBCs, rare RBC casts/hpf |

Which of the following is the most likely diagnosis?

A. Crohn's disease
B. Hemolytic uremic syndrome
C. Henoch-Schönlein purpura
D. Typhlitis
E. Ulcerative colitis

Answer: C

Rationale:
The patient is not leukopenic so typhlitis is not likely. With no prior history, inflammatory bowel disease is less likely and would not explain the rash and renal disease. Colon cancer also does not explain the rash and renal disease. Henoch-Schönlein purpura is not rare in adults.

ABIM00081

**# 6709**

Medical Content: VII.C.2 - Otitis media and externa (outline: IM.INDI.UPPER.OTIT.)
Topic: Otitis externa in a diabetic pt - cause (*Pseudomonas aeruginosa*)
Testing point: Know causative organisms in complicated otitis externa

A 68-year-old woman has had severe left ear pain for two days.  The patient takes glyburide (10 mg orally daily) for type 2 diabetes mellitus.  Medical history is otherwise noncontributory.

Temperature is 38.9 C (102.0 F), pulse rate is 92 per minute, respirations are 16 per minute, and blood pressure is 170/84 mm Hg.  The left ear is extremely swollen, erythematous, and tender.  It is impossible to examine the external auditory canal or tympanic membrane because of the patient's pain.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 46% |
| Leukocyte count | 15,700/μL |
| Plasma glucose | 208 mg/dL |
| Serum creatinine | 1.3 mg/dL |

Which of the following is the most likely cause of this illness?

A.   *Haemophilus influenzae*
B.   Herpes zoster (Ramsay Hunt syndrome)
C.   *Pseudomonas aeruginosa*
D.   *Streptococcus pneumoniae*
E.   *Staphylococcus aureus*

Answer: C

Rationale:
Diabetic patients are at risk for malignant otitis externa, which is almost always secondary *Pseudomonas* rather than more typical causes of other skin/soft tissue infection (*Staph*) or otitis media (*H. flu* and *Strep*). Herpes zoster is more common in 60+-year-olds, but Ramsay Hunt includes facial nerve paralysis and should have vesicles in addition to marked pain.

**ABIM00082**

# 41940

Medical Content: XIII.C - Cataracts (outline: IM.OPTH.CATAR.)
Topic: Early cataracts - recog (posterior subcapsular cataract)
Testing point: Recognize the early findings of cataracts in the elderly

A 74-year-old man reports visual changes in his right eye. For four months, the patient has had difficulty reading road signs when driving, especially at night when the streetlights create glare. He has had no difficulty using either eye to read crossword puzzles. He has type 2 diabetes mellitus, hypertension, and osteoarthritis. Current medications are lisinopril, metformin, aspirin, and acetaminophen.

Visual acuity is 20/40 in the right eye and 20/25 in the left eye. Ocular examination shows a triangular, pink-white fold of conjunctiva on the medial aspect of both eyes, abutting the cornea on the left and extending 2 mm over the corneal surface on the right. Both pupils are round and 3 mm in diameter; they constrict to light and react identically during the swinging flashlight test. Both eyes have full range of motion. A diminished red reflex is noted in the right eye. Neither fundus is seen during attempts to examine the retina through nondilated pupils.

Which of the following best explains this visual condition?

A.  Age-related macular degeneration
B.  Diabetic retinopathy
C.  Ischemic optic neuropathy
D.  Posterior subcapsular cataract
E.  Pterygium

Answer: D

Rationale:
Cataracts initially cause problems with lights at night and glare with street lamps. The diminished red reflex makes cataract most likely. Early immature cataracts may not affect the patient's ability to read. Pterygia are unlikely to affect vision, unless they involve much more of the corneal surface (causing astigmatism) or actually obscure the visual axis. The normal swinging flashlight test excludes ischemic optic neuropathy. The red reflex should be normal in diabetic retinopathy (unless there is a large vitreous hemorrhage) and age-related macular degeneration.

ABIM00083

# 13322

Medical Content: IV.O.99 - Other nutritional disorders (outline: IM.ENDO.NUTR.OTHER.)
Topic: Abdominal pain, weakness, and hypercalcemia in a 28-yo - ddx (hypervitaminosis A)
Testing point: Recognize the signs and symptoms of vitamin A toxicity

A 28-year-old man has had abdominal pain, anorexia, and headache for four to six weeks. His general health is excellent, and he is proud of his physical conditioning. He takes protein supplements and high doses of vitamins.

Some irritability and mental slowness are noted during physical examination. The skin is dry and scaly. Vital signs are normal. The optic disk margins are blurred bilaterally. The liver is enlarged; a rounded, smooth, slightly tender edge extends 4 cm below the costal margin in the midclavicular line. Complete blood count and comprehensive metabolic panel are normal except for serum calcium of 10.8 mg/dL.

The most likely cause of this disorder is an excess of which of the following?

A. Vitamin A
B. Vitamin $B_2$ (riboflavin)
C. Vitamin $B_6$ (pyridoxine)
D. Vitamin D
E. Vitamin E

Answer: A

ABIM00084

# 49814

Medical Content: XIII.H.3 - Endophthalmitis (outline: IM.OPTH.OTHER.ENDOP.)
Topic: *Candida* endophthalmitis - diagnosis
Testing point: Be able to recognize endophthalmitis

A 37-year-old man has had progressive blurring of vision in his left eye for 14 days and mild left eye discomfort for three days. He uses intravenous heroin. Serologic test for antibodies to HIV was negative 18 months ago.

Vital signs are normal. Visual acuity is 20/20 in the right eye and 20/400 in the left. Pupil size is symmetric, and light reaction is normal. Funduscopic examination of the left eye reveals a yellow-white opacity extending into the vitreous and overlying the temporal aspect of the optic disk, extending toward the macula.

Which of the following is the most likely diagnosis?

A. *Candida* endophthalmitis
B. Central retinal vein occlusion
C. Cytomegalovirus retinitis
D. Optic neuritis
E. Retinal detachment

Answer: A

Rationale:
Findings are those of endophthalmitis. The subacute course is almost diagnostic for candidal infections, a complication of (black-tar) heroin use.

ABIM00085

# 52794

Medical Content: XIV.C.99 - Other disorders of the oral cavity, pharynx, or salivary glands (outline: IM.ENT.DISEAS2.OTHER.)
Topic: Dental infection - tx (clindamycin)
Testing point: Know the best antibiotic for dental infections

A 25-year-old woman comes to the emergency department because of tooth pain that has worsened during the past two days. For two weeks, she has had heat and cold sensitivity in the left lower canine. She has not had chills or fever, but tooth pain has interfered with sleep. She takes no medications, and she is allergic to penicillin.

Examination reveals tenderness to percussion on the left lower canine and tenderness and swelling of the jaw below this tooth. The submandibular lymph nodes are enlarged and tender.

In addition to dental care and analgesics, which of the following is the most appropriate treatment?

A.  Amoxicillin–clavulanate
B.  Ciprofloxacin
C.  Clindamycin
D.  Erythromycin
E.  Telithromycin

Answer: C

Rationale:
This is a common presentation at weekend urgent care centers and emergency departments. After drainage, clindamycin remains the drug of choice for suppurative dental infections.

References:
The Sanford Guide to Antimicrobial Therapy. 2006.

ABIM00086

# 38922

Medical Content: II.B.5 - Constrictive pericarditis (outline: IM.CARD.PERIC.CONS.)
Topic: Constrictive pericarditis - rx (pericardiectomy)
Testing point: Recognize constrictive pericarditis and know its treatment

A 55-year-old man has had gradually increasing abdominal girth and mild ankle swelling for two months. The patient has smoked one pack of cigarettes daily for 40 years and has had "asthmatic bronchitis" with cough, wheezing, and shortness of breath for ten years. He has a history of alcohol dependence.

Pulse rate is 92 per minute, and blood pressure is 110/96 mm Hg. Scleral icterus is noted. The posteroanterior diameter of the chest is increased. Estimated central venous pressure is 20 cm $H_2O$. $S_1$ is loud, and $S_2$ is narrowly split with accentuation of the second component. A loud early diastolic sound is audible. Bibasilar crackles with expiratory wheezing are heard. Evidence of ascites is noted on percussion of the abdomen. Electrocardiogram shows atrial fibrillation, an axis of +90 degrees, and nonspecific ST–T wave changes. Chest radiographs are shown.

Which of the following is the best treatment option?

A. Biventricular pacing
B. Atrioventricular node ablation and pacemaker placement
C. Pericardiectomy
D. Mitral valve replacement

Answer: C

ABIM00087

# 13410

Medical Content: VIII.B - Primarily ethics (outline: IM.MISC.ETHI.)
Topic: Right to refuse rx in a patient with COPD
Testing point: Recognize a competent patient's right to refuse therapy

A 55-year-old man who has severe chronic obstructive pulmonary disease is hospitalized because of cough and fever.  He is lucid and emphatically tells you that he has been intubated before and does not want such aggressive treatment again.  He refuses placement in the intensive care unit and affirms that he does not want to be resuscitated in the event of cardiopulmonary arrest.  The patient has no living will; his wife supports his wishes.

Which of the following should you do?

A.  Ask the patient and his wife to sign a statement refusing aggressive treatment
B.  Inform the patient that you cannot honor his request without a living will or designation of his wife with Durable Power of Attorney for Health Care (Health Care Proxy)
C.  Consult the hospital ethics committee
D.  Write a "do not resuscitate" order and enter a note in the patient's record reflecting this discussion

Answer: D

ABIM00088

# 42148

Medical Content: XII.G.99 - Other gynecologic cancer (outline: IM.ONCO.GYNEC.OTHER.)
Topic: Vulvar Bowen's disease - tx (lesion bx)
Testing point: Recognize and manage vulvar Bowen's disease

A 65-year-old woman has seen blood on the toilet tissue after she urinates.  She has had vulvar itching but no urinary tract symptoms.  The patient had a vaginal hysterectomy ten years ago because of uterine leiomyomas.

Physical examination reveals a velvety, red, slightly friable 2x2–cm plaque at the vaginal introitus extending from the edge of the urethra to the left labium minus.  No tenderness or induration is noted.  The vaginal mucosa is atrophic with a clear, watery discharge.  The cervix is absent.

Which of the following is the most appropriate next step for this vulvar plaque?

A.    Darkfield examination of the lesion
B.    Biopsy of the lesion
C.    Topical low-potency corticosteroids
D.    Topical estrogen
E.    Topical imiquimod (Aldara)

          Answer: B

Rationale:
This is a classic description of a vulvar/vaginal Bowen's lesion (epithelial carcinoma in situ). Whenever this lesion is encountered, the examiner must recognize the need to biopsy it (or refer it for biopsy) at the outset.

ABIM00089

# 32151

Medical Content: VII.N.2 - Systemic inflammatory response syndrome (SIRS) and septic shock (outline: IM.INDI.BACT.SIRS.)
Topic: Hypotension in sepsis in 64-yo - tx (isotonic saline)
Testing point: Know the appropriate initial treatment of hypotension associated with sepsis

A 64-year-old man who has hypertension and heart failure well controlled on oral medications comes to the emergency department because he has had back pain for three days and fever and chills for one day. He has not had nausea, vomiting, diarrhea, dyspnea, or abdominal pain.

Temperature is 40.0 C (104.0 F), pulse rate is 125 per minute, respirations are 20 per minute, and blood pressure is 75/42 mm Hg. Oxygen saturation by pulse oximetry is 92%. Heart rhythm is regular; a gallop without a murmur is noted. A few bibasilar crackles are audible; wheezes are not heard. Bilateral costovertebral angle tenderness is present. Abdominal examination is normal. The extremities are mottled. Serum electrolytes and urinalysis are pending, as are results of chest radiography. Antibiotic therapy is begun.

Which of the following is the most appropriate initial treatment for the abnormal blood pressure?

A. Dobutamine
B. Dopamine
C. Phenylephrine
D. Vasopressin
E. Isotonic saline

Answer: E

ABIM00090

# 39237

Medical Content: II.G.2 - Hypertrophic cardiomyopathy with and without obstruction (outline: IM.CARD.MYOC.HYPER.)
Topic: Cardiac murmur - ddx (hypertrophic obstructive cardiomyopathy)
Testing point: Diagnose the physical findings of hypertrophic obstructive cardiomyopathy

A 34-year-old man has had intermittent palpitations and lightheadedness for one week. He has not fainted. Pulse rate is 88 per minute, and blood pressure is 120/82 mm Hg. $S_1$ is normal; $S_2$ splits with inspiration. An $S_4$ is heard. A harsh grade 2/6 midsystolic murmur at the left lower sternal border increases in intensity when the patient stands and with the strain phase of the Valsalva maneuver. The murmur decreases in intensity when the patient squats. The lungs are clear. The remainder of the physical examination is normal. Electrocardiography shows left ventricular hypertrophy and two ventricular premature complexes.

Which of the following is the mostly likely cause of the murmur?

A. Aortic stenosis
B. Ventricular septal defect
C. Hypertrophic cardiomyopathy with obstruction
D. Mitral regurgitation
E. Tricuspid regurgitation

Answer: C

ABIM00091

# 38956

Medical Content: VII.S.1 - Immunization (outline: IM.INDI.PREV.IMMUN.)
Topic: Influenza prophylaxis in pt w/asthma - rx (flu vaccine and oseltamivir)
Testing point: Know how to prevent influenza

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; influenza B has been circulating in the region.  She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed.  She requires prednisone two to three times a year for postviral exacerbations of asthma.  She has not received an influenza vaccination this year.

The patient currently feels well; physical examination is normal.  Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

A.  No treatment now; begin oseltamivir within 12 hours if symptoms of influenza develop
B.  Influenza vaccine
C.  Oseltamivir
D.  Influenza vaccine and oseltamivir

Answer: D

ABIM00092

**# 9190**

Medical Content: III.F.99 - Other skin and soft tissue infections (outline: IM.DERM.SKIN.OTHER.)
Topic: Molluscum contagiosum - tx (cryotherapy)
Testing point: Recognize the picture of molluscum contagiosum and the treatment.

A 32-year-old bisexual man consults you because of the skin lesions shown.  These are not painful or pruritic but have been increasing in number for three weeks.  Serologic testing for antibodies to HIV was negative six months ago and again one week ago.

Which of the following is the most effective treatment for this condition?

A.   Acyclovir, topically
B.   Acyclovir, orally
C.   Penicillin
D.   Doxycycline
E.   Cryotherapy

Answer: E

ABIM00093

# 24058

Medical Content: II.F.1 - Aortic stenosis (outline: IM.CARD.VALV.AORT.)
Topic: Aortic stenosis in the elderly - management (catheterization and surgery)
Testing point: Know the most appropriate treatment for aortic stenosis

An 84-year-old woman has had progressive exertional dyspnea and several episodes of paroxysmal nocturnal dyspnea for several months. She has not had chest pain or edema. She has known about a heart murmur for 15 years and has long-standing hypertension. She does not have diabetes mellitus, and she stopped smoking 40 years ago.

Blood pressure is 135/95 mm Hg. Mental status is normal. A grade 3/6 harsh systolic murmur is heard loudest at the upper right sternal border; an $S_4$ is also present. Crackles are heard at both lung bases. Kidney function is normal. Echocardiogram shows a calcified aortic valve; estimated peak gradient across the valve is 60 mm Hg. Estimated left ventricular ejection fraction is 30% to 35%.

Which of the following should you recommend now?

A. A beta-adrenergic blocking agent
B. Digoxin and a diuretic
C. An ACE inhibitor and a diuretic
D. Percutaneous aortic valvuloplasty
E. Cardiac catheterization in preparation for aortic valve replacement

Answer: E

Rationale:
Symptomatic aortic stenosis has a very poor prognosis. B and D are unlikely to be effective, and C is hazardous. E is the most appropriate recommendation for this otherwise healthy woman. The decision whether or not to accept the recommendation is, of course, hers.

ABIM00094

**# 26639**

Medical Content: III.K.1 - Seborrheic keratosis (outline: IM.DERM.NODUL.SEBOR.)
Topic: Seborrheic keratosis - dx
Testing point: Recognize seborrheic keratosis

A 75-year-old man has had the dark 1.5-cm lesion shown on the upper back for several years.  He thinks it has grown steadily during the past two years.  It is painless, but he says that sometimes he scratches it and pieces of it "flake off."

Which of the following is the most likely diagnosis?

A.  Compound nevus
B.  Lentigo maligna
C.  Malignant melanoma
D.  Seborrheic keratosis
E.  Verruca vulgaris

Answer: D

Rationale:
Seborrheic keratoses may be dark but have characteristic stippled, verrucous surface features over time and as they enlarge. The scaly surface is also very characteristic.

ABIM00095

**# 29421**

Medical Content: II.I.1 - Endocarditis (outline: IM.CARD.ENDOC.ENDOC.)
Topic: Endocarditis - indication for valve replacement (progressive aortic regurgitation)
Testing point: Know the indications for valvular surgery in SBE

Which of the following is the strongest indication for urgent surgical intervention in patients who have aortic valve endocarditis?

A.  A mobile 5-mm vegetation
B.  *Enterococcus faecalis* infection
C.  Methicillin-resistant *Staphylococcus aureus* infection
D.  Positive blood cultures 48 hours after initiation of antibiotic therapy
E.  Evidence of progressive aortic regurgitation

Answer: E

ABIM00096

# 39418

Medical Content: XVI.K.2 - Hypertrophic osteoarthropathy (classify as Rheumatology) (outline: IM.PULM.LUNG.HYPER.)
Topic: Hand pain &lung nodule - ddx (hypertrophic pulmonary osteoarthropathy)
Testing point: Recognize presentation of hypertrophic pulmonary osteoarthropathy

A 56-year-old woman has had pain and swelling of the wrists and fingers for two months. She also reports one hour of morning stiffness and slight fatigue. In the winter, she notes scaling around the hairline at the ears. She had asthma as a child and has smoked one pack of cigarettes daily for 40 years.

Vital signs are normal. Clubbing is present. The wrists and the metacarpophalangeal and proximal interphalangeal joints are slightly swollen. The bony surfaces of the distal digits are tender. No other abnormalities are noted. Chest radiograph shows a 2x2–cm nodule in the periphery of the lower lobe of the right lung.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 45% |
| Leukocyte count | 9600/μL; 3% eosinophils |
| Platelet count | 499,000/μL |
| Rheumatoid factor | 16 IU/mL *less than 24* |

Which of the following is the most likely diagnosis?

A.  Churg-Strauss syndrome
B.  Hypertrophic pulmonary osteoarthropathy
C.  Rheumatoid arthritis
D.  Sarcoidosis
E.  ANCA-associated granulomatous vasculitis (Wegener's granulomatosis)

Answer: B

Rationale:
All of the conditions can produce joint and pulmonary abnormalities. HPO is the most likely explanation for subacute arthritis and a solitary, peripheral lung nodule. HPO is more common in women than men, and most common with lung cancer, especially adenocarcinoma. Churg-Strauss would be unlikely in a person with such a distant history of asthma. Clubbing is not associated with Wegener's. Clubbing is not a feature of RA.

ABIM00097

# 18020

Medical Content: IV.H.7 - Vitamin D deficiency and osteomalacia (outline: IM.ENDO.DISOR.VITAM.)
Topic: Bone loss in a 73-yo woman (25-hydroxyvitamin D)
Testing point: Recognize the cause of osteomalacia and bone loss in an elderly woman

A 73-year-old woman is hospitalized because of a hip fracture sustained in a fall.  The patient has lived with her daughter since having a stroke seven years ago.  In the past two or three years, she has become increasingly withdrawn and rarely leaves the house.  Her appetite is poor.  Medications on admission are a thiazide diuretic and ibuprofen for mild degenerative joint disease.

The patient is alert but withdrawn.  Pulse rate is 76 per minute and regular, and blood pressure is 160/90 mm Hg.  She has mild hemiparesis and hyperreflexia on the left.  The remainder of the physical examination is unremarkable except for fracture findings.  Serum calcium is 7.2 mg/dL, phosphorus is 2.2 mg/dL, albumin is 2.8 g/dL, and alkaline phosphatase is 240 U/L.  Hip radiographs reveal an intertrochanteric fracture and marked osteopenia.

Which of the following studies is most likely to confirm the cause of bone loss?

A.  Plasma cortisol
B.  Serum free thyroxine ($T_4$) and thyroid-stimulating hormone
C.  Serum parathyroid hormone
D.  Serum 25-hydroxyvitamin D
E.  Serum protein electrophoresis

Answer: D

ABIM00098

# 29316

Medical Content: XIV.A.99 - Other disorders of the nose or paranasal sinuses (outline: IM.ENT.DISOR.OTHER.)
Topic: Disordered sleep due to rhinitis medicamentosa - diagnosis
Testing point: Be able to identify the cause of snoring in a patient with allergic rhinitis and poor sleep

A 44-year-old man has had fatigue and has been sleeping poorly for several months.  He thinks he may snore occasionally, but he does not have daytime somnolence or morning headaches.  He has long-standing allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times daily.  He works long hours but eats a well-balanced diet and exercises regularly.  He has not had a recent change in weight.

BMI is 24.  Blood pressure is normal.  The nasal septum is slightly deviated to the right.  The nasal mucosa is markedly injected.  The sinuses are not tender.  Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A.   Allergic rhinitis
B.   Deviated nasal septum
C.   Rhinitis medicamentosa
D.   Subacute bacterial sinusitis
E.   Vasomotor rhinitis

Answer: C

ABIM00099

# 14269

Medical Content: I.A.2 - Stinging insect hypersensitivity (outline: IM.ALLG.ANAP.STIN.)
Topic: SOB following bee sting - mgmt (immunotherapy)
Testing point: Know how to manage a patient who has had reactions to bee sting

A 25-year-old man who is a farmer comes to the emergency department because of shortness of breath 30 minutes after he was stung by a bee.  He has been stung twice before, but this is the first time he has had respiratory symptoms.

The patient is anxious and has generalized urticaria.  Pulse rate is 140 per minute, and blood pressure is 86/60 mm Hg.  Bilateral wheezing is noted.  Symptoms rapidly respond to treatment with oxygen, intravenous fluids, methylprednisolone, subcutaneous epinephrine, and intramuscular diphenhydramine.

Two hours later, the patient feels well.  Pulse rate is 76 per minute, and blood pressure is 122/82 mm Hg. He has no rash, and no wheezes are heard.  In preparation for discharge, oral diphenhydramine and a tapering course of oral prednisone are prescribed.  The patient is instructed regarding avoidance of stinging insects and self-administration of epinephrine.

Which of the following should you do next?

A.  Reassure the patient
B.  Order radioallergosorbent testing (RAST) for common causes of anaphylaxis
C.  Refer the patient for immunotherapy
D.  Advise the patient to change occupations

Answer: C

ABIM00100

**# 26772**

Medical Content: I.H.99 - Other primary immunodeficiency disorders (outline: IM.ALLG.PRIM.OTHER.)
Topic: Risk associated with C7 deficiency (neisserial infections)
Testing point: Know consequences of complement deficiencies

Patients who have a deficiency of the seventh component of complement (C7) are at increased risk for which of the following infections?

A.  Mycobacterial
B.  Neisserial
C.  Staphylococcal
D.  Systemic fungal
E.  Viral central nervous system

       Answer: B

**ABIM00101**

# 21361

Medical Content: XII.K.5.a - Multiple myeloma (outline: IM.ONCO.HEMAT.PLAS.MULT.)
Topic: Multiple myeloma - dx testing (serum immunofixation)
Testing point: Recognize the clinical manifestations of multiple myeloma

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month. The patient says the pain feels "like a toothache" in the arm. It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen. He plays tennis regularly but has had no recent injury to the shoulder or arm. He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25. Vital signs are normal. The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation. Muscle strength is 4+/5 on the left. The remainder of the physical examination is normal. Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus.

Laboratory studies:

| | | | |
|---|---|---|---|
| Complete blood count | Normal | | |
| Blood urea nitrogen | Normal | | |
| Serum creatinine | Normal | | |
| Serum calcium | 12.5 | H | *[8.6–10.2 mg/dL]* |
| Serum proteins | | | |
|     Total | 9.5 | H | *[5.5–9.0 g/dL]* |
|     Albumin | 2.4 | L | *[3.5–5.5 g/dL]* |
| Serum electrolytes | Normal | | |

Which of the following tests is most likely to confirm the diagnosis?

A. Serum prostate specific antigen
B. Serum protein electrophoresis
C. Computed tomography of the chest

Answer: B

ABIM00102

# 29376

Medical Content: XV.M.3.a - Drug-induced delirium related to substance abuse (outline: IM.PSYC.DELIR.DRUG.DRUG.)
Topic: Diphenhydramine abuse and toxicity in the elderly
Testing point: Recognize diphenhydramine toxicity in the elderly

A 72-year-old woman is brought to your office by family members for evaluation of increasingly bizarre behavior during the past two to three weeks. She has been accusing family members of hostile acts and writing long letters detailing their alleged activities. She has become withdrawn and no longer participates in social events at her condominium. Medical history is significant for severe osteoarthritis, hypertension, insomnia, and alcohol dependence, for which she has undergone inpatient treatment. Her long-standing medications are metoprolol, diphenhydramine, chlorthalidone, naproxen, and trazodone.

She tells you that she no longer drinks alcoholic beverages; family members corroborate this. Physical examination is unremarkable. Neurologic examination is nonfocal.

Which of the following medications is the most likely cause of this clinical picture?

A. Metoprolol
B. Diphenhydramine
C. Chlorthalidone
D. Naproxen
E. Trazodone

Answer: B

Rationale:
While diphenhydramine is often thought of as an innocuous medication, it can cause delirium or other CNS toxicities in the elderly, especially if abused.

ABIM00103

Case 2:14-cv-06428-KSH-CLW    Document 211-22    Filed 02/20/24    Page 52 of 113
PageID: 26464

# 52829

Medical Content: IX.I.2 - Bladder carcinoma (outline: IM.NEPH.UROL.BLAD.)
Topic: Hematuria - dx testing (cystoscopy)
Testing point:  Know how to evaluate a patient with  microscopic hematuria

A 69-year-old man who has hypertension and gout is found to have microscopic hematuria
(10–15 RBCs/hpf).  He is asymptomatic and has no history of kidney disease or calculi.  Physical
examination is normal, except for moderate nontender enlargement of the prostate gland.  It is firm, but no
nodules are felt.  Serum creatinine is 1.2 *[0.7–1.5 mg/dL]*.  Serum prostate-specific antigen is 3.9 ng/mL *[no
specific normal or abnormal value]*.  Repeat urinalysis shows persistent microscopic hematuria but no RBC
casts.  Non–contrast-enhanced computed tomography of the abdomen shows a 3-cm simple cyst in the left
kidney.  Urine culture is negative; cytology is negative for malignant cells.

Which of the following is the most appropriate recommendation?

A.  No further testing
B.  Cystoscopy
C.  Intravenous urography
D.  Percutaneous needle aspiration of the cyst
E.  Biopsy of the prostate gland

Answer: B

Rationale:
The risk for malignancy in this patient is significant, given his age.  Accordingly, cystoscopy is necessary to
exclude a bladder malignancy.

ABIM00104

# 29460

Medical Content: XII.G.1 - Ovarian cancer (outline: IM.ONCO.GYNEC.OVAR.)
Topic: Ovarian carcinoma - early detection (surgical consult)
Testing point: Know how to evaluate a new-onset adnexal mass

A 38-year-old woman has had vague abdominal bloating and back pain for two to three months.  She has not
had dyspareunia or menorrhagia.  Menses are occasionally irregular; her last menstrual period was
two weeks ago.  The patient takes no medications.  She has had one uncomplicated pregnancy and delivery.

Pelvic examination reveals a nontender right adnexal mass.  Physical examination is otherwise normal.
Papanicolaou test is normal.  Pelvic ultrasonogram shows an irregular 10-cm right adnexal cystic mass with
thick walls, septa, and areas of nodularity.

Which of the following is the most appropriate next step?

A.  Repeat ultrasonography in two months
B.  Oral contraceptive therapy and repeat ultrasonography in two months
C.  Fine-needle aspiration of the mass
D.  Surgical consultation

Answer: D

Rationale:
While ovarian CA is difficult to diagnose in its early stages, in retrospect most women will have vague
complaints, often bloating or back pain or vague abdominal discomfort. The mass, while cystic, is large and
has septae with irregularities throughout. This mass requires removal/biopsy. Follow-up of a mass with these
characteristics is not appropriate, and the abdominal CT would add no additional information.

ABIM00105

**# 14101**

Medical Content: XVI.G.4.b - Pulmonary tuberculosis (outline: IM.PULM.LOWER.TUBER.PULM.)
Topic: Pleural effusion and + PPD in a 35-yo man - TB rx (isoniazid, rifampin, pyrazinamide, ethambutol)
Testing point: Treat active TB

A 35-year-old man has had intermittent fever, mild cough, and anorexia for two weeks. He has had pneumonia twice in the past five years and recently completed a seven-day course of amoxicillin for bronchitis. He smokes one pack of cigarettes daily. He reports night sweats and occasional purulent sputum but no hemoptysis.

The patient is afebrile. Several small anterior cervical lymph nodes are palpable. The lungs are clear, but an area of dullness and decreased breath sounds is present at the right lung base. Radiograph of the chest reveals a large right pleural effusion. Tuberculin skin test (PPD, 5 TU) induces 15 mm of induration. Hematocrit is 34%, and leukocyte count is 7300/µL with a normal differential. No acid-fast bacilli are seen in a sputum specimen. Thoracentesis yields 1100 mL of amber fluid. Fluid leukocyte count is 1200/µL with 90% lymphocytes and 10% neutrophils. Erythrocyte count is 3750/µL. Fluid protein is 4.5 g/dL, and glucose is 80 mg/dL. Gram and acid-fast stains are negative. Results of pleural biopsy and cultures are pending.

Which of the following should you recommend?

A.   Repeat thoracentesis
B.   Antibiotic therapy and chest tube drainage
C.   Isoniazid, rifampin, pyrazinamide, and ethambutol
D.   Referral to an oncologist

    Answer: C

**ABIM00106**

**# 61477**

Medical Content: VII.T.8 - Protozoan and helminthic diseases (outline: IM.INDI.SPEC.PROT.)
Topic: Parasitic (strongyloides) infection - dx
Testing point: Know the cause of respiratory symptoms and eosinophilia in an immigrant

A 27-year-old woman who emigrated from Mexico has had intermittent shortness of breath and occasional wheezing for one year.  Symptoms have worsened in the past several months.  Several courses of inhaled bronchodilators have been of little benefit, and inhaled or oral corticosteroids have made the symptoms worse.

Temperature is normal.  Expiratory wheezes are audible.  Complete blood count is normal except for an absolute eosinophil count of 900/µL *[less than 300]*.  $FEV_1$ is 75% of predicted, and FVC is 100% of predicted.  Radiograph of the chest reveals patchy opacities.

Which of the following is the most likely diagnosis?

A.  Allergic asthma
B.  Allergic bronchopulmonary aspergillosis
C.  *Entamoeba histolytica* infection
D.  Hypersensitivity pneumonitis
E.  Strongyloidiasis

Answer: E

ABIM00107

# 44167

Medical Content: VII.E.2.a - Bacterial pneumonia (not mycobacterial) (outline:
IM.INDI.LOWER.PNEUM.BACT.)
Topic: Pulmonary coccidioidomycosis - recog
Testing point: Recognize pulmonary coccidioidomycosis

A 19-year-old woman has had fever, cough, and right-sided pleuritic pain for one week.  She reports malaise
and reduced exercise tolerance but has not had hemoptysis or wheezing.  Medical history is noncontributory.
She takes no medications and does not smoke cigarettes.  She has lived in Mississippi all her life.  Two
weeks ago, she returned from a vacation in California and Arizona.

Temperature is 38.4 C (101.1 F), pulse rate is 92 per minute and regular, respirations are 18 per minute, and
blood pressure is 120/60 mm Hg.  Cardiac examination is normal.  Crackles are heard at the right lung base.
Hematocrit and hemoglobin are normal; leukocyte count is 10,100/cu mm with 75% neutrophils,
15% lymphocytes, and 10% eosinophils.  Chest radiograph shows consolidation in the right lower lobe and
enlargement of the right hilar lymph nodes.

Which of the following is the most likely diagnosis?

A.  Allergic bronchopulmonary aspergillosis
B.  Asthma
C.  *Histoplasma* pneumonia
D.  Pulmonary coccidioidomycosis

Answer: D

Rationale:
Acute pneumonia due to coccidioidomycosis is frequently accompanied by eosinophils in the peripheral
blood. Histoplasma is not, nor is it usually, lobar, and the patient living in MS is very likely to have been
exposed to histo long ago. The allergy response and eosinophilic pneumonia are good distractors with eos on
peripheral smear.

ABIM00108

# 35228

Medical Content: XVI.F.1.zz - Other noninfectious pleural effusion (outline:
IM.PULM.PLEUR.PLEUR.OTHER.)
Topic: Right pleural effusion - dx
Testing point: Diagnose pleural effusion from the physical examination and distinguish it from
pneumothorax

A 72-year-old man who has long-standing chronic obstructive pulmonary disease has had increasing dyspnea for three weeks. He previously was able to walk several blocks without symptoms, but now he becomes dyspneic while walking down his driveway. One year ago, $FEV_1$ was 1.2 L.

Vital signs are stable. Oxygen saturation is 94% by pulse oximetry. The trachea is shifted slightly to the left. The right posterior lung field is dull to percussion. No breath sounds are audible in the right chest; wheezing is heard in the left chest. Tactile fremitus is absent over the right posterior chest but is conspicuous over the left posterior chest.

A radiograph of the chest is most likely to show which of the following?

A.  Elevated left hemidiaphragm
B.  Right pleural effusion
C.  Right pneumothorax
D.  Right lower lobe atelectasis
E.  Right lower lobe opacity

Answer: B

ABIM00109

# 39384

Medical Content: II.B.4.a - Cardiac tamponade from neoplastic pericarditis (outline: IM.CARD.PERIC.CARD.CARD.)
Topic: Increasing dyspnea, etc. in pt with cancer - ddx (cardiac tamponade)
Testing point: Recognize signs and symptoms of cardiac tamponade.

A 68-year-old man has had gradually increasing dyspnea and a productive cough for three days. One month ago, he was evaluated for hemoptysis and was found to have a 2-cm mass in the left lower lobe of the lung and an enlarged left hilum. Non–small cell lung carcinoma was diagnosed, and liver metastases were detected. The patient refused chemotherapy. He also initially refused radiation therapy, but changed his mind and began treatment one week ago. Dyspnea has worsened, and he no longer can climb the six steps to his house without stopping to catch his breath. He has not had chest pain, fever, weight gain or loss, dysphagia, wheezing, or orthopnea.

BMI is 21. Temperature is 37.4 C (99.3 F), pulse rate is 110 per minute, and respirations are 28 per minute. Blood pressure is 140/98 mm Hg; systolic pressure decreases to 114 mm Hg during inspiration. Estimated central venous pressure is 15 cm $H_2O$, which also decreases during inspiration. No murmurs or gallops are heard. The lungs are clear. The liver is not enlarged. He has 2+ pitting edema in the left leg and 1+ in the right leg.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Serum creatinine | 1.7 mg/dL (1.1 four months ago) |
| Serum electrolytes | Normal |
| Arterial blood studies | |
| $PO_2$ | 75 mm Hg |
| $PCO_2$ | 45 mm Hg |
| pH | 7.35 |
| Plasma D-dimer | 1000 ng/mL *[less than 200]* |

Radiography of the chest shows collapse of the lower lobe of the left lung and a slightly enlarged cardiac silhouette, in addition to continued left hilar enlargement. Electrocardiography shows sinus tachycardia and beat-to-beat variation in the QRS amplitude, right bundle branch block, S waves in leads I and $aV_L$, and T-wave inversion in lead III.

Which of the following is the most likely cause of the dyspnea?

A. Cardiac tamponade
B. Left lower lobe obstruction
C. Pulmonary embolism
D. Radiation pneumonitis

Answer: A

Rationale:
Shortness of breath, elevated neck veins, pulsus paradoxus, electrical alternans, and enlarged heart in a cancer patient is tamponade.

ABIM00110

# 40392

Medical Content: XVI.D.99 - Other interstitial lung disease (outline: IM.PULM.INTER.OTHER.)
Topic: Dyspnea, jt discomfort - ddx (interstitial fibrosis)
Testing point: Recognize clinical presentation of interstitial fibrosis

A 52-year-old woman has shortness of breath when climbing a flight of stairs or walking rapidly on level ground.  Dyspnea has become increasingly noticeable with less activity during the past four months.  Her only other symptom is discomfort of the knees and elbows.  She has smoked one pack of cigarettes daily for 20 years.

The patient is thin and in no distress at rest.  Vital signs are normal.  Oxygen saturation by pulse oximetry is 92% at rest and 87% after walking.  End-inspiratory crackles are heard at both lung bases.  Breath sounds are otherwise normal.  The remainder of the physical examination is normal.  FVC is 70% of predicted, $FEV_1/FVC$ is 95%, FRC is 70% of predicted, and $DL_{CO}$ is 50% of predicted.  Chest radiograph shows linear opacities at both lung bases.

Which of the following is the most likely cause of the dyspnea?

A.  Asthma
B.  Chronic obstructive pulmonary disease
C.  Interstitial fibrosis
D.  Idiopathic pulmonary arterial hypertension

Answer: C

ABIM00111

# 23663

Medical Content: XV.B.1 - Depression/suicide (outline: IM.PSYC.MOOD.DEPR.)
Topic: Major depression - ddx
Testing point: Recognize the clincial manifestations of major depression

A 24-year-old woman is evaluated for difficulty sleeping and a 5-kg (12-lb) weight loss over the past month. Questioning discloses that she has felt sad on a daily basis during this time. She reports extreme fatigue, which she attributes to awakening almost every night at about 2 AM and having difficulty falling asleep afterward. She has not had the energy to participate in her usual social activities or go to the gym, where she had formerly participated in four or five exercise classes weekly. She reports having difficulty in performing her work, and says that she doesn't know why her boss hasn't already fired her. She has never had a major health problem and takes no regular medications. Her mother was treated for depression many years ago. The patient does not smoke cigarettes, and although she occasionally drinks a glass of wine with dinner, she has not had wine during the past month.

BMI is 21. The patient's affect is flat. The remainder of the physical examination and thyroid function studies are normal.

Which of the following is the most likely diagnosis?

A. Major depressive disorder
B. Dysthymia
C. Bipolar disorder
D. Anxiety disorder

Answer: A

ABIM00112

# 15929

Medical Content: XV.F.5 - Panic disorder (outline: IM.PSYC.ANXIET.PANIC.)
Topic: Palpitation, etc.; panic disorder - ddx
Testing point: Recognize the cause of palpitations

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation.  Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket.  She has had milder episodes during the past month.  She feels well between episodes but reports difficulty falling asleep at night.  She moved to your area three months ago with her husband; they have two children, ages 5 and 7.  Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg.  The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.    Paroxysmal supraventricular tachycardia
B.    Thyrotoxicosis
C.    Pheochromocytoma
D.    Panic disorder

Answer: D

ABIM00113

# 15747

Medical Content: IV.K.2.b.ii) - SIADH from cause other than tumor (outline:
IM.ENDO.POST.HYPON.SIAD.SIAD2.)
Topic: Hyponatremia in a 65-yo with NIDDM - mgmt  (MRI of the pituitary gland)
Testing point: Recognize pituitary insufficiency as a cause of hyponatremia

A 65-year-old woman is admitted to the hospital because of increasing lethargy for three days.  She has
type 2 diabetes mellitus, which had been controlled with glipizide for five years.  She began to have
hypoglycemic episodes three months ago; glipizide was tapered, then discontinued two weeks ago.  Self-
monitored blood glucose levels have ranged from 100 to 140 *[70–99 mg/dL]*.

The patient is oriented but lethargic.  Blood pressure is 110/70 mm Hg without postural changes.  The
remainder of the physical examination is normal.

Laboratory studies:

| | | | |
|---|---|---|---|
| Plasma glucose | 120 | H | *[70–99 mg/dL]* |
| Blood urea nitrogen | 10 | | *[8–20 mg/dL]* |
| Serum creatinine | 1.0 | | *[0.7–1.5 mg/dL]* |
| Serum sodium | 118 | L | *[136–145 mEq/L]* |
| Serum potassium | 4.0 | | *[3.5–5.0 mEq/L]* |
| Urine sodium (random) | 50 | | *[mEq/L; varies]* |

The patient's mental status improves after restriction of free water to 800 mL daily.  Serum sodium rises to
130 mEq/L.

On hospital day 2, additional laboratory results are reported:

| | | | |
|---|---|---|---|
| Serum free thyroxine ($T_4$) | 0.4 | L | *[0.8–1.8 ng/dL]* |
| Serum thyroid-stimulating hormone | 2.1 | | *[0.5–4.0 µU/mL]* |
| Serum follicle-stimulating hormone | 10 | L | *[greater than 30 mIU/mL]* |
| Plasma cortisol (8 AM) | 3.6 | L | *[5–25 µg/dL]* |

Which of the following tests should you order next?

A.  Anti-adrenal antibodies
B.  Antithyroid peroxidase (antimicrosomal) antibodies
C.  Dexamethasone suppression test
D.  Computed tomography of the adrenal glands
E.  Magnetic resonance imaging of the pituitary gland

Answer: E

ABIM00114

**# 37614**

Medical Content: IV.J.1.c - Cushing's disease (outline: IM.ENDO.ANTER.PITUIT.CUSH.)
Topic: New-onset hypertension, irreg menses, wt gain in 43-yo pt; Cushing's synd - dx test (plasma ACTH)
Testing point: Recognize the findings of Cushing's syndrome and know appropriate diagnostic evaluation

A 43-year-old woman had the onset of hypertension and irregular menses nine months ago.  She also has gained 4.5 kg (10 lb).  The patient has otherwise been well and takes no medications.  She has no family history of hypertension.

BMI is 26.  Pulse rate is 76 per minute and regular, and blood pressure is 160/104 mm Hg.  Funduscopic examination reveals arteriovenous nicking.  Examination of the skin, breasts, heart, and lungs is normal.  The abdomen is protuberant but without striae or organ enlargement.  Limb–girdle muscle mass is reduced, and muscle strength is decreased.  Pelvic and rectal examinations are normal, as are neurologic findings.

Laboratory studies:

| | | | |
|---|---|---|---|
| Leukocyte count | 12,000 | H | *[4000–11,000/μL]* |
| Differential | Normal | | |
| Plasma glucose (fasting) | 145 | H | *[70–99 mg/dL]* |
| Serum potassium | 3.3 | L | *[3.5–5.0 mEq/L]* |
| Plasma cortisol (8 AM) | 15 | | *[5–25 μg/dL]* |
| (eight hours after administration | | | |
| of 1 mg of dexamethasone) | | | |

Which of the following studies should you do next?

A.    Midnight plasma cortisol
B.    Plasma DHEA-S
C.    Plasma adrenocorticotropic hormone
D.    Cosyntropin stimulation test

Answer: C

ABIM00115

# 58124

Medical Content: IV.B.1.c - Hyperthyroidism during pregnancy or peripartum period (outline: IM.ENDO.THYR.HYPER.HYPER.)
Topic: Thyroiditis after miscarriage - recog
Testing point: Know that postpartum thyroiditis can occur after miscarriage

A 25-year-old woman has had palpitations, fatigue, and heat intolerance for six weeks. Three months ago she had a spontaneous abortion. Her mother and sister have autoimmune thyroid disease, and both take L-thyroxine. The patient takes no medications.

Pulse rate is 98 per minute, and blood pressure 100/60 mm Hg. Mild tremor is noted. The thyroid gland is firm and without nodules. Pelvic examination is normal.

Laboratory studies:

| | | | |
|---|---|---|---|
| Serum free thyroxine (T$_4$) | 2.5 | H | *[0.8–1.8 ng/dL]* |
| Serum thyroid-stimulating hormone | 0.1 | L | *[0.5–4.0 μU/mL]* |
| Four-hour radioiodine ($^{131}$I) uptake | 3 | L | *[5%–30%]* |
| Serum thyroglobulin | 30 | H | *[less than 20 ng/mL]* |

Which of the following best explains this patient's thyroid disorder?

A. Graves' disease
B. Postpartum thyroiditis
C. Struma ovarii
D. Surreptitious ingestion of thyroid hormone

Answer: B

Rationale:

Postpartum thyroiditis is a variant of lymphocytic thyroiditis. The symptoms usually begin one to four months after delivery and persist for two to eight weeks. The disorder also can occur after spontaneous abortion. Uptake would be high in Graves' disease; thyroglobulin would be low in factitious hyperthyroidism, and struma ovarii is extremely rare and would be associated with a pelvic mass. Although the patient's pregnancy terminated early, postpartum thyroiditis can still develop.

**ABIM00116**

# 52847

Medical Content: V.F.2 - Chronic pancreatitis (outline: IM.GAST.PANC.CHRON.)
Topic: Evaluation of acute pancreatitis - mgmt (endoscopic ultrasound)
Testing point: Know that endoscopic ultrasound is indicated to evaluate recurrent pancreatitis of uncertain etiology

A 40-year-old woman is admitted to the hospital for acute onset of abdominal pain, nausea, and vomiting. Similar previous episodes began several hours after eating, then increased in severity over 30 to 60 minutes. Serum amylase and lipase levels were elevated during episodes but improved within a few days. Abdominal ultrasonography has been normal, with no evidence of sludge or stones in the gallbladder. Computed tomography of the abdomen and magnetic resonance cholangiopancreatography showed normal extrahepatic and intrahepatic bile ducts, as well as a normal-appearing gallbladder, pancreas, liver, and spleen. Serum lipid profile was normal. She drinks alcoholic beverages two or three times a month, but no more than two drinks per occasion.

The patient appears acutely ill. Temperature is 37.8 C (100.0 F), pulse rate is 100 per minute, respirations are 18 per minute, and blood pressure is 110/70 mm Hg. The sclerae are not icteric. The abdomen is soft, with tenderness and guarding in the epigastrium.

Laboratory studies:

| | |
|---|---|
| Serum total bilirubin | 0.6 mg/dL |
| Serum alkaline phosphatase | 76 U/L |
| Serum aminotransferases | |
|    ALT | 27 U/L |
|    AST | 25 U/L |
| Serum amylase | 350 U/L *[25–125]* |
| Serum lipase | 200 U/L *[10–140]* |

Repeat ultrasound shows a normal-appearing gallbladder without sludge or stones. The pancreas is obscured by bowel gas. The patient's symptoms resolve over the next four days.

Which of the following should you recommend now?

A. Serum gastrin
B. Serum macroamylase
C. Endoscopic ultrasonography
D. Upper gastrointestinal series with small bowel follow-through
E. Counseling for alcohol dependence

Answer: C

Rationale:
Endoscopic ultrasound is indicated for evaluation of recurrent pancreatitis and chronic pancreatitis of uncertain etiology. Tumors can be overlooked with conventional radiographic testing, including CT scan and MRI. The finding of these lesions has therapeutic implications.

ABIM00117

# 26677

Medical Content: II.G.5 - Cor pulmonale (outline: IM.CARD.MYOC.COR.)
Topic: Gallbladder wall edema and cor pulmonale - mgmt (diuresis)
Testing point: Recognize and manage hepatobiliary complications of cor pulmonale

A 63-year-old woman is admitted to the hospital because she has had progressive weakness, dyspnea, and edema for two weeks; anorexia for one week; and right upper abdominal pain for two days. She has not had vomiting or fever. The patient has pulmonary hypertension and cor pulmonale from obstructive sleep apnea. She is treated with furosemide and nasal continuous positive airway pressure (CPAP), but she does not always adhere to her medication or CPAP regimen.

The patient is plethoric but in no respiratory distress. Temperature is normal, pulse rate is 100 per minute and regular, respirations are 30 per minute, and blood pressure is 160/92 mm Hg. Oxygen saturation by pulse oximetry is 85%. The lip and acral areas are cyanotic. Jugular venous pulses are elevated. Heart sounds are distant; $S_2$ is as loud as $S_1$. A grade 2/6 systolic ejection murmur is heard along the left lower sternal border; the murmur increases during inspiration. Breath sounds are distant but clear. The abdomen is obese; the right upper abdomen is tender to deep palpation without guarding. Bowel sounds are normal. Edema to the thighs and stasis dermatitis to the mid calves are noted.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal except for hematocrit of 50% |
| Blood urea nitrogen | 26 mg/dL |
| Serum creatinine | 1.0 mg/dL |
| Serum total bilirubin | 3.9 mg/dL |
| Serum albumin | 3.1 g/dL |
| Serum alkaline phosphatase | 80 U/L |
| Serum aminotransferases | |
| ALT | 85 U/L |
| AST | 65 U/L |
| Serum gamma-glutamyl transpeptidase | 240 U/L *[8–40]* |
| Serum electrolytes | Normal except for bicarbonate of 35 mEq/L |

Chest radiograph shows an enlarged cardiac silhouette and enlarged pulmonary arteries; no pulmonary vascular congestion is present. Abdominal ultrasonogram shows an enlarged liver, pulsatile hepatic venous waveforms, and marked thickening of the gallbladder wall; no stones or fluid accumulation is seen. Oxygen is begun.

Which of the following should be done next?

A. Blood cultures
B. Magnetic resonance cholangiopancreatography
C. HIDA scan
D. Diuresis
E. Surgical consultation for cholecystectomy

Answer: D

Rationale:
Decompensation of cor pulmonale with ascites, passive hepatic congestion, and gallbladder wall edema secondary to high right-sided pressures leads to the tenderness on examination. The astute clinician will put this all together and get on with appropriate treatment and resist inappropriate testing.

ABIM00118

# 19593

Medical Content: XII.E.4 - Testicular carcinoma/tumors (outline: IM.ONCO.UROL.TEST.)
Topic: Testicular carcinoma - recognition
Testing point: Know how to differentiate causes of testicular swelling in an adolescent

An 18-year-old man noticed swelling in the scrotum three days ago. The left testicle is enlarged and only mildly tender on palpation. It does not transilluminate.

Which of the following is the most likely diagnosis?

A.  Testicular torsion
B.  Varicocele
C.  Epididymitis
D.  Testicular germ cell tumor

Answer: D

Rationale:
Testicular cancer frequently causes a disruption of the parietal and visceral layers of the tunica vaginalis surrounding the testicle. Thus, the presenting symptom may be spontaneous hydrocele in response to minor trauma, rather than a painless lump. Any new spontaneous hydro or hematocele should carry with it the suspicion of testicular cancer. Additionally, induration can be the presenting finding in testicular tumors. In this age group 95% of tumors are germ cell, where in older patients testicular lymphoma also becomes a possibility. Testicular torsion presents with acute onset of severe pain accompanied by nausea and vomiting; a hydrocele is usually asymptomatic and longstanding with non-indurated tests without masses. Epididymitis causes gradual onset of painful swelling in postpubertal males, with enlargement, redness, and tenderness--relieved by elevation.

ABIM00119

# 50329

Medical Content: XI.F.2 - Asthma and pregnancy (outline: IM.GYN.PREG.ASTH.)
Topic: Asthma in pregnancy - treatment (iv steroids)
Testing point: Know the treatment of asthma in pregnancy

A 23-year-old woman who is four months pregnant comes to the emergency department because of shortness of breath, wheezing, and cough.  She has asthma, which has been less responsive to her beta-agonist inhaler.

Temperature is 37.0 C (98.6 F), pulse rate is 100 per minute, respirations are 25 per minute, and blood pressure is 120/85 mm Hg.  Breath sounds are decreased bilaterally.  Chest radiograph shows hyperinflated lung fields.

Laboratory studies:

| | |
|---|---|
| Leukocyte count | 9000/cu mm |
| Arterial blood studies | |
| $PO_2$ | 92 mm Hg |
| $PCO_2$ | 28 mm Hg |
| pH | 7.52 |
| Bicarbonate | 22 mEq/L |

Symptoms do not respond to three treatments with a nebulized beta agonist.

Which of the following is most appropriate now?

A.  Subcutaneous epinephrine
B.  Intravenous aminophylline
C.  Intravenous antibiotics
D.  Intravenous corticosteroids
E.  Intravenous magnesium

Answer: D

ABIM00120

# 29430

Medical Content: XVII.H.9 - Juvenile rheumatoid arthritis and Still's disease (outline: IM.RHEU.OTHER.JUVEN.)
Topic: Adult Still's disease - recognition
Testing point: Recognize clinical features of adult Stills disease (recurring high fevers, arthritis, evanescent rash)

An 18-year-old woman is evaluated because of recurring fevers that began suddenly four weeks ago. Initially she also had a sore throat that resolved after a few days. Temperature reaches 40.0 C (104.0 F) every afternoon. A few hours after she takes naproxen, temperature decreases to 35.0 C (95.0 F). A transient nonpruritic morbilliform rash appears over the chest and abdomen during the fever. She also has had pain and swelling of the wrists and knees.

This morning the patient appears pale and chronically ill. Temperature is 35.0 C (95.0 F), pulse rate is 100 per minute, and blood pressure is 102/60 mm Hg. Multiple, small (less than 1 cm) anterior and posterior cervical lymph nodes are soft and nontender. The spleen tip is palpable just below the left costal margin. The wrists and knees are mildly swollen. Physical examination is otherwise normal. Chest radiograph is normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 28% |
| Leukocyte count | 27,000/µL; 90% segmented neutrophils, 1% band forms, 9% lymphocytes |
| Platelet count | 260,000/µL |
| Erythrocyte sedimentation rate | 103 mm/hr |
| Prothrombin time | 11 seconds *[11–13]* |
| Serum creatinine | 0.7 mg/dL |
| Serum albumin | 3.1 g/dL |
| Serum aminotransferases | |
| ALT | 74 U/L |
| AST | 67 U/L |
| Urinalysis | Trace protein, blood negative; 0–1 RBC, 0–1 WBC/hpf |

Which of the following is the most likely diagnosis?

A. Hepatitis C virus infection
B. Parvovirus B19 infection
C. Sarcoidosis
D. Still's disease
E. Systemic lupus erythematosus

Answer: D

Rationale:
This is a classic presentation of Adult Still's disease. SLE would ordinarily be a good bet in a young woman with fever, arthritis, and rash. However, SLE skin disease does not come and go with fever (as Still's does). The strikingly elevated WBC also favors Adult Still's over SLE. The duration of disease, the magnitude of fever, and the fever-associated rash do not square with Parvovirus B19 infection. The negative chest x-ray argues against sarcoidosis. Still's frequently causes elevated aminotransferases, especially during NSAID therapy. The course, fever and fever-associated rash make hepatitis C unlikely.

ABIM00121

# 19713

Medical Content: XVI.G.99 - Other lower respiratory tract infections (outline:
IM.PULM.LOWER.OTHER.)
Topic: Chronic pulmonary disease - colonization of atypical mycobacteria
Testing point: Know how to manage asymptomatic MAC

A 63-year-old man comes to your office for a follow-up visit one month after hospital admission for an exacerbation of chronic obstructive pulmonary disease.  At that time he was afebrile; leukocyte count was 8800/µL, and no acute changes were noted on chest radiograph.  His symptoms resolved quickly with oxygen, inhaled bronchodilators, and oral amoxicillin–clavulanate.

Today he feels his condition has returned to baseline, but sputum obtained when he was hospitalized is growing *Mycobacterium avium*.  Repeat chest radiograph is unchanged.

Which of the following is the most appropriate management?

A.   Observe; no change in management is necessary
B.   Perform tuberculin skin testing (PPD, 5 TU)
C.   Begin therapy immediately with clarithromycin and ethambutol
D.   Admit him to the hospital in respiratory isolation for further management

Answer: A

ABIM00122

# 21742

Medical Content: IX.M.11.a.xcix) - Other elevated anion gap metabolic acidosis (outline:
IM.NEPH.WATER.METAB.ELEV.OTHER.)
Topic: Serum osmolar gap in ethylene glycol intoxication
Testing point: Recognize hyperosmolar anion gap metabolic acidosis

A 38-year-old woman is brought to the emergency department by friends who found her stuporous in her
apartment; no pills or empty bottles were found. Her friends believe she is in good health and that her only
medication is an oral contraceptive. They also report that she has been depressed since ending a relationship
with a boyfriend.

Supine pulse rate is 110 per minute and supine blood pressure is 100/64 mm Hg; postural changes cannot be
determined because the patient cannot sit upright. Her breath has a sweet or fruity odor. The optic fundi
appear normal, and both pupils react briskly to light. Cardiovascular examination is normal except for
regular tachycardia. The lungs are clear. The abdomen is not tender. No peripheral edema is present.

Laboratory studies:

| | |
|---|---|
| Plasma glucose | 110 mg/dL |
| Blood urea nitrogen | 15 mg/dL |
| Serum creatinine | 1.1 mg/dL |
| Serum electrolytes | |
|     Sodium | 136 mEq/L |
|     Potassium | 4.2 mEq/L |
|     Chloride | 100 mEq/L |
|     Bicarbonate | 11 mEq/L |
| Arterial blood studies | |
|     $PO_2$ | 134 mm Hg |
|     $PCO_2$ | 28 mm Hg |
|     pH | 7.28 |
| Urinalysis | Blood and glucose negative, trace protein; sheets of envelope-shaped monohydrate calcium oxalate crystals |
| Toxicology screen | Pending |

Which of the following tests would be most helpful in establishing the diagnosis?

A.    Plasma salicylate
B.    Serum osmolality
C.    Serum ketones
D.    Venous blood lactate
E.    Urine electrolytes

Answer: B

Rationale:
This is a hard question and definitely requires second or third order thinking. It requires the candidate to
recognize a significant and acute anion gap metabolic acidosis in a stuporous patient. The UA in a clue and
definitely cues EG intoxication because of the calcium oxalate crystals. Measurement of the serum Osm
would allow you to calculate the osmolar gap and recognize that this patient, with both an anion gap MA
and an osmolar gap, most certainly has an intoxication, most likely EG. The other diagnostic tests would not
lead to the diagnosis, but rather away from met alk, non anion gap MA, salicylate poisoning, and lactic
acidosis, all of which she doesn't have.

ABIM00123

Case 2:14-cv-06428-KSH-CLW    Document 211-22    Filed 02/20/24    Page 72 of 113
PageID: 26484

# 34997

Medical Content: XVII.H.8 - Fibromyalgia (outline: IM.RHEU.OTHER.FIBR.)
Topic: Fibromyalgia - mgmt (aerobic exercise)
Testing point: Recognize clinical features of fibromyalgia (myalgia, tender points) and know best initial treatment (aerobic exercise)

A 32-year-old woman has had posterior neck pain for three months. The pain is symmetric and radiates to the upper back; it worsens with movement and is most severe on arising in the morning. She also has pain in the right buttock. Pain interferes with sleep and is associated with fatigue. The patient is a violinist; she has not yet missed any concerts but is aware that the pain has affected her performance. She is uncertain how much longer she can continue to perform.

BMI is 26. Vital signs are normal. Cervical spine rotation is limited to 50 degrees in each direction because of pain; extension also is limited because of pain. The right trapezius muscle is tender, and the patient winces on deep palpation at its midpoint. The shoulders and elbows are painful at the limits of motion, but passive range of motion is normal. Both lateral epicondyles are tender; the hips are painful at the limits of motion, and the upper gluteal region is tender. Neurologic examination is normal. Complete blood count and comprehensive metabolic panel are normal, as are serum thyroid-stimulating hormone and creatine kinase. Erythrocyte sedimentation rate is 25 mm/hr.

Which of the following is most appropriate now?

A. Prescribe a regular aerobic exercise program
B. Inject the right trapezius and lateral epicondyles with repository corticosteroids
C. Begin diazepam
D. Begin acetaminophen with codeine as needed
E. Begin prednisone

Answer: A

ABIM00124

Case 2:14-cv-06428-KSH-CLW    Document 211-22    Filed 02/20/24    Page 73 of 113
PageID: 26485

**# 21628**

Medical Content: VII.T.6.b - Gram-negative aerobes (outline: IM.INDI.SPEC.BACT.GRAM2.)
Topic: Leptospirosis - recognition
Testing point: Recognize leptospirosis

A 44-year-old man has had progressive fever, chills, myalgia, abdominal pain, and jaundice for eight days. The patient is a garbage collector and frequently scrapes his hands while working. He is an avid hunter of small game, including squirrels and birds; his last hunting trip was 18 days ago.

The patient appears ill. Temperature is 39.5 C (103.1 F), pulse rate is 108 per minute and regular, and respirations are 22 per minute. Jaundice and scleral icterus are present. The abdomen is diffusely tender. Liver span is 15 cm in the midclavicular line. Bowel sounds are normal.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 29% |
| Leukocyte count | 24,200/μL; 80% segmented neutrophils, 4% band forms, 12% lymphocytes, 4% monocytes |
| Serum electrolytes | Normal |
| Blood urea nitrogen | 105 mg/dL |
| Serum creatinine | 6.7 mg/dL |
| Serum bilirubin | 12.3 mg/dL |
| Serum aminotransferases | |
| ALT | 59 U/L |
| AST | 113 U/L |
| Serum creatine kinase | 2238 U/L *[55–170]* |

Which of the following is the most likely cause of the symptoms?

A. *Ehrlichia ewingii*
B. *Escherichia coli* O157:H7
C. *Francisella tularensis*
D. *Leptospira interrogans*

Answer: D

Rationale:
8/06: Incubation period of tularemia is 2–6 days.

ABIM00125

# 15684

Medical Content: VI.C.2.a - Sickle cell anemia (painful crises and complications) (outline: IM.HEMA.HEMOG.HEMOG.SICK.)
Topic: Acute chest syndrome in a patient with sickle cell disease - rx (transfusion)
Testing point: Recognize and treat acute chest syndrome in sickle cell disease

A 20-year-old African American man who has sickle cell disease is hospitalized because he has had progressive dyspnea and bilateral chest pain that increases with deep inspiration for one day. Three days ago, right leg pain developed but has not responded to hydrocodone and increased fluid intake. He has not had cough, fever, chills, night sweats, or recent upper respiratory tract infection. Medical history includes osteonecrosis of the femoral heads and cholecystectomy. The patient takes folic acid; he also began taking penicillin (left over from a previous prescription) yesterday. He does not smoke cigarettes, drink alcoholic beverages, or use illicit drugs. He is HIV seronegative.

The patient appears acutely ill. Temperature is 38.0 C (100.4 F), pulse rate is 120 per minute, respirations are 28 per minute, and blood pressure is 120/80 mm Hg. Cardiac examination reveals sinus tachycardia and an ejection murmur at the lower left sternal border. Slight dullness to percussion and decreased breath sounds are noted at both lung bases. The remainder of the physical examination is normal. Chest radiograph shows bilateral patchy opacities and small bilateral pleural effusions.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 19% |
| Hemoglobin | 6.0 g/dL |
| Leukocyte count | 18,000/μL |
| Platelet count | 110,000/μL |
| Reticulocyte count | 15% of red cells *[0.5–1.5]* |
| Arterial blood studies | |
| $PO_2$ | 60 mm Hg |
| $PCO_2$ | 30 mm Hg |
| pH | 7.45 |
| Blood cultures | Pending |

Treatment is begun with oxygen, intravenous fluids, morphine, and azithromycin. Twelve hours after admission, progressive hypoxemia is noted, and repeat chest radiograph reveals worsening bilateral opacities.

Which of the following should be done now?

A.    Add trimethoprim–sulfamethoxazole, intravenously
B.    Administer heparin, intravenously
C.    Administer streptokinase, intravenously
D.    Order partial exchange transfusion

                    Answer: D

Rationale:
Acute pulmonary complications of sickle cell disease include local infection and vascular occlusions in the PA bed. Differentiation between these complications, which may be related causally, is difficult; in one series, evidence of infection was present in only 2 of 25 episodes of acute chest syndrome. Furthermore, occlusion caused by PE may be impossible to distinguish from in situ pulmonary vaso- occlusion. Pulmonary vascular occlusions can progress rapidly to produce "whiteout" of a lobe or even an entire lung. Our practice is to monitor PO2, chest xray, and platelet count, and to treat with fluids, very cautious

ABIM00126

Case 2:14-cv-06428-KSH-CLW    Document 211-22    Filed 02/20/24    Page 75 of 113
PageID: 26487

*ITEMID: 15684*

Medical Content:

*(continued)*

analgesia, and antimicrobials (pending culture reports). If the xray findings progress, the PO2 falls, or the platelet count falls below 100,000, we do a partial exchange transfusion, aiming for a hemoglobin A concentration of 50%–60%.

References:
*Scientific American Medicine*, 1995.

ABIM00127

# 26624

Medical Content: VI.I - Myelodysplastic syndrome (outline: IM.HEMA.MYEL2.)
Topic: Marrow replacement - diagnostic studies (bone marrow biopsy)
Testing point: Recognize that a bone marrow biopsy is the test of choice in patients who have
hypoproliferative anemia with evidence of bone marrow dysfunction

A 56-year-old man has had fatigue for three months. He has not had weight loss, melena, or hematemesis.
He had an upper respiratory tract infection four weeks ago. Physical examination is unremarkable except for
pallor and a spleen tip palpable 4 cm below the left costal margin.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 28% |
| Hemoglobin | 8.5 g/dL |
| Leukocyte count | 15,600/cu mm; 60% granulocytes, 7% band forms, 22% lymphocytes, 8% monocytes, 3% metamyelocytes |
| Platelet count | 425,000/cu mm |
| Mean corpuscular volume | 92 fL *[86–98]* |
| Reticulocyte count | 2.5% of red cells *[0.5–1.5]* |
| Red cell distribution width | 15.2 *[9.0–14.5]* |
| Peripheral blood film | Occasional nucleated red cells and tear drops |

Which of the following studies is most likely to be diagnostic?

A. Serum folate and serum vitamin $B_{12}$
B. Serum ferritin and transferrin saturation
C. Blood cultures
D. Direct and indirect antiglobulin (Coombs') test
E. Bone marrow biopsy

Answer: E

Rationale:
This is a presentation of a myelophthisic marrow, with tear drops, a left shift, and nucleated red cells in the
absence of a reticulocyte count elevation. The money is in the marrow. Distractors: AIHA unlikely with
smear and no retic; slight increase in MCV is consistent with retic; iron will not help with the underlying
diagnosis; CT of abdomen may or may not eventually be helpful.

ABIM00128

# 39553

Medical Content: XVII.C.1 - Ankylosing spondylitis (outline: IM.RHEU.SPON.ANKY.)
Topic: Ankylosing spondylitis; interp radiograph - ddx
Testing point: Recognize the clinical manifestations of ankylosing spondylitis

A 28-year-old man who is a cellist has had persistent lower back pain for four years.  The pain is in the lumbosacral region and radiates to the buttocks and posterior thighs.  Onset was gradual and not associated with trauma.  He has two hours of morning stiffness and buttock pain after sitting.  He has not seen a doctor because of his travel schedule, but now the pain is interfering with his ability to practice.

Vital signs are normal.  Lumbar flexion is limited; range of motion in the hips is normal.  Flexion, abduction, and external rotation of the hips (FABER maneuver) elicits moderate discomfort.  Neurologic examination of the lower extremities is normal.  Hemoglobin is 11.9 g/dL, leukocyte count is 8400/cu mm, and erythrocyte sedimentation rate is 38 mm/hr.

Which of the following is the most likely diagnosis?

A.  Ankylosing spondylitis
B.  Diffuse idiopathic skeletal hyperostosis
C.  Lumbar spinal stenosis
D.  Mechanical lower back pain
E.  Rheumatoid arthritis

Answer: A

Rationale:
The radiograph illustrates typical changes of sacroiliitis. The clinical presentation is typical of a spondylo-arthropathy in a young male.

ABIM00129

# 15697

Medical Content: XVII.I - Infectious arthritis (outline: IM.RHEU.INFEC.)
Topic: Polyarthritis in a daycare worker - workup of parvovirus B19
Testing point: Recognize the cause of arthritis in a daycare worker and know how to evaluate

A previously healthy 30-year-old woman has had pain, swelling, and stiffness of the wrists, hands, and feet for two weeks. She also reports mild malaise, fatigue, and sore throat. The patient works at a daycare center; several coworkers have had similar symptoms. She takes no medications and occasionally has a glass of wine or beer on weekends. She is not currently sexually active.

Temperature is 38.8 C (101.8 F), pulse rate is 80 per minute, and blood pressure is 110/70 mm Hg. No oral ulcers are noted. A lacy erythematous rash is present on the trunk. Mild synovitis is detected in the wrists and in the metacarpophalangeal, proximal interphalangeal, and metatarsophalangeal joints.

Laboratory studies:

| | | | |
|---|---|---|---|
| Hematocrit | 38 | | *[37%–47%]* |
| Hemoglobin | 12.5 | | *[12–16 g/dL]* |
| Leukocyte count | 4000 | | *[4000–11,000/μL]* |
| Differential | Normal | | |
| Erythrocyte sedimentation rate | 50 | H | *[0–20 mm/hr]* |
| Rheumatoid factor | 28 | H | *[less than 24 IU/mL]* |
| Antinuclear antibodies | Negative | | |

Which of the following studies is most likely to reveal the cause of the arthritis?

A. Antistreptolysin O titer
B. Spot test for mononucleosis (Monospot)
C. IgM serology for parvovirus B19
D. Rapid plasma reagin

Answer: C

ABIM00130

# 50269

Medical Content: VIII.C - Primarily safety/quality improvement (outline: IM.MISC.SAFE.)
Topic: Electronic prescribing of medications recommended for avoidance of potential drug–drug interactions
Testing point: Determine the appropriate practice intervention to prevent  drug-drug interactions

A multispecialty practice conducts a chart audit focusing on cardiac medications and potential adverse effects from drug–drug interactions.  Of the patients who were taking both amiodarone and digoxin, approximately 15% were receiving excessive dosages of one or both medications.

Which of the following interventions would be most effective in reducing the number of patients in this practice who are receiving excessive dosages of amiodarone and/or digoxin?

A.  Didactic presentations to the physicians and physician assistants regarding appropriate prescribing of these drugs
B.  Letters to all patients currently taking these drugs encouraging them to discuss this with their physician
C.  Electronic prescribing of these drugs with automatic alerts for potential drug–drug interactions
D.  Quarterly review of a sample of each physician's patient charts with feedback regarding inappropriate prescribing of these drugs

Answer: C

Rationale:
Multiple studies in the literature demonstrate that an electronic medical record with electronic prescribing that includes alerts for drug–drug interactions is the optimal strategy for addressing this problem.

ABIM00131

# 24167

Medical Content: XII.U - Management of malignant pain (outline: IM.ONCO.MANAG.)
Topic: Opioid-induced constipation - statements (prescribe laxatives with opioids)
Testing point: Anticipate and manage complications of opioid treatment

Which of the following statements is correct regarding the constipation associated with opioid therapy for severe pain in advanced cancer?

A.  It is likely to be self limited
B.  It can generally be avoided with a high-fiber diet and adequate water intake
C.  Laxatives should be taken as needed to avoid over treatment
D.  Laxatives should be prescribed when opioids are begun

Answer: D

Rationale:
Constipation is the most common side effect associated with opioid analgesics, and a bowel regimen should be started when the analgesics are first prescribed. The constipation is unlikely to resolve with time without treatment, and laxatives should be prescribed on a regular, not prn, basis. Increased fiber may make things worse with debilitated patients.

References:
Abrahm JL. Management of pain and spinal cord compression in patients with advanced cancer. *Ann Int Med*. 1999;131:37–46.

ABIM00132

**# 32049**

Medical Content: V.ZZ - Miscellaneous gastroenterology (outline: IM.GAST.MISC.)
Topic: Complementary medicine and constipation - ddx (calcium carbonate)
Testing point: Recognize calcium supplementation as a cause of constipation in elderly patients

A 74-year-old woman is evaluated for constipation that began five days ago.  She recently began taking several nonprescription products daily: aspirin, a calcium supplement, ginkgo biloba, glucosamine, and vitamin E.

Which of the following is the most likely cause of the constipation?

A.    Aspirin
B.    Calcium carbonate
C.    Ginkgo biloba
D.    Glucosamine
E.    Vitamin E

Answer: B

Rationale:
Calcium carbonate is a common cause of constipation. The other products rarely cause constipation.

ABIM00133

# 15929

Medical Content: XV.F.5 - Panic disorder (outline: IM.PSYC.ANXIET.PANIC.)
Topic: Palpitation, etc.; panic disorder - ddx
Testing point: Recognize the cause of palpitations

A 35-year-old woman is referred to you from the emergency department where she has been seen twice within the past week because of rapid heart rate, dyspnea, and a choking sensation. Evaluations during both episodes revealed sinus tachycardia at a rate of 120 per minute, blood pressure of 146/98 mm Hg, normal oxygen saturation, and an otherwise normal examination.

One episode occurred while the patient was at home in the evening and the other when she was at the supermarket. She has had milder episodes during the past month. She feels well between episodes but reports difficulty falling asleep at night. She moved to your area three months ago with her husband; they have two children, ages 5 and 7. Her father, aged 67, has coronary artery disease and her mother, aged 68, has hypothyroidism.

In your office, the patient's pulse rate is 84 per minute, and blood pressure is 130/84 mm Hg. The remainder of the physical examination, including the thyroid gland, is normal.

Which of the following is the most likely diagnosis?

A.    Paroxysmal supraventricular tachycardia
B.    Thyrotoxicosis
C.    Pheochromocytoma
D.    Panic disorder

Answer: D

ABIM00134

**# 32208**

Medical Content: II.C.4 - Heart failure from ischemic cardiomyopathy (outline: IM.CARD.ISCH.CONG.)
Topic: Defibrillator - indications
Testing point: Know the indications for an implantable cardioverter-defibrillator in ischemic
cardiomyopathy

A 62-year-old man who had an anterior myocardial infarction was found to have severe three-vessel
coronary artery disease and underwent coronary artery bypass surgery four months ago. Today he returns
for a follow-up evaluation. He has felt well except for mild dyspnea on exertion. He has hyperlipidemia
and smokes cigarettes. Current medications are aspirin, atorvastatin, ramipril, and metoprolol.

Physical examination is normal. Electrocardiography shows left bundle branch block. Radionuclide
ventriculography shows an ejection fraction of 25%. Because of an episode of dizziness, 24-hour
ambulatory electrocardiographic monitoring is done and shows moderately frequent ventricular premature
complexes and rare ventricular couplets.

Which of the following is the best management approach to the arrhythmia?

A.  Amiodarone
B.  An event monitor
C.  An electrophysiology study
D.  An implantable cardioverter–defibrillator

Answer: D

Rationale:
This patient meets the MADIT II criteria for a defibrillator. A defibrillator is a class IIa recommendation in
the ACC/AHA/NASPE 2002 guideline update for pacemakers and antiarrhythmia devices. Newer guidelines
indicate defibrillation for anyone with EF <30%, even without VT.

References:
*N Engl J Med.* 2002; 346:877. *Circulation.* 2002; 106:2145.

**ABIM00135**

# 32704

Medical Content: II.J.5.b - Deep venous thrombosis (outline: IM.CARD.VASC.VENOUS.DEEP.)
Topic: Recurrent deep venous thrombosis in metastatic cancer - treatment (LMW heparin)
Testing point: Recognize newer recommendations in treatment of cancer-associated hypercoag states

A patient who has metastatic non–small cell lung cancer has a first episode of deep vein thrombosis (DVT) in the lower left leg.

Which of the following is most likely to result in the lowest risk for recurrent DVT and the lowest risk for bleeding?

A.  Lifelong fixed-dose low-molecular-weight heparin
B.  Initial low-molecular-weight heparin followed by warfarin for four months
C.  Inferior vena cava filter without anticoagulation

Answer: A

Rationale:
More and more studies are suggesting an advantage of low molecular weight heparin in patients with metastatic cancer.

References:
Meyer. *Archives of Internal Medicine*. 2002-162:1729-35.

ABIM00136

# 38956

Medical Content: VII.S.1 - Immunization (outline: IM.INDI.PREV.IMMUN.)
Topic: Influenza prophylaxis in pt w/asthma - rx (flu vaccine and oseltamivir)
Testing point: Know how to prevent influenza

A 24-year-old female graduate student comes to the student health center because she is concerned about an outbreak of influenza on campus; influenza B has been circulating in the region.  She has had asthma for eight years and uses inhaled fluticasone and salmeterol twice daily and albuterol as needed.  She requires prednisone two to three times a year for postviral exacerbations of asthma.  She has not received an influenza vaccination this year.

The patient currently feels well; physical examination is normal.  Peak expiratory flow is 400 L/min, which she says is her usual level.

Which of the following is the most appropriate management?

A.  No treatment now; begin oseltamivir within 12 hours if symptoms of influenza develop
B.  Influenza vaccine
C.  Oseltamivir
D.  Influenza vaccine and oseltamivir

Answer: D

ABIM00137

**# 40407**

Medical Content: VII.G.1.b - Hepatitis B (outline: IM.INDI.HEPAT.VIRAL.HEPAT2.)
Topic: Indications for hepatitis B vaccine
Testing point: Know how to manage a patient exposed to hepatitis B who is not fully immune

A 54-year-old man who is a phlebotomist is stuck by a needle he used to draw blood from a patient who is positive for hepatitis B surface antigen. The phlebotomist received one of three planned hepatitis B vaccine injections when he was hired two years ago.

Which of the following is the most appropriate management?

A. Reassure him that no further action is necessary
B. Administer hepatitis B immune globulin
C. Begin a new hepatitis B vaccination series
D. Administer hepatitis B immune globulin and begin a new hepatitis B vaccination series

Answer: D

ABIM00138

**# 9193**

Medical Content: XVII.B.2.a - Rotator cuff injury and tendonitis (outline:
IM.RHEU.LOCAL.SHOUL.ROTAT.)
Topic: Rotator cuff tear in a 34-yo with shoulder pain and weakness after a fall - recog.
Testing point: Recognize the signs and symptoms of acute rotator cuff tear

A 34-year-old male house painter has had weakness in the right arm and pain in the right shoulder since he
lost his footing on a ladder and fell onto his outstretched arm yesterday. The pain is not severe and occurs
only with motion of the shoulder. He is right handed and is unable to elevate that arm to paint. He has no
other symptoms and generally feels well.

The patient is unable to actively abduct the right arm. When you raise the arm 60 degrees, he is unable to
maintain the elevation against gravity. When you abduct the arm 90 degrees, he is able to continue the
motion. The shoulder has full passive range of motion and local tenderness to palpation beneath the tip of
the acromion. The cervical spine has full range of motion, and no paraspinal tenderness or muscle atrophy is
present. Reflexes in the arm are intact. Sensory examination is normal, as is the remainder of the physical
examination. Complete blood count, comprehensive metabolic panel, and radiograph of the shoulder are
normal.

Which of the following is the most likely diagnosis?

A.    Acute osteonecrosis of the humeral head
B.    Acute deltoid muscle rupture
C.    Acute rotator cuff tear
D.    Acute supraspinatus tendinitis
E.    Rupture of the tendon of the long head of the biceps

Answer: C

ABIM00139

**# 19630**

Medical Content: XVII.B.6.zz - Other knee syndrome (outline: IM.RHEU.LOCAL.KNEE.OTHER.)
Topic: Anserine bursitis (diagnosis)
Testing point: Recognize the clinical presentation and findings of anserine bursitis

A 54-year-old woman has right medial knee pain that ranges from sharp to dull and is moderately aggravated by walking. The pain is particularly bothersome at night when she sleeps on her side. She also has type 2 diabetes mellitus, hypertension, and edema.

BMI is 38. The knee is difficult to examine because of her obesity. Both knees can be fully extended, but flexion is limited to 115 degrees bilaterally. It is unclear if the limitation is due to changes within the knee or the surrounding adipose tissue. Moderate crepitation is noted on range of motion of the right knee, but testing for instability and meniscal tears is negative. No erythema, effusion, or warmth is noted. Palpation reveals bony prominence of the medial tibial plateau, but tenderness is most pronounced approximately 3 cm below the line of the joint space.

Which of the following is the most likely cause of the knee pain?

A.  Osteoarthritis
B.  Medial meniscal deterioration
C.  Avascular necrosis of the medial tibial plateau
D.  Pes anserine bursitis
E.  Patellar tendinitis

Answer: D

ABIM00140

# 52794

Medical Content: XIV.C.99 - Other disorders of the oral cavity, pharynx, or salivary glands (outline: IM.ENT.DISEAS2.OTHER.)
Topic: Dental infection - tx (clindamycin)
Testing point: Know the best antibiotic for dental infections

A 25-year-old woman comes to the emergency department because of tooth pain that has worsened during the past two days.  For two weeks, she has had heat and cold sensitivity in the left lower canine.  She has not had chills or fever, but tooth pain has interfered with sleep.  She takes no medications, and she is allergic to penicillin.

Examination reveals tenderness to percussion on the left lower canine and tenderness and swelling of the jaw below this tooth.  The submandibular lymph nodes are enlarged and tender.

In addition to dental care and analgesics, which of the following is the most appropriate treatment?

A.  Amoxicillin–clavulanate
B.  Ciprofloxacin
C.  Clindamycin
D.  Erythromycin
E.  Telithromycin

Answer: C

Rationale:
This is a common presentation at weekend urgent care centers and emergency departments. After drainage, clindamycin remains the drug of choice for suppurative dental infections.

References:
The Sanford Guide to Antimicrobial Therapy. 2006.

ABIM00141

# 21583

Medical Content: V.C.2 - Peptic ulcer disease (not Helicobacter pylori) (outline: IM.GAST.STOM.PEPT.)
Topic: Gastrointestinal bleeding - mgmt (clear liquids and admit)
Testing point: Know how to manage gastrointestinal bleeding

A 45-year-old man comes to the emergency department because he is lightheaded and had the onset of melena two days ago; five hours ago he vomited coffee-ground material. Pulse rate is 90 per minute supine and 110 per minute standing; blood pressure is 110/70 mm Hg supine and 90/60 mm Hg standing. Abdominal examination is normal except for mild epigastric tenderness. Stool is positive for occult blood.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 30% |
| Hemoglobin | 10.0 g/dL |
| Leukocyte count | 8500/cu mm |
| Platelet count | 210,000/cu mm |
| Prothrombin time | Normal |
| Serum creatinine | 0.9 mg/dL |
| Blood urea nitrogen | 35 mg/dL |

Intravenous fluids and an intravenous proton pump inhibitor are begun. Emergent upper gastrointestinal endoscopy reveals a 1-cm duodenal ulcer with a clean white base. No evidence of active upper gastrointestinal bleeding is noted.

Which of the following should you do now?

A. Begin clear liquids, and admit the patient to the medical service
B. Obtain a radionuclide bleeding scan; if it is negative, admit the patient to the medical service
C. Begin therapy with octreotide, and admit the patient to the intensive care unit
D. Treat the ulcer with epinephrine injection and thermal coagulation, and admit the patient to the intensive care unit
E. Transfuse two units of packed red blood cells, and admit the patient to the intensive care unit

Answer: A

References:
Moreno P, Jourrieta E, Arando H, et al. Efficacy and safety of an early discharge protocol in low risk patients with upper gastrointestinal bleeding. *Am J Med*. 1998; 105:176.

ABIM00142

**# 6680**

Medical Content: III.F.99 - Other skin and soft tissue infections (outline: IM.DERM.SKIN.OTHER.)
Topic: Erysipelas - recog and etiol (gram-positive cocci in chains)
Testing point: Recognize causative organisms and clinical features of erysipelas

A previously healthy 45-year-old woman who has type 2 diabetes mellitus comes to your office in August because she has had a painful facial rash (shown), fever, and lethargy for three days.  She spends her weekends at the beach.

The most likely cause of this condition is infection with which of the following?

A.  Comma-shaped, gram-negative rods
B.  Gram-positive cocci in clusters
C.  Gram-positive cocci in chains
D.  *Rickettsia* species
E.  A spirochete

Answer: C

**ABIM00143**

# 37170

Medical Content: X.A - Seizures (outline: IM.NEUR.SEIZ.)
Topic: Complex partial seizures and depression - tx (discontinue bupropion)
Testing point: Know contraindications for bupropion

A 27-year-old man comes to you for an initial visit. He has a 15-year history of complex partial seizures, which are treated with carbamazepine (600 mg daily). Seizure activity had been well controlled until three months ago when he began to have seizures about once a month, each lasting no more than five minutes. He also takes bupropion for smoking cessation. The patient is otherwise well and does not drink alcoholic beverages. He has no history of head trauma; magnetic resonance imaging of the brain was normal five years ago.

The patient feels well. Mental status and neurologic findings are normal. Complete blood count and comprehensive metabolic panel are normal. Serum carbamazepine is 8 μg/mL *[therapeutic: 4–12]*.

Which of the following should you do?

A. Continue current therapy
B. Discontinue bupropion
C. Increase carbamazepine dose
D. Substitute lamotrigine for carbamazepine
E. Substitute phenytoin sodium for carbamazepine

Answer: B

ABIM00144

# 42148

Medical Content: XII.G.99 - Other gynecologic cancer (outline: IM.ONCO.GYNEC.OTHER.)
Topic: Vulvar Bowen's disease - tx (lesion bx)
Testing point: Recognize and manage vulvar Bowen's disease

A 65-year-old woman has seen blood on the toilet tissue after she urinates. She has had vulvar itching but no urinary tract symptoms. The patient had a vaginal hysterectomy ten years ago because of uterine leiomyomas.

Physical examination reveals a velvety, red, slightly friable 2x2–cm plaque at the vaginal introitus extending from the edge of the urethra to the left labium minus. No tenderness or induration is noted. The vaginal mucosa is atrophic with a clear, watery discharge. The cervix is absent.

Which of the following is the most appropriate next step for this vulvar plaque?

A.   Darkfield examination of the lesion
B.   Biopsy of the lesion
C.   Topical low-potency corticosteroids
D.   Topical estrogen
E.   Topical imiquimod (Aldara)

Answer: B

Rationale:
This is a classic description of a vulvar/vaginal Bowen's lesion (epithelial carcinoma in situ). Whenever this lesion is encountered, the examiner must recognize the need to biopsy it (or refer it for biopsy) at the outset.

ABIM00145

# 26639

Medical Content: III.K.1 - Seborrheic keratosis (outline: IM.DERM.NODUL.SEBOR.)
Topic: Seborrheic keratosis - dx
Testing point: Recognize seborrheic keratosis

A 75-year-old man has had the dark 1.5-cm lesion shown on the upper back for several years.  He thinks it has grown steadily during the past two years.  It is painless, but he says that sometimes he scratches it and pieces of it "flake off."

Which of the following is the most likely diagnosis?

A.  Compound nevus
B.  Lentigo maligna
C.  Malignant melanoma
D.  Seborrheic keratosis
E.  Verruca vulgaris

Answer: D

Rationale:
Seborrheic keratoses may be dark but have characteristic stippled, verrucous surface features over time and as they enlarge. The scaly surface is also very characteristic.

ABIM00146

# 8441

Medical Content: III.L - Nutritional disorders, cutaneous manifestations (outline: IM.DERM.NUTR.)
Topic: Vitamin C deficiency - DDx of malaise and weakness in an elderly man
Testing point: Recognize clinical manifestations of vitamin deficiencies and poor nutrition

An 82-year-old man comes to your office because he has had malaise and weakness for two months.  He takes digoxin (0.125 mg daily) for a "weak heart."  The patient lives alone and states that his diet consists mainly of milk, bread, cake, and coffee.  He does not drink alcoholic beverages.  Bowel movements occur regularly three times a week.

The patient is edentulous and has scant body hair.  He has tenderness over both tibias and several bruises over the lower legs and forearms.  A 2-cm partially healed ulcer is present over the right tibia.  This lesion appeared two weeks ago, but the patient has had no recent injuries.

Which of the following vitamin deficiencies is most consistent with this clinical presentation?

A. Niacin
B. Riboflavin
C. Vitamin C
D. Vitamin D
E. Vitamin K

Answer: C

ABIM00147

# 29316

Medical Content: XIV.A.99 - Other disorders of the nose or paranasal sinuses (outline:
IM.ENT.DISOR.OTHER.)
Topic: Disordered sleep due to rhinitis medicamentosa - diagnosis
Testing point: Be able to identify the cause of snoring in a patient with allergic rhinitis and poor sleep

---

A 44-year-old man has had fatigue and has been sleeping poorly for several months.  He thinks he may snore
occasionally, but he does not have daytime somnolence or morning headaches.  He has long-standing
allergic rhinitis and nasal congestion, for which he uses nonprescription nasal decongestants several times
daily.  He works long hours but eats a well-balanced diet and exercises regularly.  He has not had a recent
change in weight.

BMI is 24.  Blood pressure is normal.  The nasal septum is slightly deviated to the right.  The nasal mucosa
is markedly injected.  The sinuses are not tender.  Physical examination is otherwise normal.

Which of the following is the most likely cause of his snoring?

A.    Allergic rhinitis
B.    Deviated nasal septum
C.    Rhinitis medicamentosa
D.    Subacute bacterial sinusitis
E.    Vasomotor rhinitis

        Answer: C

ABIM00148

# 21361

Medical Content: XII.K.5.a - Multiple myeloma (outline: IM.ONCO.HEMAT.PLAS.MULT.)
Topic: Multiple myeloma - dx testing (serum immunofixation)
Testing point: Recognize the clinical manifestations of multiple myeloma

A previously healthy 68-year-old man who is right-handed has had left upper arm pain for one month.  The patient says the pain feels "like a toothache" in the arm.  It has awakened him from sleep on several occasions and is no longer relieved by acetaminophen.  He plays tennis regularly but has had no recent injury to the shoulder or arm.  He takes no medications and stopped smoking cigarettes 30 years ago.

BMI is 25.  Vital signs are normal.  The left arm is not tender and has full range of motion and normal reflexes, muscle mass, and sensation.  Muscle strength is 4+/5 on the left.  The remainder of the physical examination is normal.  Radiograph of the left upper arm shows a single 2-cm lytic lesion in the upper third of the humerus.

Laboratory studies:

| | | | |
|---|---|---|---|
| Complete blood count | Normal | | |
| Blood urea nitrogen | Normal | | |
| Serum creatinine | Normal | | |
| Serum calcium | 12.5 | H | *[8.6–10.2 mg/dL]* |
| Serum proteins | | | |
|    Total | 9.5 | H | *[5.5–9.0 g/dL]* |
|    Albumin | 2.4 | L | *[3.5–5.5 g/dL]* |
| Serum electrolytes | Normal | | |

Which of the following tests is most likely to confirm the diagnosis?

A.  Serum prostate specific antigen
B.  Serum protein electrophoresis
C.  Computed tomography of the chest

Answer: B

ABIM00149

# 14101

Medical Content: XVI.G.4.b - Pulmonary tuberculosis (outline: IM.PULM.LOWER.TUBER.PULM.)
Topic: Pleural effusion and + PPD in a 35-yo man - TB rx (isoniazid, rifampin, pyrazinamide, ethambutol)
Testing point: Treat active TB

A 35-year-old man has had intermittent fever, mild cough, and anorexia for two weeks.  He has had pneumonia twice in the past five years and recently completed a seven-day course of amoxicillin for bronchitis.  He smokes one pack of cigarettes daily.  He reports night sweats and occasional purulent sputum but no hemoptysis.

The patient is afebrile.  Several small anterior cervical lymph nodes are palpable.  The lungs are clear, but an area of dullness and decreased breath sounds is present at the right lung base.  Radiograph of the chest reveals a large right pleural effusion.  Tuberculin skin test (PPD, 5 TU) induces 15 mm of induration.  Hematocrit is 34%, and leukocyte count is 7300/µL with a normal differential.  No acid-fast bacilli are seen in a sputum specimen.  Thoracentesis yields 1100 mL of amber fluid.  Fluid leukocyte count is 1200/µL with 90% lymphocytes and 10% neutrophils.  Erythrocyte count is 3750/µL.  Fluid protein is 4.5 g/dL, and glucose is 80 mg/dL.  Gram and acid-fast stains are negative.  Results of pleural biopsy and cultures are pending.

Which of the following should you recommend?

A.    Repeat thoracentesis
B.    Antibiotic therapy and chest tube drainage
C.    Isoniazid, rifampin, pyrazinamide, and ethambutol
D.    Referral to an oncologist

Answer: C

ABIM00150

# 44167

Medical Content: VII.E.2.a - Bacterial pneumonia (not mycobacterial) (outline:
IM.INDI.LOWER.PNEUM.BACT.)
Topic: Pulmonary coccidioidomycosis - recog
Testing point: Recognize pulmonary coccidioidomycosis

A 19-year-old woman has had fever, cough, and right-sided pleuritic pain for one week.  She reports malaise and reduced exercise tolerance but has not had hemoptysis or wheezing.  Medical history is noncontributory. She takes no medications and does not smoke cigarettes.  She has lived in Mississippi all her life.  Two weeks ago, she returned from a vacation in California and Arizona.

Temperature is 38.4 C (101.1 F), pulse rate is 92 per minute and regular, respirations are 18 per minute, and blood pressure is 120/60 mm Hg.  Cardiac examination is normal.  Crackles are heard at the right lung base. Hematocrit and hemoglobin are normal; leukocyte count is 10,100/cu mm with 75% neutrophils, 15% lymphocytes, and 10% eosinophils.  Chest radiograph shows consolidation in the right lower lobe and enlargement of the right hilar lymph nodes.

Which of the following is the most likely diagnosis?

A.  Allergic bronchopulmonary aspergillosis
B.  Asthma
C.  *Histoplasma* pneumonia
D.  Pulmonary coccidioidomycosis

Answer: D

Rationale:
Acute pneumonia due to coccidioidomycosis is frequently accompanied by eosinophils in the peripheral blood. Histoplasma is not, nor is it usually, lobar, and the patient living in MS is very likely to have been exposed to histo long ago. The allergy response and eosinophilic pneumonia are good distractors with eos on peripheral smear.

ABIM00151

# 35228

Medical Content: XVI.F.1.zz - Other noninfectious pleural effusion (outline:
IM.PULM.PLEUR.PLEUR.OTHER.)
Topic: Right pleural effusion - dx
Testing point: Diagnose pleural effusion from the physical examination and distinguish it from
pneumothorax

A 72-year-old man who has long-standing chronic obstructive pulmonary disease has had increasing dyspnea
for three weeks. He previously was able to walk several blocks without symptoms, but now he becomes
dyspneic while walking down his driveway. One year ago, $FEV_1$ was 1.2 L.

Vital signs are stable. Oxygen saturation is 94% by pulse oximetry. The trachea is shifted slightly to the
left. The right posterior lung field is dull to percussion. No breath sounds are audible in the right chest;
wheezing is heard in the left chest. Tactile fremitus is absent over the right posterior chest but is
conspicuous over the left posterior chest.

A radiograph of the chest is most likely to show which of the following?

A.  Elevated left hemidiaphragm
B.  Right pleural effusion
C.  Right pneumothorax
D.  Right lower lobe atelectasis
E.  Right lower lobe opacity

Answer: B

ABIM00152

# 40392

Medical Content: XVI.D.99 - Other interstitial lung disease (outline: IM.PULM.INTER.OTHER.)
Topic: Dyspnea, jt discomfort - ddx (interstitial fibrosis)
Testing point: Recognize clinical presentation of interstitial fibrosis

A 52-year-old woman has shortness of breath when climbing a flight of stairs or walking rapidly on level ground.  Dyspnea has become increasingly noticeable with less activity during the past four months.  Her only other symptom is discomfort of the knees and elbows.  She has smoked one pack of cigarettes daily for 20 years.

The patient is thin and in no distress at rest.  Vital signs are normal.  Oxygen saturation by pulse oximetry is 92% at rest and 87% after walking.  End-inspiratory crackles are heard at both lung bases.  Breath sounds are otherwise normal.  The remainder of the physical examination is normal.  FVC is 70% of predicted, $FEV_1/FVC$ is 95%, FRC is 70% of predicted, and $DL_{CO}$ is 50% of predicted.  Chest radiograph shows linear opacities at both lung bases.

Which of the following is the most likely cause of the dyspnea?

A.  Asthma
B.  Chronic obstructive pulmonary disease
C.  Interstitial fibrosis
D.  Idiopathic pulmonary arterial hypertension

Answer: C

ABIM00153

# 23663

Medical Content: XV.B.1 - Depression/suicide (outline: IM.PSYC.MOOD.DEPR.)
Topic: Major depression - ddx
Testing point: Recognize the clincial manifestations of major  depression

A 24-year-old woman is evaluated for difficulty sleeping and a 5-kg (12-lb) weight loss over the past month. Questioning discloses that she has felt sad on a daily basis during this time.  She reports extreme fatigue, which she attributes to awakening almost every night at about 2 AM and having difficulty falling asleep afterward.  She has not had the energy to participate in her usual social activities or go to the gym, where she had formerly participated in four or five exercise classes weekly.  She reports having difficulty in performing her work, and says that she doesn't know why her boss hasn't already fired her.  She has never had a major health problem and takes no regular medications.  Her mother was treated for depression many years ago.  The patient does not smoke cigarettes, and although she occasionally drinks a glass of wine with dinner, she has not had wine during the past month.

BMI is 21.  The patient's affect is flat.  The remainder of the physical examination and thyroid function studies are normal.

Which of the following is the most likely diagnosis?

A.  Major depressive disorder
B.  Dysthymia
C.  Bipolar disorder
D.  Anxiety disorder

Answer: A

ABIM00154

# 9063

Medical Content: X.A - Seizures (outline: IM.NEUR.SEIZ.)
Topic: Seizure 2o to imipenem–cilastatin in a critically ill postop patient - ddx
Testing point: Recognize the cause of seizures

A 68-year-old man is admitted to the hospital because of abdominal pain, nausea, vomiting, and fever. Symptoms began about 36 hours ago. He has hypertension; two years ago he had a lacunar cerebral infarction that resulted in mild left arm weakness.

Temperature is 39.2 C (102.6 F), pulse rate is 108 per minute, and blood pressure is 80/60 mm Hg. The right lower abdomen is tender, and evidence of peritonitis is noted. Leukocyte count is 14,200/cu mm with 78% segmented neutrophils, 12% band forms, and 10% lymphocytes. The patient is treated with intravenous fluids and imipenem–cilastatin (500 mg every six hours); laparotomy reveals a perforated appendix and peritonitis.

Myoclonus develops on the second postoperative day, followed by a generalized seizure. Temperature is 37.6 C (99.7 F), pulse rate is 100 per minute, respirations are 16 per minute, and blood pressure is 128/88 mm Hg. The pupils are equal and reactive to light. The neck is supple. The abdomen is slightly tender, and the surgical wound is healing well. A suction drainage device drains a small amount of serous fluid. Neurologic examination shows only postictal lethargy and the previously noted arm weakness.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 36% |
| Hemoglobin | 12.8 g/dL |
| Leukocyte count | 10,600/cu mm; 88% segmented neutrophils, 4% band forms, 8% lymphocytes |
| Plasma glucose | 260 mg/dL |
| Blood urea nitrogen | 46 mg/dL |
| Serum creatinine | 2.8 mg/dL |
| Serum total bilirubin | 1.4 mg/dL |
| Serum aspartate aminotransferase (AST) | 58 U/L |
| Serum calcium | 7.8 mg/dL |
| Serum phosphorus | 4.8 mg/dL |
| Serum electrolytes | Normal |
| Serum albumin | 2.4 g/dL |

Which of the following is the most likely cause of the seizure?

A. Reaction to imipenem–cilastatin
B. Hypocalcemia
C. Intracranial hemorrhage
D. Bacterial meningitis
E. Brain abscess

Answer: A

ABIM00155

# 31970

Medical Content: IV.J.2 - Hypopituitarism (outline: IM.ENDO.ANTER.HYPOP.)
Topic: Fatigue, wt gain, cessation of menses - dx (postpartum pituitary necrosis)
Testing point: Recognize the clinical clues of pituitary failure (amenorrhea, hyperprolactinemia [inability to breast-feed] and central hypothyroidism)

A 48-year-old woman has had progressive fatigue, weight gain despite dieting, and constipation for eight years. Her menses stopped after the birth of her last child eight years ago, and she was unable to breastfeed. She has never been treated with estrogen.

BMI is 28. Pulse rate is 60 per minute, and blood pressure is 132/90 mm Hg. Skin texture is normal. No periorbital edema is noted. The thyroid gland is not palpable. Ankle reflexes are mildly slowed. The remainder of the examination is normal. Serum thyroid-stimulating hormone is 1.2 μU/mL *[0.5–4.0]*, and serum free thyroxine ($T_4$) is 0.4 ng/mL *[0.8–2.4]*.

Which of the following is the most likely diagnosis?

A.    Autoimmune thyroiditis
B.    Iodine deficiency
C.    Postpartum pituitary necrosis
D.    Prolactinoma
E.    Subacute thyroiditis

Answer: C

Rationale:
This patient has actual, not-subclinical, hypothyroidism, which was missed by her first physician because he did not obtain a measure of serum thyroxine. The failure of her TSH to be higher in the face of a frankly low serum free thyroxine and signs/symptoms of hypothyroidism suggests pituitary disease causing central hypothyroidism. Other causes of hypothyroidism would have resulted in a much higher TSH.

ABIM00156

# 39255

Medical Content: XI.B.1 - Breast nodules (outline: IM.GYN.BREAS.BREAS.)
Topic: Solid breast mass - mgmt (excision)
Testing point: Manage a solid breast nodule

A 52-year-old postmenopausal woman detects a lump in her left breast.  Nine months ago, screening mammography was normal.  She has no family history of breast cancer.

A firm, movable 1-cm nodule is palpable in the lower inner quadrant of the left breast.  No skin changes or nipple discharge is noted; the axillary lymph nodes are not enlarged.  Mammography shows dense breast tissue but is otherwise normal.  Ultrasonography reveals an irregularly shaped, solid nodule.  Fine-needle aspiration is performed, and cytology is negative for malignancy.

Which of the following is the most appropriate management?

A.  Resumption of annual mammography
B.  Repeat mammography and ultrasonography in six months
C.  Magnetic resonance imaging of the breast
D.  Repeat fine-needle aspiration
E.  Excision of the nodule

Answer: E

Rationale:
A solid mass that is new must be removed even if the FNA is negative.

ABIM00157

# 14186

Medical Content: VIII.B - Primarily ethics (outline: IM.MISC.ETHI.)
Topic: Parental consent to treat a teenager with an STD (not needed)
Testing point: Recognize clinical presentation of cervicitis in a 16-yo and know that parental consent not required to treat

A 16-year-old girl has had dysuria and a yellow vaginal discharge for one day. After being assured of confidentiality, she tells you that she had unprotected sexual intercourse five days ago.

The patient appears healthy. Vital signs and general physical examination are normal. A purulent urethral and cervical discharge is noted on pelvic examination. Mild tenderness is present with movement of the cervix, but no adnexal tenderness is elicited. Urethral, cervical, and rectal specimens are obtained for *Chlamydia trachomatis* and *Neisseria gonorrhoeae* testing.

Which of the following is most appropriate?

A.   Obtain parental consent before sending the specimens
B.   Obtain parental consent before prescribing antibiotics
C.   Send the specimens and prescribe antibiotics; inform the patient that you must notify a parent of the diagnosis and treatment
D.   Send the specimens and prescribe antibiotics; parental consent is not needed

Answer: D

Rationale:
In all 50 states, teenagers can be diagnosed and treated for sexually transmitted diseases without parental consent or knowledge.

ABIM00158

**# 44030**

Medical Content: XVI.A.2.zz - Other chronic bronchitis and emphysema (outline:
IM.PULM.OBST.CHRON.OTHER.)
Topic: End-of-life care in respiratory failure - tx (none)
Testing point: Know how to manage respiratory arrest in a patient receiving palliative care

A 75-year-old man who has metastatic lung cancer and chronic obstructive pulmonary disease (COPD) is admitted to the hospital because of acute shortness of breath from an exacerbation of COPD. The patient wants palliative care only. Low-dose morphine will be administered to alleviate respiratory hunger and metastatic bone pain. Shortly after an injection of morphine (2 mg), the patient has respiratory arrest.

Which of the following is most appropriate now?

A. No further treatment
B. Intravenous naloxone
C. Noninvasive ventilatory support
D. Intubation and mechanical ventilation

Answer: A

ABIM00159

# 59898

Medical Content: XIV.C - Diseases of the oral cavity, pharynx, and salivary glands (outline: IM.ENT.DISEAS2.)
Topic: Vitamin C deficiency - recog
Testing point: Recognize nutritional deficiencies in an alcohol-dependent patient

A 24-year-old man reports gum bleeding when he brushes his teeth or eats hard foods. He also has noted easy bruising for six months but says he did not have excessive bleeding after a tonsillectomy as a teenager. The patient has been alcohol dependent for two years and often is homeless. Most of his meals are from fast-food restaurants. He takes no medications or illicit drugs.

BMI is 18. Blood pressure is 110/70 mm Hg. Dentition is poor, and the gums show evidence of recent bleeding. Lymph nodes are not enlarged. Cardiopulmonary examination is normal. The liver is slightly tender; span is 15 cm. The spleen is not palpable. No spider angiomas are noted. Scattered petechiae are present on the abdominal wall at the base of hair follicles but not on the legs.

Laboratory studies:

| | |
|---|---|
| Hemoglobin | 12.2 g/dL |
| Leukocyte count | 3800/μL |
| Platelet count | 90,000/μL |
| Mean corpuscular volume | 100 fL *[86–98]* |
| Prothrombin time | 13.2 seconds *[11–13]* |
| Activated partial thromboplastin time | 32 seconds *[30–40]* |
| Serum aminotransferases | |
|    ALT | 42 U/L |
|    AST | 88 U/L |

Which of the following is the most likely cause of the gum bleeding?

A.  Alcohol-related thrombocytopenia
B.  Folate deficiency
C.  Vitamin C deficiency
D.  Vitamin K deficiency
E.  von Willebrand's disease

Answer: C

Rationale:
The platelets are not low enough to cause clinically significant bleeding in the absence of a major qualitative defect. The history of no bleeding during tonsillectomy makes von Willebrand's disease unlikely. The patient may have folate deficiency, but it is not causing gum bleeding.

ABIM00160

# 41749

Medical Content: II.A.1 - Essential hypertension (outline: IM.CARD.HYPER.ESSEN.)
Topic: Initial tx of hypertension in an elderly pt (HCTZ)
Testing point: Know the initial treatment of essential hypertension in the elderly

A 74-year-old woman comes to your office after her blood pressure was found to be elevated during a screening at her senior center. She has always been very healthy and has not seen a physician for many years. Her mother had high blood pressure and died of a stroke at age 80. The patient does not smoke cigarettes; she has a glass of white wine with dinner every evening. She does not exercise regularly but says that she "walks everywhere" and works in her garden several times a week.

Blood pressure is 160/80 mm Hg supine and 156/76 mm Hg standing. A soft systolic ejection murmur is heard along the left sternal border.

You provide the patient with information on diet and exercise designed to lower her blood pressure. She agrees to have a nurse who comes to the senior center check her blood pressure every week.

Three months later, the patient's weight is stable. She reports that she has begun a water aerobics class. Blood pressures recorded by the nurse are 158/70–164/80 mm Hg. Blood pressure today is 158/94 mm Hg.

Which of the following should you recommend now?

A.   Continued diet and exercise; re-evaluation in 12 weeks
B.   Amlodipine
C.   Atenolol
D.   Hydrochlorothiazide
E.   Lisinopril

Answer: D

Rationale:
This patient needs treatment, and thiazide diuretics are preferred first-line therapy for elderly patients.

ABIM00161

# 36968

Medical Content: VII.H.99 - Other enteric infections (outline: IM.INDI.ENTER.OTHER.)
Topic: Bloody diarrhea - ddx (*Entamoeba histolytica*)
Testing point: Recognize clinical presentation and risk factors for amebiasis

A 49-year-old man is transferred to your service from another hospital for evaluation of bloody diarrhea of three weeks' duration and right upper quadrant abdominal pain of two days' duration. The patient has chronic schizophrenia, which has required numerous admissions to psychiatric institutions during the past few years. Medical records from the other hospital show that stool is negative for bacteria, ova and parasites (x3), and *Clostridium difficile* toxin. Flexible sigmoidoscopy revealed friable mucosa with a cobblestone appearance of multiple small ulcers. Prednisone (20 mg three times daily) was begun five days ago, but his symptoms have not improved.

Temperature is 38.2 C (100.8 F). The right upper and lower abdominal quadrants are tender. Bowel sounds are normal. Stool is positive for occult blood; a moderate number of fecal leukocytes are noted.

Laboratory studies:

| | |
|---|---|
| Hematocrit | 35% |
| Leukocyte count | 14,700/cu mm; 53% segmented neutrophils, 29% band forms, 12% lymphocytes, 6% monocytes |
| Serum total bilirubin | 2.0 mg/dL |
| Serum alkaline phosphatase | 210 U/L |
| Serum aspartate aminotransferase (AST) | 65 U/L |
| Serum lactate dehydrogenase | 626 U/L *[140–280]* |

Ultrasonography of the liver shows a 5-cm mass in the right lobe.

Which of the following is the most likely cause of the persistent symptoms?

A. *Campylobacter jejuni*
B. *Clostridium difficile*
C. *Cryptosporidium* species
D. *Entamoeba histolytica*
E. Hepatitis B virus

Answer: D

ABIM00162

# 41719

Medical Content: II.G.6 - Management of congestive heart failure (etiology not important to answer)
(outline: IM.CARD.MYOC.MANAG.)
Topic: Drugs that decrease mortality in severe systolic dysfunction (beta blockers, aldosterone antagonists)
Testing point: Know what drugs decrease mortality in patient with systolic dysfunction

Which of the following agents decreases cardiovascular mortality in patients who have class III or class IV systolic dysfunction?

|  | Beta-adrenergic blocking agents | Calcium-channel blocking agents | Aldosterone antagonists | Type I antiarrhythmics | Digoxin |
|---|---|---|---|---|---|
| A. | No | No | No | Yes | Yes |
| B. | Yes | Yes | No | No | No |
| C. | Yes | Yes | Yes | No | Yes |
| D. | Yes | No | Yes | No | No |

Answer: D

References:
Packer M, Coats A, Fowler MB. Effect of carvedilol on survival in severe chronic heart failure. *N Engl J Med.* 2001;344:1651–1658. Packer M, O'Connor CM, Ghali JK, et al, for the Prospective Randomized Amlodipine Survival Evaluation Study Group. Effect of amlodipine on morbidity and mortality in severe chronic heart failure. *N Engl J Med.* 1996;335:1107–1114. Gheorghiade M, Benatar D, Konstam MA, et al. Pharmacotherapy for systolic dysfunction: a review of randomized clinical trials. *Am J Cardiol.* 1997;80:14H–27H. Pitt B, Zannad F, Remme WJ, et al, for the Randomized Aldactone Evaluation Study Investigators. The effects of spironolactone on morbidity and mortality in patients with severe heart failure. *N Engl J Med.* 1999;341:709–717. Echt DS, Liebson PR, Mitchell LB, et al. Mortality and morbidity in patients receiving encainide, flecainide, or placebo. The Cardiac Arrhythmia Suppression Trial. *N Engl J Med.* 1991;324:781–788. Digitalis Investigation Group. The effect of digoxin on mortality and morbidity in patients with heart failure. *N Engl J Med.* 1997;336:525–533.

ABIM00163

# 13322

Medical Content: IV.O.99 - Other nutritional disorders (outline: IM.ENDO.NUTR.OTHER.)
Topic: Abdominal pain, weakness, and hypercalcemia in a 28-yo - ddx (hypervitaminosis A)
Testing point: Recognize the signs and symptoms of vitamin A toxicity

A 28-year-old man has had abdominal pain, anorexia, and headache for four to six weeks. His general health is excellent, and he is proud of his physical conditioning. He takes protein supplements and high doses of vitamins.

Some irritability and mental slowness are noted during physical examination. The skin is dry and scaly. Vital signs are normal. The optic disk margins are blurred bilaterally. The liver is enlarged; a rounded, smooth, slightly tender edge extends 4 cm below the costal margin in the midclavicular line. Complete blood count and comprehensive metabolic panel are normal except for serum calcium of 10.8 mg/dL.

The most likely cause of this disorder is an excess of which of the following?

A.  Vitamin A
B.  Vitamin $B_2$ (riboflavin)
C.  Vitamin $B_6$ (pyridoxine)
D.  Vitamin D
E.  Vitamin E

Answer: A

ABIM00164

# 5522

Medical Content: V.H.6 - Primary biliary cirrhosis (outline: IM.GAST.LIVER.PRIM.)
Topic: Primary biliary cirrhosis - Dx testing (antimitochondrial antibodies)
Testing point: Properly manage and confirm the diagnosis of primary biliary cirrhosis

A 47-year-old woman has pruritus, fatigue, dry eyes, and diffuse arthralgia.  Her fingers blanch and become painful in cold weather.  The liver is palpable 7 cm below the right costal margin; span is 17 cm.  The remainder of the physical examination is normal.

Laboratory studies:

| | |
|---|---|
| Complete blood count | Normal |
| Serum creatinine | 0.8 mg/dL |
| Serum total bilirubin | 0.6 mg/dL |
| Serum alkaline phosphatase | 300 U/L |
| Serum alanine aminotransferase (ALT) | 78 U/L |
| Serum albumin | 4.2 g/dL |

Which of the following tests is most likely to confirm the diagnosis?

A.  Serum ceruloplasmin
B.  Antimitochondrial antibodies
C.  Cytoplasmic-staining and perinuclear-staining antineutrophil cytoplasmic antibodies
D.  Anti–smooth muscle antibodies
E.  Serum protein electrophoresis

Answer: B

ABIM00165

# EXHIBIT 21

# Ballard Spahr
LLP

- - - - - - - - - - - - - - - -

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Tyler R. Marandola
Tel: 215.864.8628
Fax: 215.864.8999
marandolat@ballardspahr.com

Date Filed: 07/03/2025   Page: 120   Document: 50   Case: 24-3012

_**VIA EMAIL**_

November 23, 2016

Andrew L. Schlafly, Esq.
939 Old Chester Rd.
Far Hills, New Jersey 07931

Re:   _AM. BD. OF INTERNAL MED. V. JAIME SALAS RUSHFORD, M.D._
      Civil Action No. 2:14-cv-06428-KSH-CLW
      United States District Court for the District of New Jersey

Dear Mr. Schlafly:

This firm represents plaintiff/counterclaim defendant the American Board of Internal Medicine and third-party defendants Richard Baron, M.D., Christine K. Cassel, M.D., Lynn O. Langdon, Eric S. Holmboe, M.D., David L. Coleman, M.D., Joan M. Feldt, M.D., and Naomi P. O'Grady, M.D. (collectively, "ABIM") in the above referenced case.

We are today producing by electronic delivery redacted copies of the Internal Medicine exam "Modules" that were reviewed by the Copyright Office when ABIM filed its copyright applications to register its August 2007, 2008 and 2009 Certifying Examinations in Internal Medicine. The Bates numbers are ABIM03564 through ABIM12832. The documents are redacted to show only those examination questions identified in the Expert Report of Dr. Lawrence Ward as having been copied or derived from ABIM's Certifying Examination in Internal Medicine.

To further assist you in identifying the location of each infringed question in the Modules provided to the Copyright Office, the table below lists each infringed ABIM question along with the corresponding application year, module and question number.

| ABIM Item | 2007 (Module/Question) | 2008 (Module/Question) | 2009 (Module/Question) |
|---|---|---|---|
| 5228 | 031/4 | 053/1 | 001/45; 201/60; 402/56; 603/58; 803/31 |
| 5522 | | | 202/32 |
| 6680 | | | 208/47 |
| 8441 | | 053/2 | 204/29; 205/29; 206/29; 207/29; 208/29; 209/29 |

DMEAST #27594106 v2

Atlanta | Baltimore | Bethesda | Delaware | Denver | Las Vegas | Los Angeles | New Jersey | New York | Philadelphia | Phoenix
Salt Lake City | San Diego | Washington, DC | www.ballardspahr.com

Andrew L. Schlafly, Esq.
November 23, 2016
Page 2

| ABIM Item | 2007 (Module/Question) | 2008 (Module/Question) | 2009 (Module/Question) |
|---|---|---|---|
| 9063 | 021/10 | 051/57 | 204/27; 205/27; 206/27; 207/27; 208/27; 209/27 |
| 9193 | 023/37 | | 204/37; 205/37; 206/37; 207/37; 208/37; 209/37 |
| 9240 | | 042/4 | 202/45 |
| 13322 | 043/8 | | 204/2; 205/2; 206/2; 207/2; 208/2; 209/2 |
| 13410 | | 021/6; 051/3; 013/2; 033/4; 043/4 | 401/31; 202/41; 602/60; 802/57; 004/1; 005/1; 006/1; 007/1; 008/1; 009/1 |
| 13439 | | | 204/3; 205/3; 206/3; 207/3; 208/3; 209/3 |
| 14101 | | | 203/49 |
| 14134 | | | 802/37; 403/16; 603/43; 004/11; 005/11; 006/11; 007/11; 008/11; 009/11 |
| 14186 | 053/36 | 022/6 | 201/8; 601/36; 402/43; 802/30; 004/2; 005/2; 006/2; 007/2; 008/2; 009/2 |
| 15697 | | 051/4 | 203/25 |
| 15747 | 053/17 | 023/32 | 203/42 |
| 15929 | 052/48 | | 004/12; 005/12; 006/12; 007/12; 008/12; 009/12; 204/11; 205/11; 206/11; 207/11; 208/11; 209/11; 404/15; 205/15; 406/15; 407/15; 408/15; 409/15; 604/24; 605/24; 606/24; 607/24; 608/24; 209/24; 804/22; 805/22; 806/22; 807/22; 808/22; 809/22 |
| 19593 | 041/50 | | 002/46; 402/53; 203/53; 603/30; 804/3; 805/3; 806/3; 807/3; 808/3; 809/3 |
| 19630 | 011/55 | 012/29 | 202/6 |
| 19713 | | | 201/41; 801/9; 002/50; 402/49; 603/49 |
| 19717 | 021/14 | | 202/44 |

Case: 24-3012     Document: 50     Page: 121     Date Filed: 07/03/2025

Andrew L. Schlafly, Esq.
November 23, 2016
Page 3

| ABIM Item | 2007 (Module/Question) | 2008 (Module/Question) | 2009 (Module/Question) |
|---|---|---|---|
| 21361 | | | 201/50; 401/19; 801/39; 603/12; 004/14; 005/14; 006/14; 007/14; 008/14; 009/14 |
| 21583 | 043/21 | 011/29; 032/34; 042/34; 023/35; 053/34 | 204/34; 205/34; 206/34; 207/34; 208/34; 209/34 |
| 21628 | | | 402/19; 602/2; 003/37; 803/22; 204/12; 205/12; 206/12; 207/12; 208/12; 209/12 |
| 21742 | 051/1 | 033/9 | 204/42; 205;42; 206/42; 207/42; 208/42; 209/42 |
| 21790 | | | 801/47 |
| 23663 | | | 002/21; 202/35; 802/13; 403/54; 603/56 |
| 24058 | | | 601/17; 002/18; 204/17; 205/17; 206/17; 207/17; 208/17; 209/17; 404/4; 405/4; 406/4; 407/4; 408/4; 409/4; 804/5; 805/5; 806/5; 807/5; 808/5; 809/5 |
| 24167 | | | 401/6; 203/44; 803/29; 004/5; 005/5; 006/5; 007/5; 008/5; 009/5; 604/4; 605/4; 606/4; 607/4; 608/4; 609/4 |
| 26624 | | | 201/11 |
| 26639 | | | 601/60; 002/20; 802/45; 203/39; 403/13 |
| 26772 | | | 203/27 |
| 26819 | 022/12; 032/28; 042/40; 014/24; 015/24; 016/24; 017/24; 018/24; 054/20; 055/20; 056/20; 057/20 | | 001/8 |
| 29316 | 051/6; 032/39; 042/52; 014/36; 015/36; 016/36; 017/36; 018/36; 024/29; 025/29; 026/29; 027/29; 028/29 | | 801/25; 402/4; 003/20; 203/17; 603/57 |
| 29376 | 055/58 | | 201/39 |
| 29421 | | 043/37 | 201/14 |

DMEAST #27594106 v2

Andrew L. Schlafly, Esq.
November 23, 2016
Page 4

| ABIM Item | 2007 (Module/Question) | 2008 (Module/Question) | 2009 (Module/Question) |
|---|---|---|---|
| 29430 | 041/35 | | 203/18 |
| 29460 | 034/15; 035/15; 036/15; 037/15; 038/15 | 021/16 | 204/7; 205/7; 206/7; 207/7; 208/7; 209/7 |
| 31970 | 043/13 | 032/15 | 402/17 |
| 32049 | 048/48 | | 203/37 |
| 32151 | 013/37 | | 201/45 |
| 32208 | 021/45 | | 201/16 |
| 32704 | | 021/43 | 203/60 |
| 32723 | 014/34; 015/34; 016/34; 017/34; 018/34 | 031/40 | 204/38 |
| 34997 | | | 802/1; 203/29; 403/33; 603/10; 004/6; 005/6; 006/6; 007/6; 008/6; 009/6 |
| 35228 | 012/12 | 032/41 | 203/11 |
| 36968 | 041/19 | 053/40 | 204/40; 205/40; 206/40; 207/40; 208/40; 209/40 |
| 37170 | | 023/60 | 203/19 |
| 37451 | 024/51 | | 203/46 |
| 37483 | | | 203/8 |
| 37774 | 031/39 | 024/12; 025/12; 026/12; 027/12; 028/12; 029/12 | 001/44; 401/30; 202/19; 602/50; 802/3 |
| 38579 | 011/39; 032/46; 042/18; 053/40; 024/30; 025/30; 026/30; 027/30; 028/30 | | |
| 38730 | 024/39; 025/39; 026/39; 027/39; 028/39 | | 802/32 |
| 38922 | | | 204/24; 205/24; 206/24; 207/24; 208/24; 209/24 |
| 38956 | 051/4 | 011/20 | 001/42; 801/58; 402/6; 203/57; 603/13 |
| 39210 | 031/5 | 052/20 | 201/15 |
| 39237 | 021/32 | 042/53 | 203/10 |
| 39355 | 014/53 | | 802/11 |
| 39418 | | 042/54 | 201/54 |
| 39421 | 043/38 | | |
| 39553 | 054/58 | | |
| 40392 | 042/21 | | 204/14; 205/14; 206/14; 207/14; 208/14; 209/14 |
| 40407 | | | 202/14 |
| 41075 | 043/18 | | 001/12 |

DMEAST #27594106 v2

Andrew L. Schlafly, Esq.
November 23, 2016
Page 5

| ABIM Item | 2007 (Module/Question) | 2008 (Module/Question) | 2009 (Module/Question) |
|-----------|------------------------|------------------------|------------------------|
| 41719 | 011/33; 022/11; 032/9; 044/29; 045/29; 046/29; 047/29; 048/29; 054/24; 055/24; 056/24; 057/24 | | 801/59; 202/2; 402/23; 003/48; 603/60 |
| 41749 | 013/22 | 014/34; 015/34; 016/34; 017/34; 018/34; 019/34 | |
| 41940 | | 044/7; 045/7; 046/7; 047/7; 048/7; 049/7 | 204/23; 205/23; 206/23; 207/23; 208/23; 209/23 |
| 42148 | 023/57 | | 202/25 |
| 44030 | 015/56 | | 201/29; 002/17; 402/60; 602/42; 802/26 |
| 44167 | 024/52 | | 204/48; 205/48; 206/48; 207/48; 208;48; 209/48 |
| 49814 | 028/57 | | 202/39 |
| 50269 | 054/42 | | 203/21 |
| 50329 | 056/49 | | 202/18 |
| 52794 | 057/60 | | 201/32; 601/45; 002/48; 802/2; 403/22 |
| 52829 | 037/54 | | 202/5 |
| 52847 | 047/46 | | 203/31 |
| 55526 | 044/59 | 018/47 | |
| 58124 | | | 204/60; 205/60; 206/60; 207/60; 208/60; 209/60 |
| 59898 | | | 404/56; 405/56; 406/56; 407/56; 408/56; 409/56 |
| 61477 | | | 204/54; 205/54; 206/54; 207/54; 208/54; 209/54 |

Very truly yours,

**BALLARD SPAHR LLP**

By: _____
    Tyler R. Marandola

encl.

DMEAST #27594106 v2

# EXHIBIT 22

1



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NO. 14-cv-06428-KSH-CLW

- - - - - - - - - - - :
AMERICAN BOARD OF        :
INTERNAL MEDICINE,       :    DEPOSITION UPON
        Plaintiff,       :    ORAL EXAMINATION
                         :         OF:
        vs.              :    ARIEL BENJAMIN MANNES
                         :
JAIME A. SALAS-RUSHFORD, :
M.D.,                    :
        Defendant.       :
- - - - - - - - - - - :

        T R A N S C R I P T of the above-entitled

matter, by and before Catherine A. Cocozza, a

Registered Professional Reporter and a Certified

Shorthand Reporter, at the offices of Thomas G.

Oakes Associates, 535 Route 38 East, Cherry Hill,

New Jersey, on Wednesday, June 29, 2016, at

10:07 a.m.

**CERTIFIED COPY**

REPORTING SERVICES ARRANGED THROUGH

THOMAS G. OAKES ASSOCIATES
National Court Reporting &
Litigation Support Services
Phone:  1.877.OAKES.77  Fax:  1.888.344.3778
www.tgoakes.com

1  A.      I presented the facts leading up to the

2  Arora case.

3  Q.      And where did you get those facts from?

4  A.      From the course of investigation preliminarily.

5  Q.      Did you do research yourself?

6  A.      Of course.

7  Q.      Did you rely on tips?

8  A.      No.

9  Q.      Did you authorize someone to sit in on an

10  Arora Board Review course?

11  A.      Yes.

12          MS. JACOBS:  Objection to form.

13  Q.      And whom did you authorize to sit in on an

14  Arora Board Review course?

15          MS. JACOBS:  Objection to form.

16  Q.      You can answer.

17  A.      After presenting the case to senior staff

18  we authorized Rebecca Baranowski.

19  Q.      How do you spell her last name?

20  A.      B-A-R-A-N-O-W-S-K-I.

21  Q.      Is she still working for ABIM?

22  A.      She is.

23  Q.      What's her position there?

24  A.      Her current title I'm not sure of, but

25  she's in the Test Development Department.

1              MR. RIVERA-SOTO:  You can remove the

2    confidentiality designation at this point.

3    BY MR. SCHLAFLY:

4    Q.      Is she a physician?

5    A.      No.

6    Q.      Did she identify herself as a physician

7    when she signed up for the course?

8    A.      I'm not sure.

9    Q.      What led you to believe that Arora Board

10   Review might be engaging in any copyright

11   infringement?

12   A.      Their website had sample questions posted

13   to it that were identified as matching to ABIM

14   secure exam content.

15   Q.      Identified by whom as matching exam

16   content?

17   A.      The Test Development Department, the people

18   who wrote the questions.

19   Q.      Do you know what the exam content was?

20   A.      Several ABIM exam questions.

21   Q.      Did you compare those questions with the

22   original questions?

23   A.      No, I did not.

24   Q.      Did you ask someone else to?

25   A.      Yes.

1  Q.      And who was that?

2          MS. JACOBS:  Objection; asked and

3  answered.  You can answer it again.

4  A.      Several members of the Test Development

5  Department.

6  Q.      Do you know those individuals' names?

7  A.      Yeah.

8  Q.      Please tell me.

9  A.      Rebecca Baranowski, Linda Mills, Marlene

10  Luedudake, Paul Poniatowski, Jeremy Dugosh.  There

11  might have been one or two others I'm not recalling

12  right now.

13         MR. RIVERA-SOTO:  Could you please

14  give the court reporter the spellings of those

15  names.

16         THE WITNESS:  Jeremy Dugosh is

17  D-U-G-O-S-H, I believe.  Baranowski you have.  Linda

18  Mills is the common spelling, M-I-L-L-S.  Paul

19  Poniatwoski, P-O-N-I-A-T-O-W-S-K-I.  Marlene

20  Luedudake, L-U-E-D-U-D-A-K-E.

21  BY MR. SCHLAFLY:

22  Q.      Are any of those individuals no longer

23  working for ABIM?

24  A.      A couple of them have retired, yes.

25  Q.      Who has retired?

1    A.        Linda Mills is in her last week.  And

2    Marlene I believe has left, if not, she's also in

3    her last week.  And Paul is slated to retire soon.

4    Q.        Did you authorize Rebecca Baranowski to

5    tape record the Arora Board Review course?

6    A.        I did.

7              MS. JACOBS:  Objection to form.

8    Q.        And did she disclose to anyone else there

9    that she'd be tape recording it?

10   A.        No, she did not.

11   Q.        Did you tell her not to disclose that she

12   was tape recording it?

13   A.        I don't recall.

14   Q.        And did she record the entire course?

15   A.        Yes, she did.

16   Q.        And did she do that only once or did she do

17   that for multiple courses?

18   A.        Two courses.

19   Q.        Do you recall the dates of those courses,

20   roughly?

21   A.        Roughly.  So, one was April or May of 2009,

22   I believe.  It was prior to the summer internal

23   medicine exam, as well as a two-day cram course that

24   was in July or early August, I believe.  The exact

25   dates I'd have to check the records for.

1   Q.      And was she successful in recording the

2   entire course?

3               MS. JACOBS:  Objection to form.  Which

4   course?

5               MR. SCHLAFLY:  Both of them.

6   A.      I believe most of it.  I'm not sure.  It

7   was a great deal of recording space.

8   Q.      And did ABIM transcribe those recordings?

9   A.      Our legal counsel did.

10  Q.      Who was your legal counsel at the time?

11  A.      Seated to my right.

12  Q.      And did you review those transcripts?

13  A.      I did.

14  Q.      And did you make a decision to continue to

15  take some sort of action against Arora Board Review?

16              MS. JACOBS:  Objection to form.  Are

17  you asking him did he personally decide?

18              MR. SCHLAFLY:  Yes.

19  A.      I did not.

20  Q.      Did you make a recommendation to continue

21  taking action against Arora Board Review?

22  A.      I submitted the findings of the

23  investigation to senior staff, who made their

24  decision.

25  Q.      Has anyone at ABIM ever rejected one of

1   your recommendations to investigate?

2   A.      Yes, they have.

3          MS. JACOBS:  Objection to form.

4   Q.      And when have they rejected your

5   recommendations?

6   A.      I'd have to find a specific case to discuss

7   that, not to mention the fact it's a confidential

8   investigation we didn't proceed with.

9   Q.      Do you recall the reason they rejected your

10  investigation?

11  A.      Too costly.

12  Q.      In the case of the Arora Board Review

13  investigation did you recommend that the Department

14  of Justice be notified?

15         MS. JACOBS:  Objection to form.

16  A.      I believe legal counsel did.

17  Q.      Did you recommend that also?

18         MS. JACOBS:  I'm going to instruct the

19  witness not to reveal the substance of any

20  attorney/client communications.

21         MR. SCHLAFLY:  That's fine.

22         MR. RIVERA-SOTO:  We assert a

23  privilege as to the prior answer.

24         MS. JACOBS:  Yes.

25  Q.      I'm asking if you recommended to others at

1  ABIM that the Department of Justice be notified?

2  A.      Those were privileged communications with

3  legal.

4  Q.      It's not a privileged communication if you

5  recommended it to others at ABIM.  I'm not asking

6  what you discussed with your attorney.

7          Did you recommend it to others at ABIM?

8              MS. JACOBS:  If it involves a

9  conversation in which counsel was present and it was

10 ABIM's legal strategy it's privileged.  And I

11 instruct him not to answer.

12             MR. SCHLAFLY:  It's a communication

13 between you and others at ABIM.

14             MR. RIVERA-SOTO:  It's called a

15 control group.  Obviously the privilege applies.

16 So, the privilege is asserted.  We can move on.

17             MR. SCHLAFLY:  That's an improper

18 instruction.

19             MR. RIVERA-SOTO:  You seem to think

20 that by stating your conclusions somehow something

21 is going to change.  It's not going to change.  I

22 assure you.

23             MR. SCHLAFLY:  It did change.  I was

24 correct the last time that you instructed the

25 witness not to answer.

1          MR. RIVERA-SOTO:  We'll see.

2    BY MR. SCHLAFLY:

3    Q.       What happened next in the Arora Board

4    Review investigation?

5          MS. JACOBS:  Objection to form.  Next

6    after what?

7          THE WITNESS:  Good question.

8    Q.       What were the next steps taken after the

9    transcripts were reviewed?

10   A.       The first step that was taken was to work

11   with the Test Development Department to assure that

12   no item discussed in the Arora Board Review, exposed

13   in the Arora Board Review courses was on the

14   upcoming internal medicine cert exam, to pull it out

15   of the active item bank.

16   Q.       What were the next steps taken against

17   Arora?

18   A.       I'm sorry.  Against Arora?

19   Q.       Yes.

20   A.       You're confusing my role, sir.  I build a

21   case to preserve the integrity of the exam.  Actions

22   taken against individuals is something that our

23   legal counsel handles.

24   Q.       Are you aware of what the next steps taken

25   against Arora were?

1  A.      I think you might have to ask them about

2  that.

3  Q.      I'll ask you.  Were you aware of the next

4  steps that were taken against Arora?

5  A.      Yes, I was.

6  Q.      What were they?

7          MR. RIVERA-SOTO:  Only if you did not

8  receive that information directly from your lawyer.

9          THE WITNESS:  Which I did.

10          MR. RIVERA-SOTO:  Then, it's

11  privileged.

12          MR. SCHLAFLY:  That's an improper

13  objection.

14          THE WITNESS:  Thanks for the legal.

15  BY MR. SCHLAFLY:

16  Q.      Did you witness any additional steps taken

17  against Arora?

18  A.      Yes.

19  Q.      Okay.  What did you witness?

20  A.      Filing in civil court.

21  Q.      Anything else?

22  A.      Application for a TRO and an application

23  for an ex parte seizure order.

24  Q.      Did you participate in providing facts

25  related to that application for an ex parte seizure

Ariel Benjamin Mannes - Confidential                    43

1   order?

2           MS. JACOBS:  Hold a second.  You can

3   answer the question, but you cannot go into the

4   substance of any attorney/client communications or

5   any litigation strategy.

6           MR. RIVERA-SOTO:  So that's a yes or

7   no answer.

8   A.      Yes.

9   Q.      Did someone ask you to participate in that?

10  A.      As I had stated before --

11          MS. JACOBS:  That's a yes or no

12  answer.

13  A.      Yes.

14  Q.      And was there a seizure that was conducted?

15  A.      Yes.

16  Q.      And did you participate in that seizure?

17  A.      Yes.

18  Q.      And did you visit Arora's home or office in

19  connection with that seizure?

20  A.      Yes.

21          MR. RIVERA-SOTO:  Do you mean Dr.

22  Arora as opposed to the Arora Board Review?

23          MR. SCHLAFLY:  Yes.

24  BY MR. SCHLAFLY:

25  Q.      And describe what happened.

1       MS. JACOBS:  Objection to form.

2   Describe what happened where?

3   A.       It's kind of a broad question.  I mean I

4   had Cheerios this morning.

5   Q.       Yes.  Describe what happened in the seizure

6   of records from Arora Board Review or from Dr. Arora.

7   A.       I'm sorry.  Are you asking me the day of

8   the seizure or are you asking application for the

9   seizure?  You've got to break it down.

10  Q.       Okay.  Fine.  The day of the seizure

11  describe what happened.

12  A.       We had met with the United States Marshal

13  Service in the District of New Jersey and the

14  Livingston Police Department, presented court papers

15  to them.  I drove up from Philadelphia with counsel

16  and we served the order.

17  Q.       And what time did you serve the order?

18  A.       I do not remember that.  Morning.

19  Q.       Did you drive up that morning or did you

20  drive up the night before?

21  A.       I drove up that morning.

22  Q.       Had you met any of the government officials

23  doing that beforehand?

24  A.       No.  Well, I might have met one of the

25  Deputy U.S. Marshals from my prior law enforcement

1  career.

2  Q.      And did you then proceed to Dr. Arora's

3  home?

4  A.      Yes.

5  Q.      And did you enter Dr. Arora's home?

6  A.      Yes.

7  Q.      And did the seizure order authorize you to

8  enter Dr. Arora's home?

9  A.      I believe so.

10  Q.      You believe so.  Is your name identified in

11  the seizure order?

12  A.      I don't recall.

13  Q.      Don't you check that out?  Before you enter

14  somebody's home don't you check to see if you have

15  authority to enter the home?

16          MS. JACOBS:  Objection to form.  Why

17  don't you ask him if he was escorted by the federal

18  marshals and the local police department.

19          MR. SCHLAFLY:  That's not my question.

20          MS. JACOBS:  I think that is your

21  question.

22  BY MR. SCHLAFLY:

23  Q.      As a police officer don't you know you have

24  to have authority to enter somebody's home?

25          MS. JACOBS:  Objection to form.  He's

1    not a police officer.

2    Q.       Did you check whether you had authority to

3    enter Dr. Arora's home?

4            MS. JACOBS:  Why don't you ask him did

5    he believe he had authority to enter someone's home.

6            MR. SCHLAFLY:  I'm sorry.  I'm sorry.

7    I ask the questions.

8    BY MR. SCHLAFLY:

9    Q.       Did you check whether you had authority to

10   enter Dr. Arora's home?

11   A.       Yeah, I checked with legal counsel, who was

12   with me as well as the federal authorities.

13   Q.       Did you check the order?

14   A.       I don't recall.

15   Q.       You've discussed this case in some of your

16   presentations; haven't you?

17   A.       Not to this level of detail.

18   Q.       Have you mentioned that you participated in

19   the seizure of records from Dr. Arora's home?

20   A.       Yes.

21   Q.       You have.  Well, what level of detail did

22   you describe that as?

23   A.       That we procured evidence from his house.

24   Q.       You did that personally; didn't you?

25   A.       I assisted.

1   Q.      But you don't know if you checked the order

2   to see if you had authority to do that?

3               MS. JACOBS:  Objection; asked and

4   answered.  Move on.

5   Q.      What did you do once you entered Dr.

6   Arora's home?

7   A.      I assisted legal counsel in identifying

8   what possibly could have been ABIM exam content in

9   their search of the house.

10  Q.      How did you know what ABIM exam content

11  was?

12  A.      I knew what it looks like from working with

13  it every day.

14  Q.      Where did you look in the home for ABIM

15  exam content?

16  A.      I'm sorry?

17  Q.      Where did you look in the home for ABIM

18  exam content?

19  A.      Throughout the house.  He had a home office

20  and several file areas, a basement.

21  Q.      And you personally went into the basement

22  and looked throughout the house?

23  A.      With other parties, yes.

24  Q.      Do you remember what time of day that that

25  was?

1   A.      We were there all day.

2   Q.      Did you go back another day?

3   A.      No.

4   Q.      And you removed things from the house?

5   A.      Legal counsel removed things from the

6   house.

7   Q.      And who was legal counsel who was there?

8   A.      Hara Jacobs.

9   Q.      Anybody else?

10  A.      Marc Weinstein and a paralegal who, I'm

11  sorry, I'm not remembering his name right now.

12  Q.      Was Dr. Arora there?

13  A.      Yes, he was.

14  Q.      Did he object to it?

15  A.      No, he did not.

16  Q.      He did not object to it?

17  A.      I recall him being quite a cordial host.

18  Q.      Did you remove computers from the house?

19  A.      No, we didn't.  We imaged the hard drives.

20  Q.      And it's your testimony that Dr. Arora did

21  not object to that?

22  A.      I don't recall.  You'd have to ask legal

23  counsel.

24          MR. SCHLAFLY:  I will introduce Mannes

25  Exhibit 5.

1              MR. RIVERA-SOTO:  You're not

2    introducing anything.  You're just identifying it.

3              MR. SCHLAFLY:  The childish laughter

4    is endearing.

5              MR. RIVERA-SOTO:  You're funny.

6    You're just funny.

7         (Exhibit Mannes 5 marked for identification.)

8              THE WITNESS:  You got a question?

9              MR. SCHLAFLY:  Yes.

10   BY MR. SCHLAFLY:

11   Q.     This is the Marc Weinstein that you just

12   referred to identified in Mannes Exhibit 4?

13   A.     Yes.

14             MS. JACOBS:  I think that's Mannes

15   Exhibit 5.

16             MR. SCHLAFLY:  I'm sorry, 5.

17   BY MR. SCHLAFLY:

18   Q.     Is the Arora investigation one of the high

19   stakes cheating investigations that you've made

20   outside presentations about?

21   A.     I have discussed it in case studies at

22   testing conferences, yes.

23   Q.     And has ABIM authorized you to do that?

24   A.     Yes, they have.

25   Q.     Have any of the physicians who were

1    implicated by that investigation authorized you to

2    do that?

3              MS. JACOBS:  Objection to form.

4    A.       None of the physicians implicated in that

5    were named in any of those presentations.

6    Q.       Did you name Dr. Arora?

7    A.       We named Arora Board Review as a business.

8    Q.       Did you get paid for those presentations?

9    A.       No.

10   Q.       What's your compensation by ABIM?

11   A.       Not enough.

12   Q.       What is it?

13             MS. JACOBS:  We're going to mark this

14   as confidential.  Objection.

15             THE WITNESS:  Can I tell them?

16             MS. JACOBS:  Yes.

17   A.       $114,000 a year.

18   Q.       Are there benefits in addition to that such

19   as health care?

20   A.       We do have health care.  We have benefits.

21   We're full-time employees.

22   Q.       You have full health care?

23             MS. JACOBS:  Objection to form.

24   A.       Yes.

25   Q.       And you make money on the side as well?

1  A.      I did.

2  Q.      You're saying that you don't make money on

3  the side any more?

4              MS. JACOBS:  Objection to form.

5  A.      I haven't in a couple of months now.

6  Q.      Have you had your own certification in

7  anything revoked?

8              MS. JACOBS:  Objection to form.

9  A.      You're going to have to get more explicit

10 about that.

11 Q.      I think it's pretty clear.  I think that

12 you know the answer to that.

13             MS. JACOBS:  Well, you haven't

14 established that he has a certification.

15 Q.      You can answer the question.  Did you have

16 certification in anything revoked?

17             MS. JACOBS:  Objection to form.

18             MR. RIVERA-SOTO:  He told you he can't

19 answer that question.

20             MR. SCHLAFLY:  That's not what he

21 said.

22 A.      I can't answer that question until you get

23 into more specifics.

24 Q.      Do you refuse to answer that question?

25 A.      I'm not refusing anything.  Please ask a

Ariel Benjamin Mannes - Confidential                    52

1   specific question.

2   Q.      Have you been certified for anything?

3              MS. JACOBS:  You can answer.

4   A.      I am certified in various things.

5   Q.      In the past have you been certified?

6   A.      Yes.

7   Q.      Have any of those certifications been

8   revoked?

9   A.      As a part of the incident in 2005 my

10  privileges to carry a firearm were revoked.  Thus,

11  my certification as a police officer and my secret

12  clearance were taken.

13  Q.      Are there any other certifications?

14             MR. RIVERA-SOTO:  This is all

15  confidential.

16             MS. JACOBS:  This is all confidential.

17             MR. RIVERA-SOTO:  Starting with the

18  first question on certification.

19  BY MR. SCHLAFLY:

20  Q.      Have you held any other certifications that

21  have been revoked?

22  A.      Not that I recall.

23  Q.      Have you held any other certifications that

24  have been suspended?

25  A.      No, not that I recall.

1  Q.      Did you formally use the name Ariel as your

2  first name more often than Benjamin?

3              MS. JACOBS:  Objection to form.  When?

4  When he was in grade school, last week?

5              MR. SCHLAFLY:  At any time.

6  A.      I haven't used that name myself primarily

7  outside of legal documents since sixth grade.

8              MR. RIVERA-SOTO:  You can remove the

9  confidentiality at this point.

10 BY MR. SCHLAFLY:

11 Q.      What name did you use when you filled out

12 your application for ABIM?

13 A.      We had two applications.  My resume has A.

14 Benjamin Mannes on it.  The official application for

15 employment has Ariel Benjamin Mannes on it, as it is

16 a legal document.

17 Q.      Is the investigation concerning Arora Board

18 Review ongoing?

19 A.      No.

20 Q.      When did it close?

21 A.      My guess, when it was settled.

22 Q.      When it was settled with Arora Board

23 Review?

24 A.      I submitted the case to legal and legal

25 worked the case.  At that point it was no longer

1    active in my office.

2    Q.       Do you remember about when that was?

3    A.       No, but it's well documented.

4    Q.       Do you know when that investigation

5    started?

6    A.       Yes.  It was in I want to believe late '08

7    or early '09.

8    Q.       Did you participate in the settlement

9    process with Arora Board Review?

10   A.       No.

11   Q.       Did you participate in the investigations

12   of physicians who had taken the Arora Board Review

13   course?

14   A.       Yes.

15   Q.       Did you attempt to identify the identity of

16   all the physicians who took the Arora Board Review

17   course?

18            MS. JACOBS:  Objection to form.

19   You're asking if Mr. Mannes attempted to identify

20   every single person who had ever taken the Arora

21   Board Review course over the course of twenty years?

22            MR. SCHLAFLY:  Well, I can narrow it.

23   Q.       Did you attempt to identify all of the

24   physicians who had taken the Arora Board Review

25   course in the time frame of 2008 and 2009?

1  A.      Not in the way that you've asked, no.  We

2  had records from Dr. Arora's materials which

3  included rosters.  And he self identified people who

4  went to his course.

5  Q.      Self identified through his records?

6  A.      Through his records and e-mails.

7  Q.      And did you personally look through those

8  records and e-mails?

9  A.      Yeah.

10  Q.      And did you ask Dr. Arora to identify

11  individuals also?

12          MS. JACOBS:  Objection to form.  Are

13  you asking whether Mr. Mannes personally asked him?

14          MR. SCHLAFLY:  Yes.

15  A.      No.

16  Q.      Are you aware of anyone at ABIM asking Dr.

17  Arora to identify physicians?

18  A.      Not personally, no.

19  Q.      Did you ask anyone to talk to Dr. Arora to

20  ask him to identify them?

21  A.      No.  We had our hands full with what we

22  had.

23  Q.      Were there any of those physicians you

24  could not identify?

25  A.      Yes.

1  Q.        And then what did you do?

2              MS. JACOBS:  Objection to form.

3         When you say those physicians I want to

4  make sure it's clear.  Are you talking about

5  physicians who merely attended the course or are you

6  talking about physicians who actually sent questions

7  to Dr. Arora?  Because those are two very different

8  buckets of people and the numbers are incredibly

9  different.

10 Q.        Well, you just said that there were

11 physicians you could not identify and that you

12 attempted to identify.

13         Did you attempt to identify those

14 physicians that you could not identify?

15 A.        If they were part of e-mails or other

16 communications that exposed or disseminated secure

17 exam content.

18 Q.        And how did you attempt to identify it?

19 A.        We did internet searches, public records

20 searches and searches of our internal database.

21 Q.        What kind of internet searches?

22 A.        Google, mainly.

23 Q.        Did you compare those individuals against

24 Dr. Arora's roster or registration sheets?

25 A.        Well, that's actually how we got them.  So,

1  yes.

2  Q.       Did you seek assistance in that

3  identification effort from anybody else?

4  A.       Legal counsel.

5  Q.       Did you retain anyone outside of ABIM to do

6  that, to assist in that investigation?

7           MR. RIVERA-SOTO:  You mean other than

8  legal counsel?

9           MR. SCHLAFLY:  Yes.

10 A.       At that stage, no.

11 Q.       Did you later?

12 A.       We had investigators assisting us with

13 attempting to locate physicians in ancillary

14 investigations, but those were people we had names.

15 Once, again, you should narrow your question a

16 little bit if you're going to interview someone.

17          These are situations where if we didn't

18 have a good address on someone we would employ the

19 assistance of an onsite investigator at that

20 location.  There were people who we just didn't have

21 anything more than an e-mail address for and the

22 e-mail address was one of those that wasn't

23 registered anywhere.  So, we couldn't get anything

24 more.

25 Q.       What do you mean not registered anywhere?

1    A.        If you set up a free Yahoo, hotmail, gmail,

2    etcetera, etcetera, type of account and don't fill

3    out the registration and don't associate your legal

4    name with that address anywhere in the public

5    domain, there's very little you can do with it.

6    Q.        Did you attempt to contact the servers, the

7    domains, that you had those e-mail addresses for?

8    A.        I don't recall that.

9    Q.        So, if someone had an e-mail address at

10   Yahoo.com you don't recall whether you reached out

11   to Yahoo.com to try to find out who that person was?

12   A.        Given that an investigator can't do that

13   without a subpoena, that's something that I would

14   have given legal counsel to do.  Therefore, I didn't

15   do that.

16   Q.        Did you ask legal counsel to do it?

17             MS. JACOBS:  Objection.  You may not

18   answer that question.  That discloses

19   attorney/client communication.  Do not answer it.

20   Q.        Did you compare e-mails against each other

21   that you had for people who might be using multiple

22   e-mail addresses?

23   A.        I'm sorry.  Can you rephrase that?

24   Q.        To identify physicians for whom you had an

25   e-mail address did you look to see if there were

1   Rico to interview Dr. Salas-Rushford's colleagues in

2   Puerto Rico?

3              MS. JACOBS:  Objection to form.

4   A.       I went down to Puerto Rico.

5   Q.       And did you interview Dr. Salas-Rushford's

6   colleagues in Puerto Rico?

7              MS. JACOBS:  Objection to form.

8   A.       At this point, since I had never met Dr.

9   Salas before, I could only guess that I've met some

10  of his colleagues, but I don't know exactly who his

11  colleagues were.  We interviewed people in four

12  different hospitals.

13  Q.       What hospitals were they?

14  A.       San Juan Municipal Hospital, VA Puerto

15  Rico, UPR Medical and the one in San German.  I'm

16  not sure.  It's a long religious name that I'm not

17  recalling.

18  Q.       What was the purpose of that trip?

19  A.       To determine if there was possible further

20  cheating going on or disclosure of information going

21  on or if there was a link to the institution for

22  possible knowledge of or participation in violations

23  to ABIM policy and procedure.

24             MS. JACOBS:  That answer and any

25  ensuing questions are going to be marked

1  confidential.

2  Q.      Did you go with anybody on that trip?

3  A.      Yes, I did.

4  Q.      Who did you go with?

5  A.      Our legal counsel.

6  Q.      And who was that?

7  A.      Marc Weinstein.

8  Q.      And when was that?

9  A.      It was 2010, I believe.

10 Q.      And did ABIM pay for that trip?

11 A.      Of course.

12 Q.      Did you fly first class?

13 A.      No.  If you want to make a recommendation,

14 I'm all ears.

15 Q.      How long did you stay down there, just

16 roughly?

17 A.      About a week.

18 Q.      Do you remember what time of year?

19 A.      It was hot.  It was summer.  It was either

20 spring or summer.

21 Q.      Did you tape record your interviews?

22 A.      I'm not sure.  I don't recall.

23 Q.      Did Dr. Salas-Rushford's name come up

24 during those interviews?

25          MS. JACOBS:  Objection to form.

1    A.      I don't recall that, either.

2    Q.      Did ABIM take any action against anybody as

3    a result of this?

4    A.      Yes, we did.

5    Q.      Against whom?

6    A.      In the course of that investigation, which

7    spanned multiple cities and multiple months, we

8    identified physicians that disclosed secure exam

9    content to the Arora Board Review or amongst each

10   other within the programs.

11   Q.      And do you know if ABIM sued those

12   physicians?

13   A.      I don't know.  I mean we had several

14   lawsuits.  Yes, we did sue some people.

15   Q.      As a result of that investigation?

16           MS. JACOBS:  Objection to form.

17   Q.      Do you know if you sued them in Puerto

18   Rico?

19   A.      I don't recall.  For the record, I don't

20   sue anyone.

21   Q.      I understand.

22   A.      I submit my investigation to senior staff

23   and legal counsel.  They make the decision from

24   there.

25   Q.      I understand.

1           Did you go to any other states or

2   jurisdictions to conduct similar investigations?

3   A.      Yes, I did.

4           MS. JACOBS:  Objection.  What possible

5   relevance does that have to this matter?  If you

6   want to ask him if he went anywhere in the United

7   States to ask about Dr. Salas or the e-mail address

8   padrinojr, have at it.

9           Other investigations having nothing to do

10  with your client, nothing to do with Arora, not

11  here.  It's not going to happen.  We can call the

12  Magistrate again.  I'm going to instruct him not to

13  answer.  That is totally off limits.

14          MR. SCHLAFLY:  I disagree.  The judge

15  has ordered that she'll decide issues of relevancy

16  later.

17          MS. JACOBS:  No.  She's not expecting

18  you to go and ask Mr. Mannes about other

19  investigations that have absolutely nothing to do

20  with Dr. Salas or Arora or attempting to identify

21  who the padrinojr@yahoo.com address was.  Tell me

22  what the relevance is.

23          MR. SCHLAFLY:  It's relevant to

24  context.  I'm not going to spend a lot of time

25  asking him specific --

1        MS. JACOBS:  What context?

2        MR. SCHLAFLY:  If he's just traveling

3   to Puerto Rico to do this and he's not going other

4   places it raises some concerns about why he's been

5   picking on Dr. Salas-Rushford.

6        MS. JACOBS:  Well, you haven't even

7   established that.

8        MR. SCHLAFLY:  A few questions to

9   establish the context is not unreasonable.

10        MS. JACOBS:  Why don't you ask him

11  where else he went and let's tie it to a time frame.

12        MR. RIVERA-SOTO:  Did he go elsewhere.

13        MS. JACOBS:  Did he go elsewhere.

14  This is all confidential.

15  BY MR. SCHLAFLY:

16  Q.      Did you go to other states and

17  jurisdictions and conduct similar investigations?

18  A.      Yes.

19  Q.      And about how many, just ballpark?  I guess

20  since you've been with ABIM.  So, we're talking

21  about --

22  A.      Let's just put multiple and ongoing.

23  Q.      Have you ever met Dr. Salas-Rushford

24  before?

25  A.      No.

1  Q.      Do you know how much ABIM has spent in

2  legal fees on their case against Dr. Salas-Rushford?

3  A.      No.

4  Q.      Do you have any idea?

5  A.      Nope.

6          MR. RIVERA-SOTO:  We'll object to the

7  form of both of those questions.

8  Q.      Does ABIM outsource any part of its

9  investigations?

10         MS. JACOBS:  Objection to form.

11 A.      You're going to have to rephrase that.

12 I've already told you we've outsourced certain

13 parts.  I do require help at times.  And I engage

14 people.

15 Q.      Engage independent contractors?

16 A.      Investigative firms or software or legal

17 counsel assists.  So, I'm not understanding exactly

18 where you're going with this.

19 Q.      So, you've hired private investigators, for

20 example?

21 A.      Yeah.

22 Q.      How do you pick the private investigators

23 that you hire?  Is there a vetting process?

24 A.      Yes.  Usually referred.

25 Q.      Referred by whom?

1  A.       In a couple of circumstances legal counsel.

2  Q.       Have you done any work on the case against

3  Dr. Salas-Rushford specifically?

4            MS. JACOBS:  Objection to form.

5  Q.       After ABIM decided to pursue a case against

6  Dr. Salas-Rushford?

7            MS. JACOBS:  Objection.  Objection to

8  form.

9            Actually, I don't understand.  I don't

10  understand that question.

11           MR. SCHLAFLY:  Okay.  I'll simplify

12  it.

13  BY MR. SCHLAFLY:

14  Q.       Once ABIM identified Dr. Salas-Rushford,

15  did you spend any time working on ABIM's potential

16  case or actual case against him?

17  A.       Describe identified.  I remember being told

18  after they filed their complaint and I had not even

19  been involved in it in years.  So, sorry.  I guess

20  no.

21  Q.       Do you know how many years you weren't

22  involved in it?

23  A.       Not really.

24  Q.       Once ABIM filed its lawsuit against Dr.

25  Salas-Rushford, did you work on that case at all?

1          MR. RIVERA-SOTO:  Well, to the extent

2    that it's not disclosing work that he did for

3    counsel or at the request of counsel, he can answer

4    it.  Otherwise, it's privileged.

5          MR. SCHLAFLY:  He can answer yes or

6    no.  It's a yes or no question.

7          MR. RIVERA-SOTO:  No.  He's going to

8    answer in accordance with my instruction.

9    A.      Just what the man said.  I did not work

10   since the complaint had been filed.  I mean this is

11   actually work for me, being here right now.  So you

12   can argue, yeah, I'm working this thing right now.

13   Q.      Beyond that the answer is no?

14   A.      No.

15   Q.      Are you aware of anyone else at ABIM

16   working on this case against Dr. Salas-Rushford?

17          MS. JACOBS:  Objection to form.

18   A.      Counsel does come to us when they have

19   questions and need assistance.  I'm not sure of the

20   particular people involved.

21   Q.      How many people work for you?

22   A.      For me?

23   Q.      Yes.

24   A.      Direct reports?

25   Q.      Yes.

1  A.      None.

2  Q.      And are you the only investigations

3  department, investigations-related department at

4  ABIM?

5  A.      Yep.

6  Q.      So, your testimony is that in terms of

7  doing investigatory work at ABIM it's just you?

8              MS. JACOBS:  Objection to form.

9  A.      That's a poorly phrased question.

10  Q.      You know, in terms of day-to-day

11  responsibilities are you the only investigator who

12  works for ABIM?

13              MS. JACOBS:  Objection to form.

14          Are you asking whether he's the only

15  employee of ABIM?

16  Q.      The only employee of ABIM who works on

17  investigations on a day-to-day basis?

18  A.      I have the responsibility of overseeing

19  investigations.  I take staff from other departments

20  as necessary to help me get my job done.

21  Q.      Okay.  What are those other departments?

22  A.      Test development, academic affairs, IT,

23  tekametrics (ph.), programs.

24  Q.      And all of those other departments their

25  primary responsibility is not investigations, right?

1  A.       That's right.

2  Q.       And is there any independent contractor

3  that ABIM has on a daily basis to work on

4  investigations?

5  A.       No.  We have software that we subscribe to,

6  but no actual person.

7  Q.       What's that software you're referring to?

8            MS. JACOBS:  Mark this as confidential.

9            MR. RIVERA-SOTO:  Mark this as

10  confidential.

11           MS. JACOBS:  You can give the name.

12  A.       We have an account with Cyveillance and

13  LexisNexis primarily are the tools that I use for

14  web intelligence and investigations.

15  Q.       How do you spell Cyveillance?

16  A.       Pretty much as you'd imagine.  It's a

17  compilation of cyber and surveillance.

18  C-Y-V-E-L-L-A-N-C-E, I believe.

19           MS. JACOBS:  Are we coming up to a

20  good point for a break?

21           MR. SCHLAFLY:  Just give me five more

22  minutes and we'll take a break.

23           MS. JACOBS:  Okay.

24           MR. SCHLAFLY:  I'd like to introduce

25  this document as Exhibit 6.  This is a letter to

1    Jaime Antonio Salas-Rushford dated May 8, 2012 from

2    the American Board of Internal Medicine signed by

3    Lynn O. Langdon.

4              MR. RIVERA-SOTO:  The document is

5    being identified, not introduced.

6              (Exhibit Mannes 6 marked for identification.)

7              MR. RIVERA-SOTO:  I should note that

8    what has been marked as Exhibit Mannes 6 was also

9    marked as Exhibit Salas 1 yesterday.

10   BY MR. SCHLAFLY:

11   Q.        Have you seen this document before?

12   A.        No.

13   Q.        Were you asked to provide any input into

14   the preparation of this document?

15   A.        I don't believe so.

16   Q.        If you look at the phrase at the end of the

17   second paragraph there where it refers to an

18   allegedly disguised e-mail address of

19   padrinojr@yahoo.com under the pseudonym Jimmy R to

20   conceal your identity.

21             Do you have any personal knowledge to

22   support that allegation?

23   A.        No.

24             MR. SCHLAFLY:  We can take a break.

25             (Break taken.)

1          MS. JACOBS:  Can you give me the plan

2    just what you want to do in terms of lunch?  I'm

3    looking at massive snacks here.  I want to

4    understand the plan.

5          MR. SCHLAFLY:  We'd like to just go

6    straight through and maybe wrap up around 2:30 or

7    so, ballpark.

8          MS. JACOBS:  I could probably live

9    with 2:30.  If you go much beyond that, we're going

10   to need a break.

11         MR. SCHLAFLY:  I understand.  It may

12   not take that long.

13         MS. JACOBS:  Okay.

14   BY MR. SCHLAFLY:

15   Q.      Mr. Mannes, in your trip to Puerto Rico in

16   2010 did you ask any questions related in any way to

17   the Arora Board Review or the physicians who took

18   the Arora Board Review?

19   A.      Yes.

20   Q.      And did you ask anyone any questions

21   relating to the account padrinojr@yahoo.com?

22   A.      Yes.

23   Q.      Do you recall whom you asked questions of?

24   A.      Everyone that we interviewed in the San

25   Juan area because we did spend a couple of days

1    outside San Juan on the other side.

2    Q.      Was that the purpose of the trip?

3    A.      No.

4    Q.      Do you recall if you interviewed a Dr.

5    Vicente Lam?

6    A.      I'd have to check my records.  His name

7    sounds familiar.

8    Q.      Do you recall the names of any of the

9    doctors whom you spoke with?

10   A.      There were several, yes.  Vaguely.

11   Q.      Do you recall if you spoke to a Dr. Geraldine

12   Lune?

13   A.      Like I said, it's possible.  I can't

14   remember.

15   Q.      Do you speak Spanish?

16   A.      A little.  Poquito.

17   Q.      Do you recognize that Padrino is a Spanish

18   name?

19   A.      Yes.

20   Q.      Did you feel that the physician who used

21   Padrino JR was probably a Spanish speaking

22   physician?

23          MS. JACOBS:  Objection to form.

24   A.      We derived that that physician was in the

25   San Juan area.  I mean we figured they'd speak

1   Spanish if they lived in San Juan, Puerto Rico.  But

2   we didn't make a conclusion based on language due to

3   his e-mail address.  We did it because they were

4   communicating with other physicians in Puerto Rico.

5   Q.      So, you knew that that physician was from

6   the San Juan area?

7   A.      Yes.

8   Q.      And do you know roughly how many physicians

9   from the San Juan area were taking the Arora Board

10  Review course in the New York City area?

11  A.      At the time we knew it was multiple.  I

12  don't recall exact numbers.

13  Q.      I mean less than ten?

14  A.      I'm not sure.  It could have been more.

15  Q.      Less than 50?

16  A.      Probably.

17  Q.      Do you recall if you spoke to a Dr.

18  Coromuto?

19  A.      Like I said, it's a familiar name.  I'm not

20  sure exactly whether or not I talked to that

21  particular doctor.

22  Q.      That's fine.  Do you recall if you spoke to

23  a Dr. Carlos Figero?

24  A.      Figueroa.

25  Q.      Figueroa.

1  A.      Like I said, it's a familiar name.  It was

2  likely on the list.  I'm not sure if that's someone

3  we actually talked to.

4  Q.      The ones that you did talk to, what did

5  they tell you?

6  A.      That's a very broad question, sir.

7          MS. JACOBS:  Object to the form.

8          Are you asking him about the ones that he

9  spoke to about the padrinojr@yahoo.com address, what

10 did they tell him?

11         MR. SCHLAFLY:  Yes.

12 A.      In reference to Padrino JR, that they

13 didn't know who that was.

14 Q.      As part of your investigation did you show

15 anyone a list of the students who had taken the

16 Arora Board Review course in 2008 or 2009?

17 A.      I don't recall.

18 Q.      Did the individuals with whom you spoke in

19 Puerto Rico did they cooperate with your investigation?

20 A.      For the most part.

21 Q.      Did you ask them to provide you with any

22 documents or e-mails?

23 A.      I believe we -- some, yes.  I'm not sure.

24 Q.      Do you recall if you spoke with a Ms.

25 Montiel DeFortes?

1  A.      I don't recall.

2  Q.      Do you know how the e-mail address

3  padrinojr@yahoo.com was ultimately linked to Dr.

4  Salas-Rushford?

5  A.      No.

6  Q.      Did anyone ever ask you to confirm that the

7  e-mail address padrinojr@yahoo.com was indeed Dr.

8  Salas-Rushford's e-mail address?

9  A.      I don't recall.

10  Q.      Did you know from the registration form for

11  the Arora Board Review course that Dr.

12  Salas-Rushford had taken the course?

13  A.      I think he was on the list, yes.

14  Q.      Did you seek to interview Dr.

15  Salas-Rushford about padrinojr@yahoo.com?

16  A.      I'm not sure if we ever talked to Dr.

17  Salas-Rushford.  I know that he was on the list of

18  residents from that time period.  And everyone who

19  -- that's why those names were familiar, because

20  there were a lot of people on that list, but not

21  everyone was available when we were in Puerto Rico

22  to speak with us.

23  Q.      Did you attempt to speak with Dr.

24  Salas-Rushford?

25  A.      I didn't set the appointment.  I'm not sure

Case 2:14-cv-06428-KSH-CLW   Document 211-25   Filed 02/20/24   Page 1 of 116 PageID: 26534

# EXHIBIT 23

**Day One**
**05/19/09**

**GASTEROENTEROLOGY, PART II**

The patient who has diarrhea following a heavy meal consisting of shellfish and seafood, so the liver enzymes go up, and they ask you again what is the organism?  Diarrhea following seafood plus liver dysfunctions.  GI, Part II.  The liver dysfunctions following ingestion of seafood equals Hepatitis A.  How many people knew that?  Three people, four, five.  Liver dysfunction following seafood ingestion, in this case shellfish, is Hepatitis A.  If you go to a prostitute, you always get Hepatitis B, and if you're a drug abuser, you'll get Hepatitis C.  That's why A, B, C.  And if you go to a prostitute and use drugs and at the same time eat shellfish, [Laughter] you will get Hepatitis A, B, and C.  [Laughter]  Wholesale.  [Laughter]

Question 2?

**A 52-year-old male, CEO of a well-respected firm while in Thailand on a business trip happens to have a business deal with a prostitute.  He comes back to the U.S. with jaundice.  Three weeks before taking his trip, he claims to have had a vaccination for Hepatitis B.  Liver enzymes are over 3,000 units.  What is the possible diagnosis?**

Okay.  How many people think it's B, like we said, Hepatitis B?  How many people?  Half?  First of all, A and E are caught at a young age, and A and E are caught in India.  I had E myself when I was 15 years old, but D occurs in drug addicts in patients who already have Hepatitis B.  Sexual transmission most often occurs with B, and also fulminant disease occurs most often with B, so the answer here is B.  It doesn't matter whether you have the shots or no shots because if you had the shot, you don't know if it was the antibody, and if you had the shots a long time ago, maybe the antibody went away, so shots or no shots,  you are not going to go to a prostitute.  [Laughter]  In the exam, when the patient goes to a prostitute, it is Hepatitis B unless proven otherwise.  Okay?  But that's the whole idea of the question they keep bringing.

Number 3?

**Which test of Hepatitis B indicates maximum infectivity?**

The red part here, this red part inside is the DNA, so that will be the most infectious, the innermost.  The thing is we don't do anti-DNA antibody for Hepatitis B as a rule of practice.  That's done in a research lab, so the next one is the yellow one, which contains Hepatitis core antigen and e-antigen, so the antibody against them would be next infectious after DNA, and there is no such thing as we don't do core antigen in practice.  It's not available.  So what is available to use is Hepatitis e-antigen, so the answer has to be on the exam Hepatitis e-antigen.  Surface antigen also is infective, but it's the least infective of the three, so the way the question was given, the answer is Hepatitis e-antigen.

In Hepatitis B serology, first you get these antigens.  The DNA, e-antigen, surface antigen, all three, and as soon as you get going, you get ALT going up, and following that you start making the antibodies to each one of them.  Eventually because of all these three antibodies, you do develop the immunity, and then the antigens disappear and you become immune here.  If you are sure that you have all these and none of these then, yes, you could go to the prostitute, no problem.  [Laughter]  But you don't know which patient is in this area, in this location.

So the tests we do for Hepatitis B or for A, B, and C, we said already e-antigen for Hepatitis B indicates infectious, and when you measure IgM of Hepatitis A, that will indicate

ABIM02531

Case 2:14-cv-06428-KSH-CLW    Document 211-25    Filed 02/20/24    Page 3 of 116
PageID: 26536

acute disease. IgG against A means that the infection has resolved and permanent immunity, usually permanent, has developed, which usually occurs in childhood, especially in other countries.

If you have surface antigen positive, that means either you have acute Hepatitis B or you have chronic Hepatitis B. If the antibody is present against Hepatitis B, that will indicate immunity. The core antigen in Hepatitis B is represented as small c, not capital C. Capital C is for Hepatitis C. The core antigen is a small c, is for Hepatitis B core antigen, and, of course, Hepatitis E antibody is against the e-antigen. That means you are not infectious anymore.

Whenever anti-cantibody is positive, you have to confirm with RNA PCR, so normally when you are in your hospital, Hepatitis C antibody, you are getting very rough, very non-specific test, which if positive you should never tell the patient that you're Hepatitis C unless you have confirmed with RNA PCR because in many conditions when Hepatitis C is not present, the anti-HCV can be positive, so you never, ever—although you do the serology first for Hepatitis C, if it's positive, you'd repeat the test with RNA PCR to confirm the presence of Hepatitis C. Otherwise you don't tell the patient until that time.

And the natural history of Hepatitis B, you notice 95% recovery. Only a very few get persistent infection, so it's not a bad disease. It's okay. [Laughter] And you compare that with Hepatitis C, oh, my God. Almost everybody becomes chronic. See? Look at that. Fifty-five percent, [inaudible], become chronic. Fifty percent? My God. You get Hepatitis C, 50% chance of being chronic, and therefore out of that half will get liver cirrhosis. It's an awful disease to have, and the beauty is in Hepatitis C you can have normal liver enzymes, so you don't even know that you have it. Loads of people walking around with Hepatitis C, so that's the difference between Hepatitis B and C.

So where are we now? You're asked to do three questions in one minute.

**[Three questions answered]**

Okay, right answers first. See if you are correct. So Hepatitis C RNA by PCR, that is the test of choice. Okay, we did that. No. 2, the NIH Consensus Conference recommended not treating patients with normal liver enzymes, and out of the three genotypes, Genotype 1 is the one which is present in most of the United States, and this is the one which is resistant strain. Very few people have Genotype 2 and 3, where you can induce sustained response rate with the treatment ribavirin and interferon, but genotyping is done to find out what kind of—whether you could respond to treatment properly or not, so viral quantitation is very important, specifically if you're going to start the treatment, and genotyping tells you whether you will get a response or not, although in practice lots of doctors, gastroenterologists, will give treatment with normal liver enzymes. For your purpose, for internal medicine Board exam, you will follow this. If the liver enzymes are normal, do not treat. Who will respond? Usually genotype other than Type 1, usually with a viral load less than 2 million, age less than 35, female sex, and either no or mild portal fibrosis, so Question No. 3, the answer is A because of that.

The problem with interferon is that it has a lot of side effects. Everybody gets flu, some people go crazy, so it's not an easy drug to give, and on stopping the drug lots of people get decompensation. It's not 100%. The Board is very much interested in knowing the contraindications for the use of interferon, and out of these four contraindications the one they keep asking in the exam is decompensated liver disease. As a matter of fact, there is no other question in the exam where one of the answers is decompensated liver disease. That's why I want you to read the answers first. I want you to read the last line of the question and the answers first. Suppose among the answers you happen to see 'decompensated liver disease.' Take it. You don't need to read the questions. [Laughter] There're no other question with that kind of answer. It's a very super-specific thing. Five questions, two minutes.

ABIM02532

**[Five questions answered]**

Question No. 1, if you have a patient with periarteritis nodosa, you must remember that Hepatitis B can lead to periarteritis nodosa in some people, if somebody has a past history of Hepatitis B.  Now he comes to you with vasculitis.  That vasculitis is due to Hepatitis B.  That's a Board question.  That's why I'm putting it here for you.  These are the extra-hepatic manifestations of Hepatitis B.  To be more specific on vasculitis, the Board question out of all this is only one, actually, so you must know.  A patient comes to you with pain in the right upper quadrant, so you think that it's gallbladder, so you order an ultrasound.  Ultrasound says there is no stone in the gallbladder, doctor, but there is edema of the wall of the gallbladder, so the patient has pain, the patient has edema of the wall, so you think of acalculous cholecystitis.

Mostly it is stone which causes cholecystitis, but sometimes acalculous cholecystitis, which is more dangerous than the stone, calculous cholecystitis, is the cause, and patient will have pain in the right upper quadrant.  It occurs in old people from nursing homes all the time.  They're lying there with pain in the right upper quadrant and nobody knows because they don't complain, so you do their blood count.  Their WBC count is high, and then they've get a fever, and then they get sepsis, and then they die.  What happened was the patient, because of old age and some other conditions and ischemia all over the body because of arteriosclerotic disease, they get ischemic vasculitis in the right upper quadrant involving the gallbladder, so that's one scenario.

The other scenario is this.  In a younger person, Hepatitis B in the past, right upper quadrant, gallbladder showing edema of the wall also is acalculous cholecystitis in a younger person with a past history of Hepatitis B, so you do it.  What is your next step?  The Board will ask you, doctor, what do you want to do next?  Obviously you want to do a HIDA scan to see if it is a problem in the gallbladder or if it's in the bile duct, so you do a HIDA scan, and the HIDA scan is positive by indicating, but it did not show up when they put the dye in, indicating the gallbladder is not working.  If the gallbladder is not working, the patient has acute cholecystitis, but there was no stone, but this is called acalculous acute cholecystitis, in this case due to past Hepatitis B, and that is the whole question.  The one in the nursing home you will see in your practice all the time.  I have seen so many times.  They don't ask that in the exam, but this one they do, so acalculous cholecystitis due to vasculitis, which is due to Hepatitis B, which is due to you went to the prostitute.  [Laughter]  Simple as that.  And this is what it is, periarteritis nodosa.  See thatnode on the blood vessel?  And you took a biopsy, periarteritis of the artery, periarteritis causing nodules, and periarteritis nodosa of the right upper quadrant will cause avascular or also called acalculous cholecystitis, and they keep asking this question, so you have to know all that.  What is on the slide, we already just did.  These peoples' prognosis is very poor because of vasculitis.  They should have surgery right away because they get gangrene very fast in the gallbladder.

So based on that, Question No. 2, same thing.  You see the patient had Hepatitis B in the past, vasculitis, right upper quadrant, and leukocytosis in a 72-year-old, no sludge in the gallbladder.  There is no stone, but there is sludge, or no sludge, either, edema of the gallbladder, so the next step will be a HIDA scan, which is D.  In Question No. 3,  bullous lesions on the hand, so this would be Hepatitis C or B.  This is porphyria cutanea tarda.  That means pigmentation, bullous lesion, and hypertrichosis.  That means Hepatitis C.  This question is always on the exam.  It was asked in 2008, last year.  The patient had Hepatitis C, comes with photosensitivity of the knuckles in 2008.  Photosensitivity of the knuckles is due to porphyria, so you look for the word 'photosensitivity' with Hepatitis C because you will be asked about porphyria.

Question No. 4, on the other hand, has purpuric lesions like this.  Serum complement is low; rheumatoid factor is very high, cryoglobulinemia.  Did you know that rheumatoid factor is

ABIM02533

Day One                                                                                          4

high more times in cryoglobulinemia than in rheumatoid arthritis, itself? In other words, when you see rheumatoid factor positive, you normally would think of rheumatoid arthritis. No. Think of cryoglobulinemia and cryoglobulinemia occurs either following Hepatitis B or C. This is also cryoglobulinemia, B or C.

All these questions are there when you go, and No. 5 is decompensated liver disease.

**Minimal indirect hyperbilirubinemia in a young man. A 14-year-old male presents with fever, malaise, mild cough with upper respiratory infection and anorexia. Total bili is 2.3, while the indirect is 1.6, minimally elevated. AST, ALT, and alkaline phosphatase are normal. What is the next step?**

If you see a young person or a boy in the exam with very minimal indirect high bilirubin, you're talking about Gilbert Syndrome. Any stress, stress can be a cold in the throat, can be a surgery, could be appendectomy, whatever stress of the child, if he has Gilbert Syndrome, which meaning by he has deficiency of UDP transferase, whatever that is, in the liver, that he cannot conjugate bilirubin, so you get slightly elevated, very, barely slightly indirect bilirubin in the blood, only due to stress. Now unfortunately when you go to the exam, they don't give you the level of indirect bilirubin. They give you total and they give you direct, and you will have to subtract the two without a calculator. [Laughter] All right? And if it's very, very slightly high, you may think nothing of it, but that would indicate Gilbert Syndrome. Even a little fasting will make it go up, so all you do is repeat the test after the stress if over. It will be normal, so that's the whole question. Next?

**A 34-year-old female went on vacation to India. On her return, she has jaundice, fatigue, and enlarged liver. There's no history of alcoholism. Her lab work shows AST 659, ALT 908, alk phos 104, bilirubin 5.5, serum protein of 11, albumin 3.4. Serology for Hepatitis A, B, and C is negative. ANA is 1:320. Diagnosis?**

Autoimmune. We did that before. Whenever you see serum protein that high, 11 grams, wow, ANA positive, coming from India, that's autoimmune. Now when you see in your exam liver dysfunction, the first thing you have to decide is is it hepatocellular or cholestatic? You will see [inaudible] alkaline phosphatase. Is it mildly elevated? Then you know it is hepatocellular. If it is very much elevated, it is cholestatic. It is important to differentiate the two because the causes are different. This will be autoimmune based at hepatocellular. Primary biliary cirrhosis is cholestatic. Hemochromatosis is hepatocellular. PSC, primary sclerosing cholangitis, is cholestatic. Wilson's disease is hepatocellular, and of course cancer is hepatocellular, and each one has a different test, so mainly if the alkaline phosphatase is very much elevated, you would think of doing anti-mitochondrial antibody or ERCP, which is cholangiography. Otherwise you will do hepatocellular test. In autoimmune like in the case we just did, ANA and anti-smooth muscle antibodies are positive, the treatment of that condition is steroids. Autoimmune is treated with steroids. So don't forget vacation in India, protein of 11, autoimmune. Okay, this is the next one. You're done with this? Anybody? No? Okay.

**[Inaudible].**

Which one? This one?

**Yes.**

Okay. From 2:00 to 3:30 is the hardest time in a lecture room because this is the time you wish your seats will become beds. [Laughter] It's the hardest time for me, the hardest time for everybody. I see this every year, the same thing, so you have to go through with this. If you want to snore, that's okay. [Laughter] Are we done with this slide? Everybody's become slow. [Laughter]

ABIM02534

Now this may shock you up a little bit.  It is time to seduce her [Laughter] with all this handsome hair on my mind, nothing there, [Laughter] and just a guess.  How many glasses of alcohol he's got in front of him compared to her?

**[Inaudible].**

Yeah.  Every woman should watch that.  This is the idea of dating.  Dating doesn't mean 'dating' dating.  Dating means time to figure out if the other person is alcoholic or not [Laughter] because if he's alcoholic, and I have one or two in our own family, they beat the hell out of a women after getting married, so it's not a laughing matter at all, so you must—all of you who are not married, make sure you marry a man, find out if he drinks plenty of alcohol because they will hide it and you will never know.  They will hide it to the end.  They are very smart.  You should do their uric acid.  [Laughter]  Uric acid is high in all alcoholics.  [Laughter]  Do you know that?  Board question.  [Laughter]  AST.  How else you would you do?  The AST and ALT, Board question.  If their AST-ALT is less than 500, actually less than 300, 300-500, and AST is double than ALT, ladies and gentleman, this man is alcoholic, so you do that, you tell your boyfriend you will get married, you don't care if they are VDRL or HIV negative or positive.  [Laughter]  You want to know the AST and ALT and do their ratio, 2:1.  If the ration of AST to ALT is more than 2:1 and AST-ALT is less than 500 or 300, you know he is drinking.  You are not going to get married.  I don't care how much in love you are with him.  Love will disappear a year after the honeymoon.  [Laughter]  After that it will be money-moon.  [Laughter]  For these people you have to be very, very—this is a Board question.  I was just trying to dramatize to you to tell you that this is there.  They will ask you how do you make a diagnosis of alcoholic liver disease?  That's how we do it.

No. 2, end-stage liver cirrhosis due to alcoholism in a male patient.  Presently he is not drinking alcohol.  What do you want to do?

**[Inaudible].**

Liver transplant.  If he is not drinking, if you're sure, you give him another liver so he can drink more.  [Laughter]  All the people in Hollywood, they're all alcoholic, they all get liver transplant very easy because they pay.  The people who need liver transplants are not getting it.  They get it.  Then there is a condition called diabetic liver disease, which is going to be the future of the country.  Everybody is eating too much food, everybody has become insulin resistant, and everybody is getting diabetic liver disease, called NASH.  It's called non-alcoholic steatohepatitis.  Prevalence—this slide was made two years ago.  At that time prevalence was 24%.  I guarantee you today prevalence of fatty liver in the U.S.A, 30%, and 20% of them will get liver cirrhosis.  Imagine!  People are eating all the time.  We are eating while walking, eating while driving, eating in the restaurant, outside the restaurant.  Too much food and triglycerides are high.  Okay?  This is there, in the exam.  So if you go to the exam and you find liver dysfunction with diabetes, there are two conditions.  They are both in the exam.  One is NASH.  The other is hemochromatosis.  In the case of hemochromatosis, they have erection problems, too.  What do they call that nowadays on the TV?

So the next one on the next page is diabetic, arthritic, liver dysfunction and loss of libido.

**Issue with diabetes, arthritis, and liver dysfunctions comes with loss of libido.**

So you've got hemochromatosis.  Loss of libido is due to involvement of the pituitary gland.  Well, if you have arthritis, you really don't need libido after that.  [Laughter]  And you have one minute for three questions.

**[Three questions answered]**

ABIM02535

Day One                                                                                        6

On Question No. 1, the gradient is how much?  3.0 minus 2.3.  The gradient is less than 1.1, so if the gradient is less than 1, the conditions would be in your notes and also on the slide. Therefore, based on that, the answer is A.  If the gradient was more than 1.1, then you're thinking of liver cirrhosis or Budd-Chiari syndrome, so that's the kind of question on the exam. There's only one question like that, but it is there where you have to check the gradient and go by the causes.  Unfortunately, you have to remember all those.

      Question No. 2.  Two is always on the exam, always, for a few years now.  It's called hepatic vein thrombosis due to the estrogens, so if you have estrogen plus ascites, you're thinking of hepatic vein thrombosis, which is also called Budd-Chiari syndrome.  For which you do Doppler ultrasound of the hepatic vein, so the answer is A.  All these questions are there, okay?

      No. 3.  Three is a patient who has liver cirrhosis and presents with a new onset of ascites.  I really don't care if a patient with known cirrhosis has any change in anything.  To you he could be talking different, he could be confused, he could have a little temperature.  Any change,the textbook says, any change in the patient with liver cirrhosis, you should immediately think of spontaneous bacterial peritonitis.  Of course, the ascites has to be there, and if you're thinking of spontaneous bacterial peritonitis, you'll do immediate ascitic tap and you take it to the lab yourself because you cannot leave the ascitic tap lying at the nursing station forever. You take it yourself to the lab and tell them to count the neutrophils or WBCs.  If more than 500 WBC, the diagnosis is made.  This is usually due to *E. coli*, and therefore you always give them Claforan for five days intravenously followed by prophylaxis with norfloxacin forever.  These people tend to die from this condition, and therefore the Board will test it.  All right?  Next.

**Question 1.  The patient has been drinking alcohol heavily and comes to the E.R. in a coma.  His friend tells you that the patient has been on over-the-counter medications for back pain.  AST is 11-500 units.**

11,500 units.

**Sorry, sorry.  [Laughter]**

11 on this side and  500 on that side.  That's not fair to you.  [Laughter]

**ALT is 9,600 units, PT is elevated.  What is the diagnosis?**

**[Inaudible].**

Yeah, whenever the liver enzymes are in the thousands, you're thinking of fulminant hepatic failure, and it's usually in the exam from Tylenol.  Even if you take a small amount of Tylenol, if you are alcoholic you're going to get this.  Only 3 to 4 grams of Tylenol can cause this condition, and it will occur very, very fast, within eight weeks.  How will you know?  You'll be confused or your prothrombin time will be high.  Your time on this earth will be less, but your prothrombin time will be high.  [Laughter]  Something will be prolonged.  So once again, minimal elevation of liver enzyme in the exam for you means either Hepatitis C or fatty liver.  They could even be normal.  Around 300, I told you think of alcoholic liver disease.  Between 300 and 3,000, viral hepatitis of any kind.  Over 3,000, fulminant hepatitis either due to Tylenol or ischemia. Ischemic liver disease that goes into congestive heart failure, goes away the very next day.  The patient comes with 6,000 AST.  I treat the congestive heart failure, the next day is normal, liver enzymes are normal.  I have seen that countless number of times, so that's also fulminant hepatitis.  Out of these causes of fulminant hepatitis, the middle three, the ones in yellow, have been on the exam.  Acute fatty liver of pregnancy, we will do it in Ob-Gyn when we do that.

ABIM02536

No. 2?

**Which of the following is the absolute contraindication to liver transplant?**

Active alcohol abuse.    I showed you Tylenol toxicity when the  glutathione is used up.  That's why I got confused, but the liver transplantation indications are on the slide, and the pH is less than 7.3 and prothrombin time is over 100, and the contraindications are active alcohol abuse, so they will give you  a patient with Tylenol toxicity and they will tell you the pH is 7.2.  What are you going to do?  The answer is transfer the patient to an institution where they do liver transplantation, or they'll give you prothrombin time over 100.  The contraindication is alcohol use, active.  There are many others, but I don't want you to know those because they're not in the exam.

No. 3?

**A young patient is jaundiced and signs of psychosis.  What is your next choice?**

They've got hemolytic anemia, Wilson's.  Okay.  No. 4.

**Seventy-three-year-old alcoholic patient with a past history of blood transfusion has acute CHF.  Blood pressure is persistently low.  Liver function test shows AST and ALT in many thousands and alkaline phosphatase almost normal.  Total bilirubin is much elevated.  Hepatitis B surface antigen is negative.  The cause of abnormal liver function is?**

Ischemic hepatitis.

No. 5?

**A 34-year-old patient is brought to the E.R. because of confusion related to Tylenol toxicity.  Which of the following is the best prognostic parameter?**

For acute disease it's prothrombin time, like this one, but for chronic it is serum bilirubin or albumin.

**Question No. 6.  A 52-year-old patient with chronic liver disease due to active alcoholism is presented with decompensation, PT of 17 with an INR of 3.  He is bleeding actively from esophageal varices.  Patient is getting blood transfusion, FFP, Vitamin K, and octreotide.  Endoscopic therapy fails to control the bleeding.  What is the best mode of management at this time?**

The answer is TIPS.  TIPS is used to treat consequences of portal hypertension.  It's a useful temporizing measure in those awaiting liver transplantation, and once you do TIPS, they get encephalopathy in 35% of the cases, so bleeding is controlled but they get confused.  So you have two questions in two minutes.

**[Two questions answered]**

So In Question No. 1 you have palpable purpura and arthralgia, skin biopsy showing vasculitis, and rheumatoid factor is high, cryoglobulins, but this is cryoglobulinemia due to Hepatitis C.

Question No. 2, the answer is C because the patient has autoimmune hepatitis because of the high anti-smooth muscle antibody.  All right?  I know it's getting very boring at this time and you would like to go home, but you cannot.  [Laughter]  I'd like to go home, too, but now you do four questions in four minutes.  Keep working.  Work hard.  Do fast.

ABIM02537

Day One                                                                                        8

**[Four questions answered in four minutes]**

Well, in No. 1 the alkaline phosphatase if very high, so that can only go with B because A and C go with autoimmune hepatitis, which is hepatocellular and antimysial is celiac disease, antimysial antibody is done for celiac disease, so the answer has to be antimitochondrial antibody for PBC, primary biliary cirrhosis. Primary biliary cirrhosis will give you from antimitochondrial antibody where the alkaline phosphatase is very high, and this is a patient with primary biliary cirrhosis. They have xanthomas, they have other autoimmune disorders like thyroiditis, Sicca syndrome, CREST syndrome, Raynaud's, and they have high bilirubin, high alkaline phosphatase, and high antimitochondrial antibody, AMA. There's always one question on primary biliary cirrhosis on the exam. These patients have pruritus, pigmentation, xanthelasmas, thyroiditis, osteoporosis, and everything else, a middle-aged woman, usually. Here are the xanthomas, the tests are non-specific except for antimitochondrial antibody, which in high titer is quite specific. They have high cholesterol, IgM is high. So the treatment of this condition for pruritus would be you give them cholestyramine or rifampin. They have vitamin deficiencies, fat soluble vitamins, and until you give them definitive treatment, you give them also deoxycholic acid. Okay? Can I move? Otherwise I will go to sleep. [Laughter]

Okay, Question No. 2 is about—what is Question No. 2 about? [Laughter] Biliary cirrhosis, primary biliary cirrhosis, and the best therapy is liver transplantation, B, like in 'boy.' No. 3, the patient is vomiting with right upper quadrant pain. Ultrasound shows gallstones. What is the bile duct size?

**Normal. [in unison]**

Normal. What is a normal size? Up to 6mm. If somebody had their gallbladder out, then the bile duct can also go up to 8mm as normal, but if the gallbladder is not removed then the normal bile duct maximum is 6mm. This is 4mm. That means there is no disease in the bile duct, and patient has been vomiting and right upper quadrant pain, and ultrasound is showing gallstones, but that means there is gallbladder disease, so you should do HIDA scan. HIDA should be positive because the gallbladder will not show up on the HIDA scan; therefore the answer will be acute cholecystitis, so the answer is HIDA scan because high def scan is done for cystic duct obstruction.

**[Inaudible] ERCP?**

No. ERCP is done for the bile duct. Bile duct is 4mm, which is normal. That means no need for ERCP. Because the HIDA is positive—if it is positive in this case, that indicates cystic duct obstruction, which means the gallbladder is not functioning, and the gallbladder is not functioning because of the gallstones.

No. 4, going for hip surgery, right upper quadrant pain, dilated gallbladder, and thick wall of the gallbladder. HIDA scan fails to show thegallbladder, so that's again , acalculous cholecystitis; therefore cholecystectomy is the answer, cholecystectomy. This is an acute gallbladder because the HIDA is positive. That means cystic duct is obstructed. That means cholecystectomy. You see problem with this question?

**[Inaudible].**

You want to give antibiotics? For what?

**[Inaudible].**

ABIM02538

Day One                                                                                    9

The cause of acalculous cholecystitis is always ischemia. If you remember, I told you ischemic cholecystitis occurs in old people with arteriosclerosis, or it can occur from positive Hepatitis B antigen and that Hepatitis B antibody will cause periarteritis nodosa, which is vasculitis as a complication, which is also ischemia, vasculitis, so noncalculous, acalculous cholecystitis is always due to ischemia, so why antibiotics? So the secret is when somebody comes to you with right upper quadrant pain and the liver functions are normal or about normal, you're thinking of gallbladder, the next step is to do ultrasound because ultrasound shows the size of the bile duct. You must write that on the prescription. I write down 'ultrasound for the size of the bile duct' because I'm only interested in—you may be interested in the stones in the gallbladder. I'm not that much interested. I'm more interested in the size of the bile duct because my problem is if the bile duct is dilated, we have to do ERCP and the infection is in the—the stone is in the bile duct. If there is no obstruction in the bile duct, that means the bile duct will be 6mm or less. Then I'm not worried about the bile duct or the ERCP. Then I worry about the gallbladder, itself. The gallbladder, itself, means cystic duct obstruction, which are due to gallstones, so I do an ultrasound. It will tell me, well, the bile duct is normal but the gallbladder shows—doesn't even show stones. It shows sludge, and the amylase and lipase is elevated, so I know it's pancreatitis due to the sludge, so—or if there's no pancreatitis, it's just sludge and then I do the HIDA, the HIDA shows cystic duct obstruction, meaning HIDA is positive, then I go for cholecystectomy.

Everybody has it now clear? Those are the kind of questions they will ask you, speaking about the bile duct, and the gallbladder is diseased due to the gallstones. On the other hand, pancreatitis can come from gallstones or pancreatitis can come from—which we'll do right now, high triglycerides. We're going to do that. So if you can do the next 11 questions in six minutes, 13 questions in six minutes. I know it is tough, but you have to do it because I'm already Board certified. I don't need all this. [Laughter] I really don't need it. I don't care. Even if I know wrong, I know wrong. You have to file this exam, and each of these questions are going to be there, and then it seems to me they're not showing or teaching you at the universities, wherever you do your residency. They're not talking specifically about these things.

**[Thirteen questions in six minutes]**

So Question No. 1 has X-ray showing calcified gallbladder, which is like this or this, either this or this. When they tell you about calcified gallbladder on the exam, it is a pre-cancerous condition. Symptoms or no symptoms, cholecystectomy should be done.

No. 2 is emphysematous gallbladder, which looks like this. Gas in the lumen and within the wall of the gallbladder. Mortality is very high. Therefore you need to do cholecystectomy. There's an ischemic process causing it. This is also due to ischemia and also due to a gas-forming organism such as *Clostridium* [inaudible] or *Clostridium perfringens*, which causes infection and then ischemia, so it may have calculous, it may not have calculous. Again, surgery is indicated.

In Question No. 3, which is always, always, always on the exam, is a patient who had a hemicolectomy in the past for ulcerative colitis. Any patient in the exam with a history of ulcerative colitis can develop—we call it PSC, primary sclerosing cholangitis. PSC occurs in patients with ulcerative colitis—only in the exam, [Laughter] and they have high alkaline phosphatase, and if you do the ERCP, obviously the ultrasound will show dilated, all strictures bile duct, and ERCP will give you the strictures like this. In primary sclerosing cholangitis, you have to do papillotomy, dilatation of the strictures and stenting, eventually liver transplantation, so in this patient, Question No. 3, the answer is ERCP so that you can make this diagnosis. At the same time do papillotomy and stenting until you find a liver later on. This question with ulcerative colitis is always on the exam. How will you know? The patient with history of ulcerative colitis will have high alkaline phosphatase. That's how you know.

ABIM02539

Day One                                                                                        10

No. 4.  Look at No. 4.  The bile duct's diameter is 1cm.  It is cm.  We were telling you normally its 6mm.  1cm means 10mm.  10mm means extremely big bile duct like this one.  See the size of this?  The size of the scope itself.  This is the scope and this is the bile duct with two stones in it, so bile duct is big, so therefore you do ERCP and you find these two stones.  When you find these two stones, you have to take them out by doing papillotomy, so the answer is B like in 'boy.'  How do you do papillotomy?  You put the sphincterotome inside and apply current and make it—cut the bile  ampulla like that, and as you cut the ampulla, the stone will then come down.  If it doesn't come down—this is the stone—then you put a balloon right above the stone, deflate the balloon, bring it up here, inflate the balloon, then pull the balloon out, and you will see the stone coming out into the ampulla, so this is—the answer is B like in 'boy' because of the dilated bile duct.

No. 5.  Patient has pancreatitis but the HIDA is negative.  If HIDA is negative, that means the gallbladder is functioning.  The cystic duct is open, but there's sludge in the gallbladder.  You know that the pancreatitis is due to the sludge in the gallbladder, and therefore the answer would be biliary microlithiasis.  Biliary microlithiasis is a cause of pancreatitis.  These are the causes of pancreatitis, and you need to look at it.  There are only two main causes, alcohol and gallbladder disease.  Others are very rare.  Out of those rare ones, hyperlipidemia, you are expected to know, from the Board's point of view, and hyperlipidemia means high triglyceride level, so when I see a patient with pancreatitis, all I  do is order an ultrasound of the gallbladder.  I take the history of alcoholism and then do a serum triglyceride level and I will always have the cause, so to Question No. 5 the answer is A.

For Question No. 6, severe epigastric pain, denies alcohol use, amylase is high, so that's pancreatitis, so obviously you have to do ultrasound.  The patient does not drink alcohol.  Ultrasound is the answer, D like in 'doctor.'

No. 7, amylase is normal, triglyceride is 2,000.  If the triglycerides are 2,000, in the lab, high triglyceride will interfere with measurements of the amylase, so even if the amylase was high, it will look normal because of high triglycerides.  That's why people who have pancreatitis due to high triglycerides will have normal amylase.

[Inaudible].

Yes, lipase is affected to some degree.  Lipase is more specific, but that is why on the Board exam they won't bring lipase into the picture.  [Laughter]  They will tell you patient  has acute pain in epigastrium going to the back, amylase is normal, lipase is over 1,000.  It has to be over 1,000 to do this problem, and they will then give you a tube of the blood of the patient, overnight stay in the refrigerator, and in the morning the two upper parts are milky, which is nothing but triglycerides and chylomicrons, and the skin of the patient is showing you the xanthomas of triglycerides, which is due to lipoprotein lipase deficiency, so the point is that in this case you have to dilute the serum  and repeat the amylase.  Then the amylase will be elevated, only if you dilute the serum, so if you have a classical pain case of pancreatitis in the exam with normal amylase with high triglyceride, you know the cause of pancreatitis is fiber glomerular [phonetic] amylase, is hyperlipidemia or hypertriglyceridemia.  That's what they want from you.

The other thing in the exam is No. 8, here is the opposite of the previous one.  In No. 8, the patient has no pain.  He had pancreatitis.  He is much better.  He comes asymptomatic, goes home.  Repeat amylase is elevated.  Now amylase is elevated and patient has no symptoms.  Opposite of the previous one.  That means patient has pancreatic pseudocyst.  In pancreatic pseudocyst the amylase will be high, the patient will be asymptomatic, opposite of the previous one, so you do a CAT scan or ultrasound.  You will see the cyst.  With a cyst you don't do anything until it gradually increases in size, so you watch it, observation.

[Inaudible].

ABIM02540

Day One                                                                                      11

Pardon?

ABIM02541

Day One                                                                                    12

**[Inaudible].**

The answer to Question No. 8 is B.  No. 9 is patient has acute pancreatitis.  Five days later he is much better, free of pain, tolerating food.  Amylase is high, but there is a cyst, a pseudocyst.  The next step is continue the current medical treatment because this is an asymptomatic pseudocyst, which should only be observed.  Nothing to be done unless it increases in size.  If it was symptomatic then you will do ERCP and drainage or whatever you want to do, but if it is not changing or if it is not giving any pain, you don't do anything, either.  Just observe.

        No. 10, the answer is A because this patient has developed acute ileus and leukocytosis after acute pancreatitis, and that is due to pancreatic abscess.  This question is always on the exam.  You have to do aspiration of the abscess or the pus of pancreatic abscess.  A is the answer.  This is a chronic question, always on the exam.  The patient is very sick.

        No. 11, we did before.  It's a calcification in the pancreas and the patient has abdominal pain.  If you have chronic pancreatitis with chronic abdominal pain and morphine and Demerol don't help, you're supposed to give them pancreatic enzymes because if you give the enzymes from the outside, hopefully the pancreas says, okay, I will not produce my enzyme because it is coming from outside, and it is the pancreatic natural enzymes which dissolve the pancreas and cause the pain, so hopefully if you give outside—you do give enzyme, hopefully pancreas will produce less enzyme and the pain will be less.  Sometimes abdominal pain of chronic pancreatitis goes away when you give pancreatic enzymes from the outside with each food.  Each time they eat food, you give them pancreatic enzymes.

        No. 12, there's a malignant mass in the head of the pancreas, so that's more chronic pancreatitis with pancreatic enzymes, and you always give pancreatic enzymes with H2 blocker because otherwise they are destroyed by the stomach.  Acid destroys pancreatic enzymes, so always give H2 blocker when you give pancreatic enzymes.  In pancreatic cancer, with cancer of the head of the pancreas like this one, now therefore the pancreatic duct is constricted, is obstructed, so you have  dilatation of the pancreatic duct.  Bile duct is constricted due to dilatation of the bile duct, so you have a double duct sign in cancer of the head of the pancreas.  A double duct sign is like this.  See the two ducts, the pancreatic duct dilated and the bile duct dilated, and that is  the scope, so you have a double duct sign of the cancer at the head of the pancreas.  When you see that, that's your diagnosis.  In this case, No. 12, there's a malignant mass but no metastasis, so it is a localized cancer, therefore this should respond to Whipple's procedure.  Whipple's procedure is a surgery done for pancreatic cancer if there's no metastasis.

        In 13, in the case of the patient with cancer of the pancreas, double duct sign, it's all over with widespread metastases.  If there's metastases, there's nothing you can do but maybe hopefully put an endoscopy and a stent to decrease the jaundice to some degree, make him comfortable so that he can sign all the money he has to you before he dies.  [Laughter]  There is nothing much that can be done about this except to put a stent, and this question is always on the exam.  We put a stent in a case with metastasis, but if he does not have a metastasis, Whipple's procedure, okay?  Those are the two questions on the exam.

**[Inaudible].**

Pardon?

**[Inaudible].**

No. 13, the answer is B like in 'boy,' ERCP for stent, and like this is the stent.  We are putting the stent here.  This is the cancer all over.  You're putting the stent through it so that you can

ABIM02542

drain the bile to some degree, so you increase his life by a few more months. This is a biliary stent, in the duodenum draining it, so it just comes out by itself after awhile, and that's the end of the story, usually.

So let's go to the New Questions.

**A patient with a history of Hepatis C and liver cirrhosis presents with nephrotic syndrome with significant protein greater than 5g in 24 hours, hypo-albuminuria. Her only medications are Lasix and Aldactone daily. What is the diagnosis?**

This has never been asked, this question. What they're trying to do here; looks to me, that glomerular disease may occur in patient with chronic HCV infection. That would be new. In other words, a complication of Hepatitis C is glomerular disease, and it is usually membranoproliferative glomerulonephritis, usually in some people associated with essential mixed cryoglobulinemia. As you know, Hepatitis C can cause cryoglobulinemia, and cryoglobulinemia is associated with membranoproliferative glomerulonephritis, and I'll show you some slides on that when we do kidney disease. Less frequently you can get membranous nephropathy. Several series have reported that Hepatitis C antibodies are nearly universal in patients with both membranoproliferative disease and cryoglobulinemia. The pathogenesis appears to relate to deposition of immune complexes containing anti-HCV and HCV RNA in the glomeruli, so it looks like the antibodies to Hepatitis C go and hurt the kidneys, too, causing glomerulonephritis.

May I have one, too? We are all having gum? [Laughter] What's wrong with the teeth?

**[Inaudible].**

Oh, you keep yourself awake with gum? [Laughter] Gum in my language means very unhappy. [Laughter] In your language it's 'gum here,' and my gum is really unhappy. [Laughter] So you need gum. [Laughter]

Okay, so in other words, what they tried to do last year for the first time, in a patient with Hepatitis C who gets nephrotic syndrome, its membranoproliferative glomerulonephritis due to Hepatitis C.

Question No. 2.

**Which of the following tumors of the liver is caused by vinyl chloride?**

Vinyl chloride causes angiosarcoma in the liver. Angiosarcoma of the liver occurs with vinyl chloride, and I could not find this in Up-To-Date. I knew a long time ago that vinyl chloride also causes scleroderma-like picture. Actually, not only angiosarcoma, these people get sclerosis of the skin and scleroderma-like picture, and I knew that a long time ago, but I couldn't find the references for this, so you check it. My impression is the answer is angiosarcoma.

**[Inaudible].**

What?

**[Inaudible].**

Okay. I don't understand. The echo is difficult for me, but whatever you say is okay. [Laughter] Oh, you said Robin's hepatology book. First of all, I didn't know the hepatology book by Robin. [Laughter] Secondly, I trust your judgment, and, number three, I knew about it a long time ago, and, number four, its

ABIM02543

good now, everybody else knows about it.  [Laughter]  But this was never asked before.  It's the first time, so I don't know if it will be asked again or not.  It probably was experimental.

And No. 3.

**A 22-year-old female comes with abnormal LFTs, fatigue, diarrhea, and some jaundice. Some of her coworkers were sick like her.  You treat her symptoms and she comes back in two weeks for follow-up.  There is now no diarrhea, lymphadenopathy, jaundice, or hepatomegaly.  LFTs are normal.  She still has some fatigue.  What is your next step?**

I really couldn't understand this question much, but I'm thinking check for Hepatitis A, at least.  It's a young girl.  Hepatitis A can come to a young person and can go to another person, so I would at least check for Hepatitis A.  You take whatever you want.  I just don't understand.  See, the thing is this.  When people send me the questions, there is a good part and a bad part.  The good part is that you know exactly now what they're asking, all right?  But the bad part is you cannot blame them sending me a question after the exam is over and they've sent me 50 questions, so they're all hodgepodge, mixed in the blend, so one question goes into another, so I get this mixed information.  Then I sit down and try to figure out exactly what they're trying to ask, so if there is something like this in the exam then I am putting my bet on Hepatitis A, but obviously I could be wrong and there could be something else in the question which is missing here, so I'm just giving you as it is.  I'm trying to be as honest as I can be to give you what I am given, okay?  I can only give you what I am given, and this is the way it is.  I don't know what it is.  Whatever it is, it is, okay?

No. 4?

**Which of the following carries an increased risk for the transmission of Hepatitis C from a husband to his wife?**

[Inaudible].

Sharing toothbrush?  [Laughter]  Well, that's the height of poverty  [Laughter]  Out of these four, I'm taking blood transfusion.  That is the most common cause, blood transfusion or IV drug use.  They didn't mention that.  Sexually you can transfer it, but very rarely.  It happens, but not that commonly.  Toothbrush?  I don't think they should share it.  [Laughter]  And kissing, I don't think you can spread Hepatitis C that way, unless you are kissing like— [Laughter]  I don't know what to tell you.

On Page 37, I give you some timesavers, which we have already done as we went, especially to remember the bloody diarrhea in Milwaukee, and just remember—read the rest of them, cobblestone and prostitution.  You probably already know all these now, but that's one way of going over just the day before the exam.

Sometimes these images—all these images have been asked before in the exam.  Not that they're in every exam.  They just scatter them around.  Because I understand now they give three or four booklets.  In other words, everybody doesn't get the same exam, right?  They make three different books in [inaudible] and they give it to you.  It could be the same books but mixed, Question 1 for 31 or something like that, or it could be a different book, similar, but the standard remains the same.  For example, on the same disease one will be asked the diagnosis and the second one just the treatment, so it just means the same thing.  And then I give you—at the end of each subject, I give you my impression of questions.  The thing is this.  People come to me, you mean to say this is what you give us, then I'm going to do this very well and you're going to pass the Board?  I mean, I'm already done with it.  I'm already done with your material.  Now what do you want me to do?  [Laughter]  I get defensive.  I say, all right, what you do is do you have MKSAP?  Oh, yes, I've got MKSAP.  Okay, you just do—did you do MKSAP at the

end of chapter? There are a total of 100 questions, around 100. If you did all of those, it's a waste of your time. I went all over them, and I picked up the questions which I thought were the standard of the Board, but most of the questions in MKSAP are not the standard of the Board. Actually, they're higher standard. We don't need that. You only need a few out of these, okay? [Laughter]

I found out there were one-third of those questions which were good for you, so in order to save two-thirds of your time doing all the questions on MKSAP, only for those people—believe me. Those who have done my material three to five times, only after that if you want to practice, add to your knowledge, then I want you to do these MKSAP questions. For example, in GI I picked up 50 out of 142 questions. Saves you so much time. Instead of doing 142 questions and wasting time, plus you will get confused and your brain will be going left to right, so just do these ones, 50, and that is just for practice because it's only after you have done my material so that you don't call me and complain that you want something else to do. All right? So we will now break for—you want to say something? We will break for a cup of coffee. Come back in 20 minutes and we'll start all over again with Nutrition. Thank you.

## NUTRITION

There are about six questions or so, or seven to eight questions on the exam, usually. One is atrophic tongue, which is iron deficiency. Iron deficiency causes atrophic tongue. That means loss of papillae, like this one, loss of papillae. It is iron deficiency. Now this is not a painful tongue. If the tongue was painful, which is this one, then they should give you high MCV, which is Vitamin B12 deficiency due to inflammation. Such patients will complain of paresthesia of the feet because of B12 deficiency. MCV is high. Fissured tongue is also seen in Vitamin B12 deficiency.

Then there's a question on pancytopenia. What is the name of the vitamin deficiency which causes pancytopenia? That is Vitamin B12 deficiency. B12 deficiency causes pancytopenia. B12 does a lot in the examination. B12 is their darling. [Laughter] Deficiency of which of the following vitamins increases the blood level of homocysteine?

**[Inaudible].**

Both folic acid and B12, so there are Vitamin B12 deficiency related questions on the exam: number one, vegetarian, number two, pancytopenia, high MCV, high LDH. Megaloblastic madness. These people go crazy, very angry. For those women whose husband gets angry, they should do the B12 on them, also, [Laughter] and if they have spastic legs, then you should be able to tell. They have no vibrations left, and their methylmalonic acid and homocysteine levels are high, so these people are spastic. They get angry easily. On top of that, they are vegetarians. [Laughter] So Question No. 5, deficiency of which vitamin increases the blood level of homocysteine, as well as methylmalonic acid? Vitamin B12. Six questions, three minutes.

**[Six questions, three minutes]**

So, Question No.1, The answer is C because this is a description of subacute combined degeneration of the spinal cord that can occur without anemia. In other words, if you have B12 deficiency, and you get subacute combined degeneration, you don't have to have anemia. This patient is ataxic.

No. 2 is stocking-glove neuropathy in the legs. They give you Vitamin B12 of 220, which is normal, but it is in the low range of normal, so they want you to confirm the diagnosis.

ABIM02545

Day One                                                                                                    16

Confirmation of the diagnosis is done with methylmalonic acid.  Thank you very much.  It's good
to have the sound like this.  [Laughter]

        And No. 3, the patient is cake and cookies, depressed, confused, and there is one
question on the exam where one patient has both vertical and horizontal nystagmus.  I
remember this question many years ago when I was failing a lot, and this is one of the reasons I
failed this question because I'm sitting there forever thinking—I had remembered horizontal
nystagmus means  peripheral disease, [inaudible] disease [inaudible], or central disease with
vertical nystagmus.  That's how I remembered.  I know this patient  has both nystagmuses.
[Laughter]  I'm thinking [Laughter] vertical and...  Again, both diseases, peripheral and central?
[Laughter]  What could that be?  Then I figured it out, finally.  It is one condition on the exam.  It
is always there.  It is thiamine deficiency and causes both vertical and horizontal nystagmus, so
you will not now forget this, okay?  Both, and the cakes and cookies go with that, so you get
beriberi.

        Beriberi can be wet and dry.  It occurs in alcoholics, and in wet beriberi you get high
output state, and in dry you get the nerve involvement.  With the Wernicke you get nystagmus.
You get Korsakoff syndrome.  You write these answers first so I can go further?  A, B, C, C, C,
B, all right?   In subacute combined degeneration, you get paresthesia, loss of vibration, spastic,
ataxic, or [inaudible], all right?  That's B12.  They don't know where their joints are, loss of
position sense.  They don't know where their joints are or where their body is.  You ask them
where is your left leg?  Some people will be driving and say, sitting next to me, go to the left, go
to the left, left is that side, go to the left.  [Laughter]  In thiamine you get confusion, nystagmus,
double vision, and  postural hypotension, and sinus tachycardia.  I will never forget this case in
ICU.  The patient was admitted and all these cardiologists, and blood pressure is low and won't
come up, and they cannot figure it out, so they're giving a dose of dopamine to bring the
pressure up, and I had just read this, so I went to the patient.  The patient was alcoholic, so all I
did was give the patient thiamine.  The next day the blood pressure was normal without
dopamine, so remember thiamine  deficiency can cause hypotension in an alcoholic.  Very
important, and most cardiologists won't know about it.  If you have tachycardia with
hypotension, think of thiamine deficiency.

        So in your notes, I have given you four under Question 3, four presentations of B1
deficiency in the exam: alcoholic patient with nystagmus; on the third post-op day, a retired
college professor becomes confused and ataxic; and third is gastric bypass surgery, eats fast
food in small amounts, he's now confused with eye disconjugation; and number four is after
surgery patient has difficulty coming out of anesthesia, Wernicke's encephalopathy, so those
are four scenarios of thiamine deficiency in the exam questions.

        Question No. 4 is a classical description of pellagra.  Pellagra is—this patient, necklace.
See that?  Dermatitis is in necklace form, so we call it four Ds, dermatitis, diarrhea, dementia,
dermatitis, and death.  That's nicotinic acid.  This particular dermatitis on the exposed areas,
necklace type dermatitis.

        No. 5, lives alone, cakes and cookies and milk, and painful bruises like this one is
Vitamin C deficiency.  In the question in the exam, they give everything but bleeding gums.
Bleeding gums is also seen in scurvy, called  bachelor's scurvy, and in scurvy you get gums like
this.  How do you brush these teeth?  [Laughter]  They're so irregular.  [Laughter]  So talking
about gums, what were these gums?

[Inaudible].

On the left side is Dilantin.  On the right side is cyclosporin.  Cyclosporin can also cause
hypertrophy of the gums.  Talking about gums, one more gums—gum.  You're eating gum.

ABIM02546

[Laughter] Blue gums. If you have blue gums and constipation, you've got lead toxicity—lead toxicity.

Before I go to it, Question No. 6, the answer is Vitamin K deficiency. The PT is elevated, and PTT is also. Both can be elevated with Vitamin K deficiency. Antibiotics destroy bacteria that synthesize Vitamin K. Those patients who are not eating leafy vegetables and are using antibiotics can get Vitamin K deficiency within one week and high PT and PTT.

Questions on mineral deficiencies.

**Question No. 1, a 71-year-old hypertensive patient, while on captopril and chronic hyperalimentation develops dermatitis of the extremities and dysgeusia. What is the cause?**

This is called zinc deficiency. In zinc deficiency you get dysgeusia. Diarrhea and dermatitis and loss of hair. You get acrodermatitis, loss of hair, loss of taste, and chronic diarrhea, but dysgeusia can also occur from captopril, medication you give to the patient, Capoten, can cause dysgeusia. This is zinc deficiency. This came in the *New England Journal of Medicine*, March 17, 2005. In a child born with zinc deficiency, acrodermatitis, zinc deficiency. I'll never forget this case. Came to my office saying that—old lady. Only thing she said to me, and I still feel bad about it, that pain on the pulp of my fingers. I had no idea about this slide . I had no idea. I told her I don't know what you've got, and she left, never came back to me. Later on I saw this slide. Pain on the pulp of the finger, you'll now not miss, means zinc deficiency, these pains here, okay? So I missed this diagnosis in my office, I remember, but please you don't miss it. If you see one, you can help one person. Amazing.

No. 2.

**A patient on long-term TPN. Deficiency of which of the following minerals is associated with glucose intolerance?**

**[inaudible].**

How many people know about this? Four or five? Chromium is the answer, chromium. Chromium deficiency can cause glucose intolerance, and chromium deficiency causes proximal muscle pain, so if you have your diabetic, you see, when they lose glucose in the urine, they lose chromium, also, and chromium deficiency causes glucose intolerance, so always think of chromium deficiency in your diabetic who is not controlled, and then he will start coming to you with neuropathy and muscle problems. Just think of chromium. Always chromium picolinate is available over-the-counter. Even a microgram a day for a few days takes away all the symptoms of neuropathy and myopathy. In general the nonspecific things they get. You don't know what is wrong with them. You give them chromium. It doesn't hurt, and diabetes tends to get controlled better with that.

No. 3, the patient is on long-term TPN. Deficiency of which of the following minerals is associated with cardiomyopathy?

**[Inaudible].**

The answer here is selenium. Selenium deficiency causes cardiomyopathy.

On the toxicity questions, health-food faddist having headaches and dry skin and peripheral edema, calcium and mild liver dysfunctions are there. That's a classical description of Vitamin A toxicity. They get headaches, high intracranial pressure from Vitamin A, dry skin, liver dysfunctions, hypercalcemia, and anorexia, bone pain, muscle pains.

ABIM02547

Day One                                                                    18

      Vitamin D toxicity also causes hypercalcemia, so the difference will be what?  You notice
this difference is dry skin because both can cause hypercalcemia.  In Vitamin A toxicity you get

ABIM02548

Day One                                                                                    19

dry skin.  All the other symptoms can occur in both, and they have that question on the exam, dry skin.

Okay, questions on enteral feeding.

**A patient is five days status-post CVA, has recurrent aspirations.  On exam there is saliva pooling into the back of his throat.  Management?**

That's papilledema.

Question No. 1, the answer—this was asked in 2008.  Although most patients can be started on low-volume continuous intragastric feeds, a significant history of any of the following would favor starting with jejunal feeding.  In other words, indications for jejunal feedings are written in your notes on the bottom.  Those are the indications for jejunal feeding, but what is the answer to the question?

**[Inaudible].**

If the saliva is pooling into the back of the throat, I think you want a speech and swallow evaluation.  I would take A.  You want swallow evaluation.  That is the management initially, and then I'm giving you the last three lines.  I'm giving you the indications for J feeding.  If you can prove that, then you can do your jejunal feeding.

Question No. 2.

**A 62-year-old patient with acute pancreatitis is admitted to the ICU.  He has been NPO for a few days and needs to be fed.  Which of the following would be the best method of feeding during his acute illness?**

If you read the  underneath portion, the answer will be enteral feeding without lipids because this is acute pancreatitis.  You often get ileus and abdominal pain, and the evidence suggests that enteral feeding is safe and may reduce complications.  Enteral nutrition has the ability to maintain intestinal barrier.  The American College of Gastroenterology and the American Gastroenterological Association recommend enteral feeding for severe acute pancreatitis, so whenever possible you should be doing that, so the answer is B like in 'boy.'

New Questions.

**A patient is hospitalized following a post-gastric bypass surgery.  He remains NPO after four to five days and has had recurrent vomiting.  He also complains of leg pains, especially on climbing up stairs.  On exam he is somewhat confused and dehydrated.  There is horizontal nystagmus.  Diagnosis?**

**[Inaudible]**

Horizontal nystagmus, B1 deficiency.  Confused, horizontal nystagmus is B1 deficiency.

No. 2.

**A 44-year-old man has gained 100 pounds of weight in the last few years in spite of following dietary and exercise recommendations.  His BMI is 44.  His thyroid and other hormonal work-up is negative.  He has no contraindication to gastric bypass surgery. What would you advise now?**

**[Inaudible].**

ABIM02549

The indications for gastric bypass surgery are three, written underneath: BMI of more than 40—this one is 44, acceptable risk for surgery, and failed previous non-surgical weight loss, so therefore the answer is gastric bypass surgery.

**Question 3, a patient with acute pancreatitis is in the ICU for ARDS and is status-post intubation. He has been NPO. What would be the best way to provide nutrition now that pancreatitis is healed, abdominal distension has decreased, and he is having normal bowel sounds?**

Answer is same as before, nasojejunal tube feeding, jejunal feeding. The nasojejunal feeding was the answer in the exam, and that's because the enteral nutrients maintain the intestinal barrier, and meta-analysis of 27 controlled trials confirmed that enteral nutrition in the setting of acute pancreatitis was associated with significant reduction in length of stay and infectious complications, so therefore the answer was nasojejunal tube feeding, so that's something new that you should know in case they start to ask that.

**[Inaudible].**

Well, J-tube would be fine, too, but they didn't give that choice. So the time-savers are underneath for you, so we can now go to medical statistics.

## MEDICAL STATISTICS

Let's do the medical statistics, which as far as I'm concerned is very difficult for me because I don't know anything about it. I never had any training in medical statistics. If there was a class, I never attended it. [Laughter] Usually with 8:00 a.m. classes, I never get up until 9:00 a.m., so all I know is I can make you pass this. The way I can do that is there are six questions on the exam on medical statistics. Three are on definitions and three are on calculations. I give you all those six questions and you pass, right? [Laughter] They don't need to know anything about it.

The first definition they want [inaudible] is P value. I have no idea what is P value, so I decided to write it down for you. It's all written for you. P value is a way of expressing a study's statistical significance. It determines whether or not an observed effect can be explained by chance. When P value is between 0.05 and 0.01, the result is usually called 'statistically significant.' When it is less than 0.01, the result is often called 'highly statistically significant.' That's easy. The lower it is, the better for you, all right? Big deal. The interpretation of P value can depend on design of the study, method of collecting data, and analytic practices used.

I tell you what. I have given you the last two pages in this document to really understand the meaning of P value. If you see the last two pages and that one, as well, it came in—it was very nice—Medscape Business of Medicine. "Michael Jordan Won't Accept the Null Hypothesis: Notes on Interpreting High P Values." If you read this, you will really understand the meaning of P value. My problem is I read it and I forget about it, my problem is I can't remember things, but you have to remember until the examination date. After that you can forget it, too. [Laughter]

The second definition on the exam, which is every year, is on meta-analysis, and meta-analysis means—it refers to the collection of methods for combining quantitative information from several sources to give a summary statistic. In other words, one professor gets up, decides to read, say, on acute pancreatitis, so he picks up 350 articles on acute pancreatitis and he decides which one is good, which one is not good, discards a few of them, sits down and writes his own stuff on acute pancreatitis talking about all these studies he read, so this is called meta-analysis, okay? So some of these people have nothing else to do, [Laughter] so they sit

ABIM02550

Day One                                                                          21

down and decide to do that. It's called meta-analysis. If you fail to remember the definition of meta-analysis, I can tell you the answer on the exam is B like in 'boy.' [Laughter] Just in case on the meta-analysis question you don't remember the definition, the answer on the exam is B, 'boy,' [Laughter] and you will pass.

Next is confidence interval. Now the question on the exam on confidence interval was, a medication is effective with a P value of 0.05 and a confidence interval of 95%. That is between -15% and +85%. What does it mean? I don't know. [Laughter] It means that you are confident 95% of the time that there is an 85% chance that it will work favorably and a 15% chance that it will not work favorably, okay? That's what it means. It's no big thing. They're just definitions, and you should remember the definitions, and that's what they are. For example, on the next page, is the definition of randomized study. Everybody knows that. I don't have to give you the definition of a randomized study.

On the determination of diagnostic tests, the question they ask is if you increase the threshold for what is normal, what will happen? You will get more negative results or more positive results? You will get more negative results, and this will decrease the sensitivity and increase the specificity. If you decrease the threshold for normal, you will get more positive results. For example, if you remember cholesterol, in my time the serum cholesterol normal was 250. In your time it is 200, so we decreased from 250 to 200, made it normal, less. What happened? More true positive tests, okay? So it's the same thing. If you decrease the threshold for normal, you will get more positive results, and that will increase the sensitivity and decrease the specificity of the test. That's what you're supposed to know.

On the interpretation of the diagnostic tests, they keep asking the definition of sensitivity. Sensitivity is the ability of a test to correctly identify patients who have the disease. In other words, you know the patient has disease. The question is how sensitive is the test that can pick up that disease, so that's a question, and you can calculate that by taking true positive and divide that by true positive plus false negative. That's in your notes. Similarly you can calculate specificity by taking the true negative and divide that with true negative plus false positive. Unfortunately you have to have to remember these formulas in order to calculate the sensitivity or specificity if they ask it on the exam. The same way on Page 3. They will ask you how you calculate positive predictive value, and that is always on the exam. As a matter of fact, they will give you a question on the exam to really calculate the positive predictive value by giving you various numbers, which we're going to do soon with you together. So you calculate the positive predictive value with a true positive divided by true positive plus false positive, and negative predictive value by taking true negative divided by true negative plus false negative. So now you have—based on this, let's see if you get some idea of four questions in three minutes.

**[Four questions in three minutes]**

Very good, looks like you're all done. Do they give you lectures on medical statistics at your universities? They have? That's why you will definitely know better than I do because to me this is Greek really. For example, the formula for calculating sensitivity of a test, we gave you that in [inaudible], right? That is true positive divided by true positive plus false negative, and for negative predictive value, it is written above on the same page. And why do we do randomized studies?

**[Inaudible].**

How many people take B like in 'boy'? That is the answer. And No. 4, how many people answered A? Okay, only a few are taking it, but I am taking A. My reason for taking A is this. Negative predictive value is the probability that a patient who has normal test is actually free of the disease, so lesser than normal test result, higher will be the negative predictive value, so

ABIM02551

Day One                                                                          22

less of the normal test result occurs  with the tests that are more sensitive.  Therefore the higher
sensitivity, the higher will be the negative predictive value, and therefore my answer is A, so I'm

ABIM02552

Day One                                                                                                     23

going that route thinking that way, but you decide what your answer is.  My answer is A, and this is a Board question.

On the next page, No. 4, somebody in the class last year gave me this.  He says, doctor, this is a very easy way of remembering these, so I just put it there.  I'm not sure if it will work for you.  I mean, he puts the arrows and the boxes like that, and then he puts them by A, C, so A divided by A + C.  To me, it's more confusing.  [Laughter]

Let's go to the calculations on Page 5.  Prevalence of a disease in a population is 10%, sensitivity of the test is 90%, specificity is 95%, and the question on the exam is what is the positive predictive value.  Sometime in the exam they will give you like this 2 x 2 table, and they will even write exact numbers so you just have to calculate, but sometimes they won't give you the numbers and you have to find the numbers yourself, so let's do that together for a change just to see what happens.  Those of you who are getting disheartened that this is very tough and cannot be done, I can assure you that you can do definitely right answers on the exam with the definitions.  There are three total calculations, and I can also assure that one type of calculation I guarantee you that you will be able to do, which I'll come to you, but if they give you this, which is there on the exam, I'm positive they will ask you to calculate positive predictive value with these numbers, some of you will have difficulty, but it's okay.  Out of six questions they give you, if you miss two it's still okay.  I would rather you spend time on the other questions which are more important than this, okay?  So don't get disheartened, but I have to go through this process, so that's why I'm doing it, otherwise I won't repeat it.

So let's do it together.  Prevalence of the disease in the population is 10%, and always think that the population is at least 1,000 because then the calculation becomes easy.  Ten percent of 1,000 is one hundred, so 100 have the disease, therefore out of 1,000, 900 do not have the disease, right?  So you just remember that fact because you're going to need that 900 later on who do not have the disease.  So let's go to the ones who have the disease.  True positives are 90, okay, because sensitivity of the test is 90%, and therefore out of 100 who have the disease, 90% have the positive test.  Therefore the true positive is 90.  What will be the false negative?  The rest of them, which is 10 out of 100, right?  So 90 true positive, 10 true negative.  So you put that on the 2 x 2 table, which I did for you, 90 on the top left, 10 on the left bottom.  Now let's check the specificity.  Specificity to the test is 95%.  That means specificity by definition is those people who don't have the disease.  That is out of 900 who do not have the disease, 95% have the negative test.  Therefore true negatives are 95% of 900, which will be 855.  That is 95 divided by 100 and multiplied by 900.  Ninety-five percent of 900 will come to 855, so how many are false positive?  Nine hundred do not have the disease, 855 are true negative, so if you subtract 855 from 900 you should get those people who are false positive, and that will be 45, and you put that on the 2 x 2 table, and now you calculate the PPV, which is true positive divided by true positive plus false positive.  That is 90 divided 90 + 45, will be—if you calculate and multiple that by 100—always multiply that by 100 to get the percentage—it will be 66.7%, so the answer to the question is 66.7%, and you do it later on, but the details are written for you.

If you understand that, then you can do the next two questions, which is Question No. 1.  Go ahead.

**PSA has a sensitivity of 75% and a specificity of 80%.  Prevalence of prostatic carcinoma in your referral male population is 10%.  If your patient has a positive result on the blood test, what is the chance that he has prostate cancer?**

That is to say they're asking what is the positive predictive value of the test?  Again, I will do it with you.  In the given question, PSA that is sensitive would be 75%, the disease prevalence is 10%, 100 out of 1,000 have the disease, but the sensitivity is 75%, so 75 out of 100 with the disease have a true positive test, and therefore 25 have a false negative test.  The specificity of

ABIM02553

Day One                                                                                          24

the test is 80%. Of the 900 who do not have the disease, 80% have negative test, so 80% of 900 would be?

**[Inaudible].**

Seven hundred twenty. Perfect. Seven hundred and twenty are true negative, therefore 900 minus 720, 180 are false positive. Therefore the true positive is 75, false negative 25, true negative 720, false positive 180. You apply the formula of true positive divided by true positive plus false positive and multiply by 100, you will get 29%, so the answer is 29%. Similarly, if you do Question No. 2 later on, the answer is 12%. Twelve percent is the answer to Question No. 2, and, again, if you don't know, if you get totally confused on the exam, just answer B like in 'boy.' Twelve percent.

I used to do that in the exam. In my time some of the questions would be true and false, okay? Each statement—there's no best answer. They used to say, okay, A is true or false, B is true or false, C is true or false, D, true or false. I didn't know anything about the questions. They will ask about the cellular level of the GI tract in GI subspecialty, so I didn't know how to do it, so I thought, okay, if I had heard about these questions, I would have known that. If I would not have known it, I'm going to call all of them false. If I don't know a question, the answer is false, okay? [Laughter] I knew if I did that, I'll be 50% right. What I did, it either is true or it's false. Fifty percent right, right? How can you lose? So very simple. Any question I encountered on the exam on true and false, I would say false. And guess what? I passed the exam. [Laughter] I didn't know the concept and I passed the exam because I took the percentage. I said, look, 50% are true, so after that, I wrote on the Board. They found out about that and they stopped giving true and false questions. [Laughter] No more true and false questions after that because]. So similarly, I said if you don't know what it is, you will pick A, B, C, or D. Now the chances are much more meager to really do it, but, still, if you don't know anything, decide which one you want to do, A, B, C, or D on all the questions you don't know. You'll still do some right.

Okay, now the other types of calculations on Page No. 7. This everybody can do this. This is easy. In this type of question they will give you two percentages, okay? When you see two percentages in a question, just subtract the two. For example, the mortality decreases from 6% to 3% on using a new thrombolytic drug in a disease. How many patients with the disease will you have to give this drug to save one life? In this type of question, you subtract the two percentages. Six minus 3 is? Three. You will be saving 3 lives out of 100, right? It's a percentage. Three out of 100 means 33, answer is 33. You didn't get it?

Go to No. 2. You'll get it. You'll see. No. 2, what will be your answer if the mortality decreased from 40% to 20%? Forty minus 20 is 20, so 20 out of 100, right? You will be saving 20 out of 100 lives. That means 1 out of 5. Five is the answer. Think about it.

Okay, go to Question No. 3. I'll get there. Go ahead.

**An HIV pregnant patient has 2% risk of transmitting infection to the baby if delivered with C-section compared to 7% risk if delivered vaginally. How many C-sections would you have to do to prevent one HIV infection?**

Seven minus 2? Five percent. You will be benefitting 5 out of 100 people. That means 1 out of 20. Five out of 100 means 1 out of 20.

**When the fraction is reduced.**

So 20 is the answer.

ABIM02554

Day One                                                                    25

**So the answer is the denominator.  Is that clear?  Seven minus 2 is 5.  Five over 100 reduces down to 1 over 20, so the answer is 20.**

Try again, Question No. 4.

**Three hundred subjects were randomized for a trial for the efficacy of a drug.  The placebo group has 90% mortality at one year.  The treatment group has 75% mortality at one year.  How many patients need to be treated to save a life?  Ninety minus 75?**

Fifteen out of 100.

**Over 100, reduces down to 1 in—**

Six.  Six patients need to be treated to save a life.  This is easy, man.  What's going on? [Laughter]  Even I understand this one.  [Laughter]

**A patient with HIV has genital herpes.  Risk for herpes to fetus with C-section is 2% and with vaginal delivery is 7%.  How many deliveries do you have to do by C-section to save one fetus from acquiring the herpes?**

[Inaudible].

**Right.**

**20.**

**Seven minus 2, 5.  Five over 100?  One to 20, and 20 is the denominator.**

All right, let them do No. 6.  [Laughter]  Who will give me the answer on No. 6?

**Ten.  [in unison]**

Ten.  Done.  Easy.  Okay, so there're going to be two questions like that, and I'm sure you can do both of them.  I'll give you one more, which is easy.  They will give you a graph like this on Page 8.  I'm just talking about the top graph, okay?  The rest is just explanation.  In the top graph, which of the points indicates maximal sensitivity?  The cutoff point is A and the cutoff point is B.  Because there are very few tests that are simultaneously 100% sensitive and 100% specific, it is difficult to place the cutoff point to separate normal from abnormal.  The test cutoff points will have effect on sensitivity and specificity, as shown here.  Cutoff Point A is 100% sensitive, so that's the way they put it.  The cutoff point is 100% sensitive, therefore the answer is A.  They're asking you which of the points indicates maximal sensitivity.  Cutoff Point A is the maximal sensitivity.  That will identify all the individuals with the disease.  Cutoff Point B, on the other hand, is 100% specific.  Values below B will identify all normal individuals, and if Cutoff Point A is moved towards Point B to make it more specific, it will become less sensitive.  As Cutoff Point B is moved towards Point A to make it more sensitive, it will become less specific, so the answer to the question is A.  It doesn't matter.  If they give you a graph like this and the question is which cutoff point is maximum sensitivity, the answer is A, okay?

    Now you go to the New Questions on the next page, No. 9.

**Question 1.  Drug A decreases serum cholesterol in 25% of patients.  Drug B decreases serum cholesterol in 20% of patients.  How many patients need to treat with Drug A to decrease the serum cholesterol in one patient?**

ABIM02555

Now be careful. This is not the similar question which we did before. Look what it is doing to you. They purposely did this. I was telling people to subtract the two percentages. Now that is not here. These are two different things. This is not the same type of question that you are using in a study.

**Four. [in unison]**

The answer is 4, C, 4 patients. Right. This is easy. It's different. It has nothing to do with the 20%, everything to do with 25% of the patients, which is 4 actually. It's so simple. No. 2, Question No. 2. What do you want to take as the answer to No. 2?

**A 61-year-old patient is found to have a nodule in the right lung. A PET scan of the mediastinum shows an increased uptake. The thoracic surgeon is informed. He decided to do a mediastinoscopy. Why did the surgeon take the decision?**

A, because of the sensitive test. Sensitivity is high, that's why, A. No. 3.

**What is the meaning that a test has a 67% sensitivity?**

It means only 67 patients out of 100 with the disease have the positive test. The rest have the disease but the test is negative, okay? Again, only 67 patients out of 100 with the disease have the positive test. The rest of them have the disease but the test is negative.

No. 4, and No. 4 is about Type I and Type II errors. They don't ask that that often. They did ask the last time as a new question, so I decided to put it underneath there for you to read about Type I and Type II errors, just the definition, And on Page No. 10, again, similar likelihood ratios and their definitions for you to study. Really, they have occasionally asked those, not always, but I still put the definition in the exam course for you to understand it.

No. 6.

**A study is done in a population of patients with high pretest probability of celiac disease. What would the study have to show for you to accept the validity of this study?**

Naturally, the lesser P value will be the answer. The answer is A. All right? So that is your medical statistics, about six questions on the exam. Don't worry about them.

## DERMATOLOGY

Let's do dermatology now.

**Question No. 1, a patient with herpes labialis develops a target lesion. [Inaudible.] What is the possible diagnosis?**

Herpes labialis and the patient develops target lesions like these. Erythema multiforme, B like in 'boy.' The idea is that erythema multiforme, the target lesions, there are three causes: mycoplasma, herpes, and drugs. So the patient they ask in the exam, the patient has herpes simplex. Herpes simplex is the cause of erythema multiforme in this question. This is what Stevens-Johnson looks like. I just had my own patient. I gave her allopurinol when she got this. Allopurinol can do it, too. Almost died. This is herpes simplex. In a patient who walks in the ICU, if you take a swab out of these sick patients, this will show you multinucleated giant cells. This is also a patient with AIDS who has HSV and did not respond to acyclovir. This is the

ABIM02556

Day One                                                                                          27

multinuclear giant cells, and then they gave intravenous  foscarnet and it cleared up.  So herpes
simplex, the Board loves it.  In a different form they'll ask you.

ABIM02557

Day One                                                                                                          28

        This is No. 2, erythema infectiosum from B-19 parvovirus or Fifth disease, slapped
cheek appearance.  They ask this complication.  It's transient aplastic crisis.  If adults get
exposed to this virus, they get rheumatoid arthritis-like picture.  If I get exposed to this virus, I
will not get this erythema infectiosum.  I will get arthralgia, which looks typically like rheumatoid
arthritis.  Adults will get rheumatoid arthritis picture and only transiently, a few days, then it goes
away because it's a virus.

        This is erythema nodosum, No. 3.  The causes of erythema nodosum are in your notes.
You notice HIV is not mentioned, so HIV is not a cause of erythema nodosum.  What is the most
common cause of erythema nodosum in the United States?  Sarcoidosis.  One of the causes of
erythema nodosum is Behçet's syndrome, and  Behçet's syndrome is painful ulcers in the
mouth and genitalia.

        So there are three Board type questions.  One is erythema nodosum plus diarrhea plus
pain in the right lower quadrant.  That will be Crohn's disease.  The other is  pyoderma
gangrenosum plus diarrhea plus pain in the right lower quadrant is also Crohn's disease, and
then erythema nodosum plus non-caseating granuloma  means sarcoidosis.

        Question No. 4.

**An African-American lady has erythema nodosum.  What is the next test for diagnosis?**

Chest X-ray for sarcoidosis.  This is pyoderma gangrenosum.  Pyoderma gangrenosum occurs
in ulcerative colitis or Crohn's disease.  This is also pyoderma gangrenosum.

        Behçet's syndrome we passed by.  We did that.  I think my little slides got off.  That's
why the problem.  In Behçet's syndrome you get deep and painful ulcers and two of the
following: genital ulcers, ocular lesions, skin lesions, or pathergy test.  What is pathergy test?
Pathergy test is skin hyper-reactivity, any scratches or intradermal saline injection, so skin
hyper-reactivity is pathergy test, skin hyper-reactivity.  So Question 5 is the one we were talking
about diarrhea and pain in the right lower quadrant and the skin lesion of pyoderma
gangrenosum.

        This goes with No. 7, Question No. 7, common wart.  The human papillomavirus is
fleshy colored, hyperkeratotic, not umbilicated, and it is painful.  This is the one which causes
cancer of the cervix, this virus.  It can look like this.  In the genitalia it could look like
condylomata acuminata, same virus.

        This is No. 8, umbilicated, painless lesion on the face of a gay man.  HIV status was
negative three weeks ago.  What is the cause of the skin lesion?

**[Inaudible].**

Poxvirus?  It is poxvirus, which is painless, pearly, umbilicated.  This is a yearly question, every
year the same question, umbilicated mulluscum contagiosum.  It is a self-limited disease.  Some
patients will require treatment, and in the Board exam the answer was cryotherapy, cryotherapy.
Cryo therapy.  Not crying therapy, cryotherapy.  [Laughter]  Or you could have crying therapy,
too.  This is cryotherapy.

        No. 9, chicken pox.  This is still more or less common.  This is chicken pox.  Adults get
pneumonia and a very high mortality rate.  Chicken pox, and in adults you give acyclovir,
especially if you're thinking of pneumonia.  There's very high mortality.  Positive Tzanck smear
and IV acyclovir or vadarabine.

ABIM02558

Day One                                                                          29

Question 10, also called Beau's lines or Mees lines.  They are transverse white ridges, transverse white lines.  This is seen in arsenic poisoning, arsenic poisoning.

**[Inaudible].**

Chemotherapy?  Chemotherapy is here.  Chemotherapy can do it, too.

No. 11, cryoglobulinemia.  Hepatitis C, high rheumatoid factor, low complement.

No. 12, hidradenitis suppurativa.  This patient uses deodorant.  They don't like to have showers.  They just put on deodorant.  [Laughter] Staphylococcal infection.  The treatment is topical clindamycin, topical clindamycin.  In the exam, it is the left axilla.  [Laughter] There is no other question of left axilla, only one.

And there is erysipelas.  These are very painful cellulitis with raised border due to *Streptococcal* (sic) *pyogenes* or *Staph aureus*.  Raised, painful lesions, so this is treated with IV penicillin or cephalexin.  For MRSA you could give clindamycin plus Bactrim.  In other words, this is usually treated with cephalexin or IV penicillin for *Streptococcal* (sic) *pyogenes* or *Staphylococcal* (sic) *aureus*.  Clindamycin plus Bactrim could also be given.

This is hot tub folliculitis due to *Pseudomonas*, the follicles occur following a bath in the contaminated water, such as hot tubs or spas or water pool, swimming pools.  They are typically on the swimsuit area and lesions occur 48 hours after exposure, so you go to a spa and you come home with this.  [Laughter]

No. 15.

**A 17-year-old female presents with acne on the face.  She is concerned that her mother has marks on her face because of acne during her youth.  She is very worried about her face getting similar marks.  On exam there are comedones on the face that are closed with very little inflammation.  What is the best treatment?**

This is acne vulgaris.  There is very little inflammation, therefore you could just treat with Tretinoin cream.  C is the answer.  If there was inflammation, you would also use benzoyl peroxide gel.  There are comedones with keratin plugs.

**Question 16, a 16-year-old patient is brought by her mom to assess need for Accutane.  On exam there are no cysts or nodules, only a few open and closed comedones with significant inflammation.  What is the treatment?**

So in this case a significant inflammation, therefore the answer is topical benzoyl peroxide gel.  You shall see the next page.  It describes that, the treatment.  If there is inflammation, you give benzoyl peroxide.  If there is no inflammation, Tretinoin, or you could give both.  If there is inflammation also, give Tretinoin at nighttime, benzoyl peroxide in the morning.

The most important question is on tinea versicolor.  Tinea versicolor is a fungus which gives lesions that are scaly, circular, light brown or hypopigmented macules, and they are always on the exam.  Treatment is with antifungal medication.  They usually occur at the time of high humidity.  KOH preparation will show short hyphae and round spores.  They call it spaghetti and meatballs.  When you read the sentence 'spaghetti and meatballs' in the exam, that means tinea versicolor.  The treatment is solutions containing sulfur, salicylic acid, selenium sulfide, or antifungal medication.  This is a very common disorder.  This is what is called spaghetti and meatballs.

ABIM02559

Day One                                                                                    30

No. 18 is tinea corporis.  Tinea corporis again.  Again a fungal infection, superficial.
Tinea corporis on the body causing erythematous, annular, scaly plaque with central clearing,
just like in Lyme disease.  This is tinea cruris, ringworm.  This is ringworm, tinea cruris.  The
margins are scraped to check for fungal hyphae.

No. 19.

**A woman notices a 45-year-old coworker scratching her head repeatedly while at work.
She gives you a history of taking hormone therapy for menopause.  On exam there is an
area of distinct patch of hair loss on her with erythema, scaly skin, and hair loss near the
right temporal area.  When tested with a Wood's lamp, it is positive.  You see bright
green fluorescence of the infected hair.  What is the diagnosis?**

Tinea capitis.   You have to treat anybody who is associated with her, black dots are there,
broken hair, some plaques with pustules,  they're called karyon, this is a ringworm of the scalp.

The next one is actually alopecia areata, Question No. 20.

**Sudden loss of hair occurs from the scalp of a 12-year-old patient during a period of two
weeks.  Areas of alopecia are smooth, circular, and discrete with complete hair loss.
What is the cause?**

A patient with alopecia areata typically has smooth, circular, discrete area of complete hair loss
that develops in a period of a few weeks with the regrowth over several months.  There's always
regrowth.  Whenever the tension goes away, it comes back.  In other words, the disease goes
away when the tension goes away.  This is not nervous hair pulling, which can also occur, or
traction alopecia.  That is different.  That's this one.  The answer is B like in 'boy' for Question
20.

**Question 21, a 40-year-old male presents with scaly, itchy rash.  Itching is more
prominent at night.  On exam there are pustules and vesicles on the scrotum, penile
shaft, hands, feet, including the interphalangeal clefts.  Treatment?**

This question is always on the exam.  The answer is 5% permethrin, 5% permethrin.  It is
scabies.  It is distributed on these areas on the body, specifically in the interphalangeal area,
very itchy lesions, and 5% permethrin is the treatment.  It is an infestation of the skin by the mite
of scabies that results in intense pruritic eruption with a characteristic distribution pattern as
shown here.

Question 22.

**A 31-year-old man presents with nonspecific complaints of arthralgia and fatigue.  He
thinks he is working very hard because of a tough work schedule.  He gives a past
history of non-gonococcal urethritis and Hepatitis B.  A picture of his face is shown with
scaly skin on the chin and around the moustache.  Which of the following is associated
with this lesion?**

This question was asked last year.  The answer is A, positive HIV.  I don't know why they put
patient has tough work schedule.  [Laughter]  The patient has tough work schedule?  It's due to
HIV.  [Laughter]  The treatment of this condition is in your notes.  Low potency corticosteroids
are used daily until improvement is seen.  That is, you have to treat HIV also.  That's beside
that.  A lot of people have this without HIV.  This is also seborrheic dermatitis.  That is
seborrheic dermatitis.  This is  seborrheic dermatitis.

ABIM02560

This is *Candida*, 23. *Candida* occurs in intertriginous areas, tongue, esophagus, vagina, diaper's rash in babies, like this one. Treatment is antifungal medications. This is *Candida* or geographicical tongue?

**Candida. [in unison]**

This is geographicical tongue, okay, so this is all *Candida*, this from here on, *Candida*, and treatment of *Candida* is what? Fluconazole.

No. 24.

**A construction worker with alcohol on his breath presents with a vesicular, itchy rash on the palms and hypertrichosis. He is not on any medications. What is the diagnosis?**

This is bullous lesion, itchy, hypertrichosis. The urine is red in the morning.

**Porphyria.**

Porphyria. Hepatitis C. Porphyria in one picture, hyperpigmentation, hypertrichosis, bullous lesion. Treatment is in your notes.

No. 25. Before you go to that, porphyria cutanea tarda treatment also in the notes, also on the slide. Dermatitis herpetiformis, celiac disease, very itchy, associated with celiac disease. Treatment is gluten-free diet plus or minus Dapsone. D-a-p-s-o-n.

Next, No. 26, keratoderma blennorrhagicum of Reiter's syndrome. Reiter's. These patients are young men complaining of pain in the heel. They have circinate balanitis like this one, painless erosions, circinate balanitis, painless erosions of Reiter's.

No. 27 is always on the exam.

**A 16-year-old female who's sexually active goes to Connecticut for camping. There she happens to have sex with the counselor. She now comes to you because of an itchy erythematous patch on her trunk and spreading to proximal extremities. She denies a tick bite. What is the diagnosis?**

She has a herald patch here. They're showing the herald patch which always occurs on the chest, even in children. It occurs on the chest, herald patch. I show you here. This is a round patch of pityriasis rosea, and in the exam question she got that after sex with the counselor. It is a virus due to picornavirus, and the patch will come first on the chest area, usually along the rib lines, followed by a widespread, bilaterally symmetrical—this is the patch—followed by widespread, symmetrical itchy skin eruptions on the trunk, on the upper extremities. And the center of the lesion is crinkled or like cigarette paper, cigarette paper in the center, and you notice one thing. The distal part of the extremities are not involved. Distal parts are free of the lesions, and that is very characteristic of pityriasis rosea, the patch on the chest followed by lesions all over, except the distal part of the extremities. It is a picornavirus, pityriasis rosea, always on the exam, so the moral of the story is?

[Inaudible].

Sometimes they ask the treatment. The treatment is topical steroid cream, which is true for every skin condition, as far as I'm concerned. [Laughter] Actually, I carry steroids in my pocket all the time. Any skin condition, I just give steroids. [Laughter] No. 28, the treatment of the above condition, we just did. That is the one, topical steroid cream.

ABIM02561

No. 29.

**A lady is presented with facial rash that gets worse with sun exposure and alcohol. There are no comedones.  Treatment of choice is?**

**[Inaudible].**

This is rosacea getting worse with the sun and alcohol, rosacea.  Rosacea can look like this or this or this, and the treatment is local metronidazole or [inaudible] cream.  They're showing you before and after topical metronidazole.  This was also on the exam.

This is No. 30.

**A 64-year-old man presents with velvety hyperpigmented plaques in intertriginous areas, dark patches in the axillae, and in the left groin.  It is associated with?**

**[inaudible].**

Board question.  This is associated with cancer of the stomach.  This is called acanthosis nigricans.  Acanthosis nigricans occurs in insulin resistance, in diabetes mellitus.  Again, causes of acanthosis are insulin resistance, diabetes mellitus, malignancy of the stomach, and there's one more.  There's no mention here, but I know it is polycystic ovarian disease.  We'll do that on endocrinology again and also acromegaly.

No. 31.

**In the development of skin cancer, which of the following is most important?**

How many people have A?  One, two, three, four, five, six.  B?  And the rest will be C, I guess.  I'm glad you came here, all of you, [Laughter] because the answer is A.  Very few said it was A.  Very few were A.  The answer is A, and you should be happy that you came because this is a board question.  If you were exposed in childhood, severe sun exposure, you will get, you will have very high chance of cancer of the skin later on in life.  That is written in the literature everyplace.

Next is melanoma, which looks like this, vicious-looking, nodular lesion, and the precancerous lesion is dysplastic nevus.  This is a precursor lesion  for melanoma, dysplastic nevus.  In the middle of it you can see the melanoma coming on.  Fifty percent of people having dysplastic nevus, 50% of dysplastic nevi will develop melanoma like this one, and the Board question is on prognosis.  Prognosis in Stage 1 is the best where the depth of the lesion is less than .06mm.  The survival is more than 95%, ten years.  So there are two questions on melanoma you should know.  One is what is the best prognosis?  That means the depth of the lesion is less than 0.76mm, and the second Board type question is not here, but it will come again in oncology, but I can tell you right now that it is a melanoma was removed in one patient and there were lymph nodes present, and the answer was after you remove the lymph nodes, the treatment is radiation or chemo, they asked.  The answer was chemotherapy with high-dose interferon, so, in other words, once you remove melanoma, which is a nodal disease which is Stage 3 in this case, you will then give chemotherapy with high-dose interferon.  That was the second question, so there are two questions.  We'll do them again in oncology just to be sure that you know about it.

This is squamous cell carcinoma of the skin, which is also related to sunlight and cigarettes.  Sunlight and cigarettes are the risk factors, and the precursor lesion of squamous cell carcinoma of the skin is actinic keratosis.  This is actinic keratosis which people get with sun

ABIM02562

Day One                                                                                              33

exposure.  It leads to this or this.  These are hyperkeratotic papules on the sun exposed areas, and they have a high metastatic potential, high metastatic potential in squamous cell carcinoma.

Compare that with the next one, which is—this is [inaudible] keratosis, causes squamous cell cancer.  Compare that with this one, which is basal cell carcinoma, the next one.  Basal cell carcinoma is much less malignant.  It has clearly defined margins.  It is shiny, pearly, translucent quality with telangiectasias on it.  Sun exposure is also a risk factor, but its metastatic potential is lower than that of squamous cell cancer, so it is not as bad as this one is.  This one is bad.  This is bad.  But, this is not that bad, but it is also cancer of the skin.

The one which you should know for the exam purpose is No. 35, an elderly man with several months of skin eruptions, usually on the backin the examination, mycosis fungoides.  It is the most common cutaneous T-cell lymphoma, always in the exam.  An older person who has this lesion for many, many months, sometimes visceral involvement will occur with a five-year survival of 60%.  Mycosis fungoides is a favorite of the Board.

Last, this one, No. 36.  All of the following are associated with vitiligo except?  This is vitiligo.  Which one of these is not associated with vitiligo?  Because vitiligo is associated with many autoimmune disorders.  The answer is H.  H is not associated with it.  Everything else is.  It is a part of polyglandular deficiency syndrome, which we'll do again in endocrinology.  There are new questions.  The answer is H, except H.  Everything else is associated with vitiligo.  H is Cushing's disease.  It is not associated.

Okay, Board questions.

**What is the premalignant precursor factor for squamous cell carcinoma of the skin?**

You just did it.  Actinic keratosis.  Next?

**A 41-year-old healthy lady gardener has a cat at home.  She has had three recurrent episodes of armpit lumps that drain serous fluid.  There is no fever.  She has been using a new deodorant under her armpits.  The rest of the exam is normal.  What is the diagnosis?**

New deodorant?

**Hidradenitis.**

Next.

**A 51-year-old female presents because of many warty, well-circumscribed, scaly and hyperpigmented lesions on her trunk.  On exam the lesions have a 'stuck-on' appearance.  A biopsy will reveal which of the following?**

[Inaudible].

This is called—the answer is A.  It is seborrheic keratosis, and this is what it looks like, a 'stuck-on' appearance, that something is stuck on the skin, you want to take it off.  Okay?  'Stuck-on' appearance.  So I have mentioned about it under the question.  You read about it because it has some associations with a variety of malignancies, including GI and lung cancer.

No. 4.

**A 62-year-old patient with weight loss and abdominal fullness develops seborrheic keratosis.  Which of the following is your next step?**

ABIM02563

Day One                                                                                    34

Seborrheic keratosis.  That is the one we just did, which is associated with cancers, so therefore you will do CAT scan of the abdomen for GI malignancy.  GI malignancy is associated with seborrheic keratosis.  The answer is B like in 'boy.'

        Ladies and gentlemen, thank you very much.  I will see you tomorrow morning at 9:00 exactly.  Thank you.

[End Day 1]

ABIM02564

**5/22/09--Afternoon Session**
**(3:05:50 – 3:06:19)**

So when you go to the exam and you find certain questions which were new to you, I would like to know what they are, so you can help the next class, because the previous class is helping you, so you're supposed to help the next class, if you can help them. Now, on the depression, the first one is . . .

**5/23/09—Morning Session**
**(2:16:26 – 2:17:13)**

Here the moral of the story is? Here, the moral of the story is – send me questions, okay. Make sure you send me questions after the exam. Just write ,e-mail me, how you did. I want to know how you did on the examination. At least tell me whether, after you take the exam, whether this course was at all helpful and if it was, how much helpful was it. If you can email me right after the exam, I would really appreciate it. [Inaudible].

**5/23/09—Morning Session**
**(3:02:10 – 3:03:40)**

I won't be there to tell you. Also I'll be outside [laughter]. What do you think I did? How do you think I collected all this? Not everybody sends the questions to me, so I go there. Every year, I make some friends who are going there, and I ask them to see what they're saying, okay, I'll help you now. You help me later. Help what? I'll give you some questions now, but then at the lunch time, meet me outside at my car [laughter]. So, he said what car do you drive? I tell him, a white Mercedes. Okay. So, I meet outside at lunch time and say, I have a free lunch for you [inaudible; laughter]. So I pick up sandwiches, one for me, one for him, and he comes in, sits in the car, I lock the car [laughter] and I put my tape recorder on. And now you start talking. While you're talking to me, eat your hamburger. Talk, as much as you can remember, you just saw whatever it is in the exam, give me all. And talk on this. I'm listening. You talk to the tape recorder. And he does. As long as he's there, he'll tell you all the questions, then I go home at night time and put down for you. Okay. So I'll be outside, when you're done there [laughter]. Now don't tell this technique to the board. Otherwise, they will stop me from coming there.

ABIM02565

**5/22/09--Afternoon Session**
**(3:05:50 – 3:06:19)**

So when you go to the exam and you find certain questions which were new to you, I would like to know what they are, so you can help the next class, because the previous class is helping you, so you're supposed to help the next class, if you can help them.  Now, on the depression, the first one is . . .

**5/23/09—Morning Session**
**(2:16:26 – 2:17:13)**

Here the moral of the story is?  Here, the moral of the story is – send me questions, okay.  Make sure you send me questions after the exam.  Just write ,e-mail me, how you did.  I want to know how you did on the examination.  At least tell me whether, after you take the exam, whether this course was at all helpful and if it was, how much helpful was it.  If you can email me right after the exam, I would really appreciate it.  [Inaudible].

**5/23/09—Morning Session**
**(3:02:10 – 3:03:40)**

I won't be there to tell you.  Also I'll be outside [laughter].  What do you think I did? How do you think I collected all this?   Not everybody sends the questions to me, so I go there.  Every year, I make some friends who are going there, and I ask them to see what they're saying, okay, I'll help you now.  You help me later.  Help what?  I'll give you some questions now, but then at the lunch time, meet me outside at my car [laughter].  So, he said what car do you drive?  I tell him, a white Mercedes.  Okay.  So, I meet outside at lunch time and say, I have a free lunch for you [inaudible; laughter].  So I pick up sandwiches, one for me, one for him, and he comes in, sits in the car, I lock the car [laughter] and I put my tape recorder on.  And now you start talking.   While you're talking to me, eat your hamburger.  Talk, as much as you can remember, you just saw whatever it is in the exam, give me all.  And talk on this.  I'm listening.  You talk to the tape recorder.  And he does.  As long as he's there, he'll tell you all the questions, then I go home at night time and put down for you.  Okay.  So I'll be outside, when you're done there  [laughter].  Now don't tell this technique to the board.  Otherwise, they will stop me from coming there.

ABIM02566

**Day 2, Part 1**
**5/19/09**

**INFECTIOUS DISEASE**

. . . Gardener, and he gets a nodule which is painless, a painless nodule.  The gardener on the exam, it's usually sporotrichosis, unless proved otherwise.  It can become like this, and the secretions which show you the  septate hyphae which are branching at a right angle.  The drug of choice would be itraconazole.  Which of the following is not sporotrichosis?  This one.  [Laughter]  Don't they look alike?  [Laughter]

No. 2 is a landscaper, so No. 2 is also sporotrichosis.  It begins with a painless papule or nodule followed by similar nodules proximally.  They discharge pus.  A culture will show the s *Sporothrix schenckii*, which is a  septate hyphae branching at a right angle, so you have now three questions on Lyme disease.

**[Three questions, one minute]**

If you get erythema chronicum migrans then the treatment is with doxycycline, and the reason is that serological testing is not recommended for patients with erythema migrans.  Patient was treated because only 30% will have a positive serology after one month.  If somebody is coming from, say, New York, New Jersey, Massachusetts area with erythema migrans, you just treat that.  Serology does not distinguish between active and inactive infection, and therefore it is most useful in extracutaneous Lyme disease.  If serology is positive, you have to confirm with Western blot, and PCR is done for Lyme arthritis.  So, those are the facts of Lyme disease on which the questions are based on the exam.  A funny thing happened last week only.  I got a patient in my office, and he was working outside taking photographs in New Jersey, and he came—he called me that should I go to Emergency Room because I've got a tick in my wound on the right shoulder.  He knew all about the tick, so he came to the office.  We pulled the tick out and he took a picture of it.  He took a photograph of it.  [Laughter]  I'm thinking I should show it to you, and he e-mailed the picture only three or four days ago.  I have it right here.  Look at that.  I took the tick out of the wound, and he put it out, he took a photograph and e-mailed it to me.  This is last week.  It's a very good picture.  [Laughter]  So I just give him doxycycline, although there was no rash, but answer should have been reassurance, [Laughter] but I said New Jersey area, tomorrow I'm coming here, and he could get rash now.  You know, I didn't want to take a chance, gave him doxy, because this is the area of Lyme disease all over, this all over area, including Pennsylvania, Wisconsin area, California.  So coming from this area and you suspect or you saw the tick, I saw the tick, so might as well treat it.

For Question No. 2, coming from that area, it becomes a question.   So Question No. 2 is coming from this area.  The tick remains in contact for two hours only, so that's another thing.  There's no need to analyze.  Treatment is doxy.  Question No. 2, the answer is reassurance because it was only there for two hours.  It should be there for—attached for at least 24 hours.

Well, you don't write everything, you know all these things.  You're writing a textbook of medicine.  [Laughter]  The only thing you need to know is doxycycline, and that you also know, anyhow, so the rest of it is just for information.  It's very strange.  People who come to the course, they will write everything down, and then they go home and they never look at it.  [Laughter]  I've gone to courses in my life.  Never came back ever to look at it again, never, but there, sitting down, writing everything.

So the Lyme disease has Stages I, II, and III.  Just to give you an idea, that's all, so Question No. 3 is Stage II disease, so when you are finished writing the book, go to three

ABIM02567

Day 2, Part 1                                                                    2

questions in one minute.   Those are questions on Q fever.  Can you believe they ask Q fever
in your exam.   This is the tick.  It was a smaller one

ABIM02568

than what I showed you, that's baby tick there.  [Laughter]  This a Bell's palsy, Question No. 3.
Looks like he's smiling.  [Laughter]  One time it was from Vermont in the examination,
musculoskeletal symptoms.  Musculoskeletal, then you have gone further from the skin, so
that's why you will give ceftriaxone.

          Okay, Q fever.

**[Three questions in one minute]**

All of these can be transmitted.  A, B, C, D, can be transmitted in by aerosol, however Q fever is
the most common.  Remember in these kinds of questions when you go to the exam, they want
the best answer.  All the answers could be correct, but what is the best answer?  The best
answer here is Q fever, although all of them are correct answers, Q fever and *Coxiella burnetii*,
which causes pneumonia via aerosol transmission or hepatitis via milk.  *Rickettsia typhi*, we call
this typhus via rats and fleas.  This is in your notes.

          The answer to Question No. 2 is infected cattle, sheep, and goats.  You just have to
know that.

          And No. 3, the answer is Q fever, so again Q fever, aerosolized transmission is the most
common, *Coxiella burnetii*, which is a gram negative organism via infected cattle, sheep, and
goats.

          There is a very interesting question on the exam where the patient has been burying—
he had nothing else to do, so he was burying a deer.  [Laughter]  So after that he got a necrotic
ulcer on his finger.  That's the next question, so when you see on the exam somebody  has
buried a deer, the answer is tularemia.  After you bury the deer, you get this kind of lesion on
your body.  It becomes an ulcer or glandular tularemia later on.  Tularemia is associated with
hunters and occurs in Clinton country.  [Laughter]  President Clinton comes from Arkansas, so
his country, the people coming from there in the examination, somebody comes from Arkansas
in the examination, think of tularemia.  They get purulent conjunctivitis, and they get it through,
in the exam question, either squirrels or deer.

          And the Board in the examination will try to ask you the differences between tularemia
and leptospirosis, so on the next page I give you the table.  Tularemia is with squirrels and deer,
leptospirosis is with rats.  On this side is hunter, on that side is veterinarians.  This side
Arkansas.  You see the differences, and now you do four questions in two minutes.

**[Four questions in two minutes]**

So Question No. 1 is leptospirosis.  No. 2 is classical rabbit, Arkansas, purulent conjunctivitis,
which is tularemia.  No. 3 is—No. 3 is also on the exam.  It is blastomycosis.  If you see an
ulcerative nose lesion which is coming from Arkansas with ulcerative nose lesion, that is on the
exam, blastomycosis.  This is a picture of leptospirosis.  That was for Question number—
famous question.  Again, leptospirosis is [inaudible], leukocytosis and thrombocytopenia.  They
get conjunctival suffusion compared with—what was that—purulent conjunctivitis, in the
previous one.  Here you get conjunctival suffusion.

          And with brucellosis you get any human transmission via ingestion of untreated milk or
milk products or imported cheese.  This is going to be Question No. 4.  The answer there is D,
tularemia again.  We're trying to explain to you the rest of them.  Brucellosis, animal to human,
leptospirosis is contaminated rat urine, West Nile virus via mosquito bite, tularemia, and Q fever.

          Okay, you're going to Baltimore now from here.  [Laughter]

ABIM02569

**A young female from Maryland presents with fever, faint macular rash on the ankles, palms, and soles, and excruciating headache.  The rash fades on pressure but becomes prominent when the temperature is elevated.  What is the diagnosis and drug of choice?**

Rocky Mountain occurs in these areas of the United States.  In the Board exam, it is Baltimore but can be North Carolina, Virginia, etc.  This is a kind of rash which fades away on pressure, compared to syphilis, which does not.  This becomes hemorrhagic, and rash is present in all the cases of Rocky Mountain, and it is a vascular rash.  It's a vasculitis.  That's why they're hemorrhagic.  Always on the exam, so usually patient goes to wooded area and comes back with this, with sudden headaches.  Sudden headache is a thing with Rocky Mountain.  This is the rash of syphilis, which is fixed.  This is the rash of Rocky Mountain.  Okay, six questions in three minutes.  The drug of choice is tetracycline or doxycycline for Rocky Mountain.

[Six questions in three minutes]

This strongyloides is very common in the exam questions, and they can come in from outside the country and they can get it.  Strongyloides normally causes diarrhea, eosinophilia.  It can cause asthma and pneumonia, iron deficiency anemia, pancreatitis, you name it, and phlebitis.  They get everything, so they will put strongyloidosis in some form or other in the exam.  It can live in the body for decades, so you watch out for strongyloides.  It is always there.

This, on the other hand, is—by the way, No. 2 is also strongyloides.  Same, same.  Iron deficiency, eosinophilia, and all that.

No. 3 is a hog farmer, this one, from Arkansas, CPK is high.  That's classical description of trichinosis.  With trichinosis you get subconjunctival hemorrhage, and the *Trichinella* antibody is positive with rising titer, so again, just to recapitulate, leptospirosis, you get suffusion, tularemia, conjunctivitis, trichinosis, hemorrhage, but those kinds of words are written in the question and you can tell from that.  Again, the examination has become very clinical.

No. 4 is the treatment of malaria, and the answer is chloroquine phosphate plus 5-primaquine, and you will know why if you read the table underneath.   It gives the treatment as well as prophylaxis of malaria.  By the way, this is a muscle biopsy of trichinosis, muscle biopsy of trichinosis, eosinophilia, muscle pain, high CPK.  This is the malaria parasite, ring form, and this is the banana shaped gametocyte of falciparum, falciparum, and there's the other ones, ring form, so you have to read the table to get some idea about what to treat with.

No. 5 is a girl from the mountains who had tick exposure.  *Ehrlichia.  Ehrlichia* looks like this.  There are morulae in the peripheral blood smear, and these morulae are in vacuole of a monocyte.  A monocyte vacuole and there are morulae inside there.  It's a classical picture shown in the exam for *Ehrlichia*.  This is babesiosis.  Babesiosis is tetrad.  Tetrad means four parasites like that.  Tetrad  of babesiosis.

And Question No. 6 is ehrlichiosis, right?  It is tick-borne, ehrlichiosis.  There are other tick-borne diseases.  I wrote them in the notes.

Next is pasteurella, Question No. 1 on Page 23.

**A 41-year-old patient is bitten by a cat eight hours ago and presents with swollen hand.  What is the most possible organism involved?**

*Pasteurella multocida*, always, always on the exam.  It can give localized abscess,  post-auricular painful lymph nodes, lymph nodes painful, and this is going with Question No. 2.  Can you read that?

ABIM02570

Case 2:14-cv-06428-KSH-CLW    Document 211-25    Filed 02/20/24    Page 42 of 116
PageID: 26575

Day 2, Part 1                                                                                                    5

**A patient comes to you after sustaining a cat scratch.  There were two wounds on the left upper arm and left side of the neck with post-auricular painful lymphadenopathy.  You send secretions from the wounds for culture and sensitivity.  What antibiotics would you now give?**

Now there are two bacteria involved in this because of the scratch, either *Pasteurella multocida* or *Bartonella henselae*.  *Pasteurella multocida* is a gram negative coccobacillus, and the treatment is fluoroquinolones.  *Bartonella henselae* is a nodular vascular lesion which also responds to antibiotics, usually ciprofloxacin, again a quinolone.  In other words, if you have a cat scratch and you have an infection of some kind, a quinolone will be the right choice.  It will cover both.  There are other antibiotics, don't get me wrong, but I'm just giving you one which is usually on the exam.  This *Bartonella*, which is bacillary angiomatosis, can be confused with Kaposi's sarcoma, so they can look alike, so this patient with AIDS had both.  This is Kaposi and this is bacillary angiomatosis, so they look alike, so that's why a biopsy has to be done when you see bacillary angiomatosis because it could be Kaposi's sarcoma.  In this case the biopsy showed he had both.

The next question is always on the exam, a clinched fist injury, No. 3.

**[Inaudible].**

No, [inaudible].  Only the *Pasteurella*.  *Bartonella* gives vascular nodules, but of course you could get lymphadenopathy, but I don't know about postauricular.  [Inaudible].

**So Question 2 [inaudible]?**

Well, [inaudible] the differential.

**Question 3, a 31-year-old man got involved in a fist fight at the bar and punched other people on the mouth.  He comes to you with four wounds on the right hand.  Which of the following antibiotics is the best one to use?**

The answer is Augmentin.  It's always on the exam now.  The bacteria is written on the slide and so is the treatment.  Now you have five questions in two minutes.

**[Five questions in two minutes]**

So Question No. 1 is osteomyelitis.  Therefore the answer is?

**[Inaudible].**

Was it B or A?

**[Inaudible].**

Oh, I'm sorry.  I'm thinking the next step is MRI of the lumbosacral spine.  What do you think?

**[Inaudible].**

How many people will take D?  Yes, I agree that this is a mistake.  It's a mistake.  The answer is D like in 'doctor.'  It's classical osteomyelitis, and the next step—again, always read the last line of the question.  The next step is MRI of the spine.

ABIM02571

Case 2:14-cv-06428-KSH-CLW    Document 211-25    Filed 02/20/24    Page 43 of 116
PageID: 26576

No. 2, when will you use vancomycin?  Both.  And No. 3 is *Staphylococcus*, and No. 4, clear for surgery, no treatment needed.  There are no urinary symptoms, so anytime the urine is just—let him enjoy life.  [Laughter]  No symptoms, don't bother.  If it doesn't bother you, why would you bother them?  They will be happy.  And No. 5 is immediate catheter removal.  That's candidemia.  That's the problem.

So the next page gives you immediate catheter removal should be considered in what conditions.  They are written for you and the points to remember about catheter infection.  You should read those.

We're going to go to new questions.  Go ahead.

**Question No. 1, a 21-year-old male patient, a recent visitor from Africa, presents with very painful ulcer on the penis.  A culture reveals gram negative bacilli in rows, boxcar appearance.  What is the treatment?**

See, I showed you that slide.  Really I'm surprised that they ask this question on chancroid.  This is chancroid.  They have never asked chancroid before for internal medicine.  It was always subspecialty question.  Now for the first time they put this last year.  I don't know whether it was experimental or you're going to get it.  If you're going to get it, the answer is A, azithromycin 1gm, PO, single dose is the treatment.  This is chancroid due to *Haemophilus ducreyi*, painful ulcers.

No. 2.

**A 31-year-old patient with secondary syphilis is treated with a dose of benzathine penicillin G.  What is your next step?**

The next step, that's wrong.  What is your next step?  A lot of mistakes here.  I would check RPR in 12 weeks.  A single dose of benzathine penicillin provides low but persistent serum levels of penicillin and is the standard therapy for primary, secondary, or early latent syphilis.  All patients should be reexamined clinically and serologically at three, six, and 12 months after treatment, three, six, and 12 months.  A fourfold reduction in titer of the nontreponemal antibody test, that is if it is 1:16, now it should be 1:4, is considered evidence of  appropriate response.  If there is a poor response, you have to treat again and also treat the partners, so I'm taking A for this question on the exam.

No. 3.

**A female IV abuser presents with cough, fever, and neck pain.  She is started on azithromycin but without any improvement in three days.  She now complains of numbness and tingling of the left upper extremity.  What is your next step?**

MRI of the spine to rule out abscess, MRI of the spine to rule out abscess.

No. 4.

**A young female presents from day care center with a sore throat, cervical lymphadenopathy and hepatosplenomegaly.  What is the possible diagnosis?**

[Inaudible].

I'm thinking mononucleosis.

ABIM02572

**A male patient just returned from Africa and moved to Connecticut. He took mefloquine only for two weeks and then developed a skin rash with central clearing. Diagnosis?**

**Lyme disease. [in unison]**

Lyme disease. He's in Connecticut. See, this is how they try to confuse you.

No. 6.

**A female patient from Connecticut removed a tick attached to her skin for less than a minute. What is your advice?**

**Reassurance.**

Call you if a rash develops.

No. 7.

**A 23-year-old female is working in a day care center. She has a past history of GERD. She comes with a cough, fever, sore throat for two weeks. Fever and sore throat resolve, but episodic cough persists to the point of vomiting. A kid in day care was diagnosed with pertussis. What is the treatment of your patient?**

**[Inaudible].**

A macrolide.

**Question 8, a patient came back from Nicaragua a month ago and now presents with severe myalgia, abdominal pain, thrombocytopenia, and liver dysfunctions. Diagnosis?**

**[Inaudible].**

I don't know. [Laughter] Myalgia, abdominal pain, thrombocytopenia. Is it Dengue?

**Yes. [in unison]**

Yeah, thrombocytopenia is Dengue, right.

No. 9. C is missing there, I know..

**A butcher from Mexico presents with subconjunctival hemorrhage, periorbital edema, and severe muscle pains. What is the causative organism?**

**[inaudible].**

What is it?

**[Inaudible].**

Human infections are acquired by eating meat containing cysts of *Trichinella*. The most frequent cause of *Trichinella* infection is *Trichinella spiralis*, acquired by consumption of inadequately cooked food from domestic pigs, so the answer is *Trichinella*.

No. 10.

ABIM02573

Day 2, Part 1                                                                                           8

**A case of respiratory failure is presented.  A chest X-ray shows wide mediastinum.
Patient also develops meningitis.  CSF shows large gram positive organisms.  What is
the organism?**

**[Inaudible].**

Yeah, that gram positive organism is, boxcar-like, anthrax.  The answer is A, anthrax.  It causes
wide mediastinum, as written in your notes.

No. 11.

**A 41-year-old patient fell on the soil.  He developed an ulcer in the arm with lymphatic
streak coming down the forearm.  Diagnosis?**

**[Inaudible].**

Sporotrichosis.  This is a lymphocutaneous sporotrichosis.  You should read about it in your
notes.  These are all new questions, so again the next one is on West Nile virus, which I don't
know anything about, so I write down for you to read later on, all right?  West Nile virus was
asked, too, last year, so you should know a little bit about these tables so that you pass the
exam.  After you pass the exam, then you will study [inaudible].  [Laughter]  Let's go to
Preventive Medicine.


### PREVENTIVE MEDICINE

There are a few questions in the exam on prophylaxis with INH for exposure to tuberculosis, so
before you give prophylaxis, the first thing is to rule out tuberculosis and then to give INH for
nine months, as is written in Paragraph 2, and if there is a history of BCG, just disregard.
MKSAP-13 says so, okay?  Just don't worry about it.  It has no consequences for you, so do as
if this is you and not him.

When you do the PPD, it is positive depending upon the situation.  If the situation is a
close contact, known HIV, transplanted patient, or a chest X-ray with old, healed tuberculosis
then even 5mm is positive.  On the other hand, only over 10mm will be positive if you have
these conditions written there:  1, 2, 3, 4, 5, 6 of them, which only you have to remember, not
me.  [Laughter]  Under those conditions, you need 10mm for PPD to be positive, and lately, two
years ago, they added the last one, which was never there, but they also keep changing.  Every
two years ago this whole thing is changed, so more than 15mm they want  you to treat.  It
doesn't matter what the age is of the patient.  In my time it was over 35 [inaudible], and now you
give to everybody.  As long as it is more than 15, just don't worry, just give it at all ages, even in
a low-risk population.  So once you understand these basic facts on chemoprophylaxis then you
can help me to do eight questions and see what you come up with.

**[Eight questions in three minutes]**

So Question No. 1.

**An asymptomatic 42-year-old male comes to you with a history that his wife has been
found to have active TB.  You do his PPD and it is only 5mm.  His chest X-ray is normal.
Liver functions are normal.  What would you do next?**

So it's a family member, a close contact, high-risk group, over 5mm, so give prophylaxis.  Next.

ABIM02574

Day 2, Part 1                                                                                          9

**A 71-year-old brittle diabetic man is admitted to a nursing home. His two-stage PPD is negative. Soon after, one of the other patients develops pulmonary TB. Repeated PDD on your patient is now 13mm. His chest X-ray is negative. Liver functions are normal. Would you give prophylactic INH to this patient at age 71?**

[Inaudible].

More than 10mm and a recent converter. Prophylaxis is needed even if he was not a diabetic, so the answer is INH for nine months.

**A 50-year-old man known to have a history of intravenous drug abuse has a PPD of 12mm. X-ray of the chest is normal. HIV is negative. Liver functions are normal. Would you give prophylaxis?**

Being a drug abuser plus more than 10mm PPD, he belongs to that risk group where it should be given.

     No. 4.

**A 31-year-old male visiting New York from Pakistan is found to have a PPD of 15mm. He is asymptomatic with a normal chest X-ray. What is your next step?**

Fifteen millimeters in a foreign-born person, INH for nine months.

     No. 5.

**A healthy 26-year-old female from Pakistan has no risk factors for TB. She had BCG in her childhood. She now works in a cafeteria in New York City. Her PPD is found to be 16mm. Chest X-ray is normal. Would you give INH prophylaxis?**

I have nothing against Pakistan, but these questions are there in the exam like that, okay? [Laughter] So just because you think I am from India, [inaudible]. [Laughter] I don't think like that. This is in the exam just like that, okay? If you see a patient in the exam from Pakistan, just give INH don't worry about it. [Laughter]

     No. 6.

**A 42-year-old woman from Laos had immigrated to the U.S. ten years ago. Now her PPD is 8mm. She has no symptoms of cough, fever, or weight loss. Chest X-ray shows apical scarring with pleural retraction and a calcified hilar node. What is your advice?**

Old [inaudible]. INH for 9 months.

**A medical resident is stuck with a needle used on a patient with chronic Hepatitis C. Blood is sent for ALT level and Hepatitis C antibody test. What is the next step?**

There is currently— he is sleeping again on me. [Laughter] Let's send him to Pakistan. [Laughter] There is currently no vaccine available to prevent HCV infection. Immune globulin is not effective as forced exposure prophylaxis and therefore not recommended. There are no data regarding the use of antiviral agents such as interferon following exposure, and this is not recommended unless acute infection develops, therefore the answer is observation.

     No. 8.

ABIM02575

**Which of the following vaccines cannot be given to an immunocompromised host?**

B like in oral polio because live, attenuated vaccines are normally contraindicated, however live MMR can be given. So far there is no increase in the risk of adverse events that have been noted from live or inactivated vaccine, except from oral polio vaccine, so the answer is oral polio. You have five questions, two minutes.

**[Five questions in two minutes]**

So Question No. 1. The risk of seroconversion following needle stick injury for HIV is 0.3%. Compare that with Hepatitis C. If you get stuck with a needle, 1.8% chance of getting Hepatitis C but 20% for Hepatitis B, and only 0.3% for HIV, thank God. Therefore this one even used for patient having HIV, you have to give—this although is low-risk injury. It appears superficial and occurs from a patient with HIV and viral load of less than 1,500. Although it is low-risk injury— what will be high-risk injury? High-risk injury, it is a needle with the presence of physical blood or exposure from a needle that was in an artery or a vein of the source patient, so although this is a low-risk injury, you should give C, obtain the blood and give prophylaxis using three drugs, and you should repeat the HIV test in six weeks, 12 weeks, and 24 weeks, six weeks, 12 weeks, and 24 weeks.

No. 2, if you are going to the island of Belize to work in the caves, you can catch rabies if you go to the caves, and if you go to the island you take Hepatitis A, so the answer is A. You want to protect yourself from bats and Hepatitis A.

No. 3 is a pregnant nurse who is stuck, acute Hepatitis B. She had three injections of vaccines but the B antibody is negligible, so that means the vaccine did not work, so you have to protect her immediately with a booster of immune globulin and then revaccinate her, so the answer is A, and the details are written underneath for you.

No. 4, a medical student is stuck with a needle, and his workup reveals a positive Hepatitis B antigen and negative antibody. Liver functions are normal, so the antigen went in but he hasn't developed any antibody yet. Also he is not protected yet, so you have to protect him by giving Hepatitis B immune globulin.

**[Inaudible].**

You don't understand?

**Why not A?**

Why not what, D?

**A. [in unison]**

He already has the antigen. Antigen is already there. What is the point of giving more antigen?

**if he had antigen, that means that he has disease already, so why do you give anything? He's probably a hep B patient already, himself.**

But he does not. Liver functions are normal.

**Yeah, but you can have normal liver function with hepatitis.**

ABIM02576

You are right, but we don't know all that, so immediately protect him. What you are saying is right. Immediately protect him with the globulin. That's what he needed, protection, nothing else, and the rest will take care of itself. How are you going to protect him? He doesn't have antibody. How are you going to protect this antigen to go into the liver and cause the damage? How? Today. Today he got it, so today you [inaudible], Hepatitis B specific immune globulin. Protect him now. You [inaudible] antibody that day. Now later on hopefully his own antigen takes care of itself.

**The point is with A, when you give the vaccine, that's just giving more antigen. Dr. Arora is saying he already has the antigen.**

Okay, No. 5, a 42-year-old with history of hepatitis vaccination, went to island of Belize again, and as luck would have it, he met a very good-looking prostitute, so he got Hepatitis B, simple. We did this many times.

For endocarditis, that's coming later on, there are things that have changed in the past two years. The cardiac conditions where prophylaxis is indicated are written here, and cardiac conditions where you do not need prophylaxis, including acquired aortic or mitral valve disease. This is a total change from before. Even on hypertrophic cardiomyopathy, that's a total change. Unless obstruction is present, you don't give prophylaxis, so you have to remember these conditions, and the procedures where you give it on the left side and where you don't give on the right side. Again, you have to remember this page, so there will be one or two questions on this page in the exam, but it's a drastic change from before. If you are confused on the exam, simply say no prophylaxis and chances are you will be right. [Laughter]

And on the next page is the area of antibiotics for various procedures and choices are given to you, so again those have to be remembered. They usually don't ask you the doses. They just say antibiotic. They don't ask all that, so don't worry too much about it. Now you can do 11 questions in four minutes.

**[Eleven questions in four minutes]**

Question No. 1 is about going to Colorado to ski and getting all these symptoms of mountain sickness. For mountain sickness, on the next trip you can give him acetazolamide. That occurs because of lack of oxygen, and why do you give acetazolamide then? Acetazolamide is given to shift the oxygen disassociation curve to the left. Acetazolamide shifts the oxygen disassociation curve to the left, and that is why it works. You could also give steroids, but they don't mention that, so the answer here is B like in 'boy.'

Question No. 2, with IgA deficiency, even a trace amount of IgA is present in anything you give, like in intravenous immune globulin, you will sensitize the patient and lead to an anaphylactic reaction, therefore the answer is C. As a matter of fact, pneumococcal vaccine and influenza vaccine should be given to patients with IgA deficiency because they tend to get frequent respiratory infections, so the answer is C. Don't give C, plus A and B are okay.

No. 3, a family has a person in the family with rheumatoid arthritis on Prednisone and methotrexate, so really you cannot give—which of the following should not be used in this family, and the answer is oral polio vaccine, for the reasons we said before.

No. 4, endocarditis prophylaxis is indicated in patients with prosthetic heart valve, right? A. You don't give in bicuspid anymore, ostium secundum, no, and if you're going for TEE, they don't need, even with bioprosthetic.

No. 5, a urine culture, vanco, VRE. What is the answer to 5? B like in 'boy'? Okay.

ABIM02577

Day 2, Part 1                                                              12

No. 6, patient with artificial heart valve going for cystoscopy, yes, that's the answer.  This question was in the form of a table in the examination.

No. 7, for vaginal delivery you will give it or not?

**No.  [in unison]**

Yeah, because somebody in the last year's lecture said, 'Well, why don't you give for vaginal delivery?  It's such a dirty area.'  I said,  who told you it's a dirty area.  You came from there.  [Laughter]  Vaginal delivery is not dirty.  It is in people's minds.  [Laughter]  We all came from there.  What are we talking about?

No. 8, while using a knife, an 81-year-old gets a cut on the finger requiring sutures.  She does not remember a tetanus vaccination.  What's your advice?  The answer is tetanus toxoid.  Because the wound is clean, the answer is A.  If the wound was contaminated or very large, then the answer is B like in 'boy.'  In a contaminated or large wound, the answer will be B.

No. 9, how would you best prevent gram negative infection?  By hand washing, if there is any place to wash in the hospital these days.

No. 10, how will you prevent aspiration in an intubated patient?

**[Inaudible].**

A, elevating the head end of the bed.  Avoidance of acid-blocking medications, decontamination of the oropharynx, patient positioning, and subglottic drainage technique, and silver-coated endotracheal tube, so I'm giving you the way to prevent aspiration in an intubated patient.  One is avoiding acid blocking medication, secondly, decontamination of the oropharynx, number three, patient positioning, number four, subglottic drainage techniques, and silver-coated endotracheal tube, but the answer on the exam was A.

No. 11, the answer is to make sure that she understands the risks of continuing smoking.  That was a  strange answer.

New questions.

**Question No. 1, a 22-year-old patient with HIV has a CD4 of less than 200.  He is started on therapy for HIV, and Bactrim for PCP prophylaxis.  CD4 improves to greater than 400 and remains so for 12 months.  What changes would you order in his management?**

**[Inaudible].**

The patient who experiences immune reconstitution on therapy with a rising CD4 above 200 for more than three months can usually safely discontinue PCP prophylaxis, therefore the answer is B like in 'boy.'

**Question 2, what are the contraindications to the use of herpes zoster vaccination in a 75-year-old patient?**

There are three contraindications, and they're all written here for you.  One of them will be on the exam.

**Question No. 3, a 33-year-old patient is found to have HIV on a work screening exam.  PPD is 7mm.  CD4 is 300.  Besides starting on antiviral drugs, what else would you give?**

ABIM02578

Day 2, Part 1                                                                                    13

**[Inaudible].**

Treat for HIV, and the CD4 count is less than 350, A is for if the CD4 went down to 50 for MAC, and B is for CD4 count less than 200, so the answer here is isoniazid. I will give isoniazid besides the antiviral treatment because PPD is 7.

No. 4.

**A 33-year-old patient from Southeast Asia having active rheumatoid arthritis has been on low-dose steroids and methotrexate. She now needs to begin anti-TNF therapy. A PPD is done and it is 7mm. What is your choice?**

This is a new question, a totally new question. The explanation is given underneath, but the answer is C like in 'cat,' INH for nine months starting now and begin anti-TNF therapy after one month.

**Question 6, what is the meaning of two-stage PPD?**

Yeah, this was never asked before. They are trying to ask for the booster phenomenon. I still don't understand it, so what I did was I took it from Up-To-Date and put it here for you to read, booster phenomenon, if they ask it again.

So it is 12:20 now. We will have lunch. You will have a lunch hour wherever you want, and be here at 1:20, when we will start because we have a lot of material to finish. At 1:20 we will start.

[End Day Two, Part 1]

**ABIM02579**

**Day 2, Part 2**
**5/19/09**

**OPHTHALMOLOGY AND OTORHINOLARYNGOLOGY**

We're going to begin with red eye.

**Ophthalmology.**

There are four causes of red eye, and the first one is, of course, conjunctivitis, and in conjunctivitis they ask you what is the most common virus that causes conjunctivitis, and that is adenovirus. Adenovirus is the most common virus causing conjunctivitis. Then they ask you what is the most common bacteria that causes conjunctivitis, and that one is pneumococcus. Pneumococcus is the most common bacteria, and adenovirus is the most common virus causing conjunctivitis.

So the next thing is they want to know keratitis. In keratitis you get pain, photophobia, and no exudates. Exudates occur in conjunctivitis, and if you look at the table, that tells you—under keratitis, write down exudates are absent and symptoms are actual pain with photophobia, and exudates are absent in keratitis. Fungal keratitis occurs for two reasons on the exam. See, my differential is based on the exam questions. When you read the books, it's based on the whole medicine. My differential is based on the exam, so fungal keratitis from the exam, there's only two. One is an agricultural setting, like a gardener, and the second is contact lens wearer who keeps cleaning the lenses. That's true. If you keep cleaning too much, you'll put fungus on it. Nobody washes their hands these days. So those are the differences between the two.

In uveitis, you usually have a systemic disorder to cause uveitis. How do you know its uveitis? Well, they have irregular pupil, besides everything else. Irregular pupil goes with uveitis, and usually it is bilateral because usually there is a systemic disorder like ankylosing spondylitis, Behçet's, inflammatory bowel disease, sarcoidosis, herpes simplex, stuff like that, and treatment of uveitis is with steroids, usually topical drugs or timolol eye drops. In sarcoidosis the pupils are dry because the eye is very dry due to keratoconjunctivitis, and usually in uveitis you have [inaudible] vision, but if the cause is sarcoidosis there is dryness.

In glaucoma, pupils are usually dilated, and glaucoma is of two kinds, open and closed angle. Closed angle has no symptoms—I'm sorry, opposite. Closed angle has a lot of symptoms with a lot of acute pain. The open angle is usually asymptomatic. Open angle is 95% of the time, and you find it out by a routine examination when the pressure is high. In acute glaucoma, which is closed angle, there is a lot of pain, and glaucoma on the fundus examination is a cupping of the disc, secondary optic atrophy. This is optic atrophy. All the optic disc is white, completely white. That means it's atrophic. Cupping means going to the side, one side. It looks like a cup moving to the side, and you will understand more if I show you the normal one. This is a normal disc. See how the disc is divided into two parts, a white part inside and a kind of yellowish—this part [inaudible], and there is no cupping, compared with the previous one, the whole thing is white and has gone to the nasal side, so there will be cupping and optic atrophy in glaucoma. This is acute closure glaucoma, angle closure, very acute, very painful headaches, lacrymtion, severe, dilated pupil, irregular pupil, too. The differences are

ABIM02580

Case 2:14-cv-06428-KSH-CLW    Document 211-25    Filed 02/20/24    Page 52 of 116
PageID: 26585

Day 2, Part 2                                                                                    2

written in your notes on the table.  This is also acute closed angle glaucoma.  Look at that.  Dilated pupil, face painful.  So now you go to seven questions in three minutes.

**[Seven questions in three minutes]**

Question No. 1, sudden onset, dilated pupil, halos around light, fixed pupil.  This is classical—sudden onset means closed angle glaucoma, so this is A.  Now you agree?

**Yes.  [In unison]**

No. 2 is a gardener, so the gardener, pupil is normal, photophobia, so the gardener in the examination, he either has sporotrichosis or fungal keratitis, and this is keratitis.  All the symptoms are there, and there's photophobia, but I'm not giving you everything.  I don't have everything to give you, and the exam questions will be much more clear than this one.  They will be much more.  They're usually bigger questions, too, so all I know is the gardener in the exam question is either sporotrichosis or fungal keratitis, so this is keratitis.

No. 3, somebody is cleaning their ocular lenses.  They're obsessed about that.  They always get Pseudomonas, bacterial keratitis.  That's the most common bacteria involved with contact lenses.

And No. 4 is glaucoma again.  The patient is relatively—although young, but the consensual light reflex means that  side with no direct reflexes where the optic nerve is severely damaged, but because of the other side, optic nerve is okay.  There is consensual light reflex, so the symptoms of this one, severe eye pain, conjunctival injection, pain when exposed to light, irregular pupils, dilated, [inaudible].

**[Inaudible].**

Why not what?

**Uveitis?  [In unison]**

Uveitis?

**[Inaudible].**

The patient has photophobia, pain, and irregular pupil, the diagnosis is either uveitis or glaucoma.  Uveitis is usually bilateral, and the pupil is usually small in uveitis.  One, it is bilateral.  Number two, usually it is small, not dilated, so if you compare the two, the answer is glaucoma.

No. 5, which of the following is consistent with anterior uveitis with sarcoidosis?  The answer is A, the dry eyes.

No. 6, they don't  make ophthalmology Board questions without Question No. 6 in the exam.  Every year, same story.  [Laughter]  The moment you read sulfacetamide eye drops, your answer is drug allergy.  There is no other question like that in the exam.  Sulfacetamide is equal to drug allergy, as far as you're concerned, unless proven

ABIM02581

Day 2, Part 2                                                                3

otherwise.  They get better, and then next, after a few days, they get delayed allergic
reaction

ABIM02582

Day 2, Part 2                                                                    4

and they get worse.  A similar question we'll do in nephrology.  You'll give them penicillin
or ampicillin for pyelonephritis.  They get better, and the third or fourth day they get
worse.  Allergic reaction to ampicillin.  Same question we'll do in nephrology.  Those two
questions are always on the exam with the delayed—people getting better, then getting
worse.  Those two questions are always there, one in the eye, one in the kidney.

        And then No. 7 is dendritic ulcer is equal to herpes simplex keratitis, so I'm just
giving you pointers.  I don't know any ophthalmology, I never did any class on
ophthalmology.  I don't know anything about it, okay, so [inaudible].  [Laughter]  If you
can pick up a guy from the street here and  make him sit here and give these pointers,
they'll pass the Board.  [Laughter]  Nothing to do with medicine.  How hard is it to
remember dendritic ulcer, whatever it is?  I don't know a dendritic ulcer is.  I know peptic
ulcer.  [Laughter]  I don't care, and to me [inaudible].  Whatever it is, I don't care.

        Then there's the question on retinal detachment.  In retinal detachment, it begins
with the floaters like I get.  I have eye myopia, so I get floaters.  I see them floating
around.  To me everything is floating around.  [Laughter]  So they float, flashing lights—I
didn't get flashing lights.  My ophthalmologist told me the day you get flashing of the
light, you come to see me, otherwise let them float.  [Laughter]  So in other words, eye
myopia is a cause of retinal detachment.  That's one cause, and it begins with floaters,
then flashing light, and then scotoma.  The risk factors are written in your notes.  As you
notice, I put myopia there.

        On the examination, fundus, it will appear as elevated sheet of retinal tissue with
folding, or we call it corrugated appearance.  That's what you see on this slide,
corrugated appearance, as if there's a separation of retina from the pigment epithelium,
so if you read in the question again floaters and then flashing of lights, you should think
of this kind of picture.  They go together.

        Now we show you—after seeing this abnormal fundus, you should see a normal
fundus.  This is a normal fundus, beautiful discs, blood vessels coming out, arteries and
veins.  By the way, which is bigger?  Is the artery bigger or is the vein bigger?

**[Inaudible].**

The vein is bigger.  The artery is smaller, so optic disc has sharp margins, outer yellow
portions about half—50%, inner pale is 50%, and the ratio of arteriolar to venule is 3:4
normally.  In hypertension, there are two kinds.  One is malignant and the other is
arteriosclerotic.  In malignant hypertension, by definition of malignant hypertension, you
have arteriolar vasoconstriction plus blurred margin of the disc.  That's by definition.  In
other words, marked attenuation of the arterioles is the diagnostic feature of malignant
hypertension.  I'm showing you these very constricted blood vessels, arterioles.  There is
this one, this one, this one.  All these small, small blood vessels.  The big one is the
vein.  This starburst, that is non-specific, but the main thing is this arteriolar
vasoconstriction with the optic disc has disappeared, okay?  So that's classical
description of malignant hypertension.

        Compare that with arteriosclerosis.  Arteriosclerosis is of various grading, I, II, III,
IV.  Nobody will ask you any of this, but just to give you an example, Grade 1 is silver
wiring only.  Silver wiring, you see?  To my understanding, this is silver wiring.
[Laughter]  I've never asked anybody.  I guess that's what it is.  Ignore it if is something

ABIM02583

else. Silver lining. [Laughter] In Grade II, there's a nicking. The artery grows across in the vein or the vein crossing the artery. See the nicking? When there is nicking, there is Grade II. Nobody's going to ask the rating, but just to show you, and Grade III, there are hemorrhages, hemorrhages here, hemorrhage here, and cotton wool exudates. Cotton wool exudates and hemorrhage, that's III, and in IV there is papilledema. You don't see the disc. Hemorrhage and papilledema, all of the previous plus more and fibrous arterioles that constrict slowly, compared to the acute hypertension, malignant one, so this is what hypertensive fundus looks like. This is papilledema. Now papilledema has lots of causes besides hypertension, that's on the Board. Vitamin A toxicity is always on the exam, or carbon dioxide retention causes papilledema. If it is Vitamin A toxicity causing papilledema, in that question on the exam the patient also has bilateral 6th cranial nerve palsy. Bilateral 6th cranial nerve palsy, you have a problem with looking outside, and that occurs due to Vitamin A toxicity because of the increase in intracranial pressure. High intracranial pressure due to Vitamin A toxicity causes bilateral 6th cranial nerve palsy with headaches, with papilledema, and also dry skin, so don't forget all those signs of Vitamin A toxicity that is going to be asked when you go there, and then they will ask you to differentiate that from Vitamin B toxicity because both get hyperglycemia, so remember all those connections, the intricate connections they keep asking.

In diabetes, on the other hand, you get microaneurysms, tiny, tiny, all over, microaneurysms, so many, and these are the small red dots, and then the next step in diabetes is this one, blot and dot hemorrhages, blot and dot hemorrhages scattered, and then from there you go to nonproliferative retinopathy showing hard exudates, hard exudates. See these white ones? These are all hard exudates. The dots and blots are still there, and exudates are much more, so that goes with nonproliferative retinopathy. The next step, which is the worst one, is proliferative. Now you get proliferation of the blood vessels, and when the proliferation of the blood vessels occurs on the disc, that's neovascularization of the disc. That's when you have a problem with the vision, and that's when you need laser photocoagulation, and that's a Board question. When you need laser photocoagulation for neovascularization, you will need that, and it is proliferative retinopathy with neovascularization on the disc. That's when you need it. That's a Board question. This, for example, is a 54-year-old surgeon, 32 years of diabetes; he's got neovascularization on the disc. You can see, so now he needs the laser treatment. And lastly you get vitreous hemorrhage in this condition, which is a complication of proliferative diabetic retinopathy causing blindness. The treatment of this is vitrectomy, vitrectomy, written in your notes.

Now you've got other questions on the fundus. Let's do them together.

**Question No. 1, a 54-year-old patient has well-controlled diabetes for five years. Urine is normal. What would be the findings in the funduscopic exam?**

**[Inaudible].**

Yeah, if urine is normal in diabetes, fundus must be normal because with the diabetes, microalbuminuria occurs, and then you get dipstick negative proteinuria, and only then you'll get fundal changes. In other words, you first get a urine problem and then you get a fundus problem. If urine is normal, fundus is normal.

No. 2.

ABIM02584

**Four photographs of a retina are shown to you during your exam.  Which of these needs laser therapy?**

The one with the neovascularization of the optic disc.

In No. 3, ischemic optic neuropathy, the slide is in front of you.  Doesn't it look like papilledema?

**Uh-hugh.  [Yes]  [In unison]**

Yes, it does.  It looks like papilledema, but in this condition the vision is also gone.  In papilledema, you don't lose vision.  In ischemic optic neuropathy, you lose vision, and they look alike on the fundus examination, and the best example of ischemic optic neuropathy for you is to remember temporal arteritis.  In temporal arteritis you get unilateral headache and loss of vision.  There is loss of vision in temporal arteritis because of ischemic optic neuropathy.  There you lose vision, not in papilledema, so you examine the fundus and you'll find this kind of finding.  It will look like papilledema, but the patient has no vision, has temporal arteritis.  The diagnosis is ischemic optic neuropathy.

The next one, on the other hand, is optic atrophy.  I told you that before.  The whole disc is white.  No differentiation of 50% and 50% pale and white, and this is due to—the best example of this would be a pituitary tumor, like acromegaly or glaucoma, for that matter.  Something is pressing and optical atrophy occurs due to pressure, compression of the optic pathway by a tumor.

The favorite fundus examination in the exam is this one, CMV.  Record it.  They call it a ketchup and mustard appearance, ketchup, and mustard.  Hot dog?  [Laughter] I used to eat a lot of hot dog and ketchup and mustard, since I saw this slide, no more.  [Laughter]  Every time I want to eat that, I think of this slide.  Forget it.  This is CMV.  It's in the exam, and then this is in the exam, Roth spots.  Roth spots are pale-centered hemorrhages.  The center of the hemorrhage is pale.  Okay, now you have eight questions in three minutes.

**[Eight questions in three minutes]**

So in the first question they are saying something called Hollenhorst plaques.  These atheroembolic little white spots are called Hollenhorst plaques.  You see them in atheroembolic disease.  It is from cholesterol usually from carotid artery disease, emboli.

No. 2 is a cherry-red spot, which is right here.  This is a cherry-red spot, and this indicates a patient has central retinal artery occlusion.  The whole fundus is pale, except for one area, which is reddish, and the reason for the cherry-red spot in the macular area is that the fovea, which is the depressed central area of the macula, that's the inner retinal layer so that it remains transparent and the choroid shows through has a cherry-red spot.  So in other words, the blood is going in, but less blood going into the whole fundus is pale except for that one particular area, so this is seen in central retinal artery occlusion.

Now in Question No. 3, the answer is C because a cherry-red spot is seen in the central retinal artery occlusion, and the commonest cause of that is embolus from the

ABIM02585

Day 2, Part 2                                                                7

[inaudible] major sclerotic vessels.  That is why the retina becomes edematous, loses transparency, fundus appears pale, except for the macular area, which shows up the cherry-red spot, and the disc is also pale.  Because the cause is usually in the carotid artery, the patient may also get jaw claudication, which is a typical presenting feature of temporal arteritis, which may also get involved in this condition.  This is also a cherry-red spot.  See that?  The rest of it is pale, so it indicates carotid artery disease, so the answer is C for carotid Doppler ultrasound.

No. 4 is opposite of this, which means the blood goes in but cannot come out.  The previous one, blood was not going in.  Here you see central retinal vein occlusion.  The blood goes in but cannot come out because the vein is occluded, and this you usually see in three conditions, hypertension, diabetes, and glaucoma, so the answer is B like in 'boy.'

No. 5, a patient is on TPN.  If somebody is on TPN and gets endophthalmitis—by the way, what is this?

**[Inaudible].**

Central vein occlusion.  Same kind of picture, this one, so remember this.  It's going to be there.  So Question No. 5, the answer is B like in 'boy' because you get monilial endophthalmitis if you have been taking TPN for a long time.  That is a known fact and they will question it.

No. 6 is a retinal detachment, and No. 7 is bad CMV retinitis, and the treatment of that is you can give oral  valganciclovir or ganciclovir.  Any 'clovir' will be fine.  [Laughter]  Any 'clovir' for CMV retinitis.

No. 8, the answer on the exam is this.  When you see the word 'magnifier' written on any of the answers in the exam, don't read the question.  [Laughter]  Take the magnifier and thank you very much  go to the next question.  [Laughter]  That will save you two minutes to worry about the next question.  All right?

Macular degeneration is nothing but with aging or who knows what, if we knew the cause, there is degeneration of macula, so the stuff that comes out, it causes deposits in there.  We call them dry exudates.  In time, the blood tries to come there to help you and it becomes wet, so dry exudates become wet exudates in the macular area, and as a result you see this.  We call them drusen.  If you see drusen in the area of the macula, it's a sign of macular degeneration.  It's a quite common disease.  Nobody knows the cause.  The only therapy is for the wet exudates or wet type with laser photocoagulation and photodynamic therapy.  They are trying to make angiogenesis inhibitors these days.  The last I heard Lily was making it.  I bought a lot of stock waiting for that and nothing has happened so far, [Laughter] but I still have the stock.  Hopefully one day they'll find this.  This is age-related macular degeneration, so we can now go to miscellaneous questions.

**A severely arteriosclerotic old lady wakes up after hip surgery and is found to have internuclear ophthalmoplegia.  During surgery her blood pressure had dropped drastically for a few minutes.  What is the cause of her internuclear ophthalmoplegia?**

ABIM02586

[Inaudible].

Well, the thing is that first of all I don't know what it is, internuclear ophthalmoplegia, okay?  [Laughter]  So whatever it is, it is written underneath there.  You read that.  All I know is it has two causes.  One is perioperative stroke, and the other is multiple sclerosis.  Now you tell me from the history which one it is.

**Perioperative stroke.  [In unison]**

Perioperative stroke.  Thank you very much.  We are done.  All right?  I went to my friend who is an ophthalmologist.  I asked him to explain to me what is internuclear ophthalmoplegia.   So he took half an hour of ah, ah, eh, ooh.  [Laughter]  I said, listen, I'll go and read myself, don't worry.  [Laughter]

        No. 2.

**A patient with SLE has been on Plaquenil (hydroxychloroquine).  What is the most important ophthalmologic complication of this therapy?**

Plaquenil causes retinopathy.  We know that.  I knew this a long time ago when I was in medical school, and I know that chloroquine causes retinopathy because we used to give a lot of chloroquine for malaria in India.  Now they're asking that question on the Board.  Okay?

        No. 3.

**A 33-year-old obese female with a BMI of 40 complains of pulsatile headaches, transient visual loss, and dizziness.  Blood pressure is 160/90.  A photograph of the fundus is shown.  It is consistent with the finding of papilledema.  LP shows very high opening pressure.  What is the management?**

[Inaudible].

Yeah, this is a young girl who is obese, so she has pseudotumor cerebri and benign intracranial hypertension, which is treated with Diamox, so the answer is acetazolamide.

        In acute rhinosinusitis, there are a lot of causes, but the Board is interested from you in only one, which is this one, immunosuppression.  This is it.  They don't want to know anything more, okay?  So immunosuppression is the cause of sinusitis.  The best antibiotic for sinusitis, acute sinusitis, is Bactrim or amoxicillin, and all patients with chronic sinusitis have colonization  with *Streptococcus aureus* or gram negative bacilli, but know that the treatment is Bactrim or amoxicillin at the first attack.  Subsequent attacks you can use Augmentin, etc., but initial attack, the Board wants Bactrim or amoxicillin from you.  So let's go to four questions in one minute.

**[Four questions in one minute]**

Somebody getting rhinitis every year, we call it perennial symptoms.  The answer is either intranasal glucocorticoids or intranasal cromolyn, so I will take—because they don't give intranasal cromolyn, they're giving oral cromolyn, so I will take A as the

ABIM02587

Day 2, Part 2                                                                                          9

answer.  In perennial, either you give intranasal steroids or intranasal cromolyn.  If that
doesn't help, then you refer him to the allergist.

No. 2 has a post-nasal drip and he is using Claritin and nasal steroids.  The
answer is B like in 'boy' for vasomotor rhinitis.

No. 3, if I told you cobblestone colon, cobblestone colon was what diagnosis?

**[Inaudible].**

Remember?  What was it?  Cobblestone colon.

**[Inaudible].**

Yesterday I told you; remember cobblestone mucosa, when we do cobblestone nasal
mucosa.

**[Inaudible].**

Cobblestone mucosa.  Didn't I tell you yesterday?  That psychiatric patient?  I never told
you?  Did you hear of cobblestone mucosa?  Wasn't that anything?

**[Inaudible].**

You forgot already.  [Laughter]  That was yesterday.  The exam is in two months.
[Laughter]  Yesterday I said there are two 'cobblestones' in the exam.  One kind is this.
As far as the Board is concerned, nothing else is cobblestone.  This is it.

No. 4, what is the treatment of acute sinusitis, allergic to penicillin?  Bactrim.  It is
that.

There are two questions on external otitis in the exam.  External otitis is of two
kinds, benign and malignant.  Malignant doesn't mean that it is a cancer.  It is not
cancer.  First of all, both are inflammations, both are infections, both are due to
*Pseudomonas*.  The only difference between the two is that the benign one is a young
patient who is not immunosuppressed, while in malignant external otitis the patient is
immunocompromised, so usually in the exam it's an older person who has diabetes.
Actually in 2006 it was a Navajo American Indian woman with diabetes in the exam.
Navajo, whatever that means, [Laughter] all right, so the point is that this one I'm
showing you now is a young guy who just simply went swimming and came out with the
ear looking like that, so this is due to *Pseudomonas* infection in the water or he
scratched himself or put too much of cotton applicators inside his ears.  Some people do
a lot of cotton stuff in their ears.  They itch too much inside.  It feels good, I guess.
[Laughter]  So from that they get *Pseudomonas*, so *Pseudomonas* causes external otitis,
and the treatment of this condition is to avoid moisture and to use, as written in you
notes, ear drops containing aminoglycoside antibiotics and anti-inflammatory steroids
every four hours, four drops every four hours.  In other words, you use a drop and more
frequent, four drops, four times a day.  That takes care of this.

And then there is the second question on the exam in which it is much worse, to
the point that it causes osteomyelitis, so if you have an immunocompromised host who

ABIM02588

Day 2, Part 2                                                                10

is older person in the exam and has *Pseudomonas* which has gone deep into the bone, so they

ABIM02589

get *Pseudomonas* osteomyelitis and you have to do CT scan of the bone. The treatment there is intravenous antibiotics. It can look like this inside. This is inside of the ear, okay? This is not a colonoscopy, [Laughter] although I have to tell you it can look like that. Crohn's disease with stricture formation looks just like that, but treatment of malignant otitis externa is with two anti-*Pseudomonas* antibiotics plus surgical debridement. Now that is a Board question. They don't make ENT questions without these two questions when you go there.

Okay, now let's do Question No. 1.

**A 55-year-old Navajo American Indian woman with a history of diabetes comes with foul smelling discharge from the right ear. Tympanic membrane cannot be visualized because of erythema and edema. What is the best treatment?**

[Inaudible].

E is right. Very good. You are very smart. [Laughter] Next?

**A 15-year-old girl goes for bird-watching in New Jersey. She then develops a painful vesicular rash on her external auditory canal. This is followed by the development of bilateral Bell's palsy, and that is when she decides to come see you. Which of the following is the correct answer?**

[Inaudible].

First of all, nobody told her to go to New Jersey to watch birds. There are no birds in New Jersey. [Laughter] I see a lot of deers in New Jersey. Ramsey Hunt syndrome is due to a DNA virus, so you just have to know it cold. This is a very chronic question on the exam. Every year there. In this condition you get—the next page will tell you what it is. The 7th nerve is involved; the 8th nerve is involved due to this DNA virus. It is a herpes zoster virus, and therefore the ear is involved because the ear canal, vesicular eruptions on the ear and this palsy. It looks like she's smiling, and that is because of Ramsey Hunt plus bird-watching in New Jersey plus [inaudible] bilateral. It can be bilateral, Bell's palsy. It means DNA virus. Again, very specific. You see an answer DNA virus anyplace, just take it.

Next is hearing loss. In conductive hearing loss, what is better? A bone conduction is better than an air conduction, bone, rather than air in conductive hearing loss. In sensory, air is better than bone, but that is the normal case. Normally air is better than bone, but in sensory air is also better than bone except that your hearing loss is decreased. You can't hear. Like I have that. Everybody over the age of 65, 70 gets hearing loss of sensory hearing, just like it's a part of arthritis, same thing. You have to get used to arthritis, you have to get used to sensory hearing loss, just like you get used to getting used to having got married. Same thing. [Laughter] Yeah, you have to used to being married, just like arthritis and hearing loss. [Laughter] [Inaudible]. [Laughter] So I have hearing loss. It starts with noise—what is that called?

**Tinnitus. [In unison]**

Tinnitus, so at this time sitting here I'm hearing this chu-chu-chu, like birds are in my ears and talking to me. I rather enjoy it because [inaudible]. [Laughter] It doesn't bother

ABIM02590

me anymore, until I got to the ear doctor. I told the doctor, I said I'm hearing this. He said let me check. He said you've got non-sensory hearing loss. So I said now what should I do? It will only get worse. [Laughter] So I said, that's okay, I'm prepared for that, but what else? He said I have to tell you this. He said there's one case in this world where the patient was so upset with noises in the ear that he committed suicide. [Laughter] And it's a true story he told me. I was so depressed. [Laughter] But after a while now, I'm used to it. I've started to enjoy it. Now it is like music to me. [Laughter] All these young people put the music volume [inaudible]. [Laughter] I have it naturally. [Laughter] So if you get hearing loss, you put the Weber test on the top of your head if you are bored, which is better. [Laughter] You see which way the vibrating noise is going so that way you can tell if there's any hearing loss, and then you can tell whether it is sensory or conductive by putting it on the side like this, the Rinne test, where you put it on the bone and on the ear to see which is better, bone is better or air is better. [Inaudible] the Rinne test and the Weber test. You can tell whether it is sensory hearing loss or conductive hearing loss, so that's how you do it.

Now presbycusis is sensory hearing loss plus an extra problem, and the extra problem is in the brain, like even if they hear, there is a central auditory processing disorder. They are unable to extract speech from the background noise, so if you are at a party—if I am in a party room, now I really cannot hear. That's why when somebody asks me a question from there back; believe me I don't know what you're saying. [Laughter] I really don't. That's the truth, so this is because I have sensory hearing loss, but she could tell what you were saying, as you can see, because she's younger. [Laughter] One day everybody will get it. [Laughter] Do not be depressed because of that because everybody will get it. That's fine. Everybody will get arthritis, and I'm happy with my arthritis, [Laughter] so this is the second problem in presbycusis. It's old age, and unfortunately there is no treatment. You give them a hearing aid. They don't work because they hear more extraneous sounds than anything else, so all old people will throw them away. They don't like it because you hear more of that extraneous sounds than the people's voices, so they don't like to use hearing aids, and now they say cochlear implant, but I found out there's a major problem with that because you have to relearn everything and it's not that easy, so there's nothing much you can do for presbycusis. You read all this page on presbycusis. There's usually one question on it, but in a person taking aspirin every day, and aspirin can cause tinnitus, and tinnitus can also occur in presbycusis [inaudible].

Okay, next question.

**An 83-year-old woman complains of dizziness and feels her room is spinning when she gets up from her bed in the morning. On exam there is rotary nystagmus. When the patient sits up, another episode of dizziness lasing a few seconds occurs. Dizziness is reproduced when she turns her head to the left while lying flat. There is no hearing loss.**

This is benign positional vertigo with recurrent episodes over time lasting one minute or less. Although individual episodes are brief, these typically recur periodically for many weeks to months. It is due to the calcium deposits within the posterior semicircular canal known as canalithiasis, and episodes can be provoked by the specific types of head movements. They call them Epley maneuver. In the exam, in the question you will read the word 'Epley,' E-P-L-E-Y. When they write Epley maneuver is positive, all you say, the answer is benign positional vertigo, so really you don't need to know the details. If

ABIM02591

you want to read about this, you will get dizzy after awhile, [Laughter] so don't read it. Just remember Epley maneuver is positive in benign positional vertigo.

And this is vestibular neuronitis. This is also written in your notes. Vestibular neuronitis occurs in young people and is probably viral. Ménière's disease is a combination of vertigo plus nausea plus unilateral hearing loss and tinnitus. Vertebrobasilar occurs in older people with all the Ds, diplopia, dysphagia, dysarthria, and dizziness. We will do that again in neurology. Acoustic neuroma is one-sided unilateral hearing loss, so for acoustic neuroma you have to do a CAT scan or MRI of the brain, so now you have three questions in one minute.

**[Three questions in one minute]**

All are Bs. The first one is acoustic neuroma because it is unilateral, and No. 2 is a young swimmer, so it has to be benign. The answer is B like in 'boy,' and No. 3 is presbycusis. Aspirin causes tinnitus only. Presbycusis causes sensory hearing loss, plus tinnitus. Acoustic neuroma is unilateral, progressive, and Ménière's disease causes other problems like vertigo, tinnitis, unilateral. Let's go to New Questions.

That's acoustic neuroma. The arrow right there. This is [inaudible]. Unilateral, benign. Because it grows, you have to do operation although it is benign. Okay, Question No. 1.

**A 51-year-old man presents with ear pain and decreased haring from the left ear. Pearly white material is coming out of the tympanic membrane.**

So this was asked for the first time. It is called cholesteatoma. Whatever it is, you're going to need this. This is how I learned medicine. The thing about me is that I don't know anything in medicine if it is not on the Board exam. [Laughter] If it is on the Board, then I will know about it. This is a clear-cut example. This was last year. I didn't know anything about cholesteatoma. I probably heard about it. I never knew anything about it, but then somebody told me this question was asked about here, so now I read and find the slide for you to prepare for it, so now I know what it is, although I'm not telling you because I don't remember at this time. [Laughter] I forget, too. I forget more than you do, so the point is that the only way to learn medicine is to get deep into it. If you show it to others, then you'll learn. How many people knew what this is, knew it beforehand? [Inaudible], so about half or one-third. Not bad. Very good. Okay, next slide. [Laughter]

No. 2.

**Red eye with preauricular lymphadenopathy is common in which of the following conditions?**

This occurs in conjunctival infections, adenovirus usually, so the answer is A.

No. 3.

**Viral conjunctivitis in one eye and then the other eye should be prevented by?**

Hand washing.

ABIM02592

Day 2, Part 2                                                                                14

No. 4.

ABIM02593

Day 2, Part 2                                                                 15

**A patient had cataract surgery a month ago. Now she presents with visual impairment and hypopyon. Diagnosis?**

[Inaudible].

Hypopyon, layering of the white blood cells in the anterior chamber, like on the slide. This is endophthalmitis due to bacteria.

No. 5.

**A patient has normal bilateral pupil accommodation and convergence. However, the pupils do not constrict when exposed to bright light. They do not 'react' to light. Diagnosis?**

[Inaudible].

This is ARP, Argyll-Robertson pupil. It's seen in neurosyphilis, and you can read all about it on the next page. We will go to Rheumatology.

### RHEUMATOLOGY AND SPORTS MEDICINE

**Question No. 1, the most common risk factor for osteoarthritis of the knee in a 65-year-old man is?**

[Inaudible].

Osteoarthritis of the knee. Usually it is on the medial side of the knee. That is the beginning of old age. The cartilage has worn out. The space has narrowed. The medial meniscus gets damaged, and you start to get bony sclerosis and cyst formations. That's the beginning of the end of the joint, [Laughter] and when that happens, also, not because of aging but more often with obesity and the Board is very much interested in obesity these days. Obesity is a risk factor for knee and hand osteoarthritis. Out of all these risk factors, they will only ask you one, which is obesity. As a matter of fact, there's one more question on the exam on obesity as a risk factor of something else, and that one is—you must remember these two separate questions on the exam. They are totally two separate questions. One, they will ask you a risk factor for osteoarthritis. It's obesity. The other is a risk factor for uterine cancer. It is obesity. If you practice OB in a city, you get obesity. [Laughter] [Inaudible]. All right? So don't forget obesity for these two questions. It's going to be there. Permanently placed questions, okay? No kind of course in the world does like this, the way I'm doing it. No place. This is the way a Board presentation should be. All those they call Board review courses; they're not a Board review course. This is a Board review course, okay? [Laughter]

Now Heberden's nodes.

**Question 2, Heberden's nodes, and Bouchard's nodes are shown in a 71-year-old patient with joint pains. What is the initial treatment for this patient's arthritis?**

[Inaudible].

ABIM02594

Case 2:14-cv-06428-KSH-CLW    Document 211-25    Filed 02/20/24    Page 66 of 116
PageID: 26599

The answer is— initial treatment is?

**[Inaudible].**

Tylenol, acetaminophen.  Going back all of the way on this slide, they want you to—this is for MKSAP—give medication in that order.  I mean, that's not the real practice of medicine, but that's what they want, up to 4g of Tylenol a day.

Okay, we are on Question No. 3 in rheumatology.  A 62-year-old, pain in the hip due to osteoarthritis.  To which of the following areas would her pain radiate?

**[Inaudible].**

This is Bouchard's node, by the way, Bouchard's node.  That's a Bouchard's node.  It can radiate to all those areas mentioned, buttocks, groin, and lateral thigh, but it's supposed to be the best answer.  The best answer is it goes to the groin.

The reason I put this second sentence on the slide is there is another question on the exam where they will say the patient has pain in the hip and the pain is much worse on internal rotation.  That means it's osteoarthritis of the hip.  That is Question No. 4.  [Inaudible].  [Laughter]  The Board is very predictable.  All these things are there, so one by one, I'm giving you all the questions that you will see there.  How can you fail?  There is no way any one of you can fail this exam.  You just have to know this, every part of this, the way I'm doing it, just know it, okay, and I guarantee you that you will pass, but I can't give that in writing because you may not do what I tell you.

This is [inaudible] in spinal stenosis?

**[Inaudible].**

So this is not—it is positive that it is not spinal stenosis, although both the patient and the doctor are very well dressed.  [Laughter]

No. 5.

**A 75-year-old white man says that after walking about 100 yards he must sit down because of severe pain in both calves.  Three to six minutes later he can resume walking for about another 75 yards but then must stop again.  Leaning backwards aggravates the pain.  Leaning forward relieves the pain.  He has thus developed a forward stooping posture.  The patient underwent bilateral aortofemoral bypass surgery for peripheral vascular disease one year ago.  He also has chronic lower back pain for which he underwent laminectomy and fusion of the L3-4 and L4-5 vertebrae 15 years ago.  On exam, posterior tibial pulses are easily palpable, straight leg raising is normal, and there are no neurologic findings in the lower extremities.  There is loss of hair in the shin area.  Which of the following is the most likely cause of this patient's problem.**

**[Inaudible].**

ABIM02595

Spinal stenosis because straight leg raising is normal.  The way I'm looking at this picture, the patient has such lovely clothes on, the doctor [inaudible].  It looks like to me that  this is his wife and he is just taking the picture and teasing her.  [Laughter]  It has to be his wife.  [Laughter]  Next will be in spinal stenosis you get pain in the back when you go downhill.  Normally going downhill causes less pain, right?  If you get pain going downhill and you're better going uphill, so that's the opposite of normal, so this is spinal stenosis.  That's why they say when you are going downhill.  [Laughter]

Okay, No. 6.

**A 74-year-old patient complains of pain in the back and legs when walking downhill.  The pain improves on stopping or when going uphill.  Peripheral pulses are poor.  What is the possible diagnosis?  What is the test of choice?**

**[Inaudible].**

MRI.

These are Board-type questions.  A 21-year-old man who has pain and swelling of the left heel, swelling of the left heel like this one, pain and swelling of the left heel.  When they give you a young man in your examination, a young man having swelling and pain of the left heel, it is Reiter's syndrome, unless proven otherwise, and Reiter's begins after an episode of diarrhea or urinary infection, and they get painless mouth ulcers, balanitis circinata, keratoderma blennorrhagica, and onycholysis.  In other words, they get this and this.  This is balanitis circinata, crusted lesions which are painless.  Same thing on the palms and soles.  You can peel this off, no pain.  Onycholysis.  Here's one picture of all four; painless ulcers in the mouth and uveitis, so they are all there when you go to the exam, Reiter's.  There's another name for Reiter's now.

**[Inaudible].**

When there is Reiter's, you also get back pain, so differential diagnosis of back pain in a young man; you also have to think of Reiter's.  It's the next paragraph.  Same thing, painless mouth ulcers, and all.  Now HLA-B27 may be positive, but you never order that test in the exam, never.  HLA-B27 should never be ordered.

And this patient has ankylosing spondylitis, a young adult having low back pain.  They have sacroiliitis.  This is the sacrum, sacroiliitis right here or here.  If you think this is bad, look at the next one.  Okay, no more joint left, so sacroiliitis is ankylosing spondylitis, a sclerosis of the joint.  They get a bamboo spine due to ossification, deep to the lateral, collateral ligaments.  In the neck they get ossification and straightening of the lower cervical spine.  There is a bridging of intervertebral discs right here.  This is what happens in ankylosing spondylitis, young man.  What they want from you, what are the two associated findings in ankylosing spondylitis in the exam.  One is in the lungs; the other is in the heart.  They get apical fibrosis in the lung.  They get aortic regurgitation in the heart.  Two questions in half a minute.

**[Two questions in 30 seconds]**

ABIM02596

Day 2, Part 2                                                                18

Okay, Question No. 1, the answer is X-ray of the pelvic bones because that's how you're going to see sacroiliitis. How else can you see? Or pelvic CAT scan. They could give you pelvic CAT.

And No. 2, the associated finding is aortic insufficiency.

In rheumatoid arthritis a late complication is vasculitis. That is skin infarctions or bruising of the terminal arteries. They are very painful. Vasculitis becomes large. They get nail-fold infarctions. This is all signs of rheumatoid arthritis. Bad rheumatoid arthritis means rheumatoid nodules. It has a prognostic significance. If you have rheumatoid nodules, that means it is bad disease. It is associated with high titers of rheumatoid factor.

Question 1.

**A 74-year-old female patient has arthralgia in the hands. A photograph is shown with swollen MCPs and PIPs, however rheumatoid factor is negative. Next step?**

**[Inaudible].**

I would treat this patient, but there is no option for treatment, so I will check the CCP, antibodies to cyclic citrullinated peptides. CCP is the answer, but if they didn't give me— see, this is classical. I don't need CCP with this [inaudible]. The common conditions with a positive rheumatoid factor are in your notes. You know this. Rheumatoid factor is positive in only 80% of the cases of rheumatoid arthritis, yet more than 90% with cryoglobulinemia have positive rheumatoid factor, so really when somebody has rheumatoid factor positive, you should think of first cryoglobulinemia, Sjögren syndrome, and then rheumatoid arthritis, therefore the CCP test is better than rheumatoid factor, and what is known in Up-To-Date on CCP is summarized for you underneath, so read about it.

Question No 2.

**A 33-year-old woman with active and advanced rheumatoid arthritis does not improve with NSAIDs and low-dose oral glucocorticoids. What is your next step?**

**[Inaudible].**

Disease modifying agents. The current approach is that more than mild disease, you treat aggressively with disease modifying agents, and when starting disease modifying agents most rheumatologists will use antimalarials and methotrexate, both together. They give antimalarial and methotrexate together, and if that doesn't work then they go to—they used to go to immunosuppressives but nowadays they go to anti-cytokine agents, which are in your notes, like infliximab. They are interleukin-1 receptor antagonists, but as far as you are concerned as internists, you only are allowed methotrexate. I don't know whether an internist uses it. In certain areas of the country, yes, but mostly rheumatologists will use methotrexate and antimalarial, but you can use it, but they don't ask a question beyond that of you because it is not in your domain then. These are the late change of rheumatoid arthritis with  ulnar deviation deformities. You now have four questions in two minutes.

ABIM02597

Day 2, Part 2                                                                                         19

**[Four questions in two minutes]**

ABIM02598

Day 2, Part 2                                                                                    20

Patient is on low-dose methotrexate and chloroquine and has pain in the right hip, so if you read—this question, by the way, was asked last year and also 2007. The last two years, this question has been there, so according to Up-to-Date, it says there to increase the weekly dose of methotrexate by 2.5mg with a target of 12.5mg to 15mg after one month of therapy. In other words, you give a low dose for one month, like this one, 7.5mg, and now after one month of therapy, if the patient still has the problem of pain, you start increasing the dose by 2.5mg per week, and you can go up to a total of 15mg per week, double that what it is today, slowly, so that's a Board question in 2007, 2008.

Question No. 2, that's what I just showed. No. 2 is going with this Baker's cyst, so you will order ultrasonography of the popliteal space. This is always on the exam. You will know the answer is Baker's cyst if you see Homans' sign is equivocal. There is no other question on the exam where Homans' sign is equivocal, okay? If Homans' sign is equivocal, that means it has to be you have to order ultrasound of the popliteal space.

No. 3 is a salmon-colored rash in a patient who has rheumatoid arthritis and fever, and that's classically with splenomegaly, leukocytosis. This occurs in Still's or Felty's?

[Inaudible].

So what was the answer?

[Inaudible].

Felty's? That was wrong.

[Inaudible].

Three is C. Oh, yeah, I'm sorry. So this is adult Still's disease. This is an ill patient with leukocytosis and salmon rash.

The next one is Felty's syndrome where the disease of rheumatoid arthritis is very severe and deforming rheumatoid arthritis with splenomegaly and leukopenia. The next one is leukopenia. As a matter of fact, the table will help you. In the table I put Still's disease, Felty's, and Reiter's together because they try to confuse you with these three, so if you read the table well, you will know. Another salmon-colored rash is in HIV. This is salmon rash. This is a very severe, chronic rheumatoid arthritis syndrome. This is ulceration that you see in what? Felty's syndrome?

[Inaudible].

Yeah, vasculitis and ulceration of Felty's syndrome. So in Felty's you've got severe disease, high titer, rheumatoid nodules, vasculitis, ulcers, splenomegaly, leukopenia, neutropenia, basically, and therefore you have to use disease modifying agents in Felty's.

Okay, next.

ABIM02599

Day 2, Part 2                                                                    21

**A 73-year-old patient with known rheumatoid arthritis and frequent occipital headaches develops acute right upper quadrant pain due to acute cholecystitis. You are called to clear her for surgery.  What is your next step?**

[Inaudible].

MRI of the cervical spine.  This kind of stuff has been asked in two different forms in the examination.  The problem with atlantoaxial subluxation, it can occur in rheumatoid arthritis without your knowledge, so you have to be very careful because you can be sued for more than the malpractice insurance you have because this patient is relatively younger and going for cholecystectomy surgery, and you are her internist, you are called to clear the patient, and if you don't know about the rheumatoid arthritis causing atlantoaxial subluxation, you will not check the neck before the anesthesiologists, who are usually very strong people.  [Laughter]  They will take the neck of the patient and do this to look inside or put the tube in with force, and  he can cause subluxation, but he is not responsible.  You are responsible because you cleared the patient without telling him, and there's a posterior displacement of the odontoid process.  Normally  pre-odontoid space is about 8mm.  Between A and O on the slide, the space here is—here it's 8mm.  Normal is 3mm, so more than 3mm, thank you very much; the patient is going to get paralyzed, so it is very important.  In the other area of the exam, same thing will always be there.  It's just a different scenario that patient who had difficult intubation and got paralyzed, what is the diagnosis, so please when you clear these patients with rheumatoid arthritis, make sure you do an MRI of the neck.  You want to know what is the space between the odontoid process and the posterior margin of the [inaudible].  That space you have to have before you send the patient for surgery of any kind under general anesthesia, so they always have this question on the exam in some form.  Look out for it.  These are the things you have to look for in the exam.  The question should be there.  It's a matter of you finding the question.  It is there.

Next?

**A 41-year-old patient with rheumatoid arthritis complains of right hip pain.  The patient has been on high-dose steroids for rheumatoid arthritis for a long time. The X-ray of the hip is negative.  What is the next step for confirming your diagnosis?**

[Inaudible].

This is aseptic necrosis in which the X-ray will be normal.  That's the whole idea, so they want you to do an MRI, although in this case the X-ray is showing you a problem.  It is not as good as this side, but MRI will give you the diagnosis better.  If you suspect aseptic necrosis, don't rely on an X-ray.  Order an MRI.  The same is true with a chest X-ray.  If you think your patient is smoking cigarettes and has cancer of the lung, don't just be happy with a chest X-ray.  If the chest X-ray is negative, go for CT scan of the chest because one of my friends got sued for a million dollars.  He had to pay a million dollars because he did not order a CAT scan of the chest in a patient who was a smoker.  The chest X-ray was normal, so he goes to another doctor, coughing, coughing, coughing.  The other guy ordered a CAT scan, and there it was.  By that time, three, four, five months were past, and the patient died, and my friend got sued for a million dollars.  So simple, so it is not easy to become a doctor [inaudible].  It's a very tough situation.  You're dealing with a life here.  My plumber came last night.  He charged me—I'm not

ABIM02600

Day 2, Part 2                                                                    22

kidding you.  I'll show you the bill.  Three thousand dollars to fix some plumbing in my
house.  So I told him what is this?  And he knew I was a doctor.  He said, well, I'm like a

ABIM02601

doctor. What is wrong with you? [Laughter] He fixed my pipe, but he doesn't know that we are dealing with live people and we cannot open them up to see what is wrong. [Laughter] I cannot sue the plumber. [Inaudible] and call somebody else. [Laughter] It's a different ball game, but every plumber thinks he's a doctor in this country. Every gardener thinks he's a doctor. He has on van 'garden doctor.' [Laughter] [Inaudible]. [Laughter] I'm a Board doctor, Board of internal medicine doctor.

Okay, 42-year-old female with patches of skin disorder on the elbow, okay? That's psoriasis. The idea in this question is to show you that psoriasis will affect the distal interphalangeal joints to cause psoriatic arthritis. Proximal and distal, but basically distal, and the Board wants to know from you if you know that causes pitting of the nails. Those are the two Board questions, so if they involve the distal joints, this was from *New England Journal* back in 1995, so although disease can be symmetrical, can be bilateral, usually it is asymmetrical, like this one, with narrowing of the interphalangeal joints, distal, with subchondral cysts and new periosteal bone formation is being shown on the slide in a patient with psoriasis. The other side is normal, so the idea is to show you that psoriasis can also be narrowing or minimal telescoping and [inaudible]. Again, distal joint. This is psoriasis, but they want you to connect this picture in the exam with these, okay? This, this, this, and this, they all go together.

All right, next. On the next page compare the psoriatic arthritis with rheumatoid arthritis. In rheumatoid arthritis, you have symmetrical synovitis of the MCP and PIP, metacarpophalangeal and proximal interphalangeal joints. In osteoarthritis you have symmetrical degenerative disease of the articular cartilage. Those are the differences, mainly again of distal interphalangeal joints with Heberden's and Bouchard's nodes. You should see the differences between these different kinds of arthritis.

Another Board-type question.

**A 54-year-old man with hypertension has been on hydrochlorothiazide. He feels fine and comes for a blood pressure checkup. While the blood pressure is normal, routine blood work shows a uric acid of 12.5. What is your next step?**

**[Inaudible].**

Do you want to treat asymptomatic hyperuricemia?

**No. [In unison]**

It keeps changing in the literature. When I started medicine, they said treat it. Then they said don't treat it. When I started to do Board, I was—that's why I was failing because I was very confused. [Laughter] So until last year, they said don't treat it. Now this year, Up-To-Date is saying maybe we should treat it. This is making us crazy. [Inaudible] we are crazy. Now more and more. On one side they will tell you elevated uric acid level does not cause renal failure and therefore there is no rationale for treating asymptomatic hyperuricemia, but—and the 'but' is in the notes. Three specific circumstances warrant at least consideration for the institution of antihyperuricemic treatment in asymptomatic subjects.

Number one, persistent hyperuricemia in the infrequent patients with sustained serum urate concentrations greater than 13 in men and greater then 10 in women. Now

ABIM02602

we have to remember that, too. These high values carry some nephrotoxic risk, perhaps related to the likelihood of some component of uric acid overproduction. Number two, excretion of urinary uric acid in excess of 1,100mg daily is associated with a 50% chance of uric acid calculi, so they should be treated with dietary purine restriction. Allopurinol should be used if dietary restriction does not reduce uric acid excretion to less than 1,000mg a day. The dose should be adjusted to reduce uric acid excretion below 800mg a day. And third, patients about to receive radiotherapy or chemotherapy that is likely to result in extensive tumor cytolysis should be treated to prevent acute uric acid nephropathy.

So now you have three reasons for treating asymptomatic hyperuricemia. One is in men greater than 13, women greater than 10, second is excretion of urinary uric acid more than 1,100, you want to bring that to 800, and, thirdly, if patient is going for chemotherapy, that can increase uric acid, okay? So this is a total change from before, and that is asymptomatic. Now we're going to go to—so this patient, therefore, I will do nothing.

**[Inaudible].**

Oh, yeah, what about A? Hold on. [Inaudible]. Come on, Randy. He has been on hydrochlorothiazide for a long time. That is not causing—first of all, it is [inaudible]. No, no, no. The answer is D, do nothing. He is doing fine. There is no problem in the man. Why do you want to rock the boat? [Laughter] And the blood pressure is normal. [Inaudible] something else? He is fine. The answer is D, do nothing.

Okay, we'll do symptomatic now, and in symptomatic first you give NSAIDs. If you cannot give NSAIDs because of the [inaudible] disease, you give colchicine. If you cannot give colchicine because of diarrhea or neutropenia or bone marrow suppression, then you should give steroids, but definitely you do not give allopurinol. It is contraindicated in acute gout. I'm even afraid to give it in chronic gout because my patient got Stevens-Johnson syndrome. I almost got sued that time, and she almost died, so this is not that easy. It used to be IV colchicine. No more now for you. Only rheumatologists are allowed to give IV colchicine, not internal medicine doctors. So colchicine is contraindicated in bone marrow depression, renal disease, liver disease, and sepsis, and allopurinol is contraindicated in acute gout, okay? So acute gout is treated with NSAIDs, colchicine, or steroids, and if you cannot give by adding by mouth, you can inject the joint with steroids. That will be fine, too.

Now you go to chronic gout on the next page. In chronic gout, the treatment of choice is daily colchicine plus a uricosuric agent or allopurinol. In chronic gout you get tophaceous tophi on the ear, tophi on the fingers. Okay, about the uricosuric agents, you should not give uricosuric agents if the urine uric acid is more than 700 because if it is more than 700 uric acid, it will become 1,000, and you will get uric acid stones, that's why, so in those cases you use allopurinol. In tophaceous gout the treatment of choice is allopurinol. Okay, seven questions, three minutes.

**[Seven questions in three minutes]**

Got it? Have you got the answers? Can I go? So the first question is chalky material coming out. A chalky material comes out of this, and in this you'll find—or in the

ABIM02603

tophaceous gout you'll find crystals of monosodium urate crystals which are strongly negatively birefringent, diagnostic of gout.

In Question No. 3 (sic), tophus of the ear, the treatment is allopurinol. Allopurinol shrinks tophi. It allows the resorption of tophi and decreases excessive urate stores.

Now in No. 3, the patient got gout attacks. Symptomatic while on hydrochlorothiazide, so there you'd stop hydrochlorothiazide.

So in Question No. 4, the patient has acute gout. The answer is colchicine, although I would like to discontinue allopurinol, too, but according to Up-To-Date, lowering of the serum urate to less than 6mg/dL results in elimination of recurrent attacks. He is down to 7.6 from 9.6, so you want to bring it to 6. That's why you want to continue allopurinol, and it is really not a very acute gout. With acute gout, I will stop allopurinol. It's just that he's getting better but the pains are still there. Therefore I will add colchicine to it because most older people with obesity and hypertension, they do have gout where the uric acid is overproduced, and that is what's happening in this case, and you have to give allopurinol and then add colchicine to it.

No. 5. The patient is drinking too much beer. Beer causes gout attack. That I know, so beer should be stopped in Question No. 5.

In No. 6, pitting of the nails. That's a Board question, and No. 7, he has right knee pain while he's nothing by mouth following gastric surgery, so this is a classic description of pseudogout that you get after surgery. After any surgery you can get pseudogout. We will discuss pseudogout as soon as we come from the coffee break. Thank you.

**[Coffee break]**

Pseudogout is always on the exam because there are certain specific scenarios they have, which the doctors miss all the time the diagnosis of pseudogout even in good places. When my mother-in-law went after her surgery of the right knee and they admitted her after the hospitalization to a rehabilitation center which was very good, well known, and I got a call from her that she had pain in the left knee. Surgery was in the right knee, so immediately I said this is pseudogout, so I went to the doctor there and said, well, what are we going to do with this? He said I don't know. We want to first do X-rays and CAT scan. I said but this is pseudogout. Why don't we just treat pseudogout? He said how do you know without X-rays? In other words, he didn't know [inaudible]. The point is that pseudogout will occur after any surgery in the knee, and also on the exam it occurs after somebody who has hemochromatosis or hyperparathyroidism, or in my case I get it always, pseudogout, from low magnesium. I run low magnesium for reasons I would like to go into but it will take too long. [Laughter] Low magnesium causes pseudogout. It's a very interesting subject [inaudible] because it's very common condition, yet we miss it all the time, and if you did the X-ray, you will get this calcification of the meniscus and the articular cartilage, as you see here in this picture. If you took the crystals out and [inaudible], you will see weakly positive birefringent crystals. That is very favorite of the Board. On the left side is gout, on the right side, pseudogout. Because pseudogout occurs after surgery, on the exam question usually—it will be patient has hyperparathyroidism and therefore going for

ABIM02604

Day 2, Part 2                                                                    26

parathyroidectomy, going for parathyroid surgery, and then after that gets pseudogout
[inaudible] because there are two reasons for pseudogout.  One is

ABIM02605

hyperparathyroidism, the other is surgery itself. So this is hemochromatosis. It can cause pseudogout, as you can see the last line, therefore hemochromatosis does it, hyperparathyroidism does it. When you see a patient with pseudogout, you look for iron, ferritin and iron binding capacity, calcium and phosphorus for hyperparathyroidism, and hypothyroidism causes pseudogout, and low magnesium causes pseudogout. Every time I will take magnesium oxide tablet, my knee pain goes away. It's amazing. It is really amazing. You'd have to get it to understand. I get severe pain in my knee, and I don't even do magnesium level anymore because my muscles start to twitch. Twitching of the muscle is a sign of hypomagnesemia. I simply have magnesium chloride with me in my bag. I take one or two tablets, 200mg each. In half an hour I'm fine. The pain is gone, twitching is gone. It's amazing. It's just amazing, and if I had gone to a doctor, you know, you are 70 years old, you must have osteoarthritis. No. I have no osteoarthritis at all. What I have is pseudogout, so it's very important to know these conditions if you are going to practice medicine—otherwise become a lawyer. [Laughter] Four questions, two minutes.

**[Four questions in two minutes]**

So Question No. 1, in diabetic, loss of libido, liver dysfunction, so it's classical hemochromatosis, therefore the answer is B like in 'boy,' and on aspiration of the joint you will get crystals due to gout.

On Question No. 2, the patient has parathyroidectomy and the crystals would be calcium pyrophosphate crystals, B.

No. 3 is the patient—oh; this is something you should know. The calcification of the triangular ligament, wherever that is, occurs in arthritis due to hemochromatosis. Arthritis which is associated with hemochromatosis causes calcification of the triangular ligament. That's something they started to ask in internal medicine Board. It's somewhere in the wrist area, so when you read that sentence, calcification of the triangular ligament, you know they are talking about hemochromatosis.

No. 4 is something, acute pain in the left knee after cholecystectomy, BUN and creatinine high, so you cannot give NSAIDs, you cannot give colchicine, and the patient has surgery so you cannot give by mouth anything, so then you give intra-articular steroids. That would be fine for pseudogout.

For the joint analysis, I looked at it very carefully, and I was looking for the easy way to make the diagnosis, so I decided to first do—this is my way of doing it, so you don't have to do it my way, which is you first look at the crystals of the joint. The crystals will tell you whether it is a gout or pseudogout present depending on the crystals. Suppose they have no crystals. Then look for WBC in the joint fluid. If it is less than 2,000, it is osteoarthritis or trauma. Between 5,000 and 75,000, it is rheumatoid arthritis where the sugar, glucose, should be more than 25, and if it the WBC is more 100,000, it is sepsis where the glucose would be less than 25mg/dL. So I devised a very easy way of telling about what is what in the joint analysis, and, as a matter of fact, to make things easier for you, on the next page I give you the table. Fill in the blanks on the table. Under microscopy on osteoarthritis, write down negative. With rheumatoid arthritis under microscopy, it is negative. Gout is needle-like monosodium urate, strongly negative birefringent crystals, and pseudogout is rhomboidal, weakly positive birefringent crystals. Septic arthritis again is negative for any crystals.

ABIM02606

Day 2, Part 2                                                                                                      28

Now the next question is always on the exam, no matter when you go, so read it and give me the answer.

**[One question in 30 seconds]**

What is your first answer?

**[Inaudible].**

D like in 'doctor'?

**Yes.  [In unison]**

You're right.  This is  fibrositis syndrome.  [Laughter]  Don't look at me.  I didn't create that one.  [Laughter]  It is by the Rheumatological Association of the United States of America.  [Laughter]  They did this.  They gave it to me.  I guess all of them have fibrosis.  This is fibromyalgia.  On your Page 13, it says all you need to know including dermatographism.  You can play games on their skin.  [Laughter]  They are very irritable people.  [Laughter]  They have irritable bowel, they have irritable bladder, they have irritable brain.  [Laughter]  They are very high-strung people.  They get irritated.  Their skin is irritated.  Everything about them is—actually irritating people.  [Laughter]  They will have morning stiffness.  That's quite irritating.  They have psychiatric problems; they have depression, so the point is that—but normal sed rate.  Sed rate is normal.

On the other hand, those other three conditions which the Board wants you to differentiate from them are dermatomyositis, polymyalgia rheumatica, and polyarteritis nodosa.  All three have a very high sed rate.  That's the difference, so that's why the table will help you to decide what is what because the Board loves it.  The treatment of dermatomyositis is high-dose steroids, the last part of the table.  The treatment of polymyalgia rheumatica is low-dose steroids, unless the patient gets a complication of temporal arteritis, which is a complication of polymyalgia rheumatica.  In that case you will give high-dose steroids.  Polyarteritis nodosa, the treatment is high-dose steroids and cyclophosphamide.  Fibromyalgia is treated with symptomatic treatment, massage therapy, and amitriptyline.  Amitriptyline is always on the exam in fibromyalgia.

So this is dermatomyositis.  The sheet does not have a [inaudible] here.  This is dermatomyositis.  Heliotrope rash, yes.

**Okay, I'll repeat the treatment for each column.  Under dermatomyositis it's high-dose steroids.  Under polymyalgia rheumatica it's low-dose steroids, unless you have the complication of temporal arteritis, then it's high dose.  Then under polyarteritis nodosa, high-dose steroids plus cyclophosphamide.  And fibromyalgia, massage therapy and amitriptyline.**

This is heliotrope rash of dermatomyositis.  This is Gottron papules of dermatomyositis.  They are non-violaceous lesions of the knuckles.  This is calcification within the muscle tissue under the skin in dermatomyositis.  There are nail fold capillaries, which are giant capillaries of dermatomyositis, and this is the biopsy showing you lymphocytic infiltration in a muscle.  CPK is high.  Dermatomyositis patients tend to get cancer, and the most common cancer is ovary or the lung, ovary or lung cancer in dermatomyositis.

ABIM02607

In polymyalgia rheumatica, they have pain in the proximal muscles, so in the exam they will not say pain in the proximal muscles. They will say pain on combing the hair or pain on getting up from the floor, pain in the thighs from getting up from the floor. Compare that with dermatomyositis where it's not the pain, it's the weakness. In dermatomyositis it's weakness in the proximal muscles. In polymyalgia rheumatica, pain in the proximal muscles. This is a polymyalgia rheumatica with pain, and they get a complication of temporal arteritis, and temporal arteritis or giant cell arteritis [inaudible] occurs in 60% of patients, so when I see a patient with possible muscle pain in my office coming to me with unilateral headache or vision problems, I don't think twice. I just give steroids right there in my office intravenously. Even if it is not that disease, I'm not taking a chance of somebody going blind on me, and that's a Board question.

In polyarteritis nodosa you get multisystem disease, and you will know in the exam that the patient has polyarteritis nodosa if you see the word written, 'drop,' foot drop or wrist drop. Wrist drop or foot drop occurs in the question, so that means polyarteritis nodosa. Foot drop occurs either in polyarteritis nodosa or in peroneal nerve palsy, separate, which we'll do in neurology, but if you are having wrist drop, as well as foot drop, then you know the patient has polyarteritis nodosa, and, if you remember, I did yesterday in Hepatitis B. B leads to polyarteritis nodosa with pain in the right upper quadrant, acalculous cholecystitis, and all that scenario of vasculitis I showed you, and that's connected with all of this. These people also tend to get aneurysms of the kidney, hairy cell leukemia. If you're talking about hairy cell leukemia, don't forget people with hairy cell leukemia, they usually die of *Legionella* pneumonia. In hairy cell leukemia, you always look for *Legionella* and give treatment at the first sign of infection of the lungs. So, you know, everything in medicine is connected. We just can't separate the body into different parts. So now you have three questions in 30 seconds.

**[Three questions in 30 seconds]**

For Question No. 1, you will do a muscle biopsy for the diagnosis of dermatomyositis because the patient has shoulder weakness.

In Question No. 2, you have visual problems, you will give high-dose steroids, and temporal artery biopsy can be negative because it is a segmental disorder, so the biopsy can be negative. As a matter of fact, I was reading about it lately. Now they recommend when you do the biopsy, do bilateral biopsy. Headache is on the one side. Doesn't matter. Biopsy both sides. Hopefully it will come positive on one side.

No. 3, again there's the foot drop. That means—and Hepatitis C in the past, so this is periarteritis nodosa, and talking about periarteritis nodosa, this is what an ulcer will look like in periarteritis nodosa. Because this is a multisystem disease, it causes vasculitis, gangrene of the finger. Periarteritis nodosa biopsy. They will get pericarditis, so all those findings of polyarteritis nodosa are on Page 14. On Page 15 you have five questions in three minutes.

**[Five questions in three minutes]**

For Question No. 1, you will use low-dose steroids for polymyalgia rheumatica. Usually up to 15mg of Prednisone is enough for these people.

ABIM02608

In No. 2, definitely polymyositis, you need a high dose, so 10mg [inaudible] 40mg [inaudible].

And Question No. 3 with jaw claudication and ischemic fundus, this is temporal arteritis, therefore high-dose steroids, like 60mg of Prednisone a day, would be the answer.

And No. 4, we did that question before. You have to do a HIDA scan for diagnosis of cholecystitis.

And No 5 is sinusitis with chronic nasal discharge and saddle nose deformity, cavitary lung lesion and [inaudible]. Diagnosis is made by C-ANCA. These are the lung nodules, which are kind of cavitating in the middle. They get conjunctivitis, uveitis. C-ANCA is very specific for the diagnosis, however you still have to,—because you want to give certain medications, you still have to get a biopsy of the pulmonary tissue to make the diagnosis. You want a biopsy of the pulmonary tissue, a big good piece under direct vision like thoracoscopy because you want to give them Prednisone and high-dose cyclophosphamide, so C-ANCA is okay, but then you need a biopsy before you begin Prednisone and cyclophosphamide. If you did the upper airway biopsy but [inaudible] does not show granuloma. You want to see granuloma of the [inaudible] before you give steroids and cyclophosphamide.

So what do you think of the Board-type question on Page 16? Which tissue will offer the highest diagnostic yield?

**[Inaudible].**

The answer is pulmonary tissue, preferably obtained by open or thoracoscopic lung biopsy, and the treatment is cyclophosphamide and Prednisone. Now they don't make rheumatology questions without this question. This is always there, cyclophosphamide plus Prednisone. Permanently placed question.

In Henoch-Schönlein you can get non-thrombocytopenic purpura, glomerulonephritis, abdominal pain, and arthralgia. A young child getting all that—can you imagine that. The rash is usually purpura usually on the extensor surfaces of the arms and legs. They get abdominal pain because of extensive purpuric hemorrhage of the small bowel. Luckily most patients recover by themselves.

This is Kawasaki, next page, strawberry tongue, fever, desquamation of the skin, congested throat, and lymph nodes. This is vasculitis of unknown cause, a multisystem disease of children. They have cervical adenitis, congestion of the mucous membrane, and desquamation of the skin. They get coronary artery aneurysms in 25% of patients. The disease is self-limited, death rate is 3%, and the treatment is IV gammaglobulin plus aspirin. I have seen one case in my lifetime. Has anybody seen Kawasaki? One, two, three, four, five, six? A good number. Eight or ten people have seen it. So coronary artery aneurysm in 25% of Kawasaki.

Then there is Behçet's syndrome, which is also vasculitis. It is actually venulitis, venulitis with venous thrombosis involving multiple systems, painful ulcers, painful ulcers of genitalia and mouth. You get optic neuritis, retinal vessel occlusions, uveitis, hemorrhage in the sclera, right here, and pathergy test.

ABIM02609

Then there is Takayasu's, feeble pulses in the upper extremities. A young girl, young woman with feeble pulses in the upper extremities. This is a granulomatous vasculitis of the subclavian arteries and branches of the aorta. There's claudication and Raynaud's phenomenon in the upper extremities. They even get syncope because of carotid artery involvement, visual changes, and TIAs. TIA. The treatment is steroids because of vasculitis.

What about the feeble pulses? There is another Board question where the pulses are feeble.

**[Inaudible].**

[Inaudible], so both the questions are there.

**A 34-year-old Asian hairdresser in her first pregnancy comes for numbness and tingling of her left arm. On exam the blood pressure in the left arm is 80/60 and 90/70 in the right arm. Radial pulses are feeble, but pulses are normal in the feet. Examination of the heart reveals a murmur of aortic regurgitation. She complains of joint pains and low-grade fever. Diagnosis?**

That's the classical description of Takayasu's. The next one is a disease of unknown cause.

**A patient gives a history of asymmetric arthritis of large and small joints for months. He now comes to you because of sudden onset of pain, tenderness, and swelling of the cartilaginous portion of his ear. On examination, the skin of the ear is beefy red and tender. This patient has a stuffy nose with rhinorrhea and saddle deformity of his nose. His voice is hoarse. What is the diagnosis?**

**[Inaudible].**

He looks like President Nixon. [Laughter]

**Antibodies in rheumatology.**

Antinuclear antibody by itself is not a very sensitive test, however the pattern is somewhat helpful. For example, if they give you peripheral pattern of antinuclear antibody, that means acute lupus, generally, but you have to confirm with double-stranded anti-DNA for lupus. With a diffuse pattern of DNA, which is this one, it's really not good because [inaudible] even in normal people, so this does not help you. The speckled pattern, which looks like this, is again seen in chronic lupus, rheumatoid arthritis, and scleroderma, but the nucleolar pattern, which is this, is usually seen in scleroderma, so I would suggest when you do ANA, if you see peripheral pattern or nucleolar pattern, then only you have some assurance you know what the patient has and go for the diagnosis. With the diffuse and speckled pattern, you don't know, so the table helps you. The table is telling you that anti-double stranded is for lupus, anti-histone is for drug-induced lupus, anti-Smith antibody, which is in the exam every year without fail, is specific for lupus but only occurs in 25% of patients, so when it occurs it is pretty good for lupus, and it is there in the exam. Anti-centromere is for CREST syndrome, anti-RNP is mixed connective tissue disorder, and SSA and SSB (Ro and La) are for Sjögren's syndrome. someone got rhinitis medicamentosa. [Laughter] In fact

ABIM02610

Day 2, Part 2                                                        32

his mucosa is cobblestoned.  So you have all that in front of you, and now you want to
do eight questions in three minutes.

ABIM02611

Day 2, Part 2                                                                    33

**[Eight questions in three minutes]**

So Question No. 1, the patient has a classical description of lupus, so initially the screening test would be antinuclear antibody.

Question No. 2, the patient has antiphospholipid symptoms, and therefore you will order antiphospholipid antibody. They tend to get livedo reticularis. Livedo reticularis is this one. This came from the *New England Journal of Medicine* last month.

No. 3 is the answer is anti-Smith antibody which goes with the middle part of the slide. Which subclass of ANA would be the most specific? Anti-Smith. The upper one, which subclass of ANA which is most sensitive is?

**DNA. [In unison]**

Which subclass is most sensitive?

**[Inaudible].**

And the last one is drug-induced, [inaudible], but they ask the middle one all the time on the exam. [Inaudible].

And Question No. 4, anti-double stranded DNA. That is A. No. 5 is scleroderma, and that question is every year on the exam, so No. 5 is always on the exam. Interstitial pneumonitis is the answer. Actually there were two questions on this. In one question the answer was interstitial pneumonitis. Another similar question, the answer was pulmonary hypertension, pulmonary hypertension, so in scleroderma you get interstitial pneumonitis and pulmonary hypertension. It depends what they ask and the answers. This is scleroderma, and this is the interstitial pulmonary fibrosis, so No. 6 is hypertension in scleroderma. You give them ACE inhibitors. Actually on the exam it was ramipril. Ramipril.

No. 7 is Raynaud's. She has dysphagia. Raynaud's plus dysphagia is CREST syndrome, and for CREST syndrome you order anti-centromere antibody. In CREST syndrome you have calcinosis, Raynaud's, esophageal dysmotility. What else?

**[Inaudible].**

S is for sclerodactyly. This is sclerodactyly, this is sclerodactyly, this is sclerodactyly. This is telangiectasia, so completes CREST, and also you get disorganization of the capillary beds, [inaudible] of the capillaries in scleroderma, so the answer to Question No. 7 is anti-centromere, and Question No. 8, the answer is changes in the nail bed capillaries. What will increase the likelihood that the patient has a connective tissue disorder? Changes in the nail fold capillaries.

Next is Raynaud's phenomenon. Eighty percent of patients with scleroderma get it, and 20% of patients with lupus get it, therefore I will say if you have a patient with Raynaud's phenomenon, simply order ANA. If it is peripheral type, you know this is lupus. If it is nucleolar type, you know the patient has scleroderma, and the centromere type, you have CREST syndrome, so simply by ordering ANA in a patient with

ABIM02612

Day 2, Part 2                                                            34

Raynaud's phenomenon you can get to the diagnosis.  If they are not there, then its
idiopathic.  That is primary, primary or idiopathic.  OK, can I go?

ABIM02613

Day 2, Part 2                                                                35

Next is dental caries. There are three causes.

**A 33-year-old female develops a cold, ear infection, and parotid swelling. Antibiotics are prescribed and the infection subsides, however the parotid swelling continues. On exam the patient has dry mouth, dental caries, and dry eyes. What is the possible diagnosis?**

[Inaudible].

So Sjögren's syndrome, you get dry mouth, dental caries, xerostomia. Rheumatoid factor is positive in 90% of the cases. Diagnosis is suggested by Schirmer's [inaudible] paper test. It's confirmed by biopsy of the minor salivary gland of the lower lip. That will show lymphocytic infiltration of the labia minor salivary gland.

Can I go? We're going to go to Sports Medicine.

**Question No. 1, a 55-year-old athlete who is a swimmer and tennis player complains of a dull ache in his right shoulder that interferes with his sleep. On exam there is tenderness on the lateral aspect of the humoral head and severe pain when his arm is abducted or externally rotated. What is the diagnosis?**

[Inaudible].

As you can see, the rotator cuff of the shoulder is made up of four muscles, the supraspinatus, the infraspinatus, teres minor, and subscapularis. Out of these, it so happens the supraspinatus is the most important in a way that when injury occurs to the supraspinatus, it's called over-use injury. The patient has difficulty— as in the question—difficult in abduction and external rotation. So it all depends upon if it is inflammation or if it is a rupture of the tendon. If it is a rupture of the tendon, there will be weakness, along with pain, but if it is tendonitis only, it's just pain, so both the questions are in the exam a year ago. For example, in this question, the patient has rotator cuff tendonitis, the repeated action, which is in this case a tennis player and a swimmer, causes overuse injury of the rotator cuff muscles, one of them. The patient has difficulty in abduction and external rotation. Not only that, there is a bursa, which is subacromial bursa, right here, which gets involved with the tendonitis and they get severe pain on abduction and external rotation. This kind of tendonitis is very easily fixed by the internist giving the injection into the joint of inflammation a small amount of steroids, and that takes care of the problem. You are supposed to give NSAIDs, local steroids, and physical therapy without sending the patient to the orthopedic doctor. That's what the Board wants from you in the question on the exam.

Compare that with the second question.

**A 51-year-old construction worker fell off the ladder on his outstretched hand and is now unable to abduct his left arm. During examination, when asked to abduct the shoulder, he shrugs it, however he is able to hold the arm up once 90 degrees of abduction is passively applied by you. X-ray shows mild narrowing of the acromial space. There is no fracture. Diagnosis?**

[Inaudible].

ABIM02614

Day 2, Part 2                                                                    36

Here there is weakness.  There is a weakness on abduction.  In other words, he shrugs it.  He cannot do it.  So when you examine him, you bring his arm up with your hand, and if you let go then he will drop it.  It's called positive drop arm sign.  That means there's a complete tear of the rotator cuff.  The patient has weakness and a positive drop arm sign.  This will indicate that you want to refer this patient to the orthopedic surgeon.  There's a weakness of abduction and external rotation.  In a rupture, unable to initiate abduction, he will shrug.  Pain and weakness of abduction and external rotation, positive drop arm sign.  Diagnosis by ultrasound or MRI or arthrogram.  MRI will show both tendonitis, as well as tear, therefore I will do MRI because it can tell about both, and [inaudible] consultation, orthopedic surgeon.  This one, you will not inject steroids.  The previous one, yes.  Those two questions are always on the exam no matter when you go.

     No. 3.

**A 55-year-old lady develops should injury and the shoulder is placed in a sling.  After a few weeks when the pain is reduced, the sling is taken off.  Now she is unable to move the shoulder.  On examination her shoulder is tender with restrictive active and passive movements.  An X-ray reveals osteopenia.  During an arthrogram only less than 1.5mL of contrast material could be injected into the shoulder joint.  What is the diagnosis?**

**[Inaudible].**

This is adhesive capsulitis or frozen shoulder.  It can happen in people who have hemiplegia  for whatever reason and they don't move the shoulder for whatever reason.  This is the reason for the frozen shoulder, and the treatment of this is early mobilization and physical therapy.  Sometimes they need mobilization or manipulation under anesthesia, which is quite painful, that's why under general anesthesia, so that's the third question on the shoulder.  Those are the three shoulder questions in the examination.

     The next one is you move down from the shoulder to the elbow.

**No. 4, a tennis player develops pain on his lateral epicondyle.  He stopped playing tennis and the pain went away, however the same pain returned when later on he lifted a suitcase while at the airport.  What is the treatment?**

This is a classical description of tennis elbow.  There is pain on the—this is due to the epicondylitis extending on the medial or the lateral side of the elbow.  It is precipitated by when you lift a racquet and hit the ball, or when the elbow is extended, so then the pain in the elbow area on either side.  Extensor muscles are involved, and the treatment is you give your local injection of steroid you should be carrying in your pocket all the time.  [Laughter]  You will need a lot of that in sports injuries.

     No. 5.

**A patient is unable to extend at the elbow where he has pain and tenderness.  What is the probable diagnosis?**

**[Inaudible].**

ABIM02615

Day 2, Part 2                                                                                  37

So this was tennis elbow—now compare tennis elbow to the next one that she just read,
No. 5.  This is olecranon bursitis.  In olecranon bursitis, the bursa is on the posterior
aspect on the triceps insertion, and bursitis olecranon can be traumatic or aseptic, and
the traumatic one is called  Student's elbow, and it is treated by aspiration, NSAIDs, and
steroid injection, but if it keeps coming back, excision is the only choice there, but this
one compared to tennis elbow, which is on the lateral or medial side, this is on the
posterior side, and they're all on the examination when you go.

There is a question on the exam on carpal tunnel syndrome, No. 6.

**Which of the following is the correct answer regarding initial management of
carpal tunnel syndrome?**

**[Inaudible].**

Carpal tunnel syndrome is median nerve involvement, and therefore you have atrophy of
the  thenar eminence and you get pain at nighttime in your hand, numbness and pain in
the hand, so at night time you will do this, but the most common cause is pregnancy as
far as you are concerned for the examination.  The only thing they ask is a cause for
carpal tunnel syndrome.  It's pregnancy.  They don't ask others.  The answer, the
treatment is a wrist splint in the neutral position during nighttime because pain occurs
mostly at nighttime, so at nighttime you put the wrist splint, [hard splint, but pregnancy is
the cause.  Remember that for the examination.

No. 7.

**A female lab technician has pain in the right wrist and hand.  Adduction of the
thumb across the palm causes pain.  The same pain occurs when she grasps a
pipette at work.  Diagnosis?**

**[Inaudible].**

The answer is A because you know on the slide.  It is tenosynovitis of the abductor
pollicis longus and extensor pollicis longus and brevis tendons.  There are three tendons
in this area, abductor pollicis longus, extensor pollicis longus, and extensor pollicis
brevis.  Those tendons from overuse of the wrist or the hand, the patient gets pain at the
radial site of the wrist during grasping or thumb or wrist movements, and pain radiates to
the  thumb or up to the  volar aspect of the wrist.  The patient may complain of difficulty
writing something, and this is—what they're showing you in the picture is the Finkelstein
test.  The Finkelstein test is pain on thumb adduction.  On thumb adduction there is pain.
It's a positive Finkelstein test, as seen in this tenosynovitis.  This was asked last year in
the exam.  I had never known about it until it came.  I have a friend.  His last name is
Finkelstein, so I called him and asked him what do you think about this tenosynovitis?
He knew it right away, the Finkelstein test is positive.  [Laughter]

No. 8.

**A 52-year-old patient complains of pain on the upper lateral thigh that worsens
while lying on that side.  The pain is referred down the lateral aspect of the leg.
Examination of the hip is normal.  What is the treatment?**

ABIM02616

Day 2, Part 2                                                                    38

This is trochanteric bursitis, also on the exam. The trochanteric bursa is right here. It's on the lateral aspect, therefore when you lie on the lateral aspect too much, there is nothing else to do, watching TV, lying down, [Laughter] you get the pain going down the leg. That's called trochanteric bursitis. If you have that, somebody has to inject steroid into the trochanteric bursa for you to get better. That was on the exam, too, last year.

**Question 9, a 44-year-old patient has pain in the right knee on repeated climbing of the stairs. On exam there is a point of tenderness 4cm below the knee, inferior and medial to the patella. Diagnosis?**

**[Inaudible].**

Number 9, they don't make sports medicine questions without No. 9 question. How do you know? The moment they mention 3-4cm below the knee on the medial side. When you see the words '3-4cm below the knee,' they are talking about anserine bursitis, and it's always there. It causes pain while climbing stairs. By now you know injection of steroids is the treatment. [Laughter] That's a classical Board question, anserine bursitis.

**No. 10, a 72-year-old lady with known osteoarthritis complains of one-day history of pain in the right knee that locks and causes a 'give-way' sensation while going down the stairs. On exam there's swelling and tenderness but the anterior Drawer sign is negative. What is the next step?**

**[Inaudible].**

The answer is B as in 'boy.' MRI is diagnostic for all the tears in up to 90% of the cases. This is known. The problem is there are two conditions which get confused, anterior cruciate ligament tear versus medial meniscus tear, so I decided to help you with it in the next question by giving you a table to decide which of the two. You can tell that in anterior cruciate ligament, it's excruciating pain, okay? On the other hand, a medial meniscus tear, the pain is slowly coming. Like I got injured today so I'll call my orthopedic surgeon tomorrow. I'm not that much in pain, but if I had an anterior cruciate ligament tear, I don't wait til tomorrow. I call the doctor right away, so that's how you will know. Pain is acute, you can't take it. That's excruciating pain, I call it, so it is anterior cruciate ligament tear, okay? Now the other thing to remember is that in anterior cruciate ligament tear, the anterior Drawer sign is positive. Nobody is going to ask you on the exam what is anterior Drawer sign, although if you want to know, it is written underneath for you, but they don't ask that. You just have to somehow remember that in anterior cruciate ligament, anterior Drawer sign is positive, and in medial meniscus tear, McMurray's sign is positive. M goes with M and anterior goes with anterior. All right? And sudden pain, anterior, excruciating pain is anterior cruciate ligament. Slow pain is medial meniscus tear, so if you know those differences, you will be able to answer— there are two questions on the Board on this. You will be able to answer both of them.

The answer to Question No. 10 was MRI. You see the tear. Although it is telling you anterior Drawer sign is negative in Question 10, that means the answer there is medial meniscus tear.

On the next page, No. 11 is the management.

**What's the answer to No. 11?**

ABIM02617

Day 2, Part 2                                                                           39

What is the diagnosis?

**[Inaudible].**

McMurray sign is positive. That means medial meniscus tear, and the management of these tears is ligament and meniscal tearing can benefit from arthroscopic management early in the course. Symptomatic treatment is with knee braces. You give them a knee brace, you give them NSAIDs, you give them range of motion exercises, you give them weight-bearing exercises as tolerated, and the treatment of choice, of course, in severe cases is total knee arthroplasty. Total knee arthroplasty is the treatment of choice, if needed. Before that you do NSAIDs, range of motion exercises, physical therapy, and weight-bearing exercises.

**A 31-year-old female has pain in the right sole when she steps out of bed in the morning. The pain is worse in the morning and getting better throughout the day and then starting over again in the morning. What is the possible diagnosis?**

**[Inaudible].**

Plantar fasciitis. You see the plantar fascia goes like that. It actually comes from the calcaneum and goes to the front of the foot, and it is when you get fasciitis and you are walking, you are really causing a lot of tension in the fascia, so that the fascia pulls on the calcaneum. It pulls on constantly all the time when you are walking. As a result of this chronic pull, after a while you get pain in this area because of the pulling right there, and if you do the x-ray, you will get calcaneal spur from the pull, so you get a calcaneal spur, and the Board will give you this picture, and the Board will keep talking, telling you about there is a calcaneal spur there, there is a spur, there is pain, there is pain. Then finally the question, after all this three-page question they'll ask you, okay, what is the cause of the pain? Well, ladies and gentlemen, the cause of the pain is never the spur. The cause of the pain is plantar fasciitis. They will try to get you to answer as if—they'll pay a lot of attention to the spur, and yet the spur is not the cause of the pain. The cause of the pain is fasciitis, so you don't fall into their trap. They want you to answer spur because of the pain so that you will go there again next year and pay them another $1000. [Laughter] But I don't want you to give me any money. I don't want you to come back but I raise the price every year. [Laughter] Therefore the answer to this question is plantar fasciitis.

And now to tell you there are a lot of conditions that look similar in the exam, so I decided to give you a table. Its plantar fasciitis, its tarsal tunnel syndrome, Achilles tendinitis, and eosinophilic fasciitis. In eosinophilic fasciitis, you will get pain when you do strenuous exercise. There is marked eosinophilia, so the treatment is steroids. Tarsal tunnel syndrome is just like carpal tunnel syndrome when you get pain and numbness in the feet at the end of each day, especially on walking, and that is due to compression of the posterior tibial nerve, and just like positive Tinel's sign in carpal tunnel syndrome, you get positive Tinel's sign In tarsal tunnel syndrome. Treatment is local steroids. In Achilles tendinitis, pain and swelling in the area of the posterior part of the heel, posterior heel pain, overuse syndrome over the tendon. The tendon can rupture. Treatment is just stop running, start watching TV, [Laughter] take some NSAIDs, and physical therapy. Alright, so read those four causes of pain in the feet and you will be able to do them all very easily. Now you have two minutes and four Board-type questions.

ABIM02618

Day 2, Part 2                                                           40

**[Four questions in two minutes]**

ABIM02619

Question No. 1 is a classic description of burning of the toes, pressure on the posterior [inaudible] nerve on the medial aspect of the ankle beneath the flexor [inaudible] that occurs in tarsal tunnel syndrome because the nerve is trapped over the posterior— behind the medial malleolus, and it causestenosynovitis, rheumatoid arthritis, and [inaudible]. The most common cause is pregnancy.

Question No. 2, I did that before. The answer is plantar fasciitis. Question No. 3 is a new question on the exam in the sense that the formation of ANA and antibodies to double-stranded DNA have been important in response to all TNF inhibitors but may be more common with infliximab, so here you get double-stranded DNA. [Inaudible].

**[Inaudible].**

Okay, let me read the question again. A 41-year-old, fascial rash and arthralgia. The finding is related to the development of? Well, because he developed a facial rash and arthralgia, which is lupus-like syndrome.

**[Inaudible].**

Its drug induced. Its anti-histone.

**[Inaudible].**

Oh, they are saying why not it is drug induced?

**[Inaudible].**

Oh, I see, double-stranded DNA antibody. That's what you want to write, anti-double-stranded DNA antibody. You can write that, but if you have [inaudible] the question, really I don't know. I don't know what I'm talking about. [Laughter] [Inaudible]. It says there 'the formation of ANA and antibodies to double-stranded DNA have been reported in response to all TNF inhibitors.' Now this patient got anti-TNF therapy or infliximab. It doesn't matter. Cases of vasculitis and lupus-like syndrome have been reported and associated with TNF inhibitor use. What I'm saying to you is this patient got TNF therapy, so he has developed a syndrome which is lupus-like syndrome with double-stranded DNA antibody. Now if you are talking about anti-histone antibody, I would say what is the drug which causes that?

**[Inaudible].**

**[Overlapping conversation]**

Okay, those of you who are wondering or have a question about this can come and talk to me. I will also check it again in the literature to see what is going on. My feeling is that lupus-like syndrome, you would do anti-DNA antibody, so the question could be written wrong by me or whatever, given to me, but this is something in the exam that was never asked before, okay? It seems to be a lupus-like syndrome due to infliximab, so however you want to put it, it doesn't matter.

ABIM02620

Day 2, Part 2                                                                 42

     Question No. 4, somebody falls on their outstretched hand.  In the examination there is—you should do a bone scan because falling on the outstretched hand can cause a fracture of the scaphoid bone.  Fracture of the scaphoid bone and the non-union

ABIM02621

Day 2, Part 2                                                          43

of the fracture is very common.  This fracture is rarely seen by X-ray, however when suspected a bone scan should be ordered for diagnosis.  MRI is undetermined so far. Studies are underway for MRI for scaphoid fracture.  They don't know anything about it yet, so bone scan is the best answer, and actually in the exam last year the treatment was asked for this.  The treatment was using a hard splint for two weeks.  H-A-R-D.  A hard split for two weeks was the treatment of scaphoid fracture.  Ladies and gentlemen, except for these questions, read this, I'm done.  Thank you very much.  See you tomorrow morning.

[End]

ABIM02622

**May 22 – 23, 2009**
**Day 3 Part 1 (am)**

**[Inaudible]  A 44-year-old male has loss of libido.  He has a history of diabetes. His medications are oral hypoglycemic agents and Advil for arthritis.  On exam, there is pigmentation of the face and arms.  Which of the following should be ordered next?**

So they are very clearly describing hemochromatosis.  There is no other question in the exam on hemochromatosis.  So you have to know all the symptoms of it [inaudible/1:21] underlying  causes in the person itself.  So the answer is, serum iron and ferritin is done.

**A 43-year-old male with history of diabetes has swelling of his 2nd and 3rd MCP joints.  Blood work shows increased ALT and AST.  ANA is negative.  What is the diagnosis?**

Remember that  a metacarpophalangeal joint, which is MCP, is enlarged  not only in rheumatoid arthritis but in hemochromatosis, lupus, and scleroderma.  Rheumatoid arthritis, hemochromatosis, lupus and scleroderma.  So once again it is hemochromatosis here.

**Question 3.  A 42-year-old patient with diabetes and liver dysfunctions, in the range of 200-300 units, plus arthropathy and weakly positive birefringent rhomboid crystals in the joint fluid.  Next test?**

Again,  pseudogout findings are there, and they may come in [inaudible 1:29] so you have to think of serum ferritin and transferrin  which is B like boy.

**Question 4.  A case of osteomalacia with X-ray of pseudo-fracture is shown. Which of the following sets of blood tests would be seen in this patient?  Patient is 91-year-old female?**

This is osteomalacia with joint [inaudible/3:11] Looser's zone or pseudofracture right here.  This is a  Board question.   Every year they show a picture of pseudo-fracture.  It looks like something like this.  Where the artery is crossing the bone, and  the bone is so weak that you get a radiolucent band, which is very specific of osteomalacia.  And in osteomalacia, the main problem is that they're  not absorbing vitamin D, therefore, you'd want to draw calcium, therefore parathormone goes up, therefore the  phosphorus goes down.  So because of that,  B would be the answer.  And  A is going with osteoporosis. We did this before.  I made sure that you would have  it because it is in the exam in a table form. .  And  C goes with Paget's and D, the last one, goes with [inaudible 4:17] which would be chronic renal failure.  Osteomalacia is very common.  As a matter of fact, half of the  elderly people in this country have osteomalacia.  Every, almost everybody in the nursing home has osteomalacia.  So you should start  doing in your practice when you do routine blood work, 25-hydroxyvitamin D should be ordered by you on everybody.  My levels are normally 7, and this leads to a lot of muscle pain and bone pain.  You must do this on everyone.  You will be surprised that half of your  family members have it already.  You'll be surprised.  25-Hydroxy not 1,25-dihydroxy — and that is a Board question.  And lately they are finding out that vitamin D deficiency, or

ABIM02623

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                            2

osteo pseudofractures, is very much connected with lots of cancers, especially prostate cancer, and lots of other diseases.  They are figuring out now that vitamin D deficiency is causing all the problems of the world.  What is surprising about osteoporosis, [inaudible/5:45] the question is what causes bone mineral density of -3.2.  This T score is very high.  Because of my bone pain, when I did my DEXA scan, mine was -3.5, and even the doctors were surprised.  They were surprised that [inaudible/6:06] a man should have -3.5, but they don't know [inaudible/6:10] one thing, and none of them knew at that time that DEXA cannot tell between osteoporosis

ABIM02624

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                                      3

and osteomalacia. Mine was osteomalacia not osteoporosis. So taking more [inaudible/6:26]. So the point is that [inaudible/6:44]. I don't care what I have. [Inaudible/7:00] The diagnostic criteria for osteoporosis is based on measured bone mass and the unit is T score. Normally T score is +1 or -1 [inaudible/7:13]. But a low will be—those T-scores will be -1 and -2.5 which is osteopenia. And below -2.5 is osteoporosis.

**Question 6. What is a risk factor for osteoporosis? Sedentary lifestyle or obesity?**

Sedentary [unanimous].

This is osteoporosis. This is normal. This is osteoporosis. This is a separate question which is not in your notes. So write this down. You got this? Everybody sure [phonetic]? These are the questions I told you; they are on the exam. They are always there when you go. The one is sedentary lifestyle is causing osteoporosis, and obesity is causing osteoarthritis of the knee and cancer of the uterus in the exam. Once again to remind you when you go there. Number 7, in the question book.

**An 82-year-old female has been on Alendronate, calcium, and vitamin D for osteoporosis with severe kyphosis. However, she still complains of bone pain. What is your advice?**

Add calcitonin. Add calcitonin. Number 8?

**A 61-year-old woman with osteoporosis and s/p bilateral salpingo-oophorectomy is taking calcium, vitamin D, and Alendronate. However, a year later, there is no change in the bone density. What is your advice?**

No change. It takes more than a year to see the benefit on a DEXA scan. Therefore, just continue the therapy. Number 9?

**An 82-year-old lady, who stays at home most of the time, comes with a history of a fall and hip fracture. Her serum calcium, albumin, and phosphorus are low. Serum alkaline phosphatase and serum parathormone are increased. What is your next test for diagnosis?**

The answer is B like in boy. 25-hydroxyvitamin D. Number 10?

**A 16-year-old boy is found to have hepatomegaly, mild liver dysfunction, and hemolytic anemia. What test should be order for the diagnosis?**

Serum ceruloplasmin. In a young man with liver disease, CNS disease, or hemolytic anemia, you should rule out Wilson's disease. You have eight questions in four minutes.

### Board-Type Questions on "Diabetes Mellitus"

For Question #1, the patient has diabetes, because his blood sugar was 128 mg/dL x 2, 126 is the borderline, fasting >126 is diabetic. You have to tell her; the patient has

ABIM02625

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                                    4

diabetes and that she has a high risk of other complications, and that should be told.
That's a routine question in the exam..
        #2 is the Dawn phenomenon vs. Somogyi.  For Dawn, you increase the nighttime
insulin.  In Dawn's phenomenon, you increase the nighttime insulin; in Somogyi, there
was no choice in the exam to decrease the insulin dose.  I would decrease the insulin for
Somogyi, but in the exam there was no choice for that last

ABIM02626

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                    5

time.   And the correct answer was change the NPH insulin from evening dinner to bedtime.  In other words, give it a little later on, so that the side effects of it would occur during the nighttime  rather than later on in the day.  So I should note that  in question #2, decrease insulin dose, because that question goes to Dawn rather than Somogyi.  So don't take #2 from the slide, take that in Dawn,  you increase the nighttime insulin, and in Somogyi either you decrease the insulin or give it later on at bedtime.

And in Question 3, the  patient is gaining weight and that's the classical description of Somogyi.  We should discontinue the evening dose of NPH.

#4, the answer is Metformin, and in #5, it seems to me that the NPH insulin peak action is happening at 4 PM, and by 10 PM, the effect had waned.  In this situation, it is best to split the long-acting insulin into two doses, one in the morning, other in the evening, usually 2/3 in the morning and 1/3 in the evening.  So the answer is that you could control the patient by placing them on split NPH, 2/3 in the morning and 1/3 in the evening.  At least, that's what we used to do [inaudible/17:33].

#6, the answer is A, and this is written in Harrison, page 2125.

Question #7, the answer is rosiglitazone.  Metformin, glipizide and glyburide, they cannot be used in  renal insufficiency.  So, the only answer is rosiglitazone, which is Avandia.

#8, which of the following drugs stimulates the release of insulin from beta cells of the pancreas?  The answer  is A, if you go to the next page, you will find that acarbose delays glucose absorption, metformin inhibits hepatic glucogenesis, thiazolidinedione sensitizes the tissues.  And a new one is GLP-1, glucagon-like peptide analog, which is exenatide or Byetta, which slows gastric emptying.  And repaglinide, which is Prandin, stimulates insulin production.  Sulfonylurea stimulates the release of insulin from beta cells, and Januvia increases incretin levels.  If you don't pass the Board, there will be a few more in the next year.

[Laughter]

Because when I started this in 60/70, you only had one drug.  And not look at it.  There is no end to this, you know.

[Laughter]

 And the names are so funny.  On top of it, there are other names.  You have other names, regular names.  It's so tough to remember all that, and then how they work in all the situations.  It has become tremendous—a specialty by itself.
 On the next issue, the two facts you must remember: that insulin as well as C-peptide is derived from pro-insulin.  So in the pancreas, pro-insulin is producing insulin and C peptide.  While on the outside, when you give a sulfonylura, they also increase C-peptide as well as insulin.  In other words, sulfonylurea acts like pancrease.  Know those two facts [inaudible].
 So on the table, in plasma insulin, the sulfonylurea will be high.  Pro-insulin would be slightly high.  C-Peptide would be high.  [inaudible/20:55]  And insulin antibodies would be absent, of course.  Unless you give insulin you won't get antibodies.  And the plasma or urine sulfonylurea will be present.  So this is how you differentiate information in exam.  They give you one question on this, no more than that.

ABIM02627

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                              6

Now you have 4 questions in 2 minutes.  Four questions in two minutes.
So, in the next slide [inaudible] which is this one, factitious hypoglycemia and insulinoma.  High insulin levels plus high C-peptide levels will occur in insulinoma, as we said before.  Therefore, order plasma pro-insulin level and plasma or urine sulfonylurea for factitious disease.  So in this question, insulin and C-peptide are elevated, and, therefore, you should do a sulfonylurea screen.

Question #2, fasting control of sugar is the initial step in diabetes mellitus.  If is followed by control of postprandial sugar; therefore, the answer id D like in doctor.

ABIM02628

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                    7

And indications for gastric bypass surgery in obesity are — I would say all of them What did I have here?. d)? d), dog,right.

#4--#4 is change in [inaudible/24:59]. This question is permanently placed on the exam. To avoid [ cerebral edema, further reduction of glucose rapidly is not advised. Again, make sure you know it. To avoid  cerebral edema, further reduction of glucose rapidly is not advised; and if you go to the next page, when serum glucose reaches 200 mg in DKA or in hyperosmolar hyperglycemic state, both the conditions, the iv saline solution is switched to D5 half or D5 saline. And, it may be possible to decrease the insulin infusion rate. Reducing the serum glucose at this time below 200 in DKA or in hyperosmolar hyperglycemia may promote development of cerebral edema. So that's why the Board has this question every year. And when you reach that level, 200 or so, make sure you give dextrose somehow to the patient. And that, you must read again in the exam. Now you have 5 questions for—oh, you will need to write what is under hyperosmolar hyperglycemia on the table. So for glucose, write more than  800. For sodium, normal or high. Sodium can be normal or high. Bicarbonate is normal. Ketones are negative or trace. Negative or trace. pH is normal. And osmolarity is  more than 350. So you see the difference between the two, and the treatment is written for you. But the exam question is on the treatment. Now you have 5 questions in 3 minutes.

So in question #1 the answer is, obviously, statins;and for question #2, because it is a relatively progressive disease, then additional treatment may be given with sulfonylurea. However,  right now, if the A1C was 8.5 or over, then you will not give sulfonylurea, you will give insulin.    If the A1C was 8.5 or over, then  literature states to give insulin instead of sulfonylurea.

#3, the answer is A).   Give [inaudible] BMI is over 25.

And #4, answer is insulin; ejection fraction is 50%. A, checking blood sugar every four hours, does not help. Lispro insulin is no good because he needs long-acting insulin with lispro; alone is not good. c) is more valuable for hypoglycemia, and that can worsen myocardial ischemia in hibernating myocardium. d) which is metformin is okay, but it will decrease triglyceride. It decreases triglycerides but earlier — oh yes, it is contraindicated if ejection fraction is less than 40, so it should be allright. However, they didn't include MI, and in ICU—and Metformin should not be given in ICU setting. And it causes lactic acidosis. Otherwise, it's a good drug. So, it should not be given if EF was less than 40% or patient is in ICU. In ICU patient, we don't give metformin, and it causes lactic acidosis. And rosiglitazone takes four to six months for full effect to occur, and it's effect on MI is unknown. Therefore, the answer is insulin.

#5, [inaudible] is shown, an indication for the treatment of persistent bone pain and hypercalcemia or severe hypercalciuria.

**NEW QUESTIONS**

**#1, A case of Sheehan's syndrome:**

Sheehan's syndrome usually is asked when you are medical student and now they started to ask in the Board last year for the first time. As you know, Sheehan's is

ABIM02629

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                                8

pituitary infarction within the first days or weeks after delivery, and patient gets failure of postpartum lactation.

And for question #2, amiodarone-induced thyrotoxicosis. The pathogenesis—there are three pathogenesis of amiodarone-induced thyrotoxicosis, three different ways. One is Iodine in amiodarone is a substrate for the thyroid hormone. The other is amiodarone may cause destructive thyroiditis, so initially that's hyperthyroidism then hypothyroidism [inaudible]. And number three that it inhibits T4, thus decreasing T3 production, also blocks T3 receptors. So, it works in many ways.

#3 is a 2 cm thyroid nodule in a patient with Hodgkin's, treated for Hodgkin's many years ago. What is the next step? The next step is to do fine, FNA. FNA is the answer.

ABIM02630

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                           9

#4, fasting sugar of 132, what is your next step?  You repeat fasting sugar, repeat fasting sugar, because you need at least above 126 on fasting sugar again, or a two-hour value at lest 200.

#5 is a 62-year-old apathetic [inaudible/35:04] change to insulin; they want insulin.

#6 osteoporosis on Alendronate, no improvement.  Time for teriparatide.  Teriparatide is parathormone therapy which you give; indications are 1, 2 and 3.  Teriparatide indications are 1, 2, 3.

**T-E-R-I-P-A-R-A-T-I-D-E.  Teriparatide.  T-E-R-I**

It doesn't matter.  It's parathormone.  It's just a drug name you can find out.

[Laughter]

Men or woman with severe osteoporosis and those who cannot tolerate bisphosphonates and those who failed other osteoporotic therapies.  #7?

**A 22-year-old female gets up after watching a movie and then faints.  This had never happened before.  There is no past medical history of importance.  Her BMI is 24.  Physical exam is normal with blood pressure 110/70 and no orthostatic changes.  She does have some excoriations of the knuckles of her right hand.  Lab shows low potassium and high HC03.  Diagnosis?**

Bulimia, excoriations.  #8?

**A 35-year-old female presents with amenorrhea.  She has a family history of vitiligo, thyroiditis, and Addison's disease.  Pregnancy test is negative.  Serum TSH is normal.  What should you order next to make the diagnosis?**

With vitiligo, you have to tink of, remember polyglandular autoimmune syndrome, in which you get [inaudible/37:25], and that is written for you underneath, so that will remind you.  So order FSH level, because this will be a part of polyglandular autoimmune syndrome.  #9?

**A patient has diabetes and adrenal insufficiency with hypopigmentation.  What is the cause of the hypopigmentation?**

The pathogenesis of hypopigmentation is supposed to be autoimmune process directed againstmelanocytes, autoimmune process directed against melanocytes.  Can you imagine?  This was asked last year in the exam.  #10?  They have nothing else to do but make up these questions.  #10.

**41-year-old patient with new diagnosis of diabetes and renal disease refuses to take injectable insulin.  What other medications can be given?**

Rosiglitazone.  #11?  Why?  What else do you want to give, Metformin?

[Laughter]

ABIM02631

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                    10

*You don't want to give Rosi to anyone {RAB comment}.*

#11?

**A 63-year-old patient presents with serum prolactin level of 200 and MRI showing a pituitary mass not extending beyond the sella.  The stalk is slightly displaced.**

ABIM02632

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                    11

**His visual fields are normal. All other hormones are normal. Patient is relatively asymptomatic. What is the treatment?**

Patient—okay, this is treatment indicated only if fertility is desired or if patient is very symptomatic, therefore, follow up with serial MRI. #12?

**A 44-year-old lady, who got divorced recently, has been on diet pills. She presents with increasing tremors but no lid lag or proptosis. She has tachycardia with free T4 of 2.4 and RAI uptake of <1%. On exam thyroid gland is not palpable and there is no tenderness. Diagnosis?**

You have a diagnosis?

*D)*

The 24-hour radioactive uptake is low in patients with exogenous hyperthyroidism, due to, because of suppression of the TSH. So, she must be taking it from outside. And serum thyroglobulin is low in patients with exogenous hyperthyroidism also. In contrast, they are high in hyperthyroid patient with functional or dysfunctional metastatic thyroid cancer. So, the point is then, if you are taking diet pills which contain thyroid then you will get tachycardia and RAIU will be less than 1%. Answer is D like in doctor. #13?

**A case is presented for preoperative evaluation where the patient is going for a major surgery but has been on 10mg of prednisone orally chronically for many years for an autoimmune disease. What is your advice?**

If his axis is suppressed, he needs more exogenous steroids to handle the stress of the surgery. You have to give more, a higher dose, of steroids.

And lastly, raloxifene is associated with thromboembolism. Raloxifene is associated with thromboembolism in your exam. It is a selective estrogen-receptor moderator. We use it for osteoporosis in females. It reduces breast cancer. Raloxifene reduces breast cancer, but it causes thromboembolism.

So, let's go to Ob/Gyn.

## Obstetrics & Gynecology – 2009

A young female has grayish, smelly, vaginal discharge and KOH prep shows vaginal cells surrounded by many bacteria. And this shows you a photograph. A fishy odor. Should I tell them that joke or no? She tells me a joke on fishy odor, on bacterial vaginosis A blind man goes to the fish market and says, good morning, ladies. That's a bad one.

[Laughter]

Why did you tell me to tell it?

To keep them awake.

ABIM02633

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                    12

Oh, to keep you awake.  Okay, that's the only purpose.
[Laughter]

This is a vaginal clue smear showing, on your left side, normal cells; and on the right side is a clue to the disease, which is clue cells.  The bacteria are surrounding these vaginal cells.  And that is a Board questions, with the photograph, every year.  So, if you look at bacterial vaginosis on the table, you should give them Flagyl and don't treat the partner.  No need to treat the partner.  But be aware about this slide — it is there on the exam.  This is also clue cells.  This is next one, *Trichomonas vaginalis*, which also produces discharge, with  a strawberry, intense strawberry erythema.  Treatment again is Flagyl or tinidazole, and you do treat the partner.  This one is called  *Trichomonas vaginalis,*  with strawberry redness, according to the literature.  Strawberry cervicitis.  *Trichomonas* can look like this.  *Trichomonas* is treated with metronidazole or tinidazole, as is your notes.  Intercourse should not resume, in this one, until both partners have completed treatment.  This is *Candida*:  cottage-cheese, pruritus.  It has a pH of <4.5, and the KOH prep will show hyphae.  Treatment is fluconazole; don't treat the partner..
Next is a 34-year-old woman--

**-- with freely available sexual partners (not always using condoms) has past history of frequent candida vaginitis.  She now presents with a vaginal discharge.  How would you make the diagnosis of bacterial vaginosis in this patient?**

At least 20% of epithelial cells on wet mount should be clue cells.  #3?

ABIM02634

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                               13

**A 31-year-old female reports purulent, malodorous, thin vaginal discharge with associated burning, pruritis, and dyspareunia. She has a monogamous relationship. A saline prep of the vaginal discharge shows a flagellated, motile organism. What is the treatment?**

Flagyl oral, oral Flagyl and in *Trichomonas*, , 500mg twice a day for seven days, 500mg b.i.d. for seven days.

### Acute PID

On the acute PID, if you want to cover gonorrhea, *Chlamydia trachomatis*, *E. coli*, *Klebsiella*, *Proteus*, and groups A & B streptococci. That's a lot of coverage.

### Outpatient Treatment

So the problem is you have to remember the outpatient treatment and inpatient treatment. I have always difficulty remembering. So, I keep this newsletter or these notes next to me all the time. But you can use Ceftriaxone, cefoxitin, cef. Everything is cef, cef, cef.

[Laughter]

 Cefotetan, then comes clinda and ampicillin [inaudible]. You have to read this. I can't. I don't know [inaudible].

So next, after you finish reading that, is 3 questions in 1 minute. For question #1, for dyspareunia, you use local estrogen cream, and atrophy is usually corrected with it. The cream should be applied once daily for 4 weeks in order to achieve the desired effect. At these doses, the systemic effects are manageable.

#2, the answer is — #2 was even asked last year.. This question have been there in the exam every year since 2003, and the answer is the exam is an SSRI. Actually, it was sertraline; actual drug was sertraline. You can give other drugs too, such as alprazolam or danazol. [Inaudible] you give danazol. But, the Board has been asking sertraline for treatment of — I will not go into that.

#3 is a postmenopausal woman, flushing, and amenorrhea. You could give either 1, 2, 3 or 4. In 1, you have short-term estrogen therapy, which is the treatment of choice. In 2, you give SSRI or gabapentin. In 3, those with hypertension, you could use transdermal clonidine. Transdermal clonidine. And #4 option is megestrol acetate. The problem is weight gain occurs with megestrol.

This is what we just, this is in your notes. The slide is in your notes. The next thing is Pap smear.

### PAP Smear

Typically, dysplasia is seen in a woman in their teens to age 30, and invasive cancer after about the age of 45. The risk factors are, for cancer occurs with high sexual activity, exposure to human papillomavirus, [inaudible], smoking and low socioeconomic

ABIM02635

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                    14

status.  In other words, if you are  poor and you are smoking while having sex, you're
going to get this one.

[Laughter]

So screening is recommended in all sexually active women between 20 and 65, every 3
years.  Women at increased risk are, of course, examined more frequently.

ABIM02636

So they have the Bethesda System  for coding Pap smears for squamous cell carcinoma of the cervix, and that is atypical, low-grade and high grade.  Atypical cells and low grade is mild dysplasia and high grade is high-grade dysplasia.

And the treatment of atypical cells is with antibiotics and repeat Pap smear every 4-6 months for 2 years until there have been three negative smears.  And in high-risk patients colposcopy is performed.  And B and C are managed with colposcopy.  This is from MKSAP.

Now you have 9 questions in 4 minutes.  {Audience question re: high-risk patients asked and answered.}Actually, 8 questions, not 9.

For Question #1, it is endometriosis; classical description but for the  diagnosis of endometriosis must be confirmed by laparoscopy or laparotomy.  Diagnosis must be confirmed with laparoscopy or laparotomy.

#2, answer is colposcopy for biopsy because of the lesion.

And #3 is again the same, high-grade dysplasia, that's why.

#4 is obesity.

#5—because of tamoxifen, you want to order an endometrial biopsy.  Because tamoxifen gives two-fold increased risk of endometrial cancer, you need, after use of five years, endometrial biopsy is the answer because it is less invasive, more accurate, and it is an office procedure compared to D&C which is a blind procedure and where 30% of tissue is missed.  So D&C is not that great, and endometrial biopsy is better.

#6, the use of estrogen absolutely contraindicated in f), smoking at least 16 cigarettes.  If you smoke 15, you will be fine.

[Laughter]

They have to be really crazy.  You can see what they do.  You think I was joking when I said that these professors — 15 ½ cigarretter is I smoke, I cannot get anything; 16, I'll get it.

So the relative contraindications are never on the exam, but I have put them in the notes, just so that you don't stop writing.  [Inaudible] human papillomavirus, endometrial [inaudible] I told you, obesity [inaudible] late menopause, you know that.  Every time you expose the woman to estrogen, excessive estrogen, you'll get ovarian cancer.  For obesity, it is the same thing, because it is in the adipose tissue that you make estrogen.  [Inaudible]

#7 has 4.5 cm left ovarian simple cyst.  She is asymptomatic.  What is the management?  Answer is serial ultrasound.  In a premenopausal woman like this one with simple cysts <10 cm, she can be followed, and 70% will resolve.  That's why in premenopausal, you wait until it becomes 10 cm.  In postmenopausal women, more than  3-5 cm should undergo exploration surgery.  So in postmenopausal it's 5 cm; premenopausal it's 10 cm.  But in a postmenopausal with a symptomatic cyst, serum CA125 or  look for ascites, because she may have ovarian ca, and there are other [inaudible/1:01:58].  This

ABIM02637

is from UpToDate, which was updated in April of 2008. The good thing about UpToDate is they write when they did the update.

#8, patient has pain after sexual intercourse. She has a 10 cm cyst in the left ovary with solid components, and solid component means that it is suggestive of malignancy. Therefore, you should refer this patient for a laparoscopy.

Okay, going to pregnancy. Pregnancy, as you can see, certain things go down with pregnancy and some things go up. The important thing is uric acid goes down with pregnancy. The reason for mentioning that is that if uric acid in a pregnant woman is over 4.5 mg/dL, it is abnormal. In a normal person—I shouldn't say normal—in a person who is not pregnant, normal is 6 mg. And if you get pregnant, then your uric acid should be <4.5 mg/dL. If it is >4.5 mg/dL and you have hypertension, you start thinking of preeclampsia [inaudible/1:03:52]. There are many causes of hypertension, but here we are only going to be worrying about preeclampsia. And the drug of choice for the pregnant hypertensive patient is what? Methyldopa — it's in the exam. Methyldopa is the answer. You don't give ACE inhibitors in pregnancy. And, do you give metoprolol in pregnancy? But you could give them labetalol [inaudible/1:04:40]. Labetalol has both alpha- and beta-adrenergic blocking activity and [inaudible/1:04:44] the best studies drug is pindolol and the long-acting Metoprolol are acceptable alternative agents but not the first choice. All of the antihypertensives cross the placenta. The safety of beta blockers like propranolol is somewhat controversial. They cause premature labor and neonatal apnea, bradycardia, and hypoglycemia. So you read the paragraph and answer methyldopa; that is a Board question every year.

### Preeclampsia (Toxemia)

So on page 7, we are going to talk about preeclampsia, which is pregnancy plus hypertension plus proteinuria. And, of course, we must add uric acid of over 4.5 mg/dL makes the diagnosis of preeclampsia. The reason I didn't write the uric acid over 4.5, they are changing on that now. Up to now, uric acid was very important. Now, already, they are getting away from it somehow. So, this is a disease of late pregnancy. And the risk factors are nulliparity, extremes of age, and prior history. In the exam is only nulliparity and extremes of age. Others are not asked, so I don't want to give it to your. If you want knowledge of medicine, go and read it. But, it is not in the exam. If it comes in the exam, we will add it to the slide next year.

[Laughter]

Don't worry, because it will be a new question, and you will all get credit. My system is [inaudible/1:07:00]. With this system, that's why people pass. I'm telling you. See, I created this system a long time ago, and it works. And I have proved it to myself many, many times. I have people who come to me who have failed the Board of Internal Medicine, I'm telling you, 16 times — I had one guy, 16 times, and he passed it finally and he still doesn't know any medicine. For this you don't need to know all the medicine. You need to know very little amount, but what is on the exam. You do that and you pass. If you know some anatomy and physiology that you learned as medical student, you can pass the exam. [Inaudible] The psychology is very difficult to break. [Inaudible] And I still cannot break some of you. Oh, you think this is enough? I mean, you're surprised that this is enough. This is a lot. It's so lot that the six days of material you cannot do it yourself in six days. That's why I' ask you to come in August for two

ABIM02638

Case 2:14-cv-06428-KSH-CLW    Document 211-25    Filed 02/20/24    Page 110 of 116
PageID: 26643

days, so I can at least go over for two days just before the exam.  [Inaudible] because people can fail by one point, so if you get one point out of that two-day course, you pass.  So, this is a sure, sure [inaudible].  It works.  You will pass; don't worry about it.  Make sure your thinking is positive.  The important thing is, if you keep thinking negative, nothing I can do about it.  [Inaudible]

[Laughter]


[Laughter]

[So, preeclampsia is diagnosed by, as written, we said that before.  And hyperuricemia precedes the rise in serum creatinine and BUN.  And the symptoms are in your notes: the liver;neurologically, you get hyper-reflexia, visual disturbance, and headaches.  Hyper-reflexia, visual disturbance, and headache.  And hematologically, you get thrombocytopenia and high LDH and microangiopathic hemolytic anemia.  You can get hemolytic anemia, and in  kidney you get proteinuria, edema of the face and hyperuricemia.  For the real severe hypertension in pregnancy, you  use intravenous labetalol.  The first-line drugs in pregnancy in preeclampsia and hypertension are either methyldopa or labetalol.  Nifedipine is also acceptable.  The book says that nifedipine is also acceptable.

You go to diabetes.


### Diabetes and Pregnancy

In diabetes, pregnancy is a diabetogenic state by virtue of the development of insulin resistance.  Therefore, all pregnant women should be screened for glucose intolerance at least once during pregnancy, optimally at 24 to 28 weeks of gestation.  So you do a glucose tolerance test, and, at one hour, it should be no more than 130 mg/dL.  So good control before conception results in fewer malformations.  The target values by the American College of Obstetricians are mentioned in the bottom paragraph of you notes.

Now you have three questions in one minute.

### Board-Type Questions (3 Qs in 1 min)

So you don't give, among antidiabetes medications, they recommend insulin for glycemic control in pregnancy, because the safety of the oral hypoglycemic agents has not been shown.  So, that's a question on the Boards.

ABIM02639

#2, asymptomatic bacteriuria in pregnancy increases the risk of which of the following? The answer is pyelonephritis, because pyelonephritis causes or induces premature labor. Pyelonephritis induces, is a risk factor for, premature labor. So they will ask In the exam, "Doctor, is asymptomatic bacteriuria a risk factor for premature labor?" The answer is no, because asymptomatic bacteriuria, if not treated, leads to pyelonephritis. It is pyelonephritis, that is the one which is a risk factor for premature labor. This is how they do it.

#3, urinary tract infection, asymptomatic  in a pregnant woman must be treated because you'll get pyelonephritis and, therefore, premature labor, and, therefore, the answer is Amoxicillin for 7 days. Bactrim for 3-7 days is not used in the final month. In the final month, it can cause jaundice in the infant, and also Bactrim is not used in the first trimester because it is an anti-folic acid agent. Other choices  are written in your notes that can be used.

### Urinary Tract Infections in Pregnancy

75% of the pyelonephritis of pregnancy can be prevented by treating asymptomatic bacteriuria. *E. coli* is the most common organism, and, therefore, all asymptomatic pregnant women should be checked for bacteriuria during the first trimester. And if they are bacteriuric, they should be treated with antibiotics.

For acute cystitis, 7 days of these drugs.

For acute pyelonephritis, you hospitalize the patient — Board question, without fail every year. A patient who is pregnant has got acute pyelonephritis. What will you do? Admit to the hospital, HMO or no HMO. And antibiotics you give are there in your notes, from UpToDate. You choose any one you like.

And there's a board-type question on the next page.

### A Board-Type Question

**A 24-week pregnant patient is admitted to the hospital with pyelonephritis. What treatment should be given?**

 Your see the previous table I gave you and that tells you:  D like in doctor. Next is hyperthyroidism in pregnancy.

### Questions on "Hyperthyroidism in pregnancy"

**A 32-year old pregnant lady in her 3rd trimester has tachycardia and diaphoresis. T4 is high and TSH is low. What is the treatment?**

For mild disease, don't treat. But in moderate disease, like this one, you should give PTU (propylthiouracil) but no more than 300mg, because more than that it will hurt the child. And if you are not able to control with PTU of 300, then in 2nd trimester you do the surgery, but surgery only in 2nd trimester. [inaudible/1:17:28] causes fetal thyroid

ABIM02640

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                    19

damage, and beta blockers and [inaudible] are used in emergency only.  The propylthiouracil crosses the placenta; therefore, because it crosses the placenta, the minimum effective dose should be used to maintain free T4 in the upper normal range, the upper normal range.  In other words, just give enough so that she is comfortable, don't have to bring T4 to completely normal.

ABIM02641

**#2, a 21-year-old patient in her first trimester of pregnancy becomes irritable.  The pulse is 118/min, T4 is 22 (sic), and T4 is 2.8 (up to 2.4 is normal).  TSH is <0.1.  What is the treatment?**

[inaudible/1:18:40] is normal in first and third trimester when propylthiouracil is used.  The answer is PTU.

**A 31-year-old postpartum woman has tiredness and enlarged thyroid gland.  She has high T4 and low TSH.  What is the best next test?**

 Answer is — so you want to find out  if she has thyroiditis or not, so RAI uptake.

### Liver Diseases Unique to Pregnancy

Liver disease that is unique to pregnancy are in the notes:  1, 2, 3.  The first one resolves by itself.  During the second half of pregnancy, you get #2 and #3.  #2 is HELLP syndrome or periportal hemorrhage, and #3 is acute fatty liver of pregnancy.  Board is interested only in #2 and #3 from you, and  Board wants to know that you know the differences in the two.  That's why the table.  The table is telling you—look at the table carefully—that in HELLP syndrome, which means low platelets.  Right?  Hemolysis, elevated liver enzymes and low platelets.  So, platelets are low in HELLP syndrome, you will know right away.  If platelets are low in the HELLP syndrome, then  in acute fatty liver of pregnancy the platelets are normal.  And what is abnormal in acute fatty liver of pregnancy is PT and PTT.  And if PT and PTT are normal in HELLP syndrome.  Immediately in the exam, I want you to look at the platelets and PT and PTT, and you will know what they're asking.   Clinically they look the same.  And the question is huge.  They will confuse you to the end of this question, and somewhere in it, PR and PTT is written, and platelets is written.  And you can immediately go to that if you know [inaudible] and save some time.  This is how you pass the Board.  This is the technique, okay?  But if you will go home and read this HELLP syndrome and acute fatty liver of pregnancy in different places in the literature, once you have finished, you will go crazy.  It is very confusing, the way it is written in books.  Okay?  The same is true if you read cancer of the breast in the literature or lymphoma, by mistake.  When you come out of the library of wherever you read, you'll be zooming.  Books are very badly written books.

I don't know why this whole world makes things so complicated when they are not.  Things are so simple about everything.  I got as far as telling you about [inaudible].  All the problems of the world are based on this fact — that we lie and we cheat and we hurt others.  I just say remove that and teach the little children.  If you can teach little children to put suicide bombs on their backs and kill themselves, we can teach them not to lie, not to cheat, not to hurt.  And the whole world is different now in two generations.  It really is amazing.  Why is nobody — where are the intellectual of the country and the world?  Why are they not talking and thinking about this.  They keep thinking about it, but they don't prevent it.  There are lawyers and lawyers for everything.  And they make laws, more laws to control us completely.  And they don't teach what's supposed to be taught.  Outside I saw here, written there, there's a class going on electromagnetic fields.  Right?  Now you tell me, what is electromagnetic fields going to help you with if you are lying and cheating and hurting others?  I just don't get it, why there is not class outside on lying, cheating, and hurting.

ABIM02642

5/22 – 5/23/2009 (Day 3; Part 1 [am])                                    21

[Laughter]

Let's go to question, 4 questions in 2 minutes.  Four questions in two minutes.  Do you want to do it?  Let's do it.

### Board-type Questions

**Which of the following conditions carries with it an ominous prognosis during pregnancy?**

The answer is D, mitral stenosis.  Hypertrophic cardiomyopathy, actually, in there with pregnancy the patient feels better, not worse, better because  you are increasing — volume is increasing.  In hypertrophic cardiomyopathy, you need increased volume, so the pressure becomes close to equal between the heart and the blood.  So in hypertrophic cardiomyopathy, it's good actually if you get pregnant, you'll feel better [inaudible].  .  But it is mitral stenosis which is worse.  The others also are not that good, but mitral stenosis is the worst of these other three.  #2?

**Varicella occurs in a 6-month pregnant woman who has no history of prior exposure to chickenpox.  What is the treatment?**

Acyclovir.

**Question 3.  You are shown a photograph of the legs of a 32-year-old pregnant lady.  There are vesicles and papules—lesions at different stages are seen.  Which of the following is its immediate complication?**

Pneumonia.

**A 37 weeks pregnant patient with known ITP has bruising with a platelet count of 18,000.  What is the treatment?**

This is a yearly question the exam has, and  answer is  daily intravenous immunoglobulin.  The idea is,  usually we don't treat the mother unless platelet count is less than 20,000 or there is bruising.  What we give is daily IV immunoglobulin, which is the treatment of choice for this situation, because immunoglobulin increases the platelets temporarily.  And use it before surgery, before labor, or before delivery.  Before surgery, labor, and delivery, you use it because it temporarily increases the platelet count.  It's a permanent question placed in the exam.  New questions.

### New Questions

**A young female started to take oral contraceptives.  She presents for a follow-up after 2 months and reports mild irregular bleeding with her cycle.  What is your advice?**

Continue the same medicine; it is expected to have some menstrual changes in the first few months, but it's okay to continue.  That is okay.  Some menstrual changes do occur.

ABIM02643

**A 43-year-old woman wants to be treated for her hot flashes and vaginal dryness. However, she does not want to have periods again.  Her lipid profile is normal. Which of the following is the best choice?**

 This drug is C like in cat.  And it is called Prempro.  Estrogen plus progesterone [inaudible] comes by the name Prempro.  P-R-E-M-P-R-O  And if you give that, then the chance of getting periods is very low.  But a) and b) can cause bleeding, and d) has some success when used [inaudible/1:27:05].  But c) is the correct answer.  #3?

**What should be the frequency of PAP smears in a 50-year-old woman with a past history of bilateral oophorectomy and total hysterectomy?**

Women who have undergone a total hysterectomy for benign disease may discontinue screening for cervical cancer.

**What is the initial management of a pregnant patient with bilateral swelling of the hands in the morning and pain in the wrists on reading the newspaper?**

This is carpal tunnel syndrome.  They want you to do a splint.   Remember the most common cause of carpal tunnel syndrome was pregnancy.  And the treatment is a splint overnight.  #5?

**A 33-year-old woman presents with vaginal discharge, no itching/dyspareunia/ STD.  Her sexual partner is using condoms.  Examination is completely normal except for white discharge of pH of 4.  What is the diagnosis?**

This is physiologic discharge.  In reproductive aged women, normal vaginal discharge is white or transparent, thick, and mostly odorless.  This discharge is formed by

ABIM02644

mucoid endocervical secretions in combination with sloughing epithelial cells, normal bacteria, and vaginal transudate.  The pH of the normal vaginal secretions is 4.0 to 5.0; the acidic environment is hostile to growth of pathogens and inhibits adherence of bacterial to vaginal epithelial cells.  Microscopic examination reveals a predominance of squamous cells and rare polymorphs .  So it is a physiologic discharge.  #6?

**What is the best method of contraception for a 26-year-old female smoker who smokes 26 cigarettes/day?**

[inaudible/1:28:57] condom and a spermicide.  You have to use two methods together; condom and a spermicide.  One doesn't work — two.

**Fibroid 5 cm in size last year—this year it's 6 cm and a new one is 3 cm in size—no symptoms.  Treatment?**

No symptoms, no treatment.

**Which of the following is a warning sign during pregnancy that indicates further cardiac evaluation?**

Remember S3.  S3 heart sound.  #9?

**What are the two contraindications to the use of an IUD?**

1 and 2.  Thank you very much.  I'll see you at 1:30 for [inaudible/1:29:37]

ABIM02645

# EXHIBIT 24

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AMERICAN BOARD OF INTERNAL
MEDICINE,

               Plaintiff,

                v.

RAJENDER K. ARORA; ANISE
KACHADOURIAN; ARORA BOARD REVIEW,
JOHN DOES 1-50,

               Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

**(FILED UNDER SEAL)**

CIVIL ACTION

FILED

DEC 0 2 2009

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**TEMPORARY RESTRAINING ORDER, SEIZURE AND IMPOUNDMENT ORDER,
ORDER SETTING BOND, ORDER TO FILE DOCUMENTS UNDER SEAL, AND
ORDER SETTING PRELIMINARY INJUNCTION HEARING**

AND NOW THIS 2nd day of December, 2009, on Motion for Order to File

Documents Under Seal, Ex Parte Temporary Restraining Order, Seizure and Impoundment

Order, Order Setting Bond, Order Setting Preliminary Injunction Hearing and Supporting

Memorandum of Law of Plaintiff American Board of Internal Medicine ("Plaintiff" or "ABIM"),

and upon consideration of Plaintiff's Motion, the Declarations of Christine K. Cassel, M.D.,

Rebecca Baranowski and A. Benjamin Mannes, and argument of counsel, the Court finds and

concludes as follows:

**FINDINGS AND CONCLUSIONS**

    1.    Plaintiff has submitted true and correct copies of its Certificates of Copyright

Registration and/or proof of registration for its copyrighted work, Certifying Examination in

Internal Medicine for the years 1986-2007, along with the Declaration of Rebecca Baranowski,

DMEAST #12003519 v2

establishing that Plaintiff is the owner of all copyrights in and to the Certifying Examination in
Internal Medicine ("Copyrighted Work").

    2.    The declarations filed in support of Plaintiff's motion for a temporary restraining
order show that Defendants Rajender K. Arora, Anise Kachadourian, and Arora Board Review
(collectively "Defendants") are, without authorization, creating, reproducing, copying,
distributing, offering for sale, selling and/or publicly displaying examination questions and
answer choices and related materials (collectively the "Infringing Test-Prep Materials") that
infringe Plaintiff's copyright in the Copyrighted Work.

    3.    Plaintiff is likely to succeed in showing that Defendants' unauthorized creation,
reproduction, copying, distribution, offering for sale, sale and/or public display of the Infringing
Test-Prep Materials infringes Plaintiff's copyright in the Copyrighted Work in violation of the
Copyright Act.

    4.    Plaintiff is suffering immediate irreparable injury as a result of Defendants'
unauthorized creation, reproduction, copying, distribution, offering for sale, sale and/or public
display of Defendants' Infringing Test-Prep Materials.  Plaintiff will continue to suffer
irreparable injury if this Order is not issued and if the seizure of Defendants' Infringing Test-
Prep Materials and other evidence of Defendants' infringement of Plaintiff's Copyrighted Work
is not ordered.

    5.    It is impractical to give notice to the Defendants prior to the issuance of this Order
because of the likelihood that, if Defendants are given such notice, Defendants will secret, hide,
remove, destroy or otherwise dispose of Defendants' Infringing Test-Prep Materials, as well as
the business records and other evidence of Defendants' Infringement, including evidence of
infringing conduct by presently unidentified persons.

6.    Plaintiff has demonstrated one location at which Defendants appear to be holding, secreting, offering for sale, selling and/or publicly displaying Defendants' Infringing Test-Prep Materials and the records and materials related thereto.

7.    The potential harm that may be caused to the legitimate interests of Defendants by the Court granting this Order does not outweigh the harm to Plaintiff from the Court denying this Order and is not sufficient to preclude the Court from issuing this Order.

8.    The equities in this matter weigh heavily in favor of Plaintiff and the issuance of this Order.

9.    The public interest embodied in the Copyright Act will be furthered by issuance of this Order.

## TEMPORARY RESTRAINING ORDER

IT IS THEREFORE ORDERED that Defendants Dr. Rajender K. Arora, Dr. Anise Kachadourian, and Arora Board Review along with their officers, agents, employees, servants, attorneys and all persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are immediately and temporarily restrained and enjoined from:

1.    Creating, reproducing, copying, distributing, offering for sale, selling and/or publicly displaying any materials of any kind and in any medium that infringe Plaintiff's copyright in the Copyrighted Work;

2.    Removing, destroying, or otherwise disposing of any business records, electronic information and/or data stored on or in all CPUs, servers, computers, PDAs, Blackberrys, and/or cell phones, software, computers, or documents relating to the receipt, creation, reconstruction,

reproduction, copying, distribution, offering for sale, sale and/or public display of products or

services, including without limitation, examination questions, displays, booklets and other

packaging, printed graphics, promotional and advertising materials, and all other items or

products not authorized by ABIM and which infringe Plaintiff's copyright in the Copyrighted

Work;

      3.     Shipping, delivering, distributing, returning or otherwise disposing of, in any

manner, products or inventory not authorized by ABIM, and which infringe Plaintiff's copyright

in the Copyrighted Work;

      4.     Removing or covering up any of the Infringing Test-Prep Materials in

Defendants' possession and from disposing of, in any manner, goods from which Defendants

have removed or covered up the Infringing Test-Prep Materials;

      5.     Erasing, deleting, modifying or altering in any way the electronic information

and/or data stored on or in all CPUs, servers, computers, PDAs, Blackberrys, and/or cell phones

located on the premises and copied by Plaintiff pursuant to Paragraph 8(c) of the within Seizure

Order;

      6.     Directly or indirectly contacting, communicating with or otherwise warning any

customer, distributor, supplier, agent, employee, partner, investor, co-conspirator or confederate

of Defendants as to the existence of this lawsuit prior to the hearing on Plaintiff's motion for

Preliminary Injunction; this shall not, however, prevent or hinder Defendants from retaining

legal counsel to represent them in this action; and

      7.     Attempting, causing or assisting any of the above-described acts.

## SEIZURE AND IMPOUNDMENT ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Marshal of the United States District Court for the Eastern District of Pennsylvania and the Marshal of the United States District Court for the District of New Jersey and generally any Marshal of the United States and/or other law enforcement personnel, together with Plaintiff's counsel and Plaintiff's representative under the supervision of such law enforcement personnel, shall forthwith take all necessary steps to accomplish the following:

8.    Enter (a) Arora Board Review's and Dr. Rajender K. Arora's premises, located at 389 East Mount Pleasant Avenue, Livingston, New Jersey; (b) all other location(s) that Arora Board Review and/or Dr. Arora discloses; and (c) all other locations where Infringing Test-Prep Materials may be found, forthwith, to:

    a.    Search for, seize, secure, remove and impound all Infringing Test-Prep Materials, and all other items that infringe or relate to the infringement of Plaintiff's copyright in the Copyrighted Work;

    b.    Search for, seize, secure, remove and impound all documents, papers, computer disks, CDs, external hard drives, zip drives, thumb or flash drives, electronic storage devices, tapes and all other things documenting or reflecting the creation, reproduction, copying, reconstruction, purchase, sale, printing, distribution, or receipt of information, materials, merchandise, goods, or other items that infringe or relate to the infringement of Plaintiff's copyright in the Copyrighted Work, including without limitation, all business records that may be found;

    c.    Search for, seize, secure, impound and make true and correct digital copies of all electronic information and data stored on or in all CPUs, servers, computers, PDAs, Blackberrys, and/or cell phones documenting or reflecting the creation,

reproduction, copying, reconstruction, purchase, sale, printing, distribution, or receipt of information, materials, merchandise, goods, or other items that infringe or relate to the infringement of Plaintiff's copyright in the Copyrighted Work, including without limitation, all business records that may be found. The hardware devices described in this paragraph shall not be removed from the premises;

d.      Search for, seize, secure, remove and impound all hard copy and electronic correspondence with customers of Arora Board Review that relates to the infringement of Plaintiff's copyright in the Copyrighted Work;

e.      Search for, seize, secure, remove and impound all displays and other packaging, printed graphics, promotional and advertising materials, and all other information, materials, merchandise, goods, or other items in Defendants' possession, custody or control that infringe or relate to the infringement of Plaintiff's copyright in the Copyrighted Work;

f.      Search for, seize, secure, remove and impound all hard copy and electronic information identifying all sales and/or customers of Arora Board Review, including but not limited to the identity, address, telephone number, and e-mail address of all customers that purchased goods and/or services from Arora Board Review;

g.      Search for, seize, secure, remove and impound all hard copy and electronic information concerning any method of payment and funds received from customers of Arora Board Review and all other items that infringe or relate to infringement of Plaintiff's copyright in the Copyrighted Work, including without

limitation, bank statements, bank deposits, check ledger, Western Union

documents, money transfers and/or PayPal account documents;

h. Search for, seize, secure, remove and impound all hard copy and electronic

information identifying any passwords, encryption and/or user names necessary to

access any electronic information related to Defendants' activities in infringing

Plaintiff's copyright in the Copyrighted Work; and

i. Search for, seize, secure, remove and impound all hard copy and electronic media

of any type containing video and/or audio recordings that infringe or relate to the

infringement of Plaintiff's copyright in the Copyrighted Work.

IT IS FURTHER ORDERED that the United States Marshal shall employ

whatever force is reasonably necessary under the circumstances to effectuate the terms of this

Order, including but not limited to, using a lock smith, asking the landlord to unlock the

premises and/or breaking open and/or forcibly entering the residential and/or commercial

premises owned and/or leased and/or occupied by Defendants and all other locations to be

searched, and to inspect their contents, including without limitation, the contents of all rooms

closets, cabinets, vehicles, containers and/or desks or documents located on the premises,

whether locked or unlocked.

IT IS FURTHER ORDERED that anyone interfering with the execution of this

Order is subject to arrest by the United States Marshal and/or his representative.

IT IS FURTHER ORDERED that the American Board of Internal Medicine, on

whose behalf the Court issues this Order, will account completely for all property seized

pursuant to this Order and shall compile a written inventory of all such property and shall

provide a copy to the U.S. Marshal, who shall include such a copy with his return to the Court.

7

IT IS FURTHER ORDERED that the American Board of Internal Medicine, on whose behalf the Court issues this Order, or its attorneys, will act as substitute custodian of any and all property seized pursuant to this Order pending further orders of this Court, and shall be made available for inventory or inspection by any party, or any party's counsel, during normal business hours.

IT IS FURTHER ORDERED that the search, seizure and sequestration ordered herein may be photographed and/or recorded by video and/or audio by Plaintiff's counsel and/or its representatives for the purpose of authenticating and assisting in the obtaining of evidence and to prevent any controversy regarding the activities and events occurring during said search, seizure, and/or sequestion.

IT IS FURTHER ORDERED that the Marshal of the United States District Court for the Eastern District of Pennsylvania and the Marshal of the United States District Court for the District of New Jersey and generally any Marshal of the United States and/or other law enforcement personnel, shall serve upon Defendants a copy of this Seizure and Impoundment Order, and the documents and tangible items upon which said Order is based, as recited in such Order, by delivering the same to each Defendant personally if they can be found within the District where this Order is executed, or if they cannot be found within the District, to any agent of said Defendant, or to the person from whom the items are taken, or if said Defendant cannot be found and if no such agent of Defendant can be found, then by leaving such copies at the usual place of business or at the residence of said Defendant, or of any agent of said Defendant, or at the place where such items are found, with any person of suitable age and discretion; and that prompt return of such service, seizure or attempted seizure be made to this Court.

IT IS FURTHER ORDERED that the Marshal of the United States District Court

for the Eastern District of Pennsylvania and the Marshal of the United States District Court for

the District of New Jersey and generally any Marshal of the United States and/or other law

enforcement personnel, shall make repeated seizures, or attempted seizures of said items upon

being advised by counsel for Plaintiff that new and additional infringing items and/or related

materials have been located and/or places in the possession, custody or control of any Defendant,

or any agent of any Defendant.

IT IS FURTHER ORDERED that Plaintiff's agents or representatives shall

promptly inspect all items seized, and if any items are found to be authorized products that do

not infringe Plaintiff's Copyrighted Work, such items are to be returned to Defendants within ten

(10) business (non-weekend or holiday days) days after the date that this Order is executed by

the United States Marshal.

IT IS FURTHER ORDERED that the American Board of Internal Medicine shall

hold harmless the U.S. Marshals Service and its employees from any and all claims, asserted in

any court or tribunal, arising from any acts, incidents, or occurrences in connection with the

seizure and possession of the Defendants' property, including any third party claims.

### ORDER SETTING BOND

IT IS FURTHER ORDERED that this Order shall be granted on the condition that

an undertaking in the sum of $ _10,000. 00_ shall be filed by Plaintiff, or its sureties or

authorized representatives, to make good such damages, not to exceed such sum, as may be

sustained by Defendants if they are found to have been wrongfully restrained or their goods are

found to have been wrongly seized or impounded.

## ORDER TO FILE DOCUMENTS UNDER SEAL

IT IS FURTHER ORDERED that all documents in this case shall be filed and remain under seal until all Defendants have been served with copies of the Complaint and all related documents, including without limitation, this Order.

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

A hearing on Plaintiff's Motion for Preliminary Injunction is set for _10:00_ o'clock _A_.m. on the _23rd_ day of _December_, 2009 to be held before the United States District Court for the Eastern District of Pennsylvania in Courtroom _17A_, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, at which time and place the Defendants are directed to show cause why Plaintiff's request for a preliminary injunction as contained in its Complaint shall not be granted. This Temporary Restraining Order shall expire at that time unless it is further extended by Order of this Court.

Defendants are hereby put on notice that failure to attend the preliminary injunction hearing shall result in the immediate issuance of a preliminary injunction, which shall be deemed to take effect immediately upon the expiration or dissolution of this Temporary Restraining Order, and shall extend during the pendency of this litigation the same injunctive relief previously granted by this Temporary Restraining Order. Defendants are further notified that they shall be deemed to have actual notice of the issuance and terms of such preliminary injunction, and that any act by the Defendants, or any one of them, in violation of any of its terms may be considered and prosecuted as contempt of this Court.

ENTERED AND ORDERED THIS _2nd_ day of _December_, 2009 at _1_ o'clock _P_.m.

ENTERED

DEC 02 2009

CLERK OF COURT

_____
UNITED STATES DISTRICT JUDGE

12/2/09 copies mailed to Counsel

DMEAST #12003519 v2

10

# EXHIBIT 25

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NO. 2:14-CV-06428-KSH-CLW

AMERICAN BOARD OF INTERNAL    :
MEDICINE,                     :
        Plaintiff,            :
                              :
        v.                    :
                              :
JAIME A. "JIMMY" SALAS        :
RUSHFORD, M.D.,               :
        Defendant.            :

Transcript of the videotape deposition of
RAJENDER K. ARORA, M.D., called for Oral Examination
in the above-captioned matter, said deposition taken
by and before SILVIA P. WAGE, a Certified Shorthand
Reporter, Certified Realtime Reporter, Registered
Professional Reporter, and Notary Public for the
State of New Jersey, New York, Pennsylvania and
Delaware, at the offices of NICOLL DAVIS & SPINELLA,
LLP, 95 Route 17 South, Suite 316, Paramus, New
Jersey, on January 21, 2016, commencing at 12:27
p.m.

JOB NO. 11635
HUDSON REPORTING & VIDEO        1-800-310-1769

---

Page 3

```
 1              I N D E X
 2   WITNESS: RAJENDER K. ARORA, M.D.        PAGE
 3   EXAMINATION BY MR. GONZALEZ             7
 4
 5            E X H I B I T S
 6   EXHIBIT NO.    DESCRIPTION           PAGE
 7   Arora 1   12-page Arora Board Review  30
               marketing materials
 8   Arora 2   one-page Continuing Medical 52
               Education Certificate from
 9             Arora Board Review for Jaime
               Salas-Rushford, MD
10   Arora 3   16-page Process Receipt and 66
               Return filed in the Eastern
11             District of Pennsylvania
               against Dr. Arora
12   Arora 4   five-page Civil Docket for  74
               Case No. 2:09-cv-05707-JCJ
13   Arora 5   22-page Complaint in the    74
               Eastern District of
14             Pennsylvania, ABIM v. Dr.
               Arora and Anise Kachadourian
15   Arora 6   one-page color printout of A. 82
               Benjamin (Ben) Mannes from
16             Philadelphia InfraGard
     Arora 7   two-page e-mail string      83
17   Arora 8   two-page e-mail string      87
     Arora 9   copy of color photograph    93
18   Arora 10  Notice of Subpoena Duces Tecum 104
               to Rajender K. Arora, M.D.
19
20
21
22
23
24
25
```

---

Page 2

```
 1   A P P E A R A N C E S:
 2
 3      BALLARD SPAHR, LLP
        BY:  HARA K. JACOBS, ESQ.
        BY:  ROBERTO A. RIVERA-SOTO, ESQ.
 4      1735 Market Street, 51st Floor
        Philadelphia, Pennsylvania 19103-7599
 5      (215) 864-8209
        Jacobsh@ballardspahr.com
        Riverasotor@ballardspahr.com
 6      Counsel for the Plaintiff
 7
        NICOLL DAVIS & SPINELLA, LLP
 8      BY:  MARCO A. GONZALEZ, JR., ESQ.
        95 Route 17 South, Suite 316
 9      Paramus, New Jersey  07652
        (201) 712-1616
10      Mgonzalez@ndslaw.com
        Counsel for the Defendant
11
        GUILLERMO MENA, ESQ.
12      PO Box 11383
        San Juan, Puerto Rico  00922
13      (787) 347-9793
        Guillermo.mena@me.com
14      Pro Hac Vice Counsel for Defendant
15      COZEN O'CONNOR
        BY:  MELANIE A. MILLER, ESQ.
16      One Liberty Place
        Philadelphia, Pennsylvania 19103
17      (215) 665-2714
        Mmiller@cozen.com
18      Counsel for Rajender K. Arora, M.D.
19   A L S O  P R E S E N T:
20      ANTONIO VALIENTE
        PENDING PHV COUNSEL FOR DR. SALAS
21
        JAIME A. SALAS
22      PENDING PHV COUNSEL FOR DR. SALAS
23      JOHN E. SZPARA
        VIDEOGRAPHER
24
25
```

---

Page 4

```
 1                  - - -
 2        DEPOSITION SUPPORT INDEX
 3                  - - -
 4
 5   Direction to Witness Not to Answer
 6   Page Line  Page Line  Page Line  Page Line
 7   78  24    109  19   122  21
 8
 9
10   Request for Production of Documents
11   Page Line  Page Line  Page Line  Page Line
12   None
13
14
15   Stipulations
16   Page Line  Page Line  Page Line  Page Line
17   None
18
19
20   Question Marked
21   Page Line  Page Line  Page Line  Page Line
22   None
23
24
25
```

1 (Pages 1 to 4)

Page 73

1    strike that.
2       Did anyone contact you after December of '09
3    to talk to you about the seizure of the documents
4    other than your lawyer?
5           MS. MILLER: Objection.
6       A.   Only my lawyer.
7       Q.   Okay. So no one from ABIM and no one
8    other than your lawyer asked you to sit down and
9    tell you -- ask you questions or interview you about
10   the seizure of the documents?
11      A.   No.
12      Q.   Okay. Or about any of the materials
13   that were seized?
14      A.   Not to my knowledge.
15      Q.   Do you recall if the materials that
16   were seized included either hardcopies or electronic
17   copies of e-mails, your e-mails?
18      A.   I don't know.
19      Q.   Okay. You stated that you did not
20   have any employees working for you with Arora Board
21   Review; is that correct?
22      A.   That's correct.
23      Q.   Okay.
24           MR. GONZALEZ: I'm going to mark for
25   identification as A4 a copy of the docket of the

Page 74

1    American Board of Internal Medicine versus Dr.
2    Arora, et al. And it's a public document.
3           (Deposition Exhibit Arora 4, five-page Civil
4    Docket for Case No. 2:09-cv-05707-JCJ, was marked
5    for identification.)
6           (There is a discussion off the record.)
7           MR. GONZALEZ: Can I borrow that copy
8    real quick?
9           MR. RIVERA-SOTO: No.
10          MR. GONZALEZ: Thank you.
11   While I wait for the other copy, I'd like to
12   identify as A5 a copy of the Complaint in the
13   Eastern District of Pennsylvania, ABIM versus Dr.
14   Arora and Anise Kachadourian.
15          (Deposition Exhibit Arora 5, 22-page
16   Complaint in the Eastern District of Pennsylvania,
17   ABIM v. Dr. Arora and Anise Kachadourian, was marked
18   for identification.)
19      Q.   Doctor, who is Anise Kachadourian?
20      A.   She was one of my students.
21      Q.   Okay. Did she help you with Arora
22   Board Review in any -- I'm sorry, is it a he or a
23   she?
24      A.   She.
25      Q.   Is she also a doctor?

Page 75

1       A.   Yes.
2       Q.   Okay. Did Dr. Kachadourian help you
3    with the Arora Board Review, your business?
4       A.   One day middle of the class, I was
5    reading the questions and I got tired of talking
6    eight hours a day. So she was in the class and she
7    offered to read the question because somebody had to
8    read the question and then I have to answer. So she
9    agreed. She came -- I gave her a chair next to me
10   and she would read the question and I would give the
11   answers.
12      Q.   Okay. So you didn't pay her for
13   that?
14      A.   Not at all.
15      Q.   So she was a student of yours that
16   volunteered her time to help you?
17      A.   Yeah.
18      Q.   Okay. Do you know why she was
19   included in ABIM's lawsuit against you?
20      A.   I have no idea.
21      Q.   Do you know if ABIM seized any of her
22   documents or records?
23      A.   I don't know.
24      Q.   Okay. Looking at A5, which is the
25   complaint that ABIM filed against you, do you recall

Page 76

1    seeing that complaint?
2       A.   Yes, yes.
3       Q.   Okay. And is this one of the
4    documents that was given to you when those people
5    came in to seize your materials?
6       A.   I guess so.
7       Q.   Okay. Doctor, during the courses
8    that you give, the Arora Board Review courses, did
9    you recall if your students distribute any material
10   to you that may have been copyrighted by ABIM?
11      A.   No, I don't recall.
12      Q.   Okay. Do you recall if any of your
13   students at anytime distribute to you any ABIM
14   internal Board of Medicine examination questions?
15      A.   They may have, yeah.
16      Q.   Okay. How do you know? How do you
17   know that they may have been actual questions?
18      A.   Because they used to talk about the
19   questions and some of them gave -- must have given
20   in writing, too. Some gave in writing I said before
21   and some talked and some e-mail.
22      Q.   So these students after they took the
23   exam would contact you and would give you
24   information about actual questions that they saw on
25   the exam?

19 (Pages 73 to 76)

Page 77

1    A.   Sometimes, yeah.
2    Q.   Okay.  Do you know if any of those
3  communications were by e-mail?
4    A.   Sometimes.
5    Q.   Okay.  Were you able to tell if a
6  particular question was on the exam or not?
7    A.   No.
8    Q.   Was that a no?
9    A.   I don't know.  It depends upon the
10  questions.
11    Q.   Okay.
12    A.   Sometimes the answer is, no;
13  sometimes the answer is, yes.
14    Q.   Okay.  Did you ever use questions
15  from any ABIM Internal Medicine Board exam for your
16  lectures and classes?
17    A.   Not -- no, only -- I used only the
18  idea behind the question, not the exact question.
19  It's impossible to do that.
20    Q.   Okay.  Let's take that response.
21    What do you mean by "the idea behind the
22  question?"
23    A.   Okay.  Idea is somebody has cough and
24  turns out to be TB.  So the idea is TB, so you have
25  to make a question around the TB, how is it

Page 78

1  presented?  So I get the idea and then I make the
2  question.
3    Q.   So you would come up with your own
4  questions for your class?
5    A.   Yes.
6    Q.   Okay.  Now, you said that it's
7  impossible to come up with the questions for the
8  exam; is that what your testimony is?
9    A.   It's impossible, unless you have a
10  photographic memory or you take pictures there.
11    Q.   Okay.  And do you recall any of your
12  students having a photographic memory and telling
13  you what they --
14    A.   I don't recall, no.
15    Q.   Okay.  Do you recall receiving from
16  your students any photographs of any actual
17  questions?
18    A.   No, sir.
19    Q.   Did your website, the Arora Board
20  Review website, ever contain any ABIM copyrighted
21  Board certification exam questions?
22    MS. MILLER:  I'm going to object to
23  the "copyrighted" -- these are all legal terms that
24  you're asking him.  [INSTRUCTION] So I'm going to
25  instruct him not to answer the legal part of it.

Page 79

1  Can you ask the question without --
2    MR. GONZALEZ:  Let me ask him in a
3  different way.
4    MS. MILLER:  That would be great.
5    Q.   Okay.  Did the Arora Board Review
6  website ever contain, to your knowledge, questions
7  that came from any ABIM Board certification exam?
8    A.   Some -- I think some question were
9  put on it, but where they came from, I don't know.
10  I don't remember where they came from.  I think the
11  gist of the questions like two liners, I think, must
12  have been put in it sometimes during the ordeal but
13  exact question, no.
14    Q.   Okay.  And so you had this
15  interaction with students from the time that you
16  started the Arora Board Review in the mid '90s until
17  just before December 2009?
18    A.   Yes, sir, I said that many times.
19    MS. JACOBS:  Objection to form.
20    Q.   I'm sorry, is that correct?
21    A.   Yes.
22    Q.   So you never heard anything from ABIM
23  as being problematic with that process?
24    A.   I think one time they said -- if they
25  sent a letter, which I may still have it, in which

Page 80

1  they objected to my newsletter, not to these
2  lectures, to my newsletter, which I used to print
3  and sell and I still do it.  But they objected that
4  what I had returned in newsletter indicated as if I
5  knew the questions, okay, the way it was put.  So I
6  told them, tell me what it is, I will remove it, and
7  I took care of that at that time, you know.  So the
8  newsletter was some problem I recall.
9    But about the lectures, if they had just
10  sent me one letter, I would have stopped the whole
11  thing and we would have never reached this stage
12  today if I had a letter from them about my lectures.
13    Q.   The objection that you state about
14  the newsletter, do you recall when that took place?
15    A.   A long time.  I don't remember.
16    Q.   More than ten years ago?
17    A.   It was -- yeah, the early '90s, I
18  guess.
19    Q.   What happened as a result of that
20  letter?
21    A.   They were happy with that, with
22  whatever I did, they said, okay.
23    Q.   Alright.  So why don't you explain
24  that a little bit.
25    A.   Whatever they wanted me to remove, I

20  (Pages 77 to 80)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE, | : |
| Plaintiff, | : Civil Action No. 14-cv-06428-KSH-CLW |
| | : |
| v. | : |
| | : **Oral Argument Requested** |
| JAIME ANTONIO SALAS RUSHFORD, M.D., | : |
| | : |
| Defendant. | : |

<u>**DECLARATION OF REBECCA S. LIPNER, Ph.D.**</u>

I, Rebecca S. Lipner, Ph.D., hereby declare as follows:

1.     I am Senior Vice President of Assessment and Research at the American Board of Internal Medicine (ABIM).  I am making this Declaration in support of ABIM's motion for summary judgment in the above-captioned matter.  I have personal knowledge of facts set forth herein.

2.     In my role at ABIM, I oversee a team of measurement and research design and analysis experts who employ measurement principles using both qualitative and quantitative methods to ensure and enhance the high quality of ABIM's assessment programs.  With the exception of the period from 1987 to 1994, I have worked at ABIM since 1980 in roles related to ABIM examinations.  Therefore, I am highly familiar with the creation, analysis, scoring, and security of ABIM examinations.

3.     By way of background, I obtained a doctoral degree in information systems from Drexel University and a master's degree in quantitative psychology from the University of Pittsburgh; I have held teaching positions at several universities and taught classes about, among other things, statistics, tests and measurement, and experimental design; I am a member of

several professional organizations devoted to psychometrics (the science of testing); I have been awarded several grants to do research on testing and clinical performance assessment; and I have written dozens of articles and given dozens of peer-reviewed presentations at professional conferences on these subjects.

4.      ABIM is a physician-led, not-for-profit, independent evaluation organization.  Its mission is to enhance the quality of health care by certifying internists and subspecialists who demonstrate the knowledge, skills, and attitudes essential for excellent patient care.  ABIM's accountability is both to the profession of medicine and to the public.

5.      ABIM board certification is an internationally recognized marker of physician quality for patients, hospitals, and other medical care providers.

6.      ABIM grants board certification in Internal Medicine to physicians who meet certain educational, training, and professionalism requirements, and then pass a secure, proctored, computer-based examination in Internal Medicine. The ABIM certification exam is administered at computerized testing centers nationwide and abroad.

7.      ABIM exams are "secure," meaning that they are comprised of confidential, copyrighted questions that are not disclosed to anyone except those taking the exams and those involved in creating them.

8.      ABIM takes extensive measures to protect the secrecy and security of its exam questions.  These measures include the use of confidentiality agreements (with examinees, employees, vendors, and test committee members), and numerous physical and electronic controls regarding where and how examination content is stored and who may access such content.  The third-party testing centers at which ABIM exams are administered likewise have in place a variety of procedures designed to protect the secrecy of exam questions and answers.

2

9.      ABIM diligently investigates test-taking conduct and score irregularities, searches the internet for potential ABIM exam content, and pursues those who misappropriate ABIM exam content to ensure the integrity of ABIM exams.

10.      The secrecy of ABIM's exam questions is critical to their evaluative worth—that is, to how well the questions assess and evaluate the medical knowledge and judgment of a physician.  Advance knowledge by a candidate physician of the content of an ABIM exam question, such as knowledge of question fact patterns, specific question subject matter, and potential answers, provides the candidate an unearned advantage that subverts the integrity of the ABIM exam and certification process.

11.      ABIM repeatedly notifies candidates for board certification that ABIM exams are copyrighted works owned by ABIM and may not be reproduced.  For example, ABIM notifies candidates of the copyright protection and confidentiality of its exam content in the ABIM Policies and Procedures for Certification ("P&P"), and the Pledge of Honesty that candidates acknowledge when sitting for their exams prohibits reproduction or distribution of ABIM exam content.

12.      ABIM develops its exam content via committee.  Three groups of subject matter experts are involved in developing and approving exam content:  item-writing task force members, who develop the content for ABIM exams; mentors, who advise new item writers throughout the development process; and approval committee members, who review and approve all items before they are used on an exam.

13.      All individuals involved in developing and approving ABIM exam content are board certified in internal medicine or an internal medicine subspecialty and have clinical expertise.

3

14.     In developing ABIM exams, the Approval Committee develops a blueprint, which is a table of specifications that determines the content of each examination.  The blueprint is based on analyses of current practices and understanding of clinical problems.  The blueprint is reviewed annually and follows trends in current practice.

15.     ABIM internal medicine certification exams are comprised of multiple-choice questions with a single best answer.  Nearly all ABIM exam questions use a patient-based case scenario that assesses higher-order cognitive abilities required for clinical decision-making.

16.     When writing an ABIM exam question, the item writer develops a "testing point" based on the blueprint, which tests a specific content area and task.

17.     After a question is drafted, it is reviewed and edited by ABIM, the item-writing task force, and the Approval Committee.  Only questions that are approved by the Approval Committee are eligible to move to pre-testing.

18.     Pre-testing is a standard process by which ABIM tests new questions without risk to the examinee.  The question being pre-tested is presented on an ABIM exam but it is not counted in the examinee's score (and not identifiable to the examinee).  Before accepting the pretest question into the live pool of ABIM questions, it must meet certain statistical performance criteria, and ABIM also considers comments on questions received from examinees.

19.     ABIM maintains a live pool of questions that have been pre-tested and confirmed to meet certain statistical performance criteria.  Some questions are reused and appear on multiple ABIM exams, especially those that are demonstrated, through statistical analysis, to be effective at assessing the specific subject matter of the question.

20.     ABIM maintains this item bank by removing questions that are no longer accurate

4

or reflect current medical knowledge in an area and by adding new questions that have been pre-tested to meet certain statistical performance criteria. ABIM retests, updates, and eventually retires questions to make sure that the item bank reflects current and evolving scientific developments in the field of internal medicine.

21.    All Committee members sign agreements with ABIM confirming that ABIM is the copyright owner of all works contributed to or created by the member.

22.    Although ABIM has modified various aspects of this process over the years, this process is generally consistent with how ABIM developed the exams at issue in the above-captioned matter.

23.    When ABIM registers its exam questions with the United States Copyright Office pursuant to the procedures for registering secure tests pursuant to 37 C.F.R. § 202.20, it does so by organizing them into the modules in which they appear on a particular exam.

24.    ABIM produced the exam modules it provided to the U.S. Copyright Office as part of the secure registration process for the ABIM Certifying Examination for Internal Medicine for 2007, 2008, and 2009 at ABIM03564 to ABIM12832. ABIM03564-8134 contains the modules for 2007. ABIM08135-10086 contains the modules for 2008. ABIM10087-12832 contains the modules for 2009.

25.    All 2009 Internal Medicine Certification exam modules were registered with the Copyright Office, under Registration Number TX 6-775-170. This is a corrected registration from the original Registration Number TX 7-116-625, which was submitted with an incorrect administrative year (2008). The Title of Work for Registration Number TX 6-775-170 is cut off due to character limits and does not show all module codes, but all 2009 exam modules were registered.

26.     ABIM has never authorized any third party, including Defendant, to make any use or adaptation of ABIM's copyrighted, secure ABIM Examination questions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 9, 2024

Rebecca S. Lipner, Ph.D.

# Ballard Spahr
LLP

- - - - - - - - - - - - - - - - - - - -

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Hara K. Jacobs
Tel: 215.864.8209
Fax: 215.864.8999
jacobsh@ballardspahr.com

February 16, 2024

*Via ECF*

Honorable Cathy L. Waldor
U.S. Magistrate Judge
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040
Newark, NJ 07101

Re:   *American Board of Internal Medicine v. Jaime A. Salas Rushford, M.D.*,
      No. 14-cv-06428-KSH-CLW

Dear Magistrate Judge Waldor:

I write on behalf of plaintiff, American Board of Internal Medicine, with respect to its motion for summary judgment that we filed on February 9, 2024 (Dkt. 207).  In light of confidentiality agreements as to certain information contained in certain of the documents comprising that filing, we elected to file the papers under seal pursuant to Local Rule 5.3(c)(4).  Prompted by the docket notation setting deadlines for the motion to seal that would be inconsistent with that rule, we have conferred with the Clerk's office, which advised us to submit this letter requesting that ABIM's motion and the accompanying papers be temporarily sealed pursuant to Local Rule 5.3(c)(4).

The motion and accompanying papers contain "both confidential and non-confidential information," and ABIM accordingly filed unredacted versions of its papers. Pursuant to Local Rule 5.3(c)(2), ABIM will meet and confer with Dr. Salas Rushford to discuss the scope of information that may be the subject of a motion to seal under Local Rule 5.3(c)(3) and a potential joint motion to file materials permanently under seal no later than fourteen days after the conclusion of summary judgment briefing.

Thank you for your courtesy and consideration.

Very truly yours,

*/s/ Hara K. Jacobs*

Hara K. Jacobs

DMFIRM #411273721 v2

Honorable Cathy L. Waldor
February 16, 2024
Page 2


cc:     Andrew Schlafly, Esquire
Hara Jacobs, Esquire
Roberto A. Rivera-Soto, Esquire
Elizabeth V. Wingfield, Esquire

DMFIRM #411273721 v2

# Andrew L. Schlafly

**Attorney at Law**
939 Old Chester Rd.
Far Hills, NJ 07931
(908) 719-8608
aschlafly@aol.com

February 19, 2024

**BY ECF**

The Honorable Cathy L. Waldor
United States Magistrate Judge
M.L. King, Jr. Fed. Bldg. & Cthse.
50 Walnut Street
Room 4040
Newark, New Jersey 07102

Re:    ***Am. Bd. of Intern. Med. v. Jaime A. Salas Rushford, M.D.***
        **Civil Action No. 2:14-cv-06428-KSH-CLW**

Dear Judge Waldor:

This letter is in response to opposing counsel's letter to Your Honor on Friday, February 16. I represent Defendant Jaime A. Salas Rushford, M.D. ("Defendant") in the foregoing matter.

We respectfully oppose sealing any filings at this advanced stage in this case. If ABIM is unwilling to disclose a document publicly at trial, then it should not be relying on that document for its motion and Defendant's upcoming cross-motion for summary judgment. There is no justification for confidentiality that would overcome the strong presumption of full public access.

It unnecessarily complicates briefing in this case, and the work of the Court, to require sealing of documents on these summary judgment motions. Potentially that could require redacting portions of the briefing, which would be wholly unjustified. A necessary aspect of a public trial is public filings. Plaintiff ABIM has no right to a secretive or partially secret trial or summary judgment proceeding, and there is no justification for concealing this from the public.

Further on this point, ABIM unnecessarily marked as confidential a settlement agreement between itself and Dr. Geraldine Luna. Yet in its recent motion for summary judgment, ABIM relies heavily on deposition testimony by Dr. Luna for its claims, and expressly cites her 22 times in its Memorandum. Defendant needs to fully rebut and to some extent discredit this key witness of ABIM in court without hindrances of unjustified confidentiality. This is a due process right of Defendant to the truth-enhancing benefits of a public proceeding, and Defendant requests allowance by the Court to make arguments about Dr. Luna without redaction in our brief and, to

the extent relevant, to file this ABIM-Luna settlement agreement on the public docket along with our other exhibits.

Finally, the Court allowed ABIM to withhold from Defendant the settlement agreement between ABIM and the test prep course instructor Dr. Rajender K. Arora, despite Defendant's timely request for it. [D.E. 75; D.E. 81, p. 4 ¶ 3; D.E. 95; D.E. 102, ruling at the June 3, 2016 conference at Transcript pages 65-66; D.E. 103] At that time Your Honor expressly allowed Defendant to revisit this issue: "If throughout depositions, there arises another occasion for you to – to raise this issue again, I will consider it." [D.E. 102, June 3, 2016 conference Tr. p. 66]

Now, in its motion for summary judgment, ABIM relies extensively on Dr. Arora, referring to him expressly 33 times in its Memorandum, 30 times in its Statement of Undisputed Facts, and even relying on his deposition testimony (ABIM Exhibit 25). Access by Defendant to this ABIM-Arora settlement agreement is necessary to rebut the extensive use of Dr. Arora by ABIM in its pending motion and to support Defendant's upcoming cross-motion. Defendant cannot conceive of any reason at this point to withhold an agreement between ABIM and one of its key witnesses on whom ABIM heavily relies for its case. This settlement is likely an influence on Dr. Arora's past and future testimony, and is relevant to the statute of limitations defense by Defendant. This withheld ABIM-Arora settlement is also relevant and important to Defendant's argument that ABIM has already recovered for the infringement claim it asserts against Defendant. It is even possible that the scope of the release in that settlement extends to ABIM's pending claim.

Thank you, Your Honor, for your consideration of these due process issues. In light of the tight schedule, perhaps a telephone conference this week would be helpful on these issues, and Defendant's counsel is available any time at the convenience of the Court.

Respectfully submitted,

/s/ Andrew L. Schlafly
Andrew L. Schlafly (Local Counsel) (AS4533)
939 Old Chester Road
Far Hills, New Jersey 07931
908-719-8608
aschlafly@aol.com

Guillermo L. Mena Irizarry (Pro Hac Vice)

Counsel for Defendant Jaime A. Salas Rushford

cc (by ECF):   Counsel for all Parties

2

Andrew L. Schlafly (AS4533)
Attorney at Law
939 Old Chester Rd.
Far Hills, NJ 07931
(908) 719-8608
(908) 934-9207 (fax)
*Attorney for Defendant Jaime A. "Jimmy" Salas Rushford, M.D.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| | ) Civil Action |
| vs. | ) |
| | ) 14-cv-06428-KSH-CLW |
| JAIME A. "JIMMY" SALAS RUSHFORD, M.D., | ) <br> ) |
| | ) Oral argument requested |
| Defendant. | ) <br> ) |

## DEFENDANT JAIME A. "JIMMY" SALAS RUSHFORD, M.D.'s CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant Jaime A. "Jimmy" Salas Rushford, M.D., respectfully submits this cross-motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Civil Rules 7.1(h) and 56.1(a), and the Order of this Court dated January 11, 2024. In support of this cross-motion Defendant relies upon the accompanying memorandum of law, his counter-statement of material facts not in dispute, his own statement of facts not in dispute, and the attached exhibits. Defendant also requests oral argument, as the Plaintiff has.

Dated: March 1, 2024                        Respectfully submitted,


/s/ Guillermo L. Mena-Irizarry              /s/ Andrew L. Schlafly

Guillermo L. Mena-Irizarry                  Andrew L. Schlafly
Pro Hac Vice Counsel for Dr. Salas          Attorney at Law (AS4533)
Rushford                                    Local Counsel for Dr. Salas Rushford
Ext. Roosevelt                              939 Old Chester Road
559 Calle Cabo Alverio                      Far Hills, New Jersey 07931
San Juan, PR 00918                          Tel: (908) 719-8608
Tel: (787) 347-9793                         E-mail: aschlafly@aol.com
E-mail: guillermo.mena@me.com

*Attorneys for Defendant Jaime A. "Jimmy" Salas Rushford, M.D.*


## CERTIFICATE OF SERVICE

I, Andrew L. Schlafly, counsel for Defendant Jaime A. Salas Rushford, M.D., do certify that on March 1, 2024, I electronically filed the foregoing Cross-Motion and its accompanying attachments using the Electronic Case Filing system, which I understand to have caused service of counsel on behalf of the Defendant.


s/ Andrew L. Schlafly
Andrew L. Schlafly (AS4533)
*Attorney for Defendant Jaime A. "Jimmy" Salas-Rushford, M.D.*

JA11438

Andrew L. Schlafly (AS4533)
Attorney at Law
939 Old Chester Rd.
Far Hills, NJ 07931
(908) 719-8608
(908) 934-9207 (fax)
*Attorney for Defendant Jaime A. "Jimmy" Salas Rushford, M.D.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| vs. | ) |
| | ) 14-cv-06428-KSH-CLW |
| JAIME A. "JIMMY" SALAS RUSHFORD, M.D., | ) |
| | ) |
| | ) |
| Defendant. | ) Oral argument requested |
| | ) |

**MEMORANDUM   Y DEFENDANT JAIME A. "JIMMY" SALAS RUSHFORD, M.D., IN O    OSITION TO    LAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SU    ORT OF DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Table of Contents

Table of Contents ...................................................................................................... ii

Table of Authorities ................................................................................................. iii

Introduction .............................................................................................................. 1

Statement of Facts .................................................................................................... 2

      A. Plaintiff ABIM and Its Certification Exam ........................................................ 4
      B. The ABR Test Prep Course ................................................................................ 5
      C. The Context of Test Prep Courses for the ABIM Exam ..................................... 5
      D. Defendant Dr. Salas-Rushford and His Alleged Conduct ................................... 6
      E. Dr. Geraldine Luna s Participation and Testimony ............................................. 7
      F. Procedural Bac ground ....................................................................................... 9

Argument ................................................................................................................ 10

I.      The Applicable Legal Standard on Defendant s Motion ........................... 10

II.    ABIM s Own Motion Proves that It Could Have Easily Matched "Jimmy R."
      to Defendant Prior to October 2011, Such that the Three-Year Statute of
      Limitations Expired Before ABIM Filed this Suit in October 2014 ..................... 11

III.   ABIM Fails to Prove Ownership at the Time of Registration .............................. 13

IV.   ABIM Fails to Prove Access by Defendant, Whose Alleged Infringement Was
      Entirely Prior to His Ta ing the ABIM Exam ....................................................... 14

V.    Mere Private Communications by a Student with His Instructor about
      Possible  uestions in Preparing for an Exam Are Not an Actionable
      Copyright Violation ..................................................................................... 16-17

VI.   ABIM s Expert Report Is Inadmissible and Insufficient to Prove Copyright
      Infringement ........................................................................................................ 22

VII.  The S  nes    aire and Other Originality and Idea Doctrines Exclude Classic
      Scenarios and Differential Diagnoses from Copyright Protection in Medical
      Wor s  Expert Testimony on this Subject is Essential ......................................... 24

VIII. The Lac  of Any Cognizable Damages to ABIM Requires Denying Its Motion
      for Summary Judgment, and Granting Defendant s Cross-Motion ...................... 26

Conclusion .............................................................................................................. 30

Certificate of Service ............................................................................................. 31

**T    A    r    s**

C s s                                                                          s

*A ramson . illiam aterson oll.*, 260 F.3d 265 (3d Cir. 2001) ...................................15

*Adi es .S. . ress o.*, 398 U.S. 144 (1970)..........................................................22

*Ale ander . Ri a*, 208 F.3d 419, 429 (3d Cir. 2000)............................................30

*Am. d. nternal Med. . Salas Rushford*, 841 Fed. Appx. 440 (3d Cir. 2020) .................10

*Am. Re istry of Radiolo i e hnolo ists . ennett*,
    939 F. Supp. 2d 695 (W.D. Tex. 2013)...................................................................10

*Am. Re istry of Radiolo i e hnolo ists . ennett*, No. SA-12-CV-109-DAW,
    2013 U.S. Dist. LE IS 120548 (W.D. Tex. Aug. 26, 2013).........................18, 19

*Am. Re istry of Radiolo i e hnolo ists . ansen*,
    No. CV07-06224-MMM (AGRx), 2008 U.S. Dist. LE IS 100442
    (C.D. Cal. Dec. 2, 2008) ...................................................................................19

*Ari a nst., n . almer*, 761 F. Supp. 1056 (S.D.N.Y. 1991) ..........................22

*Assessment e hs. nst., . ar es*, 588 F. Supp. 3d 1178 (D. Kan. 2022) ...............17

*ell . aylor*, 827 F.3d 699 (7th Cir. 2016)..................................................... 27-28

*alio . amden ty. d. of hosen reeholders*, No. 19-8393 (RMB/AMD),
    2022 U.S. Dist. LE IS 115822 (D.N.J. June 30, 2022) ...................................26, 27

*ornell a ital artners, . . . a le road and, n .*, No. 03-1860 (WGB),
    2006 U.S. Dist. LE IS 97591 (D.N.J. Mar. 28, 2006)........................................26

*Dau ert . Merrell Do harma euti als, n .*, 509 U.S. 579 (1993) ............................25

*Da is . a , n .*, 246 F.3d 152 (2d Cir. 2001) ...............................................29

*Dun in Donuts n . . Dou h oy M mt., n .*, Civil Action No. 02-243 (JLL),
    2005 U.S. Dist. LE IS 38253 (D.N.J. Dec. 29, 2005).......................................27

*du . estin Ser s. . at man*, 793 F.2d 533 (3d Cir. 1986).................................. 19-20

*du . estin Ser . . Simon*, 95 F. Supp. 2d 1081 (C.D. Cal. 1999) ..............................20

*eist u li ations. n . . Rural el. Ser . o.*, 499 U.S. 340 (1991).............................25

*ord Motor o. . Summit Motor rods.*, 930 F.2d 277 (3d Cir. 1991)............................21

*o le . ola*, 868 F.2d 59 (3d Cir. 1989)..........................................................22

*ould . Ameri an- a aiian S.S. o.*, 535 F.2d 761 (3d Cir. 1976) .............................26

*ar er Ro , u lrs. . ation nters.*, 471 U.S. 539 (1985).....................................22

*er o . astle Ro ntm t*, 193 F.3d 1241 (11th Cir. 1999)....................................10

*Jar is . A M Re ords*, 827 F. Supp. 282 (D.N.J. 1993) ............................................16

*umar . nst. of le . le s. n rs*, No. 12-6870 (KSH) (CLW),
    2013 U.S. Dist. LE IS 140989 (D.N.J. Sep. 30, 2013) ..................................25

iii

*at l d. of Med. am rs . tima ni .*, No. 1:09-cv-01043-JDB-cgc,
2011 U.S. Dist. LE IS 143645 (W.D. Tenn. Sep. 29, 2011)..........................15, 21

*earson du ., n . he , n .*, Civil Action No. 21-16866,
2023 U.S. Dist. LE IS 85210 (D.N.J. May 16, 2023)..........................................20

*eel o.*, 238 F.3d 391 (5th Cir. 2001) ........................................................................10

*etrella . M M*, 572 U.S. 663 (2014)..........................................................................30

*hilli s . ostmaster en.*, 430 F. App x 105 (3d Cir. 2011) ........................................30

*o in ton . roo s*, No. 20-cv-8616 (JSR),
2022 U.S. Dist. LE IS 105311 (S.D.N.Y. June 13, 2022)...................................26

*sihoyos . John iley Sons, n .*, 748 F.3d 120 (2d Cir. 2014)............................30

*in shen hu . os. S i. or.*, No. 14-542-SLR,
2016 U.S. Dist. LE IS 33058 (D. Del. Mar. 15, 2016) ......................................27

*Small us. ody uard n . ouse of Mo ie, n .*,
230 F. Supp. 3d 290 (S.D.N.Y. 2017)..................................................................29

*Sohm . S holasti n .*, 959 F.3d 39 (2d Cir. 2020) ...............................................30

*South o, n . ane rid e or .*, 390 F.3d 276 (3d Cir. 2004)...........................25

*etris oldin , . io ntera ti en, n .*, 863 F. Supp. 2d 394 (D.N.J. 2012).............24

*se . entana Medi al Systems, n .*, 297 F.3d 210 (3d Cir. 2002)................................26

*ni ersal Athleti Sales o. . Sal eld*, 511 F.2d 904 (3d Cir. 1975).......................16, 21

*helan Asso iates, n . . Jaslo Dental a oratory, n .*,
797 F.2d 1222 (3d Cir. 1986)..............................................................24, 25, 26

*om nt l Multi-Media or . . lu*, Civil Action No. 14-3398,
2017 U.S. Dist. LE IS 44425 (D.N.J. Mar. 27, 2017).........................................27

*an uard rou , . n el*, 2008 Del. Super. LE IS 506 .......................................27

## F d r S s d R s

17 U.S.C. 101 ..............................................................................................................13

17 U.S.C. 412(2) ........................................................................................................29

17 U.S.C. 507(b) .........................................................................................................

FED. R. CIV. P. 12(c)....................................................................................................10

FED. R. CIV. P. 56(e) ...................................................................................................22

## Ar s d Tr s

Alexander McNamara and Matt Hambly, "Did you now Fewer than 100 people
have a photographic memory" New Scientist (May 25, 2021)
https://www.newscientist.com/article/2272135-did-you-now-fewer-than-100-
people-have-a-photographic-memory/................................................................18

iv

Latman, *"Probative Similarity" as Proof of Copying Toward Dispelling Some Myths in Copyright Infringement,* 90 Colum. L. Rev. 1187 (1990) ......................16

*Nimmer on Copyright,* 13.03 A .........................................................................16

**Internet**

https://www.abevinmd.com/2010/06/abim-responds-doctors-sharing-board-certification-questions.html ..........................................................................................8

https://knowledgeplus.nejm.org/research/ ..........................................................6

https://www.barnesandnoble.com/w/abim-exam-secrets-study-guide-abim-exam-secrets-test-prep-team/1112305167 ..................................................................6

Nickname DB, https://nicknamedb.com/Jaime .................................................13

Defendant Jaime A. "Jimmy" Salas Rushford ("Dr. Salas-Rushford" or simply "Defendant"), through his counsel, submits his memorandum in opposition to the motion for summary judgment by Plaintiff American Board of Internal Medicine ("ABIM")  DE 207  and in support of his accompanying cross-motion for summary judgment.

## INTRODUCTION

Plaintiff ABIM misapplies copyright law far beyond precedents. ABIM see s to stretch copyright infringement to Defendant, a stellar physician, based on his studying for his certification exam as guided by ABIM s certified instructor, in an accredited test prep course recommended and partly paid for by Defendant s medical residency program.

ABIM suffered no injury due to Defendant s conduct, and asserts no damages on its motion. ABIM cannot prove ownership and timely registration of any allegedly copied test questions. ABIM cannot prove any copying by Defendant  ABIM s allegations all refer to times before Defendant sat for his exam. Moreover, the test prep course instructor testified that he gladly stopped teaching any questions to which ABIM objected, which happened only once. ABIM is litigating li e a copyright troll here.

Defendant Dr. Salas-Rushford is licensed in good standing in multiple states and the Commonwealth of Puerto Rico, and he volunteered to serve on the front lines in saving Covid-19 patients in New Yor  City during the pandemic. ABIM is a testing company. The self-serving assertions by ABIM   which operates without any university affiliation, governmental oversight, or public accountability   that its multiple-choice exam is a measure of quality in a physician are unsupported and rejected by many in the medical community. ABIM s lawsuit here is retaliatory, and its frequent use of derogatory epithets to refer to Defendant are inappropriate and unsupported.

1

ABIM s legal authority for its motion is limited to decisions against test prep courses themselves that profited from disseminating actual questions. That is not this case. Here, ABIM goes after an honors student for how he prepared for an exam. ABIM fatally conflates snippets and practice questions with exam questions, as if it were the owner of the scientific ideas of internal medicine. Defendant did not disclose any questions on his exam, which is undisputed. And discussing potential questions with other doctors while studying is not a copyright violation.

Both procedural and substantive flaws are fatal to ABIM s claim. Procedurally, the evidence is overwhelming that ABIM could have easily  nown Defendant s identity more than three years prior to its filing this lawsuit, such that the statute of limitations precludes ABIM s claim. Moreover, ABIM fails to assert a cognizable injury. The Court scheduling order does not permit ABIM to bifurcate its summary judgment motion into a separate claim later for statutory damages, which are unavailable anyway to ABIM because its copyright registrations were neither timely nor valid.

ABIM has fails to prove that it owns any of the questions, which were written or copied by non-employees and not done on a wor  -for-hire basis as ABIM misrepresented to the Copyright Office. ABIM fails to ma  e a sufficient showing of access by Defendant  who had not yet sat for his exam    and ABIM fails to show substantial similarity.

### STATEMENT OF FACTS

In May 2009, Defendant attended the Arora Board Review (ABR) course on the recommendation of his medical residency in which he was in training. (Def. SMF   9-

10)[1] This test prep course was fully accredited by the Medical Society of The State of New Yor  (MSSNY), a recognized accreditor of the Accreditation Council for Continuing Medical Education (ACCME) for accreditation of American Medical Association (AMA) PRA Category 1 Credits   which are accepted nationwide as an educational metric for hospital privileging, state licensure and professional credentialing of physicians. ( *d.*   11) The instructor, Rajender K. Arora, M.D., was triply board certified by the ABIM. ( *d.*   21)

In 2010, after ABIM had seized all the course materials, enrollment roster, and course-related student communications with Dr. Arora, ABIM embar ed on a program of extracting  15,000 payments and cooperation guarantees from physicians who had, unli e Defendant, spo en about their own test, under threat of revo ing or not granting their board certification. (Def. SMF   22) This was lucrative for ABIM, as these payments were in addition to a payment extracted from Dr. Arora himself, about which ABIM also made a public statement disclosing it received a payment from Arora without disclosing the details. ( *d.*   23)

After ABIM recommended revocation of Defendant s Board Certification in 2012, he declined to pay its ransom (uniquely against him among those who had not spo en about their test) and he contested its spurious accusations. (Def. SMF   17) ABIM then sued Defendant here for copyright infringement after he indicated that he would sue ABIM for suspending for seven years his board certification. ( *d.*   18)

---

[1] Citations herein to Defendant s Statement of Material Facts Not in Dispute  are abbreviated as "Def. SMF  __". Citations herein to Defendant s Counter-Statement of Material Facts in Response to ABIM s Statement are abbreviated as "Def. CSMF  __."

3

The test prep course Arora Board Review (ABR) was one of many that "teach to the test," which in this case is the ABIM exam. (*Id.* 24) Test prep courses for ABIM s exam typically predict questions that will appear, advise that some answer choices are always correct or incorrect, and emphasize basic questions that li ely are on any reasonable internal medicine exam. (*Id.* 25) At all relevant times ABIM could have objected to any aspect of the ABR course by complaining to its instructor, or to the medical residency programs that sent students there, or to the government accreditation body, or to the students themselves. (ABIM SMF 139-44) ABIM did not timely object to any of them, and instead turned this into a windfall for it. (*Id.*)

A.     A IM  d I s C r        E   .

Unaffiliated with any academic program or governmental entity, Plaintiff ABIM is a testing company that sells board certifications to young physicians in medical residency programs, based on ABIM s multiple-choice exam. (Def. SMF 26) While ABIM publicly uses government terminology such as "sanction", "reprimand", and the "Board", ABIM lac s the authority it asserts. (*Id.* 27) No state licensing authority requires ABIM certification of any physician. (*Id.* 28) ABIM is a revenue-maximizing private testing business, providing lavish benefits to its officers while the creators of its exam questions are non-employees in various subspecialties. (*Id.* 29)

ABIM is criticized within the medical profession as to the undue burdens that its multiple-choice exam imposes, without evidence of benefit. (*Id.* 30) ABIM s exam is secondary in training to medical residency programs, and time spent by a student in studying for ABIM s exam is time ta en away from the medical residency program and clinical training. (*Id.* 31) ABIM veered outside of its lane when it reportedly

4

"reprimanded" every single student in the ABR course, as ABIM lac s any governmental or academic authority to "reprimand" anyone. ( *d.* 32)

ABIM frightened young doctors, the ones it said had revealed questions on their tests to others, many already in heavy student loan debt, into paying 15,000 apiece lest ABIM revo e their board certifications. ( *d.* 33) ABIM s statements to the public concealed that ABIM was itself a participant in the same test prep course, and yet allowed all this to unfold without objecting as it could have to prevent harm to the students. ( *d.* 34)

   . T   A RT s   r   C   rs .

Most of the medical residents who pass the ABIM exam do so based on test prep courses that predict the exam topics and questions. (Def. SMF 10) This practice for preparing for this exam, which covers all of internal medicine, is widely accepted and encouraged by medical residency programs, and the preeminent accrediting authority. ( *d.*) Residency programs send their residents to test prep courses, as the San Juan City Hospital residency program sent Defendant to the ABR course. ( *d.* 9)

Dr. Arora had taught ABR for more about 15 years. ( *d.* 35) He testified that he was always fully compliant with any requests made by ABIM concerning his test prep course, which included only one objection by ABIM in more than decade. ( *d.* 36) Dr. Arora immediately complied with ABIM s objection then. ( *d.*)

   C. T   C        T s   r   C   rs s   r   A IM E   .

An internet search today for "test prep" and "ABIM exam" turns up dozens of websites offer preparation material and test prep courses, including by preeminent institutions such as the   *e   n land Journal of Medi ine*, which has a clever post-test

5

JA11448

program to obtain "anonymous feedbac " concerning how its test prep compares with "other prep resources."[2] The *e    n land Journal of Medi ine* is the most prestigious medical journal in the country, if not the world, and it explains that "Clinicians, medical schools, residency programs, and hospitals are loo ing to find and use the most efficient and effective way to acquire, master, and retain medical  nowledge."[3]

Barnes    Noble sells a boo  entitled, "ABIM Exam Secrets Study Guide: ABIM Test Review for the American Board of Internal Medicine Exam."[4] This boo  explains, "Any test prep guide is only as good as its practice questions and answers, and that s another area where our guide stands out. Our test designers have provided scores of test questions that will prepare you for what to expect on the actual ABIM Exam."[5]

**D. D    d   Dr. S   s-R s   rd   d H s A     d C   d  .**

Defendant resides in San Juan, Puerto Rico, where he practices in the specialty of Internal Medicine. (Def. SMF   1) He is licensed in good standing there and in multiple states including New Yor  and Florida. ( *d.*   2) In December 2020, Defendant was honored by Whole Foods, the national grocer, as one of the "Person of the Year 2020: Frontline Heroes" for volunteering to treat Covid-19 at the height of the pandemic at Coney Island Broo lyn Hospital in New Yor  City. ( *d.*   3) He has also been honored by the Senate and House of Representatives of the Commonwealth of Puerto Rico, and was a first responder to the Haiti earthqua e crisis. ( *d.*   4)

---

[2] https:// nowledgeplus.nejm.org/research/ (viewed Feb. 18, 2024).
[3] *d.*
[4] https://www.barnesandnoble.com/w/abim-exam-secrets-study-guide-abim-exam-secrets-test-prep-team/1112305167 (viewed Feb. 18, 2024).
[5] *d.*

Defendant graduated with high honors from Colegio San Ignacio de Loyola high school in San Juan in 1997, and was admitted that same year to the prestigious "Grupo de los Cien" (Group of the Hundred) of the Department of Natural Sciences of the University of Puerto Rico ("UPR"), Rio Piedras Campus. ( *d.* 5) Defendant subsequently obtained his bachelor s degree in Natural Sciences with high honors from the UPR in December 1999, and enrolled in the UPR School of Medicine and obtained his Doctorate of Medicine, with honors, in 2004. ( *d.* 6-7) After successfully serving as a medical resident at residency programs in New Yor City, Defendant returned in 2008 to Puerto Rico to complete his medical residency in 2009 as a senior resident in charge of scheduling other residents, at San Juan City Hospital which recommended and partly paid for Defendant to attend the ABR test prep course. ( *d.* 8-9)

In communications in preparation for his exam with his instructor, Defendant used his nic name "Jimmy" and his last initial, "R.", and sent his emails from his favorite personal account which he had used since high school: "padrinojr@yahoo.com", which includes the Spanish for the Catholic religious word "godfather". ( *d.* 14-15) Defendant was the only person having the nic name "Jimmy" in the 2009 ABIM candidates for certification cohort in Puerto Rico, and he did not attempt to conceal anything by this conduct. ( *d.* 20)

**E. Dr. G r d   L 's   r          d T s      .**

ABIM s solitary fact witness against Defendant, Dr. Geraldine Luna, did not ta e the same ABR test prep course ta en by Defendant:  Dr. Luna too an ABR course in New Jersey, while Defendant too a different ABR course in New Yor . (Def. CSMF 100)

7

In June 2010 ABIM announced that it was "sanctioning"   an improper term because ABIM has no governmental authority   139 students who participated in an ABR course, and Dr. Luna was one of those students. (Def. SMF   37-38  Def. Exh. 7-8)[6]

In order avoid a revocation of her board certification by ABIM, Dr. Luna agreed in July 2011 to pay   15,000 to ABIM, which was a difficult burden that required arranging it in multiple installments. ( *d.*   38) One of ABIM s conditions for this settlement required Dr. Luna to provide testimony for ABIM for it to assert claims against other students of the ABR course. ( *d.*) Dr. Luna testified that she disclosed the identity of Defendant on June 12 or 13, 2011, as the author of handwritten notes that ABIM seized from Dr. Arora in December 2009. (Def. SMF   39  ABIM Exh. 12, Luna Depos. Tr. 140:22-23)

In January 2012, counsel for ABIM threatened Dr. Luna with a breach of the agreement   which in practical terms meant revocation of her board certification   unless she changed her prior statements to ABIM about one or more other ABR course students. (Def. SMF   37  Def. Exh. 8) At her deposition in 2016, more than 7 years after she too the ABIM exam, Dr. Luna answered questions from ABIM by saying that Defendant s handwritten notes matched questions she saw on her exam in August 2009. (Def. CSMF   60, 64) Dr. Luna provided no evidence or explanation as to how she could recall the contents of a 240-question, multiple-choice exam more than 7 years later. ( *d.*) Dr. Luna also testified that "I remember  Defendant  had a sister," when Defendant never had a sister. (Def. CSMF   60 Def. SMF   16)

---

[6] https://www.  evinmd.com/2010/06/abim-responds-doctors-sharing-board-certification-questions.html (viewed Feb. 19, 2024).

8

Dr. Luna testified that "15 percent  on her ABIM exam  was repeated li  e ***exactly the same way*** that  Dr. Arora  had it in his material" and an even higher 20    match of "exactly the same questions" between her exam and Dr. Arora s course. (Def. CSMF 100). In addition, ABIM s admits that it was aware of the Arora Board Review (ABR) practices by May 2009, yet ABIM fully allowed it through August 2009 when Defendant too  the exam, and until at least December 2009, such that at least the August 2009 ABIM exam at issue was not secure. (ABIM SMF    139-44)

Defendant s expert witness Westby Fisher, M.D., FACC, reviewed the same handwritten notes at issue here, and opined that **"**it is li  ely that all those questions or examples were commonly used in reviews and were not questions or examples ta  en from the ABIM exam." (Def. CSMF   129)

**F.  r   d  r          r   d.**

ABIM filed this lawsuit on October 17, 2014, more than five years after the alleged infringement occurred in August 2009. To attempt to circumvent the three-year statute of limitations in the Copyright Act, ABIM alleged that it did not discover Defendant s identity until January 2012. But ABIM continued to fail to file its Complaint for more than 2.5 years after that. The timing of the filing of this lawsuit by ABIM was on the day after it learned that Defendant was going to sue ABIM in Puerto Rico over ABIM s seven-year suspension of Defendant s board certification. (Def. SMF   18  Def. Exh. 1, Dr. Salas Rushford Decl.   30)

During depositions, ABIM s counsel Roberto Rivera-Soto was flagrantly abusive of the Defendant. As one of many examples, Rivera-Soto (who was not even conducting the deposition) interjected, after a request by the Defendant to read bac  his prior answer,

9

by saying, "Let s see just how dumb he can be." (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 94:9-10)

This court dismissed this case on March 16, 2017  D.E. 153, 154 , based on the statute of limitations, and did not reach additional grounds for dismissal. On appeal, the Third Circuit construed the allegations in the Complaint as true and held that the discovery rule, as applied to ABIM s allegations, allows this case to proceed on remand. *Am.  d.  nternal Med.  . Salas Rushford*, 841 Fed. Appx. 440 (3d Cir. 2020). These were not factual findings by the Third Circuit because the posture of the appeal was on review of the FED. R. CIV. P. 12(c) dismissal on the pleadings. ABIM then delayed more than two years after the remand before ta ing action in this case, after prompting by the Court.

## ARGUMENT

### I.    T  A      L   S  d rd.

Defendant adopts and incorporates ABIM s statement of the applicable legal standard on these motions for summary judgment, with one significant clarification.

As explained in a decision relied on here by ABIM, summary judgment in favor of a plaintiff on copyright infringement "is generally inappropriate at the summary judgment stage." *Am. Re istry of Radiolo i  e hnolo ists  . ennett*, 939 F. Supp. 2d 695, 707 (W.D. Tex. 2013) (cited by ABIM Mem. 21 n.3, but incompletely explained there). "Summary judgment historically has been withheld in copyright cases because courts have been reluctant to ma e subjective determinations regarding the similarity between two wor s." *er o  . astle Ro  ntm t*, 193 F.3d 1241, 1247 (11th Cir. 1999). Summary judgment on alleged copyright infringement is rarely appropriate because "the question of  substantial similarity  should  typically ... be left to the

factfinder  unless  the court can conclude, after viewing the evidence and drawing inferences in a manner most favorable to the nonmoving party, that no reasonable juror could find substantial similarity of ideas and expression.  ” *ennett*, 939 F. Supp. 2d at 707 (quoting *eel    o.*, 238 F.3d 391, 395 (5th Cir. 2001)).

**II.    A  IM's O   M    r  s     I C  d H   E s   M    d "J    R."  D   d    r  r   O    r   , S         T r -Y  r S         L      s E   r d    r A IM F   d  s S      O    r   .**

To circumvent by more than the three-year statute of limitations, 17 U.S.C. 507(b), ABIM falsely pled that it "diligently investigated the identity of the person who corresponded with Dr. Arora using the e-mail address padrinojr@yahoo.com" with his handwritten notes attached, but supposedly could not identify him for years. (Compl. 50) The factual record, as cited by ABIM s own motion, proves that to be false, and its action is barred by the Copyright Act s 3-year statute of limitations. (DE 33, Def. Affirm. Def.  2)

In ABIM s own deposition excerpts on which it relies here, its own witness Dr. Geraldine Luna testified that she disclosed on June 12 or 13, 2011, the identity of the author of these handwritten notes    "Jimmy R."   to be the Defendant. That was more than three years prior to ABIM s filing its lawsuit here. (ABIM Exh. 12, Luna Depos. Tr. 140:22-23   "It was somewhere between June 12th and 13th,  2011  and I did identify those" handwritten notes.) In addition, the settlement agreement with ABIM signed by Dr. Luna on July 29, 2011, included a clause requiring her full cooperation to answer any questions by ABIM relating to this matter. (Def. Exh. 7, Luna Settlement Agt.   6) Accordingly, ABIM   new or should have   nown Defendant s identity months prior the three-year cutoff of October 17, 2011. (ABIM sued three years after that date).

ABIM describes inadequate   even silly   searching by ABIM in order to justify its alleged lac  of timely awareness of Defendant s identity. ABIM says it sent an investigator to Puerto Rico to discover the person using an email account at yahoo.com, which is headquartered in New Yor  City. But in 2009 ABIM s attorneys  new how to seize the course materials of the instructor, Dr. Arora, and yet made no effort to simply as  Yahoo or subpoena it for the identity behind this email account on its server. That glaring failure by ABIM is not due diligence.

It is obvious to all except the most culturally confined that "Jimmy" is a common nic  name for "Jaime",[7] and "R." is the initial for "Rushford". In December 2009, ABIM obtained the roster of students as part of its seizure of all of Dr. Arora s computer files and documents, "including Dr. Arora s e-mails with his customers," which ABIM represented that it "spent months analyzing." (Compl.   50) It does not ta  e years for ABIM to realize that "Jimmy R." is short for "Jaime Salas Rushford."

Subsequent events confirmed ABIM s lac  of the required due diligence, or its lac  of honesty in feigning diligence. After ABIM supposedly discovered Defendant s identity, it waited more than another 2.5 years before suing him. The timing suggests that ABIM s lawsuit here was a retaliation, coming one day after it learned that Defendant would challenge in court ABIM s suspension of his board certification. ABIM s assertion of having been unable to uncover Defendant s identity was a  *ost ho*  rationalization.

In its brief now, ABIM devotes merely one paragraph to justify its blowing past this federal statute of limitations by more than two years. (ABIM Mem. 11) ABIM implausibly asserts that "it conducted internet and public records searches  scoured its

---

[7] Nic  nameDB, https://nic_namedb.com/Jaime (viewed Feb. 28, 2024).

internal databases and the other records obtained from Arora and used investigators," taking that verbatim from its SMF 149, which cites for support only the deposition of its employee Benjamin Mannes. But his testimony by Mannes demonstrates the opposite: he did virtually nothing meaningful to uncover Defendant s identity, despite having Arora s roster that contained Defendant s name. (CSMF 149) ABIM did not contact or subpoena Yahoo, which would be the obvious first step to identify who was using a Yahoo account. ABIM Exh. 22, Mannes Dep. Tr. 58:6-15 ("I didn t do that.") A subpoena on Yahoo would have easily identified Defendant by his location, his IP address, and the content of his other emails from that account.

A jury trial should not be necessary to hear testimony about ABIM supposedly failing for years to recognize that "Jimmy R." was the registered student Defendant "Jaime Salas Rushford." Summary judgment for Defendant on this issue is warranted.

### III. A IM F s r O rs T R s r .

ABIM fails to prove ownership of the test questions at the time of registration, which is necessary to establish copyright infringement.

ABIM is vague in its description of the drafting process for its exam questions, lacking in time periods and specificity, but it is clear that ABIM employees are not the authors. ABIM s solitary evidence on ownership is its reference to "item-writing tas force members, who develop the content for ABIM exams." (Exh. 26, 12).

That is not work-for-hire under the Copyright Act, as defined by the applicable statute. 17 U.S.C. 101 ("prepared by an employee within the scope of his or her employment or if the parties expressly agree in a written instrument signed by them that the work shall be considered a work made for hire"). ABIM s representation to the

Copyright Office on its copyright registrations that the questions were written as a "wor

made for hire" would have required agreements with the non-employees at the time to

that effect, which ABIM does not provide or even assert. (ABIM Exh. 1, first page of

each of ABIM s representations).

If there was ever an assignment to ABIM by the many authors of the allegedly

infringed questions   they were the original owners of the copyrights in these questions,

or copiers of the questions from other sources   then evidence of that needs to be

presented by ABIM to the Court. Such an agreement, if any, was almost certainly

untimely for the copyright registration to be in effect at the time of infringement in 2009.

Moreover, ABIM should have corrected its registrations with amendments on the wor -

for-hire issue, which ABIM did not do. The burden is on ABIM to prove ownership and

the timeliness and accuracy of its registrations, a burden that ABIM has failed to meet.

The vast majority of ABIM s alleged infringement is based on its 2009

registration, but that was untimely because it was more than three months after the initial

publication, and subsequent to the alleged infringement in August 2009.

**IV. A IM F s   r  A ss  D  d  , W s A   d I  r
W s E  r   r r  H s T        A  IM E   .**

ABIM ac  nowledges that proof of access to a copyrighted wor   is an essential

element of copyright infringement, and yet ABIM fails to provide that proof. (ABIM

Mem. 17   required "showing that the defendant had access to the allegedly infringed

wor  ," citation omitted) Defendant had access to a test prep course, but ABIM does not

and cannot allege that Defendant copied any material from his exam, which he too   on

August 20, 2009. Without proof of access by Defendant to ABIM s exams, ABIM has no

claim for copyright infringement.

14

ABIM first argues for a finding of direct copying, but it ac nowledges that Defendant did not directly copying anything from ABIM s exam, which Defendant did not ta e until August 20, 2009. None of ABIM s authorities support a finding of direct copying on these facts. For example, in one of ABIM s cited precedents concerned videotaped infringement during the ta ing of the test: "Those tapes revealed the individuals holding a recording device to the computer screen in an attempt to scan or photograph the test s questions and answer choices." *at l d. of Med. am rs .*

*tima ni .* , No. 1:09-cv-01043-JDB-cgc, 2011 U.S. Dist. LE IS 143645, at 19 (W.D. Tenn. Sep. 29, 2011) (cited by ABIM Mem. 18).

ABIM implicitly as s that the Court draw inferences in its favor on its motion for summary judgment, which of course should not be done. *See, e. ., A ramson . illiam aterson oll.*, 260 F.3d 265, 276 (3d Cir. 2001) ("In evaluating the evidence on summary judgment, a court must view the facts in the light most favorable to the nonmoving party and draw all inferences in that party s favor.") (inner quotations omitted). With inferences drawn in favor of Defendant, there was no copying by him.

Moreover, ABIM distorts the evidence by citing a fragment of Defendant s deposition without including his explanation that the "notes" were li ely class notes from other test prep course students. (ABIM Mem. 18, citing Salas Rushford Dep. Tr. 142:13-18, when *d.* 142:23-25 "So this most li ely are the class notes from the other people that might have come to other Arora reviews."). *See also id.* 161:9-162:6 (Defendant explaining that the "DON T FORWARD" email was not even written by Defendant, but was written by a classmate at Defendant s hospital who did not want the contents sent to Defendant, perhaps because she was in a different study group).

15

ABIM relies entirely on the deposition testimony of Dr. Luna for its direct copying assertion, but Dr. Luna s assertion of remembering seven years later, in 2016, what was on her exam in 2009 is not plausible. Dr. Luna testified that she could not remember contents on her exam within 24 hours of ta ing it. She also testified that Defendant has a sister, when he never has. *See* Statement of Facts, Part D, *su ra.*

As to ABIM s argument of indirect proof of copying, ABIM relies on extra-jurisdictional decisions that are not controlling in this district. (ABIM Mem. 20-22, Point III.C.2.a) The authority in this Court, as ABIM recognizes for a different purpose, is that "substantial similarity is to be used only after copying has been established, to show that enou h copying has ta en place. " *Jar is . A M Re ords*, 827 F. Supp. 282, 288 n.2 (D.N.J. 1993) (quoting *immer on o yri ht,* 13.03 A at 13-27 and n. 3.2 (quoting Latman, *" ro ati e Similarity" as roof of o yin o ard Dis ellin Some Myths in o yri ht nfrin ement,* 90 Colum. L. Rev. 1187, 1190 (1990) (emphasis in original). The *Jar is* decision emphasized that " t his settled principle enunciated by the Third Circuit in *ni ersal Athleti* prevents the anomalous situation of a defendant being held liable for even the slightest bit of copying of a copyrighted wor ." *d.*

ABIM ma es the mista e that the *Jar is* decision warned against: patching together bits of ostensibly copied material in order to prove access and copyright infringement. Rather, access must be proven first, which ABIM has failed to do.

In addition ABIM provides no evidence of what was on Dr. Luna s exam, and fails to provide a line-by-line comparison for evaluation by the Court as required by the same precedents on which ABIM relies here.

**V. M r r C s S d H s I s r r
ss s s r r r E Ar N A**

16

**C   r   V        .**

Mere private communications between a student, Defendant, with his instructor, as preparation for an exam, do not rise to the level of an actual copyright violation. No university, no testing company, and no other entity has ever applied copyright law against a student for privately repeating of questions and possible answers to his own instructor. None of ABIM s cited precedents supports its attempt to stretch copyright law so far beyond its sensible and legitimate scope.

> As held by another federal court in an analogous case to deny summary judgment:
>
> In sum, the Court finds that even if it assumes that Defendant engaged in factual copying of Plaintiff s review modules when she created her videos and study cards, there is a genuine issue of material fact about whether she copied Plaintiff s protected expression. A reasonable jury could conclude that the many differences between the two wor s prohibit a finding that Defendant s products are so similar to the review modules that an ordinary person would conclude that she unlawfully appropriated Plaintiff s original organization, selection, and arrangement of nursing facts when viewed as a whole. Because a reasonable jury could determine that "the accused wor  is  not  so similar to the plaintiff s wor  that an ordinary reasonable person would conclude that the defendant unlawfully appropriated the plaintiff s protectible expression by ta ing material of substance and value," Plaintiff s motion for summary judgment on its copyright infringement claim must be denied.

*Assessment   e  hs.  nst.,        .  ar  es*, 588 F. Supp. 3d 1178, 1210 (D. Kan. 2022) (quotation and footnote omitted).

Li ewise here, where the dissimilarities are more common than the similarities and evidence is that no students ever sent Dr. Arora copies of actual questions on ABIM s exam, which would require ta ing a picture or a photographic memory, when there is no allegation or evidence here that anyone relevant has a photographic memory and one scientific article has observed that "we still don t have proof that photographic

memory actually exists."[8] ABIM misuses copyright law to object to students privately

sharing imperfect recollections of what they heard or saw on exam. Nearly every exam

ever administered is followed by students discussing it afterwards. That is not millions of

copyright violations, which it would incorrectly be under the legal argument urged by

ABIM here. Moreover, if the medical residency programs in charge of these students do

not object to students discussing recollections of their exams, it is difficult to see any

standing for ABIM to object unless it was damaged. And as shown in Point VIII below,

ABIM was not injured in any way by Defendant.

This case is nothing li e the cases on which ABIM heavily relies, in which test

prep courses were the defendants and there was a profiting from actual questions used by

the test prep courses, which caused injury to the testing companies. For example, in *Am.

Re istry of Radiolo i   e hnolo ists   . ennett*, the defendants were not any students,

but were the test prep course and its owner. *ennett*, No. SA-12-CV-109-DAW, 2013

U.S. Dist. LE IS 120548 (W.D. Tex. Aug. 26, 2013). There, based on a trial after

denying the testing company s motion for summary judgment, the court found the test

prep course liable for copying and selling actual questions through its course. "Plaintiff s

side-by-side comparisons establish that many of the questions Defendant disseminated

are substantially similar to ARRT s copyrighted questions," the *ennett* court held based

on a trial. *d.* at  32. Plaintiff ABIM ma es no such showing here, because no

"disseminat ion " of actual test questions occurred by the test prep course or by

---

[8] Alexander McNamara and Matt Hambly, "Did you  now  Fewer than 100 people have
a photographic memory" New Scientist (May 25, 2021).
https://www.newscientist.com/article/2272135-did-you- now-fewer-than-100-people-
have-a-photographic-memory/ (viewed Feb. 21, 2024).

Defendant. Moreover, the *ennett* decision discussed involvement by students in that case, and never suggested that the students themselves had committed copyright infringement. *See id.* at 28-34. Furthermore, the *ennett* case concerned students directly communicating to the test prep course instructor what the students saw on their exams, which ABIM concedes Defendant never did.

Yet ABIM here fails to comply with the legal standard used by the *ennett* court, which was a layperson review without reliance on an experts. Indeed, the *ennett* decision does not mention any experts whatsoever. In contrast with ABIM s approach here, the *ennett* decision correctly required a "side-by-side comparison of the ten copyrighted questions and the allegedly infringing material." *ennett*, 939 F. Supp. 2d at 708.

The other decisions cited by ABIM are unli e its claim before this Court. In *Am. Re istry of Radiolo i e hnolo ists . ansen*, the defendants were a test prep course and its owner, who thrice too the exam and then they sold questions substantially similar to those on the exam such that the plaintiff was injured. *ansen*, No. CV07-06224-MMM (AGRx), 2008 U.S. Dist. LE IS 100442, at 8 (C.D. Cal. Dec. 2, 2008). "As shown by the side-by-side comparisons provided to the Court, portions of the mar eted and published test prep materials are substantially similar to plaintiff s Examination questions." *d.* at 13-14. This decision does not stand for ABIM s attempt here to extend copyright law to a student who did not repeat or copy anything he saw on his exam.

The solitary Third Circuit exam-related decision on which ABIM relies is also wholly unli e this one there a testing company, ETS, sued a test prep course and its owner, for the unauthorized use of entire copied tests for sale. *du . estin Ser s. .*

19

*at man*, 793 F.2d 533 (3d Cir. 1986). The Court li ewise did a side-by-side comparison that ABIM withholds from this Court, and notably the Third Circuit found a lac of copying for some of the questions:

> In some of the other questions used by defendants and identified by ETS as infringing, the copying is not apparent, at least without more explanation than appears on this record.   The substantial similarity between Review s question and ETS  question, which was designed to test whether the applicant  new that there was no grammatical error, eludes us.     I ts claim with respect to the use of the same structure sweeps too broadly. We are not convinced that ETS  copyright in the text of a question precludes a coaching school from testing the same concept in the same order, as long as it does not use the same or substantially similar language.

*d.* at 541-42. Indeed, last year Judge Jose Linares of this district court declined to apply *at man* as sought by a testing company, and instead held in favor of a provider of study guides on a discovery dispute on allegations that it was facilitating cheating. *See   earson  du ., n . . he  , n .*, Civil Action No. 21-16866, 2023 U.S. Dist. LE  IS 85210, at 6 (D.N.J. May 16, 2023) (observing a valid defense by a study guide provider if its materials "alter the meaning of the original" owned by testing company).

Similarly, ABIM misplaces reliance on a decision against a test prep course and its co-founders. *du . estin Ser . . Simon*, 95 F. Supp. 2d 1081, 1085 (C.D. Cal. 1999). There, as in all these cases cited by ABIM, the court did a side-by-side comparison which ABIM does not provide here. The court in California found that "Defendants have copied 19 of the 22 essay questions" from ETS s MSAT.  *d.* at 1089. Nothing li e that exists here, as ABIM is not suing the test prep course or its owner here, ABIM has not provided a line-by-line comparison, and ABIM does not have any injury from Defendant s conduct.

ABIM s final citation to an exam-related is to a default judgment against a test prep course and its owner for actually copying and selling exam questions, which had injured the plaintiff. That decision included a finding of "computer screen shots from actual examinations" and "wholesale copies of non-secure, copyrighted questions" by the plaintiffs. *at l d. of Med. am rs . tima ni .* , 2011 U.S. Dist. LE IS 143645, at 19-20. There, unli e here, plaintiffs proved copyright infringement by a test prep course and the lawsuit sought appropriate relief from the course and its owner. That is not authority for suing a student under copyright law for his preparation for an exam, when the student did not repeat any questions from his exam, as ABIM attempts here.

The Court in *ennett* required a comparison of the copied material with the exam itself, which ABIM has not done here. Instead, ABIM relies on testimony Dr. Luna in 2016 about what she recalls having been on an exam she too in 2009. Dr. Luna was threatened by ABIM with a breach of her settlement agreement, which would have resulted in a revocation of her board certification by ABIM, if she did not change her initial statements to ABIM. (Def. SMF 37 Def. Exh. 8) Dr. Luna s testimony against Defendant simply lac s credibility.

ABIM has failed to meet its burden by providing a persuasive line-by-line comparison for the Court to assess the alleged copying, as required by the precedents on which ABIM itself relies. "In ma ing this determination of substantial similarity , expert testimony and ***a visual comparison*** between the copyrighted wor and the allegedly infringing wor are frequently utilized." *ord Motor o. . Summit Motor rods.*, 930 F.2d 277, 291 (3d Cir. 1991) (emphasis added, citing *ni ersal Athleti Sales o. . Sal eld*, 511 F.2d 904, 907 (3d Cir. 1975). The facts here are nothing li e where a

defendant too "essentially the heart of the boo ." *ar er   Ro ,  u lrs. .  ation nters.*, 471 U.S. 539, 565 (1985) (inner quotations omitted, cited by ABIM Mem. 23).

ABIM needed to provide examples of its actual 2009 exam questions for a side-by-side comparison as to the test of substantial similarity. ABIM fails to do this, and thus its motion for judgment should be denied.

## VI.  A IM's E   r R   r Is I  d   ss     d I  s               r  C    r    I  r         .

ABIM relies heavily on an expert report by Dr. Ward (Exh. 13) which is entirely inadmissible here because it is unsworn. "The substance of this report was not sworn to by the alleged expert. Therefore, the purported expert s report is not competent to be considered on a motion for summary judgment." *o  le  .           ola*, 868 F.2d 59, 67 (3d Cir. 1989) (citing *Adi  es  . S.  .  ress      o.*, 398 U.S. 144, 158 (1970) (holding that an unsworn statement does not meet the requirements of FED. R. CIV. P. 56(e)). In  *o  le*, the Third Circuit decided the case based on this deficiency. "We prefer to rest our ruling on the fact that there was no compliance with Rule 56(e)." *o  le*, 868 F.2d at 67. Defendant s expert did provide a sworn statement for its admissibility. (Def. Exh. 10)

ABIM s expert report should be rejected for an additional reason: its content is not apply any expertise to its analysis. For example, ABIM s leading example is that Defendant referred to a "lady from Mississippi" as a hypothetical patient, when an actual question on ABIM s exam referred to a patient who "has lived in Mississippi all her life." That phrase does not copy the wording or the point of the question, and do not constitute a substantial fraction of the exam. Even if that phrase came from an ABIM exam (although it remains unclear who had the access, and it was not the Defendant), that does not ma e paraphrasing it a copyright violation on a 240-question exam. *See, e. ., Ari  a*

22

JA11465

*nst., n . . almer*, 761 F. Supp. 1056, 1066 (S.D.N.Y. 1991) (denying a motion for a preliminary injunction, while observing that "paraphrasing plainly constitutes copyright infringement" when it is "extensive"). ABIM s other examples li ewise lac proof of any verbatim or substantial actual copying.

ABIM s second strongest example is that Defendant mentioned "Maltoma" in connection with a "chronic ulcer with discomfort." (ABIM Mem. 24) ABIM s expert Dr. Ward matched that to an ABIM question described a "MALT lymphoma" (not "Maltoma") and a patient who had "a duodenal ulcer he has since been ta ing cimetidine intermittently, which has provided minimal or no relief for six months." ( *d.*, quotation mar s omitted). Defendant did not use the same wording as the test, and these actual questions had far more in them than what Defendant communicated.

Each additional example by ABIM is wea er than the one before it. The next example by ABIM consists of Defendant mentioning "bullae", followed by potential diagnoses of "chic en pox" and "dermatitis". (ABIM Mem. 24) These are basic medical facts to which merger doctrine applies in order to negate any copyright infringement. These not copies of anything from ABIM s exam, which instead displayed a photo with the answer choices of "dermatitis herpetiformis" and "varicella".

Some of ABIM s examples are head-scratchers as to why ABIM mentions them at all. ABIM gives prominence to an email from Defendant stating "164 question the one that repeated in every exam." (ABIM Mem. 25) But by its very subject line this was part of the test prep course instruction that students could expect to see this question and answers because they are "repeated in every exam." Defendant or another student was apparently repeating what he learned in the course, which ABIM also attended (without

objecting). This repetition is not a copyright violation, and its inclusion by ABIM illustrates how wea   ABIM s examples of alleged copyright violations really are.

Defendant provided an expert report by Dr. Westby Fisher, which fully rebuts ABIM s expert. (Def. Exh. 4  Def. CSMF    13, 52, 72, 77, 123, 126, 128-29)

**VII.  T  *Scènes à Faire*   d O   r Or      d Id  D   r  s E   d C  ss  S    r  s  d D   r      D      s s r   C   r      r  M  d    W r  s E   r T  s              s  S       s  Ess    .**

Classic scenarios and differential diagnoses are not copyrightable in medical examinations because they are *s   nes   faire*, traditional and commonplace or considered ideas, and in any event, are unoriginal.

"Scenes a faire  French for  scenes to do   are  incidents, characters or settings which are as a practical matter indispensable ... in the treatment of a given topic.  "  helan Asso iates,  n .  . Jaslo   Dental  a oratory,  n  ., 797 F.2d 1222, 1236 (3d Cir. 1986).[9] In copyright, the *s   nes   faire* doctrine is a bar to copyrightability. Otherwise, the Third Circuit Court explained, it "would give the first author a monopoly on the commonplace ideas behind the scenes a faire."  helan, 797 F.2d, at 1236 (inner quotations omitted). In other words, a *s   ne   faire* is an expression of ideas that lac  s originality because it is stoc , standard or practically indispensable in the context it is used  and for that reason, it lac  s copyright protection.

Differential diagnoses answer choices are also not copyrightable because, when the wor  s at hand are fact intensive, the devices used to express factual material "belong

---

[9] *See also   etris   oldin ,        .   io  ntera ti e,  n  .,* 863 F. Supp. 2d 394, 403 (D.N.J. 2012) (collecting case law that clarifies that for the *s   nes   fair* doctrine to apply, it suffices that the incidents, characters or settings be "standard" or " stoc  " in the treatment of a particular subject).

24

to the idea, not the expression   .”   *helan*, 797 F.2d at 1237. And, the use of classic scenarios in the questions and differential diagnoses in the answer choices is also unoriginal, and thus excluded from protection, because, just li e listing names in alphabetical order is on a phone boo , it is “ an age-old practice, firmly rooted in tradition and so commonplace that it has come to be expected as a matter of course. ” *South o, n . . ane rid e or .*, 390 F.3d 276, 282 (3d Cir. 2004) (quoting *eist u li ations. n . . Rural el. Ser . o.*, 499 U.S. 340, 363 (1991)).

Expert testimony is thus needed regarding whether the questions at issue “reflect current medical  nowledge in an area” (ABIM SMF  29), in a way original enough to be distinguishable from stoc , commonplace, traditional, standard or indispensable treatments of a topic of internal medicine, none of which enjoys copyright protection. It is quite literally testimony “to (1) scientific  nowledge that (2) will assist the trier of fact to understand or determine a fact in issue   .” *Dau ert . Merrell Do  harma euti als, n .*, 509 U.S. 579, 592 93 (1993).

Because the subject matter at issue is advanced internal medicine, Third Circuit case law recognizes the need for testimony because “in particularly complicated cases expert testimony can also be used in evaluating whether any actual copying reached protectable aspects of the copyrighted wor ,” and holding that the Court would “not foreclose the expert testimony avenue of proof” given “the complexity of the subject matter at issue” which was robotic eye surgery in that case. *umar . nst. of le . le s. n rs*, No. 12-6870 (KSH) (CLW), 2013 U.S. Dist. LE IS 140989, at  20 (D.N.J. Sep. 30, 2013) (citing *helan*, 797 F.2d at 1232 33). In fact, our expert, Dr. Westby Fisher, states in his response report that one of the main reasons why ABIM s

expert s conclusions are absurd is that ABIM s lac of originality   using classic scenarios and differential diagnoses in its questions   means that there is no scientifically reliable to conclude what Plaintiff must prove, that Defendant "used the copyrighted wor in ma ing his own." *helan*, 797 F.2d, at 1232. (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher, pp. 3 6, Concl. 1, 5, 12 15).

**VIII. T L    A C    D s A IM R r s D    I s M    r S    r J d    , d Gr    D d 's Cr ss-M .**

ABIM s lac of any damages   indeed, ABIM does not even see damages now requires denying its motion for summary judgment and granting Defendant s cross-motion for dismissal. As the Southern District of New Yor held in an analogous copyright case, defendant "Broo s also contends that the record undermines any basis for damages that plaintiffs might assert, even assuming <u>arguendo</u> they could prove that Broo s s boo cover infringed their purported copyright. The Court agrees and holds that even if plaintiffs could prove infringement, they would be entitled to no money damages." *o in ton . roo s*, No. 20-cv-8616 (JSR), 2022 U.S. Dist. LE IS 105311, at 14 (S.D.N.Y. June 13, 2022). *See also ornell a ital artners, . . . a le road and, n .*, No. 03-1860 (WGB), 2006 U.S. Dist. LE IS 97591, at 24 (D.N.J. Mar. 28, 2006) (granting summary judgment on many claims due to their lac of proof of damages) (citing *se . entana Medi al Systems, n .*, 297 F.3d 210, 219 (3d Cir. 2002), which cited *ould . Ameri an- a aiian S.S. o.*, 535 F.2d 761, 781 (3d Cir. 1976)) *alio . amden ty. d. of hosen reeholders*, No. 19-8393 (RMB/AMD), 2022 U.S. Dist. LE IS 115822, at 1 (D.N.J. June 30, 2022) (due to "Plaintiff s apparent lac of damages," the Court granted summary judgment for defendant). That court did not allow Plaintiff to amend at a late stage its request for "such further relief as

this Court deems just and proper," and ABIM has not even requested any such leave to amend here. *d.* at 7-8.

"Defendants promissory estoppel claim must be dismissed as it fails for lac of damages." *Dun in Donuts n . . Dou h oy M mt., n .*, Civil Action No. 02-243 (JLL), 2005 U.S. Dist. LE IS 38253, at 36 (D.N.J. Dec. 29, 2005) (further granting summary judgment against another count for lac of damages). Numerous additional decisions within the Third Circuit have held li ewise. "Here, aside from the 787 that Defendant Gluc concedes he should have returned to Plaintiff Vcom, Vcom presented no evidence as to any damages caused by Gluc s alleged wrongful conduct."

*om nt l Multi-Media or . . lu* , Civil Action No. 14-3398, 2017 U.S. Dist. LE IS 44425, at 10 (D.N.J. Mar. 27, 2017) (granting summary judgment to defendant on nearly all the claims due to their lac of damages, and capping damages on remaining claims at a maximum of only 787). "Because plaintiffs have not shown that there is any dispute as to a material fact regarding the lac of damages from the delay, summary judgment is awarded in defendant s favor on that aspect of count II." *in shen hu .*

*os. S i. or .*, No. 14-542-SLR, 2016 U.S. Dist. LE IS 33058, at 13 (D. Del. Mar. 15, 2016). The lac of asserted or proven damages by ABIM is not an oversight damages by ABIM are inconceivable under the facts that it presents, and would be beyond the applicable three-year statute of limitations. *See also an uard rou , . n el*, 2008 Del. Super. LE IS 506, 9-10 ("By not producing evidence of damages, Plaintiff s case fails and summary judgment is granted.").

The requirement that a plaintiff provide proof of damages to survive summary judgment applies fully in copyright infringement actions. *See, e. ., ell . aylor*, 827

F.3d 699, 710 (7th Cir. 2016) (" I t was  Plaintiff  Bell s burden to prove damages,

and defendants were not required to produce any evidence showing a lac   of damages.")

(citation omitted). We are long past the pleading stage, and at this point ABIM is required

to provide proof of damages. ABIM has not, and cannot, ma e that necessary showing.

Indeed, ABIM s Statement of Undisputed Facts demonstrates that no such

damages were ever possible to ABIM in this case. ABIM participated in the same test

prep course, recorded the request by the instructor to students for their recollections of

test questions, and arranged for a full seizure of the test instructor s computer and related

materials after the exam. ABIM itself was never adversely affected by any of the alleged

copying, as proven by its own presentation of the facts. Instead, it used all this for its own

benefit, to extract payments and settlements from many students and from the instructor.

ABIM profited rather than suffer any actual damages.

Copyright infringement claims allow for an assertion of statutory damages, but

typically only if the plaintiff registered its wor   with the Copyright Office prior to the

infringement, which ABIM failed to do for its 2008 and 2009 wor s at issue here. (ABIM

Exh. 1   ABIM s registrations for its 2008 and 2009 wor s   T  -7-116-625 and T  -7-

116-588   were not filed with the Copyright Office until Sept. 17, 2009, roughly a month

after the alleged infringement and more than 3 months after their first publication). There

is no viable claim by ABIM for statutory damages here, and it does not assert any such

claim in its motion for summary judgment. ABIM s declaration by Rebecca S. Lipner is

silent about the timing of its registrations compared with the alleged infringement.

(ABIM Exh. 26) No safe harbor is available to ABIM because it registrations were more

than three months after their first dates of publication.[10] Defendant thereby lac ed the required notice that the 2009 exam was copyrighted, which precludes applying statutory damages to any copyright infringement of that exam. *See e. ., Small us. ody uard n . . ouse of Mo ie, n .*, 230 F. Supp. 3d 290, 306 (S.D.N.Y. 2017) ("the Copyright Act provides that  no award of statutory damages or of attorney s fees,  shall be made for  any infringement of copyright commenced after first publication of the wor  and before the effective date of its registration, unless such registration is made within three months after the first publication of the wor  ") (quoting 17 U.S.C.  412(2)).

ABIM also references two prior registrations, in 2007 (T   6-871-490) and 2008 (T   7-116-687), in its Exhibit 4 as containing some questions that were allegedly infringed. (ABIM further includes in its Exhibit 1 prior registrations in earlier years that are not listed in its Exhibit 4 as subjects of infringement, and are thus irrelevant.) The alleged infringements of the 2007 and 2008 registered wor s are too insignificant to constitute a copyright violation of those wor s. *See Da is . a , n .*, 246 F.3d 152, 173 (2d Cir. 2001) ("The *de minimis* doctrine is rarely discussed in copyright opinions because suits are rarely brought over trivial instances of copying. Nonetheless, it is an important aspect of the law of copyright.     T rivial copying is not an infringement.").

An additional legal doctrine precludes statutory damages here: the three-year statute of limitations cuts off all damages arising before October 2011, because ABIM filed this lawsuit in October 2014. While the Third Circuit allowed this lawsuit to

---

[10] ABIM mentions, without providing details, that it later filed a correction to one of these registrations but that would not affect this analysis: ABIM s registration of the 2009 wor was itself too late to allow imposition of statutory damages for an alleged infringement in August 2009.

29

proceed, it did not allow ABIM to go beyond three years on damages. The alleged

infringement was in August 2009, more than five years before ABIM filed this lawsuit.

> The Second Circuit applies the three-year statute of limitations to damages:

> Thus, damages "outside the three-year window" before Petrella filed suit could not be recovered. Consequently, *etrella* and *sihoyos* counsel that we must apply the discover rule to determine when a copyright infringement claim accrues, but a three-year loo bac period from the time a suit is filed to determine the extent of the relief available.

> The *etrella* Court partially based its determination that laches was inapplicable to actions under the Copyright Act on the conclusion that the statute "itself ta es account of delay" by limiting damages to the three years prior to when suit is filed. Therefore, the three-year limitation on damages was necessary to the result in *etrella* and thus binding precedent.

> Accordingly, under the Copyright Act, a plaintiff s recovery is limited to damages incurred during the three years prior to filing suit.

*Sohm . S holasti n .*, 959 F.3d 39, 52 (2d Cir. 2020) (citing *etrella . M M*, 572 U.S.

663 (2014), and *sihoyos . John iley Sons, n .*, 748 F.3d 120 (2d Cir. 2014)).

The deadline for ABIM to submit a damages claim on summary judgment expired

on February 9, 2024, as the deadline for it to file its motion for summary judgment. D.E.

206 ABIM has waived any damage claim on its summary judgment motion, and thus

ABIM s motion must be denied. *f. hilli s . ostmaster en.*, 430 F. App x 105, 108

(3d Cir. 2011) ("it is incumbent on the plaintiff to bring its request for damages to the

trial judge prior to the time the jury retires to consider the verdict") (citing *Ale ander .*

*Ri a*, 208 F.3d 419, 429 (3d Cir. 2000)).

## CONCLUSION

For the foregoing reasons, Dr. Salas Rushford respectfully requests that his cross-

motion for summary judgment be granted, ABIM s motion be denied, attorneys fees be

granted to Defendant, and this case be dismissed.

Dated: March 1, 2024                    Respectfully submitted,


/s/ Guillermo L. Mena-Irizarry          /s/ Andrew L. Schlafly

Guillermo L. Mena-Irizarry              Andrew L. Schlafly
Pro Hac Vice Counsel for Dr. Salas      Attorney at Law (AS4533)
Rushford                                Local Counsel for Dr. Salas Rushford
Ext. Roosevelt                          939 Old Chester Road
559 Calle Cabo Alverio                  Far Hills, New Jersey 07931
San Juan, PR 00918                      Tel: (908) 719-8608
Tel: (787) 347-9793                     E-mail: aschlafly@aol.com
E-mail: guillermo.mena@me.com

*Attorneys for Defendant Jaime A. "Jimmy" Salas Rushford, M.D.*



## CERTIFICATE OF SERVICE

I, Andrew L. Schlafly, counsel for Defendant Jaime Salas-Rushford, do certify that on March 1, 2024, I electronically filed the foregoing Memorandum, accompanying Exhibits, and a proposed order with the Cler  of the Court using the Electronic Case Filing system, which I understand to have caused service of counsel on behalf of the Defendant.

s/ Andrew L. Schlafly
Andrew L. Schlafly (AS4533)
*Attorney for Defendant Jaime A. "Jimmy"*
*Salas-Rushford, M.D.*

31

Andrew L. Schlafly (AS4533)
Attorney at Law
939 Old Chester Rd.
Far Hills, NJ 07931
(908) 719-8608
(908) 934-9207 (fax)
*Attorney for Defendant Jaime A. "Jimmy" Salas Rushford, M.D.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| vs. | ) |
| | ) 14-cv-06428-KSH-CLW |
| JAIME A. "JIMMY" SALAS RUSHFORD, M.D., | ) |
| | ) Oral argument requested |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT JAIME A. "JIMMY" SALAS RUSHFORD, M.D.'S COUNTER-STATEMENT OF MATERIAL FACTS IN RES ONSE TO A IM'S STATEMENT OF UNDIS UTED FACTS IN SU ORT OF ITS MOTION FOR SUMMARY JUDGMENT**

1

Pursuant to Local Civil Rule 56.1, Defendant Jaime A. "Jimmy" Salas Rushford,

M.D., respectfully submits this Counter-Statement of Material Facts in Response to

ABIM s Statement of Undisputed Facts in Support of Its Motion for Summary Judgment,

with citations to the supporting evidence:

| R s    s    A IM's S U d s    d F    s | S    r    E d |
|---|---|
| 1.  No dispute. | |
| 2.  Defendant disputes this statement that ABIM s "mission is to enhance the quality of health care" and that ABIM has "accountability is both to the profession of medicine and to the public." | ABIM provides insufficient evidence for its sweeping assertion, and nothing about accountability. Evidence is contrary to ABIM s assertion. (Def. Exh. 3, Expert Report of Dr. Westby Fisher, at 4 describing luxurious fringe benefits for ABIM officers that included purchasing a multi-million dollar condo for them in Philadelphia). |
| 3.  Defendant disputes that ABIM board certification is a "recognized mar er of physician quality." | ABIM provides insufficient evidence for this, which is publicly disputed by many |
| 4.  No dispute. | |
| 5.  No dispute. | |
| 6.  No dispute. | |
| 7.  No dispute. | |
| 8.  No dispute. | |
| 9.  No dispute. | |
| 10. Defendant disputes that the exam and its questions at issue here were properly and timely copyrighted by ABIM, and further dispute the extent of their copyrightability, and that the exam constitutes a "secure" test. | ABIM provides insufficient, contradictory evidence for its claim of copyright ownership. Moreover, the ABIM was not secure because many of its questions were published by others prior to the infringement alleged in this action, or present s  enes a faire or other uncopyrightable material. ABIM s own quoted exhibit of Dr. Luna s deposition testimony stated that "15 percent  on her ABIM exam  was repeated li e *exactly the same way* that Dr. Arora  had it in his material," which means the exam was not secure. (ABIM Exh. 12, Dr. Luna Dep. Tr. 10-12, emphasis added)  earlier Luna testified to a higher 20   "exactly the same |

| | |
|---|---|
| | questions" match between her exam and Dr. Arora s course, Def. Exh. 6, Dr. Luna Dep. Tr. 34:18-19  Expert Response Report of Dr. Westby Fisher    21   "For example, the excerpt in Row 8 discusses some of the same medical facts as Item 13, page 68, of the MKSAP14 Rheumatology Self-Assessment Test. M ost others simply include differential diagnoses and other such common material from the medical literature.) In addition, ABIM s own Statement of Undisputed Facts discloses that it was fully aware of the Arora Board Review (ABR) practices by May 2009, yet ABIM fully allowed it through August 2009 when Defendant too  the exam, and until at least December 2009, such that the August 2009 ABIM exam at issue was not secure. (ABIM SMF    139-44) |
| 11. No dispute. | |
| 12. No dispute. | |
| 13. Defendant disputes that preparation for the ABIM exam through a test prep course that predicts questions constitutes "an unearned advantage that subverts the integrity of the ABIM Examination." Defendant further disputes that " nowledge of question fact patterns, specific question subject matter and potential answers provides   an unearned advantage that subverts the integrity of the test" because most fact patterns on ABIM tests are, by necessity, classic, common or textboo  presentations of internal medicine conditions and their symptoms, and any related ecological or environmental factors, and most potential answers are the differential diagnoses that doctors would have learned, in both school and practice, to chec  for and exclude to identify the right condition suffered by their patients. |  uestions commonly as ed by ABIM are available through accredited test prep courses, as ABR was, and through readily available online resources such as UptoDate.com and MKSAP14. (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher    13-23) In the subject of internal medicine certain answer choices are li ely to appear when a particular condition or quandary is being discussed because they are the ones that are similar or li ely to be confused with it. The vast majority of the ABIM questions in dispute present classic diagnostic criteria, disease variants, diagnostic evaluations, treatments, and differential diagnoses. It is common and logical to use differential diagnoses or treatments of alternate disease states as distractors (wrong answers) in multiple choice exams. Any competent review of those topics or material would include the same or very similar distractors or wrong answer choices. The same applies to those |

| | |
|---|---|
| | questions that present classic diagnostic criteria, classic disease variants, classic treatments, and classic diagnostic evaluations. Most reviews would also use the same classics. And even if they didn t, physicians would use them when studying because UpToDate (among other online guides) has been available since 1992 and is a common clinical practice tool. (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher)<br><br>ABIM s own proposed facts here at    22-23 and 29-30 contradict this one by stating that the test "blueprint is reviewed annually and follows trends in current practice and is based on understanding of clinical problems and current practices," and that "the item ban   reflects current and evolving scientific developments in the field of internal medicine," all of which are things that, of necessity the test ta ers, who are all physicians practicing in hospitals for years before ta ing the test, would li ely be aware of  and that "a  testing point  is a piece of medical  nowledge that for an ABIM examination, a Board Certified physician should  now," which given the subject matter are, again, things of which test ta ers would li ely be aware in most instances given their professional practice. |
| 14. Defendant disputes ABIM s assertion about diligently ta ing action "to ensure the integrity of ABIM exams." | Dr. Arora testified, in ABIM s own submission, that "I would have stopped the whole thing and we would have never reached this stage today if I had a letter from them about my lectures" (ABIM Exh. 25, Dr. Arora Dep. Tr. 80:10-12, and the Court can ta e judicial notice of numerous test prep courses mar eting their services on the internet with test questions similar to what is on the ABIM exam. *See, e. .*, BoardVitals.com, featuring "Most Up-to-Date Board Review   uestions Detailed Explanations and Rationales    Targeted to ABIM Exam Blueprint." |

| | |
|---|---|
| 15. Defendant disputes that ABIM notified him, let alone repeatedly, at any material times, to wit, between applying for the exam in December 2008 and the last action alleged against him here which was prior to ta ing the exam in August 2009. | ABIM provides no evidence as to when and how this alleged notification occurred for candidates in August 2009, which is the relevant time period. The Pledge of Honesty referenced in Lipner Decl. 11 (ABIM Exh. 26) was not provided to a candidate until he too the exam at the testing center, after which there is no allegation here of any infringement. Despite repeated requests, Plaintiff never produced the Policies Procedures for Certification applicable to the time Defendant applied for the test, which would be the relevant document by the terms of the version Plaintiff did produce. The applicable Policies Procedures for Certification was materially different. The one Plaintiff produced was edited to include those notifications a result of Plaintiff s dispute with Arora Board Review. |
| 16. Defendant li ewise disputes that this notification occurred prior to the candidate ta ing the exam in 2009, which is the relevant period. There is no allegation that Defendant violated the Pledge of Honesty. | Same as the above re: 15, which is incorporated herein. |
| 17. No dispute. | |
| 18. No dispute. | |
| 19. No dispute. | |
| 20. Defendant disputes that there were timely agreements between the drafters of the test questions at issue in this case and ABIM to transfer the copyrights in the questions to ABIM to support its copyright registration and/or its claims here. | ABIM s evidence a citation to a solitary sentence in a declaration by an ABIM employee lac ing proof of personal nowledge is insufficient to support its sweeping assertion here. The transfer agreements ABIM provided in discovery, which may or may not be complete, were all executed in 2011, years after all material times. |
| 21. No dispute. | |
| 22. No dispute. | |
| 23. No dispute. | |
| 24. No dispute. | |
| 25. Defendant disputes that the ABIM exam properly "assess es higher- | ABIM s insufficient evidence is to a statement by an employee who lac s any medical training, and who holds a doctoral |

| | |
|---|---|
| order cognitive abilities required for clinical  decision-ma ing." | degree in information systems. (ABIM Exh. 26, Lipner Decl.  3) Medical experts reject ABIM s claim of determining the quality of a physician based on his performance on ABIM s multiple-choice exams. (Def. Exh. 3, Expert Report by Dr. Westby Fisher) |
| 26. No dispute. | |
| 27. No dispute. | |
| 28. No dispute. | |
| 29. No dispute. | |
| 30. No dispute. | |
| 31. No dispute. | |
| 32. Defendant disputes that these registrations were proper. | ABIM s registrations misrepresented to the Copyright Office that they were based on "wor  made for hire." The transfer agreements ABIM provided in discovery, which may or may not be complete, were all executed in 2011, years after all material times. In addition, as set forth in response  10 and incorporated herein, the exam was not "secure" because many of its questions had been previously published by others. The transfer agreements ABIM provided in discovery, which may or may not be complete, were all executed in 2011, years after all material times. |
| 33. No dispute in addition to the dispute to  32 above. | Defendant s response to  32 is incorporated herein. |
| 34. No dispute in addition to the dispute to  32 above. | Defendant s response to  32 is incorporated herein. |
| 35. Defendant disputes the legal conclusion as to the "never authorized" statement here, and the assertion that the ABIM exam was "secure". | By not timely objecting, ABIM implicitly authorizes or acquiesces in test prep course practices, including the ABR s practices in this case. In addition, as set forth in response  10 and incorporated herein, the ABIM exam was not "secure". |
| 36. No dispute in addition to the dispute to  32 above. | Defendant incorporates his response  32 herein. |
| 37. No dispute in addition to the dispute to  32 above. | Defendant incorporates his response  32 herein. |
| 38. Defendant disputes that ABIM has submitted to this Court a copy of what it registered with the Copyright Office. To the extent they are copies of the | ABIM s submission here is mostly redacted. |

| | |
|---|---|
| copies deposited with the Copyright Office, Defendant disputes that they serve to properly identify the entire content of the wor s. | |
| 39. Defendant maintains that this fact is not material. | The screenshots do not identify the candidate to whom that exam was administered, and there is no allegation that Defendant copied anything from his exam. |
| 40. Defendant disputes this assertion about this subsequent or corrected registration and further renews his dispute as in 32 above. | ABIM fails to provide admissible evidence for this assertion about a subsequent or corrected registration. The declaration by Dr. Lipner to which ABIM points is not admissible because she never had personal nowledge, and even if she did it would not be sufficient evidence about the content of the documents. Defendant s response to 32 is also incorporated herein. |
| 41. No dispute in addition to the dispute to 32 above. | Defendant s response to 32 is incorporated herein. |
| 42. No dispute in addition to the dispute to 32 above. | Defendant s response to 32 is incorporated herein. |
| 43. Defendant disputes that ABIM has submitted to this Court a copy of what it registered with the Copyright Office. To the extent they are copies of the copies deposited with the Copyright Office, Defendant disputes that they serve to properly identify the entire content of the wor s. | ABIM s submission is mostly redacted. |
| 44. No dispute in addition to the dispute to 32 above. | Defendant s response to 32 is incorporated herein. |
| 45. No dispute in addition to the dispute to 32 above. | Defendant s response to 32 is incorporated herein. |
| 46. Defendant disputes that ABIM has submitted to this Court a copy of what it registered with the Copyright Office. To the extent they are copies of the copies deposited with the Copyright Office, Defendant disputes that they serve to properly identify the entire content of the wor s. | ABIM s submission is mostly redacted. |
| "III. Defendant s Unlawful Conduct" | ABIM s header is false, inflammatory, and inappropriate this is a civil case, and |

| | no charge of unlawfulness by Defendant has ever been filed. |
|---|---|
| 47. No dispute. | |
| 48. No dispute. | |
| 49. No dispute. | |
| 50. Defendant maintains that this fact is not material. The unilateral conditions by ABIM in its Policies and Procedures are not materially relevant to its claim for copyright infringement. Moreover, the governing P P was its 2008 version, not the current one. | Defendant s Counterclaims 30, which ABIM cites as evidence for its assertion here. Despite repeated requests, Plaintiff never produced the Policies Procedures for Certification applicable to the time Defendant applied for the test, which would be the relevant document by the terms of the version Plaintiff did produce. The applicable Policies Procedures for Certification was materially different. The one Plaintiff produced was edited to include those notifications a result of Plaintiff s dispute with Arora Board Review. |
| 51. No dispute. | |
| 52. Defendant disputes admission of the mar eting title of the Arora Board Review course as to the truth or nature of its usual or unusualness. | Most of the candidates who pass the ABIM exam do so based on test prep courses that predict exam topics and questions, and this practice is widely accepted by medical residency programs and the preeminent accrediting authority. (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher) According to Dr. Arora the unusual aspect was that "the usual format of lectures is the spea er comes and starts tal ing, everybody listens. My style was giving the questions and then answering the question." (Def. Exh. 5, Dr. Arora Dep. Tr. 39:10-13) |
| 53. No dispute. | |
| 54. No dispute. | |
| 55. Defendant disputes admission of the mar eting title of the Arora Board Review course as to the truth or nature of its usual or unusualness. | Defendant incorporates his response 52 herein. |
| 56. Defendant disputes that he purposely signed his name "J. Salas, M.D." as opposed to having an automatic signature. Defendant also notes that | (Def. Exh. 2, Dr. Salas Rushford Dep. Tr.: 109:23-110:10) |

| | |
|---|---|
| the "From" line states the email is from "Jimmy Salas." | |
| 57. No dispute. | |
| 58. Defendant disputes the assertion by ABIM of "without signing the e-mail." | ABIM s own statement and Exhibit 11 reflect that Defendant did sign this 2009 email as "Jimmy R." "Jimmy" is a common nic name for "Jaime", which is Defendant s first name. Defendant s nic name "Jimmy" also appears in the "From" line of the email in Plaintiff s Exhibit 10, referenced in 56 above. |
| 59. No dispute. | |
| 60. Defendant disputes the "detailed content from the ABIM Examination given that same day" assertion | (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 133:17-139:19) Moreover, ABIM merely cites deposition testimony lac ing in foundation by Dr. Luna, ta en more than 7 years after the 2009 exam at issue, when no one could plausibly recall the "detailed content" of the exam. Even if her memory were perfect, Dr. Luna also testified that only "3 out of 30" words in one of her ABIM exam questions appeared in Defendant s notes. And she also testified that in no case were all the words of any question in the notes. She did so after a 3-hour coaching session with Plaintiff s counsel and with the understanding that she had to be "willing to stand on what she already said" to ABIM to eep her board certification or have it revo ed. Dr. Luna also testified in that deposition that "I remember Defendant had a sister," when Defendant never had a sister and didn t remember he has a brother, when he in fact does. (Def. Exh. 6, Dr. Luna Dep. Tr. 107:9-19, 108:16-109:10 111:7-8, 116:9-118-1, 122:3-123:18 Def. Exh 1, Dr. Salas-Rushford Decl. 29) |
| 61. No dispute. | |
| 62. No dispute. | |
| 63. Defendant disputes the implication of the phrase "the ABR course" that Dr. Luna attended the same course Defendant too . She attended a | Dr. Luna too a different ABR course in a different state compared with Dr. Salas Rushford. Defendant s Response 100 below is incorporated herein. |

| | |
|---|---|
| different course with the same instructor. | |
| 64. Defendant disputes that Defendant called Dr. Luna and "solicited her to share questions, and she did." | (Def. Exh. 1, Dr. Salas Rushford Decl. 20-22)<br><br>Dr. Luna testified that she communicated with Dr. Arora directly to share exam questions because she has "anxiety," is "obsessive compulsive" and "really wanted to now those answers," "really needed to now" for peace of mind. (Def. Exh. 6, Dr. Luna Dep. Tr. 129:8-131:6)<br><br>Dr. Luna also testified that when she "came from the exam, she ended up in conversation with another person that I had on the phone," not Defendant. (Def. Exh. 6, Dr. Luna Dep. Tr. 109:14-17)<br><br>Given her anxiety and compulsive behavior and the numerous people she testified she was calling or communicating with, it is unbelievable that she remembers what she said to whom, much less in detail, or if she even tal ed to Defendant.<br><br>There is no record of this conversation beside her testimony more than seven years after the alleged fact. |
| 65. Defendant disputes the assertion of Dr. Luna that there were many communications between her and Defendant about the contents of the ABIM exam. | (Def. Exh. 1, Dr. Salas Rushford Decl. 18-20) Defendant s responses to 60 and 64 are also incorporated herein. |
| 66. No dispute. | |
| 67. Defendant disputes that the handwritten notes were "exactly what we discussed," as Dr. Luna stated more than 7 years later, with her own ABIM board certification dependent on her testifying that way. | Defendant s handwritten notes were based on the ABR test prep course, with Defendant s comments. (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 120:13-16, 133:17-139:19, 142:13-156:14) Defendant s responses to 60 and 64 are also incorporated herein |
| 68. Defendant does not dispute that Dr. Luna stated this at her deposition, | Defendant s response to 67 is incorporated herein. |

10

| | |
|---|---|
| concerning her own intentions but not Defendant s. | |
| 69. Defendant disputes the "as accurately as possible" assertion by Dr. Luna. | Seven years after the fact, Dr. Luna has no plausible personal  nowledge for this assertion. Defendant s response to  67 is incorporated herein. |
| 70. Defendant disputes this assertion as lac ing foundation and personal  nowledge. | Dr. Luna could not plausibly recall the questions on her 2009 ABIM exam more than seven years later, in 2016, and this assertion lac s a foundation and proper evidentiary support. Defendant incorporates his response to  67 herein. |
| 71. Defendant disputes that the "lady from Mississippi" was a copy of a phrase on Dr. Luna s exam. | Defendant incorporates his response to  67 herein. |
| 72. Defendant disputes that ABIM s expert, Dr. Ward, properly "matched" the handwritten notes to a question on Dr. Luna s exam. | Defendant incorporates his response to  67 herein. Dr. Ward had no adequate scientific or admissible expert basis to reach that conclusion. Dr. Ward s conclusion that each of the excerpts identified in Appendix B to Dr. Ward s report is neither class notes from a board review course, nor notes from published board preparation materials such as MK.SAP is both impossible to prove based on the materials consulted by Dr. Ward (as listed in Section N of his report) and demonstrably false. (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher) <br><br> Defendant incorporates herein his response to  13 above. |
| 73. Defendant disputes that ABIM properly obtained a copyright registration for this question. | ABIM fails to provide any evidence of a "wor -for-hire" in the drafting of this question as ABIM misrepresented to the Copyright Office (ABIM Exh. 1, page 1 of the registrations: "Wor  made for hire: Yes"), and instead ABIM s evidence shows the opposite. (ABIM SMF  17-19  test writers wor  not ABIM employees and no evidence that the writers agreed before registration that their writing was "wor  made for hire") |

11

| | |
|---|---|
| | Defendant s response to 32 is incorporated herein. |
| 74. Defendant disputes that this is a full or meaningful portrayal of what ABIM s actual question states, and disputes that this question was as ed on any exam to which Defendant had access. Defendant further disputes the relevance of this proposed fact. | The handwritten notes omit most of the cited question. (ABIM Exh. 20, ABIM uestion 44167) ABIM provides no evidence of any access by Defendant to an exam on which this question appeared. |
| 75. Defendant disputes that Dr. Luna could or accurately did recall her test questions more than seven years after she too her exam. | Defendant incorporates herein his responses to 60, 64, 67, and 72 above. Defendant also incorporates herein his responses to 60, 64 and 72 above. |
| 76. Defendant disputes that the very common medical condition of "chronic ulcer with discomfort" was a copy of a specific question on Dr. Luna s ABIM exam. | Defendant incorporates herein his responses to 67 and 72 above. |
| 77. Defendant disputes that this was properly "matched" to an ABIM question, and disputes that this basic medical condition was copyrightable. | (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher 21 "For example, the excerpt in Row 8 discusses some of the same medical facts as Item 13, page 68, of the MKSAP14 Rheumatology Self-Assessment Test, which Dr. Salas Rushford had access to at the time. As a further example, the excerpt in Row discusses some of the same medical facts as the constrictive pericarditis question in the Arora Board Review handout entitled CARDIOLOGY-PART I, Pages 19-21. As discussed above, most others simply include differential diagnoses and other such common material from the medical literature.")<br><br>Defendant also incorporates herein his response to 72 above. |
| 78. Defendant disputes that a proper and timely copyright registration was obtained for this. | Defendant incorporates herein his response to 73 above. |
| 79. Defendant maintains that this fact is not material, as it does not appear to match any handwritten notes by Defendant and is not shown to have been on Dr. Luna s exam either. | ABIM merely describes a medical condition here. ABIM provides no evidence of any access by Defendant to an exam on which this question appeared. |

12

| | Defendant also incorporates herein his response to 72 above. |
|---|---|
| 80. Defendant disputes that Dr. Luna could recall her specific test questions more than seven years after ta ing the exam. | ABIM merely describes a medical condition here. Defendant incorporates herein his responses to 60, 64 and 72 above. |
| 81. Defendant disputes that Dr. Luna could or did recall her specific test questions more than seven years after ta ing the exam. | Defendant incorporates herein his responses to 60, 64 and 72 above, and 85 below. |
| 82. Defendant disputes that this was properly "matched" to an ABIM question, and disputes that this basic medical condition was copyrightable. | Defendant incorporates herein his response to 60, 72, and 77 above. |
| 83. Defendant disputes that a proper and timely copyright registration was obtained for this. | Defendant incorporates herein his response to 73 above. |
| 84. Defendant disputes that this question appeared on any exam to which Defendant had access. | ABIM provides no evidence of any access by Defendant to an exam on which this question appeared. |
| 85. Defendant disputes that Dr. Luna could recall her specific test questions more than seven years after ta ing the exam, and that Defendant s handwritten notes contained her exam questions. | (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 120:13-16, 133:17-139:19, 142:13-156:14) Defendant also incorporates herein his responses to 60, 64 and 72 above. |
| 86. Defendant disputes that this was properly "matched" to an ABIM question, and disputes that this basic medical condition was copyrightable. | Defendant incorporates herein his response to 60, 72, and 77 above. |
| 87. Defendant disputes that a proper and timely copyright registration was obtained for this. | Defendant incorporates herein his response to 73 above. |
| 88. Defendant disputes that this question appeared on any exam to which Defendant had access. | ABIM provides no evidence of any access by Defendant to an exam on which this question appeared. Defendant also incorporates herein his response to 72 above. |
| 89. Defendant disputes that Dr. Luna could recall her specific test questions more than seven years after ta ing the exam. | Defendant incorporates herein his response to 85 above. |
| 90. Defendant disputes that this was properly "matched" to an ABIM | Defendant incorporates herein his response to 86 above. |

13

| | |
|---|---|
| question, and disputes that this basic medical condition was copyrightable. | |
| 91. Defendant disputes that a proper and timely copyright registration was obtained for this. | Defendant incorporates herein his response to 73 above. |
| 92. Defendant disputes that this question appeared on any exam to which Defendant had access. | ABIM provides no evidence of any access by Defendant to an exam on which this question appeared. Defendant also incorporates herein his response to 72 above. |
| 93. Defendant disputes that Dr. Luna could recall her specific test questions more than seven years after ta ing the exam. | Defendant incorporates herein his response to 85 above. |
| 94. Defendant disputes that he ever had this conversation with Dr. Luna as she is quoted recalling more than seven years later. | (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 120:13-16, 133:17-139:19, 142:13-156:14) |
| 95. Defendant disputes that this was properly "matched" to an ABIM question, and disputes that this basic medical condition was copyrightable. | Defendant incorporates herein his response to 86 above. |
| 96. Defendant disputes that a proper and timely copyright registration was obtained for this. | Defendant incorporates herein his response to 73 above. |
| 97. Defendant disputes that this question appeared on any exam to which Defendant had access. | ABIM provides no evidence of any access by Defendant to an exam on which this question appeared. Defendant also incorporates herein his response to 72 above. |
| 98. Defendant disputes that Dr. Luna could recall her specific test questions more than seven years after ta ing the exam. | Defendant incorporates herein his response to 60, 72, and 85 above. |
| 99. Defendant disputes Dr. Luna s assertion of what Defendant meant by "don t remember" in Defendant s notes. | Dr. Luna s testimony was that "I do not remember the rest," so there is not a proper foundation for her to testify as whether the "don t remember" was not part of the question and answer. (ABIM Exh. 12, Luna Dep. Tr. 42:22-43:5) |
| 100.    Dispute both the materiality and the veracity of the assertion that a majority of the questions were not familiar to Dr. Luna from the ABR course. | Dr. Luna did not ta e the same ABR course that Defendant too : Dr. Luna too an ABR course taught in New Jersey while Dr. Salas Rushford too one in New Yor City. (Def. Exh. 6, Dr. Luna Dep. Tr. 8:10-11 Def. 2, Dr. Salas Rushford |

| | |
|---|---|
| | Dep. 83:14-84:1) ABIM s own cited exhibit of Dr. Luna s deposition testimony stated that "15 percent  on her ABIM exam  was repeated li e *exactly the same way* that  Dr. Arora  had it in his material," which means the exam was not secure. (ABIM Exh. 12, Dr. Luna Dep. Tr. 35:10-12, emphasis added  earlier Luna testified to an even higher 20    "exactly the same questions" match between her exam and Dr. Arora s course, Def. Exh. 6, Dr. Luna Dep. Tr. 34:18-19). Her subsequent testimony is unclear in its reference to the "rest of *his* exam was li e -- to me they were new questions," as that does not appear to be a reference to Dr. Luna s own exam. ( d. 35:12-13) |
| 101.    Defendant disputes that Dr. Luna could recall her specific test questions more than seven years after ta ing the exam. | Defendant incorporates herein his response to  85 above. |
| 102.    No dispute. | |
| 103.    No dispute. | |
| 104.    No dispute that Defendant sent the email, but Defendant disputes that these and similar handwritten notes were questions from an ABIM exam. | (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 120:13-16, 133:17-139:19, 142:13-156:14) Defendant also incorporates herein his response to  72 above. |
| 105.    Defendant disputes that these and similar handwritten notes were questions from an ABIM exam | (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 120:13-16, 133:17-139:19, 142:13-156:14) Defendant also incorporates herein his response to  72 above. |
| 106.    Defendant disputes that Dr. Luna could recall her specific test questions more than seven years after ta ing the exam. | Defendant incorporates herein his response to  85 above. |
| 107.    Defendant disputes the characterization of a mnemonic by Dr. Luna, and disputes that this was a question on her ABIM exam. | Defendant incorporates herein his response to  85 above. |
| 108.    Defendant disputes Dr. Luna s assertion that his notes were "the exact same questions," and dispute that Dr. Luna could recall her specific test | Defendant incorporates herein his response to  85 above. |

15

| | |
|---|---|
| questions more than seven years after ta ing the exam. | |
| 109. Defendant disputes this. Dr. Luna and Defendant never  new each other well enough to communicate as often as Dr. Luna asserts. | (Def. Exh. 1, Dr. Salas Rushford Decl. 18-20) |
| 110. No dispute. | |
| 111. No dispute. | |
| 112. Defendant maintains that this fact is not material. | This concerns a prior ABIM exam to which Defendant did not even allegedly have any access. Defendant incorporates herein his response to  85 above. |
| 113. Defendant maintains that this fact is not material. | This concerns a prior ABIM exam to which Defendant did not even allegedly have any access. Defendant incorporates herein his response to  13 above. |
| 114. Defendant maintains that this fact is not material. | This concerns a prior ABIM exam to which Defendant did not even allegedly have any access. Defendant incorporates herein his response to  13 above. |
| 115. Defendant maintains that this fact is not material. | This concerns a prior ABIM exam to which Defendant did not even allegedly have any access. Defendant incorporates herein his response to  13 above. |
| 116. No dispute, but Defendant maintains that this fact is not material. | (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher) Defendant incorporates herein his response to  13 above. |
| 117. No dispute, but Defendant maintains that this fact is not material. | (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher) Defendant incorporates herein his response to  13 above. |
| 118. No dispute, but Defendant maintains that this fact is not material. | (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher) Defendant incorporates herein his response to  13 above. |
| 119.  Defendant disputes that this "includes details from a question" on an ABIM exam, rather than information available elsewhere. Defendant also disputes that this question appeared on any exam to which Defendant had access. | (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher) ABIM provides no evidence of any access by Defendant to an exam on which this question appeared. Defendant incorporates herein his response to  13 above. |
| 120. Defendant disputes this assertion about actual ABIM questions. | (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher) |

| | |
|---|---|
| | ABIM s citation fails to provide the precise the document to which it refers, and ABIM fails to prove access by Defendant to ABIM questions relevant here.<br><br>Defendant incorporates herein his response to  13 above. |
| 121. Defendant maintains that this fact is not material. | ABIM concedes that Defendant did not disclose any questions from his exam, and this is an email from Dr. Arora, not Defendant. |
| 122. Defendant disputes that Defendant emailed "content" from an ABIM exam. | This email was the day prior to Defendant s ta ing his exam, not after. (Def. Exh. 1, Dr. Salas Rushford Decl.  14) The question is a common medical condition and the answer choices are common treatments. ( d.  26)<br><br>(Def. Exh. 4, Expert Response Report of Dr. Westby Fisher)<br><br>Defendant incorporates herein his response to  13 above. |
| 123. Defendant disputes that his handwritten notes reveal details of ABIM exams, and further disputes that any such details were "original" to ABIM. | (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 120:13-16, 133:17-139:19, 142:13-156:14  Def. Exh. 4, Expert Response Report of Dr. Westby Fisher  21, 22) Dr. Ward had no adequate scientific or admissible expert basis to reach that conclusion. Dr. Ward s conclusion that each of the excerpts identified in Appendix B to Dr. Ward s report is neither class notes from a board review course, nor notes from published board preparation materials such as MK.SAP is both impossible to prove based on the materials consulted by Dr. Ward (as listed in Section N of his report) and demonstrably false. (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher)<br><br>Defendant incorporates herein his response to  13 above. |
| 124. Defendant disputes Dr. Ward s capacity to honestly and materially recall "specific ABIM examination questions from the years he served on the Exam | |

17

| | |
|---|---|
| Committee" which were many years ago in 2006-2009. | |
| 125. Defendant disputes that ABIM s expert Dr. Ward reviewed what ABIM as ed on any actual exam to which Defendant allegedly had access. | ABIM never produced any exams to which Defendant allegedly had access at any relevant time. |
| 126. Defendant disputes the admissibility of Dr. Ward s report and testimony because that comparison is inadequate to reach admissible conclusions. | ABIM never produced any exams to which Defendant allegedly had access at any material time.<br><br>Dr. Ward had no adequate scientific or admissible expert basis to reach any conclusions via that comparison. Among other reasons, the use of unspecified "testing points" and answer choices as a basis to determine whether a question was actually physically copied is improper given the context and nature of the subject matter of the questions. In the subject of internal medicine certain answer choices are li ely to appear when a particular condition or quandary is being discussed because they are the ones that are similar or li ely to be confused with it. (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher)<br><br>Defendant incorporates herein his response to 13 above. |
| 127. Defendant maintains that this opinion as qualified "or derived" renders it not material. | As "derived" it is not necessarily a copyright infringement, the supposedly derived texts are merely s enes a faire or otherwise unoriginal and uncopyrightable, and ABIM s expert did not review Dr. Luna s (or anyone s) specific ABIM exam.<br><br>Dr. Ward had no adequate scientific or admissible expert basis to reach any conclusions via that comparison. (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher) |
| 128. Defendant disputes the assertion of a "match", and Defendant maintains that there was a similarity as to basic medical conditions and treatment is not material. | Dr. Ward had no adequate scientific or admissible expert basis to reach any conclusions via that comparison. (Def. Exh. 4, Expert Response Report of Dr. |

|  | Westby Fisher  21   "For example, the excerpt in Row 8 discusses some of the same medical facts as Item 13, page 68, of the MKSAP14 Rheumatology Self-Assessment Test, which Dr. Salas Rushford had access to at the time. As a further example, the excerpt in Row discusses some of the same medical facts as the constrictive pericarditis question in the Arora Board Review handout entitled CARDIOLOGY-PART I, Pages 19-21. As discussed above, most others simply include differential diagnoses and other such common material from the medical literature.) Defendant incorporates herein his response to   13 above. |
|---|---|
| 129. Defendant disputes the improper conclusion of ABIM s expert as to "copied", which is a central issue for the finder of fact. | "Given those facts, it is li ely that all those questions or examples were commonly used in reviews and were not questions or examples ta en from the ABIM exam." (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher 22) Dr. Ward had no adequate scientific or admissible expert basis to reach any conclusions via that comparison. Defendant incorporates herein his response to   13 above. |
| 130. Defendant disputes that ABIM s production has been complete on this. Defendant disputes that the referenced questions are authentic parts of any properly copyrighted documents owned by Plaintiff. | ABIM failed to produce any exam to which Defendant had access. ABIM s registrations misrepresented to the Copyright Office that they were based on "wor  made for hire." The transfer agreements ABIM provided in discovery, which may or may not be complete, were all executed in 2011, years after all material times.

The documents Plaintiff purports to be copies of the heavily redacted copies deposited with the Copyright Office, and any other evidence discovered, do not suffice to properly authenticate the questions referenced in this paragraph, or |

| | |
|---|---|
| | their ownership and registration by Plaintiff. |
| 131. Defendant disputes that ABIM s submission has been complete on this. Defendant disputes that the referenced questions are authentic parts of any properly copyrighted documents owned by Plaintiff. | ABIM misleads by producing only the first module without the last one that purportedly copyrighted a question, as often revised, and ABIM failed to submit the pivotal Registration Number T  6-775-170 that ABIM claims corrected the 2009 registration at issue in this case. Defendant incorporates herein his response to  130 above. |
| 132. Defendant disputes that ABIM expert Ward has any legitimate basis for asserting or concluding, while usurping the role of the finder of fact, that the questions at issue did not come from one or more test prep courses, which frequently predict what is on the ABIM exam. | Defendant incorporates herein his response to  77 above. |
| 133. Defendant disputes that his notes contain wrong answers copied from ABIM exams. | (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 120:13-16, 133:17-139:19, 142:13-156:14) (Def. Exh. 4, Expert Response Report of Dr. Westby Fisher) Defendant incorporates herein his response to  126 above. |
| 134. Defendant disputes that his excerpts copied any testing points from an ABIM exam to which he had access. | (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 120:13-16, 133:17-139:19, 142:13-156:14) Defendant incorporates herein his response to  126 above. |
| 135. Defendant disputes that his excerpts contain any information that he copied from any ABIM exam. | (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 120:13-16, 133:17-139:19, 142:13-156:14) Defendant incorporates herein his response to  126 above. |
| 136. No dispute. | |
| 137. No dispute. | |
| 138. No dispute. | |
| 139. No dispute. | |
| 140. No dispute. | |
| 141. No dispute. | |
| 142. Defendant disputes the relevance of this assertion because there is no allegation that he did what it says Dr. Arora as ed students to do. To the extent it may apply to what Dr. Luna did, she | ABIM proposed fact  122. |

20

| | |
|---|---|
| was not in that Arora session. All communications between Defendant and Arora ended before Defendant too   the test. | |
| 143. Defendant disputes the relevance of this assertion because there is no allegation that he did what it says Dr. Arora as ed students to do. To the extent it may apply to what Dr. Luna admits she did, she was not in that Arora session. All communications between Defendant and Arora ended before Defendant too   the test. | ABIM proposed fact    122. |
| 144. Defendant disputes that the assertion by ABIM that its exam was "secure". | As set forth in response   10 and incorporated herein, the exam was not "secure" because many of its questions had been previously published by others, and ABIM did not timely object to this widespread practice by test prep courses. Dr. Arora testified that he would have discontinued any questions to which ABIM objected, and otherwise cooperated with ABIM. (ABIM Exh. 25, Dr. Arora Dep. Tr. 80:3-12) ABIM s own quoted exhibit of Dr. Luna s deposition testimony stated that "15 percent  on her ABIM exam  was repeated li  e *exactly the same way* that  Dr. Arora  had it in his material," which means the exam was not secure. (ABIM Exh. 12, Dr. Luna Depos. Tr. 10-12, emphasis added). |
| 145. No dispute. | |
| 146. No dispute. | |
| 147. No dispute, except Defendant disputes the assertion of "identifying ABIM exam content throughout the house." | ABIM s assertion puts a false spin on what the witness said, which was to loo for "what possibly could have been ABIM exam content" without confirming finding any. (ABIM Exh. 22, Mannes Dep. Tr. at 47:8) Dr. Arora testified that ABIM searched his wife s jewelry box, which gravely upset Dr. Arora. (Def. Exh. 5, Arora Dep. Tr. 64:16-18, 93:5-7) ABIM s employee Mannes, a former police officer suspended for misconduct related to misuse of authority, who had no |

| | |
|---|---|
| | medical training, was ABIM s Director of Investigations and had no capacity to help identify ABIM exam questions. (Def. Exh. 10, Mannes Depos. Tr. 22:14-27:15, 116:6-9, 5:12-25). |
| 148. No dispute, except to note that Defendant was not one of the students who contacted Dr. Arora after exams to give information about actual questions that they saw on the exam, but Dr. Geraldine Luna testified that she was one. | ABIM proposed facts    122.[e] |
| 149. Defendant fully disputes that ABIM diligently sought to determine who "padrinojr" or "Jimmy R." was. Notably, ABIM does not assert that it timely sought to determine Defendant s identity, as it did not. | ABIM had all the information it needed to easily identify Defendant beginning in December 2009. ABIM s investigator did virtually nothing meaningful to uncover Defendant s identity, despite having Arora s roster that contained Defendant s name. (ABIM Exh. 22, Mannes Dep. Tr. 56:23-57:1) ABIM did not contact or subpoena Yahoo, which would be the obvious first step to identify who was using a Yahoo account.  d. 58:6-15 ("I didn t do that.") Moreover, ABIM negotiated cooperation by its witness Dr. Luna, who testified that "somewhere between June 12th and 13th,  2011  and I did identify those" handwritten notes as written by Defendant. (ABIM Exh. 12, Dr. Luna Dep. Tr. 140:22-23) Defendant was the only person with the name or nic  name Jimmy in the 2009 ABIM candidate for certification cohort in Puerto Rico. (Def. Exh. 1, Dr. Salas Rushford Decl.    32) |
| 150. ABIM s assertion of "a number of physicians" is a meaningless assertion, and Defendant disputes that it was a significant number as implied or that traveling to Puerto Rico was a reasonable or diligent way to try to identify the owner of a Yahoo email account with a user named Jimmy, especially without as  ing the only candidate named Jimmy or either of the email recipients  nown to Plaintiff | Defendant was the longtime owner of the email account at issue, and used his nic  name "Jimmy" consistently such that ABIM could have easily, timely identified him. (Def. Exh. 2, Dr. Salas Rushford Dep. Tr. 286:13-287:13) ABIM had the contact information for Dr. Salas Rushford but never as  ed him about "Jimmy", nor did he hear of any of his colleagues being as  ed about it. (Def. Exh. 1, Dr. Salas Rushford Decl.    31) |

| | |
|---|---|
| | Defendant s response to  149 is also fully incorporated herein. |
| 151. Defendant disputes that ABIM could not identify "Jimmy R." as Defendant Jaime Salas Rushford until January 2012. | Defendant s responses     149-50 is fully incorporated herein. |
| 152. Defendant disputes the assertion that Dr. Luna did not timely identify Defendant long before January 2012 | In ABIM s own submitted Exhibit 12, Dr. Luna testified that, on June 12 or 13, 2011, she disclosed the identity of Defendant as the user of padrinojr@yahoo.com and as the author of handwritten notes that ABIM seized from Dr. Arora in December 2009. (ABIM Exh. 12, Luna Depos. Tr. 140:18-23, 141:7-142:20) Plaintiff filed this case in October 2014, well over 3 years after Dr. Luna testified she identified him as Defendant. Defendant s response  149 is also fully incorporated herein. |
| 153. Defendant disputes the implication that Dr. Luna did not timely identify Defendant long before January 2012. | Defendant s responses to  149-50 and  152 are fully incorporated herein. |
| 154. No dispute. | |
| 155. No dispute. | |
| 156. No dispute. | |

Dated:  March 1, 2024                                Respectfully submitted,

/s/ Guillermo L. Mena-Irizarry                       /s/ Andrew L. Schlafly

Guillermo L. Mena-Irizarry                           Andrew L. Schlafly
Pro Hac Vice Counsel for Dr. Salas                   Attorney at Law (AS4533)
Rushford                                             Local Counsel for Dr. Salas Rushford
Ext. Roosevelt                                       939 Old Chester Road
559 Calle Cabo Alverio                               Far Hills, New Jersey 07931
San Juan, PR 00918                                   Tel: (908) 719-8608
Tel: (787) 347-9793                                  E-mail: aschlafly@aol.com
E-mail: guillermo.mena@me.com


*Attorneys for Defendant Jaime A. "Jimmy" Salas Rushford, M.D.*

Andrew L. Schlafly (AS4533)
Attorney at Law
939 Old Chester Rd.
Far Hills, NJ 07931
(908) 719-8608
(908) 934-9207 (fax)
*Attorney for Defendant Jaime A. "Jimmy" Salas Rushford, M.D.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| vs. | ) |
| | ) 14-cv-06428-KSH-CLW |
| JAIME A. "JIMMY" SALAS RUSHFORD, M.D., | ) |
| | ) |
| | ) Oral argument requested |
| Defendant. | ) |
| | ) |

## DEFENDANT JAIME A. "JIMMY" SALAS RUSHFORD, M.D.'S STATEMENT OF MATERIAL FACTS NOT IN DIS UTE

Pursuant to Fed. R. Civ. P. 56(c)(1) and L. Civ. R. 56.1(a), and in support of his cross-motion for summary judgment, Defendant Jaime A. Salas Rushford, M.D. ("Defendant") submits the following statement of material facts as to which there is no genuine dispute:

1.     Defendant resides in San Juan, Puerto Rico, where he practices in the specialty of Internal Medicine. (Def. Exh. 1, Dr. Salas Rushford Decl.   1)

2.     He is licensed in good standing there and in multiple states including New Yor  and Florida. ( *d.*   2)

3.      In December 2020, Defendant was honored by Whole Foods, the national grocer, as one of the "Person of the Year 2020: Frontline Heroes" for volunteering to treat Covid-19 at the height of the pandemic at Coney Island Broo lyn Hospital in New Yor City. ( *d.* 3)

4.      He has also been honored by the Senate and House of Representatives of the Commonwealth of Puerto Rico, and was a first responder to the Haiti earthqua e crisis. ( *d.* 4)

5.      Defendant graduated with high honors from Colegio San Ignacio de Loyola high school in San Juan in 1997, and was admitted that same year to the prestigious "Grupo de los Cien" (Group of the Hundred) of the Department of Natural Sciences of the University of Puerto Rico ("UPR"), Rio Piedras Campus. ( *d.* 5)

6.      Defendant subsequently obtained his bachelor s degree in Natural Sciences with high honors from the UPR in December 1999. ( *d.* 6)

7.      Defendant enrolled in the UPR School of Medicine and obtained his Doctorate of Medicine, with honors, in 2004. ( *d.* 7)

8.      After successfully serving as a medical resident at residency programs in New Yor City, Defendant returned in 2008 to Puerto Rico to complete his medical residency in 2009 as a senior resident in charge of scheduling other residents. ( *d.* 8)

9.      Defendant s San Juan City Hospital recommended and partly paid for Defendant to attend the ABR test prep course. ( *d.* 9)

10.     Most of the medical residents who pass the American Board of Internal Medicine (ABIM) exam do so based on test prep courses that predict the exam topics and questions. This practice for preparing for this exam, which covers all of internal

medicine, is widely accepted and encouraged by medical residency programs, and the preeminent accrediting authority. ( *d.* 10)

11.    The ABR test prep course was fully accredited by the Medical Society of The State of New Yor (MSSNY), a recognized accreditor of the Accreditation Council for Continuing Medical Education (ACCME) for accreditation of American Medical Association (AMA) PRA Category 1 Credits which are accepted nationwide as an educational metric for hospital privileging, state licensure and professional credentialing of physicians and Defendant received 42 AMA PRA Category 1 Credits for attending the course. ( *d.* 11)

12.    Defendant never repeated to anyone, including Dr. Arora, anything that Defendant saw on his ABIM exam, which Defendant too and passed on August 20, 2009 in Puerto Rico. ( *d.* 14)

13.    As far as Defendant nows, his communications with Dr. Arora did not disclose specific and original test questions. If there was any actual exam material it must have been already commonly nown by students and test prep courses outside of ABIM either due to sources Defendant does not now or because it covers typical or classic or textboo questions and the li e. ( *d.* 24)

14.    To the extent that Defendant s communications included answer choices to questions that might be as ed, those answer choices were typically conditions or treatments that are common answer choices on medical exams or published test-prep materials. ( *d.* 25)

15.    In communications in preparation for his ABIM exam with his instructor, Defendant used his nic name "Jimmy" and his last initial, "R.", and sent his emails from

his favorite personal account which he had used since high school:

"padrinojr@yahoo.com", which includes the Spanish for the Catholic religious word

"godfather". ( *d.*    26-27)

16.    Defendant has a brother and has never had a sister. ( *d.*   28)

17.    Defendant declined to ma e payment to ABIM as required of other ABR

students as a condition of their retaining their board certification. ( *d.*   29)

18.    ABIM filed the above-captioned lawsuit after learning that Defendant was

going to legally challenge their seven-year suspension of his board certification. ( *d.*   30)

19.    ABIM has had Defendant s phone number since at least December 2008

when he applied for the examination, and nobody from ABIM never called him to inquire

about his activities, or the source of the foregoing email address or his identity as "Jimmy

R." Defendant is aware of ABIM s assertion that its investigator traveled to Puerto Rico

to see   to determine my identity, but Defendant never heard of any of his colleagues or

fellow students ever being as ed any such questions by an ABIM investigator. ( *d.*   31)

20.    Defendant was the only person having the nic name "Jimmy" in the 2009

ABIM candidates for certification cohort in Puerto Rico. ( *d.*   32)

21.    The founder, owner, and instructor of the Arora Board Review (ABR) test

prep course, Rajender K. Arora, M.D., held three board certifications from ABIM while

teaching his course. (Def. Exh. 5, Dr. Aurora Dep. Tr .16:2-7)

22.    In 2010, after ABIM had seized all the course materials, enrollment roster,

and course-related student communications with Dr. Arora, ABIM embar ed on a

program of extracting   15,000 payments and cooperation guarantees from physicians

who had, unli e Defendant, spo en about their own test, under threat of revo ing or not

granting their board certification. (ABIM s statement posted on its own website.

(https://www.abim.org/media-center/press-releases/abim-sanctions-physicians-for-

ethical-violations.aspx)  (Def. Exh. 7-8)  (Def. Exh. 3, Expert Report of Dr. Westby

Fisher)

23.    This was lucrative for ABIM, as these payments were in addition to a

payment extracted from Dr. Arora himself, about which ABIM also made a public

statement disclosing it received a payment from Arora without disclosing the details.

(https://www.abim.org/media-center/press-releases/abim-reaches-settlement-with-arora-

board-review)

24.    The test prep course Arora Board Review (ABR) was one of many that

"teach to the test," which in this case is the ABIM exam. (Def. Exh. 3-4, Expert Reports

of Dr. Westby Fisher)

25.    Test prep courses for ABIM s exam typically predict questions that will

appear, advise that some answer choices are always correct or incorrect, and emphasize

basic questions that li ely are on any reasonable internal medicine exam. ( *d.*)

26.    Unaffiliated with any academic program or governmental entity, Plaintiff

ABIM is a testing company that sells board certifications to young physicians in medical

residency programs, based on ABIM s multiple-choice exam. (Def. Exh. 3, Expert Report

of Dr. Westby Fisher  also www.abim.org)

27.    While ABIM publicly uses government terminology such as "sanction",

"reprimand", and the "Board", ABIM lac s the official authority that those terms

generally imply in the profession of medicine. (www.abim.org)

28.     No state licensing authority requires ABIM certification of any physician. (Def. Exh. 3, Expert Report of Dr. Westby Fisher)

29.     ABIM is a revenue-maximizing private testing business, providing lavish benefits to its officers while the creators of the questions are non-employees in various subspecialties. ( *d.* ABIM Exh. 26, Lipner Decl.   12)

30.     ABIM is criticized within the medical profession as to the undue burdens that its multiple-choice exam imposes, without evidence of benefit. (Def. Exh. 3, Expert Report of Dr. Westby Fisher)

31.     ABIM s exam is secondary in training to medical residency programs, and thus time spent by a student in studying for ABIM s exam is time ta en away from the medical residency program and clinical training. ( *d.*)

32.     ABIM veered outside of its lane when it reportedly "reprimanded" every single student in the ABR course, as ABIM lac s any governmental or academic authority to "reprimand" anyone. ( *d.*)

33.     ABIM frightened young doctors, the ones it said had revealed questions on their tests to others, many already in heavy student loan debt, into paying   15,000 apiece lest ABIM revo e their board certifications. ( *d.* Def. Exh. 7-8)

34.     ABIM s statements to the public concealed that ABIM was itself a participant in the same test prep course, and yet allowed all this to unfold without objecting as it could have to prevent harm to the students. ([www.abim.org](www.abim.org)  ABIM SMF   139-44)

35.     Dr. Arora had taught his ABR course for about 15 years. (Def. Exh. 5, Dr. Arora Dep. Tr. 22:10-23:4)

6

36.    Dr. Arora testified that he was always fully compliant with any requests made by ABIM concerning his test prep course, which included only one objection by ABIM in more than decade. (ABIM Exh. 25, Arora Tr. 79:22-80:12) Dr. Arora immediately complied with ABIM s objection then. ( *d.*)

37.    In January 2012, Dr. Geraldine Luna was threatened by ABIM with a breach of her settlement agreement, which would have resulted in a revocation of her board certification by ABIM, if she did not change her initial statements to ABIM. (Def. Exh. 8, a document produced by ABIM in this litigation, Batestamp ABIM03107)

38.    Dr. Luna was required by ABIM to both ma e a special payment to it of 15,000 and agree to provide testimony for it, in order for her to obtain and retain her board certification, which was evidently a substantial burden as it was arranged to be paid in multiple installments. (Def. Exh. 7, Dr. Luna agreement, produced by ABIM with Batestamps ABIM003564 - ABIM003585)

39.    Dr. Luna testified that she disclosed the identity of Defendant on June 12 or 13, 2011, as the author of handwritten notes that ABIM seized from Dr. Arora in December 2009. (ABIM Exh. 12, Luna Depos. Tr. 140:22-23)

Dated: March 1, 2024                    Respectfully submitted,


/s/ Guillermo L. Mena-Irizarry          /s/ Andrew L. Schlafly

Guillermo L. Mena-Irizarry              Andrew L. Schlafly
Pro Hac Vice Counsel for Dr. Salas      Attorney at Law (AS4533)
Rushford                                Local Counsel for Dr. Salas Rushford
Ext. Roosevelt                          939 Old Chester Road
559 Calle Cabo Alverio                  Far Hills, New Jersey 07931
San Juan, PR 00918                      Tel: (908) 719-8608
Tel: (787) 347-9793                     E-mail: aschlafly@aol.com
E-mail: guillermo.mena@me.com


*Attorneys for Defendant Jaime A. "Jimmy" Salas Rushford, M.D.*

*American Board of Internal Medicine v. Jaime A. Salas Rushford, M.D.*
No. 14-cv-06428-KSH-CLW

# DEFENDANT

# E HI IT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AMERICAN BOARD OF INTERNAL MEDICINE,** | ) |
| | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) **Civil Action** |
| **vs.** | ) |
| | ) **14-cv-06428-KSH-CLW** |
| **JAIME A. "JIMMY" SALAS RUSHFORD, M.D.,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

**DECLARATION OF JAIME SALAS RUSHFORD, M.D.**

I, Jaime A. Salas Rushford, M.D., hereby declare the following:

1.    I am the defendant in this action, and reside in San Juan, Puerto Rico. I provide this declaration based on my personal knowledge, and am competent to testify.

2.    I am a practicing physician in the specialty of Internal Medicine, licensed in good standing in Puerto Rico and in multiple states including New York and Florida.

3.    In December 2020, I was honored by Whole Foods, the national grocer, as one of the "Person of the Year 2020: Frontline Heroes" for volunteering to treat Covid-19 at the height of the pandemic at Coney Island Brooklyn Hospital in New York City.

4.    I have also been honored by the Senate and House of Representatives of the Commonwealth of Puerto Rico, and was a first responder to the Haiti earthquake crisis.

5.    As to my education, I graduated with high honors from Colegio San Ignacio de Loyola high school in San Juan in 1997, and was admitted that same year to

1

the prestigious "Grupo de los Cien" (Group of the Hundred) of the Department of Natural Sciences of the University of Puerto Rico ("UPR"), Rio Piedras Campus.

6.      I subsequently obtained my bachelor's degree in Natural Sciences with high honors from the UPR in December 1999.

7.      I enrolled in the UPR School of Medicine and obtained my Doctorate of Medicine, with honors, in 2004.

8.      After successfully serving as a medical resident at residency programs in New York City, I returned in 2008 to Puerto Rico to complete my medical residency in 2009 as a senior resident in charge of scheduling other residents, at San Juan City Hospital.

9.      My San Juan City Hospital residency program recommended and partly paid for my attendance at the Arora Board Review (ABR) in May 2009, which was held in New York City.

10.      Most of the medical residents who pass the ABIM exam do so based on test prep courses that predict the exam topics and questions. This practice for preparing for this exam, which covers all of internal medicine, is widely accepted and encouraged by medical residency programs, and the preeminent accrediting authority.

11.      The ABR test prep course was fully accredited by the Medical Society of The State of New York (MSSNY), a recognized accreditor of the Accreditation Council for Continuing Medical Education (ACCME) for accreditation of American Medical Association (AMA) PRA Category 1 Credits™ which are accepted nationwide as an educational metric for hospital privileging, state licensure and professional credentialing of physicians; and I received 42 AMA PRA Category 1 Credits™ for attending the

2

course. (See attached Exhibit, Continuing Medical Education Certificate signed by Vihren Dimitrov, M.D., Chair, Office of CME, Lincoln Medical Center. Also introduced as Exhibit 84 in the Arora Deposition).

12.     My understanding when I matriculated and took the ABR course was that it used a test-like questions format, not actual questions from the ABIM exam, and that ABR lawfully provided guidance to students on test-taking strategies and as to issues and topics that are to be expected on the exam.

13.     When Dr. Arora requested feedback from students about the ABIM exam, I assumed then and now that it was for his guidance as to the subject matter issues covered by the exam, not to repeat to students actual exam questions in any sort of copyright-infringing manner.

14.     I never repeated to anyone, including Dr. Arora, anything that I saw on my ABIM exam, which I took and passed on August 20, 2009 in Puerto Rico.

15.     I assumed that ABIM was aware of and did not object to Dr. Arora's teaching methodology, as his ABR course was officially accredited and had a long track record of preparing medical residents for the ABIM exam for more than a decade.

16.     During my preparation for my ABIM exam, I communicated with Dr. Arora about doubts regarding questions or topics or materials discussed in his course in May 2009 and in other reviews and published study material, and questions discussed or posed to me by other students.

17.     My understanding then and now is that Dr. Arora would not and did not use any of my communications or my forwarding of questions to him in any improper manner.

18.    Dr. Geraldine Luna was a medical resident in a different year in the same San Juan City Hospital residency program as myself. I knew her only professionally as one of many residents in our same program.

19.    We did not study together and our communications were infrequent, mostly based on work-related issues such as scheduling issues within the medical residency program.

20.    I never had the extensive communications with Dr. Luna that she stated we had in response to questioning by ABIM during her deposition, responses which ABIM repeats in its Statement of Undisputed Facts in this lawsuit.

21.    I never "solicited" Dr. Luna to disclose exam questions to me, as she asserted. Whatever disclosures she may have made to anyone after her exam were not requested by me.

22.    I never had the alleged conversations repeating specific ABIM test questions that Dr. Luna purported to recall in September 2016, more than seven years after she took her exam in August 2009.

23.    Dr. Luna testified as to what I meant in some of my wording in my communications to others, but she doesn't know me well and has no way of knowing what my intentions were in my own communications to others.

24.    As far as I know, my communications with Dr. Arora did not disclose specific and original test questions. If there was any actual exam material it must have been already commonly known by students and test prep courses outside of ABIM either due to sources I do not know or because it covers typical or classic or textbook questions and the like.

25.     To the extent that my communications included answer choices to questions that might be asked, those answer choices were typically conditions or treatments that are common answer choices on medical exams or published test-prep materials.

26.     I have used the email account "padrinojr@yahoo.com" since high school and have never tried to conceal my identity with it. "Padrino" is the common Spanish term for the religious Catholic role of "godfather", and I am very family-dedicated and take seriously my role as a godfather to one of my relatives.

27.     "Jimmy" has been my nickname all my life and I have never attempted to conceal my identity by using it. The "R." in "Jimmy R." stands for Rushford, my second legal surname due to Spanish naming conventions used in Puerto Rico. Because my father is also named Jaime A. Salas and has the same nickname "Jimmy," my second surname "Rushford" serves to distinguish us (his is "Soler"). That is also the reason for the "jr," which stands for junior, at the end of "padrinojr."

28.     I have a brother and have never had a sister.

29.     I declined to make payment to ABIM as required of other ABR students as a condition of their retaining their board certification.

30.     ABIM filed the above-captioned lawsuit after learning that I was going to legally challenge their seven-year suspension of my board certification.

31.     ABIM has had my phone number since at least December 2008 when I applied for the examination, and nobody from ABIM never called me to inquire about my activities, or the source of the foregoing email address or my identity as "Jimmy R." I am aware of ABIM's assertion that its investigator traveled to Puerto Rico to seek to

determine my identity, but I never heard of any of my colleagues or fellow students ever being asked any such questions by an ABIM investigator.

32.     To the best of my knowledge, I was the only person having the nickname "Jimmy" in the 2009 ABIM candidates for certification cohort in Puerto Rico.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 1, 2024

_____
Jaime A. Salas Rushford, M.D.

Print Certificate
Page 1 of 1
Case 2:14-cv-06428-KSH-CLW   Document 212-4   Filed 03/01/24   Page 8 of 8 PageID: 26747

CONTINUING MEDICAL EDUCATION CERTIFICATE



**ARORA BOARD REVIEW**
589 East Mount Pleasant Avenue, Livingston NJ 07039
www.aroraboardreview.com | (973) 994-7203

## Arora Board Review

confirms that

### Jaime Salas-Rushford, MD
### 559 Cabo H. Alverio
### San Juan, PR 00918

has completed the following educational activity and has earned **42** Category One credit/s towards the AMA/PRA (Physician Recognition Award)TM.

**Course : Unusual Board Review - May 18 - 23, 2009**

from **May 18 2009 to May 23 2009**

**Arora Board Review** designates this educational activity for a maximum of **42** AMA PRA Category 1 Credit(s)TM. Physicians should only claim credit commensurate with the extent of their participation in the activity.

CME Accreditation statement: This activity has been planned and implemented in accordance with the Essential Areas and policies of the Accreditation Council for Continuing Medical Education (ACCME) through the joint sponsorship of Lincoln Medical and Mental Health Center, Bronx, NY and Arora Board Review, Livingston, NJ. LMMHC is accredited by the MSSNY to provide continuing medical education for physicians.

For information on applicability and acceptance of continuing education credit for this activity, please consult your professional licensing board.

Vihren Dimitrov, M.D.
Chair, Office of CME, Lincoln Medical Center

https://www.nevikor.com/member/print_certificate.php?id=960                    6/2/2009

JA11513

*American Board of Internal Medicine v. Jaime A. Salas Rushford, M.D.*
No. 14-cv-06428-KSH-CLW

# DEFENDANT

# E HI IT

Page 1

                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEW JERSEY


        AMERICAN BOARD OF INTERNAL
        MEDICINE,
                    Plaintiff,

                                            Civil Action No.
                    vs.                     14-CV-06428 (KSH)(CLW)
        JAIME A. "JIMMY" SALAS
        RUSHFORD, M.D.,
                    Defendant/Counterclaim
                    Plaintiff, Third Party
                    Plaintiff,
                    vs.
        RICHARD BARON, M.D.; CHRISTINE
        K. CASSEL, M.D.; LYNN O. LANGDON;
        ERIC S. HOLMBOE, M.D.; DAVID L.
        COLEMAN, M.D.; JOAN M. VON FELDT,
        M.D.; NAOMI P. O'GRADY, M.D.;
        COMPANIES A, B & C; JOHN DOE &
        RICHARD ROE; PERSON EDUCATION, INC.;
                    Third Party Defendants.


                         ------------
                      Tuesday, June 28, 2016
                         ------------


                Oral sworn deposition of JAIME A. SALAS
        RUSHFORD, M.D., taken at the law offices of Ballard
        Spahr, Woodland Falls Corporate Park, 210 Lake Drive
        East, Cherry Hill, New Jersey, before Robert J.
        Boccolini, Certified Court Reporter, on the above
        date, commencing at 10:06 a.m.


                         - - - - - -
                         TATE & TATE
                    Certified Court Reporters
                      The Ironstone Village
                    520 Stokes Road, Suite C-1
                    Medford, New Jersey  08055
                    (856) 983-8484 - (800) 636-8283
                        www.tate-tate.com

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron                    Tuesday
No. 14-CV-06428 (KSH)(CLW)     Deposition of Jaime A. Salas Rushford, M.D.                          June 28, 2016

Page 2

```
 1                      A P P E A R A N C E S

 2

             BALLARD SPAHR, LLP
 3           Woodland Falls Corporate Park
             210 Lake Drive East, Suite 200
 4           Cherry Hill, NJ   08002
             BY:   HARA K. JACOBS, ESQ.
 5                 ROBERTO RIVERA-SOTO, ESQ.
                   TYLER R. MARANDOLA, ESQ.
 6           Attorneys for Plaintiff and Third
             Party Defendants
 7

 8           ANDREW L. SCHLAFLY, ESQ.
             939 Old Chester Road
 9           Far Hills, NJ   07931
             and
10           GUILLERMO L. MENA IRIZARRY, ESQ.
             JAIME A. SALAS SOLER, ESQ.
11           Attorneys for Defendant, Counterclaim
             Plaintiff, Third Party Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron        Tuesday
No. 14-CV-06428 (KSH)(CLW)        Deposition of Jaime A. Salas Rushford, M.D.        June 28, 2016

Page 3

```
 1                    I N D E X

 2   WITNESS                                     PAGE

 3   JAIME A. SALAS RUSHFORD, M.D.

 4        EXAMINATION BY MS. JACOBS           6, 289

 5        EXAMINATION BY MR. SCHLAFLY            286

 6                 E X H I B I T S

 7   EXHIBIT                                    PAGE

 8   Salas-1     Letter dated 5/8/12             10

 9   Salas-2     Letter dated 12/7/12            11

10   Salas-3     American Board of Internal

11               Medicine Staff Credentials

12               Committee, Appeal of Jaime

13               Antonio Salas Rushford, M.D.,

14               of the Recommended Sanction

15               Dated December 7, 2012          11

16   Salas-4     American Board of Internal

17               Medicine, Decision of Board

18               Designated Panel, Appeal of

19               Jaime Antonio Salas Rushford,

20               M.D., of the Recommended

21               Sanction dated December 7, 2012  11

22   Salas-5     Printout of Web Page            14

23   Salas-6     Notice of Deposition by Oral

24               Examination with Request for

25               Production of Documents         23
```

USDC, District of NJ            American Board of Internal Medicine v. Rushford & Baron                    Tuesday
No. 14-CV-06428 (KSH)(CLW)      Deposition of Jaime A. Salas Rushford, M.D.                              June 28, 2016

Page 4

     1                         E X H I B I T S

     2     EXHIBIT                                              PAGE

     3     Salas-7     Curriculum Vitae of Jaime

     4                 Antonio alas Rushford, M.D.      35

     5     Salas-8     Printout of Web Page             71

     6     Salas-9     Letter dated 5/23/09             83

     7     Salas-10    Transcript                       84

     8     Salas-11    Transcript of Deposition of

     9                 Rajender Arora, M.D.             96

    10     Salas-12    Arora Board Review Order Form    103

    11     Salas-13    E-mails                          105

    12     Salas-14    E-mails                          107

    13     Salas-15    Exhibit B                        110

    14     Salas-16    Exhibit C                        124

    15     Salas-17    Exhibit D                        138

    16     Salas-18    Exhibit E                        156

    17     Salas-19    Typewritten Notes                160

    18     Salas-20    Board Basics, An Enhancement

    19                 to MKSAP                         167

    20     Salas-21    Typewritten Notes                170

    21     Salas-22    Answer to the Complaint,

    22                 Counterclaims & Third Party

    23                 Complaint                        183

    24     Salas-23    Letter dated 5/31/16 with

    25                 Attachments                      228

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)     Deposition of Jaime A. Salas Rushford, M.D.                June 28, 2016

Page 5

```
 1                    E X H I B I T S

 2  EXHIBIT                                        PAGE

 3  Salas-24     Letter dated 6/22/16 with

 4               Attachments (Included with

 5               Confidential Portion of Transcript)

 6  Salas-25     Letter dated 11/18/14             238

 7  Salas-26     Printout of Website               272

 8               doctorsjustice.com

 9                    REQUESTS TO PRODUCE

10                    Page 234, Line 5

11                    Page 235, Line 17

12                    Page 244, Line 14

13

14

15

16

17

18

19

20

21

22

23

24

25
```

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron                    Tuesday
No. 14-CV-06428 (KSH)(CLW)      Deposition of Jaime A. Salas Rushford, M.D.                        June 28, 2016

Page 6

```
 1                    JAIME A. SALAS RUSHFORD, having been

 2   duly sworn, testified as follows:

 3   EXAMINATION BY MS. JACOBS:

 4   Q.        Good morning, Dr. Salas.  I'm Hara Jacobs

 5   from the firm of Ballard Spahr.  I represent the

 6   American Board of Internal Medicine and the

 7   individual counterclaim defendants in this action.

 8            Could you please list your home and business

 9   addresses for the record?

10   A.        If you could please address me as Dr. Salas

11   Rushford, which is my correct name, I'd appreciate

12   it.  That would be easier for you.  That's my name.

13                    MR. RIVERA-SOTO:  It's also perfectly

14   appropriate to call you Dr. Salas also.

15                    THE WITNESS:  Okay.  Can you repeat the

16   question, please?

17   BY MS. JACOBS:

18   Q.        Yes.  Dr. Salas, can you please state your

19   home and business addresses for the record?

20   A.        My current business address is 559 Cabo H

21   Alverio, Extension Roosevelt, San Juan, Puerto Rico,

22   00918.

23   Q.        And your current home address?

24   A.        My home is address is 559 Cabo H Alverio,

25   Extension Roosevelt, San Juan, Puerto Rico, 00918.
```

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)     Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 94

```
 1   could add those test questions to his course
 2   materials; isn't that right?
 3   A.      I already answered.  Can you repeat what I
 4   answered?
 5             MR. RIVERA-SOTO:  No, you didn't answer
 6   that question.
 7             THE WITNESS:  I don't recall that.
 8             MR. RIVERA-SOTO:  Okay.  He doesn't
 9   recall.  Keep going.  Let's see just how dumb he
10   can be.
11             MR. SCHLAFLY:  I object to that.
12             MR. MENA:  Excuse me.
13             MR. SCHLAFLY:  That's inappropriate.
14             MR. MENA:  This is disrespectful.
15             MR. SCHLAFLY:  Apologize or we may
16   adjourn this deposition.
17             MR. RIVERA-SOTO:  Not if he's earned it.
18   There's no apology coming.
19             MR. SCHLAFLY:  You don't you insult a
20   witness like that.
21             MR. RIVERA-SOTO:  There's no apology
22   coming.
23             MR. SCHLAFLY:  Well, we're going to
24   adjourn the deposition if you insult him again.  You
25   do it again, we're going to adjourn the deposition.
```

Case 2:14-cv-06428-KSH-CLW   Document 212-5   Filed 03/01/24   Page 9 of 39 PageID: 26756

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron                    Tuesday
No. 14-CV-06428 (KSH)(CLW)        Deposition of Jaime A. Salas Rushford, M.D.                      June 28, 2016

Page 109

1   **e-mail.**

2   Q.      Can you tell me any instance in 2009 where

3   you recall that someone used your jsalasmd@yahoo.com

4   account without your permission?

5   **A.        Again, I cannot recall something that**

6   **happened in 2009, particularly --  you know, I don't**

7   **recall it.**

8   Q.      Do you have a recollection of anyone ever

9   using any one of your e-mail accounts without your

10  permission?

11  **A.        Again, I don't know.    Maybe they did and I**

12  **never found out.**

13  Q.      Do you have any knowledge sitting here today

14  of anyone ever using one of your e-mail accounts

15  without your permission?

16  **A.        If somebody did and I didn't know, my answer**

17  **is no.**

18  Q.      Do you have any recollection that you thanked

19  Dr. Arora for a great course?

20  **A.        Most likely I thanked him.  It was --**

21  **actually I do remember it was a good course.   I**

22  **didn't go away with any bad memories from it.**

23  Q.      This e-mail is signed J period Salas, M.D.,

24  correct?

25  **A.        It says J. Salas, M.D.  I don't know what you**

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)     Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 110

1    mean by signature.  But there's J. Salas, M.D.,

2    there.

3    Q.     Well, when you write e-mails do you ever sign

4    them J. Salas, M.D.?

5    A.     What -- what circumstances and when?

6    Q.     Any circumstances.  Is that a signature that

7    you've used in your life?

8    A.     I've used so many signatures that I cannot

9    recall which one I used when.

10   Q.     Okay.

11          MS. JACOBS:  I would like to mark as

12   Exhibit 15 an e-mail from Jimmy R at the e-mail

13   address padrinojr@yahoo.com to coro, C-O-R-O,

14   palermo, P-A-L-E-R-M-O, at caribe, C-A-R-I-B-E, dot

15   net, and boardreview@comcast.net, dated August 12,

16   2009.  The subject is info.

17          (Exhibit Salas-15 marked for

18   identification.)

19   Q.     Dr. Salas, Exhibit 15 is also Exhibit B to

20   the complaint in this case.

21          Prior to your deposition today, did you ever

22   review Exhibit B to the complaint in this case?

23   A.     May I finish reading it, please?

24   Q.     Well, I'm asking you a separate question,

25   which is prior to your deposition today, did you ever

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron        Tuesday
No. 14-CV-06428 (KSH)(CLW)    Deposition of Jaime A. Salas Rushford, M.D.        June 28, 2016

Page 120

 1    handwriting?  Is it your testimony, Dr. Salas, that

 2    you cannot recognize your own handwriting?

 3    **A.      I need to look at the whole thing to make**

 4    **sure everything there is my handwriting.**

 5              **MR. RIVERA-SOTO:  We'll go off the**

 6    **record.**

 7              MS. JACOBS:  We'll go off the record.

 8              (Break.)

 9    **BY MS. JACOBS:**

10    Q.      Dr. Salas, what are the eight pages

11    handwritten notes that are attached to Exhibit 15?

12    **A.      What -- I'm sorry?**

13    Q.      What are the eight pages of handwritten notes

14    that are attached to the e-mail that is Exhibit 15?

15    **A.      It's -- look like my class notes from the**

16    **Arora Board Review course.**

17    Q.      So is that your handwriting?

18    **A.      Well, the page ID 606186, it looks like my**

19    **handwriting.  The page ID 606187 looks like my**

20    **handwriting.  The page ID 606188 looks like my**

21    **handwriting.   The page ID 606189 looks like my**

22    **handwriting.   Page ID 606190 looks like my**

23    **handwriting.   Page ID 606191, again, looks like my**

24    **handwriting.   Page ID 606192 looks like my**

25    **handwriting.  And page 606193, yeah, looks like my**

Case 2:14-cv-06428-KSH-CLW   Document 212-5   Filed 03/01/24   Page 12 of 39 PageID: 26759

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)      Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 120

1   handwriting?  Is it your testimony, Dr. Salas, that

2   you cannot recognize your own handwriting?

3   **A.      I need to look at the whole thing to make**

4   **sure everything there is my handwriting.**

5             **MR. RIVERA-SOTO:  We'll go off the**

6   **record.**

7             **MS. JACOBS:**  We'll go off the record.

8             (Break.)

9   **BY MS. JACOBS:**

10  Q.     Dr. Salas, what are the eight pages

11  handwritten notes that are attached to Exhibit 15?

12  **A.      What -- I'm sorry?**

13  Q.     What are the eight pages of handwritten notes

14  that are attached to the e-mail that is Exhibit 15?

15  **A.      It's -- look like my class notes from the**

16  **Arora Board Review course.**

17  Q.     So is that your handwriting?

18  **A.      Well, the page ID 606186, it looks like my**

19  **handwriting.  The page ID 606187 looks like my**

20  **handwriting.  The page ID 606188 looks like my**

21  **handwriting.   The page ID 606189 looks like my**

22  **handwriting.   Page ID 606190 looks like my**

23  **handwriting.   Page ID 606191, again, looks like my**

24  **handwriting.   Page ID 606192 looks like my**

25  **handwriting.   And page 606193, yeah, looks like my**

Page 133

1    shows who I am.

2              What do you mean by signature?  If I took a

3    pen and signed the screen of the computer?  I don't

4    know.

5    Q.     Do you not have an e-mail signature?

6    A.     I've had e-mail signatures.  Did I recall if

7    I used one on -- on this?

8    Q.     I'm not asking you if you recall.  I'm asking

9    you is there an e-mail signature on this document,

10   yes or no?

11   A.     What do you mean for e-mail signature?

12   Q.     Do you know what an e-mail signature is?

13   A.     You program it.  You put on the computer.

14   You put your name.  It depends.  What -- what version

15   of e-mail signature?  I don't understand the

16   question.

17   Q.     Okay.  Going back to what's been marked as

18   Exhibit 15 --

19   A.     Yes.

20   Q.     -- taking a look at the handwritten notes,

21   Dr. Salas --

22   A.     Yes.

23   Q.     -- those are your handwritten notes from a

24   conversation with a physician who took the ABIM

25   internal medicine exam on August 12, 2009; isn't that

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron                    Tuesday
No. 14-CV-06428 (KSH)(CLW)     Deposition of Jaime A. Salas Rushford, M.D.                        June 28, 2016

Page 134

1    what they are?

2    **A.       Exhibit 15, page ID 606186 is a handwritten**

3    **note from the Arora Board Review course.**

4    **        Page ID 606187 are my class notes again from**

5    **the Arora Board Review course.**

6    **        Page ID 606188 are my handwritten notes from**

7    **the Arora Board Review course.**

8    **        Page ID 606189 are my handwritten notes from**

9    **the Arora Board Review course.**

10   **        Page 606190 are my handwritten notes from the**

11   **Arora Board Review course.**

12   **        Page ID 606191 are my handwritten notes from**

13   **the Arora Board Review course.**

14   **        Page ID 606992 are my handwritten notes from**

15   **the Arora Board Review course.**

16   **        Page ID 606193 are my handwritten notes from**

17   **the Arora Board Review course.**

18   Q.       Turning now to what's been marked as Exhibit

19   16 --

20   **A.       Yes.**

21   Q.       -- there are 11 pages of handwritten notes

22   attached to that e-mail.

23   **A.       Yes -- well, let me count, them because**

24   **they're not marked.   Well, they're double-sided.**

25   **But each side would sum 11 pages.**

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron        Tuesday
No. 14-CV-06428 (KSH)(CLW)        Deposition of Jaime A. Salas Rushford, M.D.        June 28, 2016

Page 135

```
 1    Q.      The 11 pages of handwritten notes that are
 2    attached to your e-mail that have been marked as
 3    Exhibit 16, those are your handwritten notes from a
 4    conversation with a physician who took the internal
 5    medicine exam on August 12, 2009, aren't they?
 6    A.      Again, how do I identify each page?
 7    Q.      Is there a difference between the pages?  Are
 8    you saying some of those pages are your Arora class
 9    notes and some are not --
10    A.      I want to --
11    Q.      -- or are all 11 pages --
12    A.      What I'm concerned --
13    Q.      Let me finish my question.
14            Or are you contending that all 11 pages of
15    handwritten notes attached to your e-mail in Exhibit
16    16 are notes that you contend that you took in the
17    Arora Board Review course?
18    A.      What I don't have is a way to identify each
19    page.  So for the record shows that these are the
20    pages I'm identifying today.  And I have no -- if
21    you will be so kind to identify each one on exhibit,
22    we can go Exhibit 17, and I can attest to what --
23    because there's no ID to anything to make sure that
24    what I say here is clear for the record.
25    Q.      The document is marked as an exhibit.   And
```

Page 136

1    the court reporter has marked it.  It will be

2    attached to your transcript.

3    **A.      So page number 1 says Exhibit C and the**

4    **marking from the court reporter.   In the back of**

5    **that it is text, computer generated text.**

6         **After that there's a handwritten note page**

7    **that is my handwritten notes from the Arora Board**

8    **Review.**

9         **In the back of that it's a handwritten note**

10   **from my notes from the Arora Board Review board --**

11   **course.**

12        **After that there's another handwritten note**

13   **that is from my class notes from the Arora Board**

14   **Review.**

15        **Behind that one are another handwritten notes**

16   **from my class notes from the Arora Board Review**

17   **course.**

18        **After that there's another handwritten note**

19   **from my notes from the Arora Board Review course.**

20        **Right after that on the back there's another**

21   **handwritten note from my notes from the Arora Board**

22   **Review course -- or my notes from the Arora Board**

23   **Review course.**

24        **After that, again, handwritten notes that are**

25   **my notes from the Arora Board Review course.**

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron        Tuesday
No. 14-CV-06428 (KSH)(CLW)        Deposition of Jaime A. Salas Rushford, M.D.        June 28, 2016

Page 137

1              After that, again, there are handwritten

2      notes are my notes from the Arora Board Review

3      course.

4              After that, there are handwritten notes are

5      my notes from the Arora Board Review course.

6              In the back of that page there are

7      handwritten notes from the Arora Board Review course.

8              And after that are my notes from the Arora --

9      handwritten notes from the Arora Board Review course.

10     Q.     Dr. Salas, I'm going to give you the

11     opportunity to recant at this point your testimony

12     that the eight pages of handwritten notes attached to

13     Exhibit 15 and the 11 pages of handwritten notes

14     attached to Exhibit 16 are your course notes from the

15     Arora Board Review course.

16             Would you like the opportunity to recant your

17     testimony now, yes or no?

18     A.     The pages in question are my handwritten

19     notes from the Arora Board Review course.

20     Q.     Okay.   Dr. Salas, Exhibit 15, which you

21     claim are eight pages -- contain eight pages of

22     handwritten note from the Arora Board Review course,

23     you copied Dr. Palermo on that e-mail, correct?  She

24     was the other recipient; is that right?

25     A.     Well, it says here that her e-mail is there,

(856) 983-8484                    Tate & Tate, Inc.                    (800) 636-8283
                       520 Stokes Road, Suite C-1, Medford, NJ 08055
                                      JA11530

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron        Tuesday
No. 14-CV-06428 (KSH)(CLW)    Deposition of Jaime A. Salas Rushford, M.D.        June 28, 2016

Page 138

1    **yes.**

2    Q.    Okay.    Why didn't you copy her on the second

3    e-mail containing your 11 pages of handwritten notes

4    that you sent to Dr. Arora an hour later?

5    **A.    Again, I don't recall what and when I wrote**

6    **that e-mail for.    So it was too long ago.    So I**

7    **cannot answer that question.    I don't remember.**

8                MS. JACOBS:    I would like to mark as

9    Exhibit 17 an e-mail from the e-mail address

10   pedrinojr@yahoo.com to Dr. Arora.    It is dated

11   August 13, 2009, and the subject is FW, colon, all

12   capital letters, don't, don't, don't, don't forward.

13   And this e-mail contains 10 typewritten attachments.

14                (Exhibit Salas-17 marked for

15   identification.)

16   Q.    Dr. Salas, my first question to you is did

17   you send what's been marked as Exhibit 17 to Dr.

18   Arora?

19   **A.    I'm going to have to read the document to**

20   **tell you if it's -- if this is something that I might**

21   **have sent or not.    I don't remember.    It was, again,**

22   **2009.**

23   Q.    We'll get to that in a second.    I'll ask a

24   different question.

25                Did you send an e-mail to Dr. Arora with the

Case 2:14-cv-06428-KSH-CLW    Document 212-5    Filed 03/01/24    Page 19 of 39 PageID: 26766

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)          Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 139

1   subject line, all capital letters, don't, don't,

2   don't, don't forward?

3   **A.      I don't recall writing don't, don't, don't**

4   **forward.**

5   Q.      Do you recall forwarding an e-mail where

6   somebody else wrote don't, don't, don't, don't

7   forward?

8   **A.      Again, it was 2009.  I cannot go -- I cannot**

9   **go either way.  You know, I corresponded with Dr.**

10  **Arora.  The specifics of what I wrote -- you're**

11  **asking me something that happened seven years ago.**

12  Q.      Dr. Salas, have you ever seen the attachments

13  before that are attached to this e-mail?

14  **A.      If you let me read them I can -- I can see if**

15  **I've seen them before or not.  So I don't know**

16  **what's here.  You gave me a lot of papers**

17  **double-sided.**

18  **        If you allow me to read them, surely answer**

19  **your question.**

20  Q.      I would like to move this deposition along.

21          Dr. Salas, do you deny sending this e-mail

22  with the 10 attachments?

23  **A.      I need to read the e-mail first.**

24  Q.      You mean all of the attachments?

25  **A.      Yes.  You're enclosing the whole document.**

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)    Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 142

 1                    MR. RIVERA-SOTO:  So if we produce the

 2     exact duplicate of that but with the tag line long

 3     the top you'll be satisfied?

 4                    **THE WITNESS:**  I need to compare

 5     page-by-page to make sure it's the same thing.

 6                    MR. RIVERA-SOTO:  So you'd still have to

 7     read it?

 8                    **THE WITNESS:**  Yes.

 9                    MR. RIVERA-SOTO:  Go ahead and read it.

10                    Off the record again.

11                    (Break.)

12     **BY MS. JACOBS:**

13     Q.     Dr. Salas, now that you've reviewed the

14     entirety of Exhibit 17, did you send this e-mail and

15     the 10 typewritten attachments to Dr. Arora?

16     **A.     Well, it's my e-mail.  It came from my**

17     **padrinojr with my name on it, yes, so most likely it**

18     **came from me to Arora.**

19     Q.     What are the 10 typewritten attachments?

20     **A.     Well, thank you for letting me read them,**

21     **because now it's more clear.**

22          **This is definitely what Monica didn't want to**

23     **give me.  So this most likely are the class notes**

24     **from the other people that might have come to other**

25     **Arora reviews.  And apparently Monica didn't want me**

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron        Tuesday
No. 14-CV-06428 (KSH)(CLW)        Deposition of Jaime A. Salas Rushford, M.D.        June 28, 2016

Page 143

1    to have them.

2          So I think we -- my attorneys produced that,

3    that e-mail under discovery when we did it back in

4    the day.

5    Q.      So who are you saying gave you these 10

6    typewritten attachments?

7    A.      We provided it.  It should be on the --

8    the --

9    Q.      No, I'm asking you now sitting at your

10   deposition, where did the 10 typewritten attachments

11   to Exhibit 17 come from?

12   A.      Most likely they came from one of the

13   colleagues from the group that went to the Arora

14   Board Review in Jersey or wherever else they took it.

15   Q.      Well, did all 10 attachments come from the

16   same person?

17   A.      Well, I didn't write -- I don't recognize or

18   remember writing or doing any of them.  But I do

19   recognize that it follows Arora's course, even it has

20   like something I remember from the course that is --

21   it was actually very funny.  It's somewhere here.

22   Where is it?  Where is it?  Bear with me one second.

23          Here we go, like 54 or somewhere in between

24   here.  I'll let you get to the page.  This is the

25   page.

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron        Tuesday
No. 14-CV-06428 (KSH)(CLW)      Deposition of Jaime A. Salas Rushford, M.D.        June 28, 2016

Page 144

```
 1   Q.      How is this answering my question?
 2              MR. RIVERA-SOTO:  Number 45.
 3              THE WITNESS:  You're asking me if I
 4   recognize this.  I didn't write this.  But this is
 5   something that Arora, he was infamous for, like he
 6   would repeat things, like everybody together, repeat
 7   it.  (Spanish words.)  (Spanish words) is everybody
 8   together.
 9   Q.      Did Dr. Arora often speak Spanish in his
10   course?
11   A.      I'm guessing the people that took this from
12   my hospital -- from my hospital are Spanish speaking
13   people.  Like I took Spanish notes.  I think in
14   Spanish, so...
15   Q.      So tell me again, the attachments, the 10
16   typewritten attachments to Exhibit 17 are precisely
17   what?
18   A.      Well, I cannot specify specifically what the
19   they are because I did not produce them or write
20   them.  But what they appear to be is Arora's course
21   notes.
22   Q.      Why did you send them to Dr. Arora?
23   A.      Most likely it was sent to me and I had
24   doubts in it like -- they -- like my notes, things
25   are not completed.   And here they -- whoever wrote
```

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron        Tuesday
No. 14-CV-06428 (KSH)(CLW)        Deposition of Jaime A. Salas Rushford, M.D.        June 28, 2016

Page 145

1   this took the --  the effort of like discussing the

2   topic and answering doubts that they might have had.

3           But it's like Arora shows and it has

4   reference to the multiple, multiple sites here.  It

5   has references to the handouts that were provided.

6   Even more.

7           There's -- you know, again, this is 2009.

8   But I remember Arora discussing different, you know,

9   going and -- like topics and -- and intermingle

10  topics and then back to something else and back and

11  forth.  And this is what they looked like.

12  Q.      Did you tell Dr. Arora in your e-mail that

13  you doubts and that you were seeking his input?

14  A.      Most likely I communicated somehow with him

15  because, you know...

16  Q.      Well, did you communicate that in your e-mail

17  to him?

18  A.      Here I don't have anything written down.

19  Q.      How would he figure out from this giant pile

20  of paper what you were seeking from him if this is in

21  fact class notes about what you had doubts?

22  A.      Well, either -- he knows who I am, first of

23  all.  Either he called me or I called him.

24          You know, I'm not denying that I -- that I

25  didn't communicate with the doctor over the phone.

USDC, District of NJ         American Board of Internal Medicine v. Rushford & Baron         Tuesday
No. 14-CV-06428 (KSH)(CLW)     Deposition of Jaime A. Salas Rushford, M.D.         June 28, 2016

Page 146

1   Q.      Are you aware that at his deposition he

2   testified he had no idea who padrinojr@yahoo.com was?

3   **A.      Again, I'm -- I'm sure, like myself -- like**

4   **you asking me if I communicated when and where.  I**

5   **don't specifically know when I called him or what --**

6   **you know, what circumstances did I call him about.**

7   **You're asking me something that happened in 2009.**

8   Q.      Dr. Salas, the attachments -- the 10

9   attachments to this Exhibit 17, they contain actual

10  ABIM questions from the internal medicine exam that

11  were given on prior internal medicine exams.  Isn't

12  that what this contains?

13  **A.      I cannot testify to that.  I never saw the**

14  **internal medical exam before I took it.  And this**

15  **says everywhere here Arora shows, Arora shows, ID**

16  **page number to the -- apparently whatever --**

17  Q.      I'll direct your attention.  Why don't we

18  start with --

19  **A.      Sure.**

20  Q.      -- page 4.

21  **A.      Which one is page 4?**

22          **MR. RIVERA-SOTO:  The fourth page.**

23  **BY MS. JACOBS:**

24  Q.      The fourth page?

25          MR. RIVERA-SOTO:  Count to four and

Case 2:14-cv-06428-KSH-CLW   Document 212-5   Filed 03/01/24   Page 25 of 39 PageID: 26772

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)     Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 147

1    you'll get it.

2    **BY MS. JACOBS:**

3    Q.      Count to four.  One, two, three, four.

4    **A.      Yes.  Okay.**

5    Q.      Yes.  You in fact have the -- have it

6    dog-eared.  Right there.  You flipped the corner of

7    the page over.

8            MR. RIVERA-SOTO:  That's page 4 on your

9    left.

10           **THE WITNESS:**  This is page 4?

11           MR. RIVERA-SOTO:  Yes.

12   **BY MS. JACOBS:**

13   Q.      Yes.

14   **A.      Okay.**

15   Q.      Do you see the title at the top of this

16   document, board questions 2007?

17   **A.      Yes.**

18   Q.      Well, what does that title refer to?

19   **A.      I don't know.  I did not write that title.**

20   Q.      Doesn't that reflect these were questions

21   that were given on the 2007 certifying examination in

22   internal medicine?

23   **A.      I never saw that exam.  There's no way of me**

24   **knowing.  If you show me what you're referring about,**

25   **I can review it.**

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron                    Tuesday
No. 14-CV-06428 (KSH)(CLW)      Deposition of Jaime A. Salas Rushford, M.D.                June 28, 2016

Page 148

1    Q.      Please --

2    **A.      But down on the page it says this is**

3    **Arora's -- it mentions Arora to here, so...**

4    Q.      Mentions where?

5    **A.      Arora.  In the middle of the page says this**

6    **is Arora answer.**

7    Q.      Yes.   The second question, this is Arora's

8    answer to the question.

9    **A.      So your question is?**

10   Q.      Please flip to page 14.

11   **A.      So it's --**

12   Q.      I think it's 14.  Hold on a second.   Hold

13   on.  I'll -- this time go in 14 pieces of paper.

14   **A.      Okay.   Do you see why I needed numbering?**

15   **It's easier for everybody.**

16   Q.      Well, you should have numbered your e-mail

17   when you sent it to him.

18   **A.      So it's 14 whole pages?**

19            **MR. RIVERA-SOTO:  Just look for the page**

20   **that starts at the top brainstorm 2008 in the top**

21   **lefthand corner.**

22   **BY MS. JACOBS:**

23   Q.      That's actually page number 11, brainstorm

24   2008.  Do you see that?

25   **A.      Starts with all patient hand tremor?**

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)       Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 149

1              MR. RIVERA-SOTO:  Yes.

2    BY MS. JACOBS:

3    Q.      Correct.

4    A.      Okay.  What's the question?

5    Q.      What does the term brainstorm 2008 refer to?

6    A.      I don't know.  I did not write that there.

7    Q.      Okay.  Flip through one, two, three more

8    pages.

9    A.      Okay.

10             MR. RIVERA-SOTO:  The page on your

11   right.

12   BY MS. JACOBS:

13   Q.      The page on your right.   It says questions

14   repeated on board 2008.

15   A.      Okay.

16   Q.      Do you see where I'm referring?

17   A.      Yes.

18   Q.      And then it gives a list of question

19   numbers --

20   A.      Okay.

21   Q.      -- that appear in the document just before

22   it.  So it says questions repeated on board 2008, 15,

23   38, 44, 48, 49, 50, 57, 65, 70, 77, 78, 88, 102, 118,

24   121, 127, 131, 134, 137, 141, 147, 151 to 156, 170,

25   172, 179, 195, 198, 207.

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron                    Tuesday
No. 14-CV-06428 (KSH)(CLW)      Deposition of Jaime A. Salas Rushford, M.D.                       June 28, 2016

Page 150

```
 1   A.      Okay.

 2   Q.      Do you see that?

 3   A.      I do see it.

 4   Q.      What does questions repeated on board 2008

 5   with those list of numbers, what does that mean?

 6   A.      Again, I didn't produce this, so you have to

 7   ask the person who produced it.

 8   Q.      Doesn't -- Dr. Salas --

 9   A.      I'm sure -- I'm sure you have the person who

10   produced this.

11   Q.      Doesn't --

12   A.      Yes.

13   Q.      You're the one who produced this because you

14   sent it to Dr. Arora.

15           Doesn't questions repeated on board 2008,

16   that laundry list of numbers indicate that the

17   questions corresponding to all those numbers were

18   ABIM questions repeated on the 2008 certifying exam

19   in internal medicine?

20   A.      I never took the 2008 internal medicine exam.

21   You're putting me in a position that I cannot answer

22   this because I never saw the exam.

23   Q.      Didn't you have an understanding as the

24   recipient of this document that the person who

25   drafted it was indicating that all of these questions
```

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron        Tuesday
No. 14-CV-06428 (KSH)(CLW)      Deposition of Jaime A. Salas Rushford, M.D.        June 28, 2016

Page 151

1    were ABIM questions that were re-asked on the 2008

2    certifying examination in internal medicine?

3    **A.        You have to ask the person who drafted the**

4    **document what they meant for this.**

5    Q.      I'm asking you as the recipient of the

6    document because you sent it to Dr. Arora, what did

7    you understand this to mean, questions repeated on

8    board 2008?

9    **A.        Most likely it was 2009.  I might have read**

10   **it through.  But did I pay particular attention?**

11   **You're asking me about a page on this huge document**

12   **seven years later.  I don't know what that person or**

13   **he or she or whatever it was meant when they wrote**

14   **this.**

15   Q.      What was your understanding of it when you

16   read it?

17   **A.        That they were class notes.**

18   Q.      Questions repeated on board 2008, you're

19   understanding is that's class notes?

20   **A.        I'm telling you what everything before it is.**

21   **That's a single page of paper and everything else**

22   **mentions Arora and goes to class notes.   For me**

23   **these are class notes of somebody else that took the**

24   **board review or any board review for that matter.**

25   Q.      I want to direct your attention to the second

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron                    Tuesday
No. 14-CV-06428 (KSH)(CLW)    Deposition of Jaime A. Salas Rushford, M.D.                     June 28, 2016

Page 152

```
 1    to the last page of the document.  So it's the --
 2    it's actually -- so pardon my reach across the table
 3    just to try to -- that page right there.
 4    A.      Okay.
 5    Q.      This is the second to last page of the
 6    document.
 7    A.      Sure.
 8    Q.      Directing your attention to item number 30 --
 9    A.      Okay.
10    Q.      -- it says multiple questions on
11    hemochromatosis.  Do you see that?
12    A.      Yes.   Okay.
13    Q.      Doesn't that note indicate to you that the
14    person is saying that the exam has multiple questions
15    on hemochromatosis?
16    A.      I cannot testify to what somebody wanted to
17    imply writing something.   And that's also found, the
18    exact same thing, in between all the class notes.
19    So these are class notes.
20    Q.      I want to direct your attention to number 31.
21    A.      That's the same page?
22    Q.      Yes.  It says question -- number 31,
23    question where answer was panhypopituitarism?
24    A.      Yes.
25    Q.      Do you see that?
```

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron        Tuesday
No. 14-CV-06428 (KSH)(CLW)        Deposition of Jaime A. Salas Rushford, M.D.        June 28, 2016

Page 153

```
 1   A.        Yes.

 2   Q.        Isn't the person who drafted that document

 3   indicating that there was a question and then saying

 4   what the answer was to the question?

 5   A.        Well, first, I didn't write this.  Second, I

 6   don't know what he or she or it meant.  And also,

 7   that is the definition of panhypopituitarism.  That's

 8   the actual definition.

 9   Q.        Of course it says question where answer.

10   What was your understanding of what --

11   A.        These are class notes.  This is the

12   definition of this term, actually.  This is -- if you

13   open any textbook in internal medicine and you look

14   those -- you know, you look this above or below,

15   that's what you're going to see.

16   Q.        Number 19, picture of geographic tongue.

17   A.        Okay.

18   Q.        What is your understanding when you see that

19   in this list?

20   A.        I didn't write that there.

21   Q.        Yes, but you're a recipient of this document

22   and you sent it to Dr. Arora.

23   A.        So that means that every single item in a

24   hundred pages I'm going to like psychoanalyze why

25   somebody wrote something or the other one?
```

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)    Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 154

1          I cannot -- I cannot tell you why that's

2     there or not.

3          But, you know, I'm sure Dr. -- you know, if

4     you look at Dr. Arora's course, I'm sure you have all

5     the -- I don't remember by heart.  But I'm sure he'll

6     introduce anything, like this is a picture of

7     describing what it is, the fungus nail,

8     onychomycosis.

9          Like -- that is like how medical school is

10    taught actually.   They tell you this is a picture of

11    a 50 year old lady who had hot flashes, look at --

12    look at how it turns in the chest and whatever.  And

13    then they put.

14          And then this is a picture of a 42 year

15    old -- like a 30 year old lady who just gave birth

16    and has a lot of endocrine issues.

17          So this is what medical school is about.

18    Q.    Dr. Salas, aren't the 10 typewritten

19    exhibits -- 10 typewritten documents that are

20    attached to Exhibit 17 that you sent to Dr. Arora a

21    compilation of questions from -- a compilation of

22    actual questions from the certifying examination in

23    internal medicine?  Isn't that what this is?

24    A.    You're not giving me any basis to answer

25    that.

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)       Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 155

1          These are review questions.  This is medical

2     knowledge.   Because you're asking me to convert

3     something for something I never seen.   I've never

4     seen the 2008 internal medical exam.

5          In fact, your client should know what exam I

6     took.

7     Q.     Dr. Salas, you sent this from the

8     padrinojr@yahoo.com e-mail address?

9     A.     That's what it says.  That's what it says

10    there.

11    Q.     And you didn't sign your name anywhere?

12    A.     My name is there.  It says Jimmy R.   My name

13    is very clear.

14    Q.     You did not include an e-mail signature on

15    this document to Dr. Arora like you did other earlier

16    e-mails where you put J. Salas, M.D., or Jaime A.

17    Salas, M.D.?

18    A.     If I had my name on the e-mail -- you know,

19    I'm not writing a thesis to like apply for a job.

20    I'm -- I'm writing to clear doubts.

21          I'm sure if you write an e-mail to any of

22    your family members, you don't put a whole signature.

23    You say it's me, whatever, and this is done.

24          MR. SCHLAFLY:  I'm going to mark as

25    Exhibit 18 an e-mail from Dr. Arora to

USDC, District of NJ    American Board of Internal Medicine v. Rushford & Baron    Tuesday
No. 14-CV-06428 (KSH)(CLW)    Deposition of Jaime A. Salas Rushford, M.D.    June 28, 2016

Page 156

1    padrinojr@yahoo.com, the subject is forward some Qs,

2    and the date of it is August 13, 2009.  And it was

3    also attached to the complaint as Exhibit E.

4            (Exhibit Salas-18 marked for

5    identification.)

6    Q.    Dr. Salas, before you look at what's been

7    marked as Exhibit 18, I want to ask you do you want

8    to recant your testimony stating that the 10

9    attachments to Exhibit 17 that you sent to Dr. Arora

10    are a compilation of class notes from Dr. Arora's

11    course?

12    **A.    They're definitely class notes, the Arora**

13    **course, but they're class notes.  That's medical**

14    **knowledge, the definitions.**

15    Q.    All right.  Directing your attention to --

16    and this is the e-mail at the top of Exhibit 18 which

17    Dr. Arora sent to you on August 13, 2009.

18          Do you recall receiving this e-mail from Dr.

19    Arora which contained -- which forwarded an e-mail

20    from Omar Esponda attaching handwritten notes?

21    **A.    May I read it?**

22    Q.    Well, do you recall receiving this e-mail?

23    **A.    I would like to read it first.  You're asking**

24    **me something that happened in 2013 -- sorry, 2009,**

25    **August 13, 2009, or August something.**

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)    Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 161

1   A.       Again, this is an e-mail that happened
2   apparently here in 2009.  You're asking me if I sent
3   a particular e-mail in particular date.   I don't
4   recall.
5   Q.       Do you recall sending an e-mail to Dr. Arora
6   with the subject line 164 question the one that
7   repeated in every exam?
8   A.       I do not actually.
9   Q.       I want to go back to Exhibit 17 for a second
10  and direct your attention to the subject line of
11  Exhibit 17, which was don't, don't, don't, don't
12  forward in all capital letters.
13  A.       Okay.
14  Q.       Dr. Salas, if those are class notes from
15  Arora's course, why is the subject line don't, don't,
16  don't, don't forward in all capital letters?
17  A.       I think I answered that already.  Monica
18  didn't want to give me that information.
19  Q.       Who is Monica?
20  A.       Monica was one of the classmates in the
21  hospital.
22  Q.       So who do claim sent that e-mail to you?
23  Full name?
24  A.       I know Monica didn't want to give me.  I
25  don't remember her last name.

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron                Tuesday
No. 14-CV-06428 (KSH)(CLW)    Deposition of Jaime A. Salas Rushford, M.D.            June 28, 2016

Page 162

```
 1   Q.      Why didn't she want to give it to you?
 2   A.      Might be that she had her own study group or
 3   whatever.  I don't know.  You have to ask Monica.   I
 4   think we provided that information.
 5   Q.      Why wouldn't she want you to forward it?
 6   A.      I don't know.  You have to ask her.
 7   Q.      Why would you forward it to Dr. Arora with
 8   that subject line?
 9   A.      Most likely I had doubts in those class
10   notes.  That's what I can think that might have
11   happened.
12           But again, you're asking me about why I --
13   you know, first, I -- that didn't come from me.  That
14   is a forward of something somebody else wrote it.
15   You have to ask whoever wrote that e-mail why they
16   put --
17   Q.      Well, you forwarded it with that on it.
18   A.      Are you asking me why I wrote it?  I didn't
19   write it.  You have to ask the person who created
20   that.
21   Q.      No.  I'm asking you why you forwarded the
22   e-mail and left the subject line don't, don't, don't,
23   don't forward?
24   A.      Answered already.  I have -- most likely I
25   concentrate on having doubts on class notes.  I'm not
```

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)     Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 286

1    **everything that the law requires, and not to have**

2    **insurances that I'm going to continue doing this the**

3    **same way, I don't think it's responsibile for me to**

4    **offer something to somebody that is not true.**

5             MS. JACOBS:  We're going take a short

6    break.

7             (Break.)

8             MS. JACOBS:  I have no further questions

9    for Dr. Salas at this time.

10            MR. SCHLAFLY:  Okay.  I just have a few

11   questions.

12   **EXAMINATION BY MR. SCHLAFLY:**

13   Q.      Dr. Salas Rushford, did you create the e-mail

14   account padrinojr@yahoo.com to disguise your

15   identity?

16   **A.      I did not.**

17   Q.      If I could direct you to Exhibit 1 --

18   **A.      Okay.**

19   Q.      -- the last phrase of the second paragraph

20   where it refers to, quote, a disguised e-mail

21   address, padrinojr@yahoo.com under the pseudonym

22   Jimmy R to conceal your identity, is that statement

23   by ABIM true?

24   **A.      It's incorrect.    Not true.**

25   Q.      And in fact, both of your e-mail accounts

USDC, District of NJ          American Board of Internal Medicine v. Rushford & Baron          Tuesday
No. 14-CV-06428 (KSH)(CLW)      Deposition of Jaime A. Salas Rushford, M.D.          June 28, 2016

Page 287

1    that you used in communicating with Arora referred to

2    you as Jimmy, didn't they?

3    **A.      Yes.**

4    Q.      And in fact, you had the padrinojr@yahoo.com

5    account for many years before you communicated with

6    Arora, didn't you?

7    **A.      Correct.**

8    Q.      And in fact, you used that as your personal

9    account?

10              MR. RIVERA-SOTO:  Objection to the form.

11   **BY MR. SCHLAFLY:**

12   Q.      Did you use that as your personal account?

13   **A.      Correct.  Yes.**

14   Q.      If you could pull that book which is Exhibit

15   20?

16   **A.      The book?**

17   Q.      Yeah.   Okay.   Who published that book?

18   **A.      Publisher's information on page 7, copyright**

19   **2006 American College of Physicians, all rights**

20   **reserved.**

21   Q.      And is that a reputable organization?

22              MR. RIVERA-SOTO:  Objection.

23              **MS. JACOBS:** Objection to form, in

24   stereo.

25   **BY MR. SCHLAFLY:**

USDC, District of NJ        American Board of Internal Medicine v. Rushford & Baron        Tuesday
No. 14-CV-06428 (KSH)(CLW)    Deposition of Jaime A. Salas Rushford, M.D.        June 28, 2016

Page 291

C E R T I F I C A T E

 1

 2

 3        I, ROBERT J. BOCCOLINI, a Certified Court

 4    Reporter of the State of New Jersey, authorized to

 5    administer oaths pursuant to R.S. 41:2-1, do hereby

 6    certify that prior to the commencement of the

 7    examination,

 8                JAIME A. SALAS RUSHFORD

 9    was duly sworn by me to testify to the truth,

10    the whole truth and nothing but the truth.

11        I do further certify that the foregoing is

12    a true and accurate transcript of the stenographic

13    notes of testimony taken by me at the time, place and

14    on the date hereinbefore set forth.

15        I do further certify that I am neither a

16    relative nor employee nor attorney nor counsel of any

17    of the parties to this action, and that I am neither

18    a relative nor employee of such attorney or counsel

19    and that I am not financially interested in this

20    action.

21

22    _____

23        ROBERT J. BOCCOLINI, C.C.R.

24        Certificate No. XI01040

25        Date:  July 1, 2016

(856) 983-8484                Tate & Tate, Inc.                (800) 636-8283
520 Stokes Road, Suite C-1, Medford, NJ 08055
JA11552