# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. __24-3012__

American Board of Internal Medicine  vs.  Jaime Rushford

Calendar Date __Nov. 13, 2025__    Location __Newark, NJ__

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: __Andrew L. Schlafly__

Designation of Arguing Counsel: __Andrew L. Schlafly__

Member of the Bar:    [✔] Yes    [ ] No

Representing (check only one):

[ ] Petitioner(s)    [ ] Appellant(s)    [ ] Intervenor(s)

[ ] Respondent(s)    [✔] Appellee(s)    [ ] Amicus Curiae

Please list the name of the lead party being represented:

Jaime Rushford

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)