UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-3012
_____

AMERICAN BOARD OF INTERNAL MEDICINE,
Appellant

v.

JAIME SALAS RUSHFORD, M.D.

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2:14-cv-06428)
District Judge: Honorable Katharine S. Hayden

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
November 13, 2025

Before: SHWARTZ, MATEY, and MONTGOMERY-REEVES, *Circuit Judges*.

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted on November 13, 2025.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the District Court entered on September 30, 2024, is hereby AFFIRMED. Costs are taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 16, 2026

Certified as a true copy and issued in lieu
of a formal mandate on February 9, 2026

Teste: *(signature)*

**Clerk, U.S. Court of Appeals for the Third Circuit**